# EXHIBIT 2D

David W. Anstice
President
Human Health - The Americas

Merck & Co., Inc.
UG4A-01
351 North Sumneytown Pike
P.O. Box 1000
North Wales PA 19454
E-Mail: david_anstice@merck.com
Tel 267 305 6612
Fax 267 305 0194

October 1, 2001

**MERCK**

BY FAX AND
FEDERAL EXPRESS

Thomas W. Abrams, R.Ph., M.B.A.
Director
Division of Drug Marketing,
    Advertising and Communications
Food and Drug Administration
Rockville, MD  20857

Re:     NDA No. 21-042 VIOXX (rofecoxib) tablets
        MACMIS ID #9456

Dear Mr. Abrams:

This will acknowledge receipt of DDMAC's Warning Letter, dated September 17, 2001,
voicing concern over a series of audio conferences, a press release, and statements
allegedly made by certain Merck professional representatives at two medical meetings.
We have enclosed as Attachment I an action plan addressing the points raised on page 7
of DDMAC's Letter.

While Merck has prepared an action plan as requested, it is important for DDMAC to
understand that the Company strongly disagrees with a number of assertions in the Letter,
including the assertion that Merck has "engaged in a promotional campaign for Vioxx
that minimizes the potentially serious cardiovascular findings that were observed in the
Vioxx Gastrointestinal Outcomes Research (VIGOR) study" and the assertion that the
press release dated May 22, 2001 is false or misleading. Merck considers patient safety to
be of paramount importance and believes that these assertions are incorrect.

**The Cardiovascular Profile of Vioxx.**

The views expressed in the Letter appear to be based solely on a review of the
cardiovascular event rates in VIGOR, rather than on a review of all available data that
bear on the interpretation of them. Important additional data were submitted to FDA in
the VIGOR Supplemental New Drug Application as well as in the Safety Update Report.
While we do not intend to exhaustively recount them here, we do consider it important to
point out several key pieces of relevant data previously submitted to FDA in order to
provide the appropriate context for the Company's response.

MRK-ABI0003148

M00E102064

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 2 of 8

*VIGOR:* VIGOR was a gastrointestinal (GI) safety study that compared Vioxx 50 mg
once daily to naproxen 500 mg twice daily in over 8000 patients with rheumatoid
arthritis. The dose of Vioxx is twice the maximum recommended chronic dose; the dose
of naproxen is an approved dose for rheumatoid arthritis. In order to avoid confounding
the study's primary endpoint (development of confirmed upper GI perforations, ulcers, or
bleeding events [PUBs]), patients taking aspirin chronically were excluded from the
study.

VIGOR was not designed to prospectively evaluate differences in cardiovascular effects.
Unexpectedly, in the VIGOR study, there was a significant between-group difference in
the incidence of acute myocardial infarction: 0.1% for naproxen and 0.5% for Vioxx.[1]
While the Company recognizes that there are at least three possible explanations for this
finding – an effect of naproxen, an effect of Vioxx, or chance – the weight of evidence
clearly supports the position that the difference reflects a cardioprotective effect of
naproxen. This evidence includes, but is not limited to, the following:

*Meta-analysis:* Prior to initiation of VIGOR, Merck implemented a pre-specified,
blinded adjudication program of potentially serious thromboembolic cardiovascular
adverse experiences in clinical trials of Vioxx. The VIGOR study was included in the
prospective portion of this adjudication program. A cardiovascular meta-analysis of
serious thromboembolic events was performed across all Phase IIb through V studies of
Vioxx of at least four weeks' duration, excluding those performed in healthy volunteers,
that included a placebo and/or nonselective NSAID control. For studies initiated after
institution of the event monitoring program, such as VIGOR, adjudicated data were used;
for earlier studies (e.g., studies included in the original NDA), investigator-reported
assessments, based on adverse experience term were used. The primary end point for the
analysis was the composite of cardiovascular or unknown death, stroke, or myocardial
infarction – the widely accepted endpoint of Anti-Platelet Trialists' Collaboration
(APTC) events. The analysis included over 28,000 patients, with over 14,000 patient-
years at risk.

If present, a prothrombotic effect of COX-2 inhibition would best be detected in head-to-
head trials against placebo. Of note, *no* statistically significant or clinically meaningful
differences in APTC event rates were detected for Vioxx versus placebo (relative risk for
Vioxx vs. placebo [4617 patient years], 0.93 [95% CI: 0.57, 1.53]. Furthermore, no
statistically significant or meaningful differences in APTC event rates were detected for
Vioxx versus non-naproxen NSAIDs (relative risk for Vioxx vs. non-naproxen NSAIDs
[3951 patient years], 0.84 [95% CI: 0.45, 1.63]). The *only* comparison in which a

---

[1] In the analysis of VIGOR that was based on a pre-specified cut-off date of February 2000, the rate of MI
was 0.4% among patients taking Vioxx and 0.1% among those not indicated for aspirin for prophylaxis.
This analysis was submitted to FDA in June 2000. In a subsequent analysis which included data after the
February 2000 cut-off, the rate was 0.5% in the total population taking Vioxx and 0.2% among those not
indicated for aspirin prophylaxis. This analysis was also submitted to FDA.

MRK-ABI0003149

M00E1020S6

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 3 of 8

significant difference was observed in APTC event rates was between Vioxx and
naproxen, (relative risk for Vioxx vs. naproxen, 1.69 [95% CI: 1.07, 2.69]). These results
do not suggest any prothrombotic potential of selective COX-2 inhibition. Rather, the
results from these clinical outcome data suggest that naproxen, unlike other NSAIDs in
the analysis, has a cardioprotective effect. This distinction is consistent with differences
in the observed effects on platelet function between naproxen and the other NSAIDs in
the analysis.

*Effects on platelets:* Aspirin, a well-recognized antiplatelet agent, is effective in
decreasing the risk of acute thromboembolic cardiovascular events. Aspirin's antiplatelet
effect is mediated through its near complete, irreversible inhibition of platelet COX-1
activity. It is thought that to impart meaningful cardioprotective benefits, an agent must
cause near complete (>90%) inhibition of platelet function, sustained over time. Several
studies have demonstrated that nonselective NSAIDs (with inhibitory effects on both
COX-1 and COX-2) vary in the magnitude and time course of their effects on platelet
function.

Naproxen achieves inhibition of platelet aggregation similar to aspirin, effecting greater
than 90% inhibition of platelet aggregation sustained across its dosing interval. In
contrast, ibuprofen shows an approximately 90% peak inhibition of platelet aggregation,
but does not maintain this level of inhibition throughout its dosing interval; diclofenac
shows a substantially smaller effect on platelet function. Neither Vioxx nor placebo
inhibits platelet aggregation.

Thus, naproxen differs from the other NSAIDs in the meta-analysis by effecting >90%
inhibition of platelet aggregation sustained across its dosing interval. Notably, published
data on NSAIDs with anti-platelet properties similar to naproxen, indobufen and
flurbiprofen, suggest a cardioprotective effect in the post-myocardial infarction and
angioplasty settings.

In summary, the available data are consistent with a cardioprotective effect of naproxen.
There is both biologic plausibility and pharmacodynamic data to support this line of
reasoning. Most importantly, the results of the meta-analysis – encompassing studies of a
broad and representative patient population -- showed that the risks of serious
cardiovascular events were similar with Vioxx and placebo and with Vioxx and the non-
naproxen NSAIDs. Such findings are consistent with naproxen exerting a
cardioprotective benefit in VIGOR.

**The Audio Conferences.**

Merck is well aware of FDA's position, expressed in its 1997 Guidance for Industry, that
"the programs and materials performed and disseminated by companies are subject to the
labeling and advertising provisions of the Federal Food, Drug, and Cosmetic Act."
Merck further understands the Agency's position that "the constraints on advertising and

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 4 of 8

labeling, when applied to scientific and educational activities, can restrict the freedom of
participants to discuss their data or express their views.  In particular, discussions of
unapproved uses, which can be an important component of scientific and educational
activities, are not permissible in programs that are or can be . . . subject to substantive
influence by companies that market products related to the discussion." Upon publication
of the final Guidance, the Company instituted policies and procedures designed to ensure
compliance with it.

Merck policies specifically instruct its employees that, for all speaker programs, all
materials, whether written or verbally communicated, shall be consistent with, and not
contrary to, the labeling for Merck products and those of its competitors.  Printed
materials distributed to the audience (including invitations) for such programs must be
approved through the headquarters review process (i.e., a Medical/Legal Board).  For
programs such as those identified in the Letter, speakers are required to use and to follow
slide sets that are approved by the appropriate Medical/Legal Board.  Product circulars for
all Merck products discussed at such programs must be offered to all attendees.  Merck
attendees are to notify headquarters if any Merck-supported speaker fails to give a
balanced presentation or one that is not consistent with the product circular.

Speakers for such programs are required to enter into a written agreement with Merck.
The agreements specifically direct that if they discuss products, they are to keep their
comments consistent with, and not contrary to, the labeling for Merck products and
competing products, that they must provide fair balance in their presentations, and that
comparisons of safety or efficacy can be based only on the overall body of adequate and
well-controlled studies.

We are not in a position to make a detailed, point by point response to the other assertions
made by DDMAC regarding the regulatory compliance of the audio conferences. As we
explained in our January 5, 2001 response, Merck does not have a tape or a transcript of
any of the audio conferences. We have, however, determined that Dr. Holt, who had
signed a speaker contract, did not use slides approved by the Medical/Legal Board and
did discuss the results of VIGOR during the teleconferences.  We have further
determined that the Merck employees in attendance did not report that information to
headquarters.  These actions were in violation of Company policy.  Merck has
discontinued using Dr. Holt as a speaker.

**The Press Release.**

Merck strongly disagrees with DDMAC's comments regarding the May 22, 2001 press
release for several reasons.  First, DDMAC's Letter does not acknowledge the fact that
Merck's press release was issued in response to media and analyst activity and was not
proactively issued to promote the cardiovascular safety profile of Vioxx.  Second, the
Letter appears to create an affirmative obligation to disclose alternative explanations for
data in a communication whose very purpose is to respond to and debate those same

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 5 of 8

alternative explanations. Third, the Letter does not acknowledge the fact that substantial
balance, including the existence of alternative hypotheses, was included in that press
release. Finally, we note that while DDMAC criticizes the press release for reasons
"similar" to the audio conference, many of the reasons do not apply to the press release.

Merck recognizes that DDMAC regards press releases as promotional labeling, and the
Company makes significant efforts to ensure that its releases comply with generally
applicable labeling requirements. Merck's standards for press releases in regard to
compliance with these requirements are well above industry norms.

While DDMAC regulates press releases as promotional labeling, DDMAC must
recognize the context in which a given press release is issued, particularly when – as here
– it responds to substantial media coverage of an alternative hypothesis. Sources such as
newspaper reports and securities analysts are not regulated by FDA and therefore have no
obligation to comply with DDMAC rules regarding substantial evidence or fair balance.
This inherently creates an unlevel playing field when responsible regulated entities
attempt to respond to such press and analyst reports. The First Amendment protects
Merck's right to respond under these circumstances with information that is truthful and
not misleading, as well as the public's right to hear both sides of the story.

DDMAC also must appreciate the special need in such press releases to provide a
heading that summarizes the Company's position.  Without such a heading, the release
will not be picked up by the media and the Company's voice will not be heard in a
meaningful way.  Recognizing again the need for fair balance, it is necessary that the
highly technical standards governing print advertisements in medical journals be applied
reasonably to such press releases, taking into account the need for flexibility, proportion-
ality, and common sense appropriate to the circumstances.

Under the circumstances, Merck regards the May 22, 2001 press release as fully
compliant.  It presented the Company's position in a truthful, balanced, and non-
promotional manner, accurately summarized the data, and noted the existence of
alternative hypotheses (hypotheses which were, of course, detailed in the materials to
which the press release was responding).  As noted below, it also provided extensive risk
information regarding the drug.  It did all of this in the context of responding to extensive
media coverage of one alternative hypothesis, as detailed below.

*April – May 2001:*  In late April, Richard Stover, a senior analyst for Arnhold and S.
Bleichroeder, issued a report entitled "COX-2 Inhibitor Outlook: Cardiovascular Safety
Issues Raised in FDA Advisory Committee Meetings" (Attachment II). Mr. Stover
reached three conclusions, which he reported on the cover of his report: First, "public
disclosures from the FDA Advisory Committee meetings contain disturbing data,
showing marked differences between naproxen and Merck's Vioxx in the incidence of
serious cardiovascular events;" second, "CLASS patients taking Celebrex without aspirin
experienced a very low incidence of serious cardiovascular (CV) events, allaying

MRK-ABI0003152

M00E102068

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 6 of 8

theoretical concerns that unopposed COX-2 specific inhibition might be pro-thrombotic";
and third that "our analysis suggests that naproxen did not show cardioprotection in the
VIGOR trial. In fact, in an apples-to-apples comparison, Celebrex-treated patients in the
CLASS trial had an incidence of CV death, heart attack, and cerebrovascular events
comparable to naproxen-treated patients in the VIGOR trial." Mr. Stover thus put forth
his view that naproxen was not cardioprotective and that the difference in CV rates
reflected a concern only for Vioxx and not for Celebrex.

On the morning of May 22, 2001, *The New York Times* ran the article "Doubts Are
Raised on the Safety of 2 Popular Arthritis Drugs" (Attachment III) on the front page of
its business section. The article began with the lead that "Doctors are beginning to worry
that Vioxx and Celebrex, two wildly popular arthritis drugs, may not be as safe as they
were initially believed to be. Research presented to the Food and Drug Administration
earlier this year showed that patients taking Vioxx, a Merck & Company drug, had a
higher, but still relatively low, risk of heart attacks than patients taking an older pain
reliever. The study received little public attention at the time, but the F.D.A. is
considering whether to add information on possible cardiovascular side effects to both
drugs' labels." The article acknowledged Merck's position that the difference observed
in the study was consistent with an effect of naproxen, but put substantial focus on the
alternative explanation. The article cited Dr. Maria Lourdes Villalba, a medical officer at
the Agency, who was noted to have "said that because there were not studies that proved
Merck's theory that naproxen worked like aspirin to decrease heart attacks, the F.D.A.
was concerned that the higher rate of heart attacks found with Vioxx might have been
caused by the drug's producing blood clots."

The story was picked up by a number of early morning news programs. Among these
was CNN, which reported, "Watch shares of arthritis drug makers Pharmacia and Merck
today. A report in the New York Times says Celebrex and Vioxx may not be as safe as
previously thought. The Food and Drug Administration is considering whether to add
information on possible cardiovascular side effects to the labels on both drugs."

Merck issued its press release that afternoon, noting that it was being issued "*in response
to* news and analyst reports of data the Company first released a year ago". Later that
afternoon, Pharmacia issued a press release in which it advanced the argument "that
molecular differences between the COX-2 specific inhibitors may account for the
cardiovascular and renal safety differences seen between Celebrex and Vioxx."

The story continued to receive coverage the next day, with reports over the newswires, on
national and local television, and in local newspapers. For example, CBS Morning News
reported "Mounting concern over the safety of the popular arthritis drugs Vioxx and
Celebrex stems from a single study done by Merck, the maker of Vioxx. The study found
that patients taking Vioxx had four times as many heart attacks as those taking a different
class of arthritis painkiller, a non-steroidal anti-inflammatory drug, or NSAID, called
naproxen. Dr. Michael Wolfe was on the FDA advisory panel reviewing the drugs. Dr.

MRK-ABI0003153

M00EI02069

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 7 of 8

Wolfe: 'Was Vioxx causing heart attacks, or was the comparator naproxen preventing
heart attacks? And that's a question that hasn't been answered yet.'"

Merck issued the press release in response to substantial media and analyst coverage of
and commentary on the cardiovascular event rates observed in VIGOR. The Company
must be permitted under those circumstances to issue a truthful press release setting forth
its position on the data. Moreover, the media understood that the press release set forth
Merck's position on the data, as reflected in the reporting that followed issuance of the
release.

*The Release:* Even when considered without regard to these events, Merck believes there
is no basis for the assertion in the Letter that the press release is false and misleading.
DDMAC appears to reach this conclusion solely on the basis of the use of the word
"favorable" in the heading. Such an analysis fails to acknowledge the fact that the release
was not promotional in tone, specifically pointed out that Vioxx is not indicated for
rheumatoid arthritis, and included extensive fair balance and dosing information under
the heading "Important information about Vioxx." Further, it applies an interpretation to
a word in the heading without regard to the text of the release, which included the results
of the meta-analysis described above, as well as the results of VIGOR. With respect to
the specific cardiovascular issues raised in DDMAC's letter, we note that the release
disclosed "this is the first time this effect of naproxen on cardiovascular events has been
observed in a clinical study" and that "other potential explanations were advanced by the
FDA reviewer and were discussed with the Advisory Committee." The release also made
no direct comparison between the cardiovascular event rates in VIGOR and CLASS. The
release was accompanied by the full prescribing information for the drug (a practice that
most in the industry fail to follow) and also included a toll-free number to call for that
information.

