# EXHIBIT 2E

ARCHIVE COPY -OM2381106

TEL  800 672 6372
FAX  800 637 2568

June 17, 2002

Stanley Vandennoort, M.D.
University of California at Irvine
Gottschalk Medical Plaza
Irvine, CA 92697

Dear Doctor Vandennoort:

Our National Service Specialist, George Dececco, R.Ph., has referred your request for information regarding VIOXX (rofecoxib tablets and oral suspension).   Your inquiry concerned the occurrence of cardiovascular effects in patients receiving VIOXX.

**Prescribing Information for VIOXX**

VIOXX is indicated for relief of the signs and symptoms of osteoarthritis (OA), relief of the signs and symptoms of rheumatoid arthritis (RA) in adults, the management of acute pain in adults, and the treatment of primary dysmenorrhea.

The following is information from the Prescribing Information for VIOXX.

**CLINICAL STUDIES**

*The VIOXX GI Clinical Outcomes Research (VIGOR study)*

Study Design: The VIGOR study was designed to evaluate the comparative GI safety of VIOXX 50 mg once daily (twice the highest dose recommended for chronic use in OA and RA) versus naproxen 500 mg twice daily (common therapeutic dose). The general safety and tolerability of VIOXX 50 mg once daily versus naproxen 500 mg twice daily was also studied. VIGOR was a randomized, double-blind study (median duration of 9 months) in 8076 patients with rheumatoid arthritis (RA) requiring chronic NSAID therapy (mean age 58 years). Patients were not permitted to use concomitant aspirin or other antiplatelet drugs. Patients with a recent history of myocardial infarction or stroke and patients deemed to require low-dose aspirin for cardiovascular prophylaxis were to be excluded from the study. Fifty-six percent of patients used concomitant oral corticosteroids. The GI safety endpoints (confirmed by a blinded adjudication committee) included:

> PUBs-symptomatic ulcers, upper GI perforation, obstruction, major or minor upper GI bleeding.
> Complicated PUBs (a subset of PUBs)-upper GI perforation, obstruction or major upper GI bleeding.

The risk reduction for PUBs and complicated PUBs for VIOXX compared with naproxen was approximately 50%.

*Cardiovascular Safety*

The VIGOR study showed a higher incidence of adjudicated serious cardiovascular thrombotic events in patients treated with VIOXX 50 mg once daily as compared to patients treated with naproxen 500 mg twice daily (see Table 1). This finding was largely due to a difference in the incidence of myocardial infarction between the groups. (See Table 2) (See PRECAUTIONS, *Cardiovascular Effects.*). Adjudicated serious cardiovascular events (confirmed by a blinded adjudication committee) included: sudden death, myocardial infarction, unstable angina, ischemic stroke, transient ischemic attack and peripheral venous and arterial thromboses.

MRK-AKT2702960

MODE102129

**Table 1**
**VIGOR-Summary of Patients with Serious Cardiovascular Thrombotic Adverse Events[1] over Time**
**COMPARISON TO NAPROXEN**

| Treatment Group | Patients Randomized | | 4 months[2] | 8 months[3] | 10 ½ Months[4] |
|---|---|---|---|---|---|
| VIOXX 50 mg | 4047 | Total number of events | 17 | 29 | 45 |
| | | Cumulative Rate[1] | 0.46% | 0.82% | 1.81%[*] |
| Naproxen 1000 mg | 4029 | Total number of events | 9 | 15 | 19 |
| | | Cumulative Rate[1] | 0.23% | 0.43% | 0.60% |

[1]Confirmed by blinded adjudication committee, [2]Number of patients remaining after 4 months were 3405 and 3395 for VIOXX and naproxen respectively, [3]Number of patients remaining after 8 months were 2806 and 2798 for VIOXX and naproxen respectively, [4]Number of patients remaining were 531 and 514 for VIOXX and naproxen respectively.   †Kaplan-Meier cumulative rate.
* p-value <0.002 for the overall relative risk compared to naproxen by Cox proportional hazard model

**Table 2**
**VIGOR- Serious Cardiovascular Thrombotic Adverse Events[1]**

| | VIOXX 50 mg (N[2]=4047) n[3] | Naproxen 1000 mg (N[2]=4029) n[3] |
|---|---|---|
| Any CV thrombotic event | 45[*] | 19 |
| Cardiac Events | 28[**] | 10 |
| Fatal MI/Sudden death | 5 | 4 |
| Non-fatal MI | 18[**] | 4 |
| Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
| Ischemic stroke | 9 | 8 |
| TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by an independent committee blinded to treatment, [2]N=Patients randomized, [3]n=Patients with events
[*]p-value <0.002 and  [**]p-value ≤0.006 for relative risk compared to naproxen by Cox proportional hazard model

For cardiovascular data from 2 long-term placebo-controlled studies, see PRECAUTIONS, *Cardiovascular Effects.*

## PRECAUTIONS

*Cardiovascular Effects*

The information below should be taken into consideration and caution should be exercised when VIOXX is used in patients with a medical history of ischemic heart disease.

In VIGOR, a study in 8076 patients (mean age 58; VIOXX n=4047, naproxen n=4029) with a median duration of exposure of 9 months, the risk of developing a serious cardiovascular thrombotic event was significantly higher in patients treated with VIOXX 50 mg once daily (n=45) as compared to patients treated with naproxen 500 mg twice daily (n=19). In VIGOR, mortality due to cardiovascular thrombotic events (7 vs 6, VIOXX vs naproxen, respectively) was similar between the treatment groups. (See CLINICAL STUDIES, *Special Studies, VIGOR, Other Safety Findings: Cardiovascular Safety.*) In a placebo-controlled database derived from 2 studies with a total of 2142 elderly patients (mean age 75; VIOXX n=1067, placebo n=1075) with a median duration of exposure of approximately 14 months, the number of patients with serious cardiovascular thrombotic events was 21 vs 35 for patients treated with VIOXX 25 mg once daily versus placebo, respectively. In these same 2 placebo-controlled studies, mortality due to cardiovascular thrombotic events was 8 vs 3 for VIOXX versus placebo, respectively. The significance of the cardiovascular findings from these 3 studies (VIGOR and 2 placebo controlled studies) is

MRK-AKT2702961

M0DE102130

unknown. Prospective studies specifically designed to compare the incidence of serious CV events in patients taking VIOXX versus NSAID comparators or placebo have not been performed.

**Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.** Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets*; PRECAUTIONS, *Drug Interactions, Aspirin*.) Prospective, long-term studies on concomitant administration of VIOXX and aspirin evaluating cardiovascular outcomes have not been conducted.

### Information for Patients

Patients should be informed that VIOXX is not a substitute for aspirin for cardiovascular prophylaxis because of its lack of effect on platelets. See CLINICAL STUDIES, *Special Studies, VIGOR* and PRECAUTIONS, *Cardiovascular Effects.*

### Drug Interactions

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. Because of its lack of platelet effects, VIOXX is not a substitute for aspirin for cardiovascular prophylaxis. Therefore, in patients taking VIOXX, antiplatelet therapies should not be discontinued and should be considered in patients with an indication for cardiovascular prophylaxis. (See CLINICAL STUDIES, *Special Studies, Platelets* and PRECAUTIONS, *Cardiovascular Effects.*) Prospective, long-term studies on concomitant administration of VIOXX and aspirin have not been conducted.

## ADVERSE REACTIONS

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. In these clinical studies combined, a total of 2,829 received VIOXX 12.5 mg once daily or 25 mg once daily.

In the osteoarthritis studies, the following spontaneous adverse events pertaining to the cardiovascular system occurred in > 0.1% to 1.9% of patients treated with VIOXX regardless of causality: angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

The following serious adverse reactions pertaining to the cardiovascular system have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality: cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary edema, pulmonary embolism, transient ischemic attack, unstable angina.

A search of the medical literature identified studies discussing cardiovascular effects in patients receiving therapy with VIOXX, a selection of which is summarized below.

Please note that these references are grouped according to the topics listed below.

MRK-AKT2702962

MODE102131

I.        The VIOXX Gastrointestinal Outcomes Research Trial
II.       Data Analyzing the Cardiovascular Safety of Rofecoxib vs. Placebo
III.      Data Analyzing the Cardiovascular Safety of Rofecoxib vs. NSAIDs
IV.      NSAIDs as Cardioprotective Agents
V.       Effect of VIOXX on Platelets
VI.      Effect of NSAIDs on Systemic Production of Prostacyclin ($PGI_2$)
VII.     Effect of VIOXX on Serum Markers of Inflammation in Patients with Coronary Artery Disease
VIII.    Effect of VIOXX on Endothelial Function


## I. The VIOXX Gastrointestinal Outcomes Research Trial

The result of the VIGOR trial have been reported by Bombardier et al. [1]

Mukherjee et al. [2] (in a JAMA Commentary) analyzed the results of the VIGOR trial, and noted that the rate of myocardial infarction in rheumatoid arthritis patients treated with VIOXX was greater than in patients treated with naproxen. The authors then commented that the difference in MI rates could be due to an effect of rofecoxib or an effect of naproxen. The authors also noted that the annualized event rate of myocardial infarction in these rheumatoid arthritis patients treated with VIOXX was greater than in a control population taken from a recently published meta-analysis of four randomized controlled trials of aspirin for primary prophylaxis of coronary heart disease by Sanmuganathan et al. [3] This meta-analysis characterized the absolute risk of myocardial infarction in control groups from these four trials as ranging from 0.36 %/year to 1.33 %/year with a weighted mean absolute risk of 0.52 %/year. In the VIGOR trial, the rate of myocardial infarction in rheumatoid arthritis patients (a population at elevated risk for cardiovascular thrombotic events) treated with VIOXX was 0.74 %/year.

Unlike the VIGOR trial, the data used in the meta-analysis from Sanmuganathan et al. [3] did not analyze populations of rheumatoid arthritis patients, but analyzed the control population from four randomized controlled trials of aspirin for primary prevention. Sangumanathan et al. [3] analyzed data from a study of general practice patients with cardiovascular risk factors [4], two studies from populations of healthy male physicians [5,6], and a study of patients receiving therapy for hypertension [7]. The patients in these four studies [4,5,6,7] (used in the meta-analysis from Sangumanathan et al. [3] and cited by Mukherjee et al. [2]) had varying cardiovascular risks. Therefore, the patients included in that meta-analysis could have cardiovascular risk that was different from the rheumatoid arthritis population in VIGOR.

