# EXHIBIT 5

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
In Re:  VIOXX                          )      MDL No. 1657
    Products Liability Litigation      )
                                       )      SECTION:  L
This Document Relates to:              )
                                       )      HON. ELDON E.
    STATE OF LOUISIANA, ex rel.        )         FALLON
    JAMES D. CALDWELL,                 )
    ATTORNEY GENERAL                   )      MAG. JUDGE
        Plaintiff                      )        KNOWLES
                                       )
    versus                             )
                                       )
    MERCK SHARP & DOHME CORP.          )
                                       )
    Cause No. 05-3700                  )
-----------------------------------------------------------
                    HIGHLY CONFIDENTIAL
                    ORAL DEPOSITION OF
                      FRAN KAISER, M.D.
                     JANUARY 29, 2010
-----------------------------------------------------------
```

ORAL DEPOSITION of FRAN KAISER, M.D., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and -numbered cause on the 29th day of January, 2010, from 9:38 a.m. to 6:27 p.m., before Therese J. Casterline, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Baker Botts, LLP, 2001 Ross Avenue, Suite 700, in the City of Dallas, County of Dallas, State of Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

| | | |
|---|---|---|
| 11:01:19 | 1 | Louisiana.  And let's start with January 11th, 2002. |
| | 2 | MR. ARBITBLIT:  Could I have that one |
| | 3 | marked? |
| | 4 | (Exhibit Number 5 marked.) |
| | 5 | Q.  Dr. Kaiser, Exhibit 5 is an e-mail dated |
| | 6 | January 18, 2002 from Allan Goldberg to a group of |
| | 7 | individuals.  And your name appears about |
| 11:02:58 | 8 | three-quarters of the way down in the cc's list.  Do |
| | 9 | you see that? |
| | 10 | A.  Yes. |
| | 11 | Q.  Is this an e-mail that you received in January |
| | 12 | 2002? |
| | 13 | A.  May I take a minute to look at it, please? |
| | 14 | Q.  Certainly. |
| | 15 | A.  I'm assuming, since I was cc'd on it, I did |
| 11:03:29 | 16 | get a copy of this. |
| | 17 | Q.  Okay.  And the subject is request for |
| | 18 | information State of Louisiana Medicaid, dated |
| | 19 | January 18, 2002. |
| | 20 | Is that -- does that refresh your memory |
| | 21 | as to approximately when the request for information |
| | 22 | came through? |
| | 23 | A.  Yes. |
| 11:04:02 | 24 | Q.  There's a reference in the e-mail to binders |
| | 25 | that would be assembled very much the same as that for |

```
 1  Oregon.
 2          Did you have any role in the production of
 3  binders for Oregon?
 4      A.  No.  That was done by medical services and
 5  went through a medical-legal review process as to what
 6  was sent.
 7      Q.  When you say, that was done, are you referring
 8  specifically to what was done in Oregon, or are you
 9  referring to --
10      A.  Any request for information went to medical
11  services.
12      Q.  Okay.  So in response to this request, did
13  Merck provide information to the State of Louisiana
14  that was prepared by medical services?
15              MR. GOLDMAN:  Objection, lacks foundation.
16      A.  I --
17              MR. GOLDMAN:  You can answer, if you know.
18      A.  I believe they did receive it.  My role was to
19  actually make sure that they did get it.
20      Q.  That was going to be my next question, is
21  whether -- did you have any role in deciding what
22  materials went into the binder that --
23      A.  None.
24              (Exhibit Number 6 marked.)
25      Q.  For completion, Doctor, Exhibit Number 6 is a
```