# EXHIBIT 6

# VIOXX® Monthly EAR Review November 2001

James Lee
Chris Posner
January 7, 2001

MRK-ABX0006045

# Presentation Outline

- Current Status of Key Grid Objectives

- Key Issues in November 2001

- Product Performance Review

- Product Attribute/Messaging Tracking

- Promotion Review

MRK-ABX0006046

# Performance Grid Objective for November 2001

| | Actual - YTD | Plan - YTD | % to Plan |
|---|---|---|---|
| Achieve gross sales of $2.884B (inflated) | $1,742.0 | $2,505.2 | 70% |
| Achieve monthly NRx exit share of 25.9% in A&A market by the end of 9/01 | 17.2% | 23.1% | 74% |
| Achieve monthly NRx share of 57.4% in Coxib class by the end of 9/01 | 50.3% | 55.4% | 91% |

| Metric | Actual - Nov | Plan - Nov | % to Plan |
|---|---|---|---|
| Achieve gross sales of $2.884B (inflated) | $109.0 | $269.5 | 40% |
| Achieve monthly NRx exit share of 25.9% in A&A market by the end of 9/01 | 16.1% | 27.9% | 58% |
| Achieve monthly NRx share of 57.4% in Coxib class by the end of 9/01 | 51.4% | 58.7% | 88% |

| Product Attributes | Actual - Nov | 9/01 Exit Plan | % to Plan |
|---|---|---|---|
| Potent analgesic effect | 100% CL | ≥ 99% CL | 100% |
| Provides effective 24-hour pain relief | 100% CL | ≥ 99% CL | 100% |
| Rapid onset of action | 100% CL | ≥ 99% CL | 100% |
| Convert 10% of High NSAID Physicians to High Coxib Physicians | 2.9%* | 10% | 29% |
| A&A Targeted for Contract Plans NRx share equal to Cash share by 10/01 | 13.7% | 16.5% | 83% |
| Consumer brand awareness of 75% | 81%** | 75% | 108% |

*Oct 2001 data
**Sept 2001 data

*All data are adjusted for mail order

MRK-ABX0006047

# Key Issues for November 2001

- **ISSUE #1: *Overall Coxib class continues to recover from the negative impact of NY Times/JAMA articles***
  - NRx &TRx shares of Coxib class continue to increase in November
  - Brand-level shares have flattened after early separation favoring Celebrex

- **ISSUE #2: *Notwithstanding the increased messaging activities, the impact of Percocet data of VIOXX® (10/3/01) and acute pain indication by Celebrex (10/22/01) is unclear***
  - No significant change in efficacy ratings
  - No significant change in share of acute market

- **ISSUE #3: *Non-GI safety concerns seem to have stabilized more among High Coxib physicians***

- **ISSUE #4: *High NSAID physicians reduced their mean ratings on GI safety of Coxibs perhaps suggesting a spill-over due to safety concerns related to CV issues or CLASS***

MRK-ABX0006048

Product Performance Review

MRK-ABX0006049

ISSUE #1

# NRx Share for Coxib Class in the A&A Market continues to increase at the expense of generic/branded NSAIDs



## NRx Share in the A&A Market -- By Class

- Total Coxib
- Total Branded NSAID
- Total Generic NSAIDs
- Ultram

% NRx Share of Total A&A Market

Source: IMS NPA

MRK-ABX0006050

ISSUE #1    NRx share for Coxib Class has been slowly climbing since September 2001

**Coxib Class Penetration in A&A Market:  Weekly NRx Share**



Source: IMS NPA Plus 7

MRK-ABX0006051

ISSUE #1
NRx shares for VIOXX® and Celebrex seem to be recovering at a similar rate; the gain seems to be coming from Ibuprofen and Naproxen



## NRx Share of the A&A Market -- By Product

Source: IMS NPA

MRK-ABX0006052



ISSUE #1

## NRx shares for VIOXX® and Celebrex increased among High NSAID physicians with Celebrex gaining a slight lead over VIOXX®

