# EXHIBIT 7

Awareness, Action & Attributes
for the A & A Franchise

T. Hayden
June 5, 2002

**P1.2008**

1

MRK-AKP0018305

# Awareness and Action

## Data from April, 2002

MRK-AKP0018306



**Total advertising awareness of VIOXX among targeted consumers increased (n.s.) from 64.8% in March to 68% in April.**
**Advertising awareness for Celebrex increased (n.s.) from 75% in March to 80.3% in April.**

Total Advertising Awareness, VIOXX® vs. Celebrex

3

MRK-AKP0018307



**Total brand awareness of VIOXX among targeted consumers decreased slightly (n.s.) from 86.2% in March to 86% in April.  Brand awareness for Celebrex increased (n.s.) from 90.5% in March to 91.3% in April.**

4

MRK-AKP0018308

**The net action rate for VIOXX decreased (n.s.) from 9.5% in March to 7.3% in April.
The net action rate for Celebrex increased (n.s.) from 10.2% in March to 11.7% in
April.**



Net Action Rate Among Targeted Consumers

Source: A&A Tracking Study (n=300)

MRK-AKP0018309



The "ask" rate of patients who are being treated for HTN is equivalent between VIOXX and CELEBREX; no significant difference.

6

MRK-AKP0018310



Patients who are being treated for HTN receive an Rx for VIOXX slightly more often than Celebrex, when they have asked for the brand.

7

MRK-AKP0018311



MRK-AKP0018312



9



The percentage of respondents who have asked their doctor to be taken off
VIOXX is significantly higher when compared to those who have asked
their doctor to take them off CELEBREX.  (CI = 90%)

10

MRK-AKP0018314

### Why did you stop taking, or ask your doctor to be taken off, brand?

- Too costly
- Doesn't work
- Didn't relieve pain
- Concerned about side effects
- Allergic/rash
- Upsets stomach
- Chest pain/heart problem/edema/internal bleeding
- Do not want Rx
- Medical condition
- OTC works just as well

11

MRK-AKP0018315

# Attributes - Key Questions

- Are there changes over time between
  - category responses on safety and efficacy attributes?
  - product attribute rankings?
- Do changes correlate with market events (NY Times article, JAMA, Warning Letter, meningitis)?

12

MRK-AKP0018316

*Attribute Buckets*



- Safety
  - Does not cause stomach problems
  - Does not have narcotic-like side effects
  - Is a brand that you trust
  - Is as safe as a sugar pill

- Efficacy
  - Relieves severe pain
  - Relieves pain quickly
  - Controls pain that keeps you from doing everyday things
  - Gives you nights without pain
  - Gives you mornings without joint stiffness
  - 24 hour relief

13

MRK-AKP0018317

Caveats...

Category Attributes are on a 5 point Scale *"How important is (statement) in a medicine for arthritis or pain?"*
Product Attributes are on a 10 point Scale *"How well does (statement) describe brand?"*

*Questions were changed as noted:*

\* No interviewing/statement removed/imagery not asked
\*\* Statement removed 4/23/01
\+ Statement added 4/23/01
^ Statement added 1/17/02
\# Statement removed 1/17/02
@ Statement modified 1/17/02

14

MRK-AKP0018318



15

MRK-AKP0018319



It is as Safe as a Sugar Pill

A difference of 0.8 between points is significant
Celebrex experienced an increase between 4/01 - 5/01

16

MRK-AKP0018320



MRK-AKP0018321



Does Not Cause Stomach Problems

MRK-AKP0018322



19



MRK-AKP0018324



MRK-AKP0018325

21



MRK-AKP0018326



MRK-AKP0018327



24

MRK-AKP0018328



MRK-AKP0018329



**It Gives You Mornings Without Joint Stiffness**

A difference of 0.8 is significant
Celebrex experienced an increase between  4/10 - 5/01
VIOXX experienced a drop between 6/01 - 7/01

26

MRK-AKP0018330

# Summary on Attributes

- **Some safety and efficacy attributes registered a significant change in the period surrounding the NY Times article 5/22/01**

- **Nearly all attributes for VIOXX dropped between June and July of 2001, but have recovered since then.**

27

MRK-AKP0018331