# EXHIBIT 9

# Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With *Rofecoxib* Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (*Ibuprofen, Diclofenac,* and *Nabumetone*)

Alise S. Reicin, MD, Deborah Shapiro, DrPH, Rhoda S. Sperling, MD, Eliav Barr, MD, and Qinfen Yu, MS

Aspirin, nonselective nonsteroidal anti-inflammatory drugs (NSAIDs), and specific cyclooxygenase-2 (COX-2) inhibitors each have distinctive effects on COX-1–mediated thromboxane biosynthesis, the major determinant of platelet aggregation. It is unclear whether these effects are associated with differences in thrombogenic risks. To compare the risk for thrombotic cardiovascular events among patients receiving rofecoxib, nonselective NSAIDs, and placebo, cardiovascular safety was assessed in 5,435 participants in 8 phase IIB/III osteoarthritis trials. The median treatment exposure was 3½ months. The primary end point assessed was the risk of any arterial or venous thrombotic cardiovascular adverse event (AE). A second analysis assessed differences in the Anti-Platelet Trialists' Collaboration (APTC) events, a cluster end point that consists of the combined incidence of (1) cardiovascular, hemorrhagic, and unknown death; (2) myocardial infarction; and (3) cerebrovascular accident. Similar rates of thrombotic cardiovascular AEs were reported with rofecoxib, placebo, and comparator nonselective NSAIDs (ibuprofen, diclofenac, or nabumetone). In trials that compared rofecoxib with NSAIDs, the incidence of thrombotic cardiovascular AEs was 1.93/100 patient-years in the rofecoxib treatment group compared with 2.27/100 patient-years in the combined nonselective NSAID group. In trials that compared rofecoxib with placebo, the incidence of thrombotic cardiovascular AEs was 2.71/100 patient-years in the rofecoxib group compared with 2.57/100 patient-years in the placebo group. Consistent with the risks of cardiovascular AEs, similar rates of APTC events were reported with rofecoxib, placebo, and comparator nonselective NSAIDs. Thus, in the rofecoxib osteoarthritis development program, there was no difference between rofecoxib, comparator nonselective NSAIDs, and placebo in the risks of cardiovascular thrombotic events.   ©2002 by Excerpta Medica, Inc.

(Am J Cardiol 2002;89:204–209)

Nonsteroidal anti-inflammatory drugs (NSAIDs) such as ibuprofen, naproxen, and diclofenac are nonselective cyclooxygenase (COX) inhibitors, i.e., they inhibit both the COX-1 and the COX-2 isoforms. In contrast, specific COX-2 inhibitors, such as rofecoxib, have been developed that have little or no effect on COX-1 over their clinical dose range.[1–3] Compared with nonselective NSAIDs, rofecoxib has been shown to provide equivalent anti-inflammatory and analgesic efficacy in osteoarthritis and other pain models[4–10] and also improved gastrointestinal (GI) safety and tolerability.[11–17] In addition, unlike nonselective NSAIDs, rofecoxib has been shown to have little or no effect on platelet aggregation or bleeding time.[18,19] Given these differential effects on platelet aggregation, we have reviewed data from the rofecoxib osteoarthritis clinical trials development program to assess the comparative cardiovascular thrombogenic risks of specific COX-2 inhibitors with that of nonselective NSAIDs.

## METHODS

*Osteoarthritis safety database:* A more complete description of the rofecoxib phase IIb/III osteoarthritis safety database has been previously reported.[13] Briefly, the database includes all patients participating in 8 double-blind, placebo, and active-comparator controlled studies of osteoarthritis. These studies were conducted from 1995 to 1998 and were the basis for regulatory approvals worldwide. Patients were followed in each study until (1) final evaluation after completion of study therapy, (2) final evaluation after early discontinuation for any reason, (3) loss to follow-up, or (4) death. Early discontinuations were based on investigator clinical judgment and patient preference. In all studies, a final patient contact and/or evaluation was scheduled for 14 days after completion or discontinuation.

