

# Memo

**TO:** Tommie Friday
Mike Haynes
Ranita Howard
Stan Joseph
Mike McClintock
Greg Planchard
Chris Prokop
Robert Rodriquez
Dale Wilson
Golden Zenon

**FROM:** Warren J. Lambert

**DATE:** January 24, 2002

**SUBJECT:** *Louisiana Medicaid – Action Required*

---

A teleconference was held yesterday with the Government Affairs, Medical Services, and Managed Care teams to address the most recent request from the state's P&T Committee. As a form of background, Senator Hood has committed to the state legislature to offer significant savings to the state's Medicaid budget through a "pharmacopoeia" or formulary that favors less expensive therapeutic alternatives or supplemental rebates from pharmaceutical manufacturers. Merck did not respond to their initial request for clinical data and pricing in the first round that included H2's, proton pump inhibitors, SSRI's, and non-sedating antihistamines.

<u>The Second Request is Critical</u>

The State of Louisiana Department of Health and Hospitals has requested clinical information for ACE-inhibitors, leukotriene receptor antagonists, non-steroidals including COX-II's, and HMG's. They have also signaled that the third request will include angiotensin receptor blockers. The process now is Merck provides clinical data on products in the aforementioned categories and the P&T Committee will decide which drugs make the preferred list. They then have the option to determine which drugs will be reimbursed based on current price, a differential price, or supplemental rebates.

### What's Being Done?

A team at headquarters has been formed to address state requests as they are becoming more common. The team is creating a clinical, medically, legally approved package for the state of Louisiana. The front line team of Holly Jacques (Government Affairs), Mary Ogle (Managed Care), and Fran Kaiser (Regional Medical Director) are working with the College of Pharmacy and the legislature to provide information that has been requested and to position Merck favorably. They will meet again with key decision-makers to learn more and to educate on Merck products with policy.

### What Can We Do?

There is a formulary meeting in March where decisions will be made on which products are preferred on the "pharmacopoeia". The office-based team should contact each P&T Committee member to make sure that they are fully aware of the benefits and features of those products up for review. Collectively, all efforts will lead to success. The team in Upper Gwynedd has created an outstanding clinical package. Holly, Mary, and Fran have already informed and guided key decision-makers in the proper direction. Let's do our part to insure that the P&T members know why our products are the right choice for appropriate patients.

I will keep you posted on the progress! Keep in mind the business implications are tremendous, and success in this segment will have positive spillover into other areas. Thanks in advance for your support!

W. J. L.

/kla

AUTO-FILE REDACTED

cc:   D. Hofmann
      F. Kaiser
      M. Kelly
      T. Lee
      B. Lesser
      H. Morales
      D. Schwarz

Confidential - Subject to Protective Order                                   MRK-EBES0031270

To: Ogle, Mary E <mary_ogle@merck.com>
From: Jacques, Holly D.
</O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JACQUE>
Cc: Lambert, Warren J. <warren_lambert@merck.com>; Lee, Terri J. <terri_lee@merck.com>; Fevurly, John Earl <john_fevurly@merck.com>; Kelly, Michael J (SR. DIR/MC) <michael_kelly2@merck.com>
Bcc:
Received Date: 2003-04-03 22:40:30
Subject: LA MEDICAID PHARMACEUTICAL & THERAPEUTICS COMMITTEE

Mary:
Here is the list of members of the LA P&T Committee. In preparation for the upcoming meeting on May 21st, it would be helpful to have our representatives touch base with the members of the Committee to ensure that they have the latest and greatest information on the following products up for review:
OP – Redacted
other product
Vioxx

The representatives do not need to touch base with the following members of the P&T Committee:
Marty McKay - Pharmacists
Joe Adams - Pharmacists
David Hood - Secretary of the Dept. of Health and Hospitals
Ben Bearden - Medicaid Director
Rodney Alexander - U.S. Representative
Dr. Phil Medon - Professor of Pharmacology at the University of Louisiana at Monroe

Please let me know if you have any questions.

Thanks.

