UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF DONALD C. ARBITBLIT
IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
MOTION TO EXCLUDE TESTIMONY OF NEIL JULIE, M.D.**

I, Donald C. Arbitblit, hereby declare as follows:

1.  I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA  94111.  Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the report of expert Neil L. Julie, M.D.

3. Attached hereto as Exhibit 2 are excerpts from the deposition of David J. Sales, M.D., January 26, 2010, pp. 35:4-37:6, 38:7–41:24, 44:1-48:16, 55:2–21, 82:8-96:10, and 87:23–92.

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.*, entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," published in *The New England Journal of Medicine*, November 23, 2000.

5. Attached hereto as Exhibit 4 is a true and correct copy of the VIGOR "Statistical Data Analysis Plan," dated January 9, 2004.

6. Attached hereto as Exhibit 5 are excerpts from the deposition Neil L. Julie, M.D., M.D., January 13, 2010, pp 123:10-17, 124:6-7, 127:13-18, 128:6-21, 129:13-130:4, 135:22-24, 136:9-11, 139:19-140:3.

7. Attached hereto as Exhibit 6 are excerpts of the hearing transcript in Vioxx Product Liability Litigation, MDL No. 1657, July 6, 2006, pp. 82:22-83:2.

8. Attached hereto as Exhibit 7 is a true and correct copy of the response of expert Neil L. Julie, M.D.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on February 26, 2010, at San Francisco, California.

DONALD C. ARBITBLIT