# Exhibit 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                          )
Products Liability Litigation          )
                                       )
This Document Relates to:              )
                                       )
     STATE OF LOUISIANA, ex rel.       )
     JAMES D. CALDWELL,                )
     ATTORNEY GENERAL                  )
                                       )
                    Plaintiff,         )
                                       )
     vs.                               )
                                       )
     MERCK SHARP & DOHME CORP.,        )
                                       )
                    Defendant.         )

STATE OF ILLINOIS     )
                      )  SS.
COUNTY OF COOK        )

          The deposition of DAVID J. SALES, M.D.,

called by the Plaintiffs for examination, taken

pursuant to notice and pursuant to the Federal Rules

of Civil Procedure for the United States District

Courts pertaining to the taking of depositions, taken

before Kelly A. Siska, Certified Shorthand Reporter

and Notary Public, at One North Franklin Street,

Suite 625, Chicago, Illinois, commencing at 9:30 a.m.

on the 26th day of January, A.D., 2010.

1      Q.    And did you find anything referring to

2  that?

3      A.    No, I did not.

4      Q.    Doctor, when the issue arose about the

5  steroid versus nonsteroid subgroups after you reviewed

6  that Dr. Graham and Julie reports, did you ask Merck's

7  counsel for documents on that subject?

8      A.    I asked for the numbers.  Yes, I did.

9      Q.    And the document marked as Exhibit 6 with

10  the confirmed PUBs tables and the last one being the

11  confirmed complicated PUBs for study location

12  interaction, is that something that you've received in

13  response to your inquiry after the plaintiff's reports

14  were provided to you?

15      A.    Yes.

16      Q.    Did you have a discussion with Merck's

17  counsel about whether the analysis for the confirmed

18  complicated PUBs endpoint had ever been performed by

19  Merck for the steroid versus nonsteroid subgroup?

20      A.    Not that I recall.

21      Q.    When you say you asked them for the

22  numbers, what numbers did you ask them for?

23      A.    I asked them for the number of confirmed

24  complicated PUBs that had occurred in patients who had

1    received both VIOXX or naproxen and had or not

2    received steroids.

3        Q.    What did they tell you?

4        A.    They gave me the numbers.

5        Q.    Did you write them down?

6        A.    Somewhere.

7        Q.    Are they in your file?

8        A.    I believe they are, but I'm having

9    difficulty finding them right now.

10       Q.    Did they tell you that in the nonsteroid

11   users there were nine complicated PUBs in the VIOXX

12   group and ten in the naproxen group?

13   MR. BAUM:   Objection.

14   BY THE WITNESS:

15       A.    Yes.

16       Q.    Did they tell you that in the steroid at

17   baseline group that there were seven complicated

18   confirmed PUBs in the VIOXX group and 27 in the

19   naproxen group?

20       MR. BAUM:   Objection.

21   BY THE WITNESS:

22       A.    Say that again, please.

23       Q.    Did Merck's counsel tell you that for the

24   steroid users at baseline in the VIGOR study there

1    were seven confirmed complicated PUBs in the VIOXX

2    group and 27 in the naproxen group?

3         MR. BAUM:   Same objection.

4    BY THE WITNESS:

5         A.     Sounds about right, but I can't tell you

6    that that's exactly the number they gave me.

7         Q.     Did Merck's counsel tell you that Merck had

8    performed an analysis of the confirmed complicated

9    PUBs for the steroid versus nonsteroid at baseline

10   subgroups in the VIOXX versus naproxen treatment

11   groups at some point in the past?

12        MR. BAUM:   Objection, asked and answered.

13   BY THE WITNESS:

14        A.     I'm sorry repeat that again.   These are

15   complicated questions.

16        Q.     Sure.   Can you explain as best you can what

17   it is you are looking for in your file that you have a

18   recollection of seeing previously on the subject of

19   the steroid versus nonsteroid subgroups for the

20   confirmed complicated PUBs in the VIGOR study?

