# Exhibit 4
# Part 1

# Statistical Data Analysis Plan

## Amendment No. 1

## VIOXX™ Gastrointestinal Outcomes Research (VIGOR)

## (Studies 088, 089)

### Prepared by

**Deborah Shapiro—Clinical Biostatistics (Original DAP Only)**

**Alise Reicin—Clinical Research**

**Thomas Capizzi—Clinical Biostatistics**

**Izabella Peszek—Clinical Biostatistics**

**James Bolognese—Clinical Biostatistics**

**CONFIDENTIAL, PROPRIETARY PROPERTY OF
MERCK & CO., INC.**

/MK-0966/DAP/RA182.DOC APPROVED                    15-Mar-2000

MRK-00420014517

VIGOR Data Analysis Plan

# Data Analysis Plan

## VIOXX™ Gastrointestinal Outcomes Research (VIGOR)

## (Studies 088, 089)

### TABLE OF CONTENTS

                                                                      PAGE

I.    OBJECTIVES ...................................................................................1
      A. Objectives of This Data Analysis Plan.................................1
      B. Description of the Study....................................................1
      C. Objectives of the Study....................................................1
         1. Primary.....................................................................1
         2. Secondary.................................................................2
         3. Exploratory...............................................................2
      D. Assessment of Objectives: Hypotheses and Endpoints............2
         1. Primary Hypotheses...................................................2
         2. Secondary Hypotheses...............................................3
         3. Criteria to Determine Success of Study .........................3
II.   SAFETY ANALYSES ......................................................................3
      A. Primary Hypothesis/Objective...........................................3
      B. Secondary Hypothesis and Secondary and Exploratory
         Objectives....................................................................5
      C. Other Safety Analyses.....................................................6
         1. Adverse Experiences..................................................6
         2. Laboratory Parameters and Vital Signs...........................8
            a. Predefined Limits of Change Analysis.......................8
            b. Summary Statistics................................................10
III.  EFFICACY ANALYSES................................................................10
IV.   STATISTICAL TECHNICAL ISSUES ...........................................12
      A. Planned Power and Sample Size........................................12
      B. Planned Interim Analysis, Group Sequential Boundary, and
         Early Stopping..............................................................15
      C. Populations for Analysis .................................................17
      D. Multiplicity.................................................................17
      E. Randomization, Blinding, and Unblinding...........................17
      F. Patient Characteristics ...................................................19
      G. Statistical Model...........................................................20
         1. Explanatory Factors...................................................20
         2. p-Values, Point Estimates, and Confidence Intervals........21
         3. Subgroup Analyses, Interactions, and Associations With
            the Primary Endpoint.................................................21
         4. Testing Assumptions of the Model ...............................22

MRK-00420014518

VIGOR Data Analysis Plan

# Data Analysis Plan

## (Studies 088, 089)

### TABLE OF CONTENTS (CONT.)

|  |  | PAGE |
|---|---|---|
| | H. Dropouts and Sensitivity Analyses | 23 |
| |   1. Imputation of Rates (Sensitivity Analyses) | 23 |
| |   2. Analysis of Patients With PUBs Who Had Confounding Causes | 23 |
| |   3. Dropouts | 24 |
| | I. Compliance | 24 |
| | J. Dissemination of Results | 25 |
| V. | GROUND RULES | 25 |
| | A. All-Patients-Randomized Population Definition | 25 |
| | B. Events Included in the All-Patients-Randomized Analysis | 25 |
| |   1. Primary and Secondary Endpoints | 25 |
| |   2. Exploratory Endpoint | 25 |
| | C. Time of Censoring for Patients Without Events | 25 |
| | D. Per-Protocol Population Definition | 26 |
| | E. Day Ranges | 27 |
| |   1. Multiple Measurements | 28 |
| |   2. Definition of Baseline and Treatment Period Data | 28 |
| | F. Endpoint Specific Issues | 28 |
| |   1. PUBs | 28 |
| |   2. Any GI Bleed | 29 |
| VI. | PRESENTATION/FORMAT OF RESULTS | 30 |
| | A. Demographic Table and Graph Mock-Ups | 30 |
| | B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints | 40 |
| | C. Efficacy Tables | 46 |
| | D. Laboratory Parameters, Vital Signs and Adverse Experience Table Mock-Ups | 47 |
| VII. | DATA SETS/PROGRAMS/VARIABLES | 56 |
| VIII. | REFERENCES | 57 |
| | APPENDIX 1: Study Design and Flow Chart for Protocol 088 (Identical Design and Flow Chart for Protocol 089) | 59 |
| | APPENDIX 2: Interim Monitoring Guidelines for VIGOR | 63 |
| | APPENDIX 3: Committee Members | 75 |
| | APPENDIX 4: Memo From Mr. Cook 4S — Significance Level Adjustment | 76 |
| | APPENDIX 5: Summary of Analysis | 78 |

MRK-00420014519

VIGOR Data Analysis Plan

# Data Analysis Plan

## VIOXX™ Gastrointestinal Outcomes Research (VIGOR)

## (Studies 088, 089)

### EXECUTIVE SUMMARY

#### Background

This Data Analysis Plan is a comprehensive and detailed description of the strategy, statistical techniques, and rationale to be used to assess primarily the safety, especially with respect to serious gastrointestinal (GI) adverse experiences, of VIOXX™[†] (rofecoxib) in VIGOR.

Rofecoxib, a COX-2-specific inhibitor, is being developed for the treatment of osteoarthritis (OA), rheumatoid arthritis (RA), and pain.  It is hypothesized that rofecoxib, because of its specific inhibition of COX-2, will exhibit beneficial anti-inflammatory and analgesic effects with less GI toxicity and greater GI tolerability than is associated with currently available nonsteroidal anti-inflammatory drugs (NSAIDs).

Cyclooxygenase 1 and 2 (COX-1 and COX-2) are 2 isoforms of a ubiquitous enzyme known to catalyze the synthesis of prostaglandins.  COX-1 is constitutively expressed, and is believed to be the enzyme responsible for the synthesis of prostanoids associated with normal physiological functions, such as gastric mucosal protection.  COX-2 is an inducible enzyme thought to be primarily responsible for the synthesis of prostanoids that mediate responses to pathological processes, such as the propagation of inflammation.

