# Exhibit 4
# Part 2

VIGOR Data Analysis Plan                                    21

### G. Statistical Model (Cont.)

#### 2. p-Values, Point Estimates, and Confidence Intervals

For the primary endpoint in the final analysis, the p-values for the proportional hazard model (Wald statistics) will reflect the interim analysis. The method for p-value adjustment that will be used in VIGOR is delineated in Appendix 4, which describes the adjustment method for this study; it is similar to that used in the Scandinavian Simvastatin Survival Study (4S) and the AFCAPS/TexCAPS study. For the primary endpoint, a 95.25% confidence interval will be provided to adjust for the interim look. Note that it is possible that additional PUBs will be observed between the time the stopping boundary is crossed and the time when all study sites closed. In such a case, no additional adjustment to the nominal $\alpha$-level for the primary endpoint will be made (i.e., the $\alpha$-level used for the final analysis will be the same as the one used for the study stopping) [12].

For all other analyses, the nominal p-values and 95% confidence intervals will be provided, i.e., statistical significance will be assessed using $\alpha=0.05$, two-sided.

The estimates of the cumulative event rates at the end of the study but while there are still at least 500 patients at risk in each treatment group will be obtained from the Kaplan-Meier method.

#### 3. Subgroup Analyses, Interactions, and Associations With the Primary Endpoint

For the selected patient characteristics and baseline covariates in which subgroups are prespecified, whether or not the effect of rofecoxib compared to naproxen is consistent in the subgroups will be explored. The patient characteristics and baseline covariates of interest are:

- Prior history of PUBs (yes/no)

- Study region (U.S./non-U.S.)

- Age group (<65 years/≥65 years)

- Ethnic group (Caucasian/Other)

- Gender (female/male)

- Use of systemic corticosteroids at baseline

MRK-00420014543

VIGOR Data Analysis Plan                                          22

### G. Statistical Model (Cont.)

For each subgroup variable listed above, a Cox regression model will be performed for the primary endpoint and will include the treatment, subgroup, and treatment-by-subgroup interaction. The interactions will be tested at $\alpha=0.05$ significance level. If an interaction is significant, then the nature of the interactions (qualitative versus quantitative) will be examined. Only in the event of a significant qualitative interaction, i.e., treatment effects are in opposite directions, the treatment effect will be estimated within each level of the subgroup factor and further analyses will be performed to explore the cause of the qualitative interaction. In the event of a nonsignificant qualitative or quantitative interaction of any type (significant or nonsignificant), the main treatment effect is interpreted reasonably as the effect averaged over the different levels of the subgroup factor. It is recognized that the power to detect an interaction will be limited.

Summary statistics (cases, patient-years at risk, incidence rates, relative risk and 95% confidence interval for relative risk) will be presented within the subgroups for the primary endpoint. Subgroup analyses may also be performed for more numerous of the secondary endpoints, i.e., confirmed plus unconfirmed PUBs.

Subsequent to the initial report and filing on these protocols, we may undertake additional exploratory analyses intended to identify covariates that are associated with outcome. We will consider using the method described by Tukey [13] to identify such factors. Also subsequent to the initial report and filing, we will investigate the effect of the postrandomization subgroups of on-treatment use of $H_2$-blockers and on-treatment use of corticosteroids as well as *H. pylori* status at the time of an event. These will not be considered in the initial analyses since these postrandomization subgroups may well be affected by treatment group. Therefore their interpretation may require extensive exploratory analyses.

### 4. Testing Assumptions of the Model

For the primary and secondary endpoints, the proportional hazard assumption will be tested at the 0.05 significance level by including treatment*log(time) as a factor in the model; nonsignificance (p>0.05) of this factor implies proportionality. If the proportional hazard assumption is violated, the implications on the interpretation of the time course of treatment effect will be explored. The semi-parametric nature of the proportional hazard model does not require other distributional

MRK-00420014544

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2020**

VIGOR Data Analysis Plan                                        23

### G. Statistical Model (Cont.)

assumptions. The assumption about non-informative censoring mechanism is not testable, however, it is possible that the NSAID group will have more frequent discontinuations due to GI Adverse experience adverse events than the rofecoxib group. The evaluation of dropout rates and patterns and a number of sensitivity analyses (see the following section) will address this issue.

