# Exhibit 4
# Part 3

VIGOR Data Analysis Plan                                                           41

### B.  Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)

Figure 2

Time-to-Event Plot for Confirmed PUBs (All Patients Randomized)



Also done for secondary endpoints:  confirmed and unconfirmed PUBs, confirmed complicated PUBs, confirmed and unconfirmed complicated PUBs; and exploratory endpoint:  any GI bleed.

/MK-0966/DAP/RA182.DOC\APPROVED                                    15-Mar-2000

VIGOR Data Analysis Plan                                                     42

### B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)

Table 19

Results of Imputation of Rates Sensitivity Analyses

| Imputation Model | Treatment A (N=xxxx) n (%)[†] | Treatment B (N=xxxx) n (%)[†] | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Rates Without Imputation | | | | |
| Treatment Group Specific Rates[‡] | | | | |
| Average Rates[§] | | | | |

[†] Crude percent is reported. Cumulative incidence from Kaplan-Meier model is used in imputation.
[‡] Rofecoxib confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the rofecoxib group, and naproxen confirmed PUB rates assumed for discontinuations due to due to any reason except confirmed PUBs in the naproxen group.
[§] Overall average confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in both groups.

Table 20

Duration of Time in Study[†]

| Cohort | Treatment Group | Duration of Follow-Up (Months[‡]) | | | | |
|---|---|---|---|---|---|---|
| | | N | Mean | SD | Median | Range |
| Overall | A B Total | | | | | |

[†] Up to 14 days after discontinuation.
[‡] Month=30.5 days.

MRK-00420014564

VIGOR Data Analysis Plan        43

### B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)

Table 21

Number of Events by Type of Primary and Secondary Endpoints

| Endpoint | Counts and Percent of Patients | |
|---|---|---|
| | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) |
| **Primary Endpoint** | | |
| Confirmed PUBs  Perforations  Ulcers  Obstructions  Bleeds | | |
| **Secondary Endpoints** | | |
| Confirmed and Unconfirmed PUBs  Perforations  Ulcers  Obstructions  Bleeds  Confirmed Complicated PUBs  Perforations  Ulcers  Obstructions  Bleeds  Confirmed and Unconfirmed Complicated PUBs  Perforations  Ulcers  Obstructions  Bleeds | | |

MRK-00420014565

VIGOR Data Analysis Plan                                             44

### B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)

Table 22

Number of Events by Type of Exploratory Endpoint

| Endpoint | Counts and Percent of Patients | |
|---|---|---|
| | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) |
| **Exploratory Endpoint** | | |
| Any GI Bleed Upper GI bleed Lower GI bleed Unspecified | | |

Table 23

Confirmed PUBs
Analysis of Treatment-by-Study Region Interaction

| | U.S. | | Multinational | |
|---|---|---|---|---|
| | Treatment A | Treatment B | Treatment A | Treatment B |
| N Cases Patient-years at risk Rate[†] | | | | |
| Relative Risk[‡] | | | | |
| Estimate 95% CI | | | | |
| Model Effects: U.S. Versus Multinational (Combined Treatments)[§] | | | | |
| Estimate 95% CI | | | | |
| Model Effects: Treatment by Subgroup Interaction[†] | | | | |
| p-Value | | | | |

[†] Per 100 patient-years at risk.
[‡] Cox model includes treatment, subgroup, and treatment-by-subgroup interaction.
[§] Cox model includes treatment and subgroup main effect.

(Similar tables will be provided for other prespecified subgroups.)

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2042**

VIGOR Data Analysis Plan                                    45

**B.** **Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)**

Figure 3

Relative Risk of Confirmed PUBs With 95% CI Within
Prespecified Subgroup Cohorts



46

VIGOR Data Analysis Plan

C. **Efficacy Tables**

Table 24

Efficacy Measures
Average Over Treatment Period (All-Patients-Randomized)

| Treatment Group | N | Baseline | | On-Treatment | | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SD | Mean | SD | Mean[†] | SD | LS Mean[†,‡] | 95% CI[†,‡] |
| Patient's Global Assessment of Disease Status (0 to 4 Likert) | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A-B[§] | | | | | | | | | |
| Investigator's Global Assessment of Disease Status (0 to 4 Likert) | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A-B[§] | | | | | | | | | |
| Modified HAQ (Protocol 088 Only) (0 to 3 Likert) | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A-B[§] | | | | | | | | | |

[†] Negative numbers mean improvement.
[‡] Least-square mean, standard error, and 95% CI based on ANOVA model with treatment, stratum, study region (U.S./multinational), and baseline value as a covariate.
[§] Negative numbers favor Treatment A; positive numbers favor Treatment B.

