UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

### DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF JOHN MACGREGOR, M.D.

I, Donald C. Arbitblit, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the 2002 Vioxx Package Insert, previously marked as Kessler Exhibit 11.

3. Attached hereto as Exhibit 2 are excerpts from the deposition of Valerie Taylor, January 15, 2010, pp. 19:8-14.

860410.1

4. Attached hereto as Exhibit 3 is a true and correct copy of the report of expert John MacGregor, M.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of the expert report of David A. Kessler, M.D.

6. Attached hereto as Exhibit 5 is a true and correct copy of an article by Bruce M. Patsy and Richard A. Kronmal, entitled "Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment: A Case Study Based on Documents From Rofecoxib Litigation" published in the *Journal of the American Medical Association*, 2008; 299:1813-17.

7. Attached hereto as Exhibit 6 are excerpts from the deposition David A. Kessler, M.D., January 21, 2010, pp 132:8-134:14, 164:3-12

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by John A. Baron, *et al.*, entitled "Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial," The Lancet, 2008; 372:1756-64, previously marked as Curtis Exhibit 31.

9. Attached hereto as Exhibit 8 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 236:17-22; 268:17-272:6.

10. Attached hereto as Exhibit 9 is a true and correct copy of an email from Deborah Shapiro to Eliav Barr, Reicin, *et* al., dated January 29, 2001.

11. Attached hereto as Exhibit 10 is a true and correct copy of a memo from Joshua Chen to Raymond Bain, dated April 8, 2001, previously marked as Kaiser Exhibit 19.

12. Attached hereto as Exhibit 11 are excerpts of the deposition transcript of Fran Kaiser, M.D., January 29, 2010, pp. 124:3-10

860410.1

13. Attached hereto as Exhibit 12 is a true and correct copy of a Monograph dated April 2003, dated April 2003, previously marked as Taylor Exhibit 15.

14. Attached hereto as Exhibit 13 are excerpts of the deposition transcript of John MacGregor, M.D., March 22, 2007, pp. 109:5-111:3.

15. Attached hereto as Exhibit 14 is a true and correct copy of a copy of the VIGOR Clinical Study Report.

16. Attached hereto as Exhibit 15 is a true and correct copy of a chapter by Alan S. Nies and Stephen Spielberg, entitled *Principles of Therapeutics,* published in *Goodman and Gilman*, "The Pharmacalogical Basis of Therapeutics," 9th Edition, 1996.

17. Attached hereto as Exhibit 16 is a true and correct copy of the expert report of Neil L. Julie, M.D.

18. Attached hereto as Exhibit 17 is a true and correct copy of the expert report of David Y. Graham, M.D.

19. Attached hereto as Exhibit 18 is a true and correct copy of the expert report of John D. Abramson, M.D.

20. Attached hereto as Exhibit 19 are excerpts of the hearing transcript in Vioxx Product Liability Litigation, MDL No. 1657, July 6, 2006, pp. 82:22-83:2.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Protocol 203 "Statistical Data Analysis Plan," dated January 9, 2004.

22. Attached hereto as Exhibit 21 is a true and correct copy of slides from Ned S. Braunstein, MD, from COX-2 FDA Advisory Committee Meeting 2005, previously marked as Curtis Exhibit 27.

860410.1

- 4 -

23. Attached hereto as Exhibit 22 is a true and correct copy of the expert report of David Curtis, M.D.

24. Attached hereto as Exhibit 23 is a true and correct copy of the expert report of Clement C. Eiswirth, Jr., M.D.

25. Attached hereto as Exhibit 24 is a true and correct copy of the curriculum vitae of expert John MacGregor, M.D.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 1, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT

860410.1