# Exhibit 8

```
 1                UNITED STATES DISTRICT COURT

 2                EASTERN DISTRICT OF LOUISIANA

 3

 4   In Re:                                  )
                                              )
 5        Products Liability Litigation      )
                                              ) MDL NO. 1657
 6   This Document Relates to:                )
     _____)
 7                                            )
                                              )
 8   STATE OF LOUISIANA, ex rel., JAMES       )
     D. CALDWELL, ATTORNEY GENERAL,           )
 9                                            )
                    Plaintiff,                )
10                                            ) Case No.:
     vs.                                      )
11                                            ) 05-3700
     MERCK SHARP & DOHME CORP.,               )
12                                            )
                    Defendant(s).             )
13   _____)

14

15          DEPOSITION OF DAVID L. CURTIS, M.D.,

16                      Expert Witness

17                 Held at O'Melveny & Myers

18            Two Embarcadero Center, 28th Floor

19                 San Francisco, California

20                  Monday, January 18, 2010

21                   9:34 a.m. - 5:31 p.m.

22

23

24

25   REPORTED BY:   James Beasley, CSR No. 12807
```

2

1  but simply reporting their views on the entire
2  period.
3        In other words, with data that included at
4  least a year post-treatment, not that only looked at
5  the year post-treatment.
6        Do you agree that that's a fair
7  interpretation of what they're saying with that
8  sentence?
9        MR. TOMASELLI:  Object to form.  I think
10 there's two questions.
11       MR. ARBITBLIT:  I'll withdraw it.
12    Q.   Doctor, do you agree that the authors are
13 referring to the entire period of the APPROVe study
14 in the first sentence of the discussion section?
15    A.   I think they are referring to the entire
16 period, the extension as well as the initial.
17    Q.   With that understanding, do you agree that
18 for the entire period, the study showed that
19 rofecoxib increased the risk of the combined APTC
20 endpoint of myocardial infarction, stroke, and
21 vascular death?
22    A.   I do.  I would agree with what the authors
23 are saying, because you're including the primary
24 outcome, the initial study of the population.
25    Q.   At page 1762, the first full paragraph

236

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

```
 1      Q.       "Restrict dose to 12.5 milligrams,
 2                25 milligrams, and remove
 3                50 milligrams from the market"?
 4      A.    I see that.
 5      Q.       "Require informed consent"?
 6      A.    I see that.
 7      Q.       "Provide patient reminders about
 8                risk one year after starting the
 9                drug"?
10      A.    I see that.
11            MR. ARBITBLIT:  I'll show you another
12   document.
13            Mark that, please.
14            (Exhibit 33 was marked for
15              identification.)
16   BY MR. ARBITBLIT:
17      Q.    33 is a Memorandum of Meeting Minutes of
18   May 3rd, 2005, concerning Vioxx.
19            Have you ever seen this before?
20      A.    I don't believe I have.
21      Q.    Do you see, on page 2 of the document, the
22   discussion points:
23               "FDA's overall perspectives on the
24                potential reintroduction of Vioxx"?
25      A.    Yes.
```

                                    268

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

1     Q.   Were you aware before today that Merck had
2  discussions with the FDA about the potential
3  reintroduction of Vioxx?
4          MR. TOMASELLI:  Object to form.
5          THE WITNESS:  Again, I didn't have
6  knowledge of that FDA activity.
7  BY MR. ARBITBLIT:
8     Q.   Do you see under the meeting discussion on
9  page 3, at the bottom, the:
10              "FDA noted that while the magnitude
11               of the cardiovascular risk may not
12               be clearly worse for Vioxx, the
13               evidence for that risk is
14               stronger."
15         Do you see that statement?
16         MR. TOMASELLI:  Object to form.
17         THE WITNESS:  I do.
18 BY MR. ARBITBLIT:
19    Q.   And do you agree with the FDA's position?
20         MR. TOMASELLI:  Object to form.
21 Foundation.
22         THE WITNESS:  Again, I don't know who's
23 saying this.  I'm not familiar with the document.
24 So when you say "the FDA," I don't know who's
25 writing this, whether this is an opinion of someone

269

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

1   else or whether it's a -- I just done know.
2           I see what you said on page 3, or I can
3   read what you quoted.
4   BY MR. ARBITBLIT:
5      Q.   Well, do you have an opinion that the
6   evidence for the risk with Vioxx was stronger than
7   for other NSAIDs?
8           MR. TOMASELLI:  Object to form.
9           THE WITNESS:  I guess one way I would
10  answer that is there's a lot of data about Vioxx,
11  and in particular, controlled trial data, and
12  thousands and thousands of patients were in
13  controlled trials.
14          So there's a lot of data, and the other
15  nonsteroidals, other than celecoxib, can't provide
16  the kind of data for comparison.
17          And that's why -- I mean, I understand what
18  they're saying, that there's evidence, because
19  that's what we've been talking about.
20          But whether -- how much it's stronger, I
21  don't know, than it would be if there were other
22  equally strong data sets for other nonsteroidals.
23  BY MR. ARBITBLIT:
24     Q.   Do you see on page 5 the "Decisions and
25  Agreements Reached" states:

270

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters

1            "MRL, Merck Research Laboratories,
2          should submit all available safety
3          information, including data from
4          new studies such as APPROVe.  The
5          data should focus on HTN and CHF,
6          but include any area of safety that
7          might distinguish Vioxx from other
8          NSAIDs."
9        Did I read that correctly?
10   A.  You did.
11   Q.  And:
12          "The data and proposal for
13          reintroduction to the market will
14          be taken to a joint Arthritis and
15          Drug Safety and Risk Management
16          Committee."
17        Did I read that right?
18   A.  You did.
19   Q.  On the next page you see the action items:
20          "Sponsor will be submitting a
21          labeling supplement following the
22          Agency's advice with adequate data
23          and justification to support their
24          argument."
25        Do you see that?

271

1   A.   I do.
2   Q.   And here we are, that was May 25th, 2005,
3   and we're almost five years later, right?
4   A.   Correct.
5   Q.   And Vioxx is not back on the market, is it?
6   A.   It is not.
7        MR. ARBITBLIT:  Nothing further.
8        MR. TOMASELLI:  We'll reserve the rest of
9   our questions until the time of trial.
10          (The deposition proceedings were
11           concluded at 5:31 p.m.)

272

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters