# Exhibit 9

To:      Barr, Eliav; Reicin, Alise S.; Yu, Qinfen; Gertz, Barry J.
From:    Shapiro, Deborah R.
Cc       Braunstein, Ned S.; Melian, Agustin
Bcc:
Date:    2001-01-29 17:13:57
Subject: RE:

one problem with tackling this for Alzheimer's is that these studies were true ITT and data were captured long after discon. We only use up to 14 days for APTC. I assume you'd want to continue to do this for this analysis as well but you have to let me know. There were 22 and 15 total deaths for VIGOR and it would not be hard to do for that data. Alzheimer would take set up. I need to know if you want to exclude the ones >14 days before I can even give you a total count. But the count not excluding late deaths was 30 rofe to 10 placebo. A listing with more than one cause of death is attached (open it in notepad).

Deborah
Dr. Deborah Shapiro
Senior Director, Clinical Biostatistics
RY33-404
Phone: (732) 594-5612
Fax:   (732) 594-6075

---

From:    Gertz, Barry J.
Sent:    Sunday, January 28, 2001 1:04 PM
To:      Barr, Eliav; Reicin, Alise S.; Yu, Qinfen; Shapiro, Deborah R.
Cc:      Braunstein, Ned S.; Melian, Agustin
Subject:     RE:

It all would be helpful. Maor issue is to prioritize the efforts at this point . I'll await response from Deborah and see what the listings show .
Barry
-----Original Message-----
From:  Barr, Eliav
Sent:  Sunday, January 28, 2001 11:16 AM
To:    Reicin, Alise S.; Yu, Qinfen; Shapiro, Deborah R.
Cc:    Braunstein, Ned S.; Gertz, Barry J.; Melian, Agustin
Subject:     RE:

That would be fine, although I would ask for just a bit more. In VIGOR, Alzheimer, Phase III OA: All Death, and Combined incidence of Death, MI, CVA, with relative risks and confidence intervals. If that is OK with everyone, I think that we wouldn't need to do another meta analysis.
-----Original Message-----
From:  Reicin, Alise S.
Sent:  Saturday, January 27, 2001 9:09 PM
To:    Yu, Qinfen; Shapiro, Deborah R.; Barr, Eliav
Cc:    Braunstein, Ned S.; Gertz, Barry J.; Melian, Agustin
Subject:     RE:

Eliav
I think this would be too time consuming just now. We know what it would do in VIGOR--the estimate would get a little worse--though not much. I do however think it may be worth knowing the death rates in the other studies so we could answer any questions.

Deborah--could let us know how many overall deaths in each group there were in VIGOR?
Tino- I know you looked up CV death in our Phase IIb/III studies--could you provide me with the overall death rates?

P1.0278

MRK-ACF0004015

I think if we have this we should be ok--everyone agree?
alise

---------

From:       Barr, Eliav
Sent:       Saturday, January 27, 2001 5:56 PM
To:         Yu, Qinfen; Shapiro, Deborah R.
Cc:         Reicin, Alise S.; Braunstein, Ned S.
Importance: High

Hi:

This might be a tough or controversial one, but I think that we need this as a back up:

Instead of the APTC endpoint, I would like to get the following, by treatment group, relative risks, and graphs (time to event):


ALL DEATH, MI, and CVA (using confirmed events) in:

VIGOR
Alzheimer Disease

ALL DEATH, MI, and CVA (Investigator Terms) in:

Phase III OA


I believe that we may need this because it will be the best backup if there is a strong argument back and forth with the FDA people on which deaths to include within the APTC endpoint. There can be no questions asked about an ALL DEATH substituting for CV Death in the endpoint.

Don't know if the meta-analysis can be reviewed to do this as well, but it would be great to look using studies of >6 months.

Alise, what do you think about this?

EB


---

Attachments:

alzdth.dat

MRK-ACF0004016