# Exhibit 11

1

                    UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
In Re:  VIOXX                          )      MDL No. 1657
     Products Liability Litigation  )
                                       )      SECTION:  L
This Document Relates to:              )
                                       )      HON. ELDON E.
     STATE OF LOUISIANA, ex rel.     )       FALLON
     JAMES D. CALDWELL,                )
     ATTORNEY GENERAL                  )      MAG. JUDGE
          Plaintiff                    )       KNOWLES
                                       )
     versus                            )
                                       )
     MERCK SHARP & DOHME CORP.       )
                                       )
     Cause No. 05-3700                 )
-----------------------------------------------------------
                    HIGHLY CONFIDENTIAL
                    ORAL DEPOSITION OF
                     FRAN KAISER, M.D.
                     JANUARY 29, 2010
-----------------------------------------------------------


          ORAL DEPOSITION of FRAN KAISER, M.D.,
produced as a witness at the instance of the Plaintiff,
and duly sworn, was taken in the above-styled and
-numbered cause on the 29th day of January, 2010, from
9:38 a.m. to 6:27 p.m., before Therese J. Casterline,
CSR in and for the State of Texas, reported by machine
shorthand, at the offices of Baker Botts, LLP, 2001
Ross Avenue, Suite 700, in the City of Dallas, County
of Dallas, State of Texas, pursuant to the Federal
Rules of Civil Procedure and the provisions stated on
the record.

```
 1  correct?
 2        A.   I don't know the numbers of the studies.
 3        Q.   Okay.  Well, did you know before today that
 4  there was a Merck memo showing a statistically
 5  significant excess risk of all-cause mortality in
 6  Alzheimer's studies?
 7                  MR. GOLDMAN:   Objection, asked and
 8  answered.
 9        A.   No, I'm not aware of the memo.  But I'm not
10  aware of all memos that circulate at Merck.
11                  (Exhibit Number 21 marked.)
12        Q.   21 is a For Immediate Release document,
13  Cardiovascular Event Rates in Analysis of Combined
14  Studies of Nearly 2,900 Elderly Patients Taking Vioxx
15  or Placebo.
16                  Have you seen this document before?
17        A.   Yes.
18        Q.   When did you see it?
19        A.   I assume at the time -- I'm sorry.  I
20  shouldn't assume.  I believe this was a press release
21  that came out in 2002.
22        Q.   And this press release says that it's about
23  the 2900 elderly patients with Alzheimer's disease or
24  mild cognitive impairment, right?
25        A.   Yes.
```

14:15:30 (line 7)
14:16:23 (line 11)
14:16:28 (line 13)
14:16:58 (line 23)