Exhibit 12

EXHIBIT   16
Witness: C. Castille
C. Sietta CCR, RPR   12-10-09

## Nonsteroidal Anti-inflammatories (NSAIDs)

### Overview

Nonsteroidal anti-inflammatory drugs (NSAIDs) are commonly used to treat rheumatoid arthritis, osteoarthritis and pain from different etiologies. Gastrointestinal (GI) side effects induced by NSAIDs lead to significant morbidity and mortality. In the United States, GI side effects due to NSAIDs in patients with arthritis account for approximately 107,000 hospitalizations and result in 16,500 deaths each year.[1] Three agents that specifically inhibit the COX-2 enzyme, celecoxib (Celebrex®), rofecoxib (Vioxx®) and valdecoxib (Bextra®) have equal efficacy to many of the other NSAIDs, but the issue of a better safety profile is less clear.

### Pharmacology

Nonsteroidal anti-inflammatory agents work by blocking cyclooxygenase (COX-1 and -2) which prevents the synthesis of various prostaglandins. These prostaglandins are partially responsible for the development of pain and inflammation in a number of medical conditions. COX-2 activity is rapidly upregulated during inflammatory pain conditions and may be involved in the pathogenesis of some malignancies.[2,3,4,5,6]

Celecoxib, rofecoxib, and valdecoxib are selective for the COX-2 enzyme inhibition. In vitro studies show that celecoxib has a 375-fold selectivity for COX-2 over COX-1, and rofecoxib has a selectivity >800.[7,8]

COX-2 inhibitors provide anti-inflammatory and pain controlling mechanisms while theoretically producing fewer side effects than the NSAIDs. The following chart shows where COX-1 and COX-2 sites are located in the body:[9,10,11]

| Location | COX-1 | COX-2 |
|---|---|---|
| Brain | | X |
| Breast cancer | | X |
| Colorectal adenomas and carcinomas | | X |
| Endothelial cells | X | |
| Gastrointestinal tract | X | |
| Head and neck cancer | | X |
| Liver | X | |
| Lung | X | |
| Platelets | X | |
| Renal cortex and medullary interstitial cells | | X |
| Renal medullary collecting ducts and interstitium | X | |
| Site of inflammation | | X |
| Spleen | X | |
| Synovial tissue | | X |



DEFENDANT'S EXHIBIT
15
PENGAD 800-631-6989
1/14/01   1/15/10

LaAG-VIOXX-003338

Nonsteroidal Anti-inflammatories (NSAIDs)

*Indications*

| Drug | Manufacturer | Indications |
|---|---|---|
| celecoxib (Celebrex) | Pharmacia Pfizer | • For relief of signs and symptoms of osteoarthritis<br>• For relief of signs and symptoms of rheumatoid arthritis in adults<br>• To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP) as an adjunct to usual care. Efficacy and safety for this indication has not been studied beyond six months.<br>• For management of acute pain in adults<br>• For treatment of primary dysmenorrhea |
| diclofenac/ misoprostol (Arthrotec) | Pharmacia | • For relief of signs and symptoms of osteoarthritis and adult rheumatoid arthritis in patients who are high risk for developing NSAID induced gastric or duodenal ulcers and their complications |
| mefenamic acid (Ponstel) | First Horizon | • Mild to moderate pain (treatment limited to < 7 days)<br>• Treatment of primary dysmenorrhea |
| meloxicam (Mobic) | Boehringer Ingleheim | • For relief of the signs and symptoms of osteoarthritis |
| rofecoxib (Vioxx) | Merck | • For relief of signs and symptoms of osteoarthritis<br>• For relief of the signs and symptoms of rheumatoid arthritis in adults<br>• For management of acute pain in adults<br>• For treatment of primary dysmenorrhea |
| valdecoxib (Bextra) | Pharmacia Pfizer | • For relief of signs and symptoms of osteoarthritis<br>• For relief of signs and symptoms of adult rheumatoid arthritis<br>• For treatment of primary dysmenorrhea |

© Provider Synergies, L.L.C.
April 2003

LaAG-VIOXX-003339

Nonsteroidal Anti-inflammatories (NSAIDs)

*Pharmacokinetics*

| Drug | Bioavailability (%) | Half-Life (hr) | Metabolites | Excretion (%) |
|---|---|---|---|---|
| celecoxib (Celebrex)[12] | -- | 11.2 | Yes, 3 inactive | Renal: 27 Feces: 57 |
| diclofenac/ | 50 | 2 | Yes, several | Renal: 65 Feces: 35 |
| misoprostol (Arthrotec)[13] | -- | 0.5 | Yes, misoprostol acid | Renal: 70 |
| mefenamic acid (Ponstel)[14] | -- | 2-4 | Yes, 2 inactive | Renal: ~80 Feces: ~20 |
| meloxicam (Mobic)[15] | 89 | 20.1 | Yes, 4 inactive | Renal: 50 Feces: 50 |
| rofecoxib (Vioxx)[16] | 93 | 17 | Yes, at least 3 inactive | Renal: 72 Feces: 14 |
| valdecoxib (Bextra)[17] | 83 | 8-11 | Yes, 1 active | Predominantly Hepatic |

