# Exhibit 13

Page 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

Coordination Proceeding

Special Title (Rule 1550(b))

Vioxx Cases

                                      JCCP No. 4247

This Document Applies To:

Lowell Berwick v. Merck & Co.,

Inc., et al.

[Part of Roy Alvarado, et al. v.

Merck & Co., Inc., et al.,

State Docket No. BC32885]

_____/

DEPOSITION OF JOHN S. MacGREGOR, M.D., Ph.D.

THURSDAY, MARCH 22, 2007

PAGES 1 - 308

```
 1              So that's the kind of thoughts I was having
 2    reading this page.  They are saying how they justify
 3    pooling them, and I'm pointing out that it's not
 4    justified to pool them.
 5          Q.  Is it your opinion that there may be
 6    different rates of events on Vioxx when they are used
 7    in different populations?
 8          A.  Different rates of events?  Well, my opinion
 9    is that the Alzheimer's trial is inappropriate to
10    pool with any study because it had this very high
11    noncompliance rate, very high dropout rate, which
12    removes any kind of statistical power to make any
13    kind of statements about safety, you know, period.
14              If the patients in the Vioxx arm, if half of
15    them aren't taking the pills, you can't attribute an
16    absence of cardiovascular events to Vioxx being safe.
17    You have to say, gosh, half the people didn't take
18    their pills.  That's why we're not seeing an effect,
19    not that Vioxx is safe.  And the conclusion they're
20    coming to here, Vioxx is safe because the Alzheimer
21    trial says it is, but they are not looking at this
22    huge statistical caveat, or the huge analysis caveat,
23    that you can't put any kind of confidence in that
24    kind of analysis when, you know, 40 or 50 percent of
25    the patients aren't taking their pills.
```

```
 1        Q.   Doctor, what's your basis -- first of all,
 2   what's your basis for your opinion that the
 3   Alzheimer's trials should be discounted because of
 4   the compliance rate?
 5             MR. ARBITBLIT:  Objection; asked and
 6   answered.
 7   BY MR. WOLFF:
 8        Q.   What are you basing that on?
 9        A.   Just what I just said.
10        Q.   Where is that information?
11        A.   That the Alzheimer's -- what information,
12   that it should be discounted or that it happened?
13        Q.   The rates of compliance in the Alzheimer's
14   trials, where are you getting that information from?
15        A.   Well, I think it's in a number of sources.
16   I think it -- I have seen it in a number of places.
17   I can't tell you right off the top of my head, but I
18   know there is a discussion of it in I believe the
19   Thal article that was published, and I think there
20   are other documents, FDA documents and Merck
21   documents, that indicate a low compliance rate and
22   dropout rate.
23        Q.   What was the compliance of Vioxx users in
24   the Alzheimer's trials?
25        A.   The compliance?
```

Page 111

```
 1        Q.   What was the rate of compliance?
 2        A.   As I recall, overall, it was something like
 3   39 percent didn't take their pills.
 4        Q.   What was the dropout rate of Vioxx users in
 5   the Alzheimer's trials?
 6        A.   It was high.  It was -- I'd need to see the
 7   documents again, but it was in the 40 to 50 percent
 8   range.
 9        Q.   And if I understand your opinion, correct me
10   if I am wrong, you don't think it was appropriate to
11   pool studies on RA patients, studies on OA patients,
12   and studies on Alzheimer's patients, because they are
13   different populations and there may be different
14   relative risks or event rates in those populations of
15   people taking Vioxx?
16             MR. ARBITBLIT:  Objection; mischaracterizes
17   what the witness just said, argumentative.
18             THE WITNESS:  No, and it's not just me that
19   feels that way.  It's Merck's own standard operating
20   procedure for bids making this kind of pooling of
21   patients from different kinds of populations.  So you
22   are taking patients with arthritis, patients for whom
23   this drug actually may be prescribed by a doctor, and
24   then you are also mixing in this polluted Alzheimer's
25   group.
```