# Exhibit 14

Reference P088C

A Double-Blind, Randomized, Stratified, Parallel-Group Study to
Assess the Incidence of PUBs During Chronic Treatment With
MK–0966 or Naproxen in Patients With Rheumatoid Arthritis
(Protocol 088/089)

MRK-AFV0451455

MK-0966 Prot. No. 088/089
VIGOR

-87-

### 6.5 Demographic and Other Baseline Characteristics (Cont.)

once if they took therapy in more than 1 category but only once if they took more than 1 drug within a specific category. NSAIDs are classified as anti-inflammatory and antirheumatic products under Musculoskeletal System or as analgesics under Nervous System (depending on the specific agent). Aspirin, including low-dose aspirin, is classified as an analgesic under Nervous System.

Overall, the most commonly used concomitant therapies were methotrexate, prednisone, folic acid, and acetaminophen [4.5]. There were no clinically meaningful differences between treatment groups in frequency or type of concomitant drug therapies.

### 6.6 Measurements of Treatment Compliance

Treatment compliance (to active drug) was similar between treatment groups. Four thousand and twenty-three (99.4%) and 3991 (99.1%) of patients in the rofecoxib and naproxen groups, respectively, had a treatment compliance of ≥75%. Compliance was assessed by the percentage of missed doses of the active drug: 100% multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by number of tablets supposed to be taken [4.8].

### 7. GASTROINTESTINAL ENDPOINTS

A total of 208 patients with potential PUB events were adjudicated [4.15]. Sixteen events that occurred more than 14 days after discontinuation of study therapy were excluded from the primary analysis as prespecified by the DAP (Table 21) (Allocation Numbers [AN] 0663, 0225, 2574, 3312, 1574, 2960, 3354, 0301, 0304, 3525, 4040, 6646, 6184, 5103, 7854, 5808). Events which occurred more than 14 days after the last dose of study therapy were included in sensitivity analyses (Section 7.1.6.2). One patient had an event prior to taking the first dose of study drug (AN 1475, naproxen 1000 mg). This patient was not included in any of the analyses as the prespecified rules stated that "randomization" is considered the time of the first dose of study therapy. Therefore, 191 PUB patients were eligible for the primary analyses: 177 patients had confirmed events, 13 were unconfirmed and 1 was classified as "not an upper GI event" (AN 5866, naproxen 1000 mg). AN 5866 was a 54-year-old female who presented to the investigator with new onset of epigastric pain and nausea. The patient was referred for GI evaluation and EGD revealed severe erosive gastritis. There was no evidence of associated decrease in serial hemoglobin and hematocrit measurements, fecal occult blood, orthostasis, melena, or hematemesis. Based on the source documentation, the Case Review Committee did not feel that the patient had an upper GI event.