Exhibit 20

# Statistical Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

## (Study 203)

Prepared by

### Jennifer Ng – Clinical Biostatistics

### Jim Bolognese – Clinical Biostatistics

## CONFIDENTIAL, PROPRIETARY PROPERTY OF MERCK & CO., INC.

RA404.DOC  VERSION 10.1 APPROVED

Restricted ✚ Confidential – Limited Access

09-Jan-2004

fidential – Subject To Protective
er

MRK-AFL0015451

MK-0966 CV Outcomes Data Analysis Plan

# Data Analysis Plan

## A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib

### (Study 203)

## TABLE OF CONTENTS

PAGE

I.  INTRODUCTION ................................................................................1
    A.  Objective of the Data Analysis Plan ...........................................1
    B.  Description of the Studies and Objectives/Hypotheses ...............1
        1.  Study Summaries ..................................................................1
        2.  Objective of the Combined Analysis ...................................3
        3.  Hypotheses for the Combined Analysis ..............................3
II. STUDY PARTICIPANTS CHARACTERISTICS ..............................4
III. SAFETY ANALYSES ........................................................................4
    A.  Endpoints for Analysis ...............................................................4
    B.  Populations for Analysis .............................................................5
        1.  Per-Protocol .........................................................................6
        2.  Modified Intention-to-Treat (mITT) ...................................6
    C.  Approaches to Safety Analysis ...................................................6
        1.  Approach to the Analysis of Non-Inferiority of Rofecoxib
            to Placebo (Primary Hypothesis) .........................................6
        2.  Approach to the Analysis of Superiority of Rofecoxib to
            Placebo (Secondary Hypothesis) .........................................7
    D.  Definition of Compliance Measure ............................................7
IV. STATISTICAL TECHNICAL ISSUES ............................................8
    A.  Planned Statistical Power and Sample Size ...............................8
    B.  Planned Analyses and Early Decisions .......................................9
        1.  Early Decision for Inferiority ............................................10
        2.  Early Decision for Noninferiority ......................................11
        3.  Early Decision for Superiority ...........................................12
        4.  Roles and Responsibilities of the ESMB ...........................14
    C.  Blinding/Unblinding .................................................................14
    D.  Statistical Methods ...................................................................16
        1.  General Approaches ............................................................16
        2.  Check of Model Assumptions .............................................17
        3.  Sensitivity and Dropout Analyses .....................................18
            a.  Sensitivity Analyses .....................................................18

# TABLE OF CONTENTS

PAGE

 b.  Dropouts.................................................................................
  4.  Dissemination of Results ................................................................ 19
 E.  Multiplicity ................................................................................... 19
 F.  Subgroup Analysis........................................................................ 19
V.  GROUND RULES FOR ANALYSIS ...................................................... 20
 A.  Time of Censoring for Patients Without Events.............................. 21
 B.  Definition of Baseline Value and Treatment Period....................... 22
 C.  Description of Data Handling Procedures Prior to Analysis ........... 22
VI.  PRESENTATION AND FORMAT OF RESULTS .................................. 22
 A.  Data Format ................................................................................... 23
 B.  Sample CSR Tables and Graphs..................................................... 23
VII.  DATASETS/PROGRAMS/VARIABLES .............................................. 23
 A.  Naming and Storage Conventions of Datasets, Programs, and
  Variables ....................................................................................... 23
 B.  Documentation/Validation of Programs ......................................... 23
VIII.  REFERENCES ....................................................................................... 24
IX.  APPENDICES ........................................................................................ 25
  ........................................................................................................... 27

RA404.DOC  VERSION 10.1 APPROVED

Restricted ✚ Confidential – Limited Access          09-Jan-2004

idential - Subject To Protective
r                                                                    MRK-AFL0015453

MK-0966 CV Outcomes Data Analysis Plan

i

# EXECUTIVE SUMMARY

## Background

This Data Analysis Plan addresses issues and provides details pertaining to the statistical methods that will be used to address the objectives stated in VIOXX™[1] Protocol 203 for the combined analysis of thrombotic cardiovascular events in 3 placebo-controlled trials of VIOXX™: "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment With MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas" (Protocol 122; APPROVe); "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer" (Protocol 201; ViP); and "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime" (Protocol 145; VICTOR). APPROVe and ViP are being conducted by Merck and Co., Inc.; VICTOR is being conducted by Oxford University and sponsored by Merck.

Previous studies with rofecoxib showed a difference in the incidence of thrombotic cardiovascular events versus naproxen but no difference from other NSAIDs or from placebo. The combined analysis of thrombotic cardiovascular serious adverse experiences (SAEs) described in this DAP has been proposed to provide increased precision on estimates of the comparability between rofecoxib and placebo on the incidence of thrombotic cardiovascular SAEs. A placebo-controlled study can assess the effects of selective COX-2 inhibition, in contrast to an active-controlled study which assesses relative risk to a comparator agent. Data from 3 large placebo-controlled studies are being combined because of the rarity of these events. Rofecoxib is indicated for patients with osteoarthritis and rheumatoid arthritis. However, the chronic nature of these diseases and the need for chronic therapy limits the duration of placebo-controlled studies in these populations. Rofecoxib is also being studied for the suppression of neoplastic cell growth in various indications. Accordingly, this combined analysis is based on data from 3 large placebo-controlled studies of rofecoxib in patients at risk of recurrent sporadic adenomatous colon polyps, recurrent colon cancer, or prostate cancer. All 3 studies allow the use of low-dose aspirin (75 to 100 mg/day) for chronic vascular protection in patients with a past medical history of either cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable or stable angina, coronary artery bypass grafting, or percutaneous coronary interventions. It is anticipated that 10 to 20% of patients in the 3 studies combined will be taking low-dose aspirin cardiovascular prophylaxis, allowing for an assessment in patients with a spectrum of cardiovascular risk. Furthermore, patients in these studies will be comparable in age to patients with osteoarthritis or rheumatoid arthritis, allowing generalization of the results of this analysis to other populations, including those with osteoarthritis or rheumatoid arthritis.

---

[1]  VIOXX is a trademark of Merck Co., Inc., Whitehouse Station, New Jersey, U.S.A.

RA404.DOC  VERSION 10.1 APPROVED

Restricted ✪ Confidential – Limited Access

09-Jan-2004

The objective of the study (Protocol 203) is to compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomatous colon polyps, recurrent colon cancer, or prostate cancer. The primary hypothesis of the study is that rofecoxib 25 mg will be non-inferior to placebo in the risk of developing a confirmed thrombotic SAE (i.e., upper limit of a 95% confidence interval [CI] for the hazard ratio [HR, rofecoxib/placebo], will be less than 1.30). In addition, because some data suggest that COX-2 inhibition might reduce the risk of a thrombotic event by an anti-inflammatory effect on atheroma formation and rupture, the possibility that rofecoxib might reduce the risk of such events will also be examined. The secondary hypothesis of the study is that patients treated with rofecoxib 25 mg once daily will have decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper limit of a 95% CI on the HR <1.0 and lower limit <0.77). This hypothesis will be evaluated in a stepwise fashion if non-inferiority is first established. Investigator-reported cardiovascular events are categorized according to the Standard Operating Procedure (SOP) for surveillance, monitoring, and adjudication of acute thromboembolic vascular events in clinical trials of COX-2 inhibitors [1].

## Statistical Analyses and Power

Non-inferiority will be established if the upper limit of a 95% CI for hazard ratio is less than 1.30. Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic cardiovascular SAEs need to be observed to provide 90% power to yield an upper limit of a 95% CI for HR <1.30. With 611 observed events and approximately 38,000 patient-years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of a 95% CI <1.30.

The primary analysis population to address the primary hypothesis of non-inferiority will be per-protocol. In the per-protocol approach, patients with clinically important deviations will be excluded from the analysis. The primary analysis population to address the secondary hypothesis of superiority will be modified intention-to-treat, i.e., all patients randomized who took at least one dose of study drug. Events that occur after randomization and within 14 days of the last dose of study medication will be included in both populations. Sensitivity analyses will be performed by including reports of confirmed thrombotic cardiovascular SAEs up to 28 days after the last dose of study medication.

