# Exhibit 24

11/06/09                                                                                                               John S. MacGregor

**Curriculum Vitae**
**John S. MacGregor, M.D.**
**Division of Cardiology**
**Room 5G1**
**San Francisco General Hospital**
**1001 Potrero Avenue**
**San Francisco, CA 94110**
**(415) 206-8327**

**Born:**

Pensacola, Florida, February 14, 1952

**Education:**

B.A.   Biochemistry, June 1974
       University of California at San Diego
       La Jolla, California

Ph.D.  Biochemistry, January, 1981
       Cornell University Medical College
       New York, New York

M.D.   May 1984
       Cornell University Medical College
       New York, New York

**Academic Positions:**

University of California at San Francisco School of Medicine, San Francisco, California
       Professor of Medicine (Clinical). Director of Cardiac Catheterization Laboratory
       and Interventional Cardiology, San Francisco General Hospital, July 2003 – present.

University of California at San Francisco School of Medicine, San Francisco, California,
       Associate Clinical Professor of Medicine, Director of Cardiac Catheterization
       Laboratory and Interventional Cardiology, San Francisco General Hospital, July 1997 -
       present.

University of California at San Francisco School of Medicine, San Francisco, California,
       Assistant Clinical Professor of Medicine, Director of Cardiac Catheterization
       Laboratory and Interventional Cardiology, San Francisco General Hospital, July 1991-July
       1997.

University of California at San Diego School of Medicine, San Diego, California,
       Assistant Clinical Professor of Medicine, 1987-1988.

The Rockefeller University, Post-doctoral Fellow, Department of Developmental and
       Molecular Biology, New York, NY, 1983-1984, Laboratory of Dr. G.M. Edelman.

11/06/09                                                                                              John S. MacGregor

Cornell University Medical College, Post-doctoral Fellow, Department of Medicine,
    New York, NY, 1981-1982, Laboratories of Drs. John H. Laragh and R.L. Soffer.

Roche Institute of Molecular Biology, Pre-doctoral Fellow, Department of Physiological
    Chemistry and Pharmacology, Nutley, NJ., 1976-1981, Laboratory of
    Dr. B. L. Horecker.

**Clinical Positions:**

Attending Physician, Department of Internal Medicine (Cardiology Division),
    University of California, San Francisco Medical Center, Moffitt-Long Hospitals
    1991-present.

Attending Physician, Department of Internal Medicine (Cardiology Division),
    Veterans Administration Hospital, San Francisco, California, 1993-present.

Attending Physician, Department of Internal Medicine (Cardiology Division)
    San Francisco General Hospital, 1991-present.

Interventional Cardiology Fellow, Cardiovascular Research Institute and Department of
    Medicine, University of California at San Francisco, San Francisco, CA, 1990-1991.

Cardiology Fellow, Department of Medicine, University of California at San Francisco,
    San Francisco, California, 1988-1990.

Medical Resident, Department of Medicine, University of California at San Diego Medical
    Center, San Diego, California, 1985-1987.

Medical Intern, Department of Medicine, St. Luke's Hospital, New York, NY, 1984-1985.

Visiting Clinical Fellow in Medicine, Columbia University College of Physicians and
    Surgeons, New York, NY, 1984-1985.

**Awards and Honors:**

Joseph C. Cornwall Scholar of The Rockefeller University, 1983-1984.

The Dean William Mecklenburg Polk Memorial Prize (Cornell University) 1983 and 1984.

David P. Barr Fellow (Cornell University) 1982.

Roche Institute of Molecular Biology Pre-doctoral Fellowship, 1976-1981.

President's Research Fellowship (University of California) 1972-1974.

Teaching Award, Division of Cardiology, University of California San Francisco, June 14, 2009.

11/06/09                                                                                                              John S. MacGregor

**Licensure and Board Certification**

Diplomate, American Board of Internal Medicine, subspecialty Cardiovascular Diseases.

Diplomate, American Board of Internal Medicine, added qualification Interventional Cardiology.

