Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION, | ) MDL NO. 1657 ) ) SECTION L |
| This Document Relates to: | ) ) ) JUDGE ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, JR., Attorney General, | ) ) MAGISTRATE ) JUDGE KNOWLES ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MERCK SHARP & DOHME CORP., | ) ) NO. 05-3700 |
| Defendant. | ) |

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

- - - - -
THE VIDEOTAPED DEPOSITION OF
VALERIE E. TAYLOR, PHARM.D.
FRIDAY, JANUARY 15, 2010
- - - - -

    The deposition of VALERIE E. TAYLOR, PHARM.D., called by the Defendant for examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Michele Ray, Notary Public within and for the State of Ohio, taken at Hilton Akron/Fairlawn, 3180 West Market Street, Akron, Ohio, commencing at 9:02 a.m., the day and date above set forth.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 19

```
 1        current, published, peer-reviewed clinical
 2        trials and information are included."  And then
 3        it talks about -- it goes on.  I'm not going to
 4        read the whole thing.
 5              My point or question would be, was it
 6        important -- let me withdraw that question and
 7        rephrase it.
 8              What you at Provider Synergies were doing
 9        in saying you would do and, in fact, did was
10        rely on independent peer-reviewed published
11        clinical data and FDA labeling and findings as
12        your primary source of information for your
13        reviews; is that correct?
14   A    Yes.
15   Q    And at the bottom paragraph, Dr. Taylor, there
16        is a statement.  First sentence, "Each
17        Therapeutic Drug Class on the PDL will be
18        reviewed at least annually."  Was that your
19        recollection of how the class reviews were done
20        with regard to Louisiana?
21   A    Yes.
22   Q    You can put those aside.  I think we have read
23        a sentence in the materials that talked about
24        there was a clinical staff.  Did you oversee
25        people that worked for you in your role as
```