Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - -

| | |
|---|---|
| IN RE: VIOXX PRODUCTS | : MDL NO. 1657 |
| LIABILITY LITIGATION | : |
| | : SECTION L |
| This Document Relates to: | : |
| | : JUDGE ELDON |
|    STATE OF LOUISIANA, ex rel. | : E. FALLON |
|    JAMES D. CALDWELL, JR., | : |
|    Attorney General, | : MAGISTRATE |
|       Plaintiff, | : JUDGE KNOWLES |
| | : |
|       versus | : |
| | : |
|    MERCK & CO., INC., | : |
|       Defendant. | : NO. 05-3700 |

- - -

Monday, October 12, 2009

- - -

Videotaped deposition of BEN BEARDEN, held at LOUISIANA DEPARTMENT OF HEALTH & HOSPITALS, 627 North 4th Street, Baton Rouge, Louisiana, commencing at approximately 9:32 a.m., before Rosemary Locklear, a Registered Professional Reporter, Certified Realtime Reporter, Certified Court Reporter (NJ) and Notary Public.

      GOLKOW TECHNOLOGIES, INC.
  877.370.3377 ph | 971.591.5672  Fax
        deps@golkow.com

1  clinical experience in assessing the

2  benefits and risks of the classes under

3  review?

4      A.    That's correct.

5      Q.    In your experience, on the P&T

6  Committee, did you ever recall any of the

7  members of the committee discuss marketing

8  materials they may have seen from

9  pharmaceutical companies?

10     A.    Yeah, I think they have.

11     Q.    If those materials were brought

12  to the attention of the committee, those

13  would be reflected in the transcripts of

14  the meetings?

15     A.    Should be.

16     Q.    Do you recall -- withdrawn.

17           Now, the Provider Synergies, if you

18  go to the conclusion on Page 12.  I'm sorry,

19  Page 13.

20     A.    I don't have much on Page 13.

21     Q.    Oh, that's right.  It's 12

22  continuing on to 13.

23           You'll see that Provider Synergies

24  recommended that Celebrex be taken off the list?