UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | | |
|    STATE OF LOUISIANA, ex rel JAMES D. | * | JUDGE FALLON |
|    CALDWELL, JR. Attorney General, | * | |
|                 Plaintiff, | * | MAG. JUDGE KNOWLES |
| | * | |
|    versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
|                 Defendant | * | |
| **CASE NO. 05-3700** | * | |

* * * * * * * * * * * * * * * * *

## DECLARATION OF STEPHEN B. MURRAY, JR. IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF JOHN MACGREGOR, M.D.

I, Stephen B. Murray, Jr. hereby declare as follows:

1. I am an associate of the Murray Law Firm, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130 and I am one of the counsel for Plaintiffs in this matter. I am submitting this Declaration in further support of Plaintiff's Memorandum in Opposition to Motion to Exclude the Testimony of John MacGregor, M.D.

2. I have personal knowledge of the matter set forth and could testify competently thereto.

3. Attached hereto are excerpts of the true and correct copy of the deposition of Ben Bearden, taken October 12, 2009; excerpts of the true and correct copy of the deposition of Valerie Taylor, taken January 15, 2010; and the following Bates-numbered documents provided in the course of discovery of this matter: MRK-EBES0031269-70, MRK-AGLAAD0010034, MRK-AGLAAD0020006, MRK-AGLAAD0001024, and MRK-AGLAAD0020750-52.

This Declaration was executed on March 1, 2010, New Orleans, Louisiana

                                                      *s/ Stephen B. Murray, Jr.*
                                                      STEPHEN B. MURRAY, JR.