# Exhibit 1

# CURRICULUM VITAE

**NAME:**                                    **DAVID YATES GRAHAM**

**ADDRESS**                              Rm 3A-320
                                         Michael E. DeBakey VAMC
                                         2002 Holcombe Blvd.
                                         Houston, TX 77030
                                         Tel: 713-795-0232
                                         Fax: 713-795-4471
                                         e-mail: dgraham@bcm.tmc.edu

**DATE AND PLACE OF BIRTH:**             December 24, 1940
                                         Balboa, Panama Canal Zone

**MARITAL STATUS:**                      Married:    March 31, 1967
                                         Wife:       Janet S. Butel, Ph.D.
                                         Children:   Kathleen (1/21/68)
                                                     David (10/2/69)

**EDUCATION:**

University of Notre Dame, B.S. Degree, 1963
Baylor University College of Medicine, M.D. Degree, 1966

**POSTGRADUATE TRAINING:**

Internship:    Ben Taub General Hospital, Houston, Texas
               Veterans Administration Hospital, Houston, Texas
               1966-1967

Residency:     Baylor Affiliated Hospitals, Houston, Texas
               Internal Medicine
               1969-1971

Fellowship:    Baylor Affiliated Hospitals, Houston, Texas
               Gastroenterology
               1972-1973

**ACADEMIC APPOINTMENTS:**

Chief Resident in Medicine, Ben Taub General Hospital  January - June, 1971
Acting Chief, In-Patient Medical Service, Ben Taub General Hospital July - December, 1971
Instructor, Department of Medicine, Baylor College of Medicine 1971 - 1973
Assistant Professor of Medicine, Baylor College of Medicine 1973 - 1977
Acting Chief Gastroenterology, Ben Taub General Hospital
     July, 1973 - November, 1974
Chief Gastroenterology, Ben Taub General Hospital
     November, 1974 - July, 1976
Director, Gastroenterology Fellowship Program
     1975 - 1980, and 1988 - 1998
Chief, Gastroenterology Section, VA  Medical Center
     1976 - 2007
Associate Professor of Medicine, Baylor College of Medicine
     1977 - 1983

David Y. Graham, M.D.

Associate Professor of Virology, Baylor College of Medicine
    1981 - 1983
Professor of Medicine, Baylor College of Medicine
    1983 -
Professor of Virology, Baylor College of Medicine
    1983 - 1989
Professor of Molecular Virology and Microbiology, Baylor College of Medicine
    1989 -
Chief, Digestive Disease Division, Department of Medicine, Baylor College of Medicine, 1988 -
    2007

## MILITARY SERVICE:

United States Army, October, 1967 - August, 1969
    Commander, 85th Medical Detachment, Viet Nam
    11th Aviation Group Surgeon, Viet Nam
    Flight Medical Branch, NASA, Houston, Texas

## MEMBERSHIP IN SOCIETIES:

American Association for the Advancement of Science, Fellow
American College of Gastroenterology, Fellow
American College of Physicians, Fellow
American Gastroenterological Association
American Society of Gastrointestinal Endoscopy
American Society of Microbiology
Association of Subspecialty Professors
Gastrointestinal Research Group
Houston Gastroenterological Society
Hong Kong Society of Gastroenterology, Fellow, Honorary
Infectious Diseases Society of America, Fellow
Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases
Japanese Gastroenterology Society, Honorary
Nature Clinical Practice Gastroenterology & Hepatology
Texas Society for Gastroenterology and Endoscopy
The Herb Fred Medical Society (steering committee member)
World Innovation Foundation, Fellow

## LICENSURE:  Texas No. D5543, 1969

## BOARDS:

American Board of Internal Medicine, Certified – June 21, 1972
Subspecialty Board - Gastroenterology, Certified – October 21, 1975

## HONORS:

M.D. Degree Conferred with Honors
Alpha Omega Alpha 1976
W. H. Rorer award for 3rd best paper in Am J. Gastroenterol, 1982
Henry Baker Lecture, American College of Gastroenterology, May 1983
W. H. Rorer award for 2nd best paper in Am J. Gastroenterol, 1989
President-Elect American College of Gastroenterology 1989-1990
President, American College of Gastroenterology 1990-1991

David Y. Graham, M.D.

Paper on the effect of cure of *H. pylori* infection on ulcer recurrence (Ann Intern Med 1992;116:705-8) recognized as one of the top ten advances in medical progress by the Harvard Health Letter, March 1993

Awarded Master of American College of Gastroenterology October 1993

President, 6th International Symposium *on Helicobacter pylori* and its diseases.  Tokyo, Japan, September 1993

Royal Society of Medicine's Annual Visiting Professor in Clinical Medicine, London, U.K. June 1993.

President, 7th International Symposium on *Helicobacter pylori* and its diseases.  Tokyo, Japan, April 1994

The Joseph B. Kirsner Award from the American Gastroenterology Association for Excellence in Clinical Research, May 1994

President, *Helicobacter pylori* beginning the second decade. European *Helicobacter* Study Group Meeting, Houston, September 1994.

Advisory member, Committee for Clinical Trials of Eradication of *H. pylori* in Japan, Japanese Society of Gastroenterology, 1994 -

The Michael E. DeBakey, M.D. Award for Excellence in Research, Baylor College of Medicine, November, 1994

Adviser to Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases 1995-

Janssen Award for Special Achievement in Gastroenterology, American Gastroenterology Association, May 1995

ACG Distinguished Lecture, Annual Meeting American College of Gastroenterology, October 1995

Clinical Achievement Award, American College of Gastroenterology, October 1995

Hugh R. Butt Fellows' Choice Visiting Professor in Gastroenterology, Mayo Medical School, March 1996

Global Award from the 1997 International Global Awards Competition honoring the best in healthcare communications worldwide organized by the New York Festivals for our book "Ulcers in a New Light" by Engstrand L, Graham DY.  Sparre Medical AB., Stockholm, 1997.

Excellence in Research Award, Department of Medicine, Baylor College of Medicine. July 1998

American College of Gastroenterology Governors Award for excellence in Clinical Research given for paper submitted to Annual Meeting entitled "*H. pylori* isolates in gastric and duodenal ulcers" (M.F. Go, first author). October 1998.

First Prize at the 5th Annual Meeting of the Japanese Society for Helicobacter Research for the oral "Metronidazole resistance in *Helicobacter pylori* independent of a null mutation in the gene (*rdxA*) encoding oxygen insensitive NADPH nitroreductase: metronidazole induced repression of metronidazole nitroreductase activity" (DH Kwon first author), Niigata Japan on June 18, 1999.

Listed as among the Top 50 Most Influential Gastroenterology Professionals of the 20th Century by Vgastroenterology.com

Frank Brown Berry Prize in Federal Medicine.  August 2000.

Honored as one of the Best Doctors in America 1997 - present

2002 Distinguished Alumnus Award, Baylor College of Medicine, April 13, 2002

Uehara Award for one the best papers presented at the Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases, June, 2002.

3

American College of Gastroenterology Presidential Poster Award for the poster "Randomized, controlled trial of pulsed irrigation evacuation preparation for colonoscopy" presented at the 67th Annual meeting of the American College of Gastroenterology, October 21, 2002.

American College of Gastroenterology Presidential Poster Award for the poster "Soda (severity of dyspepsia assessment) in children: a new outcome measure in relation to *Helicobacter pylori* infection in children with recurrent abdominal pain" presented at the 67th Annual meeting of the American College of Gastroenterology, October 21, 2002.

Listed in ISI's Highly Cited Researcher's database in Clinical Medicine
http://isihighlycited.com/

Uehara Award for one the best papers (Malaty et al. "Transmission of *Helicobacter pylori* Infection: A 9-year Birth Cohort Study in Rural Japan") presented at the 9th Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases, Matsumoto, Japan. July, 2003.

American College of Gastroenterology. Gave the First Annual American Journal of Gastroenterology Lecture at the annual meeting of the American College of Gastroenterology, October, 2003.

Hong Kong Society of Gastroenterology.  Made an honorary member at their Annual Meeting, Hong Kong, March, 2004

World Innovation Foundation., elected as a Fellow in August, 2004

Listed in Guide to America's Top Physicians, Consumers Research Council of America 2004

American Academy of Microbiology.  Elected as a Fellow in March, 2004.

American Society for the Advancement of Science. Elected a Fellow October 4, 2004.

American College of Gastroenterology. Gave the First Annual David Y. Graham Lecture at the annual meeting of the American College of Gastroenterology, November, 2004.

Outstanding Reviewer Award 2004 from the American Journal of Gastroenterology, March 2005.

American Gastroenterology Association. Gave the 5th John H. Walsh Memorial Lecture, at the Annual Meeting of the American Gastroenterology Association, May 2005.

Samuel S. Weiss Award in recognition of outstanding career service to the American College of Gastroenterology, at the Annual Meeting of the American College of Gastroenterology, in Honolulu, Hawaii, October 28, 2005.

Endoscopy unit at the Michael E. DeBakey VA Medical Center officially named The David Y. Graham Gastrointestinal Endoscopy Unit, September 2008

Marcel Patterson & Robert Nelson Award given by the Texas Society for Gastroenterology and Endoscopy. September 20, 2008.

Listed in Castle Connolly America's Top Doctors 2008-2009

## BOARD OF DIRECTORS

ACG Institute for Clinical Research & Education

## EDITORIAL BOARDS

Digestion & Diet Health Monitor (Editor)
Gastroenterology Today (International Advisory Board)

David Y. Graham, M.D.

Gut and Liver
Helicobacter (Editor in Chief)
Minerva Gastroentorologica e Dietologica
Journal of Digestive Diseases
Saudi Journal of Gastroenterology
Scandinavian Journal of Gastroenterology

## REVIEWER FOR

Alimentary Pharmacology and Therapeutics
Annals of Internal Medicine
American Journal of Gastroenterology
Digestive Diseases and Sciences
Gut
Gastroenterology
Gastrointestinal Endoscopy
Hepatology
Helicobacter
Journal of Laboratory and Clinical Medicine
Journal of Clinical Investigation
Journal of Clinical Gastroenterology
Journal of Infectious Diseases
New England Journal of Medicine
Pediatric Gastroenterology and Nutrition
Scandinavian Journal of Gastroenterology
And many others

## EPONYMOUS LECTURES (list begun 1992)

Annual Peter Douvres Memorial Lecture, Lenox Hill Hospital, New York, NY, April 1992.
12th Annual Peter R. Amato Memorial Lecture in Gastroenterology, St. Francis Hospital and
    Medical Center, Hartford, CT June 1992
7th Annual Mike Moshal Memorial Lecture, South African Gastroenterology Society Meeting,
    University of Natal, South Africa, July 1992
33rd Annual Charles L. Brown Memorial Lecture, Temple University School of Medicine,
    Philadelphia, PA, Dec 1992.
Annual Milford O. Rouse Lecture, Baylor University Hospital, Dallas, TX. April 20, 1993.
24th Annual Chaikin Lecture in Gastroenterology. New York Medical College, Valhalla, NY.
    May 5, 1993.
R.D. McKenna Memorial Lecture, Canadian Association of Gastroenterology, Vancouver, BC,
    Sept. 1993.
Annual Sifor Memorial Lecture, Puerto Rican Gastroenterology Society, San Juan, PR,
    December 1994.
Annual J. Edward Berk Lecture, University of California, Irvine, CA. November 1996.
The Dr. Bankat Chandra Memorial Lecture, Hyderabad, India, November 1997.
The Charlie Brown Memorial Lecture, The Cleveland Clinic, Cleveland, OH, November 1997.
The David Sun Lecture, Annual Postgraduate Course of the American College of
    Gastroenterology, October 1998.
Alice Sneed West Memorial Lecture, Houston Society of Internal Medicine, Houston, TX.
    March 1999.

David Y. Graham, M.D.

Hans Seyle Visiting Professor, Long Beach VA Medical Center and University of California
    Irving, January 2000.
31st Annual Samuel Kushlan Lecture, Yale University Medical School, New Haven, CN,
    January, 2000.
Sir Arthur Hurst Lecture, Annual Meeting of the British Society of Gastroenterology, Glasgow,
    March 2001
David Y. Graham Lecture, Annual Meeting of the American College of Gastroenterology,
    Orlando, FL, November 2004
John H. Walsh Memorial Lecture, Annual Meeting of the American Gastroenterology
    Association, May 2005.
Elliot Weser Distinguished Lecturer, University of Texas Health Science Center at San Antonio,
    April 2009


**NATIONAL AND INTERNATIONAL APPOINTMENTS (list begun 2000).**

Data Safety and Monitoring Board at the National Cancer Institute. June 2000-2003.
Gastrointestinal, Renal, and Metabolic Disorders Medical Research Advisory Group (MRAG),
    Department of Veterans Affairs. August, 2000-2003
Advisory Board of the Institute of Digestive Disease, the Chinese University of Hong Kong.
    January 2006-December 2007.

**PATENTS**

4882271   **Process for preparation of high molecular weight cell-associated protein of
    Campylobacter pylori - November 21, 1989**
    An antigen for the detection of Compylobacter pylori infections and an assay for the
    serological detection of Campylobacter pylori. The antigen includes high molecular
    weight cell-associated proteins purified from Campylobacter pylori.
RE34101   **Process for preparation of high molecular weight cell-associated protein of
    Campylobacter pylori -October 13, 1992**
    An antigen for the detection of Campylobacter pylori infections and an assay for the
    serological detection of Campylobacter pylori. The antigen includes high molecular
    weight cell-associated proteins purified from Campylobacter pylori.
5559014   **Methods and reagents to detect and characterize Norwalk and related viruses -
    September 24, 1996**
    Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus
    purified from stool specimens of volunteers. One clone was isolated from a cDNA library
    constructed in a pUC-13 vector after amplification of the cDNA.
5776692   **Mycobacterial genus-specific DNA probe and its expressed product -July 7, 1998**
    Recombinant clone pMptb #48 expressing a 36k M. paratuberculosis antigen is provided
    that provides a more sensitive and discriminating test than those in which crude antigens
    have been used. A mycobacterial genus-specific DNA probe corresponding to a 1.4 kb
    BamH1-DNA insert in pMptb #48
6156883   **Polyclonal and monoclonal antibodies to Norwalk virus and methods for making
    them - December 5, 2000**

David Y. Graham, M.D.

Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus purified from stool specimens of volunteers. One clone was isolated from a cDNA library constructed in a pUC-13 vector after amplification of the cDNA.

**6572862   Methods and reagents to detect and characterize Norwalk and related viruses - June 3, 2003**

Recombinant proteins and peptides of Norwalk virus are claimed. Also claimed are vaccines against Norwalk virus and methods of immunizing against Norwalk virus using recombinant Norwalk virus antigens and derivatives thereof.

**6942865   Methods and reagents to detect and characterize norwalk and related viruses September 13, 2005**

Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus purified from stool specimens of volunteers. One clone was isolated from a cDNA library constructed in a pUC-13 vector after amplification of the cDNA.

## BIBLIOGRAPHY

Dr. Graham has authored more than 750 scientific articles and more than 100 chapters in books.

David Y. Graham, M.D.

# BIBLIOGRAPHY

1.  Kelsey JR, Jones J, Graham D, Brown HD.  Diagnosis of protein-losing enteropathy. Report of an unusual case illustrating diagnostic technics.  Recent Adv Gastroenterol 1967;2:350-3.

2.  Graham DY, Selzman HM, Noall MW, Fred HL.  Pseudohyperchloremia associated with bromism.  G P 1968;38:106.

3.  Fleischer N, Brown H, Graham DY, Delena S.  Chronic laxative-induced hyperaldosteronism and hypokalemia simulating Bartter's syndrome.  Ann Intern Med 1969;70:791-8.

4.  Malik SK, Zalinsky H, Graham DY.  Pulmonary edema following generalized convulsions (postictal).  J Assoc Physicians India 1973;21:795-8.

5.  Graham DY, Reul GJ, Martin R, Morton J, Kennedy JH.  Infective endocarditis in drug addicts: Experiences with the medical and surgical treatment.  Circulation 1973;48 Suppl. III:37-41.

6.  Graham DY, Brown CH, Benrey J, Butel JS.  Thrombocytopenia: A complication of mumps.  JAMA 1974;227:1162-4.

7.  Graham DY, Kimbrough RC, Fagan T.  Congenital gastric diverticulum as a source of massive hemorrhage.  Am J Dig Dis 1974;19:174-8.

8.  Nawaz K, Graham DY, Fechner RE, Eiband JJ.  Gastric heterotopia in the ileum with ulceration and chronic bleeding.  Gastroenterology 1974;66:113-7.

9.  Benrey J, Graham DY, Goyal RK.  Hypercalcemia and carcinoma of the esophagus.  Ann Intern Med 1974;80:415-6.

10. Graham DY, Schwartz JT.  Endoscopic removal of a knotted feeding tube from an infant.  Gastrointest Endosc 1974;24:350-5.

11. Graham DY.  Alcohol and Alcoholism.  Acute and chronic sequelae.  A review.  Texas Medicine 1975;71:71-6.

12. Graham DY, Goyal RK, Sparkman J, Cagan ME, Pogonowska MJ.  Diffuse intramural esophageal diverticulosis.  Gastroenterology 1975;68:781-5.

13. Davis RE, Graham DY.  Pancreatic ascites.  The role of endoscopic pancreatography.  Am J Dig Dis 1975;20:977-80.

14. Graham DY, Johnson CD, Bentlif PS, Kelsey JR.  Islet cell carcinoma, pancreatic cholera, and vasoactive intestinal peptide.  Ann Intern Med 1975;83:782-5.

15. Graham DY.  Update of peptic ulcer therapy.  Consultant 1976;16:128-41.

16. Murphy JF, Graham DY, Spjut HJ.  Intramural gastric abscess.  Am J Surg 1976;131:618-21.

17. Mukhopadhyay AK, Graham DY.  Esophageal motor dysfunction in systemic diseases.  Arch Intern Med 1976;136:583-8.

18. Hilliard JL, Graham DY, Spjut HJ.  Hepatic adenoma: A possible complication of oral contraceptive therapy.  South Med J 1976;69:683-7.

19. Dorsch ER, O'Neil FS, Graham DY.  Recognizing congenital pyloric mucosal diaphragm in the elderly.  Geriatrics 1976;31:110-2.

David Y. Graham, M.D.

20.    Kakvan M, Doughty SC, Martin RR, Graham DY.  Infective endocarditis in drug abusers.  Trans Med Cong of Ramsar, Iran 1976;106-9.

21.    Schwartz JT, Graham DY.  Toothpick perforation of the intestines.  Ann Surg 1977;185:64-6.

22.    Dorsch ER, Graham DY, Lie JT, Estrada RG.  The columnar-lined (Barrett's) esophagus: A premalignant condition?  South Med J 1977;70:505-7.

23.    Graham DY.  Treatment of alcoholics in a rural community.  Clin Med 1977;84:13-7.

24.    Graham DY, Lanza FL, Dorsch ER.  Symptomatic reflux esophagitis.  A double-blind controlled comparison of antacids and alginate.  Curr Ther Res 1977;22:653-8.

25.    Vaughn GD, Frazier OH, Graham DY, Mattox KL, Petmecky FF, Jordan GL, Jr.  The use of pyloric exclusion in the management of severe duodenal injuries.  Am J Surg 1977;134:785-90.

26.    Graham DY.  Enzyme replacement therapy of exocrine pancreatic insufficiency in man: Relationship between in vitro enzyme activities and in vivo potency of commercial pancreatic extracts.  N Engl J Med 1977;296:1314-7.

27.    Fisher RF, Graham DY, Trabanino JG, Granmayeh M.  Polyarteritis nodosa and hepatitis-B surface antigen: The role of angiography in diagnosis.  Am J Roentgen 1977;129:77-81.

28.    Doyle PH, Graham DY, Pocantos-Clark E.  The effect of self-verbalization on stomach acidity as measured by radio telemetry.  In: Tension Control:  Proceedings of the Fourth Annual Meeting of the American Association for the Advancement of Tension Control.  1977;72-8.

29.    Sable JS, Graham DY, Davis RE, Malini S.  The value of gray scale ultrasound in the differential diagnosis of surgical and non-surgical jaundice.  Am J Gastroenterol 1978;69:149-53.

30.    Graham DY, Schwartz JT.  The spectrum of the Mallory-Weiss tear.  Medicine 1978;57:307-18.

31.    Graham DY, Davis RE.  Acute upper gastrointestinal hemorrhage:  New observations on an old problem.  Am J Dig Dis 1978;23:76-84.

32.    Graham DY.  Hypertensive lower esophageal sphincter: A reappraisal.  South Med J 1978;71 (Suppl. 1):31-7.

33.    Englert E, Freston JW, Graham DY, Finkelstein W, Kruss DM, Priest RJ, Raskin JB, Rhodes JB, Rodgers AI, Wenger J, Wilcox LL, Crossley RJ.  Cimetidine, antacid and hospitalization in the treatment of benign gastric ulcer: A multi-center double-blind study.  Gastroenterology 1978;74:416-25.

34.    Graham DY.  Guide to the evaluation of the alcoholic patient.  Hospital Medicine 1978;14:71-88.

35.    Graham DY, Gonzales J, Kothari SM.  Diffuse skeletal angiomatosis.  Skel Radiol 1978;2:131-5.

36.    Graham DY, Klish WJ, Ferry GD, Sabel JS.  The value of fiberoptic Gastrointest Endosc in infants and children.  South Med J 1978;71:558-60.

37.    Hollinger FB, Graham DY.  Viral hepatitis: types A, B, and non-A/non-B.  Drug Therapy 1978;3:39-.

38. Graham DY. Choosing the best and safest ways to diagnose obstructive jaundice. Consultant 1978;18:80-6.

39. Lanza FL, Graham DY. Bougienage is effective therapy for most benign esophageal strictures. JAMA 1978;240:844-7.

40. Zinn WM, Graham DY. Circulating anticoagulant associated with chronic active hepatitis. South Med J 1978;71:1308.

41. Graham DY, Klish WJ, Ferry GD, Holcome BB. Endoscopy under gnotobiotic conditions: A unique experience. Gastrointest Endosc 1978;24:298-9.

42. Graham DY, Spjut HJ, Estrada RG. Directed cytology of the esophagus and stomach: A comparison of 3 rapid collection methods. Gastrointest Endosc 1978;24:277-80.

43. Graham DY, Mukhopadhyay AK. Achalasia and diffuse esophageal spasm. Gastroenterology: A Weekly Update 1979;1:10-6.

44. Schwartz JT, Graham DY. The Mallory-Weiss tear: Historical and clinical review. Gastroenterology: A Weekly Update 1979;1:18-24.

45. Dillman RO, Graham DY. Primary tuberculous enteritis: Forgotten but not gone. Texas Medicine 1979;75:48-52.

46. Graham DY, Spjut HJ, Estrada RG. Comparisons of three methods of collecting cytology specimens with the Olympus fiberscope. Frontiers of Gastrointestinal Research, Karger AG, Basel, Switzerland, 1979;5:21-7.

47. Lowe JE, Graham DY, Boisaubin EV Jr, Lanza FL. Corrosive injury to the stomach: The natural history and role of fiberoptic endoscopy. Am J Surg 1979;137:803-6.

48. Estes MK, Graham DY, Smith EM, Gerba CP. Rotavirus stability and inactivation. J Gen Virol 1979;43:403-9.

49. Smith EM, Estes MK, Graham DY, Gerba CP. A plaque assay for the simian rotavirus SA11. J Gen Virol 1979;43:513-9.

50. Estes MK, Graham DY. Epidemic viral gastroenteritis. Am J Med 1979;66:1001-7.

51. Estes MK, Graham DY. Rotavirus-cell interactions. Proceedings 2nd International Symposium on Neonatal Diarrhea, VIDO, Saskatoon, Saskatchewan, 1979, pp. 225-36.

52. Estes MK, Graham DY, Gerba CP, Smith EM. Simian rotavirus SA11 replication in cell cultures. J Virol 1979;31:810-5.

53. Sachs IL, Lowe JE, Schwartz JT, Cain GD, Graham DY. Peritoneoscopy: A useful technique. Texas Medicine 1979;75:54-6.

54. Graham DY, Hollinger FB. Diagnosing viral causes of hepatitis. Drug Therapy 1979;9:147-62.

55. Graham DY, Spjut HJ. Salvage cytology: A new alternate fiberoptic technique. Gastrointest Endosc 1979;25:137-9.

56. Graham DY, Estes MK. Comparison of methods for immunocytochemical detection of rotavirus infections. Infect Immun 1979;26:686-9.

57. Davis RE, Graham DY. Endoscopic complications. The Texas experience. Gastrointest Endosc 1979;25:146-9.

58. Graham DY. An enteric coated pancreatic enzyme preparation that works. Dig Dis Sci 1979;24:906-9.

59.     Altenburg BC, Graham DY, Estes MK.  Ultrastructural immunocytochemistry of rotavirus-infected cells.  Proceedings of the Electron Microscopy Society of America.  Thirty-seventh Annual Meeting, 1979, p. 40.

60.     Graham DY, Estes MK.  Rotavirus detection and identification.  In:  Viral Enteritis in Humans and Animals (INSERM) 1979;90:345-7.

61.     Estes MK, Graham DY.  Enhancement of rotavirus infectivity by trypsin and elastase.  In:  Viral Enteritis in Humans and Animals (INSERM) 1979;90:83-6.

62.     Estes MK, Graham DY.  Identification of rotaviruses of different origins by the plaque reduction test.  J Am Vet Res 1980;41:151-2.

63.     Altenburg BL, Graham DY, Estes MK.  Ultrastructural study of rotavirus replication in cultured cells.  J Gen Virol 1980;46:75-85.

64.     Fisher RG, Schwartz JT, Graham DY.  Angiotherapy with Mallory-Weiss tear.  Am J Roentgen 1980;134:679-84.

65.     Graham DY, Estes MK.  Proteolytic enhancement of rotavirus infectivity: Biologic mechanisms.  Virology 1980;101:432-9.

66.     Mason BB, Graham DY, Estes MK.  In vitro transcription and translation of simian rotavirus SA11 gene products.  J Virol 1980;33:1111-21.

67.     Graham DY.  Limited value of early endoscopy in the management of acute upper gastrointestinal bleeding.  Prospective controlled trial.  Am J Surg 1980;140:284-90.

68.     Estes MK, Graham DY.  Establishment of rotavirus persistent infection in cell culture.  Arch Virol 1980;65:187-92.

69.     Graham DY.  The treatment of exocrine pancreatic insufficiency.  Practical Gastroenterology 1980;4:18-23.

70.     Hollinger FB, Graham DY.  Diagnosing and treatment Rickettsial and parasitic hepatitis.  Drug Therapy 1980;10:95-109.

71.     Graham DY, Hollinger FB.  Diagnosing and treating bacterial infections of the liver.  Drug Therapy 1980;10:89-94.

72.     Graham DY, Smith JL.  The course of patients following variceal hemorrhage.  Gastroenterology 1981;80:800-9.

73.     Graham DY, Schwartz JT.  Management of upper gastrointestinal bleeding.  Current concepts in Gastroenterology 1981;6:3-7.

74.     Estes MK, Graham DY, Mason BB.  Proteolytic enhancement of rotavirus infectivity:  Molecular mechanisms.  J Virol 1981;39:879-88.

75.     Petrie BA, Graham DY, Estes MK.  Identification of rotavirus particle types.  Intervirology 1981;16:20-8.

76.     Graham DY, Schwartz JT, Sabesin SM, Davis WD, Font RG, Cohen NN.  Double-blind comparison of 1200 mg and 1000 mg cimetidine in hospitalized and ambulatory duodenal ulcer patients.  Am J Gastroenterol 1981;76:500-5.

77.     Lanza FL, Graham DY, Nelson RS, Godines R, McKechnie JC.  Endoscopic upper gastrointestinal polypectomy.  Am J Gastroenterol 1981;75:345-8.

78.     Dobbs SM, Jordan PH, Cain GD, Schwartz JT, Graham DY.  Vascular-enteric fistula:  Diagnosis by colonoscopy.  Gastrointest Endosc 1982;28:22-3.

David Y. Graham, M.D.

79.    Graham DY, Schwartz JT, Cain GD, Gyorkey F.  Prospective evaluation of biopsy number in the diagnosis of esophageal and gastric carcinoma.  Gastroenterology 1982;82:228-31.

80.    Smith JL, Graham DY.  Variceal hemorrhage: A critical evaluation of survival analysis.  Gastroenterology 1982;82:968-73.

81.    Graham DY, Smith JL.  Antacids: Where they stand in clinical medicine.  Consultant 1982;22:33-41.

82.    Schwartz JT, Patton GA, Graham DY, Cain GD.  Gastric radiotherapy as treatment of hereditary hemorrhagic telangiectasia.  Am J Gastroenterol 1982;82:53-4.

