# Exhibit 4
# Part 1

MK-0966, Reference P088C, Appendix 3.2.1     **1492**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

THIS PROTOCOL AND ALL OF THE INFORMATION RELATING TO IT ARE CONFIDENTIAL AND PROPRIETARY PROPERTY OF MERCK & CO., INC., WHITEHOUSE STATION, NJ, U.S.A.

THIS PROTOCOL REPLACES PROTOCOL NUMBER 088-03 AND SHOULD BE SIGNED BY ALL INVESTIGATORS SIGNING THE ORIGINAL PROTOCOL NUMBER 088-03.

## SPONSOR:

Merck & Co., Inc. (hereafter referred to as the **SPONSOR**)
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ 08889-0100, U.S.A.

## TITLE:

A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis: U.S. Cohort

## INVESTIGATOR(S):

PRIMARY:
SECONDARY/SUBINVESTIGATOR:

SITE:

## INSTITUTIONAL REVIEW BOARD/ETHICAL REVIEW COMMITTEE:

/MK-0966/CP/RP2317.DOC * APPROVED          R 23-Sep-1999
U.S. (U.S. IND)                            R 20-Dec-1999
                          03-Sep-1999      R 01-Feb-2000

Confidential - Subject To Protective Order                    MRK-AFV0130142

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## MK-0966 GI Clinical Outcomes Study

## TABLE OF CONTENTS

PAGE

PROTOCOL SYNOPSIS ..................................................................................................... i

STUDY FLOW CHART ..................................................................................................... iii

STUDY DESIGN .............................................................................................................. vi

SPONSOR CONTACT INFORMATION ........................................................................... vii

I.   CLINICAL SECTIONS ............................................................................................. 1

     A. BACKGROUND AND RATIONALE ................................................................. 1
        1. Introduction ............................................................................................. 1
        2. Chemistry ................................................................................................ 2
        3. Pharmacology .......................................................................................... 2
        4. Absorption, Distribution, Metabolism, and Elimination
           Studies ..................................................................................................... 3
        5. Safety Assessment ................................................................................... 3
        6. Prior Clinical Experience or Anticipated Effects in Man ...................... 3
        7. Rationale for the Study ............................................................................ 4
        8. Rationale for Dose Selection and Comparator Agents ........................... 5
     B. OBJECTIVES .................................................................................................... 6
     C. HYPOTHESES .................................................................................................. 7
     D. PATIENT DEFINITION .................................................................................... 7
        1. Inclusion Criteria .................................................................................... 7
        2. Exclusion Criteria ................................................................................... 8
     E. STUDY DESIGN ............................................................................................... 11
        1. Summary of Study Design ....................................................................... 11
        2. Treatment ................................................................................................. 13
           a. Treatment Plan ................................................................................... 13
           b. Special Handling Requirements (Endoscopy) ................................... 25
           c. Prior and Concomitant Medication(s)/Treatment(s) ......................... 25
           d. Diet/Activity/Other ............................................................................ 26
        3. Study Procedures ..................................................................................... 27
           a. Scheduling of Clinic Visits ............................................................... 27
           b. Completing Patient Global Assessment of Disease
              Activity and Modified Health Assessment
              Questionnaire ..................................................................................... 27
           c. Stratification and GI History Definition ............................................ 27

Confidential - Subject To Protective Order                           MRK-AFV0130143

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## MK-0966 GI Clinical Outcomes Study

### TABLE OF CONTENTS (CONT.)

PAGE

|     |     |     |     |
| --- | --- | --- | --- |
|     | d.  | Patient Enrollment—Number and Duration | 28 |
|     | e.  | Discontinuation Procedures | 28 |
|     | f.  | Study Drug Administration | 29 |
|     | g.  | Noncompliance With Medication | 29 |
|     | h.  | Nonrandomized Patients | 29 |
| F.  | EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS | | 29 |
| G.  | SAFETY MEASUREMENTS | | 32 |
|     | 1.  | Evaluating and Recording Adverse Experiences | 32 |
|     | 2.  | Immediate Reporting of Adverse Experiences to the SPONSOR | 37 |
|     |     | a. Serious Adverse Experiences | 37 |
|     |     | b. Serious Vascular Adverse Experiences | 37 |
|     |     | c. Selected Nonserious Adverse Experiences | 37 |
|     | 3.  | Safety Measurements | 38 |
| H.  | STUDY DURATION AND SUBMISSION OF DATA | | 39 |
| I.  | DATA ANALYSIS | | 39 |
|     | 1.  | Responsibility for Analysis/In-House Blinding | 39 |
|     | 2.  | Hypotheses | 39 |
|     |     | a. Primary Hypotheses | 39 |
|     |     | b. Secondary Hypothesis | 40 |
|     |     | c. Criteria to Determine Success of Study | 40 |
|     | 3.  | Addressed Objectives | 41 |
|     |     | a. Primary | 41 |
|     |     | b. Secondary | 41 |
|     | 4.  | Variables | 41 |
|     | 5.  | Statistical Hypothesis and Power | 42 |
|     |     | a. Sample Size, Estimation, and Power | 42 |
|     |     | b. Planned Interim Analysis, Group Sequential Boundary, and Early Stopping Rule | 43 |
|     | 6.  | Statistical Methods | 43 |
|     | 7.  | Approaches to the Analysis | 44 |
|     | 8.  | Subgroup Analyses | 45 |
|     | 9.  | Multiplicity | 45 |
|     | 10. | Routine Safety Analyses | 45 |
|     | 11. | Compliance | 45 |
| II. | ADMINISTRATIVE AND REGULATORY SECTIONS | | 46 |

