# Exhibit 4
# Part 2

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                    **1512**

Product: MK-0966
Protocol/Amendment No.: 088-04                                     8

## D. PATIENT DEFINITION (CONT.)

(Postmenopausal is defined as no menses for the previous 1 year.  If cessation
of menses is within 18 months, follicle-stimulating hormone [FSH] must be
documented as elevated into the postmenopausal range prestudy.)

c.  Except rheumatoid arthritis, the patient is judged to be in otherwise general
reasonable health, based on medical history, physical examination, and
laboratory screening tests, enabling him or her to complete the trial without
anticipated serious comorbid event.

d.  Patient is able to understand and complete the study questionnaires.

e.  Patient understands the study procedures and agrees to participate in the study
by giving written informed consent.

### 2.  Exclusion Criteria

#### Previous Arthritis History

Patient has a history of the following:

a.  Inflammatory arthritis (e.g., systemic lupus, spondyloarthropathy, polymyalgia
rheumatica).  Note: Patients with a history of gout are allowed to enroll into the
study; however, additional NSAID therapy will not be allowed for treatment of
exacerbations during the course of the study.  Patients with rheumatoid arthritis
<u>and</u> secondary Sjögrens disease or fibromyalgia are permitted to enter the study.

#### Concurrent/Previous Medical Conditions:

b.  The patient is, in the opinion of the investigator, mentally or legally
incapacitated such that informed consent cannot be obtained or the patient
cannot read or comprehend written material.

c.  The patient has a history of any illness or has significant abnormalities on
prestudy clinical or laboratory evaluation that, in the opinion of the
investigator, contraindicates a 1- to 2-year course of therapy with a NSAID
such as naproxen.

*Note:  Patients with low hemoglobin values (see Appendix 2 for definition)
must have a history of chronic anemia or at least two stable baseline values
which are repeated at least 1 week apart.  An algorithm for assessing
out-of-range laboratory values is provided in Appendix 2.*

/MK-0966/CP/RP2317.DOC * APPROVED                          03-Sep-1999
U.S. (U.S. IND)

Confidential – Subject To Protective Order                         MRK-AFV0130162

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                                    9

## D. <u>PATIENT DEFINITION</u> (CONT.)

d. The patient has a **documented** history of ulcer or upper GI bleeding within the recent past which is felt by the investigator to mandate that NSAID therapy be given with concurrent proton-pump inhibitors, misoprostol or other medications not allowed per study protocol. (see Section E.3.—Stratification, and GI History Definition for definitions).

e. Patient has a history of gastric, biliary, or small intestine surgery that causes malabsorption.

f. The patient has evidence of impaired renal function, defined as estimated creatinine clearance $\leq 30$ mL/min.   [Creatinine clearance estimated as follows—Men:  (140-age) x weight (kg)/(serum creatinine (mg/dL) x 72); Women:  (0.85) (140-age) weight (kg)/(serum creatinine (mg/dL) x 72).]

g. The patient has angina or congestive heart failure with symptoms that occur at rest or minimal activity.  (Note: patients with a history of myocardial infarction or coronary arterial bypass grafting more than 1 year prior to study start may participate if they do not require any concomitant medication excluded in this protocol—see below.  However, if a patient develops unstable angina or a myocardial infarction during the study they must be discontinued from the study.)

h. The patient has uncontrolled hypertension (diastolic blood pressure >95 mm Hg, or systolic blood pressure >165 mm Hg).

i. The patient has a history of stroke or transient ischemic attack (TIA) within the previous 2 years. (Note:  If a patient has a TIA or stroke during the study they must be discontinued from the study.)

j. The patient has active hepatitis/hepatic disease.

k. Patient has a history of neoplastic disease.  Patients with a history of leukemia, lymphoma, or myeloproliferative disease are ineligible for the study regardless of the time since treatment.  *(Exception:  (a) patients with adequately treated basal cell carcinoma or carcinoma in situ of the cervix may participate, and (b) patients with other malignancies which have been successfully treated $\geq 5$ years prior to screening, where in the judgment of both the investigator and treating physician, appropriate follow-up has revealed no evidence of recurrence from the time of treatment through the time of screening.)*

l. Patient is currently a user (including "recreational use") of any illicit drugs, or has a history of drug or alcohol abuse within the past 5 years.

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)                                                                                        03-Sep-1999

Confidential - Subject To Protective Order                                         MRK-AFV0130163

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1514**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                   10

## D. PATIENT DEFINITION (CONT.)

m.  Patient is allergic to or has hypersensitivity (e.g., bronchoconstriction in association with nasal polyps) to aspirin, naproxen, and other NSAIDs. *(Note: Patients with a history of a potential idiosyncratic allergic reaction [e.g., rash] to a single NSAID in the past but who tolerate at least two other NSAIDs without hypersensitivity reactions may participate.)*

n.  Patient has morbid obesity and demonstrates significant health problems stemming from their obesity.

o.  Positive result for the fecal occult blood screening test at baseline.

p.  Patient has a history of esophageal or gastric surgery. *(Patients with a history of simple closure of a perforation greater than 3 months prior to the beginning of the study are allowed to be enrolled. In addition, patients with a history of a simple hiatal hernia repair may be enrolled.)*

q.  Patient has a history of inflammatory bowel disease.

r.  Patient has a history of a bleeding diathesis.

