# Exhibit 4
# Part 3

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)   **1532**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                    28

### E. STUDY DESIGN (CONT.)

3) History of Perforation:

- Either gastric or duodenal in location

- Diagnosis by surgery, endoscopy, or radiographic means

Patients in Stratum 1 will be assigned allocation numbers sequentially starting with the highest number at each site. Patients in Stratum 2 will be assigned allocation numbers sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers.

d. **Patient Enrollment—Number and Duration**

Approximately 3500 patients total will be recruited in the U.S. for this study.

e. **Discontinuation Procedures**

A discontinuation visit is required within 48 hours of patient discontinuing from the study. If a patient decides to discontinue at a scheduled study visit, a discontinuation visit will be performed instead of the scheduled study visit. The primary reason for discontinuation will be noted (e.g., lack of efficacy, adverse event, inability to comply with study protocol visits, or other).

Patients may withdraw at any time or be dropped from the study at the discretion of the investigator should any untoward effects occur. In addition, a patient may be withdrawn by the investigator or the sponsor if he/she violates the study plan or for administrative and or other safety reasons. The investigator or study coordinator must notify the SPONSOR immediately when a patient has been discontinued/withdrawn due to an adverse experience (telephone or FAX). When a patient discontinues/withdraws prior to study completion, all applicable activities scheduled for the final study visit should be performed at the time of discontinuation. Any adverse experiences which are present at the time of discontinuation/withdrawal should be followed in accordance with the safety requirements outlined in Sections G.2.a. and b.

Baseline and/or allocation numbers for patients who discontinue or withdraw may not be reassigned.

A single patient cannot be assigned more than one allocation number. In a situation where rerandomization of the patient is planned (e.g. study extension periods) the rerandomization is done based on a new allocation schedule, however each patient retains his/her original allocation number. Only the treatment regimen associated with the rerandomization period or phase may change.

/MK-0966/CP/RP2317.DOC * APPROVED                            03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130182

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1533**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                   29

### E. STUDY DESIGN (CONT.)

#### f. Study Drug Administration

At each visit, except Visits 1.0 and 3.0, and thereafter up until the end-of-study visit, patients will be given bottles of the study medication labeled "Bottle A" and "Bottle B."

Patients will be instructed to take study medication in the following manner:

**Bottle A**—"Take 1 tablet in the morning with liquid."

**Bottle B**—"Take 1 tablet in the morning and the evening with liquid."

Patients will be reminded to take their study medication the morning of each visit.

#### g. Noncompliance With Medication

Patients who miss more than 20% of scheduled doses are considered noncompliant. Noncompliant patients should not be discontinued from the study. Their compliance should be monitored and recorded. Their compliance with the study regimen should be encouraged. They should be further instructed in the proper use of the study medication. Study drug may be interrupted when considered absolutely necessary by the investigator or the clinical monitor.

#### h. Nonrandomized Patients

If a patient has signed an informed consent form but is not randomized, the investigator must submit a NONRAND case report form to the SPONSOR for the patient. This form reports basic demographics and the reason(s) for exclusion. The investigator shall also submit NSAE/SAE forms if applicable. Unless otherwise directed, no other data need be submitted for these patients.

### F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS

#### Patient Global Assessment of Disease Activity

A Patient Global Assessment of Disease Activity on a Likert scale will be administered at Visits 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 9.0, end-of-study, and discontinuation.

/MK-0966/CP/RP2317.DOC * APPROVED                                   03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                   MRK-AFV0130183

Product: MK-0966
Protocol/Amendment No.: 088-04                                              30

### F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS (CONT.)

"Considering all the ways your arthritis affects you, mark an (X) in one box below for how well you are doing."

0=Very Well
1=Well
2=Fair
3=Poor
4=Very Poor

#### Investigator Global Assessment of Disease Activity

An Investigator Global Assessment of Disease Activity on a Likert scale will be recorded at Visits: 2.0, 3.0, 4.0, 6.0, 8.0, 9.0, end-of-study, and discontinuation.

"Make a global assessment of the patient's disease activity by marking an 'X' in one box below."

