# Exhibit 4
# Part 6

Product: MK-0966
Protocol/Amendment No.: 089-04

## MK-0966 GI Clinical Outcomes Study

## TABLE OF CONTENTS (CONT.)

PAGE

A. LABELING, PACKAGING, STORAGE, AND RETURN OF CLINICAL SUPPLIES ................................................ 44
B. BIOLOGICAL SPECIMENS ............................................. 45
C. CLINICAL AND LABORATORY DATA COLLECTION ...................... 46
D. STUDY DOCUMENTATION AND RECORDS RETENTION ............................................................. 47
   1. Steering Committee ............................................. 48
   2. Executive Committee ............................................ 48
   3. Advisory Committee ............................................. 49
   4. Endpoint Classification Committee ......................... 49
   5. Data and Safety Monitoring Board ........................ 49
E. INFORMED CONSENT ................................................... 50
F. INSTITUTIONAL REVIEW BOARD (IRB)/INDEPENDENT ETHICS COMMITTEE (IEC) ............ 51
G. CONFIDENTIALITY .................................................... 51
   1. Confidentiality of Data ....................................... 51
   2. Confidentiality of Patient Records ......................... 51
   3. Confidentiality of Investigator Information .............. 52
H. COMPLIANCE WITH LAW, AUDIT, AND DEBARMENT ................. 52
I. COMPLIANCE WITH FINANCIAL DISCLOSURE REQUIREMENTS ......................................................... 53
J. QUALITY CONTROL AND QUALITY ASSURANCE .................... 53
K. PUBLICATIONS ....................................................... 53

III. SIGNATURES ........................................................... 55

A. SPONSOR'S REPRESENTATIVE .................................... 55
B. INVESTIGATOR(S) ................................................... 55

LIST OF REFERENCES ....................................................... 56

APPENDICES .................................................................. 58

APPENDIX 1: Laboratory Safety Analyses ........................... 59
APPENDIX 2: Algorithm for Assessing Out-of-Range Laboratory Values ...................................... 60
APPENDIX 3: Total Blood Drawn .................................... 61
APPENDIX 4: Endpoint Definitions and Adjudication Procedures ............................................. 62
APPENDIX 5: Naproxen Product Circular ........................... 71

Confidential – Subject To Protective Order                                    MRK-AFV0130242

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04

## MK-0966 GI Clinical Outcomes Study

## TABLE OF CONTENTS (CONT.)

PAGE

APPENDIX 6:   Instructions to Investigator Sites for
Documentation of Serious Vascular Adverse
Events in Clinical Trials of Cox-2-Specific
Inhibitors ................................................................................ 72

ATTACHMENTS ........................................................................................ 73

Confidential – Subject To Protective Order                    MRK-AFV0130243

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)     **1594**

# PROTOCOL SYNOPSIS

PRODUCT:   MK-0966

PROTOCOL TITLE:  A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis: International Cohort

PROTOCOL/AMENDMENT NO.: 089-04 / Multicenter

U.S. IND NO.: (no number defined)          CLINICAL PHASE: III

PRIMARY OBJECTIVES:  (1) To determine the relative risk of confirmed PUBs in patients taking MK-0966 50 mg daily compared to patients in the group taking naproxen 1000 mg daily. (2) To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis.

HYPOTHESES:  Primary:  (1) The risk of confirmed PUBs (gastroduodenal perforations, gastroduodenal ulcers, or upper gastrointestinal bleeds) during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients taking naproxen 1000 mg daily. (2) MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated. Secondary: (1) The risk of confirmed and unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to the group of patients taking 1000 mg naproxen daily.  (2) The risk of confirmed complicated PUBs during treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to the group of patients taking naproxen 1000 mg/day.

STUDY DESIGN AND DURATION:  This is a parallel-group, stratified, double-blind study conducted under in-house blinding procedures.  Technical requirements within Merck's database structure and regulatory issues dictated that there be 2 protocols, 088 (U.S. protocol) and 089 (multinational protocol), but this distinction is purely administrative based on study site location. The study is designed and will be conducted as 1 study; therefore, the term "study" used in this document refers to both protocols.  The total number of patients in the study will be approximately 7000 patients (3500 MK-0966 patients and 3500 naproxen patients).  It is anticipated that approximately 3500 patients will be enrolled in the multinational protocol. Treatment duration will be determined by the need to observe at least 120 confirmed PUBs and a minimum of 40 confirmed complicated PUBs in the study, or for the minimum duration of treatment to be 6 months from LPI, whichever comes last.

PATIENT SAMPLE:  Patients will be age 50 or older, with rheumatoid arthritis, deemed by the investigator or primary care physician to require nonsteroidal anti-inflammatory drug (NSAID) therapy for at least 1 year.  Patients 40 to 49 years of age may be enrolled if they are on chronic oral steroids which are anticipated to be continued throughout the treatment period.  Patients who meet entry criteria will be randomized to MK-0966, 50 mg once per day (n~1750 in the multinational protocol), or naproxen 500 mg 2 times per day (n~1750 in the multinational protocol). Patient allocation will be stratified for patients with a prior history of a peptic ulcer, upper GI bleeding or perforation versus those who have no prior history.

DOSAGE/DOSAGE FORM, ROUTE, AND DOSE REGIMEN:  Patients will take daily either 50 mg of MK-0966 or 1000 mg of naproxen (500 mg 2 times per day), in a blinded, double-dummy fashion.  Patients will take 2 tablets, 1 from the bottle labeled "Bottle A" and

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)                    i

Confidential - Subject To Protective Order                                    MRK-AFV0130244

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04

### PROTOCOL SYNOPSIS (CONT.)

1 from the bottle labeled "Bottle B" each morning by mouth without regard to food: 1 tablet will be MK-0966 50 mg or matching placebo; the second tablet will be naproxen 500 mg or matching placebo. Patients will take 1 tablet by mouth from the bottle labeled "Bottle B" in the evening without regard to food. This tablet will be naproxen 500 mg or matching placebo.

EFFICACY MEASUREMENTS: The primary purpose of this study is to evaluate clinical safety. Efficacy measurements will be limited to: (1) patient global assessment of disease activity; (2) investigator global assessment of disease activity; and (3) discontinuation due to lack of efficacy.

SAFETY MEASUREMENTS: The primary study endpoint will be the occurrence of PUBs, determined by patient report in conjunction with retrieval of hospital discharge summaries, endoscopy reports, other relevant procedure reports, and any additional source documents describing these events. Classification of PUBs will be adjudicated by an independent Endpoint Classification Committee. Routine safety measurements will include physical examination, vital signs, body weight, electrocardiogram, adverse event incidence, and laboratory safety studies (including serum chemistry, CBC, and urinalysis). Cardiovascular thrombotic and embolic adverse events will be adjudicated by an independent classification committee. These events will be evaluated as a part of a combined analysis with other MK-0966 clinical studies.

