# Exhibit 4
# Part 7

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)      **1622**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04      21

## E. STUDY DESIGN (CONT.)

need to observe at least 120 PUBs and 40 complicated PUBs in the study, or for the minimum duration of treatment to be 6 months from LPI, whichever comes last.

Table 5

Procedures to be Performed at Visits up to Month 24

| Visit Number: | 7.0 | 8.0 | 9.0 |
|---|---|---|---|
| Study Week: | 69 | 87 | 104 |
| Study Month: | 16 | 20 | 24 (Yearly Visit) |
| Interim history/assessment of endpoints and adverse experiences | X | X | X |
| Review concomitant medications | X | X | X |
| Vital signs and weight | X | X | X |
| Patient global assessment of disease activity | | X | X |
| Physical examination[†] | | | |
| Hgb, Hct | X | X | |
| CBC, serum chemistry | | | X |
| Plasma and serum for archive | | X | |
| Urine for $\beta$-HCG[‡] | X | X | X |
| Retrieve used study medication | X | X | X |
| Dispense study medication | X | X | X |
| Count study medication/compliance counseling | X | X | X |
| Investigator global assessment of disease | | X | X |
| Distribute appointment reminder cards/Record next visit in the Patient Information Booklet | X | X | X |

[†] To be performed at the discretion of the investigator as needed.
[‡] For premenopausal women only.

### End-of-Study Visit

At the conclusion of the study (prior to unblinding, either at an interim analysis or after 120 PUBs and 40 complicated PUBs have occurred in the study, the Steering Committee will establish a cutoff date for study events which are to be included in the analysis. All patients (including those who have discontinued study medication) will be contacted by telephone (or by mail if not reachable by phone) in order to complete the end-of-study procedures. The extent of patient contact will be determined by whether the patient is currently active in the study or has previously discontinued.

Confidential – Subject To Protective Order                                    MRK-AFV0130272

Product: MK-0966
Protocol/Amendment No.: 089-04                                    22

## E. STUDY DESIGN (CONT.)

### Contact for Discontinued Patients

- Perform a brief phone interview to determine whether the patient has experienced any interim events consistent with a PUB

- If a PUB is reported, obtain all documenting information

- Patients discontinued from the study due to a PUB are not required to be contacted at this time

### Contact for Active Patients

- Perform a brief phone interview to determine whether the patient has experienced any interim events consistent with a PUB

- Schedule a final clinic visit giving priority to patients reporting an interim PUB

- If a PUB is reported, obtain all documenting information

**Every effort must be made to contact all patients at this time.** Patients should be reminded to fast for 8 hours prior to this study visit. At the Clinic Visit, the procedures shown in Table 6 will be performed.

### Table 6

Procedures to be Performed at End-of-Study Visit

| |
|---|
| Interim history and assessment for endpoints (PUBs) and adverse experiences |
| Review concomitant medications |
| Vital signs and weight |
| Patient global assessment of disease activity |
| Physical examination |
| Investigator global assessment of disease activity |
| CBC, serum chemistry |
| Urinalysis, plasma and serum for archive |
| Urine $\beta$-HCG[†] |
| Count study medication tablets |
| Retrieve all study medication |
| [†] For premenopausal women only. |

Confidential - Subject To Protective Order          MRK-AFV0130273

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                   23

## E. <u>STUDY DESIGN</u> (CONT.)

Clinical evaluations will include vital signs and weight, CBC, serum chemistry, urinalysis and urine β-HCG (for premenopausal women only). A physical examination will be performed. Patients will be assessed for compliance to protocol, and tablet counts will performed for study medication. Interim history will be documented, concomitant medications reviewed, and patients will be monitored for adverse experiences. A global assessment of disease activity will be recorded by the investigator and patient separately.

Patients will be asked to abstain from taking NSAIDs for the next 14 days. Other analgesics can be used during that time. Chronic NSAID users can resume taking a NSAID 14 days from the End-of-Study Visit.

<u>Phone Visits Week 10 Through Week 43 (Visits P4 Through P6)</u>

The patient will be contacted by phone at several scheduled times in between the clinic visits (see Study Flow Chart). The phone visits should occur within a window of ±7 days. These phone visits will be documented on the appropriate worksheets. At each phone contact the patient will be questioned as to compliance with study procedures, especially those related to study and concomitant medications. The patient will be counseled as necessary to encourage participation in the study. The patient will be monitored for interim study events (PUBs). **Suspicion of a possible study endpoint will prompt an Unscheduled Visit and/or the retrieval of additional information and source documents, as specified in the Operations Manual. If a PUB is verified, the patient will be discontinued from study medication.**

<u>Phone Visits After Week 52 (Month 12)</u>

The patient will be contacted by phone every 8 weeks (±7 days) between visits. For example, if the patient is seen at Week 52 and 69, then phone visits will be made during Week 60. The procedures to be followed during phone visits are described above. In addition, patients will be contacted by telephone 14 days following the last day of treatment to ascertain whether any adverse events have transpired. If an endpoint or adverse event has occurred the investigator will mandate if follow-up or an unscheduled visit is necessary.

