# Exhibit 4
# Part 8

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    42

## I.  DATA ANALYSIS (CONT.)

### 6.  Statistical Methods

A detailed DAP will be prepared prior to unblinding of the study.

The primary analysis will be based on the All-Patients-Randomized (APR) population, i.e., all patients randomized will be included based on their randomized treatment assignment.

For all time-to-event endpoints (including PUBs and GI bleed), survival analytic methods will be used to evaluate the time to the first event during the entire study period. The analysis will be based on a Cox proportional hazards model to compare survival curves between treatment groups. Specifically, for the primary endpoint of confirmed PUBs, treatment group differences between the MK-0966 and the naproxen group will be assessed using the Cox proportional hazard model via SAS PROC PHREG with treatment as an explanatory factor and stratum of prior history of PUBs as a stratification factor. Study center will not be included in the primary model because the number of events expected to be observed is very small compared to the number of patients and the number of centers. The relative risk between the two treatment groups will be estimated and corresponding 95% confidence intervals will be computed. Sensitivity analyses will be performed to account for the potential influence of treatment-related dropouts. These analyses will be specified in the DAP.

Patient and Investigator Global Assessment of Disease Activity and the modified HAQ (U.S. only) will be analyzed as the average change from baseline over the treatment period using an ANOVA model with factors of treatment and stratum and with baseline value as a covariate. Discontinuations due to lack of efficacy will be assessed using Cox's proportional hazards model.

The incidence of adverse events will be assessed by Cox's proportional hazards model or comparison of proportions.

### 7.  Approaches to the Analysis

The following two approaches will be used for the analyses of PUB data:

#### All-Patients-Randomized

All patients randomized will be included based on their randomized treatment assignment. Evaluation of PUBs will include PUBs occurring within 14 days after study discontinuation. This will be considered the primary analysis and performed for all variables. To account for possible differential dropout rates, a number of sensitivity analyses will be performed. These analyses will be described in DAP.

Confidential – Subject To Protective Order                                    MRK-AFV0130293

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                      43

## I.  DATA ANALYSIS (CONT.)

### Per-Protocol

A per-protocol analysis will be performed as a secondary analysis for the primary
endpoint only. Subjects identified as substantive protocol violators will be
excluded. Substantive protocol violators will be defined based on a set of
prespecified criteria. These criteria will be identified prior to unblinding the
database and will be stated in the DAP.

### 8.  Subgroup Analyses

Prior history of a PUB, age, gender, race, and study region (U.S./Non-U.S.) will
be evaluated to determine whether or not the effect of MK-0966 compared to
naproxen is consistent in the subgroups. For each subgroup variable listed above,
a Cox regression model will be performed for the primary endpoint and will
include the treatment, subgroup, and treatment-by-subgroup interaction. It is
recognized that the power to detect an interaction will be limited.

### 9.  Multiplicity

There is only one primary endpoint and one primary treatment group comparison
defined, and the interim analysis will be conducted using sequential stopping
boundaries. Secondary analyses will be used to support and help interpret the
primary analyses, and thus no p-value adjustment for multiplicity will be applied.

### 10. Routine Safety Analyses

Safety and tolerability of the treatments will be assessed by a clinical review of all
relevant parameters. Between-treatment group comparisons of proportions of
subjects with specific clinical and laboratory adverse experiences and predefined
limits of change in laboratory variables and vital signs will be made using
appropriate time-to-event or categorical data analysis approaches. Summary
statistics and an evaluation of prestudy to poststudy changes will be performed for
selected continuous laboratory and/or vital sign variables; these will be defined in
the DAP.

### 11. Compliance

Compliance to treatment regimen will be assessed by the number of missed doses
at each clinic visit. Compliance throughout the study will be tabulated for each
treatment group.

