# Exhibit 4
# Part 10

C-2SI VASCULAR EVENTS MONITORING AND ADJUDICATION SOP                    30-Aug-1999

case is reached by majority vote during a meeting or teleconference in cases where the preliminary adjudications are not unanimous. The Coordinating Center enters the preliminary and final adjudications in a secure database, and maintains backup files and paper records in secure locations. The Coordinating Center constructs files for analysis and supplies them to BARDS as needed.

### B. *Vascular Serious Adverse Event Surveillance*

Surveillance for serious vascular clinical events is performed by continuous active review of the WAES database for all serious cardiovascular AE reports of events occurring on therapy or within 14 days of discontinuation from eligible trials. This review is performed by personnel within Worldwide Product Safety and Epidemiology. Completed WAES reports of eligible events using selected CRISP preferred terms (**Appendix B**) are forwarded to the VEC Liaison on a weekly basis. The selected items were chosen in consultation with Clinical Neurosciences and Cardiovascular Clinical Research by review of cardiovascular conditions in the medical condition dictionary. The goal in selecting items was to define the broadest set of relevant terms in order to identify all potential vascular events of interest. Effective October 3, 1999, in consultation with Cardiovascular Clinical Sciences, a revised list of eligible events is in effect (Appendix B). On a periodic basis, new terms for serious adverse events will be reviewed and relevant new terms will be added the to the list of eligible events.

WAES reports are printed by an Epidemiology staff member who has no responsibility to the VEC or for adjudication procedures. This person masks patient identifiers and information pertaining to unblinding of therapy prior to forwarding the report to the VEC Liaison or VEC Coordinator. The VEC Liaison confirms with the Clinical Monitor responsible for the trial that the event is eligible for adjudication. The event is logged into the vascular event database and a sequential case number is assigned.

### C. *Vascular Event Monitoring*

The suggested flow of documentation requests and information varies depending on whether the trial is sponsored by MRL, CDP or CDSP, and whether the trial is U.S. based or non-U.S. based (**Appendix C**).

The Clinical Monitor (or designee) reviews the event with the investigator or brings it to the attention of the appropriate field personnel who discusses the clinical evaluation and documentation of the event with the investigator. The Monitor may request that additional clinical evaluation be considered. He/she also requests that standard source data/documentation (documentation) be sought. The appropriate Case Report Form (scheduled and unscheduled) worksheets, and the documentation required to adjudicate the event is assembled (**Appendix D**). Standard instructions are supplied to sites and clinical teams for these procedures. Once the appropriate or available documentation has been collected, the investigator sends the package to the Clinical Monitor (U.S. sites) or Local Medical Director (non-U.S. sites). The Local Medical Director has the critical documents translated if necessary, and reviews them for completeness and consistency, and forwards them to the Clinical Monitor. The responsible Clinical Monitor reviews the documentation for consistency and completeness.

**Information not previously reported in the SAE is summarized and reported via a follow-up WAES form. Standard procedures per MAPP 13 are to be followed for submitting information to WPS&E.**

Confidential Property of Merck & Co., Inc.                    5
E:\PROGRA~1\8~p\h\b\s\OASOPPN~1.DOC

Confidential - Subject To Protective Order                    MRK-AFV0130335

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)                    **1686**

C-2S1 VASCULAR EVENTS MONITORING AND ADJUDICATION SOP                    30-Aug-1999

**D.    Submission of Data to the MRL Coordinating Center**

Following receipt and review of the event documentation, the Monitor completes and signs a
Vascular Event Data Inventory sheet (**Appendix E**), and sends it with the documentation to the
Coordinating Center.

**E.    Data Required for Clinical Event Evaluation**

All available relevant data and documentation of an event received by the Coordinating Center
will be made available to the adjudicators.  This will include, but not be limited to: standard CRF
worksheets for past medical history; concurrent medications; Serious Adverse Experience report
(without administrative information); and source data/documentation (e.g. 12-lead ECG tracings,
laboratory test results); clinical summaries (hospital admission histories and physical
examinations, discharge summaries); reports of diagnostic tests (cardiac catheterizations,
echocardiograms, stress tests, nuclear imaging, ECG monitoring, arteriograms, CT/MRI scans);
diagnostic, consultative, and therapeutic reports; operative notes, progress notes; and any other
pertinent source data/documentation supportive of the event (**Appendix D**).

