# Exhibit 5
# Part 3

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2038**

VIGOR Data Analysis Plan                                              41

**B.  Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)**

Figure 2

Time-to-Event Plot for Confirmed PUBs (All Patients Randomized)



Also done for secondary endpoints:  confirmed and unconfirmed PUBs, confirmed complicated PUBs, confirmed and unconfirmed complicated PUBs; and exploratory endpoint:  any GI bleed.

MRK-00420014563

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)     **2039**

VIGOR Data Analysis Plan                                                    42

**B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)**

Table 19

Results of Imputation of Rates Sensitivity Analyses

| Imputation Model | Treatment A (N=xxxx) n (%)[†] | Treatment B (N=xxxx) n (%)[†] | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Rates Without Imputation | | | | |
| Treatment Group Specific Rates[‡] | | | | |
| Average Rates[§] | | | | |

[†] Crude percent is reported. Cumulative incidence from Kaplan-Meier model is used in imputation.
[‡] Rofecoxib confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the rofecoxib group, and naproxen confirmed PUB rates assumed for discontinuations due to due to any reason except confirmed PUBs in the naproxen group.
[§] Overall average confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in both groups.

Table 20

Duration of Time in Study[†]

| Cohort | Treatment Group | Duration of Follow-Up (Months[†]) | | | | |
|---|---|---|---|---|---|---|
| | | N | Mean | SD | Median | Range |
| Overall | A B Total | | | | | |

[†] Up to 14 days after discontinuation.
[‡] Month=30.5 days.

MRK-00420014564

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)                    **2040**

VIGOR Data Analysis Plan                                                         43

**B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)**

Table 21

Number of Events by Type of Primary and Secondary Endpoints

| Endpoint | Counts and Percent of Patients | |
|---|---|---|
| | Treatment A N=xxxx n (%) | Treatment B N=xxxx n (%) |
| **Primary Endpoint** | | |
| Confirmed PUBs | | |
|   Perforations | | |
|   Ulcers | | |
|   Obstructions | | |
|   Bleeds | | |
| **Secondary Endpoints** | | |
| Confirmed and Unconfirmed PUBs | | |
|   Perforations | | |
|   Ulcers | | |
|   Obstructions | | |
|   Bleeds | | |
| Confirmed Complicated PUBs | | |
|   Perforations | | |
|   Ulcers | | |
|   Obstructions | | |
|   Bleeds | | |
| Confirmed and Unconfirmed Complicated PUBs | | |
|   Perforations | | |
|   Ulcers | | |
|   Obstructions | | |
|   Bleeds | | |

MRK-00420014565

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.) **2041**

VIGOR Data Analysis Plan                                                                 44

**B. Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints (Cont.)**

Table 22

Number of Events by Type of Exploratory Endpoint

|  | Counts and Percent of Patients | |
| --- | --- | --- |
|  | Treatment A N=xxxx | Treatment B N=xxxx |
| Endpoint | n (%) | n (%) |
| **Exploratory Endpoint** | | |
| Any GI Bleed<br>  Upper GI bleed<br>  Lower GI bleed<br>  Unspecified | | |

Table 23

Confirmed PUBs
Analysis of Treatment-by-Study Region Interaction

|  | U.S. | | Multinational | |
| --- | --- | --- | --- | --- |
|  | Treatment A | Treatment B | Treatment A | Treatment B |
| N<br>Cases<br>Patient-years at risk<br>Rate[†] | | | | |
| Relative Risk[‡] | | | | |
| Estimate<br>95% CI | | | | |
| Model Effects: U.S. Versus Multinational (Combined Treatments)[§] | | | | |
| Estimate<br>95% CI | | | | |
| Model Effects: Treatment by Subgroup Interaction[†] | | | | |
| p-Value | | | | |

[†] Per 100 patient-years at risk.
[‡] Cox model includes treatment, subgroup, and treatment-by-subgroup interaction.
[§] Cox model includes treatment and subgroup main effect.

(Similar tables will be provided for other prespecified subgroups.)

