# Exhibit 5
# Part 4

VIGOR Data Analysis Plan

60

## APPENDIX 1 (CONT.)
## STUDY FLOW CHART
### Clinic Visits

| Visit ID / Visit Number | | Screening 1.0 | Randomization 2.0 | 6 3.0 | 17 (Month 4) 4.0 | 35 (Month 8) 5.0 | 52 (Month 12) 6.0 | 69† (Month 16) 7.0 | 87† (Month 20) 8.0 | 104† (Month 24) 9.0 | End of Study Visit End | Discontinuation Visit D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Scheduled Office/Clinic Visits — Treatment Week | | | | | |
| Review entry criteria and study procedures | | X | | | | | | | | | | |
| Obtain informed consent†† | | X | | | | | | | | | | |
| Document medical history | | X | | | | | | | | | | |
| Stool hemoccult | | X | | | | | | | | | | |
| Review concomitant medications | | X | X | X | X | X | X | X | X | X | X | X |
| Discontinue prestudy NSAIDs | | X²‡ | X | | | | | | | | | |
| Vital signs and weight‡ | | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | | X | X | X | X | X | X | X | X | X | X | X |
| Document interim history/monitor for study endpoints/adverse experiences | | | X | X | X | X | X | X | X | X | X | X |
| Develop stool hemoccult cards | | | X | X | | | | | | | | |
| Retrieve used study medication | | | X | X | X | X | X | X | X | X | X | X |
| CBC; serum chemistry | | X²‡‡ | | X | | | X | | | X | X | X |
| Hemoglobin, hematocrit | | X | | | X | X | | X | X | X | X | X |
| Serum for β-hCG‖ | | X | | | | | | | | | | |
| Urine for β-hCG‖ | | | | X | X | X | X | X | X | X | | |
| Urinalysis | | X‡ | | | | | | | | | | |
| Serum for archive; plasma for archive | | X | X | | | X | | | X | X | X | X |
| ECG | | X | | | | | | | | | | |
| Dispense study medication | | X | X | X | X | X | X | X | X | X | X | X |
| Count study medication tablets | | | X | X | X | X | X | X | X | X | X | X |

/MK-0966/DAP/RA182.DOC\APPROVED--15-Mar-2000

MRK-00420014582

VIGOR Data Analysis Plan

61

## APPENDIX 1 (CONT.)

## STUDY FLOW CHART (CONT.)

### Clinic Visits

| Visit ID: | | Scheduled Office/Clinic Visits | | | | | | | | | End of Study Visit | Discontinuation Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Treatment Week | | | | | | | |
| | Screening | Random-ization | 6 (Month 3) | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69† (Month 16) | 87† (Month 20) | 104† (Month 24) | End | D |
| Visit Number | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Patient global assessment of disease activity | X | X | X | X | | X | | X | X | X | X |
| Investigator global assessment of disease activity | | X | X | X | X | X | X | X | X | X | X |
| Distribute investigational study identification card and appointment reminder cards | X | X | X | X | | | | | | | |

† If study still ongoing.
‡ Patients who are on NSAIDs will be called after laboratory tests have been evaluated and told to stop NSAIDs and to return for Visit 2 after a 3-day washout period.
§ Serum chemistry obtained following 8-hour fast.
¶ For premenopausal women only.
# Baseline levels of digoxin and lithium should be drawn for patients taking these medications.
‖ Obtain vital signs post 10 minutes of rest.
†† Permission should be obtained to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2059**

VIGOR Data Analysis Plan

62

## APPENDIX 1 (CONT.)

## STUDY FLOW CHART (CONT.)

### Phone Visits

| Visit ID: Visit Number: | Pre-Screening 0 | Treatment Week | | | | | Conclusion of Study for Enrolled and Discontinued Patients | 14 Days Post Last Dose of Study Therapy | 45 Days Post Discontinuation |
|---|---|---|---|---|---|---|---|---|---|
| | | Week 10 Month 2.5 P4 | Week 26 Month 6 P5 | Week 43 Month 10 P6 | Week 60 Month 14 P7 | Week 95 Month 22 P8 | | | |
| Prescreen patients to determine if they meet entry criteria that can be screened by phone | X | | | | | | | | |
| Schedule Screening Visit 1.0 | X | | | | | | | | |
| Encourage patient compliance and participation in study | | X | X | X | X | X | | | |
| Review concomitant medication restrictions | | X | X | X | X | X | | | |
| Monitor for interim study endpoints | | X‡ | X‡ | X‡ | X‡ | X‡ | | | |
| Monitor for adverse events, interim GI endpoints | | | | | | | | | |
| Monitor for GI endpoints | | | | | | | X‡§ | X | x§ |

† If study still ongoing.
‡ Suspicion of a possible endpoint will prompt an unscheduled visit and/or retrieval of additional information.
§ Schedule end-of-study visit for those patients currently enrolled in study and on study drug. Priority given to patients who report a possible PUB. Eight-hour fast required.
‖ If a discontinued patient reports a possible PUB then obtain all documenting information.

