# Exhibit 7



Claire Bombardier MD, FRCPC
Senior Scientist and Clinical Research Coordinator
Institute for Work & Health
250 Bloor Street East, Suite # 702
Toronto, Ontario M4W 1E6
Phone: (416) 927-2027 ext 2132
Fax: (416) 927-4167
Website: http://www.iwh.on.ca

INSTITUTE FOR WORK & HEALTH
INSTITUT DE RECHERCHE SUR LE TRAVAIL ET LA SANTÉ

Our response to initial reviewer comments

# Fax

| To: VIGOR steering committee | From: Claire Bombardier, M. D. |
|---|---|
| Fax: | Pages: 1, including this cover sheet. |
| Phone: | Date: 07/18/00 |
| Re: Manuscript No. 00-1401 | CC: Loren Laine, Alise Reicin |

☑ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

• Comments

Please find enclosed the revised manuscript sent to the NEJM today as well as our detailed response to the editor of the NEJM, and to the reviewers comments.

Thanks to everybody for the hard work allowing a quick turnaround.

Will let you know as soon as we hear back.

Claire

Reicin
EXHIBIT NO. 19

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027393



Claire Bombardier MD, FRCPC
Senior Scientist and Clinical Research Coordinator
Institute for Work & Health
250 Bloor Street East, Suite # 702
Toronto, Ontario M4W 1E6
Telephone: (416) 927-2027 ext. 2132
Fax: (416) 927-4167
Website: http://www.iwh.on.ca

INSTITUTE FOR WORK & HEALTH
INSTITUT DE RECHERCHE SUR LE TRAVAIL ET LA SANTÉ

July 17, 2000

Manuscript No. 00-1401

Marshall M. Kaplan, M.D.
Associate Editor
The New England Journal of Medicine
10 Shattuck Street,
Boston, Massachusetts, 021115 - 6094

Dear Dr. Kaplan:

Thank you for your letter of June 30th, we have done extensive revisions to our manuscript in accordance with your letter and comments from the reviewers. We hope that these changes conform to your requests. Major changes are noted below. All reviewers' comments are also addressed in the attached response sheet. We have paid special attention to all of reviewer B's comments and to comments 1 and 2 from reviewer C and paragraphs 4,7, 8, and 9 from reviewer A. In response to your specific requests the following has been done:

- Table 1 (old Table 2) now provides information by group for the use of low dose H2 blocker medications. Please see our responses to reviewer A (comment 3) and reviewer C (comment 1). We believe that the way our table was put together has inadvertently raised ethical issues about the study design. The Steering Committee is quite sensitive to this since these issues were discussed in detail during the design and the conduct of the study. Great emphasis was placed on the requirement that patients not be removed from low dose aspirin or GI co-therapy in order to participate in the study. Due to space constraints in the paper we have simplified the table to avoid confusion. In addition we have add the following in the text on page 6

  *"Patients enrolled in the study were not felt to require use of these agents by their treating physicians. In addition, patients were not to have discontinued use of these agents, including low dose aspirin and anti-ulcer medications, to participate in this study."*

- We moved the efficacy section earlier (page 15) and expanded it. We also added a table showing the efficacy results (Table 4).

- The text now includes data on the effect of the medications on renal function (page 17). The following wording has been added:

  *"The incidence of adverse experiences related to renal function was low and similar between treatment groups (1.2 and 0.9% in the rofecoxib and naproxen group respectively, 95%CI of difference -0.1 to 0.8%); only 0.2% of patients in each treatment group discontinued due to these adverse effects."*

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027394

- The discussion is shorter and has been "toned down". We have minimized repetition of the results in the Discussion section.

- The manuscript and abstract adhere to your word count requirements.

- Table 1 is now an Appendix. We now have 5 tables (old tables 2, 3,4, and 5 plus a new efficacy table). Old figures 1, 3, and 4 have been removed. We would be willing to remove figure 1 (old figure 2) but would like to make a case for retaining it for the following reasons. The figure clearly shows a similar and constant risk for GI events with NSAID use (naproxen) over the whole 12 months of the study. This important finding addresses an ongoing debate in the literature, which states that the risk may decline over time. The figure also shows a constant risk reduction in the rofecoxib group throughout the study. These important points are lost in the rates per 100 patient-years in the tables, because of the aggregation over time. In addition, the figure allows the reader to see the number of patients exposed to the drugs for each point in time during the whole study. This helps the clinician interpret the data over time and allows for a comparison of our data to the 6 months MUCOSA study, the only other published large GI outcome study, which compared NSAIDs to NSAIDs plus misoprostol. Finally, the sponsors of the other approved COX-2 medication, celecoxib, have completed an outcome study, with a similar median and range of follow-up to our VIGOR study, but their primary analysis includes only 6 months of data. We believe that the reader will want to compare these studies. Because our primary analysis included all patients randomized throughout the complete follow-up period of 12 months, such comparison is not possible from our tables but can be seen visually in Figure 1.

- The title has been shortened

- We describe the role of the sponsor on page 8. The following wording has been added:

  *"A Steering Committee oversaw the study design, conduct, data analyses and drafting of the manuscript This Steering Committee was composed of 14 members, two of whom were employees of the sponsoring pharmaceutical company."*

- We provide references for all statistical tests (page 11, para 2) and state that all p-values are two-tailed tests (page 11, para 1, last sentence).

- We include a full-disclosure of potential conflict of interest for each author (See attached disclosure sheet).

- In response to your request to have only 12 authors at the top of the first journal page, please place the last name, Dr. Arthur Weaver, as an author at the bottom of the first journal page.

Please find enclosed two complete copies of the revised manuscript triple-spaced, as well as a diskette with the manuscript files.

Sincerely,

Claire Bombardier, M. D. FRCP
Professor of Medicine.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

## Response to reviewers comments:

### Reviewer A

1. *"In the methodology, how many of the 8,076 patients were studied in an academic center?"*

   The reviewer raises an interesting question but these data were not collected as part of this study and the definition of an academic center versus a private practice setting often varies from country to country and institution to institution.

2. *"Was the use of H2 receptor antagonists in the population studied monitored?"*

   Yes, concomitant use of H2 receptor antagonists was collected throughout the study. Indeed the use of gastroprotective agents was higher in the NSAID group, 14.5% in the naproxen group vs 11.2% in the rofecoxib group ($p < 0.001$)

3. *"What were the ethical considerations given to the inclusion of patients with a past history of an adverse GI event without the use of a proton pump inhibitor or misoprostol?"*

   The ethical aspects of including patients with a past history of adverse GI events without the use of a PPI or misoprostol were carefully considered by the entire steering committee during the development of the protocol. We were very careful to clearly and strongly indicate in the protocol that no patient who needed to receive GI protective therapy for a past history of GI events should be entered in the study. Furthermore, no patient on these drugs could have these drugs discontinued for enrollment in the study.

   The mean time from the prior GI event to enrollment in the study was 12 years, indicating a remote history in most patients. In addition, of the 630 patients with a prior GI history only 31 were taking excluded GI cotherapy chronically at baseline; therefore the overwhelming majority of these patients were taking NSAIDs without GI co-therapy at the time of screening. In addition, of the 31 patients taking excluded GI co-therapy only 21 patients discontinued these medications upon entry (including 4 patients who discontinued therapy more that 30 days prior to randomization); 10 patients continued excluded GI co-therapy during the study. None of the patients with a past history of a GI event who discontinued excluded GI cotherapy developed a GI event during the study. Of note, these protocol violators were included in our primary analysis which includes all patients randomized.
   A clarification of the exclusion criteria for GI comedications has been added (page 6, para 1, last sentence).

   "Patients enrolled in the study were not felt to require use of these agents by the treating physicians. In addition, patients were not to have discontinued use of these agents, including low dose aspirin and anti-ulcer medications, to participate in this study."

4. *"Is there a difference in adverse events or spontaneous adaptation to NSAIDs use dependent upon whether the NSAID is given sporadically or continuously?"*

   In our study the NSAID was administered continuously, as is required for the treatment of patients with rheumatoid arthritis. Therefore our study cannot answer this very interesting question.

5. *"On page 16, is the relative risk in patients using rofecoxib or naproxen statistically different dependent upon the H. pylori status."*

   Yes, the relative risk of experiencing a GI event in patients using rofecoxib compared with naproxen was statistically different dependent on the H. pylori status. We have modified the wording in the text to clarify this for the reader on page 14, last para.

*Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois*

"Subgroup analyses revealed no significant treatment-by-subgroup interaction in the following subgroups: prior GI events, age, gender, race, corticosteroid use, and study site location. Treatment with rofecoxib significantly reduced the incidence of clinical GI events regardless of H. pylori serology (HM-CAP, Enteric Products, and NY) status at baseline. The relative risk for clinical GI events for rofecoxib vs. naproxen was 0.32 (95% CI, 0.19 to 0.52) in H. pylori-negative patients and 0.62 (95% CI, 0.40 to 0.95) in H. pylori-positive patients. These relative risks were statistically different as evaluated by a test of treatment by subgroup interaction (p=0.043)."

6. *"On page 20, it states that the relative risk reduction of GI complications with rofecoxib was 67% at 6 months exceeding the 40% reduction achieved with concomitant use of misoprostol. Are there any data relative to the addition of the proton pump inhibitor rather than misoprostol?"*

Prior to the VIGOR outcome study, the MUCOSA study [1] was the only large trial powered to look at serious clinical GI events (instead of endoscopic events). The MUCOSA study compared NSAIDs vs. NSAIDs plus Misoprostol; similar outcome data for clinically important GI events are not available for proton pump inhibitors.

