# Exhibit 8
# Part 2

MK-0966 Prot. No. 088/089
VIGOR

-22-

5.4.  <u>Treatments</u> (Cont.)

Table 3 (Cont.)

Clinical Supplies

| Study Medication | Control No. | Formulation No. |
|---|---|---|
| Placebo X[†] | CA-A505 | MR-3757, MR-3758 |
| | CA-A505B | MR-3759, MR-3760 |
| | CA-A505C | MR-3760, MR-3761, MR-3762 |
| | CA-A505D | MR-3763 |
| | CA-A505k | MR-3758 |
| | CA-A537 | MR-3759 |
| | CA-A537B | MR-3762 |
| | CA-A537Bk | MR-3762 |
| | CA-A537k | MR-3759 |
| Naproxen 1000 mg [‡, §] | CA-A505 | MR-3743, MR-3744, MR-3745 |
| | CA-A505B | MR-3828, MR-3829, MR-3834 |
| | CA-A505C | MR-3837, MR-3838, MR-3952 |
| | CA-A505D | MR-3976 |
| | CA-A505k | MR-3744 |
| | CA-A537 | MR-3828 |
| | CA-A537B | MR-3838 |
| | CA-A537Bk | MR-3838 |
| | CA-A537k | MR-3828 |
| Placebo Y[‖] | CA-A505 | MR-3767, MR-3800 |
| | CA-A505B | MR-3799, MR-3811 |
| | CA-A505C | MR-3893, MR-3894 |
| | CA-A505D | MR-3982 |
| | CA-A505k | MR-3767 |
| | CA-A537 | MR-3811 |
| | CA-A537B | MR-3894 |
| | CA-A537Bk | MR-3894 |
| | CA-A537k | MR-3811 |

[†]  Placebo X was in the image of the 50-mg rofecoxib tablet.
[‡]  The 1000-mg dose consisted of two 500-mg tablets.
[§]  Naproxen manufactured by NOVOPHARM (Ontario, Canada)
[‖]  Placebo Y was in the image of the naproxen 500-mg tablet.

Data Source:  [Not applicable]

/MK-0966/CSR/RC2676.DOC  APPROVED                              20-Jun-2000

MRK-AFV0451495

MK-0966 Prot. No. 088/089
VIGOR

-23-

## 5.4.   Treatments (Cont.)

### 5.4.3   Method of Assigning Patients to Treatment Groups

Patient allocation was stratified according to whether the patient had prior history of a PUB.  Within each allocation range, those patients who had a history of a PUB were entered into Stratum 1 and those who did not into Stratum 2.

Within each allocation schedule, patients in Stratum 1 were assigned allocation numbers (ANs) sequentially starting with the highest number at each site and proceeding sequentially to the lower numbers.  Patients in Stratum 2 were assigned ANs sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers.

### 5.4.4   Selection of Doses in the Study

The selection of dose for this study was based both upon the compilation of Phase III safety data in osteoarthritis [1.2.3; 1.2.7; 1.2.8; 1.2.11; 1.2.14 to 1.2.17 to 1.2.20; 1.2.28; 2.1.2] and RA pilot efficacy and dose-ranging studies [1.2.1; 2.1.1]. The Phase IIb RA dose-ranging study demonstrated that 25 and 50 mg were equally efficacious in the treatment of RA.  Both doses were superior to placebo and were safe and well tolerated. In Part II of Protocol 068, both 25 and 50 mg demonstrated efficacy similar to naproxen 500 mg twice daily [2.2.1; 2.2.2]. The choice of rofecoxib 50 mg ensured that the safety of the drug was studied at a dose that is anticipated to be 2 times the maximum dose for the treatment of both osteoarthritis and rheumatoid arthritis. Comparing this dose of rofecoxib to the most commonly used dose of a standard nonselective NSAID would provide the most rigorous testing of the GI safety of rofecoxib.

Naproxen is a widely prescribed NSAID that is a dual COX-1/COX-2 inhibitor approved for the treatment of rheumatoid arthritis. In most countries worldwide, the recommended dose for the treatment of rheumatoid arthritis is 500 to 1000 mg per day. However, in some countries, the dose may be increased to a maximum of 1500 mg per day when a higher level of anti-inflammatory/analgesic activity is required. The dose chosen for naproxen in this study (500 mg 2 times a day) is the most commonly used dose for the treatment of rheumatoid arthritis and was anticipated to provide similar efficacy to rofecoxib 50 mg.  Therefore, the safety profile was actually biased against rofecoxib; the dose of 50 mg is anticipated to be 2 times greater than the dose indicated for RA whereas the dose of naproxen used in this study was within the recommended dose range for the drug.

MK-0966 Prot. No. 088/089
VIGOR

-24-

## 5.4. Treatments (Cont.)

### 5.4.5 Blinding

Standard 1-panel labels were affixed to each container. Each label contained the patient allocation number, package identification number, bottle letter, dosing instructions, and a space to indicate the visit number and patient initials. The disclosure information was provided in separate, sealed envelopes. The envelopes were sent to the investigational site and were not opened unless there was an emergency.

Waivers for reporting endpoints (i.e., PUBs) which met the 15-day reporting criteria (serious, unexpected, and related to use of the drug) were granted by the appropriate agencies for all sites participating in the study, such that these endpoints were reported to a regulatory agency blinded until the end of the study.

All Merck personnel involved in processing the endpoint documentation, database clean up, and all members of the CRC, remained blinded to study treatment until the time that all endpoint adjudications had been completed and frozen file was declared. Merck personnel who became unblinded prior to frozen file were removed from all activities related to endpoint processing, data review, serious adverse experience (SAE) review and a priori data analytic planning.

### 5.4.6 Treatment Compliance

Patients must have maintained adequate compliance with the study medication regimen based upon tablet counts. Patient compliance was assessed by patient interviews and pill counts. If a patient missed 3 or more doses between any visit, the site staff was to have re-instructed the patient on the dosing regimen.

Patients who missed more than 20% of scheduled doses were considered noncompliant. Noncompliant patients were not to have automatically discontinued from the study. However, their compliance was to be monitored and recorded. Their compliance with the study regimen should have been encouraged. They should have been further instructed in the proper use of the study medication. Study drug may have been interrupted when considered absolutely necessary by the investigator or the clinical monitor.

/MK-0966/CSR/RC2676.DOC APPROVED                                    20-Jun-2000

MRK-AFV0451497

MK-0966 Prot. No. 088/089
VIGOR

-25-

## 5.5   Efficacy and Safety Variables

### 5.5.1   Efficacy and Safety Measurements Assessed

#### 5.5.1.1   Flow Chart

Table 4, Table 5, and Figure 1 provide an overview of study procedures, study design, and the timing of clinical observations and laboratory values for the study.

MRK-AFV0451498

MK-0966 Prot. No. 088/089
VIGOR

-26-

## 5.5  Efficacy and Safety Variables (Cont.)

Table 4

Study Flow Chart

| | Screening | Random-ization | Scheduled Office/Clinic Visits | | | | | | | End of Study Visit | Discon-tinuation - Visit |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Treatment Week | | | | | | | | |
| | | | 6 (Month 4) | 17 (Month 8) | 35 (Month 5) | 52 (Month 12) | 69[a] (Month 16) | 87[a] (Month 20) | 104[a] (Month 24) | | |
| Visit ID: Visit Number: | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Review entry criteria and study procedures | X | X | | | | | | | | | |
| Obtain informed consent[bb] | X | | | | | | | | | | |
| Document medical history | X | | | | | | | | | | |
| Stool hemoccult | X | | | | | | | | | | |
| Review concomitant medications | X | | | | | | | | | | |
| Discontinue previously recommended anti-inflammatory drugs (NSAIDs)[a] | X[a] | X | X | X | X | X | X | X | X | X | X |
| Vital signs and weight[a] | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | X | | | | | | | | | X | X |
| Document interim history/monitor for study endpoint/adverse experiences | X | X | X | X | X | X | X | X | X | X | X |
| Develop stool hemoccult cards | | X | | | | | | | | | |
| Retrieve stool study medication | | | | X | X | X | X | X | X | X | X |
| Complete blood count (CBC), serum chemistry | X[a,t] | | X | X | X | X | X | X | X | X[a] | X[a] |
| Hemoglobin, hematocrit | | | | X | X | X | | X | X | X | X |
| Serum for β-human chorionic gonadotropin (β-hCG)[a] | X | | | X | X | | X | X | | X | X |
| Urine for β-hCG[a] | | | X | X | X | X | X | X | X | X | X |
| Urinalysis | X | | X | | | | | | | X | X |

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

-5-

MRK-AFV0451499

MK-0966 Prot. No. 088/089
VIGOR

-27-

## 5.5   Efficacy and Safety Variables (Cont.)

Table 4 (Cont.)

