# Exhibit 8
# Part 4

MK-0966 Prot. No. 088/089
VIGOR

-103-

## 7.2   Secondary Endpoints (Cont.)

Table 30

Number (%) of Types of Confirmed and Unconfirmed Complicated PUBs

| Secondary Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Confirmed and Unconfirmed Complicated PUBs** | **17 (0.42)** | **42 (1.04)** |
| Gastroduodenal perforations | 3 (0.07) | 4 (0.10) |
| Gastric ulcers | 1 (0.02) | 6 (0.15) |
| Duodenal ulcer | 3 (0.07) | 5 (0.12) |
| Gastric outlet obstructions | 1 (0.02) | 0 (0.00) |
| Upper GI bleeds | 13 (0.32) | 37 (0.92) |
| Patients may be counted in more than 1 row, but are only counted once within a row. | | |

Data Source:  [4.15]

Figure 7

Confirmed and Unconfirmed Complicated PUBs
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 5644 | 3407 | 3181 | 2806 | 1072 | 533 |
| Naproxen | n=4029 | 3645 | 3394 | 3169 | 2799 | 1074 | 514 |

Data Source:  [4.8; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451576

MK-0966 Prot. No. 088/089
VIGOR

-104-

## 7.3   Exploratory Endpoint—All GI Bleeds

Determination of the relative risk of bleeding from any location in the GI tract in patients taking rofecoxib 50 mg compared to patients taking naproxen 1000 mg was a prespecified exploratory objective. Definitions of these GI bleeding events can be found in Section 5.5.1.6. Gastrointestinal bleeding associated with NSAIDs is most commonly from the upper gastrointestinal tract. However, an increase in lower gastrointestinal bleeding has also been reported in patients treated with NSAIDs [1.1.13; 1.1.21].

Thirty-one rofecoxib patients and 82 naproxen patients experienced 1 or more GI bleeds with rates of 1.15 and 3.04, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.38 (95% CI: 0.25 to 0.57); p<0.001. The proportionality assumption was met (p=0.707), and there was no evidence of interaction between treatment and prior history of PUBs (p=0.244). Further details can be found in Table 31 and Figure 8.

Table 32 shows a breakdown of the number and percent of patients in each group with GI bleeds by location of the bleed.

A post-hoc analysis of all upper GI bleeds found a 64% reduction in the rofecoxib compared to the naproxen treatment groups (relative risk=0.36; 95% CI: 0.22, 0.60). A post-hoc analysis of GI bleeds at any site beyond the duodenum (lower GI bleeds) found a 54% reduction in the rofecoxib compared to the naproxen treatment groups (relative risk=0.46; 95% CI: 0.22, 0.94).

MRK-AFV0451577

MK-0966 Prot. No. 088/089
VIGOR

-105-

## 7.3   Exploratory Endpoint—All GI Bleeds (Cont.)

Table 31

Analysis of Any GI Bleed
All-Patients-Randomized

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 31 | 82 |
| Patient-years at risk | 2698 | 2694 |
| Rate[†] | 1.15 | 3.04 |
| Cumulative incidence[‡] | 1.00 | 2.59 |
| **Relative Risk[§]** | | |
| Estimate | 0.38 | |
| 95% CI | (0.25, 0.57) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.707.
Treatment-by-PUB history not significant: p-value=0.244.

Data Source: [4.3; 4.15]

Table 32

Number (%) of Types of GI Bleeds

| Exploratory Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Any GI Bleed** | 31 (0.77) | 82 (2.04) |
| Upper GI bleed | 21 (0.52) | 58 (1.44) |
| Lower GI bleed[†] | 11 (0.27) | 24 (0.60) |

[†] Lower GI bleeds include all GI bleeds that were not of esophageal, gastric or duodenal origin.
Patients may be counted in more than 1 row, but are only counted once within a row.

Data Source: [4.3]

MK-0966 Prot. No. 088/089
VIGOR

-106-

### 7.3   Exploratory Endpoint—All GI Bleeds (Cont.)

Figure 8

Any GI Bleed
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3406 | 3180 | 2803 | 1072 | 533 |
| Naproxen | n=4029 | 3643 | 3390 | 3166 | 2794 | 1072 | 514 |

Data Source: [4.3; 4.8]

### 7.4   Per-Protocol Analyses

Per-protocol analyses were performed to corroborate the conclusions drawn from the APR analyses. These analyses excluded patients with clinically important protocol deviations based on a set of prespecified criteria. Patients excluded from these analyses were identified prior to the unblinding of the database with the 1 exception of inadequate compliance. Since this exclusion was based on compliance to active therapy, the patients could not be identified until unblinding of the database (although the rules were established and programs for identifying these patients were finalized prior to unblinding). These criteria were not a repetition of the exclusion and inclusion criteria in the protocol, but a clinical assessment of important deviations from the protocol-specified criteria that could have either affected or confounded the intended claims for the compound.

MRK-AFV0451579

MK-0966 Prot. No. 088/089
VIGOR

-107-

## 7.4   Per-Protocol Analyses (Cont.)

The following patients were excluded from the per-protocol analyses:

- Patients with <75% compliance during the entire trial.   Compliance was assessed by the percentage of missed doses of the active drug: 100% multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by number of tablets supposed to be taken.

- Patients entering the trial with evidence of GI bleeding, e.g., hemoccult positive stool.

- Patients taking non-protocol NSAIDs, aspirin, or products containing these more than 10% of the time on study.

- Patients taking prestudy NSAIDs, aspirin, or products containing these within 14 days prior to study start who have events within the first 2 days of study start.

- Patients taking GI escape medications other than antacids and/or low-dose $H_2$ blockers (i.e., proton-pump inhibitors, sucralfate or misoprostol or high-dose $H_2$ blockers) for more than 30 days continuously or more than 60 days total during the study.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug.

- Patients with a past history of major upper gastrointestinal surgery (e.g., partial gastrectomy, Bilroth I and II).

The time frame for the inclusion of events in the per-protocol analysis was 14 days after study drug discontinuation. Analyses were performed for the primary endpoint of confirmed PUBs and the secondary endpoint of confirmed complicated PUBs.

### 7.4.1   Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Primary Endpoint Per-Protocol Approach

Based on the criteria stated in Section 7.1.4., a total of 151 patients were excluded from the per-protocol analysis (73 and 78 patients in the rofecoxib and naproxen treatment groups, respectively). In the per-protocol analysis, 48 rofecoxib patients and 113 naproxen patients experienced 1 or more confirmed PUBs with rates of 1.80 and 4.25, respectively, per 100 patient-years at risk. The relative risk from

MRK-AFV0451580

MK-0966 Prot. No. 088/089
VIGOR

-108-

**7.4   Per-Protocol Analyses (Cont.)**

the Cox model stratified by prior history of PUBs was 0.42 (95% CI: 0.30 to 0.59); p<0.001.   These results were consistent with the primary approach to analysis.   Further details can be found in Table 33 and Figure 9.

Table 33

Analysis of Confirmed PUBs
Per-Protocol

|  | Rofecoxib (N=3974) | Naproxen (N=3951) |
|---|---|---|
| Patients with events | 48 | 113 |
| Patient-years at risk | 2667 | 2659 |
| Rate[†] | 1.80 | 4.25 |
| Cumulative incidence[‡] | 1.59 | 3.67 |
| **Relative Risk[§]** | | |
| Estimate | 0.42 | |
| 95% CI | (0.30, 0.59) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.911.
Treatment-by-PUB history not significant: p-value=0.457.

