# Exhibit 8
# Part 5

162

MK-0966 Prot. No. 088/089
VIGOR

-143-

9.2  Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 1320 | (32.6) | 1449 | (36.0) |
| Gastroesophageal Reflux Disease | 19 | (0.5) | 13 | (0.3) |
| Gastrointestinal Disorder | 17 | (0.4) | 21 | (0.5) |
| Heartburn | 197 | (4.9) | 194 | (4.8) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 22 | (0.5) |
| Hemorrhoids | 29 | (0.7) | 33 | (0.8) |
| Hiatal Hernia | 20 | (0.5) | 22 | (0.5) |
| Infectious Gastroenteritis | 19 | (0.5) | 24 | (0.6) |
| Nausea | 268 | (6.6) | 217 | (5.4) |
| Oral Lesion | 26 | (0.6) | 15 | (0.4) |
| Oral Ulcer | 51 | (1.3) | 29 | (0.7) |
| Vomiting | 91 | (2.2) | 84 | (2.1) |
| **Endocrine System** | 46 | (1.1) | 40 | (1.0) |
| **Eyes, Ears, Nose, And Throat** | 450 | (11.1) | 397 | (9.9) |
| Conjunctivitis | 28 | (0.7) | 24 | (0.6) |
| Epistaxis | 7 | (0.2) | 27 | (0.7) |
| Pharyngitis | 83 | (2.1) | 73 | (1.8) |
| Sinusitis | 86 | (2.1) | 93 | (2.3) |
| Tinnitus | 23 | (0.6) | 16 | (0.4) |
| **Hemic And Lymphatic System** | 69 | (1.7) | 52 | (1.3) |
| Anemia | 56 | (1.4) | 37 | (0.9) |
| **Hepatobiliary System** | 33 | (0.8) | 24 | (0.6) |
| **Immune System** | 26 | (0.6) | 22 | (0.5) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451616

163

MK-0966 Prot. No. 088/089
VIGOR

-144-

## 9.2   Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Metabolism And Nutrition** | **128** | **(3.2)** | **132** | **(3.3)** |
| Anorexia | 17 | (0.4) | 23 | (0.6) |
| Weight Gain | 48 | (1.2) | 42 | (1.0) |
| Weight Loss | 21 | (0.5) | 17 | (0.4) |
| **Musculoskeletal System** | **630** | **(15.6)** | **613** | **(15.2)** |
| Back Pain | 74 | (1.8) | 83 | (2.1) |
| Bursitis | 24 | (0.6) | 28 | (0.7) |
| Knee Pain | 31 | (0.8) | 19 | (0.5) |
| Muscular Cramp | 25 | (0.6) | 26 | (0.6) |
| Myalgia | 14 | (0.3) | 19 | (0.5) |
| Neck Pain | 21 | (0.5) | 22 | (0.5) |
| Osteoporosis | 19 | (0.5) | 11 | (0.3) |
| Rheumatoid Arthritis | 190 | (4.7) | 170 | (4.2) |
| Rheumatoid Pain | 13 | (0.3) | 19 | (0.5) |
| Shoulder Pain | 28 | (0.7) | 19 | (0.5) |
| **Nervous System** | **456** | **(11.3)** | **356** | **(8.8)** |
| Headache | 190 | (4.7) | 140 | (3.5) |
| Hypesthesia | 29 | (0.7) | 21 | (0.5) |
| Insomnia | 74 | (1.8) | 62 | (1.5) |
| Migraine | 19 | (0.5) | 11 | (0.3) |
| Paresthesia | 25 | (0.6) | 21 | (0.5) |
| Somnolence | 20 | (0.5) | 18 | (0.4) |
| Vertigo | 42 | (1.0) | 39 | (1.0) |
| **Psychiatric Disorder** | **108** | **(2.7)** | **92** | **(2.3)** |
| Anxiety | 26 | (0.6) | 24 | (0.6) |
| Depression | 37 | (0.9) | 35 | (0.9) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451617

MK-0966 Prot. No. 088/089
VIGOR

-145-

9.2   Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Respiratory System** | 346 | (8.5) | 343 | (8.5) |
| Bronchitis | 115 | (2.8) | 131 | (3.3) |
| Cough | 65 | (1.6) | 51 | (1.3) |
| Dyspnea | 43 | (1.1) | 40 | (1.0) |
| Pneumonia | 47 | (1.2) | 50 | (1.2) |
| **Skin And Skin Appendages** | 508 | (12.6) | 410 | (10.2) |
| Cellulitis | 33 | (0.8) | 20 | (0.5) |
| Contact Dermatitis | 18 | (0.4) | 20 | (0.5) |
| Herpes Zoster | 29 | (0.7) | 27 | (0.7) |
| Pruritus | 76 | (1.9) | 31 | (0.8) |
| Rash | 142 | (3.5) | 119 | (3.0) |
| Skin Ulcer | 20 | (0.5) | 18 | (0.4) |
| Urticaria | 12 | (0.3) | 24 | (0.6) |
| **Urogenital System** | 372 | (9.2) | 341 | (8.5) |
| Cystitis | 9 | (0.2) | 22 | (0.5) |
| Urinary Tract Infection | 172 | (4.3) | 187 | (4.6) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted
only once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

Table 49 provides a listing of those adverse experiences (among all reported
adverse experience "broader" terms) that occurred more frequently (defined as
95% CIs that do not overlap 0) in either the rofecoxib or naproxen groups. When
assessing adverse experiences for potential differences between the groups,
comparisons are made between very large number of adverse experience terms.
With such a large number of comparisons being made, it is expected to observe a
number of comparisons for which the 95% CIs do not overlap 0 (as many as 5%
of the total number of comparisons) even if no true differences occurred.

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451618

MK-0966 Prot. No. 088/089
VIGOR

-146-

## 9.2  Adverse Experiences—Clinical (Cont.)

The number of adverse experience terms for which the 95% CIs do not overlap 0 were not excessive and were approximately balanced between the groups (12 "favoring" rofecoxib and 14 "favoring" naproxen) (Table 49). Discounting those adverse experiences potentially related to treatment effects (i.e., lower extremity edema and hypertension, dyspepsia, epigastric discomfort, and gastric ulcer), the differences in the remaining adverse experiences likely represent chance findings in the face of multiple statistical comparisons.

Table 49

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| | | | | | Rofecoxib Minus | |
| | n | (%) | n | (%) | Naproxen | 95% CI[†] |
|---|---|---|---|---|---|---|
| **Adverse Experiences Occurring With Higher Incidence With Rofecoxib** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Dizziness | 118 | (2.9) | 85 | (2.1) | 0.8 | (0.10, 1.51) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) | 1.4 | (0.60, 2.20) |
| **Cardiovascular System** | | | | | | |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) | 0.6 | (0.20, 0.93) |
| Hypertension | 342 | (8.5) | 202 | (5.0) | 3.4 | (2.32, 4.55) |
| Myocardial Infarction | 20 | (0.5) | 5 | (0.1) | 0.4 | (0.10, 0.64) |
| **Digestive System** | | | | | | |
| Diarrhea | 254 | (6.3) | 206 | (5.1) | 1.2 | (0.13, 2.20) |
| Nausea | 268 | (6.6) | 217 | (5.4) | 1.2 | (0.18, 2.30) |
| Oral Ulcer | 51 | (1.3) | 29 | (0.7) | 0.5 | (0.08, 1.00) |
| **Musculoskeletal System** | | | | | | |
| Ankle Fracture | 10 | (0.2) | 2 | (0.0) | 0.2 | (0.00, 0.40) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451619

