# Exhibit 8
# Part 6

192

MK-0966 Prot. No. 088/089
VIGOR

-173-

### 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 56

Number (%) of Patients Discontinued Due to Specific Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 643 | (15.9) | 635 | (15.8) |
| Patients with no adverse experience | 3404 | (84.1) | 3394 | (84.2) |
| **Body As A Whole/Site Unspecified** | **100** | **(2.5)** | **107** | **(2.7)** |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) |
| Abdominal Pain | 26 | (0.6) | 48 | (1.2) |
| Asthenia/Fatigue | 9 | (0.2) | 7 | (0.2) |
| Dizziness | 22 | (0.5) | 7 | (0.2) |
| Lower Extremity Edema | 19 | (0.5) | 8 | (0.2) |
| **Cardiovascular System** | **109** | **(2.7)** | **33** | **(0.8)** |
| Cerebrovascular Accident | 10 | (0.2) | 3 | (0.1) |
| Hypertension | 23 | (0.6) | 4 | (0.1) |
| Myocardial Infarction | 13 | (0.3) | 3 | (0.1) |
| **Digestive System** | **292** | **(7.2)** | **392** | **(9.7)** |
| Acid Reflux | 9 | (0.2) | 6 | (0.1) |
| Constipation | 1 | (0.0) | 10 | (0.2) |
| Diarrhea | 27 | (0.7) | 18 | (0.4) |
| Duodenal Ulcer | 18 | (0.4) | 17 | (0.4) |
| Dyspepsia | 43 | (1.1) | 56 | (1.4) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) |
| Erosive Gastritis | 4 | (0.1) | 9 | (0.2) |
| Gastric Erosion | 2 | (0.0) | 8 | (0.2) |
| Gastric Ulcer | 18 | (0.4) | 55 | (1.4) |
| Gastritis | 14 | (0.3) | 26 | (0.6) |
| Gastroesophageal Reflux Disease | 7 | (0.2) | 4 | (0.1) |
| Gastrointestinal Bleeding | 3 | (0.1) | 8 | (0.2) |
| Gastrointestinal Disorder | 7 | (0.2) | 8 | (0.2) |
| Gastrointestinal Distress | 2 | (0.0) | 7 | (0.2) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                      20-Jun-2000

MRK-AFV0451646

193

MK-0966 Prot. No. 088/089
VIGOR

-174-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 56 (Cont.)

Number (%) of Patients Discontinued Due to Specific Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 292 | (7.2) | 392 | (9.7) |
| Heartburn | 28 | (0.7) | 28 | (0.7) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 10 | (0.2) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) |
| Nausea | 34 | (0.8) | 32 | (0.8) |
| Vomiting | 6 | (0.1) | 11 | (0.3) |
| **Eyes, Ears, Nose, And Throat** | 20 | (0.5) | 11 | (0.3) |
| **Hemic And Lymphatic System** | 4 | (0.1) | 9 | (0.2) |
| **Hepatobiliary System** | 10 | (0.2) | 2 | (0.0) |
| **Musculoskeletal System** | 29 | (0.7) | 27 | (0.7) |
| **Rheumatoid Arthritis** | 10 | (0.2) | 8 | (0.2) |
| **Nervous System** | 44 | (1.1) | 24 | (0.6) |
| Headache | 21 | (0.5) | 9 | (0.2) |
| Psychiatric Disorder | 3 | (0.1) | 10 | (0.2) |
| **Respiratory System** | 23 | (0.6) | 13 | (0.3) |
| **Skin And Skin Appendages** | 42 | (1.0) | 37 | (0.9) |
| Pruritus | 11 | (0.3) | 1 | (0.0) |
| Rash | 17 | (0.4) | 19 | (0.5) |
| Urticaria | 2 | (0.0) | 7 | (0.2) |
| **Urogenital System** | 17 | (0.4) | 9 | (0.2) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED                    20-Jan-2000

MRK-AFV0451647

MK-0966 Prot. No. 088/089
VIGOR

-175-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 57

Number (%) of Patients Discontinued Due to Specific Clinical
Adverse Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 456 | (11.3) | 520 | (12.9) |
| Patients with no adverse experience | 3591 | (88.7) | 3509 | (87.1) |
| **Body As A Whole/Site Unspecified** | **83** | **(2.1)** | **89** | **(2.2)** |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) |
| Abdominal Pain | 24 | (0.6) | 47 | (1.2) |
| Asthenia/Fatigue | 8 | (0.2) | 6 | (0.1) |
| Dizziness | 18 | (0.4) | 6 | (0.1) |
| Lower Extremity Edema | 19 | (0.5) | 6 | (0.1) |
| **Cardiovascular System** | **36** | **(0.9)** | **10** | **(0.2)** |
| Hypertension | 18 | (0.4) | 3 | (0.1) |
| **Digestive System** | **267** | **(6.6)** | **370** | **(9.2)** |
| Acid Reflux | 8 | (0.2) | 6 | (0.1) |
| Constipation | 1 | (0.0) | 8 | (0.2) |
| Diarrhea | 24 | (0.6) | 16 | (0.4) |
| Duodenal Ulcer | 17 | (0.4) | 16 | (0.4) |
| Dyspepsia | 43 | (1.1) | 55 | (1.4) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) |
| Erosive Gastritis | 4 | (0.1) | 9 | (0.2) |
| Gastric Erosion | 2 | (0.0) | 8 | (0.2) |
| Gastric Ulcer | 16 | (0.4) | 54 | (1.3) |
| Gastritis | 9 | (0.2) | 24 | (0.6) |
| Gastrointestinal Bleeding | 3 | (0.1) | 8 | (0.2) |
| Gastrointestinal Disorder | 7 | (0.2) | 8 | (0.2) |
| Gastrointestinal Distress | 2 | (0.0) | 7 | (0.2) |
| Heartburn | 27 | (0.7) | 26 | (0.6) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 10 | (0.2) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                       20-Jun-2000

