# Exhibit 8
# Part 7

MK-0966 Prot. No. 088/089
VIGOR

-203-

9.7   <u>Analyses of Prespecified Specific Adverse Experiences</u> (Cont.)

Ten (0.2%) and 1 (0.0%) patient(s) had a serious hypertension-related adverse experience in the rofecoxib and naproxen groups, respectively. There were no episodes of malignant hypertension and none was associated with end-organ damage. Of the 10 serious adverse experiences in the rofecoxib treatment group: 6 were drug related, 4 resulted in discontinuation of study therapy, and, 3 occurred while the patient was not taking study medication. All of the serious adverse experiences resolved rapidly with either changes in hypertension medication or initiation of new therapies.

<u>Narratives of Patients With Serious Adverse Experiences of Hypertension</u>

Additional information on the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.12; 4.14; 4.20].

AN 183 is a 76-year-old postmenopausal female with a history of rheumatoid arthritis, asthma, hypertension, allergic rhinitis, and chronic obstructive pulmonary disease (COPD). The patient began rofecoxib on 25-Feb-1999 (Day 1). Blood pressure was 136/80. Concomitant medications included salmeterol, fluticasone propionate, hydrochlorothiazide, albuterol sulfate, pseudoephedrine, and prednisone. The patient discontinued rofecoxib on Day 125 due to nonserious adverse events of pitting edema of the lower legs/ankles and increased blood pressure. On Day 131, the patient's blood pressure was 180/100 mm Hg. The patient was hospitalized for an increased intensity of her pitting edema, increased blood pressure, and chest pain. The chest pain and the pitting edema were both considered to be caused by her increased blood pressure. Treatment included verapamil, and transdermal nitroglycerin in addition to her chronic medications. The patient's edema decreased, blood pressure stabilized, and she was discharged from the hospital. The investigator assessed the worsening hypertension and edema to be possibly related to rofecoxib.

AN 439 is a 61-year-old postmenopausal female with a history of rheumatoid arthritis and iron deficiency anemia. The patient began rofecoxib on 01-Apr-1999 (Day 1). Blood pressure was 138/78. Concomitant medications included ferrous sulfate, propoxyphene napsylate/acetaminophen, and hydrochlorothiazide/triamterene. The hydrochlorothiazide/triamterene was initiated during the study to treat a nonserious adverse experience of edema which had resolved prior to the adverse experience of hypertension. On Day 182, the patient presented to the emergency room with accelerated hypertension, and possible fluid retention and was admitted to the hospital with blood pressure of 240/120 mm Hg. The rofecoxib was discontinued, she was started on furosemide and ramipril, and she was discharged. On Day 188, the

MRK-AFV0451676

MK-0966 Prot. No. 088/089
VIGOR

-204-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

patient arrived at the emergency room complaining of recurrent flushing, nausea, weakness, palpitations, and occasional diarrhea. That same day, she was readmitted to the hospital with a blood pressure of 237/120 mm Hg. The furosemide and ramipril were discontinued and metoprolol tartrate was started. Admission laboratory values included a blood urea nitrogen of 34.0 mg/dL, and a serum creatinine of 2.1 mg/dL. On Day 189, a 24-hour urine was collected, revealing a VMA (vanillymandelic acid) of 4.3 mg/24 hours (normal range: 2.6 to 7.7 mg), and total metanephrines of 379 µg/24 hours (normal range: 205 to 660 µg). Serum catecholamines were also collected, revealing a total of 1250 pg/mL (normal range: 300 to 1000 pg/mL). Her blood pressure became well controlled. The patient's elevated creatinine (non-oliguric acute renal failure) was felt to be secondary to acute tubular necrosis (ATN). The cause of the acute tubular necrosis was felt to be possibly secondary to ramipril and furosemide because the ATN occurred after discontinuing rofecoxib and instituting these medications, and improved after discontinuing ramipril and furosemide. On Day 191, the patient was discharged from the hospital on metoprolol tartrate, and clonidine. Discharge laboratory values included a serum creatinine of 1.2 mg/dL. On Day 198, the patient's blood pressure was 120/70 mm Hg, and serum creatinine was 1.1 mg/dL. The investigator assessed the labile hypertension as probably related to rofecoxib. The renal failure was considered definitely not related to rofecoxib.

AN 1698 is a 62-year-old postmenopausal female with a history of rheumatoid arthritis and hypercholesterolemia. The patient began rofecoxib on 14-Apr-1999 (Day 1). Blood pressure was 116/76. Concomitant medication included estrogens/medroxyprogesterone. On Day 153, the patient was admitted to the hospital for an elective vaginal hysterectomy. The same day, she also experienced hypertension which was treated with metoprolol. She was started on coated aspirin for prophylaxis, and rofecoxib was discontinued due to the prohibited medication. On Day 158, she went to the emergency room and was admitted to the hospital with a blood pressure of 194/122 mm Hg. A repeat blood pressure was 141/98 mm Hg. A cardiac consult felt the elevated blood pressure was most likely related to stress from surgery and increased personal stress at home. On Day 159, the patient was discharged from the hospital. The investigator assessed the exacerbation of hypertension as definitely not related to rofecoxib.

