# Exhibit 8
# Part 8

MK-0966 Prot. No. 088/089
VIGOR

-223-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 77

Analysis of Prespecified Adverse Experiences Leading to Study Discontinuation

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Discontinuations due to digestive system adverse experiences (including abdominal pain in body as a whole/site unspecified) | Rofecoxib Naproxen | 4047 4029 | 307 416 | 2676 2664 | 11.47 15.62 | 0.73 | (0.63, 0.85) | <0.001 |

[1]  Patient-years at risk.
[2]  Adverse experiences per 100 patient-years at risk.
[3]  Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4]  Confidence interval.

Data Source:  [4.3]

AMK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

242

MRK-AFV0451696

·MK-0966 Prot. No. 088/089
VIGOR

-224-

## 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

Although not a prespecified analysis, if patients with PUB-related discontinuations are removed from the analysis, 256 (6.3%) and 294 (7.3%) patients discontinued due to a Digestive System adverse experience (including abdominal pain). The incidence of discontinuations is still numerically higher with naproxen, even after removal of the PUB patients, which likely reflects discontinuations due to nuisance-type upper GI symptoms. Specific GI symptoms leading to discontinuation more frequently on naproxen included: abdominal pain, abdominal distention, epigastric discomfort, and constipation (see Section 9.4, Patients Who Discontinued Due to Clinical Adverse Experiences). There were no specific GI symptoms which lead to more discontinuations in the rofecoxib treatment group compared with the naproxen group. Overall the 5 most common reasons (aside from gastric ulcer) for discontinuation from the study were symptoms referable to the GI tract (dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn).   The total number of patients who discontinued due to any of these 5 upper GI symptoms was 142 (3.5%) in the rofecoxib and 196 (4.9%) in the naproxen group (95% CI of difference, -2.3 to -0.5%).

## 9.8  Safety Analyses of Interest (Not Prespecified)

### Summary of Allergic Reactions in Patients With a History of Sulfonamides or Other Sulfur-Containing Compounds

The VIGOR safety data were analyzed for all patients with a history of allergy to sulfonamides or other sulfur containing compounds. In particular, the adverse experience listings were reviewed for episodes consistent with a hypersensitivity reaction, such as rash, urticaria, or drug reactions. In general, the incidence of all hypersensitivity reactions in patients with a history of sulfa allergies would be expected to be approximately 3 to 6 times higher than that of the patients without sulfa allergies [1.1.20]. This increased incidence is not just limited to reactions with sulfa-containing compounds.

In VIGOR, the number of patients with a history of allergy to sulfonamides or other sulfur-containing compounds was 5.1 and 5.4% in the rofecoxib and naproxen groups, respectively. The incidence of hypersensitivity adverse experiences in this subgroup of patients was 9.1 and 4.1% in the rofecoxib and naproxen groups, respectively (Table 78). This compared with an incidence of hypersensitivity adverse experiences in the subgroup without a history of sulfa allergies ("nonsulfa-allergic" subgroup) of 3.9 and 3.8% in the rofecoxib and naproxen groups, respectively.

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451697

MK-0966 Prot. No. 088/089
VIGOR

-225-

## 9.8    Safety Analyses of Interest (Not Prespecified) (Cont.)

The hypersensitivity adverse experiences reported in the "sulfa-allergic" subgroup were exanthema (0.5 versus 0.0%), rash (7.2 versus 3.7%), and urticaria (1.4 versus 0.5%) in the rofecoxib and naproxen groups, respectively.   No patient in either treatment group experienced anaphylaxis.   In both treatment groups, most of these events were of mild-to-moderate intensity, self-limiting, and resolved with the continuation of treatment; none was serious.   Three and 2 patients in the rofecoxib and naproxen groups, respectively, discontinued for a hypersensitivity adverse experience (rofecoxib:   AN 3572 for rash, AN 3073 for rash, and AN 1991 for urticaria; naproxen: AN 564 for urticaria and AN 3965 for rash).   In this study, in the rofecoxib group, there was a 2.3-fold higher incidence of hypersensitivity adverse experiences in the "sulfa-allergic" subgroup than in the "nonsulfa-allergic" subgroup (9.1 versus 3.9%, respectively).   Because patients with a history of allergy to sulfonamides or other sulfur-containing compounds have a 3 to 6 times increased incidence of hypersensitivity reactions in general, this difference was expected. This same type of increase would have been expected in the naproxen group.   There was, however, only a 1.08-fold increase in the naproxen group in the "sulfa-allergic" subgroup than in the "nonsulfa-allergic" subgroup (4.1 versus 3.8%, respectively) [1.1.20].