**Oral Representations**

Merck takes seriously its obligation to comply with both the letter and the spirit of FDA
regulations. Accordingly, Merck has extensive and long-standing written policies that
govern the activities of all field-based personnel. Field-based employees receive training
on these policies when they are hired and on an ongoing basis.

In response to DDMAC's letter, we initiated a thorough investigation of the allegations.
Our investigation is currently ongoing. Upon completion of that investigation and
consistent with the findings of it, we will take disciplinary action as appropriate.

**Prior DDMAC Action**

Merck further believes there is no basis to link the activities cited in this Letter and those
"promotional materials" cited in DDMAC's untitled letter in December, 1999. The

MRK-ABI0003154

M00E102070

Thomas W. Abrams, R.Ph., M.B.A.
October 1, 2001
Page 8 of 8

"promotional materials" cited in December 1999 were actually two homemade detail
pieces, each distributed by a single Representative.

<p style="text-align:center">*   *   *</p>

Given that it has now been sixteen months since we submitted the sNDA for VIGOR, we
anticipate receiving draft labeling from FDA shortly. We believe it would be appropriate
to finalize that labeling first and then incorporate it into a "Dear Healthcare Provider"
letter. This will allow FDA's final views of the data to serve as the basis for the
communication.

After DDMAC has had the opportunity to review our action plan, we would welcome the
opportunity to meet with you.

Very truly yours,

*Margaret H. McIlynn for David W. Anstice*

David W. Anstice


Attachments

cc:   Mr. Raymond V. Gilmartin (w/attach.)

MRK-ABI0003155

M00EI02071

Attachment I

OCT – 1 2001

ACTION PLAN

| ACTION | TARGET DATE | COMPLETION DATE |
|---|---|---|
| 1. Notification to field sales organization regarding:<br>• educational programs<br>• VIGOR | October 1, 2001 | |
| 2. Training to reinforce standards on educational programs and need to conduct product discussion in strict conformance with the labeling:<br>• Headquarters meeting with sales management<br>• Sales management meeting with representatives | November 30, 2001 | |
| 3. Certification of field sales compliance with #1 and #2. | November 30, 2001 | |
| 4. Review all promotional materials and discontinue use of any that contain similar presentations. | October 1, 2001 | |
| 5. Prepare and disseminate Dear Healthcare Provider letter to:<br>• participants in audio conferences<br>• meeting attendees, as appropriate | Upon approval of final VIGOR labeling. | |

MRK-ABI0003156

M00EI02072

Attachment II

OCT - 1 2001

*Arnhold and S. Bleichroeder, Inc.*

## GLOBAL VIEWPOINT →

## COX-2 INHIBITOR OUTLOOK:

# Cardiovascular Safety Issues Raised in FDA Advisory Committee Meetings

April 27, 2001

*NO CARDIOTOXICITY SEEN WITH COX-2 SPECIFIC INHIBITION, BUT ...*

- Public disclosures from the FDA Advisory Committee meetings contain disturbing data, showing marked differences between naproxen and Merck's Vioxx in the incidence of serious cardiovascular events.

- CLASS patients taking Celebrex without aspirin experienced a very low incidence of serious cardiovascular (CV) events, allaying theoretical concerns that unopposed COX-2 specific inhibition might be pro-thrombotic.

- Our analysis suggests that naproxen did not show cardioprotection in the VIGOR trial. In fact, in an apples-to-apples comparison, Celebrex-treated patients in the CLASS trial had an incidence of CV death, heart attack, and cerebrovascular events comparable to naproxen-treated patients in the VIGOR trial.

Richard R. Stover, Senior Analyst
(212) 698 3141
rick.stover@asbinc.com

MRK-ABI0003157

M00EI02073



**GLOBAL VIEWPOINT**



Figure 1: Comparing the CLASS and VIGOR Trials
CELEBREX-TREATED PATIENTS EXPERIENCED A COMPARABLE INCIDENCE OF
CARDIOVASCULAR DEATH, HEART ATTACK, AND CEREBROVASCULAR EVENTS
TO NAPROXEN IN AN APPLES-TO-APPLES COMPARISON

*Source: See data tables in Figures 3, 16, and 17.*

*Notes: Adjustments have been made to adjudicated event rates in VIGOR, as follows:*
1. *CLASS data for cerebrovascular events included TIAs; TIAs are added back to the VIGOR data.*
2. *VIGOR data are further adjusted to add back adjudication eliminations for "insufficient data," as discussed on page 17.*

The information contained herein, while not guaranteed, has been obtained from sources we consider reliable. This information is taken from company reports and documents and/or Arnhold and S. Bleichroeder, Inc. estimates, unless otherwise noted. This is not a solicitation of any order to buy or sell. Arnhold and S. Bleichroeder, Inc., its officers and employees including those involved in the preparation of this report, directors and stockholders, and customers of this Firm whose accounts are maintained on a discretionary basis may have substantial long or short positions in, and buy or sell the securities or options of, companies discussed in this report. Such positions may have been established, in any and all cases, prior to the commencement of circulation of this report. Additional information is available upon request.

*COX-2 CARDIOVASCULAR SAFETY ISSUES – APRIL 27, 2001*

MRK-ABI0003158

M00E102074



**GLOBAL VIEWPOINT**

# Table of Contents

Summary and Conclusions ........................................................................................ 5

   Summarizing Our Conclusions ............................................................................. 7

      FDA Approvable Letter Suggests Labeling Negotiations Are
      Ongoing, But the Outcome Is Unclear ......................................................... 7

   The Purpose of This Report ................................................................................. 8

Comparing Serious Adverse Cardiovascular Events in VIGOR With
the PPP Trial ...................................................................................................... 9

   Overview ............................................................................................................. 9

      Clinical Pharmacology Considerations ........................................................ 9

      VIGOR's Procedural Differences Are Important to Comparisons ......... 10

      Is It the Mechanism or Is It the Molecule? ............................................. 10

      Supplementary Cardiovascular Safety Data Reflected Short
      Duration, Low Doses, or Low-Risk Patients............................................ 10

   The Adjudication Process Downsized Cardiovascular Adverse Events
   in VIGOR by 45%.............................................................................................. 11

      Vigor's Adjudication SOP Reduced the Number of Thrombotic
      Cardiovascular Events by 33%!.................................................................. 12

      Adopting the "ATPC Endpoint": Another Post-Hoc Redefinition
      Reduced Event Rates Even Further .......................................................... 12

   Comparing the PPP Trial With VIGOR: Significantly Different Patient
   Demographics..................................................................................................... 15

      VIGOR Excluded High Cardiovascular Risk Patients............................ 15

      ...But PPP Did Not .................................................................................... 15

   Apples-to-Apples VIGOR-PPP Comparison: Significant Differences
   in Adverse Cardiovascular Outcomes ............................................................ 17

      Higher incidence of CV Events with Vioxx............................................. 17

      ...But PPP Comparisons Do Not Suggest Naproxen Is
      Cardioprotective ........................................................................................ 19

   Merck's Post-Hoc Analysis Identified 321 Patients Who Might Have
   Benefited From Low Dose Aspirin................................................................... 23

   Does VIGOR Demonstrate "Aspirin-Like" Cardioprotection of Naproxen? .... 25

Comparing Serious Adverse Cardiovascular Events Across CLASS,
VIGOR, and PPP ................................................................................................ 27

      CLASS Enrolled a Higher CV-Risk Patient Population........................... 27

      CLASS Analyzed All Investigator-Reported Events ............................... 28

      CLASS Patients Not Taking Aspirin Compared Most Closely
      With VIGOR Patients ............................................................................... 30

   Celebrex-Treated Patients Showed No Signs of Heightened
   Pro-Thrombotic Risk ....................................................................................... 31

MRK-ABI0003159

M00E102075



**GLOBAL VIEWPOINT**

Incidence of Heart Attack Among Celebrex-Treated Patients
Not Taking Aspirin Was Low.................................................................. 31

...As It Was Among Higher-Risk Patients in CLASS ............................ 32

Celebrex and Vioxx Differ in Chemical Structure and Metabolism.............. 34

Beyond Thrombosis: Hypertension, Edema, and Congestive
Heart Failure – Are They Significant/Relevant to VIGOR Outcomes?............ 34

    Hemorrhagic Strokes and TIA's Are Associated With Hypertension ...... 36

    Beyond VIGOR, the ADVANTAGE Study Provides Another Signal............... 37

**Appendix** ....................................................................................... 38

## Figures List

Figure 1: Comparing the CLASS and VIGOR Trials.................................... 2

Figure 2: The VIGOR Trial............................................................... 14

Figure 3: The VIGOR Trial: Adjudication SOP Summary ........................... 14

Figure 4: VIGOR Trial Enrolled Patients at Significantly Lower Cardiovascular
Risk Than PPP Trial ..................................................................... 16

Figure 5: Comparison of Outcomes in VIGOR and PPP Trials ..................... 18

Figure 6: Comparing VIGOR to PPP Reveals a Higher Incidence of
Cardiovascular Events in VIGOR......................................................... 19

Figure 7: Risk-Factor Profile Among VIGOR Patients Having an
Adverse CV Event ....................................................................... 20

Figure 8: The VIGOR Trial............................................................... 21

Figure 9: The VIGOR Trial .............................................................. 21

Figure 10: The VIGOR Trial ............................................................. 22

Figure 11: The VIGOR Trial ............................................................. 23

Figure 12: The VIGOR Trial ............................................................. 24

Figure 13: The VIGOR Trial ............................................................. 26

Figure 14: Comparing CLASS and VIGOR ............................................ 27

Figure 15: The CLASS Trial.............................................................. 28

Figure 16: The CLASS Trial.............................................................. 29

Figure 17: The VIGOR Trial ............................................................. 30

Figure 18: Comparison of CLASS, VIGOR, and PPP ................................ 31

Figure 19: Comparing CLASS and VIGOR ............................................ 32

Figure 20: Comparing CLASS and VIGOR Trials Celebrex Showed No Sign
of Higher CV Risk in Higher-Risk Subgroup........................................... 33

Figure 21: Comparing CLASS and VIGOR Trials .................................... 33

Figure 22: The VIGOR Trial ............................................................. 35

Figure 23: Comparison of CLASS, PPP, and VIGOR Trials ........................ 36

Figure 24: Adverse Events Seen in 12-Week ADVANTAGE Trial................... 37

Figure 25: Comparing CLASS and VIGOR ............................................ 38

MRK-ABI0003160

M00E102076

2



**GLOBAL VIEWPOINT**

---

### FDA Arthritis Advisory Committee Members' Conflicting Views on Cardiovascular Safety Issues

**On the one hand:**

"What can we say then in conclusion? Well, the cardiovascular event rates for naproxen in VIGOR and for aspirin in PPP in *relatively similar populations* were low, and they were virtually identical. *This would tend to support the hypothesis of a protective effect for naproxen."* [Emphasis added]

"The event rates for rofecoxib are higher than the no-aspirin arm of PPP, but there were pretty broad confidence intervals here, particularly *when you consider that we are looking at two different populations."* [Emphasis added]

"…the possibility of higher event rates comparing rofecoxib to placebo can't be excluded but I think on the basis of my analysis here, this certainly does not prove it. I think it is also important to note that there are essentially identical MI rates for celecoxib and rofecoxib in VIGOR."

"…it is important to point out what was not discussed here, and I think should be discussed here – that I also looked at the MI rate in the CLASS trial with celecoxib and noted that these rates were quite similar in rofecoxib and in the CLASS trial. I think that is perhaps an important point for discussion."[2]

"…I think the absence of a cardioprotective effect for both COX-2 inhibitors should be emphasized in the product literature. …nothing I have heard either yesterday or today suggests that either agent has a cardioprotective effect as do the nonselective agents, and I think that must be emphasized in the product literature. "I think we need further studies to investigate whether there is an excess of cardiovascular events in longer-term exposure to both of these agents in comparison to placebo, and I think we need to know whether co-administration of aspirin can reestablish the cardioprotective effects of COX-1 inhibition without increasing the GI morbidity."

**On the other hand:**

"…did the DSMB [Data Safety and Monitoring Board] have any written minutes about reasons for not terminating the study?"

"What will be the use of this drug [Vioxx] in the general population that will tend to have a lot of cardiovascular co-morbidities and will need aspirin?"

"I think that the price of having only one comparator in the study is that we only have good safety data against that comparator but there needs to be very specific and strong safety warning in the labeling with regard to cardiovascular risk against naproxen."

"I would go a step further to say that the FDA should consider a labeling restriction with regard to cardiovascular risk factors. Until the other study is done, if it is ever done, the best data that we have now is that patients that have cardiovascular risk factors, of which age is a strong one, may be at risk, extra risk. And, I think there needs to be an assessment somehow according to age and number of risk factors beyond which the patient is an unsuitable candidate for the drug [Vioxx]."

---

[2] *Source: Steven Nissen, M.D. Transcript, FDA Arthritis Advisory Committee Meeting, February 8, 2001, pp 151-159.*

---

MRK-ABI0003162

M00E102078



**GLOBAL VIEWPOINT**

## Summarizing Our Conclusions

We found differences in the patient populations. The baseline cardiovascular risk-profile of the patient population enrolled in the VIGOR trial was significantly lower than for those enrolled in the PPP or CLASS trials.

We found important procedural differences between VIGOR and CLASS. These affected their reporting and analysis of serious adverse cardiovascular events. In particular, there was Merck's establishment of an "Adjudication Standard Operating Procedure (SOP)" under which a "Vascular Events Committee" discarded some 33% of investigator-reported serious adverse cardiovascular events. Then, in a retrospective analysis, Merck further redefined events to the "ATPC endpoints." This reduced analyzed event rates by another 11%, such that 45% of investigator-reported events were discarded. The FDA's Medical Reviewer emphasized that the impact of this downsizing process needs to be taken into account when comparing incidence rates in VIGOR with other trials.

We found no meaningful evidence that VIGOR showed a cardioprotective benefit of naproxen. In fact, the "adjudication-redefinition" resizing process in the VIGOR trial may well have contributed to an illusion that naproxen was cardioprotective.

We found that Vioxx-treated patients with cardiovascular risk factors experienced significantly higher adverse cardiovascular event rates than patients treated with naproxen. Higher event rates were seen in Vioxx-treated patients consistently across the vast majority of subgroup analyses done by Merck and the FDA.

We found no substantiation in the CLASS trial data that would support the hypothesis that COX-2 specificity, in the absence of COX-1 inhibition, could be pro-thrombotic. Specifically:

- We found that the group of CLASS trial patients that took Celebrex and who were not taking aspirin experienced a very low incidence of serious cardiovascular events, as compared with all other patient groups we evaluated in the CLASS, VIGOR, and PPP trials.

- Importantly, since Celebrex and Vioxx differ significantly in chemical structure and metabolism, it should not be surprising to see profound differences in their biological and physiological effects, just as we've seen among traditional NSAIDs.

### FDA APPROVABLE LETTER SUGGESTS LABELING NEGOTIATIONS ARE ONGOING, BUT THE OUTCOME IS UNCLEAR

At this juncture, the FDA's actions with respect to these issues by no means remain clear. The FDA's briefing documents do reveal that the FDA reviewers share our concerns, but perhaps not to the same degree. And the committee members expressed highly divergent views with respect to product labeling changes that the FDA should consider. Merck disclosed on April 10, 2001 that it had received an FDA approvable letter "for the Company's application for changes to the prescribing information for its osteoarthritis and acute pain medicine Vioxx® (rofecoxib)." It noted further that, "An approvable letter is defined by the FDA as a written statement that the FDA will approve the application if specific additional information or material is submitted or

MRK-ABI0003163

M00E102079

*Arnhold and S. Bleichroeder, Inc.*
**GLOBAL VIEWPOINT** ▶

specific conditions are met. Approvable letters may result in additional time for completion of the FDA review: An approvable letter does not constitute an approval of the application." This letter may also include the FDA's proposals for including specific cardiovascular warnings on the Vioxx label, but at this juncture, we feel it would be premature to speculate on what they might be.

## The Purpose of This Report

The purpose of this report is to document the analysis that led us to the conclusions we have outlined above. To that end, we have enhanced the transparency of the extensive database that exists, outlining the ways in which procedures in the VIGOR trial appear to differ from the CLASS and PPP trials (as well as most other trials) in its accounting for serious cardiovascular adverse events. Then, we summarize the key elements of our own data analysis.