Dalen [8] (the Editor of the Archives of Internal Medicine) commented on both the VIGOR and Mukherjee et al. [2] studies in an editorial accompanying three articles in the Archives of Internal Medicine [24,25,26] : the three articles (reporting on patients from the US, United Kingdom, and Canada) presented "convincing evidence that patients treated with naproxen have a decreased incidence of myocardial infarction compared with patients receiving NSAIDs other than naproxen or those not receiving NSAIDs ...The good news for the millions of users of COX-2 inhibitors (and their manufacturers) is that there is no evidence that use of COX-2 inhibitors increases (or decreases) the risk of myocardial infarction. The findings in the VIGOR study and the findings in the report by Mukherjee et al. are readily explicable by the beneficial effects of naproxen rather than a detrimental effect of COX-2 inhibitors."


## II. Data Analyzing the Cardiovascular Safety of Rofecoxib vs. Placebo

Reicin et al. (Unpublished data from Merck Research Laboratories) performed an analysis of pooled safety data from 3 randomized, double-blind, placebo controlled studies with rofecoxib 25 mg once daily in elderly patients (median age approximately 75 years) to investigate cardiovascular safety. The adverse event data was pooled from 3 studies in elderly patients. The analysis included all serious (regulatory definition) thrombotic cardiovascular adverse events. The adverse event data was analyzed as three subgroups; 1) investigator reported serious thrombotic cardiovascular adverse events, 2) confirmed thrombotic cardiovascular events blindly adjudicated by an external committee (according to a pre-defined standard operating procedure), and 3) events meeting the criteria of the Antiplatelet Trialists' Collaboration (APTC). Event rates per 100 patient years and ratios of rate with 95% confidence intervals (95% CI) calculated for each subgroup are shown in the table below. A relative risk <1.0

MRK-AKT2/02963

M0DE10213Z

indicates a reduced risk for rofecoxib versus placebo. Studies 1 and 2 reflect the data detailed in the prescribing information for VIOXX (see PRECAUTIONS, *Cardiovascular Effects*)

### Incidence of Serious Thrombotic Cardiovascular Adverse Events in Elderly Patients

|  | Rofecoxib 25 mg qd (n=1448) | | Placebo (n=1451) | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|
|  | # cases/patient year | Rate/100 patient year | # cases/patient year | Rate/100 patient year |  |
| Investigator-reported | 52/1450 | 3.59 | 62/1615 | 3.84 | 0.93 (0.63, 1.37) |
| **Confirmed-adjudicated** | **25/1461** | **1.71** | **39/1634** | **2.39** | **0.72 (0.42, 1.21)** |
| APTC | 22/1461 | 1.51 | 30/1634 | 1.84 | 0.82 (0.45, 1.47) |

*Relative risk of rofecoxib vs. placebo

### Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in Elderly Patients by Study

|  | Rofecoxib 25 mg qd | | | Placebo | | | Relative Risk* (95 % CI) |
|---|---|---|---|---|---|---|---|
|  | N | Cases/Pt Yr.[†] | Rate[‡] | N | Cases/Pt Yr[†] | Rate[‡] |  |
| Study 1 | 721 | 17/996 | 1.71 | 729 | 23/1098 | 2.09 | 0.82 (0.41, 1.59) |
| Study 2 | 346 | 4/301 | 1.33 | 346 | 12/366 | 3.28 | 0.41 (0.10, 1.34) |
| Study 3 | 381 | 4/165 | 2.43 | 376 | 4/169 | 2.36 | 1.03 (0.19, 5.51) |
| **Total** | **1448** | **25/1461** | **1.71** | **1451** | **39/1634** | **2.39** | **0.72 (0.42, 1.21)** |

*Relative risk of rofecoxib vs. placebo
[†]Patient-years at risk
[‡]Per 100 patient-years at risk

### Summary of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences by Type of Event

|  | Rofecoxib 25 mg qd N=1448 | | Placebo N=1451 | |
|---|---|---|---|---|
|  | n | % | n | % |
| Patients with one or more adverse experiences | 25 | 1.7 | 39 | 2.7 |
| Patients with no adverse experience | 1423 | 98.3 | 1412 | 97.3 |
| Cardiac Events | 14 | 1.0 | 21 | 1.5 |
| Acute myocardial infarction | 9 | 0.6 | 13 | 0.9 |
| Sudden/unexplained death | 5 | 0.4 | 3 | 0.2 |
| Unstable angina pectoris | 1 | 0.1 | 8 | 0.6 |
| Cerebrovascular Events | 11 | 0.8 | 16 | 1.1 |
| Ischemic cerebrovascular stroke | 5 | 0.4 | 13 | 0.9 |
| Transient ischemic attack | 6 | 0.4 | 3 | 0.2 |
| Peripheral Events | 0 | 0 | 3 | 0.2 |
| Peripheral arterial thrombosis | 0 | 0 | 1 | 0.1 |
| Peripheral venous thrombosis | 0 | 0 | 2 | 0.1 |

Patients who were taking aspirin or other antiplatelet agents for cardiovascular protection, and patients in whom aspirin or other antiplatelet agents were indicated for cardiovascular-protective effect in the opinion of the study investigator, were to be excluded from enrollment in these studies. However, because these patients were elderly and possibly at risk for complications of atherosclerotic cardiovascular disease, therapy with aspirin or clopidogrel was allowed if, during the study period, the investigator determined that it was indicated. Approximately 8% of

MRK-AKT2702964

MODE102133

patients received anti-platelet therapy, including low-dose aspirin, for cardiovascular prophylaxis. A sensitivity analysis that excluded patients who had used aspirin or clopidogrel during the study was performed as part of the meta-analysis. This subgroup analysis, which included >88% of the events, provided results consistent with the primary approach.

The authors concluded that in elderly patients, rofecoxib 25 mg once daily had a comparable cardiovascular safety profile compared with placebo.

### III. Data Analyzing the Cardiovascular Safety of Rofecoxib vs. NSAIDs

*Pooled Analysis of Phase IIb-V Studies for Cardiovascular Safety*

Konstam et al. [9] conducted a pooled analysis of cardiovascular events on all Phase IIb-V clinical trials with rofecoxib of 4 weeks or longer that were completed by September 2000, including the interim data from the Alzheimer's studies presented above. All study trials included comparative data between rofecoxib and nonselective NSAIDs, rofecoxib and placebo, or both. Studies performed in healthy volunteers or in which rofecoxib was compared with celecoxib were excluded. Data from treatment periods using doses >12.5 mg were combined for analysis; subtherapeutic (<12.5 mg) doses were excluded. The Antiplatelet Trialists' Collaboration (APTC) endpoint was examined on data from over 28,000 patients (>14,000 patient-years). The APTC endpoint consists of the combined incidence of CV, hemorrhagic, and unknown death, nonfatal myocardial infarction, and nonfatal stroke.

The graph below demonstrates the relative risk of an APTC event in patients treated with naproxen, non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone) or placebo in all clinical trials of 4 weeks or longer with rofecoxib. The results of this pooled analysis demonstrate that the risk of sustaining an APTC event was similar when rofecoxib was compared with placebo and when rofecoxib was compared with non-naproxen NSAIDs (ibuprofen, diclofenac, nabumetone). In contrast, there was a reduced relative risk of an APTC event in patients treated with naproxen compared with rofecoxib. Naproxen appears to be cardioprotective compared with all other comparator NSAIDs and rofecoxib.



**Figure 1.** Relative risk (95% CI) of the APTC end point for rofecoxib relative to placebo, non-naproxen NSAIDs, and naproxen in the entire population studied. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.

Reprinted with permission Konstam et al. Circulation 2001;104:r15-r23.

The same type of analysis using the APTC endpoint was performed for all Phase II-V studies of at least 6 months duration. The 6 month time point was chosen in order to ensure that studies of short duration did not unduly influence the results. This analysis also indicates that naproxen appears to be cardioprotective relative to all other comparator NSAIDs and rofecoxib. Naproxen reduces the risk for sustaining an APTC endpoint relative to the other comparator NSAIDs and rofecoxib.

MRK-AKT2702965

M0DE102134



**Figure 2.** Relative risk (95% CI) of the APTC end point for rofe-coxib relative to placebo, non-naproxen NSAIDs, and naproxen in studies ≥6 months in duration. Triangles represent relative risk, and size of triangles represents patient-years of exposure. Bars indicate 95% CI.

Reprinted with permission Konstam et al. Circulation 2001;104:r15-r23.

A summary of the APTC events by type of event is presented below. The overall rates of APTC events were markedly lower in the naproxen group compared with any other treatment group. In comparison with the overall population, those with APTC events were more likely to be >65 years of age, male, and have a history of at least one risk factor for coronary artery disease. Approximately one third of the patients who had an ATPC event had a history of a CV event ICVA, TIA, MI, unstable angina, stable angina, CABG, or percutaneous coronary intervention.