**NRx Share in the A&A Market Among High NSAID Physicians -- By Product**

Legend:
- VIOXX®
- Celebrex
- Ibuprofen
- Naproxen

Source: IMS Xponent

MRK-ABX0006053

ISSUE #1

## NRx shares for VIOXX® and Celebrex continue to rebound among High Coxib physicians with Celebrex gaining a significant lead



**NRx Share in the  A&A Market Among High Coxib Physicians -- By Product**

Source: IMS Xponent

ISSUE #1

TRx Share for Coxib Class in the A&A Market has increased slightly from October



TRx Share in the Total A&A Market -- By Class

Source: IMS NPA

MRK-ABX0006055

ISSUE #1   Net patient gains (due to switching) for Celebrex are leading gains for VIOXX®, Net patient gains for Mobic and Ultram declined in November

Net Gain (Loss) Due to Switching



Source: NDC Health

ISSUE #1

# % Switched from VIOXX® to Celebrex has increased slightly from October; % switched to Ultram and Mobic was basically stable

**Where Did The Vioxx Business Go?**

*This may imply that Celebrex's new acute pain indication is starting to help Celebrex to take additional business from VIOXX®*



% Switched From Vioxx to (brand)

# of Total Patients Switched From Vioxx

Legend: Celebrex | Naproxen | Ibuprofen | Ultram | Mobic | Total Switched Away from Vioxx

*Source: NDC Health*

MRK-ABX0006057

ISSUE #1

## Slightly more patients switched from VIOXX® to Mobic than from Celebrex to Mobic in November



### Switching to Mobic From Vioxx & Celebrex

MRK-ABX0006058

ISSUE #1    Within the Coxib class, NRx shares have stabilized regardless of physician segments.  NRx share for Celebrex increased slightly in November for both segments.



MRK-ABX0006059

Product Attribute/Messaging Tracking

MRK-ABX0006060

ISSUE #2   "Superior pain relief vs oxycodone 5mg/acetaminophen 325mg" message runs high at 47-59% for VIOXX®, Increase in "Use in acute pain" message has significantly increased by 36-39% in Nov-Dec period for Celebrex from Sept-Oct period

**Q: Which of the product features listed below were discussed by the sales representative?**

### High Coxib Physicians

| | Messaging Activity* | | | |
| --- | --- | --- | --- | --- |
| | Sept-Oct 01 | | Nov-Dec 01 | |
| | Vioxx® | Celebrex | Vioxx® | Celebrex |
| *Superior pain relief vs oxycodone 5mg/acetaminophen 325mg | 41.9% | 15.6% | 46.7% | 24.3% |
| Use in acute pain | 44.2% | 17.8% | 56.7% | 54.1% |
| Efficacy (One dose offers 24 Hr. efficacy in OA) | 27.9% | 26.7% | 26.7% | 16.2% |
| *Less destabilization of blood pressure | 25.6% | 35.6% | 10.0% | 51.4% |
| *Discontinuation rate is generally low due to edema | 27.9% | 35.6% | 30.0% | 37.8% |
| Is safe to use in the elderly | 23.3% | 20.0% | 33.3% | 37.8% |
| Does not increase the risk of myocardial infarction or stroke | 41.9% | 37.8% | 46.7% | 37.8% |
| *Excellent upper GI tolerability | 34.9% | 40.0% | 43.3% | 32.4% |

*DTW, Message Monitor Audit (PMRD)
*These are the revised product features for Nov-Dec 01 period