From the Merck Research Laboratories; Merck & Co., Inc., Rahway, New Jersey. This work was funded by Merck Research Laboratories, Rahway, New Jersey. Manuscript received July 2, 2001; revised manuscript received and accepted August 29, 2001.

Address for reprints: Rhoda S. Sperling, MD, Merck Research Laboratories, RY 70-100, 126 East Lincoln Avenue, PO Box 2000, Rahway, New Jersey 07065. E-mail: rhoda_sperling@merck.com.

**End-point adverse experiences:** In each of the clinical trials, as per standard practice, adverse events (AEs) were closely monitored. Investigators were instructed to report all laboratory and clinical AEs occurring during treatment and within 14 days of study drug discontinuation. Any spontaneous AEs that occurred after the 14-day window, which may have been reported by investigators, were excluded from the current analysis. All AEs were based on investigator-reported diagnoses. Investigators coded AEs while blinded to study treatment using a standard automated dictionary that classified them into broader categories grouped by body system. The AEs of interest for the current analyses were the cardiovascular serious adverse experiences as coded by the standard dictionary. Specifically, the end points included in this analysis were those that may be associated with a venous or arterial thrombotic event: coronary artery disease, coronary vasospasm, myocardial infarction, sudden cardiac death, angina pectoris, unstable angina, cerebrovascular accident, transient ischemic attack, arterial occlusion, deep vein thrombosis, vascular insufficiency, and pulmonary embolus.

**End-point Anti-Platelet Trialists' Collaboration (APTC):** Additional analyses to assess thrombotic safety were performed using the combined end point defined by the APTC-combined end point.[20,21] This end point cluster consists of the combined incidence of (1) cardiovascular, hemorrhagic, and unknown death; (2) myocardial infarction; and (3) cerebrovascular accident.

**Statistical analyses:** Data were combined across all phase IIb/III osteoarthritis efficacy studies to evaluate AEs with the best possible precision. The rofecoxib group comprised combined data from all therapeutically effective rofecoxib doses: 12.5, 25, and 50 mg/day. The study designs did not lend themselves to making useful dose-related comparisons because all doses were not studied in all trials.

All analyses were based on all patients treated in the 8 trials, with prespecified exceptions as follows. Patients from the placebo and rofecoxib 5-mg groups of protocol 029 were switched by design after 6 weeks to either diclofenac, rofecoxib 12.5 mg, or rofecoxib 25 mg in a blinded extension phase. Similarly, patients from the placebo group of protocol 058 were switched after 6 weeks to nabumetone, rofecoxib 12.5 mg, or rofecoxib 25 mg in a blinded extension phase. Because rofecoxib 5 mg is considered an ineffective dose, data from patients randomized to rofecoxib 5 mg in the 6-week, placebo-controlled phase of protocol 029 were excluded from analyses, whereas data in these patients' extension phase were included. To maximize information available for analysis, some double counting of patients was allowed. For patients who were randomized to placebo (in the first 6 weeks) and then switched to an active treatment in the extension, the first 6 weeks of data contributed placebo data (i.e., patient-years exposure) for the rofecoxib with placebo comparison, whereas the extension phase data contributed data for comparison of rofecoxib with nonselective NSAIDs. No patient was counted in rofecoxib and a comparator group within a specific comparison. Patients could only have been double-counted across comparisons (i.e., vs NSAIDs or vs placebo) and not within one of those comparisons.

Cox proportional-hazard models were used to evaluate the effect of rofecoxib on nonselective NSAIDs and in separate models to evaluate the effect of rofecoxib on placebo. Because outcome data were sparse, the primary model only included the treatment group as an explanatory variable. Additional Cox models that also included protocol type as stratification variables provided quite similar estimates. Homogeneity in outcomes among protocol types was verified using Zelen's exact test[22] for each comparison (p >0.45). In preliminary analyses, the proportional-hazards assumptions were tested by including the factor treatment·log(time) in the models; nonsignificance (p >0.05) of this factor implies proportionality, i.e., constancy of treatment effect over time. The proportionality assumption was met for each comparison (p >0.40).