Holly Jacques
Senior Manager, State Government Affairs
Merck & Co., Inc.
5008 Shoal Creek Blvd.
Austin, Texas 78756
(512)451-0013 office
(512)451-0997 fax
PRIVACY – cell


Attachments:

LA PT Committee Members.doc

Confidential - Subject To Protective Order

MRK-AGLAAD0010034

| | |
|---|---|
| To: | Dervishian, Marc A. </o=Merck/ou=NorthAmerica/cn=Recipients/cn=dervishm> |
| From: | Ogle, Mary E </o=Merck/ou=NorthAmerica/cn=Recipients/cn=oglemary> |
| Cc: | Kelly, Michael J (SR. DIR/MC) </o=Merck/ou=NorthAmerica/cn=Recipients/cn=kellymic> |
| Bcc: | |
| Received Date: | 2003-05-28 17:19:00 |
| Subject: | Push through-pull through tactical plans for LA Medicaid |

Hi Marc,

Above are two examples of the tactical plans that the office based and specialty teams have successfully implemented in LA in an effort to push and pull through Merck business in response to the Medicaid PDL.

These plans were developed in collaboration with the managed care, office and specialty sales teams and are used as templates for each therapeutic area. I conduct monthly teleconferences with each of the product teams to ensure that the plans make sense and are successfully implemented.

The first attachment is the tactical plan for the specialty team and the second is the OBR tactical plan.

As you will see, the OBR base plan is more detailed.
The template contains:
Targeted Medicaid Physicians
Call frequency
Resource utilization
Tracking form
FAQ's to provide the OBRs with the necessary background information

The OBRs have worked very closely with their specialty sales counterparts to ensure that the Targets Medicaid MCI's are motivated to action.

In addition to working with the OBRs, I also work very closely with the Gov. Affairs and the SC Region Medical Director to regularly call on the chief of P&T and Pharmacy Director. Our goal is to ensure that they fully understand the value that our product portfolio provides to the appropriate patient population vs. the competition.

I hope this is helpful and please feel free to call me if you have any questions.

Mary
mvx# 60713
(682)-831-1529

---

Attachments:

LA Medicaid Tactical Plan.xls
Louisiana Medicaid - SINGULAIR Tactical Plan 4-8-03.doc

## Louisiana Medicaid Tactical Plan

### SALES REPRESENTATIVES

| TARGET SEGMENT | ACTION REQUIRED | TIMING |
|---|---|---|
| Medicaid Physicians | Include specialty and hospital representatives/counterparts. | Ongoing |
| Medicaid Physicians | Must target the right physicians and close on every call. | Ongoing |
| Medicaid Physicians | Identify high Medicaid writers - use MERLIN and P3 data | Completed |
| Medicaid Physicians | Use A&A TRx volume as a benchmark- those who write 100 scripts or more. | Ongoing |
| Medicaid Physicians | Call on at least 2 times per week until PDL review. | Ongoing |
| Medicaid Physicians | Conduct a minimum of 2 RFMs (snack RFMs preferably - i.e., mid-afternoon breaks, breakfast foods) with the physicians and the office staff from now through the end of May. | Q1/Q2 2003 |
| Medicaid Physicians | Call on P&T members whether they are '03 targets or not. | Ongoing |
| Medicaid Physicians | Increase level of samples to Hi Medicaid Physicians (patients should have at least a two week supply). | Ongoing |
| Medicaid Physicians | Ask for new patient starts (gain NRx). | Ongoing |
|  | Utilize the Blitz Tracking spreadsheet for tracking purposes (calls, RFMs, etc.) located under Blitz Tracking tab. | (OBRs only) |

### BUSINESS MANAGERS

| TARGET SEGMENT | ACTION REQUIRED | TIMING |
|---|---|---|
|  | Cluster level overview of the Medicaid business. | Completed |
|  | Reinforce behind-the-scenes support of upper management. | Ongoing |
| Sales Representatives | Medicaid initiative has a direct impact on the future of Merck. | Ongoing |
|  | Propensity to change the focus of the company AND future state of Merck dealings. | Ongoing |

| | |
|---|---|
| To: | Fevurly, John Earl </o=Merck/ou=NorthAmerica/cn=Recipients/cn=fevurlyj>; Jacques, Holly D. </o=Merck/ou=NorthAmerica/cn=Recipients/cn=Jacque> |
| From: | Ogle, Mary E </o=Merck/ou=NorthAmerica/cn=Recipients/cn=oglemary> |
| Cc: | Kelly, Michael J (SR. DIR/MC) </o=Merck/ou=NorthAmerica/cn=Recipients/cn=kellymic>; Wissman, Tim L </o=Merck/ou=NorthAmerica/cn=Recipients/cn=wissmant> |
| Bcc: | |
| Received Date: | 2003-07-24 20:28:00 |
| Subject: | Updated LA Medicaid Tactical Plan for your review |

John and Holly,

Attached is an updated tactical plan for the LA Medicaid market. This is intended to be used for all Merck products to encourage:
(1) Strong Pull Though for Merck Products on the Medicaid PDL
(2) OP – Redacted – other product
(3) Enhanced Advocate relationships with P&T members.