21        A.     I had reviewed the numbers that you had

22   just mentioned to me, and I was looking for the source

23   document that listed those numbers.

24        Q.     Do you have Dr. Julie's report?

```
 1        A.    Yes, I do.

 2        Q.    Can you get that out, please?

 3        A.    (Tenders.)

 4                    (Deposition Exhibit No. 9 was so

 5                    marked.)

 6   BY MR. ARBITBLIT:

 7        Q.    Doctor, the court reporter has marked as

 8   Exhibit No. 9 the report of Neil Julie and there's

 9   handwriting on this document.  In particular at

10   page 34, there's a reference to the confirmed

11   complicated PUBs endpoint.  Does this appear to be the

12   document that you've seen prior to today that sets

13   forth the numbers of confirmed complicated PUBs in

14   this steroid versus nonsteroid users for the VIOXX

15   versus naproxen treatment groups in the VIGOR study?

16        A.    Yes.

17        MR. BAUM:  I'm just going to point out it's

18   page 11, paragraph 34.

19        MR. ARBITBLIT:  Page 11, paragraph 34.  Thank

20   you, Counsel.

21   BY MR. ARBITBLIT:

22        Q.    I don't know if the court reporter heard

23   your answer, sir?

24        A.    Yes.
```

1        Q.     Is that -- now that you've seen the

2    document, does that refresh your recollection that

3    that is the only document that you've seen that sets

4    forth the numbers of confirmed complicated PUBs in the

5    steroid versus nonsteroid at baseline subgroups for

6    the VIOXX versus naproxen treatment groups in the

7    significant study?

8        MR. BAUM:   Objection.

9    BY THE WITNESS:

10       A.     No.

11       Q.     You think there's another document?

12       A.     I think there is, but I don't know.  I

13   can't find it right now.

14       Q.     You agree that it's not in Exhibit 6 which

15   is an excerpt from the MK-0966 or VIOXX -- I'll

16   withdraw the question.

17              Do you know what MK-0966 is?

18       A.     I think that's VIOXX.

19       Q.     And do you know what protocol No. 088/089

20   is?

21       A.     It's VIGOR.

22       Q.     And Exhibit 6 is a June 20, 2000, dated

23   document setting forth analyses of data from the VIGOR

24   trial; right?

1          A.     Yes.

2          Q.     We've confirmed that all of those apply

3    only to the confirmed PUB endpoint except for the last

4    one which is confirmed complicated PUBs analysis of

5    treatment by study region interaction; correct?

6          A.     Correct.

7          Q.     So there's nothing about the steroid user

8    confirmed complicated PUBs in this document that Merck

9    prepared; is there?

10          A.     That's correct.

11          Q.     And there's nothing about the confirmed

12    complicated PUBs by steroid use endpoint in the

13    submission to the FDA that you looked at previously

14    which was marked --

15          MR. BAUM:   Exhibit 8.

16    BY MR. ARBITBLIT:

17          Q.     -- as Exhibit 8; correct?

18          A.     Correct.

19          Q.     And it's correct also, Doctor, that the

20    VIGOR study itself did not mention the data for the

21    confirmed complicated endpoint by steroid versus

22    nonsteroid use; did it?

23          MR. BAUM:   Objection, vague.   You mean the

24    publication?

1          MR. ARBITBLIT:   Withdrawn.

2      BY MR. ARBITBLIT:

3          Q.     It's correct, Doctor, that the published

4      article by Bombardier, Reicin, et al. in November,

5      2000, did not provide the reader with the data for the

6      confirmed complicated endpoint broken out by steroid

7      versus nonsteroid use; right?

8          A.     Correct.

9          Q.     And before you saw Dr. Julie's report, you

10     had never seen that data; correct?

11         A.     I don't believe I had.

12         Q.     So after you saw Dr. Julie's report, you

13     asked counsel for Merck for information about that

14     data; right?

15         A.     Yes, I did.

16         Q.     And they never told you that Dr. Julie's

17     numbers were wrong; did they?