Currently available NSAIDs inhibit both COX-1 and COX-2 and are associated with gastroduodenal injury, in part resulting from inhibition of prostaglandin synthesis and consequent reduced mucosal defenses. The more serious upper GI adverse effects of perforations, ulceration, and bleeding are reported to occur in 2 to 4% of patients treated with NSAIDs for 1 year. If it is correct that COX-1 derived prostanoids do not substantially contribute to the pathogenesis of acute and chronic inflammation, and that COX-1 inhibition is primarily responsible for GI toxicity, then rofecoxib, being a specific COX-2 inhibitor, may have a more favorable GI safety profile and a comparable clinical efficacy profile compared with NSAIDs.

---

[†] Trademark of Merck & Co., Inc., Whitehouse Station, New Jersey, U.S.A.

MRK-00420014520

VIGOR Data Analysis Plan

Description of the Study and Synopsis of Statistical Analyses

The study is a double-blind, parallel-group, multicenter trial to evaluate the incidence of PUBs (gastric or duodenal Perforations, peptic Ulcers, or upper gastrointestinal Bleeds) in patients taking daily doses of rofecoxib compared with patients taking daily doses of NSAIDs (naproxen). Technical requirements within Merck's database structure and regulatory issues dictated that there be 2 Protocols, 088 (U.S. cohort) and 089 (multinational cohort), but this distinction is purely administrative based on study site location. This is designed and conducted as 1 study. All analyses will include data from the entire study, i.e., both protocols, regardless of baseline characteristics. The term "study" used in this document refers to both protocols. The study will enter men and women aged 50 or older (or 40 to 49 if on chronic oral glucocorticoids) with rheumatoid arthritis deemed to require NSAID therapy for at least 1 year. Approximately 7000 patients within the U.S. and internationally will be participating in the study.

The primary objective is to determine the relative risk of confirmed PUBs in patients with rheumatoid arthritis taking rofecoxib 50 mg once daily compared with patients in the group taking naproxen 500 mg b.i.d.

Secondary objectives are to assess the relative risks of: (1) confirmed and unconfirmed PUBs; (2) confirmed complicated PUBs, and (3) confirmed and unconfirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with patients taking naproxen 500 mg b.i.d. For relative risk estimation, time to first event during the entire study period will be evaluated. Hence, estimation will be based on patients who have at least 1 event rather than total number of events. In addition, the efficacy of treatments as evaluated by the Patient and Investigator Global Assessment of Disease Status and discontinuation rate due to lack of efficacy will be assessed.

Exploratory objectives are to: (1) determine the relative risk of bleeding from any location in the GI tract in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 500 mg b.i.d.; and (2) assess the efficacy of treatments as evaluated by the modified Health Assessment Questionnaire (HAQ) (U.S. only).

For the primary, secondary, and exploratory endpoints, except for the Patient and Investigator Global Assessment of Disease Status and modified HAQ, the effect of treatment will be assessed using survival analysis techniques. The Cox proportional hazard model will be used to assess the significance of treatment effect and to provide estimates of the relative risk of experiencing the endpoints and will be used to assess the effect of other risk factors, such as prior history of GI complications. The Kaplan-Meier technique will be used to derive cumulative incidence rates at the end of the study and to provide plots.

VIGOR Data Analysis Plan

According to the prespecified plan, a total of 2 formal analyses (1 interim and 1 final) will be performed for this study. A group sequential design with an early stopping rule, which allows for interim analyses and preserves the overall Type I error probability of $\alpha$=0.05 will be employed. Based on the alpha spending rule of Hwang, Shih, and de Cani [1] with $\gamma$=-4, interim analysis is scheduled when 60 patients experience confirmed PUB events, and the final analysis is planned when 120 patients experience confirmed PUB events, 40 patients experience confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever comes *last*. A significance level of p<0.0059 would be required to consider stopping the study at 60 patients with confirmed PUBs under the alpha spending rule. This requirement is conservative in the sense that it is unlikely to be satisfied unless the observed treatment effect is larger than anticipated (e.g., an 61% reduction in hazard rate would be required for probability of crossing the stopping boundary to be greater than 0.8 and there is only 47% power to cross this boundary if the estimated reduction of 50% is observed). A nominal p-value of p=0.0475 at the final analysis would correspond to a test with overall significance level $\alpha$=0.05 if the study goes to completion. Because of the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, a closed testing procedure will be conducted as follows: if at the interim analysis the boundary corresponding to p=0.0059 is crossed for the primary endpoint of confirmed PUBs, the secondary endpoint of confirmed complicated PUBs will be examined. If the p-value for this endpoint is <0.05, the Data Safety and Monitoring Board (DSMB) may recommend stopping the study. No $\alpha$-adjustment is required for confirmed complicated PUBs since a closed testing procedure is employed. For the primary endpoint in the final analysis, the p-values and confidence intervals quoted will be adjusted to reflect the interim analyses. For other analyses, the nominal p-values will be employed.

While a stopping guideline will be used for confirmed complicated PUBs, this does not imply that the same treatment effect is expected for this endpoint or that the study is powered to observe this effect. The study is powered for the primary endpoint. The secondary endpoint of confirmed complicated PUBs is a subset of the primary endpoint. Even if the expected reduction in PUBs is observed, there is still a substantial probability of observing a lesser effect on confirmed complicated PUBs just by chance. In addition, even if the same expected magnitude of treatment effect is observed on the primary endpoint and on the secondary endpoint, confirmed complicated PUBs, it is possible that a significant difference between treatments will be observed on the former, but not the latter.

MRK-00420014522

VIGOR Data Analysis Plan                                                    1

## I. OBJECTIVES

### A. Objectives of This Data Analysis Plan

The Data Analysis Plan (DAP) which follows describes in detail the strategy, rationale, and statistical techniques which will be used to assess the safety and clinical efficacy in this trial. Also included are the standard operating procedures for the interim analysis.

PROTOCOL TITLE for VIGOR (Protocols 088 and 089)

A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis.