### H. Dropouts and Sensitivity Analyses

Several types of sensitivity analyses will be performed as described below.

#### 1. Imputation of Rates (Sensitivity Analyses)

In order to address potentially differing dropout rates, analyses using 2 different imputation strategies will be performed.

- Rofecoxib confirmed PUB rates imputed to rofecoxib patients who discontinue for any reason other than confirmed PUBs and naproxen confirmed PUB rates imputed to naproxen patients who discontinue for any reason other than confirmed PUBs.

- Overall average confirmed PUB rates imputed to all patients who discontinue for any reason other than confirmed PUBs.

The rate of confirmed PUBs used in the imputation will be estimated using the Kaplan-Meier model; estimates will be taken at the end of observation but while at least 500 patients are at risk. Crude proportions of patients experiencing confirmed PUBs (including imputed events) will be compared between treatment groups [4] and the numbers, proportions and 95% confidence intervals on the difference in proportions will be provided.

#### 2. Analysis of Patients With PUBs Who Had Confounding Causes

- Took NSAIDs, aspirin, or anticoagulants for 2 days within 14 days of the event date.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug.

MRK-00420014545

VIGOR Data Analysis Plan                                          24

## H. <u>Dropouts and Sensitivity Analyses</u> (Cont.)

### 3. <u>Dropouts</u>

Since the presence of informative dropouts may cause bias in the analysis, evaluation of the dropout rates will receive more than routine attention in this study. In addition to the evaluation of crude rates (i.e., the proportion of dropout patients in each group by reason), survival analysis techniques will be used to assess the differences between treatment groups with respect to dropout rates in the following categories:

- Due to any reason other than primary endpoint

- Due to lack of efficacy

The proportional hazard model as described for the secondary endpoints will be used for these evaluations, i.e., treatment will be the explanatory variable and prior history of PUBs will be the stratification variable. If there are sufficient numbers of patients in the above categories, the model may also include study region as an additional stratification variable. Survival plots for time-to-dropout by treatment within each of the above categories will be produced. Note that the analysis of discontinuations due to lack of efficacy addresses the secondary efficacy objective. In addition to the above reasons for discontinuation, dropouts due to GI adverse experiences including abdominal pain, due to edema-related adverse experiences, due to hypertension-related adverse experiences and due to any adverse experience were discussed in Section II.C. Other Safety Analyses.

## I. <u>Compliance</u>

Compliance will be assessed by the percentage of missed doses of the active drug:

100%* (number of tablets supposed to be taken—number of missed doses)/number of tablets supposed to be taken.

Summary statistics (mean, standard deviation, median, minimum, maximum, number, and percent with ≥75% compliance) on percent compliance throughout study treatment will be provided by treatment group.

MRK-00420014546

VIGOR Data Analysis Plan                                                                25

**J.  Dissemination of Results**

Every effort will be made to limit the number of individuals who are unblinded prior to the public dissemination of results. Other than the DSMB, anyone who is unblinded will not be involved in any decision affecting the future conduct of the study or in decisions involving specifics of patient data. All individuals who are unblinded prematurely will be identified and sign a confidentiality agreement indicating such.

## V.  GROUND RULES

This section contains the list of ground rules and data handling conventions that will be used to carry out the statistical analyses. An attempt is made to anticipate possible data problems and to prespecify data handling conventions. However, it is recognized that this DAP may not have covered all possible problems. Blinded data review will be performed, and data problems found through such reviews will be handled according to the principles outlined in this DAP and will be properly documented. Data problems found after unblinding will be handled in the same way and will be clearly noted in the study report.

**A.  All-Patients-Randomized Population Definition**

All randomized patients will be included in the analysis.

**B.  Events Included in the All-Patients-Randomized Analysis**

**1.  Primary and Secondary Endpoints**

Suspected PUBs and suspected complicated PUBs are evaluated by the Case Review Committee according to prespecified criteria. Whether a PUB has occurred and whether it is complicated is determined by the Case Review Committee. Only PUBs and complicated PUBs require adjudication by the Case Review Committee.