/MK-0966/DAP/RA182.DOC·APPROVED—15-Mar-2000

MRK-00420014568

47

VIGOR Data Analysis Plan

## D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups

Table 25

Analysis of Targeted Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Cases | PYR[+] | Rates[‡] | Relative Risk[§] | | | p-Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | | |
| Serious clinical adverse experiences | A B | | | | | | | | |
| Drug-related clinical adverse experiences | A B | | | | | | | | |
| Clinical adverse experiences leading to discontinuation | A B | | | | | | | | |
| Discontinuations due to GI adverse experiences including abdominal pain | A B | | | | | | | | |
| Discontinuations due to edema-related adverse experiences | A B | | | | | | | | |
| Discontinuations due to hypertension-related adverse experiences | A B | | | | | | | | |

/MK-0966/DAP/RA182.DOC-APPROVED—15-Mar-2000

MRK-00420014569

48

VIGOR Data Analysis Plan

**D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 25 (Cont.)

Analysis of Targeted Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Cases | PYR[+] | Rates[‡] | Relative Risk[§] Estimate | Relative Risk[§] 95% CI | Relative Risk[§] p-Value |
|---|---|---|---|---|---|---|---|---|
| CHF adverse experiences | A B | | | | | | | |
| Serious laboratory adverse experiences | A B | | | | | | | |
| Drug-related laboratory adverse experiences | A B | | | | | | | |
| Laboratory adverse experiences leading to Discontinuation | A B | | | | | | | |

[+] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of Treatment A with respect to Treatment B from unstratified Cox model.

/MK-0966/DAP/RA1R2.DOCAPPROVED--15-Mar-2000

MRK-00420014570

VIGOR Data Analysis Plan                                         49

**D.** **Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Complete counts and percentages of adverse experiences (by preferred terms) along with 95% confidence intervals on the difference in proportions will be provided in Appendix (no p-values), see next table.

Table 26

Analysis of Routine Clinical Adverse Experiences

Note: this table will be in the appendix, there will be similar tables for serious, drug-related, and adverse experiences leading to discontinuation and a similar set of tables for laboratory adverse experiences.

| Adverse Experience | Treatment A (N=xxxx) n (%) | Treatment B (N=xxxx) n (%) | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Body System 1 Preferred term 1 Preferred term 2 | | | | |
| Body System 2 Preferred term 1 Etc. | | | | |

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2047**

VIGOR Data Analysis Plan                                           50

### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 27

Analysis of Prespecified Laboratory Predefined Limits of Change

| Predefined Change | Treatment A (N=xxxx) n/N (%) | Treatment B (N=xxxx) n/N (%) | Difference in Proportions Estimate | 95% CI |
|---|---|---|---|---|
| Decrease in Hgb>2 g/dL and Hct ≥5% or Hgb >1 g/dL and Hct≥10%[†] | | | | |
| AST (U/L) In patients with normal baseline AST, consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation, or in patients with abnormal baseline AST, consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation[‡] | | | | |
| ALT (U/L) In patients with normal baseline ALT, consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation, or in patients with abnormal baseline ALT, consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation[‡] | | | | |
| Creatinine (mg/dL) Consecutive values with absolute increase ≥0.5 and >ULN or 1 value with increase ≥0.5 and >ULN associated with study drug discontinuation[‡] | | | | |
| Platelet Count (x10³/µl) Consecutive values with a decrease >25% and <LLN or a single values associated with study drug discontinuation | | | | |

MRK-00420014572

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2048**

VIGOR Data Analysis Plan                                                    51

### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 27 (Cont.)