*Clinical Trials*

celecoxib (Celebrex) and ibuprofen and diclofenac

CLASS trial:[18]   A total of 8,059 patients with osteoarthritis and rheumatoid arthritis were enrolled in the double-blind, randomized, controlled study of Celecoxib Long-Term Arthritis Safety Study (CLASS).  A total of 4,573 patients received treatment for six months.  Patients were randomly assigned to receive celecoxib 400 mg twice daily, ibuprofen 800 mg three times daily or diclofenac 75 mg twice daily.  Aspirin use ($\leq$ 325 mg daily) for cardiovascular prophylaxis was permitted and used by 20 percent of patients.  Patients with active GI disease, renal, hepatic or coagulation disorders were excluded.  GI toxicity included upper GI ulcers and ulcer complications including bleeding, perforation and obstruction.  For the entire patient population, the yearly incidence of upper GI complications was 0.76 percent and 1.45 percent, for celecoxib and NSAIDs, respectively.  The overall incidence of upper GI ulcer complications was not statistically significantly different among the groups.  When the upper GI complications data were combined with symptomatic gastroduodenal ulcers, celecoxib was found to have a lower annual incidence compared to the NSAIDs (2.08 percent versus 3.54 percent, respectively) (p=0.02).  For patients not taking aspirin, the yearly incidence of upper GI ulcer complications was significantly lower in the celecoxib group (0.44 percent) versus NSAIDs group (1.27 percent) (p=0.04).  The rate of upper GI ulcer complications and symptomatic ulcers in patients not receiving aspirin was significantly less in the celecoxib group (1.4 percent) than the NSAIDs group (2.91 percent).  In the patients taking aspirin, the annualized rate was two percent regardless of which treatment arm was assigned, and the yearly incidence was higher than those not taking aspirin.  Chronic GI blood loss, GI intolerance,

LaAG-VIOXX-003340

Nonsteroidal Anti-inflammatories (NSAIDs)

renal or hepatic toxicity occurred less frequently in the celecoxib group. No difference in cardiovascular events was noted between celecoxib and NSAIDs, despite aspirin use.

<u>celecoxib (Celebrex) and naproxen</u>

In a randomized, double-blind trial enrolling 1,149 patients with symptomatic rheumatoid arthritis, the efficacy of celecoxib as an anti-inflammatory and analgesic with reduced gastrointestinal (GI) tract mucosal damage was compared to naproxen.[19] Patients were randomized to celecoxib 100 mg, 200 mg or 400 mg twice a day, naproxen 500 mg twice daily or placebo for twelve weeks. All dosages of celecoxib and naproxen significantly improved the signs and symptoms of RA compared with placebo. The incidence of endoscopically determined gastroduodenal ulcers in placebo treated patients was four percent, and the incidence across all dosages of celecoxib were not significantly different: six percent (100 mg BID), four percent (400 mg BID), and six percent (400 mg BID). The incidence with naproxen was 26 percent, significantly greater than celecoxib or placebo.

<u>celecoxib (Celebrex) versus rofecoxib (Vioxx)</u>

In a double-blind, placebo controlled trial comparing celecoxib 200 mg daily and rofecoxib 25 mg daily in osteoarthritis of the knee, 182 patients were randomized and evaluated for osteoarthritis signs and symptoms at baseline, week three and week six.[20] Arthritis evaluations included pain assessment, global assessment by the patient and physician, osteoarthritis severity index, and the Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC). All groups were similar at baseline. Both celecoxib and rofecoxib patients experienced significantly more improvement in pain scores, global assessment, and WOMAC scores than the placebo group at week six. Both drugs had similar efficacy for osteoarthritis. More rofecoxib patients experienced an adverse event than the placebo and celecoxib patients did, however the withdrawal rate was similar between celecoxib and rofecoxib.

In a randomized parallel-group, double-blind trial, celecoxib, rofecoxib and acetaminophen were compared in 382 patients with osteoarthritis of the knee over six weeks.[21] Patients were randomized to celecoxib 200 mg daily, rofecoxib 12.5 mg or 25 mg daily or acetaminophen 4,000 mg daily. Patients were assessed during the first week and at week six for pain on walking or at rest, night pain, and morning stiffness based on the visual analog scale. Only 79 percent of patients completed the study. Acetaminophen had significantly more early discontinuations due to a lack of efficacy. Over six weeks, rofecoxib 25 mg had the greatest mean reductions on the VAS response compared to the other agents for night pain and rest pain. The percentage of patients reporting a good to excellent response at the end of six weeks were 60 percent for rofecoxib 25 mg, 56 percent for rofecoxib 12.5 mg, 46 percent for celecoxib 200 mg and 39 percent for acetaminophen. All agents were well tolerated.

In a single-dose, double-blind study comparing the analgesic efficacy of rofecoxib 50 mg, celecoxib 200 mg, ibuprofen 400 mg, and placebo in postoperative dental pain, 272 patients with at least two third-molar extractions were enrolled.[22] The primary endpoint was total pain relief over eight hours. Overall, rofecoxib had superior time to onset of analgesia, peak analgesic effect, and duration of analgesia over celecoxib. Rofecoxib's analgesic efficacy was similar to ibuprofen in terms of onset and peak effect, but ibuprofen had a significantly shorter duration. All therapies were well tolerated.