Based on these design specifications, the combined analysis for formal primary assessment of the primary hypothesis will be performed after observing the first 611 confirmed events from the 3 studies that satisfy the per-protocol definition. Current timelines predict that the complete results from one of the studies (APPROVe) will be available before the accrual of 611 confirmed events and that 2 of the studies (VICTOR, ViP) will still be ongoing when the 611 events have been accrued. However, the primary assessment will be based on the first analysis, as soon as feasible after the first

611 confirmed thrombotic cardiovascular SAEs that satisfy the per-protocol definition are observed. Subsequent analyses to obtain later estimates of HR with 95% CI will be obtained after every approximately 25% increase in events and again after the conclusion of ViP and of VICTOR. APPROVe is estimated to contribute approximately 130 events (less than 22% of the total number of events); thus, its completion prior to the primary analysis will have little influence on the ultimate results.

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to first event during the study period. The analysis will be based on a Cox proportional hazards model to compare survival curves between treatment groups. The model will include the following factors: treatment (rofecoxib/placebo); chronic low-dose aspirin use (yes/no), and protocol (122, 145, or 201). Note that chronic low-dose aspirin is assessed at randomization. Interactions will be explored as sensitivity analyses. The hazard ratio between the 2 treatment groups (rofecoxib/placebo) will be estimated and the corresponding CI, adjusted for interim analyses, will be computed and compared to 1.30 to assess the primary hypothesis. The 95% CIs around the estimated HR along with event rates per 100 person years will be presented. Sensitivity analysis will be performed by including confirmed cardiovascular events that are reported within 28 days of study drug discontinuation.

Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance (p>0.050) of this factor implies proportionality, i.e., constancy of treatment effect over time. Additionally, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log hazard ratio within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR. If these approaches indicate issues that warrant further assessment, additional analyses will be undertaken to investigate the causes of nonproportionality.

Finally, Kaplan-Meier plots of cumulative rates over time and nonparametric methods such as the log-rank test will be utilized to compare the survival curves.

### Interim Analyses

The cardiovascular data from the 3 contributing studies are monitored by an independent External Data and Safety Monitoring Board (ESMB). The same ESMB is also responsible for the monitoring of overall study data from 2 of the studies contributing to this analysis, ViP and APPROVe. Overall study data from the third study, VICTOR (Protocol 145), is monitored by a separate ESMB. It is anticipated that there will be numerous (at least twice yearly) looks at cardiovascular safety. All study personnel (with the exception of the ESMBs for each study and the designated unblinded MRL statisticians for Protocols 122 and 201) will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). As

Restricted ✛ Confidential – Limited Access

dential – Subject To Protective                                                   MRK-AFL0015456

MK-0966 CV Outcomes Data Analysis Plan

with any monitored study, the ESMB may consider an early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined analysis, the 3 individual studies may continue in order to assess risk-benefit in each respective indication based on the ESMB assessment. A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information), i.e., 4 interim analyses plus the primary analysis. Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB).

The $\alpha$-spending function proposed by Hwang et al. [2] with $\gamma=-4$ will be used at the interim analyses to preserve the overall Type I error. This gamma family of the $\alpha$-spending rate function provides conservative boundaries at the initial interim analyses. At each analysis, the CIs will be constructed by using the early decision/stopping boundaries obtained at the time when actual analysis is performed. There are no prespecified plans to stop the trial due to non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses. However, if the ESMB should decide to make an early decision due to the importance of study patients' safety, the early decision rules described below will be considered when making a decision regarding the conduct of this trial.

<u>Early Decision for Inferiority</u>: An early decision/conclusion for inferiority would require the lower limit of a CI >1.0 at overall one-sided $\alpha=0.025$ and an observed HR >1.30.

<u>Early Decision for Superiority</u>: An early decision/conclusion for superiority requires the upper limit of a CI <1.0 at overall $\alpha=0.001$, one-sided. This is a stringent criterion and the probability of crossing the stopping boundaries for superiority is negligible. This level of stringency is desirable when the intent of the trial is to provide compelling results of safety and/or efficacy. There are no plans for an early decision to conclude superiority.

<u>Early Decision for Noninferiority</u>: An early decision/conclusion for noninferiority requires upper limit of a CI <1.20 at overall one-sided $\alpha=0.001$. Estimated HRs which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if there is to be an early decision for non-inferiority, the level of rigor should be similar to that proposed for early decision for superiority.

Although there are no plans for an early decision to conclude non-inferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs

Restricted ✪ Confidential – Limited Access

09-Jan-2004

dential - Subject To Protective

MRK-AFL0015457

MK-0966 CV Outcomes Data Analysis Plan

based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, *and* there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

Note that an early decision for noninferiority would not cause any of the 3 component trials to be stopped. Thus the effect of this decision would only be to communicate results early, and in that regard, they must be considered robust. A recommendation for an early decision, modification, or discontinuation of the trial will not be based solely on statistical grounds. Note that early decision creates problems of interpretation of the subgroup analyses and rarer events, e.g., myocardial infarctions, because the chances of numerically large HRs are nontrivial because of small numbers of events. It is also important to consider whether sufficient patient-years of experience have been collected in order to assess potential differences in risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment, e.g., look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results. The combined clinical and statistical expertise of ESMB members is required for interpretation of the study data.

# I.   INTRODUCTION

## A.  Objective of the Data Analysis Plan

This Data Analysis Plan (DAP) describes in detail the strategy, rationale, and statistical techniques that will be used to assess cardiovascular safety from the combined analysis of 3 placebo-controlled studies of rofecoxib (MK-0966, VIOXX™):

- Protocol 122 (APPROVe): "A Multicenter, Randomized, Parallel-Group, Placebo-Controlled, Double-Blind Study With In-House Blinding to Determine the Effect of 156 Weeks of Treatment with MK-0966 on the Recurrence of Neoplastic Polyps of the Large Bowel in Patients With a History of Colorectal Adenomas"

- Protocol 145 (VICTOR):  "VIOXX™ in Colorectal Cancer Therapy: Definition of Optimal Regime"

- Protocol 201 (ViP): "A Double-Blind, Randomized, Placebo-Controlled, Multicenter Study to Evaluate the Effect of Rofecoxib in Decreasing the Risk of Prostate Cancer"

Also included are the standard operating procedures for the interim analysis.

## B.  Description of the Studies and Objectives/Hypotheses

### 1.  Study Summaries

Protocol 122 (APPROVe) is a multicenter (~100 sites worldwide), randomized, placebo-controlled, double-blind study with in-house blinding, conducted by Merck, to determine the effect of 156 weeks (3 years) of treatment with rofecoxib on the recurrence of neoplastic polyps of the large bowel in patients with a history of colorectal adenomas. Patients are at least 40 years of age who have had removal of at least 1 histologically-confirmed large bowel adenoma within 12 weeks of study entry (all large bowel polyps must have been removed prior to study entry). Only patients who are not anticipated to need chronic NSAID therapy (including analgesic doses of aspirin) during the trial will be entered into the study. Up to 20% of patients may require low-dose aspirin therapy when they enter the study. After a 6-week placebo run-in period, 2612 patients were randomized to either rofecoxib 25 mg or placebo in a 1:1 fashion (stratified by low-dose aspirin use (yes/no)). In all patients, colonoscopies are performed at Week 52 and Week 156 or at the time of discontinuation. Patients who have completed Visit 13 (poststudy follow-up visit), have undergone a complete colonoscopy along

idential – Subject To Protective
r

with colonoscopic removal of all polyps identified at Visit 12, and who consent to participate in a study extension, are taken off study therapy and undergo a colonoscopy at the end of 1 year to evaluate the potential for accelerated adenomatous polyp recurrence. (During the extension, all investigators and patients remain blinded to the base study treatment assignments.)   The primary endpoint is the incidence of colorectal adenoma, defined as a polyp with confirmed premalignant neoplastic changes by histologic examination at either time point by a study pathologist. F ourteen d ays a fter s tudy d rug d iscontinuation, a ll p atients have a poststudy visit that includes the collection of adverse experience information. Additionally, investigators are asked to report all SAEs that they consider possibly, probably, or definitely related to study drug that occur outside the 14-day window. The study is ongoing. An interim analysis of safety for the ESMB is planned after all patients have completed colonoscopy following 1 year of treatment. The study is scheduled to be completed in 2005.