Diplomate, American Board of Internal Medicine.

Diplomate, American Board of Medical Examiners.

California Medical License #G56033, expires 2-28-2011.

**Memberships:**

Fellow, American College of Cardiology, 1993.

Fellow, American College of Physicians, 1994.

American Heart Association

**Publications:**

1.  MacGregor JS, Fisher GJ, Livingston RB: Jeopardy to brain development among some children in San Diego. San Diego Physcian 60:32-39, 1974.

2.  Livingston RB, Calloway DH, MacGregor JS, Fisher GJ, Hastings AB: U.S. poverty impact on brain development. In: Growth and development of the brain: Nutritional, genetic and environmental factors (Brazier, MAB, ed), pp. 377-394, Raven Press, New York, 1975.

3.  Lowey J, MacGregor JS, Rosenstone J, Schmidt J: Solubilization of an alphabungarotoxin-binding component from rat brain. Biochemistry 15:1522-1527, 1976.

4.  Livingston RB, Wilson KR, Atkinson B, Tribble GL, Rempel DM, MacGregor JS, Mills RE, Edge TC, Pakan SD: Quantitative cinemorphology of the human brain displayed by means of mobile computer graphics. Transactions of the American Neurological Association 101:1-3, 1976.

5.  Livingston RB, Wilson KR, MacGregor JS, Rempel DM, Atkinson B, Tribble GL: The human brain: A dynamic view of its structures and organization. Wexler Films, Hollywood, California, 1976.

6.  MacGregor JS: Undernutrition in the United States, Testimony presented at the Nutrition-Related Oversight Review Hearings before the Subcommittee on Domestic and International Scientific Planning, Analysis and Cooperation of the Committee on Science and Technology, United States House of Representatives, Ninety-fifth Congress, First

Session, July 26, 27, 28, August 2,3,4.  In Nutrition-Related Oversight Review, The Congressional Record, US Government Pringint Office, Washington, D.C., 1977.

7.  Horecker BL, El-Dorry HA, Botelho LH, Sun SC, Chu DK, Lazo PA, Crivellaro O, Tsolas O, MacGregor JS, Pontremoli S:  Limited proteolysis of fructose 1,6-bisphosphatase.  In: Limited Proteolysis in Microorganisms, (Cohen, GN and Holzer H, eds.), DHEW Publication No. (NIH) 76-1591, p5, 1979.

8.  Horecker BL, MacGregor JS, Singh VN, Tsolas O, Sun SC, Crivellaro O, Pontremoli S: Partial amino acid sequence of rabbit liver fructose 1,6-bisphosphatase (Fru-P$_2$ase, EC 3.1.3.11) and sites of cleavage by proteinases.  In:  FEBS Enzyme Regulation and Mechanism of Action, (Mildner P and Ries B, eds.), Pergamon Press, New York, Vol 60, pp. 3-14, 1980.

9.  Singh VN, MacGregor JS, Pontremoli S, Horecker BL:  Inhibition of fructose 1,6-biphosphatase by excess substrate and its reversal by monovalent cations.  Bichem Biophys Res Commun, 94:1140-1144, 1980.

10. MacGregor JS, Singh VN, Davoust S, Melloni E, Pontremoli S, Horecker BL:  Evidence for formation of a rabitt liver aldolase-rabbit liver fructose 1,6-bisphosphatase complex.  Proc Natl Acad Sci, USA, 77:3889-3892, 1980.

11. MacGregor JS, Singh VN, Melloni E, Pontremoli S, Horecker BL:  Formation of a complex involving two gluconeogenic enzymes, fructose 1,6-bisphosphatase and fructose 1,6-bisphosphatase aldolase.  Journal of Scientific and Industrial Research, 39:719-724, 1980.