83.    Graham DY.  Pancreatic enzyme replacement: the effect of antacids or cimetidine.  Dig Dis Sci 1982;27:485-90.

84.    Ericson BL, Graham DY, Mason BB, Estes MK.  Identification, synthesis and modifications of simian rotavirus SA11 polypeptides in infected cells.  J Virol 1982;42:825-39.

85.    Sackman JW, Smith KE, Graham DY.  Does mixing pancreatic enzyme microspheres (Pancrease) with food damage the enteric coating?  J Ped Gastroenterol Nutr 1982;1:333-5.

86.    Graham DY, Sackman JW.  Mechanism of increase in steatorrhea with calcium and magnesium in exocrine pancreatic insufficiency: an animal model.  Gastroenterology 1982;83:638-44.

87.    Graham DY, Moser SE, Estes MK.  The effect of wheat and corn bran on bowel function in constipation. Am J Gastroenterol 1982;77:599-603.

88.    Schwartz JT, Graham DY, Cain GD, Smith JL, Hart LM, Hickman H.  Videocamera comparison.  Gastrointest Endosc 1982;28:216-7.

89.    Graham DY, Smith JL.  Rational for postprandial antacid regimen.  Consultant 1982;22:69.

90.    Estes MK, Graham DY, Ramig RF, Ericson BL.  Heterogeneity in the structural glycoprotein (VP7) of simian rotavirus SA11.  Virology 1982;122:8-14.

91.    Petrie BL, Graham DY, Hanssen HH, Estes MK.  Localization of rotavirus antigens in infected cells by ultrastructural immunocytochemistry.  J Gen Virol 1982;63:457-67.

92.    Hanssen HH, Graham DY, Estes MK.  Biological function(s) of rotavirus polypeptides.  Proceedings First International Conference on the Impact of Viral Diseases on the Development of Latin American Countries and the Caribbean Region.  1982;2:834-41.

93.    Graham DY, Smith JL.  Treatment of acid-peptic disorders: antacids, cimetidine, sucralfate?  Continuing Education for Family Physicians 1983;18;33-8.

94.    Graham DY, Smith JL, Dobbs SM.  Gastric adaptation occurs with aspirin administration in man.  Dig Dis Sci 1983;28:1-6.

95.    Graham DY, Dobbs SM, Zubler M.  What is the role of prosthesis insertion in esophageal cancer?  Gastrointest Endosc 1983;29:1-5.

96.    Patterson DJ, Dew EW, Gyorkey F, Graham DY.  Niacin Hepatitis.  South Med J 1983;76:239-41.

97.   Patterson DJ, Graham DY, Smith JL, Schwartz JT, Alpert E, Lanza FL, Cain GD.  The natural history of benign esophageal stricture treated by dilatation.  Gastroenterology 1983;85:346-50.

98.   Graham DY, Patterson DJ.  Double-blind comparison of liquid antacid and placebo in the treatment of symptomatic reflux esophagitis.  Dig Dis Sci 1983;28:559-63.

99.   Graham DY, Smith JL, Patterson DJ.  Why do apparently healthy people use antacid tablets?  Am J Gastroenterol 1983;78:257-60.

100.  Graham DY, Yoshimura HH, Estes MK.  DNA hybridization studies of the association of *Pseudomonas maltophilia* with inflammatory bowel diseases.  J Lab Clin Med 1983;101:940- 54.

101.  Petrie BL, Graham DY, Estes MK.  Effects of tunicamycin on rotavirus morphogenesis and infectivity.  J Virol 1983;46:270-4.

102.  Sharaiha ZK, Sackman JW, Graham DY.  Comparison of phenolphthalein and phenolphthalein glucuronide on net water transport in rat ileum and colon.  Dig Dis Sci 1983;28:827-32.

103.  Graham DY, Estes MK, Gentry LO.  Double-blind comparison of bismuth subsalicylate and placebo in the prevention and treatment of enterotoxigenic *E. coli*-induced diarrhea in volunteers.  Gastroenterology 1983;85:1017-22.

104.  Graham DY, Sackman JW.  Solubility of calcium soaps of long-chain fatty acids in simulated intestinal contents.  Dig Dis Sci 1983;28:733-6.

105.  Sharaiha ZK, Smith JL, Cain DG, Schwartz JT, Graham DY.  Recurrent ulcers after gastric surgery: endoscopic localization to the gastric mucosa.  Am J Gastroenterol 1983;78:269-71.

106.  Dimitrov DH, Estes MK, Rangelova SM, Shindarov LM, Melnick JL, Graham DY.  Detection of antigenically distinct rotaviruses from infants.  Infect Immun 1983;41:523-6.

107.  Mason BB, Graham DY, Estes MK.  Biochemical mapping of the simian rotavirus SA11 genome.  J Virol 1983;46:413-23.

108.  Ericson BL, Graham DY, Mason BB, Hanssen HH, Estes MK.  Two types of glycoprotein precursors are produced by the simian rotavirus SA11.  Virology 1983;127:320-32.

109.  Smith JL, Graham DY.  Variceal hemorrhage.  Consultant 1983;23:86-101.

110.  Ericson BL, Petrie BL, Graham DY, Mason BB, Estes MK.  Rotaviruses code for two types of glycoprotein precursors.  J Cell Biochem 1983;22:151-60.

111.  Yoshimura HH, Estes MK, Graham DY.  Search for evidence of a viral etiology for inflammatory bowel disease.  Gut 1984;25:347-55.

112.  Graham D, Sackman J, Wallis C, Melnick J.  The Hemo-matic Analyzer: A new occult blood testing device.  Am J Gastroenterol 1984;79:117-21.

113.  Graham DY, Sackman JW, Giesing DH, Runser DJ.  In vitro adsorption of bile salts and aspirin to sucralfate.  Dig Dis Sci 1984;29:402-6.

114.  Graham DY.  The role of the clinician in research.  Am J Gastroenterol 1984;79:335-40.

115.  Petrie BL, Greenberg HB, Graham DY, Estes MK.  Ultrastructural localization of rotavirus antigens using colloidal gold.  Virus Research 1984;1:133-52.

116.    Graham DY. In and outs of pancreatic enzymes and adjuvant therapies. J Ped Gastroenterol Nutr 1984;3(SUPPL. 1):S120-6.

117.    Graham DY. The ulcer drugs: when to use which? Modern Med 1984;109-15.

118.    Dimitrov DH, Graham DY, Hanssen HH, Velasco G, Stenback WA, Estes MK. RNA electrophoretypes of human rotaviruses from North and South America. 55 Bull WHO 1984;62:321-9.

119.    Evans DG, Graham DY, Evans DJ Jr, Opekun A. Administration of purified colonization factor antigens (CFA/I, CFA/II) of enterotoxigenic *Escherichia coli* (ETEC) to volunteers: response to challenge with virulent ETEC. Gastroenterology 1984;87:934-40.

120.    Graham DY, Sackman JW, Estes MK. Pathogenesis of rotavirus-induced diarrhea: Studies in the miniature swine piglet. Dig Dis Sci 1984;29:1028-35.

121.    Dimitrov D, Estes MK, Shindarov L, Rangelova S, Graham D, Melnick J, Cilka E, Cakov B. Molecular-epidemiological studies of rotavirus gastroenteritis in hospitalized children. Epidemiolog Mikrobiolog I Infeckc Bol 1984;21:7-14 (in Bulgarian).

122.    Sontag S, Graham DY, Belsito A, Weiss J, Farley A, Grunt R, Cohen N, Kinnear D, Davis W, Archambault A, Achord J, Thayer W, Gillies R, Sidorov J, Sabesin S, Dyck W, Fleshler B, Cleator I, Wenger J, Opekun AR Jr. Cimetidine, cigarette smoking and duodenal ulcer healing. N Engl J Med 1984;311:689-93.

123.    Scheurich JW, Wierman ME, Brown BG, Ferro PS, Graham DY. Preparation for barium enema: comparison of Ensure and low residue-clear liquid diets in inpatients. South Med J 1985;78:838-40.

124.    Graham DY, Smith JL. Balloon dilatation of benign and malignant esophageal strictures: Introducing blind retrograde balloon dilatation. Gastrointest Endosc 1985;31:171-4.

125.    Smith JL, Opekun AR, Graham DY. Controlled comparison of topical anesthetic agents in flexible upper Gastrointest Endosc. Gastrointest Endosc 1985;31:255-8.

126.    Adler-Storthz A, Dreesman GR, Graham DY, Evans DG. Biotin-Avidin amplified ELISA for quantitation of human IgA. J Immunoassay 1985;6:67-77.

127.    Graham DY, Estes MK. Proposed working classification system for rotaviruses. Ann Inst Pasteur/Virol 1985;136:5-12.

128.    Graham DY, Opekun AR, Smith JL, Schwartz JT. Ranitidine and hepatotoxicity. Ann Intern Med 1985;102:416.

129.    Smith JL, Gamal MA, Chremos AN, Graham DY. Famotidine, a new H2-receptor antagonist: effect on parietal, nonparietal, and pepsin secretion in man. Dig Dis Sci 1985;30:308-12.

130.    Graham DY, Smith JL. Effects of aspirin and an aspirin-acetaminophen combination on the gastric mucosa in normal subjects: a double-blind endoscopic study. Gastroenterology 1985;88:1922-5.

131.    Graham DY, Akdamar K, Dyck WP, Englert E Jr, Strickland RG, Achord JL, Belsito AA, Vlahcevic ZR, Kornfield RN, Long WB, Sontag S, Agrawal NM. Healing of benign gastric ulcer: comparison of cimetidine and placebo in the United States. Ann Intern Med 1985;102:573-6.

132.    Webb WA, Graham DY. Modern approach to esophageal dilatation. SGA J 1985;7:3-6.

David Y. Graham, M.D.

133. Graham DY, Smith JL, Holmes GI, Davies RO. Nonsteroidal anti-inflammatory effect on the gastric mucosa: sulindac sulfoxide vs sulfide. J Clin Pharm Therapy 1985;38:65-70.

134. Dimitrov DH, Graham DY, Estes MK. Detection of rotaviruses by nucleic acid hybridization with cloned DNA of simian rotavirus SA11 genes. J Infect Dis 1985;152:293-300.

135. Graham DY, Smith JL, Schwartz JT. Endoscopic television: traditional and video endoscopy. Gastrointest Endosc 1986;32:49-51.

136. Graham DY. Treatment of steatorrhea in chronic pancreatitis. Hospital Practice 1986;21:125-9.

137. Graham DY, Smith JL. Aspirin and the stomach. Ann Intern Med 1986;104:390-8.

138. Cho SN, Brennan PJ, Yoshimura HH, Korelitz BI, Graham DY. Mycobacterial etiology of Crohn's disease: serologic study using common mycobacterial antigens and a species-specific glycolipid antigen from *Mycobacterium paratuberculosis*. Gut 1986;27:1353-6.

139. Schwartz JT, Gyorkey F, Graham DY. Cimetidine hepatitis. J Clin Gastroenterol 1986;8:681-6.

140. Nakata S, Estes MK, Graham DY, Loosle R, Hung T, Wang S, Saif LJ, Melnick JL. Antigenic characterization and ELISA detection of adult diarrhea rotaviruses. J Infect Dis 1986;154:448-55.

141. Hirschowitz BI, DeLuca V, Graham D, Lorbor S, Bright-Asare P, Katon R. Treatment of benign chronic gastric ulcer with ranitidine: a randomized, double-blind, and placebo-controlled six week trial. J Clin Gastroenterol 1986;8:371-6.

142. Graham DY, Markesich DC, Yoshimura HH. Mycobacteria and inflammatory bowel disease: results of culture. Gastroenterology 1987;92:436-42.

143. Yoshimura HH, Graham DY, Estes MK, Merkal RS. Investigation of the association of mycobacteria with inflammatory bowel disease by nucleic acid hybridization. J Clin Microbiol 1987;25:45-51.

144. Graham DY, Dufore GR, Estes MK. Minimal infective dose of rotavirus. Arch Virol 1987;92:261-71.

145. Graham DY, Smith JL, Jones RD, Rakhit A, Tipnis V, Hurley ME. Gastroscopic localization of a microencapsulated KCl preparation in the human stomach. Gastrointest Endosc 1987;33:220-3.

146. Tabibian N, Clarridge JE, Smith JL, Alpert E, Graham DY. The clinical impact and cost effectiveness of routine *Campylobacter* stool cultures in adults with diarrhea. South Med J 1987;80:709-11.

147. Schwartz JT, Clarridge JE, Graham DY. Non-pathogenic nematodes found by Gastrointest Endosc. J Clin Gastroenterol 1987;9:33-6.

148. Meyers BM, Smith JL, Graham DY. Effect of red pepper and black pepper on the stomach. Am J Gastroenterol 1987;82:211-214.

149. Tabibian N, Graham DY. Source of upper gastrointestinal bleeding in patients with esophageal varices seen at endoscopy. J Clin Gastroenterol 1987;9:279-82.

150. Tabibian N, Schwartz JT, Smith JL, Graham DY. Cardiac tamponade as a result of endoscopic sclerotherapy: report of a case. Surgery 1987;102:546-7.

151.  Graham DY, Klein PD. *Campylobacter pyloridis* gastritis: the past, the present, and speculations about the future. Am J Gasteroenterol 1987;82:283-6.

152.  Graham DY, Lancellotti F. Gastric ulcers: what to do for simple lesions - and refractory disease. J Crit Illness 1987;2:82-6.

153.  Graham DY, Klein PD, Evans DJ, Jr., Evans DG, Alpert LC, Opekun AR, Boutton TW. *Campylobacter pylori* detected noninvasively by the 13C-urea breath test. Lancet 1987;1:1174-7.

154.  Graham DY, Tabibian N, Schwartz JT, Smith JL. Evaluation of the effectiveness of through-the-scope balloons as dilators of benign and malignant gastrointestinal strictures. Gastrointest Endosc 1987;33:432-5.

155.  Larkai EN, Smith JL, Lidsky MD, Graham DY. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic nonsteroidal anti-inflammatory drug use. Am J Gastroenterol 1987;82:1153-8.

156.  Smith JL, Michaletz PA, Tabibian N, Schwartz JT, Graham DY. Improved palliation of a respiratory-esophageal fistula with a cuffed esophageal prosthesis. Am J Gastroenterol 1987;82:1175-6.

157.  Smith JL, Graham DY, Greene WL, Phelps SJ, Green BG. Famotidine: a long-acting H2-receptor antagonist. Comparison with cimetidine and ranitidine. Hosp Formul 1987;22:15-27.

158.  Tabibian N, Michaletz PA, Schwartz JT, Heiser MC, Dixon WB, Smith JL, Graham DY. Use of an endoscopically-placed clip can avoid diagnostic errors in colonoscopy. Gastrointest Endosc 1988;34:262-4.

159.  Graham DY, Klein PD, Opekun AR, Boutton TW. Effect of age on the frequency of active *Campylobacter pylori* infection diagnosed by [13C]urea breath test in normal patients with peptic ulcer disease. J Infect Dis 1988;157:777-80.

160.  Graham DY, Klein PD, Opekun AR, Boutton TW, Evans DJ Jr., Evans DG, Alpert LC, Michaletz PA, Yoshimura HH, Adam E. Epidemiology of *Campylobacter pylori* infection: ethnic considerations. Scand J Gastroenterol 1988;23(suppl 142):9-13.

161.  Michaletz PA, Graham DY. Gastritis: bringing this enigma into sharper focus. Postgrad Med 1988;83:98-106.

162.  Evans DJ Jr, Evans DG, Opekun AR, Graham DY. Immunoprotective oral whole cell vaccine for enterotoxigenic *Escherichia coli* diarrhea prepared by in situ destruction of chromosomal and plasmid DNA with colicin E2. FEMS Microbiol Immunol 1988;47:9-18.

163.  Yoshimura HH, Graham DY. Nucleic acid hybridization studies of mycobactin-dependent mycobacteria. J Clin Microbiol 1988;26:1309-12.

164.  Markesich DC, Graham DY, Yoshimura HH. Progress in culture/subculture of spheroplasts and fastidious acid-fast bacilli isolated from intestinal tissues. J Clin Microbiol 1988:26;1600-3.

165.  Mauk PM, Schwartz JT, Lowe JE, Smith JL, Graham DY. Diagnosis and course of nephrogenic ascites. Arch Intern Med 1988;148:1577-9.

166.  Conner ME, Estes MK, Graham DY. Rabbit model of rotavirus infection. J Virology 1988;62:1625-33.

167. Tanaka TN, Conner ME, Graham DY, Estes MK. Molecular characterization of three rabbit rotavirus strains. Arch Virol 1988;98:253-5.

168. Graham DY, Michaletz PA. Should I search for *Campylobacter pylori* in my patients? Much ado about not much. Am J Gastroenterol 1988;83:481-3.

169. Graham DY. Diagnosis and drug therapy in the treatment of peptic ulcer disease. Modern Med 1988;56:108-14.

170. Graham DY, Smith JL, Spjut HJ, Torres E. Gastric adaptation: studies in man during continuous aspirin administration. Gastroenterology 1988;95:327-33.

171. Woods KL, Smith JL, Graham DY. Intragastric accumulation of Evan's blue as a method of assessing aspirin-induced acute gastric mucosal injury in man. Dig Dis Sci 1988;33:769-73.

172. Graham DY, Alpert LC, Smith JL, Yoshimura HH. Iatrogenic *Campylobacter pylori* infection is a cause of epidemic achlorhydria. Am J Gastroenterol 1988;83:974-80.

173. Graham DY, Smith JL. Gastroduodenal complications of chronic NSAID therapy. Am J Gastroenterol 1988;83:1081-4.

174. Evans DJ Jr, Evans DG, Diaz Sr, Graham DY. Mannose-resistant hemagglutination of human erythrocytes by enterotoxigenic *Escherichia coli* with colonization factor antigen II. J Clin Microbiol 1988;26:1626-9

175. Hazell SL, Graham DY. *Campylobacter pylori* in perspective. Pract Gastroenterol 1988;12:11-21.

176. Evans DG, Evans DJ Jr, Moulds JJ, Graham DY. N-acetylneuraminyllactose-binding fibrillar hemagglutinin of *Campylobacter pylori*: a putative colonization factor antigen. Infect Immun 1988;56:2896-906.

177. Graham DY, Smith JL, Opekun AR. Spicy food and the stomach: evaluation by videoendoscopy. JAMA 1988;260:3473-5.

178. Graham DY, Agrawal NW, Roth SH. Prevention of NSAID-induced gastric ulcer with misoprostol: multicenter, double-blind, placebo-controlled trial. Lancet 1988;2:1277-80.

179. Bardham KD, Hunter JO, Miller JP, Thomson ABR, Graham DY, Russell RI, Sontag S, Hines C, Martin T, Gaussen L, Van Thiel D, Achord J, Butler JK. Antacid maintenance therapy in the prevention of duodenal ulcer relapse. Gut 1988;29:1748-54.

180. Graham DY. *Campylobacter pylori* and Barrett's esophagus. Mayo Clin Proc 1988;63:1258-60.

181. Evans DG, Evans DJ Jr, Opekun AR, Graham DY. Non-replicating oral whole cell vaccine protective against enterotoxigenic *Escherichia coli* (ETEC) diarrhea: Stimulation of anti-CFA (CFA/I) and anti-enterotoxin (anti-LT) intestinal IgA and protection against challenge with ETEC belonging to heterologous serotypes. FEMS Microbiol Immunol 1988;47:117-26.

182. Graham DY, Tabibian N, Michaletz PA, Kinner BM, Schwartz JT, Heiser MC, Dixon WB, Smith JL. Endoscopic needle biopsy: a comparative study of forceps biopsy, two different types of needles and salvage cytology in gastrointestinal cancer. Gastrointest Endosc 1989;35:207-9.

183. Michaletz PA, Graham DY: Gastritis: drugs or bugs. Practical Gastroenterology 1989;13:43-9.

David Y. Graham, M.D.

184.    Smith JL, Opekun AR, Larkai E, Graham DY.  Sensitivity of the esophageal mucosa to pH in gastroesophageal reflux disease.  Gastroenterology 1989;96:683-9.

185.    Graham DY. *Campylobacter pylori* and peptic ulcer disease.  Gastroenterology 1989;96(Suppl):615-25.

186.    Graham DY.  Prevention of gastroduodenal injury induced by chronic nonsteroidal antiinflammatory drug therapy.  Gastroenterology 1989;96(Suppl):675-81.

187.    Graham DY. *Campylobacter pylori* as a pathogenetic factor in duodenal ulcer: the case for.  Scand J Gastroenterol 1989;24(suppl 160):46-52.

188.    Graham DY, Klein PD, Opekun AR, Smith KE, Polasani RR, Evans DJ Jr, Evans DG, Alpert LC, Michaletz PA, Yoshimura HH, Adam E.  In vivo susceptibility of *Campylobacter pylori*.  Am J Gastroenterol 1989;84:233-8.

189.    Lynch P, Green L, Jordan PH, Graham DY.  Hepatocellular carcinoma metastatic to the stomach presenting as bleeding multiple createrogenic ulcers.  Am J Gastroenterol 1989;84:653-5.

190.    Graham DY, Adam E, Klein PD, Evans DJ Jr, Evans DG, Hazell SL, Alpert LC, Michaletz PA, Yoshimura HH.  Epidemiology of *Campylobacter pylori*.  Gastroenterol Clin Biol 1989;13:84B-88B.

191.    Graham DY, Evans DG, Evans DJ, Jr. *Campylobacter pylori*: the organism and its clinical relevance.  J Clin Gastroenterol 1989;11(Suppl 1):543-8.

192.    Evans DJ Jr, Evans DG, Smith KE, Graham DY.  Serum antibody responses to the N-acetylneuraminyllactose-binding hemagglutinin of *Campylobacter pylori*.  Infect Immun 1989;57:644-7.

193.    Larkai EN, Smith JL, Lidsky MD, Sessoms SL, Graham DY.  Dyspepsia in NSAID users: the size of the problem.  J Clin Gastroenterol 1989;11:158-62.

194.    Evans DJ Jr, Evans DG, Graham DY, Klein PD.  A sensitive and specific serologic test for detection of *Campylobacter pylori* infection.  Gastroenterology 1989;96:1004-8.

195.    McCullough AJ, Graham DY, Knuff TE, Lanza FL, Levenson HL, Lyon DT, Munsell WP, Perozza J, Roufail WM, Sinarl DR, Smith LJ, Berman RS, Root JK, Worley WE, Humphries TJ.  Suppression of nocturnal acid secretion with famotidine accelerates gastric ulcer healing.  Gastroenterology 1989;97:860-6.

196.    Michaletz PA, Winchester CB, Graham DY.  Nonulcer dyspepsia: current thoughts on a poorly understood disease.  Houston Med 1989;5:11-6.

197.    Hazell SL, Markesich DC, Evans DJ, Jr, Evans DG, Graham DY.  Influence of media supplements on growth and survival of *Campylobacter pylori*.  Eur J Clin Microbiol Infect Dis 1989;8:597-602.

198.    Alpert LC, Graham DY, Evans DJ, Jr, Yoshimura HH, Hazell SL, Evans DG, Klein PD.  Diagnostic possibilities for *Campylobacter pylori* infection.  Eur J Gastroenterol Hepatol 1989;1:17-26.

199.    Ferenz CR, Graham DY.  Improved conventional synthesis for [14]C-labeled polyglutamates of folic acid.  J Label Compd Radiopharmaceut 1989;27:736-51.

200.    Evans DG, Evans DJ Jr, Graham DY.  Receptor-mediated adherence of *Campylobacter pylori* to mouse Y-1 adrenal cell monolayers.  Infect Immun 1989;57:2272-8.

201.   Tabibian N, Smith JL, Graham DY. Sclerotherapy-associated esophageal ulcers: lessons from a double-blind, randomized comparison of sucralfate verses placebo. Gastrointest Endoscopy 1989;35:312-15.

202.   Graham DY, Evans DG. Prevention of diarrhea by enterotoxigenic *Escherichia coli*: lessons learned with volunteers. Rev Inf Dis 1990;12:S68-72.

203.   Smith JTL, Pounder RE, Nwokolo CU, Lanzon-Miller S, Evans DG, Graham DY, Evans DJ Jr. Inappropriate hypergastrinaemia in asymptomatic healthy subjects infected with *Helicobacter pylori*. Gut 1990;31:522-25.

204.   Graham DT, Smith JL, Bouvet AA. What happens to tablets and capsules in the stomach: endoscopic comparison of disintegration and dispersion characteristics of two microencapsulated potassium formulations. J Pharmaceut Sci 1990;79:420-4.

205.   Graham DY. The relationship between nonsteroidal anti-inflammatory drug use and peptic ulcer disease. Gastroenterol Clin N Am 1990;19:171-82.

206.   Green LK, Graham DY. Gastritis in the elderly. Gastroenterol Clin N Am 1990;19:273-92.

207.   Graham DY, McCullough A, Sklar M, Sontag SJ, Roufail WM, Stone RC, Bishop RH, Gitlin N, Cagliola AJ, Berman RS, Humphries TJ. Omeprazole verses placebo in duodenal ulcer healing. The Unites States experience. Dig Dis Sci 1990;35:66-72.

208.   Scheurich JW, Keuer SP, Graham DY. Pleural effusion: comparison of clinical judgment and Light's criteria in determining the cause. South Med 1989;82:1487-1491.

209.   Euler AR, Safdi M, Rao J, Jaszewski R, Welsh J, Raskin J, Fleischman R, Razzaque M, Champion C, Gottlieb G, Nashel D, Vanderveer L, Levine J, Barreiro M, Cheatum D, Mena H, Budiman-Mak E, Roth S, Gaskill H, Swinehart J, McClain C, Riff D, Graham D, Phan T, Burns M, Lookabough J, Le V, Wood D. A report of three multiclinic trials evaluating arboprostil in arthritic patients with ASA/NSAID gastric mucosal damage. Gastroenterology 1990;98:1549-57.

210.   Graham DY. NSAID gastroduodenal injury: a clinical dilemma in arthritis care. New Stand Arth Care 1990;1:2-5.

211.   Graham DY, Opekun Ar, Lew GM, Evans DJ, Jr, Klein PD, Evans DG. Ablation of exaggerated meal-stimulated gastrin release in duodenal ulcer patients after clearance of *Helicobacter (Campylobacter) pylori* infection. Am J Gastroenterol 1990;85:394-8.

212.   Al-Moagel MA, Evans DG, Abdulghani ME, Adams E, Evans DJ Jr, Malaty HM, Graham DY. Prevalence of *Helicobacter* (formerly *Campylobacter*) *pylori* infection in Saudia Arabia and comparison of those with and without upper gastrointestinal symptoms. Am J Gastroenterol 1990;85:944-8.

213.   Hazell SL, Graham DY. Unsaturated fatty acids and viability of *Helicobacter (Campylobacter) pylori*. J Clin Microbiol 1990;28:1060-1.

214.   Lanza FL, Graham DY, Davis RE, Rack MF. Endoscopic comparison of cimetidine and sucralfate for the prevention of naproxen-induced acute gastroduodenal injury: effect of scoring method. Dig Dis Sci 1990;35:1494-9.

215.   Opekun AR, Smith JL, Graham DY. Antimony electrodes: mucosal potential differences and buffer composition adversely affect pH measurements in the stomach. Dig Dis Sci 1990;35:950-5.

David Y. Graham, M.D.

216. Saeed ZA, Michaletz PA, Feiner SD, Woods KL, Graham DY. A new endoscopic method for managing food impaction in the esophagus. Endoscopy 1990;22:226-8.

217. Graham DY, Börsch GMA. The who's and when's of therapy for *Helicobacter pylori*. Am J Gastroenterology 1990;85:1552-5.

218. Green LK, Zachariah S, Graham DY. The use of gastric salvage cytology in the diagnosis of malignancy: a review of 731 cases. Diagn Cytopathol 1990;6:1-4.

219. Green LK, Zachariah S, Graham DY. Diagnosis of metastatic lesions to the stomach by salvage cytology: a report of three cases. Dig Dis Sci 1990;35:1421-5.

220. Xi JA, Graham DY, Wang KN, Estes MK. Norwalk virus genome cloning and characterization. Science 1990;250:1580-83.

221. Graham DY, Lidsky MD, Cox AM, Evans DJ Jr, Evans DG, Alpert L, Klein PD, Sessoms SL, Michaletz PA, Saeed ZA. Long-term nonsteroidal anti-inflammatory drug use and *Helicobacter pylori* infection. Gastroenterology 1991;100:1653-57.

222. Fiedorek SC, Malaty HM, Evans DG, Pumphrey CL, Casteel HB, Evans DJ Jr, Graham DY. Factors influencing the epidemiology of *Helicobacter pylori* infection in children. Pediatrics 1991;87:578-82.

223. Graham DY, Malaty HM, Evans DG, Evans DJ, Jr., Klein PD, Adam E. Epidemiology of *Helicobacter pylori* in an asymptomatic population in the United States: effect of age, race and socioeconomic status. Gastroenterology 1991;100:1495-1501.

224. Graham DY. *Helicobacter pylori*: its epidemiology and its role in duodenal ulcer disease. J Gastroenterol Hepatol 1991;6:97-105.