/MK-0966/CP/RP2317.DOC * APPROVED                              03-Sep-1999
U.S. (U.S. IND)

Confidential – Subject To Protective Order

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## MK-0966 GI Clinical Outcomes Study

### TABLE OF CONTENTS (CONT.)

PAGE

A. LABELING, PACKAGING, STORAGE, AND RETURN
   OF CLINICAL SUPPLIES ............................................................... 46
B. BIOLOGICAL SPECIMENS ............................................................ 47
C. CLINICAL AND LABORATORY DATA COLLECTION ...................... 48
D. STUDY DOCUMENTATION AND RECORDS
   RETENTION ................................................................................. 49
   1. Steering Committee.................................................................. 50
   2. Executive Committee ................................................................ 50
   3. Advisory Committee .................................................................. 51
   4. End Point Classification Committee ........................................ 51
   5. Data and Safety Monitoring Board .......................................... 51
E. INFORMED CONSENT.................................................................... 52
F. INSTITUTIONAL REVIEW BOARD
   (IRB)/INDEPENDENT ETHICS COMMITTEE (IEC)............................. 53
G. CONFIDENTIALITY ....................................................................... 53
   1. Confidentiality of Data............................................................. 53
   2. Confidentiality of Patient Records .......................................... 54
   3. Confidentiality of Investigator Information ............................ 54
H. COMPLIANCE WITH LAW, AUDIT, AND DEBARMENT ................... 54
I. COMPLIANCE WITH FINANCIAL DISCLOSURE
   REQUIREMENTS............................................................................ 55
J. QUALITY CONTROL AND QUALITY ASSURANCE........................... 55
K. PUBLICATIONS ............................................................................ 56

III.  SIGNATURES .................................................................................. 57

   A. SPONSOR'S REPRESENTATIVE.................................................... 57
   B. INVESTIGATOR(S)........................................................................ 57

LIST OF REFERENCES ............................................................................ 58

APPENDICES............................................................................................. 60

   APPENDIX 1:  Laboratory Safety Analyses .................................... 61
   APPENDIX 2:  Algorithm for Assessing Out-of-Range Laboratory Values.... 62
   APPENDIX 3:  Total Blood Drawn..................................................... 63
   APPENDIX 4:  Endpoint Definitions and Adjudication Procedures................ 64
   APPENDIX 5:  Naproxen Product Circular........................................ 74

/MK-0966/CP/RP2317.DOC * APPROVED                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## MK-0966 GI Clinical Outcomes Study

### TABLE OF CONTENTS (CONT.)

                                                                    PAGE

APPENDIX 6:   Standard Operating Procedure for the Surveillance, .............. 75
              Monitoring, and Adjudication of Acute Thromboembolic
              Vascular Events in Clinical Trials of COX-2-Specific
              Inhibitors

ATTACHMENTS ............................................................................................................ 76

Confidential - Subject To Protective Order                          MRK-AFV0130146

# PROTOCOL SYNOPSIS

PRODUCT:    MK-0966

PROTOCOL TITLE:  A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis: U.S. Cohort

PROTOCOL/AMENDMENT NO.: 088-04/Multicenter

U.S. IND NO.: 46,894               CLINICAL PHASE: III

PRIMARY OBJECTIVES:  (1) To determine the relative risk of confirmed PUBs in patients taking MK-0966 50 mg daily compared to patients in the group taking naproxen 1000 mg/day. (2) To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis.

HYPOTHESES:   Primary: (1) The risk of confirmed PUBs (gastroduodenal perforations, gastroduodenal ulcers, or upper gastrointestinal bleeds) during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients taking naproxen 1000 mg/day. (2) MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated.  Secondary: (1) The risk of confirmed and unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients taking naproxen 1000 mg/day. (2) The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients taking naproxen 1000 mg/day.