**Concurrent/Previous Medication**

s.  The patient will be excluded from participation in the study if the following medications have been used:

- Misoprostol or sucralfate within the past 1 month.

  Recent sustained use (any period longer than 4 consecutive days during the month prior to study start) of $H_2$ blockers (e.g., cimetidine, ranitidine, famotidine, nizatidine), or a proton-pump inhibitor (e.g., omeprazole, lansoprazole) at prescription doses, or doses indicated for treatment of active gastroduodenal ulcers. *[Note: Use of antacids or over-the-counter doses of ranitidine (75 mg twice a day or 150 mg once daily), famotidine (10 mg twice a day or 20 mg once daily), cimetidine (200 mg twice a day or 400 mg once daily), and nizatidine (75 mg twice a day or 150 mg once daily) prior to randomization will not be grounds for exclusion.]*

- Ongoing cyclosporin A treatment.

t.  Patients taking aspirin, even low-dose (325 mg or less, daily or every other day) or other antiplatelet agents (e.g., ticlopidine) may <u>not</u> enroll in the study. Patients are <u>not</u> to stop taking low-dose aspirin or ticlopidine in order to participate. *Exceptions: Patients taking aspirin solely as treatment of their*

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)                                                   03-Sep-1999

Confidential - Subject To Protective Order                        MRK-AFV0130164

Product: MK-0966
Protocol/Amendment No.: 088-04                                              11

## D. PATIENT DEFINITION (CONT.)

*rheumatoid arthritis may participate in this study after discontinuation of
their aspirin during the washout period.* Patients are also excluded if use of
antiplatelet agents (other than NSAIDs) within the following year is
anticipated.

u.  Patients are excluded from the study if the following concomitant medications
are required: warfarin, or heparin (or low molecular weight heparin). Patients
taking digoxin or lithium **will not** be excluded from the study; however,
baseline serum drug levels should be drawn at Visit 1 and should be
monitored in the first few weeks of the study since naproxen and other
NSAIDs can increase blood levels of these medications.

v.  Other chronic medications have not been used at a stable dosage for at least
2 weeks.

### Other

w.  Patient has donated a unit of blood or plasma or participated in another
clinical study with an investigational agent within the last 4 weeks. The
patient cannot participate in any other clinical study with an investigational
agent during the course of this study.

x.  Patient has previously been enrolled in an MK-0966 clinical study. *Note:
Patients previously enrolled in an MK-0966 study and allocated to placebo
may participate in this study. Identification of treatment allocation in prior
MK-0966 studies must be verified by the Merck Monitor.*

## E. STUDY DESIGN

### 1. Summary of Study Design

This is an active, parallel-group, stratified, double-blind, multicenter study,
conducted under in-house blinding procedures, to further evaluate long-term
safety of MK-0966 compared with naproxen. This protocol covers the patients
enrolled in the U.S. The study population will consist of patients with rheumatoid
arthritis who require NSAID therapy for their arthritis for at least 1 year. Patients
with rheumatoid arthritis who meet entry criteria will be randomized to MK-0966,
50 mg once a day (n ~1750 in the U.S.), or naproxen 500 mg twice a day
(n ~1750 in the U.S.). Patient allocation will be stratified according to whether
the patient has a prior history of a peptic ulcer or upper GI bleeding. Within each
allocation range, those patients who have a history of a peptic ulcer, bleeding, or
perforation will be entered into Stratum 1 and those who do not into Stratum 2.

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                          12

## E. <u>STUDY DESIGN</u> (CONT.)

At the screening visit, patients should be instructed that they can take acetaminophen or other analgesics (except for NSAIDs or aspirin) for rescue medication. Choice of rescue therapy will be at the discretion of the investigator. Intra-articular, intramuscular, and oral steroids ARE permitted during the study. Topical creams or lotions containing NSAIDs or salicylates are NOT permitted during the study. Disease-Modifying Anti-Rheumatic Drugs (DMARDs) are allowed during the study and the dose of DMARDs may be changed at the discretion of the investigator during the course of the study. (Treatment with cyclosporin will not be allowed during the study.)

The duration of the study is expected to be 1 to 1.5 years; however, because the duration of this study will be determined by the need to observe at least 120 PUBs and 40 complicated PUBs, there is the possibility that patients will be asked to continue on study medication for longer than 1 year. There is also the possibility that the study will be stopped before some patients have completed 1 year on study drug.