0=Very Well
1=Well
2=Fair
3=Poor
4=Very Poor

#### Modified Health Assessment Questionnaire

A Modified Health Assessment Questionnaire will be recorded at Visits 2.0, 3.0, end-of-study, and discontinuation.

"Please mark "X" for the one response which best describes your usual abilities OVER THE PAST WEEK.

#### Dressing and Grooming

Are you able to:
1. Dress yourself, including tying shoe laces and doing buttons?

0=Without any difficulty
1=With some difficulty
2=With much difficulty
3=Unable to do

/MK-0966/CP/RP2317.DOC * APPROVED                                    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                       MRK-AFV0130184

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                         31

## F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS (CONT.)

### Arising

Are you able to:
2. Get in and out of bed?                0=Without any difficulty
                                         1=With some difficulty
                                         2=With much difficulty
                                         3=Unable to do

### Eating

Are you able to:
3. Lift a full cup or glass to your mouth?   0=Without any difficulty
                                             1=With some difficulty
                                             2=With much difficulty
                                             3=Unable to do

### Walking

Are you able to:
4. Walk outdoors on flat ground?         0=Without any difficulty
                                         1=With some difficulty
                                         2=With much difficulty
                                         3=Unable to do

### Hygiene

Are you able to:
5. Wash and dry your entire body?        0=Without any difficulty
                                         1=With some difficulty
                                         2=With much difficulty
                                         3=Unable to do

### Reach

Are you able to:
6. Bend down to pick up clothing         0=Without any difficulty
   from the floor?                       1=With some difficulty
                                         2=With much difficulty
                                         3=Unable to do

/MK-0966/CP/RP2317.DOC * APPROVED                              03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130185

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1536**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                                         32

## F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS (CONT.)

### Grip

Are you able to:
7. Turn faucets on and off?                      0=Without any difficulty
                                                 1=With some difficulty
                                                 2=With much difficulty
                                                 3=Unable to do

### Activities

Are you able to:
8. Get in and out of a car, bus, or train?       0=Without any difficulty
                                                 1=With some difficulty
                                                 2=With much difficulty
                                                 3=Unable to do

## G. SAFETY MEASUREMENTS

### 1. Evaluating and Recording Adverse Experiences

Adverse experiences may occur in the course of the use of a Merck product in clinical studies or within the follow-up period specified by the protocol, or prescribed in clinical practice, from overdose (whether accidental or intentional), from abuse, and from withdrawal.

Adverse experiences may also occur in screened patients during any preallocation baseline period as a result of a protocol-specified intervention including washout or discontinuation of usual therapy, diet, placebo treatment, or a procedure.

Such events will be recorded at each examination on the Adverse Experience Case Report Forms.

An adverse experience is defined as any unfavorable and unintended change in the structure, function, or chemistry of the body temporally associated with the use of the SPONSOR'S product, whether or not considered related to the use of the product. Any worsening (i.e., any clinically significant adverse change in frequency and/or intensity) of a preexisting condition which is temporally associated with the use of the SPONSOR'S product, is also an adverse experience.

Changes resulting from normal growth and development which do not vary significantly in frequency or severity from expected levels are not to be considered adverse experiences. Examples of this may include, but are not limited to, teething, typical crying in infants and children, and onset of menses or menopause occurring at a physiologically appropriate time.

/MK-0966/CP/RP2317.DOC * APPROVED                                                   03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                              MRK-AFV0130186

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)     **1537**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                33

### G. SAFETY MEASUREMENTS (CONT.)

The investigator will evaluate all adverse experiences as to:

- Maximum intensity:

  — Mild (awareness of sign or symptom, but easily tolerated);

  — Moderate (discomfort enough to cause interference with usual activity);

  — Severe (incapacitating with inability to work or do usual activity).

- Seriousness

  A serious adverse experience is any adverse experience occurring at any dose that:

  —†Results in death; or

  —†Is life threatening (places the patient, in the view of the investigator, at immediate risk of death from the experience as it occurred [Note: This does not include an adverse experience that, had it occurred in a more severe form, might have caused death.]); or

  —†Results in a persistent or significant disability/incapacity (substantial disruption of one's ability to conduct normal life functions); or

  —†Results in or prolongs an existing inpatient hospitalization (hospitalization is defined as an inpatient admission, regardless of length of stay, even if the hospitalization is a precautionary measure for continued observation) (Note: Hospitalization [including hospitalization for an elective procedure] for a preexisting condition which has not worsened does not constitute a serious adverse experience.); or

  —†Is a congenital anomaly/birth defect (in offspring of patient taking the product regardless of time to diagnosis); or

  — Is a cancer; or

  — Is the result of an overdose (whether accidental or intentional).