DATA ANALYSIS: A detailed data analysis plan will be prepared prior to unblinding of the study. All analyses will include data from both protocols. The MK-0966 group will be compared to the naproxen group. For the relative risk of PUBs and other time-to-event endpoints, an appropriate survival analysis approach will be used to evaluate time to the first event during the entire study period. Patient's and Investigator's Global Assessments will be analyzed using an analysis of variance (ANOVA) model with factors of treatment, study center, and stratum, and with baseline value as a covariate. With 120 observed PUBs, there is >95% power to detect a 50% risk reduction for MK-0966 based on a 2-sided test at significance level $\alpha=0.05$. A total of 2 analyses, 1 interim and 1 final, will be performed. A group sequential approach will be used to control the overall type 1 error rate.

*ANY SERIOUS ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED ON THE CONTACT INFORMATION PAGE. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.*

Confidential - Subject To Protective Order                    MRK-AFV0130245

Product: MK-0966
Protocol/Amendment No.: 089-04

## STUDY FLOW CHART

| | | | Scheduled Office/Clinic Visits — Treatment Week | | | | | | | End of Study Visit | Discontinuation Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Visit ID:** | Screening | Random-ization | 6 (Month 3) | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69 (Month 16) | 87 (Month 20) | 104 (Month 24) | End | Discon-tinuation Visit |
| **Visit Number** | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Review entry criteria and study procedures | X | | | | | | | | | | |
| Obtain informed consent[d] | X | | | | | | | | | | |
| Document medical history | X | | | | | | | | | | |
| Stool Hemoccult | X | | | | | | | | | | |
| Review concomitant medications | X[‡] | X | X | X | X | X | X | X | X | X | X |
| Discontinue prestudy NSAIDs | X[2] | X | | | | | | | | | |
| Vital signs and weight[††] | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | | X | X | X | X | X | X | X | X | X[6] | X[7] |
| Document interim history / monitor for study endpoints/adverse experiences | | X | X | X | X | X | X | X | X | X | X |
| Develop stool Hemoccult cards | | | X | | | | | | | | |
| CBC; serum chemistry | X[‡‡] | X | X | X | X | X | X | X | X | X | X |
| Hemoglobin, hematocrit | X | | | | | | | | | | |
| Serum for β-HCG[†] | X | | | | | | | | | | |
| Urine for β-HCG[†] | | | X | X | X | X | X | X | | | |
| Urinalysis | X | X | X | X | X | X | X | X | X | X | X |
| Serum for archive; plasma for archive | X | | | | | | | | | | |
| EKG | X | X | | | | | | | | X | X |

iii

/MK-0966(CP)RP2318.DOC * APPROVED—08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1597**

Product: MK-0966
Protocol/Amendment No.: 089-04

## STUDY FLOW CHART (CONT.)

| | Screening | Randomization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69† (Month 16) | 87† (Month 20) | 104† (Month 24) | End of Study Visit | Discontinuation Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Visit ID** | | | | | | | | | | | |
| **Visit Number** | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Dispense study medication | | X | | | | | | | | | |
| Retrieve used study medication | | | X | X | X | X | X | X | X | X | X |
| Count study medication tablets | | | X | X | X | X | X | X | X | X | X |
| Patient global assessment of disease activity | X | X | | X | X | X | | X | X | X | X |
| Investigator global assessment of disease activity | | X | | X | X | X | | X | X | X | X |
| Distribute investigational study identification card and appointment reminder cards | X | X | X | X | X | X | X | X | X | | |

† If study still ongoing.
‡ Patients who are on NSAIDs will be called after laboratory tests have been evaluated and told to stop NSAIDs and to return for Visit 2 after a 3-day washout period.
※ Serum chemistry obtained following 8-hour fast.
▮ For premenopausal woman only.
¶ Baseline levels of digoxin and lithium should be drawn for patients taking these medications.
# Permission should be obtained to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.
†† Obtain vital signs post 10 minutes of rest.

iv

/MK-0966/CP/RP2318.DOC * APPROVED—08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential – Subject To Protective Order

Product: MK-0966
Protocol/Amendment No.: 089-04

## STUDY FLOW CHART (CONT.)

| | Pre-Screening | Treatment Week | | | Phone Visits | | | Conclusion of Study for Enrolled and Discontinued Patients | 14 Days Post Last Dose of Study Therapy | 45 Days Postdiscontinuation |
|---|---|---|---|---|---|---|---|---|---|---|
| Visit ID: | | Week 10 Month 2.5 | Week 26 Month 6 | Week 43 Month 10 | Week 60[§] Month 14 | Week 78[‡] Month 18 | Week 95[‡] Month 22 | | | |
| Visit Number: | 0 | P4 | P5 | P6 | P7 | P8 | P9 | | | |
| Prescreen patients to determine if they meet entry criteria that can be screened by phone | X | | | | | | | | | |
| Schedule Screening Visit 1.0 | X | | | | | | | | | |
| Encourage patient compliance and participation in study | | X | X | X | X | X | X | | | |
| Review concomitant medication restrictions | | X X‡ | X X‡ | X X‡ | X X‡ | X X‡ | X X‡ | | | |
| Monitor for interim study endpoints | | | | | | | | | | |
| Monitor for serious adverse events, interim GI endpoints | | | | | | | | | X‡ | |
| Monitor for GI endpoints | | | | | | | | X†‡ | | X† |

† If study still ongoing.
‡ Suspicion of a possible endpoint will prompt an unscheduled visit and/or retrieval of additional information.
§ Schedule End-of-Study Visit for those patients currently enrolled in study and on study drug. Priority given to patients who report a possible PUB. Eight-hour fast required.
‖ If a discontinued patient reports a possible PUB then obtain all documenting information.
¶ Does not need to be performed for patients who complete the study. However, should the investigator become aware of an SAE or endpoint which occurred within 14 days post last dose of study therapy, these should be reported.

/MK-0966/C9/RP2318.DOC • APPROVED—08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential – Subject To Protective Order

Product: MK-0966
Protocol/Amendment No.: 089-04

## STUDY DESIGN



/MK-0966/CP/RP2318.DOC * APPROVED—08-Sep-1999
Non-U.S. (Non-U.S. IND)

vi

Confidential - Subject To Protective Order

MRK-AFV0130249

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1600**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04

## SPONSOR CONTACT INFORMATION

### *REPORTING OF SERIOUS ADVERSE EXPERIENCES*

*ANY SERIOUS[†] ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED BELOW. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.*

| (name) | (name) |
|---|---|
| (title) | (title) |
| (address) | (address) |
| | |
| | |
| | |
| Telephone – Office: | Telephone – Office: |
| FAX No.: | FAX No.: |
| Telephone – Home: | Telephone – Home: |
| or | |
| (name) | (name) |
| (title) | (title) |
| (address) | (address) |
| | |
| | |
| | |
| Telephone – Office: | Telephone – Office: |
| FAX No.: | FAX No.: |
| Telephone – Home: | Telephone – Home: |

†   See Protocol Section I.G., Safety Measurements, for definitions of serious adverse experiences.