<u>Phone Visits for Discontinued Patients</u>

Patients who discontinue will be contacted by phone 14 days following the last day of treatment to ascertain whether any adverse events have transpired. If an endpoint or adverse event has occurred the investigator will decide if

Confidential - Subject To Protective Order

Product: MK-0966
Protocol/Amendment No.: 089-04                                        24

## E. STUDY DESIGN (CONT.)

follow-up or an unscheduled visit is necessary. They will also be contacted by
phone 45 days following the last day of treatment and at the conclusion of the
study to specifically ascertain whether a GI adverse event (PUB) has occurred.

### Premature Study Discontinuation Visit

Dropouts will not be replaced after randomization. Patients will be
encouraged to remain in the study for the duration of the study. If the patient
is unwilling to complete the study, he or she should be encouraged to return to
the clinic for a discontinuation visit (within 48 hours of discontinuing) and as
many of the procedures shown in Table 7 should be performed as possible.

Table 7

Procedures to be Performed at Premature Study Discontinuation Visit

| |
|---|
| Interim history and assessment for endpoints and adverse experiences |
| Review concomitant medications |
| Vital signs and weight |
| Patient global assessment of disease activity |
| Physical examination |
| Investigator global assessment of disease activity |
| CBC, serum chemistry, urinalysis, serum and plasma for archive |
| Urine $\beta$-HCG[†] |
| Count study medication tablets |
| Retrieve all study medication |
| [†] For premenopausal women only. |

The *primary* reason for discontinuation, i.e., lack of efficacy, adverse event,
protocol deviation, or other (with explanation), will be recorded by the
investigator.

Patients will be instructed not to take any NSAIDs for the next 14 days; other
analgesics can be used. Patients will be contacted by telephone 14 days after
the last dose of medication to ascertain whether any adverse events have
occurred.

All randomized patients who discontinue from the study will be followed up
for the PUB endpoints regardless of compliance status. In addition to the
discontinuation visit and telephone call referred to above, they will be

/MK-0966/CP/RP2318.DOC * APPROVED                                08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                      MRK-AFV0130275

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1626**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                                25

### E. STUDY DESIGN (CONT.)

telephoned 45 days after the last dose of study medication **and** at the conclusion of the study (i.e., when they were to have concluded the study had they continued on study medication) to ascertain whether a PUB has occurred.

**b.   Special Handling Requirements (Endoscopy)**

If patients undergo endoscopy at any point during the study and an ulcer is detected, it is suggested that biopsy samples for *H. pylori* histopathology be obtained and that a CHLO™ test or other rapid urease test be performed on the biopsy sample. Multiple biopsies from the antrum and from the fundus should be obtained for this purpose. These samples will be processed locally. In addition, serum for salicylate and NSAID levels should be drawn and sent to the central laboratory.

**c.   Prior and Concomitant Medication(s)/Treatment(s)**

**Prior Medications**

Prior use of the following medications will exclude the patient from the study:

- Misoprostol or sucralfate within the past 1 month.

- Recent sustained use (any period longer than 4 consecutive days during the month prior to study start) of $H_2$ blockers (e.g., cimetidine, ranitidine, famotidine, nizatidine), or a proton-pump inhibitor (e.g., omeprazole, lansoprazole) at prescription doses, or doses indicated for treatment of active gastroduodenal ulcers. *(Note: Use of antacids or over-the-counter doses of ranitidine [75 mg twice a day or 150 mg daily], famotidine [10 mg twice a day or 20 mg daily], cimetidine [200 mg twice a day or 400 mg daily ] and nizatidine [75 mg twice a day or 150 mg daily] prior to randomization will not be grounds for exclusion.)*

- Ongoing cyclosporin A treatment.

Patients taking ticlopidine or aspirin—even low-dose—will not be allowed in the study. No patient should stop taking low-dose aspirin or ticlopidine solely to enter the trial. *Exception: Patients taking aspirin solely as treatment of their rheumatoid arthritis may participate in this study after discontinuation of their aspirin.*

**Concomitant Medications**

- Concomitant use of the following medications is prohibited during the entire study: other NSAIDs, Cox-2-specific inhibitors, warfarin, heparin,

/MK-0966/CP/RP2318.DOC * APPROVED                                              08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                        MRK-AFV0130276

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                **1627**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                    26

## E. <u>STUDY DESIGN</u> (CONT.)

low molecular weight heparin, ticlopidine, aspirin, proton-pump inhibitors, sucralfate, "high-dose" $H_2$ blockers (doses higher than cimetidine 200 mg twice a day or 400 mg daily, ranitidine 75 mg twice a day or 150 mg daily, famotidine 10 mg twice a day or 20 mg daily, nizatidine 75 mg twice a day or 150 mg daily) or misoprostol.