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                    MRK-AFV0130294

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                    44

## II.  ADMINISTRATIVE AND REGULATORY SECTIONS

### A. LABELING, PACKAGING, STORAGE, AND RETURN OF CLINICAL SUPPLIES

Investigational clinical supplies must be received by a designated person at the study site, handled and stored safely and properly, and kept in a secured location to which only the investigator and designated assistants have access.  Clinical supplies are to be dispensed only in accordance with the protocol.  The investigator is responsible for keeping accurate records of the clinical supplies received from the SPONSOR, the amount dispensed to and returned by the patients, and the amount remaining at the conclusion of the study.  In accordance with Good Pharmacy Practices, gloves should always be worn by study personnel if directly handling tablets or capsules that are returned (i.e., when counting returns).  The Clinical Monitor should be contacted with any questions concerning investigational products where special or protective handling is indicated.  At the end of the study, all clinical supplies including partial and empty containers must be returned as indicated on the Contact Information page(s).  U.S. sites should follow instructions for the Clinical Supplies Return Form (R464) and contact your SPONSOR representative for review of shipment and form before shipping.  Sites outside of the United States should check with local country Merck personnel for appropriate documentation that needs to be completed for drug accountability.

Note:  The investigator or designated assistant should not open individual clinical supply containers and count tablets/capsules, etc., before dispensing to the patients.  Any deviation from this must be discussed with the Clinical Monitor.

The label that will be affixed to the container will contain the patient allocation number, package identification number, bottle letter, dosing instructions, and a space to indicate the visit number and patient initials.  The disclosure information will be provided in separate, sealed envelopes.  The envelopes are sent to the investigational site and must remain unopened except in case of an emergency.

Each patient will receive one medication kit at each clinic visit except Visit 3.0.  Each medication bottle will be filled with 135 tablets according to the outline in Table 9.  The bottles will be packaged in kits.  Each kit will contain a 4-month supply of medication; 1 bottle labeled "Bottle A" and 2 bottles labeled "Bottle B".  The patients will be instructed to only open 1 bottle labeled "Bottle B" and to hold the second Bottle B until the first bottle is empty.  The patients will be instructed to take 1 tablet from Bottle A and 1 tablet from Bottle B in the morning.  In the evening, the patient will take 1 tablet from Bottle B only.  The dosing instructions on the label for Bottle A will read "Take 1 tablet in the morning with liquid".  The dosing instructions on the label for Bottle B will read "Take 1 tablet in the morning and evening with liquid."

Confidential - Subject To Protective Order                                    MRK-AFV0130295

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    45

## A. LABELING, PACKAGING, STORAGE, AND RETURN OF CLINICAL SUPPLIES (CONT.)

Table 9

Contents by Treatment Group

| Treatment Group | Bottle A | Bottle B |
|---|---|---|
| MK-0966 50 mg<br>Naproxen 1000 mg | MK-0966 50 mg<br>MK-0966 placebo | Naproxen placebo<br>Naproxen 500 mg |

Table 10 outlines the approximate number of bottles that will be dispensed per visit.

Table 10

Number of Bottles Dispensed

| Visit Number | Bottle A | Bottle B |
|---|---|---|
| 1 | -- | -- |
| 2[†] | 1 | 2 |
| 3[†] | -- | -- |
| 4 | 1 | 2 |
| 5 | 1 | 2 |
| 6 | 1 | 2 |
| 7 | 1 | 2 |
| 8 | 1 | 2 |
| 9 | 1 | 2 |
| [†] Due to the 135-tablet fill per bottle, new medication bottles will not be dispensed at Visit 3; Visit 2 bottles will be redispensed at this visit. | | |

## B. BIOLOGICAL SPECIMENS

Ten-milliliter (10-mL) and 5-mL samples of blood will be obtained at Visits 2.0, 4.0, 6.0, 8.0, End-of-Study, and Discontinuation. Plasma should be separated from blood as soon as possible and shielded from direct light exposure until plasma separation. Serum and plasma samples should be stored at -20°C until shipment.

Confidential - Subject To Protective Order

MRK-AFV0130296

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                             46

## B. BIOLOGICAL SPECIMENS (CONT.)

Samples will be archived for possible future assay of *Helicobacter pylori* antibodies, MK-0966 concentration or markers of cartilage metabolism or inflammatory/immune mediators.

The laboratory that is analyzing any clinical samples should be blinded to the patient's treatment.

It is the responsibility of the primary investigator to ensure that all staff personnel who will be handling, packaging, and/or shipping clinical specimens act in conformance with International Air Transport Association (IATA) regulations relating to the handling and shipping of hazardous goods.