**F.    Receipt of Data / Documentation by the MRL VEC Coordinating Center**

Prior to review, a copy of the original is made.  An Epidemiology staff member unassociated
with the adjudication process masks information which might reveal treatment information. The
Vascular Event Data Inventory sheet and documentation are reviewed and inventoried by the
VEC Coordinator, who also verifies that the documentation for each case appears to be complete.
The VEC Coordinator masks all patient and trial identifiers.  The original of the VEDP is
maintained in a secured location.  Subsequent copies of the VEDP are made from the masked
copy.

**G.    Logging the Vascular Event Data**

The VEC Coordinator logs the VEDP into the Vascular Event database (VE Database) which
contains detailed information concerning the contents (types of documents and number of pages)
of the package and the dates of all major steps in its processing.

**H.    The Vascular Event Database**

The Vascular Event Database (VE database) is maintained as a secure ACCESS database, and
current paper copies of its contents are maintained as back-up.  Database entries are identified
and linked by the VEC Case Number.  Other identifiers are also entered for purposes of cross-
referencing documents.  Access to the database is restricted to key Coordinating Center
personnel.  The database is one of the data sources for analyses.

**I.    MRL Coordinating Center Assembly and Review of the Vascular Event Data
       Package**

The date that the Coordinating Center review of the VEDP begins is entered in the VE database.
The documentation is assembled in a logical order as a Vascular Event Data Package (VEDP).
The VEDP contains the following:

- Vascular Event Adjudication Package Cover (**Appendix F**) identifying the reported event
  (verbatim and broader terms), date of onset and documentation included in the package.

Confidential Property of Merck & Co., Inc.                    6
E\PROGRA~1\aph\MMGO\7H4-1.DOC

C-2S1 VASCULAR EVENTS MONITORING AND ADJUDICATION SOP                          30-Aug-1999

- The appropriate Vascular Event Adjudication Worksheet (**Appendix G**):
    - Cardiac Death/Vascular Event
    - Cerebrovascular Death/Vascular Event
    - Peripheral Vascular Death/Vascular Event

- Worldwide Serious Adverse Experience Report (excluding administrative and reporter information)

- Supportive CRF worksheets

- Supportive source documentation in a standard order

Each masked copy of the VEDP is reviewed by the VEC Coordinator and Liaison for completeness and logical flow, and to ensure that the minimal documentation requirements for adjudication of the event are met. If the VEDP is, in the opinion of both reviewers, as complete as possible, it is prepared for distribution to the VEC. If one or both reviewers find that the VEDP is not complete, a request for additional information will be sent to the Clinical Monitor.

In those cases where information is retrieved and clarified, the information is forwarded to the Coordinating Center. New information is inventoried and entered in the VEDP database. All new information is numbered with the Case No. and inserted into the existent VEC file. The updated case is reviewed again by the VEC Liaison. In those cases where the requested information is unavailable, the Clinical Monitor states this in writing and this information is logged and conveyed to the VEC Liaison. This information is also numbered and inserted into the existent VEC file.

### J.       *Shipment of the Vascular Event Data Packages*

The following procedures are followed for distribution of the VEDP for preliminary adjudication:

1. Copies of the numbered, inventoried, reviewed (in-house), masked photocopy of the VEDP are made.

2. A standard Adjudication Package Cover Sheet (**Appendix F**) and the appropriate Adjudication worksheet (**Appendix G**) is attached to the front of each VEDP.

3. The contents of the VEDP are indicated on the cover sheet.

4. On a periodic basis, determined by study unblinding dates, but at least quarterly, all completed VEDPs are shipped by overnight courier, to the appropriate VEC subspecialty committee members. A pre-addressed return envelope for overnight courier delivery is included for the return of completed adjudication worksheets.

5. A Fax notification of shipment is sent to each of the VEC subspecialty committee members to alert them of the shipment.

6. Each package of VEDPs includes a confirmation of shipment receipt with the timeline for review and preliminary adjudication. The VEC member or assistant is to sign and fax this receipt to the Coordinating Center to confirm receipt of the VEDPs and acknowledgment of adjudication dates. If a receipt is not received within 2 business days, the VEC member is

Confidential Property of Merck & Co., Inc.                                                    7
E:\PROGRA~1\Ray\PN\NA\N6OFFIN~1.DOC

Confidential - Subject To Protective Order                                          MRK-AFV0130337

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1688**

C-2SI VASCULAR EVENTS MONITORING AND ADJUDICATION SOP          30-Aug-1999

telephoned to verify receipt and to remind the VEC member of the timeline for review and preliminary adjudication.