/MK-0966/DAP/RA182.DOC\APPROVED                                    15-Mar-2000

MRK-00420014566

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)      **2042**

VIGOR Data Analysis Plan                                45

**B.** <u>**Table Mock-Ups for the Analysis of Primary, Secondary, and Exploratory Safety Endpoints**</u> **(Cont.)**

Figure 3

Relative Risk of Confirmed PUBs With 95% CI Within
Prespecified Subgroup Cohorts



MRK-00420014567

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)       **2043**

46

VIGOR Data Analysis Plan

C. **Efficacy Tables**

Table 24

Efficacy Measures
Average Over Treatment Period (All-Patients-Randomized)

| Treatment | | Baseline | | On-Treatment | | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|---|
| Group | N | Mean | SD | Mean | SD | Mean[†] | SD | LS Mean[†,‡] | 95% CI[†,‡] |
| **Patient's Global Assessment of Disease Status (0 to 4 Likert)** | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A−B[§] | | | | | | | | | |
| **Investigator's Global Assessment of Disease Status (0 to 4 Likert)** | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A−B[§] | | | | | | | | | |
| **Modified HAQ (Protocol 088 Only) (0 to 3 Likert)** | | | | | | | | | |
| A | | | | | | | | | |
| B | | | | | | | | | |
| A−B[§] | | | | | | | | | |

† Negative numbers mean improvement.
‡ Least-square mean, standard error, and 95% CI based on ANOVA model with treatment, stratum, study region (U.S./multinational), and baseline value as a covariate.
§ Negative numbers favor Treatment A, positive numbers favor Treatment B.

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

MRK-00420014568

47

VIGOR Data Analysis Plan

D. **Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups**

Table 25

Analysis of Targeted Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Cases | PYR[+] | Rates[‡] | Relative Risk[§] Estimate | 95% CI | p-Value |
|---|---|---|---|---|---|---|---|---|
| Serious clinical adverse experiences | A<br>B | | | | | | | |
| Drug-related clinical adverse experiences | A<br>B | | | | | | | |
| Clinical adverse experiences leading to discontinuation | A<br>B | | | | | | | |
| Discontinuations due to GI adverse experiences including abdominal pain | A<br>B | | | | | | | |
| Discontinuations due to edema-related adverse experiences | A<br>B | | | | | | | |
| Discontinuations due to hypertension-related adverse experiences | A<br>B | | | | | | | |

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

48

VIGOR Data Analysis Plan

D. **Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 25 (Cont.)

Analysis of Targeted Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Cases | PYR[+] | Rates[‡] | Relative Risk[§] | | p-Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | |
| CHF adverse experiences | A B | | | | | | | |
| Serious laboratory adverse experiences | A B | | | | | | | |
| Drug-related laboratory adverse experiences | A B | | | | | | | |
| Laboratory adverse experiences leading to Discontinuation | A B | | | | | | | |

[+] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of Treatment A with respect to Treatment B from unstratified Cox model.

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

MRK-00420014570

VIGOR Data Analysis Plan                                                    49

### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Complete counts and percentages of adverse experiences (by preferred terms) along with 95% confidence intervals on the difference in proportions will be provided in Appendix (no p-values), see next table.

Table 26

Analysis of Routine Clinical Adverse Experiences

Note: this table will be in the appendix, there will be similar tables for serious, drug-related, and adverse experiences leading to discontinuation and a similar set of tables for laboratory adverse experiences.

| Adverse Experience | Treatment A (N=xxxx) n (%) | Treatment B (N=xxxx) n (%) | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Body System 1 Preferred term 1 Preferred term 2 | | | | |
| Body System 2 Preferred term 1 Etc. | | | | |

/MK-0966/DAP/RA182.DOC\APPROVED                          15-Mar-2000

MRK-00420014571

VIGOR Data Analysis Plan                                               50


#### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 27

Analysis of Prespecified Laboratory Predefined Limits of Change

| Predefined Change | Treatment A (N=xxxx) n/N (%) | Treatment B (N=xxxx) n/N (%) | Difference in Proportions Estimate | 95% CI |
|---|---|---|---|---|
| Decrease in Hgb>2 g/dL and Hct ≥5% or Hgb >1 g/dL and Hct≥10%[†] | | | | |
| AST (U/L) In patients with normal baseline AST, consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation, or in patients with abnormal baseline AST, consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation[‡] | | | | |
| ALT (U/L) In patients with normal baseline ALT, consecutive values >3*ULN or 1 value >3*ULN associated with study drug discontinuation, or in patients with abnormal baseline ALT, consecutive values that are >2*baseline value and >3*ULN or 1 value >3*ULN associated with study drug discontinuation[‡] | | | | |
| Creatinine (mg/dL) Consecutive values with absolute increase ≥0.5 and >ULN or 1 value with increase ≥0.5 and >ULN associated with study drug discontinuation[‡] | | | | |
| Platelet Count (x10³/μl) Consecutive values with a decrease >25% and <LLN or a single values associated with study drug discontinuation | | | | |