VIGOR Data Analysis Plan                                                63

## APPENDIX 2

### Interim Monitoring Guidelines for **VIGOR**

NOTE: These guidelines are adapted from those developed
for Phase III of the Diabetes Control Complications Trial,
the MRL FIT Trial and the MRL AFCAPS/TexCAPS Trial

Approved by Data Safety and Monitoring Board on 02-Aug-1999

## A. ROLE, MEMBERSHIP, AND MEETING SCHEDULE OF THE DSMB

Since the VIGOR Steering Committee (SC) is blinded (masked) to all outcome
data, surveillance of the emerging study data is carried out by an independent
group, the Data Safety Monitoring Board (DSMB). The DSMB is unblinded to
study data and is charged with:

1. Monitoring the quality and integrity of data emerging from the study and the
   adequacy of recruitment, compliance, and follow-up; and

2. Monitoring outcome events, identifying safety issues, and interpreting emerging
   morbidity and mortality findings in order to make periodic recommendations on
   whether to continue or terminate the study.

The members of the DSMB are: Dr. David Bjorkman, Dr. James Neaton, Dr. Alan
Silman, Dr. Roger Sturrock, and Dr. Michael Weinblatt (chair). Included as a
nonvoting member of the DSMB will be the Merck biostatistician assigned to the
project, Dr. Deborah Shapiro. Ad-hoc consultants can be engaged as necessary.
The DSMB is comprised of individuals who are experts in operational, medical, and
biostatistical aspects of clinical trials. No member of the DSMB may participate in
the study as an investigator or be involved in any way in the conduct of the study.
All members must disclose any financial interest in Merck and any fiscal support
from Merck beyond the consultation fee specified in their contracts. DSMB
members will also disclose their involvement with other ongoing clinical trials.

The DSMB will meet approximately 4 months after the estimated date of Last
Patient In (LPI) to review patient accrual and the first non-endpoint safety report.
They will decide the frequency of future reports and meetings at the initial meeting.
The GI endpoint analyses will be conducted only when the number of events meet
certain prespecified triggers; see Section C.3. Statistical Guidelines. The reports
will be prepared by the unblinded Merck biostatistician. Additional meetings may
be held if deemed necessary by the DSMB, the SC, or Merck.

MRK-00420014585

VIGOR Data Analysis Plan                                         64

### APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## B. FUNCTIONS AND RESPONSIBILITIES OF THE DSMB

1. The DSMB will monitor the conduct of the study.  Summary reports prepared by Merck's Worldwide Clinical Quality Assurance Resources (WCQAR) will be reviewed by the DSMB to ensure quality of data.

2. The DSMB will monitor emerging study data.  The DSMB has the responsibility to request data specific efficacy and/or safety data reports. Unblinded data reports will be reviewed for adverse or beneficial treatment effects and participant safety.

3. The DSMB may recommend modification of the VIGOR protocol or early termination of the trial if emerging data show unexpectedly strong beneficial effects of treatment or unexpected adverse effects of treatment.  The DSMB presents and discuss these recommendations to the Advisory Committee (a subcommittee of the SC) thus avoiding unblinding of the entire SC. The Advisory Committee presents the recommended action for approval of the SC.

4. The DSMB is responsible for insuring that the study data are analyzed appropriately and will advise the Merck statistician of any revisions needed in the content of the periodic data reports or the analyses performed.

5. The DSMB must keep results from unblinded data reports and their interpretations confidential.  At the conclusion of the study, and at such other times as may be deemed appropriate by the DSMB, the DSMB will release unblinded study data to the VIGOR SC and Merck.

## C. INTERIM DATA MONITORING BY THE DSMB

### 1. Meetings and Progress Reports

The first DSMB meeting will be an open meeting held early during the start up of the trial. The purpose of the initial meeting is to establish ground rules and give the DSMB an understanding of the expectations of Merck and the SC. The unblinded Merck statistician will attend, and it should be made clear that from that point on this statistician's first responsibility with respect to the clinical trial will be to the DSMB.  Ground rules for dealing with confidential information will be discussed at this meeting.

VIGOR Data Analysis Plan                                              65

APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. <u>INTERIM DATA MONITORING BY THE DSMB</u> (CONT.)

The next meeting will take place approximately 4 months after the estimated date of Last Patient In (LPI) to review patient accrual and the first non-endpoint safety report. The frequency of future meetings will be determined at that time. The DSMB will also meet when the prespecified number of study outcome vents triggers an interim analysis. These will be closed sessions; however, at the discretion of the DSMB, Merck employees, SC members and/or Covance employees may be invited for the open portion of these meetings.   These meetings may either be face-to-face or by teleconference.