[1] Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995; 123:241-249.

7. *"On page 22, you state that the present study did not include a placebo group but comment that the relative risk of complicated GI events is similar to non NSAID users from a previous meta-analysis. In a patient who has had a gastrointestinal hemorrhage from a duodenal ulcer a year ago and now requires a selective COX-2 inhibitor, is it necessary or desirable or mandatory to place that patient on protective agents such as a proton pump inhibitor? How much safer would that be than the use of a COX-2 selective drug without a proton pump inhibitor?*

The reviewer asks clinically relevant questions regarding the use of protective agents which, unfortunately, cannot be answered by our study--or any available studies. Furthermore, discussion of the questions is relatively complex, since clinical decisions in the case presented by the reviewer would vary depending on factors such as H. pylori status and subsequent H. pylori therapy, whether the patient was taking NSAIDs at the time of the bleeding episode, the patient's age and concurrent medical illnesses, and the severity of the bleeding episode. Any comments we make regarding the use of protective co-therapy would not be evidence based, but would merely represent the opinions of the authors. Thus, we feel it most appropriate to mention this important issue in the Discussion and indicate that it has never been assessed. We have added the following sentence on page 19, para 2.

"The current trial could not include a placebo group, and no trial has assessed whether COX-2 selective inhibitors or the combination of nonselective NSAIDs plus protective agents (misoprostol, proton pump inhibitors) will achieve rates of GI clinical events comparable to placebo."

8. *"On page 24, with respect to the difference in myocardial infarction in patients on rofecoxib vs naproxen, I certainly can see that the anti-platelet effect of naproxen could be beneficial whereas the fact that rofecoxib has no effect on platelets would not be potentially protective. I wonder if the patients who has such a past history should have been placed on an anti-platelet agent rather than being placed into the study."*

Yes, the reviewer is correct; patients in need of an anti-platelet agent for cardioprotection were not to be included in this trial. The VIGOR study is a major outcome trial, which mimics routine clinical practice. In the 8,000 patients randomized from 23 different countries around the world, we found that some patients who met criteria for secondary prevention were not judged by their treating physicians to need aspirin. Data from the U.S. National Ambulatory Medical Care Survey [1] indicates that only a quarter of U.S. outpatients with coronary disease are taking aspirin. Therefore it is not surprising that in our study 4% of patients meeting secondary prevention criteria were not taking aspirin as part of

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

their usual care outside of the study. The protocol stated explicitly that patients who required antiplatelet agents should be excluded from the study and that no patients should stop antiplatelet agents in order to meet inclusion criteria. The majority of investigators adhered to these instructions. As mentioned in the response to comment 3 above, we have now added a statement to make it clear that patients requiring aspirin or other anti-platelet agents were not to be included in the trial, and that their medications were not to be discontinued in order for them to be enrolled.

*[1] Stafford RS. Aspirin use is low among United States outpatients with coronary artery disease.* Circulation. 2000; 102:1097-1101.

9. *"Were the requirements for blood transfusion, surgery for GI disease and hospital days similar in both groups during the course of the study?"*

Surgery and the need for blood transfusion are uncommon events and our study was not powered to detect differences between groups in these events. We did not collect days of hospitalization but differences in the number of hospitalizations between the two group was a preplanned analysis, these results showed that hospitalizations were higher in the NSAID group (rofecoxib 0.4% vs naproxen 0.9%) and statistically significant p = 0.01.

10. *"On page 25, has there been any published data other than the personal communication relative to reference number 33?"*

The data quoted on page 25 of the former manuscript include data from the Phase III OA studies which have previously been reported in abstract form (reference 33 of the old manuscript) as well as a safety analysis of two large ongoing trials in patients with Alzheimers disease and early dementia. Therefore for the latter results the only available citation is a personal communication. This is now clarified in the way the citations are inserted in the sentence.

11. *"On page 28, I am not sure what item number 4) and ass refers to"*

We thank the reviewer for pointing out this error, both "4)" and "ass" have been removed.

12. *"On page 30, under GI medication. Is there any statistical difference between 466 and 426? Likewise on the same page, is there any difference in the type of gastrointestinal events in the 314 and the 316 patients?"*

Baseline characteristics are presented for descriptive purposes and no formal statistical testing is done, but to answer the reviewer's question the p value for 466 vs 426 is 0.18. For those patients with a past history of GI events, the types of events are similar in both groups. In the rofecoxib group there were 91 patients with upper gastrointestinal bleeding, 287 patients with a past gastric or duodenal ulcer, 18 patients with perforations and 2 patients with obstructions. In the naproxen group there were 93 patients with upper gastrointestinal bleeding, 289 patients with a past gastric or duodenal ulcer, 17 patients with perforations and 6 patients with obstructions. (Note: Patients may have had more than one event, i.e. a patient may have had both an upper GI bleed and an ulcer; while these patients are counted in each individual category they are counted only once in the overall number of patients with a past upper GI event).

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



**Reviewer B**

- *"Page 3- Please include the RR and CI for MI, and this should also be mentioned in the conclusions."*

  RR and Confidence Interval for Myocardial Infarction are now in the abstract and in the result section. In addition, the following sentence as been added to the conclusion:

  "...... the lower rate of myocardial infarctions on naproxen needs further confirmation in larger studies" (page 21, last para)

- *"Page 17- last sentence- please say <u>association</u>, not <u>correlation</u>."*

  Page 16, para 1, last sentence, <u>correlation</u> has been replaced by <u>association</u>.

- *"The total number of figures plus tables should not total more than five."*

  As discussed in our response to the editor, the number of tables and figures has been reduced. Due to the request of the editor to add a table for efficacy and our belief that retention of old Figure 2 is worthwhile, the total number of figures and tables is now six.

- *"Table 1 could be an appendix."*

  Table 1 is now an appendix.

- *"Table 3-Please include the number of events as well as rates."*

  Old Table 3 (now table 2) includes the number of events as well as the rates.

- *"Figure 1-This could be deleted; the key data can be in the text."*

  Figure 1 has been deleted and the data is incorporated in the text, page 12, para 2:

  "Between January 1999 and July 1999, 9539 patients were screened and 8076 were enrolled in the study. The major reasons for exclusion were: contraindication to prolonged NSAID use (n= 246); positive fecal occult blood test (n=203); and failure to meet inclusion criteria (n=355). The median follow-up was 9.0 months in both treatment groups (range, 0.5-13 months). A total of 5742 (71.1%) patients remained on study medication until study termination. Discontinuation rates were comparable between treatment groups: in the rofecoxib group 29.3% discontinued medication (adverse events, 16.4%, lack of efficacy, 6.3%, other, 6.6%); in the naproxen group 28.5% discontinued medication (adverse events, 16.1%, lack of efficacy, 6.5%, other, 5.9%)".

- *"Either figure 2 or 3 could be deleted; both are probably not necessary."*

  Figure 3 has been deleted.

- *"Figure 4- The steroid finding is worthy of comment, even if the interaction is not statistically significant (the power for interactions is low). It may well be that the new agent has little benefit for those not treated with steroids."*

  Figure 4 has been deleted, as requested by the editor. While there was not a significant reduction in relative risk of confirmed PUBs in the subgroup not taking steroids at baseline, VIGOR was only designed to detect a significant reduction overall, and not within any specific subgroup. There were, however, reductions in relative risk in this subgroup albeit not significant. Whenever many subgroups are examined, it becomes likely that there will be no apparent effect in some of them purely by chance. That is why the test for interaction, although underpowered as you rightly pointed out, is the appropriate way to assess subgroup effects. When there is no treatment-by-subgroup interaction, the

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

more reliable estimate of treatment effect within a subgroup is the effect in the entire cohort [1]. It is quite remarkable, given these caveats, that there were reductions in relative risk in all the subgroups examined, and that all of the reductions were significant with the one exception of patients not taking baseline steroids.

Further evidence that the appropriate estimate of effect within this subgroup is the overall cohort estimate is provided by the prespecified combined analysis of 8 double-blind, efficacy studies in patients with osteoarthritis, as cited in our manuscript (reference 25). This analysis demonstrated a 50% reduction in the incidence of clinically important upper GI events with rofecoxib as compared to non-selective NSAIDs. None of the patients in this analysis were taking steroids at baseline, yet the 50% 49% estimate of the reduction in relative risk was remarkably similar to the 54% reduction in confirmed clinical upper GI events seen in the total VIGOR cohort.

For these reasons, one cannot conclude that there is a lack of benefit of rofecoxib in the steroid subgroup. The effect within the subgroup of patients not taking steroids at baseline should be considered no different than the effect within any other subgroup in which the interaction effect was not significant.

[1] Yusef S, Wittes J, Probstfield J, Tyroler HA. Analysis and interpretation of treatment effects in subgroups of patients in randomized clinical trials. JAMA 266:93-98, 1991

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



## Reviewer C

1. *"Critical confounding variables in a study such as this one.... compared to those not taking these medications."*

The reviewer has brought up several critical issues which are deserving of a detailed response. It is clear that by including the counts of patients who took GI co-therapy at baseline we have confused the reader.