Study Flow Chart

| | | | Scheduled Office/Clinic Visits | | | | | | | End of Study Visit | Discontinuation Visit |
| | | | Treatment Week | | | | | | | | |
| Visit ID: | Prestudy | Randomization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69 (Month 16) | 87 (Month 20) | 104 (Month 24) | End of Study Visit | Discontinuation Visit |
| Visit Number: | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Serum for archive; plasma for archive | | X | | X | | X | | X | | X | X |
| Electrocardiogram (EKG) | X | | | | | | | | | | |
| Dispense study medication | | X | | X | X | X | X | X | X | | |
| Count study medication tablets | | | | X | X | X | X | X | X | X | X |
| Modified Health Assessment Questionnaire | | X | X | X | X | X | X | | | X | X |
| Patient global assessment of disease activity | X | X | X | X | | X | | X | X | X | X |
| Investigator global assessment of disease activity | | X | X | X | X | X | | X | X | X | X |
| Distribute investigational study identification card and appointment reminder cards | X | X | X | X | X | X | X | X | X | | |

[†] If study still ongoing.
[‡] Patients who were on NSAIDs were to be called after laboratory tests had been evaluated and were told to stop NSAIDs and to return for Visit 2 after a 3-day washout period.
[§] Serum chemistry obtained following 8-hour fast.
[||] For postmenopausal women only.
[¶] Baseline levels of digoxin and lithium should have been drawn for patients taking these medications.
[#] Obtained vital signs post 10 minutes of rest.
[††] Permission should have been obtained to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.

MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

46

MRK-AFV0451500

MK-0966 Prot. No. 088/089
VIGOR

5.5   Efficacy and Safety Variables (Cont.)

Table 5

Phone Visits

| Visit ID: Visit Number: | Pre-screening 0 | Treatment Week | | | | | | End of Study for Enrolled and Discontinued Patients | 14 Days Post Last Dose of Study Therapy | 45 Days Post Discon-tinuation |
| | | Week 10 Month 2.5 P4 | Week 26 Month 6 P5 | Week 45 Month 10 P6 | Week 60 Month 14 P7 | Week 78 Month 18 P8 | Week 95 Month 22 P9 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Prescreen patients to determine if they meet entry criteria that can be assessed by phone | x | | | | | | | | | |
| Schedule Screening Visit 1 | x | | | | | | | | | |
| Encourage patient compliance and participation in study | | x | x | x | x | x | x | | | |
| Review concomitant medication restrictions | | x | x | x | x | x | x | | | |
| Monitor for Interim study endpoints | | x[a] | x[a] | x[a] | x[a] | x[a] | x[a] | | | |
| Monitor for adverse events, interim gastrointestinal (GI) endpoints | | | | | | | | x[b] | x[c] | |
| Monitor for GI endpoints | | | | | | | | | | x[d] |

[a]   If study still ongoing.
[b]   Suspicion of a possible endpoint prompted an unscheduled visit and/or retrieval of additional information.
[c]   Schedule end-of-study visit for those patients currently enrolled in study and on study drug. Priority given to patients who reported a possible PUB. Eight-hour fast required.
[d]   If a discontinued patient reported a possible PUB, then all documenting information was obtained.
[e]   Did not need to be performed for patients who completed the study. However, should the investigator have become aware of a serious adverse experience (SAE) or endpoint which occurred within 14 days post last dose of study therapy, these should have been reported.

Data Source: [3.2]

MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

MRK-AFV0451501

MK-0966 Prot. No. 088/089
VIGOR

5.5   **Efficacy and Safety Variables (Cont.)**

Figure 1

Study Design





Data Source: [3.2]

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

48

MRK-AFV0451502

MK-0966 Prot. No. 088/089
VIGOR

-30-

## 5.5   Efficacy and Safety Variables (Cont.)

### 5.5.1.2   Documentation of Potential Endpoints

All potential endpoints occurring in the study were identified, documented and submitted for adjudication. The investigators were instructed as to the endpoint definitions and criteria for confirmation. At each investigator meeting, and in periodic newsletters, the potential signs and symptoms of upper GI endpoints and standard work-ups for these signs and symptoms were reviewed. However, it was the ultimate responsibility of the investigator to determine if a case qualified as a potential endpoint based on the specific clinical presentation. A properly completed significant GI Event Form (GICL), and a concise but complete clinical narrative of the case, both signed by the investigator, were required for a potential endpoint to be submitted for adjudication. The GICL worksheet was designed for purposes of investigator documentation of a potential endpoint. Instructions for the completion of the GICL were given to all investigators. Patients were asked to sign medical releases so that medical records could be obtained for any endpoint reported.

As part of the field procedures manual, all investigators were given instructions as to how to collect source documentation for and report potential endpoints, and store records related to them. Confidentiality of patient identifying information was maintained.

In addition, to the instructions given to the investigators, extensive efforts were made to ensure that endpoints did not inadvertently go unreported. Field monitoring and in-house data review personnel were instructed to review worksheets and the database for terms which may have been indicative of an endpoint or gastrointestinal work-up (e.g., gastric ulcer, GI bleeding, positive stool hemoculits, endoscopies). Specific queries of the database were designed to look for these terms. When such terms were found, the investigator was requested to assess the event and determine if a GI endpoint had occurred. At all times, the decision to report an upper GI endpoint was made by the investigator.

All patients who discontinued early from the GI Outcomes study who did not have a GI endpoint reported were followed via telephone for the occurrence of an endpoint. To elicit this information, patients were asked about recent hospitalizations, GI work-ups and physician visits for GI-related events. These telephone contacts occurred at 14 and 45 days postdiscontinuation, and at study completion. The informed consent in the primary protocol covered the data proposed for patient follow-up. The Discontinued Patient Follow-up (DPF) Form was used to collect safety data regarding endpoints occurring after the usual 14-day postdiscontinuation follow-up. Important ancillary data, including concomitant medications, excessive alcohol use, and other relevant data were collected on the DPF as well.

/MK-0966/CSR/RC2676.DOC   APPROVED                                           20-Jun-2000

MRK-AFV0451503

MK-0966 Prot. No. 088/089
VIGOR

-31-

## 5.5    Efficacy and Safety Variables (Cont.)

### 5.5.1.3    Definition of Endpoint Event Date

The event date was the date of the first (inpatient or outpatient) diagnostic procedure (radiological test, endoscopy, surgery, or autopsy) used for purposes of judging whether the potential event met confirmatory criteria.   In situations where hospitalization records did not indicate the date of the procedure, the hospital admission date was recorded as the event date.   If no diagnostic procedure was performed (e.g., a GI bleed was suspected based on an observation of documented melena [distinguished from other cause of dark stool] or laboratory evidence of GI bleeding) then the date of the observation or specimen draw was used.

### 5.5.1.4    The Case Review Committee and Adjudication Procedures

The Case Review Committee (CRC) consisted of three voting clinicians (2 gastroenterologists and 1 general internist) with expertise in the diagnosis of endpoints and in the conduct of clinical trials. The CVs of CRC members can be found in [3.6]. All members of the CRC had previous experience as a member of the CRC for previous rofecoxib studies. The chairperson (a general internist) had previous experience as a member of the CRC for a similar large study done in patients with rheumatoid arthritis. The voting members did not include employees of Merck.   No member of the CRC was an investigator for this study, or was directly involved in any way in the conduct of the study.   The CRC was assisted by Merck personnel, blinded to treatment allocation, in administrative matters.