Data Source: [4.1; 4.15]

20-Jun-2000

MRK-AFV0451581

MK-0966 Prot. No. 088/089
VIGOR

-109-

### 7.4   Per-Protocol Analyses (Cont.)

Figure 9

Primary Endpoint—Confirmed PUBs
Time-to-Event Plot (Per-Protocol)



Data Source: [4.1; 4.8; 4.15]

### 7.4.2   Confirmed Complicated Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Secondary Endpoint Per-Protocol Approach

In the per-protocol analysis, 14 rofecoxib patients and 36 naproxen patients experienced 1 or more confirmed complicated PUBs with rates of 0.52 and 1.35, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.39 (95% CI: 0.21 to 0.72); p=0.003. These results were consistent with the primary approach to analysis. Further details can be found in Table 34 and Figure 10.

MRK-AFV0451582

MK-0966 Prot. No. 088/089
VIGOR

-110-

**7.4   Per-Protocol Analyses (Cont.)**

Table 34

Analysis of Confirmed Complicated PUBs
Per-Protocol

| | Rofecoxib (N=3974) | Naproxen (N=3951) |
|---|---|---|
| Patients with events | 14 | 36 |
| Patient-years at risk | 2669 | 2663 |
| Rate[†] | 0.52 | 1.35 |
| Cumulative incidence[‡] | 0.47 | 1.21 |
| **Relative Risk[§]** | | |
| Estimate | 0.39 | |
| 95% CI | (0.21, 0.72) | |
| p-Value | 0.003 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.  Note:  Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.243.
Treatment-by-PUB history not significant: p-value=0.832.

Data Source: [4.1; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451583

**130**

MK-0966 Prot. No. 088/089
VIGOR

-111-

### 7.4   Per-Protocol Analyses (Cont.)

Figure 10

Confirmed Complicated PUBs
Time-to-Event Plot (Per-Protocol)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=3974 | 3596 | 3371 | 3153 | 2780 | 1060 | 529 |
| Naproxen | n=3951 | 3595 | 3350 | 3134 | 2769 | 1062 | 510 |

Data Source: [4.1; 4.8; 4.15]

### 7.5   Subgroup Analyses, Interactions, and Associations With the Primary Endpoint

The consistency of the effect of rofecoxib compared to naproxen with regard to the primary endpoint of confirmed PUBs was evaluated in the following prespecified subgroups based on patient characteristics and baseline covariates:

- Prior history of PUBs (yes/no)
- Study region (U.S./non-U.S.)
- Age group (<65 years/≥65 years)
- Ethnic group (Caucasian/Other)
- Gender (female/male)
- Use of systemic corticosteroids at baseline

/MK-0966/CSR/RC2678.DOC   APPROVED                    20-Jan-2000

MRK-AFV0451584

MK-0966 Prot. No. 088/089
VIGOR

-112-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

The following additional subgroup that was not prespecified was also evaluated:

*H. pylori* status at baseline (positive/negative)

Figure 11 shows relative risk estimates and 95% CIs within each subgroup and for the total cohort. Tables with additional summary information from the analysis of subgroup effects are in Section 12.3. With the exception of *H. pylori*, the effect of rofecoxib compared to naproxen was consistent in all the subgroups examined, as evidenced by the absence of significant subgroup-by-treatment interaction. Given this consistency and that baseline covariates values were generally similar across treatment groups, the baseline covariate did not impact on the estimates of relative treatment effects, except to improve precision.

As expected, higher rates of confirmed PUBs were observed in both treatment groups in patients with a prior history of PUBs, in elderly patients, and in patients on systemic corticosteroids. Even in these high-risk patient populations, rofecoxib demonstrated a reduced risk for the development of PUBs. Further details can be found in Section 12.3 and Figure 11.

*H. pylori* is an independent risk factor for the development of gastroduodenal ulcers [1.1.32]. Therefore, it would be expected that patients who had serologic evidence of an *H. pylori* infection would be at risk for the development of a PUB regardless of study therapy. Because *H. pylori* negative patients would have a lower background incidence of PUBs, it had been suggested that these patients might have larger reductions in relative risk of PUBs with rofecoxib treatment compared to naproxen treatment than would patients who were positive for *H. pylori*. For this subgroup comparison, there was a significant quantitative interaction between treatment and *H. pylori* status (p=0.043). Risk of a PUB was reduced in patients who were negative and positive for *H. pylori* but the reduction was greater in patients that were negative for *H. pylori*. Relative risks were 0.32 (95% CI: 0.19, 0.52) and 0.62 (95% CI: 0.40, 0.95) in patients who were negative and positive for *H. pylori*, respectively.

A post-hoc analysis of the incidence of specific events by treatment group and by positive or negative serology to *H. pylori* is shown in Table 35. The incidence and the percent reduction in gastric ulcers in the rofecoxib compared to the naproxen treatment group is similar in *H. pylori* positive and *H. pylori* negative patients. This suggests that naproxen, rather than *H. pylori*, is the predominant cause of the gastric ulcers.

MRK-AFV0451585

MK-0966 Prot. No. 088/089
VIGOR

-113-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

The incidence of duodenal ulcers in *H. pylori* positive patients was similar between the 2 treatment groups (1.26 and 1.05% for rofecoxib and naproxen, respectively) and may reflect the role of *H. pylori* in the development of duodenal ulcers. Conversely, the incidence of duodenal ulcers is markedly reduced in *H. pylori* negative patients in the rofecoxib treatment group (0.22 and 0.93% for the rofecoxib and naproxen treatment group, respectively); likely reflecting the predominant role of NSAIDs in causing duodenal ulcers in patients who are *H. pylori* negative. These data suggest, that in patients without *H. pylori* infection, the incidence of both gastric and duodenal ulcers is reduced in patients treated with rofecoxib compared to naproxen.

Figure 11

Relative Risk of Confirmed PUBs With 95% CI[†] Within Prespecified Subgroup Cohorts



[†]95.44% CI for total cohort (adjusted for interim analysis)

Data Source: [4.5; 4.6; 4.9; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451586

MK-0966 Prot. No. 088/089
VIGOR

-114-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

Table 35

Number (%) of Types of Confirmed PUBs (Primary Endpoints)
by *H. pylori* Subgroup

| | *H. pylori* Positive | | *H. pylori* Negative | |
|---|---|---|---|---|
| | Rofecoxib (N=1740) | Naproxen (N=1712) | Rofecoxib (N=2244) | Naproxen (N=2260) |
| Primary Endpoint | n (%) | n (%) | n (%) | n (%) |
| **Confirmed PUBs** | **34 (1.95)** | **54 (3.15)** | **21 (0.94)** | **67 (2.96)** |
| Gastroduodenal perforations | 1 (0.06) | 1 (0.06) | 2 (0.09) | 3 (0.13) |
| Gastric ulcers | 14 (0.80) | 38 (2.22) | 13 (0.58) | 43 (1.90) |
| Duodenal ulcer | 22 (1.26) | 18 (1.05) | 5 (0.22) | 21 (0.93) |
| Gastric outlet obstructions | 1 (0.06) | 0 (0.00) | 0 (0.00) | 0 (0.00) |
| Upper GI bleeds | 3 (0.17) | 11 (0.64) | 10 (0.45) | 24 (1.06) |

Note: Patients may be counted in more than 1 row, but are only counted once within a row.

Data Source: [4.9; 4.15]

In addition to the analyses discussed above, the U.S. regulatory agency requested the following additional subgroup analyses:

- Prior cardiovascular history (confirmed PUBs)

- Baseline NSAID usage (confirmed PUBs)

- Study region effects (confirmed complicated PUBs)

Prior cardiovascular history was defined 2 ways: (1) any "ASCVD" which includes patients with any past medical history of signs, symptoms, or diagnoses consistent with atherosclerotic cardiovascular disease; (2) "aspirin indicated" which includes patients with documented symptomatic coronary and cerebrovascular disease in whom chronic aspirin therapy is indicated for secondary prophylaxis according to the U.S. Product Circular for aspirin [1.1.28]. Results of these subgroup analyses can be found in Section 12.3.