166

MK-0966 Prot. No. 088/089
VIGOR

-147-

9.2   Adverse Experiences—Clinical (Cont.)

Table 49 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
|---|---|---|---|---|---|---|
| | | | | | Rofecoxib Minus | |
| | n | (%) | n | (%) | Naproxen | 95% CI† |
| **Nervous System** | | | | | | |
| Headache | 190 | (4.7) | 140 | (3.5) | 1.2 | (0.33, 2.12) |
| Muscular Spasm | 18 | (0.4) | 5 | (0.1) | 0.3 | (0.06, 0.58) |
| **Skin And Skin Appendages** | | | | | | |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) | 0.3 | (0.01, 0.53) |
| Pruritus | 76 | (1.9) | 31 | (0.8) | 1.1 | (0.59, 1.63) |
| **Urogenital System** | | | | | | |
| Nocturia | 10 | (0.2) | 2 | (0.0) | 0.2 | (0.00, 0.39) |
| **Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Cardiovascular System** | | | | | | |
| Ecchymosis | 18 | (0.4) | 38 | (0.9) | -0.5 | (-0.88, -0.11) |
| **Digestive System** | | | | | | |
| Constipation | 63 | (1.6) | 114 | (2.8) | -1.3 | (-1.94, -0.61) |
| Dyspepsia | 212 | (5.2) | 259 | (6.4) | -1.2 | (-2.24, -0.14) |
| Epigastric Discomfort | 197 | (4.9) | 274 | (6.8) | -1.9 | (-2.98, -0.89) |
| Erosive Gastritis | 9 | (0.2) | 34 | (0.8) | -0.6 | (-0.96, -0.28) |
| Gastric Erosion | 3 | (0.1) | 14 | (0.3) | -0.3 | (-0.50, -0.05) |
| Gastric Ulcer | 23 | (0.6) | 62 | (1.5) | -1.0 | (-1.44, -0.50) |
| Gastritis | 46 | (1.1) | 75 | (1.9) | -0.7 | (-1.28, -0.17) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 22 | (0.5) | -0.4 | (-0.68, -0.12) |
| **Eyes, Ears, Nose, And Throat** | | | | | | |
| Epistaxis | 7 | (0.2) | 27 | (0.7) | -0.5 | (-0.80, -0.19) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jan-2000

MRK-AFV0451620

MK-0966 Prot. No. 088/089
VIGOR

-148-

9.2   Adverse Experiences—Clinical (Cont.)

Table 49 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus Naproxen | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | | 95% CI[†] |
| **Skin And Skin Appendages** | | | | | | |
| Furuncle | 0 | (0.0) | 6 | (0.1) | -0.1 | (-0.29, -0.01) |
| **Urogenital System** | | | | | | |
| Cystitis | 9 | (0.2) | 22 | (0.5) | -0.3 | (-0.62, -0.03) |

† Confidence interval.
Data Source:  [4.3; 4.17]

Specific clinical adverse experiences with between-group differences are discussed below, by body system.

**Body as a Whole/Site Unspecified**

There was a between-group difference in the incidence of dizziness (2.9 and 2.1% for rofecoxib and naproxen, respectively). The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Twenty-two (0.5%) and 7 (0.2%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of dizziness (Table 56). The incidence of dizziness in the rofecoxib group in this study is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (3.5, 4.0, and 3.7%, respectively), similar to placebo (2.9%), and is consistent with currently approved labeling [1.2.13; 2.3]. The difference between the rofecoxib and naproxen treatment groups may represent a chance finding.

There was also a between-group difference for lower extremity edema (4.0 versus 2.6% for rofecoxib and naproxen, respectively). Lower extremity edema is related

/MK-0966/CSR/RC2678.DOC  APPROVED                                  20-Jun-2000

MRK-AFV0451621

MK-0966 Prot. No. 088/089
VIGOR

-149-

## 9.2 Adverse Experiences—Clinical (Cont.)

to the renal vascular effects of these drugs, is a known side effect of COX-2 selective inhibitors and NSAIDs, and is dose related. Lower extremity edema is discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

### Cardiovascular System

Differences between treatment groups for blood pressure increased, hypertension, and myocardial infarction, all favoring naproxen, and for ecchymosis, favoring rofecoxib, were observed.

Blood pressure increased occurred in 0.9 and 0.3% of patients in the rofecoxib and naproxen groups, respectively and hypertension occurred in 8.5 and 5.0% of patients in the rofecoxib and naproxen groups, respectively. Hypertension is related to the renal vascular effects of these drugs, is a known side effect of COX-2 selective inhibitors and NSAIDs, and is dose related. Hypertension adverse experiences are discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

Myocardial infarction occurred in 0.5 and 0.1% of patients treated with rofecoxib and naproxen, respectively. This adverse experience is discussed in more detail in Section 9.3, Deaths and Non-Fatal Serious Adverse Experiences and in the Cardiovascular Events Analysis [2.1.6].

Increased reports of ecchymosis occurring with naproxen in this body system, as well as reports of epistaxis occurring with naproxen in the respiratory system body system, are, most likely, attributable to inhibition of platelet aggregation by naproxen through its potent effects on COX-1 mediated platelet derived thromboxane [1.2.23; 1.2.24]. Ecchymosis and epistaxis and other adverse experiences related to inhibition of platelet aggregation are discussed in more detail in the Cardiovascular Events Analysis [2.1.6].

### Digestive System

Diarrhea (6.3 versus 5.1%) occurred more frequently with rofecoxib compared with naproxen. The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Twenty-seven (0.7%) and 18 (0.4%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of diarrhea (Table 56). The incidence of diarrhea in the rofecoxib group in this study is slightly higher than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-mg

MRK-AFV0451622

MK-0966 Prot. No. 088/089
VIGOR

-150-

## 9.2   Adverse Experiences -- Clinical (Cont.)

rofecoxib group (4.3%) and lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 25- and 50-mg rofecoxib groups (9.9 and 10.8%, respectively) [1.2.13; 2.3].

Nausea (6.6 versus 5.4%) also occurred more frequently with rofecoxib compared with naproxen. The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Thirty-four (0.8%) and 32 (0.8%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of nausea (Table 56). The incidence of nausea in the rofecoxib group in this study is slightly higher than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-mg rofecoxib group (4.1%) and lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 25- and 50-mg rofecoxib groups (7.2 and 9.0%, respectively). The incidences of diarrhea and nausea reported in this study for rofecoxib are consistent with currently approved labeling [1.2.13; 2.3].

Oral ulcers (1.3 versus 0.7%) also occurred more frequently on rofecoxib compared with naproxen. Oral ulcers are associated with NSAID use at an incidence of 1 to 3% depending on the compound [1.1.27]. The majority of oral ulcer adverse experiences in this study were mild-to-moderate intensity and were self-limited. The incidence of drug-related oral ulcers was similar (0.5 versus 0.4% for rofecoxib and naproxen, respectively) and only 5 (0.1%) and 1 (0.0%) in each treatment group discontinued from study therapy. The clinical importance of these ulcers is minor. The incidence of oral ulcers reported in this study for the rofecoxib group was slightly higher than reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5- and 25-mg rofecoxib groups (0.8 and 0.9%, respectively) and lower than that reported in the Original Marketing Application (6—Month Osteoarthritis Studies) for the 50-mg rofecoxib group (1.8%), and is consistent with the currently approved labeling [1.2.13; 2.3].