MRK-AFV0451648

195

MK-0966 Prot. No. 088/089
VIGOR

-176-

### 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 57 (Cont.)

Number (%) of Patients Discontinued Due to Specific Clinical
Adverse Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 267 | (6.6) | 370 | (9.2) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) |
| Nausea | 31 | (0.8) | 29 | (0.7) |
| Vomiting | 6 | (0.1) | 10 | (0.2) |
| **Eyes, Ears, Nose, And Throat** | 12 | (0.3) | 9 | (0.2) |
| **Hemic And Lymphatic System** | 3 | (0.1) | 7 | (0.2) |
| **Nervous System** | 33 | (0.8) | 15 | (0.4) |
| Headache | 19 | (0.5) | 7 | (0.2) |
| Psychiatric Disorder | 1 | (0.0) | 7 | (0.2) |
| **Respiratory System** | 8 | (0.2) | 2 | (0.0) |
| **Skin And Skin Appendages** | 35 | (0.9) | 32 | (0.8) |
| Pruritus | 11 | (0.3) | 1 | (0.0) |
| Rash | 14 | (0.3) | 19 | (0.5) |

[†] Assessed by the investigator to be possibly, probably, or definitely related to study drug.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category.  The same patient may appear in different categories.
Data Source: [4.3; 4.17]

MRK-AFV0451649

MK-0966 Prot. No. 088/089
VIGOR

-177-

### 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

The most common reasons for discontinuation were all digestive in origin: abdominal pain (0.6 versus 1.2%), dyspepsia (1.1 versus 1.4%), epigastric discomfort (0.5 versus 1.2%), gastric ulcer (0.4 versus 1.4%), and nausea (0.8 versus 0.8%) for rofecoxib and naproxen, respectively.

Table 58

Number (%) of Patients Discontinued Due to Specific Serious Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 143 | (3.5) | 127 | (3.2) |
| Patients with no adverse experience | 3904 | (96.5) | 3902 | (96.8) |
| **Body As A Whole/Site Unspecified** | **9** | **(0.2)** | **11** | **(0.3)** |
| **Cardiovascular System** | **61** | **(1.5)** | **21** | **(0.5)** |
| Cerebrovascular Accident | 10 | (0.2) | 3 | (0.1) |
| Myocardial Infarction | 12 | (0.3) | 3 | (0.1) |
| **Digestive System** | **27** | **(0.7)** | **61** | **(1.5)** |
| Gastric Ulcer | 2 | (0.0) | 11 | (0.3) |
| Hemorrhagic Duodenal Ulcer | 4 | (0.1) | 7 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 13 | (0.3) |
| **Musculoskeletal System** | **12** | **(0.3)** | **9** | **(0.2)** |
| **Respiratory System** | **13** | **(0.3)** | **9** | **(0.2)** |
| **Urogenital System** | **8** | **(0.2)** | **7** | **(0.2)** |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

MRK-AFV0451650

MK-0966 Prot. No. 088/089
VIGOR

-178-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 59 provides a listing of those adverse experiences (among all reported adverse experience "broader" terms) that that led to study discontinuation more frequently (defined as 95% CIs that do not overlap 0) in either the rofecoxib or naproxen groups.

The number of adverse experience terms that led to study discontinuation for which the 95% CIs did not overlap zero were not excessive considering the large number of adverse experiences and were approximately balanced between the groups (7 "favoring" rofecoxib and 6 "favoring" naproxen) (Table 59). Discounting those clinical adverse experiences potentially related to treatment effects (i.e., hypertension and hemorrhagic gastric ulcer), the differences in the remaining clinical adverse experiences that led to study discontinuation likely represent chance findings in the face of multiple statistical comparisons.

Dizziness (0.5 versus 0.2%), congestive heart failure (0.1 versus 0.0%), hypertension (0.6 versus 0.1%), myocardial infarction (0.3 versus 0.1%), unstable angina (0.1 versus 0.0%), headache (0.5 versus 0.2%), and pruritus (0.3 versus 0.0%) all led to study discontinuation more frequently with rofecoxib compared with naproxen. Except for unstable angina, these adverse experiences were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences and 9.3, Deaths and Other Serious Clinical Adverse Experiences. Hypertension-related adverse experiences and congestive heart failure adverse experiences are also discussed in more detail in Section 9.7, Analyses of Prespecified Specific Adverse Experiences. Unstable angina is discussed in the Cardiovascular Events Analysis [2.1.6]. The reduction in thrombotic events such as unstable angina in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen.

Abdominal distention (0.0 versus 0.2%), abdominal pain (0.6 versus 1.2%), constipation (0.0 versus 0.2%), epigastric discomfort (0.5 versus 1.2%), gastric ulcer (0.4 versus 1.3%), and hemorrhagic gastric ulcer (0.1 versus 0.5%) all led to study discontinuation less frequently with rofecoxib compared with naproxen (Table 57). Except for abdominal distention, these adverse experiences are also discussed in Section 9.2.3, Most Frequent Clinical Adverse Experiences, Section 9.2.4, Clinical Adverse Experiences Assessed by the Investigator to be Drug Related (abdominal pain), and Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