AN 2475 is a 47-year-old female with a history of rheumatoid arthritis, hypertension, anemia, muscular disorder, osteoporosis, bronchitis, and allergy to penicillin. The patient began rofecoxib on 15-Apr-1999 (Day 1). Blood pressure was 130/94. Concomitant medications included methylprednisone,

MRK-AFV0451677

MK-0966 Prot. No. 088/089
VIGOR

-205-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

methotrexate, acetaminophen, folic acid, fosinopril, hydrochlorothiazide, and medroxyprogesterone. On Day 205, the patient presented to the emergency room with a blood pressure of 214/138 mm Hg, and a possible transient ischemic attack or cranial vasospasm as indicated by left facial numbness associated with a slight headache, and upper left extremity tingling. The patient reported dietary noncompliance. The patient was admitted to the hospital and was discontinued from rofecoxib. Treatment included IV furosemide and potassium. Within 3 hours following treatment, her blood pressure was 160/89 mm Hg. On Day 207, the patient was discharged from the hospital in stable condition with a blood pressure of 114/80 mm Hg. The investigator assessed the episode of worsened hypertension to be possibly related to rofecoxib.

AN 6017 is a 63-year-old female with a history of rheumatoid arthritis, hypertension, osteoporosis, and cholecystectomy. The patient began rofecoxib on 06-Apr-1999 (Day 1). Blood pressure was 140/90. Concomitant medications included methotrexate, folic acid, perindopril, indapamide, vitamin D, calcium carbonate, tramodol, and prednisone. On Day 260, the patient experienced vomiting and exacerbation of hypertension (190/110 mm Hg) and was hospitalized; rofecoxib was interrupted; and all concomitant medications were discontinued. The patient received metoclopramide, furosemide and chlorpromazine. On Day 264, rofecoxib was restarted. The patient's hypertension persisted. On Day 266, the patient was discharged from the hospital. The investigator felt that the exacerbation of hypertension and vomiting were possibly related to therapy with tramadol and methotrexate. On Day 288, the patient experienced a headache. A worsening of hypertension was diagnosed and the patient was hospitalized. On admission, blood pressure was found to be 190/110 mm Hg. During the hospitalization, the patient received furosemide, nifedipine, potassium magnesium aspartginate, metoprolol, and bromhexine. The patient recovered from the worsening hypertension and was discharged from the hospital. On Day 295, nifedipine was discontinued; and trandolapril was administered, with metoprolol, for the treatment of the hypertension. The patient completed the study and the blood pressure on Day 316 was 140/85. The investigator assessed the worsening of hypertension as probably not related to rofecoxib.

AN 6970 is a 66-year-old female with a history of rheumatoid arthritis, and hypertension. The patient began rofecoxib on 10-May-1999 (Day 1). Blood pressure was 135/80. Concomitant medications included methotrexate, prednisone, and folic acid. On Day 94 the patient experienced worsening hypertension (systolic/diastolic pressures: 210/130 mm Hg). The patient was admitted to hospital and was treated with betaxolol hydrochloride. Serial

MK-0966 Prot. No. 088/089
VIGOR

-206-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

systolic and diastolic blood pressure values from Days 95, 120, 253, and 281 (study completion) ranged between 120/80 and 150/90 mm Hg. Treatment with rofecoxib continued without interruption. The investigator assessed the worsening hypertension to be possibly related to rofecoxib.

AN 7263 is a 60-year-old female with a history of rheumatoid arthritis, hypertension, diabetes mellitus, eczema, and pedal edema. The patient began rofecoxib on 30-Jun-1999 (Day 1). Blood pressure was 165/74. Concomitant medications included atenolol, glyburide, sulfasalazine, nifedipine, clorpheniramine maleate, and tioconazole cream. On Day 35, the investigator decided to interrupt the rofecoxib therapy for 1 week due to an exacerbation of eczema. On Day 38, the patient was admitted to the hospital with 2 prior episodes of dizziness, associated with mild nausea and vomiting, and a severe headache. On admission, her blood pressure was 200/79 mm Hg. Her hypertension was treated with IV isosorbide dinitrate and oral nefedipine. Her headache and nausea resolved once her blood pressure settled. On Day 41, the patient was discharged from hospital and therapy with rofecoxib was resumed on Day 44. The investigator assessed the worsening hypertension as definitely not related to rofecoxib.