In the Phase III osteoarthritis clinical safety data reported in the Original Marketing Application, the incidence of hypersensitivity adverse experiences in the sulfa-allergy subgroup was 15.8, 9.9, and 16.8% in the placebo, rofecoxib, and NSAID comparator groups [1.2.13; 2.3; 2.4].   The incidence of hypersensitivity adverse experiences in the sulfa-allergy subgroup with rofecoxib in VIGOR was comparable to that seen with rofecoxib in the Phase III osteoarthritis studies (9.1 versus 9.9%); the incidence of allergic reactions in the naproxen group appeared to be lower than expected, as noted previously.

MRK-AFV0451698

MK-0966 Prot. No. 088/089
VIGOR

-226-

9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

Table 78

Incidence of Hypersensitivity Adverse Experiences in Patients With an
Allergy to Sulfonamides or Other Sulfur Containing Compounds

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Patients with a history of an allergy to sulfonamides or other sulfur-containing compounds** | 208 | (5.1) | 219 | (5.4) |
| With A Hypersensitivity[†] Adverse Experience | 19 | (9.1) | 9 | (4.1) |
| Who discontinued due to a hypersensitivity[†] adverse experience | 3 | (1.4) | 2 | (0.9) |
| **Patients without a history of an allergy to sulfonamides or other sulfur-containing compounds** | 3839 | (94.9) | 3810 | (94.6) |
| With a hypersensitivity[†] adverse experience | 151 | (3.9) | 144 | (3.8) |
| Who discontinued due to a hypersensitivity[†] adverse experience | 23 | (0.6) | 28 | (0.7) |
| [†]  Adverse experience terms included in the search were: anaphylaxis, erythema multiforme minor, immediate hypersensitivity, morbilliform rash, Stevens-Johnson syndrome, vesiculobullous rash, anaphylactic reaction, anaphylactic shock, anaphylactoid reaction, exanthema, hypersensitivity reaction, rash, urticaria, sulfonamide allergy, sulfa allergy, angioedema, and toxic epidermal necrolysis. | | | | |

Data Source: [4.3; 4.10]

**Allergic Reactions in the Entire VIGOR Cohort**

The incidence of rash was similar in the rofecoxib and naproxen groups (3.5 and 3.0%, respectively).  Most episodes in both treatment groups were transient, self-limited, and resolved while study therapy was continued. The incidence of patients with drug-related episodes of rash was similar between treatment groups (54 [1.3%] and 44 [1.1%] patients in the rofecoxib and naproxen groups, respectively).  Most importantly, few patients in the rofecoxib and naproxen groups discontinued because of rash with the incidence of discontinuations for rash was almost identical in the 2 treatment groups (17 [0.4%] and 19 [0.5%], respectively). The incidence of rash with rofecoxib in this study was also

MRK-AFV0451699

MK-0966 Prot. No. 088/089
VIGOR

-227-

## 9.8    Safety Analyses of Interest (Not Prespecified) (Cont.)

consistent with the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.9, 2.4, and 2.9%, respectively) [1.2.13; 2.3].

Four patients, all in the rofecoxib group, had serious adverse experiences (exanthema [AN 6563], anaphylactic shock [AN 7885], skin erythema [AN 7888], and anaphylactoid reaction [AN 8413]) that could potentially be considered allergic in nature; none had a history of a sulfa allergy. Of these, only the skin erythema was assessed by the investigator to be related to study therapy [4.20].

In addition to these patients, there were 3 episodes of angioedema, 2 reported with rofecoxib (AN 7246 and AN 10222), and 1 with naproxen (AN 8215). The episodes in the rofecoxib group were determined to be drug related by the investigator; 1 resulted in discontinuation from study therapy. The episode reported with naproxen was determined to be probably not drug related and did not necessitate discontinuation of study therapy. Brief narratives for these patients follow.