MRK-ABI0003164

M00EI 02080



**GLOBAL VIEWPOINT**

# COMPARING SERIOUS ADVERSE CARDIOVASCULAR EVENTS IN VIGOR WITH THE PPP TRIAL

## Overview

Our analysis attempts to clarify a number of issues raised in Merck's presentation, in the presentations of the FDA reviewers, and in the FDA Advisory Committee's discussion. These issues cluster around (1) the incidence of serious adverse events associated with naproxen and Vioxx in the VIGOR trial, (2) how to make the most meaningful comparisons of the VIGOR data with the PPP and CLASS trials, and (3) whether or not we saw "cardioprotection" of naproxen in the VIGOR trial.

## CLINICAL PHARMACOLOGY CONSIDERATIONS

Merck's presentation of the cardiovascular safety issues began with a discussion of the clinical pharmacology of the arachodonic cascade as it affects platelet aggregation that can precipitate a thrombotic event. Summarizing Merck's comments:

- COX-1 inhibition results in an inhibition of thromboxane synthesis. Thromboxane is a key mediator of platelet aggregation. Merck showed data from its pharmacology study to support that naproxen had an aspirin-like effect on the inhibition of thromboxane, and that it differed from ibuprofen or diclofenac. Further, Merck referenced two non-aspirin NSAIDs that have purportedly been shown to be cardioprotective – induprofen and flurbiprofen. We should offer some clarification here:

  1. **Induprofen:** Merck's comments left the committee to believe that this NSAID is a widely available cardioprotective agent in overseas markets. However, a search of the National Library of Medicine's Medline database for "induprofen" returns not a single published reference that would confirm or suggest its cardioprotective profile.

  2. **Flurbiprofen:** We discussed the Flurbiprofen French Trial (published in July 1993) in our report last June. We noted that while it appeared to be a promising Phase II trial in 464 post-heart attack/reperfusion patients, the results of the trial have never been confirmed. In the study, author Dr. Brochier concluded, "It [flurbiprofen] may offer advantages over aspirin, but comparable efficacy remains to be established."

- COX-2 inhibition, on the other hand, may inhibit prostacyclin ($PGI_2$) production by endothelial cells in blood vessels, and works both as a vasodilator and platelet aggregation inhibitor. Merck highlighted data from a clinical pharmacology study, published in 1999, that showed that Celebrex reduced the urinary excretion of $PGI_2$, and suggested that this may pose a theoretical pro-thrombotic risk.[3] Again, for clarification, we should add that in the previous day's session, Pharmacia's presentation noted that epithelial cells such as those that line the esophagus and

---

[3] McAdam et. al. "Systematic biosynthesis of prostacyclin by cyclooxygenase (COX) 2, the human pharmacology of a selective inhibitor of COX-2", PNAS, 1999, 96:272-277

MRK-ABI0003165

M00E102061



**GLOBAL VIEWPOINT**

bladder also produce PGI$_2$. Merck acknowledged that *neither* could this study distinguish the source of PGI$_2$ synthesis, *nor* was there any preclinical or clinical evidence that this theoretical risk does in fact exist.

## VIGOR'S PROCEDURAL DIFFERENCES ARE IMPORTANT TO COMPARISONS

Merck explained that the theoretical risk posed by the study formed the basis of its establishment in 1998 of its "Adjudication SOP" (standard operating procedure) for all of its future COX-2 inhibitor studies. This procedure provided for the establishment of Vascular Events Committees (VECs) to "capture and adjudicate" all investigator-reported adverse vascular events. We discuss the impact of this procedure on the analyses of the VIGOR trial later in this report.

## IS IT THE MECHANISM OR IS IT THE MOLECULE?

We postulated that a closer look at the results of the CLASS trial should provide some signal as to the whether this theoretical risk of COX-2 is real or not. Further, we postulated that Celebrex-treated patients who were not taking aspirin in the CLASS trial were the relevant patient group to test this hypothesis. We believed it might help address the question, "Is it the mechanism or is it the molecule?"

## SUPPLEMENTARY CARDIOVASCULAR SAFETY DATA REFLECTED SHORT DURATION, LOW DOSES, OR LOW-RISK PATIENTS

To provide comfort that Vioxx did not increase cardiovascular event rates, Merck also performed a meta analysis (28,000 patients) of all its clinical trials, but the FDA reviewers argued that the analysis contained a preponderance of patients at the lower 12.5 mg and 25 mg dosage strengths for very short durations (six weeks) of treatment.

Merck indicated that it had just submitted to the FDA the results of a 17,000 "eligible" rheumatoid arthritis (RA) patient case-control study from the U.K. General Practice Research Database. Merck defined "eligible" as a "low cardiovascular risk" patient similar to that enrolled in VIGOR. In our view, the relevance of this analysis to the issue of Vioxx's safety amongst the elderly patient population in which it is actually used is highly questionable. But the FDA may feel obligated to review additional volumes of data before finalizing any relabeling action.

MRK ABI0003166

M00EI 02082



## The Adjudication Process Downsized Cardiovascular Adverse Events in VIGOR by 45%

**The mandate of Merck's "Adjudication SOP" represents, at least in our experience, a significant departure from the way serious adverse events are customarily reported and analyzed in the evaluation of safety.**

In the statistical evaluation of efficacy endpoints in many randomized, controlled clinical trials, a blinded committee is formed to review individual care reports to assure their diagnostic efficacy. This was true in both the CLASS and VIGOR trials with respect to the serious upper GI events that were the primary and secondary endpoints of the studies. These committees review patient records and either confirm the investigator-reported event or reject it. In the VIGOR trial, we can see that this confirmation (or adjudication) process reduced the number of upper GI events by some 3%-12%.

In some instances, these committees are also provided with information that would help them identify events that might have been missed by the investigator and gone unreported.

Merck's disclosure of its Adjudication SOP appears in its FDA briefing document. We reproduce it here (please note that we have separated one paragraph into three to provide improved clarity to the reader).

**4.33 The Adjudication Standard Operating Procedure (SOP)**

As discussed above, a Cardiovascular Adjudication Standard Operating Procedure (Adjudication SOP) was developed for the post Phase III OA rofecoxib development program to obtain further data with regard to any difference in the incidence of thrombotic cardiovascular serious adverse experiences associated with chronic therapy with COX-2 selective inhibitors versus nonselective NSAIDs or placebo.

The basis of the Adjudication SOP was a blinded systematic review by an expert panel of cardiologists, neurologists and vascular medicine internists of events that, in the judgement of the site investigator, were thrombotic cardiovascular serious adverse experiences. These 3 separate Independent Adjudication Committees (one for cardiac events, one for cerebrovascular events, and one for peripheral vascular events) assigned potential thrombotic cardiovascular serious adverse experiences to one of the diagnostic categories established in the Adjudication SOP.

*A Vascular Events Coordination Center, staffed by MRL [Merck] personnel, was responsible for the blinded surveillance for serious adverse experiences eligible for adjudication, assembly of adjudication packages, and for administration of the process.* [Emphasis added] Adverse experience terms defining events that were eligible for adjudication are in Appendix 2.

*Source: VIOXX, FDA Advisory Committee briefing information, Merck Research Laboratories, page 71*

**GLOBAL VIEWPOINT**

In VIGOR, the Adjudication SOP indicates that the VEC was not provided with patient records that would have enabled them to identify unreported events. Further, it appears unlikely that an investigator would have performed an EKG or an enzyme test (CK-MB or troponin) without suspecting a cardiovascular event since the primary and secondary endpoints involved gastrointestinal outcomes. This could be important considering that a significant proportion of all heart attacks in the Framingham study went "unrecognized," and this phenomenon was proportionately higher in women (35%) than in men (28%).

In pursuing comparisons with the PPP trial, it is worth noting that the investigators' attention in that trial _was_ focused on identifying cardiovascular events as the primary endpoints. Although investigator-reported events underwent a "validation" process, there is no data available to assess either its impact relative to investigator-reported events, or whether the validation process sought to find investigator-"unrecognized" events as the Framingham Study had.

## VIGOR'S ADJUDICATION SOP REDUCED THE NUMBER OF THROMBOTIC CARDIOVASCULAR EVENTS BY 33%!

The FDA reviewing documents set forth the reconciliation of investigator-reported events and adjudicated thrombotic adverse events. The adjudication process did not eliminate the statistical differences in serious cardiovascular event rates seen between Vioxx and naproxen, but it did provide for a lower reporting of "event rates," thereby potentially reducing one's degree of concern when comparing it with other studies such as the PPP and CLASS trials.

- A total of 32 VIGOR patients were discarded from further analysis by this adjudication process. Among these were three patients that apparently experienced hemorrhagic strokes (two with Vioxx and one with naproxen). It should be noted that in redefining events to the ATPC endpoints discussed below, these were added back to the stroke category.

- For the purposes of further analysis, we have assumed that eight patients discarded because of "insufficient data" were most likely cases where the investigator had diagnosed a heart attack, but failed to document it properly with an EKG or enzyme test.

- For the remaining 21 patients whose events were adjudicated not to be thrombotic, there appears to be no further information given. It would have been useful to see what the investigator had diagnosed in reporting those events.

## ADOPTING THE "ATPC ENDPOINT": ANOTHER POST-HOC REDEFINITION REDUCED EVENT RATES EVEN FURTHER

Merck conducted a retrospective assessment of VIGOR based on the concept of the ATPC (Antiplatelet Trialists' Collaboration) endpoint. This had the effect of further reducing the recorded event rates undergoing subsequent analyses.

The total of event rates (cardiovascular death, myocardial infarction, and stroke) in the overall trial was thus reduced by another 11% (of the 96 original investigator-reported

MRK-ABI0003168

M00E102084

*Arnhold and S. Bleichroeder, Inc.*
**GLOBAL VIEWPOINT**

events), such that the total number of adverse cardiovascular events had been reduced by some 45% (43 patients) from those originally reported by investigators (see Figure 3).

MRK-ABI0003169

M00E102085



**GLOBAL VIEWPOINT**



## Figure 2: The VIGOR Trial
### ADJUDICATION/REDEFINITION DOWNSIZED SERIOUS ADVERSE CARDIOVASCULAR EVENTS

## Figure 3: The VIGOR Trial: Adjudication SOP Summary

|  | VIOXX 50 mg QD | Naproxen 500 mg bid | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|
| **Number of patients** | 4,047 | 4,029 | | |
| Patient years | 2,697 | 2,698 | | |
| **INVESTIGATOR REPORTED:** | | | | |
| Serious Adverse Cardiovascular Experiences | 64 | 32 | | |
| Events /100 patient years | 2.37 | 1.19 | 2.00 | 1.32 - 3.03 |
| *% of patients* | *1.6%* | *0.8%* | | |
| **ADJUDICATION ELIMINATIONS** | | | | |
| Adjudicated not to be thrombotic | 12 | 9 | | |
| Adjudicated to be hemorrhagic | 2 | 1 | | |
| Insufficient data for ajudication | 5 | 3 | | |
| **ADJUDICATION ELIMINATIONS: Total** | 19 | 13 | | |
| **ADJUDICATED THROMBOTIC CV EVENTS** | 45 | 19 | 2.37 | (1.39 - 4.06) |
| Events /100 patient years | 1.67 | 0.70 | | |
| *% of patients* | *1.1%* | *0.5%* | | |
| *Adjudicated Events: % of Investigator Reported Events* | *70.3%* | *59.4%* | | |

*Sources: FDA Vioxx Medical Reviewer's Summary Presentation, slide #16, FDA Arthritis Arthritis Committee Meeting, February 8, 2001 and the FDA Rofecoxib Cardiovascular Safety Review, page 11.*

MRK-ABI0003170

M00E102086



*Arnhold and S. Bleichroeder, Inc.*
**GLOBAL VIEWPOINT**

Dr. Maria Lourdes Villalba, the FDA Medical Reviewer, summarized the FDA's view of this process, stating "...and I think that understanding this difference will allow us to try to compare this with other published data that I hope some cardiologists will discuss." Figure 2 summarizes the sequential outcome of this "resizing" process as presented by the FDA at the meeting.

## Comparing the PPP Trial With VIGOR: Significantly Different Patient Demographics

We found that the cardiovascular risk-profile of patients enrolled in VIGOR was substantially different than those enrolled in the PPP trial.

**VIGOR EXCLUDED HIGH CARDIOVASCULAR RISK PATIENTS...**
VIGOR was restricted to patients with RA; and in so doing, it targeted a predominantly younger, female patient population (Figure 4). Exclusion criteria skewed enrollment further toward patients with little or no cardiovascular risk, as the cardiovascular safety reviewer noted in her report:

- "The use of low-dose aspirin was *not allowed* in this study; patients requiring aspirin for cardioprotection were excluded."

- "Other 'cardiac-related' exclusions [included]: angina or congestive heart failure with symptoms at rest or minimal activity, myocardial infarction or coronary bypass grafting within 1 year, stroke or transient ischemic attack within 2 years, uncontrolled hypertension."[4]

**...BUT PPP DID NOT**
The PPP trial, on the other hand, restricted its enrollment to patients who have cardiovascular risk factors. As a result, there were significant differences in the proportion of at-risk patents enrolled in PPP versus VIGOR:

- It had double the proportion of males.

- It had twice as many people 65 or over.

- The incidence of hypertension was 70% higher.

- Nearly five times as many PPP patients had elevated cholesterol.

- It had twice as many people with diabetes.

VIGOR did have a somewhat higher proportion of smokers – 19% versus 15% – perhaps reflecting the gender differences in the two patient populations.

During the discussion period, a Merck representative volunteered that the relative cardiovascular risk in RA is about 1.5x the osteoarthritis (OA) population. That statistic fails to adjust for the fact that the exclusion criteria for VIGOR screened high-risk cardiovascular patients out of the trial.

---

[4] *Source: FDA Cardiovascular Safety Review – Rofecoxib, February 8, 2001, page 4.*

MRK-ABI0003171

M00EI02008



**GLOBAL VIEWPOINT**



**Figure 4: VIGOR Trial Enrolled Patients at Significantly Lower Cardiovascular Risk Than PPP Trial**

| | PPP Trial | | | VIGOR Trial | |
|---|---|---|---|---|---|
| | Aspirin | Non-Aspirin | | Naproxen 500 mg bid | VIOXX 50 mg. QD |
| Number of patients | 2,226 | 2,269 | Number of patients | 4,029 | 4,047 |
| Mean duration (years) | 3.65 | 3.65 | Mean duration (months) | 8.04 | 8.00 |
| Patient years | 8,117 | 8,273 | Patient years | 2,698 | 2,697 |
| Mean age | 64.5 | 64.3 | Mean age | 58.0 | 58.2 |
| Any cardiovascular risk factor | 100.0% | 100.0% | Any cardiovascular risk factor | 49.3% | 50.6% |
| age >65 | 49.9% | 50.1% | age >65 | 26.6% | 24.6% |
| age >75 | NA | NA | age >75 | 4.9% | 5.3% |
| male | 42.6% | 42.4% | male | 20.2% | 20.4% |
| hypertension | 49.9% | 50.1% | hypertension | 29.5% | 29.5% |
| hypercholestemia | 41.4% | 36.2% | hypercholestemia | 7.9% | 7.9% |
| obesity | 22.1% | 24.0% | obesity | | |
| diabetes | 16.9% | 16.1% | diabetes | 6.1% | 6.1% |
| current smoker | 14.7% | 14.9% | current smoker | 19.5% | 19.3% |
| ex-smoker | 23.9% | 24.1% | ex-smoker | 27.9% | 27.3% |

*Source: FDA Cardiovascular Safety Review – Rofecoxib, February 8, 2001, page 9, and the Collaborative Group of the Primary Prevention Project, "Low-dose aspirin and vitamin E in people at cardiovascular risk, a randomized trial in generalized practice," The Lancet, January 13, 2001.*

MRK-ABI0003172

M00EI02068



**GLOBAL VIEWPOINT**

## Apples-to-Apples VIGOR-PPP Comparison: Significant Differences in Adverse Cardiovascular Outcomes

Dr. Nissen had suggested that the committee compare event rates across the PPP and VIGOR trials. The primary endpoint of the PPP trial was the composite of cardiovascular death, heart attack, and stroke. Analyses by the FDA and Merck focused on this composite as well, reporting the incidence as the number of events per 100 patient years.

Taking the FDA Medical Reviewer's advice, we adjusted the VIGOR data to provide for a higher degree of comparability with the PPP trial data. We have added back eight patients that were discarded by the adjudication process because of "insufficient data." We have presumed that these patients most likely fall into the "heart attack" category, although the briefing documents do not provide sufficient detail to be sure. The data table in Figure 11 gives transparency to these adjustments, and we have provided the "incidence" data before and after this adjustment. We have made no adjustment to the subgroup analyses.