MRK-AKT2702966

M0DE102135

### Summary of ATPC End Point by Type of Event

| ATPC Events | Rofecoxib vs. Naproxen | | Rofecoxib vs. non-Naproxen NSAIDs | | Rofecoxib vs. Placebo | |
|---|---|---|---|---|---|---|
| | Rofecoxib n=9083* | Naproxen n=7870 | Rofecoxib n=4549 | Non-Naproxen NSAIDs n=2755 | Rofecoxib n=6290 | Placebo n=3482 |
| Patients with events | 57 (0.63) | 27 (0.34) | 21 (0.04) | 14 (0.51) | 33 (0.52) | 32 (0.92) |
| Total CV, hemorrhagic, and unknown deaths | 12 (0.13) | 7 (0.09) | 1 (0.02) | 5 (0.18) | 9 (0.14) | 4 (0.11) |
| Fatal MI | 8 (0.09) | 4 (0.05) | 0 (0.00) | 4 (0.15) | 3 (0.05) | 0 (0.00) |
| Fatal Stroke | 1 (0.01)† | 2 (0.03)† | 0 (0.00) | 1 (0.04) | 0 (0.00) | 0 (0.00) |
| Non-CNS hemorrhagic deaths | 2 (0.02)§ | 0 (0.00) | 0 (0.00) | 0 (0.00) | 0 (0.00) | 1 (0.02)‡ |
| Sudden/unknown cause of death | 1 (0.01) | 1 (0.01) | 1 (0.00) | 0 (0.00) | 6 (0.09) | 3 (0.09) |
| Nonfatal cardiac events | 29 (0.32) | 6 (0.08) | 13 (0.29) | 7 (0.25) | 16 (0.25) | 13 (0.37) |
| Nonfatal cerebrovascular events | 17 (0.19)# | 14 (0.18) | 7 (0.15) | 2 (0.11) | 8 (0.13) | 15 (0.43) |

Values are n (%)
Nonfatal cardiac events includes patients with the following diagnoses: MI and resuscitated cardiac arrest
Nonfatal cerebrovascular events includes patients with the following diagnoses: carotid artery obstruction, cerebrovascular accident, ischemic cerebrovascular stroke, lacunar infarct, and hemorrhagic stroke.
*One patient in this group had two events, a stroke and a MI
†One confirmed hemorrhagic stroke occurred in both the rofecoxib and naproxen groups
‡One patient had a ruptured aortic aneurysm
§One patient had arterial rupture, one unspecified hemorrhage (suspected upper GI bleed)
# Two confirmed nonfatal hemorrhagic strokes occurred in the rofecoxib group.

The authors concluded that data from greater than 28,000 patients in 23 studies representing greater than 14,000 patient-years at risk demonstrated that rofecoxib was not associated with excess CV thrombotic events compared with either placebo or non-naproxen NSAIDs. The data suggest, but are insufficient to ascertain, the cardioprotective benefits of naproxen.

*Pooled Analysis of Phase IIb-III Studies for Cardiovascular Safety*

Reicin et al. [10] compared the risk for thrombotic cardiovascular events among patients receiving rofecoxib (n=3357), non-selective nonsteroidal anti-inflammatory drugs (NSAIDs, n=1564), and placebo (n=711) in participants in 8 phase IIb/III osteoarthritis trials. These studies were conducted from 1995 to 1998 and were the basis for regulatory approvals worldwide. Patients were followed in each study until final evaluation after the completion of the study, final evaluation after early discontinuation for any reason, loss to follow-up, or death. In all studies, a final patient contact and/or evaluation was scheduled for 14 days after completion or discontinuation. The primary endpoint assessed was the risk of any arterial or venous thrombotic cardiovascular adverse event. A second analysis assessed differences in the Anti-platelet Trialist's Collaboration (APTC) events. The APTC endpoint consists of the combined incidence of cardiovascular, hemorrhagic, and unknown death; myocardial infarction; and cerebrovascular accident.

The rofecoxib group was comprised of combined doses from all therapeutically effective doses; 12.5 mg once daily (n=1209), 25 mg once daily (n=1603), and 50 mg once daily (n=545), average daily dose of 24.7 mg. The nonselective NSAIDs were ibuprofen 800 mg t.i.d. (n=847), diclofenac 50 mg t.i.d. (n=590), and nabumetone 1500 mg once daily (127). Seven hundred and eleven patients were treated with placebo. The median time of therapy was 3.5 months, with a maximum of 22 months. The mean age was 63 years (range 38 to 94), 45% were age 65 or older, and 73% were female. Most (90%) patients had previously used NSAIDs for the osteoarthritis. Approximately 11% had a prior history of atherosclerotic cardiovascular disease and 57% reported one or more cardiovascular risk factors. The most common risk factor was hypertension.

MRK-AKT2702967

M0DE10136

A summary of the investigator reported cardiovascular thrombotic events comparing patients treated with rofecoxib to patients treated with nonselective NSAIDs is shown in the graph below.



Reprinted with permission from the publisher from Reicin et al. Am J. Cardio 2002;89204-209.

The incidence of APTC combined endpoint are presented in the table below. This incidence was similar between the patients treated with rofecoxib and nonselective NSAIDs and between rofecoxib and placebo.

**Incidence and Relative Risk of Cardiovascular Thrombotic Events by APTC End Point**

|  | Rofecoxib vs. Nonselective NSAIDs | | Rofecoxib vs. Placebo | |
|---|---|---|---|---|
|  | Rofecoxib | Nonselective NSAIDs | Rofecoxib | Placebo |
|  | (n=3357) | (n=1564) | (n=2253) | (n=711) |
| Patient with event (n) | 16 | 10 | 7 | 3 |
| Patient-years at risk | 1659 | 706 | 516 | 156 |
| Rates per 100 pt-years | 0.96 | 1.42 | 1.36 | 1.93 |
| Relative Risk (95% CI) | 1.44 (0.65, 3.17) | | 1.42 (0.24, 6.22) | |

The authors concluded that in the rofecoxib osteoarthritis development program, no difference exists between rofecoxib, comparator nonselective NSAIDs, and placebo in the risks of cardiovascular thrombotic events.

## IV. NSAIDs as Cardioprotective Agents

At least three non-selective NSAIDs have been demonstrated to exhibit a cardioprotective effect: naproxen, flurbiprofen, and indobufen. All three NSAIDs are potent inhibitors of platelet-derived thromboxane.

A.  Flurbiprofen: In patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty, flurbiprofen 50 mg twice daily for six months led to a >50% reduction in the primary endpoint, recurrent MI or reocclusion of the infarct-related coronary artery.[11]

B.  Indobufen: This NSAID has been recently reviewed and highly endorsed [12] for its use in the management of atherothrombotic disorders. The efficacy of indobufen has been evaluated in multiple clinical trials for the:

MRK-AKT2702968

MODE102137

- Secondary prevention of thromboembolic events (TIA, stroke, atrial fibrillation with systemic embolism, MI) in at risk patients. [13,14,15,16]
- Maintenance of graft patency following coronary artery bypass surgery. [17,18,19]
- Treatment of intermittent claudication. [20,21,22,23]

C. Naproxen: In the VIGOR trial [1], the incidence of myocardial infarction was 0.5% for patients treated with rofecoxib 50 mg once daily and 0.1% for naproxen-treated patients (500 mg b.i.d.) in rheumatoid arthritis patients. Naproxen has been demonstrated to reduce the risk of cardiovascular thromboembolic events in several studies including: rheumatoid arthritis patients in the UK General Practice Research Database [24], a large healthcare database taken from the New Jersey Medicare and Medicaid programs [25], and a case-controlled study of hospitalized elderly patients with acute myocardial infarctions from Quebec, Canada. [26] A recently published observational cohort study using data from the Tennessee Medicaid Program did not show a protective effect of naproxen or other non-aspirin NSAIDs on the risk of coronary heart disease. [27]

D. Non-aspirin NSAIDs:

Ko et al. [28] performed an analysis to determine whether the use of NSAIDs alone, or in addition to aspirin, was associated with a lower 1-year mortality rate in elderly patients after acute myocardial infarction. The study included data from the Cooperative Cardiovascular Project, a retrospective medical record review that included clinical and demographic information for Medicare beneficiaries hospitalized with a diagnosis of acute myocardial infarction during 1994 and 1995. The cohort included 48,584 elderly patients with acute myocardial infarction without contraindications to NSAIDs or aspirin treatment. At discharge, 74.5% of the patients (n=36,211) were prescribed aspirin alone, 1.5% of the patients (n=736) were prescribed NSAIDs alone, 4.3% of the patients (n=2096) were prescribed NSAIDs concomitant with aspirin, and 19.6% of the patients (n=9541) were prescribed neither medication. As shown in the table below, the adjusted 1-year mortality rates were lower in patients receiving either NSAIDs, aspirin or NSAIDs concomitant with aspirin compared with those patients receiving neither drug.

**One-year Mortality Rates of Patients Prescribed NSAIDs or Aspirin**
**Compared with Patients Receiving Neither Drug**

| Treatment | Hazard ratio (95% CI) |
|---|---|
| NSAID therapy alone | 0.77 (0.65, 0.90) |
| Aspirin therapy alone | 0.81 (0.77, 0.86) |
| NSAIDs and aspirin | 0.78 (0.69, 0.88) |

Compared with patients prescribed NSAID therapy upon discharge after acute myocardial infarction, there was no significant benefit associated with the addition of aspirin, and the benefit of NSAID therapy was not significantly different from that of aspirin alone.

The authors concluded that the prescription of NSAID therapy at hospital discharge for elderly Medicare beneficiaries who survived acute myocardial infarction was associated with similarly lower 1-year mortality rates as compared with aspirin therapy. The addition of aspirin to NSAID therapy was not associated with an additional survival benefit.

Kimmel et al. [29] evaluated the effects of non-aspirin nonsteroidal anti-inflammatory drugs (NSAIDs) on myocardial infarction (MI) in order to interpret recent trials comparing nonselective NSAIDs with COX-2 selective inhibitors. The authors conducted a multi-centered, case-control study of first MI in patients aged 40 to 75 years, among 36 hospitals in a 5-county area during a 26-month period in 1999-2001. Cases (n=909, 21% nonselective NSAID users in the week prior to MI) were patients hospitalized with a first MI, and controls (n=3030, 34% nonselective NSAID users) were randomly selected from the same geographic area. Detailed information regarding NSAID use in the week before the MI for cases and before the interview for controls was collected via telephone interviews using state-of-the-art methods, including NSAID picture prompts. Nonselective NSAID use was compared with no use in the week prior to first MI. Multivariable logistic regression was used to adjust for age, sex, body mass index, family history, cigarette smoking, insurance,

MRK-AKT2702969

M00E102138

exercise, and history of coronary disease, heart failure, hypertension, hypercholesterolemia, diabetes, or arthritis.

The results of the study show a significant protective effect against MI for nonselective NSAID use in both the prior week and the prior 24 hours. There was a significant interaction between current aspirin use (within the index week) and NSAIDs. NSAIDs were protective among those not using aspirin, but were not protective among aspirin users (interaction P<0.01).