### High NSAID Physicians

| | Messaging Activity | | | |
| --- | --- | --- | --- | --- |
| | Sept-Oct 01 | | Nov-Dec 01 | |
| | Vioxx® | Celebrex | Vioxx® | Celebrex |
| *Superior pain relief vs oxycodone 5mg/acetaminophen 325mg | 58.5% | 3.5% | 59.2% | 12.9% |
| Use in acute pain | 65.0% | 18.3% | 55.1% | 57.1% |
| Efficacy (One dose offers 24 Hr. efficacy in OA) | 30.9% | 27.0% | 26.5% | 27.1% |
| *Less destabilization of blood pressure | 26.8% | 48.7% | - | 34.3% |
| *Discontinuation rate is generally low due to edema | 22.8% | 42.1% | 22.4% | 37.1% |
| Is safe to use in the elderly | 21.1% | 27.8% | 20.4% | 28.6% |
| Does not increase the risk of myocardial infarction or stroke | 22.0% | 28.7% | 18.4% | 12.9% |
| *Excellent upper GI tolerability | 47.2% | 53.9% | 38.8% | 44.3% |

*DTW, Message Monitor Audit (PMRD)
*These are the revised product features for Nov-Dec 01 period

Total # of details (Sept-Oct) for Celebrex-160; for VIOXX-166; (Nov-Dec) for Celebrex-107; for VIOXX-79;

MRK-ABX0006061



ISSUE #2

## Mean rating for VIOXX® on "Potent analgesic effect" attribute didn't increase versus Celebrex among High Coxib or High NSAID Physicians

Source: VSTAAT - Rolling 4 month metrics (Aug-Nov 2001)

MRK-ABX0006062

ISSUE #2

Mean rating for VIOXX® on "Effective pain relief" attribute didn't increase versus Celebrex among High Coxib or High NSAID Physicians



Source: VSTAAT - Rolling 4 month metrics (July-Oct 2001)

MRK-ABX0006063

ISSUE #2

# Acute patient share for both Coxibs was generally flat

## Acute Patient Share of the Acute Pain Market - By Product



Source: NDC

MRK-ABX0006064

**ISSUE #3**   Non-GI safety concerns seems to have stabilized more among High Coxib Physicians

## High Coxib Physicians

### PHYSICIAN ATTITUDE TOWARD VIOXX®

| Discriminating Attributes (from Derived Importance Analysis 6/01) | Degree of Differentiation (% of Physicians Differentiating Brands) | | Strength of Belief in Brand Attribute Delivery (Mean Difference in Ratings Among Physicians) | |
|---|---|---|---|---|
| | Favoring Vioxx (+), Celebrex (-) Nov-01 | Absolute Change over Sept 2001 | Favoring Vioxx (+), Celebrex (-) Nov-01 | % Change over Sept 2001 |
| Does not cause serious GI side effects such as ulcers or bleeds | 0% | | 0.00 | |
| Provides effective 24 hour pain relief | 48% | -2% | 1.57 | 3% |
| Has potent analgesic effect | 46% | -3% | 1.72 | 14% |
| Does not increase the risk of myocardial infarction or stroke | -35% | -4% | -2.74 | -1% |
| Is safe to use in the elderly | -43% | -1% | -1.62 | 3% |
| Does not cause significant increases in blood pressure | -59% | -3% | -2.90 | 14% |
| Does not cause edema | -63% | -3% | -3.18 | 2% |

*Source: VSTAAT (August-November 2001), Ziment 2001*

## High NSAID Physicians

### PHYSICIAN ATTITUDE TOWARD VIOXX®

| Discriminating Attributes (from Derived Importance Analysis 6/01) | Degree of Differentiation (% of Physicians Differentiating Brands) | | Strength of Belief in Brand Attribute Delivery (Mean Difference in Ratings Among Physicians) | |
|---|---|---|---|---|
| | Favoring Vioxx (+), Celebrex (-) Nov-01 | Absolute Change over Sept 2001 | Favoring Vioxx (+), Celebrex (-) Nov-01 | % Change over Sept 2001 |
| Does not cause serious GI side effects such as ulcers or bleeds | 0% | | 0.00 | |
| Provides effective 24 hour pain relief | 46% | 2% | 1.41 | -1% |
| Has potent analgesic effect | 38% | -3% | 1.53 | -1% |
| Does not increase the risk of myocardial infarction or stroke | -24% | 3% | -2.17 | 12% |
| Is safe to use in the elderly | -36% | 7% | -1.79 | -7% |
| Does not cause significant increases in blood pressure | -51% | -1% | -2.47 | 7% |
| Does not cause edema | -58% | 2% | -2.68 | 2% |