Summary statistics included counts of events/100 patient-years of treatment. Relative risks and associated 95% confidence intervals were computed in the total cohort and for patients with and without risk factors of interest. Estimates were obtained from Cox models with treatment group as an explanatory variable when the total number of patients with events was at least 11. When there were <11 cases, the relative risk and 95% confidence interval was based on the ratio of event rates.[23]

Kaplan-Meier survival plots were used to display the event occurrence over time data for each end point. Because Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of studies, time points after which there were <300 patients left at risk in either treatment group were truncated for graphic displays. This truncation did not affect statistical analysis, estimates of rates, or the Cox model results that account for all events and all patient time data. Note that the visual interpretation of the Kaplan-Meier plots can be overly influenced by the last time points where precision is minimal.

## RESULTS

**Patient population:** In all, 5,435 patients were included in the analysis: 711 patients were treated with placebo (of these, 197 patients were subsequently treated with either rofecoxib or a nonselective NSAID in an extension period); 3,357 patients were treated with rofecoxib (1,209, 1,603, and 545 received 12.5, 25, and 50 mg, respectively, average daily dose 24.7 mg); and 564 were treated with NSAIDs (847 received ibuprofen [800 mg 3 times daily], 590 received diclofenac [50 mg 3 times daily], and 127 received nabumetone [1,500 mg once daily]). The median time of therapy was approximately 3½ months with a maximum of 22 months. There were no clinically meaningful differences in baseline characteristics between groups (Table 1). Mean age overall was 63 years

**TABLE 1** Baseline Demographic Data for Patients Enrolled in the Rofecoxib Phase IIb/III Osteoarthritis Trials

| | Placebo (n = 711) | Rofecoxib (n = 3,357) | Nonselective NSAID Comparator (n = 1,564) |
|---|---|---|---|
| Age <65 yrs | 410 (57.7%) | 1,838 (54.8%) | 840 (53.7%) |
| Age ≥65 yrs | 301 (42.3%) | 1,519 (45.2%) | 724 (46.3%) |
| Women | 514 (72.3%) | 2,443 (72.8%) | 3,964 (72.9%) |
| Men | 197 (27.7%) | 914 (27.2%) | 1,471 (27.1%) |
| History of atherosclerotic cardiovascular disease | 87 (12.2%) | 377 (11.2%) | 181 (11.6%) |
| History of coronary artery disease | 52 (7.3%) | 231 (6.9%) | 109 (6.9%) |
| History of myocardial infarction | 19 (2.7%) | 85 (2.5%) | 42 (2.7%) |
| History of cerebrovascular disease | 17 (2.4%) | 44 (1.3%) | 23 (1.5%) |
| History of cerebrovascular accident | 9 (1.3) | 20 (0.6%) | 15 (1.0%) |
| History of peripheral arterial disease | 37 (5.2%) | 155 (4.6%) | 78 (5.0%) |
| Vascular protective aspirin therapy indicated* | 55 (7.7%) | 285 (8.5%) | 127 (8.1%) |
| Any cardiovascular risk factor | 351 (49.4%) | 1,921 (57.2%) | 916 (58.6%) |
| Systemic hypertension | 217 (30.5%) | 1,336 (39.8%) | 631 (40.3%) |
| Diabetes mellitus | 53 (7.5%) | 268 (8.0%) | 146 (9.3%) |
| Hypercholesterolemia | 110 (15.5%) | 579 (17.2%) | 285 (18.2%) |
| Current smoker | 90 (12.7%) | 377 (11.2%) | 178 (11.4%) |

*This includes patients with a past medical history of 1 of the following: cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, angina pectoris, coronary artery bypass graft surgery, or percutaneous coronary interventions.