I hope to have captured all that we had recently discussed. I look forward to your edits. We then can present this as a team to Warren for his approval.

Thanks in advance,
Mary

---

Attachments:

Medicaid Pull-Push Through Tact Plan7-24-03.doc

Confidential - Subject To Protective Order

## Medicaid Pull/Push Through Tactical Plan 2003 - Louisiana

OHC Specialty Representation and Hospital Sales Representatives not Managers included in Plan

**Objectives:**
- To continue to enhance and foster long term relationships with the members of the Louisiana Medicaid P&T
- To grow share among Medicaid Physicians based on addition of 2nd tier status on PDL for: VIOXX, ZOCOR, MAXALT, FOSAMAX, SINGULAIR, PROSCAR, TIMPOTIC, COSOPT

### Communication

| Tactics/Actions | Timing | Responsibility | Measurement |
|---|---|---|---|
| Conduct teleconference with managers and point representatives - review tactical plan pull/push through – targeting, messaging, and potential obstacles | Monthly | Point BM, NAE | Completion |

### Analysis/Targeting

| Tactics/Actions | Timing | Responsibility | Measurement |
|---|---|---|---|
| Coordinate with cross functional team to fully leverage tactical plan | ASAP | OBR, MSP, Hosp, BM & HSA | WAR's & Field Visits |
| Identify Top Medicaid physicians, utilizing P3 tool, who make up 80 % of the Medicaid NRx volume in each respective therapeutic class. Ensure VIOXX and ZOCOR targets who are not already in the weekly routing for are added to the weekly routings for the next two months. | ASAP | OBR, MSP, Hosp | Field Visits |

### Messaging

| Pull/Push Tactics/Actions | Timing | Responsibility | Measurement |
|---|---|---|---|
| Deliver weekly Medicaid PDL access discussions for all Merck products to high volume Medicaid prescribers -- Leverage why the product was added to formulary -- [Redacted - other product] | ASAP | OBR, MSP, Hosp | Field Visits, Sh & Ch Report & Merlin View # 8 |
| Deliver weekly product discussions to high volume Medicaid pharmacy's which communicate the product value and PDL position. Ensure Medicaid message is delivered as a part of every Merck product discussion to every physician over the course of the next two months to fully leverage positive | ASAP | OBR, MSP, Hosp | Field Visits |

Medicaid Pull/Push Through Tactical Plan 2003 - Louisiana

| | spillover opportunities. | | | |
|---|---|---|---|---|
| | Tactics/Actions | Timing | Responsibility | Measurement |
| Govt. Affairs | • Work with the NAE and medical director to generate a letter on line for the field to use with high Medicaid physicians | • ASAP | • Govt. Affair Manage | • TBD |
| | • Work with the NAE and field to train OBR's, specialty representatives and managers on effective communication and messaging with targeted P&T members prior to and immediately following P&T Meetings | • ASAP | • Govt. Affair Manager, NAE and Pt. BM | • Roll Play Certification |
| | • Conduct along with NAE and RMD, quarterly dinner meetings with P&T chair | • Ongoing | • Govt. Affairs Manag. NAE | • Completion |
| NAE | • Seek approval for promotional items – formulary stickers, shelf shouters, and use of PDL | • Ongoing | • NAE | • Completion |
| | • Create Bulletin's to field when and where appropriate to communicate key issues, product access, messaging and available resources | • Ongoing | • NAE | • Completion |
| Pt. BM(s) | • Develop and execute an advocate development tactical plan for the two pharmacists that sit on the Medicaid P&T | • ASAP/Ongoing | • SBR, Pt. BM (s) | • TBD by SBD |

Confidential - Subject To Protective Order

MRK-AGLAAD0020752