18         A.     No.

19         Q.     Did you do any statistical analyses of

20     these numbers yourself?

21         A.     I looked at the number of events and the

22     number of patient years and did a calculation of the

23     number of events per patient year.  I did no further

24     statistical analysis beyond that.

1    use, the VIOXX patients were 1,184 patient years.  The

2    naproxen they were 1,178 patient years.  For baseline

3    for steroid use they were 1,513 patient years.  And

4    for naproxen 1,516 patient years.

5         Q.    Doctor, I'd like you to perform the

6    calculation with the data that you performed at home

7    on the piece of paper that you don't have with you?

8         A.    Okay.

9                     (Witness performing calculation.)

10   BY THE WITNESS:

11        A.    This is very similar to what I calculated.

12        MR. ARBITBLIT:  Can we get that marked, please.

13                    (Deposition Exhibit No. 10 was so

14               marked.)

15   BY MR. ARBITBLIT:

16        Q.    Can you explain what Exhibit 10 is, Doctor?

17        A.    Yes.  It's a table that separates out

18   patients who had or not received steroids along with

19   these medicines.  I wrote down POB's which are

20   complicated PUBs.  I divided by the number of patient

21   years and then multiplied by either 100 or 1,000 to

22   get the number of PUBs per 100 or 1,000 patient years.

23        Q.    What are the results?

24        A.    The results are for patients without

1   baseline steroid use VIOXX patients had a POB rate of

2   7.6.   Naproxen was a rate of 8.4.   For patients with

3   baseline steroid use VIOXX yielded a POB of 4.6 per

4   1,000 patient years and naproxen 17.8 per 1,000

5   patient years.

6        Q.    When did you do the similar calculation at

7   home -- I'll withdraw that.

8              When did you do the similar calculation

9   that's represented on that piece of paper that you

10  have at home?

11       A.    After I received Dr. Julie's report.

12       Q.    Did you do it sometime before you completed

13  your own report?

14       A.    I did it -- yes.

15       Q.    You did not include it in your own report;

16  did you?

17       A.    No, I did not.

18       Q.    Did you in your mind perform a rough

19  calculation of what the relative risks were in the two

20  subgroups, steroid and nonsteroid at baseline, after

21  you had done the calculations on Exhibit 10?

22       A.    I don't understand your question.

23       Q.    Did you see that the incident rate ratios

24  for the steroid group and nonsteroid group were shown

1    in Dr. Julie's report as 3.85 for the steroid users

2    and 1.12 for the nonsteroid users?

3          A.      Yes, I did.

4          Q.      And did you see in your own calculations

5    that those appeared to square with the data that you

6    calculated?

7          A.      They were approximately the same, yes.

8          Q.      Did you write the text alongside

9    paragraph 34 that says, What is an interaction fee

10   value?

11         A.      Yes, I did.

12         Q.      Had you ever heard of an interaction P

13   value before?

14         A.      Yes.

15         Q.      And why did you write that text?

16         A.      I wanted to remind myself to review it.

17         Q.      What did you do to review it?

18         A.      I actually asked my son who's a statistics

19   graduate student.

20         Q.      What did your son tell you?

21         A.      I can't remember exactly what he told me.

22         Q.      Generally what did he tell you?

23         A.      He told me that it's a measure, as you had

24   asked me earlier if it's significant, to show that

1   there are differences between two populations.

2        Q.    Did he tell you something along the lines

3   that if the P value for interaction is statistically

4   significant, then that provides evidence that there is

5   a real difference between the populations according to

6   the risk factor to which they're exposed?

7        MR. BAUM:   Objection, vague.

8   BY THE WITNESS:

9        A.    No, he did not.

10       Q.    What did he tell you more specifically?

11       A.    He told me that it was a method of looking

12  at different populations and that the P value is a

13  measure of whether or not, if these studies were done

14  repeatedly what the chance was that you would get the

15  similar results.