### B. Description of the Study

VIGOR is a double-blind, stratified, randomized, parallel-group, multicenter study. Following a minimum of a 3-day washout period (NSAIDs withheld) patients meeting inclusion criteria are randomized to receive either rofecoxib 50 mg once daily or naproxen 500 mg 2 times per day in a double-dummy fashion. Patient allocation will be stratified for history of ulcer, upper GI bleeding, or perforation. Patients visit the clinic at 6 weeks and 4 months after randomization and every 4 months thereafter. In addition, patients will be contacted by phone at 2.5 and 6 months after randomization and every 4 months thereafter (between scheduled clinic visits). Patients will continue in the study until a minimum of 120 confirmed PUBs and 40 confirmed complicated PUBs are observed or until 6 months after the last patient is randomized, whichever comes last. However, the study may be terminated earlier by the recommendation of the Data Safety Monitoring Board (DSMB) based on the results of the interim analysis (see Section IV.B. *Planned Interim Analyses, Group Sequential Boundary, and Early Stopping*). A study flowchart is included in Appendix 1 for reference.

### C. Objectives of the Study

#### 1. Primary

a. To determine the relative risk of confirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily.

b. To study the safety and tolerability of rofecoxib in patients with rheumatoid arthritis.

/MK-0966/DAP/RA182.DOC\APPROVED                          15-Mar-2000

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **1999**

VIGOR Data Analysis Plan                                                      2

C. **Objectives of the Study** (Cont.)

   2. **Secondary**

      a. To assess the relative risk of confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily.

      b. To assess the relative risk of confirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily.

      c. To assess the relative risk of confirmed and unconfirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily.

      d. To assess the efficacy of treatment of rheumatoid arthritis with rofecoxib or naproxen as evaluated by the Patient and Investigator Global Assessment of Disease Status and the discontinuation rates due to lack of efficacy.

   3. **Exploratory**

      a. To determine the relative risk of occurrence of bleeding from any location in the GI tract in patients taking 50 mg rofecoxib daily, versus patients taking naproxen 1000 mg daily.

      b. To assess the efficacy of treatment of rheumatoid arthritis with rofecoxib or naproxen as evaluated by the modified Health Assessment Questionnaire (HAQ) (U.S. only).

D. **Assessment of Objectives:  Hypotheses and Endpoints**

   1. **Primary Hypotheses**

      a. The risk of confirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

      b. Rofecoxib administered at a dose of 50 mg daily will be safe and well tolerated.

MRK-00420014524

VIGOR Data Analysis Plan                                                              3

### D. Assessment of Objectives:  Hypotheses and Endpoints (Cont.)

#### 2. Secondary Hypotheses

a. The risk of confirmed plus unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

b. The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

#### 3. Criteria to Determine Success of Study

The trial will be considered a "success" if a significant ($p<0.050$) reduction in the risk of confirmed PUBs in the rofecoxib 50 mg daily group compared to the naproxen 1000-mg daily group is found <u>and</u> if at least a trend ($p \le 0.20$) is found for the reduction in risk of confirmed complicated PUBs.  The relative risk estimates will be based on time to first event on a per-patient basis.

## II. SAFETY ANALYSES

The primary objective of this study is to establish a favorable safety profile of rofecoxib as compared to naproxen with respect to upper GI adverse events.

### A. Primary Hypothesis/Objective

The primary hypothesis that treatment with rofecoxib will be associated with a reduced risk of confirmed PUBs will be based on all patients randomized (APR) and will be based on their randomized treatment assignment.  The primary time frame for the analysis of the PUB incidence includes a 14-day postdiscontinuation follow-up period.  Relative days will be calculated from the randomization date to the event (PUB) date for those patients with events, to 14 days past the discontinuation date for patients who discontinue for reasons other than an event, or, in the case of completing patients, to the patient's cutoff date determined by the Steering Committee before the data are unblinded.  For the interim analysis, relative days will be calculated for continuing patients from the randomization date to the date of the Case Review Committee meeting wherein the targeted number of patients with events is achieved.

MRK-00420014525

VIGOR Data Analysis Plan                                                    4

### A. Primary Hypothesis/Objective (Cont.)

Treatment group differences between the rofecoxib and the naproxen group
will be assessed using the Cox proportional hazard model via SAS PROC
PHREG [2] with treatment as an explanatory factor and stratum of prior
history of PUBs as a stratification factor. Study center will not be included in
the primary model because the number of events expected to be observed is
very small compared to the number of patients and the number of centers.
Since approximately 300 centers will participate in the study, some centers
may have one or no events. However, study region effects (U.S. versus Non-
U.S.) will be included in a secondary analysis of the primary endpoint and
will be included in the primary approach to the more numerous of the other
endpoints.

In a preliminary analysis, the proportional hazards assumption will be tested
by including the factor treatment*log(time) in the model; nonsignificance
($p > 0.05$) of this factor implies proportionality, i.e., constancy of treatment
effect over time. If the proportional hazard assumption is violated, the
implications on the interpretation of the results will be explored.

An estimate of the cumulative event rates at the end of the study will be
calculated using the Kaplan-Meier method. Because Kaplan-Meier estimates
can be unstable or imprecise when the number of patients at risk becomes
small, as it does at the end of the study, time points after which there are less
than 500 patients left at risk in either treatment group will be combined for
analysis and reporting of results. Specifically, graphical displays and
cumulative incidence estimates will be truncated at the time point at which
there are still at least 500 patients left at risk in each of the treatment groups.
This pooling and truncation will not affect statistical analysis or the Cox
models.

The analyses described above will also be performed secondarily for the
primary endpoint on a per-protocol population; rules for defining this
population can be found in the *Ground Rules* section.

Additional exploratory analyses (APR population) of the primary endpoint
will use the Cox regression model and relevant baseline factors (described in
Section IV.G. Statistical Model) to evaluate possible interactions between
treatment and these effects. Subgroup analyses will be performed for factors
that have a significant ($p \leq 0.05$) qualitative interaction with treatment. For
example, if significant differential treatment effects were found in patients
with a prior history of PUBs compared to those without such a history, a
separate survival model would be assessed in each of the prior history groups.

MRK-00420014526

Case 2:05-md-01657-EEF-DEK   Document 35762-5   Filed 03/01/10   Page 12 of 27

### A. Primary Hypothesis/Objective (Cont.)

The significance level of 0.05 was chosen for tests of interaction in order to lessen the chance of spurious results due to the large number of tests that will be performed.