**2.  Exploratory Endpoint**

The exploratory endpoint of any GI bleed will be derived from appropriate entries on the Adverse Event form or final PUB adjudication form (see Section V.G. *Endpoint Specific Issues*).

**C.  Time of Censoring for Patients Without Events**

As a rule, the primary time frame for the analysis of confirmed PUBs, complicated PUBs, confirmed and unconfirmed PUBs, confirmed and

MRK-00420014547

VIGOR Data Analysis Plan                                    26

### C. <u>Time of Censoring for Patients Without Events (Cont.)</u>

unconfirmed complicated PUBs, and any GI bleeds will include 14 days after study discontinuation. Patients lost to follow-up during this time period will be assumed event-free. For the interim reports, the data cutoff dates will be established by the Steering Committee; all patients randomized and all PUBs adjudicated prior to these dates will be included in the analysis. The same rules will apply to the secondary and exploratory endpoints.

### D. <u>Per-Protocol Population Definition</u>

The "per-protocol" population excludes patients with clinically important deviations from protocol specified criteria. It is not a repetition of the exclusion and inclusion criteria in the protocol, but a clinical assessment of deviations from the protocol-specified criteria that will either affect or confound the intended claims for rofecoxib. The "per-protocol" analyses will be performed for the primary endpoint and possibly for some secondary endpoints.

The following patients will be excluded from "per-protocol" analyses.

- Patients with <75% compliance during the entire trial. Compliance will be assessed by the percentage of missed doses of the active drug: 100%*(number of tablets supposed to be taken—number of missed doses)/number of tablets supposed to be taken.

- Patients entering the trial with evidence of GI bleeding, e.g., hemoccult positive stool.

- Patients taking non-protocol NSAIDs, aspirin, or products containing these more than 10% of the time on study.

- Patients taking prestudy NSAIDs, aspirin, or products containing these within 14 days prior to study start who have events within the first 2 days of study start will be excluded.

- Patients taking GI escape medications other than antacids and/or low-dose $H_2$ blockers (i.e., proton-pump inhibitors, sucralfate or misoprostol or high dose $H_2$ blockers) for more than 30 days continuously or more than 60 days total during the study.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug will be excluded.

MRK-00420014548

**D. Per-Protocol Population Definition (Cont.)**

- Patients with a history of major upper gastrointestinal surgery (i.e., gastrectomy, Bilroth I or II, vagotomy).

The time frame for the per-protocol analysis will be 14 days after discontinuation.

**Patient Entered Into the Study Violating Inclusion/Exclusion Criteria**

Unless otherwise stated in the grounds rules (as above in the per-protocol population definition), the exclusion and inclusion criteria specified in the protocol are for the protection of study subjects and do not affect safety assessments. Therefore, these patients will be included in all analyses including the per-protocol analysis.

**E. Day Ranges**

The primary and most other endpoints are defined as time-to-first-event and need no day range definitions. Efficacy parameters, laboratory parameters, and vital signs will be assessed on the overall average during the treatment period and therefore need no day ranges. Plots of means over time will be presented for hemoglobin, hematocrit, and blood pressure and therefore day ranges for the plots are defined in Table 6.

Table 6

Day Ranges

| Visit Times | Relative Day Ranges for: Blood Pressure, Hemoglobin, Hematocrit |
|---|---|
| Randomization | $\leq 1$ |
| Week 6 | 2 to 77 |
| Month 4 | 78 to 183 |
| Month 8 | 184 to 305 |
| Month 12 | 306 to 427 |
| Month 16[†] | 428 to 549 |
| Month 20[†] | 550 to 671 |
| Month 24[†] | $\geq 672$ |

[†] If study is still ongoing.