Analysis of Prespecified Laboratory Predefined Limits of Change

| Predefined Change | Treatment A (N=xxxx) n/N (%) | Treatment B (N=xxxx) n/N (%) | Difference in Proportions Estimate | 95% CI |
|---|---|---|---|---|
| Bilirubin (mg/dL) and alkaline phosphatase (U/L)[†] Bilirubin ≥1.8*ULN and alkaline phosphatase ≥ 3*ULN | | | | |
| Sodium (mEq/L) • Absolute decrease ≥8 and <LLN • Absolute increase ≥8 and <ULN | | | | |
| Potassium (mEq/L) • Consecutive values with absolute decrease ≥0.8 and <LLN or one such value associated with study drug discontinuation • Consecutive values with absolute increase ≥0.8 and <ULN or one such value associated with study drug discontinuation | | | | |
| Calcium (mg/dL) • Absolute increase ≥1.5 and >ULN • Absolute decrease ≥1.5 and <LLN | | | | |
| † Drop in hemoglobin and hematocrit must occur on the same date. ‡ Primary analysis. | | | | |

MRK-00420014573

52

VIGOR Data Analysis Plan

**D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 28

Summary of Changes From Baseline in Laboratory Parameters

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Geometric Mean | Percent Change From Baseline | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Back-Transformed SD | Median | Range |
| Hematocrit (%)[+] | A | | | | | | | |
| | B | | | | | | | |
| Hemoglobin (g/dL)[+] | A | | | | | | | |
| | B | | | | | | | |
| Total WBC (x 10³/μL) | A | | | | | | | |
| | B | | | | | | | |
| Lymphocyte count (x 10³/μL) | A | | | | | | | |
| | B | | | | | | | |
| Neutrophil count (x 10³/μL) | A | | | | | | | |
| | B | | | | | | | |
| Platelet count (x 10³/μL) | A | | | | | | | |
| | B | | | | | | | |
| Bilirubin (mg/dL) | A | | | | | | | |
| | B | | | | | | | |

/MK-0966/DAP/RA182.DOC/APPROVED--15-Mar-2000

MRK-00420014574

53

VIGOR Data Analysis Plan

**D.  Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 28 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Geometric Mean | Back-Transformed SD | Median | Range |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Percent Change From Baseline | | |
| Alkaline phosphatase (U/L) | A B | | | | | | | |
| AST (U/L) | A B | | | | | | | |
| ALT (U/L) | A B | | | | | | | |
| Creatinine (mg/dL)* | A B | | | | | | | |
| Uric acid (mg/dL) | A B | | | | | | | |
| Potassium (mEq/L) | A B | | | | | | | |
| Sodium (mEq/L) | A B | | | | | | | |
| Calcium (mg/dL) | A B | | | | | | | |

* Mean, SD, median, and range reported for change from baseline.

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

MRK-00420014575

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)

2051

54

VIGOR Data Analysis Plan

D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 29

Summary of Changes From Baseline in Vital Signs

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Change From Baseline | | |
|---|---|---|---|---|---|---|---|
| | | | | | Mean | SD | Median | Range |
| Diastolic BP (mm Hg) | A B | | | | | | |
| Systolic BP (mm Hg) | A B | | | | | | |
| Weight (kg) | A B | | | | | | |

MK-0966/DAP/RA182.DOC/APPROVED—15-Mar-2000

MRK-00420014576

VIGOR Data Analysis Plan                                             55

### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Figure 4

Systolic Blood Pressure Over Time
All-Patients-Randomized



Also done for other prespecified laboratory and vital sign parameters,
i.e., diastolic blood pressure, hemoglobin, and hematocrit.

MRK-00420014577

VIGOR Data Analysis Plan                                        56

## VII. DATA SETS/PROGRAMS/VARIABLES

All statistical programs will be developed and validated using good programming practice guidelines in adherence to the Standard Operating Procedures for Internally Written Software. These programs, as well as the statistical analysis data sets, will be made available to regulatory agencies. A summary covering the following topics will be made available to accompany any electronic data submissions:

A. Naming and Storage Conventions

- Directory structure

- File names and extensions

B. Documentation of Programs

- Information required within program

- Information required to describe all programs

C. Data Set Structure

- Variables included

- Arrays versus multiple records

Formatting of the data will include p-values to 3 decimal places. No deliberate rounding in any intermediate calculation data steps or analysis steps (unless it is to the 10th decimal point for SAS computing reasons) will be done. Values will be formatted to the appropriate decimal place on all summary tables. In the interim reports, treatment groups will be referred to as A and B. The treatment group assignments will be decoded at the closed Data Safety and Monitoring Board meetings. In the final report, they will be referred to as *rofecoxib* and *naproxen*.

MRK-00420014578

VIGOR Data Analysis Plan                                          57

## VIII.  REFERENCES

1. Hwang IK, Shih WJ, de Cani JS.  Group sequential design using a family of Type I error probability spending functions. Stat in Medicine 1990;9:1439-45.