LaAG-VIOXX-003341

Nonsteroidal Anti-inflammatories (NSAIDs)

### diclofenac/misoprostol (Arthrotec) versus nabumetone (Relafen)

In a six week trial, diclofenac sodium 75 mg with misoprostol 200 mcg (Arthrotec 75) twice daily was compared to nabumetone 1,500 mg once daily or placebo for ulcer rates in 1,203 patients with symptomatic osteoarthritis of the hip or knee.[23] All patients enrolled had a history of endoscopically proven ulcers or erosions.   Patients were evaluated by endoscopy at baseline, at withdrawal or at the end of the six week time period.   The incidence of duodenal and gastric ulcers confirmed with endoscopically was significantly lower in the Arthrotec 75 group (four percent) compared to nabumetone (11 percent).   Duodenal ulcers were similar between the two active treatments.   Gastric ulcers were significantly less with Arthrotec 75 (one percent) compared to nabumetone (nine percent).

### diclofenac/misoprostol (Arthrotec) versus diclofenac

Diclofenac was compared to the combination of diclofenac and misoprostol for efficacy, safety and incidence of endoscopic upper GI ulcers in a six week trial enrolling 572 patients with osteoarthritis and a history of ulcers or erosions.[24]   Patients were randomized to diclofenac 75 mg twice daily, diclofenac 50 mg/misoprostol 200 mcg three times daily, diclofenac 75 mg/misoprostol 200 mg twice daily or placebo.   All active treatment groups were more effective than placebo in relief of arthritis symptoms.   Endoscopic ulcer rates (both gastric and duodenal ulcers) were the following after the six week course of treatment:   diclofenac monotherapy (17 percent), diclofenac 50 mg with misoprostol (eight percent), diclofenac 75 mg with misoprostol (seven percent) and placebo (four percent).   A higher incidence of flatulence was seen in the diclofenac 75 mg with misoprostol whereas diclofenac 50 mg with misoprostol had a higher incidence of diarrhea.

### diclofenac/misoprostol (Arthrotec) and celecoxib (Celebrex) and rofecoxib (Vioxx)

An observational study compared the rates of upper GI hemorrhage in non-selective NSAIDs, celecoxib, rofecoxib or diclofenac/misoprostol.   The patients were 43,969 elderly patients (≥ 66 years) and 100,000 NSAID-naïve patients from Ontario, Canada.   The celecoxib and rofecoxib users had more frequently undergone an upper GI diagnostic procedure or received previous gastroprotective agents.   The celecoxib and rofecoxib groups had similar characteristics.   The primary endpoint was the rate ratio of hospitalization for upper GI bleeding when adjusted for confounders.   The adjusted rate ratios for hospitalization due to GI hemorrhage were 1.0 for the control group, 4.0 for the non-selective NSAID users, 3.0 for diclofenac plus misoprostol, 1.9 for rofecoxib and 1.0 for celecoxib.   Limitations of this study included the observational study design, difficulty in controlling for confounders, difficulty in assessing adherence and difficulty in identifying appropriate use of the agents.

### mefenamic acid (Ponstel)

No significant clinical trials in peer-reviewed medical literature have been published since 1995.

### meloxicam (Mobic) and piroxicam

In the SELECT trial evaluating GI tolerability and efficacy of meloxicam 7.5 mg and piroxicam 20 mg daily for the treatment of osteoarthritis, over 8,600 patients were enrolled and evaluated for 28 days.[25]   The incidence of GI adverse events was significantly less in the meloxicam group (meloxicam 10.3 percent, piroxicam 15.4 percent).   The following types of GI events occurred less frequently in the meloxicam group:   dyspepsia, nausea/vomiting, abdominal pain, and perforation, bleeding and ulceration.   The efficacy of both drugs was equal.

LaAG-VIOXX-003342

Nonsteroidal Anti-inflammatories (NSAIDs)

meloxicam (Mobic) and diclofenac
In a 12 week, double-blind, placebo controlled trial with 774 patients, meloxicam (at dosages of 3.75 mg, 7.5 mg or 15 mg daily) was compared to diclofenac 50 mg twice daily to evaluate the safety and efficacy in the treatment of osteoarthritis of the hip or knee.[26] The incidence of adverse events was lower at all dosages of meloxicam than diclofenac, but greater than placebo.  GI adverse events and dropout rates for meloxicam were similar to placebo. Meloxicam 7.5 mg and 15 mg and diclofenac were more effective than placebo for all endpoints.

meloxicam (Mobic) and diclofenac SR
The Meloxicam Large-scale International Study Safety Assessment (MELISSA) was performed to assess the tolerability of meloxicam 7.5 mg daily compared to diclofenac SR 100 mg daily over 28 days in patients with symptomatic osteoarthritis.[27]  In the 9,323 patients, meloxicam was reported to have fewer overall adverse events than diclofenac.  Fewer GI adverse events were reported in the meloxicam group (13 percent) compared to the diclofenac group (19 percent). Significantly more hospitalizations occurred in the diclofenac group.  More patients withdrew from meloxicam therapy than diclofenac due to a lack of efficacy, but efficacy between the two agents was similar overall.

melicoxam (Mobic) and other NSAIDs
A meta-analysis of twelve randomized clinical trials was performed to evaluate the frequency and severity of adverse GI events due to meloxicam and found meloxicam to have fewer GI adverse events than other NSAIDs.[28]  Patients in the meloxicam groups experienced less dyspepsia, fewer peptic ulcer bleeds, and had less discontinuation of NSAID due to GI toxicity. Most of the trials included in the analysis used meloxicam 7.5 mg so the incidence or severity of adverse events for meloxicam 15 mg may be greater.