Protocol 145 (VICTOR) is a multicenter (~250 sites worldwide), randomized, double-blind, placebo-controlled study, conducted by Oxford University and sponsored by Merck, of VIOXX™ in colorectal cancer patients following potentially curative therapy. Patients are at least 18 years of age with histologically proven Duke's B or C colorectal carcinoma that has been completely resected without gross or microscopic evidence of residual disease. Patients are within 12 weeks of completing potentially curative therapy (surgery alone or surgery plus radiotherapy and/or chemotherapy), and patients using low-dose aspirin are permitted to enter the study. Patients are randomized to receive either rofecoxib 25 mg or placebo for either 2 years (1750 patients in each group) or 5 years (1750 patients in each group); low-dose aspirin use is not a stratification factor. Overall survival (mortality) rate is the primary endpoint. All patients who discontinue are contacted by telephone 14 days after the last dose of blinded study medication for AE ascertainment. It is expected that enrollment will be completed in 2007, and study completion is expected in 2012. Two analyses of the 2-year cohort are planned: at the end of recruitment and a final analysis after all patients have 2 years' follow-up. Two analyses of the 5-year cohort are planned: at the end of the 2-year follow-up for all rofecoxib patients and after all rofecoxib patients have 5 years' follow-up. The study is ongoing.

Protocol 201 (ViP) is a multicenter (~450 sites worldwide) double-blind, randomized, placebo-controlled study, conducted by Merck, to evaluate the effect of rofecoxib in decreasing the risk of prostate cancer. Male patients ≥50 years of age with prostate-specific antigen (PSA) >2.5 ng/mL and ≤10 ng/mL will be enrolled. Men with PSA >4 ng/mL must have both a normal biopsy within 1 year of screening. All patients must have a

Restricted ✪ Confidential – Limited Access

lential – Subject To Protective

MK-0966 CV Outcomes Data Analysis Plan

3

digital rectal examination not suspicious of prostate cancer within 4 weeks of screening (Visit 1). Patients taking low-dose aspirin (75 to 100 mg per day) for cardioprotective benefit are allowed to participate in the study. After a 3-week placebo run-in period, patients are randomized to either rofecoxib 25 mg or placebo for a 6-year treatment period (15,000 patients total, randomized in a 1:1 ratio stratified on low-dose aspirin use [yes/no] and baseline PSA [≤4, >4 ng/mL]). Prostate biopsies are performed at 3 and 6 years of treatment if either (1) the patient has baseline PSA >4 ng/mL or (2) the patient has baseline PSA ≤4 ng/mL and his PSA level rises above 4 ng/mL during the active treatment period. Biopsies may also be obtained at any time if clinically indicated, and all patients receive a biopsy at study discontinuation or end of study. Patients who withdraw or are discontinued from blinded study drug continue to have regularly scheduled telephone contacts every 6 months after discontinuing study drug for a total duration of up to 72 months to assess for potential study endpoints (i.e., prostate cancer or cardiovascular event). All patients receive a poststudy telephone call 14 days following completion of the study or within 14 days following the discontinuation visit to collect SAEs and prostate cancer information. The primary endpoint is cumulative percentage of patients with prostate cancer. Enrollment is anticipated to take 18 months starting in May-2003, and study completion is expected in 2012.

Overall, approximately 24,000 patients will be enrolled in these 3 studies, with approximately equal numbers of patients randomized to rofecoxib or placebo. Ten to 20% of patients are anticipated to be on low-dose aspirin, allowing for assessment in patients with a spectrum of cardiovascular risk. SAEs from all 3 studies will be recorded in the Merck Worldwide Adverse Experience (WAES) database and reviewed according to the Merck standard operating procedure (SOP) for evaluation and adjudication of acute potentially thrombotic vascular SAEs [1].

## 2. Objective of the Combined Analysis

To compare the cardiovascular safety of rofecoxib 25 mg to that of placebo in patients at risk of sporadic adenomatous colon polyps, recurrent colon cancer, or prostate cancer based on a combined analysis of data from 3 studies: APPROVe (Protocol 122), VICTOR (Protocol 145), and ViP (Protocol 201).

## 3. Hypotheses for the Combined Analysis

a. Primary: Rofecoxib 25 mg once daily will be noninferior to placebo in the risk of developing a confirmed thrombotic cardiovascular SAE (i.e., the upper limit of the 95% CI will be less than 1.30).

Restricted ⊙ Confidential – Limited Access

09-Jan-2004

dential – Subject To Protective

MRK-AFL0015461

    b. Secondary: Patients treated with rofecoxib 25 mg once daily will have a decreased risk of developing a confirmed thrombotic cardiovascular SAE relative to placebo (i.e., upper 95% confidence limit on HR <1.0 and lower limit <0.77).

## II.   STUDY PARTICIPANTS CHARACTERISTICS

Demographic and baseline characteristics of the patients will be summarized by protocol (122, 145, 201, and combined [203]). No formal statistical testing will be performed.

- Summary statistics (sample size and proportion) will be provided, by protocol and treatment group, for the following variables: gender (male/female), chronic low-dose aspirin user at randomization (yes/no), study region (US/Canada, Europe, Latin America, Asia, Other), age (<65, ≥65), race (white/black/asian/ other), history of cardiovascular disease (MI, stroke, TIA, CABG, PTCA or angina; yes/no), *family history of cardiovascular disease (yes/no/unknown), tobacco use (current user, ex-user, never smoked), history of diabetes (yes/no), history of dyslipidemia (yes/no/unknown), history of hypertension (yes/no),* prior NSAID use (yes/no), and prior statin use (yes/no/unknown). The proportion of patients with the cardiac risk factors (≥2, <2) in italics above will also be tabulated. Age will also be summarized as a continuous variable (sample size, mean, median, standard deviation, range).

Total and mean time on therapy (patient years) will also be provided by protocol and treatment group.

## III.   SAFETY ANALYSES

### A. Endpoints for Analysis

The primary endpoint will be confirmed thrombotic cardiovascular adverse experiences as defined by the CV adjudication SOP [1]. Events that are in the SOP definition for confirmed events include: acute MI (fatal or nonfatal), unstable angina pectoris, sudden and/or unexplained death, resuscitated cardiac arrest, cardiac thrombus, pulmonary embolism (fatal or nonfatal), peripheral arterial or venous thrombosis (fatal or nonfatal), ischemic cerebrovascular stroke (fatal or nonfatal), cerebrovascular venous thrombosis (fatal or nonfatal), and transient ischemic attack.

Secondary endpoints are:

- Investigator-reported Cardiovascular Events, i.e., all those submitted for adjudication.

ential – Subject To Protective

MRK-AFL0015462

- Confirmed APTC (Anti-Platelet Trialists' Collaboration) combined endpoint, defined as the occurrence of any cerebrovascular accident, myocardial infarction, or cardiovascular death (including hemorrhagic, sudden, and/or unexplained death).

Within confirmed thrombotic cardiovascular adverse experiences, other endpoints will be summarized (i.e., counts, crude incidence, and event rates per 100 person years) for informational purposes.

Other endpoints include:

- Confirmed Myocardial Infarctions.

- All Confirmed Cardiac Events (Acute MI (fatal or nonfatal), Unstable Angina Pectoris, Sudden and/or Unexplained Death, Resuscitated Cardiac Arrest, or Cardiac Thrombus).

- All Confirmed Cerebrovascular Events: Ischemic Cerebrovascular Stroke (fatal or non-fatal), Cerebrovascular Venous Thrombosis (fatal or nonfatal), Transient Ischemic Attack.

- All Confirmed Peripheral Vascular Events: Pulmonary Embolism (fatal or nonfatal), Peripheral Arterial Thrombosis (fatal or nonfatal), and Peripheral Venous Thrombosis.

- Confirmed Thrombotic Cardiovascular Deaths (including confirmed sudden or unexplained death).

- Confirmed Stroke (Ischemic and Hemorrhagic).