12. Horecker BL, MacGregor JS, Singh VN, Melloni E, Pontremoli S:  Aldlase and fructose bisphosphatase:  Key enzymes in the control of gluconeogenesis and glycolysis.  In:  Current Topics in Cellular Regulation (Biological Cycles), Vol. 18 pp. 181-196, (Eastbrook RW and Srere P, eds.) Academic Press, New York, 1981.

13. Horecker BL, MacGregor JS, Pontremoli S:  Conservation of primary structure at the proteinase-sensitive site of vertebrate fructose 1,6-bisophosphatase.  In:  Science and Scientists:  Essays by biochemists, biologists and chemists, (Kageyama M, Nakamura K, Oschima T, Uchida T, eds.), pp. 107-117, Japan Scientific Societies Press, Tokyo, 1981.

14. Hannappel E, MacGregor JS, Davoust S, Horecker BL: Limited proteolysis of liver and muscle aldolases:  Effects of subtilism, cathepsin B and Staphylococcus aureus protease. Arch Biochem Biophys, 214:293-298, 1982.

15. El-Dorry HA, Pickett CB, MacGregor JS, Soffer RL:  Tissue-specific expression of mRNAs for dipeptidl carboxypeptidase isoenzymes.  Proc Natl Acad Sci, USA, 79:4295-4297.

16. MacGregor JS, Hannappel E, Xu GJ, pontremoli S, Horecker BL:  Conservation of primary structure at the proteinase-sensitive site of fructose 1,6-bisphosphatase.  Arch Biochem Biophys, 217:652-664.

17. El-Dorry HA, MacGregor JS: Rat and rabbit liver mRNAs code for fructose 1,6-bisphosphatases that differ in molecular weight. Biochem Biophys Res Commun, 107:1384-1389, 1982.

18. MacGregor JS, Resnick LM, Laragh JH: Metabolites of thyrotropin releasing hormone inhibit angiotensin converting enzyme in vitro. Biochem Biophys Res Commu. 109:556-561, 1982.

19. MacGregor JS, Annamalai A, Van Tol A, Black WJ, Horecker BL: Fructose 1,6-bisphosphatase from chicken and rabbit muscle. In: Methods and Enzymology, Vol 90, pp 340-345. (Wood ed), Academic Press, Inc. New York, 1982.

20. El-Dorry HA, MacGregor JS, Soffer RL: Dipeptidyl carboxypeptidase from seminal fluid resembles the pulmonary rather than the testicular isoenzyme. Biochem Biophys Res Commun, 115:1096-1100, 1983.

21. Murray BA, Hemperly JJ, Gallin WJ, MacGregor JS, Edelman GM, Cunningham BA: Isolation of cDNA clones for the chicken neural cell adhesion molecule (N-CAM). Proc Natl Acad Sci, USA, 81:5584-5588, 1984.

22. MacGregor JS, Cheitlin MD: Diagnosis and management of infective endocarditis. Texas Hrt Inst J, 16(4):230-238, 1989.

23. MacGregor JS, Wu AW, Rubin HR: Pleuritic chest pain in a postpartum woman. Arch Emerg Med, 8:271-273, 1991.

24. Sudhir K, Fitzgerald P, MacGregor JS, DeMarco T, Ports TA, Chatterjee K, Yock PG: Transvenous Coronary Ultrasound Imaging: A novel approach to visualization of the coronary arteries. Circulation, 84:1957-61, 1991.

25. Sudhir K, MacGregor JS, Barbant SD, Foster E, Fitzgerald PJ, Chatterjee K, Yock PG: Assessment of coronary conductance and resistance vessel reactivity in response to nitroglycerin, ergonovine and adenosine: <u>In vivo</u> studies with simultaneous intravascular two-dimensional and Doppler ultrasound. JACC, 21:1261-1268, 1993.

26. Sudhir K, MacGregor JS, Gupta M, Barbant SD, Redberg R, Yock PG, Chatterjee K: Effect of selective angiotensin II receptor antagonism and angiotensin converting enzyme inhibition on the coronary vasculature <u>in vivo</u>: An intravascular two-dimensional and Doppler ultrasound study. Circulation, 87:931-938, 1993.