225. Graham DY, Opekun A, Lew GM, Klein PD, Walsh JH. *Helicobacter pylori*-associated exaggerated gastrin release in duodenal ulcer patients. The effect of bombesin infusion and urea ingestion. Gastroenterology 1991;100:1576-81.

226. Hazell SL, Evans DJ Jr, Graham DY. *Helicobacter pylori* catalase. J Gen Microbiol 1991;137:57-61.

227. Fiedorek SC, Casteel HB, Reddy G, Graham DY. The etiology and clinical significance of pseudoascites. J Gen Intern Med 1991;:77-80.

228. Graham DY, Klein PK. What you should know about the methods, problems, interpretations, and use of urea breath tests. Am J Gastroenterol 1991;86:1118-1122.

229. Graham DY. *Helicobacter pylori*, the bacterial cause of peptic ulcers and its potential impact on dental workers. J Greater Houston Dental Soc 1991;63:3-4.

230. Markesich DC, Sawai ET, Butel JS, Graham DY. Investigations on etiology of Crohn's disease: Humoral immune response to stress (heat shock) proteins. Dig Dis Sci 1991;36:454-60.

231. Evans DJ Jr, Evans DG, Kirkpatrick SS, Graham DY. Characterization of the *Helicobacter pylori* urease and purification of its subunits. Microbe Pathogen 1991;10:15-26.

232. Fiedorek SC, Klish WJ, Graham DY. Unidirectional water absorption as a measure of intestinal surface area in rats. J Pediat Gastroenterol Nutr 1991;12:237-42.

233. Graham DY, Adam E, Reddy GT, Agarwal JP, Agarwal R, Evans DJ, Jr, Malaty HM, Evans DG. Seroepidemiology of *Helicobacter pylori* infection in India. Comparison of developing and developed countries. Dig Dis Sci 1991;36:1084-8.

David Y. Graham, M.D.

234. Graham DY, Lew GM, Evans DG, Evans DJ, Jr, Klein PD. Effect of triple therapy (antibiotics plus bismuth) on duodenal ulcer healing with ranitidine: a randomized controlled trial. Ann Intern Med 1991:115:266-9.

235. Klein PD, The Gastrointestinal Physiology Working Group of Universidad Peruana Cayetano Heredia and The Johns Hopkins Universities, Graham DY, Gaillour A, Opekun AR, Smith EO. Water source as risk factor for *Helicobacter pylori* infection in Peruvian children. Lancet 1991;337:1503-6.

236. Graham DY, Klein PD, Evans DG, Evans DJ, Jr, Alpert LC, Opekun A, Jerdack GR, Morgan DR. Simple noninvasive method to test efficacy of drugs in the eradication of *Helicobacter pylori* infection: the example of combined bismuth subsalicylate and nitrofurantoin. Am J Gastroenterol 1991;86:1158-62.

237. Malaty HM, Graham DY, Klein PD, Evans DG, Evans DJ, Jr, Adam E, Evans DJ. Transmission of *Helicobacter pylori* infection: studies in families of healthy individuals. Scand J Gastroenterol 1991;26:927-32.

238. Lanza FL, Evans DG, Graham DY. Effect of *Helicobacter pylori* infection on the severity of gastroduodenal mucosal injury after the acute administration of naproxen or aspirin to normal volunteers. Am J Gastroenterol 1991;86:735-7.

239. Bjorkman DJ, Moore JG, Klein PD, Graham DY. $^{13}$C-bicarbonate breath test as a measure of gastric emptying. Am J Gastroenterol 1991;86:821-3.

240. Saeed ZA, Evans DJ, Jr, Evans DG, Cornelius MJ, Maton PN, Jensen RT, Graham DY. *H. pylori* and Zollinger-Ellison Syndrome. Dig Dis Sci 1991;36:15-8.

241. Agrawal NM, Roth S, Graham DY, White RH, Germain B, Brown JA, Stromatt SC. Misoprostol compared with sucralfate in the prevention of nonsteroidal anti-inflammatory drug-induced gastric ulcer. Ann Intern Med 1991;115:195-200.

242. Graham DY. *Helicobacter pylori* and the endoscopist: whether to diagnose. Gastrointest Endoscopy 1991;37:577-9.

243. Karjalainen TK, Evans DG, Evans DJ, Jr., Graham DY, Lee C-H. Catabolite repression of the colonization factor antigen I (CFA/I) operon of *Escherichia coli*. Current Microbiol 1991;23:307-11.

244. Nath GD, Goodgame R, Saeed ZA, Graham DY. Pneumoperitoneum: a preventable complication of PEG in mechanically ventilated patients. Gastrointest Endoscopy 1991;37:84-5.

245. Conner ME, Gilger MA, Estes MK, Graham DY. Serologic and mucosal immune response to rotavirus infection in the rabbit model. J Virol 1991;65:2562-71.

246. Asaka M, Kimura T, Kudo M, Takeda H, Mitani S, Miyazaki T, Miki K, Graham DY. Relationship of *Helicobacter pylori* to serum pepsinogens in an asymptomatic Japanese population. Gastroenterology 1992;102:760-766.

247. Graham DY, Lew GM, Malaty HM, Evans DG, Evans DJ Jr., Klein PD, Alpert LC, Genta RM. Factors influencing the eradication of *Helicobacter pylori* with triple therapy. Gastroenterology 1992;102:493-6.

248. Evans DG, Evans DJ Jr., Graham DY. Adherence and internalization of *Helicobacter pylori* by HEp-2 cells. Gastroenterology 1992;102:1557-67.

249. Evans DJ Jr., Evans DG, Engstrand L, Graham DY. Urease-associated heat shock protein of *Helicobacter pylori*. Infect Immun 1992;60:2125-7.

250. Graham DY, Klein PD, Evans DG, Fiedorek SC, Evans DJ Jr., Adam E, Malaty HM. *Helicobacter pylori*: epidemiology, relationship to gastric cancer and the role of infants in transmission. Eur J Gastroenterol Hepatol 1992;4:S1-6.

251. Graham DY, Lew GM, Klein PD, Evans DG, Evans DJ, Jr., Saeed ZA, Malaty HM. Effect of treatment of *Helicobacter pylori* infection on the long-term recurrence of gastric or duodenal ulcer. A randomized, controlled study. Ann Intern Med 1992;116:705-8.

252. Gliedman ML, Fromm D, Graham DY, Johnson D, Read RC. Controversy: treatment of gastric ulcers. Contemporary Surgery 1992;40:65-79.

253. Evans DG, Graham DY. Internalization of *Helicobacter pylori* by epithelial cells: the key to the inflammatory response to *Helicobacter pylori* infection? Eur J Gastroenterol Hepatol 1992;4(Suppl 1):S45-47.

254. Graham DY, Lew GM, Kuwayama H. *Helicobacter pylori*: its clinical significance in gastroduodenal disease. Endoscopia Digestiva 1992;4:429-447.

255. Graham DY. Pathogenic mechanisms leading to *Helicobacter pylori*-induced inflammation. Eur J Gastroenterol Hepatol 1992;4:S9-S16.

256. Fiedorek SC, Casteel HB, Pumphrey CL, Evans DJ Jr, Evans DG, Klein PD, Graham DY. The role of *Helicobacter pylori* in recurrent, functional abdominal pain in children. Am J Gastroenterol 1992;87:347-9.

257. Malaty HM, Evans DG, Evans DJ, Jr., Graham DY. *Helicobacter pylori* infection in Hispanics: comparison with blacks and whites of similar age and socioeconomic class. Gastroenterology 1992;103:813-6.

258. Malaty H, Klein PD, Graham DY. Short report: cefprozil for the eradication of *Helicobacter pylori* infection. Aliment Pharmacol Ther 1992;6:503-6.

259. Engstrand L, Nguyen A-MH, Graham DY, El-Zaatari FAK. Reverse transcription and polymerase chain reaction amplification of rRNA for detection of *Helicobacter* species. J Clin Microbiol 1992;30:2295-2301.

260. Graham DY, Go MF, Evans DJ Jr. Urease, gastric ammonium/ammonia, and *Helicobacter pylori*: the past, the present, and recommendations for future research. Aliment Pharm Ther 1992;6:659-69.

261. Graham DY. Gastroenterology today and tomorrow. Am J Gastroenterol 1992;87:559-561.

262. Olivero J, Graham DY. Gastric adaptation to nonsteroidal anti-inflammatory drugs in man. Scand J Gastroenterol 1992;27(Suppl 193):53-58.

263. Moss M, Sanderson J, Tizard M, Hermon-Taylor J, El-Zaatari FAK, Markesich D, Graham DY. PCR detection of *Mycobacterium paratuberculosis* and *M. avium* subsp silvaticum from long term cultures of Crohn's disease and control tissues. Gut 1992;33:1209-1213.

264. Jiang X, Wang J, Graham DY, Estes MK. Detection of Norwalk virus in stool by polymerase chain reaction. J Clin Microbiol 1992;30:2529-34.

265. Graham DY, Markesich DG, Kalter DC, Moss MT, Hermon-Taylor J, El-Zaatari FAK. Mycobacterial aetiology of sarcoidosis. Lancet 1992;340:52-53.

266. Jiang X, Wang M, Graham DY, Estes MK. Expression, self-assembly, and antigenicity of the Norwalk virus capsid protein. J Virology 1992;66:6527-32.

267. Malaty HM, Evans DJ, Jr., Abramovitch K, Evans DG, Graham DY. *Helicobacter pylori* in dental workers: a seroepidemiology study. Am J Gastroenterol 1992;87:1728-31.

268. Ramirez FC, Graham DY. Treatment of intractable hiccup with baclofen: results of a double-blind randomized, controlled, cross-over study. Am J Gastroenterol 1992;87:1789-91.

269. Hazel SL, Eichberg JW, Lee DR, Alpert L, Evans DG, Evans DJ, Jr., Graham DY. Selection of the chimpanzee over the baboon as a model for *Helicobacter pylori* infection. Gastroenterology 1992;103:848-54.

270. Graham DY, Colon-Pagan J, Morse RS, Johnson TL, Walsh JH, McCullough AJ, Marks JW, Sklar M, Stone RC, Cagliola AJ. Ulcer recurrence following duodenal ulcer healing with omeprazole, ranitidine, or placebo: a double-blind, multicenter, 6-month study. The Omeprazole Duodenal Ulcer Study Group. Gastroenterology 1992;102:1289-94.

271. Jaszewski R, Graham DY, Stromatt SC. Treatment of nonsteroidal antiinflammatory drug-induced gastric ulcers with misoprostol: a double-blind multicenter study. Dig Dis Sci 1992;37:1820-24.

272. Yoshimura HH, Evans DG, Graham DY. DNA-DNA hybridization demonstrates apparent genetic differences between *Helicobacter pylori* from patients with duodenal ulcer and asymptomatic gastritis. Dig Dis Sci 1993:38:1128-31.

273. Graham DY, Opekun AR, Klein PD. Clarithromycin for the eradication of *Helicobacter pylori*. J Clin Gastroenterol 1993;16:292-4.

274. Graham DY, Lew GM, Ramirez FC, Genta RM, Klein PD, Malaty HM. A non-metronidazole triple therapy for eradication of *Helicobacter pylori* infection - tetracycline, amoxicillin, bismuth. Aliment Pharmacol Ther 1993;7:111-4.

275. Graham DY. Treatment of peptic ulcers caused by *Helicobacter pylori*. NEJM 1993;328:349-50.

276. Graham DY, Lechago J. Antral G-cell and D-cell numbers in *Helicobacter pylori* infection: effect of *Helicobacter pylori* eradication. Gastroenterology 1993:104:1655-60.

277. Evans DG, Karjalainen TK, Evans DJ, Jr., Graham DY, Lee CH. Cloning, nucleotide sequence, and expression of a gene encoding an adhesin subunit protein of *Helicobacter pylori*. J Bacteriol 1993;175:674-83.

278. Nguyen A-MH, Engstrand L, Genta RM, Graham DY, El-Zaatari FA. Detection of *Helicobacter pylori* in dental plaque by reverse transcription-polymerase chain reaction. J Clin Microbiol 1993;31:783-7.

279. Genta RM, Hamner HW, Graham DY. Gastric lymphoid follicles in *Helicobacter pylori* infection: frequency, distribution and response to triple therapy. Hum Pathol 1993;24:577-83.

280. Genta RM, Lew GM, Graham DY. Changes in gastric mucosa following eradication of *Helicobacter pylori*. Mod Pathol 1993;6:281-9.

281. Graham DY, Go MF. *Helicobacter pylori*: current status. Gastroenterology 1993;105;279-82.

282. Ramirez, FC, Clarridge JE, Heiser MC, Michaletz PA, Schwartz JT, Saeed ZA, Graham DY. A study of the frequency of recovery of unexpected *Giardia lamblia* and *Cryptosporidium* from duodenal aspirates taken during routine endoscopy. Am J Gastroenterol 1993;88:552-4.

283. Graham DY, Go MF, Lew GM, Genta RM, Rehfeld JF. *Helicobacter pylori* infection and exaggerated gastrin release: effects of inflammation and progastrin processing. Scand J Gastroenterol 1993;28:690-4.

284. Markesich DC, El-Zaatari FAK, Graham DY. Activity of clarithromycin against intracellular *Mycobacterium paratuberculosis* - putative agent of Crohn's disease. Eur J Gastroenterol Hepatol 1993;5:613-5.

285. Graham DY, White RH, Moreland LW, Schubert TT, Katz R, Jaszewski R, Tindall E, Triadafilopoulos G, Stromatt SC, Teoh LS. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119:257-62.

286. Tytgat GNJ, Lee A, Graham DY, Dixon MF, Rokkas T. The role of infectious agents in peptic ulcer disease. Gastroenterol International 1993;6:76-89.

287. Saeed ZA, Winchester CB, Michaletz PA, Woods KL, Graham DY. A scoring system to predict rebleeding after endoscopic therapy of nonvariceal upper gastrointestinal hemorrhage, with a comparison of heat probe and ethanol injection. Am J Gastroenterol 1993;88:1842-9.

288. Graham DY, Hepps KS, Ramirez FC, Lew GM. Treatment of *H. pylori* reduces the rate of rebleeding in complicated peptic ulcer disease. Scand J Gastroenterol 1993;28:939-42.

289. Klein PD, Graham DY. Minimum analysis requirements for the detection of *Helicobacter pylori* infection by the $^{13}$C-urea breath test. Am J Gastroenterol 1993;88:1865-9.

290. Nobunga M, Graham DY, Saito T, Nakamura T, Shield MJ. NSAID-induced gastrointestinal damage and its management. J Rheumatology (Ryumachika) (in Japanese) 1993;9:279-292.

291. Ottlecz A, Romero JJ, Hazell SL, Graham DY, Lichtenberger LM. Phospholipase activity of *Helicobacter pylori* and its inhibition by bismuth salts: biochemical and biophysical studies. Dig Dis Sci 1993;38:2071-80.

292. Graham DY. Acid-peptic disease: today and tomorrow. Pract Gastroenterol 1993;17(Suppl):S3-4.

293. Engstrand L, Evans DJ, Jr., Evans DG, El-Zaatari FAK, Graham DY. Serum IgG antibodies to the 63K heat shock protein of *Helicobacter pylori*: a pathogenic role for stress proteins in patients with gastritis? Immunol Infect Dis 1993;3:227-30.

294. Peterson WL, Barnett CC, Evans DJ, Jr., Feldman M, Carmody T, Richardson C, Walsh J, Graham DY. Acid secretion and serum gastrin in normal subjects and patients with duodenal ulcer: the role of *Helicobacter pylori*. Am J Gastroenterol 1993;88:2038-43.

295. Peterson WL, Graham DY, Marshall B, Blaser MJ, Genta RM, Stratton CW, Drnec J, Prokocimer P, Siepman N. Clarithromycin as monotherapy for eradication of *Helicobacter pylori*: a randomized, double-blind trial. Am J Gastroenterol. 1993;88:1860-64.

296. Go MF, Lew GM, Lichtenberger LM, Genta RM, Graham DY. Gastric mucosal hydrophobicity and *Helicobacter pylori*: response to antimicrobial therapy. Am J Gastroenterol 1993;88:1362-5.

297. Ramirez FC, Lee K, Graham DY. All lactase preparations are not the same: results of a prospective, randomized, placebo-controlled trial. Am J Gastroenterol 1994;89:566-70.

298.    Kim JG, Graham DY, Misoprostol study group. *Helicobacter pylori* infection and development of gastric or duodenal ulcer in arthritic patients receiving chronic NSAID therapy. Am J Gastroenterol 1994;89:203-7.

299.    Malaty HM, Graham DY. Importance of childhood socioeconomic status on the current prevalence of *Helicobacter pylori* infection. Gut 1994;35:742-5.

300.    Graham DY, Ramirez FC, Lew GM, Klein PD, Malaty HM, Genta RM. Omeprazole as an adjuvant to antimicrobial therapy for eradication of *Helicobacter pylori* infection. Curr Ther Res 1994;55:213-9.

301.    Genta RM, Graham DY. Comparison of biopsy sites for the histopathologic diagnosis of *Helicobacter pylori*: a topographic study of *H. pylori* density and distribution. Gastrointest Endosc 1994;40:342-5.

302.    Graham DY. Evolution of concepts regarding *Helicobacter pylori*: from a cause of gastritis to a public health problem. Am J Gastroenterol 1994;89:469-71.

303.    Anand BS, Goodgame R, Graham DY. Pancreatic secretion in man: effect of fasting, drugs, pancreatic enzymes, and somatostatin. Am J Gastroenterol 1994;89:267-70.

304.    Al-Assi MT, Genta RM, Graham DY. Omeprazole-tetracycline combinations are inadequate as therapy for *Helicobacter pylori* infection. Aliment Pharmacol Therap 1994;8:259-62.

305.    Graham DY, Shabib SM, Al-Mofleh I. It should be possible to eliminate peptic ulcer disease and gastric carcinoma from Saudi Arabia. Ann Saudi Med 1994;14:179-82.

306.    Genta RM, Robason GO, Graham DY. Simultaneous visualization of *Helicobacter pylori* and gastric morphology: a new stain. Hum Pathology 1994;25:221-6.

307.    El-Zaatari FAK, Naser SA, Engstrand L, Hachem CY, Graham DY. Identification and characterization of *Mycobacterium paratuberculosis* recombinant proteins expressed in *E. coli*. Current Microbiology 1994;29:177-84.

308.    Saeed ZA, Graham DY. Treatment of benign esophageal strictures: where do we go from here. Dig Dis Sci 1994;39:2009-2101.

309.    Graham DY, Evans DJ, Jr., Evans DG. *Helicobacter pylori* alcohol dehydrogenase in perspective: an interesting finding of doubtful clinical significance. Scand J Gastroenterol 1994;29:481-2.

310.    Kurose I, Granger ND, Evans DJ, Jr., Evans DG, Graham DY, Miyasaka M, Anderson DC, Wolf RE, Cepinskas G, Kvietys PR. *Helicobacter pylori*- induced microvascular protein leakage in rats: role of neutrophils, mast cells, and platelets. Gastroenterology 1994;107:70-3.

311.    Al-Assi MT, Genta RM, Karttunen TJ, Graham DY. Clarithromycin-amoxicillin for *Helicobacter pylori* infection. Aliment Pharmacol Therap 1994;8:453-56.

312.    Graham DY, Jiang X, Tanaka T, Opekun AR, Madore HP, Estes MK. Norwalk virus infection of volunteers: new insights based on improved assays. J Infect Dis 1994;170:34-43.

313.    Asaka M, Kimura T, Kato M, Kudo M, Miki K, Ogoshi K, Kato T, Tatsuta M, Graham DY. Possible role of *Helicobacter pylori* in early gastric cancer development. Cancer 1994;73:2691-4.

David Y. Graham, M.D.

314.    Genta RM, Huberman RM, Graham DY. The gastric cardia in *Helicobacter pylori* infection. Hum Pathology 1994;25:915-9.

315.    Al-Assi MT, Ramirez FC, Lew GM, Genta RM, Graham DY  Clarithromycin, tetracycline, and bismuth: a new non-metronidazole therapy for *Helicobacter pylori* infection. Am J Gastroenterol 1994;89:1203-5.

316.    Graham DY, Malaty HM, Go MF. Are there susceptible hosts to *Helicobacter pylori* infection? Scand J Gastroenterol 1994:29(Suppl 205)6-10.

317.    Peura DA, Graham DY. *Helicobacter pylori*: consensus reached: peptic ulcer is on the way to becoming an historic disease. Am J Gastroenterol 1994;89:1137-9.

318.    Graham DY, Karttunen TJ, Genta RM. The evaluation of treatment of *H. pylori* infections: strategies for the design of clinical trials. Endoscopia Digestiva 1994;6:991-1006.

319.    Go MF, Graham DY. How does *Helicobacter pylori* cause duodenal ulcer disease: the bug, the host, or both? J Gastroenterol Hepatol. 1994;9 Suppl 1:S8-10.

320.    Graham DY, Kimura K, Shimoyama T, Takemoto T. *Helicobacter pylori* infection in Japan: current status and future options. Eur J Gastroenterol Hepatol 1994;6(Suppl 1):S1-S4.

321.    Graham DY. Benefits from elimination of *Helicobacter pylori* infection include major reduction in the incidence of peptic ulcer disease, gastric cancer, and primary gastric lymphoma. Prevent Med 1994;23:23:712-6.

322.    Anand BS, Schneider FE, E.-Zaatari FAK, Shawar RM, Clarridge JE, Graham DY. Diagnosis of intestinal tuberculosis by polymerase chain reaction of endoscopic biopsy specimens. Am J Gastroenterol 1994;89:248-9.

323.    Gray JJ, Cunfiffe C, Ball J, Graham DY, Desselberger U, Estes MK. Detection of immunoglobulin M (IgM), IgA an IgG Norwalk virus-specific antibodies by indirect enzyme-linked immunosorbent assay with baculovirus-expressed Norwalk virus capsid antigen in adult volunteers challenged with Norwalk Virus. J Clin Microbiol 1994;32:3059-63.

324.    Sutton FM, Graham DY, Goodgame RW. Infectious esophagitis. Gastrointest Endosc Clin N Am 1994;4:713-730.

325.    Malaty HM, Engstrand L, Pedersen NL, Graham DY. *Helicobacter pylori* infection: genetic and environmental influences. A study of twins. Ann Intern Med. 1994;120:982-6.

326.    Klein PD, Gilman RH, Leon-Barua R, Diaz F, O'Brian Smith E, Graham DY. The epidemiology of *Helicobacter pylori* in Peruvian children between 6 and 30 months of age. Am J Gastroenterol 1994;89:2196-2200.

327.    Anand BS, Torres E, Operkun A, Graham DY. Comparative assessment of phenolphthalein and phenolphthalein glucuronide: is phenolphthalein glucuronide a better laxative? Aliment Pharmacol Ther. 1994;8:559-62.

328.    Al-Assi MT, Graham DY. Peptic ulcer disease, *Helicobacter pylori*, and the surgeon: changing of the guard. Curr Opin Gen Surg. 1994;120-4.

329.    Genta RM, Graham DY. *Helicobacter pylori*: the new bug on the (paraffin) block. Virchows Arch. 1994;425:339-47.

330. El-Zaatari FA, Nguyen AM, Genta RM, Klein PD, Graham DY. Determination of *Helicobacter pylori* status by reverse transcription-polymerase chain reaction. Comparison with urea breath test. Dig Dis Sci. 1995;40:109-13

331. Al-Assi MT, Genta RM, Karttunen TJ, Cole RA, Graham DY. Azithromycin triple therapy for *Helicobacter pylori* infection: azithromycin, tetracycline, and bismuth. Am J Gastroenterol. 1995;90:403-5.

332. Markesich DC, Anand BS, Lew GM, Graham DY. *Helicobacter pylori* infection does not reduce the viscosity of human gastric mucus gel. Gut. 1995;36:327-9.

333. Saeed ZA, Winchester CB, Ferro PS, Michaletz PA, Schwartz JT, Graham DY. Prospective randomized comparison of polyvinyl bougies and through-the-scope balloons for dilation of peptic strictures of the esophagus. Gastrointest Endosc. 1995;41:189-95.

334. Genta RM, Robason GO, Graham DY. Inflammatory responses and intensity of *Helicobacter pylori* infection in patients with duodenal and gastric ulcer: Histopathologic analysis with a new stain. Acta Histochem Cytochem 1995:2867-72.

335. Al Karawi MA, Mohamed AE, Yasawy MI, Graham DY, Shariq S, Ahmed AM, Al Jumah A, Ghandour Z. Protean manifestation of gastrointestinal tuberculosis: report on 130 patients. J Clin Gastroenterol. 1995;20:225-32.

336. Nguyen AM, El-Zaatari FA, Graham DY. *Helicobacter pylori* in the oral cavity. A critical review of the literature. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 1995;79:705-9.

337. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med. 1995;123:241-9.

338. Evans DJ, Jr., Evans DG, Takemura T, Nakano H, Lampert HC, Graham DY, Granger DN, Kvietys PR. Characterization of a *Helicobacter pylori* neutrophil-activating protein. Infect Immun. 1995;63:2213-20.

339. Yousfi MM, El-Zimaity HM, Al-Assi MT, Cole RA, Genta RM, Graham DY. Metronidazole, omeprazole and clarithromycin: an effective combination therapy for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1995;9:209-12.

340. Graham KS, Malaty H, El-Zimaity HM, Genta RM, Cole RA, Al-Assi MT, Yousfi MM, Neil GA, Graham DY. Variability with omeprazole-amoxicillin combinations for treatment of *Helicobacter pylori* infection. Am J Gastroenterol. 1995;90:1415-8.

341. Al-Assi MT, Cole RA, Karttunen TJ, El-Zimaity H, Genta RM, Graham DY. Treatment of *Helicobacter pylori* infection with omeprazole-amoxicillin combination therapy versus ranitidine/sodium bicarbonate-amoxicillin. Am J Gastroenterol. 1995;90:1411-4.

342. Han SW, Flamm R, Hachem CY, Kim HY, Clarridge JE, Evans DG, Beyer J, Drnec J, Graham DY. Transport and storage of *Helicobacter pylori* from gastric mucosal biopsies and clinical isolates. Eur J Clin Microbiol Infect Dis. 1995;14:349-52.

343. Evans DG, Evans DJ, Jr., Lampert HC, Graham DY. Restriction fragment length polymorphism in the adhesin gene hpaA of *Helicobacter pylori*. Am J Gastroenterol. 1995;90:1282-8.

344. Hachem CY, Clarridge JE, Evans DG, Graham DY. Comparison of agar based media for primary isolation of *Helicobacter pylori*. J Clin Pathol. 1995;48:714-6.

David Y. Graham, M.D.

345.   El-Zimaity HMT, Al-Assi MT, Genta RM, Graham DY.  Confirmation of successful therapy of *Helicobacter pylori* infection: number and site of biopsies or a rapid urease test.  Am J Gastroenterol 1995;90:1962-4.

346.   Graham DY, Go MF, Genta RM. *Helicobacter pylori*, duodenal ulcer, gastric cancer: tunnel vision or blinders?  Ann Med 1995;27:589-94.

347.   Genta RM, Gurer IE, Graham DY.  Geographical pathology of *Helicobacter pylori* infection: is there more than one gastritis?  Ann Med 1995;27-595-9.

348.   Graham DY.  We need to integrate the new data concerning *Helicobacter pylori* into experimental ulcer research.  Dig Dis Sci 1995;40:2487-9.

349.   Go MF, Chan KY, Versalovic J, Koeuth T, Graham DY, Lupski JR. Cluster analysis *of Helicobacter pylori* genomic DNA fingerprints suggests gastroduodenal disease-specific associations. Scand J Gastroenterol. 1995;30:640-6.

350.   Opekun AR, Jr., Klein PD, Graham DY. [13C]Aminopyrine breath test detects altered liver metabolism caused by low-dose oral contraceptives. Dig Dis Sci. 1995;40:2417-22.

351.   Saeed ZA, Ramirez FC, Hepps KS, Cole RA, Graham DY. Prospective validation of the Baylor bleeding score for predicting the likelihood of rebleeding after endoscopic hemostasis of peptic ulcers. Gastrointest Endosc. 1995;41:561-5.

352.   Graham DY. A reliable cure for *Helicobacter pylori* infection? Gut. 1995;37:154-6.

353.   El-Zaatari FAK, Nasar SA, Engstrand L, Burch PE, Hachem CY, Whipple DL, Graham DY.  Nucleotide sequence analysis and seroreactivies of the 65K heat shock protein from *Mycobacterium paratuberculosis.*  Clin Diagn Lab Immunol 1995;2:657-64.

354.   Graham DY.  Clarithromycin for treatment of *Helicobacter pylori* infection. Eur J Gastroenterol Hepatol 1995;7(Suppl 1):S55-S58.