STUDY DESIGN AND DURATION:  This is a parallel-group, stratified, double-blind study conducted under in-house blinding procedures.  Technical requirements within Merck's database structure and regulatory issues dictated that there be 2 protocols, 088 (U.S. protocol) and 089 (multinational protocol), but this distinction is purely administrative based on study site location. The study is designed and will be conducted as 1 study; therefore the term "study" used in this document refers to both protocols.   The total number of patients in the study will be approximately 7000 patients (3500 MK-0966 patients and 3500 naproxen patients).  It is anticipated that approximately 3500 patients will be enrolled in the U.S. protocol.  Treatment duration will be determined by the need to observe at least 120 confirmed PUBs and a minimum of 40 confirmed complicated PUBs in the study, or for the minimum duration of treatment to be 6 months from LPI, whichever comes last.

PATIENT SAMPLE:  Patients will be age 50 or older, with rheumatoid arthritis, deemed by the investigator or primary care physician to require nonsteroidal anti-inflammatory drug (NSAID) therapy for at least 1 year.  Patients 40 to 49 years of age may be enrolled if they are on chronic oral steroids which are anticipated to be continued throughout the treatment period.  Patients who meet entry criteria will be randomized to MK-0966, 50 mg once per day (n ~1750 in the U.S. protocol), or naproxen 500 mg 2 times per day (n ~1750 in the U.S. protocol).  Patient allocation will be stratified for patients with a prior history of a peptic ulcer, upper GI bleeding or perforation versus those who have no prior history.

DOSAGE/DOSAGE FORM, ROUTE, AND DOSE REGIMEN:   Patients will take daily either 50 mg of MK-0966 or 1000 mg of naproxen (500 mg 2 times per day), in a blinded, double-dummy fashion.  Patients will take 2 tablets, 1 from the bottle labeled "Bottle A" and

Confidential - Subject To Protective Order                               MRK-AFV0130147

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## PROTOCOL SYNOPSIS (CONT.)

1 from the bottle labeled "Bottle B" each morning by mouth without regard to food: 1 tablet will be MK-0966 50 mg or matching placebo; the second tablet will be naproxen 500 mg or matching placebo. Patients will take 1 tablet by mouth from the bottle labeled "Bottle B" in the evening without regard to food. This tablet will be naproxen 500 mg or matching placebo.

EFFICACY MEASUREMENTS: The primary purpose of this study is to evaluate clinical safety. Efficacy measurements will be limited to: (1) patient global assessment of disease activity; (2) investigator global assessment of disease activity; and (3) discontinuation due to lack of efficacy.

SAFETY MEASUREMENTS: The primary study end point will be the occurrence of PUBs, determined by patient report in conjunction with retrieval of hospital discharge summaries, endoscopy reports, other relevant procedure reports, and any additional source documents describing these events. Classification of PUBs will be adjudicated by an independent End Point Classification Committee. Routine safety measurements will include physical examination, vital signs, body weight, electrocardiogram, adverse event incidence, and laboratory safety studies (including serum chemistry, CBC, and urinalysis). Cardiovascular thrombotic and embolic adverse events will be adjudicated by an independent classification committee. These events will be evaluated as a part of a combined analysis with other MK-0966 clinical studies.

DATA ANALYSIS: A detailed data analysis plan will be prepared prior to unblinding of the study. All analyses will include data from both protocols. The MK-0966 group will be compared to the naproxen group. For the relative risk of PUBs, and other time-to-event end points, an appropriate survival analysis approach will be used to evaluate time to the first event during the entire study period. Patient's and Investigator's Global Assessments will be analyzed using an analysis of variance (ANOVA) model with factors of treatment, study center, and stratum, and with baseline value as a covariate. With 120 observed PUBs, there is >95% power to detect a 50% risk reduction for MK-0966 based on a 2-sided test at significance level $\alpha$=0.05. A total of 2 analyses, 1 interim and 1 final, will be performed. A group sequential approach will be used to control the overall Type I error rate.

*ANY SERIOUS ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED ON THE CONTACT INFORMATION PAGE. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.*

Confidential - Subject To Protective Order                          MRK-AFV0130148

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1499**

Product: MK-0966
Protocol/Amendment No.: 088-04

## STUDY FLOW CHART

| Visit ID | Screening | Random- ization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69[†] (Month 16) | 87[†] (Month 20) | 104[†] (Month 24) | End of Study Visit | Discon- tinuation Visit |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Treatment Week | | | | | | | | | | | |
| Visit Number | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Review entry criteria and study procedures | X | | | | | | | | | | |
| Obtain informed consent[††] | X | | | | | | | | | | |
| Document medical history | X | | | | | | | | | | |
| Stool hemoccult | X | | | | | | | | | | |
| Review concomitant medications | X[‡] | X | X | X | X | X | X | X | X | X | X |
| Discontinue prestudy NSAIDs | X | X | | | | | | | | | |
| Vital signs and weight[#] | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | X | X | X | X | X | X | X | X | X | X | X |
| Document interim history/monitor for study end points/adverse experiences | | X | X | X | X | X | X | X | X | X | X |
| Develop stool hemoccult cards | | X | | | | | | | | | |
| Retrieve used study medication | | | X | X | X | X | X | X | X | X[§] | X[§] |
| CBC, serum chemistry | X[§] | | X | X | X | X | X | X | X | X | X |
| Hemoglobin, hematocrit | | | X | | | X | | X | X | X | X |
| Serum for β-HCG[‡] | X | X | | | | | | | | | |
| Urine for β-HCG[‡] | | | | | | | | | | | |
| Urinalysis | X | X | X | X | X | X | X | X | X | X | X |
| Serum for archive; plasma for archive | | | | | | X | | X | X | | |
| EKG | X | | | | | | | | | | |
| Dispense study medication | X | X | X | X | X | X | X | X | X | | |