Clinic visits will occur at screening, randomization, Weeks 6, 17, 35, and 52. Thereafter, patients will be seen approximately every 4 months (Weeks 69, 87, and 104) if the study continues, until the termination of the study. At the termination of the study, patients will be called in for an end-of-study visit. Patients will be asked to remain off NSAIDs for 14 days after the end-of-study visit. **Every effort must be made to bring all patients back for this visit.**

The patient will be contacted by phone at Week 10 and then every 4 months thereafter (Weeks 26 and 43). If the study continues beyond Week 52, patients will continue to be contacted every 8 weeks between clinic visits (i.e., there will be 8 weeks between the clinic visit and the phone call and 16 weeks between phone calls). **Every effort must be made to keep in contact with patients between clinic visits.**

The primary end point for this study will be the occurrence of PUBs. Other clinical end points include: complicated PUBs, discontinuation due to lack of efficacy, Patient Global Assessment of Disease Activity, and Investigator Global Assessment of Disease Activity. Safety will be monitored by repeat clinical and laboratory assessments throughout treatment and adverse events monitored throughout treatment for 14 days following completion of treatment or last dose of study therapy for discontinued patients.

**Patients will be encouraged to remain in the study for the full duration of the study.** However, if patients are unwilling to continue study medication, they will be asked to return for a discontinuation visit within 48 hours. Patients will be

Confidential - Subject To Protective Order                          MRK-AFV0130166

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1517**

Product: MK-0966
Protocol/Amendment No.: 088-04                                                    13

## E. STUDY DESIGN (CONT.)

asked to remain off NSAIDs for 14 days after the discontinuation visit. In addition, they will be contacted by telephone 14 days after the last dose of medication to ascertain whether any adverse events have occurred. Lastly, they will be telephoned 45 days after the last dose of study medication and at the conclusion of the study (i.e., when they were to have concluded the study had they continued) to ascertain whether a PUB has occurred. **Every effort must be made to remain in contact with these patients.**

Investigators and patients should watch closely for clinical signs of GI bleeding or other possible GI complications. Any suspicious episodes should be investigated by the appropriate clinical procedures.

Indiscriminate use of low-dose $H_2$ blockers is to be avoided. Trials off these agents should be considered. **Initiation of high-dose $H_2$ blockers [defined as any dose higher than ranitidine 75 mg twice a day (or 150 mg once daily), famotidine 10 mg twice a day (or 20 mg once daily), cimetidine 200 mg twice a day (or 400 mg once daily), nizatidine 75 mg twice a day (or 150 mg once daily)], proton-pump inhibitors, sucralfate, or misoprostol during the study requires discontinuation of the patient from the study.** Any gastric or duodenal ulcers detected during the workup of GI symptoms or suspected bleeding will be classified in accordance with guidelines provided in the End Point Classification Document (Appendix 4). These patients will be discontinued from the study. In addition to the standard 14-day follow-up phone call, patients with a possible study endpoint (PUB) will be contacted 6 weeks after the occurrence of the event to collect Health Care resource utilization information (completion of HCCR form).

2.  **Treatment**

    a.  **Treatment Plan**

        **Visit 0—Prescreening**

        Potential participants will be prescreened by phone to determine if they meet preliminary entry criteria. A brief description of the study will be given and the Screening Visit (1.0) will be scheduled if preliminary entry criteria are met and patient expresses a willingness to participate in the study.

        **Visit 1.0—Screening**

        Written informed consent will be obtained prior to the performance of any study procedures. It must be explained to the patient that the expected duration of the study is 1 to 1.5 years. Permission should also be obtained in writing at this visit or the randomization visit to collect medical records and copies of endoscopy or radiographic reports should an end point occur.

/MK-0966/CP/RP2317.DOC * APPROVED                                        03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                        MRK-AFV0130167

Product: MK-0966
Protocol/Amendment No.: 088-04                                          14

## E. STUDY DESIGN (CONT.)

Each patient will be assigned a unique screening number. If a patient fails to
qualify for entry into the study, his/her screening number MAY NOT BE
REUSED. A patient may be rescreened for eligibility at a later time. Should
this occur it will be noted on the study worksheet and a new screening number
will be assigned; however, the original screening number MAY NOT BE
REUSED.

Table 1 shows the procedures that will be performed at the screening visit.

<u>Table 1</u>

Procedures to be Performed at Screening Visit

| |
|---|
| Review entry criteria and study procedure |
| Obtain informed consent[†] |
| Document medical history including ulcer disease and upper GI bleed |
| Review concomitant medication |
| Vital signs |
| Patient Global Assessment of Disease Activity |
| Weight |
| EKG |
| Complete physical examination |
| Dispense three stool Hemoccult cards |
| CBC, serum chemistry, urinalysis, serum β-HCG for premenopausal women |
| Discontinue prestudy NSAIDs |
| Distribute investigational study identification card and appointment reminder cards |

[†] Permission should be obtained to collect medical records and copies of endoscopy or
radiographic reports should an endpoint occur.

Prospective patients will be evaluated to determine whether they fulfill the
entry requirements listed in Section I.D. The investigator will discuss with the
patient the nature of the study, its risks, requirements, and its restrictions.
These restrictions include the use of certain concomitant medications listed in
Section D. Informed consent will be obtained prior to the performance of any
study procedures. The patient's medical history, including episodes of ulcer
and GI bleeding, will be documented. Patients will also be asked to provide
information for primary and secondary contacts to assist in fulfilling
follow-up requests (i.e., relatives, neighbors, personal physician, social
security number, medicare number, etc.).