  **ALSO:**

  Other important medical events that may not result in death, not be life threatening, or not require hospitalization may be considered a serious adverse

/MK-0966/CP/RP2317.DOC * APPROVED                                03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130187

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1538**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04     34

### G. SAFETY MEASUREMENTS (CONT.)

experience when, based upon appropriate medical judgment, the event may jeopardize the patient and may require medical or surgical intervention to prevent one of the outcomes listed previously (designated above by a †).

- Duration:

   Record the start and stop dates of the adverse experience. If less than 1 day, indicate the appropriate length of time and units.

- Action taken (Did the adverse experience cause the test drug to be discontinued?); and

- Relationship to test drug (Did the test drug cause the adverse experience?):

   The determination of the likelihood that the test drug caused the adverse experience will be provided by the investigator. The investigator's signed/dated initials on the source document or worksheet, that supports the causality noted on the AE form, ensures that a medically qualified assessment of causality was done. This initialed document must be retained for the required regulatory time frame. The criteria below are intended as reference guidelines to assist the investigator in assessing the likelihood of a relationship between the test drug and the adverse experience based upon the available information.

   The following components are to be used to assess this relationship; the greater the correlation with the components and their respective elements (in number and/or intensity), the more likely the test drug caused the adverse experience (AE):

   — Exposure:
   Is there evidence that the patient was actually exposed to the test drug such as: reliable history, acceptable compliance assessment (pill count, diary, etc.), expected pharmacologic effect, or measurement of drug/metabolite in bodily specimen?

   — Time Course:
   Did the AE follow in a reasonable temporal sequence from administration of the test drug?

   Is the time of onset of the AE compatible with a drug-induced effect?

   — Likely Cause:
   Is the AE not reasonably explained by another etiology such as underlying disease, other drug(s), or other host or environmental factors?

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)                                                    03-Sep-1999

Confidential - Subject To Protective Order     MRK-AFV0130188

Product: MK-0966
Protocol/Amendment No.: 088-04                                                        35

### G. SAFETY MEASUREMENTS (CONT.)

— Dechallenge:
   Was the dose of test drug discontinued or reduced?
      If yes, did the AE resolve or improve?
         If yes, this is a positive dechallenge.
         If no, this is a negative dechallenge.

   (Note: This criterion is not applicable if: (1) the AE resulted in death or permanent disability; (2) the AE resolved/improved despite continuation of the test drug; or (3) the study is a single-dose drug study or a vaccine study.)

— Rechallenge:
   Was the patient reexposed to the test drug in this study?
      If yes, did the AE recur or worsen?
         If yes, this is a positive rechallenge.
         If no, this is a negative rechallenge.

   (Note: This criterion is not applicable if: (1) the initial AE resulted in death or permanent disability, or (2) the study is a single-dose drug study or a single-dose vaccine study.)

   NOTE: IF A RECHALLENGE IS PLANNED FOR AN ADVERSE EVENT WHICH WAS SERIOUS AND WHICH MAY HAVE BEEN CAUSED BY THE TEST DRUG, OR IF REEXPOSURE TO THE TEST DRUG POSES ADDITIONAL POTENTIAL SIGNIFICANT RISK TO THE PATIENT, THEN THE RECHALLENGE MUST BE APPROVED IN ADVANCE BY THE U.S. CLINICAL MONITOR AND THE INSTITUTIONAL REVIEW BOARD.

— Consistency With Test Study Drug Profile:
   Is the clinical/pathological presentation of the AE consistent with previous knowledge regarding the test drug or drug class pharmacology or toxicology?

   The assessment of relationship will be reported on the case report forms by the investigator according to his/her best clinical judgment, including consideration of the above elements. Use the following scale of criteria as guidance (not all criteria must be present to be indicative of a drug relationship).