Confidential – Subject To Protective Order                    MRK-AFV0130250

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1601**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04

## SPONSOR CONTACT INFORMATION (CONT.)

**RETURN ALL CLINICAL SUPPLIES WITH INVENTORY DOCUMENTATION TO:**
See Protocol Section II.A., Labeling, Packaging, Storage, and Return of Clinical Supplies.

| Clinical Preparation, WP 78 A |
| Merck Research Laboratories |
| West Point, PA  19486 |

**SHIP BIOLOGICAL SPECIMENS TO:**
See Protocol Section II.B., Biological Specimens.

| SmithKline Beecham Clinical Laboratories | | SmithKline Beecham Clinical Laboratories | |
| Unit B1 – Parkway West – Cranford Lane | | 7600 Tyrone Avenue | |
| Heston, TW5 6QA | | Van Nuys, CA  91405 | |
| United Kingdom | | | |
| | | | |
| | | | |
| Telephone – Office: | 44 (0) 181 377 3300 | Telephone – Office: | 1-800-877-7004 |
| FAX No.: | 44 (0) 181 377 3350 | FAX No.: | 1-818-374-4655 |

**THE INVESTIGATOR WILL FORWARD THE ORIGINAL SIGNED SIGNATURE FORM(S) AND LABEL PAGES TO:**
See Protocol Section II.C., Clinical and Laboratory Data Collection.

| RIRD/ORF 32-717 |
| Attn:  Ms. Paige Reagan (RY32-637) |
| Merck Research Laboratories |
| 126 E. Lincoln Avenue |
| Rahway, NJ  07065 |

Confidential – Subject To Protective Order                                MRK-AFV0130251

Product: MK-0966
Protocol/Amendment No.: 089-04                                          1

## MK-0966 GI Clinical Outcomes Study

## I.   CLINICAL SECTIONS

## A. BACKGROUND AND RATIONALE

### 1.   Introduction

Nonsteroidal anti-inflammatory drugs (NSAIDs) remain the principal pharmacologic agents for symptom relief in patients with rheumatic diseases [1]. Toxicity, particularly involving the gastrointestinal (GI) tract, is a common occurrence with existing NSAIDs. Although the precise incidence and prevalence of NSAID gastropathy are uncertain, the more serious upper GI side effects of perforations, ulceration and bleeding are reported to occur in 2 to 4% of patients treated with NSAIDs for 1 year [2].

It is currently understood that prostaglandin synthesis in humans is catalyzed by at least two forms of cyclooxygenase, cyclooxygenase-1 (COX-1, prostaglandin endoperoxide synthase-1, PGHS-1) and cyclooxygenase-2 (COX-2, prostaglandin endoperoxide synthase-2, PGHS-2). COX-1 is constitutively expressed and enzymatically active in a variety of tissues including the stomach, intestine, kidneys, and platelets. COX-1 may, therefore, be the isoform responsible for the physiological functions of prostanoids including gastric mucosal protection and normal platelet function.

In contrast to COX-1, COX-2 is not constitutively expressed, but rather is induced by mediators such as serum growth factors, cytokines, and mitogens [3; 4]. Synaptic activity has been shown to elevate COX-2 expression in rats [9]. COX-2 has been detected in leukocytes [3], vascular smooth muscle [8], human rheumatoid synoviocytes [10], and the brain [9]. In inflammatory exudates and in tissue culture, COX-2 induction is inhibited by corticosteroids [5; 10]. Given the localization and pattern of induction, COX-2 is hypothesized to be primarily responsible for the synthesis of prostanoids that mediate responses to pathological processes such as the propagation of inflammation, pain, and fever.

Currently available NSAIDs have been characterized as dual COX-1 and COX-2 inhibitors [6; 7]. NSAID toxicity, which may be attributable to COX-1 inhibition, represents a significant source of morbidity and mortality in the treatment of arthritis and other inflammatory disorders. A specific COX-2 inhibitor would, therefore, have the potential to suppress the response to pathological insults that are mediated by prostanoids (e.g., inflammation) without the typical GI toxicity allegedly associated with inhibition of COX-1.

/MK-0966/CP/RP2318.DOC\* APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130252

Product: MK-0966
Protocol/Amendment No.: 089-04                                    2

## A. BACKGROUND AND RATIONALE (CONT.)

### 2. Chemistry

   a.  Molecular Formula: $C_{17}H_{14}O_4S$.

   b.  Molecular Weight: 314.36.

   c.  Characteristics: The compound is crystalline (MP: 208°C) and has an aqueous solubility of less than 5 μg/mL. The bulk drug is stable to heat (60°C), light and high humidity for several months.

   d.  Formulation: A compressed tablet formulation has been developed for use in clinical studies. The tablets are produced using a conventional high shear wet granulation/fluid bed drying process.

### 3. Pharmacology

Studies have included single- and multiple-dose safety studies in healthy young male volunteers, and a single-/multiple-dose safety study in healthy elderly men and women. Using ex vivo assays (LPS-induced $PGE_2$, serum thromboxane $B_2$), selective inhibition of COX-2 by MK-0966 in humans has been confirmed. As a clinical consequence, MK-0966 does not prolong platelet aggregation, measured by bleeding time.

MK-0966 does not interfere to a clinically significant degree with concurrently administered corticosteroids, digoxin, or oral contraceptives. The combination of oral, low-dose methotrexate and 75 mg of MK-0966 is well tolerated and results in small increases in the plasma methotrexate concentration (23% based on AUC). This interaction appears to be MK-0966 dose-dependent; therefore a follow-up study will be conducted with the final recommended dose of MK-0966. Until results of these studies are available, adequate monitoring of patients on MK-0966 and methotrexate should be considered.

Ongoing studies will better define the renal effects of MK-0966, but results from both animal safety studies, clinical pharmacology studies and long-term safety studies completed to date indicate that MK-0966 has renal effects which were similar to or less than standard NSAIDs (see Clinical Investigator Brochure for details).

Please refer to the Clinical Investigator's Confidential Information Brochure for a summary of the results of completed Pharmacology Studies.

Confidential - Subject To Protective Order                      MRK-AFV0130253

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                          3

## A. BACKGROUND AND RATIONALE (CONT.)

### 4. Absorption, Distribution, Metabolism, and Elimination Studies

Studies using radiolabeled MK-0966 have been completed. MK-0966 is well
absorbed with little within-subject variability in bioavailability. The major
pathway of elimination of MK-0966 appears to be metabolism followed by renal
excretion.

Based on the results of studies in patients with mild-to-moderate hepatic
insufficiency and in patients with renal insufficiency on hemodialysis, no dosage
adjustment is required when treating patients with these conditions.

Please refer to the Clinical Investigator's Confidential Informational Brochure for
a summary of the results of absorption, distribution, metabolism, and elimination
studies.

### 5. Safety Assessment

Animal safety studies have been performed in rats and dogs for duration of up to
12 months. Developmental and reproductive safety studies have also been
completed. Please refer to the Clinical Investigator's Confidential Informational
Brochure for a summary of animal safety studies.

### 6. Prior Clinical Experience or Anticipated Effects in Man

As of 31-Dec-1997, over 5500 individuals have received MK-0966.
Approximately 990 subjects or patients have taken single oral doses of MK-0966,
ranging from 5 to 1000 mg. Oral multiple-dose experience includes 360 subjects
treated with daily MK-0966, 5 to 275 mg for 1 to 50 days, and over 4600
osteoarthritis and rheumatoid arthritis patients treated with daily MK-0966, 5 to
250 mg for 10 days to 1 year. Considerable experience thus exists with doses of
MK-0966 that are either at or above those currently being studied in Phase II and
III (12.5, 25, and 50 mg). No Phase II or Phase III MK-0966 studies have had
upper age limits for enrollment and completed and ongoing MK-0966
osteoarthritis trials have enrolled patients in their eighties.