- Low-dose $H_2$ blockers (cimetidine 200 mg twice a day or 400 mg daily, ranitidine 75 mg twice a day or 150 mg daily, famotidine 10 mg twice a day or 20 mg daily, nizatidine 75 mg twice a day or 150 mg daily) are permitted in the study. The indiscriminate use of these agents is to be avoided. Trials off these agents should be considered.

- Patients will be instructed to refrain from using any anti-ulcer medication (except antacids or "low-dose $H_2$ blockers" in isolation) during the study unless it is prescribed by a physician and medically indicated. Patients should be instructed to consult with the study investigator prior to using these medications. The use of such medicine must be reported immediately to the study center.

- The prescribed use of intra-articular corticosteroids or topical capsaicin cream will be allowed. Topical creams or lotions containing NSAIDs or aspirin products will NOT be allowed. DMARDs will be allowed at the discretion of the investigator.

#### d. <u>Diet/Activity/Other</u>

Patients must fast from all food and drink except water and concomitant medications for 8 hours prior to serum chemistry measurements at Prestudy (Visit 1.0) and End-of-Study or Discontinuation Visits. (Note: Patients should continue to take their concomitant medications, e.g., antihypertensives, etc., during fasts.) Unusual or unaccustomed strenuous physical exercise or activity should be avoided within 1 week prior to each clinic visit at which serum chemistries are evaluated.

Patients must maintain adequate compliance with the study medication regimen based upon tablet counts. If a patient misses 3 or more doses between any visit, the site staff should re-instruct the patient on the dosing regimen.

/MK-0966/CP/RP2318.DOC * APPROVED                                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                            MRK-AFV0130277

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1628**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                          27

## E. STUDY DESIGN (CONT.)

### 3. Study Procedures

#### a. Scheduling of Clinic Visits

All scheduled visits will occur within a window of ±7 days to the appropriate date. Telephone visits will occur within a window of ±7 days except for the 14- and 45-day follow-up phone calls which should occur on the appropriate day if at all possible.

#### b. Completing Patient Global Assessment of Disease Activity

Instructions on how to complete the Patient Global Assessment will be provided to each site. All patients are to review these instructions before the questionnaire is distributed. They are allowed to review the instructions as frequently as needed. Study coordinators are not to assist patients in answering the questions. Patients are to respond based on the instructions they have reviewed. Study coordinators are responsible for verifying that the questionnaire is completed.

#### c. Stratification and GI History Definition

Each site will be provided with an allocation range. Within each allocation range, patient allocation will be stratified for history of ulcer (gastric or duodenal), upper GI bleeding, or perforation (gastric or duodenal). Specifically, those patients who have a history of GI ulcer, bleeding, or perforation will be entered into Stratum 1 and those who do not into Stratum 2.

The following definitions apply for the history of ulcer or upper GI bleeding:

1) History of ulcers:

   - Either gastric or duodenal in location

   - Diagnosis must be by endoscopic or radiographic means

2) History of upper GI bleeding:

   - Clinically-apparent episode of upper GI bleeding (including hematemesis and/or melena)

   - Occult blood-positive stools without other supporting evidence does not qualify the patient as having a history of upper GI bleeding

Confidential - Subject To Protective Order                              MRK-AFV0130278

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1629**

Product: MK-0966
Protocol/Amendment No.: 089-04                                        28

## E. STUDY DESIGN (CONT.)

3) History of Perforation:

- Either gastric or duodenal in location

- Diagnosis by surgery, endoscopy, or radiographic means

Patients in Stratum 1 will be assigned allocation numbers sequentially starting with the highest number at each site. Patients in Stratum 2 will be assigned allocation numbers sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers.

### d.  Patient Enrollment—Number and Duration

Approximately 3500 patients total will be recruited for the multinational protocol of this study.

### e.  Discontinuation Procedures

A discontinuation visit is required within 48 hours of patient discontinuing from the study. If a patient decides to discontinue at a scheduled study visit, a discontinuation visit will be performed instead of the scheduled study visit. The primary reason for discontinuation will be noted (e.g., lack of efficacy, adverse event, inability to comply with study protocol visits, or other).

Patients may withdraw at any time or be dropped from the study at the discretion of the investigator should any untoward effects occur. In addition, a patient may be withdrawn by the investigator or the SPONSOR if he/she violates the study plan or for administrative and or other safety reasons. The investigator or study coordinator must notify the SPONSOR immediately when a patient has been discontinued/withdrawn due to an adverse experience (telephone or FAX). When a patient discontinues/withdraws prior to study completion, all applicable activities scheduled for the final study visit should be performed at the time of discontinuation. Any adverse experiences which are present at the time of discontinuation/withdrawal should be followed in accordance with the safety requirements outlined in Sections I.G.2.a. and b.

A single patient cannot be assigned more than one allocation number. In a situation where rerandomization of the patient is planned (e.g. study extension periods) the rerandomization is done based on a new allocation schedule, however each patient retains his/her original allocation number. Only the treatment regimen associated with the rerandomization period or phase may change.