## C. CLINICAL AND LABORATORY DATA COLLECTION

### Method of Data Collection

Workbooklets/worksheets will be provided by the SPONSOR to record data in the clinic. Data on workbooklets worksheets may be handwritten. For all other protocol required information that is originally recorded elsewhere (e.g., X-ray, lab results, diary cards), either a copy will be sent to the SPONSOR directly, or hand transcribed onto worksheets (as directed by the study procedures). In this instance, the actual date of an examination (e.g., Xray, phlebotomy) should be reported on the worksheets; this may be different from that of the office or clinic visit. Whenever possible, all information requested on a worksheet should be completed. If information is not available, it should be documented as such (e.g., temporarily or permanently missing).

Periodically, a representative of the SPONSOR will review study documents (see Protocol Section II.D., Study Documentation and Records Retention) to verify compliance with the protocol. The SPONSOR representative will also review the accuracy of the data compared to source documents.

After preliminary review of these worksheets by the Investigator/study staff, the worksheets are entered into a laptop computer by SPONSOR personnel. Original worksheets will remain at the site as source/support documents.

During the SPONSOR data review and entry, corrections may be discussed with and documented by the site personnel.

Discrepancies or questions concerning the data will be sent to the Investigator. The discrepancy reports should be resolved by the Investigator/study staff, signed and dated, and a copy returned to the SPONSOR. The original discrepancy report must be retained in the subject/patient binder as a record of changes or acknowledgment of the receipt of queries on the data.

/MK-0966/CP/RP2318.DOC * APPROVED                                08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                       MRK-AFV0130297

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                                47

## C. CLINICAL AND LABORATORY DATA COLLECTION (CONT.)

At the end of the study when all data has been reviewed and all discrepancies have been addressed, final computer-generated case report forms (CRFs) will be printed by the SPONSOR and sent along with the signature page to the Investigator. The CRF will serve as the site's record of the final study data and will be retained at the site along with the source documents and workbooks. Any data corrections or changes applied to the CRFs must be signed, initialed and dated as per Good Clinical Practice (GCP) standards. The original signed and dated signature page and label page, along with copies of any annotated final CRF pages that had changes/corrections following Investigator's signature must be sent to the SPONSOR at the specified address on the SPONSOR Contact page of the Protocol. A photocopy of the signature page and label page is retained at the site. No other CRFs will be sent to the SPONSOR (unless specifically requested by the SPONSOR).

## D. STUDY DOCUMENTATION AND RECORDS RETENTION

Study documentation includes all case report forms, data correction forms, workbooks, source documents, monitoring logs and appointment schedules, SPONSOR-investigator correspondence and regulatory documents (e.g., signed protocol and amendments, Ethics or Institutional Review Committee correspondence and approval, approved and signed patient consent forms, Statement of Investigator form, and clinical supplies receipts and distribution records).

Source documents include all recordings of observations or notations of clinical activities and all reports and records necessary for the evaluation and reconstruction of the clinical research study. Accordingly, source documents include, but are not limited to, laboratory reports, ECG tracings, X rays, radiologist reports, patient diaries, biopsy reports, ultrasound photographs, patient progress notes, hospital charts or pharmacy records and any other similar reports or records of any procedure performed in accordance with the protocol.

Source documents may also include SPONSOR workbooks, CRFs, or electronic devices when information is recorded directly onto such forms or devices. The investigator should identify to the SPONSOR which data will be directly recorded onto workbooks, CRFs, or electronic devices. A form will be supplied by the SPONSOR for this identification. This source document identification form should be maintained in the site's Regulatory Binder. In the event that the workbook or CRF is used as a source document the workbook/CRF must be signed and dated be the individual making the entry. The signature and date are also required if the entry is made by an individual not identified as a primary investigator or secondary/subinvestigator in the protocol (e.g., ophthalmologist) or not under the direct supervision of the primary investigator.

/MK-0966/CP/RP2318.DOC * APPROVED                                                      08-Sep-1999
Non-U.S. (Non-U.S. IND)

Product: MK-0966
Protocol/Amendment No.: 089-04                                    48

## D. STUDY DOCUMENTATION AND RECORDS RETENTION (CONT.)

Whenever possible, the original recording of an observation should be retained as the source document; however, a photocopy is acceptable provided that it is a clear, legible, and exact duplication of the original document.