7.   Shipping dates are tracked in the VE database.

**K.   *Classification of Events and Adjudication Criteria***

Events of interest for analysis are classified (and adjudicated by the designated subspecialty committee) according to the schema below.  Guidelines for adjudication are defined in **Appendices H** (Cardiology Subcommittee events), **I** (Peripheral Vascular Subcommittee events) and **J** (Neurology Subcommittee events).

**A. Coronary - *Cardiology***
   1.   Acute MI (fatal or non-fatal)
        a.   Spontaneous
        b.   Secondary to an antecedent stressor (major surgery, GI bleed)
        c.   Complication of PTCA or coronary revascularization procedure
   2.   Unstable angina pectoris
   3.   Cardiac (atrial or ventricular thrombus)
   4.   Resuscitated cardiac arrest (without identified cause listed elsewhere)
   5.   Sudden or unexplained death

**B. Peripheral** (other than cardiac or cerebrovascular) **vascular** – *Peripheral Vascular*
   1.   Pulmonary embolism (fatal or non-fatal)
        a.   Spontaneous
        b.   Secondary to an antecedent stressor
   2.   Peripheral venous thrombosis
        a.   Spontaneous
        b.   Secondary to an antecedent stressor
   3.   Peripheral arterial thrombosis/thromboembolism (fatal or non-fatal)

**C. Cerebrovascular** – *Neurology*
   1.   Ischemic cerebrovascular stroke (fatal or non-fatal) with adequate documentation to subclassify as follows:
        a.   Large-artery atherosclerosis
        b.   Cardioembolism
        c.   Small-artery occlusion (lacune)
        d.   Other determined etiology
   2.   Ischemic cerebrovascular stroke (fatal or non-fatal) without adequate documentation to subclassify etiology
   3.   Hemorrhagic cerebrovascular stroke or hemorrhagic change (fatal or non-fatal)
   4.   Transient ischemic attack
   5.   Cerebrovascular venous thrombosis (fatal or non-fatal)

**D. Non-Thromboembolic event**

Confidential Property of Merck & Co., Inc.
E:\PROGRA~ I\Kopi\N\RNV\HSOFFIN~1.DOC                                          8

C-2S1 VASCULAR EVENTS MONITORING AND ADJUDICATION SOP    30-Aug-1999

The VEC Liaison will determine the categorization of an event for purposes of sending it to the appropriate subspecialty committee for adjudication. The Clinical Monitor approves the determination. In cases where the appropriate subspecialty categorization is unclear, an ad hoc subcommittee consisting of members of two or more subspecialties may be asked to adjudicate the case.

### L. *Definition of Vascular Event Date*

For all events, the vascular event date is defined as the onset date as recorded on the WAES report. For deaths, the date of death is also recorded.

### M. *Multiple events in one patient*

In the case of multiple events reported in one patient, the VEC Liaison determines if the events comprise a single clinical event or represent separate clinical events. The Clinical Monitor approves the determination. If the events are determined to be multiple separate clinical events, each event will be assigned a unique case number, and a separate VEDP will be sent to the appropriate subspecialty committee for each event. If the events are determined to represent a single clinical event, the date of onset will be recorded as the onset date of the initial event as recorded on the WAES report. If an adjudicator disagrees with the original determination of an event as representing a single or multiple clinical event this is noted in the comments section of the adjudication worksheet. If necessary an ad hoc committee may be formed to review the events.

### N. *Preliminary Vascular Event Adjudication*

Each VEC subspecialty member reviews each VEDP independently. Each event is reviewed against the prespecified Adjudication Guidelines for the specific type of event (**Appendices H, I, J**). The adjudicator will determine whether an event meets the criteria based on the supportive documentation and good clinical judgment. If the event does not fulfill all of the criteria but the clinical picture is strongly suggestive of an event of interest the adjudicators may use good clinical judgment to classify the event as meeting the criteria. The adjudicator will justify his/her decision on the Adjudication Worksheet.

If the reviewer has no questions, he/she completes the Adjudication Worksheet and returns it to the Coordinating Center in the pre-addressed overnight courier envelope. The date the VEC receives the completed, signed Adjudication Worksheet is entered in the Vascular Event database.

If the reviewer has questions or requires additional information, he/she may indicate the additional information that is required in the Comments section of the Adjudication worksheet. The VEC Coordinator attempts to answer the questions or supply additional information, with the help of the Clinical Monitor, as needed. If relevant additional information is identified, the VEC Members are notified and the additional information is sent to each member for addition to the VEDP. The dates of these occurrences are entered in the Vascular Event Database.