MRK-00420014572

VIGOR Data Analysis Plan                                                51

### D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 27 (Cont.)

Analysis of Prespecified Laboratory Predefined Limits of Change

| Predefined Change | Treatment A (N=xxxx) n/N (%) | Treatment B (N=xxxx) n/N (%) | Difference in Proportions Estimate | Difference in Proportions 95% CI |
|---|---|---|---|---|
| Bilirubin (mg/dL) and alkaline phosphatase (U/L)[†] Bilirubin ≥1.8*ULN and alkaline phosphatase ≥ 3*ULN | | | | |
| Sodium (mEq/L) • Absolute decrease ≥8 and <LLN • Absolute increase ≥8 and <ULN | | | | |
| Potassium (mEq/L) • Consecutive values with absolute decrease ≥0.8 and <LLN or one such value associated with study drug discontinuation • Consecutive values with absolute increase ≥0.8 and <ULN or one such value associated with study drug discontinuation | | | | |
| Calcium (mg/dL) • Absolute increase ≥1.5 and >ULN • Absolute decrease ≥1.5 and <LLN | | | | |

[†] Drop in hemoglobin and hematocrit must occur on the same date.
[‡] Primary analysis.

MRK-00420014573

52

VIGOR Data Analysis Plan

D.  Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)

Table 28

Summary of Changes From Baseline in Laboratory Parameters

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Geometric Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Back-Transformed SD | Median | Range | |
| Hematocrit (%)[a] | A | | | | | | | |
| | B | | | | | | | |
| Hemoglobin (g/dL)[a] | A | | | | | | | |
| | B | | | | | | | |
| Total WBC (x $10^3$/µL) | A | | | | | | | |
| | B | | | | | | | |
| Lymphocyte count (x $10^3$/µL) | A | | | | | | | |
| | B | | | | | | | |
| Neutrophil count (x $10^3$/µL) | A | | | | | | | |
| | B | | | | | | | |
| Platelet count (x $10^3$/µL) | A | | | | | | | |
| | B | | | | | | | |
| Bilirubin (mg/dL) | A | | | | | | | |
| | B | | | | | | | |

/MK-0966/DAP/RA182.DOC/APPROVED--15-Mar-2000

MRK-00420014574

VIGOR Data Analysis Plan

53

**D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 28 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Geometric Mean | Percent Change From Baseline | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Back-Transformed SD | Median | Range |
| Alkaline phosphatase (U/L) | A | | | | | | | |
| | B | | | | | | | |
| AST (U/L) | A | | | | | | | |
| | B | | | | | | | |
| ALT (U/L) | A | | | | | | | |
| | B | | | | | | | |
| Creatinine (mg/dL)* | A | | | | | | | |
| | B | | | | | | | |
| Uric acid (mg/dL) | A | | | | | | | |
| | B | | | | | | | |
| Potassium (mEq/L) | A | | | | | | | |
| | B | | | | | | | |
| Sodium (mEq/L) | A | | | | | | | |
| | B | | | | | | | |
| Calcium (mg/dL) | A | | | | | | | |
| | B | | | | | | | |

* Mean, SD, median, and range reported for change from baseline.

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

MRK-00420014575

54

VIGOR Data Analysis Plan

**D. Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Table 29

Summary of Changes From Baseline in Vital Signs

| Laboratory Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Mean | SD | Median | Range |
| Diastolic BP (mm Hg) | A B | | | | | | | |
| Systolic BP (mm Hg) | A B | | | | | | | |
| Weight (kg) | A B | | | | | | | |

/MK-0966/DAP/RA182.DOC/APPROVED--15-Mar-2000

MRK-00420014576

VIGOR Data Analysis Plan                                        55

**D.  Laboratory Parameters, Vital Signs, and Adverse Experience Table Mock-Ups (Cont.)**

Figure 4

Systolic Blood Pressure Over Time
All-Patients-Randomized



Also done for other prespecified laboratory and vital sign parameters, i.e., diastolic blood pressure, hemoglobin, and hematocrit.