When the predetermined number of the PUBs has occurred, a detailed statistical report will be generated by the unblinded Merck statistician. The files used for these analyses will be frozen in the CTS database.  For PUB analyses, only events evaluated and ruled on by the Case Review Committee will be considered as endpoints in the analysis.

In general, statistical analyses will be based on the total cohort of patients randomized in the trial.  Although some data on some patients may be missing, all relevant data available from each patient will be employed in the analyses. In all principal analyses, patients will be included in the group to which they were initially assigned and this assignment will not be altered based on a patient's adherence to the assigned treatment program.

In addition to detailed reports at the time of scheduled interim analyses (see Section C.3.), non-endpoint reports on adverse experience, laboratory, and vital sign data will be prepared based on data 3 months after LPI (and reviewed with the DSMB approximately 1 month later) and subsequently at the request of the DSMB.   These reports will be generated in a similar manner to the PUBs outcome report, i.e., by the unblinded Merck statistician using data from the CTS system merged with treatment assignment information that is in her possession.

These detailed statistical reports on unblinded, grouped data will be sent to members of the DSMB for their review a few days before closed DSMB meetings.  At the end of each meeting, members will vote on whether the trial should be stopped.  All communication with the DSMB must be considered privileged information, and therefore only the chairman of the DSMB may communicate with Merck or the SC.  After each meeting, the chairman of the

MRK-00420014587

VIGOR Data Analysis Plan                                                66

### APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

DSMB will prepare a status report for Merck and the SC chairman. This report will include a summary of the open session, and brief statement of their recommendation concerning the conduct of the trial. Typically, this will simply state that the DSMB has reviewed the interim data and recommends that the trial continue unchanged.

In order to document discussion of interim reports, Dr. Deborah Shapiro will prepare draft minutes of the closed sessions, send it to the DSMB chair for his comments and approval, and then distribute the minutes to the DSMB members. Dr. Shapiro will retain copies of these minutes, and forward them to the SC chairman at the conclusion of the trial.   These reports will be prepared according to the procedures for preparation of confidential reports as outlined in Section D.3.

In the event that these analyses reveal differences between the treatment groups that are judged unlikely to be due to chance (see Section C.3.), the DSMB will consider whether such differences warrant modification of the protocol or early termination of VIGOR in light of the other considerations outlined in Section C.4. When the DSMB has recommended early termination or protocol modification, the progress report should be issued after the SC has made a decision on this recommendation, and it should give a brief overview of the recommendation and the decision. The status report should not reveal any unblinded information unless this is considered necessary by the DSMB chairman. Whenever unblinded information is released, the recipients need to sign confidentiality statements.

The DSMB has the right to call unscheduled meetings for reasons not declared to the SC or to Merck. In some cases, the existence of these meetings may be known only to DSMB members. Minutes of such meetings will be kept on file, but reports from these meetings may not be sent to Merck or the SC until the conclusion of the trial.

### 2. Recommendations for Early Termination and Protocol Modification

If the DSMB determines that the protocol should be terminated, or that the protocol should be modified to protect patient safety, the DSMB chairman should immediately contact the SC chairman. If the SC chairman agrees that the recommendation has merit, he or she must call a meeting of the Advisory

/MK-0966/DAP/RA182.DOC\APPROVED                                         15-Mar-2000

MRK-00420014588

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2064**

VIGOR Data Analysis Plan                                          67

APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

Committee. This meeting will include members of the DSMB, the Advisory
Committee, and the unblinded Merck statistician. As is the case in the DSMB
meetings, the unblinded statistician will attend the presentation and discussion
of the results, but not the private committee deliberations and votes. All
participants in this meeting should sign confidentiality agreements prior to
reviewing any unblinded results.

It is extremely important that Merck not interfere with the proceedings of the
DSMB and Advisory Committee. Therefore, with the exception of the
unblinded statistician, Merck will not be informed of this meeting and will not
be invited to attend; however, the Advisory Committee should have the option
of soliciting input from Merck if deemed necessary. Following this meeting,
the Advisory Committee will take the recommendation back to the full SC, and
that group will decide whether or not to accept the DSMB's recommendation.
The Advisory Committee reserves the right to invite the chairman of the DSMB
to this meeting. The SC has full authority to accept or reject the DSMB's
recommendation.

Following any decision to terminate or modify the protocol, Merck senior
management must be informed as quickly as possible, through the SC chairman
and the DSMB progress report.