GI co-therapies such as misoprostol which has been previously been shown to decrease the incidence of clinically important GI events in patients taking NSAIDs [1], were excluded to avoid confounding the results of the study. For ethical reasons, patients taking these medications at baseline, regardless of indication, were excluded from the study. In addition, investigators were explicitly instructed not to remove patients from these medications in order to enroll the patients. In general in this 8000 patient outcome study, the investigators adhered to these instructions. A total of 202 patients (2.5%) reported at least one dose of high dose H2 blockers, misoprostol, sucralfate or proton pump inhibitors prior to study entry (NOTE: This includes the 115 patients noted in the response to reviewer A who had a previous history of a GI event). Of these 202 patients, 33 patients had discontinued these medications more than 30 days prior to randomization. Of the remaining 169 on medication during the month prior to the study, 65 continued on these medications during the course of the study and therefore were protocol violators, and 104 discontinued these medications prior to randomization.

[1] Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995; 123:241-249.

The following medications were taken by the 202 patients who had reported at least one dose of an excluded GI medication prior to study entry (NOTE: Patients may have taken more than one of these medications and therefore the numbers below do not equal 202):

| | |
|---|---|
| High dose H2 blockers | n=48 |
| Proton Pump Inhibitors | n=77 |
| Misoprostol | n=91 |

The following reasons for use were given for the 202 patients who had reported at least one dose of an excluded GI medication prior to study entry. (NOTE: Patients may have taken more than one of these medications and if the reason for use was not the same these patients are represented twice therefore the numbers below do not equal 202):

| | |
|---|---|
| Dyspepsia | n=39 |
| Gastro Esophageal Reflux Disease | n=50 |
| Arthritis | n=71 |
| GI prophylaxis | n=54 |
| H. Pylori infection | n=1 |

The majority of patients with "arthritis" as the stated reason for use were on Arthrotec, which is a combination of diclofenac and misoprostol. It is possible that the investigators failed to remember that misoprostol is a part of this therapy.

To answer the reviewer's request, we compared the number of GI events in the 202 patients with "baseline" use of the above GI co-therapies to the number of events in patients not on these medications at baseline. As the table below outlines, the incidence was similar in the two groups. Thus,

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

while these patients were protocol violators, their inclusion in the study did not appear to have put them at higher risk for sustaining a GI event.

Analysis of Treatment by Baseline High-Dose GI Co-Medication Use Interaction
All-Patients-Randomized

| | No Baseline High-Dose GI Co-Medication | | Baseline High-Dose GI Co-Medication | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3938 | 3936 | 109 | 93 |
| Patients with events | 54 | 119 | 2 | 2 |
| Patient years at risk | 2637 | 2635 | 60 | 59 |
| Rate[1] | 2.05 | 4.52 | 3.32 | 3.37 |
| **Relative risk[2]** | | | | |
| Estimate | 0.45 | | 0.97 | |
| 95% CI | (0.33, 0.63) | | (0.14, 6.92) | |
| **Model Effects: Baseline High Dose GI Co-Medication Use vs No Use (Combined Treatments)[3]** | | | | |
| Estimate | 1.02 | | | |
| 95% CI | (0.38, 2.74) | | | |
| **Model Effects: Treatment by Subgroup Interaction[2]** | | | | |
| p-value | 0.450 | | | |

[1]Per 100 patient years at risk
[2]Cox model includes treatment, subgroup, and treatment by subgroup interaction
[3]Cox model includes treatment and subgroup main effect

Of the 4 patients in the high dose group who had events, one had received 10 days of omeprazole prior to study start as treatment for H. pylori infection, one had been receiving both omeprazole and ranitidine for heartburn (the omeprazole was stopped but the ranitidine was continued), one had received a short course of ranitidine (for epigastric pain) which had been stopped 30 days prior to randomization and one patient had been on Arthrotec for treatment of their rheumatoid arthritis (the patient did not have a prior history of an upper GI event).

We believe that this extensive review demonstrates that while a small number of patients were protocol violators an even smaller number had their GI co-medications stopped at the time of study entry. We can assure the reviewers that the members of the steering committee endeavored to conduct the study in an ethical manner and have patients treated according to good medical practices. These issues were highlighted at investigator meetings and during communications with the investigators during the study. Given the large numbers of patients, investigators, and countries involved it is unfortunate but not surprising that despite these efforts a few protocol violators were entered the study.

Due to the confusion that the table (i.e., the baseline table with the number of patients on GI co-therapy) has caused and the complexity required to explain the table we have changed the table to include only counts of patients who took low dose H2 blockers (allowed by protocol) at baseline.

2. *"In figure 1, two issues are important. First, why were approximately 1000 patients excluded? Secondly, it is stated that at baseline, 203 patients were excluded because they had FOB. Did all patients undergo FOB testing prior to entry? If not, how was it determined who should and who should not undergo FOB testing?"*

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



Figure 1 is now deleted as requested by the editor. To answer the reviewer's question, a total of 1,463 patients were not randomized. There were many reasons for this but the major ones have been added to the text: "The major reasons for exclusion were: a contraindication to prolonged NSAID use (n= 246); a positive fecal occult blood test (203); and failure to meet inclusion criteria (355)". (Page 12, para 1)

Other less common causes (not included in the text due to space constrains) were:

- 5.5% (n=80) uncontrolled hypertension
- 4.7% (n=69) use of misoprostol, sucralfate or therapeutic doses of H2 blockers in the last month
- 3.8% (n=55) use of antiplatelet agents including chronic low dose aspirin
- 3.1% (n=45) other chronic medications not at stable doses for at least two weeks
- 2.1% (n=30) history of neoplastic disease within the last 5 years
- 1.3% (n=19) creatinine clearance less than or equal to 30 ml/min
- 1.3% (n=19) active hepatitis/hepatic disease
- 1.2% (n=18) recent upper GI bleeding or ulcer felt to mandate use of misoprostol or other medications not allowed per protocol.

The remaining patients did not meet other exclusion criteria, withdrew consent or had an adverse experience between screening and randomization, which precluded enrollment in the study.

All patients were required as a part of the protocol to undergo FOB at baseline. This information has been added to the Study Population portion of the Methods section (page 6, para 1, line 2) Patients with a positive FOB at baseline were excluded from the study.

3. *"This study was performed on a specific group of patients (RA), which do not reflect the general population. Patients with RA may (and probably do) have an increased risk of GI complications as a result of their disease alone. It should be emphasized both in the abstract and in the discussion that this study may not be generalizable to other populations."*

We agree with the reviewer that this study, done in a high-risk population, may not, on its own, reflect the situation in the general population. However, our results add to the growing body of evidence showing that the GI risk reduction from COX-2 medications is consistent across a range of patients with different risk levels.

This consistency is found within our study as well as across studies. In our study, the treatment effect was similar across a range of subgroups with different baseline risks. Furthermore, our results are remarkably similar to those of a combined analysis of 8 double-blind studies in approximately 5,000 patients with osteoarthritis where a 50% risk reduction was also found (reference 24 in our manuscript). Rheumatoid arthritis and osteoarthritis are the major reasons for chronic use of NSAIDs in the general population, and our findings extend the osteoarthritis results to RA patients.

The following sentence in the discussion (page 18, para 2) hopefully addresses the point made by the reviewer (we were not able to incorporate it in the abstract because of word restriction):

"A 50% reduction in the incidence of clinically important upper GI events with rofecoxib vs. nonselective NSAIDs was previously demonstrated in a prespecified combined analysis of 8 double-blind, studies in 4921 patients with osteoarthritis [24]. Patients with rheumatoid arthritis have an increased risk of developing upper GI events compared to osteoarthritis patients [4]. Thus, the results of this study are consistent with those of the combined analysis and extend these findings to a high-risk patient population."

In addition, we removed part of the last sentence of the paper, which implied that these results were applicable to a broad range of patients. The last sentence now reads:

"The improved GI safety of rofecoxib has been independently demonstrated in patients with either osteoarthritis or rheumatoid arthritis."

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois





4. *"There is discussion (page 22) of a reduction of lower GI bleeding events with rofecoxib. More information about how lower GI Bleeding was measured as well as how it was differentiated from upper GI bleeding is necessary."*

The overall group of bleeding episodes was divided into upper GI episodes and episodes from a site beyond the duodenum (i.e., beyond the upper GI tract). We used the term lower GI clinical events on p. 22 (of the original manuscript) synonymously with events beyond the duodenum (beyond the upper GI tract). However, in order to avoid confusion and be precise, we have removed the mention of lower GI bleeding and consistently used the phrase "bleeding from beyond the duodenum." Upper GI bleeding (criteria listed in Appendix) required a bleeding site in the upper GI tract (esophagus, stomach, or duodenum), while GI bleeding from beyond the duodenum was defined as bleeding from a site distal to the duodenum which required hospitalization, study discontinuation, or a 2 g/dl drop in hemoglobin. These definitions have been clearly presented in the Methods (page 9, para2); the results are presented in the Results (page 14, para 1), and the revised Discussion (page 17, para 2) clearly indicates these are bleeding episodes from sites beyond the duodenum.

Page 14, para 1: "In addition, a prespecified analysis was performed to assess all cases of GI bleeding. This included confirmed and unconfirmed upper GI bleeding, and bleeding from a site beyond the duodenum which resulted in hospitalization, study discontinuation, or a 2 g/dl drop in hemoglobin."

Page 17, para 2 "Furthermore, this study also showed significant decreases in serious upper GI bleeding (62% risk reduction) and in bleeding from beyond the duodenum (54% risk reduction)."

5. *"Was occult GI bleeding more prevalent in the naproxen group?"*

Yes, a fecal occult blood test was reported for 24 (0.6%) patients in the rofecoxib group vs. 50 (1.2%) patients in the naproxen group (95% confidence interval of the difference -1.1 to -0.2%).