The CRC reviewed all potential endpoints and had full responsibility for final adjudication of all potential endpoints while still blinded to treatment allocation. Endpoint packages were sent to each member of the CRC for a preliminary review. After the CRC members completed their preliminary reviews, the full CRC convened (approximately every 2 to 4 weeks) to review the endpoint packages and vote on whether an endpoint was confirmed or unconfirmed according to prespecified criteria.   If there was any disagreement, the majority ruling was held. All adjudications by the CRC were final. Final adjudication for a given case occurred prior to any analysis (interim or final) that included the endpoint, while the members were still blinded to treatment allocation. (A Standard Operating Procedure (SOP) detailing these activities can be found in [3.8].)   An overview of the PUB monitoring and adjudication process can be found in Figure 2.

MRK-AFV0451504

MK-0966 Prot. No. 088/089
VIGOR

-32-

### 5.5  Efficacy and Safety Variables (Cont.)

Figure 2

Flow of Requests for Data/Documentation
and Review of PUB Endpoint Packages



If new information regarding an endpoint became available after the case had already been adjudicated by the CRC, the new information was sent to the CRC and they were asked to readjudicate the case if it met any of the following criteria:

I.  That which affected the "event date". For example a previously unreported laboratory test or procedure, or a change in the date of a laboratory test or procedure.

MRK-AFV0451505

MK-0966 Prot. No. 088/089
VIGOR

-33-

## 5.5   Efficacy and Safety Variables (Cont.)

2.   That which potentially affected the type of event. For example, a previously reported gastric ulcer was found to be a gastric ulcer associated with a GI bleed.

3.   That which was pertinent to the criteria used to adjudicate an event as confirmed or complicated.   For example, revised or new information concerning:

   • Results of diagnostic procedures or laboratory tests

   • Patient history, symptoms, or signs relevant to potential GI bleeding

   • Treatment of the patient with blood transfusion.

The same rules as stated above were applied and the readjudicated case was considered final.

### 5.5.1.5   Adjudication Criteria for Upper-GI Perforations, Ulcers, Obstructions, and Bleeds

Specific endpoint adjudication criteria were established and prespecified to allow the CRC to confirm the diagnosis reported by the investigator and determine whether the endpoint was clinically complicated (Table 6) .   The CRC adjudicated each endpoint with respect to the confirmatory criteria first, followed by adjudication with respect to the clinically complicated criteria. Potential endpoints judged to meet the prespecified criteria by a majority of the CRC (2 of 3) were adjudicated as "confirmed." Similarly, an endpoint judged to meet the clinically complicated criteria by a majority of the CRC was adjudicated as "complicated." Thus, there were 4 classes of endpoints (confirmed and complicated, confirmed and uncomplicated, unconfirmed and complicated, and unconfirmed and uncomplicated). The CRC adjudicated an event as being "not an upper-GI event", if by majority opinion, the potential endpoint did not involve the upper-GI tract as defined (e.g., a case reported as an upper GI bleed by the investigator was determined by the committee to be a lower GI bleed based on the case documentation). In addition, the CRC may have reclassified a potential endpoint if there was sufficient evidence to do so (e.g., a pyloric channel ulcer reported as a "gastric ulcer" may have been reclassified as a "duodenal ulcer" based on the endoscopy report). All adjudications by the committee were final.

MRK-AFV0451506

53

MK-0966 Prot. No. 088/089
VIGOR

-34-

5.5   <u>Efficacy and Safety Variables</u> (Cont.)

Endpoint definitions were all prespecified and developed in collaboration with regulatory agencies, the Steering Committee and Case Review Committee after a review of definitions used in similar studies and the experience of the CRC adjudicators in previous studies [1.1.11; 1.2.4].

MRK-AFV0451507

MK-0966 Prot. No. 088/089
VIGOR

-35-

5.5   Efficacy and Safety Variables (Cont.)

Table 6

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Gastric or Duodenal Perforation due to Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Report of gastric or duodenal perforation (excluding perforation caused by a malignant ulcer) confirmed by 1 or more of the following:<br><br>1. Endoscopy<br>2. Surgery<br>3. Unequivocal radiographic results consistent with free intraperitoneal air or extravasation of contrast media<br>4. Autopsy | All gastric or duodenal perforations are classified as complicated. |

AMK-0966/CSR/RC2676.DOC   APPROVED—20-Jun-2000

MRK-AFV0451508

MK-0966 Prot. No. 088/089
VIGOR

-36-

5.5 **Efficacy and Safety Variables** (Cont.)

Table 6 (Cont.)

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Obstruction due to Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Postprandial nausea and vomiting lasting for at least 24 hours AND evidence of narrowing of the distal stomach, pylorus, or duodenum due to a nonmalignant ulcer documented by:<br><br>1. Endoscopy<br>2. Surgery<br>3. Radiography<br>4. Autopsy | All obstructions are classified as complicated |
| Development of Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Report of GU or DU confirmed by one or more of the following:<br><br>1. Endoscopy<br>2. Surgery<br>3. Unequivocal radiological evidence of active GU or DU on upper-GI series with contrast<br>4. Autopsy | GU or DU associated with a confirmed upper-GI hemorrhage as defined under Development of Upper-GI Hemorrhage, criteria 1, 2, or 3. |

/MK-0966CSR/RC2676.DOC  APPROVED—20-Jun-2000

55

MRK-AFV0451509

MK-0966 Prot. No. 088/089
VIGOR

-37-

5.5  Efficacy and Safety Variables (Cont.)

Table 6 (Cont.)

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Development of Upper-GI (esophageal, gastric, or duodenal) Hemorrhage | Report of upper-GI hemorrhage fulfilling one or more of the following:<br>1. Healthcare provider witnessed frank hematemesis (distinguished from blood tinged or streaked emesis), including coffee-grounds vomitus, OR healthcare provider-witnessed frank blood or coffee grounds by gastric aspiration or lavage (distinguished from scant coffee-grounds that clear rapidly)<br>2. Healthcare provider witnessed frank melena (distinguished from other dark stool, e.g., that due to bismuth salts).<br>3. Active upper-GI bleeding documented by endoscopy, angiography, or surgery.<br>4. Heme-positive stool associated with a documented upper-GI lesion judged by the healthcare provider to be the source of the bleeding AND associated with either of the following:<br>a) Significant bleeding/volume loss<br>b) Stigmata of recent bleeding (visible vessel, pigmented spot or clot on ulcer base) on endoscopy | 1. Upper-GI hemorrhage associated with significant bleeding/volume loss (1). |

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jun-2000

MRK-AFV0451510

MK-0966 Prot. No. 088/089
VIGOR

5.5   **Efficacy and Safety Variables** (Cont.)

Table 6 (Cont.)

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| | 5. Patient reported hematemesis or melena associated with a documented upper-GI lesion judged by the healthcare provider to be the source of the bleeding AND associated with 1 or more of the following:<br>a) Significant bleeding/volume loss<br>b) Stigmata of recent bleeding (visible vessel, pigmented spot or clot on ulcer base) on endoscopy | 1. Upper-GI hemorrhage associated with significant bleeding/volume loss (1). |

(1) Criteria for significant bleeding/volume loss: One or more of the following (a, b, c, or d) is temporally related to the event:
   a.  Decrease in hemoglobin ≥2 gm/dL (or 26% drop in hematocrit if hemoglobin not available).
   b.  Evidence of orthostatic (sitting to standing, or lying to sitting) changes; one or more of: (i) pulse rate increase of >20 beats per minute (BPM), (ii) decrease in systolic blood pressure (SBP) >20 mm Hg, (iii) decrease in diastolic blood pressure (DBP) >10 mm Hg.
   c.  Other evidence of significantly reduced circulatory volume (e.g., significant hypotension corrected by volume replacement).
   d.  Transfusion of blood or packed red blood cells.