Recommendations for aspirin use in the prevention of morbid thrombotic cardiovascular events in patients at risk for such events have been developed by several groups, including the American Heart Association, the British Cardiology

MRK-AFV0451587

MK-0966 Prot. No. 088/089
VIGOR

-115-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

Society, the European Cardiology Society, the National Health and Medical Research Council of Australia, and the FDA (through the approved product circular for aspirin). These organizations unanimously recommend chronic use of aspirin therapy in patients with symptomatic atherosclerotic coronary and cerebrovascular disease (i.e., for secondary prophylaxis.)

Results of these subgroup analyses can be found in Section 12.3. The effect of rofecoxib compared to naproxen was statistically consistent in these additional subgroups. Some notable findings are described below. Patients who were not baseline NSAID users had a significantly higher rate of confirmed PUBs compared to patients who used NSAIDs at baseline. This was true in both treatment groups. The relative risk of confirmed PUBs in the rofecoxib group compared to the naproxen group was similar in patients who were and were not baseline NSAID users.

Patients with ASCVD or in whom aspirin was indicated for secondary prophylaxis had notably larger reductions in confirmed PUBs (86 and 80% reduction in rofecoxib compared to naproxen treatment, respectively) compared to patients without such prior histories (52 and 53%, respectively). These were not statistically different, i.e., the treatment-by-subgroup interactions were not significant.

### 7.6 Dropouts and Sensitivity Analyses

### 7.6.1 Analysis of Dropouts

Analyses of discontinuation rates were prespecified for 2 causes: (1) any reason other than the primary endpoint; and (2) lack of efficacy. The latter addresses 1 of the secondary trial objectives and is presented in Section 8.2. Summary information on the results of discontinuation for any reason other than the primary endpoint is presented in Table 36 and Figure 12, which shows a Kaplan-Meier plot by treatment group for the cumulative incidence of discontinuations due to any reason other than the primary endpoint.

There were 1131 and 1032 patients in the rofecoxib and naproxen groups, respectively, that discontinued the study for any reason other than the primary endpoint. The rates of discontinuation were 42.6 and 38.9 per 100 patients years, respectively. The relative risk was 1.10 (95% CI: 1.01, 1.19; p=0.033). The small but significant difference between the treatments in discontinuations for any reason other than a primary endpoint, appears due to a small increase in discontinuations due to clinical adverse experiences other than PUBs. Rates of discontinuations due to adverse experiences (including PUBs), lack of efficacy,

MRK-AFV0451588

MK-0966 Prot. No. 088/089
VIGOR

-116-

### 7.6 <u>Dropouts and Sensitivity Analyses</u> (Cont.)

withdrew consent, protocol deviation, and lost to follow-up were generally similar between treatment groups (Section 6.1, Disposition of Patients). Discontinuations due to other prespecified reasons that were adverse experiences are presented in Section 9.4.

/MK-0966/CSR/RC2678.DOC  APPROVED                              20-Jun-2000

MRK-AFV0451589

MK-0966 Prot. No. 068/089
VIGOR

-117-

**7.6   Dropouts and Sensitivity Analyses (Cont.)**

Table 36

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Number of Patients With Events | PYR[‡] | Rates[§] | Relative Risk[¶] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-Value |
| Any reason other than primary endpoint | Rofecoxib | 4047 | 1131 | 2654 | 42.6 | 1.10 | (1.01, 1.19) | 0.033 |
| | Naproxen | 4029 | 1032 | 2655 | 38.9 | | | |

[‡]  Patient-years at risk.
[§]  Per 100 PYR.
[¶]  Relative risk of rofecoxib with respect to naproxen from Cox Model stratified by prior history of PUBs and study region (U.S./Non-U.S.).
Data Source:  [4.6; 4.7; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED--20-Jun-2000

136

MRK-AFV0451590

137

MK-0966 Prot. No. 088/089
VIGOR
-118-

## 7.6   Dropouts and Sensitivity Analyses (Cont.)

Figure 12

Withdrawal for Any Reason (Except Confirmed PUBs)
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3584 | 3318 | 3140 | 2771 | 1057 | 524 |
| Naproxen | n=4029 | 3574 | 3319 | 3142 | 2776 | 1063 | 507 |

Data Source:  [4.7; 4.8]

### 7.6.2   Sensitivity Analyses

Sensitivity analyses include imputation of PUB rates analyses, analyses excluding (censoring) PUBs with confounding etiologies, and analyses including PUB events that occurred up to 45 days after discontinuation and including PUB events that occurred at any time through trial termination. Results from all these analyses were consistent with the primary approach and confirm the robustness of the primary results.

### 7.6.2.1   Imputation of PUB Rates Analyses

In order to address potentially differing dropout rates, analyses using 2 different imputation of rates were performed.

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451591

MK-0966 Prot. No. 088/089
VIGOR

-119-

## 7.6  Dropouts and Sensitivity Analyses (Cont.)

- Treatment-Specific PUB rate Imputed to Non-PUB Discontinuations

Rofecoxib confirmed PUB rates imputed to rofecoxib patients who discontinued for any reason other than confirmed PUBs and naproxen confirmed PUB rates imputed to naproxen patients who discontinued for any reason other than confirmed PUBs.

- Average PUB Rate Imputed to Non-PUB Discontinuations

Overall average confirmed PUB rates imputed to all patients who discontinued for any reason other than confirmed PUBs, i.e., biased to the null hypothesis.

The rate of confirmed PUBs used in the imputation was estimated using the Kaplan-Meier model; estimates were taken at the end of observation but while at least 500 patients are at risk.  Crude proportions of patients experiencing confirmed PUBs (including imputed events) were compared between treatment groups and the numbers, proportions, and 95% CIs on the difference in proportions are provided in Table 37. Consistent differences in proportions were observed with the 2 imputation methods compared to the crude PUB rates. Using treatment-specific rates moderately increased the difference in proportions of patients with PUBs while using the average rate only diminished the difference very slightly. The implication of these consistent results is that small differences in dropout rates did not impact the primary analysis of PUBs.

Table 37

Results of Imputation of Rates Sensitivity Analyses

| Imputation Model | Rofecoxib (N=4047) n (%)[†] | Naproxen (N=4029) n (%)[†] | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Crude PUB rates | 56   (1.38) | 121   (3.00) | -1.62 | (-2.28, -0.96) |
| Treatment-specific PUB rates imputed[‡] | 76.35 (1.89) | 160.92 (3.99) | -2.11 | (-2.87, -1.35) |
| Average PUB rate imputed[§] | 89.34 (2.21) | 151.42 (3.76) | -1.55 | (-2.32, -0.78) |

[†] Crude percent is reported. Cumulative incidence from Kaplan-Meier model is used in imputation.
[‡] Rofecoxib confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the rofecoxib group, and naproxen confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the naproxen group.
[§] Overall average confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in both groups.
Data Source: [4.7; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451592

MK-0966 Prot. No. 088/089
VIGOR

-120-

## 7.6   Dropouts and Sensitivity Analyses (Cont.)

### 7.6.2.2   Analysis Excluding PUBs With Confounding Etiologies

As an additional sensitivity analysis, confirmed PUBs and confirmed
complicated PUBs that could be attributed to alternate causes were excluded
from analysis. PUBs occurring in patients that took non-protocol NSAIDs,
aspirin, antithrombotic agents or products containing these for at least 2 days
and within 14 days prior to a confirmed PUB were excluded (censored) from
this sensitivity analysis. In addition, patients with PUBs discovered as the result
of evaluations for medical conditions that were present prior to the first dose of
study drug were excluded (censored) from this sensitivity analysis. Results of
these analyses can be found in Table 38 and Table 39 for confirmed PUBs and
confirmed complicated PUBs, respectively.