Conversely, several digestive system adverse experiences occurred less frequently with rofecoxib compared with naproxen. These included constipation (1.6 versus 2.8%), dyspepsia (5.2 versus 6.4%), epigastric discomfort (4.9 versus 6.9%), erosive gastritis (0.2 versus 0.8%), gastric erosion (0.1 versus 0.3%), gastric ulcer (0.6 versus 1.6%), gastritis (1.1 versus 1.9%), and hemorrhagic gastric ulcer (0.1 versus 0.6%). Erosive gastritis, gastritis, gastric erosion, gastric ulcer, and hemorrhagic gastric ulcer are adverse experiences that are directly related to NSAID-mediated effects on mucosal injury. Although erosive gastritis and gastritis without associated gastrointestinal bleeding were not included as a part of the PUB endpoint definitions, it is of note that the incidence of these less severe

MK-0966 Prot. No. 088/089
VIGOR

-151-

## 9.2 Adverse Experiences—Clinical (Cont.)

forms of mucosal injury were reduced in the rofecoxib compared with the naproxen treatment group. Thus rofecoxib demonstrated a reduced incidence of all forms of upper GI mucosal injury (gastritis, ulcers, and bleeding) compared with naproxen.

In addition to the mucosal injury caused by NSAIDs, symptoms referable to the GI tract are common among patients taking NSAIDs. In the published literature, GI symptoms associated with NSAID use have generally not correlated well with mucosal injury [1.1.18; 1.1.19], however, they do cause clinical outcomes such as discontinuation of therapy.  Dyspepsia, epigastric discomfort, and constipation, adverse experiences frequently attributable to NSAIDs, were all reduced in the rofecoxib group compared with the naproxen group. A predefined analysis of discontinuations due to gastrointestinal adverse experiences, including abdominal pain is in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

### Eyes, Ears, Nose, and Throat

Increased reports of epistaxis occurring with naproxen in this body system, as well as reports of ecchymosis occurring with naproxen in the cardiovascular system, are, most likely, attributable to the antiplatelet activity of naproxen. This finding is not unexpected since patients on aspirin, another potent inhibitor of platelet aggregation, have been reported to have an increased incidence of epistaxis [1.1.33; 1.1.34].

Epistaxis occurred less frequently with rofecoxib compared with naproxen (0.2 versus 0.7%). The majority of these events were mild-to-moderate intensity, transient, and self-limited. One patient in the naproxen treatment group discontinued due to epistaxis.  (Epistaxis is discussed in more detail in the Cardiovascular Events Analysis [2.1.6]).

### Musculoskeletal

Ankle fracture occurred more frequently with rofecoxib compared with naproxen (0.2 versus 0.0%).  Since there is no biologically plausible mechanism or animal data to support such a relationship, this most likely represents a chance finding.

### Nervous System

The incidence of headache (4.7 versus 3.5% for rofecoxib and naproxen, respectively) largely accounted for the difference between treatment groups in the overall incidence of patients with nervous system adverse experiences. The majority of these events were transient and self-limited, and none was considered

MRK-AFV0451624

MK-0966 Prot. No. 088/089
VIGOR

-152-

## 9.2   Adverse Experiences—Clinical (Cont.)

serious. Only 21 (0.5%) and 9 (0.2%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of headache (Table 56). Furthermore, in the Original Marketing Application, the incidence of headache was lower in the rofecoxib treatment groups compared to placebo. The incidence of headache in the rofecoxib group in this study is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (5.9, 6.4, and 7.9%, respectively), as well as for placebo (8.9%), and is consistent with currently approved labeling [1.2.13; 2.3].

There was also a small between-group difference in the incidence of muscle spasm (0.4 and 0.1% for rofecoxib and naproxen, respectively). However, the incidence of muscular cramps was similar (0.6 and 0.6% for the rofecoxib and naproxen, respectively). The incidence of muscle spasm in the rofecoxib group in this study is consistent with that reported in the Original Marketing Application (6—Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (0.0, 0.6, and 0.8%, respectively) and is also consistent with the currently approved labeling [1.2.13; 2.3]. The difference between the treatment groups is likely due to chance.

### Skin and Skin Appendages

Basal cell carcinoma (0.4 versus 0.1%) occurred more frequently with rofecoxib compared with naproxen. The incidence of basal cell carcinoma in the rofecoxib group is consistent with that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (0.4, 0.3, and 1.1%, respectively) and is also consistent with the currently approved labeling. The incidence of basal cell carcinoma in the naproxen group in this study is lower than that reported in the placebo group (0.3%) in the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3] and thus, the between-group difference probably represents a chance finding. Conversely, furuncle (0.0 versus 0.1%) occurred less frequently with rofecoxib compared with naproxen. Since there is no biologically plausible mechanism or animal data to support such a relationship, the between-group difference for furuncle also represents a chance finding.

The incidence of pruritus (1.9 versus 0.8%) for rofecoxib and naproxen, respectively, largely accounted for the difference between treatment groups in the overall incidence of patients with skin and skin appendages adverse experiences. The majority of the pruritus episodes in both treatment groups were transient, self-limited, and resolved while study therapy was continued. Few patients in the rofecoxib and naproxen groups discontinued because of pruritus (11 [0.3%] and

MK-0966 Prot. No. 088/089
VIGOR

-153-

## 9.2   Adverse Experiences—Clinical (Cont.)

1 [0.0%], respectively).   There were 10 patients in the rofecoxib group and 5 patients in the naproxen group who had a concurrent adverse experience of rash or urticaria.   Two of the 10 patients in the rofecoxib group discontinued study therapy due to these adverse experiences.   The remainder of these adverse experiences resolved while on study therapy.   The incidence of pruritus in the rofecoxib group in this study was consistent with that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.7, 2.0, and 1.6%, respectively) and is consistent with currently approved labeling [1.2.13; 2.3].

### Urogenital System

Nocturia (0.2 versus 0.0%) occurred more frequently with rofecoxib compared with naproxen.   Conversely, cystitis (0.2 versus 0.5%) occurred less frequently with rofecoxib compared with naproxen.   These between-group differences for nocturia and cystitis probably represent a chance finding.

### 9.2.4   Clinical Adverse Experiences Assessed by the Investigator to be Drug Related

Table 50 summarizes the most frequent ($\geq$0.5% in either treatment group) clinical adverse experiences assessed by the investigator as possibly, probably, or definitely related to study medication (i.e., drug related).   An individual patient is counted only once in each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experiences.   However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded.   A complete listing of all drug-related clinical adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].   The analysis of the overall total number of patients with any drug-related clinical adverse experience was presented previously in Table 45.

Drug-related adverse events occurred in 34.5 and 36.1%, of patients in the rofecoxib and naproxen groups, respectively (Table 50). The most commonly reported drug-related clinical adverse experiences were epigastric discomfort, dyspepsia and heartburn.   Of these, there was a difference between treatment groups in the incidence of epigastric discomfort (3.8 versus 5.8% for rofecoxib and naproxen, respectively) and dyspepsia (3.9 and 5.3% for rofecoxib and naproxen, respectively).   The incidence of heartburn was similar for rofecoxib and naproxen (3.7 and 3.8%, respectively).