MRK-AFV0451651

198

MK-0966 Prot. No. 088/089
VIGOR

-179-

### 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 59

Number (%) of Patients Discontinuing Due to Specific Clinical Adverse
Experiences at a Higher Incidence (95% CI of the Difference Do Not
Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Rofecoxib Minus Naproxen | |
| | n | (%) | n | (%) | | 95% CI[†] |
| **Adverse Experiences Resulting in Discontinuation With Higher Incidence With Rofecoxib** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Dizziness | 22 | (0.5) | 7 | (0.2) | 0.4 | (0.08, 0.65) |
| **Cardiovascular System** | | | | | | |
| Congestive Heart Failure | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.29) |
| Hypertension | 23 | (0.6) | 4 | (0.1) | 0.5 | (0.19, 0.74) |
| Myocardial Infarction | 13 | (0.3) | 3 | (0.1) | 0.2 | (0.03, 0.46) |
| Unstable Angina | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.30) |
| **Nervous System** | | | | | | |
| Headache | 21 | (0.5) | 9 | (0.2) | 0.3 | (0.03, 0.60) |
| **Skin And Appendages** | | | | | | |
| Pruritus | 11 | (0.3) | 1 | (0.0) | 0.2 | (0.05, 0.44) |
| **Adverse Experiences Resulting in Discontinuation With Higher Incidence With Naproxen** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) | -0.2 | (-0.38, -0.02) |
| Abdominal Pain | 26 | (0.6) | 48 | (1.2) | -0.5 | (-0.99, -0.11) |
| **Digestive System** | | | | | | |
| Constipation | 1 | (0.0) | 10 | (0.2) | -0.2 | (-0.41, -0.04) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) | -0.7 | (-1.17, -0.32) |
| Gastric Ulcer | 18 | (0.4) | 55 | (1.4) | -0.9 | (-1.36, -0.48) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) | -0.3 | (-0.59, -0.06) |

[†]  Confidence intervals.

Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451652

MK-0966 Prot. No. 088/089
VIGOR

-180-

### 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

#### Prespecified Analyses of Discontinuations Due to Adverse Experiences

Prespecified analyses of discontinuations due to renovascular adverse experiences, hepatic-related adverse experiences, and gastrointestinal-related adverse experiences can be found in Section 9.7.

### 9.5 Adverse Experiences in Methotrexate Users

The overall incidence of clinical adverse experiences, drug-related clinical adverse experiences, or serious clinical adverse experiences was similar for patients who took or did not take concomitant methotrexate for treatment of RA [4.3; 4.5; 4.21]. Specific adverse experience counts tables for these subgroups can be found in [4.22].

In a previous study, rofecoxib 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by the $AUC_{0-24\ hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis [2.3]. However, a recently completed study demonstrated that rofecoxib 50 mg given once daily for 7 days did not increase plasma concentrations in patients receiving methotrexate 7.5 to 20 mg/week for rheumatoid arthritis [2.2.6]. Therefore, no differences in methotrexate-related adverse experiences were expected between the rofecoxib and naproxen treatment groups.

### 9.6 Adverse Experiences—Laboratory

### 9.6.1 Overall Assessment of Laboratory Adverse Experiences

This section comprises a review of Laboratory Adverse Experiences. The analysis of laboratory safety measurements (not restricted to adverse experiences) is discussed in Section 9.9, Laboratory Measurements.

Table 60 summarizes the laboratory adverse experience profile while Table 61 provides analyses of prespecified categories of laboratory summary adverse experiences.

Of the 8076 randomized patients, 8005 (99.1%) had at least 1 laboratory test postrandomization; 786 (9.8%) of the 8005 patients with at least 1 laboratory test postrandomization had a laboratory adverse experience.

Laboratory adverse experiences occurred in 10.4 and 9.2% of patients in rofecoxib and naproxen groups, respectively (Table 60). Considering the dosage disparity, it is notable that there were no clinically meaningful differences between the groups.

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jan-2000

MRK-AFV0451653

200

MK-0966 Prot. No. 088/089
VIGOR

-181-

### 9.6   Adverse Experiences—Laboratory (Cont.)

Drug-related laboratory adverse experiences occurred in 191 (4.8%) and 173 (4.3%) patients in the rofecoxib and naproxen groups, respectively (Table 60). The number of drug-related laboratory adverse experiences per 100 patients-years was 7.25 and 6.51 for the rofecoxib and naproxen groups, respectively (relative risk 1.11; 95% CI: 0.91, 1.37; p=0.309) (Table 61). There were no clinically meaningful differences between the groups.

Thirty-four patients discontinued due to a laboratory adverse experience, 22 (0.5%) and 12 (0.3%) in the rofecoxib and naproxen groups, respectively. The number of laboratory adverse experiences leading to discontinuation per 100 patient years was 0.82 and 0.44 for the rofecoxib and naproxen groups, respectively (relative risk 1.83; 95% CI: 0.91, 3.71; p=0.091) (Table 61). Thirty patients discontinued due to drug-related experiences, 20 (0.5%) and 10 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 60).

Serious laboratory adverse experiences occurred in 2 patients (rofecoxib group). There were no drug-related serious laboratory adverse experiences and none led to discontinuation from the study.

No differences in the overall incidence of laboratory adverse experiences were observed between patients taking or not taking concomitant methotrexate for RA [4.3; 4.5; 4.21].

MRK-AFV0451654

201

MK-0966 Prot. No. 088/089
VIGOR

-182-

9.6   Adverse Experiences—Laboratory (Cont.)

Table 60

Laboratory Adverse Experience Summary

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%)[†] | n | (%)[†] |
| Number (%) of patients: | | | | |
| With at least one laboratory test postbaseline | 4006 | | 3999 | |
| With one or more adverse experiences | 418 | (10.4) | 368 | (9.2) |
| With no adverse experience | 3588 | (89.6) | 3631 | (90.8) |
| With drug-related[‡] adverse experiences | 191 | (4.8) | 173 | (4.3) |
| With serious adverse experiences | 2 | (0.0) | 0 | (0.0) |
| With serious drug-related[‡] adverse experiences | 0 | (0.0) | 0 | (0.0) |
| Who died | 0 | (0.0) | 0 | (0.0) |
| Discontinued due to adverse experiences | 22 | (0.5) | 12 | (0.3) |
| Discontinued due to drug-related[‡] adverse experiences | 20 | (0.5) | 10 | (0.3) |
| Discontinued due to serious adverse experiences | 0 | (0.0) | 0 | (0.0) |
| Discontinued due to serious drug-related[‡] adverse experiences | 0 | (0.0) | 0 | (0.0) |

[†] The percent = number of patients within the laboratory adverse experience category/number of patients with one or more laboratory tests postbaseline.
[‡] Assessed by the investigator to be possibly, probably, or definitely drug related.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.9]