AN 7987 is a 64-year-old postmenopausal female with a history of rheumatoid arthritis, pulmonary fibrosis, osteoporosis, and migraines who was randomized to rofecoxib on 16-Jun-1999 (Day 1). Blood pressure was 120/70. Concomitant medications included prednisolone, acetaminophen, calcium supplement, and etidronic acid disodium salt. On Day 90, the patient was hospitalized for a planned surgery of her forefoot. During the hospitalization, the patient's blood pressure was 200/100 mm Hg, and rofecoxib was interrupted. The doctor thought this could have been a transient ischemic attack. A head CT and thorax x-ray were taken with negative findings; no tests could confirm the transient ischemic attack. On Day 98, the patient was discharged from the hospital, and the blood pressure was normalized. No additional treatment was given for the hypertension, as it resolved spontaneously. On Day 104, rofecoxib was restarted. The investigator assessed the hypertension as not related to rofecoxib.

AN 10080 is a 56-year-old postmenopausal female with a history of rheumatoid arthritis and sinus tachycardia. The patient began rofecoxib on 31-May-1999 (Day 1). Blood pressure was 130/80. Concomitant medication included prednisone. On Day 190, the patient came in for an unscheduled visit and was noted to be hypertensive (BP of 220/120 mm Hg) hydrochlorothiazide and captopril were started; and rofecoxib was interrupted. On Day 197, the patient

MRK-AFV0451679

MK-0966 Prot. No. 088/089
VIGOR

-207-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

had no complaints and the blood pressure was 140/90 mm Hg.   On Day 198, rofecoxib was restarted.   On Day 246 the blood pressure was 130/85 mm Hg. The investigator assessed the hypertension as possibly related to rofecoxib.

AN 10507 is a 76-year-old female with a history of rheumatoid arthritis, hypertension, and obesity.   The patient began rofecoxib on 14-Jun-1999 (Day 1).   Blood pressure was 145/80.   Concomitant medications included methotrexate, hydroxychloroquine, prednisone, calcium carbonate, clonidine hydrochloride, felodipine, metoprolol, and 1(alpha)-hydroxycholecalciferol. On Day 190, the patient began to experience a headache and was admitted to the hospital on Day 197 with a headache.   Upon admission it was noted that the blood pressure was elevated (values were not provided).   The patient was treated with ramipril and hydrochlorothiazide.   The patient recovered from the headache and hypertension and was discharged on Day 199.   The patient continued on rofecoxib with a blood pressure 155/75 mm Hg recorded at the end of study visit (Day 247).   The investigator assessed the worsening hypertension as definitely not related to rofecoxib.

AN 5714 is a 54-year-old postmenopausal female with a history of rheumatoid arthritis, heartburn and hyperthyroidism.   The patient began naproxen on 01-Apr-1999 (Day 1).   Blood pressure was 140/90.   Concomitant medications included methotrexate, folic acid, calcium carbonate, acetaminophen, conjugated estrogenic hormones, and propylthiouracil.   On Day 43, the patient was diagnosed with hypertension (150/100 mm Hg).   On Day 45, she went to the emergency room with vertigo, headache, and nausea.   She had a blood pressure of 145/105 mm Hg and a hypertensive crisis was diagnosed. Naproxen was discontinued.   The patient was treated with nifedipine for the hypertension, ketoprofen for the headache, and cinnarizine for the vertigo.   On Day 48, the patient's blood pressure was 160/110 mm Hg.   The investigator assessed the hypertensive crisis as probably related to naproxen.

### 9.7.1.3   Adverse Experiences of Congestive Heart Failure

Although rare, congestive heart failure is 1 of the more clinically significant manifestations of the fluid retention that can be caused by rofecoxib or dual COX-1/COX-2 inhibitors.   Therefore, as noted in Section 9.1, an analysis of all adverse experiences of congestive heart failure was 1 of the prespecified clinical adverse experience categories.

Table 72 shows results for the prespecified clinical adverse experience category of congestive heart failure.   Congestive heart failure occurred in 19 (0.5%) and 9 (0.2%) patients in the rofecoxib and naproxen groups, respectively.   The

/MK-0966/CSR/RC2680.DOC  APPROVED                                              20-Jun-2000

MRK-AFV0451680

MK-0966 Prot. No. 088/089
VIGOR

-208-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

overall incidence of these events was very low.  The rate of congestive heart
failure adverse experiences was not statistically different between the
2 treatment groups (relative risk 95% CI:  0.96, 4.67, p=0.065).  Six (0.1%)
patients, all in the rofecoxib group, discontinued due to congestive heart failure.

There was 1 death on rofecoxib for "cardiac insufficiency" which, in the Merck
dictionary, mapped to "congestive heart failure."  AN 7553, a 51-year-old
postmenopausal woman, was randomized on 26-Apr-1999 to rofecoxib 50 mg
once daily.  On postrandomization Day 19, the patient complained of diarrhea
without melena or bloody stools.  She was seen in the emergency room where
she was found to be dehydrated.  The patient was hydrated with intravenous
glucose and discharged.  On Day 28, she presented to the emergency room with
dyspnea and cyanosis and was treated with aminophylline and lanatoside C but
subsequently died.  The cause of death registered in the hospital chart was
cardiac insufficiency.  The cardiac insufficiency and death were assessed by the
investigator as not related to study therapy [4.20].