### Narratives for Patients with Serious Adverse Experiences Considered Allergic in Nature

Additional information on these narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.11; 4.12; 4.14; 4.20].

AN 6563 (rofecoxib), a 62-year-old woman with a history of rheumatoid arthritis, osteoarthritis, fatty liver, and cholecystic neoplasm, was randomized on 19-Apr-1999. Concomitant medication included gold sodium thiomalate injection (50 mg weekly, administered intramuscularly), initiated approximately 2.5 months prior to randomization. On postrandomization Day 88, the patient developed an exanthema, recorded as nonserious. Study therapy and gold sodium thiomalate was continued and the exanthema persisted. On Day 197, the exanthema worsened and on Day 234, the patient was hospitalized. Study therapy continued uninterrupted; therapy with gold sodium thiomalate was discontinued on Day 216. The exanthema was treated with prednisone, conjugated linoleic acid, and dimethindene maleate. The patient was discharged on Day 242 with the exanthema persisting (as a nonserious adverse experience). The exanthema was still present when the patient completed the study per protocol. The investigator determined that the exanthema was attributable to therapy with gold sodium thiomalate and definitely not related to therapy with rofecoxib.

MRK-AFV0451700

MK-0966 Prot. No. 088/089
VIGOR

-228-

### 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

AN 7885 (rofecoxib), a 50-year-old woman with a history of rheumatoid arthritis, insomnia, urinary tract infection, and hypertension, was randomized on 21-May-1999. Concomitant medication included gold sodium thiomalate injection (50 mg every 15 days, administered intramuscularly), sulfasalazine, methotrexate, alprazolam, conjugated estrogen, and captopril. On postrandomization Day 90, a few minutes after the administration of the gold injection, the patient experienced vomiting, diarrhea, and abdominal pain; the patient was hospitalized with a diagnosis of anaphylactic shock and study therapy was briefly interrupted. The patient was treated with intravenous fluids, hydrocortisone, and aluminum hydroxide/magnesium hydroxide. An endoscopy performed because of the abdominal pain revealed erosive gastritis but no ulcer or gastric bleeding. Subsequently, the patient recovered from the anaphylactic shock, resumed study therapy, and completed the study per protocol. The investigator determined that the anaphylaxis was attributable to therapy with gold sodium thiomalate and probably not related to therapy with rofecoxib.

AN 7888 (rofecoxib), a 51-year-old woman with a history of rheumatoid arthritis, insomnia, and gastritis was randomized on 13-May-1999. Concomitant medication included calcitonin, prednisone, ranitidine, and tetrazepam. On postrandomization Day 78, the patient had a slight skin allergy which was thought to be related to tetrazepam. The tetrazepam was discontinued on Day 85. The skin erythema worsened and the patient was instructed to stop all medications except for prednisone and study therapy. On Day 100, the skin erythema became severe and the patient was instructed to discontinue study therapy. The investigator determined that the skin erythema was probably related to therapy with rofecoxib.

AN 8413 (naproxen), a 64-year-old woman with a history of rheumatoid arthritis, osteopenia, epigastric discomfort, mouth ulcer, vitiligo and popliteal cyst, carpal tunnel syndrome, and gastric erosions was randomized on 02-Jun-1999. Concomitant therapy included hydroxychloroquine and aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide. Patient interrupted study therapy from postrandomization Day 136 through Day 144 because of increased RA pain and inflammation. On Day 145, 90 minutes after the patient resumed study therapy, the patient noticed upper lip swelling and was admitted to the hospital. The investigator characterized the lip swelling as an anaphylactoid reaction. The anaphylactoid reaction subsided shortly after hospital admission. No other symptoms were reported. Subsequently, the patient recovered and chose not to continue study therapy. The investigator determined the anaphylactoid reaction was probably not related to therapy with rofecoxib.

MRK-AFV0451701

MK-0966 Prot. No. 088/089
VIGOR

-229-

## 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

### Narratives for Patients With Angioedema

Additional information on the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.20].