Figure 5 summarizes the outcomes data of cardiac death, heart attack, and stroke for the previously mentioned PPP trial as published in *The Lancet*, for the VIGOR trial as reported by Merck and the FDA in the briefing documents, and after making the adjustment for comparability mentioned above.

### HIGHER INCIDENCE OF CV EVENTS WITH VIOXX...

In comparing these outcomes, we note the following:

- For the composite of cardiovascular death, myocardial infarction (MI), and stroke, the incidence seen in VIGOR is greater and achieves statistical significance. The PPP trial did not achieve statistical significance in this, its primary endpoint.

- For the composite of cardiovascular death, MI, and stroke, **naproxen event rates appear higher than both the aspirin-treated group and the non-aspirin group** in the PPP trial. This does not appear to confirm a cardioprotective effect of naproxen.

- In the PPP trial, patients not taking aspirin were shown to have only a 29% higher risk over more than three and a half years. The trial was stopped early for ethical reasons.

Figure 6 compares the event rates of the composite endpoint in the PPP and VIGOR trials.

MRK-ABI0003173

M00E102089

*Arnhold and S. Bleichroeder, Inc.*
GLOBAL VIEWPOINT

## Figure 5: Comparison of Outcomes in VIGOR and PPP Trials

### PPP Trial

| | Aspirin | Non-Aspirin | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|
| Number of patients | 2,226 | 2,269 | | |
| Mean duration (years) | 3.65 | 3.65 | | |
| Patient years | 8,117 | 8,273 | | |
| **CV death/MI/stroke** | 45 | 64 | *NOT statistically significant* | |
| Events / 100 patient years | 0.55 | 0.77 | 0.71 | (0.48 - 1.04) |
| *% of patients* | *2.0%* | *2.8%* | | |
| **Cardiovascular death** | 15 | 22 | *Statistically significant* | |
| Events / 100 patient years | 0.18 | 0.27 | 0.69 | (0.38 - 0.99) |
| *% of patients* | *0.7%* | *1.0%* | | |
| **Myocardial infarction** | 19 | 28 | *NOT statistically significant* | |
| Events / 100 patient years | 0.23 | 0.34 | 0.69 | (0.38 - 1.23) |
| *% of patients* | *0.9%* | *1.2%* | | |
| **Strokes** | 15 | 18 | *NOT statistically significant* | |
| Events / 100 patient years | 0.18 | 0.22 | 0.84 | (0.42 - 1.67) |
| *% of patients* | *0.7%* | *0.8%* | | |

### VIGOR Trial

| | Naproxen 500 mg bid | VIOXX 50 mg QD | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|
| Number of patients | 4,029 | 4,047 | | |
| Mean duration (months) | 9.04 | 9.00 | | |
| Patient years | 2,698 | 2,697 | | |
| **CV death/MI/stroke** | 21 | 40 | | |
| Events / 100 patient years | 0.78 | 1.48 | 1.91 | |
| *% of patients* | *0.5%* | *1.0%* | | |
| **CV death/MI/stroke** | 18 | 35 | *Statistically significant* | |
| Events / 100 patient years | 0.67 | 1.30 | 1.94 | (1.10 - 3.45) |
| *% of patients* | *0.4%* | *0.9%* | | |
| **Cardiovascular death** | 7 | 7 | | |
| Events / 100 patient years | 0.26 | 0.26 | 1.00 | (0.35 - 2.85) |
| *% of patients* | *0.2%* | *0.2%* | | |
| **Myocardial infarction** | 7 | 25 | | |
| Events / 100 patient years | 0.26 | 0.93 | 3.57 | |
| *% of patients* | *0.2%* | *0.6%* | | |
| **Myocardial infarction** | 4 | 20 | *Statistically significant* | |
| Events / 100 patient years | 0.15 | 0.74 | 5.00 | (1.72 - 6.67) |
| +MI "insufficient data" | 3 | 5 | *Excluded by adjudication SOP* | |
| **Strokes** | 9 | 11 | *Not statistically significant* | |
| Events / 100 patient years | 0.33 | 0.41 | 1.22 | (0.51 - 2.94) |
| *% of patients* | *0.2%* | *0.3%* | | |

*Note: VIGOR data has been adjusted to include one hemorrhagic stroke in the naproxen group and two hemorrhagic strokes in the Vioxx group. See Figure 3*
*Source: FDA Cardiovascular Safety Review – Referrals, February 8, 2001, page 9; and the Cardiovascular Group of the Primary Prevention Project, "Low-dose aspirin and vitamin E in people at cardiovascular risk, a randomised trial in general practice, The Lancet, January 13, 2001.*

MRK-ABI0003174



**GLOBAL VIEWPOINT**



Source: See Figure 5

## ...BUT PPP COMPARISONS DO NOT SUGGEST NAPROXEN IS CARDIOPROTECTIVE

These comparisons suggest that the incidence of serious adverse cardiovascular events in naproxen-treated patients more closely resembles the incidence in the non-aspirin group in the PPP trial, even before taking into consideration the profound differences in the cardiovascular risk-profiles of the two groups.

After adjusting comparisons for VIGOR's adjudication-redefinition resizing process, event rates for naproxen are well above the aspirin-treated group in PPP and somewhat above the non-aspirin group.

Merck disclosed data showing the demographic profile of the VIGOR patient group that experienced cardiovascular events. It looks remarkably similar to the overall demographics of the PPP trial (Figure 7).

MRK-ABI0003175



**GLOBAL VIEWPOINT**



Source: FDA Advisory Committee Background Information [Vioxx], FDA Arthritis Advisory Committee Meeting, Merck Research Laboratories, February 8, 2001, page 76 and Figure 5.

A further assessment of the possible impact of the demographic differences between the VIGOR and PPP trials can be inferred from the following subgroup analysis performed by Merck and disclosed in the FDA's cardiovascular safety review:

• Figure 8 dramatically illustrates the profound differences in event rates by gender and age.

1. Gender: Men had a nearly threefold (RR=2.86) higher risk of a serious adverse cardiovascular event than women in VIGOR.

2. Age: VIGOR patients 65 years of age and older had a more than threefold (RR=3.20) higher risk of a serious adverse cardiovascular event than patients younger than 65.

• Figure 9 shows dramatic differences for patients with other baseline cardiovascular risk factors. Patients with a prior history of cardiovascular events showed a dramatically higher incidence of serious adverse cardiovascular adverse events, but represented less than 6% of patients enrolled in VIGOR.

MRK-ABI0003176

M00E1020921



GLOBAL VIEWPOINT



**Figure 8: The VIGOR Trial**
DRAMATICALLY HIGHER EVENT RATES SEEN IN MEN AND THE ELDERLY

**Figure 9: The VIGOR Trial**
VIOXX-TREATED PATIENTS WITH PRIOR CARDIOVASCULAR HISTORY SHOWED ALARMINGLY HIGH RISK

*Sources: FDA Cardiovascular Safety Review – Rofecoxib, FDA Arthritis Advisory Committee Meeting, February 8, 2001, page 20, detailed in Figure 10*

MRK-ABI0003177

M00E102093

*Archbold and S. Blackwelder, Inc.*
GLOBAL VIEWPOINT

## Figure 10: The VIGOR Trial
### SUMMARY OF ADJUDICATED THROMBOTIC SERIOUS AE'S IN SELECTED PATIENT SUBGROUPS

| | VIOXX 50 mg QD | Naproxen 500 mg bid | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|
| **MALES** | | | | |
| Number of patients | 824 | 814 | | |
| Patient years | 548 | 556 | | |
| Adjudicated Serious Thrombotic CV Events | 20 | 7 | | |
| Events /100 patient years | 3.65 | 1.26 | 2.90 | 1.23 - 6.67 |
| % of patients | 6.4% | 0.9% | | |
| **AGE 65 AND ABOVE** | | | | |
| Number of patients | 997 | 1,070 | | |
| Patient years | 621 | 662 | | |
| Adjudicated Serious Thrombotic CV Events | 28 | 13 | | |
| Events /100 patient years | 4.51 | 1.96 | 2.20 | 1.19 - 4.35 |
| % of patients | 0.5% | 0.1% | | |
| **SMOKERS: Current** | | | | |
| Number of patients | 790 | 719 | | |
| Patient years | 516 | 513 | | |
| Adjudicated Serious Thrombotic CV Events | 17 | 5 | | |
| Events /100 patient years | 3.29 | 0.94 | 3.51 | 1.19 - 10.00 |
| % of patients | 0.4% | 0.1% | | |
| **CARDIOVASCULAR HISTORY** | | | | |
| Number of patients | 238 | 216 | | |
| Patient years | 147 | 139 | | |
| Adjudicated Serious Thrombotic CV Events | 16 | 5 | | |
| Events /100 patient years | 10.88 | 3.60 | 3.03 | 1.11 - 8.29 |
| % of patients | 4.6% | 1.7% | | |
| **HYPERTENSIVE** | | | | |
| Number of patients | 1,217 | 1,168 | | |
| Patient years | 790 | 762 | | |
| Adjudicated Serious Thrombotic CV Events | 20 | 12 | | |
| Events /100 patient years | 2.53 | 1.57 | 1.61 | 0.79 - 3.33 |
| % of patients | 0.2% | 0.1% | | |

| | VIOXX 50 mg QD | Naproxen 500 mg bid | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|
| **FEMALES** | | | | |
| Number of patients | 3,223 | 3,215 | | |
| Patient years | 2,149 | 2,142 | | |
| Adjudicated Serious Thrombotic CV Event | 25 | 12 | | |
| Events /100 patient years | 1.16 | 0.56 | 2.08 | 1.04 - 4.17 |
| % of patients | 0.8% | 0.4% | | |
| **AGE < 65 YEARS** | | | | |
| Number of patients | 3,050 | 2,959 | | |
| Patient years | 2,076 | 2,037 | | |
| Adjudicated Serious Thrombotic CV Event | 17 | 6 | | |
| Events /100 patient years | 0.82 | 0.29 | 2.78 | 1.10 - 7.14 |
| % of patients | 0.6% | 0.0% | | |
| **NON-SMOKER** | | | | |
| Number of patients | 3,256 | 3,250 | | |
| Patient years | 2,180 | 2,160 | | |
| Adjudicated Serious Thrombotic CV Event | 28 | 14 | | |
| Events /100 patient years | 1.28 | 0.65 | 1.99 | 1.04 - 3.85 |
| % of patients | 0.9% | 0.4% | | |
| **NO CARDIOVASCULAR HISTORY** | | | | |
| Number of patients | 3,809 | 3,813 | | |
| Patient years | 2,550 | 2,559 | | |
| Adjudicated Serious Thrombotic CV Event | 29 | 14 | | |
| Events /100 patient years | 1.14 | 0.55 | 2.08 | 1.10 - 4.00 |
| % of patients | 0.8% | 0.0% | | |
| **NON-HYPERTENSIVE** | | | | |
| Number of patients | 2,830 | 2,861 | | |
| Patient years | 1,907 | 1,936 | | |
| Adjudicated Serious Thrombotic CV Event | 25 | 7 | | |
| Events /100 patient years * | 1.31 | 0.36 | 3.65 | |
| % of patients | 0.0% | 0.0% | | |

* evidenced by Archold and S. Blackwelder

Source: FDA Cardiovascular Safety Review – Refstradek, FDA Arthritis Advisory Committee Meeting, February 8, 2001, page 20.

MRK-ABI0003178



**GLOBAL VIEWPOINT**

## Merck's Post-Hoc Analysis Identified 321 Patients Who Might Have Benefited From Low-Dose Aspirin

Retrospectively, Merck identified a total of 321 patients who might have benefited from low-dose aspirin. This post-hoc analysis shifted eight of the 20 heart attacks seen in Vioxx-treated patients to this small, higher-risk subset. None of the four heart attacks seen in naproxen-treated patients were attributed to this subgroup. As a result, the differences seen in the incidence of heart attack among patients not receiving aspirin were no longer "statistically significant" between Vioxx and naproxen. This tactic appeared to allay concerns that had emerged among investors, and possibly the medical community as well.

Commenting on this retrospective analysis, the FDA Medical Reviewer wrote:

> The validity of this retrospective identification of patients is unclear. By protocol, patients with active cardiovascular disease were excluded. The investigator's clinical judgement at the time of enrollment appears to be more relevant than a retrospective chart review.[5]

We compared these data with the event rates seen in the PPP trial, as shown back in Figure 5. Figure 11 shows the comparison of composite event rates seen in the two VIGOR subgroups with those seen in PPP. Event rates calculated for the 321 patients who might have benefited from aspirin were consistent with those seen among patients with a previous cardiovascular history, as was seen in Figure 9.



**Figure 11: The VIGOR Trial**
**HIGHER VIOXX CV RISK SEEN IN SUBGROUP ANALYSIS**

* Denotes statistically significant p<0.05  Source: See Figures 5 and 12.

[5] See: FDA Medical Officer: VIOXX AAC Overall Safety Review, page 10.

---

MRK-ABI0003179

M00EI02095

Sivehold and S. Bloodworker, Inc.

GLOBAL VIEWPOINT

## Figure 12: The VIGOR Trial
### SUMMARY OF MERCK'S POST HOC ANALYSIS AMONG 524 PATIENTS WHO MIGHT HAVE BENEFITED FROM LOW-DOSE ASPIRIN

**Aspirin-indicated**
*Mean post-hoc analysis*

| | Naproxen 500 mg bid | VIOXX 50 mg QD | # | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|---|
| Number of patients | 151 | 170 | | | |
| Mean duration (months) | 8.11 | 7.41 | | | |
| Patient years | 102 | 105 | | | |
| **CV death/MI/stroke** | | | | *Statistically significant* | |
| Events / 100 patient years | 2.94 | 11.43 | 1 | 0.26 | (0.07 - 0.91) |
| % of patients | 2.0% | 7.1% | 2 | 3.85 | |
| **Cardiovascular death** | | | | *NOT statistically significant* | |
| Events / 100 patient years | 1.96 | 0.95 | 1 | 2.07 | (0.11 - 122.10) |
| % of patients | 1.3% | 0.6% | 2 | 0.48 | |
| **Myocardial infarction** | | | | *Statistically significant* | |
| Events / 100 patient years | 0.00 | 7.62 | 1 | 0.00 | (0.00 - 0.60) |
| % of patients | 0.0% | 4.7% | 2 | 7.60 | |
| **Stroke** | | | | *NOT statistically significant* | |
| Events / 100 patient years | 1.96 | 2.86 | 1 | 0.69 | (0.06 - 6.02) |
| % of patients | 1.3% | 1.8% | 2 | 1.45 | |

**Aspirin not indicated**
*Mean post-hoc analysis*

| | Naproxen 500 mg bid | VIOXX 50 mg QD | # | Relative Risk Estimate | 95% confidence interval |
|---|---|---|---|---|---|
| Number of patients | 3,878 | 3,877 | | | |
| Mean duration (months) | 8.04 | 8.03 | | | |
| Patient years | 2,597 | 2,593 | | | |
| **CV death/MI/stroke** | | | | *Statistically significant* | |
| Events / 100 patient years | 0.58 | 0.89 | 1 | 0.65 | (0.34 - 1.25) |
| % of patients | 0.4% | 0.6% | 2 | 1.54 | |
| **Cardiovascular death** | | | | *NOT statistically significant* | |
| Events / 100 patient years | 0.19 | 0.23 | 1 | 0.83 | (0.25 - 2.73) |
| % of patients | 0.1% | 0.2% | 2 | 1.20 | |
| **Myocardial infarction** | | | | *No longer statistically significant* | |
| Events / 100 patient years | 0.15 | 0.46 | 1 | 0.33 | (0.11 - 1.03) |
| % of patients | 0.1% | 0.3% | 2 | 3.03 | |
| **Stroke** | | | | *NOT statistically significant* | |
| Events / 100 patient years | 0.27 | 0.31 | 1 | 0.87 | (0.32 - 2.40) |
| % of patients | 0.2% | 0.2% | 2 | 1.15 | |

Source: FDA Cardiovascular Safety Review – Rafsardh, FDA Arthritis Advisory Committee Meeting, February 8, 2001, pp. 13-14.

# Note: (1) relative risk of naproxen; (2) relative risk of VIOXX 50 mg.

COX 2 CARDIOVASCULAR SAFETY ISSUES – APRIL 27, 2001

MRK-ABI0003180



**GLOBAL VIEWPOINT**

### Does VIGOR Demonstrate "Aspirin-Like" Cardioprotection of Naproxen?

Prior experience suggests that both VIGOR and CLASS were most likely underpowered (from a statistical perspective) to detect mechanism-based (COX-1/ COX-2) "aspirin-like" treatment differences in the incidence of thrombotic events.