### Effect of Nonselective NSAID usage on First Myocardial Infarction

| NSAID Usage | Odds Ratio and 95% CI |
|---|---|
| Nonselective NSAID use in the week prior to MI | 0.67 (0.54, 0.82) |
| Nonselective NSAID use in the 24 hours prior to MI | 0.61 (0.46, 0.80) |
| Nonselective NSAID use with no aspirin use | 0.56 (0.44, 0.72) |
| Nonselective NSAID use with aspirin | 1.01 (0.69, 1.47)* |

*p<0.01

The authors concluded that current use of nonselective NSAIDs is associated with a reduced odds of MI. Among ASA users, however, there is no effect of NSAID use on MI risk.

## V. Effect of VIOXX on Platelets

**Please see the Prescribing Information for VIOXX at the beginning of this letter.**

Greenberg et al. [30] presented data from a double-blind, aspirin interaction study in which 24 patients were randomized to receive placebo (n=12) or rofecoxib 50 mg daily (n=12) for 10 days. On days 4-10, all subjects received open-label aspirin 81 mg once daily. Thromboxane $B_2$ production was inhibited by 98.4% during therapy with both aspirin alone and aspirin plus rofecoxib. Similarly, arachidonic acid-induced platelet aggregation was inhibited by 93.5% during therapy with aspirin alone and by 93.7% during therapy with aspirin plus rofecoxib. Corresponding values for inhibition of collagen-induced platelet aggregation were 90.8% and 86.7%, respectively. The authors concluded that, at steady state, rofecoxib (50 mg/day) did not affect the anti-platelet effects of low-dose aspirin.

Depre et al. [31] conducted a randomized, double-blind, placebo-controlled, parallel group study which evaluated the COX-2 specificity and tolerability of the clinical doses (12.5-25 mg) and the supratherapeutic (i.e., more than tenfold above the clinical dosage range) doses (100-375 mg) of rofecoxib in 32 healthy male volunteers (mean age of 22; mean weight of 73.3 kg). These subjects were divided into four groups (eight subjects/group), and each group was administered placebo (n=2) or rofecoxib (n=6) 25 mg, 100 mg, 250 mg, or 375 mg once daily on day 1 and days 3 through 14. Blood samples drawn at baseline and at specified time points post-dosing were assayed for COX-1 and COX-2 activity. Inhibition of platelet COX-1 activity, as assessed by thromboxane $B_2$ [$TXB_2$] generation in clotting whole blood, was not demonstrated by any dose of rofecoxib compared with placebo (p>0.10 for all comparisons vs. placebo). There were no statistically significant reductions of serum $TXB_2$ by placebo or rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg. As a further assessment of platelet COX-1 activity, bleeding time was assessed 4 hours after the last dose of placebo, rofecoxib 250 mg, and rofecoxib 375 mg. The mean change from baseline bleeding time was similar between placebo and rofecoxib 250 mg and 375 mg (0.49 minute, 0.69 minute, and 0.63 minute, respectively). COX-2 inhibitory activity, as assessed by average inhibition of whole blood lipopolysaccharide-stimulated prostaglandin $E_2$ [$PGE_2$] production, was significantly demonstrated by all doses of rofecoxib compared with placebo (p<0.001 for all comparisons vs. placebo). COX-2 inhibition results on day 14 for placebo and rofecoxib 25 mg, 100 mg, 250 mg, and 375 mg were 0.3%, 67.2%, 95.8%, 92.3% and 95.8%, respectively. Overall, these results indicate that multiple-dose administration of rofecoxib inhibits COX-2 without significant effect on COX-1 over a dosage range of 25 mg to 375 mg. Rofecoxib was well tolerated as mild and transient side effects were reported for multiple doses up to 375 mg. The authors concluded that rofecoxib is a potent and specific inhibitor of COX-2 in humans even at doses more than tenfold higher than those associated with efficacy in patients with osteoarthritis.

MRK-AKT2702970

MODE102139

Van Hecken et al. ([32] and unpublished data. Merck Research Laboratories) performed a study to assess the effect of NSAIDs on platelet function, patients were treated with VIOXX 12.5 mg qd  (n=12), VIOXX 25 mg qd (n=12), naproxen 550 mg b.i.d. (n=8), diclofenac 50 mg t.i.d. (n=8), ibuprofen 800 mg t.i.d. (n=8), meloxicam 15 mg qd (n=12) or placebo (n=16). All treatments were administered for 5 days plus 1 morning dose on Day 6. The effect of treatment on platelet aggregation was determined in vitro (outside of the body) using arachidonic acid as the primary agonist (the agent used to promote platelet aggregation via TxA2 generation). The difference between baseline platelet aggregation and post-treatment platelet aggregation was determined and the weighted average inhibition was calculated (WAI, inhibition of platelet aggregation calculated from the area under the curve from 0 to 8 hours). Aggregation is expressed as the percent inhibition from pre-dose baseline levels.

As shown in the figure below, the WAI of platelet aggregation for both doses of VIOXX and for meloxicam were not significantly different from placebo.  Diclofenac, ibuprofen and naproxen significantly inhibited platelet aggregation compared with placebo (p<0.001).

### The Effect of NSAID and VIOXX Treatment on Platelet Aggregation



** p<0.001 compared to placebo.

The effect of NSAID treatment on bleeding time was also determined in the same treatment groups.  Bleeding time is the *best* test of platelet function because it is an in vivo test and thus not subject to laboratory conditions as is the in vitro WAI study. As shown in the figure below, VIOXX (12.5 and 25 mg), meloxicam and diclofenac treatments showed no significant change in bleeding time from Day 1 to Day 6 compared to placebo. In contrast, ibuprofen and naproxen treatments significantly prolonged mean bleeding time by 1.57 and 2.41 minutes, respectively (p<0.002, p<0.001).

MRK-AKT2702971

MODE102140

**Change from Pretreatment Bleeding Time**



*p<0.002, ** p<0.001

## VI.  Effect of NSAIDs on Systemic Production of Prostacyclin (PGI₂)

Catella-Lawson et al. [33] conducted a double-blind, placebo-controlled study which evaluated the effect of rofecoxib on prostacyclin biosynthesis. Prostacyclin is the major COX product of macrovascular endothelium. Urinary excretion of 2,3 dinor-6 keto $PGF_{1\alpha}$ (PGI-M) reflects predominately extrarenal formation of this eicosanoid in healthy volunteers. Thirty-six healthy elderly patients (ages 59-80 years) were randomized to receive either rofecoxib 50 mg once daily (n=12), indomethacin 50 mg t.i.d. (n=12), or placebo (n=12). Urinary 11-dehydro-thromboxane-$B_2$ (TX-M) and urinary 2,3,dinor-6 keto $PGF_{1\alpha}$ (PGI-M) were measured at baseline (pre-treatment) and after 13 days of treatment. Urinary excretion of TX-M is an index of COX-1-dependent thromboxane biosynthesis by platelets. As demonstrated in the table below, both rofecoxib 50 mg once daily and indomethacin 50 mg t.i.d. showed significant change in PGI-M synthesis compared with placebo. There was no statistical difference between rofecoxib and indomethacin (p=0.55). Urinary TX-M was significantly inhibited by indomethacin 50 mg t.i.d., but unchanged by rofecoxib 50 mg once daily or placebo.

**Effect of Rofecoxib and Indomethacin on Urinary PGI-M and TX-M**

| Treatment Group | Urinary PGI-M LS Mean change from baseline (± SEM) pg/mg creatinine | Urinary TX-M LS Mean change from baseline (± SEM) % change from baseline |
|---|---|---|
| Placebo | -0.27 ± 9.1 | 11.1 ± 13.8% |
| Rofecoxib 50 mg qd | -73.6 ± 9.1* | 1.74 ± 15.2% |
| Indomethacin 50 mg t.i.d. | -64.8 ± 10.8* | 59.9 ± 16.6%* |

*p<0.05 compared with placebo

The authors concluded that COX-2 plays a role in the biosynthesis of prostacyclin under physiological conditions in humans, at least in healthy, elderly subjects on a controlled intake of sodium.

McAdam et al. [34] examined the in vivo effects of placebo (n=7), celecoxib 400 mg (n=7), celecoxib 800 mg (n=7), or ibuprofen 800 mg (n=7) on COX-1-dependent platelet thromboxane $A_2$ ($TXA_2$) production and systemic biosynthesis of prostacyclin. As shown in the table below, both dose of celecoxib (400 mg and 800 mg) as well as ibuprofen 800 mg suppressed urinary excretion of the prostacyclin metabolite 2,3 dinor-6 keto $PGF_{1\alpha}$ (PGI-M).

MRK-AKI2702972

MODE102141

**Effect of Celecoxib and Ibuprofen Urinary PGI-M**

| Treatment | 4-6 hours after dosing (pg/mg creatinine) | 6-12 hours after dosing (pg/mg creatinine) |
|---|---|---|
| Placebo | $117.1 \pm 49.4$ | $126.2 \pm 63.8$ |
| Celecoxib 400 mg | $34.2 \pm 7.3^{**}$ | $25.1 \pm 5.4^{**}$ |
| Celecoxib 800 mg | $22.8 \pm 8.8^{**}$ | $27.0 \pm 11.8^{**}$ |
| Ibuprofen 800 mg | $51.3 \pm 18.8^{*}$ | $39.8 \pm 6.3^{**}$ |

* $p<0.05$, ** $p<0.01$ compared with placebo

The authors concluded that COX-2 is a major source of systemic prostacyclin biosynthesis in healthy humans.

Greenberg et al. [35] examined the effect of acetaminophen on in vivo synthesis of prostacyclin (PGI₂). A 3-period, double-blind, randomized, crossover study was conducted to compare the effects of acetaminophen 1000 mg t.i.d., indomethacin 50 mg t.i.d., and placebo on PGI₂ synthesis in 12 healthy patients over a 5-day treatment period. PGI₂ synthesis was determined by measuring the excretion of 2,3 dinor-6 keto PGI-$1_\alpha$ (PGI-M), an index of systemic PGI₂ synthesis. Urine was collected pretreatment and over 8 hours after the first and last dose (days 1 and 5). The table below shows the percent inhibition of PGI-M after drug or placebo treatment on day 1.