*Source: VSTAAT (August-November 2001), Ziment 2001*



ISSUE #3 Mean rating for VIOXX® on "Does not cause edema" attribute increased versus Celebrex among High Coxib Physicians. Among High NSAID Physicians, mean rating on edema decreased for both Coxibs

Source: VSTAAT - Rolling 4 month metrics (Aug-Nov 2001)

ISSUE #3 Mean rating for VIOXX® on "Does not cause increase in blood pressure" attribute declined versus Celebrex among High Coxib Physicians. Among High NSAID Physicians, mean ratings decreased for both Coxibs



Source: VSTAAT - Rolling 4 month metrics (Aug-Nov 2001)

MRK-ABX0006067

ISSUE #3 Mean rating for VIOXX® on "Does not increase risk of MI/stroke" attribute increased versus Celebrex among High Coxib Physicians. Among High NSAID Physicians, mean ratings decreased for both Coxibs



Source: VSTAAT - Rolling 4 month metrics (Aug-Nov 2001)

NOTE: Dashed line indicates the end of the statement "Does Not Increase the Risk of CV Events" and the beginning of the statement "Does Not Increase the Risk of Myocardial Infarction or Stroke".

ISSUE #4 Mean rating on "Does not cause serious GI side effects" attribute decreased for both Coxibs among High NSAID Physicians in the past two periods.



**High Coxib**

- Describes Vioxx®
- Describes Celebrex
- Describes Rx Naproxen
- Importance In A Pain Drug

**High NSAID**

- Describes Vioxx®
- Describes Celebrex
- Describes Rx Naproxen
- Importance In A Pain Drug

Source: VSTAAT – Rolling 4 month metrics (Aug-Nov 2001)

MRK-ABX0006069

Promotion Review

MRK-ABX0006070

VIOXX® out-detailed Celebrex in terms of contact volume and minutes by 19% and 29% respectively in October which seems to be the result of *"Project Offense"* strategy



MRK-ABX0006071

# VIOXX® out-sampled Celebrex in November by 24% despite the increased sampling activity (+8%) by Celebrex

## Share of Sampling Activity Among Targeted Physicians



**Source: IMS IPS VIOXX 2000 Target Physicians**

MRK-ABX0006072

Back Up Slides

MRK-ABX0006073



ISSUE #1

Among High NSAID physicians, NRx share gain for Coxib class seems to come mainly from generic/branded NSAIDs and Ultram

NRx Share in the A&A Market Among High NSAID Physicians -- By Class

Coxib Class — Generic NSAIDs — Branded NSAIDs — Ultram

Source: IMS Xponent

MRK-ABX0006074

ISSUE #1

Among High Coxib physicians, NRx share gain for Coxib class seems to come mainly from generic/branded NSAIDs and Ultram



NRx Share in the A&A Market Among High Coxib Physicians -- By Class

Source: IMS Xponent

ISSUE #2



## Acute Patients as a Percent of Total Market Patients

Source: NDC H-Health

MRK-ABX0006076

ISSUE #2



**Total Acute Patients in the A&A Market**

Source: NDC

MRK-ABX0006077

**2001 Performance Update**

## High Coxib Physicians:
## VIOXX Maintains Advantage on Efficacy



| ■ Vioxx® Rated Higher Than Celebrex | ■ Celebrex Rated Higher Than Vioxx® | □ Vioxx® and Celebrex Rated the Same |
|---|---|---|

**Potent Analgesic Effect**

| | Vioxx® | Celebrex | Same |
|---|---|---|---|
| DEC-MAR | 37 | 3 | 59 |
| APR-JULY | 44 | 5 | 52 |
| AUG-NOV | 46 | 6 | 49 |

**Potent Anti-Inflammatory Effect**

| | Vioxx® | Celebrex | Same |
|---|---|---|---|
| DEC-MAR | 18 | 6 | 76 |
| APR-JULY | 14 | 4 | 82 |
| AUG-NOV | 21 | 3 | 75 |