**TABLE 2** Rofecoxib Versus Nonselective NSAIDs (summary of investigator-reported cardiovascular thrombotic events)

| End-point Term | Rofecoxib (n = 3,357) | Nonselective NSAIDS (n = 1,564) |
|---|---|---|
| Total patients with end-point term | 32 (0.95%) | 16 (1.02%) |
| Cardiac events | 0.54% | 0.77% |
| Angina pectoris | 0.06% | 0.26% |
| Coronary artery disease | 0.12% | 0.13% |
| Coronary vasospasm | 0.03% | 0.00% |
| Myocardial infarction | 0.27% | 0.26% |
| Sudden cardiac death | 0.00% | 0.13% |
| Unstable angina | 0.06% | 0.00% |
| Cerebrovascular events | 0.27% | 0.19% |
| Cerebrovascular accident | 0.18% | 0.19% |
| Transient ischemic attack | 0.09% | 0.00% |
| Other events | 0.15% | 0.06% |
| Arterial occlusion | 0.03% | 0.00% |
| Deep venous thrombosis | 0.12% | 0.00% |
| Vascular insufficiency | 0.00% | 0.06% |

(range 38 to 94); 45% were aged ≥65 years and 73% were women. Most patients (90%) had previously taken NSAIDs for osteoarthritis. Approximately 11% had a prior history of atherosclerotic cardiovascular disease and 57% reported ≥1 cardiovascular risk factor. The most common risk factor was hypertension.

**Risk for cardiovascular thrombotic events:** A summary of the reported thrombotic cardiovascular AEs from the osteoarthritis phase IIb/III clinical trials program is presented in Table 2 (comparison between rofecoxib and comparator NSAIDs) and Table 3 (comparison between rofecoxib and placebo). The incidence of reported thrombotic cardiovascular AEs (Table 4) and the time to event occurrence (Figure 1) was similar between the rofecoxib and nonselective NSAID comparator treatment groups. The incidence of thrombotic cardiovascular AEs was 1.93/100 patient-years in the rofecoxib treatment group compared with 2.27/100 patient-years in the combined nonselective NSAID group (Table 4). The relative risk (95% confidence interval) for combined nonselective NSAID compared with rofecoxib was 1.15 (95% confidence interval 0.63 to 2.09). In trials that compared rofecoxib with placebo (Table 4), the incidence of thrombotic cardiovascular AEs was 2.71/100 patient-years in the rofecoxib group compared with 2.57/100 patient-years in the placebo group. The relative risk for placebo compared with rofecoxib was 0.94 (95% confidence interval 0.31 to 2.92).

**Subgroup analysis:** All patients who were receiving aspirin and other antiplatelet therapies were excluded from participation in these osteoarthritis trials. Despite this exclusion criteria, some patients who met accepted clinical criteria for aspirin prophylaxis[24–28] but were not receiving therapy were enrolled in the various osteoarthritis trials. A subgroup analysis of the rates of thrombotic cardiovascular AEs by treatment group in patients with a history of symptomatic atherosclerotic cardiovascular disease who met conventional criteria for vascular-protective aspirin therapy[24,28] is therefore presented in Table 4. As expected, the incidence of thrombotic cardiovascular AEs was higher in this small population of patients. Although these patients accounted for only 8.2% of the study population, they experienced 30% of all thrombotic cardiovascular events. However, the rates of thrombotic events within each subgroup (i.e., comparing only those with a cardiovascular history or only those without a history of symptomatic cardiovascular disease) were generally similar between treatment groups.

Although the number of patients in each rofecoxib dose group were small, a comparison of the rates of thrombotic cardiovascular AEs among the different rofecoxib doses showed no evidence of a dose-related increase in cardiovascular events (data not shown).

**APTC combined end point:** The incidence of APTC end points was similar between the rofecoxib and nonselective NSAID comparator treatment groups (Table 5). The incidence of APTC end points was 0.96/100 patient-years in the rofecoxib treatment group compared with 1.42/100 patient-years in the combined nonselective NSAID group (Table 5). In trials that compared rofecoxib with placebo, the incidence of APTC end points was 1.36/100 patient-years in the rofecoxib group compared with 1.93/100 patient-years in the placebo group (Table 5).