16       Q.    And did he tell you -- Withdraw that.

17            In your own experience, is a P value of

18  less then 0.05 statistically significant?

19       A.    Yes, it is.

20       Q.    Did you discuss with your son the P Value

21  of 0.047 for the comparison of the steroid versus

22  nonsteroid users at baseline in the confirmed

23  complicated PUBs endpoint?

24       A.    No, I did not.

1    Q.    Did you recognize the 0.047 P value as

2    statistically significant at the less than .05 level?

3    A.    .047 is less than .05.  Yes, it is.

4    Q.    And did you ask -- did you provide any of

5    the data to your son to perform an interaction test?

6    A.    No, I did not.

7    Q.    Did you provide the data to any

8    statistician to perform an interactive test?

9    A.    No, I did not.

10    Q.    Did you discuss with Merck's counsel

11    whether to perform an interaction test on the data?

12    A.    No.

13    Q.    Did you have any reason to challenge the

14    validity of the P value for interaction set forth in

15    paragraph 34 of Dr. Julie's report?

16    A.    No.

17    Q.    At the end of paragraph 34, did you ask to

18    see the statistical report of Dr. Julie?

19    A.    Yes, I did.

20    Q.    And did counsel provide it to you?

21    A.    Yes.  Last week.

22    Q.    When did you first ask them if they could

23    get it for you?

24    A.    Shortly after I received Dr. Julie's

1        A.     Yes, I do.

2        Q.     Do you see that the prespecified endpoints

3    are listed as prior history of PUBs, yes or no; study

4    region, U.S. versus nonU.S.; age group, under 65 years

5    or over -- equal to or greater than 65 years; ethnic

6    group, caucasian; other, gender, female/male; and use

7    of systemic corticosteroids at baseline?

8        A.     Yes.

9        Q.     And do you know -- Withdrawn?

10             After having had an opportunity to look

11   through your materials, is it still your opinion that

12   Merck conducted subgroup analyses as to each of those

13   subgroups for the confirmed complicated PUB endpoint?

14       A.     It says here they did subgroup analysis on

15   confirmed PUBs.

16       Q.     And that is the primary endpoint; is that

17   correct?

18       A.     Yes.

19       Q.     And the confirmed complicated PUBs is a

20   secondary endpoint; correct?

21       A.     Yes, it is.

22       Q.     Now, going back to my question.  Having

23   looked through your files, is it still your opinion

24   that Merck conducted -- I'll withdraw the question.

```
 1    BY MR. ARBITBLIT:

 2         Q.    Doctor, do you have an understanding of

 3    what the word gastrotoxic means?

 4         MR. BAUM:  Objection, vague.

 5    BY THE WITNESS:

 6         A.    I would say that gastrotoxic means

 7    detrimental to the stomach.

 8         Q.    Do you have an opinion as to whether VIOXX

 9    is detrimental to the stomach?

10         A.    That's a very vague question.

11         MR. BAUM:  Objection, vague.

12    BY MR. ARBITBLIT:

13         Q.    Does VIOXX cause gastrointestinal bleeding?

14         A.    Under what setting?  Please be more

15    specific.

16         Q.    I'd like to start with as broad a setting

17    as you can think of and then perhaps narrow it down

18    from there.  So in the broadest possible sense of the

19    question, Doctor, does VIOXX cause gastrointestinal

20    bleeding?

21         MR. BAUM:  Objection.

22    BY THE WITNESS:

23         A.    I'd really like you to say compared to

24    what?  Again, in what setting?  For whom?
```

1        Q.     In the setting of the Ahlzeimer's trials,

2   for example, of 078, did VIOXX cause gastrointestinal

3   bleeding compared to placebo?

4        MR. BAUM:   Objection.

5   BY THE WITNESS:

6        A.     May I review that data?

7        Q.     Yes.

8                         (Deposition Exhibit No. 15 was so

9                          marked.)