In addition to survival analytic presentations, summaries will be made in terms of number of cases, patient-years, and rates. These summaries will be made overall and within several cohorts (prior history of PUBs, study region, gender, age group, and ethnic group). In the calculation of case rates, the number of person-years contributed by each patient will be the number of years measured from the date of randomization to the earliest of: (1) the first occurrence of the endpoint in question or, (2) the date of censoring. A year will be defined as 365¼ days.

The count of patients with each type of endpoint specified in the *Hypotheses and Endpoints* section will be tabulated by treatment group.

### B. Secondary Hypothesis and Secondary and Exploratory Objectives

The secondary safety endpoints include:

1.  Confirmed and unconfirmed PUBs (also a secondary hypothesis).

2.  Confirmed complicated PUBs (also a secondary hypothesis).

3.  Confirmed and unconfirmed complicated PUBs.

The exploratory safety endpoint is:

4.  Any GI bleed.

Endpoints (2), (3), and (4) will be analyzed as time-to-first-event using the same Cox proportional hazard model and methods similar to the ones specified for the primary endpoint, i.e., the model will include treatment group as an explanatory factor and prior history of PUBs as a stratification factor. However if there are very few of these endpoints such that including prior history of PUBs as a stratification factor causes empty cells in the model, then the Cox model will have only treatment group as an explanatory factor.

For confirmed and unconfirmed PUBs (1), the Cox proportional hazard model will include prior history of PUBs and study region (U.S./non-U.S.) as stratification variables and treatment group as the explanatory variable; study region is added as a surrogate for study center. But again a reduced model

MRK-00420014527

B. <u>**Secondary Hypothesis and Secondary and Exploratory Objectives**</u> **(Cont.)**

will be used if this model results in empty cells.  The calculation of the time-to-first event will follow the rules described for the primary endpoint.  All safety endpoints will be captured up to 14 days after study dropout, therefore this will be the primary time frame for the analysis of these events.  If there are few patients with some of the endpoints (<11 patients with events which represents approximately 0.16% of the study population), the discrete log-rank test (via PROC MULTTEST in SAS [3]) will be used to provide treatment group comparisons.

C. <u>**Other Safety Analyses**</u>

Safety and tolerability will be assessed by statistical and/or clinical review of all safety parameters, including adverse experiences, laboratory values, and vital signs, as described in this section.  All patients randomized will be included in the safety analyses.  Formal statistical tests will focus on prespecified safety concerns while estimates will be provided for all other parameters.  Results of the Phase III studies demonstrated that like standard NSAIDs, rofecoxib is associated with mild renal vascular effects, likely due to its inhibition of COX-2.  These effects are dose related.  In addition, increases in AST and ALT were seen in the Phase II RA study with doses of 125 and 175 mg although increases >3*ULN were seen only in ~1% of patients taking lower doses of rofecoxib.  Therefore the following variables will be tested (described in the following sections) in the analysis of adverse experiences and predefined limits of change:  discontinuations due to hypertension, discontinuations due to edema, congestive heart failure (CHF), discontinuations due to elevations in serum creatine (or related clinical terms), and discontinuations due to elevations in liver enzymes (and other related clinical terms).

Should a different particular safety concern arise, further analyses, besides those planned and routinely performed, may be needed to better assess the nature of the effect including time to occurrence, severity, duration of effect, drug relationship and patient population at risk.

1. <u>**Adverse Experiences**</u>

<u>**General**</u>

Due to known NSAID GI toxicity, patients in the naproxen group may drop out from the study earlier than rofecoxib patients, therefore having shorter exposure time.  The traditional methods of comparison of adverse experiences based on crude rates, which are appropriate in cases when

MRK-00420014528

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2004**

VIGOR Data Analysis Plan                                                      7

### C.  Other Safety Analyses (Cont.)

the exposure times in both compared treatments is approximately equal, may create a bias against the treatment which causes fewer dropouts. To alleviate the effect of possibly different exposure length, survival analysis methods will be used to analyze certain targeted adverse experiences. For such adverse experiences, time-to-event will be analyzed and cases, patient-years at risk, relative risk, confidence intervals, and p-values will be provided. Numbers, proportions, and 95% confidence intervals on the difference in proportions [4] will be provided for all other adverse experiences. When the total number of events in the treatment groups is less than 22 and events in 1 group occur no more than twice as frequently as in the other, the calculated confidence interval will be too wide to be clinically informative but will be provided for completeness of reporting.

Targeted adverse experiences include:

- Serious clinical adverse experiences (overall)

- Serious laboratory adverse experiences (overall)

- Drug-related (possibly, probably, definitely) clinical adverse experiences (overall)

- Drug-related (possibly, probably, definitely) laboratory adverse experiences (overall)

- Clinical adverse experiences leading to study discontinuation (overall)

- Laboratory adverse experiences leading to study discontinuation (overall)

- Discontinuations due to GI adverse experiences including abdominal pain

- Discontinuations due to edema-related adverse experiences

- Discontinuations due to increased elevations in serum creatine or clinically related terms (clinical and laboratory AEs)

- Discontinuations due to hypertension-related adverse experiences

/MK-0966/DAP/RA182.DOC\APPROVED                               15-Mar-2000

MRK-00420014529

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)    **2005**

VIGOR Data Analysis Plan                                              8

### C. Other Safety Analyses (Cont.)

- Discontinuations due to elevations in liver enzymes (SGOT/SGPT) or clinically related terms

- CHF adverse experiences

The primary assessment of edema, fluid retention and hypertension is through the latter 3 analyses listed above. If further elucidation of any effect is necessary, additional analyses may be performed such as the examination of blood pressure changes in patients with and without edema or hypertension adverse experiences, or the percent of patients with edema or hypertension adverse experiences that require a change in medication or that resolve by themselves.

For the prespecified adverse experiences, p-values and 95% confidence intervals for relative risk ratios (rofecoxib versus naproxen group) will be computed using a proportional hazard model with treatment as the explanatory factor.

### 2. Laboratory Parameters and Vital Signs

The primary analysis of laboratory data will be based on between treatment group comparisons of proportions of patients exceeding Predefined Limits of Change.   Frequency of laboratory adverse experiences will also be assessed as for clinical adverse experiences.