MRK-00420014549

VIGOR Data Analysis Plan                                        28

### E. Day Ranges (Cont.)

#### 1. Multiple Measurements

For a patient, there may be more than 1 valid vital signs, efficacy, or laboratory measurement for a parameter on a particular day. In such a case, the mean of all measurements from the same day will be used to represent the results from that day summary statistics but not in the predefined limits of change analyses. If a patient has more than 1 measurement on different days in a given day range, the last measurement in the range will be used in the all-patients-randomized analysis (again with the exception of the predefined limits of change analysis).

#### 2. Definition of Baseline and Treatment Period Data

The baseline for the laboratory data, vital signs, Global Assessments of Disease Status, and HAQ is defined as the last measurement prior to randomization (in most cases, this will be the measurement collected on Randomization Visit). Other endpoints do not have a baseline. The treatment period data is defined as data collected after the randomization visit and prior to (and including) end-of-study or discontinuation visit, whichever comes last, except for PUBs (whether or not confirmed and/or complicated) and GI bleeds and which extend to 14 days postdiscontinuation visit. The term "study discontinuation visit" refers to either end-of-study visit (if such exists for a patient) or discontinuation visit (for patients discontinued prior to study stop date).

### F. Endpoint Specific Issues

#### 1. PUBs

The occurrence of a confirmed/unconfirmed (complicated or not) PUB will be captured on the Endpoint Form. Queries will be developed to reconcile adverse experiences with events to ensure that all endpoints have been captured and coded correctly in the adverse experience and Endpoint databases. In the final analysis, for patients without PUBs, the time of censoring will be 14 days after the study discontinuation visit or, for patients without a discontinuation visit, the time of the last recorded clinic visit plus 14 days. For the purpose of the interim analysis, the censoring time for all patients will be the date of the Case Review Committee meeting at which the 60th primary endpoint is adjudicated. The time-to-event will be calculated in terms of "relative days" since randomization.

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2026**

VIGOR Data Analysis Plan                                             29

### F. Endpoint Specific Issues (Cont.)

#### 2. Any GI Bleed

The information about all GI bleeds is captured on the adverse experience, SAE Forms, or PUB Event Form.

GIB to be included in this analysis:

a. Upper GI bleeds adjudicated by the CRC as confirmed or unconfirmed.

b. Adverse experiences suggestive of a lower GIB or GI bleed of unspecified location will be identified from the adverse experience and SAE forms. The terms to be included will be identified prior to unblinding. To be included in this analysis, those adverse experiences must meet 1 of the following criteria:

- Reported as an SAE

- Resulted in discontinuation of the patient from the study

- Associated with a 2-g drop in hemoglobin from baseline 14 days before the start date of the event and/or 30 days after.

c. Upper GI bleeds adjudicated by the CRC as "not an upper GI event" will be included in this analysis if it meets 1 of the following criteria:

- Reported as an SAE

- Associated with a 2-g drop in hemoglobin from baseline 14 days before the start date of the event and/or 30 days after.

The adverse experiences terms that will be included in this endpoint will be identified prior to unblinding. The time to event and the time to censoring will be calculated according to the rules outlined for PUBs.

MRK-00420014551

VIGOR Data Analysis Plan                                              30

## VI. PRESENTATION/FORMAT OF RESULTS

### A. Demographic Table and Graph Mock-Ups

The suggested tables (Tables 7 through 29) and graphs (Figures 1 through 4)
that will be included in the clinical study report are contained in this section.
The actual tables and graphs that will be used will be finalized during the CSR
planning process.

Table 7

Baseline Patient Characteristics by Treatment Group (Continuous Variables)

| Baseline Demographic | n | Mean (SD) | Median | Range |
|---|---|---|---|---|
| **Age (Years)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Weight (kg)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Height (cm)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Duration of Rheumatoid Arthritis (Years)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |

Table 8

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline<br>Demographic | Treatment A<br>N=xxxx<br>n (%) | Treatment B<br>N=xxxx<br>n (%) | Total<br>N=xxxx<br>n (%) |
|---|---|---|---|
| **Gender** | | | |
| Female | | | |
| Male | | | |

VIGOR Data Analysis Plan                                          31

### A. Demographic Table and Graph Mock-Ups (Cont.)

Table 8 (Cont.)