2. SAS Institute, Inc., SAS® Technical Report P-217, SAS/STAT® Software: The PHREG Procedure, Version 6, Cary, NC 1991.

3. SAS Institute Inc., SAS® Technical Report P-229, SAS/STAT® Software: Changes and Enhancements, Release 6.07, Cary, NC: SAS Institute Inc., 1992. Peto Mortality Prevalence Test option in PROC MULTTEST, pp 371-405.

4. Fleiss JL. Statistical methods for rates and proportions. 2nd Edition. John Wiley & Sons. New York. 1991:29.

5. Davies G, Ehrich E, Watson D, Bolognese J, Seidenberg B, Bellamy N. Minimal perceptible clinical improvement in OA:  WOMAC questionnaire and global assessment.  Annals of the Rheumatic Diseases XIV EULAR Congress Abstracts 1999;1078:255-6.

6. Felson DT, Anderson JJ, Boers M, et al.  American college of rheumatology preliminary definition of improvement in rheumatoid arthritis.  Arthritis & Rheumatism 1995;38(6):727-35.

7. Merck data.

8. Collett D. Modeling survival data in medical research. Chapman & Hall 1994.

9. Lachin JM, Foulkes MA. Evaluation of sample size and power for analyses of survival with allowance for nonuniform patient entry, losses to follow-up, noncompliance, and stratification. Biometrics 1986;42:507-19.

10. Singh G, Ramey DR. NSAID induced gastrointestinal complications:  the ARAMIS perspective—1997.  J of Rheumatology 1998;25:8-16.

11. O'Brien PC, Fleming TR. A multiple testing procedure for clinical trials. Biometrics 1979;33:603-15.

12. Lan KKG, DeMets DL. More flexible sequential and non-sequential designs in Long-term clinical trials.  Commun Statist-Theor Meth 1984;3(19):2339-53.

13. Tukey J. Use of many covariates in clinical trials. International Statistical Review 1991;59:123-37.

MRK-00420014579

VIGOR Data Analysis Plan                                          58

## VIII. <u>REFERENCES</u> (CONT.)

14. Merck Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors.

MRK-00420014580

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2056**

59

VIGOR Data Analysis Plan



**APPENDIX 1**

Study Design and Flow Chart for Protocol 088
(Identical Design and Flow Chart for Protocol 089)

MK-0966/DAP/RA182.DOC/APPROVED--15-Mar-2000

VIGOR Data Analysis Plan

60

## APPENDIX 1 (CONT.)
## STUDY FLOW CHART
### Clinic Visits

| Visit ID: / Visit Number | Screening 1.0 | Randomization 2.0 | 6 (3.0) | 17 (Month 4) 4.0 | 35 (Month 8) 5.0 | 52 (Month 12) 6.0 | 69[†] (Month 16) 7.0 | 87[†] (Month 20) 8.0 | 104[†] (Month 24) 9.0 | End of Study Visit (End) | Discontinuation Visit (D) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Review entry criteria and study procedures | X | | | | | | | | | | |
| Obtain informed consent[‡] | X | | | | | | | | | | |
| Document medical history | X | | | | | | | | | | |
| Stool hemoccult | X | | | | | | | | | | |
| Review concomitant medications | X | X | X | X | X | X | X | X | X | X | X |
| Discontinue prestudy NSAIDs | X[‡,§] | X | X | X | X | X | X | X | X | X | X |
| Vital signs and weight[¶] | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | X | X | | | | | | | | X | X |
| Document interim history/monitor for study endpoints/adverse experiences | | X | X | X | X | X | X | X | X | X | X |
| Develop stool hemoccult cards | X[‡,§] | | | | | | | | | | |
| Retrieve used study medication | | | | X | X | X | X | X | X | X | X |
| CBC; serum chemistry | X | | X | X | X | X | X | X | X | X[¶] | X[¶] |
| Hemoglobin, hematocrit | | | | | | | | | | | |
| Serum for β-hCG[∥] | X | | | | | | | | | | |
| Urine for β-hCG[∥] | | | X | X | X | X | X | X | X | X | X |
| Urinalysis | X | | | | | | | | | | |
| Serum for archive; plasma for archive | X | X | X | X | X | X | X | X | X | X | X |
| ECG | X | | | | | X | | | | X | X |
| Dispense study medication | | X | X | X | X | X | X | X | X | X | X |
| Count study medication tablets | | | X | X | X | X | X | X | X | X | X |

/MK-0966/DAP/RA182.DOC/APPROVED—15-Mar-2000

MRK-00420014582