In a large British study evaluating the rate of adverse effects due to meloxicam and to stratify the risk factors for adverse events, 19,087 patients were followed during the first six months of drug use.[29]  The rate of dyspepsia in the first month of exposure was 28.3 per 1,000 patient-months.  Thirty-three reports of GI hemorrhage were reported.  Risk factors for GI adverse events included history of a GI disorder within the last year and concurrent gastroprotective agents.  For patients who had prior experience with another NSAID, the rate of dyspepsia and abdominal pain was 20 to 30 percent lower on meloxicam.

rofecoxib (Vioxx) and ibuprofen

A total of 742 patients with osteoarthritis without ulcer on baseline endoscopy were randomly assigned to receive rofecoxib (25 or 50 mg daily), ibuprofen (800 mg three times daily) or placebo.[30]  Endoscopy was repeated at 6, 12 and 24 weeks.  At both 12 and 24 weeks, ulcer rates were significantly lower in the rofecoxib groups compared to ibuprofen (at 24 weeks, rofecoxib 25 mg, 9.6 percent; rofecoxib 50 mg, 14.7 percent; and ibuprofen, 45.8 percent). Ulcer rates for rofecoxib were comparable to rates with placebo.

rofecoxib (Vioxx) and naproxen
The VIGOR study compared the effect of rofecoxib 50 mg daily (n=4,047) and naproxen 500 mg twice daily (n=4,029) in patients who had rheumatoid arthritis (RA) on the incidence of upper gastrointestinal events.[31]  Low dose aspirin for cardiovascular prophylaxis was not permitted.  Rofecoxib and naproxen had similar efficacy against RA.  After a median of nine months, rofecoxib had 2.1 confirmed GI events per 100 patient-years compared with 4.5

LaAG-VIOXX-003343

Nonsteroidal Anti-inflammatories (NSAIDs)

events per 100 patient-years with naproxen (p<0.001). Rates of serious GI events, including perforation, obstruction, and severe upper GI bleeding, were 0.6 and 1.4 events per 100 patient years in the rofecoxib and naproxen groups, respectively (p=0.005). The incidence of myocardial infarction was lower in the naproxen group (0.1 percent) than the rofecoxib group (0.4 percent).

Rofecoxib was evaluated for efficacy in treating primary dysmenorrhea in a double-masked, randomized, placebo and active comparator-controlled trial.[32] Patients were randomized to placebo, rofecoxib 25 or 50 mg then 25 mg daily as needed, or naproxen sodium 550 mg every twelve hours for up to three days. All 127 patients took all four regimens. Efficacy was determined by patients' reports of analgesia and adverse events, physical examinations, and laboratory tests. Both doses of rofecoxib provided more analgesia than the placebo, but similar analgesia to the naproxen sodium. All treatments were well tolerated.

valdecoxib (Bextra) and naproxen
A twelve week, multicenter, randomized, double-blind, placebo controlled study compared the efficacy and safety of valdecoxib 5 and 10 mg daily and naproxen 500 mg twice daily in over 400 patients with osteoarthritis of the hip.[33] Valdecoxib 5 and 10 mg daily were comparable to naproxen in improvement of both patient's and physician's global assessment. A lower incidence of GI related adverse effects was observed in the valdecoxib groups compared to the naproxen group.

Valdecoxib and naproxen were compared for efficacy and safety in a multicenter, randomized, double-blind, placebo-controlled trial with 1,090 rheumatoid arthritis patients over 12 weeks.[34] Patients were randomized to valdecoxib 10 mg, 20 mg, or 40 mg daily, naproxen 500 mg twice daily or placebo. Efficacy was assessed by the ACR-20. Valdecoxib significantly improved ACR-20 at all assessments compared to placebo. Naproxen and valdecoxib (all doses) had a similar response rate. All treatments were well tolerated.

In a small study, 118 patients with primary dysmenorrhea were randomized to placebo, valdecoxib 20 or 40 mg twice daily as needed or naproxen sodium 550 mg twice daily as needed in a double blind, crossover study comparing the efficacy and safety of a single dose.[35] Patients were offered the option to redose therapy for up to three days if needed for all treatment types. Valdecoxib 20 and 40 mg provided superior pain relief at eight and 12 hours post dose compared to placebo. Both doses of valdecoxib were comparable to naproxen sodium for pain relief.

Valdecoxib and naproxen were compared for efficacy and GI safety in moderate to severe osteoarthritis of the knee.[36] Patients were randomized to valdecoxib 5, 10 or 20 mg daily, naproxen was given as 500 mg twice daily or placebo for twelve weeks. Efficacy was assessed by the WOMAC scores and patient's and physician's global assessment. Safety was determined by pre- and post-endoscopy findings. Valdecoxib 10 and 20 mg daily and naproxen 500 mg twice daily had similar efficacy and had significantly more improvement than placebo for all tested scales including WOMAC and global assessments (p<0.05). Naproxen had significantly more endoscopically identified ulcers compared to valdecoxib 5 and 10 mg, but a non-significant difference compared to valdecoxib 20 mg. All three valdecoxib doses had similar ulcer rates to placebo.