As noted in the adjudication SOP, sudden and/or unexplained death is defined as witnessed instantaneous or near-instantaneous death that occurs without warning or within-in 1 hour of nondiagnostic symptoms, or as an unwitnessed, unexpected death in which criteria for a fatal coronary or cerebrovascular event are not met.

Note that overall mortality will not be assessed since it is confounded with the primary endpoint in VICTOR.

Additional analyses may be performed as needed. Note that event rates per 100 person years will need to be interpreted cautiously if the rates are not relatively constant over time.

## B. Populations for Analysis

Two analysis sets are defined, per-protocol and modified intention-to-treat. These sets differ in the manner in which protocol deviations and dropouts are handled.

nfidential - Subject To Protective
ler                                                    MRK-AFL0015463

1. **Per-Protocol**

The per-protocol population excludes patients with clinically important deviations from protocol-specified criteria. It is not a repetition of the inclusion and exclusion criteria from the studies, but a clinical assessment of important deviations that may either affect or confound the CV safety results. Only randomized patients who take at least one dose of study drug are included.

Patients meeting either one of the following criteria will be excluded from the PP analysis:

- Patients with less than 75% compliance during the study period. As defined in Section III.C., study period is defined as the number of days between randomization and the last day of study drug discontinuation. Compliance will be assessed by the percentage of tablets taken compared to the number that should have been taken during the study period. Tablet counts are not collected in VICTOR. Therefore for that study only, no patients will be excluded from the per-protocol analysis based on this criteria.

- Patients taking non-protocol NSAIDs, aspirin (at anti-inflammatory doses), or products containing these more than 10% of the time on study.

2. **Modified Intention-to-Treat (mITT)**

The mITT analysis set includes all randomized patients according to their randomized treatment assignment. Only randomized patients who take at least one dose of study drug are included.

Evaluation will include events that occurred after randomization and within 14 days of study drug discontinuation for both the PP and mITT analyses. As a sensitivity analysis, reports of confirmed events that occur after randomization and within 28 days of study drug discontinuation will also be examined.

C. **Approaches to Safety Analysis**

1. **Approach to the Analysis of Non-Inferiority of Rofecoxib to Placebo (Primary Hypothesis)**

The primary hypothesis concerns noninferiority, and factors such as noncompliance with study medication and observed events after discontinuation of study medication could dampen any difference between treatments. The ICH guidelines [3] and others [4; 5; 6] mention that the

full analysis set tends to reduce differences between treatment groups and is generally not considered conservative when the objective of the study is to show no difference between treatments. Therefore, the per-protocol set is chosen as the primary approach for evaluating the hypothesis of noninferiority since the full analysis set is likely biased towards equivalence. Although the per-protocol set is primary, it is important to note that there are limitations using a per-protocol analysis in the face of a very high dropout rate. Thus, both the per-protocol and mITT analyses will be considered when interpreting the results. If differing conclusions arise, then further analyses will be conducted to try to understand the reason for the difference and which analyses are most appropriate.

The mITT approach will be a secondary approach for the assessment of non-inferiority of rofecoxib compared to placebo for confirmed thrombotic cardiovascular SAEs.

Note that the interim analyses of the primary endpoint that are provided to the ESMB will be based on the mITT approach for logistical reasons. However, should the ESMB consider making an early decision for any reason, then the PP analysis will be provided prior to any recommendation.

## 2. Approach to the Analysis of Superiority of Rofecoxib to Placebo (Secondary Hypothesis)

The secondary hypothesis concerns superiority. Thus, consistent with ICH guidelines, the mITT approach described above will be the primary approach for the assessment of superiority of rofecoxib to placebo in confirmed thrombotic cardiovascular SAEs, and the per-protocol approach described above will be secondary.

## D. Definition of Compliance Measure

For Merck Protocols 122 and 201, prime therapy records are obtained throughout the study. Therefore, compliance can be computed for each patient as:

100 x (number of tablets taken)/(number of tablets that should have been taken during the study period).

In VICTOR (Protocol 145), which was designed by Oxford University, no information on prime therapy is collected. Therefore, for the per-protocol analysis, it will be assumed that all patients were sufficiently compliant with therapy to be included in the analysis.

nfidential - Subject To Protective
ler

MRK-AFL0015465

The study period is defined as the number of days between the randomization visit and the last day of study drug discontinuation. Compliance will be summarized in categories, e.g., <75%, 75 to 84%, 85 to 94%, ≥95%. For each compliance category, summary statistics (number, percent) will be provided by treatment group.

## IV.   STATISTICAL TECHNICAL ISSUES

### A.  Planned Statistical Power and Sample Size

The null statistical hypothesis is that the HR (rofecoxib versus placebo) of confirmed thrombotic events is greater than 1.30. The alternative hypothesis is that the HR is less than 1.30. The alternative hypothesis will be considered proven if the upper 95% confidence limit for the HR (rofecoxib/placebo) of confirmed thrombotic events is less than 1.30.

Assuming a true underlying HR of 1.00, approximately 611 confirmed thrombotic events need to be observed to provide 90% power to yield the upper limit of the 95% CI for HR <1.30. To address the hypothesis, the data from rofecoxib Protocols 122 (APPROVe), 145 (VICTOR), and 201 (ViP) will be combined. The combined analysis for formal primary assessment of the primary hypothesis will be performed when the total number of confirmed thrombotic cardiovascular events that satisfy the per-protocol definition reaches 611 in the 3 trials combined. It is anticipated that the 611 confirmed thrombotic events will be reached in early 2006, which is after study completion of APPROVe and prior to study completion of VICTOR and ViP. The required event number was calculated using the Lachin-Foulkes method [7]. With 611 observed events and approximately 38,000 patient years of exposure from the combined studies, an observed HR of less than approximately 1.12 (i.e., an observed rofecoxib rate of less than approximately 12% higher than that of placebo), depending on the actual event and study discontinuation times of the individual patients, would yield the upper limit of the 95% CI <1.30.

Table 1 gives power for various departures from a true underlying HR of 1.0 if 611 events are available for analysis.

Table 1

Power for Various True Underlying HRs (Rofecoxib/Placebo)

| True HR | 1.00 | 1.01 | 1.02 | 1.03 | 1.04 | 1.05 | 1.10 |
|---|---|---|---|---|---|---|---|
| Power for 611 events[†] | 90% | 88% | 86% | 84% | 82% | 79% | 62% |

[†] To yield the upper limit of the 95% CI <1.30.

ential – Subject To Protective

MRK-AFL0015466

These calculations assumed exponential distributions of time to event, uniform time to discontinuation, noninformative discontinuations, and uniform patient entry. An overall event rate of 1.6%/year for confirmed thrombotic events and equal event rates in the rofecoxib and placebo groups were assumed.

Because of the desire to have definitive results both for the primary and secondary hypotheses, a closed testing procedure will be employed as follows: *if* the primary hypothesis of noninferiority is satisfied (p≤0.025, one-sided), *then* the secondary hypothesis of superiority will be tested. No α-adjustment is required for the secondary hypothesis test since a closed testing procedure is employed.

In order to demonstrate the precision of the study design to address the primary hypothesis, Table 2 displays the observed HRs based on the primary analysis of 611 confirmed events. Note that the maximum observed HR which will yield a 95% CI <1.30 is approximately 1.12. The associated difference in rates is less than 0.2% per year (1.7%/yr versus 1.5%/yr).