27. Sudhir K, MacGregor JS, Amidon TM, Gupta M, Yock PG, Chatterjee K: Differential contribution of nitric oxide to regulation of vascular tone in coronary conductance and resistance arteries: intravascular ultrasound studies. Am. Heart J., 127:858-865, 1994.

28. MacGregor JS, Cheitlin MD: Cardiac tumors; cardiac manifestations of endocrine, collagen vascular and HIV disease; and traumatic injury of the heart. In <u>Internal Medicine,</u> Stein, JH (ed.) Chapter 24 pp 323-329 (4th Edition), Mosby, St. Louis, 1994.

29. MacGregor JS, Ports TA:  Catheter Balloon Valvuloplasty.  Chapter 34, Volume 2 pp 1-24 In:  <u>Cardiology,</u> Parmley WW, Chatterjee K, EDS., J.B. Lippincott Co., Philadelphia, 1994.

30. MacGregor JS, Cavero PG, McCluskey ER, Cheitlin MD:  Percutaneous valvuloplasty to relieve stenosis of a bioprosthetic tricuspid valve in a patient with bacterial endocarditis.  Am Heart J., 128:199-202, 1994.

31. Sudhir K, MacGregor JS, DeMarco T, DeGrout C, Taylor R, Chou TM, Yock PG, Chatterjee K:  Cyclosporin impairs release of endothelium-derived relaxing factors in epicardial and resistance coronary arteries.  Circulation, 90:3018-3023, 1994.

32. Cheitlin MD, MacGregor JS:  Acquired Tricuspid and Pulmonary Valve Disease.  In:  Atlas of Heart Disease, Valvular Heart Disease and Endocarditis.  Rahimtoola SH and BraunwaldE (Eds).  Vol XI Chapter 11 11.1-11.13.

33. Michaels AD, Lederman RJ, MacGregor JS, Cheitlin MD:  Cardiovascular involvement in AIDS.  Current Problems in Cardiology, Volume 22, No. 3, pp. 109-148, March, 1997

34. Michaels AD, Whisenant BK, MacGregor JS:  Multivessel coronary thrombosis treated with Abciximab (ReoPro) in a patient with essential thrombocythemia.  Clinical Cardiology 21:134-138, 1998.

35. MacGregor JS, Cheitlin MD:  Cardiac tumors, cardiac manifestations of endocrine, collagen vascular, and HIV disease, and traumatic injury of the heart.  In:  <u>Internal Medicine</u>, Stein JH (Ed.) (5th Edition), Mosby, St. Louis Chapter  33 pp 329-334, 1998.

36. Cheitlin MD, MacGregor JS:  Acquired Tricuspid and Pulmonary Valve Disease.  In: Comprehensive Cardiovascular Medicine, Topol E.J. (ed.) Chapter 24 pp 587-608. Lippincott-Raven, Philadelphia and New York, 1998.

37. Cheitlin, MD. MacGregor JS, Acquired Tricuspid and Pulmonary Valve Disease. In: Textbook of Cardiovascular Medicine (Second Edition),  Topol, EJ (ed) Chapter 23 Pp 529-548.  Lippincott-Raven, Philadelphia and New York, 2002.

38. MacGregor, JS, Balloon Valvuloplasty for Mitral Stenosis:  Current Indications and Long Term Results.  In:  MDConsult-Cardiology (Braunwald, E. ED)  August 2002.

39. Hsue, PY, Giri, K, Erickson, S., MacGregor, JS, Younes, N, Shergill, A, Waters, DD: Clinical Features of Acute Coronary Syndromes in Patients with Human Immunodeficiency Virus Infection. Circulation 109:316-319, 2004.

40. Cheitlin, M.D., MacGregor, John S., Congenital Anomalies of Coronary Arteries.  Role in the Pathogenesis of Sudden Cardiac Death.  Hertz 34: 268-279, 2009.

11/06/09 John S. MacGregor

7