355.   Versalovic J, Shortridge D, Kibler K, Griffy MV, Beyer J, Flamm RK, Tanaka SK, Graham DY, Go MF.  Mutations in 23S rRNA are associated with clarithromycin resistance in *Helicobacter pylori.*  Antimicrob Agents Chemotherapy 1996;40:477-80.

356.   Graham DY.  Fluoroscopy or no for esophageal dilatation: the passing of an era. Gastrointest Endosc 1996;43:171-3.

357.   Malaty HM, Kim JG, Kim SD, Graham DY.  Prevalence of *Helicobacter pylori* infection in Korean children is inversely related to socioeconomic status despite a uniform high prevalence in adults of childbearing age: a seroprevalence study.  Am J Epidemiol 1996;143:257-62.

358.   El-Zimaity HMT, Graham DY, Genta DY: Histologic features do not define NSAID-induced gastritis? Hum Pathology 1996;27:1348-1354.

359.   El-Zimaity HMT, Graham DY, Al-Assi MT, Malaty H, Karttunen TJ, Graham DP, Huberman RM, Genta RM.  Interobserver variation in the histopathological assessment of *Helicobacter pylori* gastritis. Hum Pathology 1996;26:35-41.

360.   Takemura T, Granger DN, Evans DJ, Jr., Evans DG, Graham DY, Anderson DC, Wolf RE, Cepinskas G, Kvietys PR. Extract of *Helicobacter pylori* induces neutrophils to injury endothelial cells and contains antielastase activity.  Gastroenterology 1996;110:21-9.

361.   Graham DY, Evans DJ, Jr., Peacock J, Baker JT, Schrier WH.  Comparison of rapid
       serologic tests (FlexSure HP and QuickVue) with conventional ELISA for detection of
       *Helicobacter pylori* infection.  Am J Gastroenterol 1996;91:942-8.

362.   Graham DY, Rabeneck L.  Patients, payers and paradigm shifts: what to do about *H.
       pylori*.  Am J Gastroenterol 1996;91:188-90.

363.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Metronidazole,
       ranitidine and clarithromycin combination for treatment of *Helicobacter pylori* infection
       (modified Bazzoli's triple therapy).  Aliment Pharmacol Ther 1996;10:119-22.

364.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Detection of
       *Helicobacter pylori* by rapid urease tests: is biopsy size a critical variable?  Gastrointest
       Endosc 1996;43:222-4.

365.   Hachem CY, Clarridge JE, Reddy R, Flamm R, Evans DG, Tanaka SK, Graham DY.
       Antimicrobial susceptibility testing of *Helicobacter pylori*: comparison of E test, broth
       microdilution, and disk diffusion for ampicillin, clarithromycin, and metronidazole.  Diag
       Microbiol Infect Dis 1996;24:37-41.

366.   Al-Assi MT, Genta RM, Karttunen TJ, Graham DY.  Ulcer site and complications:
       relation to *Helicobacter pylori* and NSAID use.  Endoscopy 1996;28:229-33.

367.   Graham DY. Helicobacter: a new scientific journal.  Helicobacter 1996;1:1-3.

368.   Klein PD, Malaty HM, Martin RF, Graham KS, Genta RM, Graham DY.  Noninvasive
       detection of *Helicobacter pylori* infection in clinical practice: the $^{13}$C-urea breath test.
       Am J Gastroenterol 1996;91:690-4.

369.   Yousfi MM, Reddy R, Osato MS, Graham DY.  Culture of *Helicobacter pylori*: effect of
       pre-immersion of biopsy forceps in formalin.  Helicobacter 1996;1:62-4.

370.   Asaka M, Kato M, Kudo M, Katagiri M, Nishikawa K, Koshimama H, Takeda H,
       Yoshida J-I, Graham DY.  Atrophic change of gastric mucosa is caused by *Helicobacter
       pylori* infection rather than by aging in asymptomatic Japanese.  Helicobacter 1996;1;52-
       6.

371.   Anand BS, Raed AK, Malaty HM, Genta RM, Klein PD, Evans DJ, Jr., Graham DY.
       Low point prevalence of ulcer in asymptomatic individuals with *Helicobacter pylori*
       infection.  Am J Gastroenterol 1996;91:1112-5.

372.   Hulten K, Han SW, Enroth H, Klein PD, Opekun AR, Gilman RH, Evans DG, Engstrand
       L, Graham DY, El-Zaatari FAK.  *Helicobacter pylori* in drinking water in Peru.
       Gastroenterology 1996;110:1031-8.

373.   Malaty HM, Paykov V, Bykkova O, Ross A, Graham DP, Anneger JF, Graham DY.
       *Helicobacter pylori* and socioeconomic factors in Russia.  Helicobacter 1996;1:82-7.

374.   Yousfi MM, Reddy R, Osato MS, Graham DY.  Is antrum or corpus the best site for
       culture of *Helicobacter pylori*.  Helicobacter 1996;1:88-91.

375.   Graham DY, de Boer WA, Tytgat GNJ.  Graham DY, de Boer WA, Tytgat GNJ. Choosing
       the best anti-*Helicobacter pylori* therapy: effect of antimicrobial resistance.  Am J
       Gastroenterol 1996;91:1072-6.

376.   Han SW, Evans DG, El-Zaatari FAK, Go MF, Graham DY.  The interaction of pH, bile
       and *Helicobacter pylori* may explain duodenal ulcer.  Am J Gastroenterol 1996:91:1135-
       7.

David Y. Graham, M.D.

377.   Saeed ZA, Cole RA, Ramirez FC, Schnieder FE, Hepps KS, Graham DY. Endoscopic retreatment after successful initial hemostasis prevents ulcer rebleeding: a prospective randomized trial. Endoscopy 1996;218:288-94.

378.   Mourani S, Graham DY. Palliative treatment of esophageal cancer: new role of endoprosthesis? Saudi J Gastroenterol 1996;2:57-62.

379.   Genta RM, Guer IE, Graham DY, Krishnan B, Segura AM, Gutierrez O, Kim JG, Burchette JL, Jr. Adherence of *Helicobacter pylori* to areas of incomplete intestinal metaplasia in the gastric mucosa. Gastroenterology 1996;111:1206-11.

380.   Yousfi MM, El-Zimaity HMT, Genta RM, Graham DY. Evaluation of a new reagent strip rapid urase test for detection of *Helicobacter pylori* . Gastrointest Endosc 1996;44:523-6.

381.   Graham DY, Bousylman J, El-Zimaity HMT, Badr A, Graham DP, Malaty HM. *Helicobacter pylori* infection, gastritis, and the temperature of choice for hot drinks. Helicobacter 1996;1:172-4.

382.   Go MF, Vivek K, Graham DY, Musser JM. Population genetics of *Helicobacter pylori* by multilocus enzyme electrophoresis: extensive allelic diversity and recombinational population structure. J Bacteriol 1996;178:3934-8.

383.   Miehlke S, Kibler K, Kim JG, Figura N, Small SM, Graham DY, Go MF. Alleic variation in the *cagA* gene of *Helicobacter pylori* obtained from Korea compared to the United States. Am J Gastroenterol 1996;91:1322-5.

384.   Go MF, Graham DY. Presence of the *cagA* gene in the majority of *H. pylori* strains independent of whether the individual has duodenal ulcer or asymptomatic gastritis. Helicobacter 1996;1:107-11.

385.   Graham DY. Nonsteroidal anti-inflammatory drugs, *Helicobacter pylori*, and ulcers: where we stand. Am J Gastroenterol. 1996;91:2080-6.

386.   Karttunen TJ, Genta RM, Yoffe B, Hachem CY, Graham DY, El-Zaatari FA. Detection of *Helicobacter pylori* in paraffin-embedded gastric biopsy specimens by *in situ* hybridization. Am J Clin Pathol. 1996;106:305-11.

387.   Rabassa AA, Goodgame R, Sutton FM, Ou CN, Rognerud C, Graham DY. Effects of aspirin and *H. pylori* on the gastroduodenal mucosal permeability to sucrose. Gut 1996;39:159-64.

388.   Malaty HM, El-Zimaity HMT, Genta RM, Klein PD, Graham DY. 20 minute fasting version of the U.S. $^{13}$C-urea breath test for the diagnosis of *H. pylori* infection. Helicobacter 1996;1:165-7.

389.   Marchildon PA, Ciota LM, Zamaniyan FZ, Peacock JS, Graham DY. Evaluation of three commercial enzyme immunoassays compared to the C-13 urea breath test for detection of *Helicobacter pylori* infection. J Clin Microbiol 1996;34:1147-52.

390.   Woods KL, Keife C, Graham DY. How accurate is the determination of blood in gastric juice? Comparison of peroxidase and porphyrin methods. Aliment Pharmacol Ther. 1996;10:387-402.

391.   de Boer WA, Thys JC, Borody TJ, Graham DY, O'Morain C, Tytgat GNJ. Proposal for use of a standard side effect scoring system for studies exploring *Helicobacter pylori* treatment regimens. Eur J Gastroenterol Hepatol 1996;8:641-3.

David Y. Graham, M.D.

392.   Yousfi, MM, El-Zimaity HMT, Genta RM, Graham DY.  One-week therapy with omeprazole, amoxicillin and clarithromycin for treatment of *Helicobacter pylori* infection.  Aliment Pharmacol Ther 1996;10:617-21.

393.   El-Zaatari FAK, Naser SH, Markesich DC, Kalter DC, Engstand L, Graham DY.  Identification of *Mycobacterium avium* complex in sarcoidosis.  J Clin Microbiol 1996;34:2240-5.

394.   Woo JS, El-Zimaity HMT, Genta RM, Yousfi MM, Graham DY.  The best gastric site for obtaining a positive rapid urease test.  Helicobacter 1996;1:256-59.

395.   Hartford W, Lanza F, Arora A, Graham DY, Haber M, Weissfield A, Rose P, Siepman N.  Double-blind, multicenter evaluation of lansoprazole and amoxicillin dual therapy for the cure of *Helicobacter pylori* infection.  Helicobacter 1996;1:243-50.399.

396.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Resolution of a metaplastic duodenal polyp after cure of *Helicobacter pylori* infection.  J Clin Gastroenterol 1996;23:53-4.

397.   Graham DY, Genta RM, Crabtree JE.  Serum CagA antibodies in asymptomatic subjects and patients with peptic ulcer: lack of correlation of IgG antibody in patients with peptic ulcer or asymptomatic *Helicobacter pylori* gastritis.  J Clin Path 1996;49:829-32.

398.   Miehlke S, Reddy R, Osato MS, Ward PP, Conneely OM, Graham DY.  Direct activity of recombinant human lactoferrin against *Helicobacter pylori*.  J Clin Microbiol 1996;34:2593-4.

399.   Graham DY, Genta R, Evans DG, Reddy R, Clarridge JE, Olson CA, Edmonds AL, Siepman N.  *Helicobacter pylori* does not migrate from the antrum to the corpus in response to omeprazole.  Am J Gastroenterol 1996;91:2120-4.

400.   Saeed ZA, Ramirez FC, Hepps KS, Cole RA, Schneider FE, Ferro PS, Graham DY. An objective end point for dilation improves outcome of peptic esophageal strictures: a prospective randomized trial. Gastrointest Endosc. 1997;45:354-9.

401.   Ball JM, Estes MK, Hardy ME, Conner ME, Opekun AR, Graham DY. Recombinant Norwalk virus-like particles as an oral vaccine. Arch Virol 1996:12 (Suppl): 243-9.

402.   Malaty HM, El-Zimaity HM, Genta RM, Cole RA, Graham DY. High-dose proton pump inhibitor plus amoxycillin for the treatment or retreatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther 1996;10:1001-4.

403.   Rabeneck L, Graham DY.  *Helicobacter pylori:* when to test, when to treat.  Ann Intern Med 1997;126:315-6.

404.   Karttunen RA, Karttunen TJ, Yousfi MM, El-Zimaity HMT, Graham DY, El-Zaatari FA.  Expression of mRNA for interferon-gamma, interleukin-10, and interleukin-12 (p40) in normal gastric mucosa and in mucosa infected with *Helicobacter pylori*.  Scand J Gastroenterol 1997;32:22-7.

405.   Bardhan KD, Graham DY, Hunt R, O'Morain CA.  Effect of smoking on cure of *Helicobacter pylori* infection and duodenal ulcer recurrence in patients treated with clarithromycin and omeprazole. Helicobacter 1997;2:27-31.

406.   Graham DY.  High-dose famotidine for prevention of NSAID ulcers?  Gastroenterology 1997;112:2143-5.

407.   El-Zaatari FAK, Naser SA, Graham DY.  Characterization of a specific *Mycobacterium paratuberculosis* recombinant clone expressing 35,000-molecular weight antigen and

reactivity with sera from animals with clinical and subclinical Johne's disease. J Clin Microbiol 1997;35:1794-9.

408. Serna JH, Genta RM, Lichtenberger, LM, Graham DY, El-Zaatari FAK. Invasive *Helicobacter-like* organisms in feline gastric mucosa. Helicobacter 1997;2:40-43.

409. Goodgame RW, Malaty HM, El-Zimaity HM, Graham DY. Decrease in gastric permeability to sucrose following cure of *Helicobacter pylori* infection. Helicobacter. 1997;2:44-7.

410. Graham DY. The only good *Helicobacter pylori* is a dead *Helicobacter pylori*. Lancet 1997;350:70-71.

411. El-Zaatari FAK, Graham DY, Samuelsson K, Engstrand L. Detection of *Mycobacterium avium* complex in cerebrospinal fluid of a sarcoid patient by specific polymerase chain reaction assays. Scand J Infect Dis 1997;29:202-4.

412. Lachman LB, Ozpolat B, Rao X-M, Graham DY, Osato M. Development of a murine model of *Helicobacter pylori* infection. Helicobacter 1997;2:78-81.

413. Genta RM, Graham DY. Primary gastric MALT lymphoma: trivial condition or serious disease. Helicobacter 1997;2:S56-60.

414. Graham DY, Dore MP. Perturbations in gastric physiology in *Helicobacter pylori* duodenal ulcer disease: are they all epiphenomena? Helicobacter 1997;2:S44-9.

415. Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY. Comparison of agar gel (CLOtest) or reagent strip (PyloriTek) rapid urease tests for detection of *Helicobacter pylori* infection. Am J Gastroenterol 1997;92:997-9.

416. Stone GG, Shortridge D, Versalovic J, Beyer J, Flamm RK, Graham DY, Ghoneim AT, Tanaka SK. A PCR-oligonucleotide ligation assay to determine the prevalence of 23S rRNA gene mutations in clarithromycin-resistant *Helicobacter pylori*. Antimicrob Agents Chemother. 1997;41:712-4.

417. Miehlke S, Graham DY. Antimicrobial therapy of peptic ulcer. Internat J Antimicrob Agents 1997;8:171-8.

418. El-Zaatari FA, Woo JS, Badr A, Osato MS, Serna H, Lichtenberger LM, Genta RM, Graham DY. Failure to isolate *Helicobacter pylori* from stray cats indicates that *H. pylori* in cats may be an anthroponosis--an animal infection with a human pathogen. J Med Microbiol. 1997;46:372-6.

419. Breuer T, Kim JG, Gurer IE, Graham DP, Osato M, Genta RM, Graham DY. Successful low-dose amoxycillin, metronidazole and omeprazole combination therapy in a population with a high frequency of metronidazole-resistant *Helicobacter pylori*. Aliment Pharmacol Ther. 1997;11:523-7.

420. Gutierrez O, Melo M, Segura AM, Angel A, Genta RM, Graham DY. Cure of *Helicobacter pylori* infection improves gastric acid secretion in patients with corpus gastritis. Scand J Gastroenterol 1997;32:664-8.

421. Malaty HM, Kim JG, El-Zimaity HMT, Graham DY. High prevalence of duodenal ulcer and gastric cancer in dyspeptic patients in Korea. Scand J Gastroenterol 1997;32:751-4.

422. Graham DY, Realdi G, Bazzoli F, Dore MP, Ferrini G, Glupczynski Y, Kusstatscher S, Mura I, Naim G, Pilotto A, Sanna G, Scaglione F, Savarino V. Update on *Helicobacter pylori* research. Eradication. Eur J Gastroenterol Hepatol. 1997;9:626-8.

David Y. Graham, M.D.

423.    Graham DY, Malaty HM, Goodgame R. Primary amino-bisphosphonates: a new class of gastrotoxic drugs--comparison of alendronate and aspirin. Am J Gastroenterol. 1997;92:1322-5.

424.    Estes MK, Ball JM, Crawford SE, O'Neal C, Opekun AA, Graham DY, Conner ME. Virus-like particle vaccines for mucosal immunization. Adv Exp Med Biol. 1997;412:387-95.

425.    Segura AM, Gutierrez O, Otero W, Angel A, Genta RM, Graham DY. Furazolidone, amoxicillin, bismuth triple therapy for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1997;11:529-32.

426.    Sandouk F, Anand BS, Graham DY. The whirlpool jet technique for removal of pancreatic duct ascaris. Gastrointest Endosc. 1997;46:180-2.

427.    Nakajima S, Krishnan B, Ota H, Segura AM, Hattori T, Graham DY, Genta RM. Mast cell involvement in gastritis with or without *Helicobacter pylori* infection. Gastroenterology. 1997;113:746-54.

428.    Haeberle HA, Kubin M, Bamford KB, Garofalo R, Graham DY, El-Zaatari F, Karttunen R, Crowe SE, Rayes VE, Ernst PB. Differential stimulation of interleukin-12 (IL-12) and IL-10 by live and killed *Helicobacter pylori* in vitro and association of IL-12 production with gamma interferon-producing T cells I the human gastric mucosa. Infect Immun 1997;65:4229-35.

429.    El-Zimaity HM, Jackson FW, Graham DY. Fundic gland polyps developing during omeprazole therapy. Am J Gastroenterol. 1997;92:1858-60.

430.    Versalovic J, Osato MS, Spakovsky K, Dore MP, Reddy R, Stone GG, Shortridge D, Flamm RK, Tanaka SK, Graham DY. Point mutations in the 23S rRNA gene of *Helicobacter pylori* associated with different levels of clarithromycin resistance. J Antimicrob Chemother. 1997;40:283-6.

431.    Graham DY. Editorial: can therapy ever be denied for *Helicobacter pylori* infection? Gastroenterology 113;S113-117, 1997.

432.    Sandouk F, Haffar S, Zada MM, Graham DY, Anand BS. Pancreatic-biliary ascariasis: experience of 300 cases. Am J Gastroenterol 1997;92:2264-7.

433.    Opekun AR, Sutton FM, Graham DY. Lack of dose-response with Pancrease MT for treatment of exocrine pancreatic insufficiency in adult. Aliment Pharmacol Ther. 1997;11:981-6.

434.    Breuer T, Kim JG, El-Zimaity HMT, Nikajima S, Ota H, Osato M, Graham DY. Clarithromycin, amoxicillin and H2-receptor antagonist therapy for *Helicobacter pylori* peptic ulcer disease in Korea. Aliment Pharmacol Ther. 1997;11:939-42.

435.    Graham DY, Hoffman J, El-Zimaity HMT, Graham DP, Osato M. Twice a day quadruple therapy (bismuth subsalicylate, tetracycline, metronidazole plus lansoprazole) for treatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1997;11:935-8.

436.    El-Zaatari FAK, Oweis SM, Graham DY. Uses and cautions for use of polymerase chain reaction for detection of *Helicobacter pylori*. Dig Dis Sci 1997;42:2116-9.

437.    Engstrand L, Graham DY, Schelnius A, Genta RM, El-Zaatari FAK. Is the sanctuary where *Helicobacter pylori* avoids antibacterial treatment intracellular? Am J Clin Pathol 1997;108:504-9.

438. Oweis SM, El-Zimaity HMT, Graham DY, El-Zaatari FAK. *Helicobacter pylori* infection and mucosa associated lymphoid tissue (MALT-lymphoma). J Roy Med Services 1997;4:47-50.

439. Graham DY. *Helicobacter pylori* infection in the pathogenesis of duodenal ulcer and gastric cancer: a model. Gastroenterology. 1997;113:1983-91.

440. El-Zimaity HM, Itani K, Graham DY. Early diagnosis of signet ring cell carcinoma of the stomach: role of the Genta stain. J Clin Pathol. 1997;50:867-8.

441. Kim HY, Kim YB, Park CK, Yoo JY, Graham DY. Co-existing gastric cancer and duodenal ulcer disease: role of *Helicobacter pylori* infection. Helicobacter. 1997;2:205-9.

442. Shortridge VD, Stone GG, Flamm RK, Beyer J, Versalovic J, Graham DW, Tanaka SK. Molecular typing of *Helicobacter pylori* isolates from a multicenter U.S. clinical trial by ureC restriction fragment length polymorphism. J Clin Microbiol. 1997;35:471-3.

443. Conner ME, Graham DY, Estes MK. Determination of the duration of a primary immune response and the $ID_{50}$ of ALA rabbit rotavirus in rabbits. Arch Virol 1997;142:2281-94.

444. Perng CL, Kim JG, El-Zimaity HM, Osato MS, Graham DY. One-week triple therapy with lansoprazole, clarithromycin, and metronidazole to cure *Helicobacter pylori* infection in peptic ulcer disease in Korea. Dig Dis Sci. 1998;43:464-7.

445. Bamford KB, Fan X, Crowe SE, Leary JF, Gourley WK, Luthra GK, Brooks EG, Graham DY, Reyes VE, Ernst PB. Lymphocytes in the human gastric mucosa during *Helicobacter pylori* have a T helper cell 1 phenotype. Gastroenterology. 1998;114:482-92.

446. Jafar S, Rodriguez-Barradas M, Graham DY, Butel JS. Serological evidence of SV40 infections in HIV-infected and HIV-negative adults. J Med Virol 1998;54:276-284.

447. Breuer T, Sudhop T, Goodman KJ, Graham DY, Malfertheiner P. How do practicing clinicians manage *Helicobacter pylori*-related gastrointestinal diseases in Germany? A survey of gastroenterologists and family practitioners. Helicobacter 1998;3:1-8.

448. Go MF, Cissell L, Graham DY. Failure to confirm association of *vacA* gene mosaicism with duodenal ulcer disease. Scand J Gastroenterol 1998;33:132-6.

449. Graham DY. What is new and what is hot about *Helicobacter pylori*: how a gastric infection causes duodenal ulcer disease. Medica Sur 1998;5:44-47.

450. Graham DY. Is it useful to treat *Helicobacter pylori*? Medical Sur 1998;5:64-65.

451. Rabeneck L, Wray NP, Graham DY. Managing dyspepsia: what do we know and what do we need to know? Am J Gastroenterol 1998;93:920-4.

452. Kwon DH, El-Zaatari FA, Woo JS, Perng CL, Graham DY, Go MF. REP-PCR fragments as biomarkers for differentiating gastroduodenal disease-specific *Helicobacter pylori* strains. Dig Dis Sci 1998;43:980-7.

453. El-Zimaity HM, Segura AM, Genta RM, Graham DY. Histologic assessment of *Helicobacter pylori* status after therapy: comparison of Giemsa, Diff-Quik, and Genta stains. Mod Pathol 1998;11:288-91.

454. Kwon DH, Woo JS, Perng CL, Go MF, Graham DY, El-Zaatari FA. The effect of *galE* gene inactivation on lipopolysaccharide profile of *Helicobacter pylori*. Curr Microbiol. 1998;37:144-8.

David Y. Graham, M.D.

455. Graham DY, Breiter JR, Ciociola AA, Sykes DL, McSorley DJ. An alternative non-macrolide, non-imidazole treatment regimen for curing *Helicobacter pylori* and duodenal ulcers: ranitidine bismuth citrate plus amoxicillin. The RBC *H. pylori* Study Group. Helicobacter. 1998;3:125-31.

456. Yamaoka Y, Kodama T, Graham DY, Kashima K. Search for putative virulence factors of *Helicobacter pylori*: the low-molecular-weight (33-35 K) antigen. Dig Dis Sci. 1998;43:1482-7.

457. El-Zimaity HM, Ota H, Scott S, Killen DE, Graham DY. A new triple stain for *Helicobacter pylori* suitable for the autostainer: carbol fuchsin/Alcian blue/hematoxylin-eosin. Arch Pathol Lab Med. 1998;122:732-6.

458. Ota H, Katsuyama T, Nakajima S, El-Zimaity H, Kim JG, Graham DY, Genta RM. Intestinal metaplasia with adherent *Helicobacter pylori*: a hybrid epithelium with both gastric and intestinal features. Hum Pathol. 1998;9:846-50.

459. Osato MS, Ayub K, Le HH, Reddy R, Graham DY. Houseflies are an unlikely reservoir or vector for *Helicobacter pylori*. J Clin Microbiol. 1998;36:278-8.

460. Dore MP, Piana A, Carta M, Atzei A, Are BM, Mura I, Massarelli G, Maida A, Sepulveda AR, Graham DY, Realdi G. Amoxycillin resistance is one reason for failure of amoxycillin-omeprazole treatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1998;12:635-9.

461. Dore MP, Osato MS, Kwon DH, Graham DY, El-Zaatari FA. Demonstration of unexpected antibiotic resistance of genotypically identical *Helicobacter pylori* isolates. Clin Infect Dis 1998;27:84-89.

462. Graham DY, Yamaoka Y. *H. pylori* and *cagA*: relationships with gastric cancer, duodenal ulcer and reflux esophagitis and its complications. Helicobacter 1998;3:145-51.

463. Graham DY, Osato MS, Olson CA, Zhang J, Figura N. Effect of *H. pylori* infection and CagA status on leukocyte counts and liver function tests: extra-gastric manifestations of *H. pylori* infection. Helicobacter 1998;3:174-8.

464. Graham DY. Complete genomic sequence of *Helicobacter pylori*: implications for the clinician. Curr Opin Gastroenterol 1998;14 (Suppl 1): S7-8.

465. Folsom AR, Nieto FJ, Sorlie P, Chambless LE, Graham DY. *Helicobacter pylori* seropositivity and coronary heart disease incidence. Atherosclerosis Risk In Communities (ARIC) Study Investigators. Circulation. 1998;98:845-50.

466. Kumagai T, Malaty HM, Graham DY, Hosogaya S, Misawa K, Furihata K, Ota H, Sei C, Tanaka E, Akamatsu T, Shimizu T, Kiyosawa K, Katsuyama T. Acquisition versus loss of *Helicobacter pylori* infection in Japan: results from an 8-year birth cohort study. J Infect Dis. 1998;178:717-21.

467. Yamaoka Y, Kodama T, Graham DY, Kashima K. Comparison of four serological tests to determine the CagA or VacA status of *Helicobacter pylori* strains. J Clin Microbiol. 1998;36:3433-4.

468. Malaty HM, Graham DY, Isaksson I, Engstrand L, Pedersen NL. Co-twin study of the effect of environment and dietary elements on acquisition of *Helicobacter pylori* infection. Am J Epidemiol. 1998;148:793-7.

469. Graham DY. Antibiotic resistance in *Helicobacter pylori*: implications for therapy. Gastroenterology. 1998;115:1272-7.

470. Ota H, Nakayama J, Momose M, Hayama M, Akamatsu T, Katsuyama T, Graham DY, Genta RM. *Helicobacter pylori* infection produces reversible glycosylation changes to gastric mucins. Virchows Arch. 1998;433:419-26.

471. Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relationship of *vacA* genotypes of *Helicobacter pylori* to *cagA* status, cytotoxin production, and clinical outcome. Helicobacter. 1998;3:241-53.

472. Miehlke S, Go MF, Kim JG, Graham DY, Figura N. Serologic detection of *Helicobacter pylori* infection with CagA-positive strains in duodenal ulcer, gastric cancer, and asymptomatic gastritis. J Gastroenterol. 1998;33 Suppl 10:18-21.

473. Osato MS, Gutierrez O, Kim JG, Steinbach G, Graham DY. Microflora of gastric biopsies from patients with duodenal ulcer and gastric cancer: a comparative study of patients from Korea, Colombia, and the United States. Dig Dis Sci. 1998;43:2291-5.

474. Anand BS, Saeed ZA, Michaletz PA, Winchester CB, Doherty MA, Liem JH, Graham DY. A randomized comparison of dilatation alone versus dilatation plus laser in patients receiving chemotherapy and external beam radiation for esophageal carcinoma. Dig Dis Sci. 1998;43:2255-60.

475. Miehlke S, Meining A, Morgner A, Bayerdorffer E, Lehn N, Stolte M, Graham DY, Go MF. Frequency of *vacA* genotypes and cytotoxin activity in *Helicobacter pylori* associated with low-grade gastric mucosa-associated lymphoid tissue lymphoma. J Clin Microbiol. 1998;36:2369-70.

476. Yamaoka Y, Kodama T, Kashima K, Graham DY, Sepulveda AR. Variants of the 3' region of the *cagA* gene in *Helicobacter pylori* isolates from patients with different *H. pylori*-associated diseases. J Clin Microbiol. 1998;36:2258-63.