iii

/MK-0966/C/P088C/P2317.DOC * APPROVED—03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

MRK-AFV0130149

Product: MK-0966
Protocol/Amendment No.: 088-04

## STUDY FLOW CHART (CONT.)

| | | | Scheduled Office/Clinic Visits | | | | | | | | End of Study Visit | Discontinuation Visit |
| | | | | | | Treatment Week | | | | | | |
| Visit ID: | Screening | Randomization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69† (Month 16) | 87† (Month 20) | 104† (Month 24) | End | Discon. |
| Visit Number | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Count study medication tablets | | | X | X | X | X | X | X | X | X | X |
| Modified Health Assessment Questionnaire | | X | X | X | X | X | X | X | X | X | X |
| Patient global assessment of disease activity | | X | X | X | | X | | X | X | X | X |
| Investigator global assessment of disease activity | X | X | X | X | | X | | X | X | X | X |
| Distribute investigational study identification card and appointment reminder cards | X | X | X | | X | X | X | X | X | | |

† If study still ongoing.
‡ Patients who are on NSAIDs will be called after laboratory tests have been evaluated and told to stop NSAIDs and to return for Visit 2 after a 3-day washout period.
§ Serum chemistry obtained following 8-hour fast.
¶ For premenopausal woman only.
♦ Baseline levels of digoxin and lithium should be drawn for patients taking these medications.
# Obtain vital signs post 10 minutes of rest.
†† Permission should be obtained to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.

iv

/MK-0966/C97/RP2317.DOC • APPROVED—03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

Product: MK-0966
Protocol/Amendment No.: 088-04

## STUDY FLOW CHART (CONT.)

### Phone Visits

| Visit ID: / Visit Number: | Pre-screening 0 | Week 10 / Month 2.5 / P4 | Week 26 / Month 6 / P5 | Week 43 / Month 10 / P6 | Week 60 / Month 14 / P7 | Week 78 / Month 18 / P8 | Week 95 / Month 22 / P9 | Conclusion of Study for Enrolled and Discontinued Patients | 14 Days Post Last Dose of Study Therapy | 45 Days Post Discontinuation |
|---|---|---|---|---|---|---|---|---|---|---|
| Prescreen patients to determine if they meet entry criteria that can be screened by phone | X | | | | | | | | | |
| Schedule Screening Visit 1.0 | X | | | | | | | | | |
| Encourage patient compliance and participation in study | | X | X | X | X | X | X | | | |
| Review concomitant medication restrictions | | X | X | X | X | X | X | | | |
| Monitor for interim study and end points | | X‡ | X‡ | X‡ | X‡ | X‡ | X‡ | | | |
| Monitor for adverse events, interim GI end points | | | | | | | | | | |
| Monitor for GI end points | | | | | | | | X†‡ | X† | X† |

† If study still ongoing.
‡ Suspicion of a possible end point will prompt an unscheduled visit and/or retrieval of additional information.
§ Schedule end-of-study visit for those patients currently enrolled in study and on study drug. Priority given to patients who report a possible PUB. Eight-hour fast required.
# If a discontinued patient reports a possible PUB, then obtain all documenting information.
¶ Does not need to be performed for patients who complete the study. However, should the investigator become aware of an SAE or endpoint which occurred within 14 days post last dose of study therapy, these should be reported.

/MK-0966/C9/RP2317.DOC * APPROVED—03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1502**

Product: MK-0966
Protocol/Amendment No.: 088-04



**STUDY DESIGN**

Patients with Rheumatoid Arthritis

MK-0966 50 mg/day          1750 Patients

Naproxen 1000 mg/day          1750 Patients

| Study Week | Pre-Study-Wash-out | 0 | 6 | 17 | 35 | 52......... | End of Study Visit |
|---|---|---|---|---|---|---|---|
| Visit Number: | 1 | 2 | 3 | 4 | 5 | 6 | |

/MK-0966/CP/RP2317.DOC * APPROVED—03-Sep-1999
U.S. (U.S. IND)

vi

Confidential – Subject To Protective Order                              MRK-AFV0130152

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)        **1503**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## SPONSOR CONTACT INFORMATION