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                     15

## E. STUDY DESIGN (CONT.)

Vital signs (blood pressure, heart rate, respiratory rate, and oral temperature) will be obtained with the patient in a sitting position after a 10-minute rest. During the rest period, the patient will record a Global Assessment of Disease Activity. The patient will be weighed in street clothing with jacket/coat and shoes removed. A complete physical examination will be performed and an EKG will be obtained. Whenever possible, the investigators performing assessments should be kept constant for an individual patient throughout the study.

Blood and urine will be obtained for CBC, serum chemistry, urine analysis, and serum β-HCG (in premenopausal women only) after a fast of ≥8 hours. If a patient was not fasting at the time the specimen was obtained, a note stating this should be added to the case report form comments section of the LAB page. **No blood samples should be obtained if the patient does not fulfill the entry requirements listed in Section I.D.**

Three hemoccult cards will be distributed to the patient with instructions for obtaining three samples. All cards must be processed prior to randomization. One or more positive tests will exclude the patient from the study. When reviewing sample collection, please take extra care in explaining the washout periods for medications and food.

Patients will be given a card to carry at all times during the study identifying that they are participants in an investigational drug study and listing emergency telephone contact numbers. This card will also contain instructions directing other health care providers to contact the study investigator immediately in the event the patient is hospitalized.

### NSAID Washout

After prestudy laboratories have been verified to be within defined limits by the central laboratory and the investigator, patients that fulfill all entry criteria and have signed an informed consent will be contacted by telephone. NSAID users will be instructed to discontinue their current NSAID regimen.

Patients will be instructed to return to the clinical research center for repeat evaluation and randomization 3 days after discontinuing their NSAIDs. If necessary the randomization visit can occur 3 to 14 days following Visit 1 (after three stool Hemoccult samples have been collected).

### Visit 2.0—Randomization

Patients will return for this visit within a maximum of 14 days after Visit 1. In addition, patients must have withheld NSAIDs for at least 3 days prior to

/MK-0966/CP/RP2317.DOC * APPROVED                                      03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1520**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                    16

## E. STUDY DESIGN (CONT.)

this visit.  Patients who fail to return will be contacted by phone to assess
continued interest in the study.   After screening laboratories have been
verified to be within defined limits, patients that fulfill all entry criteria and
have signed an informed consent (at Visit 1) will be entered into the study.

Table 2 shows the procedures that will be performed at the randomization visit.

Table 2

Procedures to be Performed at Randomization Visit

| |
|---|
| Develop hemoccult cards |
| Review study procedures |
| Interim history |
| Monitor for adverse experiences |
| Review concomitant medication |
| Vital signs |
| Modified Health Assessment Questionnaire |
| Patient Global Assessment of Disease Activity |
| Weight |
| Investigator Global Assessment of Disease Activity |
| Plasma and serum for archive |
| Allocate patient to appropriate strata and dispense study medication |
| Distribute appointment reminder cards/record next visit in the patient information booklet |

The hemoccult cards distributed on the previous visit will be developed.  One
or more positive tests will exclude the patient from the study.  Results should
be recorded in the appropriate worksheet.

Patients presenting for the screening or randomization visit with recent onset of
abdominal discomfort or dyspepsia should not be randomized until the
condition has stabilized or an etiology determined.

The study procedures will again be discussed with the patient as well as
restrictions including certain concomitant medications (see Section I.D.).
Interim history will be documented, concomitant medications will be reviewed,
and patients will be monitored for adverse experiences.   Patients will be
reminded to remain off any NSAIDs (including marketed COX-2-specific
inhibitors) or over-the-counter preparations that contain NSAIDs or aspirin,

Confidential - Subject To Protective Order                                    MRK-AFV0130170

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                   17

## E. **STUDY DESIGN (CONT.)**

e.g., aspirin-containing cough or cold medication. Each patient will be given a list of prohibited medications. If the medication they wish to take is on the list, they should check with clinic first. Additionally, if they are uncertain about any other medication they should check with the clinic first.

Vital signs (blood pressure and heart rate) will be obtained with the patient in a sitting position after a 10-minute rest. During the rest period the patient will complete the Modified Health Assessment Questionnaire and the Global Assessment of Disease Activity. The patient will be weighed in street clothing with jacket/coat and shoes removed.

Blood will be obtained for serum and plasma archive. **No laboratories need to be obtained if patient does not meet the entry requirements.** A global assessment of disease activity will be recorded by the investigator prior to the patients first dose of study therapy.

Patients will be assigned (by randomized-block allocation schedule) to 1 of 2 treatment regimens as shown in Table 3.