— Definitely related to test drug:
   There is evidence of exposure to the test drug.

/MK-0966/CP/RP2317.DOC * APPROVED                                        03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                    MRK-AFV0130189

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)  **1540**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

36

### G. SAFETY MEASUREMENTS (CONT.)

> The temporal sequence of the AE onset relative to administration of the test drug is reasonable.
> The AE is more likely explained by the test drug than by another cause.
> Dechallenge is positive.
> Rechallenge (if feasible) is positive.
> The AE shows a pattern consistent with previous knowledge of the test drug or test drug class.

— Probably related to test drug:
> There is evidence of exposure to the test drug.
> The temporal sequence of the AE onset relative to administration of the test drug is reasonable.
> The AE is more likely explained by the test drug than by another cause.
> Dechallenge (if performed) is positive.

— Possibly related to test drug:
> There is evidence of exposure to the test drug.
> The temporal sequence of the AE onset relative to administration of the test drug is reasonable.
> The AE could have been due to another equally likely cause.
> Dechallenge (if performed) is positive.

— Probably not related to test drug:
> There is evidence of exposure to the test drug.
> There is another more likely cause of the AE.
> Dechallenge (if performed) is negative or ambiguous.
> Rechallenge (if performed) is negative or ambiguous.

— Definitely not related to test drug:
> The patient did not receive the test drug.
>
> **OR**
>
> Temporal sequence of the AE onset relative to administration of the test drug is not reasonable.
>
> **OR**
>
> There is another obvious cause of the AE.

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)

03-Sep-1999

Confidential - Subject To Protective Order

MRK-AFV0130190

Product: MK-0966
Protocol/Amendment No.: 088-04 37

# G. SAFETY MEASUREMENTS (CONT.)

2. **Immediate Reporting of Adverse Experiences to the SPONSOR**

   a. **Serious Adverse Experiences**

   ANY SERIOUS ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED ON THE SPONSOR CONTACT INFORMATION PAGE. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.

   Patients should be instructed that if they develop a serious adverse event during the course of the study, the patient or surrogate (someone calls for the patient) should immediately contact the study center with details of the event. The investigator, coinvestigator, or project director will be available by phone. An adverse experience form as well as a serious adverse experience form (SAE) will be completed.

   Handling of PUB end points which are also SAEs will be defined in separate documents (data handling guidelines and the End Point Classification Document [Appendix 4]).

   b. **Serious Vascular Adverse Experiences**

   Certain serious vascular experiences occurring in patients in this study will be subject to adjudication by a committee external to Merck Research Laboratories. When an eligible event is reported to Merck, the Clinical Monitor or MPC will request copies of worksheets and source documents including the entire hospitalization record. It may be necessary for the investigator to request permission of the patient to complete these requirements. Please refer to *"Instructions to Investigator sites for Documentation of Serious Vascular Adverse Events in Clinical Trials of COX-2-Specific Inhibitors" in Appendix 6.*

   c. **Selected Nonserious Adverse Experiences**

   Should clinically significant signs or symptoms of GI bleeding occur at any time during the study, clinical evaluation may include vital signs with orthostatic parameters, abdominal examination, stool Hemoccult testing, and serial Hgb and Hct. Further evaluation and treatment will be performed as deemed clinically appropriate by the investigator.

/MK-0966/CP/RP2317.DOC * APPROVED 03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order MRK-AFV0130191

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                       38

## G. SAFETY MEASUREMENTS (CONT.)

The development of a PUB (gastroduodenal ulcer, gastroduodenal perforation, or upper GI bleeding) should be reported to the External Coordinating Center immediately. Serum for salicylate and NSAID level should be drawn and sent to the central laboratory. Classification of PUBs will be adjudicated by an independent End Point Classification Committee. The development of a PUB will prompt the retrieval of additional information and source documents, as specified in the Operations Manual. An initial end points report form will be completed and submitted to Merck, and supplemental documentation submitted once it becomes available. In addition, a Health Care Contact Report (HCCR) form will be filled out, at the time of the event and 6 weeks later.