Completed or ongoing clinical studies have included single- and multiple-dose
safety studies in healthy young male volunteers, a single-/multiple-dose safety
study in healthy elderly men and women, studies of clinical efficacy in the
treatment of postoperative dental pain and dysmenorrhea, 6-week pilot studies of
clinical efficacy in patients with osteoarthritis of the knee and rheumatoid
arthritis,   dose confirmation studies of clinical efficacy in patients with
osteoarthritis of the knee or hip and rheumatoid arthritis, Phase III efficacy studies
in patients with hip or knee osteoarthritis, an ADME study using radiolabeled
MK-0966, an upper GI safety study monitored by endoscopy in normal
volunteers, and Phase III GI safety studies in patients with osteoarthritis.

/MK-0966/CP/RP2318.DOC * APPROVED                                08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                    MRK-AFV0130254

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                    4

## A. BACKGROUND AND RATIONALE (CONT.)

Overall, MK-0966 has been generally well tolerated. Dose-related trends have been noted for small increases in serum creatinine, uric acid, systolic blood pressure, and for episodes of fluid retention and edema. Most changes have occurred with daily doses of >50 mg. With doses of MK-0966 of ≤50 mg, most of these changes have been of limited clinical significance and only rarely resulted in discontinuation of patients from clinical studies. Similar changes have also been reported with standard NSAIDs. One episode of GI bleeding in association with multiple-dose administration of 125 mg also has been observed.

Analysis of efficacy data demonstrated that MK-0966 is effective in the treatment of postoperative dental pain, dysmenorrhea, osteoarthritis of the knee and hip, and rheumatoid arthritis.

### 7. Rationale for the Study

NSAIDs are used extensively for anti-inflammatory and analgesic effects. It is estimated that 100 million NSAID prescriptions are written annually in the U.S. and nonprescription use may be as much as sevenfold greater [11]. Currently available NSAIDs have been characterized as dual COX-1 and COX-2 inhibitors [7; 8]. NSAID gastropathy, which may result primarily or exclusively from COX-1 inhibition, represents a significant source of morbidity and mortality in the treatment of arthritis and other inflammatory disorders. A specific COX-2 inhibitor would therefore have the potential to suppress the response to prostanoid mediated pathological insults (e.g., inflammation) without the GI toxicity associated with dual COX-1/COX-2 inhibitors. Therefore, a clinically effective anti-inflammatory/analgesic agent with a reduced incidence of GI toxicity would represent a significant therapeutic advance for use in patients with osteoarthritis, rheumatoid arthritis, other inflammatory conditions or pain.

The primary purpose of this study is to demonstrate that MK-0966 is associated with a significantly lower incidence of clinically serious GI complications (perforations, ulcers, or bleeds [PUBs]) compared to naproxen. In a recent study, the effects on upper GI mucosa of a 7-day course of MK-0966, 250 mg per day (5 to 10 times the dose in this study), compared to ibuprofen 800 mg 3 times daily, aspirin 650 mg 4 times daily, and placebo was evaluated. Compared to ibuprofen and aspirin, significantly fewer erosions developed in the MK-0966 group. MK-0966 was not significantly different than placebo. Additional endoscopy studies have recently been completed which will assess the occurrence of ulcers and other upper GI lesions in patients taking MK-0966 compared to dual COX-1/COX-2 inhibitors or placebo. In addition, indirect measures of GI mucosal damage employing $^{51}Cr$-labeled red blood cells and $^{51}Cr$-EDTA are being used to assess subclinical and/or lower GI effects. Conclusive assurance of GI safety, however, can only derive from clinical outcomes data in which the incidence of PUBs is determined.

/MK-0966/CP/RP2318.DOC * APPROVED                                        08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                       MRK-AFV0130255

Product: MK-0966
Protocol/Amendment No.: 089-04                                             5

## A. BACKGROUND AND RATIONALE (CONT.)

The efficacy of MK-0966 will not be the focus of this trial, as substantial data will be obtained in the Phase III studies and because a trial of the size and nature required for evaluation of the incidence of PUBs is not conducive to the rigorous assessment of efficacy.

### 8.  Rationale for Dose Selection and Comparator Agents

The selection of dose for this study is based both upon the compilation of Phases I and II safety data, efficacy data from MK-0966 dose ranging study in osteoarthritis (Protocol 029) and the pilot efficacy studies in osteoarthritis and rheumatoid arthritis (Protocols 010 and 017). Phase III studies in osteoarthritis have recently been completed and the selected dose for osteoarthritis will be confirmed prior to study start. A Phase IIb dose-ranging study in rheumatoid arthritis is currently ongoing and preliminary/partial analysis of this study will be evaluated prior to the initiation of this study.

In Protocol 010, both doses of MK-0966 (25 and 125 mg) demonstrated meaningful clinical efficacy in the treatment of patients with osteoarthritis of the knee during a 6-week period. In terms of clinical efficacy, the 25- and 125-mg dose were indistinguishable. In the Phase IIb dose-ranging study in osteoarthritis (Protocol 029), both 12.5 and 25 mg of MK-0966 were efficacious in the treatment of osteoarthritis. The maximum clinical dose in osteoarthritis is anticipated to be 25 mg. A Phase IIa protocol in rheumatoid arthritis demonstrated that MK-0966 125 to 175 mg was efficacious in the treatment of rheumatoid arthritis (Protocol 017). Lower doses were not evaluated in that study. Rheumatoid arthritis is associated with a greater and more consistent degree of inflammation than osteoarthritis. The clinical dose of MK-0966 in rheumatoid arthritis may be somewhat higher than that used in osteoarthritis. Fifty milligrams has thus been selected as the dose for this study for the treatment of rheumatoid arthritis. As noted above, this dose will be confirmed prior to study start from the Phase IIb dose-ranging study and may be adjusted downward (25 mg). The final dose of MK-0966 will be the anticipated highest recommended dose for rheumatoid arthritis.

The basis for once-a-day dosing of MK-0966 derives from pharmacokinetic data and biochemical efficacy data, which indicate that the apparent accumulation half-life of MK-0966 is on the order of 17 hours with daily dosing and inhibition of COX-2 is sustained over the 24-hour dosing interval. Protocols 010, 029, and 017 supported once-a-day dosing in terms of clinical efficacy.

Naproxen is a widely prescribed NSAID that is a dual COX-1/COX-2 inhibitor approved for the treatment of rheumatoid arthritis. The dose chosen for naproxen in this study (500 mg 2 times a day) is the most commonly used dose for

Confidential - Subject To Protective Order                        MRK-AFV0130256

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                    6

## A. BACKGROUND AND RATIONALE (CONT.)

rheumatoid arthritis and is anticipated to provide comparable efficacy to MK-0966 50 mg. According to the package circular for naproxen (Appendix 5), the most common side effects (occurring in 3 to 9% of patients on naproxen) regardless of drug relationship are: constipation, nausea, abdominal pain, heartburn, headache, dizziness, drowsiness, pruritus, skin eruptions, ecchymoses, tinnitus, edema, and dyspnea.