Baseline and/or allocation numbers for patients who discontinue or withdraw may not be reassigned.

/MK-0966/CP/RP2318.DOC * APPROVED                            08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                   MRK-AFV0130279

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                29

## E. STUDY DESIGN (CONT.)

### f.   Study Drug Administration

At each visit, except Visit 1.0 and Visit 3.0, and thereafter up until the
End-of-Study Visit, patients will be given bottles of the study medication
labeled "Bottle A" and  "Bottle B".  Patients will be instructed to take study
medication in the following manner:

**Bottle A**—"Take 1 tablet in the morning with liquid."

**Bottle B**—"Take 1 tablet in the morning and the evening with liquid."

Patients will be reminded to take their study medication the morning of each
visit.

### g.   Noncompliance With Medication

Patients who miss more than 20% of scheduled doses are considered
noncompliant.  Noncompliant patients should not be discontinued from the
study.  Their compliance should be monitored and recorded.  Their compliance
with the study regimen should be encouraged.  They should be further
instructed in the proper use of the study medication.  Study drug may be
interrupted when considered absolutely necessary by the investigator or the
clinical monitor.

### h.   Nonrandomized Patients

If a patient has signed an informed consent form but is not randomized, the
investigator must submit a NONRAND case report form to the SPONSOR for
the patient.  This form reports basic demographics and the reason(s) for
exclusion.  The investigator shall also submit NSAE/SAE forms if applicable.
Unless otherwise directed, no other data need be submitted for these patients.

## F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY,   ETC., MEASUREMENTS

### Patient Global Assessment of Disease Activity

A Patient Global Assessment of Disease Activity on a Likert scale will be administered
at Visits 1.0, 2.0, 3.0, 4.0, 6.0, 8.0, 9.0, End-of-Study, and Discontinuation.

"Considering all the ways your arthritis affects you, mark an (X) in one box below for
how well you are doing."

Confidential - Subject To Protective Order                              MRK-AFV0130280

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        30

## F. EFFICACY/PHARMACOKINETIC/IMMUNOGENICITY, ETC., MEASUREMENTS (CONT.)

0=Very Well
1=Well
2=Fair
3=Poor
4=Very Poor

### Investigator Global Assessment of Disease Activity

An Investigator Global Assessment of Disease Activity on a Likert scale will be recorded at Visits: 2.0, 3.0, 4.0, 6.0, 8.0, 9.0, End-of-Study, and Discontinuation.

"Make a global assessment of the patient's disease activity by marking an 'X' in one box below."

0=Very Well
1=Well
2=Fair
3=Poor
4=Very Poor

## G. SAFETY MEASUREMENTS

### 1. Evaluating and Recording Adverse Experiences

Adverse experiences may occur in the course of the use of a Merck product in clinical studies or within the follow-up period specified by the protocol, or prescribed in clinical practice, from overdose (whether accidental or intentional), from abuse, and from withdrawal.

Adverse experiences may also occur in screened patients during any preallocation baseline period as a result of a protocol-specified intervention including washout or discontinuation of usual therapy, diet, placebo treatment, or a procedure.

Such events will be recorded at each examination on the Adverse Experience Case Report Forms.

An adverse experience is defined as any unfavorable and unintended change in the structure, function, or chemistry of the body temporally associated with the use of the SPONSOR'S product, whether or not considered related to the use of the product. Any worsening (i.e., any clinically significant adverse change in frequency and/or intensity) of a preexisting condition which is temporally associated with the use of the SPONSOR'S product, is also an adverse experience.

/MK-0966/CP/RP2318.DOC * APPROVED                                08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                     MRK-AFV0130281

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1632**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        31

## G. SAFETY MEASUREMENTS (CONT.)

Changes resulting from normal growth and development which do not vary significantly in frequency or severity from expected levels are not to be considered adverse experiences. Examples of this may include, but are not limited to, teething, typical crying in infants and children, and onset of menses or menopause occurring at a physiologically appropriate time.

The investigator will evaluate all adverse experiences as to:

- Maximum intensity:

  — Mild (awareness of sign or symptom, but easily tolerated);

  — Moderate (discomfort enough to cause interference with usual activity);

  — Severe (incapacitating with inability to work or do usual activity).

- Seriousness

  A serious adverse experience is any adverse experience occurring at any dose that:

  —†Results in death; or

  —†Is life threatening (places the patient, in the view of the investigator, at immediate risk of death from the experience as it occurred [Note: This does not include an adverse experience that, had it occurred in a more severe form, might have caused death.]); or

  —†Results in a persistent or significant disability/incapacity (substantial disruption of one's ability to conduct normal life functions); or

  —†Results in or prolongs an existing inpatient hospitalization (hospitalization is defined as an inpatient admission, regardless of length of stay, even if the hospitalization is a precautionary measure for continued observation) (Note: Hospitalization [including hospitalization for an elective procedure] for a preexisting condition which has not worsened does not constitute a serious adverse experience.); or

  —†Is a congenital anomaly/birth defect (in offspring of patient taking the product regardless of time to diagnosis); or

  — Is a cancer; or

  — Is the result of an overdose (whether accidental or intentional).