Government agency regulations and directives require that all study documentation pertaining to the conduct of a clinical trial must be retained by the investigator. They shall be retained until at least 2 years after the last approval of a marketing application in an International Conference on Harmonisation (ICH) region. The SPONSOR will notify the investigator in writing when retention is no longer necessary.

### 1. Steering Committee

#### Responsibility

Steering Committee consists of specialists in the field of epidemiology, rheumatology, gastroenterology, internal medicine, and biostatistics. The Steering Committee provides the overall scientific and operational direction for the trial through consideration of recommendations from its working committees. The Steering Committee is responsible for the conduct of the trial according to the highest scientific and ethical standards, as well as approving revisions and amendments to the protocol. In addition, the Steering Committee will receive and decide on any recommendations made by the Data and Safety Monitoring Board (DSMB) regarding early stopping of the study. The Steering Committee will remain blinded to results during the course of the study. However, during the course of the study, the DSMB may elect to unblind some members of the Steering Committee to certain aspects of the data (see Section II.D.3. Advisory Committee). The Steering Committee must approve all scientific reports concerning the main findings of the trial. The Steering Committee will meet at least once per year or more frequently if this is in the interest of the study. Subcommittees of the Steering Committee will include: Executive, Publications, and Advisory.

### 2. Executive Committee

#### Responsibility

The executive committee decides on practical issues during the conduct of the trial and reports and advises the Steering Committee. Any action by the Executive Committee that deviates from the basic protocol of the trial needs approval by the Steering Committee. The Executive Committee will have regular meetings at intervals of at least once per quarter. The committee schedules periodic and ad hoc meetings of the Steering Committee.

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130299

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1650**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                          49

## D. STUDY DOCUMENTATION AND RECORDS RETENTION (CONT.)

Membership of the executive committee is composed of the Steering Committee Chairman and Co-Chairman, 2 to 3 clinical center principal investigators, and a MRL Clinical Monitor and Statistician.

### 3. Advisory Committee

This committee meets with the DSMB to discuss any recommendation for the discontinuation of the study or modification of the protocol, and reports these recommendations to the Steering Committee. The advisory committee therefore avoids having the entire Steering Committee unblinded when the DSMB needs to present unblinded information to justify their recommendation.

### 4. Endpoint Classification Committee

#### Responsibility

The Endpoint Classification Committee will be responsible for the definition of PUBs during the study period as described in the protocol. Medical records, endoscopy, and radiographic reports will be evaluated by experts on the Endpoint Classification Committee. The committee will prepare reports on each possible event without information on drug allocation that might identify the participant's study treatment.

### 5. Data and Safety Monitoring Board

The Data and Safety Monitoring Board (DSMB) assesses the effects of study treatment during the trial and may give advise to the Steering Committee. With the exception of a nonvoting Merck statistician, the members of the committee are independent of Merck Research Laboratories and clinical investigators participating in this trial, and will not have any other involvement in the study, nor will they have any relation to study participants. The board monitors the trial for evidence of beneficial or adverse effects of the study treatments using the guidelines proposed by the protocol. The board may recommend any steps to ensure the safety and integrity of the trial. Furthermore, it may recommend that the trial be terminated or that specific high-risk patient groups be withdrawn from the study, if any subgroup manifests serious or widespread side effects. To guarantee the unrestricted performance of its task, the board receives the individual study morbidity and mortality data from a designated MRL statistician. The DSMB has the ability to unblind the data if there appears to be clinically significant differences.

Confidential - Subject To Protective Order                 MRK-AFV0130300

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)   **1651**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              50

## D. STUDY DOCUMENTATION AND RECORDS RETENTION (CONT.)

Reports of all serious adverse experiences in this study from the MRL Worldwide Adverse Experience database and the clinical database will be presented to the committee.

The interim monitoring guidelines that the DSMB will follow will be described in the Data Analysis Plan, which will be completed before the first interim analysis. The DSMB minutes will summarize the actions and deliberations of the DSMB and will be made available to Merck and the Steering Committee at the conclusion of the trial.