If a subspecialty committee decides that the event is not appropriate for their adjudication this is communicated Coordinating Center, and the preliminary adjudications may be directed to another subspecialty committee, or an ad hoc committee may be formed from existing members of the various subcommittees to adjudicate the case.

Confidential Property of Merck & Co., Inc.    9
E:\PROGRA~1\Rgs\Pubs\0\MK0966\FIN~1.DOC

Confidential - Subject To Protective Order    MRK-AFV0130339

C-2SI VASCULAR EVENTS MONITORING AND ADJUDICATION SOP                    30-Aug-1999

The results from the adjudication worksheets (as noted by each VEC member) are entered by the VEC Coordinator into the Vascular Events Database. The original, completed Adjudication worksheets are filed in the secure file cabinet.

### O.    *Final Vascular Event Adjudication*

Final adjudication of events occurs by teleconference or in face-to-face meetings. All cases undergo final adjudication with all three subspecialty VEC Members present. The VEC Liaison and the VEC Coordinator are also present, but do not participate in the adjudication of events. All VEC members are supplied, if necessary with packages for each case undergoing final adjudication. Final adjudication occurs with all personnel involved (including MRL CC staff) blinded to the treatment allocations of the patients.

For each case to be adjudicated, the following steps occur:

- The VEC Liaison reads the tally of the preliminary adjudication votes.

- If the preliminary vote was unanimous, the VEC Liaison indicates this fact to the VEC members. The VEC members' acceptance of the decision is recorded in the minutes, and the VEC Coordinator prepares the Final Adjudication Form (**Appendix K**) for the subspecialty VEC Chair's Signature.

- If the preliminary vote was not unanimous, the VEC Liaison reads the vote tally to the VEC members. The subspecialty VEC Chair leads a discussion to reach final adjudication. When final adjudication is reached (by majority ruling) the VEC Liaison reads the Final Adjudication to the VEC members. The VEC members' acceptance of the decision is recorded in the minutes, and the VEC Coordinator prepares the Final Adjudication Form for the subspecialty VEC Chair's Signature.

- A decision is made as to whether the adjudication of the event was confirmed by guidelines or was based on clinical judgment. This is indicated on the final adjudication form. The rationale for a decision based on good clinical judgement is also indicated on the final adjudication form.

If the venue for the meeting is a teleconference, the completed Final Adjudication forms are sent by overnight courier to the subspecialty VEC Chair for signature. The date the forms are sent is recorded on the Log. The signed, dated forms are returned via overnight courier (the VEC Coordinator provides a self-addressed Federal Express package to the subspecialty VEC Chair). The date that the original forms are returned is recorded on the Log.

The Final Adjudications are entered by the VEC Coordinator into the Vascular Events Database.

The original, completed Final Adjudication Forms, signed and dated by the subspecialty committee chairmen are sent, with a cover memo to RI-BL for date stamping and forwarding to the regulatory file (WORF). Copies will be securely retained in the Coordinating Center.

### P.    *Blinding*

Not all adjudications will occur prior to the end of the study from which the event was reported. However, the VEC, the MRL Vascular Coordinating Center, and the MRL Quality Assurance

Confidential - Subject To Protective Order                                    MRK-AFV0130340

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)        **1691**

C-2S1 VASCULAR EVENTS MONITORING AND ADJUDICATION SOP                 30-Aug-1999

auditors will remain blinded to the treatment allocations of all the patients whose events are being adjudicated. All patient and treatment identifiers are masked on the WAES report by an Epidemiology staff member with no responsibility for the VEC or for adjudication procedures. All copies of the WAES report are made from the original masked copy. The responsible statistician(s) will not have access to the adjudication data until after the Vascular Events Database is declared clean and frozen for a given analysis.

**Q.      Quality Control of the Vascular Event Data Base**
Review and clean-up of the VEC Adjudication Results database is done by the VEC Coordinator. Data from the completed Adjudication Worksheets and Final Adjudication Forms is compared to the Vascular Events Database. This is done for each vascular event prior to a clean file date established for the analysis containing that event. A record of errors discovered and corrections made during data review and clean-up is kept.

Discrepancies between the WAES database and the final adjudications are not reconciled. Reports generated using data from the Vascular Event database will provide listings of the original WAES reports and the final adjudication on a patient-by-patient basis.