MRK-00420014577

VIGOR Data Analysis Plan                                                    56

## VII. DATA SETS/PROGRAMS/VARIABLES

All statistical programs will be developed and validated using good programming
practice guidelines in adherence to the Standard Operating Procedures for
Internally Written Software. These programs, as well as the statistical analysis
data sets, will be made available to regulatory agencies. A summary covering the
following topics will be made available to accompany any electronic data
submissions:

A. Naming and Storage Conventions

- Directory structure

- File names and extensions

B. Documentation of Programs

- Information required within program

- Information required to describe all programs

C. Data Set Structure

- Variables included

- Arrays versus multiple records

Formatting of the data will include p-values to 3 decimal places. No deliberate
rounding in any intermediate calculation data steps or analysis steps (unless it is
to the 10th decimal point for SAS computing reasons) will be done. Values will
be formatted to the appropriate decimal place on all summary tables. In the
interim reports, treatment groups will be referred to as A and B. The treatment
group assignments will be decoded at the closed Data Safety and Monitoring
Board meetings. In the final report, they will be referred to as *rofecoxib* and
*naproxen*.

MRK-00420014578

## VIII. <u>REFERENCES</u>

1. Hwang IK, Shih WJ, de Cani JS.  Group sequential design using a family of Type I error probability spending functions. Stat in Medicine 1990;9:1439-45.

2. SAS Institute, Inc., SAS® Technical Report P-217, SAS/STAT® Software: The PHREG Procedure, Version 6, Cary, NC 1991.

3. SAS Institute Inc., SAS® Technical Report P-229, SAS/STAT® Software: Changes and Enhancements, Release 6.07, Cary, NC: SAS Institute Inc., 1992. Peto Mortality Prevalence Test option in PROC MULTTEST, pp 371-405.

4. Fleiss JL. Statistical methods for rates and proportions. 2nd Edition. John Wiley & Sons. New York. 1991:29.

5. Davies G, Ehrich E, Watson D, Bolognese J, Seidenberg B, Bellamy N. Minimal perceptible clinical improvement in OA:  WOMAC questionnaire and global assessment.  Annals of the Rheumatic Diseases XIV EULAR Congress Abstracts 1999;1078:255-6.

6. Felson DT, Anderson JJ, Boers M, et al.  American college of rheumatology preliminary definition of improvement in rheumatoid arthritis.  Arthritis & Rheumatism 1995;38(6):727-35.

7. Merck data.

8. Collett D. Modeling survival data in medical research. Chapman & Hall 1994.

9. Lachin JM, Foulkes MA. Evaluation of sample size and power for analyses of survival with allowance for nonuniform patient entry, losses to follow-up, noncompliance, and stratification. Biometrics 1986;42:507-19.

10. Singh G, Ramey DR. NSAID induced gastrointestinal complications:  the ARAMIS perspective—1997.  J of Rheumatology 1998;25:8-16.

11. O'Brien PC, Fleming TR. A multiple testing procedure for clinical trials. Biometrics 1979;33:603-15.

12. Lan KKG, DeMets DL. More flexible sequential and non-sequential designs in Long-term clinical trials.  Commun Statist-Theor Meth 1984;3(19):2339-53.

13. Tukey J. Use of many covariates in clinical trials. International Statistical Review 1991;59:123-37.

MRK-00420014579

VIGOR Data Analysis Plan                                                    58

## VIII. REFERENCES (CONT.)

14. Merck Standard Operating Procedure for the Surveillance, Monitoring, and
    Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of
    COX-2 Specific Inhibitors.

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2056**

VIGOR Data Analysis Plan



59

**APPENDIX 1**

Study Design and Flow Chart for Protocol 088
(Identical Design and Flow Chart for Protocol 089)

Rofecoxib 50 mg/day                1750

Naproxen 1000 mg/day 1750 Patients

Patients with Rheumatoid Arthritis

| Study Week: | Pre-Study-Wash-out | 0 | 6 | 17 | 35 | 52········· |
| Visit Number: | 1 | 2 | 3 | 4 | 5 | 6 End of Study Visit |

/MK-0966/DAP/RA182.DOC-APPROVED--15-Mar-2000

MRK-00420014581