### 3. Statistical Guidelines

#### a. Adjustment for Repeated Significance Tests

Interim data analyses pose well recognized statistical problems related to the
multiplicity of statistical tests to be conducted on the accumulating set of
data (Armitage et al., 1969; McPherson, 1975; Pocock, 1982). For example,
under the simple model for classical sequential methods, the Type I error
(false positive) rate increases from the nominal 0.05 level at the first test to
0.14 at the fifth test, 0.19 at the tenth test, and ultimately approaches 1.0 as
the number of tests goes to infinity. The general strategy for overcoming
the multiplicity problem is to adjust the Type I error rates of the individual
tests so that the overall rate corresponds to the nominal level of 0.05.

MRK-00420014589

VIGOR Data Analysis Plan                                            68

### APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

The group sequential method of Lan and DeMets (1983) is one widely used approach to adjusted Type I error rates for a sequence of tests. Hwang, de Cani, and Shih (1990) have extended this procedure to a general $\gamma$ family of $\alpha$ spending rate functions. Like the Lan and DeMets procedure, one chooses a specific $\alpha$ ($\gamma$, t) spending function in advance so that one determines the rate of spending of the overall Type I error probability level. The boundaries constructed by the $\alpha$ ($\gamma$, t) functions are determined by $\gamma$, and by past and current times, but not by future times, nor by the total number of analyses. Furthermore, intervals between tests may be unequal. The method is dynamic in the sense that tests can be added and removed as the trial progresses while maintaining the desired overall error rate. The protocol specifies a predetermined $\alpha$ spending function of $\alpha$ (-4, t) and one planned analysis. Since the total information for the study is the total number of patients with primary confirmed (adjudicated) PUBs and not the total number of patients randomized, it would be inappropriate to schedule the interim analyses according to the calendar time or to the fraction of the total number of patients, Rather, the analyses will be scheduled with respect to the information time in terms of the fraction of patients with PUBs. Hence, the 2 planned analyses will be scheduled on the information time at $t_1$=0.5 (60 patients with PUBs) and $t_2$=1.0 (120 patients with PUBs). The group sequential boundary (two-sided, $\alpha$=0.05) for the scheduled analyses will be 2.753 ($\alpha_1$=0.0059) and 1.982 ($\alpha_2$=0.0475).

The Hwang, de Cani, and Shih procedure will be formally applied to the primary analysis which is most important in terms of leading to a decision to stop the trial prematurely due to significant differences. This is also the endpoint upon which the trial is powered. However, due to the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, the study should only be stopped at the interim analysis if the primary endpoint crosses the boundary of 0.0059 and the secondary endpoint of confirmed complicated PUBs crosses a boundary of 0.05 (which implies that the magnitude of effect will be at least as great as for the primary endpoint). Since this will be a closed procedure, i.e., the significance of the secondary endpoint will only be evaluated after a finding that the primary endpoint has crossed the significance boundary, there will be no $\alpha$-adjustment necessary

VIGOR Data Analysis Plan                                      69

### APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

for the secondary endpoint at the final analysis. These endpoints will be analyzed using a Cox regression via proportional hazard model. Only PUBs adjudicated by the Case Review Committee will be used in the analysis.

The assessment of other outcomes and adverse experiences specified in the protocol will use these same monitoring procedures as working guidelines. For each of these interim analyses, the observed test statistic, critical value, and significance level will be reported. For monitoring adverse event data which may take place more often than the monitoring of outcome data and for which no specific provision has been made in the protocol, it may be appropriate to apply a stringent criterion for assessing significance.

### b. Multiplicity of Analyses

Another consideration when interpreting the results of statistical tests is the number of analyses for individual variables conducted for a given report. If tests of significance are carried out on k variables, each at a level $\alpha$, then the probability that at least one will be significant by chance alone could be as high as $1 - (1 - \alpha)^k$ if they are independent. For example, if k=50 and $\alpha$=0.05, this probability could be as high as 0.92. The Bonferroni inequality (Miller, 1966) provides a simple but conservative adjustment for this by requiring that each analysis be carried out at the level $\alpha'=\alpha/k$ to ensure that the Type I error for the total study does not exceed $\alpha$. For $\alpha$=0.05 and k=50, each test would have to be done at an $\alpha'$=0.001 so that the probability of one or more chance finding does not exceed 0.005.

Because of correlation among endpoints, the Bonferroni approach is generally considered excessively conservative and an inappropriate way to adjust for the number of analyses. Instead, the DSMB will be conservative in the interpretation of the analyses and will look for consistency across variables. By prespecifying a small number of hypotheses to be tested, the risk of false significance is somewhat controlled. In addition, a principal outcome variable, confirmed PUBs, has been declared to help guard against the problem of testing multiple variables.