6. *" On page 233 in the discussion it is stated that "there was a significant decrease in discontinuations due to GI symptoms with rofecoxib as compared to the nonselective NSAID, naproxen (Table 6)". I do not see a table 6; a statement in the results seems to cover this. Additionally, there did not appear to be a difference in GI adverse events between the two drugs (Table 5) – indeed, one wonders why naproxen was not associated with more GI symptoms overall; however, given this finding, why was there a greater decrease in discontinuations in the rofecoxib group due to GI symptoms?*

We apologize for the confusion created by the inadvertent reference to Table 6, which never existed. This should have been "Table 5" rather than "Table 6". Table 5 does indicate that the 95% CIs of the difference for discontinuation with naproxen vs. rofecoxib do not cross zero for the individual symptoms of abdominal pain and epigastric discomfort as well as for discontinuations due to any of the 5 symptoms. Thus, these differences were "significant". However, formal statistical comparisons are not made when assessing the hundreds of different types of adverse events which are recorded in trials; rather the 95% CIs of the differences are reported to allow assessment of the "significance" of the differences.

It appears that due to our error of citing Table 6, the reviewer believed that Table 5 was a listing of all adverse events rather than discontinuations due to adverse events. We chose to present discontinuations because we believe that this is the most rigorous method of assessing adverse events and that these events are the ones that will be most important to the clinician. Comparable results were seen when the all reported adverse events were examined, so the results for all upper GI adverse events and discontinuations due to upper GI adverse events were consistent.

7. *"The conclusion section is somewhat awkward. I understand that the emphasis on the apparent increased comparative rate of cardiovascular events in the rofecoxib group is relevant. However, this needs to be tightened up."*

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



We agreed with these comments and the conclusion was shortened and tightened up. The following paragraphs found on page 20 summarize the findings:

"Overall mortality, as well as deaths due to GI events and cardiovascular causes were comparable in the two treatment groups. A significantly lower rate of myocardial infarction was noted with naproxen as compared to rofecoxib: 0.1% vs. 0.4%. This difference was primarily accounted for by the 4% of the study population with the highest risk of a myocardial infarction in whom low-dose aspirin is indicated.[22] The difference in myocardial infarctions between rofecoxib and naproxen was much less pronounced and not significant in the 96% of the population without indications for aspirin as secondary prophylaxis.

Naproxen inhibits thromboxane production by 95% and platelet aggregation by 88% over its dosing interval [28]; therefore regular use of naproxen may have effects similar to aspirin. Flurbiprofen, another NSAID which is a potent inhibitor of platelet-derived thromboxane, led to a 70% reduction in reinfarction as compared with placebo in patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty [29].

Analyses of 7535 patients in double-blind trials comparing rofecoxib to placebo and other NSAIDs (diclofenac, ibuprofen, and nabumetone) which do not maintain maximal inhibition of platelets aggregation revealed similar rates of myocardial infarctions with rofecoxib compared with placebo or NSAIDs indicating no evidence of a prothrombotic effect of COX-2 selective inhibitors ([30], Personal Communication from Dr. Ray Bain). Thus, our results are consistent with a cardioprotective effect of naproxen; and highlight that rofecoxib does not provide this protection due to its selective of inhibition of COX-2 at and above it's therapeutic dose. The possibility of a chance effect also cannot be ruled out."

8. *"Why were only patients older than 50 enrolled?"*

Patients older than 50 and older than 40 who were also on steroids were enrolled. Age and use of steroids are known risk factors for GI bleed on NSAIDs; therefore these patients represent a higher risk group of patients. It is usual to design risk reduction interventions in the population which may benefit most from the intervention(i.e., those with a high baseline risk). This also provides sufficient power with a reasonably sized trial.

9. *"Page 26, "need" should be "needed"*

This sentence was deleted, see page 22.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

# A Double-Blind Comparison of Rofecoxib and Naproxen on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR[1] Trial

Authors: Claire Bombardier MD, Loren Laine MD, Alise Reicin MD, Deborah Shapiro DrPH, Ruben Burgos-Vargas MD, Barry Davis MD PhD, Richard Day MD, Marcos Bosi Ferraz MD PhD, Christopher J Hawkey MD, Marc C Hochberg MD, Tore K. Kvien MD, Thomas J Schnitzer MD PhD, and Arthur Weaver MD for the VIGOR Study Group

From the Institute for Work and Health, Mount Sinai Hospital and the University Health Network, Toronto, Canada (C.B.); GI Division, Dept. of Medicine, USC School of Medicine, Los Angeles, CA (L.L.); Merck & Co., Inc., Rahway, NJ (A.R., D.S.); Universidad Nacional Autonoma de Mexico, Faculty of Medicine and Research Division, Hospital General de Mexico, Mexico (R.B.-V.); University of Texas-Houston, School of Public Health, Houston, TX (B.D.); Dept. of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); Division of Rheumatology, Dept. of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, Brazil (M.B.F.); School of Medical and Surgical Sciences, Division of Gastroenterology, University Hospital, Nottingham, England (C.J.H.); Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore, MD (M.C.H.); Oslo City Dept. of Rheumatology, Diakonhjemmet Hospital, Oslo, Norway (T.K.V.); Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago, IL (T.J.S.); and Arthritis Center of Nebraska, Lincoln, NE (A.W.).

Address reprint requests to Dr. Claire Bombardier, Institute for Work and Health, 250 Bloor Street East, Suite 702, Toronto, Ontario, Canada M4W 1E6.
Phone: (416)927-2027; Fax: (416)927-4167
E-mail: claire.bombardier@utoronto.ca

Running Title: Comparison of Rofecoxib and Naproxen on the Incidence of Clinically Important Upper GI Events

Supported by a grant from Merck & Co., Inc.

Word Count:

[1] Vioxx® Gastrointestinal Outcomes Research

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027408

ABSTRACT

*Background.* Clinical upper gastrointestinal (GI) events occur in 2-4% of patients taking non-selective nonsteroidal antiinflamatory drugs (NSAIDs) per year. Highly selective COX-2 inhibitors are associated with a lower incidence of endoscopic ulcers compared to non-selective NSAIDs. We tested whether rofecoxib, a selective inhibitor of COX-2 would decrease the incidence of clinically important upper GI events compared with the non-selective NSAID, naproxen, in patients with rheumatoid arthritis (RA).

*Methods.* Eight thousand seventy-six patients ≥50 years of age (or ≥40 years of age and on chronic corticosteroids) with RA were randomly assigned to rofecoxib 50 mg qd or naproxen 500 mg bid. The primary endpoint was the incidence of confirmed clinical upper GI events (gastroduodenal perforation or obstruction, upper GI bleeding, symptomatic gastroduodenal ulcers); complicated clinical upper GI events was a secondary endpoint

Confidential Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027407

***Results.*** During a median follow-up of 9.0 months, 2.1 GI events per 100 patient years occurred with rofecoxib versus 4.5 with naproxen (relative risk, 0.46; 95% Confidence Interval (CI), 0.33 to 0.64; p<0.001). Complicated event rates were 0.6 per 100 patient years with rofecoxib versus 1.4 with naproxen (relative risk, 0.43; 95% CI, 0.24 to 0.78; p=0.005). The incidence of myocardial infarctions was lower with naproxen than rofecoxib (0.1% vs 0.4%; relative risk, 0.24; 95% CI, 0.08 to 0.70); yet mortality and cardiovascular mortality were similar between treatment groups.

***Conclusions.*** In patients with RA, treatment with rofecoxib, a selective inhibitor of COX-2, leads to significantly fewer clinically important upper GI events compared with the non-selective inhibitor, naproxen.

Key Words: cyclooxygenase-2 inhibitor, duodenal ulcer, gastric ulcer, rofecoxib, rheumatoid arthritis, GI outcomes

Confidential Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027408

Nonsteroidal anti-inflammatory drugs (NSAIDs) are among the most commonly used medications in the world. [1] A major factor limiting NSAID use is gastrointestinal (GI) toxicity. Although endoscopic studies reveal that 15-30% of patients regularly taking NSAIDs develop gastric or duodenal ulcers [2], the major concern regarding NSAID use is the development of clinically important GI events, such as bleeding. It has been estimated that over 100,000 patients are hospitalized and 16,500 die every year in the U.S. related to NSAID-associated GI events. [3,4]

Most NSAIDs inhibit both cyclooxygenase (COX) isoenzymes involved in prostaglandin synthesis, COX-1 and COX-2. [5] COX-1 is constitutively expressed and generates prostanoids involved in maintenance of GI mucosal integrity and platelet aggregation[6], while at sites of inflammation, COX-2 is induced to generate prostaglandins which mediate inflammation and pain. [7] The anti-inflammatory effects of non-selective NSAIDs (dual COX-1/COX-2 inhibitors) therefore appear to be mediated via inhibition of COX-2 [8], while the harmful effects in the GI tract as well as the anti-platelet effects are believed to occur primarily via inhibition of COX-1. [5]

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027409

COX-2 selective inhibitors provide anti-inflammatory and analgesic efficacy comparable to non-selective NSAIDs [9,10-12] but induce significantly fewer ulcers in endoscopic trials.[12-15] Whether a decrease in ulcers identified in endoscopic studies translates into a comparable decrease in clinical GI events is a matter of controversy. To confirm that clinically important upper GI events, as well as the subgroup of more serious complicated upper GI events, are decreased with rofecoxib in patients requiring long term treatment with NSAIDs, we performed a single prospective, randomized, double-blind outcomes trial comparing rofecoxib and naproxen in over 8000 patients with rheumatoid arthritis (RA).