Data Source: [3.2]

MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

57

MRK-AFV0451511

58

MK-0966 Prot. No. 088/089
VIGOR

-39-

## 5.5   Efficacy and Safety Variables (Cont.)

### 5.5.1.6   Criteria for Exploratory "All GI Bleed" Analysis

One of the following predefined criteria needed to be met to be included in the analysis of clinically significant bleeds from any location in the GI tract:

a.   Upper GI bleeds adjudicated by the CRC as confirmed or unconfirmed.

b.   Adverse experiences suggestive of a lower GI bleed or GI bleed of unspecified location were identified from the adverse experience and serious adverse experience (SAE) forms.   The adverse experience terms to be included were identified prior to unblinding.   See [3.5] for a listing of included terms. To be included in this analysis, those adverse experiences must have met 1 of the following criteria:

   * Reported as a SAE;

   * Resulted in discontinuation of the patient from the study;

   * Associated with a 2-gm drop in hemoglobin from baseline within 14 days before the start date of the event and/or 30 days after.

c.   Upper GI bleeds adjudicated by the CRC as "not an upper GI event" were included in this analysis if it met 1 of the following criteria:

   * Reported as a SAE.

   * Associated with a 2-gm drop in hemoglobin from baseline within 14 days before the start date of the event and/or 30 days after.

### 5.5.1.7   Efficacy Measures Assessed

#### Patient Global Assessment of Disease Activity (Likert)

A patient global assessment of disease activity on a Likert scale was recorded at Visits 1, 2, 3, 4, 6, end-of-study, and at the discontinuation visit (if patient discontinued).

"Considering all the ways your arthritis affects you, mark an (X) in 1 box below for how well you are doing."

Patients rated themselves as doing: Very well, Well, Fair, Poor, or Very poor.

MRK-AFV0451512

59

MK-0966 Prot. No. 088/089
VIGOR

-40-

## 5.5   Efficacy and Safety Variables (Cont.)

### Investigator Global Assessment of Disease Activity (Likert)

An investigator global assessment of disease activity on a Likert scale was recorded at Visits 2, 3, 4, 6, end-of-study, and at the discontinuation visit.

"Make a global assessment of the patient's disease activity by indicating how well the patient is doing."

Physicians rated the patient as doing: Very well, well, fair, poor, or very poor.

### Modified Health Assessment Questionnaire (Exploratory) (U.S. Only)

A modified Health Assessment Questionnaire (HAQ) [3.3] was performed by the patient at Visits 2, 3, and end-of-study (or the discontinuation visit).

## 5.5.1.8   Safety Measurements Assessed

### Physical Examination, Vital Signs, and Body Weight

A complete physical examination including vital signs (heart rate, blood pressure, weight, oral temperature, and respiration rate) was performed during the prestudy visit (Visit 1), the end-of-study visit, and if the patient discontinued from study.   Heart rate, blood pressure, and weight were assessed at all scheduled visits, including poststudy.

Blood pressure was measured in the same arm and by the same study coordinator for each patient throughout the study (if possible).

Patients were weighed in street clothing, with jacket/coat and shoes removed at each visit.   The scale was calibrated weekly.

### Laboratory Safety Studies—Serum Chemistry, CBC, Urinalysis

A complete blood count (CBC) and serum chemistry panel were obtained at Visits 1.0, 3.0, 6.0, end-of-study, and the discontinuation visit.   A urinalysis was obtained at Visits 1.0, 3.0, end of study, and discontinuation visit.   A hematocrit and hemoglobin were obtained at all other visits (except Visit 2.0).   Patients were asked to fast for 8 hours prior to Visit 1.0 (prestudy) and end-of-study or discontinuation.

### Electrocardiogram

A 12-lead electrocardiogram was obtained at the prestudy visit (Visit 1.0).

MRK-AFV0451513

MK-0966 Prot. No. 088/089
VIGOR

-41-

## 5.5   Efficacy and Safety Variables (Cont.)

### Urine and Serum Beta-Human Chorionic Gonadotropin (β-hCG)

For female patients of childbearing potential, a serum β-hCG level was required to be consistent with a nongravid state at the prestudy visit. A urine β-hCG was obtained at all subsequent visits.

### Stool Hemoccult

Three stool Hemoccult cards were distributed to each patient during the screening period with instructions to obtain three samples. The samples were read prior to allocation at Visit 2.0. One or more positive cards excluded the patient from participation in the study.

### 5.5.2   Appropriateness of Measurements

All efficacy and safety variables were chosen based on validated methods for the evaluation of treatments for RA and Good Clinical Practice [1.1.12].

### 5.5.3   Evaluation of   Efficacy Variables and Definitions of Baseline and Improvement

The methods used to obtain efficacy measurements were described in the Section 5.5.1. Randomization Visit (Visit 2.0) measurements were defined as baseline values. Decreasing values indicate improved response for all endpoints. Table 7 lists all clinical efficacy endpoints, definitions of baseline and direction of improvement.

Table 7

Efficacy Endpoints: Definition of Baseline and Direction of Improvement

| Endpoint (Scales) | Definition of Baseline | Improvement |
|---|---|---|
| Patient Global Assessment of Disease Activity (0-4 Likert) | Visit 2.0 | Decreases |
| Investigator Global Assessment of Disease Activity (0-4 Likert) | Visit 2.0 | Decreases |
| Modified Stanford Health Assessment Questionnaire (HAQ, U.S. only) | Visit 2.0 | Decreases |
| Discontinuation due to Lack of Efficacy | No baseline value | None |

Data Source: [Not applicable]

Unless noted in text, the analyses of efficacy endpoints were performed on the original measured scales (e.g., 0 to 4 for Likert scale), and the analysis method was the Analysis of Variance (ANOVA) detailed in Statistical Method section.

/MK-0966/CSR/RC2676.DOC  APPROVED                                    20-Jun-2000

MK-0966 Prot. No. 088/089
VIGOR

-42-

5.5   **Efficacy and Safety Variables (Cont.)**

**Patient Global Assessment of Disease Activity**

For the analysis of Patient Global Assessment of Disease Activity, the patient responses were graded as follows:

0 = Very well, 1 = Well,  2 = Fair,  3 = Poor,  4 = Very poor.

**Investigator Global Assessment of Disease Activity**

For the analysis of Investigator Global Assessment of Disease Activity, investigator responses were graded as follows:

0 = Very well, 1 = Well,  2 = Fair,  3 = Poor,  4 = Very poor.

**Modified Health Assessment Questionnaire (U.S. Only)**

Each of 8 questions was graded on a 0 to 3 scale ranging from "Without any difficulty" to "Unable to do". The modified HAQ score was the average of all nonmissing answers to 8 questions (at least 6 of the 8 questions must have been answered). This endpoint was exploratory and was performed in the U.S. only due to the lack of available validated translations for all countries outside the U.S at the time of study initiation.

**Discontinuation Due to Lack of Efficacy**

The proportion of patients who were discontinued by the investigator due to lack of efficacy were analyzed separately from those who discontinued for adverse experiences or other reasons. The analysis method is detailed in Statistical Method section.

5.5.4   **Safety and Tolerability Measurements**

5.5.4.1   **Clinical**

The investigator judged the seriousness of the adverse experience, action taken (with respect to discontinuation from the study therapy), and whether or not the study drug (blinded) was responsible for the adverse experience. For each adverse experience, the onset date and time, stop date, and duration were

MRK-AFV0451515

62

MK-0966 Prot. No. 088/089
VIGOR

-43-

## 5.5   Efficacy and Safety Variables (Cont.)

recorded. The investigator rated intensity, action taken, and relationship of the
adverse experience to the study drug using the following scales:

a)  Intensity

   1 =  Mild (awareness of symptoms but easily tolerated)
   2 =  Moderate (discomfort enough to cause interference with usual activity)
   3 =  Severe (incapacitating with inability to work or do usual activity)

b)  Action Taken on Primary Test Drug Due to Adverse Experience

   1 =  None (no change in prime [primary] therapy as a result of the Adverse
        Experience)
   2 =  Interrupted (prime [primary] therapy was temporarily stopped due to an
        Adverse Experience and then restarted)
   3 =  Discontinued (prime [primary] therapy was discontinued due to an
        Adverse Experience and was not restarted)
   4 =  Reduced (dose of prime [primary] therapy was reduced due to an
        Adverse Experience)

c)  Assessment of Relationship of Adverse Experience to Test Drug

   1 = Definitely not (no relationship)
   2 = Probably not (relationship is not likely)
   3 = Possibly (relationship may exist)
   4 = Probably (relationship is likely)
   5 = Definitely(unquestionable relationship)

Drug-related adverse experiences were defined as those with a drug relationship
of possibly, probably, or definitely as described above.