Results of these sensitivity analyses were quite consistent with results of the
primary approach. There were slightly larger reductions in relative risk when
PUBs with confounding etiologies were excluded than in the primary approach
which included these events. The relative risk was 0.42 (95% CI: 0.30, 0.58)
for confirmed PUBs and 0.36 (95% CI: 0.19, 0.68) for confirmed complicated
PUBs. Details can be found in Table 38 and Table 39.

MRK-AFV0451593

MK-0966 Prot. No. 088/089
VIGOR

-121-

### 7.6   Dropouts and Sensitivity Analyses (Cont.)

Table 38

Analysis of Confirmed PUBs
Analysis Excluding PUBs With Confounding Causes

| | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 49 | 117 |
| Patient-years at risk | 2697 | 2694 |
| Rate[†] | 1.82 | 4.34 |
| Cumulative incidence[‡] | 1.59 | 3.76 |
| **Relative Risk[§]** | | |
| Estimate | 0.42 | |
| 95% CI | (0.30, 0.58) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.934.
Treatment-by-PUB history not significant: p-value=0.798.

Data Source:  [4.2; 4.15]

MRK-AFV0451594

MK-0966 Prot. No. 088/089
VIGOR

-122-

## 7.6 Dropouts and Sensitivity Analyses (Cont.)

Table 39

Analysis of Confirmed Complicated PUBs
Analysis Excluding PUBs With Confounding Causes

| | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 13 | 36 |
| Patient-years at risk | 2699 | 2698 |
| Rate[†] | 0.48 | 1.33 |
| Cumulative incidence[‡] | 0.42 | 1.20 |
| **Relative Risk[§]** | | |
| Estimate | 0.36 | |
| 95% CI | (0.19, 0.68) | |
| p-Value | 0.002 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.  Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.406.
Treatment-by-PUB history not significant: p-value=0.734.

Data Source: [4.2; 4.15]

### 7.6.2.3 Analysis Including Events Up to 45 Days After Discontinuation and Through End of Study

The primary approach to analysis included PUB events through 14 days past discontinuation for patients who discontinued prematurely. Two additional sensitivity analyses were conducted: (1) including PUB events through 45 days past discontinuation for patients who discontinued prematurely, and (2) including all PUB events through the trial termination. Results of these analyses can be found in Table 40 and Table 41. Consistent results were observed for all endpoints in both approaches. Relative risks for the primary and secondary endpoints ranged from 0.37 to 0.44 for the 45-day analyses, and from 0.38 to 0.47 for the end of trial analyses.

MRK-AFV0451595

MK-0966 Prot. No. 088/089
VIGOR

7.6  Dropouts and Sensitivity Analyses (Cont.)

Table 40

Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through 45 Days After Discontinuation

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Proportionality Assumption p-Value | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI | p-Value |
| Primary confirmed PUBs | Rofecoxib | 4047 | 57 | 2791 | 2.04 | 0.272 | 0.44 | (0.32, 0.60) | <0.001 |
| | Naproxen | 4029 | 129 | 2780 | 4.64 | | | | |
| Secondary Endpoints | | | | | | | | | |
| Confirmed, complicated PUBs | Rofecoxib | 4047 | 16 | 2796 | 0.57 | 0.588 | 0.41 | (0.23, 0.73) | 0.002 |
| | Naproxen | 4029 | 39 | 2790 | 1.40 | | | | |
| Confirmed and unconfirmed PUBs | Rofecoxib | 4047 | 59 | 2791 | 2.11 | 0.349 | 0.42 | (0.31, 0.57) | <0.001 |
| | Naproxen | 4029 | 140 | 2778 | 5.04 | | | | |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib | 4047 | 17 | 2796 | 0.61 | 0.628 | 0.37 | (0.21, 0.64) | <0.001 |
| | Naproxen | 4029 | 46 | 2789 | 1.65 | | | | |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for confirmed and unconfirmed PUBs).

Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED–20-Jun-2000

142

MRK-AFV0451596

MK-0966 Prot. No. 088/089
VIGOR

-124-

## 7.6  Dropouts and Sensitivity Analyses (Cont.)

Table 41

Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through the End of the Trial

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Proportionality Assumption p-Value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI | p-Value |
| Primary confirmed PUBs | Rofecoxib Naproxen | 4047 4029 | 62 131 | 3448 3401 | 1.80 3.85 | 0.409 | 0.47 | (0.35, 0.63) | <0.001 |
| Secondary Endpoints | | | | | | | | | |
| Confirmed, complicated PUBs | Rofecoxib Naproxen | 4047 4029 | 17 40 | 3470 3446 | 0.49 1.16 | 0.572 | 0.42 | (0.24, 0.75) | 0.003 |
| Confirmed and unconfirmed PUBs | Rofecoxib Naproxen | 4047 4029 | 64 142 | 3447 3395 | 1.86 4.18 | 0.473 | 0.44 | (0.33, 0.59) | <0.001 |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib Naproxen | 4047 4029 | 18 47 | 3470 3443 | 0.52 1.37 | 0.608 | 0.38 | (0.22, 0.66) | <0.001 |

[1]  Patient-years at risk.
[2]  Per 100 PYR.
[3]  Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for confirmed and unconfirmed PUBs).

Data Source:  [4.6; 4.15]

MK-0966/CSR/RC2678.DOC  APPROVED–20-Jan-2000

143

MRK-AFV0451597

MK-0966 Prot. No. 088/089
VIGOR

-125-

## 8.   EFFICACY RESULTS

The efficacy of rofecoxib in treatment of rheumatoid arthritis will be established by at least 2 Phase III efficacy studies designed to test efficacy hypotheses.  VIGOR was not designed to evaluate efficacy.  Patients were not required to meet RA flare criteria, changes in DMARD therapy were allowed without restriction during the study, and because of its scope and complexity, it was not well suited for the assessment of efficacy or for estimating the magnitude of the efficacy effect.

The efficacy parameters in this study were Patient's and Investigator's Global Assessment of Disease Status, measured on the Likert scale from 0 to 4, the modified HAQ consisting of 8 questions measured on a scale of 0 to 3, and discontinuations due to lack of efficacy.  The modified HAQ score was defined as the average score of the nonmissing answers to the 8 questions (at least 6 of the 8 questions must be answered) and was predefined as an exploratory endpoint.

There was no inclusion criterion based on these parameters.  Based on the results from Protocols 017 (Pilot RA Efficacy Study) and 068 ( Phase IIb RA Dose-Ranging Study), the treatment effect was expected to remain constant over the treatment period [1.2.1; 2.1.1].  Patient's and Investigator's Global Assessment of Disease Status and modified HAQ were summarized as the average change from baseline over the treatment period.  This represented an integrated measure of the overall level of efficacy experienced during the study.  Note that only observed data (at scheduled, unscheduled, and discontinuation visits) were included in each patient's average response; no data were carried forward or imputed in this computation.

## 8.1   Global Assessments of Disease Status and Modified HAQ

Table 42 provides results on the patient and investigator global assessments of disease status and the modified HAQ, an exploratory endpoint only measured in the U.S. Summary statistics in Table 42 include baseline, on-treatment, and change from baseline means and standard deviations, 95% CIs on average change from baseline within treatment groups and on the difference between treatment groups. The latter were used to compare the treatment groups for the efficacy measurements.  LS means and confidence intervals were based on an ANOVA model with factors of treatment, stratum and study region and with baseline value as a covariate.

Although the study had high power to detect very small clinically unimportant differences between the groups, there were virtually no differences between treatments in their effects on patient and investigator global assessments of disease status and the modified HAQ. The LS means ranged from -0.00 to 0.01 with confidence intervals that all included 0.