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451626

MK-0966 Prot. No. 088/089
VIGOR

-154-

9.2   Adverse Experiences—Clinical (Cont.)

Table 50

Number (%) of Patients With Specific Clinical Adverse Experiences
by Body System
(Incidence ≥0.5% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 1395 | (34.5) | 1456 | (36.1) |
| Patients with no adverse experience | 2652 | (65.5) | 2573 | (63.9) |
| **Body As A Whole/Site Unspecified** | **364** | **(9.0)** | **346** | **(8.6)** |
| Abdominal Distention | 26 | (0.6) | 32 | (0.8) |
| Abdominal Pain | 105 | (2.6) | 142 | (3.5) |
| Asthenia/Fatigue | 32 | (0.8) | 23 | (0.6) |
| Dizziness | 51 | (1.3) | 30 | (0.7) |
| Lower Extremity Edema | 102 | (2.5) | 60 | (1.5) |
| **Cardiovascular System** | **241** | **(6.0)** | **125** | **(3.1)** |
| Blood Pressure Increased | 20 | (0.5) | 6 | (0.1) |
| Hypertension | 175 | (4.3) | 93 | (2.3) |
| **Digestive System** | **844** | **(20.9)** | **1021** | **(25.3)** |
| Acid Reflux | 18 | (0.4) | 28 | (0.7) |
| Constipation | 25 | (0.6) | 67 | (1.7) |
| Diarrhea | 115 | (2.8) | 74 | (1.8) |
| Duodenal Ulcer | 20 | (0.5) | 21 | (0.5) |
| Dyspepsia | 156 | (3.9) | 213 | (5.3) |
| Epigastric Discomfort | 152 | (3.8) | 235 | (5.8) |
| Erosive Gastritis | 8 | (0.2) | 32 | (0.8) |
| Flatulence | 22 | (0.5) | 23 | (0.6) |
| Gastric Ulcer | 21 | (0.5) | 23 | (0.6) |
| Gastritis | 35 | (0.9) | 61 | (1.5) |
| Heartburn | 149 | (3.7) | 154 | (3.8) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 21 | (0.5) |
| Nausea | 155 | (3.8) | 134 | (3.3) |
| Oral Ulcer | 22 | (0.5) | 17 | (0.4) |
| Vomiting | 32 | (0.8) | 46 | (1.1) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                                        20-Jun-2000

MRK-AFV0451627

MK-0966 Prot. No. 088/089
VIGOR

-155-

9.2   Adverse Experiences—Clinical (Cont.)

Table 50 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
by Body System
(Incidence ≥0.5% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Eyes, Ears, Nose, And Throat** | 45 | (1.1) | 37 | (0.9) |
| **Hemic And Lymphatic System** | 27 | (0.7) | 17 | (0.4) |
| Anemia | 25 | (0.6) | 12 | (0.3) |
| **Metabolism And Nutrition** | 54 | (1.3) | 57 | (1.4) |
| Weight Gain | 24 | (0.6) | 22 | (0.5) |
| **Musculoskeletal System** | 60 | (1.5) | 58 | (1.4) |
| Rheumatoid Arthritis | 33 | (0.8) | 34 | (0.8) |
| **Nervous System** | 116 | (2.9) | 79 | (2.0) |
| Headache | 62 | (1.5) | 44 | (1.1) |
| **Respiratory System** | 23 | (0.6) | 17 | (0.4) |
| **Skin And Skin Appendages** | 123 | (3.0) | 92 | (2.3) |
| Pruritus | 37 | (0.9) | 15 | (0.4) |
| Rash | 54 | (1.3) | 44 | (1.1) |
| **Urogenital System** | 25 | (0.6) | 24 | (0.6) |

[†]  Assessed by the investigator to be possibly, probably, or definitely drug related.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted
only once within a body system.  The same patient may appear in different body systems.
Data Source:  [4.3; 4.17]

Table 51 provides a listing of those drug-related adverse experiences (among all
reported drug-related adverse experience "broader" terms) that occurred more
frequently (defined as 95% CIs that do not overlap 0) in either the rofecoxib or
naproxen groups.

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451628

MK-0966 Prot. No. 088/089
VIGOR

-156-

## 9.2   Adverse Experiences—Clinical (Cont.)

The number of drug-related adverse experience terms for which the 95% CIs did not overlap 0 were approximately balanced between the groups (10 "favoring" rofecoxib and 7 "favoring" naproxen) (Table 51). Discounting those adverse experiences potentially related to treatment effects (i.e., lower extremity edema, hypertension, dyspepsia, epigastric discomfort, and gastric ulcer), the differences in the remaining adverse experiences likely represent chance findings in the face of multiple statistical comparisons. Considering the number of comparisons evaluated, the number of adverse experiences for which the 95% CIs did not overlap 0 were well within the expected range.

The following drug-related adverse experiences occurred more frequently with rofecoxib: dizziness, lower extremity edema, blood pressure increased, hypertension, diarrhea, anemia, and pruritus. All, except anemia, were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Lower extremity edema, hypertension, and blood pressure increased are also discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

Anemia occurred more frequently with rofecoxib compared to naproxen (0.6 versus 0.3%). The incidence of patients who discontinued due to the adverse experience of anemia, regardless of drug relationship, was similar in the rofecoxib and naproxen treatment groups (0.1 versus 0.1%). In addition, laboratory adverse experiences were similar between rofecoxib and naproxen treatment groups for hematocrit decreased (2.6 versus 2.7%) and hemoglobin decreased (3.4 versus 3.7%). The incidence of patients exceeding the predefined limits of change for hemoglobin and hematocrit was lower in rofecoxib compared with naproxen (0.8 versus 1.1%) and is discussed in more detail in Section 9.9, Laboratory Measurements. Thus the difference in the clinical adverse experience of "anemia" is likely a chance outcome.

The following drug-related adverse experiences occurred more frequently (95% CI of the difference does not overlap 0) with naproxen: abdominal pain, constipation, dyspepsia, epigastric discomfort, erosive gastritis, gastric erosion, gastric ulcer, gastritis, hemorrhagic gastric ulcer, and epistaxis. With the exception of abdominal pain (discussed below), all of these adverse experiences were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Constipation, dyspepsia, epigastric discomfort, erosive gastritis, gastric ulcer, gastritis, and hemorrhagic gastric ulcer are also discussed in more detail in Section 9.7.3, Discontinuations Due to Digestive Adverse Experiences, Including Abdominal Pain. Epistaxis is discussed in more detail in the Cardiovascular Events Analysis [2.1.6].

MK-0966 Prot. No. 088/089
VIGOR

-157-

## 9.2   Adverse Experiences—Clinical (Cont.)

As noted above, drug-related reports of abdominal pain, a common side effect of NSAID treatment, occurred less frequently with rofecoxib compared with naproxen (2.6 versus 3.5%). The overall incidence of abdominal pain was numerically lower in the rofecoxib treatment group (3.9 versus 4.7% for rofecoxib and naproxen, respectively; 95% CI of the difference overlaps 0). There was a lower incidence of patients in the rofecoxib group, compared with naproxen, discontinued due to abdominal pain, either regardless of drug relationship (0.6 versus 1.2%) or drug related (0.6 versus 1.2%). Abdominal pain is discussed in more detail in Section 9.7.3, Discontinuations Due to Digestive System Adverse Experiences, Including Abdominal Pain.