/MK-0966/CSR/RC2680.DOC  APPROVED                                        20-Jan-2000

MRK-AFV0451655

MK-0966 Prot. No. 088/089
VIGOR

−183−

9.6   Adverse Experiences—Laboratory (Cont.)

Table 61

Analysis of Prespecified Laboratory Summary Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Serious laboratory adverse experiences | Rofecoxib | 4047 | 2 | 2699 | 0.07 | — | (0.19, −) | 0.154 |
| | Naproxen | 4029 | 0 | 2699 | 0.00 | | | |
| Drug-related[5] laboratory adverse experiences | Rofecoxib | 4047 | 191 | 2635 | 7.25 | 1.11 | (0.91, 1.37) | 0.309 |
| | Naproxen | 4029 | 173 | 2656 | 6.51 | | | |
| Laboratory adverse experiences leading to Discontinuation | Rofecoxib | 4047 | 22 | 2698 | 0.82 | 1.83 | (0.91, 3.71) | 0.091 |
| | Naproxen | 4029 | 12 | 2698 | 0.44 | | | |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Assessed by the investigator to be possibly, probably or definitely drug related.
[5] Confidence interval.

Data Source: [4.3]

/MK-0966/CSR/RC2680.DOC  APPROVED—20-Jan-2000

202

MRK-AFV0451656

MK-0966 Prot. No. 088/089
VIGOR

-184-

## 9.6   Adverse Experiences—Laboratory (Cont.)

### 9.6.2   Specific Laboratory Adverse Experiences

Counts of all laboratory adverse experiences are in Table 62. A complete count of all laboratory adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.18].

Ninety-five percent CIs did not cross 0 for the overall incidence of blood chemistry adverse experiences (4.7 versus 3.3%), urinalysis adverse experiences (2.6 versus 1.9%) and for the incidence of individual adverse experiences of ALT increased (1.8 versus 1.0%), AST increased (1.6 versus 0.9%), eosinophils increased (0.1 versus 0.3%), and erythrocyturia (0.6 versus 0.1%) in the rofecoxib and naproxen groups, respectively.

The majority of laboratory adverse experiences of ALT and AST increased were transient, self-limited and did not lead to study drug discontinuation. The number of patients discontinuing for these adverse experiences was rare and similar between the 2 treatment groups (0.1 and 0.0% for rofecoxib and naproxen, respectively, for both ALT increased and AST increased). Of note, the incidence of ALT increased in the rofecoxib group in this study (1.8%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.5, 3.3, and 2.4%, respectively) [1.2.13; 2.3]. Additionally, the incidence of AST increased in the rofecoxib group in this study (1.6%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.7, 3.0, and 2.7%, respectively) [1.2.13; 2.3]. Additional analyses of ALT and AST are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

The between-group difference in the incidences of eosinophils increased (in favor of rofecoxib) and erythrocyturia (in favor of naproxen) most likely represent chance findings.

MK-0966 Prot. No. 088/089
VIGOR

-185-

## 9.6   Adverse Experiences—Laboratory (Cont.)

Table 62

Number (%) of Patients With Laboratory Adverse Experiences
(Incidence >0.2% in One or More Treatment Groups[†])

| Adverse Experience | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients with one or more adverse experience | 418/4006 | (10.4) | 368/3999 | (9.2) |
| Patients with no adverse experience | 3588/4006 | (89.6) | 3631/3999 | (90.8) |
| **Blood Chemistry** | 187/3994 | (4.7) | 133/3997 | (3.3) |
| Alanine Aminotransferase Increased | 73/3988 | (1.8) | 41/3992 | (1.0) |
| Alkaline Phosphatase Increased | 25/3987 | (0.6) | 18/3991 | (0.5) |
| Aspartate Aminotransferase Increased | 65/3989 | (1.6) | 34/3992 | (0.9) |
| Blood Urea Nitrogen Increased | 20/3989 | (0.5) | 9/3992 | (0.2) |
| Gamma-Glutamyl Transpeptidase Increased | 23/522 | (4.4) | 12/464 | (2.6) |
| Hyperglycemia | 17/3988 | (0.4) | 16/3992 | (0.4) |
| Serum Creatinine Increased | 38/3988 | (1.0) | 27/3995 | (0.7) |
| **Hematology** | 289/3997 | (7.2) | 267/3997 | (6.7) |
| Eosinophils Increased | 2/3987 | (0.1) | 13/3988 | (0.3) |
| Hematocrit Decreased | 105/3993 | (2.6) | 106/3997 | (2.7) |
| Hemoglobin Decreased | 134/3995 | (3.4) | 148/3997 | (3.7) |
| Leukocytes Decreased | 10/3993 | (0.3) | 14/3993 | (0.4) |
| Leukocytes Increased | 7/3993 | (0.2) | 9/3993 | (0.2) |
| Platelets Decreased | 13/3990 | (0.3) | 5/3990 | (0.1) |
| Platelets Increased | 10/3990 | (0.3) | 7/3990 | (0.2) |
| **Urinalysis** | 105/3972 | (2.6) | 77/3974 | (1.9) |
| Bacteriuria | 19/70 | (27.1) | 9/67 | (13.4) |
| Erythrocyturia | 22/3972 | (0.6) | 5/3974 | (0.1) |
| Hematuria | 12/3972 | (0.3) | 6/3974 | (0.2) |
| Leukocyturia | 26/2021 | (1.3) | 18/1831 | (1.0) |
| Proteinuria | 17/3972 | (0.4) | 15/3973 | (0.4) |

Although a patient may have had two or more laboratory adverse experiences, the patient is counted only once in a body system. The same patient may appear in difference body systems.
[†] Incidence based on the total number of patients in each treatment group.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.
Data Source: [4.3; 4.18]

MRK-AFV0451658

MK-0966 Prot. No. 088/089
VIGOR

-186-

## 9.6   Adverse Experiences—Laboratory (Cont.)

### 9.6.3   Laboratory Adverse Experiences Assessed by the Investigator to be Drug Related

Three hundred sixty-four (4.6%) of 8005 patients with postrandomization laboratory measurements had 1 or more drug-related laboratory adverse experiences (assessed by the investigator to be possibly, probably, or definitely drug related): 191 (4.8%) and 173 (4.3%) of patients in the rofecoxib and naproxen groups, respectively (Table 63). A complete count of all drug-related laboratory adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.18].