MRK-AFV0451681

MK-0966 Prot. No. 088/089
VIGOR

-209-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 72

Prespecified Analysis of Adverse Experiences Related to Congestive Heart Failure

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | p-Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | |
| Congestive heart failure adverse experiences | Rofecoxib | 4047 | 19 | 2696 | 0.70 | 2.11 | (0.96, 4.67) | 0.065 |
| | Naproxen | 4029 | 9 | 2698 | 0.33 | | | |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Confidence interval.
Data Source: [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED -20-Jun-2000

228

MRK-AFV0451682

MK-0966 Prot. No. 088/089
VIGOR

-210-

## 9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

### 9.7.1.4    Discontinuations Due to Renal-Related Adverse Experiences

NSAIDs have been reported to cause decreases in glomerular filtration rate sometimes resulting in overt renal decompensation [1.1.17]. Discontinuations due to renal-related adverse experiences (clinical and laboratory combined) was prespecified as the primary approach to analyze the clinical importance of these adverse experiences. Renal-related adverse experiences reported in this study included: serum creatinine increased, blood urea nitrogen increased, renal failure, and renal insufficiency.

Table 73 summarizes the prespecified analysis of renal-related adverse experiences that led to discontinuation. Eight (0.2%) and 7 (0.2%) in the rofecoxib and naproxen groups, respectively, discontinued due to renal-related adverse experiences. The rate of discontinuations due renal-related adverse experiences was similar and very low in both treatment groups (relative risk: 1.14 95% CI: 0.41, 3.15, p=0.796).

MK-0966 Prot. No. 088/089
VIGOR

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 73

Analysis of Prespecified Adverse Experiences Related to Alterations in Renal Function

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Discontinuations due to renal-related adverse Experiences | Rofecoxib Naproxen | 4047 4029 | 8 7 | 2699 2698 | 0.30 0.26 | 1.14 | (0.41, 3.15) | 0.796 |

[†]  Patient-years at risk.
[‡]  Adverse experiences per 100 patient-years at risk.
[§]  Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[¶]  Confidence interval.

Data Source: [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jun-2000

MRK-AFV0451684

MK-0966 Prot. No. 088/089
VIGOR

-212-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

#### Additional Analyses of Renal-Related Adverse Experiences

The incidence of renal-related clinical and laboratory adverse experiences, reported by 1.2 and 0.9% of patients in the rofecoxib and naproxen groups, respectively, was low (Table 74). The most common renal-related adverse experience in both treatment groups was serum creatinine increased (transient elevations), occurring in 1.0 and 0.7% of patients in the rofecoxib and naproxen groups, respectively. The incidence of serum creatinine increased reported with rofecoxib in VIGOR (1.0%) is lower than that reported for the 50-mg rofecoxib group (4.0%) in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.3].

MRK-AFV0451685

232

MK-0966 Prot. No. 088/089
VIGOR

-213-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 74

Number (%) of Patients With Renal-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more renal-related adverse experience | 50 | (1.2) | 36 | (0.9) |
| Patients with no renal-related adverse experience | 3997 | (98.8) | 3993 | (99.1) |
| **Clinical Adverse Experiences** | | | | |
| | n | (%) | n | (%) |
| Acute Renal Failure | 0 | (0.0) | 1 | (0.0) |
| Renal Disorder | 0 | (0.0) | 1 | (0.0) |
| Renal Failure | 2 | (0.0) | 1 | (0.0) |
| Renal Insufficiency | 3 | (0.1) | 1 | (0.0) |
| **Laboratory Adverse Experiences** | | | | |
| | n/m | (%) | n/m | (%) |
| Blood Urea Nitrogen Increased | 20/3989 | (0.5) | 9/3992 | (0.2) |
| Serum Creatinine Increased | 38/3988 | (1.0) | 27/3995 | (0.7) |

Other terms included in the "search" for discontinuations for renal-related adverse experiences but were not reported in this study included: acute renal failure, acute renal insufficiency, chronic renal failure, chronic renal insufficiency, and renal disorder.
Although a patient may have had two or more adverse experiences, the patient is counted only once for any specific adverse experience.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.
Data Source: [4.3; 4.17; 4.18]

Overall, the incidence of patients exceeding the predefined limits of change from baseline for serum creatinine was similar for both treatment groups (9 [0.2%] and 6 [0.2%] patients in the rofecoxib and naproxen groups, respectively). Additional information about predefined limits of change for laboratory parameters is in Section 9.9.1, Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences.