AN 7246 (rofecoxib), a 71-year-old man with a history of rheumatoid arthritis, anemia, and left anterior hemiblock with no history of a sulfa allergy was randomized on 23-May-1999. Concomitant medications included methotrexate and acetaminophen. On postrandomization Day 24, the patient experienced moderate angioedema and moderate contact dermatitis. Cetirizine was administered for the contact dermatitis. Both the angioedema and contact dermatitis resolved on Day 67, while study therapy continued. The investigator determined that the angioedema and contact dermatitis were possibly related to rofecoxib. The patient completed the study.

AN 10222 (rofecoxib), a 46-year-old woman with a history of rheumatoid arthritis, and anemia with no history of a sulfa allergy, was randomized on 01-Jun-1999. Concomitant medications included methotrexate, prednisone, folic acid, ranitidine hydrochloride, and acetaminophen. On postrandomization Day 2, the patient experienced moderate angioedema that resolved on Day 9. Study therapy was interrupted on Day 10 and restarted on Day 13. On Day 14, the patient experienced a second incidence of moderate angioedema that lasted for 6 hours. On Day 14, study therapy was discontinued due to the angioedema. Both episodes of angioedema were assessed by the investigator to be definitely related to rofecoxib therapy.

AN 8215 (naproxen), a 43-year-old woman with a history of rheumatoid arthritis, chronic pharyngitis, migraines and xerophthalmia with no history of a sulfa allergy, was randomized on 02-Jun-1999. Concomitant medications included hydroxychloroquine, prednisone, and fish oil. On postrandomization Day 272, the patient experienced mild angioedema and mild urticaria. Chlorpheniramine was administered for the urticaria. Both the angioedema and urticaria resolved on Day 273, while study therapy was continued. The investigator determined that the angioedema and urticaria were probably not related to naproxen therapy. The patient completed the study.

In summary, the incidence of allergic reactions in sulfa-allergic rofecoxib patients is similar to that seen in the Phase III osteoarthritis studies. The incidence of allergic reactions with naproxen in sulfa-allergic patients was lower than expected based on placebo/NSAID data reported in Phase III. Furthermore, there was no increased incidence in allergic reactions in the naproxen group in the sulfa-

/MK-0966/CSR/RC2680.DOC   APPROVED                                    20-Jun-2000

MK-0966 Prot. No. 088/089
VIGOR

-230-

### 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

allergic compared with the nonsulfa-allergic patients. There were no life-threatening rofecoxib-related allergic reactions and the incidence of rash, and discontinuations due to rash, were similar in both treatment groups.

### 9.9   Laboratory Measurements

The primary analysis of laboratory data was based on between-treatment group comparisons of proportions of patients exceeding Predefined Limits of Change (Defined Limits of Change Assessment). Definitions were based on clinical considerations. A description of criteria for analysis as well as complete results can be found in [4.16]. For all variables, counts, proportions, and 95% CIs on the difference in proportions of patients exceeding the predefined limits were determined.

For laboratory parameters that relate to GI endpoints or known potential toxicity of NSAIDs namely, hemoglobin, hematocrit, AST, ALT, and serum creatinine the results are presented in this section. Predefined Limits of Change were assessed on other laboratory parameters mainly as a safety screen. The results of these analyses can be found elsewhere [4.16]. No additional safety concerns were noted from these latter analyses and most of the changes were secondary to normal laboratory variability or other medical conditions.

Summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) were tabulated (by treatment group) for all laboratory and vital signs actual change or percent change from baseline values. Summary statistics were also calculated on the average value during treatment for all laboratory parameters listed in Table 8, Section 5.5.4.2 plus total WBC, lymphocyte count, neutrophil count, uric acid, diastolic and systolic blood pressure, and body weight. No formal statistical testing was done. For hematocrit, hemoglobin, and blood pressure, plots of means at each time point are presented.

### 9.9.1   Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences

Predefined limits of change assessments performed for the laboratory parameters that relate to endpoints or the prespecified adverse experiences of edema, hypertension, renal and hepatic disorders that were discussed in Section 9.1 are presented below (Table 79). The assessments were based on between-treatment group differences of the proportions of patients exceeding the primary prespecified criteria.