To illustrate, Pharmacia noted in its presentation that statisticians from the Physician's Health Study had estimated that a prospectively designed study to evaluate the mechanism-based primary "aspirin-like" cardioprotection in a normal risk population would require more than 20,000 patients studied over a period of five years. This would suggest that VIGOR, with only 8,000 patients treated for an average of eight months, would have been underpowered to show the "aspirin-like" cardioprotection of naproxen via an anti-platelet, anti-thrombotic effect.

Moreover, mechanistically, naproxen and other non-aspirin NSAIDs are disadvantaged relative to aspirin because their binding to platelets is reversible, i.e., *transient*, whereas aspirin's binding to platelets is irreversible, i.e., *permanent*, for the 21-day life of the platelet.

Returning to what we saw in the VIGOR trial, our skepticism relating to naproxen having a cardioprotective effect is reinforced by the following substantive differences:

- Naproxen-treated patients experienced a *58% lower incidence* of thromboembolic events than Vioxx-treated patients in the VIGOR trial. Most placebo-controlled trials with aspirin show event reductions of approximately half that much.

- These profound treatment differences were seen in *only eight months* of treatment, whereas most cardioprotective trials for aspirin have had durations of *4-5 years*. Treatment began to appear *within six weeks in VIGOR*, as compared with *six months in the PPP trial*.

- In the VIGOR trial, event rates of the two treatment groups began to separate *within six weeks*, as shown in Figure 13. In the PPP trial, a separation in event rates was not seen until *after six months*.

FDA reviewers expressed concerns that VIGOR event rates seemed to separate more aggressively over time, exacerbating their concerns about longer-term use of Vioxx (see second arrow in Figure 13). However, Merck's consultant statistician indicated that because of the small number of patients remaining in the trial after eight months, this apparent inflection point was not statistically significant.

MRK-ABI0003181

M00EI02097



**GLOBAL VIEWPOINT**



*Source: FDA Cardiovascular Safety Review – Rofecoxib, page 16; and FDA Presentation, Statistical Review: FDA Arthritis Advisory Committee Meeting, February 8, 2001*

Pharmacia also noted in its presentation that by similar reasoning, both CLASS and VIGOR were underpowered to demonstrate a mechanism-based, pro-thrombotic effect of COX-2 specific inhibition.

If this is true, it raises the question of whether or not the treatment differences in VIGOR reflect differential COX-mediated platelet effects of naproxen and Vioxx – or something else. In other words, were these differences simply "thrombotic," or were they something else?

MRK-ABI0003182

M00EI02098



**GLOBAL VIEWPOINT**

# COMPARING SERIOUS ADVERSE CARDIOVASCULAR EVENTS ACROSS CLASS, VIGOR, AND PPP

Merck's presentation and the FDA Advisory Committee's discussion raised concerns about the theoretical pro-thrombotic risk of COX-2 specific inhibition, and the disturbing statement (to us at least) that the heart attack rates seen in VIGOR with Vioxx were virtually identical to those seen in CLASS with Celebrex.

Although there were no significant differences in the overall serious cardiovascular adverse event rates seen among Celebrex-treated patients as compared with those treated with diclofenac or ibuprofen, we set out to analyze the serious adverse cardiovascular events seen in CLASS with those discussed above.

### CLASS ENROLLED A HIGHER CV-RISK PATIENT POPULATION

We found that patients enrolled in CLASS had a higher cardiovascular risk-profile than those enrolled in the VIGOR trial (which more closely resembled those enrolled in the PPP trial) (Figure 14). CLASS sought to enroll a "real-world" population of patients who use anti-arthritic medicines. In CLASS, enrollment allowed for the inclusion of higher-risk cardiovascular patients taking low-dose aspirin for cardioprotection, whereas patients who required low-dose aspirin were excluded from enrollment in the VIGOR trial.

Dr. Frank E. Harrel, Jr., of the University of Virginia Health Science Center, noted further that "...I think we have to remember that aspirin in the study yesterday [CLASS] means cardiovascular risk factors as much as it means taking aspirin."



*Source: Figures 5 and 15*

MRK-ABI0003183



**GLOBAL VIEWPOINT**

## CLASS ANALYZED ALL INVESTIGATOR-REPORTED EVENTS

Procedurally, CLASS and VIGOR were very different. CLASS did not have an "Adjudication SOP" or re-definition of investigator-reported events as we noted above in our discussion of the VIGOR trial.

In addition, CLASS incorporated a broader definition of cerebrovascular disorder that included transient ischemic attacks (TIAs). Within CLASS, Celebrex-treated patients experienced a lower incidence of cerebrovascular events, as compared with ibuprofen, that was statistically significant.

### Figure 15: The CLASS Trial
### SUMMARY OF PATIENT DEMOGRAPHICS AND SERIOUS ADVERSE CARDIOVASCULAR OUTCOMES

|  | Celebrex 400 mg bid | diclofenac 75 mg bid | ibuprofen 800 mg tid |
|---|---|---|---|
| **Number of patients** | 3,987 | 1,996 | 1,985 |
| Mean duration (months) | 6.98 | 6.50 | 6.79 |
| Patient years | 2,320 | 1,081 | 1,123 |
| Mean Age | 60.6 | 60.1 | 59.5 |
| Age >65 | 39.1% | 38.2% | 36.5% |
| Age >75 | 12.2% | 11.8% | 10.9% |
| Male | 31.5% | 32.6% | 29.2% |
| CV history | 40.2% | 40.3% | 40.0% |
| ASA users | 22.1% | 22.3% | 20.8% |
| Tobacco use | 15.8% | 15.6% | 14.3% |
| **CV death/MI/cerebrovascular** | 30 | 17 | 17 |
| *Events / 100 patient years* | *1.29* | *1.57* | *1.51* |
| *% of patients* | *0.8%* | *0.9%* | *0.9%* |
| **Cardiovascular death** | 10 | 6 | 4 |
| *Events / 100 patient years* | *0.43* | *0.56* | *0.36* |
| *% of patients* | *0.3%* | *0.3%* | *0.2%* |
| **Myocardial Infarction** | 19 | 5 | 9 |
| *Events / 100 patient years* | *0.82* | *0.46* | *0.80* |
| *% of patients* | *0.5%* | *0.3%* | *0.5%* |
| **Cerebrovascular event** | 5 | 6 | 6 |
| *Events / 100 patient years* | *0.22* | *0.56* | *0.53\** |
| *% of patients* | *0.1%* | *0.3%* | *0.3%* |

\* *Statistically significant ($p < 0.05$) as compared to Celebrex.*

*Source: "CLASS Advisory Briefing Document," G.D. Searle, pp. 34,55; and FDA Cardio-Renal Safety Review; "Comparative Safety of Celecoxib, Diclofenac, and Ibuprofen," pp. 4,6-7, FDA Arthritis Advisory Committee Meeting, February 7, 2001*

MRK ABI0003184

M00EI02100

*Nichols and S.P. Blashroeder, Inc.*
GLOBAL VIEWPOINT

## Figure 16: The CLASS Trial

### ADVERSE CARDIOVASCULAR EVENT RATES NUMERICALLY FAVORED CELEBREX AMONG BOTH HIGHER-RISK AND LOWER-RISK PATIENTS

| | Celebrex 400 mg bid | diclofenac 75 mg bid | ibuprofen 800 mg tid | | Celebrex 400 mg bid | diclofenac 75 mg bid | ibuprofen 800 mg tid |
|---|---|---|---|---|---|---|---|
| Number of patients | 3,105 | 1,551 | 1,573 | Number of patients | 882 | 445 | 412 |
| Mean duration (months) | 6.97 | 6.51 | 6.67 | Mean duration (months) | 7.03 | 6.44 | 7.25 |
| Patient years | 1,803 | 841 | 874 | Patient years | 517 | 239 | 249 |
| **CV death/MI/cerebrovascular** | 11 | 11 | 5 | **CV death/MI/cerebrovascular** | 19 | 5 | 12 |
| *Events / 100 patient years* | 0.61 | 1.31 | 0.57 | *Events / 100 patient years* | 3.68 | 2.09 | 4.82 |
| *% of patients* | 0.4% | 0.7% | 0.3% | *% of patients* | 2.2% | 1.1% | 2.9% |
| **Cardiovascular death** | 6 | 6 | 1 | **Cardiovascular death** | 4 | 0 | 3 |
| *Events / 100 patient years* | 0.33 | 0.71 | 0.11 | *Events / 100 patient years* | 0.77 | 0.00 | 1.20 |
| *% of patients* | 0.2% | 0.4% | 0.1% | *% of patients* | 0.5% | 0.0% | 0.7% |
| **Myocardial infarction** | 6 | 2 | 2 | **Myocardial infarction** | 13 | 2 | 7 |
| *Events / 100 patient years* | 0.33 | 0.24 | 0.23 | *Events / 100 patient years* | 2.51 | 0.84 | 2.81 |
| *% of patients* | 0.2% | 0.1% | 0.1% | *% of patients* | 1.5% | 0.4% | 1.7% |
| **Cerebrovascular event*** | 1 | 3 | 3 | **Cerebrovascular event*** | 4 | 3 | 3 |
| *Events / 100 patient years* | 0.06 | 0.36 | 0.34 | *Events / 100 patient years* | 0.77 | 1.26 | 1.20 |
| *% of patients* | 0.0% | 0.2% | 0.2% | *% of patients* | 0.5% | 0.7% | 0.7% |

*Source: "CLASS Advisory Briefing Document", G.D. Searle, pp. 55-56; FDA Medical Officer's Review of Celebrex, pp. 54-70; and FDA Cardio-Renal Safety Review: "Comparative Safety of Celecoxib, Diclofenac, and Ibuprofen", pp. 4,6-7; FDA Arthritis Advisory Committee Meeting, February 7, 2001.*

\* *Arnhold and S. Blashroeder estimate from previous medical presentations of CLASS data.*

MRK-ABI0003185

M00E102110


**GLOBAL VIEWPOINT**

The FDA's briefing and safety review documents provided an analysis of event rates for cardiovascular death and heart attacks as they occurred, both among patients taking low-dose aspirin for cardioprotection and among those who did not. We derived the split of cerebrovascular events for these two groups from public presentations of the CLASS data a year ago . The table in Figure 16 shows the analysis of this data.

## CLASS PATIENTS NOT TAKING ASPIRIN COMPARED MOST CLOSELY WITH VIGOR PATIENTS

Given that patients taking aspirin were excluded from enrollment in VIGOR, the most appropriate comparison of outcomes in CLASS and VIGOR would seem to involve patients not taking aspirin in CLASS. To assure an apples-to-apples comparison, we added TIAs back to the calculation of incidence rates in VIGOR. A summary of these data and adjustments are shown in Figure 17.

| **Figure 17: The VIGOR Trial** ADJUSTING VIGOR OUTCOMES FOR AN APPLES-TO-APPLES COMPARISON | | | |
|---|---|---|---|
| | Naproxen 500 mg bid | VIOXX 50 mg. QD | *Relative Risk Estimate* |
| **Number of patients** | 4,029 | 4,047 | |
| Mean duration (months) | 8.04 | 8.00 | |
| Patient years | 2,698 | 2,697 | |
| **CV death/MI/cerebrovascular** | 21 | 42 | *statistically significant* |
| Events /100 patient years | 0.78 | 1.56 | **2.00** |
| % of patients | *0.5%* | *1.0%* | |
| **CV death/MI/stroke** | 18 | 35 | *adjudicated analysis* |
| **Cardiovascular death** | 7 | 7 | |
| Events /100 patient years | 0.26 | 0.26 | *1.00* |
| % of patients | *0.2%* | *0.2%* | |
| **Myocardial infarction** | 7 | 25 | |
| *Events / 100 patient years* | **0.26** | **0.93** | **3.57** |
| % of patients | *0.2%* | *0.6%* | |
| Myocardial infarction | 4 | 20 | *adjudicated analysis* |
| "insufficient data" | 3 | 5 | |
| **Cerebrovascular Events** | 9 | 13 | |
| *Events /100 patient years* | *0.33* | *0.48* | *1.44* |
| % of patients | *0.2%* | *0.3%* | |
| **Strokes** | 9 | 11 | *adjudicated analysis* |
| **Transient ischemic attacks** | 0 | 2 | |

*Source: Figures 3 and 5, FDA Cardiovascular Safety Review, Rofecoxib, page 18*

MRK-ABI0003186

M00E1 02102



**GLOBAL VIEWPOINT**

### Celebrex-Treated Patients Showed No Signs of Heightened Pro-Thrombotic Risk

We had anticipated that CLASS might have shown some signal of the heightened theoretical pro-thrombotic risk of unopposed COX-2 specific inhibition among the group of patients taking Celebrex not taking low-dose aspirin. It did not (Figure 18).



Source: Data from Figures 5, 16, and 17

Notes: Adjustments have been made to adjudicated event rates in VIGOR, as follows:

1. CLASS data for cerebrovascular events included TIAs; TIAs are added back to the VIGOR data.
2. VIGOR data are further adjusted to add back adjudication eliminations for "insufficient data," discussed on page 17

### Incidence of Heart Attack Among Celebrex-Treated Patients Not Taking Aspirin Was Low...

In an apples-to-apples comparison, the incidence of heart attack seen among Celebrex patients not taking aspirin appears low in relation to NSAID comparators in both CLASS and VIGOR (Figure 19).

- Further, the CLASS data provides no signal that unopposed COX-2 specific inhibition is associated with higher cardiovascular risk!

MRK-ABI0003187

M00E102103

*Arnhold and S. Bleichroeder, Inc.*
**GLOBAL VIEWPOINT** ➤

- These data also suggest that VIGOR's adjudication process may have contributed to the illusion that naproxen was cardioprotective.



**Figure 19: Comparing CLASS and VIGOR**
**CELEBREX SHOWED NO SIGN OF HIGHER MI RISK IN LOWER-RISK SUBGROUP**

*\* Denotes statistical significance p<0.05.*
*Source: Data from Figures 15 and 16*

## ...As It Was Among Higher-Risk Patients in CLASS

Given that overall MI rates were comparable in CLASS and VIGOR (as highlighted by Dr. Nissen in his comments to the committee – see Appendix), could patients at higher risk, even though they were taking aspirin, have shown some signal of higher risk?

Figures 20 and 21 compare the adverse cardiovascular event rates and heart attacks seen in CLASS and VIGOR among patients taking aspirin in CLASS and among patients who might have benefited from aspirin in VIGOR. This represents a kind of grapefruits-to-grapes comparison, insofar as we lack sufficient information to make the appropriate adjustments to the adjudicated numbers in Merck's retrospective subgroup analysis.

MRK-ABI0003188

M00EI102104



**GLOBAL VIEWPOINT**



MRK-ABI0003189

M00E102105



**GLOBAL VIEWPOINT**

We observed the following from the above comparisons of adverse cardiovascular event rates seen in the VIGOR, PPP, and CLASS trials:

- Celebrex-treated patients did not experience a higher rate of serious adverse cardiovascular event rates in relation to NSAID comparators in the CLASS trial.

- In apples-to-apples comparisons, Celebrex-treated patients experienced event rates comparable to those seen with naproxen in the VIGOR trial or the two groups in the PPP trial.

- Vioxx adverse cardiovascular event rates were consistently higher in all comparisons, and significantly so among higher cardiovascular risk patient subgroups.

## Celebrex and Vioxx Differ in Chemical Structure and Metabolism

As we have detailed in prior reports, Celebrex and Vioxx differ in their chemical structures as well as in their metabolic fates within the body. These molecular and metabolic differences may be expected to produce different biological and physiological effects in the body that are separate and distinct from their specificity in inhibiting the COX-2 isoenzyme.

Historically, significant differences have been seen in the incidence of side effects and toxicities among traditional NSAIDs, despite their shared mechanism of anti-inflammatory and analgesic effectiveness. For example, ibuprofen use is primarily associated with adverse renal events, whereas diclofenac is primarily associated with adverse hepatic effects. These differences were seen in the CLASS study. And, for those who may have forgotten, Lilly's Oraflex (benoxaprofen) was removed from the market shortly after its introduction in 1982 because of a rare incidence of fatal skin reactions.

In our minds, this would appear to raise the question of whether or not the differences seen in serious adverse cardiovascular events in VIGOR are limited to a platelet-mediated effect on thrombosis. This issue received very little attention in the committee's discussion, but was noted in the presentations by the FDA's reviewers.

## Beyond Thrombosis: Hypertension, Edema, and Congestive Heart Failure – Are They Significant/Relevant to VIGOR Outcomes?