**Effect of Indomethacin and Acetaminophen on Prostacyclin Synthesis on Day 1**

| Drug | Peak % Inhibition of PGI-M (mean ± SD) | Overall % Inhibition of PGI-M (mean ± SD) |
|---|---|---|
| Placebo | $33.7 \pm 29.1$ | $15.6 \pm 9.3$ |
| Indomethacin | $64.6 \pm 18.4^{**}$ | $42.5 \pm 10.4^{*}$ |
| Acetaminophen | $55.9 \pm 15.0^{**}$ | $36.9 \pm 7.8^{*}$ |

*$p<0.05$ vs. placebo, **$p<0.01$ vs. placebo.

Data collected on day 5 were consistent with those from day 1. The authors concluded that these data demonstrate that acetaminophen significantly reduces urinary PGI-M, confirming previous suggestions that acetaminophen inhibits synthesis of PGI₂.

Green et al. [36] studied the effect of a single dose of acetaminophen 500 mg on the in vivo synthesis of prostacyclin in healthy volunteers (n=4) by the measurement of 2,3 dinor-6 keto PGF-$1_\alpha$ (PGI-M). Acetaminophen caused a marked reduction of prostacyclin synthesis for 6-8 hours without any obvious effect on thromboxane synthesis. The authors concluded that "acetaminophen may at least theoretically be disadvantageous for patients suffering from diseases where prostacyclin mediated vascular defense mechanisms are activated, like myocardial infarction, deep vein thrombosis, and following surgery".

MRK-AKT2702973

MODE102142



FIG 1. Effect of 500 mg of acetaminophen on the urinary excretion of 2,3-dinor-6-keto-PGF$_{1\alpha}$ (———) and 2,3-dinor-TxB$_2$ (------). Mean-values (±SEM).

prostacyclin (10). Other possible reasons could be that acetaminophen only inhibits cyclooxygenase at low concentrations of peroxide (which then should be the case in vascular endothelium) or that vascular endothelium forms a metabolite of acetaminophen that could interfere with prostacyclin synthase and/or

Reprinted with permission Green et al. Prostaglandins 1989;37(3):311-315.

O'Brien et al. [37] compared the effect of a single dose of acetaminophen 1000 mg with placebo on prostacyclin synthesis in normotensive and hypertensive pregnant women. Urine samples were examined at baseline (pretreatment) and 6-hours post-treatment and analyzed for 2,3 dinor-6 keto PGF$_{1\alpha}$ (PGI-M).
As shown in the table below, both groups treated with acetaminophen demonstrated a reduction in PGI-M production, although this reduction reached statistical significance only in the hypertensive group. There was no significant change in the placebo.

### Effect of Acetaminophen on PGI-M Synthesis in Normotensive and Hypertensive Pregnant Women

|  | Pre-treatment | 6 Hours Post-treatment |
|---|---|---|
| **Hypertensive patients** | pg/mg creatinine | pg/mg creatinine |
| Placebo (n=13) | 2096 ± 422 | 1936 ± 281 |
| Acetaminophen 1000 mg (n=13) | 2516 ± 644 | 1308 ± 207* |
| **Normotensive patients** | pg/mg creatinine | pg/mg creatinine |
| Placebo (n=11) | 1329 ± 423 | 1447 ± 640 |
| Acetaminophen 1000 mg (n=13) | 1899 ± 623 | 1172 ± 371 |

*p=0.05 compared with baseline

The authors concluded that acetaminophen reduced the production of prostacyclin in pregnant women.

## VII. Effect of VIOXX on Serum Markers of Inflammation in Patients with Coronary Artery Disease

Klustein et al. [38] conducted a prospective, randomized, double-blind, placebo-controlled, three-month study to evaluate the effects of rofecoxib 25 mg once daily (n=13) compared with placebo (n=11) on inflammatory mediators in patients with unstable angina. Patients were excluded from the study if they had any infectious or inflammatory process, renal failure, uncontrolled hypertension or congestive heart failure. Patients were also excluded if they smoked, used anti-inflammatory drugs, had an active ulcer, or an allergy to nonsteroidal anti-inflammatory drugs. Serum levels of C-reactive protein (CRP) and interleukin-6 (IL-6) were determined at baseline and at 1 and 3 months.

After one month, there was a trend for lower CRP levels in patients treated with rofecoxib 25 mg once daily (p=0.083) compared with baseline levels. Statistical significance was achieved after 3 months (p=0.0039). Three patients treated with rofecoxib 25 mg once daily were non-compliant. When these three patients were removed from the analysis, the reduction in CRP levels at the one month time point were statistically significant (p=0.019.

MRK-AKT2702974

M00E102143

Wilcoxin test). Serum IL-6 levels were also reduced in patients treated with rofecoxib 25 mg once daily at 1 and 3 months (p=0.08 and p=0.04, respectively), compared with baseline levels. When the three non-compliant patients were removed from the analysis, p values were 0.022 and 0.042 at 1 and 3 months, respectively. For the placebo treatment group, there were no significant changes in either the CRP or IL-6 levels compared with baseline at either time point.

The authors concluded that rofecoxib significantly reduced both CRP and IL-6 levels in patients with unstable angina. Large scale studies are required to assess whether a reduction in plasma levels of CRP and IL-6 translate into event reduction.

Dudek et al. [39] compared the potential anti-inflammatory effects of atorvastatin 10 mg/day for 6 months, atorvastatin 40 mg/day for 6 months, and atorvastatin 40 mg/day for 6 months plus rofecoxib 12.5 mg once daily for the first 3 months in patients with unstable angina pectoris undergoing percutaneous coronary intervention (PCI). All patients were treated with aspirin and ADP receptor blockers. The levels of interleukin-6 (IL-6) and C-reactive protein (CRP) were measured at baseline, 48 hours, 3 months and 6 months after treatment. The results are shown in the tables below.

### C-Reactive Protein levels after PCI (ng/mL)

|  | Baseline | 48 hours | 3 months | 6 months |
|---|---|---|---|---|
| Atorvastatin 10 mg/day | $6.07 \pm 2.23$ | $21.91 \pm 8.98$ | $2.16 \pm 0.95$ | $1.29 \pm 0.22$ |
| Atorvastatin 40 mg/day | $8.41 \pm 3.02$ | $21.08 \pm 4.36$ | $2.08 \pm 0.48$ | $3.49 \pm 0.82$ |
| Atorvastatin 40 mg/day plus rofecoxib 12.5 mg qd | $7.26 \pm 4.71$ | $15.70 \pm 6.45$ | $0.74 \pm 0.49*$ | $0.16 \pm 1.01 \pm$ |

*p<0.05 compared with atorvastatin 10 mg/day or atorvastatin 40 mg/day

### IL-6 levels after PCI (pg/mL)

|  | Baseline | 48 hours | 3 months | 6 months |
|---|---|---|---|---|
| Atorvastatin 10 mg/day | $2.87 \pm 2.87$ | $12.42 \pm 8.11$ | $0.04 \pm 0.01$ | <0.01 |
| Atorvastatin 40 mg/day | $2.28 \pm 0.87$ | $5.75 \pm 3.04$ | $0.04 \pm 0.01$ | $0.59 \pm 0.05$ |
| Atorvastatin 40 mg/day plus rofecoxib 12.5 mg qd | $2.52 \pm 1.07$ | $4.56 \pm 1.12$ | <0.01* | <0.01† |

*p<0.05 compared with atorvastatin 10 mg/day or atorvastatin 40 mg/day
†p<0.05 compared with atorvastatin 40 mg/day.

A statistically significant decrease in CRP and IL-6 plasma levels was noted in patients treated with combination treatment using atorvastatin 40 mg/day and rofecoxib 12.5 mg once daily compared with atorvastatin alone. No adverse effects of tested medications were recorded.

The authors concluded that the addition of a COX-2 inhibitor (rofecoxib) to standard statin therapy seems to be safe and effective in reducing inflammatory markers following percutaneous coronary intervention in association with acute coronary syndromes. The combination of statins with COX-2 inhibitors to reduce major adverse cardiac events following percutaneous coronary intervention should be tested in further clinical trials.

### VIII. Effect of VIOXX on Endothelial Function

Verma et al. [40] examined the effects of rofecoxib 25 mg once daily (n=18) and naproxen 750 mg sustained release once daily (n=17) to determine if cyclooxygenase-2 blockade impairs endothelial function. Thirty-five healthy volunteers were randomized to receive 7 days of treatment with either rofecoxib 25 mg once daily or naproxen 750 mg sustained release once daily. Vascular response measurements were conducted using forearm strain-gauge plethysmography. Changes in forearm blood flow in response to the endothelium-dependent vasodilator acetylcholine (3, 10, and 30 µg/min) and the endothelium-independent vasodilator sodium nitroprusside (1 and 10 µg/min) was measured before and after treatment.

MRK-AKT2702975

M00E102144

The results of the study showed that forearm blood flow increased in a dose-dependent fashion in all groups in response to acetylcholine. No increase in acetylcholine-mediated forearm blood flow was observed after treatment with either rofecoxib or naproxen. Sodium nitroprusside also failed to evoke a change in forearm blood flow.

The authors concluded that therapeutic doses of COX-2 blockade do not result in significant changes in endothelial vasodilator responses in healthy volunteers. The effects of COX-2 inhibitors on vasodilator responses in patients with coronary artery disease remain to be seen.

The above information is supplied to you as a professional service in response to your specific request. Merck does not recommend the use of its products in any manner other than as described in the prescribing information. Enclosed for your convenience is prescribing information for VIOXX.

Sincerely,

Jeffrey M. Melin, M.D., F.A.C.P.
Director
Medical Services

Enclosures: Circular, References

MRK-AKT2702976

M00E102145

1.  Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and
    naproxen in patients with rheumatoid arthritis. N Engl J Med. Nov 23, 2000;343(21): 1520-1528.

2.  Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors.
    JAMA. Aug 22- 29, 2001;286(8): 954-959.

3.  Sanmuganathan PS, Ghahramani P, Jackson PR, et al. Aspirin for primary prevention of coronary heart disease:
    safety and absolute benefit related to coronary risk derived from meta-analysis of randomised trial.
    Heart. 2001;85: 265-271.

4.  The Medical Research Council's General Practice Research Framework. Thrombosis prevention trial:
    randomised trial of low-intensity oral anticoagulation with warfarin and low-dose aspirin in the primary
    prevention of ischaemic heart disease in men at increased risk. Lancet. Jan 24, 1998;351(9098): 233-241.