**Rapid Onset**

| | Vioxx® | Celebrex | Same |
|---|---|---|---|
| DEC-MAR | 36 | 11 | 52 |
| APR-JULY | 42 | 3 | 55 |
| AUG-NOV | 45 | 7 | 47 |

**Effective 24 Hrs**

| | Vioxx® | Celebrex | Same |
|---|---|---|---|
| DEC-MAR | 40 | 6 | 54 |
| APR-JULY | 48 | 4 | 48 |
| AUG-NOV | 48 | 5 | 47 |

Source: VSTAAT - Rolling 4 month metrics

MRK-ABX0006078

2001 Performance Update

# High NSAID Physicians:
## VIOXX Maintains Advantage on Efficacy



Source: VSTAAT - Rolling 4 month metrics



**2001 Performance Update**

## High Coxib Physicians:
## Renal Disadvantage Grows Significantly

Source: VSTAAT - Rolling 4 month metrics

MRK-ABX0006080

2001 Performance Update

# High NSAID Physicians:
## Renal Disadvantage Grows Significantly



| | Vloxx® Rated Higher Than Celebrex ■ | Celebrex Rated Higher Than Vloxx® ■ | Vloxx® and Celebrex Rated the Same □ |

**Does Not Cause Serious GI SEs**
- DEC-MAR: 10 / 9 / 82
- APR-JULY: 6 / 7 / 86
- AUG-NOV: 6 / 11 / 83

**Does Not Cause Edema**
- DEC-MAR: 12 / 36 / 52
- APR-JULY: 8 / 53 / 39
- AUG-NOV: 10 / 59 / 31

**Does Not Cause Significant Increases In BP**
- DEC-MAR: 10 / 30 / 60
- APR-JULY: 4 / 50 / 45
- AUG-NOV: 8 / 52 / 40

**Safe To Use In Elderly**
- DEC-MAR: 10 / 12 / 79
- APR-JULY: 8 / 24 / 69
- AUG-NOV: 3 / 36 / 61

**Does Not Increase Risk of CV Events (Dec-Mar)/ MI or Stroke (Apr-Nov)**
- DEC-MAR: 2 / 16 / 79
- APR-JULY: 5 / 26 / 68
- AUG-NOV: 6 / 25 / 69

Source: VSTAAT - Rolling 4 month metrics

MRK-ABX0006081

**2001 Performance Update**

Brand Rating on Risk of MI / Stroke



## Brand Ratings On "Does Not Increase The Risk Of MI Or Stroke"

**Mean Rating Among Total Respondents/Among Those Aware of VIOXX®/Celebrex**
"How well does (statement) describe brand?" 1=Does Not Describe At All and 10=Describes Very Well
$^N$ Statistically significant difference at the 95% confidence level to Naproxen.
Source: Physician Awareness and Attitude Tracker - Aug01-Nov01



TRx Volume for the A&A Market

2001 Plan = 9.6%

Forecast = 2.3%

2001 Market Growth Forecast
by Month
Jan - 9.7%
Feb - 9.2%
Mar - 8.8%
Apr - 7.9%
May - 7.2%
June - 4.9%
July - 5.6%
Aug - 6.0%
Sept - 4.2%
Oct - 4.3%
Nov - 2.3%

TRx Volume (000s)

All data adjusted for pharmacy
days and size of mail-order

Market Forecast    Market Actual    Market Plan

MRK-ABX0006083



Celebrex led VIOXX® in number of HEL events since May 2001 and conducted 6% more events than VIOXX® in November

VIOXX and Celebrex Monthly HEL Events and Share

Source: Scott-Levin, PMEA

MRK-ABX0006084

# Celebrex outspent VIOXX® for HEL events since May 2001 and surpassed VIOXX® by 18% or $1.6 million in November



VIOXX and Celebrex Monthly HEL Event Spending and Share

Source: Scott-Levin, PMEA

MRK-ABX0006085