**TABLE 3** Rofecoxib Versus Placebo* (summary of investigator-reported cardiovascular thrombotic events)

| End-point Term | Rofecoxib (n = 2,253) | Placebo (n = 711) |
|---|---|---|
| Total patients with end-point term | 14 (0.62%) | 4 (0.56%) |
| Cardiac events | 0.31% | 0.42% |
|   Coronary artery disease | 0.09% | 0.00% |
|   Myocardial infarction | 0.13% | 0.28% |
|   Unstable angina | 0.09% | 0.14% |
| Cerebrovascular events | 0.27% | 0.14% |
|   Cerebrovascular accident | 0.18% | 0.14% |
|   Transient ischemic attack | 0.09% | 0.00% |
| Other events | 0.04% | 0.00% |
|   Deep venous thrombosis | 0.04% | 0.00% |

*Includes only studies with a placebo.
Note: Patients may be counted in >1 row, but are only counted once within a row.

**TABLE 4** Incidence and Relative Risk of Investigator-Reported Cardiovascular Thrombotic Events

| Treatment | No. | Patients With Events | Patient-Yrs* | Rates[†] | Relative Risk[‡] Estimate | 95% CI |
|---|---|---|---|---|---|---|
| *A. Comparison of Rofecoxib With Nonselective NSAIDS* | | | | | | |
| Overall population | | | | | | |
|   Rofecoxib | 3,357 | 32 | 1,657 | 1.93 | 1.15 | (0.63, 2.09) |
|   Nonselective NSAID | 1,564 | 16 | 706 | 2.27 | | |
| Subgroup Analysis Based on History of Symptomatic Atherosclerotic Cardiovascular Disease[§] | | | | | | |
| Aspirin indicated | | | | | | |
|   Rofecoxib | 285 | 10 | 121 | 8.27 | 1.45 | (0.53, 4.00) |
|   Nonselective NSAID | 127 | 6 | 48 | 12.47 | | |
| Aspirin not indicated | | | | | | |
|   Rofecoxib | 3,072 | 22 | 1,536 | 1.43 | 1.04 | (0.49, 2.21) |
|   Nonselective NSAID | 1,437 | 10 | 658 | 1.52 | | |
| *B. Comparison of Rofecoxib With Placebo* | | | | | | |
| Overall population | | | | | | |
|   Rofecoxib | 2,253 | 14 | 516 | 2.71 | 0.94 | (0.31, 2.92) |
|   Placebo | 711 | 4 | 156 | 2.57 | | |
| Subgroup Analysis Based on History of Symptomatic Atherosclerotic Cardiovascular Disease[§] | | | | | | |
| Aspirin indicated | | | | | | |
|   Rofecoxib | 190 | 3 | 38 | 7.99 | 1.24 | (0.02, 15.47) |
|   Placebo | 55 | 1 | 10 | 9.92 | | |
| Aspirin not indicated | | | | | | |
|   Rofecoxib | 2,063 | 11 | 478 | 2.3 | 0.89 | (0.24, 3.26) |
|   Placebo | 656 | 3 | 146 | 2.06 | | |

*Patient-years at risk.
[†]Per 100 patient-years.
[‡]Relative risk of comparator (nonselective NSAID or placebo) with respect to rofecoxib.
[§]The "Aspirin indicated" cohort represents patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention.
CI = confidence interval.

vein thrombosis, and peripheral thrombosis) were reported with rofecoxib, placebo, and comparator nonselective NSAIDs (ibuprofen, diclofenac, or nabumetone). In trials that compared rofecoxib with NSAIDs, the incidence of thrombotic cardiovascular AEs was 1.93/100 patient-years in the rofecoxib treatment group compared with 2.27/100 patient-years in the combined nonselective NSAID group. In trials that compared rofecoxib with placebo, the incidence of thrombotic cardiovascular AEs was 2.71/100 patient-years in the rofecoxib group compared with 2.57/100 patient-years in the placebo group.