10  BY MR. ARBITBLIT:

11       Q.     Doctor, Exhibit 15 is an excerpt from the

12  Protocol 078, Ahlzeimer's disease prevention study

13  section 8.4.3, episodes of perforations, ulcer, or

14  upper GI bleeding PUBs.  And have you seen this data

15  before?

16       A.     Not in this form, but I have seen it as it

17  was published as parts of summaries of the nonVIGOR

18  VIOXX studies, yes.

19       Q.     Where have you seen it published?

20       A.     I've seen it in -- the U memo I believe

21  mentioned that and the Ahlzeimer's studies.  They may

22  be also in my list of papers as well.  The U memo

23  gives combined numbers.

24       Q.     Doctor, I've handed you a document from

1    your file with handwriting that says U memo on it?

2        A.    Yes.

3        Q.    Did you write that?

4        A.    I wrote the letter, the words, U memo.

5    Yes, I did.

6        Q.    When did you receive the U memo?

7        A.    I don't remember.

8        Q.    Was it before or after you received the

9    plaintiff's expert reports?

10       A.    I don't remember.

11       Q.    Can you take a look at the U memo and tell

12   me whether you see a reference to results of

13   Protocol 078?

14       A.    I do not.

15       Q.    Are you aware that there was no publication

16   of 078 results until March 2005 after VIOXX was off

17   the market?

18       A.    No.

19       Q.    Can you think of anyplace where you saw the

20   PUBs and complicated PUBs data from 078 before today?

21       MR. BAUM:   He already testified in his earlier

22   answer.

23       MR. ARBITBLIT:   I'll withdraw the question.  I'll

24   withdraw the question.

1    BY MR. ARBITBLIT:

2         Q.    Did you see the 078 data during your review

3    of documents since July 2009?

4         MR. BAUM:  With the exception of what you already

5    testified about.

6    BY THE WITNESS:

7         A.    Ask me again, please.

8         Q.    Have you seen the PUBs and confirmed

9    complicated PUBs data from 078 during your review of

10   materials in connection with being retained by Merck

11   for this case?

12        MR. BAUM:  Same objection.

13   BY THE WITNESS:

14        A.    The Ahlzeimer's numbers?

15        Q.    Yes.

16        A.    I believe I did.

17        Q.    Going back to the original question.  In

18   the Ahlzeimer's 078 trial, did Merck compare the rate

19   of confirmed and confirmed complicated PUBs for VIOXX

20   25 milligrams versus placebo?

21        A.    Confirmed complicated PUBs did you say?

22        Q.    Do you see the Table 63 on the page ending

23   8102 of the exhibit which shows the --

24        A.    Yes.

1    Q.    Shows the rate of 1.02 versus .25 for
2  confirmed events and .73 versus 0.19 for confirmed
3  complicated events for VIOXX compared to placebo?
4    A.    Yes, I do.
5    Q.    And in Dr. Julie's report, did you see
6  the statistical significance calculations for those
7  data?
8    A.    In paragraph 8 he refers to risks of
9  relative risks of perforations, ulcers or bleeds, or
10 complicated PUBs in Protocol 078.
11    Q.    What are the relative risks stated?
12    A.    4.03 and 3.83.
13    Q.    And are both of those statistically
14 significant?
15    A.    I don't see a statistical analysis of that
16 here.
17    Q.    Let me see the document, please?
18    A.    Please.
19    Q.    This is the response report rather than
20 original.  The original has previously been marked as
21 No. 9.  And since you were reading from the response
22 we should have it marked.
23                    (Deposition Exhibit No. 16 was so
24                     marked.)

1    BY MR. ARBITBLIT:

2         Q.    Before we move onto that, Doctor, can you

3    just confirm for the record that you were looking at

4    the response of Neil Julie dated December 21st, 2009,

5    which has now been marked as Exhibit 16?

6         A.    Yes.

7         Q.    And you were reading from paragraph 8 of

8    that previously?

9         A.    Yes, I was.

10        Q.    Now, you're looking at the document

11   previously marked as Exhibit 9 which was Dr. Julie's

12   original report?