### a. Predefined Limits of Change Analysis

The predefined limits of change (PDLC) analysis will be performed for the laboratory parameters listed in Table 1. A patient will be classified as "above limit" or "below limit" if his or her response (actual value, or change or percent change from baseline depending on definition) falls outside of the predefined limits of change at least once during the treatment period of the study unless the definition specifies consecutive occurrences are required.   For all variables, counts, proportions, and 95% confidence intervals on the difference in proportions [4] of patients exceeding the predefined limits will be provided, i.e., no p-values will be provided.  When the total number of events in the treatment groups is less than 22 and events in 1 group occur no more than twice as frequently as in the other, the calculated confidence interval will be too wide to be clinically informative but will be provided for completeness of reporting.

/MK-0966/DAP/RA182.DOC\APPROVED                         15-Mar-2000

MRK-00420014530

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.) **2006**

VIGOR Data Analysis Plan                                                                 9

### C. Other Safety Analyses (Cont.)

Table 1

Definition of Predefined Limits of Change From Baseline

| Laboratory Test | Predefined Limits of Change From Baseline |
|---|---|
| Hematocrit (%) and hemoglobin (g/dL) | Decrease in<br>• Hemoglobin >2 g/dL and Hematocrit ≥5% or Hemoglobin >1 g/dL and Hematocrit ≥10%[†] |
| Platelet count (x10[3]/μL) | • Consecutive values with a decrease >25% and <LLN or a single value associated with study drug discontinuation |
| Bilirubin (mg/dL) and alkaline phosphatase (U/L) | • Bilirubin ≥1.8*ULN and Alkaline phosphatase ≥3*ULN[†] |
| AST (U/L) | In patients with normal baseline AST:<br>• Consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation<br><br>In patients with abnormal baseline AST:<br>• Consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation |
| ALT (U/L) | In patients with normal baseline ALT:<br>• Consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation<br><br>In patients with abnormal baseline ALT:<br>• Consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation |
| Creatinine (mg/dL) | • Consecutive values with absolute increase ≥0.5 and >ULN or one value with increase ≥0.5 and >ULN associated with study drug discontinuation |
| Sodium (mEq/L) | • Absolute decrease ≥8 and <LLN<br>• Absolute increase ≥8 and >ULN |

MRK-00420014531

VIGOR Data Analysis Plan                                                    10

### C. <u>Other Safety Analyses</u> (Cont.)

Table 1 (Cont.)

Definition of Predefined Limits of Change From Baseline

| Laboratory Test | Predefined Limits of Change From Baseline |
|---|---|
| Potassium (mEq/L) | • Consecutive values with absolute decrease ≥0.8 and <LLN or one such value associated with study drug discontinuation<br>• Consecutive values with absolute increase ≥0.8 and <ULN or one such value associated with study drug discontinuation |
| Calcium (mg/dL) | • Absolute increase ≥1.5 and >ULN<br>• Absolute decrease ≥1.5 and <LLN |
| * Changes in the 2 parameters must occur on the same date.<br>ULN=Upper limit of normal; LLN=Lower limit of normal. | |

Increases and decreases are compared with baseline, which is defined as the last laboratory value prior to taking study drugs.

**b.** <u>Summary Statistics</u>

Summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) will be tabulated (by treatment group) for all laboratory and vital signs actual and change or percent change from baseline values. Summary statistics will be calculated on the average value during treatment for all laboratory parameters listed in Table 1 plus total WBC, lymphocyte count, neutrophil count, uric acid, diastolic and systolic blood pressure, and body weight. No formal statistical testing will be done. For hematocrit, hemoglobin, and blood pressure, plots of means at each time point will be presented.

## III. <u>EFFICACY ANALYSES</u>

Efficacy of rofecoxib in treatment of rheumatoid arthritis will be established by at least 2 Phase III Efficacy studies designed to test efficacy hypotheses. The clinical outcome study is not designed to evaluate efficacy. Patients are not required to meet RA flare criteria, changes in DMARD therapy are allowed

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2008**

VIGOR Data Analysis Plan                                                    11

### III. EFFICACY ANALYSES (CONT.)

without restriction during the study, and because of its scope and complexity, it is not well suited for the assessment of efficacy or for estimating the magnitude of the efficacy effect.   Therefore, there is no formal hypothesis concerning the efficacy endpoint in VIGOR.

The only efficacy endpoints in this study are Patient's and Investigator's Global Assessment of Disease Status, measured on the Likert scale from 0 to 4, and the modified HAQ (exploratory) consisting of 8 questions measured on a scale of 0 to 3.   The modified HAQ score is defined as the average score of the nonmissing answers to the 8 questions (at least 6 of the 8 questions must be answered).

There is no inclusion criterion based on these endpoints.  Based on the results from Protocols 017 and 068, the treatment effect is expected to remain constant over the treatment period.  Patient's and Investigator's Global Assessment of Disease Status and modified HAQ (exploratory) will be summarized as the average change from baseline over the treatment period.  This represents an integrated measure of the overall level of efficacy experienced during the study. Note that only observed data (at scheduled, unscheduled, and discontinuation visits) will be included in each patient's average response; no data will be carried forward or imputed in this computation.

Summary statistics will include baseline, on-treatment, and change from baseline means and standard deviations, 95% confidence intervals on average change from baseline within treatment groups and on the difference between treatment groups. The latter will be used to compare the treatment groups for the efficacy measurements.  LS means and confidence intervals will be based on an ANOVA model with factors of treatment, stratum and study region and with baseline value as a covariate.  It should be noted that this study is overpowered for the efficacy endpoints, therefore differences may exist between treatments that are not clinically meaningful. It is estimated that differences >0.05 Likert scale units will be statistically significant.   On the Likert scale, 0.5 is estimated to be the minimally clinically important difference for a study of this nature [5; 6]. If the 95% confidence interval on the difference between treatment groups in average change from baseline for patient and investigator global assessment of disease status is strictly >0.5, further explorations of the data will be performed to determine the reason for the difference.  The half-width of the 95% confidence interval is estimated to be approximately 0.05 based on a variability estimate from VIOXX Protocol 068 [7].