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline Demographic | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) | Total N=xxxx n (%) |
|---|---|---|---|
| **Ethnic Group** | | | |
| White<br>Black<br>Asian<br>Hispanic<br>Multi-racial<br>Other | | | |
| **Study Region** | | | |
| U.S.<br>Non U.S. | | | |
| **Age Group** | | | |
| ≤54<br>55 to 64<br>65 to 74<br>≥75 | | | |
| **Prior History of PUBs** | | | |
| No<br>Yes | | | |
| **ARA Status** | | | |
| I<br>II<br>III<br>IV | | | |
| **Prestudy Treatment for Rheumatoid Arthritis** | | | |
| DMARDs[†]<br>Corticosteroids<br>Methotrexate<br>None of the above | | | |

/MK-0966/DAP/RA182.DOC\APPROVED                    15-Mar-2000

MRK-00420014553

VIGOR Data Analysis Plan                                           32

### A. Demographic Table and Graph Mock-Ups (Cont.)

Table 8 (Cont.)

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline Demographic | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) | Total N=xxxx n (%) |
|---|---|---|---|
| **History of Cardiac Disease** | | | |
| No Yes | | | |
| **Smoking Status** | | | |
| Never smoked Ex-smoker Current smoker | | | |
| **Number Cigarettes/Day** | | | |
| ≤10/day 11 to 20/day >20/day | | | |
| **Number of Alcoholic Drinks Per Week** | | | |
| None 1 to 4 5 to 7 8 to 10 >10 | | | |

§ DMARDs = Disease Modifying Anti-Rheumatoid Drugs (excluding corticosteroids and methotrexate).

MRK-00420014554

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)            **2030**

VIGOR Data Analysis Plan                                                    33

### A. <u>Demographic Table and Graph Mock-Ups</u> (Cont.)

Table 9

Age Distribution by Gender

| Gender | Age | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) | Total N=xxxx n (%) |
|--------|-----|--------------------------|--------------------------|---------------------|
| Female | ≤54 55 to 64 65 to 74 ≥75 | | | |
| Male | ≤54 55 to 64 65 to 74 ≥75 | | | |

/MK-0966/DAP/RA182.DOC\APPROVED                          15-Mar-2000

MRK-00420014555

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)　　　**2031**

VIGOR Data Analysis Plan　　　　　　　　　　　　　　34

## A.  <u>Demographic Table and Graph Mock-Ups</u> (Cont.)

Table 10

Baseline Values for Prespecified Laboratory Parameters

| | n | Mean (SD) | Median | Range |
|---|---|---|---|---|
| **Hematocrit (%)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Hemoglobin (g/dL)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **ALT (U/L)[†]** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **AST (U/L)[†]** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Creatinine (mg/dL)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| [†] Geometric mean and back-transformed SD. | | | | |

/MK-0966/DAP/RA182.DOC\APPROVED　　　　　　　　　　　15-Mar-2000

MRK-00420014556

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2032**

VIGOR Data Analysis Plan                                                35

A. <u>**Demographic Table and Graph Mock-Ups**</u> **(Cont.)**

Table 11

Baseline Global Assessments of Disease Status and HAQ

| | n | Mean ± SD | Median | Range |
|---|---|---|---|---|
| **Patient's Global Assessment (0 to 4 Likert)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Investigator's Global Assessment (0 to 4 Likert)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |
| **Modified HAQ (Protocol 088 Only) (0 to 3 Likert)** | | | | |
| Treatment A<br>Treatment B<br>Total | | | | |

Table 12

Number (%) of Patients With Secondary Diagnoses
Related to Perforation, Ulceration, and Gastrointestinal Bleeding

| | Treatment A<br>N=xxxx | Treatment B<br>N=xxxx | Total<br>N=xxxx |
|---|---|---|---|
| History of PUBs | n (%) | n (%) | n (%) |
| **Patients With ≥1 Secondary Diagnoses** | | | |
| Duodenal ulcer<br>Gastric ulcer<br>GI bleeding<br>Etc. | | | |