LaAG-VIOXX-003344

Nonsteroidal Anti-inflammatories (NSAIDs)

## *Drug Interactions*

| Drug | ACE inhibitors | Fluconazole | Lithium | Rifampin | Warfarin |
|---|---|---|---|---|---|
| celecoxib (Celebrex)[37] | use caution | Concomitant administration with fluconazole ↑ celecoxib plasma conc. two-fold – use lowest dose of celecoxib | Lithium AUC ↑ 17% -- monitor Li levels when celecoxib is started or stopped | | Monitor INR when initiating or changing celecoxib therapy |
| diclofenac/ misoprostol (Arthrotec)[38] | use caution | | Lithium AUC ↑ – monitor Li levels | | |
| mefenamic acid (Ponstel)[39] | use caution | . | Lithium AUC ↑ – monitor Li levels | | |
| meloxicam (Mobic)[40] | use caution | | Lithium AUC ↑ 21% -- monitor Li levels when meloxicam is started/stopped | | Monitor INR when initiating or changing meloxicam therapy |
| rofecoxib (Vioxx)[41] | use caution | | Look for signs of Li toxicity | 50% ↓ in rofecoxib conc. Use 25 mg of rofecoxib for OA | Monitor INR when initiating or changing rofecoxib therapy |
| valdecoxib (Bextra)[42] | use caution | Concomitant admin. with fluconazole ↑ valdecoxib plasma conc. by 62% | Lithium AUC ↑ 34% -- monitor Li levels when valdecoxib is started/stopped | | Monitor INR when initiating or changing valdecoxib therapy |

© Provider Synergies, L.L.C.
April 2003

LaAG-VIOXX-003345

Nonsteroidal Anti-inflammatories (NSAIDs)

### Adverse Effects

| Drug | Abd. pain | Diarrhea | Dyspepsia | Nausea | Headache | Rash | Edema |
|---|---|---|---|---|---|---|---|
| celecoxib (Celebrex)[43] N=4,146 | 4.1 | 5.6 | 8.8 | 3.5 | 15.8 | 2.2 | 2.1 |
| diclofenac/ misoprostol (Arthrotec)[44] | 21 | 11 | 11 | 6 | reported | reported | - |
| mefenamic acid (Ponstel)[45] | 1-10 | 1-10 | 1-10 | 1-10 | - | 1-10 | 1-10 |
| meloxicam (Mobic)[46] N=8,955 | 2.7 | 1.9-2.7 | 3.8-7.4 | 2.4-4.7 | 2.4-2.7 | 0.3-1.2 | 0.6-2 |
| rofecoxib (Vioxx)[47] N=2,829 | 3.4 | 6.5 | 3.5 | 5.2 | 4.7 | >0.1 to 1.9 | 3.7 |
| valdecoxib (Bextra)[48] N=2,572 | 7-8.2 | 5.4-6 | 7.9-8.7 | 6.3-7 | 4.8-8.5 | 1.4-2.1 | 2.4-3 |

Adverse effects are reported as a percentage.   Adverse effects are taken from product package information and therefore, should not be considered comparative.

### GI toxicity and Warnings

Serious GI toxicity can occur with or without warning with all NSAIDs.   The package information for the traditional NSAIDs and the newer COX-2 inhibitors contain this warning. Patients at higher risk for the development of GI toxicity would include patients on corticosteroids, anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, poor health status, and older age. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately one percent of patients treated for three to six months, and in about two to four percent of patients treated for one year.[49, 50, 51]

celecoxib (Celebrex) – From the CLASS trial data at nine months, the rate of complicated and symptomatic ulcers was 0.78 in the celecoxib group (n=3,105) and 2.19 in the celecoxib plus aspirin group (n=882).  The difference in rate of events between celecoxib monotherapy and celecoxib plus aspirin may be due to the increase risk associated with aspirin.[52]  The rate of complicated ulcers did not differ between celecoxib and the combined group of ibuprofen and diclofenac.[53]  Celecoxib (Celebrex) is contraindicated in patients with a documented allergic-type reaction to sulfonamides.[54]

rofecoxib (Vioxx) – The product package information states that the risk of GI toxicity is not completely eliminated with the use of rofecoxib, but the risk appears to be less for rofecoxib 50 mg daily compared to naproxen 500 mg twice daily.[55]

© Provider Synergies, L.L.C.
April 2003

LaAG-VIOXX-003346

Nonsteroidal Anti-inflammatories (NSAIDs)

Valdecoxib (Bextra) has a statement in the product package information that is similar to the standard NSAID GI toxicity statement contained in most NSAID product package information.[56] Valdecoxib (Bextra) is contraindicated in patients with a documented allergic-type reaction to sulfonamides.[57] Serious skin reactions have been reported with valdecoxib.