Table 2

Example Outcome CIs for the Combined Analysis of 611 Confirmed Events

| Observed HR | 95% CI | Rofecoxib Rate (%/yr) | Placebo Rate (%/yr) | Number of Rofecoxib Events | Number of Placebo Events |
|---|---|---|---|---|---|
| 0.9967 | (0.8630, 1.1511) | 1.6053 | 1.6105 | 305 | 306 |
| 1.0099 | (0.8744, 1.1663) | 1.6158 | 1.6000 | 307 | 304 |
| 1.0367 | (0.8976, 1.1973) | 1.6368 | 1.5789 | 311 | 300 |
| 1.0997 | (0.9520, 1.2702) | 1.6842 | 1.5316 | 320 | 291 |
| 1.1215 | (0.9709, 1.2955) | 1.7000 | 1.5158 | 323 | 288 |
| 1.1289 | (0.9773, 1.3041) | 1.7053 | 1.5105 | 324 | 287 |
| 1.1514 | (0.9966, 1.3302) | 1.7211 | 1.4947 | 327 | 284 |

## B. Planned Analyses and Early Decisions

It is anticipated that the ESMB for Protocol 203 will conduct numerous (approximately twice yearly) interim analyses to monitor safety, which afford potential for consideration of early decision to report scientific conclusions, i.e., publish results and/or provide results to regulatory agencies. Note that in the event of an early decision for scientific conclusion based on the combined study analysis, the 3 individual studies may continue in order to assess risk-benefit in each indication based on the ESMB assessment. The considerations

nfidential - Subject To Protective
ler

MRK-AFL0015467

outlined in this section are therefore intended to define decision threshold guidelines for the analysis.

A total of 4 interim analyses prior to the primary analysis of 611 confirmed events is anticipated. ESMB evaluations of the safety data will begin when ~25% of the event time has accrued and continue approximately semi-annually thereafter (based on the number of events and the fraction of the total information). Interim analyses will not begin until ~25% of the event time has accrued because enrollment projections from ViP and VICTOR suggest that there will be only a small number of events that are not from APPROVe prior to that time (and events from APPROVe are already being monitored by its ESMB). After the primary analysis, further "update" analyses will be performed after each additional ~25% of events and again after the conclusion of ViP and of VICTOR, but these analyses will be for the purpose of more precise estimation rather than hypothesis testing and therefore will not be included in the α-adjustment for the interim analyses.

The planned interim analyses are described in more detail in the *External Safety Monitoring Board Guidelines for Interim Monitoring* in Appendix 1. The CIs associated with all of the early decision rules at interim analysis described below are derived from α-spending rules using the α-spending function proposed by Hwang et al. [2], with $\gamma=-4$. Since this spending function depends only on past and current information times, not future information times, it will be adjusted based on the actual analysis times determined by the ESMB.

The early decision rules are to be applied only to the primary endpoint, confirmed thrombotic cardiovascular SAEs. A schematic diagram of these early decision guidelines is presented in Figure 1.

For completeness, a primary analysis of 611 confirmed events using the early decision guidelines is provided in the following sections. However, the actual primary analysis of 611 confirmed events will be based on the criteria specified in the primary and secondary hypotheses, namely overall α-level of 0.025, one-sided.

1. **Early Decision for Inferiority**

An early decision/conclusion for inferiority would require the lower limit of a CI for HR >1.0 (overall α=0.025) and observed HR >1.30. The rationale for proposing overall α=0.025 (one-sided) as a minimum criteria for an inferiority early decision is that it is equivalent to the conventional 2-sided α=0.050, used for typical safety analyses in clinical trials. Table 3 illustrates the α-spending function of Hwang et al. with $\gamma=-4$ and overall α=0.025 based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

ential – Subject To Protective

MRK-AFL0015468

MK-0966 CV Outcomes Data Analysis Plan

11

Table 3

Hwang et al., α-Spending Function α(-4,t) for Overall 1-Sided α=0.025

| Time of Analysis | Fraction of Event Time | Cumulative one-sided α | One-sided α at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|
| May-2004 | 0.249 | 0.0007856 | 0.0007774 | 3.164 | 99.844 | 105 | 47 |
| Nov-2004 | 0.386 | 0.0017185 | 0.0011781 | 3.041 | 99.764 | 145 | 91 |
| May-2005 | 0.635 | 0.0054327 | 0.0043443 | 2.624 | 99.131 | 221 | 167 |
| Nov-2005 | 0.807 | 0.0112741 | 0.0088790 | 2.371 | 98.224 | 279 | 214 |
| May-2006 | 1.000 | 0.0249668 | 0.0212646 | 2.028 | 95.747 | 346 | 265 |

## 2. Early Decision for Noninferiority

An early decision to conclude noninferiority requires the upper limit of a CI <1.20 at overall one-sided α=0.001. Estimated hazard ratios which satisfy this rule are all less than 0.91 at the interim analyses. The rationale for this level of stringency is that numerous (at least twice a year) interim analyses to monitor safety will be conducted for the ESMB and if the study is to stop early for noninferiority, the level of rigor should be similar to that proposed for early stopping for superiority.

Table 4 displays borderline scenarios for noninferiority using the same α-spending function at an overall one-sided α-level of 0.001 and requiring the CI to be <1.20, to be more conservative than 1.30. The probability of such splits does not become non-negligible (>0.01) until at least the third look.

Table 4

Examples of Interim Results Meeting Minimum Early Decision Criteria for Non-Inferiority Hwang et al., α(-4,t) Spending Function (Overall α=0.001, One-sided)

| Case | Estimated HR | Lower CL | Upper CL | Confidence Level | Lower 95% CL | Upper 95% CL | Number Events on Rofecoxib | Number Events on PBO | Total Patient Years |
|---|---|---|---|---|---|---|---|---|---|
| May-2004 | 0.434 | 0.159 | 1.188 | 99.9939 | 0.265 | 0.710 | 46 | 106 | 8963 |
| Nov-2004 | 0.674 | 0.379 | 1.199 | 99.9915 | 0.505 | 0.898 | 95 | 141 | 13714 |
| May-2005 | 0.813 | 0.555 | 1.191 | 99.9676 | 0.660 | 1.001 | 174 | 214 | 22632 |
| Nov-2005 | 0.867 | 0.629 | 1.196 | 99.9374 | 0.722 | 1.043 | 229 | 264 | 29126 |
| May-2006 | 0.909 | 0.694 | 1.192 | 99.8500 | 0.770 | 1.075 | 291 | 320 | 38428 |

RA404.DOC VERSION 10.1 APPROVED

Restricted ✜ Confidential – Limited Access

09-Jan-2004

nfidential - Subject To Protective
der

MRK-AFL0015469

Although there are no plans for an early decision of noninferiority of rofecoxib in comparison to placebo with respect to confirmed thrombotic cardiovascular SAEs based on interim analyses, the ESMB could consider an early decision for noninferiority under the following scenario: the results are clearly non-negative (i.e., an observed positive result), but not positive enough to be of significant clinical benefit, *and* there is a high likelihood that if the study were to continue until the planned 611 events, the noninferiority criteria would be met but would be unlikely to achieve superiority.

3. **Early Decision for Superiority**

An early decision for superiority requires the upper limit of a CI $<1.0$ (overall $\alpha=0.001$, one-sided). The rationale for an $\alpha=0.001$ is that for stopping for superiority should be held to a standard similar to that of replicate trials ($0.050 \times 0.050 = 0.0025$, two-sided $>0.001$ one-sided). The observed HRs that satisfy this rule are all $<0.77$, which is the inverse of 1.30, the non-inferiority bound.   Table 5 illustrates the $\alpha$-spending function of Hwang et al. with $\gamma=-4$ and overall $\alpha=0.001$ based on twice-yearly analyses assuming the 1st interim analysis is in May-2004.