477. Osato MS, Graham DY. Diagnosis of peptic ulcer disease: A guide to testing for *Helicobacter pylori*. Clin Lab News 1998;24:10-12

478. Miehlke S, Thomas R, Guiterrez O, Graham DY, Go MF. DNA fingerprinting of single colonies of *Helicobacter pylori* from gastric cancer patients suggests infection with a single predominant strain. J Clin Microbiol. 1999;37:245-7.

479. El-Zimaity HM, Wu J, Akamatsu T, Graham DY. A reliable method for the simultaneous identification of *H. pylori* and gastric metaplasia in the duodenum. J Clin Pathol 1999;52:914-16.

480. Miehlke S, Genta RM, Graham DY, Go MF. Molecular relationships of *Helicobacter pylori* strains in a family with gastroduodenal disease. Am J Gastroenterol. 1999;94:364-8.

481. El-Zimaity HM, Graham DY. Evaluation of gastric mucosal biopsy site and number for identification of *Helicobacter pylori* or intestinal metaplasia: role of the Sydney System. Hum Pathol. 1999;30:72-7.

482. Opekun AR, El-Zimaity HM, Osato MS, Gilger MA, Malaty HM, Terry M, Headon DR, Graham DY. Novel therapies for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1999;13:35-42.

David Y. Graham, M.D.

483.    Graham DY, Hoffman J, Anderson S, Qureshi W, Osato MS, El-Zimaity HM. Ranitidine bismuth citrate, tetracycline, clarithromycin twice-a-day triple therapy for clarithromycin susceptible *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1999;13:169-72.

484.    Breuer T, Graham DY. Costs of diagnosis and treatment of *Helicobacter pylori* infection: when does choosing the treatment regimen based on susceptibility testing become cost effective? Am J Gastroenterol. 1999;94:725-9.

485.    Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Practical advice on eradicating *Helicobacter pylori* infection. Postgrad Med. 1999;105:137-48.

486.    Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Scope and consequences of peptic ulcer disease. How important is asymptomatic *Helicobacter pylori* infection? Postgrad Med. 1999;105:100-10.

487.    Graham DY, Rakel RE.  Introduction: commentary on a three-article symposium. Postgrad Med. 1999;105:93-4.

488.    Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Recognizing peptic ulcer disease. Postgrad Med. 1999;105:113-28.

489.    Osato MS, Reddy SG, Graham DY. Osmotic effect of honey on growth and viability of *Helicobacter pylori*. Dig Dis Sci. 1999;44:462-4.

490.    Malaty HM, Graham DY, Wattigney WA, Srinivasan SR, Osato M, Berenson GS. Natural history of *Helicobacter pylori* infection in childhood: 12-year follow-up cohort study in a biracial community. Clin Infect Dis. 1999;28:279-82.

491.    Graham DY, Malaty HM. Alendronate gastric ulcers. Aliment Pharmacol Ther 1999;13:515-9.

492.    Yamaoka Y, Kodama T, Gutierrez O, Kim JG, Kashima K, Graham DY. Relationship between *Helicobacter pylori iceA, cagA,* and *vacA* status and clinical outcome: Studies in four different countries. J Clin Microbiol. 1999;37:2274-9.

493.    Li L, Kelly LK, Ayub K, Graham DY, Go MF. Genotypes of *Helicobacter pylori* obtained from gastric ulcer patients taking or not taking NSAIDs. Am J Gastroenterol. 1999;94:1502-7.

494.    Hansen PS, Go MF, Varming K, Andersen LP, Genta RM, Graham DY, Neilsen H. Proinflammatory activation of neutrophils and monocytes by *Helicobacter pylori* in patients with different clinical presentations. Infect Immun. 1999;67:3171-4.

495.    Graham DY, Runke D, Anderson SY, Malaty HM, Klein PD. Citric acid as the test meal for the 13C-urea breath test. Am J Gastroenterol. 1999;94:1214-7.

496.    Graham DY, Anderson SY, Lang T. Garlic or jalapeno peppers for treatment of *Helicobacter pylori* infection. Am J Gastroenterol. 1999;94:1200-2.

497.    Anand BS, Graham DY. Ulcer and gastritis. Endoscopy. 1999;31:215-25.

498.    Realdi G, Dore MP, Piana A, Atzei A, Carta M, Cugia L, Manca A, Are BM, Massarelli G, Mura I, Maida A, Graham DY. Pretreatment antibiotic resistance in *Helicobacter pylori* infection: results of three randomized controlled studies. Helicobacter. 1999;4:106-12.

499.    Steinbach G, Ford R, Glober G, Sample D, Hagemeister FB, Lynch PM, McLaughlin PW, Rodriguez MA, Romaguera JE, Sarris AH, Younes A, Luthra R, Manning JT, Johnson CM, Lahoti S, Shen Y, Lee JE, Winn RJ, Genta RM, Graham DY, Cabanillas

FF. Antibiotic treatment of gastric lymphoma of mucosa-associated lymphoid tissue. An uncontrolled trial. Ann Intern Med. 1999;131:88-95.

500.   Al-Assi MT, Miki K, Walsh JH, Graham DP, Asaka M, Graham DY. Noninvasive evaluation of *Helicobacter pylori* therapy: role of fasting or postprandial gastrin, pepsinogen I, pepsinogen II, or serum IgG antibodies. Am J Gastroenterol. 1999;94:2367-72.

501.   Ball JM, Graham DY, Opekun AR, Gilger MA, Guerrero RA, Estes MK. Recombinant Norwalk virus-like particles given orally to volunteers: phase I study. Gastroenterology. 1999;117:40-8.

502.   Dore MP, Bilotta M, Vaira D, Manca A, Massarelli G, Leandro G, Atzei A, Pisanu G, Graham DY, Realdi G. High prevalence of *Helicobacter pylori* infection in shepherds. Dig Dis Sci. 1999;44:1161-4.

503.   Dore MP, Graham DY, Sepulveda AR. Different penicillin-binding protein profiles in amoxicillin-resistant *Helicobacter pylori*. Helicobacter. 1999;4:154-61.

504.   El-Zaatari FA, Naser SA, Hulten K, Burch P, Graham DY. Characterization of *Mycobacterium paratuberculosis* p36 antigen and its seroreactivities in Crohn's disease. Curr Microbiol. 1999;39:115-9.

505.   El-Zimaity HM, El-Zaatari FA, Dore MP, Oweiss S, Gutierrez O, Yuksul M, Ramchatesingh J, Graham DY. The differential diagnosis of early gastric mucosa-associated lymphoma: polymerase chain reaction and paraffin section immunophenotyping. Mod Pathol. 1999;12:885-93.

506.   Klein PD, Malaty HM, Czinn SJ, Emmons SC, Martin RF, Graham DY. Normalizing results of 13C-urea breath testing for CO2 production rates in children. J Pediatr Gastroenterol Nutr. 1999;29:297-301.

507.   Osato MS, Reddy R, Graham DY. Metronidazole and clarithromycin resistance amongst *Helicobacter pylori* isolates from a large metropolitan hospital in the United States. Int J Antimicrob Agents. 1999;12:341-7.

508.   Sepulveda AR, Santos AC, Yamaoka Y, Wu L, Gutierrez O, Kim JG, Graham DY. Marked differences in the frequency of microsatellite instability in gastric cancer from different countries. Am J Gastroenterol. 1999;94:3034-8.

509.   Yamaoka Y, EL-Zimaity HM, Gutierrez O, Figura N, Kim JK, Kodama T, Kashima K, Graham DY. Relationship between the cagA 3' repeat region of *Helicobacter pylori*, gastric histology, and susceptibility to low pH. Gastroenterology. 1999;117:342-9.

510.   Yamaoka Y, Kodama T, Kashima K, Graham DY. Antibody against *Helicobacter pylori* CagA and VacA and the risk for gastric cancer. J Clin Pathol. 1999;52:215-8.

511.   Malaty HM, Graham DY.  Epidemiology of *Helicobacter pylori* infection: Disease management implications for peptic ulcer disease.  Dis Manage Health Outcomes 1999;6:9-18.

512.   Simon LS, Weaver AL, Graham DY, Kivitz AJ, Lipsky PE, Hubbard RC, Isakson PC, Verburg KM, Yu SS, Zhao WW, Geis GS. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA. 1999;282:1921-8.

David Y. Graham, M.D.

513. Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relation between clinical presentation, *Helicobacter pylori* density, interleukin 1beta and 8 production, and *cagA* status. Gut. 1999;45:804-11.

514. Nguyen A-M H, Graham DY, Gage T, Griffiths GR. Nonsteroidal anti-inflammatory drug use in dentistry: gastrointestinal implications.  General Dent 1999;47:590-6.

515. El-Zimaity HM, Wu J, Graham DY. Modified Genta triple stain for identifying *Helicobacter pylori*. J Clin Pathol 1999;52:693-4.

516. Santos AC, Yamaoka Y, Graham DY, Sepulveda AR. Variability in the interpretation of microsatellite patterns with different electrophoretic conditions. Mol Pathol 1999;52:302-304.

517. Qureshi WA, Graham DY. Diagnosis and management of *Helicobacter pylori* infection. Clin Cornerstone 1999;1:18-28.

518. Rugge M, Cassaro M, Leo G, Farinati F, Graham DY. *Helicobacter pylori* and gastric cancer: both primary and secondary preventive measures are required. Arch Intern Med 1999;159:2483-2484.

519. Dore MP, Graham DY, Sepulveda AR, Realdi G, Osato MS. Sensitivity of amoxicillin-resistant *Helicobacter pylori* to other penicillins. Antimicrob Agents Chemother. 1999;43:1803-4.

520. Dore MP, Osato MS, Realdi G, Mura I, Graham DY, Sepulveda AR. Amoxycillin tolerance in *Helicobacter pylori*. J Antimicrob Chemother. 1999;43:47-54.

521. Hansen PS, Go MF, Varming K, Andersen LP, Graham DY, Nielsen H. Proinflammatory activation of neutrophils and monocytes by *Helicobacter pylori* is not associated with *cagA*, *vacA* or *picB* genotypes. APMIS 1999;107:1117-1123.

522. Bazzoli F, Graham DY, Holtmann G, McColl K, O'Morain C, Sung JJ. Panel discussion - unresolved issues. Helicobacter. 2000;5 (Suppl 1):27-31.

523. Dore MP, Bilotta M, Malaty HM, Pacifico A, Maioli M, Graham DY, Realdi G. Diabetes mellitus and *Helicobacter pylori* infection. Nutrition. 2000;16:407-10.

524. Dore MP, Graham DY. Pathogenesis of duodenal ulcer disease: the rest of the story. Baillieres Best Pract Res Clin Gastroenterol 2000;14:97-107.

525. Dore MP, Leandro G, Realdi G, Sepulveda AR, Graham DY. Effect of pretreatment antibiotic resistance to metronidazole and clarithromycin on outcome of *Helicobacter pylori* therapy: a meta-analytical approach. Dig Dis Sci 2000;45:68-76.

526. El-Zimaity HM, Graham DY, Genta RM, Lechago J. Sustained increase in gastric antral epithelial cell proliferation despite cure of *Helicobacter pylori* infection. Am J Gastroenterol. 2000;95:930-5.

527. Estes MK, Ball JM, Guerrero RA, Opekun AR, Gilger MA, Pacheco SS, Graham DY. Norwalk Virus Vaccines: Challenges and Progress. J Infect Dis. 2000;181:S367-73.

528. Graham DY, Osato MS, Hoffman J, Opekun AR, Anderson S, El-Zimaity HM. Furazolidone combination therapies for *Helicobacter pylori* infection in the United States. Aliment Pharmacol Ther. 2000;14:211-5.

529. Graham DY, Osato MS, Hoffman J, Opekun AR, Anderson S, Kwon DH, El-Zimaity HM. Metronidazole containing quadruple therapy for infection with metronidazole

resistant *Helicobacter pylori*: a prospective study. Aliment Pharmacol Ther. 2000;14:745-50.

530.   Graham DY, Osato MS. *H. pylori* in the pathogenesis of duodenal ulcer: interaction between duodenal acid load, bile, and *H. pylori*. Am J Gastroenterol 2000;95:87-91.

531.   Graham DY, Yamaoka Y. Disease-specific *Helicobacter pylori* virulence factors: the unfulfilled promise. Helicobacter 2000;4 (Suppl 1):S3-9.

532.   Graham DY. Encounter with *Helicobacter pylori*. Helicobacter Research 2000;4:56-7.

533.   Graham DY. Therapy of *Helicobacter pylori*: current status and issues. Gastroenterology 2000;118:S2-8.

534.   Graham DY. Chairman's introduction. Helicobacter. 2000;5 (Suppl 1):1

535.   Graham DY. *Helicobacter pylori* infection is the primary cause of gastric cancer. J Gastroenterol. 2000;35 (Suppl) 12:90-7.

536.   Graham DY. NSAID ulcers: prevalence and prevention. Mod Rheumatol 2000;10:2-7.

537.   Hulten K, Almashhrawi A, El-Zaatari FA, Graham DY. Antibacterial therapy for Crohn's disease: a review emphasizing therapy directed against mycobacteria. Dig Dis Sci. 2000;45:445-56.

538.   Kwon DH, Osato MS, Graham DY, El-Zaatari FA. Quantitative RT-PCR analysis of multiple genes encoding putative metronidazole nitroreductases from *Helicobacter pylori*. Int J Antimicrob Agents. 2000;15:31-6.

539.   Leung WK, Graham DY. Clarithromycin for *Helicobacter pylori* infection. Exp Opin Pharmacother 2000;1:507-14.

540.   Leung WK, Kim JJ, Kim JG, Graham DY, Sepulveda AR. Microsatellite instability in gastric intestinal metaplasia in patients with and without gastric cancer. Am J Pathol. 2000;156:537-43.

541.   Malaty HM, Graham DY, Isaksson I, Engstrand L, Pedersen NL. Are genetic influences on peptic ulcer dependent or independent of genetic influences for *Helicobacter pylori* infection? Arch Intern Med 2000 160:105-9.

542.   Malaty HM, Kumagai T, Tanaka E, Ota H, Kiyosawa K, Graham DY, Katsuyama T. Evidence from a nine-year birth cohort study in Japan of transmission pathways of *Helicobacter pylori* infection. J Clin Microbiol. 2000;38:1971-3.

543.   Ozpolat B, Actor JK, Rao XM, Lee S, Osato M, Graham DY, Lachman LB. Quantitation of *Helicobacter pylori* in the stomach using quantitative polymerase chain reaction assays. Helicobacter. 2000;5:13-21.

544.   Sepulveda AR, Wu L, Ota H, Gutierrez O, Kim JG, Genta RM, Graham DY. Molecular identification of main cellular lineages as a tool for the classification of gastric cancer. Hum Pathol. 2000;31:566-74.

545.   Yamaoka Y, Kwon DH, Graham DY. A Mr 34,000 proinflammatory outer membrane protein (*oipA*) of *Helicobacter pylori*. Proc Natl Acad Sci U S A. 2000;97:7533-8.

546.   Yamaoka Y, Malaty HM, Osato MS, Graham DY. Conservation of *Helicobacter pylori* genotypes in different ethnic groups in Houston, Texas. J Infect Dis. 2000;181:2083-6.

547.   Yamaoka Y, Osato MS, Sepulveda AR, Gutierrez O, Figura N, Kim JG, Kodama T, Kashima K, Graham DY. Molecular epidemiology of *Helicobacter pylori*: separation of *H. pylori* from East Asian and non-Asian countries. Epidemiol Infect. 2000;124:91-6.

548.  Qureshi WA, Graham DY. Bismuth-based multi-drug therapies in *Helicobacter pylori* eradication.  Today's Therapeutic Trends 2000;18:229-39.

549.  Kwon DH, Kato M, El-Zaatari FA, Osato MS, Graham DY. Frame-shift mutations in NAD(P)H flavin oxidoreductase encoding gene (*frxA*) from metronidazole resistant *Helicobacter pylori* ATCC43504 and its involvement in metronidazole resistance. FEMS Microbiol Lett. 2000;188:197-202.

550.  Kato M, Yamaoka Y, Kim JJ, Reddy R, Asaka M, Kashima K, Osato MS, El-Zaatari FA, Graham DY, Kwon DH. Regional differences in metronidazole resistance and increasing clarithromycin resistance among *Helicobacter pylori* isolates from Japan. Antimicrob Agents Chemother. 2000;44:2214-6.

551.  Kwon DH, El-Zaatari FA, Kato M, Osato MS, Reddy R, Yamaoka Y, Graham DY. Analysis of rdxA and involvement of additional genes encoding NAD(P)H flavin oxidoreductase (*frxA*) and ferredoxin-like protein (*fdxB*) in metronidazole resistance of *Helicobacter pylori*. Antimicrob Agents Chemother. 2000;44:2133-42.

552.  Cassaro M, Rugge M, Gutierrez O, Leandro G, Graham DY, Genta RM. Topographic patterns of intestinal metaplasia and gastric cancer. Am J Gastroenterol. 2000;95:1431-8.

553.  Lipsky PE, Brooks P, Crofford LJ, DuBois R, Graham D, Simon LS, van de Putte LB, Abramson SB. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med. 2000;160:913-20.

554.  Shiotani A, Nurgalieva ZZ, Yamaoka Y, Graham DY.  *Helicobacter pylori*. Med Clin N Am 2000;84:1125-36.

555.  Graham DY.  Bisphosphonate gastrointestinal damage: perspective and research needs. Pharmacoepid Drug Safety 2000;9:377-81.

556.  Ozpolat B, Rao XM, Lachman LB, Osato MS, Graham DY. Quantitative and bioluminescent assay to measure efficacy of conventional and DNA vaccinations against *Helicobacter pylori*.  Comb Chem High Throughput Screen. 2000;3:289-302.

557.  Opekun AR, Gilger MA, Denyes SM, Nirken MH, Philip SP, Osato MS, Malaty HM, Hicks J, Graham DY. *Helicobacter pylori* infection in children of Texas.  J Pediatr Gastroenterol Nutr. 2000;31:405-10.

558.  Nurgalieva ZZ, Almuchambetova R, Machmudova A, Kapsultanova D, Osato MS, Peacock J, Zoltek RP, Marchildon PA, Graham DY, Zhangabylov A. Use of a dry-plasma collection device to overcome problems with storage and transportation of blood samples for epidemiology studies in developing countries.  Clin Diagn Lab Immunol. 2000;7:882-4.

559.  Nakajima S, Graham DY, Hattori T, Bamba T. Strategy for treatment of *Helicobacter pylori* infection in adults II. Practical policy in 2000.  Curr Pharm Des. 2000;6:1515-29.

560.  Nakajima S, Graham DY, Hattori T, Bamba T. Strategy for treatment of *Helicobacter pylori* infection in adults I. Updated indications for test and eradication therapy suggested in 2000.  Curr Pharm Des. 2000;6:1503-14.

561.  Malaty HM, Logan ND, Graham DY, Ramchatesingh JE, Reddy SG. *Helicobacter pylori* infection in asymptomatic children: comparison of diagnostic tests.  Helicobacter. 2000;5:155-9.

562.    Kwon DH, Kim JJ, Lee M, Yamaoka Y, Kato M, Osato MS, El-Zaatari FA, Graham DY. Isolation and characterization of tetracycline-resistant clinical isolates of *Helicobacter pylori*. Antimicrob Agents Chemother. 2000;44:3203-5.

563.    Hulten K, Karttunen TJ, El-Zimaity HM, Naser SA, Collins MT, Graham DY, El-Zaatari FA. Identification of cell wall deficient forms of *M. avium subsp. paratuberculosis* in paraffin embedded tissues from animals with Johne's disease by in situ hybridization. J Microbiol Methods. 2000;42:185-95.

564.    Graham DY, Qureshi WA. Antibiotic-resistant *H. pylori* infection and its treatment. Curr Pharm Des. 2000;6:1537-44.

565.    Chamberlin W, Hulten K, Graham DY. Antibiotics as primary therapy for Crohn's disease. Drugs of Today. 2000;36:667-678.

566.    El-Zimaity HM, Verghese VJ, Ramchatesingh J, Graham DY. The gastric cardia in gastro-oesophageal disease. J Clin Pathol. 2000;53:619-25.

567.    Dore MP, Osato MS, Malaty HM, Graham DY. Characterization of a culture method to recover *Helicobacter pylori* from the feces of infected patients. Helicobacter. 2000;5:165-8.

568.    Graham DY, Klein PD. Accurate diagnosis of *Helicobacter pylori*. 13C-urea breath test. Gastroenterol Clin North Am 2000;29:885-93.

569.    Graham DY. Community acquired acute *Helicobacter pylori* gastritis. J Gastroenterol Hepatol 2000;15:1353-1355.

570.    Naser SA, Hulten K, Shafran I, Graham DY, El-Zaatari FA. Specific seroreactivity of Crohn's disease patients against p35 and p36 antigens of *M. avium subsp. paratuberculosis*. Vet Microbiol 2000;77:497-504.

571.    Hulten K, Karttunen TJ, El-Zimaity HM, Naser SA, Almashhrawi A, Graham DY, El-Zaatari FA. In situ hybridization method for studies of cell wall deficient *M. paratuberculosis* in tissue samples. Vet Microbiol 2000;77:513-518.

572.    Lanza F, Schwartz H, Sahba B, Malaty HM, Musliner T, Reyes R, Quan H, Graham DY. An endoscopic comparison of the effects of alendronate and risedronate on upper gastrointestinal mucosae. Am J Gastroenterol 2000;95:3112-7.

573.    Kwon DH, Pena JA, Osato MS, Fox JG, Graham DY, Versalovic J. Frameshift mutations in rdxA and metronidazole resistance in North American *Helicobacter pylori* isolates. J Antimicrob Chemother 2000;46:793-6.

574.    Ota H, Nakayama J, Shimizu T, Nakayama J, Graham DY, Katsuyama T. Relation *of H. pylori* to gastric mucins and gastric surface mucous gel layer. Gut. 2001;48:869-71.

575.    Bazzoli F, De Luca L, Graham DY. *Helicobacter pylori* infection and the use of NSAIDs. Best Pract Res Clin Gastroenterol 2001;15:775-785.

576.    El-Zaatari FA, Osato MS, Graham DY. Etiology of Crohn's disease: the role of *Mycobacterium avium paratuberculosis*. Trends Mol Med. 2001;7:247-52.

577.    Rugge M, Russo V, Busatto G, Genta RM, Di Mario F, Farinati F, Graham DY. The phenotype of gastric mucosa coexisting with Barrett's oesophagus. J Clin Pathol. 2001;54:456-60.

David Y. Graham, M.D.

578. Hulten K, El-Zimaity HM, Karttunen TJ, Almashhrawi A, Schwartz MR, Graham DY, El-Zaatari FA. Detection of *Mycobacterium avium subspecies paratuberculosis* in Crohn's diseased tissues by *in situ* hybridization. Am J Gastroenterol. 2001;96:1529-35.

579. Dore MP, Sepulveda AR, El-Zimaity H, Yamaoka Y, Osato MS, Mototsugu K, Nieddu AM, Realdi G, Graham DY. Isolation of *Helicobacter pylori* from sheep-implications for transmission to humans. Am J Gastroenterol. 2001;96:1396-401.

580. El-Zimaity HM, Graham DY. Cytokeratin subsets for distinguishing Barrett's esophagus from intestinal metaplasia in the cardia using endoscopic biopsy specimens. Am J Gastroenterol. 2001;96:1378-82.

581. Osato MS, Reddy R, Reddy SG, Penland RL, Malaty HM, Graham DY. Pattern of primary resistance of *Helicobacter pylori* to metronidazole or clarithromycin in the United States. Arch Intern Med. 2001;161:1217-20.

582. Dore MP, Kwon DH, Sepulveda AR, Graham DY, Realdi G. Stable Amoxicillin Resistance in *Helicobacter pylori*. Helicobacter. 2001;6:79

583. Griffiths RI, Rabeneck L, Guzman G, Cromwell DM, Strauss MJ, Robinson JW, Winston B, Li T, Graham DY. Costs of managing *Helicobacter pylori*-infected ulcer patients after initial therapy. Helicobacter. 2001;6:66-76.

584. Graham DY, Reddy S. Rapid detection of anti-*Helicobacter pylori* IgG in urine using immunochromatography. Aliment Pharmacol Ther. 2001;15:699-702.

585. Malaty HM, Logan ND, Graham DY, Ramchatesingh JE. *Helicobacter pylori* Infection in preschool and school-aged minority children: Effect of socioeconomic indicators and breast-feeding practices. Clin Infect Dis. 2001;32:1387-2.

586. Graham DY, Saeed MA, Hoffman J, El-Zimaity HM, Kwon DH, Osato MS. Nitrofurantoin quadruple therapy for *Helicobacter pylori* infection: effect of metronidazole resistance. Aliment Pharmacol Ther. 2001;15:513-8.

587. Osato MS, Reddy SG, Piergies AA, Bochenek WJ, Testa RT, Graham DY. Comparative efficacy of new investigational agents against *Helicobacter pylori*. Aliment Pharmacol Ther. 2001;15:487-92.

588. Kumagai T, Yan J, Graham DY, Tozuka M, Okimura Y, Ikeno T, Sugiyama A, Katsuyama T, Ota H. Serum immunoglobulin G immune response to *Helicobacter pylori* antigens in Mongolian gerbils. J Clin Microbiol. 2001;39:1283-8.

589. El-Zimaity HMT, Gutierrez O, Kim JG, Akamatsu T, Gurer IE, Simjee AE, Graham DY. Geographic differences in the distribution of intestinal metaplasia in duodenal ulcer patients. Am J Gastroenterol. 2001;96:666-72.

590. Kim JJ, Reddy R, Lee M, Kim JG, El-Zaatari FA, Osato MS, Graham DY, Kwon DH. Analysis of metronidazole, clarithromycin and tetracycline resistance of *Helicobacter pylori* isolates from Korea. J Antimicrob Chemother. 2001;47:459-61.

591. Leung WK, Graham DY. Ulcer and gastritis. Endoscopy. 2001;33:8-15.

592. Chamberlin W, Graham DY, Hulten K, El-Zimaity HM, Schwartz MR, Naser S, Shafran I, El-Zaatari FA. Review article: *Mycobacterium avium subsp. paratuberculosis* as one cause of Crohn's disease. Aliment Pharmacol Ther. 2001;15:337-46.

593. Graham DY. *Helicobacter pylori* and nonsteroidal anti-inflammatory drugs: interaction with proton pump inhibitor therapy for prevention of nonsteroidal anti-inflammatory drug ulcers and ulcer complications-- future research needs. Am J Med. 2001;110:58S-61S.

594.    Graham DY, Malaty HM. Alendronate and naproxen are synergistic for development of gastric ulcers. Arch Intern Med. 2001;161:107-10.

595.    Osato MS, Reddy R, Reddy SG, Penland RL, Graham DY. Comparison of the Etest and the NCCLS-approved agar dilution method to detect metronidazole and clarithromycin resistant *Helicobacter pylori*. Int J Antimicrob Agents. 2001;17:39-44.

596.    Kwon DH, Lee M, Kim JJ, Kim JG, El-Zaatari FA, Osato MS, Graham DY. Furazolidone- and nitrofurantoin-resistant *Helicobacter pylori*: prevalence and role of genes involved in metronidazole resistance. Antimicrob Agents Chemother. 2001;45:306-8.

597.    Dore MP, Realdi G, Mura D, Onida A, Massarelli G, Dettori G, Graham DY, Sepulveda AR. Genomic instability in chronic viral hepatitis and hepatocellular carcinoma. Hum Pathol 2001;32:698-703.

598.    Graham DY, Malaty HM, Cole RA, Martin RF, Klein PD. Simplified 13C-urea breath test for detection of *Helicobacter pylori* infection. Am J Gastroenterol 2001;96:1741-1745.

599.    Kwon DH, Hulten K, Kato M, Kim JJ, Lee M, El-Zaatari FA, Osato MS, Graham DY. DNA sequence analysis of *rdxA* and *frxA* from 12 pairs of metronidazole-sensitive and -resistant clinical *Helicobacter pylori* isolates. Antimicrob Agents Chemother 2001;45:2609-2615.

600.    Miehlke S, Bayerdorffer E, Graham DY. Treatment of *Helicobacter pylori* infection. Semin Gastrointest Dis 2001;12:167-179.

601.    Yamaoka Y, Graham DY. Clarifications regarding the 3' repeat region of the *cagA* gene in *Helicobacter pylori* and clinical outcome. J Clin Microbiol 2001;39:2369-2370.

602.    Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relation between cytokines and *Helicobacter pylori* in gastric cancer. Helicobacter 2001;6:116-124.

603.    Shiotani A, Nishioka S, Iguchi M, Yanaoka K, Okada K, Tamai H, Mantani Y, Itoh H, Graham DY. Duodenal erosions after eradication of *Helicobacter pylori* infection. Gastrointest Endosc 2001;54:448-453.