### *REPORTING OF SERIOUS ADVERSE EXPERIENCES*

*ANY SERIOUS[†] ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED BELOW. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.*

| Alise Reicin (RY 32-649) | Beth Seidenberg (RY 32-625) |
|---|---|
| Director | Vice President |
| Merck Research Laboratories | Merck Research Laboratories |
| P.O. Box 2000 | P.O. Box 2000 |
| Rahway, NJ 07065 | Rahway, NJ 07065 |

| Telephone – Office: (732) 594-4519 | Telephone – Office: (732) 594-4041 |
|---|---|
| FAX No.: (732) 594-8210 | FAX No.: (732) 594-4070 |
| Telephone – Home: PRIVACY – | Telephone – Home: |

| Or | |
|---|---|
| Donna Walters (RY 32-649) | Laurine Connors (RY 32-605) |
| Senior Medical Program Coordinator | Medical Program Coordinator |
| Merck Research Laboratories | Merck Research Laboratories |
| P.O. Box 2000 | P.O. Box 2000 |
| Rahway, NJ 07065 | Rahway, NJ 07065 |

| Telephone – Office: (732) 594- 5745 | Telephone – Office: (732) 594-5578 |
|---|---|
| FAX No.: (732) 594-8210 | FAX No.: (732) 594-8210 |
| Telephone – Home: PRIVACY – | Telephone – Home: PRIVACY – |

[†]   See Protocol Section I.G., Safety Measurements, for definitions of serious adverse experiences.

Confidential - Subject To Protective Order        MRK-AFV0130153

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1504**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

## SPONSOR CONTACT INFORMATION (CONT.)

**RETURN ALL CLINICAL SUPPLIES WITH INVENTORY DOCUMENTATION TO:**
See Protocol Section II.A., Labeling, Packaging, Storage, and Return of Clinical Supplies.

| Clinical Preparation, WP 78 A |
| --- |
| Merck Research Laboratories |
| West Point, PA  19486 |

**SHIP BIOLOGICAL SPECIMENS TO:**
See Protocol Section II.B., Biological Specimens.

| SmithKline Beecham Clinical laboratories |
| --- |
| 7600 Tyrone Avenue |
| Van Nuys, CA  91405 |

| Telephone – Office: | 1-800-877-7004 |
| --- | --- |
| FAX No.: | 1-818-374-4655 |

**THE INVESTIGATOR WILL FORWARD THE ORIGINAL SIGNED SIGNATURE FORM(S) AND LABEL PAGES TO:**

See Protocol Section II.C., Clinical and Laboratory Data Collection.

| Covance, Inc. |
| --- |
| Document Control Center |
| Attention:  MK-0966/088 |
| 210 Carnegie Center |
| Princetorn, NJ  08540-6233 |
| U.S.A. |

If any changes are made to the data after final CRFs have been signed, the handwritten changes and a signature page must be signed and dated and a hard copy mailed to the department and individual listed above.

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)                    viii                    03-Sep-1999

Confidential - Subject To Protective Order                    MRK-AFV0130154

Product: MK-0966
Protocol/Amendment No.: 088-04

## MK-0966 GI Clinical Outcomes Study

## I.   CLINICAL SECTIONS

## A. BACKGROUND AND RATIONALE

### 1.   Introduction

Nonsteroidal anti-inflammatory drugs (NSAIDs) remain the principal pharmacologic agents for symptom relief in patients with rheumatic diseases [1]. Toxicity, particularly involving the gastrointestinal (GI) tract, is a common occurrence with existing NSAIDs. Although the precise incidence and prevalence of NSAID gastropathy are uncertain, the more serious upper GI side effects of perforations, ulceration, and bleeding are reported to occur in 2 to 4% of patients treated with NSAIDs for 1 year [2].

It is currently understood that prostaglandin synthesis in humans is catalyzed by at least two forms of cyclooxygenase, cyclooxygenase-1 (COX-1, prostaglandin endoperoxide synthase-1, PGHS-1) and cyclooxygenase-2 (COX-2, prostaglandin endoperoxide synthase-2, PGHS-2). COX-1 is constitutively expressed and enzymatically active in a variety of tissues including the stomach, intestine, kidneys, and platelets. COX-1 may, therefore, be the isoform responsible for the physiological functions of prostanoids including gastric mucosal protection and normal platelet function.

In contrast to COX-1, COX-2 is not constitutively expressed, but rather is induced by mediators such as serum growth factors, cytokines, and mitogens [3; 4]. Synaptic activity has been shown to elevate COX-2 expression in rats [9]. COX-2 has been detected in leukocytes [3], vascular smooth muscle [8], human rheumatoid synoviocytes [10], and the brain [9]. In inflammatory exudates and in tissue culture, COX-2 induction is inhibited by corticosteroids [5; 10]. Given the localization and pattern of induction, COX-2 is hypothesized to be primarily responsible for the synthesis of prostanoids that mediate responses to pathological processes such as the propagation of inflammation, pain, and fever.