<u>Table 3</u>

Sample Allocation Schedule
U.S. Cohort

| Group | Treatment | N |
|---|---|---|
| I | MK-0966 50 mg | 1750 |
| II | Naproxen 500 mg b.i.d. | 1750 |
|  | Total | 3500 |

Patient allocation will be stratified for history of ulcer (gastric or duodenal), upper GI bleeding, or perforation (gastric or duodenal). Specifically, those patients who have a history of GI ulcer, bleeding, or perforation will be entered into Stratum 1 and those who do not into Stratum 2. (See Section E.3.—Stratification, and GI History Definition for definitions.)

Within each allocation schedule, patients in Stratum 1 will be assigned allocation numbers (ANs) sequentially starting with the highest number at each site and proceeding sequentially to the lower numbers. Patients in Stratum 2 will be assigned ANs sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers. Patients will be provided with

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                    18

## E. STUDY DESIGN (CONT.)

enough study medication to last them to the next visit. Patients will be instructed to take 1 tablet from each of the bottles as instructed on the bottle label. The initial dose of study medication will be witnessed by the study coordinator. Detailed dosing instructions and amounts of medication to be distributed are discussed in Section II.A. The patients will also be instructed to return all used and unused bottles to the clinic at each return visit.

Rescue medication such as acetaminophen or other analgesic medication (except NSAIDs, COX-2-specific inhibitors, and aspirin-containing compounds) may be given at the discretion of the investigator. Corticosteroids and topical analgesics (except NSAID- or aspirin-containing topical agents) are also permitted during the study. Changes in DMARD therapy are permitted during the study.

Patients will be given a card to carry at all times during the study identifying them as participants in an investigational drug study and listing emergency telephone contact numbers.

An appointment for Visit 3.0 will be made for 6 weeks later (±7 days). Patients will be given an appointment card for their next scheduled visit and reminded to take their study medication the morning of Visit 3.0 and to bring in their used and unused study medication bottles with them to the study center. Note: Patients who are taking digoxin or lithium should be scheduled to have their digoxin or lithium levels checked within 2 to 3 weeks.

### Office/Clinic Visits Week 6 Through Week 52 (Visits 3.0 to 6.0)

The procedures shown in Table 4 will be performed.

/MK-0966/CP/RP2317.DOC * APPROVED                          03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1523**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                    19

# E. STUDY DESIGN (CONT.)

<u>Table 4</u>

Procedures to be Performed at Office/Clinic Visits Week 6
Through Week 52 (Visits 3.0 to 6.0)

| | 3.0 | 4.0 | 5.0 | 6.0 |
|---|---|---|---|---|
| Visit Number: | 3.0 | 4.0 | 5.0 | 6.0 |
| Study Week: | 6 | 17 | 35 | 52 |
| Interim history/assessment of end points and adverse experiences | X | X | X | X |
| Review concomitant medication | X | X | X | X |
| Vital signs and weight | X | X | X | X |
| Modified Health Assessment Questionnaire | X | | | |
| Patient global assessment of disease activity | X | X | | X |
| Physical examination[†] | | | | |
| Urinalysis | X | | | |
| Hemoglobin, hematocrit | | X | X | |
| Complete serum chemistry, CBC | X | | | X |
| Plasma and serum for archive | | X | | X |
| Urine β-HCG[‡] | X | X | X | X |
| Dispense study medication | | X | X | X |
| Count study medication | | X | X | X |
| Compliance counseling | X | X | X | X |
| Retrieve used study medication | | X | X | X |
| Investigator global assessment of disease | X | X | | X |
| Distribute appointment reminder cards/record next visit in patient information booklet | X | X | X | X |

[†] To be performed at the discretion of the investigator as needed.
[‡] For premenopausal women only.

Clinical evaluations will include vital signs and weight, and laboratories. Patients will be assessed for compliance to protocol, and tablet counts will be performed for study medication. Under or over use of study medication should trigger study medication compliance counseling. Interim history will be documented, concomitant medications will be reviewed, and patients will be monitored for adverse experiences. A global assessment of disease activity will be recorded by the investigator and patient separately (at Visits 3.0, 4.0, and 6.0 only). A Modified Health Assessment Questionnaire will be completed by the patient at Visit 3.0 only. New study medication will be dispensed at each visit (except Visit 3 unless needed). When a patient returns for a follow-up visit, all used bottles of study medication will be retrieved (Note: At Visit 3, study bottles will not be collected but should be visually inspected for gross

/MK-0966/CP/RP2317.DOC * APPROVED                              03-Sep-1999
U.S. (U.S. IND)

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1524**

Product: MK-0966
Protocol/Amendment No.: 088-04                                          20

## E. STUDY DESIGN (CONT.)

compliance). Serum chemistry and CBC will be obtained at Visits 3.0 and 6.0. Urinalysis will be obtained at Visit 3.0 only. A hemoglobin (Hgb) and hematocrit (Hct) will be obtained at Visits 4.0 and 5.0. Plasma and serum for archive will be obtained at Visits 4.0 and 6.0. A urine $\beta$-HCG will be obtained at every visit for premenopausal women only. At the end of each visit except end-of-study visit, appointment cards will be distributed and patients reminded to take their study medication the morning of their next visit and to bring in their study medication bottles to the study center. Scheduled visits will occur within a window of $\pm 4$ days to the appropriate date, until Week 6 (Visit 3.0); then scheduled visits will occur within a window of $\pm 7$ days of the appropriate date.