3. **Safety Measurements**

    **Physical Examination, Vital Signs, and Body Weight**

    A complete physical examination including vital signs (heart rate, blood pressure, oral temperature, and respiration rate) will be performed during the prestudy visit, the end-of-study visit, or if the patient discontinues. Blood pressure, pulse, and weight will be obtained at all visits. Any further physical examination will be performed at the discretion of the investigator.

    Blood pressure will be performed in the same arm and by the same study coordinator for each patient throughout the study (if possible). A large cuff should be used for any obese patient.

    Subjects will be weighed in street clothing with jacket/coat and shoes removed at each visit. The scale will be zeroed weekly.

    **Laboratory Safety Studies—Serum Chemistry, CBC, Urinalysis, Serum and Urine $\beta$-HCG**

    A complete CBC and serum chemistry panel (see Appendix 1) will be obtained at Visits 1.0, 3.0, 6.0, 9.0, end-of-study, and discontinuation visit. An urinalysis will be obtained at Visits 1.0, 3.0, end of study, and discontinuation visit. A hematocrit and hemoglobin will be obtained at all other visits (except Visit 2.0). Patients will fast for 8 hours prior to Visit 1.0 (prestudy) and end-of-study or discontinuation. Appendix 3 lists the volume of blood to be drawn at each visit.

    For premenopausal women only, a serum $\beta$-HCG will be obtained at the prestudy visit and a urine $\beta$-HCG will be obtained at all subsequent visits.

    **Electrocardiogram**

    A 12-lead electrocardiogram will be obtained at Visit 1.0.

/MK-0966/CP/RP2317.DOC * APPROVED                                   03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130192

Product: MK-0966
Protocol/Amendment No.: 088-04    39

## G. SAFETY MEASUREMENTS (CONT.)

### Stool Hemoccult

Three stool Hemoccult cards will be distributed to each patient during the screening period with instructions to obtain three samples. The samples must be read prior to allocation at Visit 2.0. One or more positive cards will exclude the subject from participation in the study (Section I.E.2.).

Patients presenting for the screening or randomization visit with recent onset of abdominal discomfort or dyspepsia should not be randomized until the condition has stabilized or an etiology determined.

## H. STUDY DURATION AND SUBMISSION OF DATA

It is anticipated that the study will take an individual 1 to 2 years to complete; however, the precise duration of the study will be dictated by the need to observe at least 120 confirmed PUBs and a minimum of 40 confirmed complicated PUBs or for the minimum duration of treatment to be 6 months from LPI, whichever comes last. It is anticipated that the study will be carried out over a 1.5-year period. There is also the possibility that the study will be stopped before some patients have completed 1 year on study drug.

## I. DATA ANALYSIS

### 1. Responsibility for Analysis/In-House Blinding

The statistical analysis of the data obtained from this study will be the responsibility of the Clinical Biostatistics department of Merck Research Laboratories. This study will be conducted using in-house blinding procedures. For the purpose of the final analysis, the official clinical database will not be unblinded until medical/scientific review has been completed, protocol violators have been identified, and data has been declared clean.

### 2. Hypotheses

#### a. Primary Hypotheses

1) The risk of confirmed PUBs (gastroduodenal perforations, gastroduodenal ulcers, or upper gastrointestinal bleeds) during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

/MK-0966/CP/RP2317.DOC * APPROVED    03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order    MRK-AFV0130193

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1544**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                     40

### I. DATA ANALYSIS (CONT.)

The expected proportion of patients who experience one or more PUBs during the study is 2.25% in the group of patients taking daily doses of naproxen. The expected risk reduction for patients taking MK-0966 is on the order of 50%.

The rate of PUBs in this patient population is based on rates reported in a prior study [12]. In that study, the yearly rate of PUBs (which would meet the definitions outlined in Appendix 4) was approximately 2.6 to 3.4% for patients on NSAIDs. Because the study was done in an elderly, chronically ill patient population we assume that the yearly risk in this study will be lower (2.25%). Based on epidemiological studies, the relative risk of NSAID-related PUBs appears to be greater in patients with rheumatoid arthritis compared to patients with osteoarthritis (5.49 versus 2.51 for rheumatoid arthritis versus osteoarthritis, respectively [13]). How much of this increased risk is related to the dose of NSAIDs or concomitant therapy such as steroids or other factors is unknown.

2) MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated.