## B. OBJECTIVES

### Primary

1. To determine the relative risk of confirmed PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily

2. To study the safety and tolerability of MK-0966 in patients with rheumatoid arthritis

### Secondary

1. To assess the relative risk of confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily

2. To assess the relative risk of complicated PUBs in patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to patients taking naproxen 1000 mg daily

3. To assess the efficacy of treatment of rheumatoid arthritis with MK-0966 or naproxen as evaluated by the Patient and Investigator Global Assessment of Disease Activity and the discontinuation rates due to lack of efficacy

### Exploratory Objectives

1. To compare health-care resource utilization for GI-related adverse experiences (for example, the incidence of PUBs requiring hospitalizations; the proportion of patients requiring upper GI series or endoscopy) which are consistent with NSAID use in patients taking 50 mg MK-0966 daily, versus patients taking naproxen 1000 mg daily

2. To determine relative risk of occurrence of bleeding from any location in the GI tract in patients taking 50 mg MK-0966 daily, compared to patients taking naproxen 1000 mg daily

Confidential - Subject To Protective Order                          MRK-AFV0130257

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                              **1608**

Product: MK-0966
Protocol/Amendment No.: 089-04                                                          7

## C. HYPOTHESES

### Primary

1. The risk of confirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily (see Appendix 4 for endpoint definitions).

2. MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated.

### Secondary

1. The risk of confirmed and unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to the group of patients with rheumatoid arthritis taking 1000 mg naproxen daily.

2. The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

## D. PATIENT DEFINITION

### 1. Inclusion Criteria

a. Patient is male or female, is at least 50 years of age **or** is 40 to 49 years of age **and** is taking chronic oral corticosteroids; and has a clinical diagnosis of rheumatoid arthritis and is judged by the investigator to require chronic NSAID therapy for at least 1 year.

b. Female patients must demonstrate a serum β-HCG level consistent with a nongravid state at the prestudy visit and agree to remain abstinent, use oral birth control pills or single-barrier contraception (such as partner using condom or patient using diaphragm, contraceptive sponge, or IUD) beginning at least 7 days prior to treatment and continuing at least 14 days after the End-of-Study Visit or a Discontinuation Visit. Women who are postmenopausal or status post hysterectomy or tubal ligation are exempt from this requirement. (Postmenopausal is defined as no menses for the previous 1 year. If cessation of menses is within 18 months, follicle-stimulating hormone [FSH] must be documented as elevated into the postmenopausal range prestudy.)

c. Except rheumatoid arthritis, the patient is judged to be in otherwise general reasonable health, based on medical history, physical examination, and laboratory screening tests, enabling him or her to complete the trial without anticipated serious comorbid event.

/MK-0966/CP/RP2318.DOC * APPROVED                                            08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                        MRK-AFV0130258

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1609**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        8

## D. PATIENT DEFINITION (CONT.)

    d.  Patient is able to understand and complete the study questionnaires.

    e.  Patient understands the study procedures and agrees to participate in the study by giving written informed consent.

  **2.  Exclusion Criteria**

    **Previous Arthritis History**

    Patient has a history of the following:

    a.  Inflammatory arthritis (e.g., systemic lupus, spondyloarthropathy, polymyalgia rheumatica). Note: Patients with a history of gout are allowed to enroll into the study; however, additional NSAID therapy will not be allowed for treatment of exacerbation during the course of the study. Patients with rheumatoid arthritis and secondary Sjögrens disease or fibromyalgia are permitted to enter the study.

    **Concurrent/Previous Medical Conditions**

    b.  The patient is, in the opinion of the investigator, mentally or legally incapacitated such that informed consent cannot be obtained or the patient cannot read or comprehend written material.

    c.  The patient has a history of any illness or has significant abnormalities on prestudy clinical or laboratory evaluation that, in the opinion of the investigator, contraindicates a 1- to 2-year course of therapy with a NSAID such as naproxen.

    *(Note: Patients with low hemoglobin values [see Appendix 2 for definition] must have a history of chronic anemia or at least two stable baseline values which are repeated at least 1 week apart. An algorithm for assessing out-of-range laboratory values is provided in Appendix 2.)*

    d.  The patient has a **documented** history of ulcer or upper GI bleeding within the recent past which is felt by the investigator to mandate that NSAID therapy be given with concurrent proton-pump inhibitors, misoprostol or other medications not allowed per study protocol (see Section E.3.—Stratification, and GI History Definition for definitions).

    e.  Patient has a history of gastric, biliary, or small intestine surgery that causes malabsorption.

/MK-0966/CP/RP2318.DOC * APPROVED                                        08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                        MRK-AFV0130259

Product: MK-0966
Protocol/Amendment No.: 089-04                                         9

## D. PATIENT DEFINITION (CONT.)

f.   The patient has evidence of impaired renal function, defined as estimated creatinine clearance ≤30 mL/min.   [Creatinine clearance estimated as follows—Men:  (140-age) x weight (kg)/(serum creatinine (mg/dL) x 72); Women:  (0.85) (140-age) weight (kg)/(serum creatinine (mg/dL) x 72).]

g.   The patient has angina or congestive heart failure with symptoms that occur at rest or minimal activity.  *(Note: patients with a history of myocardial infarction or coronary arterial bypass grafting more than 1 year prior to study start may participate if they do not require any concomitant medication excluded in this protocol—see below.  However, if a patient develops unstable angina or a myocardial infarction during the study they must be discontinued from the study.)*

h.   The patient has uncontrolled hypertension (diastolic blood pressure >95 mm Hg or systolic blood pressure >165 mm Hg).

i.   The patient has a history of stroke or transient ischemic attack (TIA) within the previous 2 years.  (Note:  If a patient has a TIA or stroke during the study they must be discontinued from the study.)

j.   The patient has active hepatitis/hepatic disease.

k.   Patient has a history of neoplastic disease.   Patients with a history of leukemia, lymphoma, or myeloproliferative disease are ineligible for the study regardless of the time since treatment.  *[Exception:  (a) patients with adequately treated basal cell carcinoma or carcinoma in situ of the cervix may participate, and (b) patients with other malignancies which have been successfully treated ≥5 years prior to screening, where in the judgment of both the investigator and treating physician, appropriate follow-up has revealed no evidence of recurrence from the time of treatment through the time of screening.]*

l.   Patient is currently a user (including "recreational use") of any illicit drugs, or has a history of drug or alcohol abuse within the past 5 years.

m.   Patient is allergic to or has hypersensitivity (e.g., bronchoconstriction in association with nasal polyps) to aspirin, naproxen, and other NSAIDs.  *(Note: Patients with a history of a potential idiosyncratic allergic reaction [e.g., rash] to a single NSAID in the past but who tolerate at least two other NSAIDs without hypersensitivity reactions may participate.)*

n.   Patient has morbid obesity and demonstrates significant health problems stemming from their obesity.

o.   Positive result for the fecal occult blood screening test at baseline.