/MK-0966/CP/RP2318.DOC * APPROVED                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130282

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              32

## G. SAFETY MEASUREMENTS (CONT.)

ALSO:

Other important medical events that may not result in death, not be life
threatening, or not require hospitalization may be considered a serious adverse
experience when, based upon appropriate medical judgment, the event may
jeopardize the patient and may require medical or surgical intervention to
prevent one of the outcomes listed previously (designated above by a †).

- Duration:

  Record the start and stop dates of the adverse experience. If less than 1 day,
  indicate the appropriate length of time and units.

- Action taken (Did the adverse experience cause the test drug to be
  discontinued?); and

- Relationship to test drug (Did the test drug cause the adverse experience?):

  The determination of the likelihood that the test drug caused the adverse
  experience will be provided by the investigator. The investigator's
  signed/dated initials on the source document or worksheet, that supports the
  causality noted on the AE form, ensures that a medically qualified assessment
  of causality was done. This initialed document must be retained for the
  required regulatory time frame. The criteria below are intended as reference
  guidelines to assist the investigator in assessing the likelihood of a
  relationship between the test drug and the adverse experience based upon the
  available information.

  The following components are to be used to assess this relationship; the
  greater the correlation with the components and their respective elements (in
  number and/or intensity), the more likely the test drug caused the adverse
  experience (AE):

  — Exposure:
    Is there evidence that the patient was actually exposed to the test drug
    such as: reliable history, acceptable compliance assessment (pill count,
    diary, etc.), expected pharmacologic effect, or measurement of
    drug/metabolite in bodily specimen?

  — Time Course:
    Did the AE follow in a reasonable temporal sequence from administration
    of the test drug?

    Is the time of onset of the AE compatible with a drug-induced effect?

Confidential - Subject To Protective Order                        MRK-AFV0130283

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1634**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                           33

## G. SAFETY MEASUREMENTS (CONT.)

— Likely Cause:
Is the AE not reasonably explained by another etiology such as underlying disease, other drug(s), or other host or environmental factors?

— Dechallenge:
Was the dose of test drug discontinued or reduced?
    If yes, did the AE resolve or improve?
        If yes, this is a positive dechallenge.
        If no, this is a negative dechallenge.

(Note:  This criterion is not applicable if:  (1) the AE resulted in death or permanent disability; (2) the AE resolved/improved despite continuation of the test drug; or (3) the study is a single-dose drug study or a vaccine study.)

— Rechallenge:
Was the patient reexposed to the test drug in this study?
    If yes, did the AE recur or worsen?
        If yes, this is a positive rechallenge.
        If no, this is a negative rechallenge.

(Note:  This criterion is not applicable if:  (1) the initial AE resulted in death or permanent disability, or (2) the study is a single-dose drug study or a single-dose vaccine study.)

NOTE:  IF A RECHALLENGE IS PLANNED FOR AN ADVERSE EVENT WHICH WAS SERIOUS AND WHICH MAY HAVE BEEN CAUSED BY THE TEST DRUG, OR IF REEXPOSURE TO THE TEST DRUG POSES ADDITIONAL POTENTIAL SIGNIFICANT RISK TO THE PATIENT, THEN THE RECHALLENGE MUST BE APPROVED IN ADVANCE BY THE U.S. CLINICAL MONITOR AND THE INDEPENDENT ETHICAL COMMITTEE.

— Consistency With Test Study Drug Profile:
Is the clinical/pathological presentation of the AE consistent with previous knowledge regarding the test drug or drug class pharmacology or toxicology?

The assessment of relationship will be reported on the case report forms by the investigator according to his/her best clinical judgment, including consideration of the above elements.  Use the following scale of criteria as guidance (not all criteria must be present to be indicative of a drug relationship).

/MK-0966/CP/RP2318.DOC * APPROVED
Non-U.S. (Non-U.S. IND)                                                08-Sep-1999

Confidential - Subject To Protective Order                          MRK-AFV0130284

Product: MK-0966
Protocol/Amendment No.: 089-04                                        34

## G. <u>SAFETY MEASUREMENTS</u> (CONT.)

— Definitely related to test drug:
There is evidence of exposure to the test drug.
The temporal sequence of the AE onset relative to administration of the
test drug is reasonable.
The AE is more likely explained by the test drug than by another cause.
Dechallenge is positive.
Rechallenge (if feasible) is positive.
The AE shows a pattern consistent with previous knowledge of the test
drug or test drug class.

— Probably related to test drug:
There is evidence of exposure to the test drug.
The temporal sequence of the AE onset relative to administration of the
test drug is reasonable.
The AE is more likely explained by the test drug than by another cause.
Dechallenge (if performed) is positive.