## E. INFORMED CONSENT

The investigator must obtain documented consent from each potential patient in biomedical research or when an investigational drug is administered to patients in a clinical study. If a Patient Package Insert (PPI) exists for any product being used in the study within the indication and dosage of the prescribing information, the consent form will reference the PPI and the investigator shall provide a copy of it to the patient for his/her review before the patient signs the Informed Consent Form. If the study is outside of the indication or dosage, the consent form shall include all relevant information from the PPI but the patient will not be given a copy of the PPI.

Consent must be documented by the patient's dated signature on a Consent Form along with the dated signature of the person conducting the consent discussion. If local law does not allow written consent, then oral consent, attested to by the dated signature of an impartial witness (someone not involved with the conduct of the study), is the required alternative.

If the patient is illiterate, an impartial witness should be present during the entire informed consent reading and discussion. Afterward, the patient should sign and date the informed consent, if capable. The impartial witness should also sign and date the informed consent along with the individual who read and discussed the informed consent (i.e., study staff personnel).

If the patient is legally incompetent (i.e., a minor or mentally incapacitated), the written consent of a parent, legal guardian or legal representative must be obtained. Depending on local law or review committee requirements such consent may also need to be signed by an impartial witness.

A copy of the signed and dated consent form (along with the PPI if appropriate) should be given to the patient before participation in the trial.

/MK-0966/CP/RP2318.DOC * APPROVED                                    08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130301

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        51

## E. INFORMED CONSENT (CONT.)

The initial informed consent form and any subsequent revised written informed consent form, and written information must receive the IRB/IEC's approval/favorable opinion in advance of use. The patient or his/her legally acceptable representative should be informed in a timely manner if new information becomes available that may be relevant to the patient's willingness to continue participation in the trial. The communication of this information should be documented.

A copy of the World Medical Association Declaration of Helsinki and a sample consent form are attached to this protocol.

## F. INSTITUTIONAL REVIEW BOARD (IRB)/INDEPENDENT ETHICS COMMITTEE (IEC)

The investigator is responsible for obtaining Review Board approval of the protocol, as well as approval of all subsequent major changes, in compliance with local law. Copies of these approvals must be forwarded to the SPONSOR. Particular attention is drawn to the International Conference on Harmonisation (ICH) Guidelines for Good Clinical Practices for Institutional Review Board/Independent Ethics Committees, and a copy of the guidelines is attached to this protocol.

The investigator shall also obtain from the IEC and submit to the SPONSOR, a signed statement indicating that it complies with Good Clinical Practices. A sample IEC Compliance letter is attached to this protocol.

## G. CONFIDENTIALITY

### 1. Confidentiality of Data

By signing this protocol, the investigator affirms to the SPONSOR that information furnished to the investigator by the SPONSOR will be maintained in confidence and such information will be divulged to the Institutional Review Board, Ethical Review Committee, or similar or expert committee; affiliated institution; and employees only under an appropriate understanding of confidentiality with such board or committee, affiliated institution and employees. Data generated by this study will be considered confidential by the investigator, except to the extent that it is included in a publication as provided in Protocol Section II.K., Publications.

### 2. Confidentiality of Patient Records

By signing this protocol, the investigator agrees that the SPONSOR (or SPONSOR representative), Institutional Review Board/Independent Ethics Committee (IRB/IEC) or Regulatory Agency representatives may consult and/or

/MK-0966/CP/RP2318.DOC * APPROVED
Non-U.S. (Non-U.S. IND)                                        08-Sep-1999

Confidential - Subject To Protective Order

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                                          52

## G. CONFIDENTIALITY (CONT.)

copy study documents (see Protocol Section II.D., Study Documentation and Records Retention) in order to verify case report form data. By signing the consent form, the patient agrees to this process. If study documents will be photocopied during the process of verifying case report form information, the patient will be identified by unique code only; full names/initials will be masked.