**R.      Quality Assurance**
In the case of a regulatory submission of the data, QA will be provided by Worldwide Clinical Quality Assurance Resources (WCQAR). This will be accomplished by comparison of the final adjudication of the event as recorded in the data file prepared for statistical analysis with the final adjudication forms maintained by WORF. Audit findings will be resolved and changes applied to the data file as necessary.

**S.      Vascular Events for Analysis**
Vascular events of a thrombotic or embolic nature occurring in the arterial vascular bed are of primary interest for analysis. Events included in this classification are:

- Fatal and non-fatal acute MI
- Unstable angina pectoris
- Fatal and non-fatal ischemic stroke
- Fatal and non-fatal acute arterial thromboembolism (other than above)
- Sudden cardiac death/resuscitated cardiac arrest

Vascular events of secondary interest for analysis include:

- Fatal and non-fatal pulmonary embolism
- Fatal and non-fatal venous thrombosis
- Non-fatal cardiac (atrial or ventricular) thrombosis
- Transient Ischemic Attack

These events may be combined in various ways to explore areas of particular interest, as described in the future Data Analysis Plans (under separate cover).

**T.      Statistical Analysis**
Analysis will be performed on blocks of studies grouped according to study design, indication, and the timing of their completion. The objective of the statistical analysis is to estimate the incidence of acute Thromboembolic CV events in patients treated with a specific COX-2

Confidential – Subject To Protective Order                                    MRK-AFV0130341

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)   **1692**

C-2S] VASCULAR EVENTS MONITORING AND ADJUDICATION SOP        30-Aug-1999

compound and that of patients treated with one or more comparator agents. No formal comparisons among treatment group rates will be performed. Within a given analysis, for purposes of computing incidence rates, only the first event in each subject will be counted. The incidence rate for each group will be expressed as a fraction whose numerator is the number of subjects in a group experiencing an event, and the denominator is the total number of person-years at risk for all subjects in the group.

**REFERENCES**

1. Draft CSR for MK-0966 Protocol 023 (A Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate and Compare the Effects of L-748,731 [MK-0966], Indomethacin, and Placebo on Urinary Sodium Excretion and Other Parameters of Renal Function in Subjects Consuming a 200 mEq Sodium Diet).

2. Merck Manual. Section 22. Clinical Pharmacology, Chapter 285. Prostaglandins, Thromboxanes, And Leukotrienes: Biologic Actions, Hematologic Effects.

Confidential – Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)    **1693**

C-2SI Vascular Events Monitoring and Adjudication SOP                          30-Aug-1999

## Appendix A

### Vascular Events Committee Membership
**As of January 5, 1999**

**CARDIOLOGY VASCULAR EVENTS SUBCOMMITTEE**
**GEORGE W. VETROVEC, M.D - CHAIR.**
Chairman, Division of Cardiology
Medical College of Virginia
Richmond, VA

**BERNARD R. CHAITMAN, M.D.**
Director of Cardiology
Professor of Medicine
Division of Cardiology
St. Louis University School of Medicine
St. Louis, MO

**LEONARD S. DREIFUS, M.D.**
Professor of Medicine
University of S. Florida, Tampa
Heathrow, FL

**PERIPHERAL VASCULAR EVENTS SUBCOMMITTEE**
**THOM ROOKE, M.D. - CHAIR**
Associate Professor of Medicine
Department of Vascular Medicine
Mayo Clinic
Rochester, MN

**JEFFREY GINSBERG, M.D.**
Professor
Department of Medicine
Thromboembolism Unit
McMaster University
Hamilton, Ontario

**CLIVE KEARON, PHD, FRCP**
Associate Professor of Medicine
Thrombosis and Respiratory Medicine
McMaster University Clinic
Henderson General Hospital
Hamilton, Ontario, Canada

Confidential Property of Merck & Co., Inc.                          13
B\PROGRA~1\dept\hddo1965OFFIN~1.DOC

Confidential - Subject To Protective Order

C-2SI Vascular Events Monitoring and Adjudication SOP                          30-Aug-1999

## Vascular Events Committee Membership (cont).

### NEUROLOGY VASCULAR EVENTS SUBCOMMITTEE
**JUSTIN A. ZIVIN, M.D. - CHAIR**
Professor
Department. of Neurosciences
UCSD School of Medicine
La Jolla, CA

**JAY P. MOHR, M.D.**
Sciarra Professor of Neurology
Director of Stroke Center
Neurologic Institute
Department of Neurology
Columbia University College of Physicians and Surgeons
New York, NY  10032