MRK-00420014591

VIGOR Data Analysis Plan                                    70

APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

### 4. Additional Considerations in Interpreting the Data

In addition to the statistical procedures described above, other considerations
will be taken into account in interpreting the data.  It is important for these
additional considerations to be stated in advance to assure both the VIGOR
participants and investigators, who are masked to the data, that the DSMB will
carefully consider many issues related to safety and efficacy and will
recommend protocol changes or study termination if warranted.  Two very
important additional considerations will be: (1) the consistency of the observed
differences between treatment groups in variables that should be associated with
one another, and (2) the importance of these differences to the health and safety
of individuals in the trial.  There is also a desire on the part of the sponsor and
the FDA to have a substantial number of patients with long term (9 months to
1 year) experience on the test drug.  This should be an additional consideration
for the DSMB when recommending protocol changes or study termination.

In interpreting the data related to adverse events, it is important to consider the
role of chance.  In addition to considering each adverse event individually, the
DSMB will consider all the data together, and perform any necessary additional
analyses, before making a recommendation that the trial be modified or stopped.

Any differences between treatment groups in either outcome variables or
adverse events will be considered for both their statistical significance and
clinical importance.  These considerations for interpretation of data require the
combined expertise of clinical and statistical experts.  A number of specific
considerations for interpretation of these data can be stated in advance:

a. Whether the magnitude or character of an observed difference constitutes a
   clinically important benefit or risk;

b. Whether the risk under consideration is outweighed by assessment of the
   overall potential benefit of therapy;

c. Whether the results could be explained by possible differences in baseline
   variables between the groups;

d. Whether results could be due to ascertainment bias caused by differences in
   treatment regimens;

MRK-00420014592

VIGOR Data Analysis Plan                                                 71

APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## C. INTERIM DATA MONITORING BY THE DSMB (CONT.)

    e.  Whether the results are consistent with those for other variables that should be associated with the variable in question;

    f.  Whether the results are consistent among various key subgroups of participants involved in the study;

    g.  Whether it is likely that current trends in the data could be reversed if the trial were to be continued unmodified;

    h.  The degree of additional precision or certainty in the results that could be obtained by continuing the trial; and

    i.  Whether there would be significant loss in external validity or credibility of the trial by a change in the protocol or by discontinuation.

In summary, a recommendation to modify or discontinue the trial would not be based solely on statistical grounds. Rather the DSMB supports the view voiced by Canner, on behalf of the Coronary Drug Project (1981), that in clinical trial decision making, "No single statistical decision rule or procedure can take the place of the well reasoned consideration of all aspects of the data by a group of concerned, competent, and experienced persons with a wide range of scientific backgrounds and points of view."

## D. IMPLEMENTATION OF INTERIM ANALYSES

In order to perform interim analyses, it will be necessary for the Merck statistician to run unblinded analyses during the course of VIGOR. The purpose of this section is to explicitly define procedures that will restrict access to individual treatment assignments and to the unblinded group analyses during interim reporting.

### 1. Individual Treatment Assignments

The VIGOR data will be maintained at Merck in the CTS database. Actual individual treatment assignments are not included in these database tables until study unblinding. In the interim, a sham treatment assignment file will be created that can be used to develop the data analysis programs which will generate the unblinded, interim reports. The individual treatment assignments will be stored by the statistician on a read-write password-protected file on her

VIGOR Data Analysis Plan                                                72

APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## D. IMPLEMENTATION OF INTERIM ANALYSES (CONT.)

personal computer (PC) along with a back-up copy on a read-write password-protected zip disk which will be locked when not in use. The statistician will merge data files from the CTS database with the actual individual treatment assignments in a SAS temporary directory and will make sure that this directory is deleted from the computer hard drive at the conclusion of the SAS session. Study data and programs will reside either on the UNIX system or the statisticians PC. Both the statistician's PC and UNIX account will be password-protected so that even an absence from the office of more than a few minutes will require entry of a password known only to the statistician in order to use the PC and the UNIX system. It may be necessary for computing speed to temporarily upload the actual treatment assignment data to the PC or UNIX system. The statistician will set security permissions such that no one else will have access to those temporary files and unblinded program output on this system; that is, it will be both read- and write-protected from access by any other individual. Non-sensitive programs (but not output) may be shared with a statistical programmer; sensitive programs and all program output will be read- and write-protected.

**2.   Unblinded Interim Analyses of Grouped Data**

Access to the unblinded, grouped data will be restricted to Dr. Shapiro. A careful effort will be made to ensure that no other staff member or investigator see unblinded analyses.

The following additional steps are proposed to ensure that unblinded, interim results remain confidential:

a.   All analyses of unblinded data will be printed on the statistician's personal printer (located in her office or at her home) onto colored paper with the statement "CONFIDENTIAL" printed across the top of each page.

b.   Data tables will be fully programmed using the sham treatment assignment file so that they will not need to be word processed. It will be the responsibility of Dr. Shapiro to organize the unblinded analyses and create sufficient numbered, colored copies for each member of the DSMB.