## METHODS

### Study Population

Patients with RA ≥50 years old (or ≥ 40 years old and on chronic corticosteroid therapy) requiring NSAID treatment for at least one year were eligible. Patients were excluded if they had a history of another inflammatory arthritis; prior upper GI surgery;

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027410



inflammatory bowel disease; an estimated creatinine clearance of ≤ 30 mL/min; fecal occult blood at baseline (performed at baseline in all patients); unstable medical disease; malignancy in the prior 5 years; cerebrovascular events in the previous 2 years; myocardial infarction or coronary artery bypass graft in the previous year; alcohol or drug abuse within the previous 5 years; morbid obesity; or requirement for aspirin, ticlopidine, anticoagulants, cyclosporin, misoprostol, sucralfate, proton-pump inhibitors, or prescription doses of $H_2$-receptor antagonists. Patients enrolled in the study were not felt to require use of these agents by their treating physicians. In addition, patients were not to have discontinued use of these agents, including low dose aspirin and anti-ulcer medications, to participate in this study.

**Study Design**

The study was conducted at 301 centers in 22 countries Three to 14 days after discontinuing NSAIDs, eligible patients were randomly assigned to either rofecoxib (Vioxx®; Merck & Co., Inc., Whitehouse Station, NJ) 50 mg once daily or naproxen 500

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027411

mg twice daily. Allocation was stratified by a history of gastroduodenal ulcer, upper GI bleeding, or gastroduodenal perforation. Blinding was achieved by use of a matching placebo for each study medication.

Patients were permitted to take acetaminophen, non-NSAID analgesic medications, corticosteroids, and disease-modifying agents (e.g., methotrexate) for control of their rheumatoid arthritis. Patients were also allowed to take antacids and $H_2$-receptor antagonists to the following maximum doses: ranitidine 150 mg daily; famotidine 20 mg daily; cimetidine 400 mg daily; nizatidine 150 mg daily. Nonstudy NSAIDs were not allowed. After randomization, patients returned to clinic at 6 weeks, 4 months, and every 4 months thereafter until the study was terminated. Patients received phone calls from the study center at week 10 and every 4 months thereafter. Study drug compliance was assessed by pill count at clinic visits and by questioning of patients during scheduled phone contacts.

An institutional review board or ethical review committee at each center approved the protocol and informed consent. All patients gave written informed

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



consent. The study was conducted in accordance with ethical considerations for the protection of patients as outlined in the Declaration of Helsinki. A Steering Committee oversaw the study design, conduct, data analyses and drafting of the manuscript. This Steering Committee was composed of 14 members, two of whom were employees of the sponsoring pharmaceutical company. An independent Data Safety Monitoring Board monitored patient's safety. An independent, external Endpoint Adjudication Committee reviewed blinded GI endpoint data. Because highly selective COX-2 inhibitors do not inhibit COX-1 mediated platelet aggregation, there is a possibility that therapy with non-selective COX-1/COX-2 inhibitors would result in a lower incidence of cardiovascular events than COX-2 selective inhibitors. Therefore, cardiovascular events are being adjudicated by blinded, independent committees in all rofecoxib studies (including this trial); a separate analysis of these events for this trial however, was not prespecified.

**Study Endpoints**

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

To obtain results that reflect event rates in actual practice, this trial was designed as an outcomes study in which the evaluation and management of patients with potential clinical upper GI events was performed according to the standard practice of the physicians caring for the patient. Patients who discontinued study medication prior to study completion were followed until study termination to determine whether a clinical upper GI event had occurred. Only events confirmed by the blinded Endpoint Adjudication Committee according to prespecified criteria (Appendix) and occurring during treatment or within 14 days of study drug discontinuation were included in the primary analysis.

In addition, a prespecified analysis was performed to assess all cases of GI bleeding. This included confirmed and unconfirmed upper GI bleeding, and bleeding from a site beyond the duodenum which resulted in hospitalization, study discontinuation, or a 2 g/dl drop in hemoglobin.

**Efficacy Assessments**

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027414

Both the investigator and the patient completed a Global Assessment of Disease Activity (0= very well to 4=very poor) at baseline (after discontinuing prestudy NSAID), 6 weeks, 4 months, 12 months, and at discontinuation. The Modified Health Assessment Questionnaire (MHAQ) was administered to patients enrolled in the U.S. only at baseline, 6 weeks, and discontinuation. The MHAQ is a summary measure of 8 functional disabilities performed on a daily basis, each measured on a scale from 0 (no difficulty) to 3 (unable to do).[16]

### Statistical Analysis

The primary hypothesis was that the risk of confirmed clinical upper GI events (gastroduodenal perforation or obstruction, upper GI bleeding, symptomatic gastroduodenal ulcers) would be reduced in patients taking rofecoxib as compared to patients taking naproxen. Secondary hypotheses were that the risk of confirmed complicated events (perforation, obstruction, and severe upper GI bleeding), and the risk of confirmed and unconfirmed clinical upper GI events would be lower in patients

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027415

taking rofecoxib. The study was designed to continue until a minimum of 120 patients had confirmed clinical GI events, a minimum of 40 patients had confirmed, complicated events, and until 6 months after the last patient was randomized. A minimum of 6 months for all patients was chosen to ensure a sufficient NSAID exposure and reasonable follow-up for the development of clinical events. All p-values reported are two-tailed.

The targeted number of 120 patients provided at least 97% power ($\alpha$=0.05, two-tailed) to detect a ≥ 50% reduction in events. A Cox proportional hazards model was used to compare survival curves between treatment groups with treatment as an explanatory factor and presence or absence of a prior history of GI events as a stratification factor.[17,18] Global Assessment of Disease Activity and MHAQ were analyzed as the mean change from baseline over the treatment period. The primary population for analysis comprised all patients randomized. Subgroup analyses were performed using Cox regression.[17,18] Treatment -by-subgroup interaction was determined to assess whether the effect of rofecoxib as compared to naproxen was

Confidential-Disclosure to Unauthorized
Persons forbidden by Order of
the United States District Court of
Southern District of Illinois



consistent in the subgroups. General safety data were assessed by evaluating 95% confidence intervals on the differences in proportions of each adverse experience.[19]

RESULTS

**Patient Characteristics**

Between January 1999 and July 1999, 9539 patients were screened and 8076 were enrolled in the study. The major reasons for exclusion were: contraindication to prolonged NSAID use (n= 246); positive fecal occult blood test (n=203); and failure to meet inclusion criteria (n=355). The median follow-up was 9.0 months in both treatment groups (range, 0.5-13 months). A total of 5742 (71.1%) patients remained on study medication until study termination. Discontinuation rates were comparable between treatment groups:. In the rofecoxib group 29.3% discontinued medication (adverse events, 16.4%, lack of efficacy, 6.3%, other, 6.6%); in the naproxen group 28.5% discontinued medication (adverse events, 16.1%, lack of efficacy, 6.5%, other, 5.9%). Compliance measurements demonstrated 99% of patients in both treatment groups

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027417

took medication ≥ 75% of study days. Baseline characteristics were similar in the two treatment groups (Table 1).

**Gastrointestinal Safety**

Confirmed clinical upper GI events occurred in 177 patients. In 53 of these patients the event was complicated. An additional 13 patients had events reported by investigators that were judged by the Adjudication Committee to be unconfirmed.

The time to development of confirmed upper GI events is shown in Figure 1. The rates per 100 patient-years and crude incidences for the prespecified clinical events are shown in Tables 2 and 3. The relative risk for clinical upper GI events for rofecoxib vs. naproxen was 0.46 (95% CI 0.33 to 0.64; $p<0.001$), while the relative risk for complicated GI events was 0.43 (0.24 to 0.78; $p = 0.005$).

LEH 0027448

The relative risk of serious upper GI bleeding was 0.37 (95% CI: 0.19 to 0.73; p = 0.004), while the relative risk for bleeding beyond the duodenum was 0.46 (95% CI, 0.22 to 0.94; p = 0.032).

A per-protocol analysis, of the 7925 patients without substantive protocol violations, demonstrated relative risks for confirmed clinical upper GI events and complicated events of 0.42 (0.30 to 0.59; p < 0.001) and 0.39 (0.2 to 0.72; p = 0.003), respectively. The significant decrease with rofecoxib was maintained in an intention-to-treat analysis of all confirmed upper GI events, including those which occurred in prematurely discontinued patients up until the time of study termination.

Subgroup analyses revealed no significant treatment-by-subgroup interaction in the following subgroups: prior GI events, age, gender, race, corticosteroid use, and study site location. Treatment with rofecoxib significantly reduced the incidence of clinical GI events regardless of H. pylori serology (HM-CAP, Enteric Products, and NY) status at baseline. The relative risk for clinical GI events for rofecoxib vs. naproxen was 0.32 (95% CI, 0.19 to 0.52) in H. pylori-negative patients and 0.62 (95% CI, 0.40 to

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027419

0.95) in H. pylori-positive patients. These relative risks were statistically different as evaluated by a test of treatment-by-subgroup interaction (p=0.043).

**Efficacy**

The patient and investigator Global Assessment of Disease Activity scores and the MHAQ showed similar efficacy (Table 4). In addition, dropout rates due to lack of efficacy were both low, and similar with rofecoxib (6.3%) and naproxen (6.5%).