Physical examination and vital signs were also performed, as outlined above.

Certain serious vascular experiences occurring in patients in this study were
subject to adjudication by  committees external to Merck Research Laboratories.

Vital signs were analyzed using the actual value and change from baseline
value, i.e., value on treatment minus the baseline value. Baseline was defined as
the last value obtained prior to randomization. Summary statistics (mean change
from baseline by visit by treatment group) for vital signs were calculated.

MRK-AFV0451516

MK-0966 Prot. No. 088/089
VIGOR

-44-

5.5   <u>Efficacy and Safety Variables</u> (Cont.)

Should clinically significant signs or symptoms of GI bleeding have occurred at any time during the study, clinical evaluation may have included vital signs with orthostatic parameters, abdominal examination, stool hemoccult testing, and serial hemoglobin and hematocrit testing. Further evaluation and treatment were performed as deemed clinically appropriate by the investigator.

The development of a PUB was reported to headquarters immediately. The development of a PUB prompted the retrieval of additional information and source documents, as specified in the Operations Manual [3.8].

5.5.4.2   <u>Laboratory</u>

The incidence of laboratory adverse experiences was summarized and compared between the rofecoxib and naproxen groups. The summaries provided were similar to those for clinical adverse experiences.

Summary statistics based on change or percent change from baseline were calculated for individual protocol-specified laboratory parameters. Baseline was defined as the last value obtained prior to randomization.

Predefined limits of change from baseline were established for several laboratory parameters prior to examination of results (Table 8). The proportion of patients who met these defined criteria was compared between the naproxen and rofecoxib groups. For each parameter, a patient was counted only once if multiple values fell outside the defined limits.

Laboratory tests were analyzed according to the protocol. For specific information, see [3.2].

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451517

MK-0966 Prot. No. 088/089
VIGOR

-45-

## 5.5 Efficacy and Safety Variables (Cont.)

Table 8

Definition of Limits of Change From Baseline

| Parameter (unit) | Definition |
|---|---|
| **Blood Chemistry** | |
| Bilirubin (mg/dL) and alkaline phosphatase (U/L) | • Bilirubin ≥1.8xULN -AND- Alkaline phosphatase ≥3xULN[†] |
| AST (U/L) | • Normal AST at baseline and consecutive postrandomization values >3xULN or 1 value >3x ULN associated with study drug discontinuation-OR- abnormal AST at baseline and consecutive postrandomization values >2xBLV and >3xULN -OR- one value >2x BLV and >3xULN associated with discontinuation of study drug. |
| ALT (U/L) | • Normal ALT at baseline and consecutive postrandomization values >3xULN or 1 value >3x ULN associated with study drug discontinuation-OR- abnormal AST at baseline and consecutive postrandomization values >2xBLV and >3xULN -OR- 1 value >2xBLV and >3xULN associated with discontinuation of study drug. |
| Creatinine (mg/dL) | • Consecutive values with absolute increase >0.5 mg/dL and > ULN -OR- 1 value with increase ≥0.5 mg/dL and > ULN associated with discontinuation of study drug. |
| Potassium (mEq/L) | • Consecutive values with absolute decrease ≥0.8 and <LLN -OR- 1 such value associated with a discontinuation study drug.<br>• Consecutive values with absolute increase ≥0.8 and >ULN -OR- 1 such value > ULN associated with a discontinuation study drug. |
| Calcium (mg/dL) | • Absolute increase ≥1.5 and >ULN<br>• Absolute decrease ≥1.5 and <LLN |
| Sodium (mEq/L) | • Absolute decrease ≥8 and <LLN<br>• Absolute increase ≥8 and >ULN |
| **Hematology** | |
| Hematocrit (%) and hemoglobin (g/dL) | Decrease in hemoglobin >2g/dL and hematocrit ≥5% -OR- hemoglobin >1g/dL and hematocrit ≥10%[†]- |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451518

MK-0966 Prot. No. 088/089
VIGOR

-46-

## 5.5    Efficacy and Safety Variables (Cont.)

Table 8 (Cont.)

Definition of Limits of Change From Baseline

| Parameter (unit) | Definition |
|---|---|
| **Hematology (Cont.)** | |
| Platelet Count (x10$^3$/μL) | • Consecutive values with a decrease >25% and <LLN |
| ULN=Upper limit of normal; LLN=Lower limit of normal; BLV=Baseline Value; AST=aspartate aminotransferase; ALT=alanine aminotransferase.<br>† Changes in the 2 parameters must occur on the same date. | |

Data Source:  [3.5]

## 5.6    Data Quality Assurance

Data were checked for accuracy and integrity by site personnel, regional monitors, in-house data management and monitoring, and by quality assurance (QA) audits. See the audit information sheet for further information on the audits performed [3.1]. In addition, all authors reviewed this document for accuracy and scientific content. Authors' signatures can be found on the Author's Signature Page [3.11].

## 5.7    Statistical Methods Planned in the Protocol and Determination of Sample Size

A detailed data analysis plan is provided in [3.5]. The data analysis plan was finalized prior to the interim analysis. Any changes to the data analysis plan after the interim analysis occurred were made by personnel who remained blinded to the results of the study [3.5]. A summary of the major statistical procedures follows.

### 5.7.1    Statistical and Analytical Plans to Address Study Objectives

#### 5.7.1.1    Primary Objectives

The relative risk of confirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the Cox proportional hazard model via SAS PROC PHREG (a procedure in SAS that does Cox proportional hazard model analyses) [3.5] with treatment as an explanatory factor and stratum of prior history of PUBs as a stratification factor.

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451519

66

MK-0966 Prot. No. 088/089
VIGOR

-47-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

The overall safety and tolerability of rofecoxib in patients with rheumatoid arthritis was evaluated by comparing the incidence of clinical and laboratory adverse experiences between treatment groups. A prespecified listing of potentially relevant safety parameters was examined. In addition, the percents of patients exceeding defined limits of change and mean values for clinical and laboratory safety measurements were compared among treatments.

### 5.7.1.2   Secondary Objectives

The relative risk of confirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

The relative risk of confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the Cox proportional hazard model via SAS PROC PHREG [3.5] with treatment as an explanatory factor, and stratum of prior history of PUBs and study region effects (U.S. versus multinational) as stratification factors.

The relative risk of confirmed and unconfirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

The efficacy of treatment of rheumatoid arthritis with rofecoxib or naproxen was evaluated using 95% CI on the difference between treatment groups in average change from baseline for Patient and Investigator Global Assessment of Disease Status and by comparing the discontinuation rates due to lack of efficacy.

### 5.7.1.3   Exploratory Objectives

The relative risk of occurrence of bleeding from any location in the GI tract in patients taking 50 mg rofecoxib daily versus patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

MRK-AFV0451520

MK-0966 Prot. No. 088/089
VIGOR

-51-

### 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

centers. However, study region effects (U.S. versus multinational) were included in the secondary analysis of confirmed PUB and in the analyses of confirmed plus unconfirmed PUBs, 1 of the secondary endpoints. In addition to survival analytic presentations, summaries were made in terms of number of cases, patient-years of exposure, and rates.

In a preliminary analysis, the proportional hazards assumption was tested by including the factor treatment multiplied by log (time) in the model; nonsignificance (p>0.05) of this factor implied proportionality, i.e., constancy of treatment effect over time.

The primary approach to analysis included all patients randomized (APR) and was based on their randomized treatment assignment. The time frame for the analysis of the PUB incidence included a 14 day postdiscontinuation follow-up period. Relative days were calculated from the randomization date to the event (PUB) date for those patients with events, to 14 days past the discontinuation date for patients who discontinued before the trial's completion for reasons other than an event, or, in the case of completing patients, to the patient's last day of study therapy.