MRK-AFV0451598

MK-0966 Prot. No. 088/089
VIGOR                                                                                                                        -126-

8.1   Global Assessments of Disease Status and Modified HAQ (Cont.)

Table 42

Efficacy Measures—Average Over Treatment Period (All-Patients-Randomized)

| Treatment Group | N | Baseline | | On-Treatment | | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SD | Mean | SD | Mean[†] | SD | LS Mean[‡] | 95% CI[‡] |
| **Patient's Global Assessment (0 to 4 Likert)** | | | | | | | | | |
| Rofecoxib | 3835 | 1.96 | 0.93 | 1.45 | 0.79 | -0.51 | 0.93 | -0.51 | (-0.54, -0.47) |
| Naproxen | 3838 | 1.99 | 0.94 | 1.46 | 0.80 | -0.53 | 0.94 | -0.51 | (-0.54, -0.47) |
| R-N[§] | | | | | | 0.02 | 0.93 | -0.00 | (-0.03, 0.03) |
| **Investigator's Global Assessment (0 to 4 Likert)** | | | | | | | | | |
| Rofecoxib | 3832 | 1.85 | 0.80 | 1.36 | 0.69 | -0.49 | 0.84 | -0.48 | (-0.51, -0.45) |
| Naproxen | 3839 | 1.87 | 0.78 | 1.36 | 0.69 | -0.52 | 0.85 | -0.49 | (-0.52, -0.46) |
| R-N[§] | | | | | | 0.03 | 0.84 | 0.01 | (-0.02, 0.04) |
| **Modified HAQ (Protocol 088 Only) (0 to 3 Likert)** | | | | | | | | | |
| Rofecoxib | 1603 | 0.59 | 0.49 | 0.49 | 0.46 | -0.11 | 0.37 | -0.10 | (-0.12, -0.07) |
| Naproxen | 1621 | 0.59 | 0.49 | 0.47 | 0.44 | -0.12 | 0.36 | -0.11 | (-0.13, -0.09) |
| R-N[§] | | | | | | 0.01 | 0.37 | 0.01 | (-0.01, 0.04) |

[†]  Negative numbers mean improvement.
[‡]  Least-square means and 95% CI are from ANOVA model with treatment, prior history of PUBs, study region (U.S./multinational), and baseline value as a covariate. Modified HAQ was only administered in the U.S., therefore the model for this parameter does not include study region.
[§]  Negative numbers for mean and LS mean favor rofecoxib, positive numbers favor naproxen.

Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED--20-Jun-2000

145

MRK-AFV0451599

MK-0966 Prot. No. 088/089
VIGOR

-127-

## 8.2   Discontinuations Due to Lack of Efficacy

Summary information on discontinuations due to lack of efficacy are presented in Table 43 and in Figure 13 which shows a Kaplan-Meier plot by treatment group for the cumulative incidence. Discontinuations due to lack of efficacy were low in both treatment groups and there was no difference between the treatment groups. There were 256 and 263 patients in the rofecoxib and naproxen group, respectively, who discontinued due to lack of efficacy. The rates were 9.6 and 9.9 per 100 patient-years, respectively, with a relative risk of 0.97 (95% CI: 0.82 to 1.16, p=0.769).

MRK-AFV0451600

MK-0966 Prot. No. 088/089
VIGOR                                                                                              -128-

**8.2   Discontinuations Due to Lack of Efficacy (Cont.)**

Table 43

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Number of Patients | PYR[1] | Rates[1] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-Value |
| Lack of efficacy | Rofecoxib | 4047 | 256 | 2654 | 9.6 | 0.97 | (0.82, 1.16) | 0.769 |
| | Naproxen | 4029 | 263 | 2655 | 9.9 | | | |

[1]   Patient-years at risk.
[2]   Per 100 PYR.
[3]   Relative risk of rofecoxib with respect to naproxen from Cox Model stratified by prior history of PUBs and study region (U.S./Non-U.S.).
Data Source:  [4.6; 4.7; 4.15]

/MK-0966/CSR/RC2674.DOC  APPROVED--20-Jan-2000

147

MRK-AFV0451601

MK-0966 Prot. No. 088/089
VIGOR

-129-

8.2   **Discontinuations Due to Lack of Efficacy** (Cont.)

Figure 13

Withdrawal for Lack of Efficacy
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3584 | 3318 | 3140 | 2771 | 1057 | 524 |
| Naproxen | n=4029 | 3574 | 3319 | 3142 | 2776 | 1063 | 507 |

Data Source: [4.7; 4.8]

9.   **SAFETY**

Adverse experience means any unfavorable and unintended change in the structure
(signs), function (symptoms), or chemistry (laboratory data) of the body temporally
associated with any use of a Merck product **whether or not considered related to
the use of the product.**

Safety and tolerability were assessed by statistical and/or clinical review of all safety
parameters, including adverse experiences, laboratory values, and vital signs.   All
patients randomized were included in the safety analyses.   In addition certain

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451602

MK-0966 Prot. No. 088/089
VIGOR

-130-

9.  **SAFETY** (CONT.)

adverse experiences were prespecified in the DAP.  Prespecified adverse experiences include:

- Serious clinical adverse experiences (overall)
- Drug-related (possibly, probably, definitely) clinical adverse experiences (overall)
- Clinical adverse experiences leading to study discontinuation (overall)
- Discontinuations due to digestive adverse experiences including abdominal pain
- Discontinuations due to edema-related adverse experiences
- Discontinuations due to hypertension-related adverse experiences
- Discontinuations due to renal-related adverse experiences (clinical and/or laboratory adverse experiences)
- Discontinuations due to hepatic-related adverse experiences (clinical and/or laboratory adverse experiences)
- Congestive heart failure adverse experiences
- Serious laboratory adverse experiences (overall)
- Drug-related (possibly, probably, definitely) laboratory adverse experiences (overall)
- Laboratory adverse experiences leading to study discontinuation (overall)

These particular adverse experiences were chosen: (1) to detect global trends and more serious and relevant outcomes (total clinical and laboratory serious adverse experiences, drug-related adverse experiences, and adverse experiences leading to discontinuation), and (2) for specific adverse experiences of interest based on our extensive experience with rofecoxib.  Results of the Phase III OA studies demonstrated that, like standard NSAIDs, rofecoxib is associated with renal vascular effects, due to the mechanism-based inhibition of COX-2.  In general, the incidence of these events in the OA studies was similar to that observed with nonselective inhibitors of COX-1/COX-2. These effects were more prominent above the OA dose range of 12.5 to 25 mg once daily.  In addition, in the Phase III OA studies, approximately 1% of patients on rofecoxib experienced increases >3 times the ULN in aspartate aminotransferase (AST) and alanine aminotransferase (ALT).

Survival analysis methods, i.e., the Cox proportional hazard model with treatment as the explanatory factor, were used to analyze prespecified adverse experiences.  For such adverse experiences, time-to-event was analyzed and cases, patient-years at

MRK-AFV0451603

MK-0966 Prot. No. 088/089
VIGOR

-131-

9.   <u>SAFETY</u> (CONT.)

risk, relative risk (rofecoxib versus naproxen group), CIs, and p-values were
determined. Numbers, proportions, and 95% CIs on the difference in proportions
[3.5] are provided for all other adverse experiences.