Table 51

Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred at a Higher Incidence (95% CI of the Difference Do Not Overlap zero) on Either Rofecoxib or Naproxen (Incidence >0% in One or More Treatment Groups) by Body System Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | Naproxen | 95% CI[‡] |
| Drug-Related Adverse Experiences Occurring With Higher Incidence With Rofecoxib | | | | | | |
| Body as a Whole/Site Unspecified | | | | | | |
| Dizziness | 51 | (1.3) | 30 | (0.7) | 0.5 | (0.06, 0.97) |
| Lower Extremity Edema | 102 | (2.5) | 60 | (1.5) | 1.0 | (0.40, 1.67) |
| Cardiovascular System | | | | | | |
| Blood Pressure Increased | 20 | (0.5) | 6 | (0.1) | 0.3 | (0.07, 0.62) |
| Hypertension | 175 | (4.3) | 93 | (2.3) | 2.0 | (1.21, 2.82) |
| Digestive System | | | | | | |
| Diarrhea | 115 | (2.8) | 74 | (1.8) | 1.0 | (0.32, 1.69) |
| Hemic and Lymphatic System | | | | | | |
| Anemia | 25 | (0.6) | 12 | (0.3) | 0.3 | (0.00, 0.64) |
| Skin and Skin Appendages | | | | | | |
| Pruritus | 37 | (0.9) | 15 | (0.4) | 0.5 | (0.17, 0.91) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451630

MK-0966 Prot. No. 088/089
VIGOR

-158-

## 9.2 Adverse Experiences—Clinical (Cont.)

Table 51 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred
at a Higher Incidence (95% CI of the Difference Do Not Overlap zero)
on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus Naproxen | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | | 95% CI[‡] |
| **Drug-Related Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Abdominal Pain | 105 | (2.6) | 142 | (3.5) | -0.9 | (-1.71, -0.15) |
| **Digestive System** | | | | | | |
| Constipation | 25 | (0.6) | 67 | (1.7) | -1.0 | (-1.48, -0.51) |
| Dyspepsia | 156 | (3.9) | 213 | (5.3) | -1.4 | (-2.36, -0.56) |
| Epigastric Discomfort | 152 | (3.8) | 235 | (5.8) | -2.1 | (-2.99, -1.11) |
| Gastric Erosions | 3 | (0.1) | 12 | (0.3) | -0.2 | (-0.44, -0.01) |
| Erosive Gastritis | 8 | (0.2) | 32 | (0.8) | -0.6 | (-0.97, -0.27) |
| Gastric Ulcer | 21 | (0.5) | 61 | (1.5) | -0.9 | (-1.40, -0.49) |
| Gastritis | 35 | (0.9) | 66 | (1.6) | -0.8 | (-1.29, -0.26) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 21 | (0.5) | -0.4 | (-0.58, -0.07) |
| **Eyes, Ears, Nose, and Throat** | | | | | | |
| Epistaxis | 1 | (0.0) | 9 | (0.2) | -0.2 | (-0.38, -0.02) |

[†] Assessed by the investigator to be possibly, probably, or definitely drug related.
[‡] Confidence intervals.
Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451631

MK-0966 Prot. No. 088/089
VIGOR

-159-

### 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences

A serious adverse experience (SAE) is any adverse experience occurring at any dose that:

† **Results in death;** or

† **Is life threatening** (places the patient, in the view of the investigator, at immediate risk of death from the experience as it occurred. [Note: This does not include an adverse experience that, had it occurred in a more severe form, might have caused death.]); or

† **Results in a persistent or significant disability/incapacity** (substantial disruption of one's ability to conduct normal life functions); or

† **Results in or prolongs an existing inpatient hospitalization** (hospitalized is defined as an inpatient admission, regardless of length of stay, even if the hospitalization is a precautionary measure for continued observation.) (Note: Hospitalization [including hospitalization for an elective procedure] for a preexisting condition which has not worsened does not constitute a serious adverse experience); or

† **Is a congenital anomaly/birth defect** (in offspring of subject taking the product regardless of time to diagnosis); or

**ALSO:**

**Other important medical events** that may not result in death, not be life threatening, or not require hospitalization may be considered a serious adverse experience when, based upon appropriate medical judgment, the event may jeopardize the patient and may require medical or surgical intervention to prevent one of the (†) outcomes listed above.

In addition, Merck & Co., Inc. requires the collection of the following:

**cancer,** or

**overdose** (whether accidental or intentional)

Three hundred seventy-eight (9.3%) and 315 (7.8%) patients in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively, had serious clinical adverse experiences. Table 52 summarizes serious clinical adverse experiences. An individual patient is counted only once in each body system (e.g., "cardiovascular")

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jan-2000

MRK-AFV0451632

MK-0966 Prot. No. 088/089
VIGOR

-160-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

where he/she reported 1 or more adverse experiences. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded.

The incidence of specific serious clinical adverse experiences in the rofecoxib group ranged from 0.0 to 0.5%. The most commonly reported serious clinical adverse experiences in the rofecoxib group were myocardial infarction (0.5%), pneumonia (0.5%), and basal cell carcinoma (0.4%). The incidence of serious clinical adverse experiences in the naproxen group ranged from 0.0 to 0.6%. The most commonly reported serious clinical adverse experiences in the naproxen group were rheumatoid arthritis (e.g., worsenings which led to hospitalizations and complications from rheumatoid arthritis) (0.6%), pneumonia (0.6%), gastric ulcer (0.3%), and hemorrhagic gastric ulcer (0.4%).

Digestive system serious adverse experiences occurred less frequently with rofecoxib compared with naproxen (1.2 versus 2.4%). Gastric ulcer (0.1% versus 0.3%), hemorrhagic gastric ulcer (0.0 versus 0.4%), and gastrointestinal bleeding (0.0 versus 0.2%) largely accounted for the difference between treatment groups. Of the serious digestive adverse experiences, 22 (0.5%) and 67 (1.7%) in the rofecoxib and naproxen groups, respectively, were related to either a PUB or a lower GI bleed.   The remaining 26 (0.6%) and 30 (0.7%) in the rofecoxib and naproxen groups, respectively, were serious but were not related to either a PUB or lower GI bleed.

Cardiovascular system serious adverse experiences occurred more frequently with rofecoxib compared with naproxen (2.5 versus 1.1%).   This finding is largely accounted for by a higher incidence in the rofecoxib group, compared with naproxen, of 3 serious cardiovascular adverse experiences: myocardial infarction (0.5 versus 0.1%), congestive heart failure (0.3 versus 0.1%), and cerebrovascular accident (0.3 versus 0.1%) (Table 52).   While the incidence of these adverse experiences was greater on rofecoxib, the overall incidence was very low.

Fatal and nonfatal serious adverse experiences for which the 95% CIs do not overlap 0 are discussed after Table 53. Listings of all serious adverse experiences are in [4.3], and narratives are in [4.20].   A counts table including estimates and 95% CIs on the difference in proportions is in [4.17; 4.18].

MRK-AFV0451633

MK-0966 Prot. No. 088/089
VIGOR

-161-

9.3  <u>Deaths and Nonfatal Serious Clinical Adverse Experiences</u> (Cont.)

Table 52

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 378 | (9.3) | 315 | (7.8) |
| Patients with no adverse experience | 3669 | (90.7) | 3714 | (92.2) |
| **Body As A Whole/Site Unspecified** | **51** | **(1.3)** | **35** | **(0.9)** |
| Bacterial Infection | 2 | (0.0) | 3 | (0.1) |
| Bacterial Sepsis | 3 | (0.1) | 2 | (0.0) |
| Chest Pain | 6 | (0.1) | 4 | (0.1) |
| Dehydration | 4 | (0.1) | 2 | (0.0) |
| Fever | 2 | (0.0) | 3 | (0.1) |
| Lower Extremity Edema | 3 | (0.1) | 0 | (0.0) |
| Procedure Complication | 3 | (0.1) | 0 | (0.0) |
| Trauma | 3 | (0.1) | 6 | (0.1) |
| **Cardiovascular System** | **101** | **(2.5)** | **46** | **(1.1)** |
| Acute Myocardial Infarction | 3 | (0.1) | 4 | (0.1) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Atrial Fibrillation | 5 | (0.1) | 4 | (0.1) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Congestive Heart Failure | 12 | (0.3) | 3 | (0.1) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| Hypertension | 9 | (0.2) | 0 | (0.0) |
| Myocardial Infarction | 19 | (0.5) | 5 | (0.1) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| Unstable Angina | 7 | (0.2) | 1 | (0.0) |
| **Digestive System** | **48** | **(1.2)** | **97** | **(2.4)** |
| Duodenal Ulcer | 3 | (0.1) | 5 | (0.1) |
| Erosive Gastritis | 3 | (0.1) | 0 | (0.0) |
| Gastric Ulcer | 4 | (0.1) | 13 | (0.3) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451634