Ninety-five percent CIs did not cross zero for the incidence of drug-related reports of ALT increased (1.0 versus 0.5%) and AST increased (0.9 versus 0.5%) in the rofecoxib and naproxen groups, respectively. As noted previously, the majority of these adverse experiences were transient, self-limited, and did not lead to early discontinuation from the study. Additional analyses of ALT and AST are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

MK-0966 Prot. No. 088/089
VIGOR

-187-

## 9.6   Adverse Experiences—Laboratory (Cont.)

Table 63

Number (%) of Patients With Laboratory Adverse Experiences
(Incidence >0.2% in One or More Treatment Groups[†])
Drug-Related[‡]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients with one or more adverse experience | 191/4006 | (4.8) | 173/3999 | (4.3) |
| Patients with no adverse experience | 3815/4006 | (95.2) | 3826/3999 | (95.7) |
| **Blood Chemistry** | 83/3994 | (2.1) | 59/3997 | (1.5) |
| Alanine Aminotransferase Increased | 39/3988 | (1.0) | 21/3992 | (0.5) |
| Alkaline Phosphatase Increased | 11/3987 | (0.3) | 11/3991 | (0.3) |
| Aspartate Aminotransferase Increased | 36/3989 | (0.9) | 19/3992 | (0.5) |
| Blood Urea Nitrogen Increased | 14/3989 | (0.4) | 7/3992 | (0.2) |
| Gamma-Glutamyl Transpeptidase Increased | 10/522 | (1.9) | 8/464 | (1.7) |
| Serum Creatinine Increased | 25/3988 | (0.6) | 18/3995 | (0.5) |
| **Hematology** | 155/3997 | (3.9) | 142/3997 | (3.6) |
| Hematocrit Decreased | 69/3993 | (1.7) | 65/3997 | (1.6) |
| Hemoglobin Decreased | 85/3995 | (2.1) | 94/3997 | (2.4) |
| **Urinalysis** | 16/3972 | (0.4) | 13/3974 | (0.3) |

Although a patient may have had two or more laboratory adverse experiences, the patient is
counted only once in a category. The same patient may appear in different categories.
[†] Incidence based on the total number of patients in each treatment group.
[‡] Assessed by the investigator to be possibly, probably, or definitely drug related.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the
laboratory test was recorded.
Data Source: [4.3; 4.18]

### 9.6.4   Serious Laboratory Adverse Experiences

Three serious laboratory adverse experiences (neutropenia, leukopenia, and
platelets decreased) occurred in 2 patients, both in the rofecoxib group (Table 64).
None was assessed by the investigator to be study drug related or led to
discontinuation from the study. All appeared to be related to methotrexate.
Information for the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8;
4.9; 4.10; and 4.20].

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451660

MK-0966 Prot. No. 088/089
VIGOR

-188-

9.6   <u>Adverse Experiences—Laboratory</u> (Cont.)

AN 7058 (rofecoxib), a 57-year-old woman with a history of nephrolithiasis, and noninsulin-dependent diabetes, was hospitalized with neutropenia approximately 1 week after the last dose of study therapy (the patient completed the study per protocol). Concomitant medications included methotrexate (10 mg once weekly). Study-related measurements of neutrophil counts were 3.492, 3.846, and 1.177 $10^3/\mu$L at prestudy, after 6 weeks of therapy, and after 42 weeks of therapy, respectively (normal range, 1.8 to 8 $10^3/\mu$L). During hospitalization, the patient was also diagnosed with an upper respiratory infection and a urinary tract infection (both considered nonserious). The patient was discharged 6 days after admission, fully recovered from the neutropenia. The investigator felt that the neutropenia was methotrexate induced and definitely not related to therapy with rofecoxib.

AN 7575 (rofecoxib), a 62-year-old woman on concomitant methotrexate, was hospitalized on postrandomization Day 266 with vasculitis and pneumonia. On Day 164, the methotrexate dose was increased from 10 to 15 mg once weekly. On Day 262, the investigator was informed that the patient was experiencing, since Day 250, painful ulcer aphthous due to vasculitis and a dry cough (symptom of the pneumonia). Therapy with rofecoxib was interrupted on Day 264 and prednisone (40 mg/day) was prescribed. On Day 266, the patient was hospitalized with pneumonia; the patient was treated with vancomycin, amikacin, and ceftazidime. During hospitalization, the patient was discovered to have leukopenia (600 cells/mm$^3$), and platelets decreased (24,000 cells/mm$^3$), both of which were considered life threatening by the investigator. The patient's leukocyte and platelets counts had previously been within normal limits. At discharge, the patient had recovered from the pneumonia and vasculitis; additionally, leukocyte and platelet counts were within normal limits. Although study therapy had been interrupted during the hospitalization, the patient withdrew consent after discharge from the hospital and study therapy was not resumed. The investigator felt that methotrexate therapy probably caused the leukopenia and platelet decrease. The pneumonia was likely related to the leukopenia. The investigator determined that the pneumonia, vasculitis, leukopenia, and platelet count decreased were not related to therapy with rofecoxib.

MRK-AFV0451661

MK-0966 Prot. No. 088/089
VIGOR

-189-

**9.6   Adverse Experiences—Laboratory (Cont.)**

Table 64

Serious Laboratory Adverse Experiences

| AN | Study Number | Gender | Race | Age | Days Off Drug | Relative Day of Onset | Adverse Experience | Relative Day of Discontinuance | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Assigned Therapy: 50 mg Rofecoxib | | | | | | | | | | | |
| 7058 | 089069 | F | white | 57 | 6 | 302 | neutropenia | 295 | none | definitely not | recovered |
| 7575 | 089122 | F | multi | 62 | 1 | 266 | leukopenia | 266 | interrupted | probably not | recovered |
| | | | | | | 266 | platelets decreased | 266 | interrupted | probably not | recovered |

Data Source: [4.3; 4.8]

MRK-AFV0451662

MK-0966 Prot. No. 088/089
VIGOR

-190-

## 9.6    Adverse Experiences—Laboratory (Cont.)

### 9.6.5   Patients Discontinued Due to Laboratory Adverse Experiences

Thirty-four patients, discontinued due to laboratory adverse experiences, 22 (0.5%) and 12 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 65). A complete counts table (incidence >0% in any treatment group) including estimates and 95% confidence intervals on the difference in proportions is in [4.18].