MRK-AFV0451686

233

MK-0966 Prot. No. 088/089
VIGOR

-214-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Specifically, of the 50 and 36 patients with renal-related adverse experiences in the rofecoxib and naproxen groups, respectively, only 4 and 3, respectively, met predefined limits of change for serum creatinine (defined as consecutive values with an actual increase of ≥0.5 mg/dL and >ULN or 1 value with an increase of 0.5 mg/dL and >ULN that was associated with study drug discontinuation). All 7 of these patients discontinued due to their renal-related adverse experience; the renal-related adverse experiences were assessed by the investigator to be drug related in 3 and 2 patients in the rofecoxib and naproxen groups, respectively. The remaining patients with renal-related adverse experiences had elevations less than 0.5 mg/dL or had elevations of 0.5 mg/dL or more which were transient and did not necessitate discontinuation of study therapy.

The number of patients with serious renal-related adverse experiences was low (1 and 4 in the rofecoxib and naproxen groups, respectively). Two of the naproxen patients, and none of the rofecoxib patients, had drug-related serious renal-related adverse experiences; both resulted in discontinuation from study therapy. AN 439 (rofecoxib) had serious adverse experiences of hypertension and renal failure and was previously discussed in Section 9.7.1.2. AN 882 (naproxen) developed renal insufficiency in the setting of dehydration, gastritis, and esophagitis. The renal insufficiency resolved with rehydration and was assessed to be drug related by the investigator. AN 1824 (naproxen) developed acute renal failure due to obstructive uropathy in the setting of bilateral renal calculi. AN 2720 (naproxen) was hospitalized for right flank pain. Work up included an intravenous pyelogram which revealed a non-functioning left kidney consistent with an obstruction. Cystoscopy revealed a left ureteral stricture. The patient continued on study therapy. AN 3097 (naproxen) was hospitalized for a perforated gastric ulcer. Her course was complicated by ARDS, peritonitis, septic shock, pneumonia and acute renal failure. The patient expired due to these complications. The acute renal failure was assessed to be possibly related to naproxen by the investigator [4.20].

In addition to the above adverse experiences related to glomerular filtration rate, there were 2 serious adverse experiences reported (AN 8299 nephrotic syndrome [rofecoxib] and AN 7066 proteinuria [naproxen]) not considered part of the renal-related adverse experiences analyses. Both patients had been receiving concomitant gold therapy.

MRK-AFV0451687

MK-0966 Prot. No. 088/089
VIGOR

-215-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

### 9.7.2   Clinical and Laboratory Adverse Experiences Related to Alterations in Liver Function

Discontinuations due to hepatic-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience.   Hepatic-related adverse experiences reported in this study included: ALT increased, AST increased, hepatic disorder, hepatic failure, hepatic function abnormality, hepatitis, and jaundice.

The number of patients who discontinued from the study for hepatic-related adverse experience was low, 10 (0.2%) and 3 (0.1%) in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively.   The rate of discontinuations due to hepatic-related adverse experiences was similar and very low in both treatment groups (relative risk:  3.33 95% CI [0.92, 12.11], p=0.067) (Table 75).

MRK-AFV0451688

MK-0966 Prot. No. 088/089
VIGOR

-216-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 75

Analysis of Prespecified Adverse Experiences Related to Alterations in Liver Function

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Discontinuations due to hepatic-related adverse experiences | Rofecoxib | 4047 | 10 | 2699 | 0.37 | 3.33 | (0.92, 12.11) | 0.067 |
| | Naproxen | 4029 | 3 | 2699 | 0.11 | | | |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Confidence interval.

Data Source:   [4.3]

/MK-0966/CSR/RC2680.DOC   APPROVED—20-Jun-2000

236

MRK-AFV0451689

MK-0966 Prot. No. 088/089
VIGOR

-217-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

#### Additional Analyses of Hepatic-Related Adverse Experiences

Hepatic-related adverse experiences were reported by 139 (1.7%) patients, 2.2 and 1.2% in the rofecoxib and naproxen groups, respectively (Table 76). The most common hepatic-related adverse experience was ALT increased, occurring in 1.8 and 1.0% of patients in the rofecoxib and naproxen groups, respectively.

Table 76

Number (%) of Patients With Hepatic-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more hepatic-related adverse experience | 90 | (2.2) | 49 | (1.2) |
| Patients with no hepatic-related adverse experience | 3957 | (97.8) | 3980 | (98.8) |
| **Clinical Adverse Experiences** | | | | |
| | n | (%) | n | (%) |
| Hepatic Disorder | 1 | (0.0) | 0 | (0.0) |
| Hepatic Failure | 0 | (0.0) | 1 | (0.0) |
| Hepatic Function Abnormality | 3 | (0.1) | 1 | (0.0) |
| Hepatitis | 5 | (0.1) | 3 | (0.1) |
| Jaundice | 2 | (0.0) | 0 | (0.0) |
| **Laboratory Adverse Experiences** | | | | |
| | n/m | (%) | n/m | (%) |
| Alanine Aminotransferase Increased | 73/3988 | (1.8) | 41/3992 | (1.0) |
| Aspartate Aminotransferase Increased | 65/3989 | (1.6) | 34/3992 | (0.9) |

Other terms included in the "search" for discontinuations for hepatic-related adverse experiences but not reported in this study included: acute hepatitis, cholangiolitis hepatitis, chronic hepatitis, cytolitic hepatitis, hepatic insufficiency, hepatocellular disease, hepatocellular jaundice, interstitial hepatitis, hepatotoxicity, and necrotizing hepatitis.
Although a patient may have had two or more adverse experiences, the patient is counted only once for any specific adverse experience.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.

Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2680.DOC  APPROVED

20-Jun-2000

MRK-AFV0451690

MK-0966 Prot. No. 088/089
VIGOR

-218-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Overall, the incidence of patients exceeding the predefined limits of change from
baseline was similar for rofecoxib and naproxen for serum ALT (0.2 versus 0.0%)
and serum AST (0.1 versus 0.0%). No patient in either treatment group exceeded
the predefined limit of change established for serum bilirubin (≥1.8 times ULN)
and alkaline phosphatase (≥3 times ULN). Additional information about
predefined limits of change for laboratory parameters is in Section 9.9.1,
Laboratory Predefined Limits of Change Related to Prespecified Adverse
Experiences.

Specifically, of the 90 and 49 patients with hepatic-related adverse experiences in
the rofecoxib and naproxen groups, respectively, only 4 patients (all in the
rofecoxib group) met predefined limits of change for serum ALT and only
1 patient (in the rofecoxib group) met predefined limits of change for serum
aspartate aminotransferase (defined as:   In patients with normal baselines,
consecutive values >3 times the ULN or 1 value >3 times the ULN associated
with study drug discontinuation; in patients with abnormal baselines, consecutive
values that are >2 times the baseline value and >3 times the ULN or 1 value >3
times the ULN associated with study drug discontinuation).   The remaining
patients did not meet the predefined limits criteria or elevations were transient and
did not necessitate discontinuation of study therapy.

In this study, 0.5 and 0.3% of patients on rofecoxib and 0.2 and 0.3% of patients
on naproxen had at least 1 single (nonconsecutive) AST and ALT value >3 times
the ULN, respectively; the rofecoxib rates are consistent with currently approved
labeling.

The number of patients with serious hepatic-related adverse experiences was low
(4 and 3 in the rofecoxib and naproxen groups, respectively).   Three and
2 patients in the rofecoxib and naproxen groups, respectively, had drug-related
hepatic-related serious adverse experiences.   One patient in each treatment group
discontinued from study therapy due to serious hepatic-related adverse
experiences. There was 1 death (naproxen) due to hepatic failure, assessed by the
investigator to be drug related.

### Narratives for Patients With Serious Hepatic-related Adverse Experiences

Additional information for these narratives can be found in [4.3; 4.9; 4.16; 4.20].

AN 7721 is a 59-year-old Black female, with a history of rheumatoid arthritis,
hypertension, Sjögren's syndrome, and melasma. Concomitant medications
included methotrexate, methyldopa, hydrochlorothiazide, chloroquine, and
prednisone. The patient began rofecoxib on 25-May-1999 (Day 1). Baseline,

MRK-AFV0451691

MK-0966 Prot. No. 088/089
VIGOR

-219-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Day –7, laboratory results included: serum AST 28 IU/L (normal range was 0 to 42 IU/L), serum ALT 34 IU/L (normal range was 0 to 48 IU/L), serum alkaline phosphatase 85 IU/L (normal range was 20 to 125 IU/L), and total bilirubin 0.7 mg/dL (normal range was 0 to 1.3 mg/dL). On Day 73 the patient experienced severe jaundice, hepatomegaly, asthenia, vomiting, nausea, diarrhea, and hypochondrium pain; and rofecoxib was discontinued. On Day 78, the patient was diagnosed with severe hepatitis. Laboratory results included: AST 2655 IU/L, ALT 2130 IU/L, serum gamma glutamyl transferase (GGT) 85 IU/L (normal range was 0 to 45 IU/L), serum alkaline phosphatase 198 IU/L, serum direct bilirubin 10.8 mg/dL (normal range was 0 to 0.4 mg/dL), serum indirect bilirubin 24.3 mg/dL (normal range was 0 to 1.3 mg/dL), and serum total bilirubin 35.1 mg/dL. On Day 80, an immunofluorescence test was performed, which diagnosed hepatitis A. On Day 92, an ELISA was performed and all results were negative for hepatitis A. On Day 102, a liver biopsy was performed and cholestasis was diagnosed (biopsy sample was inadequate for diagnostic evaluation). On Day 262, IgG for hepatitis A was reactive. Other laboratory results included: ALT 64 IU/L, AST 46 IU/L, serum alkaline phosphatase 169 IU/L, serum total bilirubin 0.8 mg/dL, and GGT 174 IU/L. The positive IgG for hepatitis A on Day 262 may suggest that there was a recent seroconversion (due to the negative ELISA on Day 92) and the patient may have had viral hepatitis. The investigator assessed the hepatitis as possibly related to therapy with rofecoxib.