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451703

MK-0966 Prot. No. 088/089
VIGOR

-231-

## 9.9   Laboratory Measurements (Cont.)

The limits of change analysis for predefined hematology-laboratory data was based on combined criteria for hemoglobin and hematocrit.  This identified patients who had coinciding decreases in hemoglobin >2 g/dL and hematocrit ≥5% (absolute change), OR coinciding decreases in hemoglobin >1 g/dL and hematocrit ≥10% (absolute change) (see Table 79).  The number of patients who met predefined limits of change for AST, ALT, or creatinine was low.   No significant between-group differences of proportions were observed for any laboratory tests.  A detailed discussion of renal related and hepatic clinical and laboratory adverse experiences is in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

/MK-0966/CSR/RC2680.DOC  APPROVED.                                    20-Jun-2000

MRK-AFV0451704

MK-0966 Prot. No. 088/089
VIGOR

**9.9   Laboratory Measurements (Cont.)**

Table 79

Analysis of Laboratory Predefined Limits of Change
Related to Prespecified Adverse Experiences
(Intention-to-Treat Approach)

| Laboratory Test and Predefined Change | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Difference in Proportions | |
|---|---|---|---|---|---|---|
| | n/N | (%) | n/N | (%) | Estimate | 95% CI |
| **Hemoglobin (gm/dL) and Hematocrit (%)** | | | | | | |
| Decrease in Hgb >2 g/dL and Hct ≥5% or Hgb >1 g/dL and Hct≥10%[22] | 212 /3961 | (5.4) | 226 /3973 | (5.7) | -0.3 | (-1.4, 0.7) |
| Decrease in Hgb >2 g/dL and Hct ≥10%[†] (Secondary) | 33 /3961 | (0.8) | 42 /3973 | (1.1) | -0.2 | (-0.7, 0.2) |
| **AST (U/L)** | | | | | | |
| In patients with normal baseline AST, consecutive values >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation, or in patients with abnormal baseline AST, consecutive values that are >2 times baseline value and >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation[‡] | 2 /3972 | (0.1) | 0 /3980 | (0.0) | 0.1 | (-0.0, 0.1) |

/MK-0966/CSR/RC2680.DOC   APPROVED--20-Jan-2000

MRK-AFV0451705

MK-0966 Prot. No. 088/089
VIGOR

-233-

9.9   Laboratory Measurements (Cont.)

Table 79 (Cont.)

Analysis of Laboratory Predefined Limits of Change
Related to Prespecified Adverse Experiences
(Intention-to-Treat Approach)

| Laboratory Test and Predefined Change | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Difference in Proportions | |
|---|---|---|---|---|---|---|
| | n/N | (%) | n/N | (%) | Estimate | 95% CI |
| **ALT (U/L)** | | | | | | |
| In patients with normal baseline ALT, consecutive values >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation, or in patients with abnormal baseline ALT, consecutive values that are >2 times baseline value and >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation[†] | 8 /3971 | (0.2) | 0 /3979 | (0.0) | 0.2 | (0.0, 0.4) |
| **Creatinine (mg/dL)** | | | | | | |
| Consecutive values with actual increase ≥0.5 and >ULN or 1 value with increase ≥0.5 and >ULN associated with study drug discontinuation[†] | 9 /3970 | (0.2) | 6 /3979 | (0.2) | 0.1 | (-0.1, 0.3) |
| [†] Drop in hemoglobin and hematocrit must occur on the same date. | | | | | | |
| [†] Primary analysis. | | | | | | |

Data Source:  [4.9; 4.16]

/MK-0966/CSR/RC2680.DOC  APPROVED--20-Jun-2000

252

MRK-AFV0451706

MK-0966 Prot. No. 088/089
VIGOR

-234-

### 9.9   Laboratory Measurements (Cont.)

### 9.9.2   Assessment of the Mean Change From Baseline

Figure 14 and Figure 15 present mean change in hemoglobin and hematocrit measurements over time.

Table 80 provides summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) for all laboratory measurements at baseline (randomization visit) and during the treatment period [4.9]. No formal statistical testing was performed for laboratory parameters due to the number of tests involved and the potential for inflated Type I error rates [3.2].