Merck's adjudication procedure and retrospective redefinition to the ATPC endpoints effectively narrowed the focus of the analysis to "thrombotic" events, thereby discarding other cardiovascular-related events. Merck stated in its presentation:

> The incidence of thrombotic events, such as myocardial infarctions and cerebral vascular accidents...is separate and distinct from renal-related AEs such as edema and hypertension, which were just reviewed and are dose-related, mechanism-dependent side effects

MRK-ABI0003190

M00EI02106



**GLOBAL VIEWPOINT**

The FDA presented data from VIGOR showing that Vioxx's effect on blood pressure and edema clearly differentiate from naproxen, as well as from the NSAID comparators in their NDA submission (Figure 22). With respect to adverse renal and hepatic effects, Merck stated in its presentation:

> Discontinuations due to edema-related AEs, all AEs of congestive heart failure, discontinuations due to renal-related AEs, and discontinuations due to hepatic AEs were not significantly different between the two treatment groups.

### Figure 22: The VIGOR Trial
#### PATIENT DISCONTINUATIONS DUE TO HYPERTENSION, CONGESTIVE HEART FAILURE, EDEMA, AND OTHER RENAL AND HEPATIC EFFECTS

| | VIOXX 50 mg QD | Naproxen 500 mg bid | Relative Risk Estimate | 95% confidence interval | p-value |
|---|---|---|---|---|---|
| **DISCONTINUATIONS DUE TO:** | | | | | |
| <u>HYPERTENSION - related AEs</u> | 28 | 6 | | | |
| Events /100 patient years | 1.04 | 0.22 | 4.67 | (1.93 - 11.28) | p<0.001 |
| *% of patients* | 0.7% | 0.1% | | | |
| <u>EDEMA - related AEs</u> | 25 | 13 | | | |
| Events /100 patient years | 0.93 | 0.48 | 1.92 | (0.98 - 3.75) | p=0.057 |
| *% of patients* | 0.6% | 0.3% | | | |
| <u>CONGESTIVE HEART FAILURE - related AEs</u> | 19 | 9 | | | |
| Events /100 patient years | 0.70 | 0.33 | 2.11 | (0.96 - 4.67) | p=0.065 |
| *% of patients* | 0.5% | 0.2% | | | |
| <u>RENAL - Other AEs</u> | 8 | 7 | | | |
| Events /100 patient years | 0.30 | 0.26 | 1.14 | (0.41 - 3.15) | p=0.796 |
| *% of patients* | 0.2% | 0.2% | | | |
| **TOTAL DISCONTINUATIONS DUE TO:** | | | | | |
| <u>HYPERTENSION, EDEMA, CHF & RENAL AEs</u> | 80 | 35 | | | |
| Events /100 patient years* | 2.97 | 1.30 | 2.29 | | |
| *% of patients* | 2.0% | 0.9% | | | |
| *\* calculated by Arnhold and S. Bleichroeder* | | | | | |
| <u>HEPATIC DISEASE - related AEs</u> | 10 | 3 | | | |
| Events /100 patient years | 0.37 | 0.11 | 3.33 | (0.92 - 12.11) | p=0.067 |
| *% of patients* | 0.2% | 0.1% | | | |

*Source: FDA Medical Officer's Vioxx AAC Overall Safety Review, page 13; FDA Arthritis Advisory Committee Meeting, February 8, 2001*

Merck said that serious adverse cardiovascular events in VIGOR were unrelated to "hypertensive adverse experiences," stating in its presentation:

> We looked at patients with confirmed cardiovascular events to determine how many were preceded by *a hypertensive adverse experience.* [Emphasis added.] Of the 45-rofecoxib patients who had a confirmed cardiovascular event, only four had an antecedent hypertensive adverse experience and, as you can see, one had a deep vein thrombosis, two had cerebral vascular accidents, and one had a myocardial infarction. In addition, overall changes in blood pressure were similar in rofecoxib patients who had cardiovascular events compared with patients who did not have cardiovascular events.

MRK-ABI0003191

M00EI102107



**GLOBAL VIEWPOINT**

Dr. Ileana Pina posed the question, "And, what was your definition of hypertension...was there a definition for this event since you were capturing hypertension?" A Merck representative responded: "There was no definition for it."

## HEMORRHAGIC STROKES AND TIA'S ARE ASSOCIATED WITH HYPERTENSION

Among non-thrombotic events, Vioxx-treated patients experienced an excess of hemorrhagic strokes and TIAs versus naproxen (4:1). Such events have been shown to result from high blood pressure, and to occur predominantly among the elderly population. Treatment differences in cerebrovascular events were seen for Celebrex and ibuprofen in the CLASS trial, given ibuprofen's differential renal adverse events profile, i.e., edema and hypertension.

In viewing comparisons of the incidence of cerebrovascular events in CLASS, PPP, and VIGOR (as shown in Figure 23), we emphasize that both CLASS and PPP enrolled a much higher proportion of elderly patients.



**Figure 23: Comparison of CLASS, PPP, and VIGOR Trials**
**IN THE BRAIN, CELEBREX APPEARS TO BE EXCEPTIONALLY SAFE**

*\* Denotes statistical significance p<0.05 relative to Celebrex.*
*Source: Data from Figures 15 and 17*

In this comparison, the exceptionally low incidence of cerebrovascular events seen with Celebrex is remarkable, given the difference in the proportion of the elderly in the two patient populations. We lack sufficient information to know how the two populations

MRK-ABI0003192

M00E102108



**GLOBAL VIEWPOINT**

compared with respect to hypertension. Proportionally, there were twice as many hypertensives in PPP as in VIGOR.

A recently published study evaluating cardio-renal outcomes among elderly hypertensive patients taking Vioxx and Celebrex showed a statistically significant difference in treatment-related elevations in systolic blood pressure and edema in Vioxx-treated patients.

## Beyond VIGOR, the ADVANTAGE Study Provides Another Signal

Merck had proposed to the FDA that patients with cardiovascular risk be advised to take aspirin; however, as the FDA's Medical Officer concluded, there are no data to indicate *"whether any of the cardiovascular effects potentially associated with rofecoxib [Vioxx] will be prevented by ASA [aspirin]."*

The FDA's presentation provided additional adverse reports from a recently completed study that showed unfavorable trends in cardiovascular events with Vioxx at the 25 mg dose (Figure 24). Merck had recently completed a 12-week study comparing Vioxx 25 mg QD (half the dose used in VIGOR) with naproxen 500 mg bid (the same dose as VIGOR) in the treatment of osteoarthritis, enrolling approximately 5,500 patients. Some 12.1% and 12.8% of the respective Vioxx- and naproxen-treated patients were taking low-dose aspirin. At the Advisory Committee meeting, the FDA Medical Officer presented the following information:

| Figure 24: Adverse Events Seen in 12-Week ADVANTAGE Trial | | |
|---|---|---|
| | **VIOXX** 25 mg QD | **Naproxen** 500 mg bid |
| **Number of patients** | 2,785 | 2,771 |
| Duration (weeks) | 12 | 12 |
| aspirin-use | 12.1% | 12.8% |
| **Serious CV - ATPC-defined** | **10** | **7** |
| **Cardiac:** | 7 | 1 |
| Myocardial infarction | 5 | 1 |
| Sudden death | 2 | 0 |
| **Cerebrovascular:** | | |
| Ischemic CVA | 0 | 6 |
| Other / Hemorrhagic | 3 | 0 |

*Source: FDA Medical Officer's Presentation, FDA Arthritis Advisory Committee Meeting, February 8, 2001*

MRK-ABI0003193

M00EI0210E09

*Arnhold and S. Bleichroeder, Inc.*
**GLOBAL VIEWPOINT**

## APPENDIX



Figure 25: Comparing CLASS and VIGOR
APPARENT SIMILARITY IN MI RATES DOES NOT REFLECT
PROFOUND DIFFERENCES IN CV RISK-PROFILE OF THE TWO
PATIENT POPULATIONS

\* *Denotes statistical significance p<0.05.*
*Source: Data from Figures 5 and 15.*

MRK-ABI0003194

M00E102110



**GLOBAL VIEWPOINT**

| Additional Companies Mentioned in This Report | | | |
|---|---|---|---|
| **Name** | **Ticker** | **Price (4/26/01)** | **Rating** |
| Eli Lilly & Co. | LLY | $80.00 | Neutral |
| Merck | MRK | $74.50 | Neutral |
| Pfizer | PFE | $42.50 | Buy |
| Pharmacia | PHA | $51.50 | Buy |

MRK-ABI0003195

M00E102111

# Arnhold and S. Bleichroeder, Inc.

# TRANSATLANTIC EQUITY RESEARCH

*Arnhold and S. Bleichroeder securities research is provided by a team of industry-oriented experts specializing in companies based in North America and Europe. This transatlantic approach encompasses sectors in which technological, market, and regulatory developments in the United States precede and influence those in the European Union and Eastern Europe, or vice versa. It specifically focuses on companies that have significant activities in both regions. The analysts, based in New York, make frequent visits to the managements of companies under coverage and receive information furnished by an extensive network of global contacts.*

## AIRLINES & TRAVEL
Robert J. Milmore, Analyst
(212) 698-3142
robert.milmore@asbinc.com

## BANKS
Norrie Morrison, Senior Analyst
(212) 698-3155
norrie.morrison@asbinc.com

Dion Darham, Analyst
(212) 698-3477
dion.darham@asbinc.com

## BUILDING MATERIALS; HOUSING
Barbara Allen, Senior Analyst
(212) 698-3145
barbara.allen@asbinc.com

## MEDIA & ENTERTAINMENT
### United States
Peter D. Lerner, CFA, Analyst
(212) 698-3148
peter.lerner@asbinc.com

### Europe
Angela J. Maxwell, MSc, AIIMR, Analyst
(212) 698-3153
angela.maxwell@asbinc.com

## PHARMACEUTICALS
Richard R. Stover, Senior Analyst
(212) 698-3141
rick.stover@asbinc.com

Megan Murphy, Analyst
(212) 698-3144
megan.murphy@asbinc.com

Wendy S. Liu, Research Associate
(212) 698-3150
wendy.liu@asbinc.com

## TELECOMMUNICATIONS & TECHNOLOGY
### International Wireless, Incumbents & Alternative Operators
Philip G. Townsend, Senior Analyst
(212) 698-3152
philip.townsend@asbinc.com

Claudia C. Bianconi, Research Associate
(212) 698-3154
claudia.bianconi@asbinc.com

### Communications Equipment
Vivian H. Mamelak, Senior Analyst
(212) 698-3146
vivian.mamelak@asbinc.com

Harris G. Revankar, Research Associate
(212) 698-3151
harris.revankar@asbinc.com

### U.S. Incumbents
Robert B. Wilkes, CFA, Senior Analyst
(212) 698-3158
bob.wilkes@asbinc.com

### Internet Software & Infrastructure
David A. Bench, Analyst
(212) 698-3157
david.bench@asbinc.com

## UTILITIES; SPECIALTY WIRE & CABLE
Barbara E.P. Silverman, CFA, Senior Analyst
(212) 698-3159
barbara.silverman@asbinc.com

## TECHNICAL ANALYSIS
John Roque, Senior Analyst
(212) 698-3065
john.roque@asbinc.com

Bradley A. Wallick, Research Associate
(212) 698-3482
bradley.wallick@asbinc.com

## GRAPHICAL EQUITY MARKET ANALYSIS
Eckart Mildenstein, Senior Analyst
(212) 698-3438
eckart.mildenstein@asbinc.com

Geoffrey W. Collier
*Director of Institutional Business*
*(212) 698-3050*
geoffrey.collier@asbinc.com

Norman Salant
*Managing Editor*
*(212) 698-3162*
norman.salant@asbinc.com

MRK-ABI0003196

M00E102112

MOOE102113

MRK-ABID0003197

Attachment III

OCT - 1 2001

**Burrelle's NEWSEXPRESS**

Page 1 of 2 (NTL853WA)

The New York Times

Tue May 22, 2001
Appears On Page C1
Circulation: 1,110,143

# Doubts Are Raised on the Safety of 2 Popular Arthritis Drugs

## By MELODY PETERSEN

Doctors are beginning to worry that Vioxx and Celebrex, two widely popular arthritis drugs, may not be as safe as they were initially believed to be.

Research presented to the Food and Drug Administration earlier this year showed that patients taking Vioxx, a Merck & Company drug, had a higher, but still relatively low, risk of heart attacks than patients taking an older pain reliever. The study received little public attention at the time, but the F.D.A. is considering whether to add information on possible cardiovascular side effects to both drugs' labels.

Now Wall Street is becoming aware of the possible problems, with at least one analyst warning that the problem could particularly affect Merck.

The two drugs, which cause fewer ulcers than many other pain relievers, are among the best-selling medicines in the world. And both Pharmacia, which makes Celebrex, and Merck are heavily dependent on the drugs for the sales growth that Wall Street expects.

Celebrex is Pharmacia's biggest-selling drug, generating sales of $2.3 billion in the 12 months ending in March, according to IMS Health. Pfizer co-markets Celebrex with Pharmacia. Merck sold $1.7 billion of Vioxx in the same period, making it the company's second-biggest drug behind the cholesterol medicine Zocor.

Millions of Americans have taken Vioxx or Celebrex, many of them prompted to request them from doctors after seeing television advertisements paid for by the two companies, which are locked in a fierce marketing battle.

While the data is still limited, a large study sponsored by Merck last year showed that patients taking Vioxx had four times the risk of heart attacks of patients taking another pain reliever, naproxen, which is sold both generically and under the brand names Naprosyn or Aleve. The risk, which appears to increase over time, was still low, however: at about 4 heart attacks per 1,000 patients.

Merck says the research does not show a problem with Vioxx. Instead, the company says, naproxen acted to reduce heart attacks by working much like aspirin.

The information from Merck's study was presented to the Food and Drug Administration on Page 5

Continued on Page 5

tration in February when the companies asked for changes on their drug labels to reflect data showing that Vioxx and Celebrex caused fewer ulcers than other pain relievers.

In an April 27 report, Richard R. Stover, a pharmaceutical industry analyst at Arnhold & S. Bleichroeder Inc., did his own analysis of what he called "disturbing data" from Merck's study. In an interview, Mr. Stover said he was warning his clients, many of them institutional investors who hold Merck shares, that they should watch the issue carefully since it could hurt the company's stock price.

Some doctors, however, say they are worried about both drugs.

# Copyright © 2001

The New York Times

MOOE102114

MRK-ABI0003198

**Burrelle's NewsExpress**

Page 2 of 2 (NTL52SWA)

Tue May 22, 2001

**The New York Times**

"There must be a warning," said Dr. M. Michael Wolfe, chief of the gastroenterology section at the Boston University School of Medicine and a member of the F.D.A. advisory committee that reviewed the issue earlier this year.

"The marketing of these drugs is unbelievable," Dr. Wolfe added. "I'm sure there are many people out there who are taking these drugs that should not be.

"I wonder if doctors say they are worried about the possibility of heart attacks because many of the arthritis patients taking the drugs are elderly and have a higher risk of cardiovascular problems to begin with.

The current debate centers on whether the higher heart attack rate found in patients taking Vioxx is a result of the drug's actually causing damage in some patients or to an absence of the heart-protecting benefits that naproxen may have.

Merck's scientists say that naproxen appears to help reduce heart attacks by stopping or slowing the production of a substance called thromboxane. Thromboxane is thought to cause platelets in the blood to stick together, leading to blood clots.

"Naproxen had a similar antiplatelet effect to aspirin," said Dr. Eve E. Slater, senior vice president of external policy for Merck's research labs, "and those people had fewer heart attacks."

Neither Vioxx nor Celebrex have been shown to have the same heart-protecting benefit.

Dr. Slater also said that Mr. Stover's report was flawed and biased in favor of Pharmacia.

But regulators and some doctors say they still worry that there may be more of a problem with Vioxx. And even if Vioxx and Celebrex do not damage the heart, the fact that they do not have the heart-protecting benefits of aspirin reduce the ability of the companies to market them as being significantly safer than other pain relievers.

In letters sent to physicians involved in Vioxx clinical trials, Merck recommended last year that doctors consider prescribing low doses of aspirin to patients taking Vioxx if they are at high risk of heart attacks. But those low doses of aspirin could increase the risk of ulcers — the main side effect that both Vioxx and Celebrex were developed to avoid.

The two drugs, known as Cox-2 inhibitors, have been shown to significantly reduce stomach ulcers compared with pain relievers like aspirin and ibuprofen. In rare cases, serious ulcers can lead to death.

So far, no studies have been done to measure whether patients have fewer ulcers if they take low doses of aspirin with either Vioxx or Celebrex.