5.  Peto R, Gray R, Collins R, et al. Randomised trial of prophylactic daily aspirin in British male doctors. Br Med
    J. 1991;308: 313-316.

6.  Steering Committee. Steering Committee of the Physicians' Health Study Research Group. Final report on the
    aspirin component of the ongoing Physicians' Health Study. N Engl J Med. Jul 20, 1989;321(3): 129-135.

7.  Hansson L, Zanchetti A, Carruthers SG, et al. Effects of intensive blood-pressure lowering and low-dose
    aspirin in patients with hypertension: principal results of the Hypertension Optimal Treatment (HOT)
    randomised trial. HOT Study Group. Lancet. June 13, 1998;351(9118): 1755-1762.

8.  Dalen JE. Selective COX-2 inhibitors, NSAIDs, aspirin, and myocardial infarction. Arch Intern Med. May 27,
    2002;162(10): 1091-1092.

9.  Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of
    rofecoxib. Circulation. Oct, 2001;104: r15-r23.

10. Reicin AS, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with
    osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen,
    diclofenac, and nabumetone). Am J Cardiol. Jan 15, 2002;89(2): 204-209.

11. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful
    thrombolysis of angioplasty in acute myocardial infarction. Eur Heart J. Jul 1993;14(7): 957.

12. Bhana N, McClellan K. Indobufen: An Updated Review of its Use in the Management of Atherothrombosis.
    Drugs Aging. 2001;18(5): 369-388.

13. Battaglia B, Stragliotto E, Heiman F, et al. Indobufen in the secondary prevention of cerebral ischemic attack
    (TIA): a prospective, randomized, controlled study. Thromb Haemost. 2001;69(6): P1349.

14. Bergamasco B, Benna P, Carolei A, et al. A randomized trial comparing ticlopidine hydrochloride with
    indobufen for the prevention of stroke in high-risk patients (TISS Study). Ticlopidine indobufen stroke study.
    Funct Neurol. Jan-Feb 1997;12(1): 33-43.

15. Fornaro G, Rossi P, Mantica PG, et al. Indobufen in the prevention of thromboembolic complications in
    patients with heart disease. A randomized, placebo controlled, double-blind study. Circulation. Jan,
    1993;87(1): 162-164.

16. Morocutti C, Amabile G, Fattapposta F, et al. Indobufen versus warfarin in the secondary prevention of major
    vascular events in nonrheumatic atrial fibrillation. SIFA (Studio Italiano Fibrillazione Atriale) Investigators.
    Stroke. May 1997;28(5): 1015-1021.

17. The Sinba Group. Indobufen versus aspirin plus dipyridamole after coronary artery bypass surgery. Coron
    Artery Dis. 1991;2: 896-906.

18. Rajah SM, Nair U, Rees M, et al. Effects of antiplatelet therapy with indobufen or asprin-dipyridamole on graft patency one year after coronary artery bypass grafting. J Thorac Cardiovasc Surg. Apr. 1994;107(4): 1146-1153.

19. D'Addato M, Curti T, Bertini D, et al. Indobufen vs acetylsalicylic acid plus dipyridamole in long-term therapy patency after femoropopliteal bypass. Int Angiol. Apr-Jun, 1992;11(2): 106-112.

20. Signorini GP, Salmistraro G, Maraglino G. Efficacy of indobufen in the treatment of intermittent claudication. Angiology. Aug, 1988;39(8): 742-746.

21. Belcaro G, De Simone P. Long-term evaluation of indobufen in peripheral vascular disease. Angiology. Jan, 1991;42(1): 8-14.

22. Panchenko E, Eshkeeva A, Dobrovolsky A, et al. Effects of indobufen and pentoxifylline on walking capacity and hemostasis in patients with intermittent claudication: results of six months of treatment. Angiology. Mar, 1997;48(3): 247-254.

23. Tonnesen KH, Albuquerque P, Baitsch G, et al. Double-blind, controlled, multicenter study of indobufen versus placebo in patients with intermittent claudication. Int Angiol. Dec, 1993;12(4): 371-377.

24. Watson DJ, Rhodes T, Cai B, et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med. May 27, 2002;162(10): 1105-1110.

25. Solomon DH, Glynn RJ, Levin R, et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med. May 27, 2002;162(10): 1099-1104.

26. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med. May 27, 2002;162(10): 1111-1115.

27. Ray WA, Stein CM, Hall K, et al. Non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease: an observational cohort study. Lancet. Jan 12, 2002;359(9301): 118-123.

28. Ko D, Wang Y, Berger AK, et al. Nonsteroidal antiinflammatory drugs after acute myocardial infarction. Am Heart J. Mar, 2002;143(3): 475-481.

29. Kimmel SE, Berlin JA, Reilly M, et al. Nonselective nonasprin nonsteroidal antiinflammatory medications are associated with reduced risk of myocardial infarction. J Am Coll Cardiol. 2002;39(Suppl 5A): 114633.

30. Greenberg HE, Gottesdiener K, Huntington M, et al. A new cyclooxygenase-2 inhibitor, rofecoxib (VIOXX), did not alter the antiplatelet effects of low-dose asprin in healthy volunteers. J Clin Pharmacol. 2000;40: 1509-1515.

31. Depre M, Ehrich E, Van hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerablity of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol. 2000;56: 167-174.

32. Van Hecken A, Schwartz JI, Depre M, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen, and naproxen on COX-2 versus COX-1 in healthy volunteers. J Clin Pharmacol. Oct 2000;40(10): 1109-1120.

33. Catella-Lawson F, McAdam B, Morrison BW, et al. Effects of specific inhibition of cyclooxygenase-2 on sodium balance, hemodynamics, and vasoactive eicosanoids. J Pharmacol Exp Ther. 1999;289(2): 735-741.

34. McAdam BF, Catella-Lawson F, Mardini IA, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX) 2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA. Jan 5, 1999;96(1): 272-277.

MRK-AKT2702978

M0DE102147

35. Greenberg H, Schwartz J, Waldman S, et al. Acetaminophen (A) inhibits prostacyclin (PGI2) synthesis in vivo. Clin Pharmacol Ther. Feb 2000;67(2): 164.

36. Green K, Drvota V, Vasterqvist O. Pronounced reduction of in vivo prostacyclin synthesis in humans by acetaminophen (paracetamol). Prostaglandins. Mar, 1989;37(3): 311-315.

37. O'Brien WF, Krammer J, O'Leary TD, et al. The effect of acetaminophen on prostacyclin production in pregnant women. Am J Obstet Gynecol. Apr, 1993;168(4): 1164-1169.

38. Klutstein MW, Matas M, Tzivoni J, et al. Rofecoxib, a COX-2 inhibitor NSAID lowers C-reactive protein and IL-6 level in patients with unstable angina pectoris. Eur Heart J. Sep, 2001;22: 1303.

39. Dudek D, Heba G, Legutko J, et al. More pronounced decrease of inflammatory markers with combination of statins and COX-2 inhibitors following acute coronary syndromes. Eur Heart J. Sep, 2001;22: 1302.

40. Verma S, Raj SR, Shewchuk L, et al. Cyclooxygenase-2 blockade does not impair endothelial vasodilator function in healthy volunteers: randomized evaluation of rofecoxib versus naproxen on endothelium-dependent vasodilatation. Circulation. Dec, 2001;104(24): 2879-2882.

MRK-AKT2702979

M00E102148

## MEMO

TO:    TOM CANNELL                          DATE: 1/4/2002
       MARK STEJBACH
       RIAD El-DADA
       ADAM SCHECHTER

FROM:   Jeffrey Melin, MD
        Bernadette McKeon, PharmD

SUBJECT:   **Frequency Report  for January through December, 2001 on the Use of
           Standard Responses for VIOXX (rofecoxib)**


The information contained in this report describes the frequency of use of the standard responses for VIOXX in response to unsolicited inquiries from health care professionals.  The sources for these inquiries are from the Merck field representatives via their computers, from communications directly from health care professionals to Medical Services, and from calls from health care professionals to the Merck National Service Center.  This information represents the time period from 1/1/01 through 12/31/01.  The list below is the top 20 titles of the standard concepts with their percentages of the total number of requested PIRs for VIOXX   The number of total requested PIRs for VIOXX was 144,945 , which represents about a 33% of the total number of PIRs for all Merck products during 2001



The slide above lists the total number of PIRs for all Merck products requested by health care professionals during the years from 1990 through 2001. As the number of products were brought to market, the number of PIRs requested have increased

MRK-AHO0174737

MODE102149



As depicted in the above slide, VIOXX ranks as the top product with the most frequently requested PIRs during 2001 when comparing all Merck products.

As you know, Medical Services responds to unsolicited inquiries from health care professionals by providing medical and product information to assist in the clinical use of our marketed products. The standard letter responses and references are reviewed and revised on an ongoing basis to provide information that is both timely and consistent. With this background knowledge concerning our information sources and response documents, the enclosed material is provided for your use only and is not intended for further distribution.

| TITLES OF STANDARD RESPONSES FOR VIOXX | % of Total Requested PIRs FOR VIOXX* |
|---|---|
| VIOXX vs Celebrex (EULAR data, dental pain, cox-1 vs cox-2 selectivity) | 22% |
| VIGOR reprint and cover memo | 17% |
| Cardiovascular adverse effects (hypertension, edema, thromboembolic) | 10% |
| Acute Pain – Efficacy (dental, post-orthopedic, dysmenorrhea, Preemptive Analgesia, post-operative pain) | 10% |
| VIOXX and recent JAMA article about cardiovascular events | 9% |
| Efficacy to treat dental pain, includes VIOXX vs narcotic data | 2% |
| 50mg longer than 5 days | 2% |
| Adverse events – Renal effects, laboratory values | 2% |
| Effect of VIOXX on hypertension and edema | 2% |
| Compared with aspirin | 1% |
| Effect on cartilage, bone | 1% |
| RA- efficacy and tolerability | <1% |
| Effect on platelet function | <1% |
| Concomitant use with aspirin | <1% |
| Pharmacia renal safety studies ( Whelton) | <1% |
| VIOXX compared with non-selective NSAIDS and PPIs | <1% |
| Renal insufficiency classification ( est CrCl) | <1% |
| Concomitant use with anticoagulants (warfarin, heparin) | <1% |
| To treat orthopedic surgical pain, preemptive and postoperative use | <1% |
| Use in patients with sulfonamide allergies | <1% |

*About 50% of PIRs requested for VIOXX were answered by the top three standard responses.