A second analysis assessed differences in cardiovascular thrombotic risks using the APTC combined end point.[20,21] This end point, first used by the antiplatelet collaboration to demonstrate the beneficial effects of aspirin in patients with atherosclerotic cardiovascular disease, was chosen because it is a common and widely accepted method to quantify the overall cardiovascular impact of antithrombotic compounds in cardiovascular clinical trials. This end-point cluster summarizes the morbid and fatal cardiovascular sequelae of atherosclerosis as well as the fatal hemorrhagic sequelae that may accompany therapy with antiplatelet agents. Consistent with what was seen when comparing thrombotic cardiovascular AEs, similar rates of APTC events were reported with rofecoxib, placebo, and comparator nonselective NSAIDs.

The risk of sustaining a thrombotic cardiovascular adverse event was higher in the small population of patients, with an indication to use aspirin as secondary prophylaxis. However, the relative risk of thrombotic cardiovascular AEs within this group was similar when comparing patients who received rofecoxib with those who received placebo or nonselective NSAIDs. These analyses should be interpreted with caution, because the numbers of events and patient-years of follow-up were small, and, with the exception of 1 study (in 325 patients ≥80 years of age), aspirin was not allowed in these trials.

Because the studies comprising the rofecoxib clinical program were not designed as cardiovascular outcome studies, the study protocols did not provide specific definitions for each type of cardiovascular thrombotic event. Study investigators, most of whom were not cardiologists, assigned diagnoses to such events based on their synthesis of the available clinical data, their clinical train-

## DISCUSSION

In the rofecoxib phase IIb/III osteoarthritis clinical trials program, similar rates of thrombotic cardiovascular AEs (myocardial infarction, cerebrovascular accident, transient ischemic attack, angina pectoris, deep



**FIGURE 1.** Investigator-reported thrombotic cardiovascular adverse experiences in the phase IIb/III clinical program for rofecoxib in osteoarthritis time-to-event plot.

**TABLE 5** Incidence and Relative Risk of Cardiovascular Thrombotic Events by APTC End Point

| Treatment | No. | Patients With Events | Patient-Yrs* | Rates† | Relative Risk‡ Estimate | 95% CI |
|---|---|---|---|---|---|---|
| Rofecoxib Versus Nonselective NSAIDs | | | | | | |
| Rofecoxib | 3,357 | 16 | 1,659 | 0.96 | 1.44 | (0.65, 3.17) |
| Nonselective NSAIDs | 1,564 | 10 | 706 | 1.42 | | |
| Rofecoxib Versus Placebo | | | | | | |
| Rofecoxib | 2,253 | 7 | 516 | 1.36 | 1.42 | (0.24, 6.22) |
| Placebo | 711 | 3 | 156 | 1.93 | | |

*Patient-years at risk.
†Per 100 patient-years.
‡Relative risk of comparator (nonselective NSAID or placebo) with respect to rofecoxib.
Abbreviation as in Table 4.

ing and experience, and various site, regional, or national definitions and guidelines. This method has the potential to lead to heterogeneity and inaccuracies in the investigators' assignment of appropriate diagnoses to cardiovascular events. However, in other studies in which cardiovascular events were reviewed and adjudicated by a panel of experts, there was generally consistent agreement between the investigator and the expert assessments. It is doubtful that these methodologic problems could introduce a selective bias; therefore, conclusions about the comparative risks between treatment groups remain valid.