13        A.    That's correct.

14        Q.    And have you found the data for the PUBs

15   and confirmed complicated PUBs in the Ahlzeimer's 078

16   trial?

17        A.    Yes.

18        Q.    Do you see that both relative risks are

19   statistically significant at P values of less than

20   0.05?

21        MR. BAUM:   Objection.

22   BY THE WITNESS:

23        A.    Yes.

24        Q.    Did you attempt to test those numbers

1    yourself to see if they were statistically

2    significant?

3          A.     No, I did not.

4          Q.     Did you have any reason to believe that

5    they are not?

6          A.     No.

7          Q.     Can I see the document for a moment,

8    please?

9          A.     (Tenders.)

10         Q.     Now, do you agree that randomized clinical

11   trials are the gold standard for the determination of

12   whether there's a risk or benefit of a treatment?

13         MR. BAUM:   Objection.

14   BY THE WITNESS:

15         A.     I think they're the strongest evidence.

16   They need to be interpreted in light of other

17   knowledge.

18         Q.     And are you aware of other studies that

19   have shown us statistically significant increased

20   incidence of PUBs on VIOXX compared to placebo besides

21   078?

22         A.     Yes.

23         Q.     What studies are you aware of?

24         A.     I can't cite a specific one, but I'd be

1    happy to review one if you would point it out to me.

2                    (Deposition Exhibit No. 17 was so

3                    marked.)

4    BY MR. ARBITBLIT:

5         Q.    Exhibit 17 is an article by Lanas,

6    L A N A S.  Peptic ulcer and bleeding events

7    associated with rofecoxib in a three-year colorectal

8    adenoma chemoprevention trial.  And this is one that

9    you have in your files; is that right?

10        A.    Yes, it is.

11        Q.    When did you first review that?

12        A.    I reviewed this in 2007 when it first came

13   out.

14        Q.    Looking at page 492 going into 493, did the

15   authors report that there were 27 patients in the

16   rofecoxib group with a confirmed PUB, 20 uncomplicated

17   and seven complicated, compared to six patients with

18   PUBs, four uncomplicated and two complicated, in the

19   placebo group?

20        A.    Yes.

21        Q.    Did they report that the relative risk

22   was 4.9 for those data with VIOXX greater than

23   placebo?

24        A.    Yes, they did.

1        Q.     Was the 95 percent confidence interval 1.98

2   to 14.5 for those data?

3        A.     Yes, it was.

4        Q.     Is that a statistically significant result

5   based on the lower end of the confidence interval

6   being greater than 1.0?

7        A.     Yes.

8        Q.     Did the authors report that the risks of

9   duodenal ulcers and gastric ulcers was increased in

10   the rofecoxib group although the increase seemed

11   greater for the former?

12        A.     Yes.

13        Q.     And they refer to Figure 2 which shows that

14   data?

15        A.     That's correct.

16        Q.     Do the authors also report that for

17   confirmed complicated PUBs the rate was .23 versus .06

18   events per 100 patient years?

19        A.     Yes.

20                        (Deposition Exhibit No. 18 was so

21                         marked.)

22   BY MR. ARBITBLIT:

23        Q.     Exhibit No. 18 is a December 18, 2004

24   interim review by Villalba, V I L L A L B A,

1    concerning update of cardiovascular thrombotic events

2    and Ahlzeimer's study 078 and 091.  Have you seen that

3    one before?

4          A.    I don't believe I have.

5          Q.    Doctor, in your clinical trials have you

6    kept track of discontinuations from treatment?

7          A.    The trial organizers keep track of

8    discontinuation, yes.

9          Q.    Are discontinuations sometimes thought of

10   as a particularly relevant adverse endpoint because

11   they are serious enough to have the patient leave the

12   trial?

13         MR. BAUM:  Objection, form.

14   BY THE WITNESS:

15         A.    That depends on the reason for the

16   discontinuation.

17         Q.    Assuming that the discontinuation is as a

18   result of an adverse event, would those adverse events

19   be considered more meaningful than adverse events that

20   did not require discontinuation?