An analysis of the dropout rates due to lack of efficacy will also be carried out using the proportional hazard model as described for the secondary endpoints.

## IV. <u>STATISTICAL TECHNICAL ISSUES</u>

### A. <u>Planned Power and Sample Size</u>

Estimates of power were obtained using a proportional-hazard assumption. Table 2 shows the power for 120 patients with confirmed PUBs with varying reductions in the hazard due to rofecoxib. Assuming a 50% reduction in the hazard rate due to rofecoxib as compared with the NSAID group, approximately 120 confirmed PUBs need to be observed to provide at least 95% power (two-sided test, $\alpha$=0.05) to detect a between-group difference [8]. This calculation accounted for 1 interim analysis described in the next section.

Table 2

Estimated Power of the Study With 120 Events (PUBs)
($\alpha$=0.05, Two-Tailed)

| Reduction in Hazard Due to Rofecoxib | Power of the Study |
|---|---|
| 40% | 79% |
| 45% | 90% |
| 50% | 97% |
| 55% | 99% |
| 60% | >99% |

Although the precise incidence and prevalence of NSAID gastropathy are uncertain, the upper GI side effects of perforations, ulceration and bleeding are reported to occur in 2 to 4% of osteoarthritis and rheumatoid arthritis (RA) patients treated with NSAIDs for 1 year. The duration of the trial required to observe 120 confirmed PUBs in U.S. and international cohorts based on varying total samples sizes were calculated using the Lachin-Foulkes method [9] and are given in the Table 3. This calculation assumed exponential distributions of time to PUBs and time to dropout, non-informative dropouts, and a uniform patient entry (according to a truncated exponential distribution) over a 6-month period with approximately 50% of total accrual at 3 months. The sample size of 7000 provides a reasonable expectation for the length of the trial in the event of relatively low naproxen PUB rates or high dropout rates. Note that while some estimates in Table 3 are less than 1 year, due to the stopping rule and the expected 6 month enrollment period, the trial duration should be a minimum of 1 year from first patient in to last patient out.

MRK-00420014534

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2010**

VIGOR Data Analysis Plan                                        13

### A. <u>Planned Power and Sample Size</u> (Cont.)

Table 3

Estimated Trial Duration With >95% Power (50% Enrolled in the Rofecoxib Cohort,
50% Enrolled in the Naproxen Cohort) Required to Observe 120 Confirmed PUBs
Assuming 50% Reduction of Hazard Rate in the Rofecoxib Cohort

| Total Sample Size | PUB Rate in Naproxen Group (% Per Year) | Duration of Trial (Months From FPI) | | |
|---|---|---|---|---|
| | | Dropout Rate: (40% Per Year) | Dropout Rate: (45% Per Year) | Dropout Rate: (50% Per Year) |
| 7000 | 2.0 | 24 | 26 | 30 |
| | 2.5 | 18 | 19 | 20 |
| | 3.0 | 15 | 15 | 16 |
| | 3.5 | 12 | 13 | 13 |
| | 4.0 | 11 | 11 | 12 |
| 7500 | 2.0 | 22 | 23 | 26 |
| | 2.5 | 16 | 17 | 18 |
| | 3.0 | 14 | 14 | 15 |
| | 3.5 | 12 | 12 | 12 |
| | 4.0 | 10 | 11 | 11 |
| 8000 | 2.0 | 20 | 21 | 23 |
| | 2.5 | 15 | 16 | 17 |
| | 3.0 | 13 | 13 | 14 |
| | 3.5 | 11 | 11 | 12 |
| | 4.0 | 10 | 10 | 10 |

Table 4 and Table 5 show the estimated power to show a significant effect
($p \leq 0.05$) and to show a trend ($p \leq 0.20$), respectively, for confirmed
complicated PUBs with varying assumptions regarding the number of events
and the reduction in hazard. Based on the calculations presented in Table 4
and Table 5, it was determined that there will be a minimum of 40 patients
with confirmed complicated PUBs required before the study will be stopped
(since it is anticipated that between one-fourth and one-third of the PUB
events would be complicated). This criterion provides more than 80% power
to show a trend in confirmed complicated PUBs if the reduction due to
rofecoxib is 50% and more than 80% power to show a significant effect if the
reduction due to rofecoxib is $\geq 60\%$.

MRK-00420014535

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)     **2011**

VIGOR Data Analysis Plan                                    14

### A. Planned Power and Sample Size (Cont.)

The incidence of more serious upper GI events (perforations, obstructions, and complicated upper GI bleeds) is unknown. However, a recent epidemiologic study [10] reported that the annual rate of hospitalizations for GI adverse events in patients with rheumatoid arthritis taking NSAIDs was 1.46%/year. It is therefore reasonable to expect to observe 40 patients with complicated PUBs during the planned study.

Table 4

Estimated Power of the Study for Confirmed Complicated PUBs
($\alpha$=0.05, Two-Tailed)

| Reduction in Hazard | Number of Confirmed Complicated PUBs | | | | | |
|---|---|---|---|---|---|---|
| Due to Rofecoxib | 25 | 30 | 35 | 40 | 45 | 50 |
| 40% | 25 | 29 | 33 | 37 | 40 | 44 |
| 50% | 41 | 48 | 54 | 59 | 64 | 69 |
| 60% | 63 | 71 | 77 | 83 | 87 | 90 |
| 65% | 75 | 82 | 87 | 91 | 94 | 96 |
| 70% | 85 | 91 | 95 | 97 | 98 | 99 |

Table 5

Estimated Power of the Study for Confirmed Complicated PUBs
($\alpha$=0.20, Two-Tailed)

| Reduction in Hazard | Number of Confirmed Complicated PUBs: | | | | | |
|---|---|---|---|---|---|---|
| Due to Rofecoxib | 25 | 30 | 35 | 40 | 45 | 50 |
| 40% | 50 | 55 | 59 | 63 | 67 | 70 |
| 50% | 67 | 73 | 78 | 82 | 85 | 88 |
| 60% | 84 | 89 | 92 | 95 | 96 | 97 |
| 65% | 91 | 94 | 97 | 98 | 99 | 99 |
| 70% | 96 | 98 | 99 | 99 | >99 | >99 |