MRK-00420014557

VIGOR Data Analysis Plan                                               36

### A. Demographic Table and Graph Mock-Ups (Cont.)

Table 13

Patient Accounting
Per-Protocol Analysis

|  | Treatment A<br>N=xxxx | Treatment B<br>N=xxxx | Total<br>N=xxxx |
|---|---|---|---|
|  | n (%) | n (%) | n (%) |
| Included<br>Excluded<br>... Reason 1<br>... Reason 2<br>... Reason 3<br>... Reason 4<br>Etc. |  |  |  |

Table 14

Number of Patients in the Study at Different Time Points

| Treatment | N | Number (%) of Patients in the Study[†] | | |
|---|---|---|---|---|
|  |  | After 4 Months<br>(Visit 4) | After 8 Months<br>(Visit 5) | After 12 Months<br>(Visit 6) |
| Treatment A<br>Treatment B<br>Total |  |  |  |  |

† The number of patients after each time point indicated represents the number of patients completing the indicated time point and at risk at the beginning of the next column's time period.

MRK-00420014558

VIGOR Data Analysis Plan                                    37

### A. Demographic Table and Graph Mock-Ups (Cont.)

Table 15

Percent Compliance

| Percent Compliance | Treatment A (N=xxxx) | Treatment B (N=xxxx) |
|---|---|---|
| ≥75% compliant: n (%) | | |

Table 16

Reasons for Discontinuation

| Reason for Withdrawal | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) | Total N=xxxx n (%) |
|---|---|---|---|
| Clinical adverse experience | | | |
| Laboratory adverse experience | | | |
| Lack of efficacy | | | |
| Deviation from protocol | | | |
| Lost to follow-up | | | |
| Moved | | | |
| Withdrew consent | | | |
| Other | | | |
| Continuing in study[†] | | | |

† Category "continuing in study" is only relevant for the interim analyses.

MRK-00420014559

38

VIGOR Data Analysis Plan

A.  **Demographic Table and Graph Mock-Ups (Cont.)**

Table 17

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Cases | PYR[†] | Rates[‡] | Relative Risk[§] Estimate | 95% CI | p-Value |
|---|---|---|---|---|---|---|---|---|
| Any reason other than Primary endpoint | A B | | | | | | | |
| Lack of efficacy | A B | | | | | | | |

† Patient-years at risk.
‡ Per 100 patient-years at risk.
§ Relative risk of Treatment A with respect to Treatment B from Cox Model stratified by prior history of PUBs and study region U.S./multinational).

/MK-0966/DAP/RA182.DOCAPPROVED--15-Mar-2000

MRK-00420014560

VIGOR Data Analysis Plan                                    39

## A. <u>Demographic Table and Graph Mock-Ups</u> (Cont.)

Figure 1

Time-to-Event Plot for Discontinuations Due to any Reason
Other Than Primary Endpoint



(Also Done for Withdrawals Due to Lack of Efficacy)

MRK-00420014561

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)     **2037**

VIGOR Data Analysis Plan                                          40

### B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints

Table 18

Analysis of Confirmed PUBs (All-Patients-Randomized)

[Similar table for secondary endpoints: confirmed and unconfirmed PUBs, confirmed complicated PUBs, confirmed and unconfirmed complicated PUBs; and exploratory endpoint: any GI bleed; and also for other models and approaches for the primary endpoint, i.e., per-protocol approach, and model with study region and prior history.]

| | Treatment A (N=xxxx) | Treatment B (N=xxxx) |
|---|---|---|
| Cases<br>Patient-years at risk<br>Rate[†]<br>Cumulative incidence[‡] | | |
| **Relative risk[§]** | | |
| Estimate<br>95.25% CI[‖]<br>p-Value[‖] | | |

[†]  Per 100 patient-years at risk.
[‡]  At end of study but while at least 500 patients are at risk in each treatment group. Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§]  Cox model, stratified by prior history of PUBs.
[‖]  For the primary endpoint, the CI and p-value are adjusted for the interim analysis.

/MK-0966/DAP/RA182.DOC\APPROVED                              15-Mar-2000

MRK-00420014562