### *Cardiovascular Concerns*

#### Cardiovascular Events

In a review of the COX-2 Inhibitors and risk of cardiovascular events in JAMA in August 2001, authors concluded that a prospective trial may be necessary to evaluate the potential risk of cardiovascular events with these agents.[58] The review included the data from the VIGOR and CLASS trials as well as data submitted to the FDA regarding the cardiovascular safety of the agents. In the meta-analysis, VIGOR and CLASS data were compared to the placebo groups from the US Physicians' Health Study, the UK Doctors Study, the Thrombosis Prevention Trial, and the Hypertension Optimal Treatment trials. The annualized rate of myocardial infarction was reported as 0.52 percent in the placebo groups from the selected aspirin studies, 0.74 percent in the VIGOR study and 0.8 percent in the CLASS study. The trials included in the meta-analysis were not designed to evaluate the cardiovascular safety nor were the inclusion and exclusion criteria similar in each of the trials. Researchers also did not remove the aspirin patients' data from the CLASS study when they calculated the rate of MI. Caution should be used in interpreting the meta-analysis results.

In another review evaluating the CLASS data with celecoxib, aspirin users and nonusers were separated and compared for incidences of serious cardiovascular events related to celecoxib use.[59] The incidences of MI, stroke, cardiovascular death, and peripheral events were similar between celecoxib and the comparative NSAIDs for all patients including those patients not using aspirin.

Reicin and colleagues reviewed eight phase IIB/III osteoarthritis studies with rofecoxib for the rate of cardiovascular thrombotic events.[60] Safety data from 5,400 patients were reviewed. In studies with rofecoxib and other NSAIDs, the incidence of thrombotic cardiovascular adverse events was 1.93/100 patient-years for rofecoxib and 2.27/100 patient-years in the NSAIDs group. A more extensive review of rofecoxib phase IIB through V studies with over 28,000 patients found the relative risk for cardiovascular thrombotic events were 0.79 for rofecoxib compared to other non-naproxen NSAIDS and 1.69 for rofecoxib compared to naproxen.[61]

#### Hypertension and Edema – celecoxib (Celebrex) and rofecoxib (Vioxx)

In a six week, randomized, parallel-group, double-blind trial with 810 patients with osteoarthritis who were older than 65 years of age on antihypertensive medications, the use of rofecoxib and celecoxib were compared for the effects on systolic and diastolic blood pressure and the development of edema.[62] Patients were randomized to rofecoxib 25 mg or celecoxib 200 mg daily. The primary endpoints were the development of edema and changes in blood pressure. Edema occurred in 9.5 percent of rofecoxib patients compared to 4.9 percent of celecoxib patients. Systolic blood pressure significantly increased in 17 percent of the rofecoxib group versus 11 percent of the celecoxib group. Diastolic blood pressure changes were not statistically different in either group. At week six, the mean systolic blood pressure change in the rofecoxib group was 2.6 mmHg and –0.5 mmHg in the celecoxib group. This study was supported by the manufacturer of celecoxib.

LaAG-VIOXX-003347

Nonsteroidal Anti-inflammatories (NSAIDs)

In a similar trial, celecoxib 200 mg daily (n=549) and rofecoxib 25 mg (n=543) daily were compared for effects on blood pressure and edema in a six week study.[63]  Patients were older than 65 years on antihypertensives and osteoarthritis.  Rofecoxib (14.9 percent) patients had significantly more increased systolic blood pressure compared to celecoxib patients (6.9 percent) (change greater than 20 mm Hg plus absolute systolic blood pressure greater than 140 mm Hg).  Rofecoxib had the greatest effect in increasing blood pressure in those patients on ACE inhibitors or beta-blockers.  Neither agent caused significant increases in blood pressure for patients receiving diuretics or calcium channel blockers.

Rofecoxib 25 mg daily, celecoxib 200 mg twice daily, naproxen 500 mg twice daily and placebo were given to 67 elderly normotensive patients to compare effects on blood pressure after two weeks of therapy.[64]  For at least eight days prior to receiving randomized medication, patients were given 200 mEq sodium isocaloric diets.   No significant differences in blood pressure were noted between the groups.  Two patients experienced elevated blood pressure during the trial – one each from celecoxib and rofecoxib groups.  No edema was reported during this short study.

Monitoring patients with hypertension and patients at risk for the development of edema is recommended with all NSAIDs.

### *Dosage*

| Drug | Dosage Forms | Dosage | |
|------|-------------|--------|---|
| celecoxib (Celebrex) | 100, 200, 400 mg capsules | OA:<br>RA:<br>Dysmenorrhea and pain:<br>FP: | 200 mg QD or 100 mg BID<br>100–200 mg BID<br>400 mg X1, then 200 mg BID<br>400 mg BID |
| diclofenac/ misoprostol (Arthrotec) | 50 mg or 75 mg with 200 mcg tablets | OA:<br>RA: | 50 BID –TID or 75 BID<br>50 BID – QID or 75 BID |
| mefenamic acid (Ponstel) | 250 mg capsules | Pain:<br><br>Dysmenorrhea: | 500 mg X1; then 250 mg Q6hrs prn (max 7 days)<br>500 mg X1; then 250 mg Q6hrs prn x 2 - 3 days |
| meloxicam (Mobic) | 7.5, 15 mg tablets | OA: | 7.5–15 mg QD |
| rofecoxib (Vioxx) | 12.5, 25, 50 mg tablets 12.5 mg/5ml, 25 mg/5ml suspension | OA:<br>RA:<br>Dysmenorrhea and pain: | 12.5–25 mg QD<br>25 mg QD<br>50 mg QD prn x 5 days |
| valdecoxib (Bextra) | 10, 20 mg tablets | OA/RA:<br>Dysmenorrhea: | 10 mg daily<br>20 mg BID as needed |

LaAG-VIOXX-003348

Nonsteroidal Anti-inflammatories (NSAIDs)

### Conclusion

Celecoxib (Celebrex), rofecoxib (Vioxx), and valdecoxib (Bextra) have been shown to be equally effective to currently available generic NSAIDs for the treatment of osteoarthritis, rheumatoid arthritis and primary dysmenorrhea.