Table 5

Hwang et al., $\alpha$-spending function $\alpha(-4,t)$ for overall 1-sided $\alpha=0.001$

| One-sided overall α | Time of Analysis | Fraction of Event Time | Cumulative one-sided α | One-sided α at Time of Analysis | CI Coeff. | Confidence Level | Number of Events on Rofecoxib | Number of Events on Placebo |
|---|---|---|---|---|---|---|---|---|
| 0.001 | May-2004 | 0.249 | 0.0000315 | 0.0000307 | 4.007 | 99.994 | 39 | 113 |
| | Nov-2004 | 0.386 | 0.0000688 | 0.0000426 | 3.929 | 99.991 | 84 | 152 |
| | May-2005 | 0.635 | 0.0002179 | 0.0001621 | 3.595 | 99.968 | 156 | 232 |
| | Nov-2005 | 0.807 | 0.0004507 | 0.0003132 | 3.420 | 99.937 | 206 | 287 |
| | May-2006 | 1.000 | 0.0009975 | 0.0007498 | 3.175 | 99.850 | 264 | 347 |

Any early decisions made by the ESMB for Protocol 203 regarding the CV safety of rofecoxib will be conveyed to the ESMB for VICTOR. The ESMB for Protocol 203 and the ESMB for VICTOR will need to consider the benefit-risk with respect to each individual study's respective primary chemoprevention endpoint when evaluating potential early stopping of any of the studies.

dential – Subject To Protective

Figure 1

Schematic Presentation of Early Decision Rules for the Primary Endpoint



If observed HR > 1.3 & lower limit of a CI > 1.0 at (one-sided) overall α = 0.025

If upper limit of CI < 1.2 at (one-sided) overall α = 0.001

If upper limit of a CI < 1.0 at (one-sided) overall α = 0.001

If upper limit of CI < 1.3 at (one-sided) overall α=0.025

If upper limit of CI ≥ 1.3 at (one-sided) overall α = 0.025, adjusted for interim looks

If upper limit of a CI < 1.0 and lower limit < 0.77 at (one-sided) overall α = 0.025

If upper limit of a CI > 1.0 or lower limit ≥ 0.77 at (one-sided) overall α=0.025

---

† It is recommended that there be at least 6000 rofecoxib patients with at least 1.5 years of exposure prior to any early decision.

RA404.DOC  VERSION 10.1 APPROVED

Restricted ♻ Confidential – Limited Access                    09-Jan-2004

nfidential - Subject To Protective
der

4. <u>Roles and Responsibilities of the ESMB</u>

The roles and responsibilities of the ESMB are more fully outlined in Appendix 1, *External Safety Monitoring Board Guidelines for Interim Monitoring*. As stated in these guidelines, a recommendation to modify/stop studies or make early decisions for CV analyses will not be based solely on statistical grounds. Note that early decision creates problems of interpretation of the subgroup analyses and rarer events, e.g., myocardial infarction, because the chances of numerically large hazard ratios are non-trivial because of small numbers of events. It is also important to consider whether sufficient patient-years of experience have been collected in order to assess potential differences in risk over time. For regulatory purposes, it is recommended that at least 6000 rofecoxib patients have at least 1.5 years of patient exposure prior to any early decision. If the ESMB recommends an early decision, then they will employ appropriate clinical judgment, e.g., look for consistency in related endpoints, time course, etc., to ensure internal consistency and biologic validity of the results. The combined clinical and statistical expertise of ESMB members is required for interpretation of the study data.

Appendix 2 contains a list of the members of the Steering Committee, ESMB and other committees.

C. <u>Blinding/Unblinding</u>

Each of the studies is monitored by an independent ESMB. The ESMB members for APPROVe also serve on the ESMB for ViP. Hui Quan is the unblinded Merck statistician for APPROVe; Jennifer Ng is the unblinded Merck statistician for ViP and this combined CV outcomes analysis. VICTOR has a separate ESMB; no Merck statisticians interact with this ESMB.

The designated unblinded Merck statisticians will serve as non-voting members of their respective ESMBs, and for purposes of providing blinded results as requested, as consultants to their Advisory Committees. For each study, the unblinded statistician participates in making decisions about the conduct of the study and changes to the DAP prior to the first unblinding. In addition, there are blinded statisticians for each study who serve on the respective studies' Steering Committees. These individuals also participate in making decisions regarding conduct of the study and changes to the DAP after the first study unblinding. All such changes require MRL management and Steering Committee approval and will be fully documented.

The ESMBs will review and provide input to protocol amendments prior to implementation. The chairmen of the ESMBs will determine if the

ential – Subject To Protective

MRK-AFL0015472

amendment requires full ESMB review. Any protocol changes in which an unblinded ESMB could be biased by knowledge of study data will not be reviewed by the ESMB. Decisions will be made by the Steering Committee on a case-by-case basis.

To control for confounding by extraneous factors, patients are randomized into each treatment group using computer-generated random allocation schedules. In APPROVe, patients are stratified by chronic low-dose aspirin use (yes/no). In ViP, patients are stratified by baseline PSA level (≤4 ng/mL, >4 ng/mL) and chronic low-dose aspirin use (yes/no). In VICTOR, patients are stratified on trial group (2 or 5 years treatment), age of patient, site of disease (colon or rectum), disease stage (B or C), chemotherapy (yes/no), and chemotherapy type.

Treatment assignments will be merged into the analysis programs by the unblinded statistician; the database for each study will not be unblinded until its respective study completion. The results from the combined analysis will be shared with the ESMB for each of the 3 protocols. While information such as demographics, selected secondary diagnoses and prior therapies, concomitant aspirin therapy data, patient status, prime therapy records, and outcomes of CV adjudication for all potential thrombotic events will be revealed to the unblinded statistician for Protocol 203, the primary endpoint data from APPROVe (colon polyps) will be kept blinded to the statistician for this combined safety analysis (prior to the official unblinding of APPROVe).

Each of the protocols will follow the in-house blinding procedures. Study personnel, with the exception of the ESMBs and the designated unblinded MRL statisticians described above, will remain blinded to treatment assignment throughout the study (i.e., until each study is completed and officially unblinded). Further details on blinding and the preparation of unblinded interim analyses can be found in Appendix 1. When 611 confirmed events in patients who meet the PP criteria have been identified, the data from the 3 studies will be blinded to Merck Research personnel until in-house review of the data is complete, and all corrections relevant to the analysis have been made to the database. Any additional identification of criteria to be used to exclude patients or data points from the per-protocol analysis not included in this DAP will be made by blinded staff. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of unblinding and at each subsequent analysis, the data used for analyses may be frozen in order to insure that analyses in response to regulatory queries can be performed on the same datasets as that which was used for any regulatory submission. Unblinding of any individuals except those described here is strongly discouraged; should unblinding of additional person(s) occur, it will

fidential - Subject To Protective
r

MRK-AFL0015473

be documented and handled according to Merck guidelines.   In particular, unblinded personnel will not be permitted to provide input on patients' care or to make decisions about data cleanup and exclusion criteria, or make changes to analysis strategies.

## D.   Statistical Methods

### 1.   General Approaches

For all time-to-event endpoints, survival analytic methods will be used to evaluate the time to event during the study period.   These analyses will be based primarily on a Cox proportional hazards (PH) model [8] to compare survival curves between treatment groups.   This model is semi-parametric and in particular assumes no parametric form for the baseline hazard; hazard functions of interest are obtained multiplicatively by covariates (including treatment group indicator). It also assumes that the predictors have the same effect on the hazard function at all time points under consideration. When the inference is mainly centered on the proportional factors (say, among treatment groups) of the hazard function, and not the baseline hazard, this model provides a more powerful approach than a full parametric model.   The assumptions of proportional hazard will be verified prior to use of this model (see Section D.2.).   Relative risk (i.e., the hazard rate ratio) and associated CI will be used as the primary measure for estimating the comparative effects between treatment groups.

For the primary and secondary endpoints of confirmed thrombotic cardiovascular serious adverse events, investigator-reported cardiovascular events and confirmed myocardial infarctions, between-treatment ratios of relative risk with 95% CIs will be calculated from a Cox PH model with factors for treatment, chronic low-dose aspirin use (yes/no), and protocol. Note that chronic low-dose aspirin is assessed at randomization. Study center will not be included in the model because the number of events is expected to be very small compared to the number of patients and the number of study centers.   Note that due to the lower incidence rate for individual endpoints that contribute to the primary endpoint, the 95% CIs for HR may not fall below 1.30, the noninferiority bound for the primary hypothesis.   That is, consistency of the numeric HR estimates is expected; however, the associated 95% CIs falling below 1.30 are not.

Treatment effects for the primary, secondary, and other endpoints will be estimated within each protocol.   The crude incidence and event rate per 100 person-years will be provided.   Note that event rates per 100 person-years are not meaningful if the rate over time is not relatively constant.

dential - Subject To Protective                                    MRK-AFL0015474

Kaplan-Meier plots of cumulative rates over time will be compared and non-parametric methods such as the log-rank test will be utilized to compare the survival curves. If appropriate, i.e., if consistent results are seen across studies and not dependent on time, then the combined (across studies) survival plots will be produced. It should be noted that the Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of the study. Given the large size of this trial, sufficient numbers of patients are expected to be at risk at the end of the trial. However, in the case that there are less than 1000 patients left at risk in either the rofecoxib or placebo group, then the graphical displays and cumulative incidence estimates will be truncated at the time point at which there are still at least 1000 patients left at risk in each of the treatment groups. This pooling and truncation will not affect statistical analysis or the Cox models.