604.    Shiotani A, Saeed A, Yamaoka Y, Osato MS, Klein PD, Graham DY. Citric acid-enhanced *Helicobacter pylori* urease activity in vivo is unrelated to gastric emptying. Aliment Pharmacol Ther 2001;15:1763-1767.

605.    El-Zimaity HM, Ramchatesingh J, Saeed MA, Graham DY. Gastric intestinal metaplasia: subtypes and natural history. J Clin Pathol 2001;54:679-683.

606.    Yamaoka Y, Orito E, Mizokami M, Gutierrez O, Saitou N, Kodama T, Osato MS, Kim JG, Ramirez FC, Mahachai V, Graham DY. *Helicobacter pylori* in North and South America before Columbus. FEBS Lett 2002;517:180-184.

607.    Graham DY, Malaty HM. Commentary: What remains to be done regarding transmission of *Helicobacter pylori*. Int J Epidemiol 2002;31:646-647.

608.    Yamaoka Y, Souchek J, Odenbreit S, Haas R, Arnqvist A, Boren T, Kodama T, Osato MS, Gutierrez O, Kim JG, Graham DY. Discrimination between cases of duodenal ulcer and gastritis on the basis of putative virulence factors of *Helicobacter pylori*. J Clin Microbiol 2002;40:2244-2246.

609.    Dore MP, Graham DY, Mele R, Marras L, Nieddu S, Manca A, Realdi G. Colloidal bismuth subcitrate-based twice-a-day quadruple therapy as primary or salvage therapy for *Helicobacter pylori* infection. Am J Gastroenterol 2002;97:857-860.

610.    Shiotani A. Graham DY. Pathogenesis and therapy of gastric and duodenal ulcer disease. Med Clin North Am 2002;86:1447-66.

611.    Hutson AM, Atmar RL, Graham DY, Estes MK. Norwalk virus infection and disease is associated with ABO histo-blood group type. J Infect Dis 2002;185:1335-1337.

612.    Sepulveda AR, Tao H, Carloni E, Sepulveda J, Graham DY, Peterson LE. Screening of gene expression profiles in gastric epithelial cells induced by *Helicobacter pylori* using microarray analysis. Aliment Pharmacol Ther 2002;16 Suppl 2:145-157.

613.    El Zimaity HM, Ota H, Graham DY, Akamatsu T, Katsuyama T. Patterns of gastric atrophy in intestinal type gastric carcinoma. Cancer 2002;94:1428-1436.

614.    Malaty HM, El Kasabany A, Graham DY, Miller CC, Reddy SG, Srinivasan SR, Yamaoka Y, Berenson GS. Age at acquisition of *Helicobacter pylori* infection: a follow-up study from infancy to adulthood. Lancet 2002;359:931-935.

615.    Graham DY. Critical effect of *Helicobacter pylori* infection on the effectiveness of omeprazole for prevention of gastric or duodenal ulcers among chronic NSAID users. Helicobacter 2002;7:1-8.

616.    Leung WK, Graham DY. Rescue Therapy for *Helicobacter pylori*. Curr Treat Options Gastroenterol 2002;5:133-138.

617.    Malfertheiner P, Megraud F, O'Morain C, Hungin AP, Jones R, Axon A, Graham DY, Tytgat G. Current concepts in the management of *Helicobacter pylori* infection-- the Maastricht 2-2000 Consensus Report. Aliment Pharmacol Ther 2002;16:167-180.

618.    Shiotani A, Yamaoka Y, El Zimaity HM, Saeed MA, Qureshi WA, Graham DY. NSAID gastric ulceration: predictive value of gastric pH, mucosal density of polymorphonuclear leukocytes, or levels of IL-8 or nitrite. Dig Dis Sci 2002;47:38-43.

619.    Asaka M, Sugiyama T, Nobuta A, Kato M, Takeda H, Graham DY. Atrophic gastritis and intestinal metaplasia in Japan: results of a large multicenter study. Helicobacter 2001;6:294-299.

620.    Graham DY, Agrawal NM, Campbell DR, Haber MM, Collis C, Lukasik NL, Huang B. Ulcer prevention in long-term users of nonsteroidal anti-inflammatory drugs: results of a double-blind, randomized, multicenter, active- and placebo-controlled study of misoprostol vs. lansoprazole. Arch Intern Med 2002;162:169-175.

621.    Graham DY. What the gastroenterologist should know about the gastrointestinal safety profiles of bisphosphonates. Dig Dis Sci 2002;47:1665-1678.

622.    Kim JJ, Tao H, Carloni E, Leung WK, Graham DY, Sepulveda AR. *Helicobacter pylori* impairs DNA mismatch repair in gastric epithelial cells. Gastroenterology 2002;123:542-553.

623.    Yamaoka Y, Kikuchi S, El-Zimaity HM, Gutierrez O, Osato MS, Graham DY. Importance of *Helicobacter pylori* oipA in clinical presentation, gastric inflammation, and mucosal interleukin 8 production. Gastroenterology 2002;123:414-424.

624.    Verghese VJ, Ayub K, Qureshi W, Taupo T, Graham DY. Low-salt bowel-cleansing preparation (LoSo Prep) as preparation for colonoscopy: a pilot study. Aliment Pharmacol Ther 2002;16:1327-1331.

625.    Malaty HM, Haveman T, Graham DY, Fraley JK. *Helicobacter pylori* Infection in asymptomatic children: Impact of epidemiologic factors on accuracy of diagnostic tests. J Pediatr Gastroenterol Nutr 2002;35:59-63.

626.    Dore MP, Realdi G, Mura D, Graham DY, Sepulveda AR. *Helicobacter* infection in patients with HCV-related chronic hepatitis, cirrhosis, and hepatocellular carcinoma. Dig Dis Sci 2002;47:1638-1643.

627.    Franceschi F, Sepulveda AR, Gasbarrini A, Pola P, Silveri NG, Gasbarrini G, Graham DY, Genta RM. Cross-reactivity of anti-CagA antibodies with vascular wall antigens: possible pathogenic link between *Helicobacter pylori* infection and atherosclerosis. Circulation 2002;106:430-434.

628.    Sepulveda AR, Graham DY. Role of *Helicobacter pylori* in gastric carcinogenesis. Gastroenterol Clin North Am 2002;31:517-35.

629.    Dore MP, Malaty HM, Graham DY, Fanciulli G, Delitala G, Realdi G. Risk Factors Associated with *Helicobacter pylori* infection among children in a defined geographic area. Clin Infect Dis 2002;35:240-245.

630.    Qureshi WA, El Zimaity H, Green LK, Graham DY. Screening for Barrett's esophagus: searching for a new technique. Am J Gastroenterol 2002;97:1565-1566.

631.    Sepulveda A, Peterson LE, Shelton J, Gutierrez O, Graham DY. Histological patterns of gastritis in *H. pylori*-infected individuals with a family history of gastric cancer. Am J Gastroenterol 2002;97:1365-1370.

632.    El Serag HB, Graham DY, Richardson P, Inadomi JM. Prevention of complicated ulcer disease among chronic users of nonsteroidal anti-inflammatory drugs: the use of a nomogram in cost- effectiveness analysis. Arch Intern Med 2002;162:2105-2110.

633.    Hsu PI, Hwang IR, Cittelly D, Lai KH, El-Zimaity HM, Gutierrez O, Kim JG, Osato MS, Graham DY, Yamaoka Y. Clinical presentation in relation to diversity within the *Helicobacter pylori cag* pathogenicity island. Am J Gastroenterol 2002;97:2231-2238.

634.    Hwang IR, Kodama T, Kikuchi S, Sakai K, Peterson LE, Graham DY, Yamaoka Y. Effect of interleukin 1 polymorphisms on gastric mucosal interleukin 1 beta production in *Helicobacter pylori* infection. Gastroenterology 2002;123:1793-1803.

635.    Li L, Graham DY, Gutierrez O, Kim JG, Genta RM, El-Zimaity HM, Go MF. Genomic fingerprinting and genotyping of *Helicobacter pylori* strains from patients with duodenal ulcer or gastric cancer from different geographic regions. Dig Dis Sci 2002;47:2512-2518.

636.    Nurgalieva ZZ, Malaty HM, Graham DY, Almuchambetova R, Machmudova A, Kapsultanova D, Osato MS, Hollinger FB, Zhangabylov A. *Helicobacter pylori* infection in Kazakhstan: effect of water source and household hygiene. Am J Trop Med Hyg 2002;67:201-206.

637.    Park CY, Cho YK, Kodama T, El-Zimaity HM, Osato MS, Graham DY, Yamaoka Y. New serological assay for detection of putative *Helicobacter pylori* virulence factors. J Clin Microbiol 2002;40:4753-4756.

638.    Weisman SM, Graham DY. Evaluation of the benefits and risks of low-dose aspirin in the secondary prevention of cardiovascular and cerebrovascular events. Arch Intern Med 2002;162:2197-2202.

639. Yamaoka Y, Kita M, Kodama T, Imamura S, Ohno T, Sawai N, Ishimaru A, Imanishi J, Graham DY. *Helicobacter pylori* infection in mice: Role of outer membrane proteins in colonization and inflammation. Gastroenterology 2002;123:1992-2004.

640. Graham DY. NSAIDs, *Helicobacter pylori*, and Pandora's box. N Engl J Med 2002;347:2162-2164.

641. Opekun AR, Abdalla N, Sutton FM, Hammoud F, Kuo GM, Torres E, Steinbauer J, Graham DY. Urea breath testing and analysis in the primary care office. J Fam Pract. 2002;51:1030-1032.

642. Graham DY, Opekun AR, Yamaoka Y, Osato MS, El-Zimaity HT. Early events in proton pump inhibitor-associated exacerbation of corpus gastritis. Aliment Pharmacol Ther 2003;17:193-200.

643. Falush D, Wirth T, Linz B, Pritchard JK, Stephens M, Kidd M, Blaser MJ, Graham DY, Vacher S, Perez-Perez GI, Yamaoka Y, Megraud F, Otto K, Reichard U, Katzowitsch E, Wang X, Achtman M, Suerbaum S. Traces of human migrations in *Helicobacter pylori* populations. Science. 2003;299:1582-5.

644. Hwang IR, Hsu PI, Peterson LE, Gutierrez O, Kim JG, Graham DY, Yamaoka Y. Interleukin-6 genetic polymorphisms are not related to *Helicobacter pylori*-associated gastroduodenal diseases. Helicobacter. 2003;8:142-8.

645. Willingham FF, Opekun AR, Graham DY. Endoscopic demonstration of transient small bowel intussusception in a patient with adult celiac disease. Gastrointest Endosc. 2003;57:626-7.

646. Dore MP, Sepulveda AR, Bacciu PP, Blasi F, Simula L, Marras L, Piccolo D, Cherchi GB, Graham DY, Realdi G. Detection of *Chlamydiae pneumoniae* but not *Helicobacter pylori* DNA in atherosclerosis plaques. Dig Dis Sci. 2003;48:945-51.

647. Graham DY. *Helicobacter pylori* is not and never was "protective" against anything, including GERD. Dig Dis Sci. 2003;48:629-30.

648. Graham DY, Hammoud F, El Zimaity HM, Kim JG, Osato MS, El Serag HB. Meta-analysis: proton pump inhibitor or H2-receptor antagonist for *Helicobacter pylori* eradication. Aliment Pharmacol Ther. 2003;17:1229-36.

649. Marchildon PA, Sugiyama T, Fukada Y, Peacock JS, Asaka M, Shimoyama T, Graham DY. Evaluation of the effects of strain-specific antigen variation on the accuracy of serologic diagnosis of *Helicobacter pylori* infection. J Clin Microbiol. 2003;41:1480-5.

650. Sedlackova M, Malaty H, Volf V, Fruhauf P, Marx D, Soucek A, Graham DY. *Helicobacter pylori* infection in a group of symptomatic and asymptomatic children and adolescents in the Czech Republic. Cas Lek Cesk. 2003;142:102-5.

651. Gutierrez O, Akamatsu T, Cardona H, Graham DY, El-Zimaity HM. *Helicobacter pylori* and hetertopic gastric mucosa in the upper esophagus (the inlet patch). Am J Gastroenterol 2003;98:1266-1270.

652. Kwon DH, Dore MP, Kim JJ, Kato M, Lee M, Wu JY, Graham DY. High-level beta-lactam resistance associated with acquired multidrug resistance in *Helicobacter pylori*. Antimicrob Agents Chemother 2003;47:2169-2178.

653. Graham DY, Opekun AR, Hammoud F, Yamaoka Y, Reddy R, Osato MS, El Zimaity HM. Studies regarding the mechanism of false negative urea breath tests with proton pump inhibitors. Am J Gastroenterol 2003;98:1005-1009.

654. Dore MP, Marras L, Maragkoudakis E, Nieddu S, Manca A, Graham DY, Realdi G. Salvage therapy after two or more prior *Helicobacter pylori* treatment failures: the Super salvage regimen. Helicobacter. 2003;8:307-9.

655. El Zimaity HM, Ramchatesingh J, Clarridge JE, Abudayyeh S, Osato MS, Graham DY. Enterococcus gastritis. Hum Pathol. 2003;34:944-5.

656. Graham DY. The changing epidemiology of GERD: geography and *Helicobacter pylori*. Am J Gastroenterol. 2003;98:1462-70.

657. Malaty HM, Tanaka E, Kumagai T, Ota H, Kiyosawa K, Graham DY, Katsuyama T. Seroepidemiology of *Helicobacter pylori* and hepatitis A virus and the mode of transmission of infection: a 9-year cohort study in rural Japan. Clin Infect Dis. 2003;37:1067-72.

658. Nurgalieva ZZ, Graham DY. Pearls and pitfalls of assessing *Helicobacter pylori* status. Dig Liver Dis. 2003;35:375-7.

659. Park CY, Kwak M, Gutierrez O, Graham DY, Yamaoka Y. Comparison of genotyping *Helicobacter pylori* directly from biopsy specimens and genotyping from bacterial cultures. J Clin Microbiol. 2003;41:3336-8.

660. Bochenek WJ, Peters S, Fraga PD, Wang W, Mack ME, Osato MS, El Zimaity HM, Davis KD, Graham DY. Eradication of *Helicobacter pylori* by 7-day triple-therapy regimens combining pantoprazole with clarithromycin, metronidazole, or amoxicillin in patients with peptic ulcer disease: results of two double-blind, randomized studies. Helicobacter. 2003;8:626-42.

661. Vilaichone RK, Mahachai V, Kositchaiwat C, Graham DY, Yamaoka Y. Relation between seroreactivity to low-molecular-weight *Helicobacter pylori*-specific antigens and disease presentation. Clin Diagn Lab Immunol. 2003;10:1025-8.

662. Dore MP, Realdi G, Sepulveda AR, Graham DY. Detection of genomic *Helicobacter pylori* DNA in the blood of patients positive for the infection. Dig Liver Dis. 2003;35:839-40.

663. Forman D, Graham DY. Impact of *Helicobacter pylori* on society-role for a strategy of 'search and eradicate'. Aliment Pharmacol Ther. 2004;19 Suppl 1:17-21.

664. Dore MP, Graham DY. Ulcers and gastritis. Endoscopy. 2004;36:42-7.

665. Sakai T, Fukui H, Franceschi F, Penland R, Sepulveda AR, Fujimori T, Terano A, Genta RM, Graham DY, Yamaoka Y. Cyclooxygenase expression during *Helicobacter pylori* infection in Mongolian gerbils. Dig Dis Sci. 2003;48:2139-46.

666. Graham DY, Opekun AR, Jogi, M, Yamaoka Y, Lu H, Reddy R, El-Zimaity HMT. False negative urea breath tests with $H_2$-receptor antagonists: Interactions between *Helicobacter pylori* density and pH. Helicobacter 2004;9,17-27.

667. Graham DY. *Helicobacter pylori* - Diagnosis and treatment. Business Briefing: North American Pharmaco Therapy 2004:Feb.;110-3 (and www.bbriefings.com).

668. Dore MP, Graham DY. Current therapeutic approaches for *Helicobacter pylori* infection. Drug Benefit Trends 2004;16:188-96.

669. Yamaoka Y, Kudo T, Lu H, Casola A, Brasier AR, Graham DY. Role of interferon-stimulated responsive element-like element in interleukin-8 promoter in *Helicobacter pylori* infection. Gastroenterology 2004;126:1030-1043.

670. Kudo T, Nurgalieva ZZ, Conner ME, Crawford S, Odenbreit S, Haas R, Graham DY, Yamaoka Y. Correlation between *Helicobacter pylori* OipA protein expression and oipA gene switch status. J Clin Microbiol 2004;42:2279-2281.

671. Ibrahim A, Cole RA, Qureshi WA, Helaly AZ, Jamecci A, Graham DY, Ayub K. Schatzki's ring: to cut or break an unresolved problem. Dig Dis Sci 2004;49:379-383.

672. Chan FK, Graham DY. Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications--review and recommendations based on risk assessment. Aliment Pharmacol Ther 2004;19:1051-1061.

673. El-Serag HB, Petersen NJ, Carter J, Graham DY, Richardson P, Genta RM, Rabeneck L. Gastroesophageal reflux among different racial groups in the United States. Gastroenterology 2004;126:1692-1699.

674. Nakayama Y, Graham DY. *Helicobacter pylori* infection: diagnosis and treatment. Expert Rev Anti-Infect Therapy. 2004:2:599-610.

675. Graham DY, Belson G, Abudayyeh S, Osato MS, Dore MP, El-Zimaity HM. Twice daily (mid-day and evening) quadruple therapy for *H. pylori* infection in the United States. Dig Liver Dis. 2004;36:384-87.

676. Graham DY. Delayed-release lansoprazole plus naproxen: A viewpoint by David Y. Graham. Drugs. 2004;64:1920-1921.

677. Graham DY, Opekun AR, Osato MS, El-Zimaity HM, Lee CK, Yamaoka Y, Qureshi WA, Cadoz M, Monath TP. Challenge model for *Helicobacter pylori* infection in human volunteers. Gut. 2004;53:1235-43

678. Vilaichone RK, Mahachai V, Tumwasorn S, Wu JY, Graham DY, Yamaoka Y. Molecular epidemiology and outcome of *Helicobacter pylori* infection in Thailand: a cultural cross roads. Helicobacter. 2004;9:453-59.

679. Lu H, Graham DY, Yamaoka Y. The *Helicobacter pylori* restriction endonuclease-replacing gene, *hrgA*, and clinical outcome: comparison of East Asia and Western countries. Dig Dis Sci. 2004;49:1551-55.

680. Nanavati SA, Opekun AR, Hacken-Bitar JB, Cole RA, Anand BS, Graham DY. Migrating shell fragment as a cause of recurrent obscure gastrointestinal bleeding. J Clin Gastroenterol. 2004;38:137-38.

681. Graham DY, Chan FK. Is the use of COX-2 inhibitors in gastroenterology cost-effective? Nat Clin Pract Gastroenterol Hepatol 2004;1:60-1.

682. Graham DY, Kudo M, Reddy R, Opekun AR. Practical rapid, minimally invasive, reliable nonendoscopic method to obtain *Helicobacter pylori* for culture. Helicobacter. 2005;10:1-3.

683. Shiotani A, Iishi H, Uedo N, Kumamoto M, Nakae Y, Ishiguro S, Tatsuta M, Graham DY. Histologic and serum risk markers for noncardia early gastric cancer. Int J Cancer. 2005;115:463-49.

684. Malaty HM, Abudayyeh S, O'malley KJ, Wilsey MJ, Fraley K, Gilger MA, Hollier D, Graham DY, Rabeneck L. Development of a multidimensional measure for recurrent abdominal pain in children: population-based studies in three settings. Pediatrics. 2005;115:e210-e215.

685.    Graham DY, Opekun AR, Belson G, El-Zimaity HM, Carlson MR. Novel bismuth-metronidazole-tetracycline triple-layer tablet for treatment of *Helicobacter pylori*. Aliment Pharmacol Ther. 2005;21:165-68.

686.    Wu JY, Kim JJ, Reddy R, Wang WM, Graham DY, Kwon DH. Tetracycline-resistant clinical *Helicobacter pylori* isolates with and without mutations in 16S rRNA-encoding genes. Antimicrob Agents Chemother. 2005;49:578-83.

687.    Nurgalieva ZZ, Graham DY, Dahlstrom KR, Wei Q, Sturgis EM. A pilot study of *Helicobacter pylori* infection and risk of laryngopharyngeal cancer. Head Neck. 2005;27:22-27.

688.    Nurgalieva ZZ, Wong C, Zhangabylov AK, Omarbekova ZE, Graham DY, Vilchez RA, Butel JS. Polyomavirus SV40 infections in Kazakhstan. J Infect. 2005;50:142-48.

689.    Graham DY, Opekun AR, Willingham FF, Qureshi WA. Visible small-intestinal mucosal injury in chronic NSAID users. Clin Gastroenterol Hepatol. 2005;3:55-59.

690.    Kudo M, Gutierrez O, El-Zimaity HM, Cardona H, Nurgalieva ZZ, Wu J, Graham DY. CagA in Barrett's oesophagus in Colombia, a country with a high prevalence of gastric cancer. J Clin Pathol. 2005;58:259-62.

691.    Gologan A, Graham DY, Sepulveda AR. Molecular markers *in Helicobacter pylori*-associated gastric carcinogenesis. Clin Lab Med. 2005;25:197-222.

692.    Yamaoka Y, Yamauchi K, Ota H, Sugiyama A, Ishizone S, Graham DY, Maruta F, Murakami M, Katsuyama T. Natural history of gastric mucosal cytokine expression in *Helicobacter pylori* gastritis in Mongolian gerbils. Infect Immun. 2005;73:2205-12.

693.    Agha A, Opekun AR, Abudayyeh S, Graham DY. Effect of different organic acids (citric, malic and ascorbic) on intragastric urease activity. Aliment Pharmacol Ther. 2005;21:1145-48.

694.    Nurgalieva ZZ, Conner ME, Opekun AR, Zheng CQ, Elliott SN, Ernst PB, Osato M, Estes MK, Graham DY. B-cell and T-cell immune responses to experimental *Helicobacter pylori* infection in humans. Infect Immun. 2005;73:2999-3006.

695.    Saito H, Yamaoka Y, Ishizone S, Maruta F, Sugiyama A, Graham DY, Yamauchi K, Ota H, Miyagawa S. Roles of *virD4* and *cagG* genes in the *cag* pathogenicity island of *Helicobacter pylori* using a Mongolian gerbil model. Gut. 2005;54:584-90.

696.    Lu H, Hsu PI, Graham DY, Yamaoka Y. Duodenal ulcer promoting gene of *Helicobacter pylori*. Gastroenterology. 2005;128:833-48.

697.    Graham DY, Shiotani A. The time to eradicate gastric cancer is now. Gut. 2005;54:735-38.

698.    Shahidzadeh R, Opekun A, Shiotani A, Graham DY. Effect of the carbonic anhydrase inhibitor, acetazolamide, on *Helicobacter pylori* infection *in vivo*: a pilot study. Helicobacter. 2005;10:136-38.

699.    Cardenas VM, Graham DY. Smoking and *Helicobacter pylori* infection in a sample of U.S. adults. Epidemiology. 2005;16:586-90.

700.    El-Serag HB, Graham DY, Satia JA, Rabeneck L. Obesity is an independent risk factor for GERD symptoms and erosive esophagitis. Am J Gastroenterol. 2005;100:1243-50.

701.  Vilaichone RK, Mahachai V, Tumwasorn S, Wu JY, Graham DY, Yamaoka Y. Gastric mucosal cytokine levels in relation to host interleukin-1 polymorphisms and *Helicobacter pylori cagA* genotype. Scand J Gastroenterol. 2005;40:530-539.

702.  Agha A, Graham DY. Evidence-based examination of the African enigma in relation to *Helicobacter pylori* infection. Scand J Gastroenterol. 2005;40:523-29.

703.  Opekun AR, Yeh CW, Opekun JL, Graham DY. *In vivo* tests of natural therapy, Tibetan yogurt or fresh broccoli, for *Helicobacter* pylori infection. Methods Find Exp Clin Pharmacol. 2005;27:327-29.

704.  Julapalli VR, Graham DY. Appropriate use of intravenous proton pump inhibitors in the management of bleeding peptic ulcer. Dig Dis Sci. 2005;50:1185-93.

705.  Opekun AR, Gotschall AB, Abdalla N, Agent C, Torres E, Sutton FM, Graham DY, Tsuchiya K. Improved infrared spectrophotometer for point-of-care patient (13)C-urea breath testing in the primary care setting. Clin Biochem. 2005;38:731-34.

706.  Lu H, Wu JY, Kudo T, Ohno T, Graham DY, Yamaoka Y. Regulation of interleukin-6 promoter activation in gastric epithelial cells infected with *Helicobacter pylori*. Mol Biol Cell. 2005;10:4954-66.

707.  Graham DY. Is real-time testing for *Helicobacter pylori* and corpus atrophy clinically useful in 2005? Endoscopy 2005;37:1006-7.

708.  Kudo T, Lu H, Wu JY, Graham DY, Casola A, Yamaoka Y. Regulation of RANTES promoter activation in gastric epithelial cells infected with *Helicobacter pylori*. Infect Immun. 2005;73:7602-12.

709.  Lu H, Yamaoka Y, Graham DY. *Helicobacter pylori* virulence factors: facts and fantasies. Curr Opin Gastroenterol. 2005;21:653-59.

710.  Ricuarte O, Gutierrez O, Cardona H, Kim JG, Graham DY, El-Zimaity HM. Atrophic gastritis in young children and adolescents. J Clin Pathol 2005;58:1189-1193

711.  Graham DY. Conflicts between the leadership of professional societies in gastroenterology and big Pharma. Pract Gastroenterol 2005;29:40-4.

712.  Cardenas VM, Graham DY, El-Zimaity HM, Opekun AR, Campos A, Chavez A, Guerrero L. Rabeprazole containing triple therapy to eradicate *Helicobacter pylori* infection on the Texas-Mexican border. Aliment Pharmacol Ther. 2006;23:295-301.

713.  Cardenas VM, Mulla ZD, Ortiz M, Graham DY. Iron deficiency and *Helicobacter pylori* infection in the United States. Amer J Epidemiol. 2006;163:127-34.

714.  Graham DY. Helicobacter 2006: A note from the editor. Helicobacter. 2006;11:1.

715.  Nurgalieva ZZ, Opekun AR, Graham DY. Problem of distinguishing false-positive tests from acute or transient *Helicobacter pylori* infections. Helicobacter. 2006;11:69-74.

716.  Graham DY, Nurgalieva ZZ, El-Zimaity HMT, Opekun AR, Campos A, Guerrero L, Chavez A, Cardenas V. Noninvasive versus histologic detection of gastric atrophy in a Hispanic population in North America. Clin Gastroenterol Hepatol. 2006;4:306-14.

717.  Leung WK, Chan FK, Graham DY. Ulcers and gastritis. Endoscopy. 2006;38:2-4.

718.  Das S, Suarez G, Beswick EJ, Sierra JC, Graham DY, Reyes VE. Expression of B7-H1 on gastric epithelial cells: Its potential role in regulating T cells during *Helicobacter pylori* infection. J Immunol. 2006;176:3000-9.

719.    Wu JY, Lu H, Sun Y, Graham DY, Cheung HS, Yamaoka Y. Balance between polyoma enhancing activator 3 and activator protein 1 regulates *Helicobacter pylori*-stimulated matrix metalloproteinase 1 expression. Cancer Res. 2006;66:5111-20.

720.    Lu H, Graham DY. New development in the mechanistic understanding of peptic ulcer diseases. Drug Discovery Today: Disease Mechanisms 2006;3:431-437

721.    Graham DY, Uemura N. Natural history of gastric cancer after *Helicobacter pylori* eradication in Japan: after endoscopic resection, after treatment of the general population, and naturally. Helicobacter. 2006;11:139-43.

722.    Opekun AR, Luu P, Gotschall AB, Abdalla N, Torres E, Rudd SB, Graham DY, Nurgalieva ZZ, Tsuchiya K. Point-of-care *Helicobacter pylori* urine antibody detection in a multi-ethnic adult population in the United States. Transl Res 2006;148:13-18.

723.    Malaty HM, Abudayyeh S, Graham DY, Gilger MA, Rabeneck L, O'malley K. A prospective study for the association *of Helicobacter pylori* infection to a multidimensional measure for recurrent abdominal pain in children. Helicobacter 2006;11:250-257.

724.    Vilaichone RK, Mahachai V, Graham DY. *Helicobacter pylori* diagnosis and management. Gastroenterol Clin North Am 2006;35:229-247.

725.    Goodgame R, Graham DY. Preface. Gastroenterol Clin North Am 2006;35:xiii-xxiv.

726.    Graham DY. History, current and future of studies about *H. pylori*. The GI forefront. 2006;2:52-57.

727.    Graham DY, Abudayyeh S, El-Zimaity HM, Hoffman J, Reddy R, Opekun AR. Sequential therapy using high-dose esomeprazole-amoxicillin followed by gatifloxacin for *Helicobacter* pylori infection. Aliment Pharmacol Ther 2006;24:845-850.