Currently available NSAIDs have been characterized as dual COX-1 and COX-2 inhibitors [6; 7]. NSAID toxicity, which may be attributable to COX-1 inhibition, represents a significant source of morbidity and mortality in the treatment of arthritis and other inflammatory disorders. A specific COX-2 inhibitor would, therefore, have the potential to suppress the response to pathological insults that are mediated by prostanoids (e.g., inflammation) without the typical GI toxicity allegedly associated with inhibition of COX-1.

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                              MRK-AFV0130155

Product: MK-0966
Protocol/Amendment No.: 088-04                                              2

## A. BACKGROUND AND RATIONALE (CONT.)

### 2. Chemistry

   a. Molecular Formula: $C_{17}H_{14}O_4S$.

   b. Molecular Weight: 314.36.

   c. Characteristics:  The compound is crystalline (MP: 208°C) and has an aqueous solubility of less than 5 μg/mL.  The bulk drug is stable to heat (60°C), light, and high humidity for several months.

   d. Formulation:  A compressed tablet formulation has been developed for use in clinical studies.  The tablets are produced using a conventional high shear wet granulation/fluid bed drying process.

### 3. Pharmacology

Studies have included single- and multiple-dose safety studies in healthy young male volunteers, and a single-/multiple-dose safety study in healthy elderly men and women.  Using ex vivo assays (LPS-induced $PGE_2$, serum thromboxane $B_2$), selective inhibition of COX-2 by MK-0966 in humans has been confirmed.  As a clinical consequence, MK-0966 does not prolong platelet aggregation, measured by bleeding time.

MK-0966 does not interfere to a clinically significant degree with concurrently administered corticosteroids, digoxin, or oral contraceptives.  The combination of oral, low-dose methotrexate and 75 mg of MK-0966 is well tolerated and results in small increases in the plasma methotrexate concentration (23% based on AUC). This interaction appears to be MK-0966 dose dependent; therefore, a follow-up study will be conducted with the final recommended dose of MK-0966.  Until results of these studies are available, adequate monitoring of patients on MK-0966 and methotrexate should be considered.

Ongoing studies will better define the renal effects of MK-0966, but results from both animal safety studies, clinical pharmacology studies, and long-term safety studies completed to date indicate that MK-0966 has renal effects which were similar to or less than standard NSAIDs (see Clinical Investigator Brochure for details).

Please refer to the Clinical Investigator's Confidential Information Brochure for a summary of the results of completed pharmacology studies.

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential – Subject To Protective Order                                    MRK-AFV0130156

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                3

## A. BACKGROUND AND RATIONALE (CONT.)

### 4. Absorption, Distribution, Metabolism, and Elimination Studies

Studies using radiolabeled MK-0966 have been completed. MK-0966 is well absorbed with little within-subject variability in bioavailability. The major pathway of elimination of MK-0966 appears to be metabolism followed by renal excretion. Based on the results of studies in patients with mild-to-moderate hepatic insufficiency and in patients with renal insufficiency on hemodialysis, no dosage adjustment is required when treating patients with these conditions.

Please refer to the Clinical Investigator's Confidential Informational Brochure for a summary of the results of absorption, distribution, metabolism, and elimination studies.

### 5. Safety Assessment

Animal safety studies have been performed in rats and dogs for durations of up to 12 months. Developmental and reproductive safety studies have also been completed. Please refer to the Clinical Investigator's Confidential Informational Brochure for a summary of animal safety studies.

### 6. Prior Clinical Experience or Anticipated Effects in Man

As of 31-Dec-1997, over 5500 individuals have received MK-0966. Approximately 990 subjects or patients have taken single oral doses of MK-0966, ranging from 5 to 1000 mg. Oral multiple-dose experience includes 360 subjects treated with daily MK-0966, 5 to 275 mg for 1 to 50 days, and over 4600 osteoarthritis and rheumatoid arthritis patients treated with daily MK-0966, 5 to 250 mg for 10 days to 1 year. Considerable experience thus exists with doses of MK-0966 that are either at or above those currently being studied in Phases II and III (12.5, 25, and 50 mg). No Phase II or III MK-0966 studies have had upper age limits for enrollment and completed and ongoing MK-0966 osteoarthritis trials have enrolled patients in their eighties.

Completed or ongoing clinical studies have included single- and multiple-dose safety studies in healthy young male volunteers, a single-/multiple-dose safety study in healthy elderly men and women, studies of clinical efficacy in the treatment of postoperative dental pain and dysmenorrhea, 6-week pilot studies of clinical efficacy in patients with osteoarthritis of the knee and rheumatoid arthritis, dose confirmation studies of clinical efficacy in patients with osteoarthritis of the knee or hip and rheumatoid arthritis, Phase III efficacy studies in patients with hip or knee osteoarthritis, an ADME study using radiolabeled MK-0966, an upper GI safety study monitored by endoscopy in normal volunteers, and Phase III GI safety studies in patients with osteoarthritis.