At each visit, patients will be asked questions concerning the occurrence of PUBs. **Suspicion of a possible study end point will prompt the retrieval of additional information and source documents, as specified in the Study Operations Manual. Patients with a possible study end point should have blood drawn and sent to the central laboratory for the assessment of serum salicylates and NSAIDs. In addition, the External Coordinating Center personnel will be notified immediately (see Appendix 4 for definition of end points).** An initial end points report form will be completed and submitted to the External Coordinating Center. Supplemental documentation will be submitted once it becomes available. In addition, a Health Care Contact Report (HCCR) form (which assesses healthcare resource utilization) will be filled out at the time that the study end point documentation is collected as well as 6 weeks after the event.

Between visits, the patient will be encouraged to call the study site if a PUB, GI work-up, or other serious adverse experience has occurred. The patient will be asked to provide permission to obtain medical records and copies of endoscopy or radiographic reports. The permission to obtain these reports if a PUB should occur should be obtained at the screening or randomization visits, but may be obtained at any point during the study and should remain current in conjunction with local regulations.

### Visits After Week 52 (Month 12)

If the study continues beyond 1 year, visits will be scheduled every 4 months after Week 52 (Month 12) until the study is terminated. Table 5 outlines procedures to be performed at visits up to Week 104 (Month 24). As noted previously, it is anticipated that the duration of treatment will be approximately 1 year; however, the exact duration will be determined by the need to observe at least 120 PUBs and 40 complicated PUBs in the study, or for the minimum duration of treatment to be 6 months from LPI, whichever comes last.

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130174

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                    **1525**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                        21

## E. STUDY DESIGN (CONT.)

<u>Table 5</u>

Procedures to be Performed at Visits up to Month 24

| List of Procedures | | | |
|---|---|---|---|
| Visit Number: | 7.0 | 8.0 | 9.0 |
| Study Week: | 69 | 87 | 104 |
| Study Month: | 16 | 20 | 24 (Yearly Visit) |
| | | | |
| Interim history/assessment of end points and adverse experiences | X | X | X |
| Review concomitant medications | X | X | X |
| Vital signs and weight | X | X | X |
| Patient global assessment of disease activity | | X | X |
| Physical examination[†] | | | |
| Hemoglobin, hematocrit | X | X | |
| CBC, serum chemistry | | | X |
| Plasma and serum for archive | | X | |
| Urine for β-HCG[‡] | X | X | X |
| Dispense study medication | X | X | X |
| Retrieve used study medication | X | X | X |
| Count study medication/compliance counseling | X | X | X |
| Investigator global assessment of disease | | X | X |
| Distribute appointment reminder cards | X | X | X |

† To be performed at the discretion of the investigator as needed.
‡ For premenopausal women only.

### End-of-Study Visit

At the conclusion of the study (prior to unblinding, either at an interim analysis or after 120 PUBs and 40 complicated PUBs have occurred in the study), the Steering Committee will establish a cutoff date for study events which are to be included in the analysis. All patients (including those who have discontinued study medication) will be contacted by telephone (or by mail if not reachable by phone) in order to complete the end-of-study procedures. The extent of patient contact will be determined by whether the patient is currently active in the study or has previously discontinued.

### Contact for Discontinued Patients

- Perform a brief phone interview to determine whether the patient has experienced any interim events consistent with a PUB

/MK-0966/CP/RP2317.DOC • APPROVED
U.S. (U.S. IND)                                                       03-Sep-1999

Confidential - Subject To Protective Order                          MRK-AFV0130175

Product: MK-0966
Protocol/Amendment No.: 088-04                                              22

## E. STUDY DESIGN (CONT.)

- If a PUB is reported, obtain all documenting information

- Patients discontinued from the study due to a PUB are not required to be contacted at this time

**Contact for Active Patients**

- Perform a brief phone interview to determine whether the patient has experienced any interim events consistent with a PUB

- Schedule a final clinic visit giving priority to patients reporting an interim PUB

- If a PUB is reported, obtain all documenting information

Every effort must be made to contact all patients at this time. Patients should be reminded to fast for 8 hours prior to this study visit. At the clinic visit, the procedures shown in Table 6 will be performed.

Table 6

Procedures to be Performed at End-of-Study Visit

| |
|---|
| Interim history and assessment for end points (PUBs) and adverse experiences |
| Review concomitant medications |
| Vital signs and weight |
| Modified Health Assessment Questionnaire |
| Patient global assessment of disease activity |
| Physical examination |
| Investigator global assessment of disease activity |
| CBC, serum chemistry |
| Urinalysis, plasma and serum for archive |
| Urine $\beta$-HCG[†] |
| Count study medication tablets |
| Retrieve all study medication |
| [†] For premenopausal women only. |

Clinical evaluations will include vital signs and weight, CBC, serum chemistry, urinalysis, and urine $\beta$-HCG (for premenopausal women only). A physical examination will be performed. Patients will be assessed for

Confidential - Subject To Protective Order                     MRK-AFV0130176

Product: MK-0966
Protocol/Amendment No.: 088-04                                                 23

## E. STUDY DESIGN (CONT.)

compliance to protocol, and tablet counts will performed for study medication. Interim history will be documented, concomitant medications reviewed, and patients will be monitored for adverse experiences.  A global assessment of disease activity will be recorded by the investigator and patient separately.