#### b. Secondary Hypothesis

1) The risk of confirmed plus unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

2) The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

#### c. Criteria to Determine Success of Study

The trial will be considered a "success" if a significant ($p<0.050$) reduction in the risk of confirmed PUBs in the MK-0966 50-mg daily group compared to the naproxen 1000-mg daily group is found and if at least a trend ($p \leq 0.20$) is found for the reduction in risk of confirmed complicated PUBs.

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1545**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                   41

## I. DATA ANALYSIS (CONT.)

### 3. Addressed Objectives

#### a. Primary

The time-to-first-event data will be used to compare the relative risk of confirmed PUBs between the group of patients taking MK-0966, 50 mg daily, and the group of patients taking naproxen 1000 mg daily.

The numbers and proportions of patients who experience clinical or laboratory adverse experiences will be tabulated by type of adverse experience to assess the safety and tolerability of MK-0966 administered over the study period.

#### b. Secondary

The time-to-first-event data will also be used to compare the relative risks of the secondary PUB endpoints and the discontinuation rates due to lack of efficacy. Patient and Investigator Global Assessments of Disease Status will be assessed as the average change from baseline over the treatment period.

### 4. Variables

The primary endpoint in this study is the occurrence of confirmed PUBs (see Appendix 4 for definitions). Secondary safety endpoints include:

- Confirmed and unconfirmed PUBs (see Appendix 4 for definitions);
- Confirmed complicated PUBs (see Appendix 4 for definitions);
- Confirmed and unconfirmed complicated PUBs (see Appendix 4 for definitions).

Other secondary endpoints include:

- Patient and Investigator Global Assessments of Disease Activity;
- Discontinuations due to lack of efficacy.

Exploratory endpoints, including health-care resource utilization for GI-related adverse experiences, any GI bleed, and the modified HAQ (U.S. only) will be described more fully in the Data Analysis Plan (DAP).

/MK-0966/CP/RP2317.DOC * APPROVED                                          03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                MRK-AFV0130195

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                **1546**

Product: MK-0966
Protocol/Amendment No.: 088-04                                                                42

## I. DATA ANALYSIS (CONT.)

### 5. Statistical Hypothesis and Power

#### a. Sample Size, Estimation, and Power

The null statistical hypothesis is that there is no difference between the MK-0966 and the naproxen treatment groups in the hazard rate of the incidence of confirmed upper GI PUBs. The alternative hypothesis is that there is a difference in the hazard rates between the MK-0966 and the naproxen groups. This is a maximum event trial, i.e., the trial will continue until the prespecified total number of events are observed. Assuming a 50% reduction in the hazard rate due to MK-0966 as compared to the naproxen group, approximately 120 PUBs need to be observed to provide at least 95% power (two-sided test, $\alpha=0.05$) to detect between-group difference [14]. The required sample sizes for this study (Protocols 088 and 089) were calculated using the Lachin-Foulkes method [15] and are given in Table 8. This calculation assumed exponential distributions of time to PUBs and time to dropout, non-informative dropouts, and a uniform patient entry (according to a truncated exponential distribution) over a 6-month period with approximately 50% of total accrual at 3 months.

Table 8

Sample Size Per Treatment Group (in the Study) to Provide >95%
Power With a 50% Hazard Reduction Due to MK-0966

| PUB Prevalence in | Hazard Rate for Dropping Out | | |
| the Naproxen Group | 0.40 | 0.45 | 0.50 |
|---|---|---|---|
| 2.00% per year | 3419 | 3588 | 3778 |
| 2.25% per year | 3039 | 3189 | 3358 |
| 2.50% per year | 2734 | 2869 | 3022 |

An aggressive effort will be made to limit the dropout rate in this study. All patients who discontinued the study prematurely will be contacted at the study closeout to determine if PUBs occurred after dropout. PUBs occurring within 14 days after discontinuation of the study will be included in the primary analysis.

/MK-0966/CP/RP2317.DOC * APPROVED                                            03-Sep-1999
U.S. (U.S. IND)                                                              R 23-Sep-1999

Confidential - Subject To Protective Order                                    MRK-AFV0130196

Product: MK-0966
Protocol/Amendment No.: 088-04          43

## I. DATA ANALYSIS (CONT.)

### b. Planned Interim Analysis, Group Sequential Boundary, and Early Stopping Rule

All patients will be followed until 120 patients in the study have experienced confirmed PUB events, 40 patients in the study have experienced confirmed complicated PUB events, or until the last randomized patient has completed 6 months of treatment, which comes last.