/MK-0966/CP/RP2318.DOC * APPROVED                              08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                              MRK-AFV0130260

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)     **1611**

**Product: MK-0966**
**Protocol/Amendment No.: 089-04**                                            10

## D. <u>PATIENT DEFINITION</u> (CONT.)

    p.  Patient has a history of esophageal or gastric surgery. *(Patients with a history of simple closure of a perforation greater than 3 months prior to the beginning of the study are allowed to be enrolled. In addition, patients with a history of a simple hiatal hernia repair may be enrolled.)*

    q.  Patient has a history of inflammatory bowel disease.

    r.  Patient has a history of a bleeding diathesis.

<u>Concurrent/Previous Medication</u>

    s.  The patient will be excluded from participation in the study if the following medications have been used:

- Misoprostol or sucralfate within the past 1 month.

- Recent sustained use (any period longer than 4 consecutive days during the month prior to study start) of $H_2$ blockers (e.g., cimetidine, ranitidine, famotidine, nizatidine), or a proton-pump inhibitor (e.g., omeprazole, lansoprazole) at prescription doses, or doses indicated for treatment of active gastroduodenal ulcers. *(Note: Use of antacids or over-the-counter doses of ranitidine [75 mg twice a day or 150 mg daily], famotidine [10 mg twice a day or 20 mg daily], cimetidine [200 mg twice a day or 400 mg daily], and nizatidine [75 mg twice a day or 150 mg daily] prior to randomization will not be grounds for exclusion.)*

- Ongoing cyclosporin A treatment.

    t.  Patients taking aspirin, even low-dose (325 mg or less, daily or every other day) or other antiplatelet agents (e.g., ticlopidine) **may not** enroll in the study. Patients are not to stop taking low-dose aspirin or ticlopidine in order to participate. (**Exception: Patients taking aspirin solely as treatment of their rheumatoid arthritis may participate in this study after discontinuation of their aspirin during the washout period.** Patients are also excluded if use of antiplatelet agents [other than NSAIDs] within the following year is anticipated.)

    u.  Patients are excluded from the study if the following concomitant medications are required: warfarin, or heparin (or low molecular weight heparin). Patients taking digoxin or lithium **will not** be excluded from the study; however, baseline serum drug levels should be drawn at Visit 1 and should be monitored in the first few weeks of the study since naproxen and other NSAIDs can increase blood levels of these medications.

Confidential - Subject To Protective Order                          MRK-AFV0130261

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                    **1612**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    11

## D. PATIENT DEFINITION (CONT.)

    v.   Other chronic medications have not been used at a stable dosage for at least 2 weeks.

### Other

    w.   Patient has donated a unit of blood or plasma or participated in another clinical study with an investigational agent within the last 4 weeks. The patient cannot participate in any other clinical study with an investigational agent during the course of this study.

    x.   Patient has previously been enrolled in an MK-0966 clinical study. *(Note: Patients previously enrolled in an MK-0966 study and allocated to placebo may participate in this study. Identification of treatment allocation in prior MK-0966 studies must be verified by the Merck Monitor.)*

## E. STUDY DESIGN

### 1. Summary of Study Design

This is an active, parallel-group, stratified, double-blind, multicenter study, conducted under in-house blinding procedures, to further evaluate long-term safety of MK-0966 compared with naproxen. This protocol covers the patients enrolled in countries outside the U.S. The study population will consist of patients with rheumatoid arthritis who require NSAID therapy for their arthritis for at least 1 year. Patients with rheumatoid arthritis who meet entry criteria will be randomized to MK-0966, 50 mg once a day (n~1750 in the multinational protocol), or naproxen 500 mg twice a day (n~1750 in the multinational protocol). Patient allocation will be stratified according to whether the patient has a prior history of a peptic ulcer or upper GI bleeding. Within each allocation range, those patients who have a history of a peptic ulcer, bleeding or perforation will be entered into Stratum 1 and those who do not into Stratum 2.

At the screening visit, patients should be instructed that they can take acetaminophen or other analgesics (except for NSAIDs or aspirin) for rescue medication. Choice of rescue therapy will be at the discretion of the investigator. Intra-articular intramuscular and oral steroids ARE permitted during the study. Topical creams or lotions containing NSAIDs or salicylates are NOT permitted during the study. Disease-Modifying Anti-Rheumatic Drugs (DMARDs) are allowed during the study and the dose of DMARDs may be changed at the discretion of the investigator during the course of the study. (Treatment with cyclosporin will not be allowed during the study.)

/MK-0966/CP/RP2318.DOC * APPROVED                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130262

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1613**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                       12

## E. **STUDY DESIGN** (CONT.)

The duration of the study is expected to be 1 to 1.5 years; however, because the duration of this study will be determined by the need to observe at least 120 PUBs and 40 complicated PUBs, there is the possibility that patients will be asked to continue on study medication for longer than 1 year. There is also the possibility that the study will be stopped before some patients have completed 1 year on study drug.

Clinic visits will occur at screening, randomization, Weeks 6, 17, 35, and 52. Thereafter, patients will be seen approximately every 4 months (Weeks 69, 87, and 104) if the study continues, until the termination of the study. At the termination of the study, patients will be called in for an End-of-Study Visit. Patients will be asked to remain off NSAIDs for 14 days after the End-of-Study Visit. **Every effort must be made to bring all patients back for this visit.**

The patient will be contacted by phone at Week 10 and then every 4 months thereafter (Weeks 26 and 43). If the study continues beyond Week 52, patients will continue to be contacted every 8 weeks between clinic visits (i.e., there will be 8 weeks between the clinic visit and the phone call and 16 weeks between phone calls). **Every effort must be made to keep in contact with patients between clinic visits.**

The primary endpoint for this study will be the occurrence of PUBs. Other clinical endpoints include: complicated PUBs, discontinuation due to lack of efficacy, Patient Global Assessment of Disease Activity, and Investigator Global Assessment of Disease Activity. Safety will be monitored by repeat clinical and laboratory assessments throughout treatment and adverse events monitored throughout treatment for 14 days following completion of treatment or last dose of study therapy for discontinued patients.

**Patients will be encouraged to remain in the study for the full duration of the study.** However, if patients are unwilling to continue study medication, they will be asked to return for a Discontinuation Visit within 48 hours. Patients will be asked to remain off NSAIDs for 14 days after the Discontinuation Visit. In addition, they will be contacted by telephone 14 days after the last dose of medication to ascertain whether any adverse events have occurred. Lastly, they will be telephoned 45 days after the last dose of study medication and at the conclusion of the study (i.e., when they were to have concluded the study had they continued) to ascertain whether a PUB has occurred. **Every effort must be made to remain in contact with these patients.**

Investigators and patients should watch closely for clinical signs of GI bleeding or other possible GI complications. Any suspicious episodes should be investigated by the appropriate clinical procedures.

/MK-0966/CP/RP2318.DOC * APPROVED                                       08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                       MRK-AFV0130263

**Product: MK-0966**
**Protocol/Amendment No.: 089-04**                                          13

## E. STUDY DESIGN (CONT.)

Indiscriminate use of low-dose $H_2$ blockers is to be avoided.  Trials off these agents should be considered.  **Initiation of high-dose $H_2$ blockers (defined as any dose higher than ranitidine 75 mg twice a day or 150 mg daily, famotidine 10 mg twice a day or 20 mg daily, cimetidine 200 mg twice a day or 400 mg daily, nizatidine 75 mg twice a day or 150 mg daily), proton-pump inhibitors, sucralfate, or misoprostol during the study requires discontinuation of the patient from the study.**  Any gastric or duodenal ulcers detected during the work-up of GI symptoms or suspected bleeding will be classified in accordance with guidelines provided in the Endpoint Classification Document (Appendix 4).  These patients will be discontinued from the study.  In addition to the standard 14-day follow-up phone call, patients with a possible study endpoint (PUB) will be contacted 6 weeks after the occurrence of the event to collect health-care resource utilization information (completion of HCCR form).