— Possibly related to test drug:
There is evidence of exposure to the test drug.
The temporal sequence of the AE onset relative to administration of the
test drug is reasonable.
The AE could have been due to another equally likely cause.
Dechallenge (if performed) is positive.

— Probably not related to test drug:
There is evidence of exposure to the test drug.
There is another more likely cause of the AE.
Dechallenge (if performed) is negative or ambiguous.
Rechallenge (if performed) is negative or ambiguous.

— Definitely not related to test drug:
The patient did not receive the test drug.

**OR**

Temporal sequence of the AE onset relative to administration of the test
drug is not reasonable.

**OR**

There is another obvious cause of the AE.

The GI Outcomes Data and Safety Monitoring Board will be charged with
reviewing all adverse experiences at intervals on a blinded (or unblinded,

/MK-0966/CP/RP2318.DOC * APPROVED                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130285

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1636**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        35

## G. SAFETY MEASUREMENTS (CONT.)

at their request) ongoing basis. All clinical research staff within MRL and the GI Outcomes Trial will remain blinded to the allocation schedule and efficacy results, with the exception of the senior MRL statistician charged with presenting and analyzing the data for the Data and Safety Monitoring Board. A complete presentation of blinding issues may be found in the Data Analysis Plan. The allocation schedule will be held by the chairman of the Data and Safety Monitoring Board and the MRL controller of the allocation schedule.

### 2. Immediate Reporting of Adverse Experiences to the SPONSOR

#### a. Serious Adverse Experiences

ANY SERIOUS ADVERSE EXPERIENCE, INCLUDING DEATH DUE TO ANY CAUSE, WHICH OCCURS TO ANY PATIENT ENTERED INTO TREATMENT IN THIS STUDY OR WITHIN 14 DAYS FOLLOWING CESSATION OF TREATMENT, WHETHER OR NOT RELATED TO THE INVESTIGATIONAL PRODUCT, MUST BE REPORTED WITHIN 24 HOURS TO ONE OF THE INDIVIDUAL(S) LISTED ON THE SPONSOR CONTACT INFORMATION PAGE. ALL PATIENTS WITH SERIOUS ADVERSE EXPERIENCES MUST BE FOLLOWED UP FOR OUTCOME.

THE LAPTOP COMPUTÉR CONTAINING THE SERIOUS ADVERSE EXPERIENCE INFORMATION MUST BE DOCKED INTO THE DOCKING STATION THE SAME DAY THAT THE EVENT IS REPORTED TO THE INVESTIGATOR TO TRANSMIT ASSOCIATED DATA TO THE SPONSOR. IF THIS CANNOT BE ACCOMPLISHED, FAX THE INFORMATION TO THE SPONSOR.

Patients should be instructed that if they develop a serious adverse event during the course of the study, the patient or surrogate (someone calls for the patient) should immediately contact the study center with details of the event. The investigator, coinvestigator, or project director will be available by phone. An adverse experience form as well as a serious adverse experience form (SAE) will be completed.

Handling of PUB endpoints which are also SAEs will be defined in separate documents (data handling guidelines and the Endpoint Classification Document [Appendix 4]).

Confidential - Subject To Protective Order                                    MRK-AFV0130286

Product: MK-0966
Protocol/Amendment No.: 089-04                                    36

## G. SAFETY MEASUREMENTS (CONT.)

### b. Serious Vascular Adverse Experiences

Certain serious vascular experiences occurring in patients in this study will be subject to adjudication by a committee external to Merck Research Laboratories. When an eligible event is reported to Merck, the Clinical Monitor or MPC will request copies of worksheets and source documents including the entire hospitalization record. It may be necessary for the investigator to request permission of the patient to complete these requirements. Please refer to *"Instructions to Investigator Sites for Documentation of Serious Vascular Adverse Events in Clinical Trials of Cox-2-Specific Inhibitors"* in Appendix 6.

### c. Selected Nonserious Adverse Experiences

Should clinically significant signs or symptoms of GI bleeding occur at any time during the study, clinical evaluation may include vital signs with orthostatic parameters, abdominal examination, stool Hemoccult testing and hematocrit. Further evaluation and treatment will be performed as deemed clinically appropriate by the investigator.

The development of a PUB (gastroduodenal ulcer, gastroduodenal perforation or upper GI bleeding) should be reported to Merck immediately. Serum for salicylate and NSAID level should be drawn and sent to the central laboratory. Classification of PUBs will be adjudicated by an independent Endpoint Classification Committee. The development of a PUB will prompt the retrieval of additional information and source documents, as specified in the Operations Manual. An initial endpoints report form will be completed and submitted to Merck, and supplemental documentation submitted once it becomes available. In addition, a Health Care Contact Report (HCCR) form will be filled out at the time of the event and 6 weeks later.

### 3. Safety Measurements

#### Physical Examination, Vital Signs, and Body Weight

A complete physical examination including vital signs (heart rate, blood pressure, oral temperature, and respiration rate) will be performed during the Prestudy Visit, the End-of-Study Visit, or if the patient discontinues. Blood pressure, pulse, and weight will be obtained at all visits. Any further physical examination will be performed at the discretion of the investigator.