### 3. Confidentiality of Investigator Information

By signing this protocol, the investigator recognizes that certain personal identifying information (e.g., name, hospital or clinic address, curriculum vitae) may be made part of a regulatory submission and may be transmitted (either in hardcopy or electronically) to all Merck subsidiaries/agents worldwide for internal study management purposes or as required by individual regulatory agencies. Additionally, the investigator's name, hospital/clinic address/phone number may be included when reporting certain serious adverse events to regulatory agencies or to other investigators.

## H. COMPLIANCE WITH LAW, AUDIT, AND DEBARMENT

By signing this protocol, the investigator agrees to conduct the study in an efficient and diligent manner and in conformance with this protocol; generally accepted standards of Good Clinical Practice; and all applicable federal, state, and local laws, rules and regulations relating to the conduct of the clinical study.

The investigator also agrees to allow monitoring, audits, Institutional Review Board/Independent Ethics Committee review and regulatory agency inspection of trial-related documents and procedures and provide for direct access to all study-related source data and documents.

The investigator agrees not to seek reimbursement from patients, their insurance providers, or from government programs for procedures included as part of the study reimbursed to the investigator by the SPONSOR.

The investigator shall prepare and maintain complete and accurate study documentation in compliance with Good Clinical Practice standards and applicable federal, state, and local laws, rules and regulations; and, for each patient participating in the study, provide all data, and upon completion or termination of the clinical study submit any other reports to the SPONSOR as required by this protocol or as otherwise required pursuant to any agreement with the SPONSOR.

Study documentation (see Protocol Section II.D., Study Documentation and Records Retention) will be promptly and fully disclosed to the SPONSOR by the investigator upon request and also shall be made available at the investigator's site upon request

Confidential - Subject To Protective Order

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              53

## H. COMPLIANCE WITH LAW, AUDIT, AND DEBARMENT (CONT.)

for inspection, copying, review and audit at reasonable times by representatives of the SPONSOR or any regulatory agencies. The investigator agrees to promptly take any reasonable steps that are requested by the SPONSOR as a result of an audit to cure deficiencies in the study documentation and case report forms.

Persons debarred from conducting or working on clinical studies by any court or regulatory agency will not be allowed to conduct or work on this SPONSOR's studies. The investigator will immediately disclose in writing to the SPONSOR if any person who is involved in conducting the study is debarred, or if any proceeding for debarment is pending or, to the best of the investigator's knowledge, threatened.

In the event the SPONSOR prematurely terminates a particular trial site, the SPONSOR will promptly notify that site's IRB/IEC.

## I. COMPLIANCE WITH FINANCIAL DISCLOSURE REQUIREMENTS

By signing this protocol, the investigator agrees to provide to the SPONSOR accurate financial information to allow the SPONSOR to submit complete and accurate certification and disclosure statements as required by U.S. Food and Drug Administration regulations (21 CFR Part 54). This requirement also extends to subinvestigators.

## J. QUALITY CONTROL AND QUALITY ASSURANCE

By signing this protocol, the SPONSOR agrees to be responsible for implementing and maintaining quality control and quality assurance systems with written SOPs to ensure that trials are conducted and data are generated, documented, and reported in compliance with the protocol, accepted standards of Good Clinical Practice, and all applicable federal, state, and local laws, rules and regulations relating to the conduct of the clinical study.

## K. PUBLICATIONS

As this study is part of a multicenter trial, publications derived from this study should include input from the principal investigator, his or her colleagues, the other investigators in this trial, and SPONSOR personnel. Such input should be reflected in publication authorship, and whenever possible, preliminary agreement regarding the strategy for order of authors' names should be established before conducting the study. Subsequent to the multicenter publication, or 24 months after completion of the study, whichever comes first, an investigator and/or his/her colleagues may publish the results for their study site independently.

Confidential - Subject To Protective Order                                              MRK-AEV0130304

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1655**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              54

## K. PUBLICATIONS (CONT.)

The SPONSOR must have the opportunity to review all proposed abstracts, manuscripts, or presentations regarding this study 60 days prior to submission for publication/presentation.    Any information identified by the SPONSOR as confidential must be deleted prior to submission, it being understood that the results of this study are not to be considered confidential.    SPONSOR review can be expedited to meet publication guidelines.