**HAROLD P. ADAMS, M.D.**
Division of Cerebrovascular Medicine
Department of Neurology
University of Iowa
Iowa City, IA 52242

Confidential Property of Merck & Co., Inc.                          14
E:\PROJRA\18\grP\666\IN&OPPRN-1.DOC

Confidential - Subject To Protective Order

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1695**

C-2SI Vascular Events Monitoring and Adjudication SOP                    R29-Dec-1999

**Appendix B**

**Vascular SAE Terms (CRISP Broader Term)**

**Eligible for Case Adjudication**

In the absence of other events identifying adverse experiences (most of which are likely to be serious adverse events), the following events (marked in strikethrough font) will have a low likelihood (in and of themselves) of being thromboembolic events. They may follow thromboembolic events, but alone do not represent such events.

| | |
|---|---|
| acute myocardial infarction | cerebrovascular disorder |
| angina pectoris | ~~congestive heart failure~~ |
| anterior spinal artery obstruction | ~~cor pulmonale~~ |
| ~~aortic atherosclerosis~~ | coronary artery disease |
| ~~aortic disorder~~ | coronary artery occlusion |
| aortoiliac obstruction | coronary artery stenosis |
| arterial embolism | coronary vasospasm |
| arterial occlusion | coronary vessel surgery complication |
| arterial thrombosis | cyanosis |
| ~~asystole~~ | deep venous thrombosis |
| ~~atherosclerosis~~ | electrocardiographic abnormality |
| ~~atrial fibrillation~~ | ~~electromechanical dissociation~~ |
| ~~atrial flutter~~ | embolic stroke |
| basilar artery obstruction | embolism |
| brachial artery occlusion | endocardial disorder |
| ~~bundle branch block~~ | endocardial thrombus |
| ~~cardiac aneurysm~~ | extracranial artery obstruction |
| cardiac arrest | extradural hemorrhage |
| cardiac catheter complication | femoral artery occlusion |
| ~~cardiac dyskinesia~~ | gangrene |
| ~~cardiac output low~~ | ~~idioventricular rhythm~~ |
| cardiac stress test abnormality | iliac artery occlusion |
| cardiac thrombosis | ~~incomplete left bundle branch block~~ |
| cardiogenic shock | intermittent claudication |
| ~~cardiomyopathy~~ | intracranial hemorrhage |
| cardiovascular disorder | intracranial venous sinus phlebitis |
| cardiovascular hemodynamics abnormality | ischemic heart disease |
| carotid artery disorder | lacunar infarction |
| carotid artery obstruction | ~~left bundle branch block~~ |
| cerebellar artery obstruction | lower extremity arterial occlusion |
| cerebellar hemorrhage | lower extremity ischemia |
| cerebral artery obstruction | myocardial infarction |
| cerebral atherosclerosis | myocardial infarction complication |
| cerebral hypoxia | myocardial reinfarction |
| cerebral infarction | myocardial rupture |
| cerebral ischemia | non-Q-wave myocardial infarction |
| cerebral thrombosis | nonspecific ST-T change |
| cerebrovascular accident | old myocardial infarction |

Confidential Property of Merck & Co., Inc.                    15
R:\PROGRA~1\ap\P088\IM652\FIN~1.DOC

Confidential – Subject To Protective Order                    MRK-AFV0130345

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)        **1696**

C-2SI Vascular Events Monitoring and Adjudication SOP        R29-Dec-1999

papillary muscle disorder
peripheral atherosclerosis
peripheral ischemia
peripheral pulse absent
peripheral pulse decreased
peripheral vascular disorder
popliteal artery occlusion
pulmonary edema
pulmonary embolism
pulmonary infarction
pulmonary thrombosis
pulmonary vascular disease
pulmonary veno-occlusive disease
pulse absent
Q-wave abnormality
Q-wave myocardial infarction
QRS complex abnormality
shock
sinus thrombosis
small vessel disease
ST segment abnormality
ST segment depression
ST segment elevation
ST-T change compatible with ischemia
subclavian steal syndrome
sudden death
superior vena cava thrombosis
T-wave abnormality
T-wave flat
T-wave inversion

thromboembolic stroke
thromboembolism
thrombolysis
thrombophlebitis
thrombophlebitis migrans
thrombosis
thrombotic microangiopathy
transient ischemic attack
ulnar artery occlusion
unstable angina
upper extremity arterial occlusion
upper extremity ischemia
varicosity
vascular disorder
vascular graft occlusion
vascular insufficiency
vascular occlusion
vasospasm
venous compression
venous disorder
venous insufficiency
venous occlusion
venous thrombosis
ventricular fibrillation
ventricular flutter
ventricular tachycardia
ventricular thrombus
vertebral artery obstruction
vertebrobasilar insufficiency