VIGOR Data Analysis Plan                                                      73

## APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## D. **IMPLEMENTATION OF INTERIM ANALYSES (CONT.)**

    c.  As an additional precaution, all unblinded analyses for these reports will have treatment assignments labeled by "A" and "B", rather than the actual name of the treatment. The same letters will be used throughout the report for each treatment, thus unblinding will require more than a cursory examination of a single page of the report. At the closed DSMB meeting during which these reports are reviewed, members will receive the actual treatment codes. At the conclusion of the closed meetings, members will return the numbered, colored copies of the reports to Dr. Shapiro who will shred them. If the meetings are teleconferences instead of face-to-face meetings, members will return the reports to Dr. Shapiro by prepaid mailing envelopes. Unblinded minutes of these meetings will be prepared by Dr. Shapiro on colored paper and sent to the DSMB members for their review. The minutes will then be returned to Dr. Shapiro by Federal Express, and she will destroy them and retain an electronic copy on a read-write password-protected PC file with a back-up copy on the read-write password-protected zip disk.

### References

1.  Armitage P, McPherson CK, Rowe BC. Repeated significance tests on accumulating data. JR Statist Soc 1969;132:235-44.

2.  Coronary Drug Project Research Group. Practical aspects of decision making in clinical trials: the Coronary Drug Project as a case study. Controlled Clinical Trials 1981;1:363-76.

3.  Hwang IK, Shih WJ, de Cani JS. Group sequential design using a family of Type I error probability spending functions. Stat in Medicine 1990;9:1439-45.

4.  Lan KKG, DeMets DL. Discrete sequential boundaries for clinical trials. Biometrika 1983;70:649-53.

5.  McPherson K. Statistics: the problem of examining accumulating data more than once. NEJM 1975;290:501-2.

6.  Miller RG. Simultaneous Statistical Inference, McGraw Hill, New York 1966.

7.  Peto R, Peto J. Asymptotically efficient rank invariant test procedure (with discussion). JRSS A 1972;135:185-206.

MRK-00420014595

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2071**

VIGOR Data Analysis Plan                                           74

### APPENDIX 2 (CONT.)

Interim Monitoring Guidelines for **VIGOR**

## D. <u>IMPLEMENTATION OF INTERIM ANALYSES</u> (CONT.)

8.  Prentice RL.   Linear rank tests with right censored data.   Biometrika 1978;65:167-79.

9.  Pocock SJ.   Interim analyses for randomized clinical trials:   the group sequential approach. Biometrics 1982;38:153-62.

10. Tsiatis AA.  Repeated significance testing for a general class of statistics used in censored survival analysis.  JASA 1982;77:690-700.

MRK-00420014596

MK-0966, Reference P088C, Appendix 3.5.1 (Cont.)          **2072**

VIGOR Data Analysis Plan                                          75

## APPENDIX 3

### Committee Members

**Steering Committee**

Dr. Claire Bombardier (chair)
Dr. Peter Brooks
Dr. Ruben Burgos-Vargas
Dr. Thomas Capizzi
Dr. Barry Davis
Dr. Richard Day
Dr. Marcos Ferraz
Dr. Chris Hawkey
Dr. Marc Hochberg
Prof. Tore Kvien
Dr. Loren Laine  (co-chair)
Dr. Alise Reicin
Dr. Tomas Schnitzer
Dr. Arthur Weaver

**Executive Committee**

Dr. Claire Bombardier
Dr. Thomas Capizzi
Dr. Richard Day
Dr. Marc Hochberg
Dr. Loren Laine
Dr. Alise Reicin

**Advisory Committee**

Dr. Claire Bombardier
Dr. Barry Davis
Dr. Chris Hawkey
Dr. Loren Laine
Dr. Deborah Shapiro (consultant)

**Data Safety and Monitoring Board**

Dr. David Bjorkman
Dr. James Neaton
Dr. Alan Silman
Dr. Roger Sturrock
Dr. Deborah Shapiro (non-voting)
Dr. Michael Weinblatt (chair)

**Case Review Committee**

Dr. Marie Griffen (chair)
Dr. Dean Jenson
Dr. Michael Langman

**Publications Committee**

Dr. Claire Bombardier
Dr. Thomas Capizzi
Dr. Richard Day
Dr. Marc Hochberg
Dr. Loren Laine
Dr. Alise Reicin
Dr. Tomas Schnitzer

/MK-0966/DAP/RA182.DOC\APPROVED                    15-Mar-2000

MRK-00420014597

VIGOR Data Analysis Plan                                             76

## APPENDIX 4

### Memo From Mr. Cook 4S — Significance Level Adjustment

4S was conducted as a group sequential trial. Interim analyses were planned after 100, 200, and 350 deaths with a final analysis after 440 deaths, unless the study were stopped earlier based on results from the interim analyses. The stopping rule was to be applied only to the primary efficacy variable—total mortality. Because of the interim analyses, the 4S data analysis plan called for the nominal significance level obtained from the final analysis of total mortality to be adjusted for the interim analyses that were performed. This memo outlines the procedure that was done to obtain the adjustment.