**General Safety**

The general safety of rofecoxib and naproxen was similar to that reported in previous studies.[20,21] Mortality was 0.5% in the rofecoxib group and 0.4% in the naproxen group (95% CI of difference, -0.2 to 0.5). Cardiovascular mortality was 0.2% in both treatment groups. Ischemic cerebrovascular events occurred in 0.2% of patients in each treatment group. Myocardial infarctions were less common in the naproxen group than the rofecoxib group: 0.1% vs 0.4% (95% CI of difference, 0.1 to 0.6%;

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

relative risk , 0.24: CI, 0.08 to 0.70). Four percent of the study population met FDA criteria for aspirin use for secondary cardiovascular prophylaxis (history of myocardial infarction, angina, cerebrovascular accident, transient ischemic attack, angioplasty, coronary bypass)[22] but were not on low dose aspirin therapy. These patients accounted for 38% of the myocardial infarctions in the study. The difference in myocardial infarction rate between treatments in the other 96% of patients was much less apparent: rofecoxib (0.2%) vs. naproxen (0.1%) (95% CI of difference, -0.1 to 0.3%). There was no association between hypertension and myocardial infarctions; only a single patient (in the rofecoxib group) experienced both hypertension and a myocardial infarction.

The most common adverse events leading to discontinuation from the study, excluding the GI endpoints, were dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn (Table 5). In the rofecoxib group 3.5% of patients discontinued due to any of these 5 upper GI symptoms compared with 4.9% in the naproxen group (95% CI of difference, -2.3 to -0.5%). The discontinuation rates due to all

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027421

gastrointestinal adverse events, including both symptoms and endpoints, were 7.8% for rofecoxib and 10.6% for naproxen (95% CI of difference -4.2 to -1.6%). The incidence of adverse experiences related to renal function was low and similar between treatment groups (1.2 and 0.9% in the rofecoxib and naproxen group respectively (95%CI of difference -0.1 to 0.8%)); only 0.2% of patients in each treatment group discontinued due to these adverse effects.

## DISCUSSION

This large, randomized double-blind GI outcomes study demonstrates that treatment with rofecoxib, at twice the maximal dose approved for chronic use, results in significantly decreased rates of clinically important upper GI and complicated upper GI events (54% and 57%, respectively) as compared with a non-selective NSAID administered at a standard dose. Furthermore, this study also showed significant decreases in serious upper GI bleeding (62% risk reduction) and in bleeding from

LEH 0027422

beyond the duodenum (54% risk reduction). Although the optimum dose of rofecoxib for the treatment of rheumatoid arthritis has yet to be determined, data from a prior study indicate that maximum efficacy is achieved at 25 mg.[23] Comparison of a higher dose, 50 mg rofecoxib, to a standard dose of naproxen (1000 mg) thus provided a more rigorous test of rofecoxib's GI safety.

A prior prospective GI outcome study comparing NSAIDs alone to NSAIDs plus misoprostol reported that 0.95% of rheumatoid arthritis patients on NSAIDs alone had upper GI complications over 6 months[24], with a relative risk reduction with misoprostol of 40% over 6 months. These results are comparable to our 6-month cumulative incidence of upper GI complicated events on naproxen of 0.75% and a relative risk reduction with rofecoxib of 67% (data not shown). A 50% reduction in the incidence of clinically important upper GI events with rofecoxib vs. nonselective NSAIDs was previously demonstrated in a prespecified combined analysis of 8 double-blind, studies in 4921 patients with osteoarthritis.[25] Patients with rheumatoid arthritis have an increased risk of developing upper GI events compared to osteoarthritis patients.[4] Thus,

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Eastern District of Illinois

LEH 0027423

the results of this study extend the results of the combined analysis to a high-risk population.

Whether endoscopic ulcers are surrogates for a clinical GI event has been a matter of controversy. The relative risk reduction in endoscopic ulcers in two identical studies of rofecoxib 50 mg daily versus ibuprofen 800 mg tid was 71% at 6 months.[13,14] Thus our study supports the concept that results of endoscopic ulcer trials can be extrapolated to clinical GI events.

In prior studies, rofecoxib had rates of endoscopic ulcers which were similar to placebo.[13,14] The current trial could not include a placebo group, and no trial has assessed whether a COX-2 selective inhibitor or the combination of non selective NSAIDs plus gastro-protective agents (misoprostol, proton pump inhibitors) will achieve rates of GI clinical events comparable to placebo. However, the relative risk of complicated GI events with rofecoxib vs naproxen (0.46 for confirmed events; 0.43 for confirmed and unconfirmed events) is similar to the relative risk of 0.36 in a meta-analysis comparing non-NSAID users to NSAID users.[26]

LEH 0027424

GI symptoms are an extremely common complaint with NSAID use, as demonstrated by the fact that the 5 most common adverse events leading to discontinuation were upper GI symptoms. Although GI symptoms are poorly correlated with endoscopic ulcers or clinical GI events [27], there were significantly fewer discontinuations due to GI symptoms with rofecoxib than with naproxen.

Overall mortality, as well as deaths due to GI events and cardiovascular causes were comparable in the two treatment groups. A significantly lower rate of myocardial infarction was noted with naproxen as compared to rofecoxib: 0.1% vs. 0.4%. This difference was primarily accounted for by the 4% of the study population with the highest risk of a myocardial infarction, in whom low-dose aspirin is indicated.[22] The difference in myocardial infarctions between rofecoxib and naproxen was much less pronounced and not significant in the 96% of the population without indications for aspirin as secondary prophylaxis.

Naproxen inhibits thromboxane production by 95% and platelet aggregation by 88% over its dosing interval [25], therefore regular use of naproxen may have effects

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027425

similar to aspirin. Flurbiprofen, another NSAID which is a potent inhibitor of platelet-derived thromboxane, led to a 70% reduction in reinfarction as compared with placebo in patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty.[29]

Analyses of 7535 patients in double-blind trials comparing rofecoxib to placebo and other NSAIDs (diclofenac, ibuprofen, and nabumetone) which do not maintain maximal inhibition of platelets aggregation revealed similar rates of myocardial infarctions with rofecoxib compared with placebo or NSAIDs, indicating no evidence of a prothrombotic effect of COX-2 selective inhibitors ([30], Personal Communication from Dr. Ray Bain). Thus, our results are consistent with a cardioprotective effect of naproxen, and highlight that rofecoxib does not provide this protection due to its selective of inhibition of COX-2 at and above its therapeutic dose. The possibility of a chance effect also cannot be ruled out.

In summary, the use of the COX-2 selective inhibitor, rofecoxib, significantly decreases the development of clinically important upper GI events as compared to a

Confidential Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

non-selective NSAID, while achieving comparable clinical effectiveness; the lower rate of myocardial infarctions on naproxen needs further confirmation in larger studies. Only forty-one persons would need to be treated with rofecoxib instead of naproxen to prevent one clinical upper GI event in one year. The improved GI safety of rofecoxib has been independently demonstrated in patients with either osteoarthritis[25] or rheumatoid arthritis.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

LEH 0027427

Reference List

1. Misoprostol for co-prescription with NSAIDs [editorial]. Drug Ther Bull 1990;28:25-6.

2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996;6:489-504.

3. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999;340:1888-99.

4. Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective - 1997. J Rheumatol 1998;25:8-16.

5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt B, Sleisenger M, editors. Sleisenger and Fordtran's Gastrointestinal and Liver Disease. 6 ed. Philadelphia: Saunders, 1998:343-57.

6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin

Confidential Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Northern District of Illinois

LEH 0027428 

endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610-14.

7. Fosslein E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81.

8. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994;90:11693-7.

9. Day R, Luza A, Castenda O, Strusberg A, Bolognese J, Seidenberg B, et al. Rofecoxib, A COX-2 specific inhibitor (C-2 SI), had clincial efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial [Abstract]. Annals Rheumatic Diseases1999; 206:880.

10. Cannon GW, Caldwell JR, Holt P, Mclean B, Seindenberg B, Bolognese J, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized,

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000; 43(5):978-87.

11. Ehrich EW, Schnitzer TJ, McIlwain H, Levy R, Wolfe F, Weisman M, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999; 26:2438-47.

12. Simon LS, Weaver AL, Graham DY, Kivitz A, Lipsky PE, Hubbard RC, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999;282:1921-8.

13. Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999;117:776-83.

14. Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen,

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois



and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-7.

15. Emery P, Zeidler H, Kvien KT, Guslandi M, Naudin R, Stead H, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomized double-blind comparison. Lancet 1999;354:2106-11.

16. Pincus T, Summey JA, Soraci SA, Wallston KA, and Hummon NP. Assessment of Patient Satisfaction in Activities of Daily Living Using a Modified Stanford Health Assessment Questionnaire. Arthritis Rheum 1983; 26(11): 1346-53.

17. Cox, D. R. Regression models and life tables (with discussion). Journal of the Royal Statistical Society, Series B 1972; 34:187-220.

18. Cox, D. R. Partial likelihood. Biometrika 1975;62:269-76.

19. Fleiss JL. Statistical methods for rates and proportions. 2nd ed. New York: John Wiley & Sons, 1981.

20. U.S. Package Circular: VIOXX® (rofecoxib tablets and oral suspension). 1999

Confidential–Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

21. U.S. Package Circular: Naproxen. 1999

22. U.S. Package Circular: Genuine BAYER® Aspirin. 1996

23. Schnitzer TJ, Truitt K, Fleischmann R, Dalgin P, Block J, Zeng Q, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clinical Therapeutics 1999;21:1688-1702.

24. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995;123:241-9.

25. Langman MJ, Jensen DM, Watson DJ, Harper ES, Zhoa PL, Quan H, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDS. JAMA 1999;282:1929-33.