An estimate of the cumulative event rates at the end of the study was calculated using the Kaplan-Meier method. Because Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of the study, time points after which there are less than 500 patients left at risk in either treatment group were combined for analysis and reporting of results. Specifically, graphical displays and cumulative incidence estimates were truncated at the time point at which there were still at least 500 patients left at risk in each of the treatment groups. This pooling and truncation did not affect statistical analysis or the Cox models.

An analysis of variance (ANOVA) model was used to assess the Patient's and Investigator's Global Assessments and the modified HAQ. The model had the average change from baseline over the treatment period as the response and the explanatory variables of treatment, stratum, study region, and baseline covariate. This model was used to provide estimates for the least square mean change and 95% CIs both within and between treatment groups. Summary statistics included baseline, on-treatment, and change from baseline means and standard deviations (SD), 95% CIs on average change from baseline within treatment groups and on the difference between treatment groups. In order to contribute information to these analyses, patients needed to have at least 1 pre- and 1 postrandomization measurement.

MK-0966 Prot. No. 088/089
VIGOR

-50-

### 5.7    Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

The following patients were excluded from the per-protocol analyses:

- Patients with <75% compliance during the entire trial.  Compliance was assessed by the percentage of missed doses of the active drug: 100% multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by the number of tablets supposed to be taken.

- Patients entering the trial with evidence of GI bleeding, e.g., hemoccult positive stool.

- Patients taking nonprotocol NSAIDs, aspirin, or products containing these more than 10% of the time on study.

- Patients taking prestudy NSAIDs, aspirin, or products containing these within 14 days prior to study start who have events within the first 2 days of study start.

- Patients taking GI escape medications other than antacids and/or low-dose $H_2$ blockers (i.e., proton-pump inhibitors, sucralfate or misoprostol or high-dose $H_2$ blockers) for more than 30 days continuously or more than 60 days total during the study.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug.

- Patients with a past history of major upper gastrointestinal surgery (e.g., partial gastrectomy, Bilroth I and II).

The time frame for the per-protocol analysis was 14 days after discontinuation.

### 5.7.3.2    Analytical Methods and Adjustments for Covariates

Statistical analysis methods are summarized in Table 9.  The Cox proportional hazard model was used to evaluate the time-to-first-event data for primary and secondary endpoints, the exploratory endpoint of GI bleeding, for prespecified reasons for withdrawal, and for prespecified adverse experiences.  The model for the primary endpoint had the explanatory factor of treatment (Rofecoxib or naproxen) and prior history of PUBs as a stratification factor.  Study center was not included in the primary model because the number of events expected to be observed was very small compared to the number of patients and the number of

MRK-AFV0451523

MK-0966 Prot. No. 088/089
VIGOR

-48-

**5.7    Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)**

The efficacy of treatment of rheumatoid arthritis with rofecoxib compared to naproxen was evaluated using 95% CI on the difference between treatment groups in average change from baseline for the modified Health Assessment Questionnaire (HAQ) (U.S. only).

**5.7.2    Determination of Sample Size and Power Analysis to Address Study Hypotheses**

**5.7.2.1    Primary Hypotheses**

The risk of confirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

Rofecoxib administered at a dose of 50 mg daily will be safe and well tolerated.

**5.7.2.2    Secondary Hypotheses**

The risk of confirmed plus unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

**5.7.2.3    Criteria to Determine a Positive Study**

The trial was to be considered a positive study if a significant (p<0.050) reduction in the risk of confirmed PUBs in the rofecoxib 50-mg daily group compared to the naproxen 1000-mg daily group was found and if a trend (p≤0.20) was found for the reduction in risk of confirmed complicated PUBs.

**5.7.2.4    Power and End of Study Stopping Rule**

The study was planned to stop when a minimum of 120 patients experienced confirmed PUB events, 40 patients experienced confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever came last.

/MK-0966/CSR/RC2676.DOC  APPROVED                                    20-Jun-2000

68

MK-0966 Prot. No. 088/089
VIGOR

-49-

5.7   **Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)**

For the primary gastrointestinal safety hypothesis, the targeted number of patients with events of 120 provided at least 97% power ($\alpha=0.05$, 2-tailed) to detect a reduction in risk of at least 50%. This calculation accounted for 1 interim analysis described in 5.7.3.3. The targeted number of patients with complicated PUB events of 40 provided more than 80% power to show a trend ($p\leq0.20$) if the reduction in confirmed complicated PUBs due to rofecoxib was $\geq50\%$ and more than 80% power to show a statistically significant effect ($p<0.05$) if the reduction due to rofecoxib was $\geq60\%$. The targeted sample size of 3500 patients per treatment group assumed that the upper-GI side effects of perforations, ulceration, obstructions, and bleeding would occur in 2 to 4% of RA patients treated with NSAIDs for 1 year and was chosen to provide a reasonable study duration under varying assumptions about dropout rates and patient accrual.

5.7.3   **Statistical/Analytical Methods and Issues**

5.7.3.1   **Approaches to Analyses**

5.7.3.1.1   **All-Patients-Randomized Approach**

The primary approach for gastrointestinal safety endpoints was based on an All-Patients-Randomized (APR) population, i.e., all patients randomized were included based on their randomized treatment assignment. The primary time frame for the analysis of the PUB data included a 14 day postdiscontinuation follow-up period. Since most of the endpoints are analyzed as time-to-first-event, no values were imputed.

5.7.3.1.2   **Per-Protocol Approach**

A per-protocol analysis was performed to corroborate the conclusions drawn from the APR analysis. This analysis excluded patients with clinically important protocol deviations based on a set of prespecified criteria determined prior to unblinding of the database. These criteria were not a repetition of the exclusion and inclusion criteria in the protocol, but a clinical assessment of important deviations from the protocol-specified criteria that could have either affected or confounded the intended claims for the compound.

MRK-AFV0451522

MK-0966 Prot. No. 088/089
VIGOR

-52-

5.7   Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

Table 9

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Primary Endpoints** | |
| Confirmed PUBs | **Primary Analysis:**<br>Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable All Patients Randomized (APR)<br>**Supportive Analyses:**<br>Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR)<br>Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable per protocol (PP)<br>**Subgroup Analyses:**<br>Models on time-to-first-event by Cox Proportional Hazard Model with treatment and prespecified subgroups as factors including examination of interactions between treatment and subgroup (done 1 subgroup at a time) (APR)<br>**Imputation of Rates Analyses:**<br>95% confidence interval on difference in proportions for imputed treatment group specific rates and on imputed average rates<br>**Analysis Excluding PUBs with Confounding Etiologies:**<br>Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable |

MK-0966/CSR/RC2676.DOC   APPROVED—20-Jun-2000

MRK-AFV0451525

MK-0966 Prot. No. 088/089
VIGOR

-53-

5.7   Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

Table 9 (Cont.)

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Secondary Endpoints** | |
| Confirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| Confirmed and Unconfirmed PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR) |
| Confirmed and Unconfirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| **Exploratory Endpoints** | |
| Any GI bleed | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| Dropout due to any reason | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR) |

/MK-0966/CSR/RC2676.DOC APPROVED—28-Jun-2000

72

MRK-AFV0451526

MK-0966 Prot. No. 088/089
VIGOR

-54-

5.7   <u>Statistical Methods Planned in the Protocol and Determination of Sample Size</u> (Cont.)

Table 9 (Cont.)