Platelet aggregation plays a central role in arterial thrombosis, which is the
pathophysiology underlying cardiovascular events such as myocardial infarction and
stroke. An extensive body of research has demonstrated that therapy with aspirin, an
irreversible COX-1/COX-2 inhibitor with antiplatelet properties, results in a
reduction in the incidence of serious cardiovascular events in patients presenting
with an acute coronary syndrome and in patients with a history of myocardial
infarction or stroke [1.1.28 to 1.1.31]. COX-2 selective inhibitors do not inhibit
COX-1 mediated platelet aggregation [2.1.8]. It was hypothesized that because of
different effects on platelet function, therapy with potent nonselective
COX-1/COX-2 inhibitors such as naproxen may result in a lower incidence of
serious thrombotic cardiovascular events compared to the COX-2 selective
inhibitors. An analysis of safety outcomes of Phase II/III osteoarthritis program
demonstrated similar incidences of serious cardiovascular events in patients who
received rofecoxib or comparator nonselective COX-1/COX-2 inhibitors. Because
not all NSAIDs have an antiplatelet effect equivalent to that of aspirin, an analysis
was prespecified to formally evaluate the incidence of serious cardiovascular events
in all ongoing studies of rofecoxib, including VIGOR. A cardiovascular endpoint
standard operating procedure for the identification, adjudication, and analysis of
cardiovascular events in the rofecoxib clinical program was developed [3.2]. A
detailed discussion of the incidence of serious cardiovascular events across the
rofecoxib clinical program to date, including this study, is provided in a
Cardiovascular Events Analysis [2.1.6].

For outcomes that were not prespecified, the analysis of safety data is essentially a
screening process. Statistical testing helps identify outcomes that may require further
clinical assessment. Hypothesis testing for safety parameters must be interpreted
cautiously. Multiple statistical tests were performed [3.5] as described in Section 5.
When 95% CIs indicate a potential difference between treatments, the clinical
relevance of the observation, its relationship to other safety variables (e.g., for the
duration, intensity, and outcome of the adverse experience, preexisting conditions,
and related clinical and laboratory information) and previous safety databases must
be evaluated further. The only adverse experiences discussed in Section 9. are those
which were prespecified in the DAP and those adverse experiences where the 95%
CI of the difference between treatment groups did not overlap 0.

The safety profile of a drug is best determined from placebo-controlled studies. The
safety profile of rofecoxib, including the 50-mg dose, has previously been examined

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451604

MK-0966 Prot. No. 088/089
VIGOR

-132-

9.  **SAFETY** (CONT.)

in large placebo controlled Phase III studies in Osteoarthritis. The OA database provides a suitable benchmark for the findings of this study. Throughout the general safety section, references are made to crude adverse experience rates from the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies. Since the mean duration of time on study therapy in VIGOR (8 months) was longer than the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies (4.7 months), it would be expected that the event rate of adverse experiences would be comparatively higher in VIGOR. However, in general, the specific adverse experience rates were similar or lower in VIGOR compared to the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies and were consistent with the currently approved labeling [1.2.13; 2.3].

The 50-mg dose of rofecoxib was chosen for this study to provide a rigorous test of the gastrointestinal safety of rofecoxib administered at a dose 2 to 4 times higher than the approved doses (12.5 and 25 mg) for osteoarthritis and 2 times what is likely to be the dose for the treatment of rheumatoid arthritis. The 1000-mg dose of naproxen was chosen because it is the most commonly used dose in rheumatoid arthritis. Although naproxen is approved for use in rheumatoid arthritis up to a daily dose of 1500 mg in some countries, it was felt that if the COX-2 hypothesis were valid, then twice the clinical dose of rofecoxib would have less gastrointestinal toxicity than the lower dose of the NSAID naproxen. The disparity in the clinical doses (50 mg of rofecoxib is 2 times the clinical dose and 1000 mg of naproxen is the most commonly used dose, but not the maximum dose) of each agent must be taken into account when evaluating the adverse experience profile of each drug.

9.1  **Prespecified Adverse Experiences**

Analyses of prespecified adverse experiences are summarized here (Table 44) and will be presented in detail in the relevant sections that follow. The analyses of overall serious clinical adverse experiences, overall drug-related clinical adverse experiences, and overall clinical adverse experiences leading to study discontinuation are presented in Section 9.2.1. Discontinuations due to digestive adverse experiences including abdominal pain is presented in Section 9.7.3. Discontinuations due to edema-related adverse experiences, hypertension-related adverse experiences, hepatic-related adverse experiences, renal-related adverse experiences, and all adverse experiences of congestive heart failure are presented in Section 9.7. Combined analyses of adjudicated serious cardiovascular adverse experiences are presented in a Cardiovascular Events Analysis [2.1.6].

MRK-AFV0451605

MK-0966 Prot. No. 088/089
VIGOR                                                                                         -133-

9.1   Prespecified Adverse Experiences (Cont.)

Table 44

Analysis of Prespecified Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Serious clinical AEs | Rofecoxib | 4047 | 378 | 2611 | 14.48 | 1.21 | (1.04, 1.40) | 0.013 |
| | Naproxen | 4029 | 315 | 2631 | 11.97 | | | |
| Drug-related clinical AEs | Rofecoxib | 4047 | 1395 | 2153 | 64.80 | 0.96 | (0.89, 1.03) | 0.238 |
| | Naproxen | 4029 | 1456 | 2150 | 67.72 | | | |
| Clinical AEs leading to discontinuation | Rofecoxib | 4047 | 643 | 2649 | 24.27 | 1.01 | (0.91, 1.13) | 0.842 |
| | Naproxen | 4029 | 635 | 2647 | 23.99 | | | |
| Discontinues due to GI AEs + abdominal pain | Rofecoxib | 4047 | 307 | 2676 | 11.47 | 0.73 | (0.63, 0.85) | <0.001 |
| | Naproxen | 4029 | 416 | 2664 | 15.62 | | | |
| Discontinues due to edema-related AEs | Rofecoxib | 4047 | 25 | 2697 | 0.93 | 1.92 | (0.98, 3.75) | 0.057 |
| | Naproxen | 4029 | 13 | 2698 | 0.48 | | | |
| Discontinues due to hypertension-related AEs | Rofecoxib | 4047 | 28 | 2697 | 1.04 | 4.67 | (1.93, 11.28) | <0.001 |
| | Naproxen | 4029 | 6 | 2699 | 0.22 | | | |
| Discontinues due to renal disease AEs | Rofecoxib | 4047 | 8 | 2699 | 0.30 | 1.14 | (0.41, 3.15) | 0.796 |
| | Naproxen | 4029 | 7 | 2698 | 0.26 | | | |
| Discontinues due to hepatic disease AEs | Rofecoxib | 4047 | 10 | 2699 | 0.37 | 3.33 | (0.92, 12.11) | 0.067 |
| | Naproxen | 4029 | 3 | 2699 | 0.11 | | | |
| CHF AEs | Rofecoxib | 4047 | 19 | 2696 | 0.70 | 2.11 | (0.96, 4.67) | 0.065 |

MK-0966/CSR/RC2678.DOC  APPROVED—20-Jun-2000

152

MRK-AFV0451606

MK-0966 Prot. No. 088/089
VIGOR                                                                                                    -134-

9.1   Prespecified Adverse Experiences (Cont.)

Table 44 (Cont.)

Analysis of Prespecified Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | | p-Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | | |
| Serious laboratory AEs | Naproxen | 4029 | 9 | 2698 | 0.33 | | | | |
| | Rofecoxib | 4047 | 2 | 2699 | 0.07 | - | (0.19, .) | | 0.154 |
| | Naproxen | 4029 | 0 | 2699 | 0.00 | | | | |
| Drug-related laboratory AEs | Rofecoxib | 4047 | 191 | 2635 | 7.25 | 1.11 | (0.91, 1.37) | | 0.309 |
| | Naproxen | 4029 | 173 | 2656 | 6.51 | | | | |
| Laboratory AEs leading to discontinuation | Rofecoxib | 4047 | 22 | 2698 | 0.82 | 1.83 | (0.91, 3.71) | | 0.091 |
| | Naproxen | 4029 | 12 | 2698 | 0.44 | | | | |

[1] Patient-years at risk.
[2] Per 100 PYR.
[3] Relative risk of rofecoxib with respect to naproxen from Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates and p-value is from discrete log-rank distribution.
[4] Confidence interval.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED--20-Jun-2000

153

MRK-AFV0451607

MK-0966 Prot. No. 088/089
VIGOR

-135-

## 9.2 Adverse Experiences---Clinical

Most adverse experiences were transient and self-limited. No clinically important differences in the overall incidence of clinical adverse experiences were observed between treatment groups. The overall incidence of discontinuations due to clinical adverse experiences was similar between treatment groups (approximately 16% in both treatment groups). There were significantly more serious adverse experiences on rofecoxib compared with naproxen.   There was an increased incidence of serious cardiovascular system adverse experiences.   Conversely, there were more serious digestive system adverse experiences on naproxen compared with rofecoxib.