MK-0966 Prot. No. 088/089
VIGOR

-162-

### 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 48 | (1.2) | 97 | (2.4) |
| Gastritis | 4 | (0.1) | 8 | (0.2) |
| Gastrointestinal Bleeding | 2 | (0.0) | 7 | (0.2) |
| Gastrointestinal Perforation | 3 | (0.1) | 3 | (0.1) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 8 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 15 | (0.4) |
| Intestinal Diverticulitis | 0 | (0.0) | 3 | (0.1) |
| Lower Gastrointestinal Hemorrhage | 2 | (0.0) | 3 | (0.1) |
| Vomiting | 1 | (0.0) | 4 | (0.1) |
| **Endocrine System** | 4 | (0.1) | 0 | (0.0) |
| Diabetes Mellitus | 3 | (0.1) | 0 | (0.0) |
| **Eyes, Ears, Nose, And Throat** | 13 | (0.3) | 4 | (0.1) |
| **Hemic And Lymphatic System** | 8 | (0.2) | 7 | (0.2) |
| Anemia | 5 | (0.1) | 2 | (0.0) |
| **Hepatobiliary System** | 11 | (0.3) | 8 | (0.2) |
| Cholecystitis | 4 | (0.1) | 4 | (0.1) |
| **Metabolism And Nutrition** | 2 | (0.0) | 3 | (0.1) |
| **Musculoskeletal System** | 83 | (2.1) | 70 | (1.7) |
| Back Pain | 0 | (0.0) | 3 | (0.1) |
| Elbow Fracture | 1 | (0.0) | 3 | (0.1) |
| Femoral Fracture | 3 | (0.1) | 7 | (0.2) |
| Hip Fracture | 10 | (0.2) | 6 | (0.1) |
| Humeral Fracture | 6 | (0.1) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451635

MK-0966 Prot. No. 088/089
VIGOR

-163-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | 83 | (2.1) | 70 | (1.7) |
| Intervertebral Disc Displacement | 3 | (0.1) | 2 | (0.0) |
| Joint Infection | 0 | (0.0) | 3 | (0.1) |
| Patellar Fracture | 4 | (0.1) | 1 | (0.0) |
| Rheumatoid Arthritis | 17 | (0.4) | 23 | (0.6) |
| Vertebral Fracture | 1 | (0.0) | 3 | (0.1) |
| **Nervous System** | 14 | (0.3) | 7 | (0.2) |
| Sciatica | 3 | (0.1) | 0 | (0.0) |
| **Psychiatric Disorder** | 7 | (0.2) | 3 | (0.1) |
| Depressive Disorder | 3 | (0.1) | 1 | (0.0) |
| **Respiratory System** | 52 | (1.3) | 39 | (1.0) |
| Bronchitis | 3 | (0.1) | 3 | (0.1) |
| Chronic Obstructive Pulmonary Disease | 3 | (0.1) | 0 | (0.0) |
| Dyspnea | 4 | (0.1) | 0 | (0.0) |
| Interstitial Lung Disease | 3 | (0.1) | 0 | (0.0) |
| Pneumonia | 22 | (0.5) | 25 | (0.6) |
| Respiratory Failure | 1 | (0.0) | 3 | (0.1) |
| **Skin And Skin Appendages** | 32 | (0.8) | 20 | (0.5) |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) |
| Cellulitis | 5 | (0.1) | 6 | (0.1) |
| Erysipelas | 1 | (0.0) | 3 | (0.1) |
| Skin Abscess | 3 | (0.1) | 0 | (0.0) |
| Skin Malignant Neoplasm | 4 | (0.1) | 3 | (0.1) |
| Skin Ulcer | 3 | (0.1) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451636

MK-0966 Prot. No. 088/089
VIGOR

-164-

## 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Urogenital System** | 32 | (0.8) | 23 | (0.6) |
| Breast Malignant Neoplasm | 6 | (0.1) | 3 | (0.1) |
| Urinary Tract Infection | 5 | (0.1) | 3 | (0.1) |
| Uterine Hemorrhage | 3 | (0.1) | 2 | (0.0) |
| Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a body system. The same patient may appear in different body systems. | | | | |

Data Source: [4.3; 4.17]

Table 53 provides a listing of those fatal and nonfatal serious adverse experiences (among all reported fatal and nonfatal serious adverse experience "broader" terms) that occurred more frequently (defined as 95% CIs that do not overlap zero) in either the rofecoxib or naproxen groups.

The number of fatal and nonfatal serious adverse experience terms for which the 95% CIs do not overlap zero were approximately balanced between the groups (1 "favoring" rofecoxib and 5 "favoring" naproxen) (Table 53). Discounting those serious clinical adverse experiences potentially related to treatment effects (i.e., hypertension and hemorrhagic gastric ulcer), the differences in the remaining serious clinical adverse experiences likely represent chance findings in the face of multiple statistical comparisons. Considering the number of comparisons evaluated, the number of adverse experiences for which the 95% CIs did not overlap zero were well within the expected range.

Serious adverse experiences of congestive heart failure (0.3 versus 0.1%), hypertension (0.2 versus 0.0%), and myocardial infarction (0.5 versus 0.1%) occurred more frequently with rofecoxib compared with naproxen. For the adverse experiences of acute myocardial infarction and myocardial infarction there were 2 (0.0%) and 4 (0.1%) deaths for rofecoxib and naproxen, respectively. All platelet associated thrombotic serious adverse experiences, including myocardial infarction, were adjudicated by independent committees and were analyzed in a combined

MRK-AFV0451637

MK-0966 Prot. No. 088/089
VIGOR

-165-

### 9.3. Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

analysis. An in-depth presentation of these results can also be found in the Cardiovascular Events Analysis [2.1.6]. The reduction in thrombotic events such as myocardial infarction in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen. Congestive heart failure and hypertension are discussed in Section 9.7, Analyses of Prespecified Specific Adverse Experiences. Hypertension adverse experiences were also previously discussed in Section 9.2.3, Most Frequent Clinical Adverse Experiences.

Serious adverse experiences of basal cell carcinoma (by definition, reports of cancer, including skin, are considered serious adverse experiences) occurred more frequently with rofecoxib compared with naproxen (0.4 versus 0.1%). These were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences and probably represent chance findings. Serious adverse experiences of humeral fracture also occurred more frequently with rofecoxib than with naproxen (0.1 versus 0.0%). However, the combined serious adverse experiences of elbow fracture, femoral fracture, hip fracture, humeral fracture, patellar fracture, and vertebral fracture occurred in 25 (0.6%) and 19 (0.5%), respectively for rofecoxib and naproxen. Thus the between-group difference for humeral fracture probably represents a chance finding.

Serious adverse experiences of hemorrhagic gastric ulcer occurred less frequently with rofecoxib than with naproxen (0.0 versus 0.4%). This adverse experience was discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Hemorrhagic gastric ulcer represents an adverse experience related to an upper GI event (PUB) and  is also discussed in more detail in Section 7, Gastrointestinal Safety.