The incidence of individual laboratory adverse experiences (for protocol-specified measurements) resulting in discontinuation from study therapy were low and similar between the rofecoxib and naproxen groups; there were no laboratory adverse experiences for which the 95% CIs did not cross 0.

Additional analyses of ALT, AST, and serum creatinine are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

A complete listing of all patients who discontinued due to a laboratory adverse experiences is in [4.18].

210

MK-0966 Prot. No. 088/089
VIGOR

-191-

## 9.6   Adverse Experiences—Laboratory (Cont.)

Table 65

Number (%) of Patients Discontinued Due to Specific Laboratory Adverse
Experiences by Laboratory Test Category
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients who discontinued due to a laboratory adverse experience | 22/4006 | (0.5) | 12/3999 | (0.3) |
| Patients who did not discontinued due to a laboratory adverse experience | 3984/4006 | (99.5) | 3987/3999 | (99.7) |
| **Blood Chemistry** | **13/3992** | **(0.3)** | **8/3996** | **(0.2)** |
| Alanine Aminotransferase Increased | 3/3988 | (0.1) | 1/3992 | (0.0) |
| Alkaline Phosphatase Increased | 1/3987 | (0.0) | 0/3991 | (0.0) |
| Aspartate Aminotransferase Increased | 4/3989 | (0.1) | 1/3992 | (0.0) |
| Blood Urea Nitrogen Increased | 2/3989 | (0.1) | 1/3992 | (0.0) |
| Gamma-Glutamyl Transpeptidase Increased | 1/522 | (0.2) | 1/464 | (0.2) |
| Hyperbilirubinemia | 0/3987 | (0.0) | 1/3990 | (0.0) |
| Hyperkalemia | 0/3990 | (0.0) | 1/3992 | (0.0) |
| Serum Creatinine Increased | 7/3988 | (0.2) | 5/3995 | (0.1) |
| **Hematology** | **15/3995** | **(0.4)** | **7/3997** | **(0.2)** |
| Hematocrit Decreased | 2/3993 | (0.1) | 2/3997 | (0.1) |
| Hemoglobin Decreased | 7/3995 | (0.2) | 4/3997 | (0.1) |
| Leukocytes Decreased | 1/3993 | (0.0) | 0/3993 | (0.0) |
| Platelets Decreased | 3/3990 | (0.1) | 1/3990 | (0.0) |
| **The Following Laboratory Adverse Experiences Could Not Be Categorized** | **1/†** | | **1/†** | |
| Hepatic Function Abnormality | 1/† | | 0/† | |

Although a patient may have had two or more laboratory adverse experiences, the patient is
counted only once in a body system. The same patient may appear in difference body systems.
†Indicates there was no associated laboratory test or there were no patients for whom the
    laboratory test was recorded.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the
laboratory test was recorded.
Data Source:   [4.3; 4.9; 4.18]

MRK-AFV0451664

211

MK-0966 Prot. No. 088/089
VIGOR

-192-

## 9.7    Analyses of Prespecified Specific Adverse Experiences

NSAIDs have been associated with both renal and hepatic toxicity. In many instances these effects are transient and resolve on therapy. To evaluate the clinical impact of these effects, renal and hepatic adverse experiences which resulted in discontinuation of the patient from the study, or a clinically important clinical syndrome (i.e., congestive heart failure) were evaluated in a prespecified manner as described earlier in the introduction to the Safety Section (Section 9). The doses of rofecoxib and naproxen used in this study were not clinically equivalent (rofecoxib 50 mg is anticipated to be 2 times the clinical dose and naproxen 1000 mg is not the maximum dose), and therefore, it was not unexpected that rofecoxib would have an increased incidence in these dose-dependent adverse experiences.

Additionally, symptoms referable to the gastrointestinal tract are common among patients taking NSAIDs. In the published literature, although gastrointestinal symptoms associated with NSAID use have generally not correlated well with mucosal injury [1.1.18; 1.1.19], they do cause clinical outcomes such as discontinuation of therapy. A prespecified analysis of digestive system adverse experiences, including abdominal pain (in Body as a Whole/Site Unspecified), that resulted in discontinuation of the patient from the study was also performed.

## 9.7.1    Clinical and Laboratory Adverse Experiences Related to Alterations in Renal Function

Renal adverse experiences commonly associated with the use of NSAIDs include reductions in glomerular filtration rate and reductions in the renal excretion of sodium with the potential for fluid retention, edema, and hypertension [1.1.16; 1.1.17]. The magnitude of the clinical impact of these effects was evaluated in the prespecified analyses presented below. In the Phase III OA studies within the clinical dose range, the renal effects of rofecoxib were noted to be similar to clinically equivalent doses of standard NSAIDs [1.2.13].

### 9.7.1.1    Discontinuations Due to Edema-Related Adverse Experiences

Discontinuation due to edema-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience. Edema-related adverse experiences reported in this study included edema, peripheral edema, lower extremity edema, and fluid retention.

The number of patients who discontinued from the study for edema-related adverse experiences was low, 25 of 4047 (0.6%) and 13 of 4029 (0.3%) in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively (Table 66). The

MRK-AFV0451665

212

MK-0966 Prot. No. 088/089
VIGOR

-193-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

rate of discontinuations due to edema-related adverse experiences was numerically higher in patients treated with rofecoxib 50 mg compared with patients treated with naproxen 1000 mg (relative risk 1.92, 95% CI [0.98, 3.75], p=0.057).