AN 8267, is a 49-year-old Mulatto female, with a history of rheumatoid arthritis. Concomitant medications included methotrexate, prednisone, nitrofurantoin, and ranitidine hydrochloride. The patient began rofecoxib on 25-Jun-1999 (Day 1). Baseline, Day –8, laboratory results included: serum ALT 31 IU/L (normal range was 0 to 48 IU/L), and serum AST 21 IU/L (normal range was 0 to 42 IU/L). On Day 34, the patient complained of abdominal pain and vomiting. On Day 35, rofecoxib, methotrexate and prednisone were discontinued. On Day 37, the patient was hospitalized for suspected gastritis. An abdominal ultrasound was performed which showed acute pancreatitis and choledocholithiasis. On Day 39, in addition to elevated serum amylase (793 U/L), the patient's ALT was 417 IU/L (normal range was 5 to 17 IU/L) and AST was 140 IU/L (normal range was 2 to 18 IU/L). The diagnosis of acute hepatitis was made, along with acute pancreatitis, and erosive gastritis. On Day 44, the patient was discharged from the hospital. On Day 83, the hepatitis was considered resolved, as ALT and AST levels returned to within normal range. The investigator assessed the hepatitis, gastritis and pancreatitis as possibly related to therapy with rofecoxib.

MRK-AFV0451692

MK-0966 Prot. No. 088/089
VIGOR

-220-

9.7   <u>Analyses of Prespecified Specific Adverse Experiences</u> (Cont.)

AN 8403 is a 56-year-old Asian female, with a history of rheumatoid arthritis. Concomitant medications included hydroxychloroquine, aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide, and acetaminophen (+) propoxyphene napsylate monohydrate. The patient began rofecoxib on 12-May-1999 (Day 1). Baseline, (Day –16) laboratory results included: serum AST 18 IU/L (normal range was 0 to 42 IU/L), serum ALT 10 IU/L (normal range was 0 to 48 IU/L), and serum alkaline phosphatase 103 IU/L (normal range was 20 to 125 IU/L). On Day 121, the patient was admitted to the hospital for urgent consultation with an ophthalmologist for diagnosis of macular degenerative disease of the right eye. During the hospitalization, it was discovered that the patient's liver function tests were elevated and the investigator felt this met the definition of "other important medical event" and recorded a serious adverse experience of hepatic function abnormality. Laboratories included: ALT 52 U/L (normal range was 5 to 31 U/L), AST 80 U/L (normal range was 12 to 28 U/L), and serum alkaline phosphatase 375 U/L (normal range was 34 to 104 U/L). The investigator assessed the hepatic function abnormality as probably related to therapy with rofecoxib and rofecoxib was discontinued. On Day 191, liver function tests returned to within normal limits, with ALT at 21 IU/L, AST at 15 IU/L, and serum alkaline phosphatase at 117 IU/L.

AN 8774 is a 53-year-old White female with a history of rheumatoid arthritis and neurodermatitis. Concomitant medications included methotrexate, hydroxychloroquine sulfate, prednisone, etidronic acid disodium salt, vitamins, and acetaminophen (+) codeine. The patient began rofecoxib on 14-May-1999 (Day 1). Baseline, Day -8, laboratory results included: serum ALT 20 IU/L (normal range was 0 to 48 IU/L), serum AST 19 IU/L (normal range was 0 to 42 IU/L), and serum alkaline phosphatase 95 IU/L (20 to 125 IU/L). On Day 186, the patient's LFTs were increased and an adverse experience of hepatic function abnormality was recorded. Laboratory values included: ALT was 215 IU/L (normal range was 5 to 50 IU/L), AST was 122 IU/L (normal range was 10 to 35 IU/L), and GGT was 277 U/L (normal range was 10 to 40 U/L), and the patient was hospitalized. On Day 188, the patient's serum alkaline phosphatase was 706 U/L (normal range was 60 to 275 U/L) and methotrexate was discontinued. These values were assessed by the investigator as probably not related to therapy with rofecoxib. On Day 196, the patient's ALT decreased to 34 U/L (normal range was 10 to 40 IU/L) and GGT was 115 U/L (normal range was 10 to 40 U/L). On Day 214, the patient's LFTs increased: ALT was 85 U/L (normal range was 10 to 40 IU/L) and GGT was 119 U/L (normal range was 10 to 40 U/L). The investigator recorded the increased ALT and GGT as a nonserious adverse experience of hepatic function abnormality. These values were assessed by the investigator as possibly related to therapy with rofecoxib and rofecoxib

MRK-AFV0451693

MK-0966 Prot. No. 088/089
VIGOR

-221-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

was discontinued on that day.   On Day 231, the patient's AST was 56 IU/L (normal range was 0 to 42 IU/L), ALT was 95 IU/L (normal range was 0 to 48 IU/L) and serum alkaline phosphatase was 116 IU/L (normal range was 20 to 125 IU/L).  No other values were obtained.