Figure 14

Hemoglobin (gm/dL)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.9]

254

MK-0966 Prot. No. 088/089
VIGOR

-235-

## 9.9    Laboratory Measurements (Cont.)

Figure 15

Hematocrit (%)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.9]

MRK-AFV0451708

MK-0966 Prot. No. 088/089
VIGOR

-236-

9.9  Laboratory Measurements (Cont.)

Table 80

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Hematocrit (%)[1] | Rofecoxib | 3967 | 39.9 | 39.1 | -0.8 | 2.3 | -0.7 | -12.5 to 9.4 |
| | Naproxen | 3975 | 40.0 | 39.3 | -0.8 | 2.3 | -0.7 | -15.2 to 8.8 |
| Hemoglobin (gm/dL)[1] | Rofecoxib | 3967 | 13.2 | 12.9 | -0.3 | 0.7 | -0.3 | -4.1 to 3.5 |
| | Naproxen | 3975 | 13.2 | 12.9 | -0.3 | 0.7 | -0.3 | -4.9 to 3.1 |
| White blood cell count (10³/microL) | Rofecoxib | 3966 | 7.2 | 7.1 | -1.5 | 21.2 | -1.5 | -65.8 to 243.2 |
| | Naproxen | 3973 | 7.2 | 7.2 | -0.4 | 21.8 | -0.5 | -65.0 to 307.7 |
| Lymphocyte count (10³/microL) | Rofecoxib | 3965 | 1.6 | 1.6 | -5.1 | 33.5 | -5.5 | -96.6 to 2390.0 |
| | Naproxen | 3974 | 1.6 | 1.6 | -1.5 | 36.9 | -2.3 | -85.1 to 5072.7 |
| Neutrophil count (10³/microL) | Rofecoxib | 3965 | 4.8 | 4.8 | 0.1 | 32.9 | 0.6 | -96.5 to 1530.3 |
| | Naproxen | 3974 | 4.7 | 4.8 | 0.8 | 35.6 | 0.2 | -79.9 to 2650.1 |
| Platelet count (10³/mm[3]) | Rofecoxib | 3967 | 267.5 | 266.8 | -0.3 | 16.7 | -0.4 | -63.0 to 238.8 |
| | Naproxen | 3973 | 264.3 | 275.0 | 4.1 | 16.2 | 4.0 | -51.0 to 173.7 |

/MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

255

MRK-AFV0451709

MK-0966 Prot. No. 068/089
VIGOR

9.9   Laboratory Measurements (Cont.)

Table 80 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Total serum bilirubin (mg/dL) | Rofecoxib | 3975 | 0.51 | 0.48 | -6.80 | 33.02 | -8.33 | -72.22 to 978.57 |
| | Naproxen | 3979 | 0.52 | 0.49 | -6.82 | 31.67 | -8.33 | -79.55 to 978.57 |
| Serum alkaline phosphatase (IU/L) | Rofecoxib | 3976 | 81.1 | 82.7 | 2.0 | 17.0 | 1.1 | -62.3 to 424.6 |
| | Naproxen | 3979 | 81.8 | 81.5 | -0.3 | 15.9 | -0.5 | -69.1 to 236.9 |
| Serum aspartate aminotransferase (IU/L) | Rofecoxib | 3978 | 16.9 | 17.7 | 4.3 | 36.0 | 3.1 | -83.1 to 1724.4 |
| | Naproxen | 3981 | 17.1 | 17.8 | 3.9 | 31.9 | 3.3 | -79.4 to 1227.5 |
| Serum alanine aminotransferase (IU/L) | Rofecoxib | 3977 | 16.1 | 16.2 | 0.8 | 52.8 | 0.0 | -94.4 to 1533.3 |
| | Naproxen | 3980 | 16.5 | 15.9 | -3.4 | 44.7 | -3.6 | -90.6 to 1108.3 |
| Serum creatinine (mg/dL) | Rofecoxib | 3976 | 0.73 | 0.76 | 0.04 | 0.14 | 0.03 | -1.80 to 1.40 |
| | Naproxen | 3980 | 0.72 | 0.74 | 0.01 | 0.14 | 0.00 | -0.75 to 1.80 |
| Serum uric acid (mg/dL) | Rofecoxib | 3978 | 4.2 | 4.7 | 11.8 | 25.4 | 10.2 | -97.8 to 966.7 |
| | Naproxen | 3981 | 4.2 | 4.4 | 4.0 | 21.8 | 2.4 | -95.2 to 275.0 |