At an F.D.A. advisory meeting in February, Dr. Maria Lourdes Villalba, a medical officer at the agen-

cy, summed up her analysis of Merck's study, saying that the company had proved that Vioxx, which is known generically as rofecoxib, caused fewer serious ulcers than naproxen. But she said that in her opinion, the potential safety advantage was offset by a higher risk of heart problems.

"Over all, there was no safety superiority of rofecoxib over naproxen," Dr. Villalba concluded, "mainly due to an excess of serious cardiovascular events."

Dr. Villalba said that because there were no studies that proved Merck's theory that naproxen worked like aspirin to decrease heart attacks, the F.D.A. was concerned that the higher rate of heart attacks found with Vioxx might have been caused by the drug's producing blood clots.

Both Merck and Pharmacia say that patients taking either Vioxx or Celebrex and low doses of aspirin will still have fewer ulcers than if they were taking a drug combination like ibuprofen and aspirin.

Dr. G. Steven Geis, Pharmacia's vice president for arthritis and cardiovascular clinical research, said, "We believe that if a patient is on low-dose aspirin and needs a drug for arthritis, celecoxib is a good option."

Celecoxib is the generic name for Celebrex.

Dr. Slater of Merck said, "There is still a tremendous benefit with these drugs."








Thomas M. Casola
Executive Director
Office of Medical/Legal
U.S. Human Health

Merck & Co., Inc.
P.O. Box 1000, UG1SO-111
North Wales, PA 19454-1099
Tel 267 305 3475
Fax 267 305 2776

November 19, 2001
*(Via Fax and Federal Express)*

Thomas W. Abrams, R.Ph., M.B.A.
Director
Division of Drug Marketing,
  Advertising and Communications
Food and Drug Administration
Rockville, MD 20857

 **MERCK**

Re:   NDA No. 21-042 VIOXX (rofecoxib) tablets
      MACMIS ID #9456

Dear Mr. Abrams:

This letter confirms that Merck has mailed the attached letters as agreed in our November 14, 2001, teleconference with DDMAC and subsequent telefax and telephone communications. All of the letters were mailed on Monday, November 19, 2001. I am attaching two (2) copies each of both letters. Both letters are also being submitted separately to DDMAC on Form 2253.

Attachment 1 was mailed to 105 Health Care Providers who attended any of a series of promotional teleconferences presented on behalf of Merck by Dr. Peter Holt.

Attachment 2 was mailed to 125 Health Care Providers who attended the 119th Annual Meeting of the Maryland Pharmacists Association (MPhA) in Ocean City, Maryland from June 9 – June 12, 2001, as well as 1,165 Health Care Providers who attended the Annual Meeting of the American Society of Health-Systems Pharmacists (ASHP) in Los Angeles, California, from June 3 – June 6, 2001. In both cases, lists of attendee names and addresses were provided to Merck by the headquarters office of the respective association.

Please call if you have any questions.

Sincerely,

Thomas M. Casola
Executive Director
Office of Medical/Legal

Attachments 1-2
cc:   J. Lahner, Counsel, Merck & Co., Inc.

MRK-AAF0007880

MODE102115

*Attachment 1*

FIRST CLASS MAIL
U.S. POSTAGE PAID
**MERCK**

**MERCK**

Merck & Co., Inc.
P.O. Box 4
West Point, PA 19486-0004

DR SAMPLE
STREET ADDRESS
CITY ST ZIP

# IMPORTANT CORRECTION OF DRUG INFORMATION

20112247(1)-1J(61)-VIO

MODE102116

November 2001

Merck & Co., Inc.
P.O. Box 4
West Point, PA 19486-0004

**IMPORTANT**
CORRECTION
OF DRUG
INFORMATION

 **MERCK**

Dear Healthcare Provider:

This letter is being sent to you at the request of the U.S. Food and Drug Administration ("FDA"). The FDA's Division of Drug Marketing, Advertising, and Communications has notified Merck & Co., Inc., ("Merck") that it considered audioconferences that you attended concerning Vioxx (rofecoxib) tablets, given on behalf of Merck by a physician speaker, to be false or misleading in violation of the Federal Food, Drug, and Cosmetic Act.

Specifically, the FDA has objected to claims made by the speaker that FDA asserts were misleading about the significant cardiovascular findings in the Vioxx Gastrointestinal Outcomes Research ("VIGOR") study. The speaker presented as fact only one of several possible explanations for why in VIGOR 0.5% of patients on Vioxx had a myocardial infarction compared to 0.1% of patients on the comparator drug, naproxen. Additionally, the FDA has objected to other statements made by the speaker.

Therefore, the FDA has requested that we correct these promotional messages.

• **Alternative interpretations have been proposed for the difference in the rates of myocardial infarctions (MI) in the Vioxx treatment group in comparison with the naproxen treatment group. Possible explanations include that Vioxx increased the MI rate or naproxen decreased the MI rate.** The underlying reason for the difference has not been established in prospectively designed clinical studies.

• **Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing Vioxx therapy in patients receiving warfarin or similar agents,** since these patients are at an increased risk of bleeding complications. In post-marketing experience, **bleeding events have been reported predominantly in the elderly,** in association with increases in prothrombin time in patients receiving Vioxx concurrently with warfarin.

• **Serious gastrointestinal toxicity** such as bleeding, ulceration, or perforation of the stomach, small intestine, or large intestine, **can occur at any time, with or without warning symptoms,** in patients treated with NSAIDs, including Vioxx.

MRK-AAF0007882

MODE102117

- **Vioxx (rofecoxib) is contraindicated in patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs.** Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients. Vioxx is also contraindicated in patients with known hypersensitivity to rofecoxib or any other component of Vioxx.

- **Vioxx has not been proven to be safer or have fewer side effects than other NSAIDs on measures of overall safety.**

- Vioxx is indicated ONLY for relief of the signs and symptoms of osteoarthritis, management of acute pain in adults, and treatment of primary dysmenorrhea.

If you have any questions about the use of Vioxx, please refer to the enclosed full prescribing information.

Sincerely,

Louis M. Sherwood, M.D.
Senior Vice President,
U.S. Medical & Scientific Affairs

© 2001 Merck & Co., Inc.
All rights reserved.

20112247(2)-11/01-VIO

Printed in USA
Minimum 10% Recycled Paper

||||||||||||
9183809

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

# VIOXX®
(rofecoxib tablets and oral suspension)

## DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$ and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

#### Absorption

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng·hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The AUC$_{0-24h}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng·hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

#### Food and Antacid Effects

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX Tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 9% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

#### Distribution

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL.

* Registered trademark of MERCK & CO., Inc.
  Whitehouse Station, New Jersey, USA
  COPYRIGHT © MERCK & CO., Inc., 1999
  All rights reserved

The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

#### Metabolism

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the cis-dihydro and trans-dihydro derivatives, of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see Drug Interactions.)

#### Excretion

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

#### Special Populations

##### Gender

The pharmacokinetics of rofecoxib are comparable in men and women.

##### Geriatric

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

##### Pediatric

VIOXX has not been investigated in patients below 18 years of age.

##### Race

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

##### Hepatic Insufficiency

A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency indicated that rofecoxib AUC values in these patients were similar to healthy subjects. Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more data are needed to evaluate pharmacokinetics in these patients. Patients with severe hepatic insufficiency have not been studied.

##### Renal Insufficiency

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended at present because no safety information is available regarding the use of VIOXX in these patients.

#### Drug Interactions (Also see PRECAUTIONS, Drug Interactions.)

##### General

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. In vitro studies in rat hepatocytes also suggest that rofecoxib might be a weak inducer for CYP 3A4.

Drug interaction studies with rofecoxib have identified potentially significant interactions with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions with antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of rofecoxib on the pharmacodynamics and/or pharmacokinetics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied in vivo and clinically important interactions have not been found.

## CLINICAL STUDIES

### Osteoarthritis (OA)

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and the WOMAC [Western Ontario and McMaster Universities] osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In studies of pain accompanying OA flare, VIOXX provided significant reduction in pain at the first determination (after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In a OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

### Analgesia, including Dysmenorrhea

In acute analgesic models of post-operative dental pain post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single doses post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

### Special Studies

#### Upper Endoscopy in Patients with Osteoarthritis

Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detected gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active Helicobacter pylori infection, baseline gastroduodenal erosions prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out a least some increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See Figures 1 and 2 and the accompanying tables for the results of these studies.

### Figure 1
#### COMPARISON TO IBUPROFEN
Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)



U.S. Study

Cumulative Incidence Rate — Time by Treatment

| | 6-Week | 12-Week* | 24-Week |
|---|---|---|---|

Placebo (N=158)
Rofecoxib 25mg (N=186)
Rofecoxib 50mg (N=185)
Ibuprofen 2400mg (N=187)

† p < 0.001 versus ibuprofen 2400 mg
* Results of analyses using a 2.5mm gastroduodenal ulcer endpoint were consistent
**The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

MRK-AAF0007884

MODE102119

9183809
VIOXX® (rofecoxib tablets and oral suspension)

**TABLE 1**
**Endoscopic Gastroduodenal Ulcers at 12 weeks**
**U.S. Study**



| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/53 | 9.9% | | |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 13/188 | 7.3% | 0.74 | (0.35, 1.94) |
| Ibuprofen | 42/187 | 27.7% | 2.79 | (1.47, 5.30) |

*by life table analysis

**Figure 2**
**COMPARISON TO IBUPROFEN**
**Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)**



Multinational Study

Placebo (N=182)
Rofecoxib 25mg (N=187)
Rofecoxib 50mg (N=182)
Ibuprofen 2400 mg (N=187)

1   p < 0.001 versus ibuprofen 2400 mg
**   Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
***The primary endpoint was the Cumulative Incidence of gastroduodenal ulcer at 12 weeks.

**TABLE 2**
**Endoscopic Gastroduodenal Ulcers at 12 weeks**
**Multinational Study**

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | | |
| VIOXX 25 mg | 5/187 | 5.3% | 1.04 | (0.30, 3.57) |
| VIOXX 50 mg | 9/182 | 9.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

*by life table analysis

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX versus comparator NSAID products have not been performed.

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*
Occult blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*
Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. Similarly, bleeding time was not altered in a single dose study with 500 or 1000 mg of VIOXX. There was no inhibition of ex vivo arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

**INDICATIONS AND USAGE**
VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For the management of acute pain in adults (see CLINICAL STUDIES).
For the treatment of primary dysmenorrhea

**CONTRAINDICATIONS**
VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

**WARNINGS**
*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue, thus increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis*). Among those who received VIOXX in controlled clinical trials of 6-weeks to one-year duration (most were enrolled in six-month or longer studies) at a daily dose of 12.5 mg to 50 mg, a total of 4 patients experienced a serious upper GI event, using protocol-derived criteria. Two patients experienced an upper GI bleed within three months (Day 62 and 87, respectively) (0.06%). One additional patient experienced an obstruction within six months (Day 130) and the remaining patient developed an upper GI bleed within 12 months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies that required them to be free of ulcers at study entry. It is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX vs comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactoid/ anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*
No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*
In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**
*General*
VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.
The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these


VIOXX®
(rofecoxib tablets and oral suspension)

Circular Number 9183809


VIOXX®
(rofecoxib tablets and oral suspension)

Circular Number 9183809


VIOXX®
(rofecoxib tablets and oral suspension)

Circular Number 9183809


VIOXX®
(rofecoxib tablets and oral suspension)

9183809

MRK-AAF0007885

M00E102120

VIOXX® (rofecoxib tablets and oral suspension)

diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

**Hepatic Effects**
Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including VIOXX. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg) (10) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with moderate or severe hepatic insufficiency (see Pharmacokinetics, Special Populations). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

**Renal Effects**
Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, Advanced Renal Disease).

**Hematological Effects**
Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, Special Studies, Platelets).

**Fluid Retention and Edema**
Fluid retention and edema have been observed in some patients taking VIOXX (see ADVERSE REACTIONS). VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

**Preexisting Asthma**
Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

**Information for Patients**
VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this followup (see WARNINGS, Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation).

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical advice.

---

9183809
VIOXX® (rofecoxib tablets and oral suspension)

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**Laboratory Tests**
Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

**Drug Interactions**
ACE inhibitors: Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

Aspirin: Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by ex vivo platelet aggregation and serum $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.

Cimetidine: Co-administration with high doses of cimetidine (800 mg twice daily) increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-24hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

Digoxin: Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

Furosemide: Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

Ketoconazole: Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

Lithium: NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. In post-marketing experience there have been reports of increases in plasma lithium levels. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

Methotrexate: VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis. An equivalent magnitude of reduction in methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). The effects of the recommended doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are unknown. Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

Oral Contraceptives: Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

Prednisone/prednisolone: Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

Rifampin: Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

Warfarin: Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an in vitro and an in vivo alkaline elution assay, or in an in vivo chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human

MRK-AAF0007886

VIOXX® (rofecoxib tablets and oral suspension)

exposure at 25 and 50 mg daily based on the AUC$_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$).

**Pregnancy**

*Teratogenic effects: Pregnancy Category C.*
Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects.*
Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 3- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the AUC$_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of premortal pup mortality in rats at 25 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg; 2 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on AUC$_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

*Labor and delivery*
Rofecoxib produced no evidence of significantly delayed labor or parturition in female rats at doses 16 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the AUC$_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

**Nursing mothers**

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on AUC$_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older (this included 460 who were 75 years or older). No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

**ADVERSE REACTIONS**

**Osteoarthritis**

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

| | Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX | | | |
|---|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| **Body As A Whole/Site Unspecified** | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| **Cardiovascular System** | | | | |
| Hypertension | 1.3 | 3.5 | 3.9 | 1.9 |
| **Digestive System** | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| **Eyes, Ears, Nose, And Throat** | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| **Musculoskeletal System** | | | | |
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| **Nervous System** | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.8 |
| **Respiratory System** | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| **Urogenital System** | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 5.5 |

The general safety profile of VIOXX 50 mg QD in OA clinical trials of up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (8.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to <1.9% of patients treated with VIOXX regardless of causality:

*Body as a Whole:* abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

*Cardiovascular System:* angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

*Digestive System:* acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

*Eyes, Ears, Nose, and Throat:* allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

*Immune System:* allergy, hypersensitivity, insect bite reaction.

*Metabolism and Nutrition:* appetite change, hypercholesterolemia, weight gain.

*Musculoskeletal System:* ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendonitis, traumatic arthropathy, wrist fracture.

*Nervous System:* hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

*Psychiatric:* anxiety, depression, mental acuity decreased.

*Respiratory System:* asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

*Skin and Skin Appendages:* abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

*Urogenital System:* breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in *italics.*

*Cardiovascular:* cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina.

*Gastrointestinal:* cholecystitis, colitis, colonic malignant neoplasm, duodenal perforation, duodenal ulcer, *esophageal ulcer, gastric perforation, gastric ulcer, gastrointestinal bleeding, hepatic failure, hepatitis, intestinal obstruction, jaundice, pancreatitis.*

*Hemic and lymphatic: agranulocytosis, leukopenia, lymphoma, thrombocytopenia.*

*Immune System:* anaphylactic/anaphylactoid reaction, *angioedema, bronchospasm, hypersensitivity vasculitis.*

*Nervous System:* aseptic meningitis.

*Psychiatric:* confusion, hallucinations.

*Skin and Skin Appendages:* severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.

*Urogenital System:* acute renal failure, breast malignant neoplasm, hyperkalemia, interstitial nephritis, prostatic malignant neoplasm, urolithiasis, worsening chronic renal failure.

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

**Analgesia, including primary dysmenorrhea**

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experiences, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

In 110 patients treated with VIOXX (average age approximately 68 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

**OVERDOSAGE**

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

**DOSAGE AND ADMINISTRATION**

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

**Osteoarthritis**

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

**Management of Acute Pain and Treatment of Primary Dysmenorrhea**

The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of pain has not been studied (see CLINICAL STUDIES, *Analgesia, including dysmenorrhea*).

VIOXX Tablets may be taken with or without food.

**Oral Suspension**

VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

**HOW SUPPLIED**

No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0074-31 unit of use bottles of 30
NDC 0006-0074-28 unit dose packages of 100
NDC 0006-0074-68 bottles of 100
NDC 0006-0074-82 bottles of 1000
NDC 0006-0074-80 bottles of 8000.

No. 3834 — Tablets VIOXX, 25 mg, are yellow, round tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0110-31 unit of use bottles of 30
NDC 0006-0110-28 unit dose packages of 100
NDC 0006-0110-68 bottles of 100
NDC 0006-0110-82 bottles of 1000
NDC 0006-0110-80 bottles of 8000.