If you have any questions, please contact either Jeff Melin (UG-58769) or Bonnie McKeon (WP-28639).

                              J.M      B.M

c: B. Greenberg, MD
   L. Silverstein, MD

MRK-AHO0174738

M00E102150

# West Point Selling Clinics
# March 2001

*The Selling Clinics are designed to solidify the skills used within a successful sales discussion. They offer an opportunity to verify understanding of assessment, support/limit, the marketing messages, sales aids, obstacle handling cards, reprints, and competitors for each product we sell. We will also spend time role-playing to increase our skill and confidence.*

## VIOXX®

1. **Marketing Overview**                                              **20 min**
   - Answer any questions on Marketing/Medical discussion
   - Fill out speaker evaluation forms
   - Review physician segmentation strategy (see attached)
     - **Deliver efficacy messages on OA and narcotic data for ALL SEGMENTS**
     - **High NSAID**
     - **High COXIB**
   - Review marketing messages for product (see attached)

2. **Point-Counter-Point (Competitive Review)**                        **40 min**
   - Divide group into 5 teams and assign each group one of the key competitors for the Merck product.
   - Ask each group to identify and flip all the major selling points of their assigned competitive product. (Allow 10 min.)
     - Celebrex
       - Powerful OA efficacy
       - Only COXIB for both pain of OA and inflammation of RA
       - Flexible dosing
       - No dose related increase in edema and hypertension
       - Excellent safety profile
     - Non-selective NSAIDs (Ibuprofen/Naproxen/Relafen)
       - Less expensive
       - Extensive experience
       - "Gold Standard"
       - Preferred on most MCO formularies
     - Mobic
       - Less expensive than Celebrex or VIOXX
       - QD
       - Preferential inhibitor of COX-2 = better safety profile
       - Extensive experience in Europe
       - Not a sulfonamide
     - Ultram
       - No NSAID induced GI side effects
       - Effective in acute pain
       - Can be used in conjunction with NSAIDs
       - Flexible dosing

MRK-AAR0019769

M00E102151

- ♦ Tylenol with Codeine
  - ♦ Very effective in treating mild to moderately severe pain
  - ♦ Flexible dosing depending on pain relief, various combinations
  - ♦ Extensive experience
  - ♦ Easy to swallow tablets or elixir

- ♦ Group presents selling points of their assigned product
- ♦ Trainer asks one of the other groups to counter the selling points of the competitor with selling messages for Merck product.
- ♦ Trainer debriefs discussion with room.

*BREAK FOR LUNCH*

### 3. Dodge Ball (Obstacle Handling)                                    45 min

- ♦ Divide group into 2 teams
- ♦ Ask each team to select one spokesperson for the group
- ♦ Spokespersons stand in front of room with one hand behind back
- ♦ Trainer asks two spokespersons a general trivia question
- ♦ Person with fastest hand on the table and who gives correct answer earns opportunity to select dodge ball card (like Family Feud)
- ♦ Spokesperson chooses card from dodge ball deck
- ♦ Each card represents different item: some cards have obstacles, some have dodge balls. When the representative chooses a card with an obstacle, they must handle the obstacle using the CRCT model. If the entire group determines the obstacle was handled appropriately, team receives a point. When the representative chooses a card with a dodge ball on it, they don't have to answer the obstacle and automatically receive two points.
- ♦ Once all cards have been selected, game is over and team with most points wins.
- ♦ Prizes available for winners.
  - ♦ I am concerned with the potential edema that occurs with Vioxx.
  - ♦ I am concerned with dose-related increases in hypertension with Vioxx.
  - ♦ Can Vioxx be used in patients using low dose aspirin?
  - ♦ I am concerned about the cardiovascular effects of Vioxx?
  - ♦ The competition has been in my office telling me that the incidence of heart attacks is greater with Vioxx than Celebrex.
  - ♦ There is no difference between Vioxx and Celebrex, why should I use Vioxx?
  - ♦ Vioxx cannot be used for longer than five days when treating patients for acute pain?
  - ♦ I use Celebrex. I'm concerned about the safety profile with Vioxx?
  - ♦ I understand the new COXIB, Mobic, was just approved.
  - ♦ Searle/Pfizer just presented me with data which showed Celebrex 800 mg daily did not exhibit dose dependent increases in side effects compared to the OA and RA doses, and that Vioxx exhibited dose dependent increases in side effects with the 50 mg dose.
  - ♦ The new narcotic data looks great, now I'll use Vioxx for all my acute pain patients and Celebrex for OA.
  - ♦ I can't use Vioxx because the HMO's require the patients to be on generic NSAIDS first.

MRK-AAR0019770

M00E102152

4. **Resource Review**                                                                    30 min
  - A minimum of two reprints will be reviewed – this is an excellent opportunity for the Class Counselors to lead a discussion (refer to the specific product attachment for this information)
    - **Cannon Reprint**
    - **Laine Reprint**
  - Ask group to find their copy of reprint #1
  - Class Counselor highlights key messages within reprint #1 and then verifies that the trainees understand where to use the resource by asking:
    - Which obstacles can be handled with this resource?
    - Which physicians (PCP, Specialist) would most likely be interested in this resource?
    - How would you incorporate this resource in your sales discussion?
  - Class Counselor role-plays utilizing reprint in sales discussion.
  - Repeat for reprint #2

5. **Brief review of NBS Model**                                                          10 min
  - Review of patient profile
    - Be specific – physician only reviews a chart for a few seconds before they enter the exam room, what could they be looking for?
    - Patient profile = age, gender, symptoms
    - Ask group to share a few examples of specific patient profiles
      - **For example, age >40, male or female, you can choose the symptoms (morning stiffness, evening stiffness, disrupted sleep due to pain, pain while walking, acute pain, loss of physical function)**
  - Review of Assessment
    - What are the two key questions we always need to ask? Answer = "WHAT" and "WHY"
    - Sometimes the physician does not respond to your questions with enough detail. If you want to bring forth additional information that will strengthen your support/limit statement, ask a leading question (i.e., "Would you agree that the safety of a product is also important to you, Doctor?")
  - Review of Support/Limit **(see attached Support/Limit statements)**
    - Ask group to explain the reason for "supporting" the physician
    - Where do you find the information to include in your support statement? Answer = physician response to the "why" question
    - Ask group to explain the reason for "limiting" the physician
    - Where do you find the information to include in your limiting statement? Answer = physician response to the "what" question
    - Ask group to share a few examples of assessment and the corresponding support/limit statements
  - Review of Close
    - Ask group to list some common closing statements
    - Remember, the purest close is "Will you prescribe (product) for patients who (patient profile used at beginning of discussion)?"
    - "Is there any reason you will not prescribe (product)?" is a TRIAL CLOSE. They MUST follow up with a closing statement, like "Will you prescribe (product)?"
    - "Will you now prescribe (product)?" and "Will you continue to prescribe (product)?" are succinct, actionable closes, too

MRK-AAR0019771

MODE102153

*30 MINUTE BREAK*

6.  Customizing the Message                                                                2 hrs
    ♦  Give group a discussion scenario:  MD type, obstacle, competitive agent being used (refer
       to the specific product attachment for this information)
    ♦  Trainer/class counselor role plays scenario #1
    ♦  Trainees group into pairs, first trainee from the pair role plays scenario #1, feedback
    ♦  Second trainee from the pair role plays scenario #1, feedback
    ♦  Trainer introduces scenario #2
    ♦  Trainer/class counselor role-plays scenario #2, etc.
    ♦  Move on to scenario #3, 4, 5 as time allows
    ♦  *Note: Initially, discussions should be no more than 5 minutes. After one round, begin
       trimming time to 3 minutes, etc. Add second, third products to discussions in subsequent
       Selling Clinics.*

Examples:
➢  HI NSAID:  IM, uses ibuprofen, is not concerned about the safety profile of non-selective
   NSAIDs; resource = sales aid, Laine Reprint

➢  HI COXIB:  IM, believes in the COXIB class, uses Celebrex because its more effective than
   VIOXX; resource = sales aid, PI's, OH cards

➢  HI COXIB:  IM, uses Celebrex for osteoarthritis and VIOXX for pain because of the new
   narcotic data; resource = sales aid, PI's

➢  HI COXIB:  IM, uses more Celebrex because thinks Vioxx causes more hypertension and
   edema; resource = sales aid, PI, Cannon reprint, renal card

➢  HI NSAID:  IM, uses non-selective NSAIDs because they are cost-effective; resource = sales
   aid, risk stratification tool

➢  HI NSAID:  IM, uses Relafen because s/he perceives it to be safer; resource = sales aid, risk
   stratification tool

➢  HI NSAID:  IM, uses non-selective NSAIDs first due to formulary issues; resource = sales aid

7.  Rapid Role Play (2 minute discussions)                                                 30 min
    ♦  Time to practice streamlining your sales discussion. Ask group: Which areas of your
       selling discussion can be used during a short selling discussion? Answer = patient profile,
       compelling message, and close (2 min)
    ♦  Certainly not lowering the importance of assessment and support/limit, this scenario can
       happen after you understand the prescription habits of our physicians
    ♦  Trainer/class counselor demonstrates a 2 min role play
    ♦  Trainees group into pairs; each trainee tries 2 min role play
    ♦  Close: share best practices

                                                                         Total = 5 hours

MRK-AAR0019772

M00E10215A





# DODGE!

MRK-AAR0019773

M00EI02155





"I am concerned with the potential
edema that occurs with Vioxx."

MRK-AAR0019774

M00E102156





"I am concerned with dose-related
increases in hypertension
with Vioxx."

MRK-AAR0019775

M00E102157





"Can Vioxx be used in patients
using low dose aspirin?"

MRK-AAR0019776

M00E102158





"I am concerned about the
cardiovascular effects of Vioxx?"

MRK-AAR0019777

M00E102159





"The competition has been in my office telling me that the incidence of heart attacks is greater with Vioxx than Celebrex."