To date, only 1 rofecoxib trial (VIOXX Gastrointestinal Outcomes Research [VIGOR] study) has found a difference between rofecoxib and a comparator NSAID in the risk of thrombotic events.[17] In VIGOR, patients with rheumatoid arthritis taking rofecoxib 50 mg/day were compared with patients taking naproxen 500 mg twice daily; the protocol prohibited the use of aspirin or other antiplatelet and anticoagulant medications. Rofecoxib was associated with a significantly reduced risk of clinical upper GI events (54% reduction), complicated upper GI events (57% reduction), and GI bleeds (62% reduction). VIGOR was not designed as a cardiovascular outcome study; however, in this study naproxen was associated with a 58% lower risk for the development of thrombotic cardiovascular serious adverse experiences. Although the magnitude of these findings was unexpected, it has been recognized that naproxen, dosed twice daily, has antiplatelet effects similar to those reported for aspirin (i.e., near-maximal inhibition of platelet aggregation sustained throughout its dosing interval[18,26]). Thus, it could have been anticipated that naproxen therapy might have been associated with a significant reduction in cardiovascular thrombotic events. In fact, 2 other NSAIDs, flurbiprofen and indobufen (approved for use outside the United States), both potent inhibitors of platelet-derived thromboxane, also have been shown to be cardioprotective.[27,28] Flurbiprofen produced a 70% reduction in the rate of reinfarction compared with placebo among patients in whom an acute myocardial infarction was successfully treated with thrombolysis, angioplasty, or both.[27] In ex vivo studies, indobufen has been associated with approximately 90% inhibition of platelet thromboxane throughout its dosing interval.[28] Clinical trials have demonstrated the efficacy of oral indobufen in the secondary prevention of thromboembolic complications in patients with atrial fibrillation, in the prevention of graft occlusion after coronary artery bypass graft surgery, and in the treatment of intermittent claudication.[28] In contrast, the NSAID comparators used in the rofecoxib osteoarthritis phase IIb/III clinical trials program (ibuprofen, diclofenac, and nabumetone) all have less pronounced and less sustained antiplatelet effects than naproxen.[18] Cardioprotective benefits would not be expected with these NSAIDs.

In summary, an analysis from the rofecoxib osteoarthritis development program found no difference between rofecoxib, comparator nonselective NSAIDs, and placebo in the risks of cardiovascular thrombotic events.

**Acknowledgment:** We thank Michael Lee for his data analysis support, and Rory Collins for his critical review of the manuscript.

1. Brooks P, Emery P, Evans JF, Fenner H, Hawkey CJ, Patrono C, Smolen J, Breedveld F, Day R, Dougados M, et al. Interpreting the clinical significance of the differential inhibition of cyclooxygenase-1 and cyclo-oxygenase-2. *Rheumatology* 1999;39:779–788.
2. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. *Clin Pharmacol Ther* 1999;65:336–347.
3. Depre M, Ehrich E, Van Hecken A, De Lepeleire I, Dallob A, Wong P, Porras A, Gertz BJ, De Schepper PJ. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. *Eur J Clin Pharmacol* 2000;56:167–174.
4. Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B.

Analgesic efficacy of the cyclooxygenase-2 specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. *Clin Ther* 1999;21:943–953.

5. Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea. A randomized controlled trial. *Obstet Gynecol* 1999;94:504–508.

6. Reicin A, Brown J, Jove M, deAndrade JR, Bourne M, Krupa D, Walters D, Seidenberg B. Efficacy of single dose and multiple dose rofecoxib in the treatment of post-orthopedic surgery pain. *Am J Orthop* 2001;30:40–48.

7. Schnitzer TJ, Truitt K, Fleischmann R, Dalgin P, Block J, Zeng Q, Bolognese J, Seidenberg B, Ehrich EW. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. *Clin Ther* 1999;21:1688–1672.

8. Cannon GW, Caldwell JR, Holt P, McLean B, Seidenberg B, Bolognese J, Ehrich E, Mukhopadhyay S, Daniels B. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. *Arthritis Rheum* 2000;43:978–987.

9. Day R, Morrison B, Luza A, Castaneda O, Strusberg A, Nahir M, Helgetveit KB, Kress B, Daniels B, Bolognese J, et al. A randomized trial of the efficacy and tolerability of rofecoxib, a COX-2 inhibitor, versus ibuprofen in patients with osteoarthritis. *Arch Intern Med* 2000;160:1781–1787.