21         MR. BAUM:  Objection, form.

22   BY THE WITNESS:

23         A.    Not necessarily.

24         Q.    Under some circumstances, would you

1    consider discontinuation to be significant for adverse

2    events?

3          MR. BAUM:   Objection, form.

4    BY THE WITNESS:

5          A.     Again, it depends on the particular adverse

6    event and the particular discontinuation, but studies

7    do indeed track those reasons.

8          Q.     Take a look at page 26 of the exhibit

9    you're holding and look at the Appendix 2.  Patients

10   with discontinuation due to adverse events in studies

11   078 and 091.

12         A.     Yes.

13         Q.     First of all, are you aware that 091 is

14   another Ahlzeimer's trial that was completed at some

15   time prior to 078?

16         A.     I don't know when it was completed.  I

17   believe it the Ahlzeimer's trial.

18         Q.     Do you agree that duodenal ulcer resulting

19   in discontinuation is a relevant event in considering

20   the gastrointestinal effects of the drug?

21         MR. BAUM:   Objection, form.

22   BY THE WITNESS:

23         A.     Yes, I do.

24         Q.     Do you agree that gastric ulcer is a

1    relevant event in considering the gastrointestinal

2    effects of a drug?

3         MR. BAUM:   Objection, form.

4    BY THE WITNESS:

5         A.    Yes, I do.

6         Q.    Same question as to gastrointestinal

7    hemorrhage?

8         A.    Yes.

9         MR. BAUM:   Same objection.

10   BY THE WITNESS:

11        A.    Yes.   All these would be factors that are

12   considerations.

13        Q.    Would gastrointestinal hemorrhage -- I'll

14   withdraw that.

15             Do you see that for gastrointestinal

16   disorders, generally, there were 45 in the VIOXX arm

17   at the rate of 4.21 per 100 patient years versus 28 in

18   the placebo arm for a rate of 2.61 per 100 patient

19   years?

20        A.    I agree with the numbers that you're

21   reading from the study that they had recalculated the

22   rate where a patient years at risk were calculated

23   based on the overall endpoint.

24        Q.    For the categories duodenal ulcer, gastric

1    ulcer, gastrointestinal hemorrhage, NOS -- or not

2    otherwise specified -- and upper gastrointestinal

3    hemorrhage, do you see the totals are 11 in the VIOXX

4    arm and zero in placebo.  Do you want to take them one

5    at a time?

6          A.    Yes.  List them again, please.

7          Q.    Is duodenal ulcer, VIOXX two, placebo

8    nothing.  Do you see that line, sir?

9          A.    Yes, I do.

10         Q.    The question is:  For duodenal ulcer, is it

11   VIOXX two, placebo nothing?

12         A.    Yes.

13         Q.    Going down two lines to gastric ulcer, is

14   it VIOXX four, placebo nothing?

15         A.    Yes.

16         Q.    Going down two lines further, is it three

17   for VIOXX and none for placebo for gastrointestinal

18   hemorrhage NOS?

19         A.    Yes.

20         Q.    And going down four lines from there for

21   upper gastrointestinal hemorrhage, is it VIOXX two,

22   placebo nothing?

23         A.    Yes, it is.

24         Q.    So if you add those up, is it 11 to

1    nothing, VIOXX versus placebo?

2         A.    Yes, it is.

3         Q.    And that's data that you haven't seen

4    before today?

5         A.    That's correct.

6         Q.    And you hadn't seen it when you wrote your

7    report?

8         A.    That's correct.

9         Q.    Doctor, in your clinical trials, have you

10   had occasion to try to calculate relative risk when

11   there are zero events in one arm?

12        MR. BAUM:   Objection.

13   BY THE WITNESS:

14        A.    No.

15        Q.    Is that just not done because you can't

16   calculate a rate with zero in the enumerator?

17        A.    It's because I don't do the relative risk

18   calculations.