MRK-00420014536

VIGOR Data Analysis Plan                                    15

**B. Planned Interim Analysis, Group Sequential Boundary, and Early Stopping**

Based on the above model assumptions, the expected total number of patients with confirmed PUBs which represents the total information of the study is 120. It is expected that all patients will be followed until the last randomized patient has completed 6 months of treatment or until the total of 120 patients with confirmed PUBs is observed or until the total of 40 patients with confirmed complicated PUBs is observed, whichever comes last. To determine whether the GI safety advantage of rofecoxib is maintained over prolonged period of time, it is important to continue the study long enough so that an adequate number of subjects is exposed for a substantial time period, i.e., 9 to 12 months. (However, due to the importance of the safety of study patients, the stopping rules described below will take precedence.) Simulations show that with uniform entry over 6 months of 7000 patients, 120 events, a minimum of 6 months follow-up after LPI, an annual PUB event rate of 3.0%, a 50% reduction due to treatment, and a 45% annual dropout rate modeled exponentially, there will be approximately 4300 patients with at least 9 months and 2000 patients with at least 1 year of follow-up. If however, the PUB event rate is higher, 4.0%, then simulations show that there will be approximately 2200 patients with at least 9 months of data and very few with 1 year of data. These results were based on the median prediction of the simulations. Note that the study may be terminated before its scheduled completion if the following stopping guideline is observed.

A total of 2 formal analyses (1 interim and 1 final) will be performed for this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error probability of $\alpha$=0.05, will be employed.

Since the total information for this study is the total number of PUBs (not the total number of patients randomized), the analysis will be scheduled with respect to the information time in terms of the fraction of total PUB events. Hence, the 2 planned analyses will be scheduled at times t=0.50 (60 events) and t=1.0 (120 events), with the corresponding 2-sided stopping boundaries of 2.753 ($\alpha_1$=0.0059), and 1.982 ($\alpha_2$=0.0475). These stopping boundaries are constructed based on the predetermined $\alpha$-spending function $\alpha$(-4, t) of Hwang, Shih, and de Cani [1], which closely approximates the O'Brian-Fleming-type of boundary [11].

Because of the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, a closed testing procedure will be conducted as follows: if

VIGOR Data Analysis Plan                                                    16

B. **Planned Interim Analysis, Group Sequential Boundary, and Early Stopping** (Cont.)

at the interim analysis the boundary corresponding to p=0.0059 is crossed for the primary endpoint of confirmed PUBs, the secondary endpoint of confirmed complicated PUBs will be examined. If the p-value for this endpoint is <0.05, the DSMB may recommend stopping the study. No α-adjustment is required for confirmed complicated PUBs since a closed testing procedure is employed. For the primary endpoint in the final analysis, the p-values and confidence intervals quoted will be adjusted to reflect the interim analyses. For other analyses, the nominal p-values will be employed.

As stated in Appendix 2, it is the responsibility of the Data Safety and Monitoring Board (DSMB) to review the data from the study at regular intervals and to determine if it is safe or ethical to continue the study. If the DSMB finds it necessary, recommendations will be forwarded to and discussed with the Advisory Committee, a subset of the SC not involved in patient care, on changes to the study protocol or interruption of the study. It is the responsibility of the Advisory Committee to report recommended discontinuation of the study or changes to the protocol to the Steering Committee which in turn approves or rejects these recommendations. Reporting recommendations of the DSMB to the Advisory Committee avoids having the entire Steering Committee unblinded when the DSMB needs to present unblinded information to justify their recommendation. The roles and responsibilities of the DSMB are more fully delineated in the attached document (Appendix 2) entitled Interim Monitoring Guidelines for the VIGOR study that was approved by the DSMB. As stated in these guidelines, a recommendation to modify or discontinue the trial will not be based solely on statistical grounds. Rather the DSMB will consider the consistency of the observed differences between treatment groups in variables that should be associated with one another, and the importance of these differences to the health and safety of individuals in the trial. In this trial consistency between the primary endpoint of confirmed PUBs with the secondary endpoint of confirmed complicated PUBs is especially important as is the desire to have a substantial number of patients observed for 9 to 12 months. The combined clinical and statistical expertise of the DSMB members is required for interpretation of the study data. At the discretion of the DSMB, additional interim analyses may be scheduled after the results of the first interim analysis are known. The chosen α-spending function allows additional interim analyses while preserving the validity of the past interim analyses. Due to the anticipated differential dropout rates between treatment groups, the assessment of dropout rates will be made during the interim analysis in addition to the analysis of the PUB incidence. More details on specific

MRK-00420014538

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2014**

VIGOR Data Analysis Plan                                                17

**B. <u>Planned Interim Analysis, Group Sequential Boundary, and Early Stopping</u> (Cont.)**

considerations for interpretation of these data can be found in the guidelines in Appendix 2.   Appendix 3 contains a list of the members of the Steering Committee (SC), DSMB, and other VIGOR committees.

**C. <u>Populations for Analysis</u>**

The primary analyses will be based on All-Patients-Randomized (APR) population, i.e., all patients randomized will be included based on their randomized treatment assignment.

A per-protocol analysis will also be performed to corroborate the conclusions drawn from the APR analysis.   This analysis will exclude patients with clinically important protocol deviations based on a set of prespecified criteria (see Section V. Ground Rules).   It is not a repetition of the exclusion and inclusion criteria in the protocol, but a clinical assessment of important deviations from the protocol-specified criteria that   may either affect or confound the intended claims for the compound.   Any differences between conclusions from these 2 populations will be investigated and explained.

Since most of the endpoints are analyzed as time-to-first-event, no values will be imputed.

**D. <u>Multiplicity</u>**

There is only 1 primary endpoint and 1 primary treatment group comparison defined for VIGOR, and the interim analysis will be conducted using sequential stopping boundaries.   Secondary analyses will be used to support and help interpret the primary analyses, and thus no p-value adjustment for multiplicity will be applied.