Serious GI toxicity, including perforation, bleeding or obstruction, can occur with or without warning with all NSAIDs including the newer COX-2 specific inhibitors. The package information for the traditional NSAIDs and the newer COX-2 inhibitors contain this warning. In the CLASS trial results reviewed by the FDA, rate of complicated ulcers did not differ between celecoxib (Celebrex) and the combined group of ibuprofen and diclofenac. In the VIGOR study, the risk of GI toxicity is not completely eliminated with the use of rofecoxib (Vioxx), but the risk appears to be less for rofecoxib (Vioxx) 50 mg daily compared to naproxen 500 mg twice daily. The addition of misoprostol to diclofenac (Arthrotec) in an attempt to reduce gastrointestinal ulcers is efficacious, but many patients have difficulty tolerating the GI adverse effects including diarrhea associated with misoprostol.

The VIGOR study raised some questions regarding the cardiovascular safety of rofecoxib (Vioxx). Patients receiving rofecoxib (Vioxx) had a significantly higher risk of developing a cardiovascular thrombotic event compared to patients receiving naproxen. Aspirin for cardiovascular prophylaxis was not permitted in the study, which does not reflect "real world" use of the NSAIDs. Although the significance of this potential cardiovascular risk is unknown, it does raise questions. Hypertension and edema may occur with all NSAIDs and the COX-2 specific inhibitors also have the potential of these side effects.

Meloxicam (Mobic), with limited indications and clinical trials, has been shown to be efficacious in treating arthritis, but does not appear to have any significant safety data over the currently available generic NSAIDs. Mefenamic acid (Ponstel) is primarily used for the treatment of dysmenorrhea, but current clinical literature is lacking.

### Recommendation

Recommendations for the Preferred Drug List (PDL) are the following:

| Drug | PDL Recommendations |
| --- | --- |
| Generics | On List |
| celecoxib (Celebrex) | Off List |
| diclofenac/misoprostol (Arthrotec) | Off List |
| meclofenamic acid (Ponstel) | On List |
| meloxicam (Mobic) | On List |
| rofecoxib (Vioxx) | On List |

© Provider Synergies, L.L.C.
April 2003

LaAG-VIOXX-003349

Nonsteroidal Anti-inflammatories (NSAIDs)

| valdecoxib (Bextra) | On List |
|---------------------|---------|

LaAG-VIOXX-003350

Nonsteroidal Anti-inflammatories (NSAIDs)

## References

[1] Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med. 1998; 105(Suppl 1B):31S-38S.

[2] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.

[3] Needleman P, Isakson PC. The discovery and function of COX-2. J Rheumatol. 1997; 24(Suppl 49):6-8.

[4] Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol. 1997; 24(Suppl 49):9-14.

[5] Lane NE. Pain management in osteoarthritis: The role of COX-2 inhibitors. J Rheumatol. 1997; 24(Suppl 49):20-24.

[6] Ziegler J. Cancer and arthritis share underlying processes. J Natl Cancer Inst. 1998; 90(11):802-803.

[7] Hawkey CJ. COX-2 inhibitors. Lancet. 1999; 353:307-314.

[8] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.

[9] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.

[10] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.

[11] Lipsky PE. Specific COX-2 inhibitors in arthritis, oncology, and beyond: Where is the science headed? J Rheumatol. 1999; 26(Suppl 56):25-30.

[12] Celebrex [package insert]. Skokie, IL; Pharmacia; 2002.

[13] Arthrotec [package insert]. Chicago, IL; Pharmacia; November 2002.

[14] Ponstel [package insert]. Roswell, GA; First Horizon; May 2000.

[15] Mobic [package insert]. Ridgefield, CT; Boehringer Ingelheim; 2001.

[16] Vioxx [package insert]. West Point, PA; Merck; 2002.

[17] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[18] Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS Study: a randomized controlled trial. JAMA. 2000; 284:1247-1255.

[19] Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis. A randomized controlled trial. JAMA. 1999; 282:1921-1928.

[20] McKenna F, Weaver A, Fiechtner JJ, et al. Cox-2 specific inhibitors in the management of osteoarthritis of the knee: a placebo-controlled, randomized, double-blind study. J Clin Rheumatol. 2001; 7:151-159.

[21] Geba GP, Weaver AL, Polis AB, et al. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA. 2002; 287:64-71.

[22] Malmstrom K, Daniels S, Kotey P, et al. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator controlled clinical trial. Clin Ther. 1999; 21:1653-1663.

[23] Agrawal NM, Caldwell J, Kivitz AJ, et al. Comparison of the upper gastrointestinal safety of Arthrotec 75 and nabumetone in osteoarthritis patients at high risk for developing nonsteroidal anti-inflammatory drug-induced gastrointestinal ulcers. Clin Ther 1999; 21(4):659-74.