Nonparametric methods such as the log-rank test [9] will be also utilized to compare the survival curves.

Event rates will be summarized by number per 100 person-years (equivalent to percent per year) and associated 95% CIs. Time-to-first-occurrence will be used. Between-treatment differences in event rates will also be tabulated. Note that rates per 100 person years are not meaningful if the rate is not relatively constant over time.

Homogeneity of results across studies and between users and non-users of low dose aspirin will be assessed via tests of interaction in the Cox PH model. If there are significant ($p \leq 0.050$) interactions with treatment, then the nature of the interactions (qualitative versus quantitative) will be examined. Only in the event of a significant qualitative interaction (i.e., treatment effects in opposite directions) will the data be deemed not combinable. In the event of a nonsignificant qualitative interaction or a quantitative interaction of any type (significant or nonsignificant), the main treatment effect is reasonably interpreted as the effect averaged over protocol. It is anticipated that approximately 70% of the 611 events will be derived from ViP. Therefore the power to detect significant treatment-by-protocol interaction is limited.

2. **Check of Model Assumptions**

Analytical and graphical methods will be employed to verify the proportional hazards assumption. The primary method for testing the proportional hazards assumption will be by including the factor treatment*log(time) in the model; nonsignificance ($p > 0.050$) of this factor is not inconsistent with proportionality, i.e., constancy of treatment effect over time. The semi-parametric nature of the proportional hazards model does not require other distributional assumptions.

nfidential - Subject To Protective
er                                                                      MRK-AFL0015475

Further, the log HR will be plotted over time by stratifying time into intervals containing approximately the same number of events within each interval. The log HR within each successive 6-month time interval with confidence limits will also be calculated and plotted. Such plots will provide an indication of any time effect on the HR.

Additional diagnostic steps based on residuals and HR will be performed to examine model fitting if the previously described analyses indicate issues that warrant further assessment. For instance, assessment of the log HR over time may also be made using Schoenfeld's partial residuals [10] with respect to each covariate in the fitted model. Visual and test diagnostics of scaled Schoenfeld residuals [11; 12; 13] may be used here to study the PH assumption for the model covariates. Schoenfeld residuals are defined at event times and compute the difference between the observed covariate (treatment group indicator) and its conditional expectation from the fitted Cox PH model. If the PH assumption holds for a covariate in the Cox model, these scaled residuals when plotted over time should be randomly distributed to either side of "zero" line and should not have any discernible trend/pattern over time. Constancy of relative treatment effect over time may also be assessed for each covariate (discrete or continuous) by using the *zph* test [13]. A *zph* test of treatment effect (based on log-transformation) is essentially the same as testing the significance of adding treatment*log(time) as a time-dependent covariate ([13], pp. 144). Thus, a nonsignificant *zph* test may also be used to validate proportionality assumption for associated covariate.

If the nonproportionality is large and real, various approaches may be explored to investigate the causes of nonproportionality: stratification of covariates, partition of the time axis [14; 15; 16], adding a time-dependent covariate, or using a different model. Some of these approaches are discussed with illustrations in the book by Therneau and Grambsch [13] (Sections 6.5 and Chapter 7). The choice of a non-proportional hazard model, such as a piecewise exponential model, that will be a good fit to the data may be assessed from some of the above diagnostic measures.

3. **Sensitivity and Dropout Analyses**

Several types of sensitivity analyses will be performed as described below.

a. **Sensitivity Analyses**

Sensitivity analysis will be performed to assess the impact on the primary endpoint of excluding events that occur more than 14 days after study drug discontinuation from per-protocol/mITT analyses. In particular, all confirmed CV events reported within 28 days of study

dential - Subject To Protective                                    MRK-AFL0015476

drug discontinuation will be included in a sensitivity analysis. Both PP and mITT analysis will be performed by including all adjudicated events that occurred after study randomization and within 28 days of discontinuation.

If the results are not consistent with the primary analysis, then further exploratory analyses will be undertaken to understand the inconsistency.

### b.  Dropouts

Since the presence of informative dropouts may cause bias in the analysis, evaluation of the dropout rates will be examined to investigate such biases. In addition to the evaluation of crude rates of discontinuation due to an AE or for any reason, survival analysis techniques will be used to assess the differences between treatment groups with respect to dropouts due to any reason other than a CV event.

The proportional hazard model as described for the primary endpoint will be used for this evaluation, i.e., treatment will be the explanatory variable and low-dose aspirin user and protocol will be the stratification variables. Survival plots for time-to-dropout by treatment will be produced.

Other exploratory sensitivity analyses may be performed if necessary. A positive outcome for a sensitivity analysis is one that yields numerical trends that do not contradict the primary analysis results. That is, 95% CIs of sensitivity analyses do not need to be less than 1.30 to demonstrate positive sensitivity analysis results. Attention should be given primarily to consistency of the magnitude of the summary statistics.

### 4.  Dissemination of Results

Every effort will be made to limit the number of individuals who are unblinded prior to the public dissemination of results. Other than the ESMB, anyone who is unblinded will not be involved in any decision affecting the future conduct of the study or in decisions involving specifics of patient data. All individuals who are unblinded prematurely will be identified and sign a confidentiality agreement indicating such.

### E.  Multiplicity

As noted in Section 4.A., a closed testing procedure will be employed to test noninferiority of rofecoxib to placebo and then superiority of rofecoxib to

RA404.DOC  VERSION 10.1 APPROVED

Restricted ⊕ Confidential – Limited Access

09-Jan-2004

fidential – Subject To Protective
er

MRK-AFL0015477

placebo with respect to confirmed, thrombotic cardiovascular SAEs. Therefore, no α-adjustment is required for multiple hypotheses. There is only one primary endpoint, confirmed thrombotic cardiovascular SAEs, and it is evaluated using an α-spending function to control for multiple looks, so no adjustment for multiple endpoints is required. Additional endpoints derived from the primary endpoint are tabulated for information purposes. There is one primary time point, the time at which 611 confirmed events, are accrued across the 3 studies combined. Formal analyses will be conducted after every approximately 25% increase in events and when each study has been completed, to obtain improved estimates of precision.

## F.  Subgroup Analysis

For selected baseline patient characteristics in which subgroups are prespecified, whether or not the effect of rofecoxib compared to placebo is consistent in the subgroups will be explored.

- Age (<65, ≥65).

- Gender (male, female): Note that since it is expected that approximately 70% of patients for the analysis will come from Protocol 201, the majority of patients in the analysis will be men.

- Aspirin indicated, or with 2 or more cardiac risk factors (prior history of hypertension, diabetes, or dyslipidemia, family history of cardiovascular disease, or current/past tobacco user) (yes/no).

- Chronic low-dose aspirin use at randomization (yes, no).

- Ethnic Group (White, Black, Asian, Other).

- Study Population (122, 145, 201).

- Study Region (U.S./Canada, Europe, Latin America, Asia, Other).

For each subgroup variable listed above, a Cox regression model will be performed for the primary endpoint and will include treatment, subgroup, and treatment-by-subgroup interaction, and stratification factors for protocol and chronic low-dose aspirin use (when not the subgroup factor of interest). It is recognized that the power to detect an interaction will be limited. For each specific comparison, it is also understood that carrying out many subgroup analyses may produce false positive results. Significant interactions will be further explored to determine whether they are qualitative or not and also whether they are consistent with other findings and make clinical sense.

dential - Subject To Protective                                         MRK-AFL0015478

It is expected that treatment efficacy should be generally similar in the subgroups indicated above; these analyses are intended to verify that. However, since many subgroups will be examined for multiple endpoints, and multiple statistical tests will be performed, results from subgroup analyses should be reviewed with great caution. It is possible that one or more "negative" (or discrepant) results will occur. In addition, when sample sizes for subgroups are small, treatment effect comparisons will not be estimated precisely: the CIs are usually much wider. It should also be noted that quantitative interactions are to be expected, and the extent of such interactions may be artifacts of the specific analysis model of treatment effects. These quantitative interactions may not be clinically important. If the test of interaction is significant, then consistency of results within logical splits of the data (such as subgroup by protocol) will be examined to assist in determining if the observed interaction is spurious.