728.    Shiotani A, Haruma K, Uedo N, Iishi H, Ishihara R, Tatsuta M, Kumamoto M, Nakae Y, Ishiguro S, Graham DY. Histological risk markers for non-cardia early gastric cancer. Pattern of mucin expression and gastric cancer. Virchows Arch 2006;449:652-659.

729.    Graham DY, Shiotani A, El-Zimaity HM. Chromoendoscopy points the way to understanding recovery of gastric function after *Helicobacter pylori* eradication. Gastrointest Endosc 2006;64:686-690.

730.    Liu Y, Akiyama J, Graham DY. Current understandings of *Helicobacter pylori*, peptic ulcer and gastroesophageal reflux disease. Minerva Gastroenterol Dietol 2006;52:235-248.

731.    Graham DY. Current status of NERD in the U.S. The GI forefront. 2006;2:154.

732.    Sipponen P, Graham DY. Importance of atrophic gastritis in diagnostics and prevention of gastric cancer: Application of plasma biomarkers. Scand J Gastroenterol 2007;42:2-10.

733.    Tkachenko MA, Zhannat NZ, Erman LV, Blashenkova EL, Isachenko SV, Isachenko OB, Graham DY, Malaty HM. Dramatic changes in the prevalence of *Helicobacter pylori* infection during childhood: a 10-year follow-up study in Russia. J Pediatr Gastroenterol Nutr 2007;45:428-432.

734.    Choi IJ, Fujimoto S, Yamauchi K, Graham DY, Yamaoka Y. *Helicobacter pylori* environmental interactions: effect of acidic conditions on *H. pylori*-induced gastric mucosal interleukin-8 production. Cell Microbiol 2007;9:2457-2469.

735. El-Serag HB, Graham DY, Rabeneck L, Avid A, Richardson P, Genta RM. Prevalence and determinants of histological abnormalities of the gastric cardia in volunteers. Scand J Gastroenterol 2007;42:1158-1166.

736. Fujimoto S, Olaniyi OO, Arnqvist A, Yih WJ, Odenbreit S, Haas R, Graham DY, Yamaoka Y. *Helicobacter pylori* BabA expression, gastric mucosal injury, and clinical outcome. Clin Gastroenterol Hepatol 2007;5:49-58.

737. Graham DY, Lu H, Yamaoka Y. A report card to grade *Helicobacter pylori* therapy. Helicobacter 2007;12:275-278.

738. Graham DY, Yamaoka Y, Malaty HM. Contemplating the future without *Helicobacter pylori* and the dire consequences hypothesis. Helicobacter 2007;12 Suppl 2:64-68.

739. Graham DY, Yamaoka Y, Malaty HM. Thoughts about populations with unexpected low prevalences of *Helicobacter pylori* infection. Trans R Soc Trop Med Hyg 2007;101:849-851.

740. Graham DY. Chemotherapy for gastric cancer and colorectal cancer. The GI Forefront 2007;3:156-158.

741. Graham DY. Current status of GIST in the US. The GI forefront. 2007;3:62-64.

742. Kim JJ, Lee J H, Graham DY. Refractory ulcer: what do do next? Consultant 2007;47:625-633.

743. Kudo T, Lu H, Wu JY, Ohno T, Wu MJ, Genta RM, Graham DY, Yamaoka Y. Pattern of transcription factor activation in *Helicobacter pylori*-infected Mongolian gerbils. Gastroenterology 2007;132:1024-1038.

744. Linz B, Balloux F, Moodley Y, Manica A, Liu H, Roumagnac P, Falush D, Stamer C, Prugnolle F, van der Merwe SW, Yamaoka Y, Graham DY, Perez-Trallero E, Wadstrom T, Suerbaum S, Achtman M. An African origin for the intimate association between humans and *Helicobacter pylori*. Nature 2007;445:915-918.

745. Lu H, Wu JY, Beswick EJ, Ohno T, Odenbreit S, Haas R, Reyes VE, Kita M, Graham DY, Yamaoka Y. Functional and intracellular signaling differences associated with the *Helicobacter pylori* AlpAB adhesin from Western and East Asian strains. J Biol Chem 2007;282:6242-6254.

746. Lu M, Malladi V, Agha A, Abudayyeh S, Han C, Siepman N, Graham DY. Failures in a proton pump inhibitor therapeutic substitution program: lessons learned. Dig Dis Sci 2007;52:2813-2820.

747. Malaty HM, Abudayyeh S, Fraley K, Graham DY, Gilger MA, Hollier DR. Recurrent abdominal pain in school children: effect of obesity and diet. Acta Paediatr 2007;96:572-576.

748. Malfertheiner P, Megraud F, O'Morain C, Bazzoli F, El-Omar E, Graham D, Hunt R, Rokkas T, Vakil N, Kuipers EJ. Current concepts in the management of *Helicobacter pylori* infection: the Maastricht III Consensus Report. Gut 2007;56:772-781.

749. Nurgalieva ZZ, Hollinger FB, Graham DY, Zhangabylova S, Zhangabylov A. Epidemiology and transmission of hepatitis B and C viruses in Kazakhstan. World J Gastroenterol 2007;13:1204-1207.

750. Rugge M, Meggio A, Pennelli G, Piscioli F, Giacomelli L, de Pretis G, Graham DY. Gastritis staging in clinical practice: the OLGA staging system. Gut 2007;56:631-636.

David Y. Graham, M.D.

751. Salama NR, Gonzalez-Valencia G, Deatherage B, viles-Jimenez F, Atherton JC, Graham DY, Torres J. Genetic analysis of *Helicobacter pylori* strain populations colonizing the stomach at different times postinfection. J Bacteriol 2007;189:3834-3845.

752. Shiotani A, Opekun AR, Graham DY. Visualization of the small intestine using capsule endoscopy in healthy subjects. Dig Dis Sci 2007;52:1019-1025.

753. Choi IJ, Fujimoto S, Yamauchi K, Graham DY, Yamaoka Y. *Helicobacter pylori* environmental interactions: effect of acidic conditions on *H. pylori*-induced gastric mucosal interleukin-8 production. Cell Microbiol 2007;9:2457-69.

754. Pang SH, Leung WK, Graham DY. Ulcers and gastritis. Endoscopy 2008;40:136-139.

755. Cardenas VM, Dominguez DC, Puentes FA, Aragaki CC, Goodman KJ, Graham DY, Fukuda Y. Evaluation of a novel stool native catalase antigen test for *Helicobacter pylori* infection in asymptomatic North American children. J Pediatr Gastroenterol Nutr 2008;46:399-402.

756. Dore MP, Graham DY. Gastritis, dyspepsia and peptic ulcer disease. Minerva Med 2008;99:323-333.

757. Tabassam FH, Graham DY, Yamaoka Y. OipA plays a role in *Helicobacter pylori*-induced focal adhesion kinase activation and cytoskeletal re-organization. Cell Microbiol 2008;10:1008-1020.

758. Essa AS, Nouh MA, Ghaniam NM, Graham DY, Sabry HS. Prevalence of CgA in relation to clinical presentation of *Helicobacter pylori* infection in Egypt. Scand J Infect Dis 2008; 40:730-733.

759. Graham DY, Chan FK. NSAIDs, risks, and gastroprotective strategies: current status and future. Gastroenterology 2008;134:1240-1246.

760. Aebischer T, Bumann D, Epple HJ, Metzger W, Schneider T, Cherepnev G, Walduck AK, Kunkel D, Moos V, Loddenkemper C, Jiadze I, Panasyuk M, Stolte M, Graham DY, Zeitz M, Meyer TF. Correlation of T cell response and bacterial clearance in human volunteers challenged with H. pylori revealed by randomized controlled vaccination with Ty21a-based Salmonella vaccines. Gut 2008;57:1065-1072.

761. Graham DY, Kato M, Asaka M. Gastric endoscopy in the 21st century: appropriate use of an invasive procedure in the era of non-invasive testing. Dig Liver Dis 2008;40:497-503.

762. Dore MP, Maragkoudakis E, Fraley K, Pedroni A, Tadeu V, Realdi G, Graham DY, Delitala G, Malaty HM. Diet, lifestyle and gender in gastro-esophageal reflux disease. Dig Dis Sci 2008;53:2027-2032.

763. Graham DY, Lu H, Yamaoka Y. Therapy for *Helicobacter pylori* infection can be improved : sequential therapy and beyond. Drugs 2008;68:725-736.

764. Graham DY, Shiotani A. New concepts of resistance in the treatment of *Helicobacter pylori* infections. Nat Clin Pract Gastroenterol Hepatol 2008;5:321-331.

765. Graham DY. Treatment of inflammatory bowel disease: today and tomorrow. The GI forefront. 2008;4:46-49.

766. Qureshi WA, Wu J, Demarco D, Abudayyeh S, Graham DY. Capsule endoscopy for screening for short-segment Barrett's esophagus. Am J Gastroenterol 2008;103:533-537.

767.   Rugge M, Correa P, Di MF, El-Omar E, Fiocca R, Geboes K, Genta RM, Graham DY,
       Hattori T, Malfertheiner P, Nakajima S, Sipponen P, Sung J, Weinstein W, Vieth M.
       OLGA staging for gastritis: a tutorial. Dig Liver Dis 2008;40:650-658.

768.   Rugge M, Kim JG, Mahachai V, Miehlke S, Pennelli G, Russo VM, Perng CL, Chang
       FY, Tandon RK, Singal DK, Sung JJ, Valenzuela JE, Realdi G, Dore MP, Graham DY.
       OLGA gastritis staging in young adults and country-specific gastric cancer risk. Int J
       Surg Pathol 2008;16:150-154.

769.   Toracchio S, El-Zimaity HM, Urmacher C, Katz S, Graham DY. *Mycobacterium avium
       subspecies paratuberculosis* and Crohn's disease granulomas. Scand J Gastroenterol
       2008;43:1108-1111.

770.   Yamauchi K, Choi IJ, Lu H, Ogiwara H, Graham DY, Yamaoka Y. Regulation of IL-18
       in *Helicobacter pylori* infection. J Immunol 2008;180:1207-1216.

771.   Malaty, HM, Tkachenko M, Fraley JK, Abudayyeh S, O'Malley K, Graham DY, Gilger MA.
       Recurrent abdominal pain symptoms in childhood: a population-based study. JCOM
       2008;:15:287-292.

772.   Ito K, Yamaoka Y, Ota H, El-Zimaity H, Graham DY. Adherence, internalization, and
       persistence of *Helicobacter pylori* in hepatocytes. Dig Dis Sci 2008;53:2541-2549.

773.   Ito K, Yamaoka Y, Yoffe B, Graham DY. Disturbance of apoptosis and DNA synthesis
       by *Helicobacter pylori* infection of hepatocytes. Dig Dis Sci 2008;53:2532-2540

774.   Malaty HM, O'Malley KJ, Abudayyeh S, Graham DY, Gilger MA. Multidimensional
       measure for gastroesophageal reflux disease (MM-GERD) symptoms in children: a
       population-based study. Acta Paediatr 2008.97:1292-1297.

775.   Graham DY, Genta RM. Long-term proton pump inhibitor use and gastrointestinal
       cancer. Curr Gastroenterol Rep 2008;10:543-547.

776.   Schwarz S, Morelli G, Kusecek B, Manica A, Balloux F, Owen RJ, Graham DY, van der
       MS, Achtman M, Suerbaum S. Horizontal versus familial transmission of *Helicobacter
       pylori*. PLoS Pathog 2008;4:e1000180.

777.   Atmar RL, Opekun AR, Gilger MA, Estes MK, Crawford SE, Neill FH, Graham DY.
       Norwalk virus shedding after experimental human infection. Emerg Infect Dis
       2008;14:1553-1557.

778.   Graham DY. *Helicobacter pylori* eradication and metachronous gastric cancer.  The GI
       forefront. 2008;4:136-138.

779.   Moodley Y, Linz B, Yamaoka Y, Windsor HM, S. Breurec S, Wu JY, Maady A,
       Bernhoft, Thiberge JM, Phuanukoonnon A, Jobb G, Siba P, Graham DY, B. J. Marshall
       BJ, M. Achtman M. The Peopling of the Pacific from a bacterial perspective. Science
       2009 323 (5913):527-530.

780.   Sugimoto M, Wu JY, Abudayyeh S, Hoffman J, Brahem H, Al-Khatib K, Yamaoka Y,
       Graham DY. Unreliability of results of PCR detection of *Helicobacter pylori* in clinical
       or environmental samples. J Clin Microbiol 2009;47:738-742.

781.   Becker MC, Wang TH, Wisniewski L, Wolski K, Libby P, Luscher TF, Borer JS,
       Mascette AM, Husni ME, Solomon DH, Graham DY, Yeomans ND, Krum H,
       Ruschitzka F, Lincoff AM, Nissen SE. Rationale, design, and governance of Prospective
       Randomized Evaluation of Celecoxib Integrated Safety versus Ibuprofen Or Naproxen

(PRECISION), a cardiovascular end point trial of nonsteroidal antiinflammatory agents in patients with arthritis. Am Heart J 2009;157:606-612.

782. Elitsur Y, Tolia V, Gilger MA, Reeves-Garcia J, Schmidt-Sommerfeld E, Opekun AR, El-Zimaity H, Graham DY, Enmei K. Urea breath test in children: the United States prospective, multicenter study. Helicobacter 2009;14:134-140.

783. Essa AS, Kramer JR, Graham DY, Treiber G. Meta-analysis: four-drug, three-antibiotic, non-bismuth-containing "concomitant therapy" versus triple therapy for *Helicobacter pylori* eradication. Helicobacter 2009;14:109-118.

784. Ohno T, Sugimoto M, Nagashima A, Ogiwara H, Vilaichone RK, Mahachai V, Graham DY, Yamaoka Y. Relationship between *Helicobacter pylori* hopQ genotype and clinical outcome in Asian and Western populations. J Gastroenterol Hepatol 2009;24:462-468.

785. Sugimoto M, Graham DY. High-dose versus standard-dose PPI in triple therapy for *Helicobacter pylori* eradication. Nat Clin Pract Gastroenterol Hepatol 2009;6:138-139.

786. Graham DY. Efficient identification and evaluation of effective *Helicobacter pylori* therapies. Clin Gastroenterol Hepatol 2009;7:145-148.

787. Graham DY. Gastric cancer surveillance or prevention plus targeted surveillance. Japanese J Helicobacter Res 2009;10:9-14

788. Abudayyeh S, Hoffman J, El-Zimaity HT, Graham DY. Prospective, randomized, pathologist-blinded study of disposable alligator-jaw biopsy forceps for gastric mucosal biopsy. Dig Liver Dis 2009;41:340-344.

789. Graham DY, Lu H, Yamaoka Y. African, Asian or Indian enigma, the East Asian *Helicobacter pylori*: facts and medical myths. J Dig Dis 2009;10:77-84.

790. Toracchio S, Ota H, de JD, Wotherspoon A, Rugge M, Graham DY, Samani A, El-Zimaity HM. Translocation t(11;18)(q21;q21) in gastric B-cell lymphomas. Cancer Sci 2009;100:881-887.

791. Carmack SW, Genta RM, Graham DY, Lauwers GY. Management of gastric polyps: a pathology-based guide for gastroenterologists. Nat Rev Gastroenterol Hepatol 2009;6:331-341.

792. Vanchiere JA, Abudayyeh S, Copeland CM, Lu LB, Graham DY, Butel JS. Polyomavirus shedding in the stool of healthy adults. J Clin Microbiol 2009;47:2388-2391.

793. Graham DY. Low dose aspirin: an unresolved problem. . The GI forefront. 2009;5:58-61.

794. Tabassam FH, Graham DY, Yamaoka Y. *Helicobacter pylori* activate epidermal growth factor receptor- and phosphatidylinositol 3-OH kinase-dependent Akt and glycogen synthase kinase 3beta phosphorylation. Cell Microbiol 2009;11:70-82.

795. Jung SW, Sugimoto M, Graham DY, Yamaoka Y. The *homB* status of *Helicobacter pylori* as a novel marker to distinguish gastric cancer from duodenal ulcer. J Clin Microbiol 2009;47: 3241–3245.

796. Graham DY. Efficient identification and evaluation of effective *Helicobacter pylori* therapies. Clin Gastroenterol Hepatol 2009;7:145-148.

797. Graham DY, Asaka M. Eradication of gastric cancer and more efficient gastric cancer surveillance in Japan: two peas in a pod. J Gastroenterol 2009. *epublished ahead of print*

798.   Jang JS, Choi SR, Graham DY, Kwon HC, Kim MC, Jeong JS, Won JJ, Han SY, Noh MH, Lee JH, Lee SW, Baek YH, Kim MJ, Jeong DS, Kim SK. Risk factors for immediate and delayed bleeding associated with endoscopic submucosal dissection of gastric neoplastic lesions. Scand J Gastroenterol 2009; *epublished ahead of print*

799.   Sugimoto M, Ohno T, Graham DY, Yamaoka Y. Gastric mucosal interleukin-17 and -18 mRNA expression in Helicobacter pylori-induced Mongolian gerbils. Cancer Sci 2009. *epublished ahead of print*

800.   Graham DY. Endoscopic Ulcers Are Neither Meaningful Nor Validated as a Surrogate for Clinically Significant Upper Gastrointestinal Harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*

801.   Wu DC, Hsu PI, Wu JY, Opekun AR, Kuo CH, Wu IC, Wang SS, Chen A, Hung WC, Graham DY. Sequential and Concomitant Therapy with 4 drugs are Equally Effective for Eradication of H. pylori Infection. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*

## ELECTRONIC PUBLICATIONS

1.   Mahachai, V, Graham DY. Gastric polyps. Uptodate on line version 17.2, June 2009

2.   Michael Koss M. Goldstein J, Graham DY. Peptic Ulcer. PIER, American College of Physicians 2008-

## BOOKS WRITTEN OR EDITED

1.   The Stomach. S Gustavsson, D Kumar, DY Graham (Eds). Churchill Livingston, London 1992, pp. 375-384.

2.   Gastroenterology. Current Practice of Medicine (DY Graham and A Ertan Section Eds) AM Gotto (Ed). Current Medicine, Philadelphia 1996:XIII:10.1-8.

3.   Ulcers in a new light. Engstrand L, Graham DY. Sparre Medical AB., Stockholm, 1997.

3    Contemporary diagnosis and management of H. pylori-associated gastrointestinal diseases. Graham KS, Graham DY. Handbooks in Healthcare Co, Newton, PA, 1998.

4.   Gastritis. Graham DY, Genta RM, Dixon MF (Eds). Lippincott Williams & Wilkins 1999.

5.   Gastroenterology. Current Practice of Medicine (DY Graham and A Ertan Section Eds) AM Gotto (Ed). Current Medicine, Inc. Philadelphia, PA. 1999.

6.   Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases. Graham KS, Graham DY. 2nd Edition. Handbooks in Healthcare Co, Newton, PA, 2002.

7.   Contemporary diagnosis and management of upper gastrointestinal diseases. El-Serag HB, Graham DY, Handbooks in Healthcare Co. Newton, PA 2005.

8.   Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases. Graham KS, Graham DY. 3nd Edition. Handbooks in Healthcare Co, Newton, PA, 2005.

9.    Common gastrointestinal and hepatic infections. Goodgame R, Graham DY (Eds). Volume 25 #2, Gastroenterology Clinics of North America, W.B Saunders Company, Philadelphia 2006.

10.   *H. pylori'ye* Bağlı Gastrointestinal Hastalıklar (Turkish Edition **of** Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases). Graham KS, Graham DY. Cordis Group (www.cordisgroup.com.t)

## CHAPTERS IN BOOKS

1.    Graham DY. Enzyme therapy of digestive disorders. In: Enzymes as Drugs. JS Holcenberg and J Roberts (Eds.), John Wiley and Sons, New York, 1981, pp. 331-51.

2.    Graham DY, Estes MK. Viral gastroenteritis. In: Prognosis. JF Fries and GE Erlich (Eds), Charles Press, Bowie, Maryland, 1981, pp. 299-301.

3.    Graham DY, Estes MK, Hanssen HH, Mason BB, Ericson BL. Studies on VP7: the structural glycoprotein of the simian rotavirus SA11. In: Double Stranded RNA viruses. RW Compans and DHL Bishop (Ed), Elsevier North Holland, 1983, pp. 137-44.

4.    Graham DY. Chronic pancreatitis: exocrine and endocrine insufficiencies. In: Current Therapy in Gastroenterology and Liver Disease. TM Bayless (Ed), B.C. Decker, Inc., 1984, pp. 483-6.

5.    Graham DY. Chronic pancreatitis: exocrine and endocrine insufficiencies. In: Current Therapy in Internal Medicine. TM Bayless, MC Brain, RM Cherniack (Eds), B.C. Decker, Inc., 1984, pp. 733-6.

6.    Estes MK, Graham DY, Dimitrov DD. The molecular epidemiology of rotavirus gastroenteritis. In: Progress in Medical Virology. JL Melnick (Ed), S. Karger, 1984, Vol 29, pp. 1-22.

7.    Graham DY. Emergency upper Gastrointest Endosc with in 24 hours of presentation should not be utilized in the management of upper gastrointestinal bleeding of unknown cause. Negative. In: Controversies in Gastroenterology. G Gitnick (Ed), Churchill Livingstone, 1984, pp. 153-72.

8.    Ericson BL, Petrie BL, Graham DY, Mason BB, Estes MK. Rotaviruses code for two types of glycoprotein precursors. In: Protein Transport and Secretion. DL Oxender (Ed). Alan R. Liss, 1984, pp. 55-64 (also J. Cell. Biochem. 1983;22:151-60).

9.    Graham DY. Treatment of benign and malignant strictures of the esophagus. In: Therapeutic Gastrointest Endosc. SE Silvis (Ed), Igaku-Shoin, 1985, pp. 1-30.

10.   Estes MK, Graham DY, Petrie BL. Antigenic structure of rotaviruses. In: Immunochemistry of Viruses: the Basis for Serodiagnosis and Vaccines. WHV van Rengenmortel, AR Neurath (Eds), Elsevier, 1985, pp. 390-405.

11.   Estes MK, Graham DY. Rotavirus antigens. Immunobiology of Proteins and Peptides-III Viral and Bacterial Antigens. MZ Atassi, HL Bachrach (Eds), Plenum Publishing, Adv Exper Med Biol 1985;185:201-14.

12.   Hollinger FB, Graham DY, Sheth SK. Jaundice and infections of the liver. In: Infectious Diseases of Children and Adults: a Step-By-Step Approach to Diagnosis and Treatment. LK Pickering, HL DuPont (Eds), Addison-Wesley Publishing Co, 1986, pp. 403-43.

David Y. Graham, M.D.

13.     Graham DY. Effectiveness and tolerance of "solid" vs "liquid" potassium replacement therapy. In: Potassium in Cardiovascular and Renal Medicine. PK Welton, A. Welton, W Gordon Walker (Eds), Marcel Dekker, Inc., 1986, pp. 435-50.

14.     Graham DY. Gastric ulcer. In: Current Therapy in Gastroenterology and Liver Disease - 2. TM Bayless (Ed), B.C. Decker, Inc., 1986, pp. 69-72.

15.     Graham DY, Smith JL. The problem of esophageal varices: the internists perspective. In: Selected Gastrointestinal Disorders: Intractability and Its Management. WO Griffen, Jr and P Mandelstam (Eds), Williams & Wilkins, 1987, pp. 227-34.

16.     Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointest Endosc. MV Sivak (Ed), W.B. Saunders Co., 1987; pp. 431-53.

17.     Michaletz PA, Graham DY. Bleeding esophageal varices. In: Conn's Current Therapy. RE Rankel (Ed), WB Saunders Co. 1987, pp 367-761.

18.     Graham DY. Gastric ulcer. In: Principles and Practice of Gastroenterology and Hepatology. IM Samloff, D Hollander, G Gitnick (Eds), Elsevier 1988, pp 164-174.

19.     Graham DY, Estes MK. Viral infections of the intestine. In: Principles and Practice of Gastroenterology and Hepatology. IM Samloff, D Hollander, G Gitnick (Eds), Elsevier, New York. 1988, pp 566-578.

20.     Klein PD, Graham DY. Detection of gastric Campylobacter by a 13C-urea breath test. In: Use of Stable Isotopes in Clinical Research and Practice. H Paust, H Helge, P Scigalla (Eds). Zuckschwerdt Verlag, Munich. 1988; pp 9-11.

21.     Schwartz JT, Graham DY. Diverticular disease of the large intestine. In: Diseases of the Colon, Rectum, & Anal Canal. JB Kirsner, RG Shorter (Eds), Williams and Wilkins, Baltimore. 1988, pp 519-536.

22.     Yoshimura HH, Markesich DC, Graham DY. Studies of mycobacteria isolated from patients with inflammatory bowel disease. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, pp. 521-5.

23.     Markesich DC, Graham DY, Yoshimura HH. Interaction of human monocytes and mycobacteria: studies comparing Crohn's patients with controls. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, pp. 553-7.

24.     Estes MK, Nakata S, Burns JW, Petrie BL, Welch, S-KW, Tanaka, TN, Graham DY. Characterization of group B rotaviruses and their relationship to inflammatory bowel disease. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, 629-34.0

25.     Graham DY, Markesich DC, Kalter DC, Yoshimura HH. Isolation of cell wall-defective acid-fast bacteria from skin lesions of patients with sarcoidosis. In: Sarcoidosis and Other Granulomatous Disorders. C Grassi, G Rizzato, E Pozzi (Eds). Excerpta Medica, Amsterdam. 1988, pp. 161-4.

26.     Graham DY. Clinical aspects of the protective effects of prostaglandins on non-steroidal anti-inflammatory drug-associated mucosal injury. In: Prostaglandins and Leukotrienes in Gastrointestinal Diseases. W Domschke, HG Dammann, BM Peskar, KH Holtermuller (Eds). Springer-Verlag, Berlin 1988, pp. 161-7.

27.	Graham DY.  Complications of peptic ulcer disease and indications for surgery.  In:
	Gastrointestinal Disease.  Pathophysiology, Diagnosis, Management. 4th Ed.  MH
	Sleisenger, JS Fordtran (Eds), WB Saunders Co, Philadelphia. 1989, pp 925-36.

28.	Larkai EN, Graham DY.  Gastric ulcer. In: Difficult Problems in Digestive Diseases. JS
	Barkin, AI Rogers (Eds),  Year Book Medical Publishers, Chicago. 1989, pp 88-94.

29.	Klein PD, Graham DY.  Campylobacter pylori detection by the 13C-urea breath test.  In:
	B Rathbone and V Heatley (Eds).  Campylobacter pylori and Gastroduodenal Disease.
	Blackwell Scientific Publications, Oxford. 1989:94-106

30.	Estes MK, Conner ME, Gilger MA, Graham DY.  Molecular biology and immunology of
	rotavirus infections.  Immunol Invest 1989;18:571-81.

31.	Graham DY.  Treatment of benign and malignant strictures of the esophagus.  In:
	Therapeutic Gastrointest Endosc. 2nd Edition, SE Silvis (Ed). Igaku-Shoin,  1990, pp. 1-
	41

32.	Graham DY.  *Helicobacter pylori*: future directions in research. In: *Helicobacter pylori*,
	Gastritis and Peptic Ulcer.  P Malfertheiner, H Ditschuneit (Eds).  Springer-Verlag,
	Berlin, 1990, pp 463-70.

33.	Michaletz PA, Graham DY.  Dilatation of colonic strictures.  In: Advanced Therapeutic
	Endoscopy. J Barkin, C O'Phelan (Eds).  Raven Press, Ltd, New York, 1990, pp 127-45.

34.	Evans DJ Jr, Evans DG, Opekun AR, Graham DY.  Immunoprotective oral whole cell
	vaccine for enterotoxigenic Escherichia coli diarrhea prepared by in situ destruction of
	chromosomal and plasmid DNA with colicin E2. In: Advances on Research on Cholera
	and Related Diarrheas. Vol. 7.  RB Sack, Y Zinnaka (Eds).  KTW Scientific Publishers,
	Tokyo, 1990:71-82.

35.	Graham DY.  Present status of research and outlook for the future: what did we
	accomplish? In: Mechanisms of peptic ulcer healing.  F. Halter, A. Garner, G.N.J. Tytgat
	(Eds).  Kluwer Academic Publishers, Dordrecht, 1991, pp 303-9.

36.	Graham DY.  *Helicobacter pylori* in human populations: the present and predictions of
	the future based on the epidemiology of polio. *Helicobacter pylori* 1990: Proceedings of
	the Second International Symposium on *Helicobacter pylori*. H Menge, M Gregor, GNJ
	Tytgat, BJ Marshall, CAM McNulty (Eds)  Springer-Verlag, Berlin 1991, pp 97-102.

37.	Surawicz CM, Graham DY.  Viral colitis. In: The Large Intestine: Physiology,
	Pathophysiology and Diseases.  SF Phillips, JH Pemberton, RG Shorter (Eds). New York,
	Raven Press 1991, pp 429-36.