/MK-0966/CP/RP2317.DOC * APPROVED                                        03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130157

Product: MK-0966
Protocol/Amendment No.: 088-04                                                          4

## A. BACKGROUND AND RATIONALE (CONT.)

Overall, MK-0966 has been generally well tolerated.  Dose-related trends have been noted for small increases in serum creatinine, uric acid, systolic blood pressure, and for episodes of fluid retention and edema.  Most changes have occurred with daily doses of >50 mg.  With doses of MK-0966 of ≤50 mg, most of these changes have been of limited clinical significance and only rarely resulted in discontinuation of patients from clinical studies.  Similar changes have also been reported with standard NSAIDs.  One episode of GI bleeding in association with multiple-dose administration of 125 mg also has been observed.

Analysis of efficacy data demonstrated that MK-0966 is effective in the treatment of postoperative dental pain, dysmenorrhea, osteoarthritis of the knee and hip, and rheumatoid arthritis.

### 7.  Rationale for the Study

NSAIDs are used extensively for anti-inflammatory and analgesic effects.  It is estimated that 100 million NSAID prescriptions are written annually in the United States and nonprescription use may be as much as sevenfold greater [11].  Currently available NSAIDs have been characterized as dual COX-1 and COX-2 inhibitors [7; 8].  NSAID gastropathy, which may result primarily or exclusively from COX-1 inhibition, represents a significant source of morbidity and mortality in the treatment of arthritis and other inflammatory disorders.  A specific COX-2 inhibitor would therefore have the potential to suppress the response to prostanoid-mediated pathological insults (e.g., inflammation) without the GI toxicity associated with dual COX-1/COX-2 inhibitors.  Therefore, a clinically effective anti-inflammatory/analgesic agent with a reduced incidence of GI toxicity would represent a significant therapeutic advance for use in patients with osteoarthritis, rheumatoid arthritis, other inflammatory conditions, or pain.

The primary purpose of this study is to demonstrate that MK-0966 is associated with a significantly lower incidence of clinically serious GI complications (perforations, ulcers, or bleeds [PUBs]) compared to naproxen.  In a recent study, the effects on upper GI mucosa of a 7-day course of MK-0966, 250 mg per day (5 to 10 times the dose in this study), compared to ibuprofen 800 mg 3 times daily, aspirin 650 mg 4 times daily, and placebo was evaluated.  Compared to ibuprofen and aspirin, significantly fewer erosions developed in the MK-0966 group.  MK-0966 was not significantly different than placebo.  Additional endoscopy studies have recently been completed, which will assess the occurrence of ulcers and other upper GI lesions in patients taking MK-0966 compared to dual COX-1/COX-2 inhibitors or placebo.  In addition, indirect measures of GI mucosal damage employing $^{51}$Cr-labeled red blood cells and $^{51}$Cr-EDTA are being used to assess subclinical and/or lower GI effects.  Conclusive assurance of GI safety; however, can only derive from clinical outcomes data in which the incidence of PUBs is determined.

/MK-0966/CP/RP2317.DOC * APPROVED                                        03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                      MRK-AFV0130158

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                              5

## A. BACKGROUND AND RATIONALE (CONT.)

The efficacy of MK-0966 will not be the focus of this trial, as substantial data will be obtained in the Phase III studies and because a trial of the size and nature required for evaluation of the incidence of PUBs is not conducive to the rigorous assessment of efficacy.

### 8. Rationale for Dose Selection and Comparator Agents

The selection of dose for this study is based both upon the compilation of Phase I and II safety data, efficacy data from MK-0966 dose-ranging study in osteoarthritis (Protocol 029) and the pilot efficacy studies in osteoarthritis and rheumatoid arthritis (Protocols 010 and 017). Phase III studies in osteoarthritis have recently been completed and the selected dose for osteoarthritis will be confirmed prior to study start. A Phase IIb dose-ranging study in rheumatoid arthritis is currently ongoing and preliminary/partial analysis of this study will be evaluated prior to the initiation of this study.

In Protocol 010, both doses of MK-0966 (25 and 125 mg) demonstrated meaningful clinical efficacy in the treatment of patients with osteoarthritis of the knee during a 6-week period. In terms of clinical efficacy, the 25- and 125-mg dose were indistinguishable. In the Phase IIb dose-ranging study in osteoarthritis (Protocol 029), both 12.5 and 25 mg of MK-0966 were efficacious in the treatment of osteoarthritis. The maximum clinical dose in osteoarthritis is anticipated to be 25 mg. A Phase IIa protocol in rheumatoid arthritis demonstrated that MK-0966 125 to 175 mg was efficacious in the treatment of rheumatoid arthritis (Protocol 017). Lower doses were not evaluated in that study. Rheumatoid arthritis is associated with a greater and more consistent degree of inflammation than osteoarthritis. The clinical dose of MK-0966 in rheumatoid arthritis may be somewhat higher than that used in osteoarthritis. Fifty milligrams has thus been selected as the dose for this study for the treatment of rheumatoid arthritis. As noted above, this dose will be confirmed prior to study start from the Phase IIb dose-ranging study. The final dose of MK-0966 will be the anticipated highest recommended dose for rheumatoid arthritis.