Patients will be asked to abstain from taking NSAIDs for the next 14 days. Other analgesics can be used during that time.  Chronic NSAID users can resume taking a NSAID 14 days after the end-of-study visit.

### Phone Visits Week 10 Through Week 43 (Visits P4 Through P6)

The patient will be contacted by phone at several scheduled times in between the clinic visits (see Study Flow Chart).  The phone visits should occur within a window of ±7 days.  These phone visits will be documented on the appropriate worksheets.  At each phone contact, the patient will be questioned as to compliance with study procedures, especially those related to study and concomitant medications.  The patient will be counseled as necessary to encourage participation in the study.  The patient will be monitored for interim study events (PUBs). **Suspicion of a possible study end point will prompt an unscheduled visit and/or the retrieval of additional information and source documents, as specified in the Operations Manual.  If a PUB is verified, the patient will be discontinued from study medication.**

### Phone Visits After Week 52 (Month 12)

The patient will be contacted by phone every 8 weeks (±7 days) between visits.  For example, if the patient is seen at Weeks 52 and 69, then phone visits will be made during Week 60.  The procedures to be followed during phone visits are described above.  In addition, patients will be contacted by telephone 14 days following the last day of treatment to ascertain whether any adverse events have transpired.  If an end point or adverse event has occurred, the investigator will mandate if follow-up or an unscheduled visit is necessary.

### Phone Visits for Discontinued Patients

Patients who discontinue will be contacted by phone 14 days following the last day of treatment to ascertain whether any adverse events have transpired. If an end point or adverse event has occurred, the investigator will decide if follow-up or an unscheduled visit is necessary.  They will also be contacted by phone 45 days following the last day of treatment and at the conclusion of the study to specifically ascertain whether a GI adverse event (PUB) has occurred.

Confidential – Subject To Protective Order                                    MRK-AFV0130177

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                        24

## E. STUDY DESIGN (CONT.)

### Premature Study Discontinuation Visit

Dropouts will not be replaced after randomization. Patients will be
encouraged to remain in the study for the duration of the study. If the
patient is unwilling to complete the study, he or she should be encouraged to
return to the clinic for a discontinuation visit (within 48 hours of
discontinuing) and as many of the procedures shown in Table 7 should be
performed as possible.

### Table 7

Procedures to be Performed at Premature Study Discontinuation Visit

| |
|---|
| Interim history and assessment for end points and adverse experiences |
| Review concomitant medications |
| Vital signs and weight |
| Modified Health Assessment Questionnaire |
| Patient global assessment of disease activity |
| Physical examination |
| Investigator global assessment of disease activity |
| CBC, serum chemistry, urinalysis, serum and plasma for archive |
| Urine $\beta$-HCG[†] |
| Count study medication tablets |
| Retrieve all study medication |
| [†] For premenopausal women only. |

The *primary* reason for discontinuation, i.e., lack of efficacy, adverse event,
protocol deviation, or other (with explanation), will be recorded by the
investigator.

Patients will be instructed not to take any NSAIDs for the next 14 days; other
analgesics can be used. Patients will be contacted by telephone 14 days after
the last dose of medication to ascertain whether any adverse events have
occurred.

All randomized patients who discontinue from the study will be followed up
for the PUB end points regardless of compliance status. In addition to the
discontinuation visit and telephone call referred to above, they will be
telephoned 45 days after the last dose of study medication **and** at the
conclusion of the study (i.e., when they were to have concluded the study had
they continued on study medication) to ascertain whether a PUB has occurred.

/MK-0966/CP/RP2317.DOC * APPROVED                                        03-Sep-1999
U.S. (U.S. IND)

Confidential – Subject To Protective Order                                        MRK-AFV0130178

Product: MK-0966
Protocol/Amendment No.: 088-04                                                25

## E. STUDY DESIGN (CONT.)

### b. Special Handling Requirements (Endoscopy)

If patients undergo endoscopy at any point during the study and an ulcer is detected, it is suggested that biopsy samples for *H. pylori* histopathology be obtained and that a CHLO™ (or other rapid urease test) test be performed on the biopsy sample. Multiple biopsies from the antrum and from the fundus should be obtained for this purpose. These samples will be processed locally. In addition, serum for salicylate and NSAID levels should be drawn and sent to the central laboratory.

### c. Prior and Concomitant Medication(s)/Treatment(s)

#### Prior Medications

Prior use of the following medications will exclude the patient from the study:

- Misoprostol or sucralfate within the past 1 month.