A total of two formal analyses (one interim and one final) will be performed for this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error probability of $\alpha=0.05$, will be employed.

Since the total information for this study is the total number of PUBs (not the total number of patients randomized), the analysis will be scheduled with respect to the information time in terms of the fraction of total PUB events. Hence, the two planned analyses will be scheduled at times $t=0.50$ (60 events) and $t=1.0$ (120 events), with the corresponding two-sided stopping boundaries of 2.753 ($\alpha_1=0.0059$) and 1.982 ($\alpha_2=0.0475$). These stopping boundaries are constructed based on the predetermined $\alpha$-spending function $\alpha(-4, t)$ of Hwang, Shih, and DeCani ([16]), which closely approximates the O'Brian-Fleming-type of boundary ([17]). At the discretion of the DSMB, additional interim analyses may be scheduled after the results of the first interim analysis are known.

Because of the desire to have definitive results both for the primary end point of confirmed PUBs as well as the secondary end point of confirmed complicated PUBs, a closed testing procedure will be conducted as follows: if at the interim analysis the boundary corresponding to p=.0059 is crossed for the primary end point of confirmed PUBs, the secondary end point of confirmed complicated PUBs will be examined. If the p-value for this endpoint is <0.05 (which implies that the reduction due to MK-0966 is at least as great as that observed for the primary end point), the DSMB may recommend stopping the study.

### 6. Statistical Methods

A detailed DAP will be prepared prior to unblinding of the study.

The primary analysis will be based on the All-Patients-Randomized (APR) population, i.e., all patients randomized will be included based on their randomized treatment assignment.

/MK-0966/CP/RP2317.DOC * APPROVED          03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order          MRK-AFV0130197

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1548**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04

44

## I. DATA ANALYSIS (CONT.)

For all time-to-event endpoints (including PUBs and GI bleed), survival analytic methods will be used to evaluate the time to the first event during the entire study period. The analysis will be based on a Cox proportional hazards model to compare survival curves between treatment groups. Specifically, for the primary endpoint of confirmed PUBs, treatment group differences between the MK-0966 and the naproxen group will be assessed using the Cox proportional hazard model via SAS PROC PHREG with treatment as an explanatory factor and stratum of prior history of PUBs as a stratification factor. Study center will not be included in the primary model because the number of events expected to be observed is very small compared to the number of patients and the number of centers. The relative risk between the 2 treatment groups will be estimated and corresponding 95% confidence intervals will be computed. Sensitivity analyses will be performed to account for the potential influence of treatment-related dropouts. These analyses will be specified in the DAP.

Patient and Investigator Global Assessment of Disease Activity and the modified HAQ (U.S. only) will be analyzed as the average change from baseline over the treatment period using an ANOVA model with factors of treatment and stratum and with baseline value as a covariate. Discontinuations due to lack of efficacy will be assessed using Cox's proportional hazards model.

The incidence of adverse events will be assessed by Cox's proportional hazards model or comparison of proportions.

### 7. Approaches to the Analysis

The following two approaches will be used for the analyses of PUB data:

#### All-Patients-Randomized

All patients randomized will be included based on their randomized treatment assignment. Evaluation of PUBs will include PUBs occurring within 14 days after study discontinuation. This will be considered the primary analysis and performed for all variables. To account for possible differential dropout rates, a number of sensitivity analyses will be performed. These analyses will be described in DAP.

#### Per-Protocol

A per-protocol analysis will be performed as a secondary analysis for the primary endpoint only. Subjects identified as substantive protocol violators will be excluded. Substantive protocol violators will be defined based on a set of prespecified criteria. These criteria will be identified prior to unblinding the database and will be stated in the DAP.