### 2.  Treatment

#### a.  Treatment Plan

##### Visit 0—Prescreening

Potential participants will be prescreened by phone to determine if they meet preliminary entry criteria.  A brief description of the study will be given and the Screening Visit (1.0) will be scheduled if preliminary entry criteria are met and patient expresses a willingness to participate in the study.

##### Visit 1.0—Screening

Written informed consent will be obtained prior to the performance of any study procedures.  It must be explained to the patient that the expected duration of the study is 1 to 1.5 years.  Permission should also be obtained in writing at this visit or the randomization visit to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.

Each patient will be assigned a unique screening number.  If a patient fails to qualify for entry into the study, his/her screening number MAY NOT BE REUSED.  A patient may be rescreened for eligibility at a later time.  Should this occur it will be noted on the study worksheet and a new screening number will be assigned; however, the original screening number MAY NOT BE REUSED.

Table 1 shows the procedures that will be performed at the screening visit.

/MK-0966/CP/RP2318.DOC * APPROVED                              08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AEV0130264

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1615**

Product: MK-0966
Protocol/Amendment No.: 089-04                                    14

## E. STUDY DESIGN (CONT.)

Table 1

Procedures to be Performed at Screening Visit

| |
|---|
| Review entry criteria and study procedure |
| Obtain informed consent[†] |
| Document medical history including ulcer disease and upper GI bleed |
| Review concomitant medications |
| Vital signs |
| Patient Global Assessment of Disease Activity |
| Weight |
| EKG |
| Complete physical examination |
| Dispense three stool Hemoccult cards |
| CBC, serum chemistry, urinalysis, serum $\beta$-HCG for premenopausal women |
| Discontinue prestudy NSAIDs |
| Distribute investigational study identification card and appointment reminder cards |

[†] Permission should be obtained to collect medical records and copies of endoscopy or radiographic
    reports should an endpoint occur.

Prospective patients will be evaluated to determine whether they fulfill the
entry requirements listed in Section I.D. The investigator will discuss with the
patient the nature of the study, its risks, requirements, and its restrictions.
These restrictions include the use of certain concomitant medications listed in
Section D. Informed consent will be obtained prior to the performance of any
study procedures. The patient's medical history, including episodes of ulcer
and GI bleeding, will be documented. Patients will also be asked to provide
information for primary and secondary contacts to assist in fulfilling
follow-up requests (i.e., relatives, neighbors, personal physician, etc.).

Vital signs (blood pressure, heart rate, respiratory rate, and oral temperature)
will be obtained with the patient in a sitting position after a 10-minute rest.
During the rest period the patient will record a Global Assessment of Disease
Activity. The patient will be weighed in street clothing with jacket/coat and
shoes removed. A complete physical examination will be performed and an
EKG will be obtained. Whenever possible, the investigators performing
assessments should be kept constant for an individual patient throughout the
study.

/MK-0966/CP/RP2318.DOC * APPROVED                            08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130265

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    15

## E. STUDY DESIGN (CONT.)

Blood and urine will be obtained for CBC, serum chemistry, urine analysis, and serum $\beta$-HCG (in premenopausal women only) after a fast of $\geq 8$ hours. If a patient was not fasting at the time the specimen was obtained, a note stating this should be added to the case report form comments section of the LAB page. **No blood samples should be obtained if the patient does not fulfill the entry requirements listed in Section I.D.**

Three Hemoccult cards will be distributed to the patient with instructions for obtaining three samples. All cards must be processed prior to randomization. One or more positive tests will exclude the patient from the study. When reviewing sample collection, please take extra care in explaining the washout periods for medications and food.

Patients will be given a card to carry at all times during the study identifying that they are participants in an investigational drug study and listing emergency telephone contact numbers. This card will also contain instructions directing other health care providers to contact the study investigator immediately in the event the patient is hospitalized.

### NSAID Washout

After prestudy laboratories have been verified to be within defined limits by the central laboratory and the investigator, patients that fulfill all entry criteria and have signed an informed consent will be contacted by telephone. NSAID users will be instructed to discontinue their current NSAID regimen.

Patients will be instructed to return to the clinical research center for repeat evaluation and randomization 3 days after discontinuing their NSAIDs. If necessary the randomization visit can occur 3 to 14 days following Visit 1 (after three stool Hemoccult samples have been collected).

### Visit 2.0—Randomization

Patients will return for this visit within a maximum of 14 days after Visit 1. In addition, patients must have withheld NSAIDs for at least 3 days prior to this visit. Patients who fail to return will be contacted by phone to assess continued interest in the study. After screening laboratories have been verified to be within defined limits, patients that fulfill all entry criteria and have signed an informed consent (at Visit 1) will be entered into the study.

Confidential - Subject To Protective Order                          MRK-AFV0130266

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1617**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                          16

## E. STUDY DESIGN (CONT.)

Table 2 shows the procedures that will be performed at the Randomization Visit.

Table 2

Procedures to be Performed at Randomization Visit

| |
|---|
| Develop Hemoccult cards |
| Review study procedures |
| Interim history |
| Monitor for adverse experiences |
| Review concomitant medication |
| Vital signs |
| Patient Global Assessment of Disease Activity |
| Weight |
| Investigator Global Assessment of Disease Activity |
| Plasma and serum for archive |
| Allocate patient to appropriate strata and dispense study medication |
| Distribute appointment reminder cards/Record next visit in the Patient Information Booklet |

The Hemoccult cards distributed on the previous visit will be developed. One or more positive tests will exclude the patient from the study. Results should be recorded in the appropriate worksheet.

Patients presenting for the screening or randomization visit with recent onset of abdominal discomfort or dyspepsia should not be randomized until the condition has stabilized or an etiology determined. Additionally, all stool hemoccult cards should be developed prior to randomization.

The study procedures will again be discussed with the patient as well as restrictions including certain concomitant medications (see Section I.D.). Interim history will be documented, concomitant medications will be reviewed, and patients will be monitored for adverse experiences. Patients will be reminded to remain off any NSAIDs (including marketed Cox-2-specific inhibitors) or over-the-counter preparations that contain NSAIDs or aspirin, e.g., aspirin-containing cough or cold medication. Each patient will be given a list of prohibited medications. If the medication they wish to take is on the list, they should check with clinic first. Additionally, if they are uncertain about any other medication they should check with the clinic first.

Confidential – Subject To Protective Order                          MRK-AFV0130267

Product: MK-0966
Protocol/Amendment No.: 089-04                                    17

## E. STUDY DESIGN (CONT.)

Vital signs (blood pressure and heart rate) will be obtained with the patient in a sitting position after a 10-minute rest.  During the rest period the patient will complete the Global Assessment of Disease Activity.  The patient will be weighed in street clothing with jacket/coat and shoes removed.