Blood pressure will be performed in the same arm and by the same study coordinator for each patient throughout the study (if possible). A large cuff should be used for any obese patient.

Confidential - Subject To Protective Order                        MRK-AFV0130287

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    37

### G. SAFETY MEASUREMENTS (CONT.)

Subjects will be weighed in street clothing with jacket/coat and shoes removed at each visit. The scale will be zeroed weekly.

#### Laboratory Safety Studies—Serum Chemistry, CBC, Urinalysis, Serum and Urine β-HCG

A complete CBC and serum chemistry panel (see Appendix 1) will be obtained at Visits 1.0, 3.0, 6.0, 9.0, End-of-Study, and Discontinuation Visit. A urinalysis will be obtained at Visits 1.0, 3.0, End of Study and Discontinuation Visit. A Hct and Hgb will be obtained at all other visits (except Visit 2.0). Patients will fast for 8 hours prior to Visit 1.0 (Prestudy) and End-of-Study or Discontinuation. Appendix 3 lists the volumes of blood to be drawn at each visit. These laboratory specimens will all be processed by a central laboratory.

For premenopausal women only, a serum β-HCG will be obtained at the Prestudy Visit and a urine β-HCG will be obtained at all subsequent visits.

#### Electrocardiogram

A 12-lead electrocardiogram will be obtained at Visit 1.0.

#### Stool Hemoccult

Three stool Hemoccult cards will be distributed to each patient during the screening period with instructions to obtain 3 samples. The samples must be read prior to allocation at Visit 2.0. One or more positive cards will exclude the subject from participation in the study (Section I.E.2.).

Patients presenting for the screening or randomization visit with recent onset of abdominal discomfort or dyspepsia should not be randomized until the condition has stabilized or an etiology determined. Additionally, all stool hemoccult cards should be developed prior to randomization.

### H. STUDY DURATION AND SUBMISSION OF DATA

It is anticipated that the study will take an individual 1 to 2 years to complete; however, the precise duration of the study will be dictated by the need to observe at least 120 confirmed PUBs and a minimum of 40 confirmed complicated PUBs or, for the minimum duration of treatment to be 6 months from LPI, whichever comes last. It is anticipated that the study will be carried out over a 1.5-year period. There is also the possibility that the study will be stopped before some patients have completed 1 year on study drug.

/MK-0966/CP/RP2318.DOC * APPROVED                        08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                        MRK-AFV0130288

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1639**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    38

## I. DATA ANALYSIS

### 1. Responsibility For Analysis/In-House Blinding

The statistical analysis of the data obtained from this study will be the responsibility of the Clinical Biostatistics department of Merck Research Laboratories. This study will be conducted using in-house blinding procedures. For the purpose of the final analysis, the official clinical database will not be unblinded until medical/scientific review has been completed, protocol violators have been identified, and data has been declared clean.

### 2. Hypotheses

#### a. Primary Hypotheses

1) The risk of confirmed PUBs (gastroduodenal perforations, gastroduodenal ulcers or upper gastrointestinal bleeds) during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

The expected proportion of patients who experience one or more PUBs during the study is 2.25% in the group of patients taking daily doses of naproxen. The expected risk reduction for patients taking MK-0966 is on the order of 50%.

The rate of PUBs in this patient population is based on rates reported in a prior study [12]. In that study the yearly rate of PUBs (which would meet the definitions outlined in Appendix 4) was approximately 2.6 to 3.4% for patients on NSAIDs. Because the study was done in an elderly, chronically ill patient population we assume that the yearly risk in this study will be lower (2.25%). Based on epidemiological studies, the relative risk of NSAID-related PUBs appears to be greater in patients with rheumatoid arthritis compared to patients with osteoarthritis (5.49 versus 2.51 for rheumatoid arthritis versus osteoarthritis, respectively [13]). How much of this increased risk is related to the dose of NSAIDs or concomitant therapy such as steroids or other factors is unknown.

2) MK-0966 administered at a dose of 50 mg daily will be safe and well tolerated.

#### b. Secondary Hypothesis

1) The risk of confirmed plus unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

/MK-0966/CP/RP2318.DOC * APPROVED                                      08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                               MRK-AFV0130289

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                          39

## I.  DATA ANALYSIS (CONT.)

    2) The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg MK-0966 daily, compared to the groups of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

### c.  Criteria to Determine Success of Study

The trial will be considered a "success" if a significant ($p<0.050$) reduction in the risk of confirmed PUBs in the MK-0966 50-mg daily group compared to the naproxen 1000-mg daily group is found <u>and</u> if at least a trend ($p \le 0.20$) is found for the reduction in risk of confirmed complicated PUBs.

### 3.  Addressed Objectives

#### a.  Primary

The time-to-first-event data will be used to compare the relative risk of confirmed PUBs between the group of patients taking MK-0966, 50 mg daily, and the group of patients taking naproxen 1000 mg daily.