Confidential – Subject To Protective Order                               MRK-AFV0130305

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)        **1656**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                        55

## III. SIGNATURES

### A. SPONSOR'S REPRESENTATIVE

| TYPED NAME | SIGNATURE | DATE |
|---|---|---|
| | | |

### B. INVESTIGATOR(S)

I agree to conduct this clinical study in accordance with the design and specific provisions of this protocol; deviations from the protocol are acceptable only with a mutually agreed upon protocol amendment. I also agree to report all information or data in accordance with the protocol and, in particular, I agree to report any serious adverse experiences as defined in Section I.G. of this protocol. I also agree to handle all clinical supplies provided by the SPONSOR and collect and handle all clinical specimens in accordance with the protocol.

| TYPED NAME(S) | SIGNATURE | DATE |
|---|---|---|
| Primary Investigator(s) | | |
| Secondary/Subinvestigator(s) | | |
| Secondary/Subinvestigator(s) | | |
| Secondary/Subinvestigator(s) | | |
| Secondary/Subinvestigator(s) | | |

Confidential - Subject To Protective Order        MRK-AFV0130306

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1657**

Product: MK-0966
Protocol/Amendment No.: 089-04                                              56

## LIST OF REFERENCES

1.  Brooks P. NSAIDs in Rheumatology. ed. JH Klippel, Paul Dieppe. 1998.

2.  FDC reports. November 29, 1987:8-9.

3.  Lee SH, Soyoola E, Chanmugam P, et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992;267:25934-8.

4.  Lyons-Giordano BL, Pratta MA, Galbraith W, Davis GL, Arner EC. Interleukin-1 differentially modulates chondrocyte expression of cyclooxygenase-2 and phospholipase $A_2$. Exp Cell Res 1993;206:58-62.

5.  Masferrer JL, Zweifel BS, Manning PT, et al. Selective inhibition of inducible cyclooxygenase-2 in vivo is anti-inflammatory and nonulcerogenic. Proc Natl Acad Sci U.S.A. 1994;91:3228-32.

6.  Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other nonsteroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-4.

7.  Mitchel JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci U.S.A. 1994;90:11693-7.

8.  Pritchard KA, O'Banion MK, Miano JM, et al. Induction of cyclooxygenase-2 in rat vascular smooth muscle cells in vitro and in vivo. J Biol Chem 1994;269:8504-9.

9.  Yamagata K, Andreasson KI, Kaufman WE, Barnes CA, Worley PF. Expression of a mitogen-inducible cyclooxygenase in brain neurons: regulation by synaptic activity and glucocorticoids. Neuron 1993;11:371-86.

10. Crofford LJ, Wilder RL, Ristimaki AP, et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. J Clin Invest 1994;93:1095-101.

11. Hirschowitz BI. Nonsteroidal anti-inflammatory drugs and the gastrointestinal tract. Gastroenterology 1994;2:207-23.

12. Silverman FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Annals of Internal Medicine 1995;123:241-9.

Confidential - Subject To Protective Order                    MRK-AFV0130307

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)   **1658**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        57

## LIST OF REFERENCES (CONT.)

13.   Singh G, Ramey DR.   NSAID induced gastrointestinal complications:   The
      ARAMIS Perspective—1997.  The Journal of Rheumatology.  1998;25Suppl 51:8-
      16.

14.  Collett D.  Modeling survival data in medical research. Chapman & Hall 1994; 254-60.

15. Lachin JM, Foulkes, MA.   Evaluation of sample size and power for analyses of
     survival  with  allowance  for  nonuniform  patient  entry,  losses  to  follow-up,
     noncompliance and stratification.  Biometrics 1986;42:507-19.

16. Hwang IK, Shih WJ, DeCani JS.  Group sequential designs using a family of type I
     error probability spending functions.  Stat Med 1990;9:1439-45.