Confidential Property of Merck & Co., Inc.
R:\PROGRA~1\Opt\Adta\OMKOPPIN~1.DOC

16

Confidential - Subject To Protective Order

MRK-AFV0130346

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1697**

C-2SI Vascular Events Monitoring and Adjudication SOP          30-Aug-1999

### Appendix C

Suggested flow of requests for Data/Documentation
and review of Vascular Event Data Packages



Confidential Property of Merck & Co., Inc.
ESPROJRA~19apMABLA0660PFIN~1.DOC

17

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1698**

C-2SI Vascular Events Monitoring and Adjudication SOP                30-Aug-1999





Confidential Property of Merck & Co., Inc.                                          18

Confidential - Subject To Protective Order                                    MRK-AFV0130348

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1699**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999





Confidential - Subject To Protective Order                    MRK-AFV0130349

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)     **1700**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

## Appendix D

Case Report Form Worksheets and Source Documents
Requested for Adjudication

Confidential Property of Merck & Co., Inc.
E:\PROGRA~1\tel\P088\WX2D7FIN~1.DOC                                                          20

Confidential – Subject To Protective Order                                   MRK-AFV0130350

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1701**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

Appendix D
Case Report Form Worksheets and Source Documents
Requested for Adjudication

Baseline CRF Worksheets
- Past medical history
- Prior therapy
- Physical Exam
- Vital Signs
- ECG results

On treatment CRF Worksheets
- Concurrent medications
- Procedures
- Special exams specific to the diagnosis or vascular system
- Lab pages specific to the diagnosis (e.g. cardiac enzymes, complete blood counts, blood clotting tests, etc.)
- ECG pages (routine and unscheduled)
- Physical Exam (related to the event)

**Source Documentation Supportive for :**

Cardiac Events
- Hospital record or chart including:
  - ECG tracings baseline and event related
  - Cardiac catheterization report
  - Cardiac stress test results
  - Cardiac nuclear imaging
  - Cardiac serum marker results
  - Cardiac revascularization procedure report
  - Nuclear imaging reports
  - CT/MRI Report

Pulmonary Embolism
- Hospital record or chart including:
  - Ventilation/Perfusion Scan report
  - Pulmonary Angiography
  - Spiral CT Scan Report

Other Peripheral Vascular Events
- Hospital record or chart including
  - Arteriography reports
  - Ultrasound reports
  - Ankle or toe brachial index results
  - Diagnostic arterial pressures

- CT Scan reports
- MRI reports
- Venogram reports

Cerebrovascular Events
- Hospital record or chart including
  - CT or MRI reports
  - Arteriogram reports
  - Carotid/cranial ultrasound reports
  - Digital intravenous angiography reports

Other events
- Hospital record or chart including

Other Source Documentation as available (any type of event)
- Consultation notes or reports
- Surgical and procedure reports
- Radiographic reports
- Laboratory reports
- Physician progress notes
- Emergency department notes
- Pathology reports
- Impedance plethysmography reports
- Cardiac ultrasound reports
- Peripheral vessel ultrasound reports
- Autopsy report
- Death certificate

Confidential Property of Merck & Co., Inc.                    21
E:\P088OBA~1\Rep\P088C\ONEOFF98~1.DOC

Confidential - Subject To Protective Order                    MRK-AFV0130351

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1702**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

**Appendix E**

Clinical Team Vascular Event Form

Confidential Property of Merck & Co., Inc.
E:\PROGRA~1\sp\Public\VMSOP\VN-1.DOC          22

Confidential - Subject To Protective Order                    MRK-AFV0130352

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1703**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

### COX-2 Specific Inhibitors Vascular Event
### Clinical Team Vascular Event Form

| Protocol No: | [xxx-xx] | Site No.: | [xxxx] | |
|---|---|---|---|---|
| Baseline No: | \|__\|__\|__\|__\|__\| | Alloc No.: | [xxxx] | |
| Reported Event: | [xxxxxxxxxxxxxxxxxxxxxxxxxxx] | | | |
| AE Preferred Term: | [xxxxxxxxxxxxxxxxxxxxxxxxxxx] | | | |
| AE Onset Date: | [dd MON yyyy] | | | |
| Date of Hospitalization: | [dd MON yyyy] | | | |
| Date of Initial report | [dd MON yyyy] | | | |