In the past few years there has been considerable interest in sequential statistical methodology. A review paper by Jennison and Turnbull (1990) is a good source of information on this methodology. While there are many papers on how to create sequential boundaries that preserve an overall alpha-level, the literature on how to report results of group sequential trials is rather sparse. There are some authors who advocate no adjustment at all (Dupont, 1983 and Berger, 1985). This seems to be what is usually found in reports of clinical trials that use interim analyses. A final unadjusted p-value along with a description of the interim analysis plans and determination of when the sequential boundary was crossed are all that is reported. Especially for trials that use an alpha-spending function that is conservative at the initial interim analyses, this is probably sufficient since the nominal significance level will be close to the adjusted significance level. For example, using a 4-stage O'Brien and Fleming procedure (alpha=0.05, beta=0.10) results in a critical value of $c_4=2.024$ which is very close to the fixed sample test critical value of 1.96 (Jennison and Turnbull, 1990, p. 302).

The situation that arose in 4S (i.e., the sequential stopping boundary was crossed at 381 deaths, the Data and Safety Monitoring Committee recommended stopping the study based on that interim analysis, but 438 total deaths occurred before the study could actually be stopped) has not been discussed in the literature. The papers closest in content to the 4S situation are by Kim and DeMets (1987) and Jennison and Turnbull (1989) which use the stopping boundaries at the actual interim and final analyses to construct confidence intervals. This approach was used to determine the adjusted p-values for total mortality in 4S.

Paraphrasing from Jennison and Turnbull, page 302, the constants $\{c_1,c_2,c_3\}$ corresponding to the analyses at 100, 221, and 438 deaths were chosen to control the type I error probability, i.e., $\Pr\{|Z_1| \geq c_1 \text{ or } |Z_2| \geq c_2 \text{ or } |Z_3| \geq c_3\}=\alpha$.

An additional boundary point at 383 deaths was not used, since the study crossed the boundary at that point, no additional hit on the $\alpha$ level was required and the analysis at 438 deaths could be considered as a follow-up with complete information.

MRK-00420014598

VIGOR Data Analysis Plan                                                    77

## APPENDIX 4 (CONT.)

Memo From Mr. Cook 4S — Significance Level Adjustment

The nominal significance level at the $k$th analysis is defined to be the marginal probability

$$\alpha_k = \Pr\{|Z_k| \geq c_k\}.$$

The 4S protocol specified that the $\gamma$-family of $\alpha$-spending rate function of Hwang, de Cani, and Shih (1990) would be used, in particular the $\alpha(-4, t)$ spending rate. This spending rate function has the property that once the value of $\gamma$ (equal -4 in this case) is specified, stopping boundaries $c_k$ can be created for any given number of interim analyses and set of information times. Given the information times in 4S (equal to 100/438, 221/438, and 438/438) and the prespecified $\alpha$-spending function, a program by Lan and DeMets can be used to obtain the boundary points and nominal significance levels for any desired overall significance level $\alpha$. Conversely for a given nominal significance level at the final analysis, the overall (or adjusted) significance level $\alpha$ can be determined using the same program.

In 4S the nominal significance level at the final analysis for total mortality was $p=0.00026$. Using the Lan and DeMets program, the $\alpha$-spending function and the actual information times of the analyses, one obtains an adjusted significance level of $p=0.00029$.

### References

1. Berger JO. Statistical Decision Theory and Bayesian Analysis, 2nd ed. Springer, New York 1985.

2. Dupont WD. Sequential stopping rules and sequentially adjusted p-Values: Does one require the other? Controlled Clinical Trials 1983;4:3-10.

3. Hwang IK, de Cani JS, Shih WJ. Group sequential tests using a family of Type I error spending rate functions. Statistics in Medicine 1990:9.

4. Jennison C, Turnbull BW. Interim analyses: The repeated confidence interval approach (with discussion). J Roy Statist Soc Ser 1989;B51:305-61.

5. Jennison C, Turnbull BW. Statistical approaches to interim monitoring of medical trials: a review and commentary. Statistical Science 1990;5:299-317.

6. Kim K, DeMets DL. Confidence intervals following group sequential tests in clinical trials. Biometrics 1987;43:857-64.