26. Gabriel SE, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs. Ann Intern

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Med 1991;115:787-96.

27. Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF. Gastrointestinal tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid arthritis: a prospective observational cohort study. Arch Intern Med 1996; 156:1530-6.

28. Schwartz JI, VanHecken A, DeLepeleire I, Depre M, Wong P, Ebel LD, et al. Comparative inhibitory activity of rofecoxib (MK-0966,VIOXX), Meloxicam, Diclofenac, Ibuprofen and Naproxen on Cox-2 vs Cox-1 in healthy female volunteers [Abstract]. Annals Rheumatic Diseases 1999; 206.

29. Brochier ML. Evaluation of flurbiprofen for prevention of reinfarction and reocclusion after successful thrombolysis or angioplasty in acute myocardial infarction. Eur Heart J 1993;14:951-7.

30. Daniels B, Seindenberg B. Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials. Arthritis Rheum 1999;Suppl:S143 Abstract.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

## ACKNOWLEDGMENTS

We are indebted to Christopher T. Brett, Thomas P. Capizzi, Dayna Carroll, Russell Cender, Edward Chafart, Laurine Connors, Gary Gartenberg, Nicole Gillies, Richard Holmes, Paige Reagan, Douglas J. Watson, Debora P.L. Weiss and Qinfan Yu for their substantial contributions.

## APPENDIX

The following persons participated in the VIOXX Gastrointestinal Outcomes Study: International Steering Committee: A. Reicin, C. Bombardier, L. Laine, M. Hochberg, R. Day, T. Capizzi, P. Brooks, R. Burgos-Vargas, B. Davis, M. Ferraz, C. Hawkey, T. Kristian Kvien, T. Schnitzer, A. Weaver; Data Safety Board: M. Weinblatt (Chair); D. Bjorkman, J. Neaton, A. Silman, R. Sturrock; Endpoint Adjudication Committee: M. Griffin (Chair), D. Jensen, M. Langman; Investigators: Argentina: E. DiGiorgio, H. Laborde, O. Messina, A. Strusberg; Australia: J. Bertouch, R. Day, G. McColl, P. Ryan, S. Sharma; Brazil: R. Bonfiglioli, C. Borges, J. Brenol, N. da Silva, M. Ferraz, F. Lima, C. Moreira, G. Novaes, A. Pessoa, F. Petean, S. Radominski, A. Samara, B. Souza; Canada: T. Anastassiades, M. Atkinson, A. Beaulieu, M. Bell, M. Camerlain, J. Carvin, M. Cohen, J. Hanly, J. Karsh, T. McCarthy, W. Olszynski, P. Patel, Y. Pesant, W. Pruzanski, K. Siminovitch, J. Thorne, N. Verdejo-Aguilar; Chile: L. Barria, C. Fuentealba, L. Massardo, P.Riedemann, L. Roca, H. Rossi; Columbia: M. Abello, P.Chalem, M. Jannaut,

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

J. Molina; **Costa Rica:** R. Alpizar, H. Garcia-Sancho; **Czech Republic:** L. Konecna, K. Pavelka, M. Sedlackova, J. Vitova, R. Ahora; **Ecuador:** R. Villacis; **Finland:** M. Hakala, P.Hannonen, T. Helve, M. Nissila; **Germany:** R. Alten, M. Gaubitz, E. Gromnica-Ihle, H. Hantzschel, G. Hein, M. Keysser, R. Kurthen, B. Lang, F. Mielke, U. Muller-Ladner, C. Richter, M. Schattenkirchner, M. Schneider, H. Sorenson, E. Waldorf-Bolten, H. Watnatz, S. Wassenberg; **Guatemala:** E. Julian, R. Palomo; **Hong Kong:** C. Lau; **Israel:** D. Buskila, A. Nahir, I. Rosner; **Malaysia:** S. Yeap; **Mexico:** R. Burgos, I. Garcia de la Torre, F. Irazoque, J. Arozco Alcala; **New Zealand:** P. Jones, L. McLean, C. Rajapakse; **Norway:** H. Gulseth, K. Helgetveit, A. Johannessen, C. Kaufmann, O. Knudsros, T. Kvien, K. Mikkelsen, B. Rossebo, G. Sidenvall; **Peru:** A. Calvo Quiroz, M. Gustavo, A. Hilgado, L. Portocarrero, E. Vera Bejar; **Poland:** J. Badurski, J. Brzezicki, M. Bykowska, I. Fiedorowicz-Fabrycy, J. Gaweda, P. Gluszki, B. Konieczna, S. Mackiewicz, J. Pazdur, L. Szczepanski, J. Szechinski; **South Africa:** I. Anderson, D. Gotlieb, A. Jacovides, A. Lubbe, G. Mody, M. Tikly; **United States: Alabama:** , G. Divittorio, S. Fallahi, D. McLaine, W. Shergy, M.S. Touger, G. Williams; **Arizona:** B.Harris, P. Howard, D. Michel, L. Taber, J. Tesser, M. Maricic; **California:** E. Boling; M. Brandon, G. Dolan, R. Dore, M. Greenwald, D. Haselwood, M. Keller, K. Kolba, C. Multz, R. Reid, D. Stanton, C. Weidmann, S. Weiner, J. Higashida; **Colorado:** S. Kassan, R. Lapidus, D. Scott, J. Thompson, C. Van Kerchov; **Connecticut:** E. Feinglass, J. Green, R. Schoen,; **Florida:** M. Beilan, C. Chappel, J. Forstot, P. Freeman, N. Gaylis, B. Germain, M. Guttierrez, M. Heier, T. Johnson, M. Kaufman, R. Levin, M. Lowenstein, A. Marcadis, M. Mass, S. Matthews, H. McIlwain, J.

*Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois*

Miller, M. Nunez, H. Ollenberg, J. Popp, A. Reddy, W. Riskin, A. Rosen, Y. Sherrer, K. Stark, A. Torres; Georgia: J. Lieberman; Iowa: M. Brooks; Idaho: F. Dega, C. Scoville, C. Wiesenhutter; Illinois: F. Dietz, I. Fanton, M. Pick, R. Trapp, J. Zuzga, M. Ellman, G. Liang; Indiana: C. Arsever, R. Khairi, M. Stack, R. File; Kansas: N. Becker, P. Ginder, R. Lies; Louisianna: W. Eversmeyer, P. Sedrish, L. Serebro,; Massachusetts: C. Birbara, A. Dahdul, S. Haligott, J. Hosey, S. Miller, R. Rapoport; Maryland: R. Marcus, D. McGinnis, N. Wei, T. Zizic, M. Hochberg; Maine: L. Anderson, S. Block; Michigan: P. Coleman, R. Roschmann, H. Uhl, J. Taborn;Missouri T. Weiss Montana: S. English,; North Carolina: G. Arnold, W. Chmelewski, G. Collins, W. Harpern R. Harrell, T. Littlejohn, G. Schimizzi, R. Senter, A. Kashif; Nebraska: W. Palmer, A. Weaver; New Hampshire: B. Samuels, J. Trice; New Jersey: S. Golombek, H. Hassman, R. Hymowitz, C. Knee, D. Macpeek, R. Marcus, G. Rihacek, J. Rohlf, D. Worth; New Mexico: K. Bordenave; Nevada: S. Miller; New York: P. Chatpar, M. Farber, A. Kaell, A. Porges, P. Riccardi, C. Ritchlin; Ohio: T. Isakov, B. Long, D. Mandel, B. Rothschild, D. Schumacher, R. Sievers, S. Wolfe, K. Hackshaw, M. Hooper, R. Rothenberg; Oklahoma: C. Codding, R. Hynd, J. McKay, L. Jacobs; Pennsylvania; R. Kimelheim, A. Kivitz, W. Makarowski, G. McLaughlin, J. McMillen, R. Reese, J. Weisberg; Rhode Island: J. Scott; South Carolina: C. Barfield, M. Brabham, K. Flint; Tennessee: C. Arkin, R. Gupta, R. Krause, H. Marker, T. Namey, L. Robinson, P. Wheeler, B. Tanner; Texas: A. Brodsky, F. Burch, W. Chase, A. Chubick, D. Halter, J. Rutstein; Utah: J. Booth; Virginia: C. Fisher, A. Goldstein; Washington: W. Elder, R. Ettinger, R. Levy; Wisconsin: M. Pearson, G. Flocco.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Table 1: Baseline characteristics of the patients

| Characteristic | Rofecoxib | Naproxen |
|---|---|---|
| | (n = 4047) | (n = 4029) |
| Age (yr.) | 58.0 ± 9.5 | 58.2 ± 9.6 |
| Female sex | 3223 (79.6) | 3216 (79.8) |
| Ethnic group | | |
| White | 2761 (68.2) | 2750 (68.3) |
| Black | 203 (5.1) | 202 (5.0) |
| Asian | 101 (2.5) | 85 (2.1) |
| Hispanic | 501 (12.4) | 516 (12.8) |
| Other | 478 (11.8) | 476 (11.8) |
| Duration of disease | | |
| Unknown | 3 (0.1) | 6 (0.1) |
| < 2 yr. | 430 (10.6) | 455 (11.3) |
| 2 - 10 yr. | 1991 (49.2) | 1996 (49.5) |
| > 10 yr. | 1623 (40.1) | 1572 (39.0) |

*Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois*

LEH 0027437

| | | |
|---|---|---|
| Positive Rheumatoid factor | 2946 (72.7) | 2967 (73.6) |
| Prior NSAIDs[*] | 3321 (82.1) | 3331 (82.7) |
| Treatment for Rheumatoid Arthritis | | |
| Corticosteroids | 2260 (55.8) | 2263 (56.2) |
| Methotrexate | 2263 (55.9) | 2269 (56.3) |
| Other DMARDs[†] | 1847 (45.6) | 1826 (45.3) |
| Low-dose H2-receptor antagonists | 365 (9.0) | 335 (8.3) |
| Prior history of gastrointestinal events | 314 (7.7) | 316 (7.8) |
| Patient global disease activity[‡] | 1.96 ± 0.93 | 1.99 ± 0.94 |
| Investigator global disease activity[‡] | 1.85 ± 0.80 | 1.87 ± 0.78 |
| ACR[§] Functional Class | | |
| I | 881 (21.8) | 830 (20.6) |
| II | 2160 (53.4) | 2199 (54.6) |
| III | 928 (22.9) | 932 (23.1) |
| IV | 78 (1.9) | 68 (1.7) |

Plus-minus values are means ± Standard Deviation. All other values are numbers of patients followed in parentheses by the percentage of the group

*Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois*



* Nonsteroidal antiinflammatory drugs

† Disease-modifying antirheumatic drugs

‡ On a scale of 0 = very well to 4 = very poor

§ American College of Rheumatology

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Table 2. Comparison of Clinical GI Events in the Treatment Groups

| | Number of Patients with Events | | Rate Per 100 Patient Years | | Relative Risk |
|---|---|---|---|---|---|
| | Rofecoxib (N=4047) | Naproxen (N=4029) | Rofecoxib (N=4047) | Naproxen (N=4029) | (95% CI; p-value)* |
| Confirmed Clinical Upper GI Events | 56 | 121 | 2.1 | 4.5 | 0.46 (0.33 to 0.64; p<0.001) |
| Confirmed, Complicated Upper GI Events | 16 | 37 | 0.6 | 1.4 | 0.43 (0.24 to 0.78; p=0.005) |
| Confirmed and Unconfirmed Clinical Upper GI Events† | 58 | 132 | 2.2 | 4.9 | 0.44 (0.32 to 0.60; p<0.001) |
| Confirmed and Unconfirmed Upper GI Complicated Events‡ | 17 | 47 | 0.6 | 1.6 | 0.40 (0.23 to 0.71; p=0.002) |
| All GI Bleeding Events | 31 | 82 | 1.2 | 3.0 | 0.38 (0.25 to 0.57; p<0.001) |

* For the primary endpoint a 95.44% CI and p-value, adjusted for the interim analysis, are presented.

† Includes the 13 events which were reported by investigators but were unconfirmed by the Endpoint Adjudication

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Committee. These analyses were predefined.

[a] Includes 6 events, which were reported by investigators but were unconfirmed complicated events by the Endpoint Adjudication Committee.

CI = Confidence Interval

See Appendix for definitions of clinical Upper GI events and complicated events

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Table 3: Confirmed Upper GI Event

| | All Confirmed Upper GI Events | | All Confirmed, Complicated Upper GI Events | |
|---|---|---|---|---|
| | Rofecoxib (N=4047) | Naproxen (N=4029) | Rofecoxib (N=4047) | Naproxen (N=4029) |
| Type of UGI Event | n (%) | n (%) | n (%) | n (%) |
| Perforations* | 3 (0.1)† | 4 (0.1) | 3 (0.1) | 4 (0.1) |
| Gastric ulcers | 28 (0.7) | 81 (2.0) | 1 (<0.1) | 6 (0.1) |
| Duodenal ulcer | 27 (0.7) | 39 (1.0) | 3 (0.1) | 5 (0.1) |
| Obstructions* | 1 (<0.1) | 0 (0.0) | 1 (<0.1) | 0 (0.0) |
| Bleed events | 14 (0.4) | 35 (0.9) | 12 (0.3)‡ | 32 (0.8)‡ |
| Total | 56 (1.4) | 121 (3.0) | 16 (0.4) | 37 (0.9) |

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Note: Patients may be counted in more than one row, but are only counted once in total.

[*] Perforations and obstructions are complicated by definition.

[†] Two confirmed upper GI events (2 perforations in rofecoxib treated patients) occurred after only one dose of study therapy and likely resulted from prior NSAID use.

[‡] Cause/ source of bleeding: 5 gastric ulcers, 5 duodenal ulcers, 3 "other" upper GI sources. One patient in the rofecoxib treatment group had both a gastric and duodenal ulcer as the cause/ source of bleeding.

[§] Cause/ source of bleeding: 16 gastric ulcers, 9 duodenal ulcers, 7 "other" upper GI sources.

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Table 4. Efficacy measures: baseline values and mean changes by treatment group

| | Baseline | | Change from Baseline | | | |
|---|---|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen | Rof – Napr | 95% CI |
| | Mean (SD) | Mean (SD) | Mean (SD) | Mean (SD) | LS mean | |
| Patient's Global assessment (0 to 4) | 1.96 (0.93) | 1.99 (0.94) | -0.51 (0.93) | -0.53 (0.94) | -0.00 | (-0.03, 0.03) |
| Investigator's Global assessment (0 to 4) | 1.85 (0.80) | 1.87 (0.78) | -0.49 (0.84) | -0.52 (0.85) | 0.01 | (-0.02, 0.04) |
| Modified Health Assessment Questionnaire* (0 to 3) | 0.59 (0.49) | 0.59 (0.49) | -0.11 (0.37) | -0.12 (0.36) | 0.01 | (-0.01, 0.04) |

* Collected in the patients enrolled in the United States only

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

*SD* = *Standard Deviation*

LS = Least Square, analyzed as the mean change from baseline over the treatment period using an analysis of variance model with factors of treatment and prior

GI event history and with baseline value as a covariate.

CI = Confidence Interval

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Table 5: Most common adverse events leading discontinuation

| Adverse event | Rofecoxib | Naproxen | Difference (95% CI) |
|---|---|---|---|
| | (N = 4047) | (N = 4029) | |
| | n (%) | n (%) | |
| *Dyspepsia* | 43 (1.1%) | 56 (1.4%) | -0.3 (-0.8 to 0.2) |
| Abdominal Pain | 26 (0.6%) | 48 (1.2%) | -0.5 (-1.0 to -0.1) |
| Epigastric Discomfort | 19 (0.5%) | 49 (1.2%) | -0.7 (-1.2 to - 0.3) |
| Nausea | 34 (0.8%) | 32 (0.8%) | 0.0 (-0.4 to 0.5) |

*Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois*

| | | | |
|---|---|---|---|
| Heartburn | 28 (0.7%) | 28 (0.7) | -0.0 (-0.4 to 0.4) |
| Total patients discontinuing for any of the above symptoms | 142 (3.5%) | 196 (4.9%) | -1.4 (-2.3 to -0.5) |

Note: Patients may be counted in more than one row, but are only counted once in total.

CI = Confidence Interval

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

Figure 1

Primary Endpoint - Confirmed Clinical Upper GI Events
Time-to-Event Plot (All Patients Randomized)

| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3641 | 3402 | 3180 | 2806 | 1073 | 533 |
| Naproxen | n=4029 | 3644 | 3389 | 3163 | 2796 | 1071 | 513 |

LEH 0027448

Appendix: Criteria for Clinical GI Events

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Event |
|---|---|---|
| Perforation due to gastric or duodenal ulcer | Perforation (non-malignant) confirmed by<br>1) Endoscopy<br>2) Surgery<br>3) Free intra-abdominal air or contrast extravasation on x-ray<br>4) Autopsy | All perforations are complicated |
| Obstruction due to gastric or duodenal ulcer | Postprandial nausea and vomiting ≥ 24 hours and narrowing of distal stomach or duodenum due to non-malignant ulcer documented by:<br>1) Endoscopy<br>2) Surgery<br>3) Radiography<br>4) Autopsy | All obstructions are complicated |
| Upper GI Bleeding | Bleeding fulfilling one of the following:<br>1) Healthcare provider-witnessed hematemesis or bloody gastric aspirate<br>2) Healthcare provider witnessed melena<br>3) Active bleeding by endoscopy, surgery, or angiograpy | Significant bleeding/volume loss* |

Confidential-Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois

| | | |
|---|---|---|
| | 4) Occult blood with documented upper GI lesion judged to be source and associated with:<br>a) significant bleeding/volume loss*<br>b) visible vessel, clot, or pigmented spot on ulcer at endoscopy<br>5) Patient-reported hematemesis or melena with upper GI lesion judged to be the source and associated with either:<br>a) significant bleeding/volume loss*<br>b) visible vessel, clot, or pigmented spot on ulcer at endoscopy | |
| *Gastric or Duodenal Ulcer* | *Gastric or duodenal ulcer confirmed by:*<br>1) Endoscopy<br>2) Surgery<br>3) Upper GI Contrast Radiography<br>4) Autopsy | *Ulcer with upper GI bleeding (healthcare provider-* witnessed hematemesis, melena, or active bleeding at endoscopy, surgery or angiography.) |

* 1) Decrease in hemoglobin ≥ 2 g/dl;

2) Orthostatic change in pulse > 20, in systolic blood pressure > 20 mm Hg, or in diastolic blood pressure > 10 mm hg;

3) Other evidence of significantly reduced circulatory volume (i.e. significant hypotension corrected by volume replacement); or

4) Blood transfusion

Confidential Disclosure to Unauthorized Persons forbidden by Order of the United States District Court of Southern District of Illinois