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Exploratory Endpoints (Cont.)** | |
| Efficacy Measures: Discontinuation due to lack of efficacy, Global Assessments of Disease Status and Modified HAQ | <u>Primary Analysis:</u><br>Average over treatment period for Patient and Investigator Global Assessments of Disease Status: 95% between-group confidence intervals will be provided<br><u>Secondary Analysis:</u><br>Time-to-discontinuation due to lack of efficacy by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs, and study region as stratification variables ( APR)<br><u>Exploratory Analysis:</u><br>Average over treatment period for Modified HAQ: 95% between-group confidence intervals will be provided |
| Adverse experiences (prespecified) | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor (APR) |
| Adverse Experience and Laboratory PDLC (nonprespecified) | 95% confidence interval on difference in proportions |
| PDLC=Predefined limits of change. | |

Data Source: [3.5]

MK-0966/CSR/RC2676.DOC  APPROVED—20-Jun-2000

73

MRK-AFV0451527

MK-0966 Prot. No. 088/089
VIGOR

-55-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

### 5.7.3.3 Interim Analyses and Data Monitoring

A total of 2 formal analyses (1 interim and 1 final) were performed for this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error probability of $\alpha=0.05$, was employed. Based on the anticipated alpha spending rule, an interim analysis was scheduled when approximately 60 patients experienced confirmed PUBs and the final analysis was planned when a minimum of 120 patients experienced confirmed PUB events, 40 patients experienced confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever came last. Significance for the primary endpoint for these planned analyses corresponded to p-values of 0.0059 and 0.0475, respectively. These boundaries were based on a predetermined $\alpha$-spending function of $\alpha(-4,t)$ [3.5] which provides an O'Brien-Fleming-like boundary for unequally-spaced information time.

The interim analysis took place when 66 patients had experienced a confirmed PUB [2.2.3]. Because of the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, a closed testing procedure was conducted as follows: if at the interim analysis the boundary corresponding to p=0.0075 was crossed for the primary endpoint of confirmed PUBs, the secondary endpoint of confirmed complicated PUBs was to be examined. If the p-value for this endpoint was <0.05, the DSMB could have recommended stopping the study. No $\alpha$-adjustment was required for confirmed complicated PUBs since a closed testing procedure was employed. The boundary was equal to 0.0075 and not 0.0059 because the interim analysis took place when 66 not 60 patients had experienced confirmed PUBs.

At the interim analysis, the boundary for the primary endpoint of confirmed PUBs was crossed with a difference between treatments of p=0.002, but the boundary for confirmed complicated PUBs was not crossed with a difference between treatments of p=0.072. A total of 177 patients had primary endpoints for the final analysis which, based on the actual $\alpha$-spending function, had a critical value of $\alpha=0.0456$ for declaring a significant effect.

For the primary endpoint in the final analysis, the p-values and CIs quoted were adjusted to reflect the interim analyses [3.5]. For other analyses, the nominal p-values were employed.

MRK-AFV0451528

MK-0966 Prot. No. 088/089
VIGOR

-56-

5.7   **Statistical Methods Planned in the Protocol and Determination of Sample Size**
      **(Cont.)**

In addition to the interim GI endpoint analysis, 2 non-endpoint safety
monitoring analyses were conducted. The interim reports and minutes from
those meetings can be found in [2.2.4; 2.2.5; 3.9].

5.7.3.4   **Assessment of Consistency of Treatment Effects Across Subgroups**

To explore whether treatment effects were consistent across different
subgroups, treatment-by-factor interactions were evaluated for the primary
endpoint in the All-Patients-Randomized population. The patient characteristics
and baseline covariates of interest were:

- Prior history of PUBs (yes/no)
- Study region (U.S./non-U.S.)
- Age group ($<65$ years/$\geq 65$ years)
- Ethnic group (Caucasian/Other)
- Gender (female/male)
- Baseline use of systemic corticosteroids (yes/no)

For each subgroup variable listed above, a Cox regression model was performed
for the primary endpoint and included the treatment, subgroup, and treatment-
by-subgroup interaction. The interactions were tested at $\alpha=0.05$ significance
level. When an interaction is not significant, the main treatment effect is
interpreted reasonably as the effect averaged over the different levels of the
subgroup factor.

Summary statistics (cases, patient-years at risk, incidence rates, relative risk,
and 95% confidence interval for relative risk) were presented within the
subgroups for the primary endpoint.

5.7.3.5   **Multiplicity**

There was only 1 primary endpoint and one primary treatment group
comparison defined for VIGOR, and the interim analysis was conducted using
sequential stopping boundaries. For the primary endpoint in the final analysis,
the p-values and confidence intervals quoted were adjusted to reflect the interim
analyses. Secondary analyses were used to support and help interpret the
primary analyses, and thus, no p-value adjustment for multiplicity was applied
other than the adjustment for the interim analysis.

No p-value adjustments were applied to the numerous safety evaluations to be
overly conservative with regard to missing items of interest.

MK-0966 Prot. No. 088/089
VIGOR

-57-

## 5.7    Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

### 5.7.3.6    Dropouts and Sensitivity Analyses

#### 5.7.3.6.1    Dropouts

In addition to the evaluation of crude rates (i.e., the proportion of dropout patients in each group by reason), survival analysis techniques were used to assess the differences between treatment groups with respect to dropout rates in the following categories:

- Due to any reason other than primary endpoint
- Due to lack of efficacy

A Cox proportional hazard model with treatment as the explanatory variable and prior history of PUBs and study region as stratification variables was used to assess treatment differences. Survival plots for time-to-dropout by treatment within each of the above categories were produced. Note that the analysis of discontinuations due to lack of efficacy addressed the secondary efficacy objective. In addition to the above reasons for discontinuation, dropouts due to Digestive adverse experiences including abdominal pain, due to edema-related adverse experiences, due to hypertension-related adverse experiences, due to renal abnormalities, due to hepatic enzyme abnormalities, and due to any adverse experience are discussed in Section 5.7.3.7 (Other Safety Analyses).

#### 5.7.3.6.2    Imputation of PUB Rates

In order to address the impact of discontinuing patients on final conclusions, analyses using 2 different imputation of rates were performed:

1.  Rofecoxib confirmed PUB rates imputed to rofecoxib patients who discontinued for any reason other than confirmed PUBs and naproxen confirmed PUB rates imputed to naproxen patients who discontinued for any reason other than confirmed PUBs.

2.  Overall average confirmed PUB rates imputed to all patients (both rofecoxib and naproxen) who discontinued for any reason other than confirmed PUBs.

The rate of confirmed PUBs used in the imputation was estimated using the Kaplan-Meier model; estimates were taken at the end of observation but while at least 500 patients were at risk. Crude proportions of patients experiencing

MRK-AFV0451530

MK-0966 Prot. No. 088/089
VIGOR

-58-

5.7   **Statistical Methods Planned in the Protocol and Determination of Sample Size**
      **(Cont.)**

confirmed PUBs (including imputed events) were compared between
treatment groups [3.5] and the numbers, proportions and 95% CI on the
difference in proportions were determined.   Imputation of rates analyses are
intended to find general consistency with the primary results and not
necessarily to obtain a statistically significant effect following the imputation
exercise.

5.7.3.6.3   **Exclusion of PUBs With Confounding Etiologies**

As an additional analysis, PUBs occurring in patients that took non-protocol
NSAIDs, aspirin, antithrombotic agents or products containing these for at
least 2 days and within 14 days prior to a confirmed PUB were excluded
(censored) from analysis of confirmed PUBs since it is possible that their
event could be attributed to the concomitant therapy.   In addition, PUBs
discovered as the result of evaluations for medical conditions that were
present prior to the first dose of study drug were also excluded because these
endpoints may have been present at the time of study entry.   The method of
analysis was the same as used the primary analysis of confirmed PUBs, i.e.,
the Cox proportional hazard model via SAS PROC PHREG [3.5] with
treatment as an explanatory factor and stratum of prior history of PUBs as a
stratification factor was used to compare the treatment groups.

5.7.3.7   **Other Safety Analyses**

Safety and tolerability were assessed by statistical and/or clinical review of all
safety parameters, including adverse experiences, laboratory values, and vital
signs, as described in this section.  All patients randomized were included in the
safety analyses.  Formal statistical tests focused on prespecified safety concerns
while estimates were provided for all other parameters.  The following variables
were tested (described in the following sections) in the analysis of adverse
experiences: discontinuations due to Digestive adverse experiences including
abdominal pain, discontinuations due to hypertension, discontinuations due to
edema,   discontinuations   due   to   renal-related   adverse   experiences,
discontinuations due to hepatic-related adverse experiences, and congestive
heart failure (CHF).