Serious adverse experiences are discussed in Section 9.3.   A combined analysis of serious cardiovascular events can be found in [2.1.6].  The incidence of death was low and similar rates were seen in both treatment groups.

In evaluating clinical adverse experiences, it is important to remember that the study used 2 times the clinical dose of rofecoxib and less than the maximum clinical dose of naproxen. As a consequence, a relative increase in dose-dependent adverse experiences for rofecoxib compared with naproxen would be expected.

### 9.2.1 Overall Assessment of Clinical Adverse Experiences

Overall, clinical adverse experiences were reported by 5696 (70.5%) of 8076 randomized patients [4.3].  Table 45 summarizes the clinical adverse experience profile while Table 46 provides analyses of prespecified categories of clinical summary adverse experiences.

Clinical adverse experiences occurred in 2872 (71.0%) and 2824 (70.1%) of the patients in the rofecoxib and naproxen groups, respectively. No clinically meaningful differences were seen in the overall incidence of these events.

Drug-related (assessed by the investigator to be possibly, probably, or definitely drug related) clinical adverse experiences occurred in 34.5 and 36.1% of patients in the rofecoxib and naproxen groups, respectively.  The number of drug-related clinical adverse experiences per 100 patients-years was 64.80 and 67.72 for the rofecoxib and naproxen groups, respectively (relative risk 0.96; 95% CI [0.89, 1.03]; p=0.238) (Table 46).  No clinically meaningful differences were seen in the overall incidence of these events.

Serious clinical adverse experiences occurred in 9.3 and 7.8% of patients in the rofecoxib and naproxen groups, respectively. The number of serious clinical adverse experiences per 100 patient-years was 14.48 and 11.97 for the rofecoxib and naproxen groups, respectively (relative risk 1.21; 95% CI:   1.04, 1.40;

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451608

MK-0966 Prot. No. 088/089
VIGOR

-136-

9.2   <u>Adverse Experiences—Clinical</u> (Cont.)

p=0.013) (Table 46).   Although this small difference reached statistical significance, the only body systems with a clinically meaningful difference in event rates were the cardiovascular and digestive body systems. The rofecoxib treatment group, compared with naproxen, had a higher incidence of serious cardiovascular adverse experiences (2.5 versus 1.1%) and a lower incidence of serious digestive system adverse experiences (1.2 versus 2.4%). Listings of all serious adverse experiences are in [4.3] and complete narratives are in [4.20]. No other clinically significant differences were apparent in any other body system.

Despite the slightly higher rate of overall serious clinical adverse experiences in the rofecoxib group, serious drug-related adverse experiences were more frequent in the naproxen group. Serious drug-related adverse experiences occurred in 1.3 and 2.0% of patients in the rofecoxib and naproxen groups, respectively. The rofecoxib treatment group, compared with naproxen, had a similar incidence of serious drug-related cardiovascular adverse experiences (0.3 versus 0.1%) and a lower incidence of serious digestive system adverse experiences (0.7 versus 1.7%).

Thirty-seven deaths occurred in the trial, 22 (0.5%) and 15 (0.4%) in the rofecoxib and naproxen groups, respectively.   Overall, the incidence of fatal clinical adverse experiences by body system as well as the incidence of individual fatal clinical adverse experiences were similar between treatment groups.

Clinical adverse experiences leading to discontinuation occurred in 15.9 and 15.8% of patients in the rofecoxib and naproxen groups, respectively. The number of clinical adverse experiences leading to discontinuation per 100 patient-years was 24.27 and 23.99 for the rofecoxib and naproxen groups, respectively (relative risk 1.01; 95% CI: 0.91, 1.13; p=0.841) (Table 46).   Of the discontinuations, 976 patients discontinued due to drug-related clinical adverse experiences, 456 (11.3%) and 520 (12.9%) in the rofecoxib and naproxen groups, respectively. Two hundred seventy patients discontinued due to serious clinical adverse experiences, 143 (3.5%) and 127 (3.2%) in the rofecoxib and naproxen groups, respectively.   Serious drug-related clinical adverse experiences led to discontinuation in 35 (0.9%) and 68 (1.7%) of the rofecoxib and naproxen groups, respectively.

MRK-AFV0451609

156

MK-0966 Prot. No. 088/089
VIGOR

-137-

9.2   Adverse Experiences---Clinical (Cont.)

Table 45

Clinical Adverse Experience Summary

| Number (%) of patients: | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| With one or more adverse experiences | 2872 | (71.0) | 2824 | (70.1) |
| With no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| With drug-related adverse experiences[1] | 1395 | (34.5) | 1456 | (36.1) |
| With serious adverse experiences | 378 | (9.3) | 315 | (7.8) |
| With serious drug-related adverse experiences | 51 | (1.3) | 80 | (2.0) |
| Who died | 22 | (0.5) | 15 | (0.4) |
| Discontinued due to adverse experiences | 643 | (15.9) | 635 | (15.8) |
| Discontinued due to drug-related adverse experiences[1] | 456 | (11.3) | 520 | (12.9) |
| Discontinued due to serious adverse experiences | 143 | (3.5) | 127 | (3.2) |
| Discontinued due to serious drug-related adverse experiences[1] | 35 | (0.9) | 68 | (1.7) |

[1] Assessed by the investigator to be possibly, probably, or definitely drug related.

Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451610

MK-0966 Prot. No. 088/089
VIGOR

-138-

9.2   Adverse Experiences—Clinical (Cont.)

Table 46

Analysis of Prespecified Clinical Summary Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | | p-Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | | |
| Drug-related clinical AEs[5] | Rofecoxib | 4047 | 1395 | 2153 | 64.80 | 0.96 | (0.89, 1.03) | | 0.238 |
| | Naproxen | 4029 | 1456 | 2150 | 67.72 | | | | |
| Serious clinical AEs | Rofecoxib | 4047 | 378 | 2611 | 14.48 | 1.21 | (1.04, 1.40) | | 0.013 |
| | Naproxen | 4029 | 315 | 2631 | 11.97 | | | | |
| Clinical AEs leading to discontinuation | Rofecoxib | 4047 | 643 | 2649 | 24.27 | 1.01 | (0.91, 1.13) | | 0.842 |
| | Naproxen | 4029 | 635 | 2647 | 23.99 | | | | |

[1] Patient-years at risk.
[2] Per 100 PYR.
[3] Relative risk of rofecoxib with respect to naproxen from Cox model.
[4] Assessed by the investigator to be possibly, probably, or definitely drug related.
[5] Confidence interval.

Data Source: [4.3]

MK-0966/CSR/RC2671.DOC   APPROVED--20-Jun-2000

157

MRK-AFV0451611

MK-0966 Prot. No. 088/089
VIGOR

-139-

## 9.2   Adverse Experiences—Clinical (Cont.)

### 9.2.2   Clinical Adverse Experiences by Body Systems

The distribution of patients with clinical adverse experiences in each body system is in Table 47. Although a patient may have had 2 or more adverse experiences, the patient is counted only once within a body system. The same patient may be counted in multiple body systems.