20-Jun-2000

MRK-AFV0451638

MK-0966 Prot. No. 088/089
VIGOR

-166-

## 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 53

Number (%) of Patients With Specific Serious Clinical Adverse Experiences
at a Higher Incidence (95% CI of the Difference Do Not Overlap)
on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| | | | | | Rofecoxib Minus | |
| | n | (%) | N | (%) | Naproxen | 95% CI |
|---|---|---|---|---|---|---|
| **Serious Adverse Experiences Occurring With Higher Incidence With Rofecoxib** | | | | | | |
| **Cardiovascular System** | | | | | | |
| Congestive heart failure | 12 | (0.3) | 3 | (0.1) | 0.2 | (0.01, 0.43) |
| Hypertension | 9 | (0.2) | 0 | (0.0) | 0.2 | (0.05, 0.40) |
| Myocardial infarction | 19 | (0.5) | 5 | (0.1) | 0.3 | (0.08, 0.61) |
| **Musculoskeletal System** | | | | | | |
| Humeral fracture | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.29) |
| **Skin and Skin Appendages** | | | | | | |
| Basal cell carcinoma | 17 | (0.4) | 6 | (0.1) | 0.3 | (0.01, 0.53) |
| **Serious Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Digestive System** | | | | | | |
| Hemorrhagic gastric ulcer | 2 | (0.0) | 15 | (0.4) | -0.3 | (-0.55, -0.10) |

Data Source: [4.3; 4.17]

## 9.3.1   Listing of Deaths

Thirty-seven deaths occurred in the trial, 22 (0.5%) and 15 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 54). The incidence of fatal serious adverse experiences ranged from 0.0 to 0.1% in both the rofecoxib and naproxen groups, respectively. The most common cause of death in the rofecoxib group was pneumonia (4). In the naproxen group, the most common causes of death were myocardial infarction [acute myocardial infarction (2) and myocardial

MRK-AFV0451639

186

MK-0966 Prot. No. 088/089
VIGOR

-167-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

infarction (2)] and pneumonia (4).   There were no clinically observable
differences in the overall mortality, cardiovascular mortality, or gastrointestinal
mortality between treatment groups.

A complete listing of all patients who died is in Table 55.   Narratives are in
[4.20].

Table 54

Number (%) of Patients With Specific Fatal Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | N | (%) |
| Patients with one or more adverse experience | 22 | (0.5) | 15 | (0.4) |
| Patients with no adverse experience | 4025 | (99.5) | 4014 | (99.6) |
| **Body As A Whole/Site Unspecified** | 5 | (0.1) | 3 | (0.1) |
| Bacterial Sepsis | 2 | (0.0) | 0 | (0.0) |
| Metastatic Neoplasm Of Unknown Primary | 0 | (0.0) | 1 | (0.0) |
| Multiple Organ Failure | 1 | (0.0) | 0 | (0.0) |
| Septic Shock | 2 | (0.0) | 1 | (0.0) |
| Unknown Cause Of Death | 0 | (0.0) | 1 | (0.0) |
| **Cardiovascular System** | 9 | (0.2) | 6 | (0.1) |
| Acute Myocardial Infarction | 0 | (0.0) | 2 | (0.0) |
| Aortic Valve Stenosis | 1 | (0.0) | 0 | (0.0) |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Cerebrovascular Accident | 2 | (0.0) | 1 | (0.0) |
| Conduction Disorder | 1 | (0.0) | 0 | (0.0) |
| Congestive Heart Failure | 1 | (0.0) | 0 | (0.0) |
| Dissecting Aortic Aneurysm | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Myocardial Infarction | 2 | (0.0) | 2 | (0.0) |
| Shock | 0 | (0.0) | 1 | (0.0) |
| Thrombosis | 0 | (0.0) | 1 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |

MRK-AFV0451640

187

MK-0966 Prot. No. 088/089
VIGOR

-168-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 54 (Cont.)

Number (%) of Patients With Specific Fatal Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System** | **3** | **(0.1)** | **1** | **(0.0)** |
| Gastric Neoplasm | 1 | (0.0) | 0 | (0.0) |
| Gastrointestinal Bleeding | 1 | (0.0) | 0 | (0.0) |
| Perforating Gastric Ulcer | 0 | (0.0) | 1 | (0.0) |
| Perforating Hemorrhagic Gastric Ulcer | 1 | (0.0) | 0 | (0.0) |
| **Hepatobiliary System** | **0** | **(0.0)** | **1** | **(0.0)** |
| Hepatitis | 0 | (0.0) | 1 | (0.0) |
| **Metabolism And Nutrition** | **0** | **(0.0)** | **1** | **(0.0)** |
| Electrolyte Imbalance | 0 | (0.0) | 1 | (0.0) |
| **Musculoskeletal System** | **1** | **(0.0)** | **0** | **(0.0)** |
| Rheumatoid Arthritis | 1 | (0.0) | 0 | (0.0) |
| **Respiratory System** | **7** | **(0.2)** | **7** | **(0.2)** |
| Adult Respiratory Distress Syndrome | 1 | (0.0) | 1 | (0.0) |
| Interstitial Lung Disease | 1 | (0.0) | 0 | (0.0) |
| Lung Malignant Neoplasm | 0 | (0.0) | 1 | (0.0) |
| Pneumonia | 4 | (0.1) | 4 | (0.1) |
| Respiratory Failure | 1 | (0.0) | 2 | (0.0) |
| **Skin And Skin Appendages** | **1** | **(0.0)** | **0** | **(0.0)** |
| Skin Abscess | 1 | (0.0) | 0 | (0.0) |
| **Urogenital System** | **0** | **(0.0)** | **1** | **(0.0)** |
| Acute Renal Failure | 0 | (0.0) | 1 | (0.0) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a body system.  The same patient may appear in different body systems.
Data Source:  [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED                                        20-Jun-2000

MRK-AFV0451641

MK-0966 Prot. No. 088/089
VIGOR

-169-

### 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 55

Clinical and Other Adverse Experiences: Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug[1] | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assigned Therapy: 50 mg Rofecoxib** | | | | | | | | | | | | | |
| 324 | 089022 | M | white | 69 | NA[2] | 174 | ventricular fibrillation | 1.00 hour | 174 | severe | discontinued | probably not | not recovered |
| 229 | 089027 | F | white | 70 | NA[2] | 152 | adult respiratory distress syndrome | 7.00 days | 134 | severe | discontinued | probably not | not recovered |
| 731 | 088081 | F | white | 77 | NA[2] | 254 | pneumonia | 16.00 days | 254 | severe | discontinued | definitely not | not recovered |
| 2560 | 088088 | M | white | 78 | 8 | 37 | pneumonia | 7.00 days | 28 | severe | discontinued | probably not | not recovered |
| | | | | | 12 | 41 | septic shock | 5.00 days | 28 | severe | none | definitely not | not recovered |
| 2662 | 088117 | F | white | 62 | NA | 12 | perforating hemorrhagic gastric ulcer | 1.12 months | 26 | severe | none | probably | not recovered |
| | | | | | 18 | 45 | septic shock | 1.00 day | 26 | severe | none | definitely | not recovered |
| | | | | | 23 | 26 | skin abscess | 20.00 days | 26 | severe | none | definitely | not recovered |
| 1224 | 088140 | F | white | 68 | 4 | 46 | multiple organ failure | 7.00 days | 41 | severe | none | definitely not | not recovered |
| 920 | 088148 | F | white | 68 | NA[2] | 205 | cerebrovascular accident | 5.00 days | 205 | severe | discontinued | definitely not | not recovered |
| | | | | | NA[2] | 205 | conduction disorder | 5.00 days | 205 | severe | discontinued | definitely not | not recovered |
| 2759 | 088149 | M | white | 69 | NA[2] | 94 | myocardial infarction | 1.00 day | 93 | severe | discontinued | definitely not | not recovered |
| 5687 | 089002 | M | hispanic | 23 | 2 | 282 | gastric neoplasm | 3.02 months | 279 | severe | none | probably not | not recovered |
| 7285 | 089007 | M | hispanic | 71 | NA[2] | 69 | pneumonia | 8.00 days | 75 | severe | discontinued | probably not | not recovered |
| 8104 | 089011 | M | multi | 57 | NA[2] | 101 | gastrointestinal bleeding | 1.00 hour | 100 | severe | discontinued | possibly | not recovered |
| 5305 | 089013 | F | multi | 75 | NA[2] | 309 | cardiac arrest | 0.05 hour | 308 | severe | discontinued | definitely not | not recovered |
| 5316 | 089013 | M | hispanic | 20 | NA[2] | 90 | interstitial lung disease | 25.00 days | 93 | severe | discontinued | probably not | not recovered |
| 8021 | 089013 | F | multi | 84 | 13 | 302 | respiratory failure | 0.05 hour | 288 | severe | none | definitely not | not recovered |
| 7620 | 089021 | F | multi | 53 | NA[2] | 31 | dissecting aortic aneurysm | 10.00 hours | 31 | severe | discontinued | definitely not | not recovered |
| 5591 | 089022 | F | white | 51 | NA[2] | 206 | cerebrovascular accident | 5.00 days | 206 | severe | discontinued | probably not | not recovered |
| 6103 | 089058 | F | white | 64 | NA | 291 | rheumatoid arthritis | 1.77 months | 297 | severe | discontinued | definitely not | not recovered |