MRK-AFV0451666

MK-0966 Prot. No. 088/089
VIGOR

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 66

Analysis of Prespecified Adverse Experience Category
Discontinuations Due to Edema-Related Adverse Experiences

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[§] | Relative Risk[¶] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[‖] | p-Value |
| Discontinuations due to edema-related adverse experiences | Rofecoxib Naproxen | 4047 4029 | 25 13 | 2697 2698 | 0.93 0.48 | 1.92 | (0.98, 3.75) | 0.057 |

[†]  Patient-years at risk.
[§]  Adverse experiences per 100 patient-years at risk.
[¶]  Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[‖]  Confidence interval.
Data Source:  [4.3; 4.6]

/MK-0966/CSR/RC2680.DOC APPROVED--20-Jan-2000

213

MRK-AFV0451667

214

MK-0966 Prot. No. 088/089
VIGOR

-195-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

### Additional Analyses of Edema-Related Adverse Experiences

Edema-related clinical adverse experiences were reported by 365 (4.5%) patients, 220 (5.4%) and 145 (3.6%) in the rofecoxib and naproxen groups, respectively (Table 67). Of note, the incidence of edema-related adverse experiences in the rofecoxib group in this study (5.4%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (5.9, 7.1, and 9.5%, respectively).

The most common edema-related adverse experience was lower extremity edema occurring in 4.0 and 2.6% of patients in the rofecoxib and naproxen groups, respectively. In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of lower extremity edema was noted to be dose related with incidences of 4.1, 4.2, and 6.6% in the 12.5-, 25-, and 50-mg rofecoxib groups. Thus, the incidence of lower extremity edema in VIGOR is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.31].

Table 67

Number (%) of Patients With Edema-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more edema-related adverse experience | 220 | (5.4) | 145 | (3.6) |
| Patients with no edema-related adverse experience | 3827 | (94.6) | 3884 | (96.4) |
| **Body As A Whole/Site Unspecified** | **220** | **(5.4)** | **145** | **(3.6)** |
| Edema | 23 | (0.6) | 21 | (0.5) |
| Fluid Retention | 17 | (0.4) | 9 | (0.2) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) |
| Peripheral Edema | 22 | (0.5) | 12 | (0.3) |

One other term included in the "search" for edema-related adverse experiences but not
reported in this study included fluid overload.
Although a patient may have had two or more clinical adverse experiences, the patient
is counted only once within a body system.

Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451668

MK-0966 Prot. No. 088/089
VIGOR

-196-

## 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

The majority of patients with edema adverse experiences did not require a change in therapy or discontinue from the study (Table 68). Although more patients in the rofecoxib group than in the naproxen group required a change in edema-related medication (1.6 versus 1.2%), a higher incidence of patients in the rofecoxib group had an edema-related adverse experience that resolved while continuing study therapy and that did not require a change in edema-related medication (1.8 versus 1.1%). More than 95% were mild to moderate in intensity. Edema-related adverse experiences were assessed by the investigator to be drug related in 3.4 and 2.2% of patients in the rofecoxib and naproxen groups, respectively.

Furthermore, the incidence of patients with an edema-related adverse experience that was associated with severe hypertension (defined as a systolic blood pressure ≥180 mm Hg or a diastolic blood pressure ≥110 mm Hg) was very low and identical for both treatment groups (0.2 and 0.2% for rofecoxib and naproxen, respectively). Although the overall incidence of edema-related adverse experiences was higher on rofecoxib, the qualitative aspects of the events appear similar between the 2 groups. The majority of events did not require a change in therapy or discontinuation from the study and, therefore, were of minor clinical importance.

Three (0.1%) and 0 patients in the rofecoxib and naproxen groups, respectively, had a serious edema-related adverse experience. AN 8431 (rofecoxib) had unilateral leg swelling of uncertain etiology that did not necessitate discontinuation of therapy; the patient recovered fully. AN 10486 (rofecoxib) had lower extremity edema in the setting of cellulitis. The lower extremity edema was determined to be probably drug related by the investigator and resulted in discontinuation of study therapy; the patient recovered fully. AN 183 (rofecoxib) had serious adverse experiences of both lower extremity edema and hypertension, both determined to be possibly drug related by the investigator. The patient had previously discontinued study therapy due to nonserious adverse experiences of lower extremity edema and hypertension. The patient recovered fully (see Section 9.7.1.2 for detailed narrative).

MRK-AFV0451669

MK-0966 Prot. No. 088/089
VIGOR

-197-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 68

Summary of Edema-Related Clinical Adverse Experiences

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Edema** | | | | |
| Number (%) of patients: | | | | |
| With an edema-related adverse experience | 220 | (5.4) | 145 | (3.6) |
| With a drug-related[1] edema-related adverse experience | 139 | (3.4) | 89 | (2.2) |
| With a serious edema-related adverse experience | 3 | (0.1) | 0 | (0.0) |
| With a history of edema who also had an edema-related adverse experience | 26 | (0.6) | 23 | (0.6) |
| With an edema-related adverse experience that required a change in medication | 63 | (1.6) | 47 | (1.2) |
| With an edema-related adverse experience that resolved while continuing study therapy and that did not require a change in medication | 74 | (1.8) | 45 | (1.1) |
| With an edema-related adverse experience associated with a systolic ≥180 mm Hg or a diastolic ≥110 mm Hg | 7 | (0.2) | 7 | (0.2) |

[1] Assessed by the investigator to be possibly, probably, or definitely related drug related.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different categories.
Data Source: [4.3; 4.5; 4.10; 4.14]

### 9.7.1.2   Discontinuations Due to Hypertension-Related Adverse Experiences

Discontinuation due to hypertension-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience. Hypertension-related adverse experiences reported in this study included the terms: blood pressure increased, borderline hypertension, diastolic hypertension, hypertension, hypertension uncontrolled with medication, hypertensive crisis, labile hypertension, systolic hypertension, and uncontrolled hypertension.