AN 7025 is a 41-year-old White female, with a history of rheumatoid arthritis. Concomitant medications included prednisone and hydroxychloroquine sulfate. The patient began naproxen therapy on 08-Jun-1999 (Day 1).  Baseline, Day –7, laboratory results included:  AST 30 IU/L (normal range was 0 to 42 IU/L), and ALT 22 IU/L (normal range was 0 to 48 IU/L).  On Day 36, the patient's serum AST was 91 IU/L and ALT was 97 IU/L.  On Day 41 naproxen was discontinued. On Day 42, the patient was noted to be hepatitis B antigen positive and was diagnosed with hepatitis.  On Day 53, the investigator considered the event resolved, as the AST and ALT levels returned to within normal range at 39 IU/L and 24 IU/L, respectively.  The investigator assessed the hepatitis as possibly related to therapy with naproxen.

AN 8400 is a 84-year-old Asian female, with a history of rheumatoid arthritis, iron deficiency anemia, vertebral osteoarthritis, osteoporosis, cardiac enlargement, goiter, duodenal diverticulum, and thalassemia. Concomitant medications included hydroxychloroquine, famotidine, acetaminophen, methylcellulose, ferrous sulfate, aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide. The patient began naproxen therapy on 25-May-1999 (Day 1).  Baseline, Day –14, serum alkaline phosphatase was 93 IU/L (normal range was 20 to 125 IU/L).  On Day 134, the patient was admitted to the hospital for a significant decrease in hemoglobin.  On Day 135, the patient was diagnosed with pneumonia.  On Day 143, it was noted that the patient's serum alkaline phosphatase was elevated at 222 U/L (normal range was 55 to 160 U/L);  liver ultrasound and serum hepatitis tests were negative.  On Day 157, the patient's serum alkaline phosphatase level returned to within normal limits at 149 U/L.  The investigator recorded the increased LFTs as an adverse experience of hepatic function abnormality.  The investigator also assessed the hepatic function abnormality as secondary to the pneumonia and probably not related to therapy with naproxen.

AN 9191 is a 62-year-old Mulatto female, with a history of rheumatoid arthritis. Concomitant medications included chloroquine, methotrexate, acetaminophen, and chlorpheniramine. The patient began naproxen therapy on 31-May-1999. Baseline, Day –7, laboratory results included:  serum ALT 51 IU/L (normal range was 0 to 48 IU/L), serum AST 41 IU/L (normal range was 0 to 42 IU/L), serum alkaline phosphatase 79 IU/L (normal range was 20 to 125 IU/L), and serum total

MRK-AFV0451694

MK-0966 Prot. No. 088/089
VIGOR

-222-

## 9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

bilirubin was 0.7 mg/dL (normal range was 0.0 to 1.3 mg/dL).  On Day 268, during the end-of-study visit, the patient complained of right upper quadrant pain, fatigue, nausea, jaundice and dark urine; and the patient was hospitalized. Laboratory results included: AST 780 IU/L, ALT 504 IU/L, serum alkaline phosphatase 237 IU/L, serum total bilirubin 14.7 mg/dL, serum direct bilirubin 4.0 mg (normal range was 0.0 to 0.4 mg/dL, and serum indirect bilirubin 10.7 mg/dL (normal range was 0.0 to 1.3 mg/dL).  Liver biopsy confirmed the diagnosis of toxic hepatitis, which was assessed by the investigator as probably related to naproxen.  On Day 277, the hepatitis progressed to hepatic failure; which then progressed to hepatorenal syndrome, on Day 279.  On Day 285, the patient expired.

### 9.7.3    Discontinuations due to Digestive System Adverse Experiences, Including Abdominal Pain (in Body as a Whole/Site Unspecified)

Because of the importance of clinically significant gastrointestinal clinical events in patients on NSAID therapy, a prespecified analysis of discontinuations due to Digestive System adverse experiences, including abdominal pain (in Body as a Whole/Site Unspecified), was performed.

Three hundred seven (7.6%) and 416 (10.3%) patients in the rofecoxib and naproxen groups, respectively, discontinued due to Digestive System adverse experiences (including abdominal pain in Body as a Whole/Site Unspecified). The rate of discontinuations due to Digestive System adverse experiences (including abdominal pain in Body as a Whole/Site Unspecified) was significantly lower in patients treated with rofecoxib 50 mg than in patients treated with naproxen 1000 mg (relative risk 95% CI [0.63, 0.85], p<0.001) (Table 77).

MRK-AFV0451695