/MK-0966/CSR/RC2680.DOC APPROVED--20-Jun-2000

MRK-AFV0451710

MK-0966 Prot. No. 088/089
VIGOR

**9.9   Laboratory Measurements (Cont.)**

Table 80 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Serum potassium (mEq/L.) | Rofecoxib | 3979 | 4.3 | 4.4 | 0.9 | 8.0 | 1.1 | -71.4 to   36.6 |
| | Naproxen | 3978 | 4.3 | 4.3 | 0.2 | 7.7 | 0.0 | -36.0 to   38.6 |
| Serum sodium (mEq/L.) | Rofecoxib | 3979 | 141.4 | 141.1 | -0.2 | 2.1 | -0.2 | -55.3 to   9.5 |
| | Naproxen | 3980 | 141.4 | 141.1 | -0.2 | 1.7 | -0.3 | -6.9 to   7.6 |
| Serum calcium (mg/dL.) | Rofecoxib | 3972 | 9.5 | 9.4 | -0.5 | 4.0 | -0.5 | -62.2 to   20.0 |
| | Naproxen | 3979 | 9.5 | 9.5 | -0.3 | 3.6 | 0.0 | -14.7 to   16.9 |

† Mean, SD, median, and range reported for change from baseline.
Data Source: [4.9]

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

MRK-AFV0451711

MK-0966 Prot. No. 088/089
VIGOR

-239-

## 9.9    Laboratory Measurements (Cont.)

### 9.9.3    Vital Signs

#### Assessment of the Mean Change From Baseline in Vital Signs

Plots of mean changes at each time point for systolic and diastolic blood pressure
are in Figure 16 and Figure 17, respectively.

Table 81 provides summary statistics (n, mean, SD, minimum, maximum,
median) for all vital sign measurements at baseline (Visit 2.0) and during the
treatment period [4.14]. Because of the number of tests involved and the potential
for inflated Type I error rates, no formal statistical testing was performed.

#### Systolic and Diastolic Blood Pressure

Overall, the data indicate that rofecoxib 50 mg is associated with small increases
in systolic, and to a lesser extent, diastolic blood pressure.  The baseline in this
study was Visit 2; therefore, baseline was measured after the NSAID washout.
These changes were similar to those observed for the 50-mg dose of rofecoxib in
the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3].

#### Body Weight

No clinically important changes in body weight were observed in either treatment
group.

MRK-AFV0451712

MK-0966 Prot. No. 088/089
VIGOR

-240-

## 9.9 Laboratory Measurements (Cont.)

Figure 16

Systolic Blood Pressure (mm Hg)
Mean Change Over Time
All-Patients-Randomized



X Rofecoxib          O Naproxen

Data Source: [4.8; 4.14]

MK-0966 Prot. No. 088/089
VIGOR

-241-

### 9.9   Laboratory Measurements (Cont.)

Figure 17

Diastolic Blood Pressure (mm Hg)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.14]

MRK-AFV0451714

MK-0966 Prot. No. 088/089
VIGOR

-242-

9.9   Laboratory Measurements (Cont.)

Table 81

Summary of Changes From Baseline in Vital Signs

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Mean | SD | Median | Range |
| Diastolic blood pressure (mm Hg) | Rofecoxib | 3997 | 78.2 | 79.9 | 1.7 | 7.5 | 1.3 | -26.0 to 40.0 |
| | Naproxen | 4002 | 78.1 | 78.2 | 0.1 | 7.5 | 0.0 | -33.0 to 63.5 |
| Systolic blood pressure (mm Hg) | Rofecoxib | 3997 | 128.7 | 133.2 | 4.6 | 12.7 | 4.0 | -49.0 to 60.4 |
| | Naproxen | 4002 | 128.8 | 129.8 | 1.0 | 12.3 | 0.0 | -82.0 to 65.0 |
| Weight (Kg) | Rofecoxib | 3992 | 72.1 | 72.7 | 0.6 | 2.4 | 0.5 | -46.3 to 14.3 |
| | Naproxen | 3993 | 71.9 | 72.5 | 0.5 | 2.4 | 0.5 | -15.4 to 19.2 |

Data Source: [4.14]

/MK-0966/CSR/RC2680.DOC   APPROVED--20-Jan-2000

261

MRK-AFV0451715