No. 3835 — Tablets VIOXX, 50 mg, are orange, round tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0114-31 unit of use bottles of 30
NDC 0006-0114-28 unit dose packages of 100
NDC 0006-0114-68 bottles of 100
NDC 0006-0114-74 bottles of 500
NDC 0006-0114-91 bottles of 4000.

No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).

No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

**Storage**

**VIOXX Tablets:**
Store at 25°C (77°F), excursions permitted to 15-30°C [59-86°F). [See USP Controlled Room Temperature.]

**VIOXX Oral Suspension:**
Store at 25°C (77°F), excursions permitted to 15-30°C [59-86°F). [See USP Controlled Room Temperature.]

Rx only

◆ MERCK & CO., INC., Whitehouse Station, NJ 08889, USA

Issued July 2001
Printed in USA

9183909

FIRST CLASS MAIL
U.S. POSTAGE PAID
MERCK

*Attachment 2*

99999
SAMPLE
COMPANY
STREET ADDRESS
CITY ST  ZIP



**MERCK**
Merck & Co. Inc.
PO Box 4
West Point, PA 19486-0004

**IMPORTANT**
CORRECTION
OF DRUG
INFORMATION

MRK-AAF0007888

M0E102123

November 2001

Merck & Co  Inc
PO Box 4
West Point, PA 19486-0004



IMPORTANT
CORRECTION
OF DRUG
INFORMATION

Dear Healthcare Provider:

This letter is being sent to you at the request of the U.S. Food and Drug Administration ("FDA"). The FDA's Division of Drug Marketing, Advertising, and Communications has notified Merck & Co., Inc., ("Merck") that it considered claims by Merck professional representatives at two medical meetings, at least one of which you attended, concerning Vioxx (rofecoxib) tablets, to be false or misleading in violation of the Federal Food, Drug, and Cosmetic Act.

Specifically, the FDA has objected to claims made by the representatives that FDA asserts were misleading about the significant cardiovascular findings in the Vioxx Gastrointestinal Outcomes Research ("VIGOR") study. The representatives presented as fact only one of several possible explanations for why in VIGOR 0.5% of patients on Vioxx had a myocardial infarction compared to 0.1% of patients on the comparator drug, naproxen.

Therefore, the FDA has requested that we correct these promotional messages.

• **Alternative interpretations have been proposed for the difference in the rates of myocardial infarctions (MI) in the Vioxx treatment group in comparison with the naproxen treatment group. Possible explanations include that Vioxx increased the MI rate or naproxen decreased the MI rate.** The underlying reason for the difference has not been established in prospectively designed clinical studies.

If you have any questions about the use of Vioxx, please refer to the enclosed full prescribing information.

Sincerely,

*Louis M Sherwood*

Louis M. Sherwood, M.D.
Senior Vice President,
U.S. Medical & Scientific Affairs

© 2001 Merck & Co., Inc.
All rights reserved.

20112247(4)-11/01-VIO

Printed in USA
Minimum 10% Recycled Paper

MRK-AAF0007889

M00E102124

9183809

VIOXX® (rolecoxib tablets and oral suspension)



**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

# VIOXX®
(rofecoxib tablets and oral suspension)

## DESCRIPTION

VIOXX® (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:

Rofecoxib is a white to off white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.12% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

### Mechanism of Action

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

### Pharmacokinetics

**Absorption**

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng·hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption in $T_{max}$, but may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The AUC$_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib were 4018 (±1145) ng·hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

**Food and Antacid Effect**

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX Tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 17% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

**Distribution**

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL.

® Registered Trademark of MERCK & CO, Inc
Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved

The apparent volume of distribution at steady state (V$_{ss}$) is approximately 91 L following a 12.5 mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits and the blood brain barrier in rats.

**Metabolism**

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the cis-dihydro and trans-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see Drug Interactions.)

**Excretion**

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of elimination (i.e., non-linear elimination). The effective half-life (based on steady state levels) was approximately 17 hours.

**Special Populations**

**Gender**

The pharmacokinetics of rofecoxib are comparable in men and women.

**Geriatric**

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

**Pediatric**

VIOXX has not been investigated in patients below 18 years of age.

**Race**

Meta-analyses of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

**Hepatic Insufficiency**

A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more data are needed to evaluate pharmacokinetics in these patients. Patients with severe hepatic insufficiency have not been studied. Because the use of rofecoxib in advanced renal disease is not recommended at present because no safety information is available regarding the use of rofecoxib in these patients.

Drug Interactions (Also see PRECAUTIONS, Drug Interactions.)

**General**

In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. In vitro studies in rat hepatocytes also suggest that rofecoxib may be a mild inducer for CYP 3A4.

Drug interaction studies with rofecoxib have identified potentially significant interactions with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between anticoagulants with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interactions with ACE inhibitors. The effects of rofecoxib on the pharmacokinetics and/or pharmacodynamics of furosemide, prednisone/prednisolone, oral contraceptives, and digoxin have been studied in vivo and clinically important interactions have not been found.

## CLINICAL STUDIES

### Osteoarthritis (OA)

VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo and active controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. Patients with OA treated with VIOXX 12.5 mg and once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario McMaster Universities) osteoarthritis questionnaire, including pain, stiffness and functional measures of OA. In studies of pain accompanying OA flares, VIOXX showed significant reduction in pain as early as one day after the first dose; after two weeks of the remaining studies, this effect continued for the duration of the studies. OA clinical studies, once daily treatment in the morning, VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6 week studies; diclofenac studies were 12 month studies in which placebo could receive additional arthritis medication during the 6 months.

**Analgesia, including Dysmenorrhea**

In acute analgesic models of post-operative dental post-orthopedic surgical pain and primary dysmenorrhea VIOXX relieved pain that was rated by patients as mild to severe. The analgesic effect (including onset of doses single 50-mg dose of VIOXX was generally similar to that of naproxen sodium or 400 mg of ibuprofen in single post-operative dental pain studies, the onset of analgesia with a single 50 mg dose of VIOXX occurred within 45 minutes in a multiple-dose study of post orthopedic OA pain in which patients received VIOXX or placebo for 5 days. 50 mg of VIOXX once daily was effective in relieving pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (15 versus 25 days 5 days of additional analgesic medication for VIOXX placebo, respectively).

**Special Studies**

**Upper Endoscopy in Patients with Osteoarthritis**

Two identical U.S. and Multinational endoscopy studies of a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg ibuprofen 2400 mg daily, or placebo. Entry criteria for studies permitted enrollment of patients with active or bacter-pylori infection, baseline gastroduodenal erosions prior to entry of an upper gastrointestinal perforation, ulcer bleed (PUB), and/or age ≥65 years. However patients using aspirin (including low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients were 50 years of age and older with osteoarthritis and had no ulcers at baseline were evaluated by endoscopy weeks 6, 12, and 24 of treatment. The placebo-treated group was discontinued at week 16 by design.

Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with profen 2400 mg daily. However, the studies cannot relate the same increase in the rate of endoscopic gastroduodenal ulcers when comparing VIOXX to placebo. See Figures 1, and the accompanying tables for the results of these studies.

**Figure 1**

**COMPARISON TO IBUPROFEN**
**Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm* (Intention-to-Treat)**

U.S. Study





| | |
|---|---|
| ☐ Placebo | (n=158) |
| ☐ Rolecoxib 25mg | (n=186) |
| ☐ Rofecoxib 50mg | (n=178) |
| ☐ Ibuprofen 2400 mg | (n=187) |

* p < 0.001 versus ibuprofen 2400 mg
** Number of patients using a ≥ 3mm gastroduodenal ulcer per timepoint evaluated by endoscopy
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcers at 12 weeks

9183809
VIOXX* (rofecoxib tablets and oral suspension)

**TABLE 1**
Endoscopic Gastroduodenal Ulcers at 12 weeks
U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Rate of on Patients | 95% CI on Rate of Rates |
|---|---|---|---|---|
| Placebo | 13/156 | 1.9% | | |
| VIOXX 25 mg | 7/188 | 4.1% | 8.4† | 10.15, 1.35† |
| VIOXX 50 mg | 12/178 | 7.3% | 8.14 | 10.23, 5.44† |
| Naproxen | 42/183 | 22.3% | 29 | 11.47, 5.31† |

*Life-table estimate of incidence

**Figure 2**

**COMPARISON TO IBUPROFEN**
Life-Table Cumulative Incidence Rate of Gastroduodenal Ulcers ≥ 3mm** (Intention-to-Treat)



Multinational Study

* p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 3mm gastroduodenal ulcer endpoint were consistent
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks

**TABLE 2**
Endoscopic Gastroduodenal Ulcers at 12 weeks
Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Rate of on Patients | 95% CI on Rate of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | | |
| VIOXX 25 mg | 9/187 | 5.3% | 1 pt | (0.98, 2.03) |
| VIOXX 50 mg | 15/180 | 8.8% | 1.73 | (0.83, 4.53) |
| Ibuprofen | 45/187 | 29.2% | 5.7 | (2.36, 13.99) |

*By life table analyses

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX versus comparators for NSAID products have not been performed.

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*
Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing 51Cr-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*
Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. Similarly, bleeding time was not altered in a single dose study when 500 to 1000 mg of VIOXX. There was no inhibition of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

**INDICATIONS AND USAGE**
VIOXX is indicated
For relief of the signs and symptoms of osteoarthritis.
For the management of acute pain in adults (see CLINICAL STUDIES).
For the treatment of primary dysmenorrhea.

**CONTRAINDICATIONS**
VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactoid reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

**WARNINGS**

*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months and in about 2-4% of patients treated for one year. These trends continue, thus increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis*). Among 3357 patients who received VIOXX in controlled clinical trials of 6 weeks to one year duration (most were enrolled in six months or longer studies) at a daily dose of 12.5 mg, 25 mg, or 50 mg, a total of 4 patients experienced a serious upper GI event, using protocol-derived criteria. Two patients experienced an upper GI bleed within three months (at day 62 and 82 respectively) (0.06%). One additional patient experienced an obstruction within six months (Day 130) and the remaining patient developed an upper GI bleed within 12 months (Day 328) (0.12%). Approximately 27% of these 3357 patients were in studies that required them to be free of ulcers at study entry. It is unclear if this study population is representative of the general population. Prospective, long term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX vs comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a prior history of peptic ulcer disease and/or gastrointestinal bleeding and who use NSAIDs, have a greater than 10 fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*
No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*
In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

**PRECAUTIONS**

*General*
VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacologic activity of VIOXX in reducing inflammation and possibly fever, may diminish the utility of these

MRK-AAF0007891

MODE102126

**VIOXX® (rofecoxib tablets and oral suspension)**

exposure at 25 and 50 mg daily based on the AUC$_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 20 mg/kg (approximately 18- and 3-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$).

**Pregnancy**
**Teratogenic effects Pregnancy Category C**
Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). There was a slight, non statistically significant increase in the overall incidence of vertebral malformations in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). There were no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

**Nonteratogenic effects**
Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg, respectively (approximately 9- and 3-fold [rats] and 2- and 1-fold [rabbits] human exposure based on the AUC$_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on AUC$_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg). 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on AUC$_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

**Labor and Delivery**
Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the AUC$_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.
Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

**Nursing Mothers**
Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on AUC$_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug taking into account the importance of the drug to the mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**
Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older (this included 460 who were 75 years or older). No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5 or 25 mg once daily was administered to 134 osteoarthritis patients ≥80 years of age. The safety profile in this elderly population was similar to that of younger patients treated with VIOXX.

**ADVERSE REACTIONS**
**Osteoarthritis**
Approximately 3800 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

**9183809**
**VIOXX® (rofecoxib tablets and oral suspension)**

**Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX**

| | Placebo (%) | VIOXX 12.5 or 25 mg daily (%) | VIOXX 50 mg daily (%) | Ibuprofen 2400 mg daily (%) | Diclofenac 150 mg daily (%) |
|---|---|---|---|---|---|
| **Body As A Whole/Site Unspecified** | | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 | |
| Asthenia/Fatigue | 3.0 | 2.2 | 3.9 | 2.6 | |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 | |
| Influenza-like Disease | 2.1 | 2.9 | 1.5 | 3.2 | |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 | |
| Upper Respiratory Infection | 3.8 | 8.5 | 9.8 | 8.3 | |
| **Cardiovascular System** | | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 | |
| **Digestive System** | | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.5 | |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 | |
| Epigastric Discomfort | 3.8 | 3.8 | 4.7 | 4.4 | |
| Heartburn | 3.6 | 4.2 | 4.6 | 4.4 | |
| Nausea | 2.9 | 5.2 | 7.1 | 1.4 | |
| **Eyes, Ears, Nose and Throat** | | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 | |
| **Musculoskeletal System** | | | | | |
| Back Pain | 1.5 | 2.5 | 1.6 | 2.4 | |
| **Nervous System** | | | | | |
| Headache | 7.5 | 4.7 | 8.5 | 8.0 | |
| **Respiratory System** | | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 2.8 | |
| **Urogenital System** | | | | | |
| Urinary Tract Infection | 2.8 | 2.8 | 2.5 | 3.0 | |

The general safety profile of VIOXX 50 mg QD in OA clinical trials of up to 6 months (176 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.7%) and hypertension (8.7%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

**Body as a Whole:** abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.
**Cardiovascular System:** angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.
**Digestive System:** acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dyspepsia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.
**Eyes, Ears, Nose and Throat:** allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.
**Immune System:** allergy, hypersensitivity, insect bite reaction.
**Metabolism and Nutrition:** appetite change, hypercholesterolemia, weight gain.
**Musculoskeletal System:** ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.
**Nervous System:** hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia sciatica, somnolence, vertigo.
**Psychiatric:** anxiety, depression, mental acuity decreased.
**Respiratory System:** asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.
**Skin and Skin Appendages:** abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.
**Urogenital System:** breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated ≤0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.
**Cardiovascular:** cardiovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina.
**Gastrointestinal:** cholecystitis, colitis, colonic malignant neoplasm, duodenal perforation, duodenal ulcer, esophageal ulcer, gastric perforation, gastric ulcer, gastrointestinal bleeding, hepatic failure, intestinal obstruction, jaundice, pancreatitis.
**Hemic and lymphatic:** agranulocytosis, leukopenia, lymphoma, thrombocytopenia.
**Immune System:** anaphylaxis/anaphylactoid reaction, angioedema, bronchospasm, hypersensitivity vasculitis.
**Nervous System:** aseptic meningitis.
**Psychiatric:** confusion, hallucinations.
**Skin and Skin Appendages:** severe skin reactions, including Stevens-Johnson syndrome and toxic epidermal necrolysis.
**Urogenital System:** acute renal failure, breast neoplasm, hyperkalemia, interstitial nephritis, prostatic malignant neoplasm, urolithiasis, worsening chronic renal failure.

**VIOXX® (rofecoxib tablets and oral suspension)**

In 1-year controlled clinical trials, in an extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

**Analgesia, including primary dysmenorrhea**
Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.
The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. In the following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).
In 110 patients treated with VIOXX (average age approximately 65 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

**OVERDOSAGE**
No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.
In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.
Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

**DOSAGE AND ADMINISTRATION**
VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

**Osteoarthritis**
The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

**Management of Acute Pain and Treatment of Primary Dysmenorrhea**
The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in the management of pain has not been studied (see CLINICAL STUDIES, Analgesia, including dysmenorrhea).
VIOXX Tablets may be taken with or without food.

**Oral Suspension**
VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

**HOW SUPPLIED**
No. 3810 — Tablets VIOXX, 12.5 mg, are cream off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0074-31 unit of use bottles of 30
NDC 0006-0074-28 unit dose packages of 100
NDC 0006-0074-68 bottles of 100
NDC 0006-0074-82 bottles of 1000
NDC 0006-0074-80 bottles of 8000
No. 3834 — Tablets VIOXX, 25 mg, are yellow, round tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0110-31 unit of use bottles of 30
NDC 0006-0110-28 unit dose packages of 100
NDC 0006-0110-68 bottles of 100
NDC 0006-0110-82 bottles of 1000
NDC 0006-0110-80 bottles of 8000
No. 3835 — Tablets VIOXX, 50 mg, are orange, round tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:
NDC 0006-0114-31 unit of use bottles of 30
NDC 0006-0114-28 unit dose packages of 100
NDC 0006-0114-68 bottles of 100
NDC 0006-0114-74 bottles of 500
NDC 0006-0114-81 bottles of 4000.
No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3784-64 unit of use bottles containing 150 mL (25 mg/6 mL)
No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
NDC 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL)

**Storage**
**VIOXX Tablets.**
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature.]
**VIOXX Oral Suspension**
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature.]

Rx only

MERCK & CO., INC., Whitehouse Station, NJ 08889 USA

Issued July 2001
Printed in USA

MODE102128