MRK-AAR0019778

M00E102160





"There is no difference between
Vioxx and Celebrex, why
should I use Vioxx?"

MRK-AAR0019779

M00E102161





"Vioxx cannot be used for longer
than five days when treating
patients for acute pain?"

MRK-AAR0019780

M00E102162





"I use Celebrex.  I'm concerned
about the safety profile with Vioxx?"

MRK-AAR0019781

MRK0102163





"I understand the new COXIB,
Mobic, was just approved."

MRK-AAR0019782

MODE102184





"Searle/Pfizer just presented me with data which showed Celebrex 800 mg daily did not exhibit dose dependent increases in side effects compared to the OA and RA doses, and that Vioxx exhibited dose dependent increases in side effects with the 50 mg dose."

MRK-AAR0019783

M00E102165





"The new narcotic data looks great, now I'll use Vioxx for all my acute pain patients."

MRK-AAR0019784

M00E102169





"I can't use Vioxx because the HMO's require the patients to be on generic NSAIDS first."

MRK-AAR0019785



# VIOXX®
## (rofecoxib)



# DODGE!

MRK-ΛΛR0019786

M00E102168

TOM DAVIS, VIRGINIA,
CHAIRMAN

CHRISTOPHER SHAYS, CONNECTICUT
DAN BURTON, INDIANA
ILEANA ROS-LEHTINEN, FLORIDA
JOHN M. McHUGH, NEW YORK
JOHN L. MICA, FLORIDA
GIL GUTKNECHT, MINNESOTA
MARK E. SOUDER, INDIANA
STEVEN C. LATOURETTE, OHIO
TODD RUSSELL PLATTS, PENNSYLVANIA
CHRIS CANNON, UTAH
JOHN J. DUNCAN, JR., TENNESSEE
CANDICE MILLER, MICHIGAN
MICHAEL R. TURNER, OHIO
DARRELL ISSA, CALIFORNIA
VIRGINIA BROWN-WAITE, FLORIDA
JON C. PORTER, NEVADA
KENNY MARCHANT, TEXAS
LYNN A. WESTMORELAND, GEORGIA
PATRICK T. McHENRY, NORTH CAROLINA
CHARLES W. DENT, PENNSYLVANIA
VIRGINIA FOXX, NORTH CAROLINA

ONE HUNDRED NINTH CONGRESS

# Congress of the United States
## House of Representatives

COMMITTEE ON GOVERNMENT REFORM

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY   (202) 225–5074
FACSIMILE   (202) 225–3974
MINORITY   (202) 225–5051
TTY   (202) 225–6852

http://reform.house.gov

HENRY A. WAXMAN, CALIFORNIA,
RANKING MINORITY MEMBER

TOM LANTOS, CALIFORNIA
MAJOR R. OWENS, NEW YORK
EDOLPHUS TOWNS, NEW YORK
PAUL E. KANJORSKI, PENNSYLVANIA
CAROLYN B. MALONEY, NEW YORK
ELIJAH E. CUMMINGS, MARYLAND
DENNIS J. KUCINICH, OHIO
DANNY K. DAVIS, ILLINOIS
Wm. LACY CLAY, MISSOURI
DIANE E. WATSON, CALIFORNIA
STEPHEN F. LYNCH, MASSACHUSETTS
CHRIS VAN HOLLEN, MARYLAND
LINDA T. SANCHEZ, CALIFORNIA
C.A. DUTCH RUPPERSBERGER,
MARYLAND
BRIAN HIGGINS, NEW YORK
ELEANOR HOLMES NORTON,
DISTRICT OF COLUMBIA

BERNARD SANDERS, VERMONT,
INDEPENDENT

### Statement of Rep. Henry A. Waxman
### For the Hearing, "The Roles of FDA and Pharmaceutical Companies in
### Ensuring the Safety of Approved Drugs, Like Vioxx."

#### May 5, 2005

Thank you, Chairman Davis, for holding this hearing today. I also would like to thank you and your staff for leading this investigation into drug safety in the United States. You have asked tough questions and requested the information that the Committee needs to perform its essential oversight function.

On the subject of Vioxx, there are many tough questions. Today's hearing focuses on one of the most important: Why did so many doctors prescribe so much Vioxx for so long?

Vioxx was approved in May 1999. Less than a year later, Merck announced that in a major clinical trial, Vioxx was associated with four to five times more heart attacks than naproxen, another anti-inflammatory drug. Over the next year and half, additional concerns were raised by an FDA advisory committee and by articles in the *New York Times* and the *Journal of the American Medical Association.*

Yet sales continued to surge. Vioxx reached $2 billion in sales faster than any drug in Merck's history. At the time of its withdrawal, after the cardiovascular risks were confirmed in another major study, over 100 million Vioxx prescriptions in the United States had been filled.

We now know that many of these prescriptions were dangerous and unnecessary.

Overprescription of a dangerous drug can be a public health disaster. In the case of Vioxx, experts have estimated that as many as 140,000 Americans may have suffered unnecessary heart attacks, strokes, and other serious medical complications from the drug.

It is critical to understand what went wrong. Why did doctors write so many Vioxx prescriptions even as evidence of harm mounted?

An important issue is whether FDA reacted too slowly to evidence of Vioxx's dangers. It took FDA over two years to add a discussion of cardiovascular risks to the Vioxx label. FDA

MDL02169

took nearly three years to conduct its own epidemiological study of Vioxx's safety. And the agency never forced Merck to conduct a study specifically to address cardiovascular safety.

My conclusion is that FDA should have done more to understand the risk and protect the public. The question we all need to ask is how we can prevent this from happening in the future. Congress needs to give the agency new authorities and additional resources to ensure the safety of drugs after they are approved and marketed.

Today, we will also discuss Merck's actions. Let me start by saying that Merck deserves credit for conducting important research on Vioxx's safety, presenting this research at major medical meetings, and publishing the studies in leading medical journals.

But a company's responsibility does not end with publishing its research. What Merck said about its research findings to doctors and consumers — and what Merck failed to say — has critical importance.

One part of this equation is well known: Merck's direct-to-consumer advertisements. Merck spent over $300 million dollars on consumer advertisements for Vioxx. Probably everyone in this room saw Dorothy Hamill on television skating in circles on behalf of Vioxx.

Today, we will focus on the hidden side of pharmaceutical promotion: how Merck communicated about Vioxx to physicians.

Merck employed more than 3,000 sales representatives to promote Vioxx to doctors and hospitals. These Merck representatives were extraordinarily well trained. Our Committee has examined more than 20,000 pages of documents. These documents show that Merck trained their sales force to exploit virtually every interaction with physicians.

Merck and the drug industry say that the role of drug representatives is to educate doctors about new products and new medical research. But the documents tell a different story.

The goal was sales, not education. Merck representatives were instructed to use subtle gestures to subconsciously gain the trust of physicians. They were permitted to discuss only "approved" journal articles, defined by Merck as articles that "provide solid evidence as to why [doctors] should prescribe Merck products." And health risks were viewed as "obstacles" that the sales force was instructed to surmount.

The first evidence of Vioxx's health risks were disclosed in March 2000, when Merck published the VIGOR study. This study showed that Vioxx had five times greater cardiovascular risks than naproxen.

Doctors naturally asked Merck's representatives about the implications of Merck's study. In response, Merck gave its representatives a "Cardiovascular Card" that indicated that Vioxx was actually eight to eleven times safer than anti-inflammatory drugs like naproxen.

2

MODE102170

As we now know, this Cardiovascular Card was inaccurate and misleading. The data it cited did not support Merck's conclusions. During a staff briefing earlier this week, an FDA official said that the relevance of the studies presented in the card to the cardiovascular safety of Vioxx was "nonexistent." According to the official, it would be "ridiculous" and "scientifically inappropriate" to use the data in the way Merck did.

Eleven months after the VIGOR study, an FDA advisory committee met to consider the study's implications. The committee concluded that doctors should be advised about the risks that Merck had found.

But here's how Merck responded: the very day after the FDA advisory committee said that doctors should be informed about the VIGOR study, Merck sent a bulletin to its sales representatives that stated: "DO NOT INITIATE DISCUSSIONS ON THE FDA ADVISORY COMMITTEE … OR THE RESULTS OF THE …VIGOR STUDY."

The same thing happened in May 2001 after a *New York Times* expose highlighted the dangers of Vioxx. Merck sent a bulletin to its field representatives that stated: "DO NOT INITIATE DISCUSSIONS ON THE RESULTS OF THE … VIGOR STUDY OR ANY OF THE RECENT ARTICLES IN THE PRESS ON VIOXX."

Instead of informing doctors about the risks of Vioxx, Merck told its representatives to continue to rely on the highly questionable Cardiovascular Card. In fact, Merck gave its sales force a specific script to use with doctors when showing them the card, telling them to say to doctors that the cardiovascular mortality of Vioxx was eight times lower than other drugs.

A few months later, *JAMA* published a critical article about Vioxx's safety risks. Merck's response was to launch "Project Offense" to overcome the cardiovascular "obstacle." Its sales team was told to "quickly and effectively address all physician obstacles and return to the core messages for VIOXX."

The Merck documents are complex and the details are important, so my staff prepared a detailed briefing memo that summarizes the key documents and places them in perspective. I will make this document available to members and the witnesses.

When I step back and look for the big picture, here's what I see. Merck says the mission of its 3,000-person sales force is to educate doctors. This sales force is given extraordinary training so that it can capitalize on virtually every interaction with doctors. Yet when it comes to the one thing doctors most needed to know about Vioxx — its health risks — Merck's answer seems to be disinformation and censorship.

Merck's sales representatives were trained to sell as if lives depended upon it. But ultimately, their message may have cost lives instead.

3

MODE102171

This is not an easy hearing for me.  I have worked with Merck for decades, and I know that Merck usually has high standards for corporate conduct and has produced many life-saving drugs.

But the purpose of oversight is to ask the hard questions.  And the case of Vioxx reveals a side of pharmaceutical marketing that is rarely exposed.  It is essential for the public, medical professionals, and FDA to be aware of what happened here, so that we can prevent unnecessary injuries to patients in the future.

I thank the witnesses for coming and look forward to their testimony today.

M0DE102172