10. Saag K, van der Heijde D, Fisher C, Samara A, DeTora L, Bolognese J, Sperling R, Daniels B. Rofecoxib, a new cyclooxygenase-2 inhibitor shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. *Arch Fam Med* 2000;9:1124–1134.

11. Lanza FL, Rack MF, Simon TJ, Quan H, Bolognese JA, Hoover ME, Wilson FR, Harper SE. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. *Aliment Pharmacol Ther* 1999;13:761–767.

12. Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H, Stern S, Quan H, Bolognese J. A randomized trial comparing the effect of rofecoxib, a COX-2 specific inhibitor, to ibuprofen on the gastroduodenal mucosa of osteoarthritis patients. *Gastroenterology* 1999;117:776–783.

13. Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. *JAMA* 1999;282:1929–1933.

14. Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E, Shahane A, Quan H, Bolognese J, Mortensen E. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. A Randomized, Controlled, Double-Blind, Placebo-Controlled Trial. *Arthritis Rheum* 2000;43:370–377.

15. Sigthorsson G, Crane R, Simon T, Hoover M, Quan H, Bolognese J, Bjarnason I. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double-blind. *GUT* 2000;47:527–532.

16. Hunt RH, Bowen B, Mortensen ER, Simon TJ, James C, Cagliola A, Quan H, Bolognese JA. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. *Am J Med* 2000;109:201–206.

17. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N Engl J Med* 2000;343:1520–1528.

18. Van Hecken A, Schwartz JI, Depre M, De Lepeleire I, Dallob A, Tanaka W, Wynants K, Buntinx A, Arnout J, Wong PH, et al. Comparative inhibitory activity of rofecoxib, meloxicam, diclofenac, ibuprofen and naproxen on COX-2 versus COX-1 in healthy volunteers. *J Clin Pharmacol* 2000;40:1109–1120.

19. Greenberg HE, Gottesdiener K, Huntington M, Wong P, Parson P, Wildonger L, Gillen L, Dorval E, Waldman SA. A new cyclo-oxygenase inhibitor, rofecoxib (VIOXX) did not alter the antiplatelet effects of low-dose aspirin in healthy volunteers. *J Clin Pharmacol* 2000;40:1509–1515.

20. Antiplatelet Trialists' Collaboration. Secondary prevention of vascular disease by prolonged antiplatelet treatment. *Br Med J* 1998;296:320–331.

21. Antiplatelet Trialists' Collaboration. Collaborative overview of randomized trials of antiplatelet therapy. I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. *Br Med J* 1994;308:81–106.

22. Zelen M. The analysis of several $2\times2$ contingency tables. *Biometrika* 1971;58:129–137.

23. Guess HA, Thomas JE. A rapidly converging algorithm for exact binomial confidence intervals about the relative risk in follow-up studies with stratified incidence-density data. *Epidemiology* 1990;1:75–77.

24. European Society of Cardiology, European Atherosclerosis Society, European Society of Hypertension, International Society of Behavioural Medicine, European Society of General Practice/Family Medicine, European Heart Network. Prevention of coronary heart disease in clinical practice: recommendations of the Second Joint Task Force of European and other Societies on Coronary Prevention. *Eur Heart J* 1998;19:1434–1503.

25. British Cardiac Society, British Hyperlipidaemia Association, British Hypertension Society, endorsed by the British Diabetic Association. Joint British recommendations on prevention of coronary heart disease in clinical practice. *Heart* 1998;80(suppl 2):S1–S29.

26. Shah AA, Thjodleifsson B, Murray FE, Kay E, Barry M, Sigthorsson G, Gudjonsson H, Oddsson E, Price AB, Fitzgerald DJ, Bjarnason L. Selective inhibition of COX-2 in humans is associated with less gastrointestinal injury: a comparison of nimesulide and naproxen. *GUT* 2001;48:339–346.

27. Brochier ML. Evaluation of flubiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. *Eur Heart J* 1993;14:951–957.

28. Bhana N, McClellan K. Indobufen. An updated review of its use in the management of atherothrombosis. *Drugs Aging* 2001;18:369–388.