19        Q.    Are you aware of any trials where you have

20   been a participant where someone on the team has

21   calculated a relative risk using some mathematical

22   substitute for zero and an enumerator where there have

23   been no events in that treatment arm?

24        MR. BAUM:   Objection.

BY THE WITNESS:

     A.    Yes, I am.

     Q.    Can you describe what you're familiar with is the practice that you've observed?

     A.    My understanding is that because one gets and infinite relative risk when one divides by zero, instead they attribute a small number to the zero so as to get a relative risk that they can use, for example, in doing net analysis to combine with other studies.

     Q.    And would that small number typically be less than one?

     A.    I don't know the details of that method.

     Q.    Would you agree that the relative risk of the four endpoints that we calculated at 11 to zero would be greater than 11?

     MR. BAUM:  Objection.

     MR. ARBITBLIT:  Withdraw the question.

BY MR. ARBITBLIT:

     Q.    Does using the method of substituting a small number for zero in the placebo arm that you described, would the relative risk of gastrointestinal duodenal ulcer and gastrointestinal hemorrhage of a 11 versus zero be a relative risk of greater than 11?

1          A.     It depends on what number is substituted as
2     a small number.
3          MR. BAUM:   Objection.
4     BY MR. ARBITBLIT:
5          Q.     In your experience, have you ever seen that
6     small number that substituted for zero be greater than
7     one?
8          A.     I'm not aware of what number they
9     substitute.   I don't know the details of that method.
10         Q.     Do you have an opinion as to whether it
11    would be appropriate to substitute a number greater
12    than one when substituting for zero in a statistical
13    calculation?
14         MR. BAUM:   Objection.
15    BY THE WITNESS:
16         A.     I have no opinion.
17                        (Deposition Exhibit No. 19 was so
18                        marked.)
19    BY MR. ARBITBLIT:
20         Q.     Okay.  Please take a look at Exhibit 19
21    which is an excerpt from the VIGOR study of VIOXX
22    versus placebo.  You've seen this data before -- I'll
23    withdraw the question.
24                If you look at the page ending in 6417?

1        A.      Yes.

2        Q.      You see the heading, Adjudicated upper

3   gastrointestinal adverse experiences?

4        A.      Yes.

5        Q.      Under confirmed events you see that the

6   number of confirmed upper GI events was one and five

7   in the placebo and rofecoxib 25 milligrams groups

8   respectively?

9        A.      Yes.

10        Q.      And further down the second to last

11   sentence of that paragraph says that the rate was 0.09

12   and 0.45 in the placebo and rofecoxib 25 milligram

13   groups respectively.

14              Did I read that correctly?

15        A.      Yes, you did.

16        Q.      And do those two rates provide for a

17   relative risk of five?

18        A.      Yes.

19        Q.      On the next page, do you see that the

20   confirmed complicated events were one for placebo and

21   four for VIOXX?

22        A.      Yes.

23        Q.      And the rate was 0.09 versus 0.36 for a

24   relative risk of 4.0; correct?

1        A.      Correct.

2        Q.      That's data you had not seen before today?

3        A.      That's correct.

4        Q.      Doctor, based on this data, do you have an

5   opinion as to whether VIOXX is harmful to the stomach

6   at 25 milligrams compared to placebo?

7        A.      In these specific trails, under these

8   conditions, the risks of gastrointestinal hemorrhage

9   was greater in the VIOXX group than it was in the

10  placebo group.

11       Q.      Do you have your report?

12       A.      Yes, I do.

13       Q.      At page 5 of your report under the heading

14  of, Gastrointestinal benefits of VIOXX, do you refer

15  to a study by Garcia Rodriguez and Barreales Tolosa?

16  Footnote 17?

17       A.      Yes.

18       Q.      Do you have your copy of that or would that

19  take you some time to find?

20       A.      I think I might be able to find that.

21                       (Brief pause.)

22  BY THE WITNESS:

23       A.      I can't readily find it.  Do you want me to

24  look some more?