**E. <u>Randomization, Blinding, and Unblinding</u>**

To control for confounding of extraneous factors, patients will be randomized into each treatment group using a computer-generated random allocation schedule.   The randomization will be stratified by study site and prior history of GI complications.   This study will follow the Merck in-house blinding procedure, i.e., besides study center personnel and patients, Merck research personnel (with the exception of the designated unblinded statistician) and the CRO conducting the study are also blinded during the screening process of reviewing and finding corrections to the data before the data file is frozen for final statistical analysis and reporting.   To stratify randomization by prior

MRK-00420014539

VIGOR Data Analysis Plan                                          18

### E. <u>Randomization, Blinding, and Unblinding</u> (Cont.)

history of serious GI adverse experiences, each study center will use the largest available allocation number for entering patients with and the smallest available allocation number for patients without such history. All study personnel (with the exception of the DSMB and the designated MRL project statistician) will remain blinded to treatment assignment throughout the study. Further details on blinding and the preparation of unblinded interim analyses can be found in the *Interim Monitoring Guidelines for VIGOR* in Appendix 2. After the study is stopped, the data from this study will be blinded to Merck research personnel [with the exception of a small report writing team (approximately 8 individuals)] until in-house review of data is complete, and all corrections to the database have been made. Any additional identification of criteria to be used to exclude patients or data points from the per-protocol analyses not included in this data analysis plan will be made by blinded staff prior to unblinding of the Merck database. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, the CRO conducting the study, and internal Merck personnel. At the time of unblinding, the database will be frozen in order to insure that analyses of data in response to regulatory queries will be performed on the same data set as that which was used for the regulatory submission. Unblinding of any individuals except those described here is strongly discouraged; should unblinding of additional person(s) occur, it will be documented and handled according to the Merck guidelines. In particular, unblinded personnel will not be permitted to provide input on patients' care or to make decisions about data cleanup.

The designated unblinded Merck statistician will serve as a non-voting member of the DSMB and as a consultant to the Advisory Committee. This individual will be responsible for making decisions about the conduct of the study and changes to the Data Analysis Plan prior to the first unblinding for interim analysis. In addition, there will be a blinded Merck statistician who will serve on the Steering Committee. This individual will also be responsible for making decisions regarding the conduct of the study and changes to the Data Analysis Plan after the first study unblinding for interim analysis. All such changes require MRL management and SC approval and will be fully documented.

The DSMB will review and provide input into protocol amendments prior to protocol implementation. The chairmen of the DSMB will determine if the amendment needs a full DSMB review. Any protocol changes in which an unblinded DSMB could be biased by knowledge of the study data will not be

VIGOR Data Analysis Plan                                        19

E. **Randomization, Blinding, and Unblinding (Cont.)**

   reviewed by the DSMB.  Decisions will be made by the SC on a case by case
   basis.  Suspected PUBs in VIGOR will be  adjudicated by the Case Review
   Committee which will remain blinded to study treatment.  These adjudicated
   endpoints will be used in all analyses.  A detailed description of the criteria
   for the primary endpoint is provided in the Case Review Committee's
   procedures.

F. **Patient Characteristics**

   This section describes which demographic and baseline characteristics of the
   patients will be assessed.  No formal statistical analyses will be performed to
   compare treatment groups for these characteristics.   Summary statistics
   (sample size, mean, median, standard deviation, range, and proportion, when
   appropriate) will be provided by treatment group for the following variables:

   1. Continuous baseline demographic variables: Age (years), Duration of RA
      (years), Weight (kg), and Height (cm).

   2. Categorical baseline demographic variables; Gender (Female/Male),
      Ethnic    Group    (Caucasian/Black/Hispanic/Other),    Study   Region
      (U.S./Non-U.S.), Age group (40 to 54, 55 to 64, 65 to 74, ≥75), Smoking
      Status (current smoker/ex-smoker/never smoked) and categorized amount,
      and Alcohol Consumption Status (some/none) and categorized amount.

   3. Baseline prognostic factors: Prior history of PUBs, prestudy treatment for
      RA (DMARDs [excluding corticosteroids and methotrexate], cortico-
      steroids, methotrexate), history of cardiac disease, ARA classification
      (1 through 4), secondary diagnoses, prior therapies.

   4. Baseline Efficacy/Safety: Patient and Investigator Global Assessments,
      modified HAQ, Vital Signs, and Laboratory Data.

   The group of patients not randomized to study treatment, but in whom clinical
   study procedures were initiated, will be characterized in comparison to the
   group of randomized patients.  Summary statistics for these 2 groups will be
   provided for age, gender, race, prior GI history, and the ARA classification
   status.

MRK-00420014541

VIGOR Data Analysis Plan                                                        20

### G. Statistical Model

#### 1. Explanatory Factors

The Cox proportional hazard model will be used to evaluate the time-to-first-event data for primary, secondary endpoints, the exploratory endpoint of GI bleeding, and for prespecified adverse experiences. The model for the primary endpoint will have the explanatory factor of treatment (rofecoxib or naproxen) and prior history of PUBs as a stratification factor. Study center will not be included in the primary model because the number of events expected to be observed is very small compared to the number of patients and the number of centers. Since approximately 300 centers will participate in the study, some centers may have one or no events. However, study region effects will be included in the secondary analysis of PUB rates and in the analyses of confirmed plus unconfirmed PUBs, one of the secondary endpoints. Interactions between treatment and any stratification factors in the model (prior history of PUBs and possibly study region) will be evaluated one at a time in a Cox model that includes the main effects. The interactions will be tested at $\alpha$=0.05 significance level. If an interaction is significant, then the nature of the interactions (qualitative versus quantitative) will be examined. Only in the event of a qualitative interaction, i.e., treatment effects are in opposite directions, the treatment effect will be estimated within each level of the stratification factor and further analyses will be performed to explore the cause of the qualitative interaction. In the event of a nonsignificant qualitative or quantitative interaction of any type (significant or nonsignificant), the main treatment effect is interpreted reasonably as the effect averaged over the different levels of the stratification factor. It is recognized that the power to detect an interaction will be limited.

The analysis of variance (ANOVA) model will be used to assess the Patient's and Investigator's Global Assessments and the modified HAQ. The model will have the average change from baseline over the treatment period as the response and the explanatory variables of treatment, stratum, study region, and baseline covariate. This model will be used to provide estimates for the least square mean change and 95% confidence intervals both within and between treatment groups but p-values for treatment group comparisons will not be provided. The various models for these and all other planned analyses are summarized in Appendix 5.