[24] Bocanegra TS, Weaver AL, Tindall EA, et al. Diclofenac/misoprostol compared with diclofenac in the treatment of osteoarthritis of the knee or hip: a randomized, placebo controlled trial. Arthrotec Osteoarthritis Study Group. J Rheumatol. 1998; 25(8):1602-11.

[25] Dequeker J, Hawkey C, Kahan A, et al. Improvement in gastrointestinal tolerability of the selective cyclo-oxygenase (COX)-2 inhibitor, Meloxicam, compared with piroxicam: Results of the safety and efficacy large-scale evaluation of COX-inhibiting therapies (SELECT) trial in osteoarthritis. Brt J Rheumatology. 1998; 37:946-951.

[26] Yocum D, Fleischmann R, Dalgin P, et al. Safety and Efficacy of Meloxicam in the Treatment of Osteoarthritis. Arch Int Med. 2000; 160:2947-2954.

[27] Hawkey C, Kahan A, Steinbruck K, et al. Gastrointestinal Tolerability of Meloxicam compared to Diclofenac in osteoarthritis patients Brt J Rheumatology. 1998; 37:937-945.

[28] Schoenfeld P. Gastrointestinal safety profile of meloxicam: a meta-analysis and systematic review of randomized controlled trials. Am J Med. 1999; 107(6A):48S-54S.

[29] Martin RM, Biswas P, Mann RD. The incidence of adverse events and risk factors for upper gastrointestinal disorders associated with meloxicam use amongst 19,087 patients in general practice in England: a cohort study. Br J Clin Pharmacol. 2000; 50(1):35-42.

[30] Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology. 1999; 117:776-783.

[31] Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000; 343(21):1520-1530.

[32] Morrison BW, Daniels SE, Kotey P, et al. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol. 1999; 94:504-508.

[33] Makarowski W, Zhao WW, Bevirt T, et al. Efficacy and safety of the COX-2 specific inhibitor valdecoxib in the management of osteoarthritis of the hip: a randomized, double-blind, placebo controlled comparison with naproxen. Osteoarthritis Cartilage. 2002; 10(4):290-6

[34] Bensen W, Weaver A, Espinoza L, et al. Efficacy and safety of valdecoxib in treating the signs and symptoms of rheumatoid arthritis: a randomized, controlled comparison with placebo and naproxen. Rheumatology. 2002; 41:1008-16.

[35] Daniels SE, Talwalker S, Torri S, et al. Valdecoxib, a cyclooxygenase-2-specific inhibitor, is effective in treating primary dysmenorrhea Obstet Gynecol. 2002; 100:350-8

[36] Kivitz A, Eisen G, Zhao WW, et al. Randomized, placebo-controlled trial comparing efficacy and safety of valdecoxib with naproxen in patients with osteoarthritis. J Fam Pract. 2002; 51:530-7

[37] Celebrex [package insert]. Chicago, IL; Pharmacia; 2002

[38] Arthrotec [package insert]. Chicago, IL; Pharmacia; November 2002

[39] Ponstel [package insert]. Roswell, GA; First Horizon; May 2000

[40] Mobic [package insert]. Ridgefield, CT; Boehringer Ingelheim; 2001

[41] Vioxx [package insert]. Whitehouse Station, NJ; Merck; 2002

LaAG-VIOXX-003351

Nonsteroidal Anti-inflammatories (NSAIDs)

[42] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[43] Celebrex [package insert]. Skokie, IL; Pharmacia; 2002.

[44] Arthrotec [package insert]. Chicago, IL; Pharmacia; November 2002.

[45] Ponstel [package insert]. Roswell, GA; First Horizon; May 2000.

[46] Mobic [package insert]. Ridgefield, CT; Boehringer Ingelheim; 2001.

[47] Vioxx [package insert]. West Point, PA; Merck; 2002.

[48] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[49] Celebrex [package insert]. Chicago, IL; Pharmacia; 2002.

[50] Vioxx [package insert]. Whitehouse Station, NJ; Merck; 2002.

[51] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[52] Celebrex [package insert]. Chicago, IL; Pharmacia; 2002.

[53] Celebrex [package insert]. Chicago, IL; Pharmacia; 2002.

[54] Celebrex [package insert]. Chicago, IL; Pharmacia; 2002.

[55] Vioxx [package insert]. Whitehouse Station, NJ; Merck; 2002.

[56] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[57] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.

[58] Mukherjee D, Nissen SE, Topol EJ. Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors. JAMA. 2001; 286:954-959.

[59] White EB, Faich G, Whelton A, et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol. 2002; 89:425-30.

[60] Reicin AS, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. 2002; 89(2):204-9.

[61] Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation. 2001; 104:2280-8.

[62] Whelton A, Fort JG, Puma JA, et al. Cyclooxygenase-2 specific inhibitors and cardiorenal function: a randomized controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. SUCCESS VI Study Group. Am J Ther. 2001; 8(2):85-95.

[63] Whelton A, White WB, Bello AE, et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or = 65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol. 2002; 90(9):959-63.

[64] Schwartz JI, Malice MP, Kalyani R, et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers. Amer J Hypertension. 2001; 14(4 Part 2):P-434.

LaAG-VIOXX-003352