In the event of a significant qualitative interaction, i.e., treatment effects are in opposite directions, the treatment effect will be estimated within each level of the subgroup factor and further analyses will be performed to explore the cause of the qualitative interaction. In the event of a nonsignificant qualitative or quantitative interaction of any type (significant or nonsignificant), the main treatment effect is interpreted reasonably as the effect averaged over the different levels of the subgroup factor. The significance level of 0.050 was chosen instead of any larger level for tests of interaction in order to lessen the chance of spurious results due to the large number of tests that will be performed.

Summary statistics (cases, patient years-at-risk, incidence rates, relative risk and 95% confidence interval for relative risk) will be presented within the subgroups for the primary endpoint. The subgroup analyses will be performed on the per-protocol population based on the combined data from the 3 studies. If superiority is demonstrated, then the subgroup analyses will also be performed on the mITT population.

## V.   GROUND RULES FOR ANALYSIS

This section contains the list of ground rules and data handling conventions that will be used to carry out the statistical analyses. An attempt is made to anticipate possible data concerns and to pre-specify data handling conventions. It is recognized that this DAP may not have covered all possible data concerns. Blinded data reviews will be performed, and data queries found through such reviews will be handled according to the principles outlined in this DAP and will be properly documented. Data concerns found after unblinding will be handled in the same way and will be clearly noted in the study reports.

idential - Subject To Protective

r                                                                                          MRK-AFL0015479

MK-0966 CV Outcomes Data Analysis Plan                                        22

## A. Time of Censoring for Patients Without Events

As a rule, the primary time frame for analysis of confirmed events will include up to 14 days past study drug discontinuation. Patients lost to follow-up during this time period will be assumed event free. For interim reports to the ESMBs, the data cutoff dates will be established by the Steering Committee for Protocol 203; all patients randomized who take at least one dose of study medication and all serious thrombotic cardiovascular events adjudicated prior to these dates will be included in the analysis. The same rules will apply to additional endpoints.

## B. Definition of Baseline Value and Treatment Period

For the study endpoints that are defined as time-to-first-event, baseline value definition is not relevant. In general, baseline values for other endpoints are the last measurements obtained prior to randomization. In the calculation of event rates, the number of person-years contributed by each patient will be the number of years measured from the data of randomization to the earliest of: (1) the first occurrence of the endpoint in question or (2) the date of censoring. A year will be defined as 365¼ days.

The treatment period is defined as data collected after the randomization visit and prior to and including 14 days post end-of-study or discontinuation visit, whichever comes last.

## C. Description of Data Handling Procedures Prior to Analysis

Data will be screened before they are unblinded. Any additional identification of criteria to be used to exclude patients or data points from analyses not included in this data analysis plan will be made prior to unblinding of the official Merck database or by blinded persons. All data handling guidelines and actions will also occur prior to unblinding according to Merck's SOP for double-blind studies with in-house blinding, i.e., blinding for patients, investigators, and internal Merck personnel. At the time of the official unblinding, the database will be frozen in order to ensure that analyses of data in response to regulatory queries will be performed on the same data set as that which will be used for the regulatory submission.

The unblinded Merck statistician will not be involved in data handling after her unblinding of patients' treatment assignments in order to perform the interim safety analyses for the ESMB.

## VI.   PRESENTATION AND FORMAT OF RESULTS

### A.  Data Format

1. Two decimal points for safety and efficacy responses except percentages which will be rounded to the nearest tenth. Hazard ratios and incidence rates will be reported to 2 decimal places.

2. Three decimal points for all p-values.

3. One decimal point for demographic characteristics.

4. No rounding in any intermediate data steps or analysis steps (unless it is to the, e.g., tenth decimal point for SAS computing reasons); formatting will be used in the tables.

### B.  Sample CSR Tables and Graphs

Data summary displays for the major information are presented in Appendix 5. They are meant to indicate the type of information that will be presented; the exact formats and labeling conventions will be decided upon when the prototype CSR is developed.

All tables and figures will be modified according to the protocol specifics (for example appropriate time points).

## VII.  DATASETS/PROGRAMS/VARIABLES

### A.  Naming and Storage Conventions of Datasets, Programs, and Variables

The directory structure that will be used for storage of the data manipulation programs, data analysis programs, output tables, graphical displays, and analysis datasets is given in Table 6.

Confidential - Subject To Protective Order

MRK-AFL0015481

MK-0966 CV Outcomes Data Analysis Plan

24

Table 6

Names and Descriptions of Directories to be Used

| Folder | Description |
|---|---|
| data_analysis | Contains the data sets prepared for analysis |
| data_raw | Contains the raw data sets extracted from the database |
| macro_lib | Contains SAS macros to setup and analyze data, generate CSR tables and graphs |
| out_graphics | Contains all output graphs |
| out_listings | Contains all output listing files |
| out_logs | Contains all output log files |
| out_tables | Contains all output .rtf tables |
| pgm_adhoc | Contains SAS exploratory analysis programs |
| study_files | Contains study documentation |
| validate | Contains the validation programs, output, logs, and documents |
| utility | Contains SAS utility macro programs |

**B.** <u>**Documentation/Validation of Programs**</u>

The programs for the analysis of this study will be developed according to the guidelines for good programming practices and validated following the BARDS validation SOP.

Restricted ✪ Confidential – Limited Access

ential - Subject To Protective

MRK-AFL0015482

MK-0966 CV Outcomes Data Analysis Plan

25

# VIII. REFERENCES

1. Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors.

2. Hwang IK, Shih WJ, and DeCani JS. Group sequential designs using a family of Type I error probability spending functions. Stat Med 1990;9:1439-45.

3. ICH E9 Section 5.2.3.

4. Temple R, Ellenberg SS. Placebo-controlled trials and active-control trials in the evaluation of new treatments. Part 1: Ethical and Scientific Issues. Ann Intern Med 2000;133(6):459.

5. Jones B, Jarvis P, Lewis JA, Ebbutt AF. Trials to assess equivalence: the importance of rigorous methods. BMJ 1996;313:36-9.

6. Pledger G, Hall DB. Active control equivalence studies: do they address the efficacy issue? In: Peace KE, ed. Statistical Issues in Drug Research and Development. New York: Marcel Dekker. 1990;226-38.

7. Lachin JM and Foulkes MA. Evaluation of sample size and power for analyses of survival with allowance for nonuniform patient entry, losses to follow-up, noncompliance, and stratification. Biometrics 1986;42:507-19.

8. Cox DR. Regression models and life tables (with discussion). J R Stat Soc 1972;34:187-220.

9. Harrington DP and Fleming TR (1982). A class of rank test procedures for censored survival data. Biometrika 1982;69:553-66.

10. Schoenfeld D. Partial residuals for the proportional hazard regression model. Biometrika 1982;69:239-41.

11. Venables WN and Ripley BD. Modern applied statistics with S-Plus, Springer-Verlag Inc (Berlin; New York). 1994.

12. Hess K. Graphical methods for assessing violations of the proportional hazards assumption in Cox regression. Statistics in Medicine 1995;14:1707-23.

13. Therneau TM and Grambsch PM Modeling survival data: extending the cox model. Springer, New York 2000.

14. Martink DO and Austin H. Exact estimates of a rate ratio. Epidemiology 1996;7:29-33.

onfidential - Subject To Protective rder

MRK-AFL0015483

MK-0966 CV Outcomes Data Analysis Plan

15. Martin DO and Austin H.  An exact method for meta-analysis of case-control and follow-up studies.  Epidemiology 2000;11:255-60.

16. Zelen M.   The analysis of several 2x2 contingency tables.   Biometrika 1971;58:129-37.

17. Wilson EB.   Probable inference, the law of succession, and statistical inference.  J Am Stat Assoc 1927;22:209-12.

ential – Subject To Protective
MRK-AFL0015484