38.	Börsch GMA, Graham DY.  *Helicobacter pylori*.  In: Handbook of Experimental
	Pharmacology, Vol 99, Pharmacology of Peptic Ulcer Disease, SB Benjamin, MJ Collen
	(Eds).  Springer-Verlag, Berlin, 1991, 107-48.

39.	Graham DY, Markesich DC, Yoshimura HH, Estes MK.  Microbial aetiology of Crohn's
	disease: mycobacteria - cause or commensal?  In: Inflammatory Bowel Disease. AA
	Anagnostides, HJF Hodgson, JB Kirsner (Eds).  Chapman & Hall Medical, New York,
	1991; pp 179-200.

40.	Gentry KR, Graham DY.  Upper gastrointestinal hemorrhage from the stomach.  In: The
	Stomach.  S Gustavsson, D Kumar, DY Graham (Eds).  Churchill Livingston, London
	1992, pp. 375-384.

41.  Go MF, Graham DY.  Acute and Chronic Gastritis.  In: Medicine for the Practicing Physician, 3rd Edition.  JW Hurst (Ed).  Butterworths, Stoneham, MA 1992; 1499-1503.7

42.  Anand BS, Graham DY.  Gastritis.  In: Management of Gastrointestinal Disease.  SJ Winawar (Ed), Gower Medical Publishing, New York 1992; pp 4.1-4.34.

43.  Yoshimura HH, Graham DY.  *Helicobacter pylori* strains from duodenal ulcer patients differ at the genomic level from those with simple gastritis.  In: *H. pylori* and Gastroduodenal Pathology.  JM Pajares (Ed), Springer-Verlag, Berlin 1992; pp 19-21.

44.  Malaty HM, Graham DY.  *Helicobacter pylori* infection clusters in families of healthy individuals.  In: *H. pylori* and Gastroduodenal Pathology.  JM Pajares (Ed), Springer-Verlag, Berlin 1992; pp 49-52.

45.  Graham DY, Olivero JJ.  Prevention of nonsteroidal anti-inflammatory drug-induced ulcers.  In: Rheumatology APLAR 1992.  AR Nasution, J Darmawan, H Isbagio (Eds), Churchhill Livingstone, New York 1992; pp 9-13.

46.  Graham DY.  How do we manage NSAID-induced GI damage?  The Western Experience.  In: Rheumatology APLAR 1992.  AR Nasution, J Darmawan, H Isbagio (Eds), Churchhill Livingstone, New York 1992; pp 323-6.

47.  Moss MT, Sanderson JD, Tizare MLV, Hermon-Taylor J, El-Zaatari F, Markesich D, Graham DY.  Identification of M. paratuberculosis by PCR in long term cultures of Crohn's disease tissue.  In:  Proceedings of the Third International Colloquium on Paratuberculosis.  RJ Chiodini, JM Kreeger (Eds), International Association for Paratuberculosis, Providence, 1992; pp 208-13.

48.  El-Zaatari FAK, Engstrand L, Markesich D, Graham DY.  Screening of a Mycobacterium paratuberculosis expression library with polyclonal antisera and amplified DNA probes to identify species-specific immunodominant antigens.  In:  Proceedings of the Third International Colloquium on Paratuberculosis.  RJ Chiodini, JM Kreeger (Eds), International Association for Paratuberculosis, Providence, 1992; pp 254-68.

49.  El-Zaatari FAK, Graham DY. Mycobacterial etiology of Crohn's disease: how to prove causation.  In: Is Crohn's disease a mycobacterial disease.  C.J.J. Mulder, G.N.J. Tytgat (Eds), Developments in Gastroenterology Vol 14, Kluwer Academic Publishers, Dordrecht, 1992;  pp 70-75.

50.  Graham DY.  Ulcer complications and their nonoperative treatment.  In: Gastrointestinal Disease.  Pathophysiology, Diagnosis, Management. 5th Ed.  MH Sleisenger, JS Fordtran (Eds), WB Saunders Co, Philadelphia. 1993, pp 698-712.

51.  Graham D. Conceptual evolution from gastritis, to peptic ulcer and gastritis, to 'cystitis of the stomach' and finally, to a smallpox equivalent. In: *Helicobacter pylori* Infection.  Pathophysiology, Epidemiology, and Management. T.C. Notrhfield, M. Mendall, P.M. Grggin (EDs) Kluwer Academic Publishers, Dordrecht 1993; pp 170-174.

52.  Go MF, Graham DY.  *Helicobacter pylori* Gastroduodenal Disease.  In: Current Therapy in Gastroenterology and Liver Disease.  3rd Edition. T.M. Bayless (Ed),  Mosby, Philadelphia, 1994, pp 105-108.

53.  Goodgame RW, Genta RM, Go MG, Graham DY.  Infectious gastritis.  In:  Gastrointestinal and Hepatic Infections.  C Surawicz, R Owen (Eds).  W.B. Saunders Co, Philadelphia 1994: pp. 47-76.

David Y. Graham, M.D.

54. Go MF, Graham DY, Musser JM.  Construction of a molecular population genetic framework for the characterization of *Helicobacter pylori* pathogenesis by multilocus enzyme electrophoresis. In: Basic and clinical aspects of *H. pylori* infection. Gasbarrini, Pretolani (Eds), Springer-Verlag, Berlin, 1994, pp 57-59.

55. Graham DY, Genta RM. Reinfection with *H. pylori.*. In: *Helicobacter pylori*. Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, pp 113-120.

56. Graham DY. Determinants of antimicrobial effectiveness in *H. pylori* gastritis. In: *Helicobacter pylori*. Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, pp 531-537.

57. Go MF, Graham DY. Determinants of clinical outcome of *H. pylori* infection: duodenal ulcer. In: *Helicobacter pylori*. Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, 421-428.

58. Graham DY. Polymorphonuclear leukocytes traffic into the gastric mucosa and through the gastric mucosal barrier in *H. pylori* infection: is that bad?. In: *Helicobacter pylori*. Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, 214-221.

59. Al-Assi MT, Graham DY. Peptic ulcer disease, *Helicobacter pylori*, an the surgeon: changing of the guard. In: Current Opinion in General Surgery. 2nd Edition. Daly JM (Ed). Current Science, Philadelphia, 1994, 120-124.

60. Malaty HM, Mitchell HM, Graham DY. Epidemiology of *Helicobacter pylori* infection. In: *Helicobacter pylori* its role in gastrointestinal disease. Axon ART (Ed), Science Press, London, 1994, 11-17.

61. Graham DY. *Helicobacter pylori*: current status of diagnosis, therapy, pathophysiology, and thinking. Year Book of Medicine 1995. Mosby-Year Book, St. Louis, MO. 1995, pp. xvii-xxxviii.

62. Graham DY. Peptic ulcer - medical therapy. In: Cecil Textbook of Medicine, 20th Ed. JC Bennett, F Plum (Eds), WB Saunders Co, Philadelphia, 1996;667-9.

63. Graham DY. Peptic ulcer - complications. In: Cecil Textbook of Medicine, 20th Ed. JC Bennett, F Plum (Eds), WB Saunders Co, Philadelphia, 1996:672-4.

64. Graham DY, Genta RM. *Helicobacter pylori.* In: Infectious Diseases Teaching Atlas. GL Mandell and B. Lorber (Eds).  Churchill Livingston, Philadelphia 1996: 4.1-4.23.

65. Graham DY. Peptic ulcer disease and *Helicobacter pylori*. In: Current Practice of Medicine. RC Bone (Ed), Gastroenterology. DY Graham, A Ertan (section Eds). Current Medicine, Philadelphia 1996:XIII:10.1-8.

66. Graham, DY. Ulcers update. 1997 Medical and health annual.  Encyclopaedia Britannica, Inc. Chicago. 1996, pp 232-5.

67. Graham DY, Genta RM, Go MF, Malaty H. Which is the most important factor in duodenal ulcer pathogenesis: the strain of *Helicobacter pylori* or the host? *Helicobacter pylori*. Basic mechanisms to clinical cure 1996. RH Hunt, GNJ Tytgat (eds). Kluwer Academic Publishers, Dordrecht. 1996, pp 85-91.

68. Breuer T, Malaty HM, Graham DY. The epidemiology of *H. pylori*-associated gastroduodenal diseases. In: Ernst P, Michetti P, Smith PD, eds. The immunobiology of *H. pylori* from pathogenesis to prevention. Philadelphia: Lippincott-Raven; 1997:1-14.

69.     Peterson WL, Graham DY. *Helicobacter pylori*. In: Sleisenger & Fordtran's Gastrointestinal and liver disease. Pathophysiology, diagnosis, management. 6th Ed. M Feldman, BF Scharschmidt, MH Sleisenger (Eds), WB Saunders Co, Philadelphia. 1997, pp 604-19.

70.     Woo JS, Graham DY. Thoughts about the treatment of *Helicobacter pylori* infection. In: *Helicobacter pylori* infection. Basic principles and clinical practice. X-G Fan, H H-X Xia (Eds). Hunan Science & Technology Press, 1997. pp 299-301.

71.     Graham DY, Dore MP. Variability in the outcome of treatment of *Helicobacter pylori* infection: a critical analysis. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 1998, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 1998 pp 426-440.

72.     Graham DY, Dixon MF. Acid secretion, *Helicobacter pylori* infection, and peptic ulcer disease. In: Gastritis. Graham DY, Genta RM, Dixon MF (Eds).. Lippincott Williams & Wilkins 1999, pp 177-188.

73.     Go MF, Graham DY. *Helicobacter pylori*. In: Antimicrobial therapy and vaccines. VL Yu, TC Merigan, SL Barriere (Eds). Williams & Wilkins, Baltimore, 1999, pp 228-236.

74.     Genta RM, Graham DY. Diagnosis and treatment of *Helicobacter pylori* infection. In: Gastritis. Graham DY, Genta RM, Dixon MF (Eds).. Lippincott Williams & Wilkins 1999, pp 189-204..

75.     Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointestinal Endoscopy. MV Sivak (Ed) 2nd Ed. WB Saunders Co., Philadelphia, 1999. (CD ROM)

76.     Osato MS, Graham DY. Clinical spectrum of *Helicobacter pylori* infection. In: Clinical Pharmacology and Therapy of *Helicobacter pylori* infection. C Scarpignato, G Bianchi-Porro (Eds). Prog. Basic Clin Pharmacol., Karger, Basel, 1999 vol. 11, pp 2-20.

77.     Colin-Jones GD, Graham DY. Chronic duodenal ulcer. In: Upper Digestive Surgery. T.V. Taylor, A. Watson, R.C.N. Williamson (Eds). WB Saunders Co., Philadelphia, 1999:442-47.

78.     Graham DY. Peptic ulcer disease and *Helicobacter pylori*. In: Current Practice of Medicine. AM Gotto (Ed), Gastroenterology. DY Graham, A Ertan (section Eds). Current Medicine, Inc. Philadelphia, PA. 1999; vol 2, 2359-66.

79.     Graham DY. Role of *Helicobacter pylori* infection in NSAID gastropathy, Can *Helicobacter pylori* infection be beneficial. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2000, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 2000; pp 453-460.

80.     Yamaoko, Y, Graham DY. Disease specific *Helicobacter pylori* virulence factors: the role of *cagA, vacA, iceA, babA2* along or in combination. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2000, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 2000; pp 37-42.

81.     Graham DY. Overview of *Helicobacter pylori* infection: History, epidemiology, diseases and future. In: *Helicobacter pylori* infection in gastroduodenal lesions. The second decade. JM Pajares Garcia, P Correa, GI Perez Perez (Eds), Prous Science, Barcelona, 2000; pp 1-11..

82.     Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointestinal Endoscopy. MV Sivak (Ed) 2nd Ed. WB Saunders Co., Philadelphia, 2000: 615-641.

David Y. Graham, M.D.

83.    Graham DY.  Peptic ulcer - Medical therapy.  In: Cecil Textbook of Medicine, 21st Ed. L
       Goldman, JC Bennett (Eds), WB Saunders Co., Philadelphia, 2000;675-678.

84.    Graham DY.  Complications of Peptic ulcer.  In: Cecil Textbook of Medicine, 21st Ed.  L
       Goldman, JC Bennett (Eds), WB Saunders Co., Philadelphia, 2000:678-679.

85.    Graham DY.  Infection caused by *Helicobacter pylori*. In: Kelley's Textbook of Internal
       Medicine, H. David Humes (Ed), 4th Ed. Lippincott Williams & Wilkins, Philadelphia,
       2000;2012-2015.

86.    Malaty HM, Graham DY.  Epidemiology of *Helicobacter pylori* infection: Disease
       management implications for peptic ulcer disease.  In: Treatment Options in
       Gastroenterology: Focus on Upper Gastrointestinal Diseases. Dene C Peters (Ed), Adis
       International, Auckland, 2000;53-63.

87.    Collin-Jones DG, Graham DY.  Chronic Duodenal Ulcer.  In: Upper Digestive Surgery.
       Thomas V. Taylor, Anthony Watson, Robin C.N. Williamson (Eds). W.B. Saunders,
       London, 2000;432-447.

88.    Nurgalieva ZZ, Graham DY.  *Helicobacter pylori*.  In: Current Therapy of Infectious
       Disease. David Schlossberg (Ed), 2nd Ed. Mosby, Inc., St. Louis, 2001;503-506.

89.    Graham DY, Qureshi WA. Markers of infection.  In: *Helicobacter pylori*: Physiology and
       genetics. Harry LT Mobley, George L. Mendz, Stuart L Hazell (Eds). ASM Press,
       Washington DC, 2001;499-510.

90.    Asaka M, Sepulveda AR, Sugiyama T, Graham DY.  Gastric Cancer. *Helicobacter
       pylori*: Physiology and genetics. Harry LT Mobley, George L. Mendz, Stuart L Hazell
       (Eds). In: *Helicobacter pylori* Physiology and Genetics. ASM Press, Washington DC,
       2001;481-498.

91.    Graham DY, Malaty HM.  Epidemiology and disease outcome of *Helicobacter pylori*
       infection. Colin W. Howden, Virender K. Sharma (Eds).  In Peptic Ulcer Disease: Update
       with the experts (Monograph).  Medical Education Collaborative, Golden, 2001;3-9.

92.    Cole RA, Graham DY. Peptic ulcer disease and *Helicobacter pylori*. In: The Practice of
       General Surgery. KI Bland, MG Sarr (Eds). WB Saunders Co, Philadelphia 2002, pp
       354-359.

93.    Peterson WL, Graham DY. *Helicobacter pylori*.  In: Sleisenger & Fordtran's
       Gastrointestinal and liver disease. Pathophysiology, diagnosis, management. 7th Ed. M
       Feldman, L.S. Friedman, MH Sleisenger (Eds), WB Saunders Co, Philadelphia. 2002, pp
       732-746.

94.    Graham DY, McGuigan JE.  Interactions between gastrin, gastric secretion, and
       *Helicobacter pylori* in health and disease.  In: Gut-Brain Peptides in the New Millenium.
       Y Tache, (Ed).  Cure Foundation, Los Angeles, CA 2002, pp 83-101.

95.    Dore MP, Graham DY.  *Helicobacter pylori*. In: Antimicrobial Therapy and Vaccines.
       Volume I: Microbes. Victor L. Yu, Rainer Weber, Didier Raoult (Eds). Apple Trees
       Productions, LLC, New York, NY 2002, pp 337-354. (http://www.antimicrobe.org)

96.    Yamaoka Y, Graham DY.  Co-migration of *Helicobacter pylori* and humans: the
       evolving story. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2002, Hunt
       RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 2003, pp 101-112.

97.	Maguilnik I, Graham DY, Genta RM. Gastritis and gastropathies. In: Atlas of Gastroenterology. T Yamada, DH Alpers, L Laine, N Kaplowitz, C Owyang (Eds). Lippincott Williams and Wilkins, Philadelphia, 2003, pp 253-263.

98.	El-Serag HB, Graham DY. Stomach cancer prevention and screening. In: Word Cancer Report. Bernard W. Stewart, Paul Kleihues (Eds). IARC Press, Leon, 2003, pp 175-180.

99.	Nurgalieva ZZ, Goodman KJ, Graham DY. *Helicobacter pylori*. In: Encyclopedia of Gastroenterology, Johnson LR (Ed), Elsevier, Philadelphia. 2004, pp 272-279.

100.	Graham DY. Peptic ulcer Disease. In: Cecil Textbook of Medicine, 22nd Ed. L Goldman, Dennis Ausiello (Eds), WB Saunders Co., Philadelphia, 2004, pp. 827-834.

101.	Graham DY, Genta RM. Gastritis and *Helicobacter pylori*. In: Cecil Textbook of Medicine, 22nd Ed. L Goldman, Dennis Ausiello (Eds), WB Saunders Co., Philadelphia, 2004, pp 823-827.

102.	Graham DY, Sung JY. *Helicobacter pylori*. In: Sleisenger & Fordtran's Gastrointestinal and liver disease. Pathophysiology, diagnosis, management. 7th Ed. M Feldman, L.S. Friedman, L.J. Brandt (Eds), WB Saunders Co, Philadelphia. 2006, pp 1049-1066.

103.	Shiotani A, Graham DY. Treatment of *Helicobacter pylori* Infection. In: Antimicrobial Therapy and Vaccines. Volume I: Microbes and Infectious Diseases. Victor L. Yu, Rainer Weber, Didier Raoult (Eds). ESun Technologies, LLC. 2007 (http://www.antimicrobe.org/b69rev.asp).

104.	Hsu P-I, Graham DY. *Helicobacter pylori* infection. In. Clinical Infectious Disease. David Schlosbert (Ed). Cambridge University Press, New York, 2008 , pp 969-976.

105.	Soll AH, Graham DY. Approach to the patient with dyspepsia and peptic ulcer disease. In: Principles of Clinical Gastroenterology. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), Wiley-Blackwell, Oxford. 2008, pp 99-121.

106.	Soll AH, Graham DY. Peptic ulcer disease. In. Textbook of Gastroenterology. 5th Ed. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), (Eds). Wiley-Blackwell, 2008, pp 936-981

107.	Graham DY, Horiuchi A, Kato M. Peptic ulcer disease. In: Atlas of Gastroenterology 4th Ed, T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), Wiley-Blackwell, 2008, pp 237-250.

108.	Graham DY, Genta RM. Gastritis and gastropathy. In: Atlas of Gastroenterology 4th Ed. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), Wiley-Blackwell, 2008, pp 251-260.

## LETTERS

1.	Graham DY. Standard nomenclature for primary hepatic tumors. JAMA 1977;237:1650.

2.	Graham DY. Endoscopic retrograde pancreatography. Surgery 1977;82:414.

3.	Graham DY. Like the Edsel. Gastroenterology 1978;75:927.

4.	Graham DY. Prognostic value of pretreatment bone scans in breast carcinoma. Am J Roentgenol 1980;134:210.

5.    Graham DY. Lithium carbonate in pancreatic cholera - a word of caution. N Engl J Med 1980;303:1063.

6.    Graham DY. Electrocoagulation of Mallory-Weiss tears. Gastrointest Endosc 1981;27:111-2.

7.    Smith JL, Graham DY. Alcohol Hepatitis Therapy. Gastroenterology 1982;82:163-4.

8.    Smith JL, Graham DY. The mathematics of pH. Consultant 1982;22:32.

9.    Graham DY. There is no right way to do the wrong thing. Gastrointest Endosc 1983;29:138.

10.   Graham DY. Therapeutic efficacy revisited. Dig Dis Sci 1984;29:589-90.

11.   Graham DY, Smith JL. Prostaglandin and aspirin. Dig Dis Sci 1985;30:408.

12.   Graham DY. Benign gastric ulcer and cimetidine: questions about study design. Ann Intern Med 1985;103:636-7.

13.   Graham DY, MK Estes. Rotavirus-like agent, rats and man. Lancet 1985;2:886-7.

14.   Graham DY. Prevention of traveler's diarrhea. JAMA 1985;254:2559.

15.   Melnick JL, Wallis C, Graham DY. Hemo-Matic analyzer. N Engl J Med 1986;314:188.

16.   Graham DY. Esophageal motor abnormality during hiccup. Gastroenterology 1986;90:2039.

17.   Graham DY. Minimal infectious dose of rotavirus in volunteers: safety issues. J Infect Dis 1987;156:416-7.

18.   Graham DY. Mycobacteria, infants goats, and Crohn's disease. Dig Dis Sci 1988;33:251.

19.   Graham DY. Survival analysis in variceal hemorrhage. Hepatology 1988;9:978.

20.   Graham DY. Misoprostol and ulcer prophylaxis. Lancet 1988;2:1484-5.

21.   Graham DY, Evans DJ Jr, Evans DG. Detection of Campylobacter pylori infection. Lancet 1989;2:569.

22.   Graham DY,. Markesich DC, Yoshimura HH. Mycobacteria as the cause of Crohn's disease. Gastroenterology 1989;97:1354-5.

23.   Graham DY. Peppers, capsaicin, and the gastric mucosa. JAMA 1989;261:3244-5

24.   Graham DY, Saeed ZA. Guidewire-assisted esophageal dilatation. Gastrointest Endoscopy 1991;37:650-651.

25.   Graham DY. Categories of patients with gastroesophageal reflux. Arch Intern Med 1991;151:2476.

26.   Graham DY, Estes MK. Pathogenesis and treatment of rotavirus diarrhea. Gastroenterology 1991;101:1140-1141.

27.   Opekun AR, Graham DY. Antimony electrodes for in vivo pH monitoring. Dig Dis Sci 1991;36:1180-1181.

28.   Graham DY. Bile acid therapy for *Helicobacter pylori*. Aliment Pharmacol Ther 1992;6:653.

29.   Graham DY, Go MF. Evaluation of new antiinfective drugs for *Helicobacter pylori* infection: revisited and updated. Clin Infect Dis 1993;17:293-4.

30.   Ramirez FC, Graham DY. Hiccups, compulsive water drinking, and hyponatremia. Ann Intern Med 1993;118:649.

31.   Graham DY. Ulcer prevention with misoprostol in chronic NSAID users. Ann Intern Med 1994;120:343.

32.   Genta RM, Graham DY. Limitations of histology for detecting *Helicobacter pylori* - Response. Gastrointest Endosc 1995;41:176-7.

33.   Graham DY, Go MF. Unethical research relating to *Helicobacter pylori*? Gut. 1995;36:155-6.

34.   Graham DY, Go MF. Antibacterial treatment of gastric ulcers. N Engl J Med. 1995;333:190.

35.   Graham DY. pH and cure of *H. pylori* infection: it is difficult to have insights when one is in the dark. Am J Gastroenterol. 1995;90:674-5.

36.   Graham DY, Anand BS. Gastric mucus viscosity and *Helicobacter pylori*. Gut 1995;37:890.

37.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY. Does using a warmer influence the results of rapid urease testing for *Helicobacter pylori*? Gastrointest Endosc 1996;43:260-1.

38.   Graham DY. Gastrin-releasing peptide, acid secretion, *Helicobacter pylori*, and duodenal ulcer: another epiphenomenon?. Gastroenterology 1996;110:1325-6.

39.   Graham DY. Famotidine to prevent peptic ulcers caused my NSAIDs. NEJM 1996;335:1322

40.   Klein PD, Graham DY, Martin RF. $^{13}$C urea breath test for *Helicobacter pylori*: a second look analysis - reply. Am J Gastroenterol 1996;91:2447-9.

41.   Graham DY. *Helicobacter pylori* infection: a silent yet serious threat. Consultant 1997;37:2007.

42.   Graham DY. Excess gastric ulcers are associated with alendronate therapy. Am J Gastroenterol. 1998;93:1395-6.

43.   Graham DY. Gastrin sensitivity and acid in *H. pylori*: revisited [letter]. Gastroenterology. 1998;115:509-10.

44.   Graham DY, Osato MS. Disinfection of biopsy forceps and culture of *Helicobacter pylori* from gastric mucosal biopsies [letter]. Am J Gastroenterol. 1999;94:1422-3.

45.   Graham DY. *Helicobacter pylori*, GERD, NSAIDs, and cancer: where we really stand [letter]. Am J Gastroenterol. 1999;94:1420-1.

46.   Dore MP, Sepulveda AR, Osato MS, Realdi G, Graham DY. *Helicobacter pylori* in sheep milk [letter]. Lancet. 1999;354:132

47.   Ota H, Graham DY. [letter] Reply. Virchows Arch. 1999;435:460

48.   Yamaoka Y, Graham DY. CagA status and gastric cancer unreliable serological tests produce unreliable data [letter]. Gastroenterology. 1999;117:745

49.   Graham DY, Moon N. Low-dose aspirin may or may not damage the gastric mucosa [letter]. Gastroenterology. 1999;117:1505

50.   Ota H, Graham DY. Simple mucin-type carbohydrate antigens in *Helicobacter pylori*-positive chronic active gastritis. [Reply to letter] Virchows Arch 1999;435:460.

51.   Graham DY. Debate over testing for *H. pylori*. [Reply to letter] Postgrad Med. 1999;106:33.

52.    Graham DY, Osato MS.  Pretreatment testing for *Helicobacter pylori* in duodenal ulcer disease [Reply to letter]. Am J Gastroenterology 2000;95:309

53.    Graham DY, Osato MS.  Criteria for reporting effectiveness of herbals for *Helicobacter pylori* infection. [letter]. Am J Gastroenterology 2000;95:309

54.    Graham DY. Pathogenesis of increased sucrose permeability in *H. pylori* gastritis [letter]. Dig Dis Sci. 2000;45:889.

55.    El-Zimaity HM, Graham DY. Ultrastructural evidence of in vivo phagocytosis of *Helicobacter pylor* [letter]i. Ultrastruct Pathol 2001;25:159.

56.    Graham DY. An alternate explanation of the effect of citric acid on proton pump inhibitor-associated false negative urea breath tests [letter]. Am J Gastroenterol 2001;96:3037-3039.

57.    Graham DY. Helicobacter pylori is not and never was "protective" against anything, including GERD [letter].  Dig Dis Sci. 2003;48:629-30.

58.    Graham DY. Celecoxib versus diclofenac and omeprazole to prevent recurrent ulcer bleeding - Dr. Graham replies [letter]. N Engl J Med 2003;348:2466.

59.    Graham DY. Peptic ulcer disease. How to confirm a cure (reply).  Consultant 2003;July:946.

60.    Graham DY, Dore MP. The QUADRATE study: a proposal for a change in the reporting of pharmaceutical supported trials.  Gastroenterology. 2003;125:639.

61.    Graham DY. Changing patterns of peptic ulcer, gastro-oesophageal reflux disease and *Helicobacter pylori*: a unifying hypothesis.  Eur J Gastroenterol Hepatol. 2003;15:571-2.

62.    Graham DY. 'Guidelines' or marketing for non-steroidal anti-inflammatory drug and proton pump inhibitor use? Aliment Pharmacol Ther 2004;19:1323-1324.

63.    Osato MS, Graham DY. Etest for metronidazole susceptibility in *H. pylori*: use of the wrong standard may have led to the wrong conclusion. Am J Gastroenterol 2004;99:769.

64.    Graham DY, Chan FK. Endoscopic ulcers with low-dose aspirin and reality testing. Gastroenterology. 2005;128:807-8.

65.    Graham DY. Early heartburn relief with proton pump inhibitors and the marketing of Zegreid. Clin Gastroenterol Hepatol. 2005;3:1047.

66.    Graham DY, Lu H. Is there a role for sequential in sequential anti-*H. pylori* therapy? Gastroenterology. 2006;130:1930-1931

67.    Cardenas VM, Ortiz M, Graham DY. Helicobacter pylori eradication and its effect on iron stores: A reappraisal. J Infect Dis 2006;194:714.

68.    Graham DY. Risk of low-dose aspirin: emphasis on outliers undermines the credibility of the conclusions. Aliment Pharmacol Ther 2007;25:345-346.

69.    Graham DY. The Montreal classification: a consensus with single PHARMA sponsor and paid participants. Am J Gastroenterol 2007;102:460-461.

70.    Graham DY, Yamaoka Y. One- or two-week triple therapy for *Helicobacter pylori*: questions of efficacy and inclusion of a dual therapy treatment arm. Gut 2007;56:1021-1023

71.    Graham DY, Yamaoka Y. Ethical considerations of comparing sequential and traditional anti Helicobacter pylori therapy. Ann. Intern. Med. 2007;147:434-435.

David Y. Graham, M.D.

72.    Ogiwara H, Graham DY, Yamaoka Y. vacA i-region subtyping. Gastroenterology 2008;134:1267.

73.    Ramsey PJ, Shaib YH, Graham DY. Appropriate use or overutilization of the CORI database? Am J Gastroenterol 2009;104:785-786.

74.    Raj SM, Choo KE, Noorizan AM, Lee YY, Graham DY. Evidence against *Helicobacter pylori* being related to childhood asthma. J Infect Dis 2009;199:914-915.