The basis for once-a-day dosing of MK-0966 derives from pharmacokinetic data and biochemical efficacy data, which indicate that the apparent accumulation half-life of MK-0966 is on the order of 17 hours with daily dosing and inhibition of COX-2 is sustained over the 24-hour dosing interval. Protocols 010, 029, and 017 supported once-a-day dosing in terms of clinical efficacy.

Naproxen is a widely prescribed NSAID that is a dual COX-1/COX-2 inhibitor approved for the treatment of rheumatoid arthritis. The dose chosen for naproxen in this study (500 mg 2 times a day) is the most commonly used dose for

Confidential – Subject To Protective Order                          MRK-AFV0130159

**Product:** MK-0966
**Protocol/Amendment No.: 088-04**                                              6

## A. BACKGROUND AND RATIONALE (CONT.)

rheumatoid arthritis and is anticipated to provide comparable efficacy to
MK-0966 50 mg. According to the package circular for naproxen (Appendix 5),
the most common side effects (occurring in 3 to 9% of patients on naproxen)
regardless of drug relationship are: constipation, nausea, abdominal pain,
heartburn, headache, dizziness, drowsiness, pruritus, skin eruptions, ecchymoses,
tinnitus, edema, and dyspnea.

## B. OBJECTIVES

### Primary

1. To determine the relative risk of confirmed PUBs in patients with rheumatoid
   arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen,
   1000 mg daily

2. To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis

### Secondary

1. To assess the relative risk of confirmed and unconfirmed PUBs in patients with
   rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking
   naproxen 1000 mg daily

2. To assess the relative risk of complicated PUBs in patients with rheumatoid
   arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen
   1000 mg daily

3. To assess the efficacy of treatment of rheumatoid arthritis with MK-0966 or
   naproxen as evaluated by the Patient and Investigator Global Assessment of
   Disease Activity and the discontinuation rates due to lack of efficacy

### Exploratory Objectives

1. To compare health-care resource utilization for GI-related adverse experiences
   (for example, the incidence of PUBs requiring hospitalizations; the proportion of
   patients requiring upper GI series or endoscopy) which are consistent with
   NSAID use in patients taking 50 mg MK-0966 daily, versus patients taking
   naproxen 1000 mg daily

2. To determine relative risk of occurrence of bleeding from any location in the GI
   tract in patients taking 50 mg MK-0966 daily, compared to patients taking
   naproxen 1000 mg daily

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                            MRK-AFV0130160

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1511**

Product: MK-0966
Protocol/Amendment No.: 088-04                                                7

## B. OBJECTIVES (CONT.)

3.  To assess the efficacy of treatment of rheumatoid arthritis with 50 mg MK-0966
    daily compared to patients taking naproxen 1000 mg daily as evaluated by the
    Modified Health Assessment Questionnaire

## C. HYPOTHESES

### Primary

1.  The risk of confirmed PUBs during the treatment period will be reduced in the
    group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily,
    compared to the group of patients with rheumatoid arthritis taking naproxen
    1000 mg daily (see Appendix 4 for end point definitions).

2.  MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated.

### Secondary

1.  The risk of confirmed and unconfirmed PUBs during the treatment period will be
    reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966
    daily compared to the group of patients with rheumatoid arthritis taking naproxen
    1000 mg daily.

2.  The risk of confirmed complicated PUBs during the treatment period will be
    reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966
    daily compared to the group of patients with rheumatoid arthritis taking naproxen
    1000 mg daily.

## D. PATIENT DEFINITION

### 1. Inclusion Criteria

a.  Patient is male or female, is at least 50 years of age **or** is 40 to 49 years of age
    **and** is taking chronic oral corticosteroids; and has a clinical diagnosis of
    rheumatoid arthritis and is judged by the investigator to require chronic
    NSAID therapy for at least 1 year.

b.  Female patients must demonstrate a serum $\beta$-HCG level consistent with a
    nongravid state at the prestudy visit and agree to remain abstinent, use oral
    birth control pills or single-barrier contraception (such as:  partner using
    condom or patient using diaphragm, contraceptive sponge, or IUD) beginning
    at least 7 days prior to treatment and continuing at least 14 days after the end-
    of-study visit or a discontinuation visit.  Women who are postmenopausal or
    status post hysterectomy or tubal ligation are exempt from this requirement.

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                              MRK-AFV0130161