- Recent sustained use (any period longer than 4 consecutive days during the month prior to study start) of $H_2$ blockers (e.g., cimetidine, ranitidine, famotidine, nizatidine), or a proton-pump inhibitor (e.g., omeprazole, lansoprazole) at prescription doses, or doses indicated for treatment of active gastroduodenal ulcers. *[Note: Use of antacids or over-the-counter doses of ranitidine (75 mg twice a day or 150 mg once daily), famotidine (10 mg twice a day or 20 mg once daily), cimetidine (200 mg twice a day or 400 mg once daily) and nizatidine (75 mg twice a day or 150 mg once daily) prior to randomization will not be grounds for exclusion.]*

- Ongoing cyclosporin A treatment

- Patients taking ticlopidine or aspirin—even low dose—will not be allowed in the study. No patient should stop taking low-dose aspirin or ticlopidine solely to enter the trial. *Exception: Patients taking aspirin solely as treatment of their rheumatoid arthritis may participate in this study after discontinuation of their aspirin.*

#### Concomitant Medications

- Concomitant use of the following medications is prohibited during the entire study: other NSAIDs, COX-2-specific inhibitors, warfarin, heparin, low molecular weight heparin, ticlopidine, aspirin, proton-pump

/MK-0966/CP/RP2317.DOC * APPROVED                                     03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                    MRK-AFV0130179

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1530**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                    26

## E. STUDY DESIGN (CONT.)

inhibitors, sucralfate, "high-dose" H2 blockers (doses higher than cimetidine 200 mg twice a day or 400 mg daily, ranitidine 75 mg twice a day or 150 mg daily, famotidine 10 mg twice a day or 20 mg daily, nizatidine 75 mg twice a day or 150 mg daily), or misoprostol.

- Low-dose H2 blockers (cimetidine 200 mg twice a day or 400 mg once daily; ranitidine 75 mg twice a day or 150 mg once daily; famotidine 10 mg twice a day or 20 mg once daily; and nizatidine 75 mg twice a day or 150 mg once daily) are permitted in the study. The indiscriminate use of these agents is is to be avoided. Trials off these agents should be considered.

- Patients will be instructed to refrain from using any anti-ulcer medication (except antacids or "low-dose H2 blockers" in isolation) during the study unless it is prescribed by a physician and medically indicated. Patients should be instructed to consult with the study investigator prior to using these medications. The use of such medicine must be reported immediately to the study center.

- The prescribed use of intra-articular corticosteroids or topical capsaicin cream will be allowed. Topical creams or lotions containing NSAIDs or aspirin products will NOT be allowed. DMARDs will be allowed at the discretion of the investigator.

**d. Diet/Activity/Other**

Patients must fast from all food and drink except water and concomitant medications for 8 hours prior to serum chemistry measurements at prestudy (Visit 1.0) and end-of-study or discontinuation visits. (Note: Patients should continue to take their concomitant medications, e.g., antihypertensives, etc., during fasts.) Unusual or unaccustomed strenuous physical exercise or activity should be avoided within 1 week prior to each clinic visit at which serum chemistries are evaluated.

Patients must maintain adequate compliance with the study medication regimen based upon tablet counts. If a patient misses 3 or more doses between any visit, the site staff should re-instruct the patient on the dosing regimen.

/MK-0966/CP/RP2317.DOC * APPROVED                              03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                    MRK-AFV0130180

Product: MK-0966
Protocol/Amendment No.: 088-04                                              27

## E. STUDY DESIGN (CONT.)

### 3. Study Procedures

#### a. Scheduling of Clinic Visits

All scheduled visits will occur within a window of ±7 days to the appropriate date. Telephone visits will occur within a window of ±7 days except for the 14- and 45-day follow-up phone calls which should occur on the appropriate day if at all possible.

#### b. Completing Patient Global Assessment of Disease Activity and Modified Health Assessment Questionnaire

Instructions on how to complete the Patient Global Assessment and Modified Health Assessment Questionnaire will be provided to each site. All patients are to review these instructions before the questionnaire is distributed. They are allowed to review the instructions as frequently as needed. Study coordinators are not to assist patients in answering the questions. Patients are to respond based on the instructions they have reviewed. Study coordinators are responsible for verifying that the questionnaire is completed.

#### c. Stratification and GI History Definition

Each site will be provided with an allocation range. Within each allocation range, patient allocation will be stratified for history of ulcer (gastric or duodenal), upper GI bleeding, or perforation (gastric or duodenal). Specifically, those patients who have a history of GI ulcer, bleeding, or perforation will be entered into Stratum 1 and those who do not into Stratum 2.

The following definitions apply for the history of ulcer or upper GI bleeding:

1) History of ulcers:

- Either gastric or duodenal in location

- Diagnosis must be by endoscopic or radiographic means

2) History of upper GI bleeding:

- Clinically-apparent episode of upper GI bleeding (including hematemesis and/or melena)

- Occult blood-positive stools without other supporting evidence does not qualify the patient as having a history of upper GI bleeding

/MK-0966/CP/RP2317.DOC * APPROVED                                03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                              MRK-AFV0130181