/MK-0966/CP/RP2317.DOC * APPROVED
U.S. (U.S. IND)

03-Sep-1999

Confidential - Subject To Protective Order

MRK-AFV0130198

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                                 45

## I. DATA ANALYSIS (CONT.)

### 8. Subgroup Analyses

Prior history of a PUB, age, gender, race, and study region (U.S./non-U.S.) will be evaluated to determine whether or not the effect of MK-0966 compared to naproxen is consistent in the subgroups. For each subgroup variable listed above, a Cox regression model will be performed for the primary end point and will include the treatment, subgroup, and treatment-by-subgroup interaction. It is recognized that the power to detect an interaction will be limited.

### 9. Multiplicity

There is only one primary end point and one primary treatment group comparison defined, and the interim analysis will be conducted using sequential stopping boundaries. Secondary analyses will be used to support and help interpret the primary analyses, and thus no p-value adjustment for multiplicity will be applied.

### 10. Routine Safety Analyses

Safety and tolerability of the treatments will be assessed by a clinical review of all relevant parameters. Between-treatment group comparisons of proportions of subjects with specific clinical and laboratory adverse experiences, and predefined limits of change in laboratory variables and vital signs will be made using appropriate time-to-event or categorical data analysis approaches. Summary statistics and an evaluation of prestudy to poststudy changes will be performed for selected continuous laboratory and/or vital sign variables; these will be defined in the DAP.

### 11. Compliance

Compliance to treatment regimen will be assessed by the number of missed doses at each clinic visit. Compliance throughout the study will be tabulated for each treatment group.

/MK-0966/CP/RP2317.DOC * APPROVED                                                         03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                                    MRK-AFV0130199

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1550**

**Product:** MK-0966
**Protocol/Amendment No.:** 088-04                                                        46

## II. ADMINISTRATIVE AND REGULATORY SECTIONS

### A. LABELING, PACKAGING, STORAGE, AND RETURN OF CLINICAL SUPPLIES

Investigational clinical supplies must be received by a designated person at the study site, handled and stored safely and properly, and kept in a secured location to which only the investigator and designated assistants have access. Clinical supplies are to be dispensed only in accordance with the protocol. The investigator is responsible for keeping accurate records of the clinical supplies received from the SPONSOR, the amount dispensed to and returned by the patients, and the amount remaining at the conclusion of the study. In accordance with Good Pharmacy Practices, gloves should always be worn by study personnel if directly handling tablets or capsules that are returned (i.e., when counting returns). The Clinical Monitor should be contacted with any questions concerning investigational products where special or protective handling is indicated. At the end of the study, all clinical supplies including partial and empty containers must be returned as indicated on the Contact Information page(s). U.S. sites should follow instructions for the Clinical Supplies Return Form (R464) and contact your SPONSOR representative for review of shipment and form before shipping. Sites outside of the United States should check with local country Merck personnel for appropriate documentation that needs to be completed for drug accountability.

Note: The investigator or designated assistant should not open individual clinical supply containers and count tablets/capsules, etc., before dispensing to the patients. Any deviation from this must be discussed with the Clinical Monitor.

The label that will be affixed to the container will contain the patient allocation number, package identification number, bottle letter, dosing instructions, and a space to indicate the visit number and patient initials. The disclosure information will be provided in separate, sealed envelopes. The envelopes are sent to the investigational site and must remain unopened except in case of an emergency.

Each medication bottle will be filled with 135 tablets. Each patient will receive 1 medication kit at each clinic visit except Visit 3.0. Each medication bottle will be filled with 135 tablets according to the outline in Table 9. The bottles will be packaged in kits. Each kit will contain a 4-month supply of medication, 1 bottle labeled "Bottle A" and 2 bottles labeled "Bottle B." The patients will be instructed to only open 1 bottle labeled "Bottle B" and to hold the second Bottle B until the first bottle is empty. The patients will be instructed to take 1 tablet from Bottle A and 1 tablet from Bottle B in the morning. In the evening, the patient will take 1 tablet from Bottle B only. The dosing instructions on the label for Bottle A will read "Take 1 tablet in the morning with liquid." The dosing instructions on the label for Bottle B will read "Take 1 tablet in the morning and evening with liquid."

/MK-0966/CP/RP2317.DOC * APPROVED                                             03-Sep-1999
U.S. (U.S. IND)

Confidential - Subject To Protective Order                                     MRK-AFV0130200