Blood and urine will be obtained for serum and plasma archive.  **No laboratories need to be obtained if patient does not meet the entry requirements.**  A global assessment of disease activity will be recorded by the investigator prior to the patient's first dose of study therapy.

Patients will be assigned (by randomized-block allocation schedule) to 1 of 2 treatment regimens as shown in Table 3.

Table 3

Sample Allocation Schedule
International Cohort

| Group | Treatment | N |
|-------|-----------|---|
| 1 | MK-0966 50 mg | 1750 |
| II | Naproxen 500 mg b.i.d. | 1750 |
| | Total | 3500 |

Patient allocation will be stratified for history of ulcer (gastric or duodenal), upper GI bleeding, or perforation (gastric or duodenal).  Specifically, those patients who have a history of GI ulcer, bleeding or perforation will be entered into Stratum 1 and those who do not into Stratum 2.  (See Section E.3.— Stratification, and GI History Definition for definitions.)

Within each allocation schedule, patients in Stratum 1 will be assigned allocation numbers (ANs) sequentially starting with the highest number at each site and proceeding sequentially to the lower numbers.  Patients in Stratum 2 will be assigned ANs sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers.  Patients will be provided with enough study medication to last them to the next visit.  Patients will be instructed to take 1 tablet from each of the bottles as instructed on the bottle label.  The initial dose of study medication will be witnessed by the study coordinator.  Detailed dosing instructions and amounts of medication to be distributed are discussed in Section II.A.  The patients will also be instructed to return all used and unused bottles to the clinic at each return visit.

Confidential - Subject To Protective Order

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    18

### E. <u>STUDY DESIGN</u> (CONT.)

Rescue medication such as acetaminophen or other analgesic medication (except NSAIDs, Cox-2 specific inhibitors and aspirin-containing compounds) may be given at the discretion of the investigator. Corticosteroids and topical analgesics (except NSAID- or aspirin-containing topical agents) are also permitted during the study. Changes in DMARD therapy **are** permitted during the study.

Patients will be given a card to carry at all times during the study identifying them as participants in an investigational drug study and listing emergency telephone contact numbers.

An appointment for Visit 3.0 will be made for 6 weeks later ($\pm 7$ days). Patients will be given an appointment card for their next scheduled visit and reminded to take their study medication the morning of Visit 3.0 and to bring in their used and unused study medication bottles with them to the study center. Note: Patients who are taking digoxin or lithium should be scheduled to have their digoxin or lithium levels checked within 2 to 3 weeks.

<u>**Office/Clinic Visits Week 6 Through Week 52 (Visits 3.0 to 6.0)**</u>

The procedures shown in Table 4 will be performed.

/MK-0966/CP/RP2318.DOC * APPROVED                                08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential – Subject To Protective Order                          MRK-AFV0130269

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1620**

Product: MK-0966
Protocol/Amendment No.: 089-04                                                    19

## E. STUDY DESIGN (CONT.)

Table 4

Procedures to be Performed at Office/Clinic Visits Week 6 Through Week 52
(Visits 3.0 to 6.0)

| | 3.0 | 4.0 | 5.0 | 6.0 |
|---|---|---|---|---|
| Visit Number: | 3.0 | 4.0 | 5.0 | 6.0 |
| Study Week: | 6 | 17 | 35 | 52 |
| Interim history/assessment of endpoints and adverse experiences | X | X | X | X |
| Review concomitant medication | X | X | X | X |
| Vital signs and weight | X | X | X | X |
| Patient global assessment of disease activity | X | X | | X |
| Physical examination[†] | | | | |
| Urinalysis | X | | | |
| Hemoglobin, hematocrit | | X | X | |
| Complete serum chemistry, CBC | X | | | X |
| Plasma and serum for archive | | X | | X |
| Urine β-HCG[‡] | X | X | X | X |
| Dispense study medication | | X | X | X |
| Count study medication | | X | X | X |
| Compliance counseling | X | X | X | X |
| Retrieve used study medication | | X | X | X |
| Investigator global assessment of disease | X | X | | X |
| Distribute appointment reminder cards/Record next visit in Patient Information Booklet | X | X | X | X |

[†] To be performed at the discretion of the investigator as needed.
[‡] For premenopausal women only.

Clinical evaluations will include vital signs and weight, and laboratories. Patients will be assessed for compliance to protocol, and tablet counts will be performed for study medication. Under or over use of study medication should trigger study medication compliance counseling. Interim history will be documented, concomitant medications will be reviewed, and patients will be monitored for adverse experiences. A global assessment of disease activity will be recorded by the investigator and patient separately (at Visits 3.0, 4.0, and 6.0 only). New study medication will be dispensed at each visit (except Visit 3 unless needed). When a patient returns for a follow-up visit, all used bottles of study medication will be retrieved. (Note: At Visit 3 study bottles

Confidential - Subject To Protective Order                          MRK-AFV0130270

Product: MK-0966
Protocol/Amendment No.: 089-04                                    20

## E. <u>STUDY DESIGN</u> (CONT.)

will not be collected but should be visually inspected for gross compliance.) Serum chemistry and CBC will be obtained at Visits 3.0 and 6.0. Urinalysis will be obtained at Visit 3.0 only. A hemoglobin (Hgb) and hematocrit (Hct) will be obtained at Visits 4.0 and 5.0.

Plasma and serum for archive will be obtained at Visits 4.0 and 6.0. A urine β-HCG will be obtained at every visit for premenopausal women only. At the end of each visit except End-of-Study Visit, the site will record the patient's next visit in the Patient Information Booklet and patients will be reminded to take their study medication the morning of their next visit and to bring in their study medication bottles to the study center. Scheduled visits will occur within a window of ±7 days of the appropriate date.

At each visit, patients will be asked questions concerning the occurrence of PUBs. **Suspicion of a possible study endpoint will prompt the retrieval of additional information and source documents, as specified in the Study Operations Manual.** Patients with a possible study endpoint should have blood drawn and sent to the central laboratory for the assessment of serum salicylates and NSAIDs. **In addition, Merck personnel will be notified immediately (See Appendix 4 for definition of endpoints).** An initial endpoints report form will be completed and submitted to the External Coordinating Center. Supplemental documentation will be submitted once it becomes available. In addition, a Health Care Contact Report (HCCR) form (which assesses healthcare resource utilization) will be filled out at the time that the study endpoint documentation is collected as well as 6 weeks after the event.

Between visits, the patient will be encouraged to call the study site if a PUB, GI work-up, or other serious adverse experience has occurred. The patient will be asked to provide permission to obtain medical records and copies of endoscopy or radiographic reports. The permission to obtain these reports if a PUB should occur should be obtained at the screening or randomization visits, but may be obtained at any point during the study and should remain current in conjunction with local regulations.

### <u>Visits After Week 52 (Month 12)</u>

If the study continues beyond 1 year, visits will be scheduled every 4 months after Week 52 (Month 12) until the study is terminated. Table 5 outlines procedures to be performed at visits up to Week 104 (Month 24). As noted previously, it is anticipated that the duration of treatment will be approximately 1 year; however, the exact duration will be determined by the

/MK-0966/CP/RP2318.DOC * APPROVED                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order