The numbers and proportions of patients who experience clinical or laboratory adverse experiences will be tabulated by type of adverse experience to assess the safety and tolerability of MK-0966 administered over the study period.

#### b.  Secondary

The time-to-first-event data will also be used to compare the relative risks of the secondary PUB endpoints and the discontinuation rates due to lack of efficacy. Patient and Investigator Global Assessments of Disease Status will be assessed as the average change from baseline over the treatment period.

### 4.  Variables

The primary endpoint in this study is the occurrence of confirmed PUBs (see Appendix 4 for definitions). Secondary safety endpoints include:

- Confirmed and unconfirmed PUBs (see Appendix 4 for definitions);

- Confirmed complicated PUBs (see Appendix 4 for definitions);

- Confirmed and unconfirmed complicated PUBs (see Appendix 4 for definitions).

Confidential – Subject To Protective Order                                          MRK-AFV0130290

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)      **1641**

**Product: MK-0966**
**Protocol/Amendment No.: 089-04**                                      40

## I.  DATA ANALYSIS (CONT.)

Other secondary endpoints include:

- Patient and Investigator Global Assessments of Disease Activity;

- Discontinuations due to lack of efficacy.

Exploratory endpoints including health care resource utilization for GI-related adverse experiences, any GI bleed, and the modified HAQ (U.S. only) will be described more fully in the Data Analysis Plan (DAP).

### 5.  Statistical Hypothesis and Power

#### a.  Sample Size, Estimation, and Power

The null statistical hypothesis is that there is no difference between the MK-0966 and the naproxen treatment groups in the hazard rate of the incidence of confirmed upper GI PUBs. The alternative hypothesis is that there is a difference in the hazard rates between the MK-0966 and the naproxen groups. This is a maximum event trial, i.e., the trial will continue until the prespecified total number of events are observed. Assuming a 50% reduction in the hazard rate due to MK-0966 as compared to the naproxen group, approximately 120 PUBs need to be observed to provide at least 95% power (two-sided test, $\alpha$=0.05) to detect between-group difference [14]. The required sample sizes for this study (Protocols 088 and 089) were calculated using the Lachin-Foulkes method [15] and are given in Table 8. This calculation assumed exponential distributions of time to PUBs and time to dropout, non-informative dropouts, and a uniform patient entry (according to a truncated exponential distribution) over a 6-month period with approximately 50% of total accrual at 3 months.

Table 8

Sample Size Per Treatment Group (in the Study) to Provide >95% Power With a
50% Hazard Reduction due to MK-0966

| PUB Prevalence in | Hazard Rate for Dropping Out | | |
|---|---|---|---|
| The Naproxen Group | 0.40 | 0.45 | 0.50 |
| 2.00% per year | 3,419 | 3,588 | 3,778 |
| 2.25% per year | 3,039 | 3,189 | 3,358 |
| 2.50% per year | 2,734 | 2,869 | 3,022 |

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130291

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1642**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              41

## I.  DATA ANALYSIS (CONT.)

An aggressive effort will be made to limit the dropout rate in this study. All patients who discontinued the study prematurely will be contacted at the study closeout to determine if PUBs occurred after dropout. PUBs occurring within 14 days after discontinuation of the study will be included in the primary analysis.

**b.  Planned Interim Analysis, Group Sequential Boundary, and Early Stopping Rule**

All patients will be followed until 120 patients in the study have experienced confirmed PUB events, 40 patients in the study have experienced confirmed complicated PUB events, or until the last randomized patient has completed 6 months of treatment, which comes last.

A total of two formal analyses (one interim and one final) will be performed for this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error probability of $\alpha=0.05$, will be employed.

Since the total information for this study is the total number of PUBs (not the total number of patients randomized), the analysis will be scheduled with respect to the information time in terms of the fraction of total PUB events. Hence, the two planned analyses will be scheduled at times $t=0.50$ (60 events) and $t=1.0$ (120 events), with the corresponding two-sided stopping boundaries of 2.753 ($\alpha_1=0.0059$), and 1.982 ($\alpha_2=0.0475$). These stopping boundaries are constructed based on the predetermined $\alpha$-spending function $\alpha(-4, t)$ of Hwang, Shih and DeCani ([16]), which closely approximates the O'Brian-Fleming-type of boundary ([17]). At the discretion of the DSMB, additional interim analyses may be scheduled after the results of the first interim analysis are known.

Because of the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, a closed testing procedure will be conducted as follows: if at the interim analysis the boundary corresponding to $p=.0059$ is crossed for the primary endpoint of confirmed PUBs, the secondary endpoint of confirmed complicated PUBs will be examined. If the p-value for this endpoint is <0.05 (which implies that the reduction due to MK-0966 is at least as great as that observed for the primary endpoint), the DSMB may recommend stopping the study.

/MK-0966/CP/RP2318.DOC * APPROVED                                              08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                              MRK-AFV0130292