17. O'Brien PC, Fleming TR.  A multiple testing procedure for clinical trials.  Biometrics
     1979; 35:549-56.

Confidential - Subject To Protective Order                               MRK-AFV0130308

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                    **1659**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                    *58*

# APPENDICES

1. Laboratory Safety Analyses

2. Algorithm for Assessing Out-of-Range Laboratory Values

3. Total Blood Drawn

4. Endpoint Definitions and Adjudication Procedures

5. Naproxen Product Circular

6. Instructions to Investigator Sites for Documentation of Serious Vascular Adverse
   Events in Clinical Trials of Cox-2-Specific Inhibitors

Confidential - Subject To Protective Order                                    MRK-AFV0130309

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                        59

APPENDIX 1

Laboratory Safety Analyses

**Hematology**

Hemoglobin
Hematocrit
WBC (total and differential)
Platelet count

**Complete Blood Chemistry**

Sodium
Potassium
Calcium
Total protein
Albumin
SGOT (AST)
SGPT (ALT)
Alkaline phosphatase[‡]
Total bilirubin[†]
Blood urea nitrogen (BUN)
Creatinine
Glucose
Uric acid

**Urinalysis**

Protein, sugar, pH, RBCs, WBCs (CHEMSTRIP 9™ [Boehringer-Mannheim] or equivalent)
and at Visit 1.0.

Microscopy and other appropriate studies (protein/creatinine ratio) will be performed if
the CHEMSTRIP 9™ (or equivalent) indicates the presence of any significant
abnormality such as 1 to 3+ proteinuria.

**Other**

Stool Hemoccult (prestudy only)

---

[†]   Bilirubin will be fractionated (direct/indirect) if elevated.
[‡]   GGTP will be performed if alkaline phosphatase is elevated.

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                          MRK-AFV0130310

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1661**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                              60

## APPENDIX 2

Algorithm for Assessing Out-of-Range Laboratory Values

For all laboratory values obtained at prestudy evaluation:

A.  If all values are normal, the subject may enter the study.

B.  If ≥1 value is outside the normal range, the following choices are available:

    1.  The subject may be excluded from study;

    2.  The abnormal test may be repeated.

    3.  The value may be considered to be of not clinical significance and the patient may be entered into the study without repeating the test.

C.  If the repeat test value is within the normal range, the subject may enter the study.

D.  If the repeat test value is still abnormal, the investigator will evaluate the potential subject with a complete history and physical examination, looking especially for diseases that could result in an abnormality in the laboratory value in question.  If such diseases can be excluded, and if the investigator feels that the abnormal laboratory value is not clinically relevant, then the subject may enter the study.  The Merck clinical monitor will be included in the decision of whether or not to enroll the subject in the study.

E.  If there is any clinical uncertainty regarding the significance of an abnormal value, the subject will be excluded from study.

F.  Because patients with rheumatoid arthritis often have an anemia of chronic disease, low hemoglobin are not unexpected in this patient population.  Patients with a history of anemia of chronic disease may enter the study, however, patients without a documented history or with a hemoglobin less than or equal to 10 g/dL should have a repeat test to ascertain that the baseline is stable, prior to randomization.

/MK-0966/CP/RP2318.DOC * APPROVED                              08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential - Subject To Protective Order                                              MRK-AFV0130311

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1662**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                                          61

## APPENDIX 3

### Total Blood Drawn

| | Screening | Treatment Periods | End-of-Study or Discontinuation | Total Samples | mL Blood Per Test | Total Blood |
|---|---|---|---|---|---|---|
| CBC | 1 | 3 | 1 | 5 | 5 | 25 |
| Hemoglobin, hematocrit | | 4 | 0 | 4 | 3 | 12 |
| Serum chemistry | 1 | 3 | 1 | 5 | 10 | 50 |
| Serum for archive | 0 | 4 | 1 | 5 | 5 | 25 |
| Plasma for archive | 0 | 4 | 1 | 5 | 5 | 25 |
| | | | | | Grand Total: | 137 mL |

/MK-0966/CP/RP2318.DOC * APPROVED
Non-U.S. (Non-U.S. IND)                                          08-Sep-1999

Confidential - Subject To Protective Order                          MRK-AFV0130312

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1663**

**Product:** MK-0966
**Protocol/Amendment No.:** 089-04                          62

APPENDIX 4

Endpoint Definitions and Adjudication Procedures

/MK-0966/CP/RP2318.DOC * APPROVED                          08-Sep-1999
Non-U.S. (Non-U.S. IND)

Confidential – Subject To Protective Order                          MRK-AFV0130313