**Inventory documentation for:**

☐ Coronary events              ☐ Pulmonary Embolism
☐ Cerebrovascular events       ☐ Other Peripheral Vascular

**Instructions:**
- Refer to "*Standard Procedures for Surveillance and Monitoring of Serious Vascular Adverse Events in Trials of COX-2 Specific Inhibitors*"
- Review documentation submitted from the site using the listing of documentation supportive of specific event types as a guide.
- Indicate documents that are known to be unavailable
- Attach this checklist to the document package and **mail to Linda Nelsen, BL 1-7**

**Baseline CRF Worksheets**

☐ Past medical history          ☐ Vital signs
☐ Prior therapy                 ☐ ECG results/tracings
☐ Baseline physical examination

**On Treatment CRF Worksheets**

☐ ECG pages (routine and unscheduled) ☐   Other special examinations
☐ Concurrent medications        ☐   Physical exam (related to event)
☐ Procedures                    ☐   Pertinent laboratory pages

**Documentation for All Events**

☐ **Hospital discharge summary**

**Use this section to track documentation request to Investigator Site.**

Date Request sent to site    \|__\|__\| / \|__\|__\| / \|__\|__\|__\|__\|
                              MM         DD          Year

Requested of              _____
                          Name (Investigator or Coordinator)

Date Received                \|__\|__\| / \|__\|__\| / \|__\|__\|__\|__\|
                              MM         DD          Year

**DOCUMENTATION known to be unavailable**

☐ _____
☐ _____
☐ _____


_____        _____
Clinical Monitor signature             Date completed

**For questions, contact:** Linda Nelsen (610) 397-3412, Epidemiology, BL 1-7

Confidential Property of Merck & Co., Inc.                               23
S:\PROGRA~1\Rap\NARC\N96COPIN~1.DOC

Confidential – Subject To Protective Order                    MRK-AFV0130353

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.)          **1704**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

# Appendix F

## Vascular Event Adjudication Package Cover

Confidential Property of Merck & Co., Inc.          24
E:\PROGRA~1\fre\Public\IMSOPFW~1.DOC

MK-0966, Reference P088C, Appendix 3.2.1 (Cont.) **1705**

C-2SI Vascular Events Monitoring and Adjudication SOP                    30-Aug-1999

## Vascular Event Adjudication Package Cover

**VEC Member:** _____

**VEC Case No:** _____

**Date of Onset:** _____          **Date of Hospitalization:** _____

**Standard Term:** _____

**Reported Term:** _____

**Sent for Adjudication:** _____/_____/_____

**Adjudication Worksheet Form:** ☐ Cardiology     ☐ Neurology     ☐ Peripheral Vascular

| NA* | | # pg |
|---|---|---|
| | **1. Adverse Event Reports** | |
| ☐ | SAE CRF Worksheet | _____ |
| ☐ | Adverse Event Report | _____ |
| | **2. Admission and Discharge Summaries** | |
| ☐ | Admission summaries | _____ |
| ☐ | Discharge summaries | _____ |
| ☐ | **3. Consult Reports** | _____ |
| ☐ | **4. Cardiac Serum Markers** | _____ |
| | **5. Laboratory results** | |
| ☐ | Pre treatment | _____ |
| ☐ | On treatment | _____ |
| ☐ | Event related | _____ |
| | **6. ECGs** | |
| ☐ | Pre treatment | _____ |
| ☐ | On therapy | _____ |
| ☐ | Event related | _____ |
| | **7. Imaging Reports** | |
| ☐ | CT reports | _____ |
| ☐ | MRI reports | _____ |
| ☐ | Ultrasound reports | _____ |
| ☐ | Radiograph reports | _____ |
| ☐ | Other imaging reports | _____ |
| ☐ | **8. Procedure Reports** | _____ |
| ☐ | **9. Autopsy Reports** | _____ |
| ☐ | **10. Other hospital records** | |

_____   |___|

_____   |___|

_____   |___|

**11. Case Report Form Worksheets**

| | | |
|---|---|---|
| ☐ | Pre-treatment | _____ |
| ☐ | On Treatment | _____ |

**MRL Liaison** _____          **Date** _____

> \* NA indicates that information is known to be unavailable

Confidential Property of Merck & Co., Inc.
E:\PROGRA~1\RepPub\EMSGPFIN~1.DOC

25

Confidential – Subject To Protective Order                    MRK-AFV0130355