78

MK-0966 Data Analysis Plan

## APPENDIX 5

### Summary of Analysis

| Endpoint | Analyses |
|---|---|
| Confirmed PUBs | **Primary Analysis:**<br>Time-to-first-event by Cox Proportional Hazard Model[†] (APR)<br>**Secondary Analyses:**<br>Time-to-first-event by Cox Proportional Hazard Model[†] (APR)<br>Time-to-first-event by Cox Proportional Hazard Model[†] (PP)<br>**Subgroup Analyses**<br>Models on time-to-first-event by Cox Proportional Hazard Model with treatment and prespecified subgroups as factors including examination of interactions between treatment and subgroup (done 1 subgroup at a time) (APR)<br>**Imputation of Rates Sensitivity Analyses:**<br>95% confidence interval on difference in proportions for treatment group specific rates imputation and on average rates imputation |
| Confirmed and Unconfirmed PUBs | Time-to-first-event by Cox Proportional Hazard Model[†] (APR) |
| Confirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model (APR) |

/MK-0966/DAP/RA182.DOC APPROVED--15-Mar-2000

MRK-00420014600

MK-0966 Data Analysis Plan

79

## APPENDIX 5 (CONT.)

### Summary of Analysis

| Endpoint | Analyses |
|---|---|
| Confirmed and Unconfirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model[†] (APR) |
| Any GI bleed | Time-to-first-event by Cox Proportional Hazard Model[†] (APR) |
| Dropout due to any reason and due to other prespecified reasons | Time-to-first-event by Cox Proportional Hazard Model[‡] (APR) |
| Efficacy Measures: Global Assessments of Disease Status and Modified HAQ | **Main Analysis:** Average over treatment period for Patient and Investigator Global Assessments of Disease Status and Modified HAQ; 95% between-group confidence intervals will be provided <br> **Additional Analysis:** <br> Time-to-discontinuation due to lack of efficacy by Cox Proportional Hazard Model[‡] (APR) |
| Targeted Adverse Experiences | Time-to-first-event by Cox Proportional Hazard Model[§] (APR) |
| Laboratory and Viral Sign PDLC | 95% confidence interval on difference in proportions |
| Other Adverse Experiences | 95% confidence interval on difference in proportions |

[†] With treatment as explanatory factor, stratum as stratification variable.
[‡] With treatment as explanatory factor, stratum and study region (U.S./multinational) as stratification variables.
[§] With treatment as explanatory factor.

/MK-0966/DAP/RA182.DOC APPROVED--15-Mar-2000



**MEMO**

**TO:**     Paige Reagan


**FROM:**   Thomas Capizzi

**SUBJECT:** VIGOR (Protocol 088 and 089) Amended DAP process          **DATE:** 6/6/00

In December 1999, as blinded VIGOR statistician, I initiated development of an amendment to the VIGOR DAP in collaboration with Dr. Alise Reicin, the study monitor (who was still blinded). Deborah Shapiro, the unblinded Merck DSMB statistician, did not participate in amendment process. This approach is consistent with Merck MAPP 23. Final signatory approval by blinded reviewers (as defined by MAPP 38) was obtained by March 7, 2000 which was 2 days prior to study unblinding. These reviewers were David Blois, Eric Floyd, Alan Nies, Leonard Oppenheimer, Beth Seidenberg, Sandy Simpson, and George Williams. The approval forms were placed in the original regulatory file.

The changes made to the plan can be summarized as follows:

1. changes and clarification to non-PUB safety analysis plan
2. modification to original study unblinding plan
3. inclusion of an additional sensitivity analysis
4. strategy for health care utilization analysis deleted..

The detailed changes are as follows

1. changes and clarification to non-PUB safety analysis plan

- The Analysis approach for adjudicated cardiovascular events was deleted since

  – These were not listed as pre-specified adverse experiences

  – However the DAP does provide a reference for the cardiovascular event adjudication SOP where the data analysis strategy appears.

- Change were made to the Predefined limits of change (PDLOC) in laboratory parameters section of the original DAP

  – In the amendment only primary definitions are described..

  – PDLOC criteria for platelet count and creatinine were modified

  – It should be noted that PDLOC was not monitored by the DSMB .

U:\GI_OUTCOMES\TABLES\vigordapamendment.doc

MK-0966, Reference P088C, Appendix 3.5.2 (Cont.)          **2078**

- More specific criteria was  given for GI bleeds, also a non-DSMB monitored endpoint.

2. modification to original study unblinding plan

- The original unblinding plan was amended to note that, after last patient out, a small report writing team (approximately 8 individuals)  will be unblinded to the results of the trial

- The revised DAP emphasizes that these individuals will neither  participate in data clean up process nor provide input on patients' care..

- The revised plan notes the any deviations to the stated unblinding plan will be documented.

3.  The revised plan included an additional PUB sensitivity analysis that excludes events occurring with "concomitant" drug use or, when medical conditions were present prior to first dose of drug.


4.  Reference to health care utilization data analysis strategy was deleted since data is not needed for regulatory purposes and the data is unavailable until early 2001.

U:\GI_OUTCOMES\TABLES\vigordapamendment.doc

MRK-00420014603