Dual COX-1/COX-2 inhibitors such as naproxen inhibit platelet aggregation via
suppression of serum levels of thromboxane B2 which is a product of
platelet-derived COX-1. Naproxen, like aspirin and unlike other NSAIDs such
as diclofenac and meloxicam, has been shown to maximally inhibit platelet
aggregation throughout its dosing interval [1.2.23; 1.2.24].  In contrast,

MRK-AFV0451531

MK-0966 Prot. No. 088/089
VIGOR

-59-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

rofecoxib, a specific inhibitor of COX-2 does not suppress serum levels of $TXB_2$, and therefore has been shown to have no effect on platelet aggregation [1.2.23; 1.2.24]. Low-dose cardioprotective aspirin was not allowed in this study since even low-dose aspirin can affect gastric mucosal COX-1. Therefore, there was the theoretical possibility that naproxen, through its effects on platelet aggregation, may have provided cardioprotective effects not provided by rofecoxib, resulting in a lower incidence of thromboembolic events in the naproxen treatment group. To assess this possibility, cardiovascular thrombotic or embolic serious adverse experiences (SAEs) were adjudicated by an independent committee as a part of a program-wide effort. Procedures for handling these SAEs and the analytic methods to be used were defined in separate documents that can be found in [3.2]. The adjudicated events, as opposed to the reported SAEs, were considered primary. Results of these analyses are described in the Cardiovascular Events Analysis [2.1.6].

### 5.7.3.7.1 Adverse Experiences

Survival analysis methods were used to analyze prespecified adverse experiences. For such adverse experiences, time-to-event was analyzed and cases, patient-years at risk, relative risk, CIs, and p-values were determined. p-Values and 95% CIs for relative risk ratios (rofecoxib versus naproxen group) were computed using the Cox proportional hazard model with treatment as the explanatory factor. Numbers, proportions, and 95% CIs on the difference in proportions [3.5] were provided for all other adverse experiences.

Prespecified adverse experiences included:

- Serious clinical adverse experiences (overall)

- Drug-related (possibly, probably, definitely) clinical adverse experiences (overall)

- Clinical adverse experiences leading to study discontinuation (overall)

- Discontinuations due to Digestive adverse experiences including abdominal pain

- Discontinuations due to edema-related adverse experiences

- Discontinuations due to hypertension-related adverse experiences

MRK-AFV0451532

MK-0966 Prot. No. 088/089
VIGOR

-60-

### 5.7  Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

- Discontinuations due to renal-related adverse experiences (clinical and/or laboratory adverse experiences)

- Discontinuations due to hepatic-related adverse experiences (clinical and/or laboratory adverse experiences)

- CHF adverse experiences

- Serious laboratory adverse experiences (overall)

- Drug-related (possibly, probably, definitely) laboratory adverse experiences (overall)

- Laboratory adverse experiences leading to study discontinuation (overall)

#### 5.7.3.7.2   Laboratory Parameters and Vital Signs

The primary analysis of laboratory data was based on between-treatment group comparisons of proportions of patients exceeding Predefined Limits of Change. Frequency of laboratory adverse experiences were also assessed as for clinical adverse experiences.

The predefined limits of change (PDLC) analysis was performed for the laboratory parameters listed in Table 8. A patient was classified as "above limit" or "below limit" if his or her response (actual value, or change or percent change from baseline, depending on definition) fell outside of the predefined limits of change at least once during the treatment period of the study unless the definition specified that consecutive occurrences were required. For the laboratory parameters associated with prespecified adverse experiences, namely, hemoglobin with hematocrit, aspartate aminotransferase (AST), alanine aminotransferase (ALT) and serum creatinine, counts, proportions, and 95% CIs on the difference in proportions [3.5] of patients exceeding the predefined limits were provided in the body of this document. For the other standard reported laboratory parameters, the same information will be provided in an appendix table.

Summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) were tabulated (by treatment group) for all laboratory and vital signs actual and change or percent change from baseline values. Summary statistics were calculated on the average value during treatment for all laboratory parameters listed in Table 8 plus total WBC, lymphocyte count, neutrophil

/MK-0966/CSR/RC2676.DOC  APPROVED                                         20-Jun-2000

MRK-AFV0451533

MK-0966 Prot. No. 088/089
VIGOR

-61-

### 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

count, uric acid, diastolic and systolic blood pressure, and body weight. No formal statistical testing was done. For hematocrit, hemoglobin, and blood pressure, plots of means at each time point are presented.

### 5.7.3.8 Compliance

Compliance was assessed by the percentage of missed doses of the active drug:

One hundred percent multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by number of tablets supposed to be taken.

The number and percent with ≥75% compliance are reported by treatment group.

### 5.7.3.9 General Statistical Rules

The data analyzed and results presented and considered definitive are based on the data as adjudicated by the blinded expert review panel.

All statistical tests were 2-tailed with $\alpha$=0.050. All p-values were rounded to three decimal places, and the rounded p≤0.050 was considered statistically significant. Baseline values for all appropriate analyses were taken from Visit 2.0, the Randomization Visit.

### 5.8 Changes in the conduct of the Study or Planned Analyses

### 5.8.1 Interim Analysis

There were no changes to the conduct of the study based on the results of the interim analysis.

### 5.8.2 Protocol Amendments

The original protocol was amended 4 times. All amendments were made prior to unblinding of the database, after frozen file, and before the first interim analysis. Major changes included in the amendments were as follows:

1. The primary hypothesis was changed from an assessment of "cumulative incidence" to "relative risk" to better conform with the planned statistical analyses.

/MK-0966/CSR/RC2676.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451534

MK-0966 Prot. No. 088/089
VIGOR

-62-

5.8    **Changes in the conduct of the Study or Planned Analyses** (Cont.)

2.   Secondary hypotheses assessing the relative risk in the 2 treatment groups of:
(a) confirmed and unconfirmed PUBs; and (b) confirmed complicated PUBs
were added.  After discussions with the Steering Committee and regulatory
agencies, the importance of obtaining sufficient data on complicated endpoints
was made clear.  Therefore the secondary hypotheses were added and the
end-of-study stopping rule was changed such that a minimum of 40 confirmed
complicated endpoints was required in addition to a minimum of 120 PUBs.

3.   Endpoint definitions were refined after receiving feedback from regulatory
agencies.  These revised endpoint definitions were used by the Case Review
Committee to adjudicate all endpoints.

4.   At the request of regulatory agencies, the modified HAQ was added as an
exploratory efficacy measurement in the United States.

Copies of all amendments and a summary of the changes are in [3.2].

5.8.3   **Changes in Planned Analyses**

Several additional analyses were performed that were not planned in the DAP.
Although PUB data were collected beyond the primary time frame for analyses
(14 days past premature study discontinuation), no analyses of these data were
planned in the DAP.  However, as additional sensitivity analyses, analyses were
performed for confirmed PUBs, confirmed complicated PUBs, confirmed and
unconfirmed PUBs, and confirmed and unconfirmed complicated PUBs that
occurred within 45 days past early discontinuation and through the end of the
trial.  The statistical techniques used were the same as were used for the primary
approach to analysis.  These analyses are reported in 7.1.6.2.3.

Several subgroups were examined in addition to the pre-planned subgroup
analyses.  Helicobacter pylori status at baseline (as measured by the HM-CAP™
serologic assay) was examined for its relation to the primary endpoint of
confirmed PUBs.  There was a small subset of patients (88 patients) whose only
H. pylori data were obtained after randomization; postrandomization data for
these patients were included in the evaluation of H. pylori status at baseline in
order to maximize the available information on this variable.  Also for the primary
endpoint, the U.S. Food and Drug Administration (FDA) at the 10-Apr-2000
presupplemental New Drug Application (pre-sNDA) meeting, requested that
subgroup analyses be performed for baseline NSAID use and prior cardiovascular
history.  No subgroup analyses were preplanned for the evaluation of confirmed
complicated PUBs since it was expected that there would be few of these events.
However, the FDA requested that study region subgroups (U.S./multinational) be

MRK-AFV0451535