In general, the incidence of adverse experiences by body system was similar between patients taking rofecoxib and naproxen. Differences (95% CI do not overlap 0), however, were observed between treatment groups in the cardiovascular system, digestive system, nervous system, and skin and appendages body systems (Table 47). Some differences favor rofecoxib and some favor naproxen.

In the cardiovascular system, 14.6 and 9.7% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. Increased rates of hypertension and increased blood pressure adverse experiences were the main contributors to this difference and are discussed in further detail in Section 9.7. Serious cardiovascular adverse experiences are discussed in detail in the Cardiovascular Events Analysis [2.1.6].

In the digestive system, 32.6 and 36.0% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely attributed to the higher incidence of dyspepsia, epigastric discomfort, constipation and gastric ulcers in the naproxen group (Table 48). These and other digestive system adverse experiences contributing to the difference between treatment groups are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences and Section 9.7.3, Discontinuations Due to Digestive System Adverse Experiences, Including Abdominal Pain.

In the nervous system, 11.3 and 8.8% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely due to a higher incidence of headache in the rofecoxib group compared with the naproxen group (Table 48). This and other nervous system adverse experiences are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences.

In the skin and skin appendages body system, 12.6 and 10.2% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely due to a higher incidence of pruritus for rofecoxib group compared with the naproxen group (Table 48). These and other skin and skin

MRK-AFV0451612

MK-0966 Prot. No. 088/089
VIGOR

-140-

## 9.2  Adverse Experiences—Clinical (Cont.)

appendages adverse experiences are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences and Section 9.8, Safety Analyses of Interest (Not Prespecified).

Table 47

Number (%) of Patients With Clinical Adverse Experiences by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | N | (%) | n | (%) |
| Patients with one or more adverse experiences | 2872 | (71.0) | 2824 | (70.1) |
| Patients with no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| | | | | |
| Body As A Whole/Site Unspecified | 1071 | (26.5) | 1003 | (24.9) |
| Cardiovascular System[†] | 590 | (14.6) | 390 | (9.7) |
| Digestive System[‡] | 1320 | (32.6) | 1449 | (36.0) |
| Endocrine System | 46 | (1.1) | 40 | (1.0) |
| Eyes, Ears, Nose, And Throat | 450 | (11.1) | 397 | (9.9) |
| Hemic And Lymphatic System | 69 | (1.7) | 52 | (1.3) |
| Hepatobiliary System | 33 | (0.8) | 24 | (0.6) |
| Immune System | 26 | (0.6) | 22 | (0.5) |
| Metabolism And Nutrition | 128 | (3.2) | 132 | (3.3) |
| Musculoskeletal System | 630 | (15.6) | 613 | (15.2) |
| Nervous System[§] | 456 | (11.3) | 356 | (8.8) |
| Psychiatric Disorder | 108 | (2.7) | 92 | (2.3) |
| Respiratory System | 346 | (8.5) | 343 | (8.5) |
| Skin And Skin Appendages[¶] | 508 | (12.6) | 410 | (10.2) |
| Urogenital System | 372 | (9.2) | 341 | (8.5) |

[†]  95% CI [3.45, 6.34] did not cross zero (14.6 versus 9.7% for rofecoxib and naproxen, respectively, representing a 4.9% difference).
[‡]  95% CI [-5.44, -1.25] did not cross zero (32.6 versus 36.0% for rofecoxib and naproxen, respectively, representing a -3.3% difference).
[§]  95% CI [1.10, 3.77]) did not cross zero (11.3 versus 8.8% for rofecoxib and naproxen, respectively, representing a 2.4% difference).
[¶]  95% CI [0.97, 3.78] did not cross zero (12.6 versus 10.2% for rofecoxib and naproxen, respectively, representing a 2.4% difference).

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different body systems.

Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jan-2000

MRK-AFV0451613

MK-0966 Prot. No. 088/089
VIGOR

-141-

## 9.2   Adverse Experiences—Clinical (Cont.)

### 9.2.3   Most Frequent Clinical Adverse Experiences

Table 48 presents specific adverse experiences with an incidence of at least 0.5% in any treatment group. An individual patient is counted only once for each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experiences. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded. A complete listing of all clinical adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].

The most commonly reported adverse experiences were hypertension, upper respiratory infection, and nausea. Of these, there was a difference between treatment groups in the incidence of hypertension (8.5 versus 5.0% for rofecoxib and naproxen, respectively) and nausea (6.6 and 5.4% for rofecoxib and naproxen, respectively). The incidence of upper respiratory infection was similar for rofecoxib and naproxen (5.9 and 6.2%, respectively).

Table 48

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 2872 | (71.0) | 2824 | (70.1) |
| Patients with no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| **Body As A Whole/Site Unspecified** | **1071** | **(26.5)** | **1003** | **(24.9)** |
| Abdominal Distention | 36 | (0.9) | 47 | (1.2) |
| Abdominal Pain | 158 | (3.9) | 189 | (4.7) |
| Asthenia/Fatigue | 77 | (1.9) | 58 | (1.4) |
| Bacterial Infection | 19 | (0.5) | 24 | (0.6) |
| Chest Pain | 39 | (1.0) | 30 | (0.7) |
| Contusion | 16 | (0.4) | 22 | (0.5) |
| Dizziness | 118 | (2.9) | 85 | (2.1) |
| Edema | 23 | (0.6) | 21 | (0.5) |
| Fever | 12 | (0.3) | 20 | (0.5) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451614

161

MK-0966 Prot. No. 088/089
VIGOR

-142-

9.2   Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Body As A Whole/Site Unspecified (Cont.)** | **1071** | **(26.5)** | **1003** | **(24.9)** |
| Fungal Infection | 22 | (0.5) | 12 | (0.3) |
| Influenza-Like Disease | 121 | (3.0) | 114 | (2.8) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) |
| Peripheral Edema | 22 | (0.5) | 12 | (0.3) |
| Trauma | 23 | (0.6) | 27 | (0.7) |
| Upper Respiratory Infection | 240 | (5.9) | 248 | (6.2) |
| **Cardiovascular System** | **590** | **(14.6)** | **390** | **(9.7)** |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) |
| Ecchymosis | 18 | (0.4) | 38 | (0.9) |
| Hypertension | 342 | (8.5) | 202 | (5.0) |
| Myocardial Infarction | 20 | (0.5) | 5 | (0.1) |
| Palpitation | 22 | (0.5) | 10 | (0.2) |
| Tachycardia | 14 | (0.3) | 19 | (0.5) |
| **Digestive System** | **1320** | **(32.6)** | **1449** | **(36.0)** |
| Acid Reflux | 30 | (0.7) | 35 | (0.9) |
| Constipation | 63 | (1.6) | 114 | (2.8) |
| Dental Infection | 14 | (0.3) | 27 | (0.7) |
| Diarrhea | 254 | (6.3) | 206 | (5.1) |
| Digestive Gas Symptoms | 22 | (0.5) | 22 | (0.5) |
| Dry Mouth | 19 | (0.5) | 17 | (0.4) |
| Duodenal Ulcer | 21 | (0.5) | 23 | (0.6) |
| Dyspepsia | 212 | (5.2) | 259 | (6.4) |
| Epigastric Discomfort | 197 | (4.9) | 274 | (6.8) |
| Erosive Gastritis | 9 | (0.2) | 34 | (0.8) |
| Flatulence | 30 | (0.7) | 32 | (0.8) |
| Gastric Disorder | 15 | (0.4) | 22 | (0.5) |
| Gastric Ulcer | 23 | (0.6) | 62 | (1.5) |
| Gastritis | 46 | (1.1) | 75 | (1.9) |

MRK-AFV0451615