/MK-0966/CSR/R/C267R.DOC  APPROVED--20-Jun-2000

188

MRK-AFV0451642

MK-0966 Prot. No. 088/089
VIGOR

-170-

## 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 55 (Cont.)

Clinical and Other Adverse Experiences: Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assigned Therapy: 50 mg Rofecoxib (Cont.)** | | | | | | | | | | | | | |
| 7461 | 089072 | F | white | 56 | 8 | 37 | bacterial sepsis | 11.00 days | 28 | severe | discontinued | definitely not | not recovered |
| 7973 | 089100 | M | white | 71 | NA² | 147 | myocardial infarction | 1.00 day | 147 | severe | discontinued | definitely not | not recovered |
| 7535 | 089107 | F | sundri | 51 | NA² | 28 | congestive heart failure | 3.00 hours | 27 | severe | discontinued | probably not | not recovered |
| 10078 | 089724 | F | asian | 54 | 9 | 130 | pneumonia | 3.00 days | 120 | severe | none | definitely not | non recovered |
| 7689 | 089727 | F | white | 60 | 12 | 133 | bacterial sepsis | 5.00 days | 120 | severe | none | definitely not | not recovered |
| | | | | | NA² | 107 | aortic valve stenosis | 22.98 hours | 106 | severe | discontinued | probably not | not recovered |
| **Assigned Therapy: 1000 mg Naproxen** | | | | | | | | | | | | | |
| 2925 | 083003 | M | white | 60 | NA² | 164 | cerebrovascular accident | 2.00 days | 164 | severe | Discontinued | Definitely not | Not recovered |
| | | | | | NA² | 165 | respiratory failure | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA² | 165 | acute myocardial infarction | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA² | 163 | thrombosis | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA² | 165 | shock | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| 815 | 083150 | M | white | 72 | NA² | 133 | metastatic neoplasm of unknown primary | 1.08 months | 156 | severe | Discontinued | Probably not | Not recovered |
| 9097 | 083151 | F | white | 78 | NA² | 9 | perforating gastric ulcer | 24.00 days | 9 | severe | Discontinued | Definitely | Not recovered |
| | | | | | 8 | 18 | adult respiratory distress syndrome | 15.00 days | 9 | severe | None | Probably | Not recovered |
| | | | | | 8 | 18 | pneumonia | 15.00 days | 9 | severe | None | Probably not | Not recovered |
| | | | | | 12 | 22 | acute renal failure | 11.00 days | 9 | severe | None | Possibly | Not recovered |
| | | | | | 19 | 29 | septic shock | 4.00 days | 9 | severe | None | Probably not | Not recovered |

MK-0966CSR/RC2678.DOC   APPROVED--20-Jan-2000

188

MRK-AFV0451643

MK-0966 Prot. No. 088/089
VIGOR

9.3  **Deaths and Nonfatal Serious Clinical Adverse Experiences** (Cont.)

Table 55 (Cont.)

Clinical and Other Adverse Experiences:  Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug[1] | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| — Assigned Therapy: 1000 mg Naproxen (Cont.) | | | | | | | | | | | | | |
| 581 | 088157 | F | white | 66 | 18 | 31 | respiratory failure | 1.00 day | 12 | severe | None | Probably not | Not recovered |
| 2632 | 088163 | F | white | 70 | NA[2] | 17 | myocardial infarction | 0.25 hours | 17 | severe | Discontinued | Probably not | Not recovered |
| 2229 | 088175 | F | white | 79 | NA[2] | 247 | intracranial hemorrhage | 1.00 day | 246 | severe | Discontinued | Probably | Not recovered |
| 7732 | 089016 | M | white | 62 | NA[2] | 61 | unknown cause of death | 1.00 day | 60 | severe | Discontinued | Probably not | Not recovered |
| 7769 | 089021 | M | white | 58 | NA[2] | 266 | acute myocardial infarction | 0.08 hours | 266 | severe | Discontinued | Definitely not | Not recovered |
| 10100 | 089021 | F | white | 58 | NA[2] | 253 | pneumonia | 2.00 days | 252 | severe | Discontinued | Probably not | Not recovered |
| 5590 | 089022 | F | white | 55 | 2 | 213 | electrolyte imbalance | 23.98 hours | 212 | severe | Discontinued | Probably not | Not recovered |
| | | | | | 2 | 215 | pneumonia | 23.98 hours | 212 | severe | Discontinued | Probably not | Not recovered |
| 9191 | 089027 | F | multi | 62 | NA[2] | 260 | herpetica | 26.00 days | 267 | severe | None | Probably | Not recovered |
| 6030 | 089052 | M | multi | 51 | NA[2] | 13 | long malignant neoplasm | 3.09 months | 43 | severe | Discontinued | Definitely not | Not recovered |
| 6057 | 089054 | M | white | 70 | NA[2] | 200 | myocardial infarction | 1.00 day | 200 | severe | Discontinued | Probably not | Not recovered |
| 6703 | 089076 | F | white | 53 | NA[2] | 205 | intracranial hemorrhage | 7.00 days | 204 | severe | Discontinued | Probably not | Not recovered |
| 6932 | 089080 | F | white | 76 | NA[2] | 52 | pneumonia | 15.00 days | 53 | severe | Discontinued | Probably not | Not recovered |

[1] Calculated as the number of days off study therapy prior to the onset date of the adverse experience.
[2] NA = Not applicable.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC APPROVED-20-Jan-2000

MRK-AFV0451644

MK-0966 Prot. No. 088/089
VIGOR

-172-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences

Table 56, Table 57, and Table 58 summarize the most frequent (≥0.2% in either treatment group) clinical adverse experiences, drug-related adverse experiences, and serious adverse experiences respectively that led to study discontinuation. An individual patient is counted only once in each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experience. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded. A complete listing of all clinical adverse experiences that led to study discontinuation is in [4.3]. A complete counts table (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].

One thousand two hundred seventy-eight (15.8%) patients discontinued due to a clinical adverse experience, 15.9 and 15.8% in the rofecoxib and naproxen groups, respectively (Table 56).

The incidence of patient discontinuations due to drug-related clinical adverse experiences was lower in rofecoxib (11.3%) compared with naproxen (12.9%) (Table 57).

The incidence of patient discontinuations due to serious clinical adverse experiences was similar between treatment groups, 3.5 and 3.2% in the rofecoxib and naproxen groups, respectively (Table 58).

A complete listing of all patients who discontinued due to a clinical adverse experiences is in [4.3].