/MK-0966/CSR/RC2680.DOC   APPROVED

20-Jun-2000

MRK-AFV0451670

MK-0966 Prot. No. 088/089
VIGOR

-198-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Twenty-eight (0.7%) and 6 (0.1%) in the 50-mg rofecoxib and 1000-mg
naproxen groups, respectively, discontinued due to hypertension-like adverse
experiences (Table 69).   The rate of discontinuations due to hypertension-
related  adverse experiences was very low in both treatment groups but was
significantly higher in patients treated with rofecoxib 50 mg compared with
patients treated with naproxen 1000 mg (relative risk 4.67, 95% CI   [1.93,
11.28], p<0.001).

MRK-AFV0451671

MK-0966 Prot. No. 088/089
VIGOR

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 69

Analysis of Prespecified Adverse Experience Category
Discontinuations Due to Hypertension-Related Adverse Experiences

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Discontinuations due to hypertension-related Adverse experiences | Rofecoxib Naproxen | 4047 4029 | 28 6 | 2697 2699 | 1.04 0.22 | 4.67 | (1.93; 11.28) | <0.001 |

[†] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[¶] Confidence interval.

Data Source: [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

218

MRK-AFV0451672

MK-0966 Prot. No. 088/089
VIGOR

-200-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

### Additional Analyses of Hypertension-Related Adverse Experiences

Hypertension-related clinical adverse experiences were reported by 615 (7.6%) patients, 9.7 and 5.5% in the rofecoxib and naproxen groups, respectively (Table 70).   The increased incidence of hypertension-related adverse experiences is not unexpected since this appears to be a dose-related adverse effect. In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of hypertension-related adverse experiences was noted to be higher in the 50-mg  (12.1%) than in the 12.5- (5.7%) and 25-mg (6.9%) rofecoxib groups. The incidence of hypertension-related adverse experiences in the rofecoxib group in this study (9.7%) is lower than that presented for the 50-mg rofecoxib group (12.1%) in the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3].

The most common hypertension-related adverse experience was hypertension, occurring in 8.5 and 5.0% of patients in the rofecoxib and naproxen groups, respectively.   In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of hypertension was noted to be higher in the 50-mg group (10.3%) than in the 12.5- (4.5%) and 25-mg (5.6%) groups. Thus, the incidence of hypertension in VIGOR is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.3].

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jan-2000

220

MK-0966 Prot. No. 088/089
VIGOR

-201-

9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 70

Number (%) of Patients With Hypertension-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more hypertension adverse experience | 394 | (9.7) | 221 | (5.5) |
| Patients with no hypertension adverse experience | 3653 | (90.3) | 3808 | (94.5) |
| **Cardiovascular System** | **394** | **(9.7)** | **221** | **(5.5)** |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) |
| Borderline Hypertension | 2 | (0.0) | 2 | (0.0) |
| Diastolic Hypertension | 2 | (0.0) | 0 | (0.0) |
| Hypertension | 342 | (8.5) | 202 | (5.0) |
| Hypertension Uncontrolled With Medication | 3 | (0.1) | 3 | (0.1) |
| Hypertensive Crisis | 3 | (0.1) | 1 | (0.0) |
| Labile Hypertension | 2 | (0.0) | 0 | (0.0) |
| Systolic Hypertension | 5 | (0.1) | 0 | (0.0) |
| Uncontrolled Hypertension | 5 | (0.1) | 2 | (0.0) |

Other terms included in the "search" for discontinuations due to hypertension-related adverse experiences but not reported in this study included essential hypertension, malignant hypertension, and secondary hypertension.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once within a body system.

Data Source: [4.3; 4.18]

One hundred sixty-four (4.1%) and 98 (2.4%) patients in the rofecoxib and naproxen groups, respectively, experienced a hypertension-related adverse experience and had a preexisting history of hypertension (Table 71). A little over 60% of the patients in each treatment group who experienced a hypertension adverse experience required a change in medication (6.2 versus 3.3% for the rofecoxib and naproxen treatment group, respectively). Most of the adverse experiences were mild, and more than 95% were mild-to-moderate in intensity. The incidence of patients with an hypertension-related adverse experience that was associated with severe hypertension (defined as a systolic

/MK-0966/CSR/RC2680.DOC  APPROVED                                                    20-Jun-2000

MRK-AFV0451674

221

MK-0966 Prot. No. 088/089
VIGOR

-202-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

blood pressure ≥180 mm Hg or a diastolic blood pressure ≥110 mm Hg) was
low in both treatment groups (2.7 versus 1.3% for the rofecoxib and naproxen
treatment group respectively [Table 71]).   Although the overall incidence of
hypertension-related adverse experiences was higher on rofecoxib, the
qualitative aspects of the events appear similar between the 2 groups.   Only a
minority of events required discontinuation from the study.

Table 71

Summary of Hypertension-Related Clinical Adverse Experiences

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Hypertension** | | | | |
| Number (%) of patients with: | | | | |
| With a hypertension-related adverse experience | 394 | (9.7) | 221 | (5.5) |
| With a drug-related hypertension-related adverse experience | 208 | (5.1) | 101 | (2.5) |
| With a serious hypertension-related adverse experience | 10 | (0.2) | 1 | (0.0) |
| With a history of hypertension who also had a hypertension-related adverse experience | 164 | (4.1) | 98 | (2.4) |
| With a hypertension-related adverse experience that required a change in medication | 252 | (6.2) | 131 | (3.3) |
| With a hypertension-related adverse experience that resolved while continuing therapy and that did not require the addition of antihypertensive medication | 59 | (1.5) | 30 | (0.7) |
| With a hypertension-related adverse experience associated with a systolic ≥180 mm Hg or a diastolic ≥110 mm Hg | 111 | (2.7) | 51 | (1.3) |

† Assessed by the investigator to be possibly, probably, or definitely related to therapy.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only
once in a body system.   The same patient may appear in different categories.
Data Source: [4.3; 4.5; 4.10; 4.14]

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451675