# Exhibit 8
# Part 9

MK-0966 Prot. No. 088/089
VIGOR

-243-

## 10. DISCUSSION

This trial in over 8000 patients with rheumatoid arthritis supports the programmatic hypothesis that specifically inhibiting COX-2 with rofecoxib will not produce the same gastrointestinal toxicity seen when both COX-1 and COX-2 are inhibited by non-selective NSAIDs. The results demonstrated that the risk of developing a clinically significant upper GI adverse event (gastroduodenal perforation, symptomatic ulcer, gastric outlet obstruction or upper GI bleed [PUBs]) or a more severe complicated PUB was significantly lower with the COX-2 selective inhibitor rofecoxib than with nonselective cyclooxygenase inhibitor (NSAID) comparator, naproxen. In addition, this study confirmed reports from the literature which suggest that both upper and lower gastrointestinal bleeds are increased in patients who take nonselective NSAIDs.

Rofecoxib, 50 mg once daily displayed similar efficacy to naproxen 500 mg twice daily in the treatment of rheumatoid arthritis as assessed by all measurements: discontinuations due to lack of efficacy; patient and global assessment of disease status; and modified Health Assessment Questionnaire.

Rofecoxib was generally well tolerated. The overall safety profile of rofecoxib displayed in this study was similar to that demonstrated in the Phase III OA studies. Of note there was a decreased incidence of serious platelet associated thrombotic cardiovascular events (particularly myocardial infarctions) demonstrated in the naproxen compared to the rofecoxib treatment group. The aggregate of rofecoxib data from clinical trials to date suggest that the reduced incidence of these events in patients treated with naproxen is likely the result of the cardioprotective effects of naproxen, a potent inhibitor of platelet aggregation. An extensive review of rofecoxib clinical trials databases and postmarketing surveillance does not suggest that rofecoxib causes an increased rate of serious thrombotic cardiovascular events compared with placebo [2.1.6].

### GI Endpoints

Rofecoxib demonstrated an improved gastrointestinal safety profile compared to naproxen in all GI safety endpoints at twice the maximum dose approved for chronic use and 2 times the anticipated dose for rheumatoid arthritis. The risk reduction ranged from 54 to 62%. The risk of developing a confirmed upper-GI PUB was significantly lower in the group treated with rofecoxib than in the group treated with naproxen (relative risk 0.46; 95% CI: 0.33, 0.64; p≤0.001), satisfying the primary hypothesis of this study. The incidence of PUBs in patients taking naproxen was 4.49 per 100 patient-years, which is consistent with the previous reports of the incidence of PUBs in patients taking NSAIDs [1.1.11]. The risk of developing a

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451716

MK-0966 Prot. No. 088/089
VIGOR

-244-

## 10. DISCUSSION (CONT.)

more severe complicated PUB was also significantly lower in the group treated with rofecoxib than in the group treated with naproxen (relative risk 0.43; 95% CI: 0.24, 0.78: p=0.005).

The benefit with rofecoxib, as compared to naproxen, was apparent as early as 4 weeks, and was increased over the entire treatment period. This study only required a minimum of a 3-day washout period for prior NSAIDs. Therefore, it is likely that some of the events detected in the first 4 weeks of the study were GI events which could have been attributed to prior NSAID use. This especially applies to events in the first few days after the initiation of study therapy.

Previous literature documents that gastric ulcers are more common in association with NSAIDs than duodenal ulcers [1.1.22; 1.1.23]. In this study, reductions in gastric ulcers and GI bleeding in the rofecoxib versus naproxen group were most pronounced. Reductions in duodenal ulcers in the rofecoxib compared to the naproxen group were also demonstrated although to a lesser degree than gastric ulcers. This is likely due to the differential role of *H. pylori* in the development of duodenal ulcers as described subsequently.

The risk of developing a confirmed or unconfirmed PUB was also significantly lower in the group treated with rofecoxib than in the group treated with naproxen. All investigator-reported PUBs (i.e., confirmed plus unconfirmed) provides information that is pertinent to clinical practice, where rigorous, prespecified diagnostic criteria are not always applied. The incidence of both confirmed plus unconfirmed PUBs and confirmed plus unconfirmed complicated PUBs was significantly lower in the group treated with rofecoxib compared to those on naproxen. The overall relative risk for rofecoxib versus naproxen was 0.44 (95% confidence interval: 0.32, 0.60; p<000.1) and 0.40 (95% confidence interval (0.23 to 0.71; p=0.002) for PUBs and complicated PUBs, respectively.

The risk of developing a GI bleed anywhere in the digestive tract was significantly lower in the group treated with rofecoxib than in the group treated with naproxen relative risk 0.38; 95% CI: 0.25, 0.57; p<0.001. Although NSAID use has most commonly been associated with upper GI complications, some reports suggest that lower GI tract complications are also increased [1.1.13; 1.1.21]. The risk of bleeding from sites in the upper GI tract was reduced by 64% and from sites beyond the duodenum the risk was reduced by 55% with rofecoxib compared to naproxen. The results of the any GI bleed analysis confirm the clinical relevance of the special studies (intestinal permeability [1.2.9; 1.2.27], red blood cell loss studies [1.2.10]), which indicated that rofecoxib does not damage the GI mucosa, whereas NSAIDs consistently produce significant mucosal damage.

/MK-0966/CSR/RC2680.DOC APPROVED

20-Jun-2000

MRK-AFV0451717

MK-0966 Prot. No. 088/089
VIGOR

-245-

## 10.  DISCUSSION (CONT.)

The robust nature of the risk reduction estimates for GI events is strongly supported by other secondary analyses.  The per-protocol analysis which eliminated patients with substantive protocol violations demonstrated relative risk reductions of 58 and 61% respectively for confirmed PUBs and confirmed complicated PUBs. A predefined analysis excluding patients with confounding etiologies for the development of an upper GI event (such as the use of nonprotocol NSAIDs) demonstrated risk reductions of 58 and 64% for confirmed PUBs and confirmed complicated PUBs, respectively.  Analyses which included events occurring up to 45 days after the last dose of study therapy and up to the actual termination of the study (for patients who prematurely discontinued) demonstrated risk reductions of 53 to 62% for rofecoxib compared to naproxen.

The combined population included high-risk patients with a history of PUB, age 65 or older, and use of systemic corticosteroids at baseline.  Subgroup analyses were performed to assess the effect of age, gender, history of PUB, site location, use of systemic steroids at baseline, H. pylori serology status and past history of cardiovascular disease.  Age 65 or older, prior history of PUB, and use of systemic steroids at baseline, were positive risk factors, as has been reported previously [1.1.11; 1.1.14; 1.1.15].  Even in these high-risk patient populations the advantage of rofecoxib over naproxen was maintained.

Treatment with rofecoxib significantly reduced the incidence of PUBs regardless of H. pylori infection.  However, a significant treatment-by-subgroup interaction was demonstrated with H pylori (p=0.043); the relative risk for PUBs for rofecoxib versus naproxen was 0.32 in H pylori negative patients and 0.62 in H. pylori positive patients. This interaction is not unexpected since Helicobacter pylori infection is an independent risk factor for the development of ulcers, especially duodenal ulcers [1.1.32].  It would be expected that patients who had serologic evidence of an H. pylori infection would be at risk for the development of a PUB regardless of study therapy, while H. pylori negative patients would not have this background incidence. Interestingly, the reduction in gastric ulcers between the 2 treatment groups was similar regardless of H. pylori serology status.  The difference in duodenal ulcers in the 2 treatment groups was only apparent in patients who were H. pylori negative, likely reflecting the causal role of H. pylori in the development of duodenal ulcers.

The results of this study support and extend the results of the combined PUB analysis in patients with osteoarthritis.  The combined analysis showed a decreased incidence of PUBs in OA patients treated with rofecoxib compared to the combined NSAID comparator group [1.2.4; 2.1.9].  Remarkably the reduction in PUBs in the rofecoxib group compared to the combined NSAID comparator group demonstrated in the combined analysis was 55% [1.2.4; 2.1.9] compared to 54% in this study. The

MK-0966 Prot. No. 088/089
VIGOR

-246-

## 10. DISCUSSION (CONT.)

consistency of these results is especially notable given the very different patient populations (OA versus RA) and the extensive use of corticosteroids in this study versus the lack of corticosteroid use in the patients in the combined OA analysis.

The reduction in PUBs demonstrated in this study and the combined analysis in osteoarthritis is also consistent with previous endoscopic studies [1.2.7; 1.2.8; 1.2.19; 2.1.3] which showed that rofecoxib 25 mg daily and 50 mg daily was associated with significantly fewer gastroduodenal ulcers and erosions than NSAIDs. In the endoscopy studies the relative risk reduction in ulcers with rofecoxib 50 mg daily as compared to a non-selective NSAID (ibuprofen 800 mg t.i.d.) at 6 months was 71% [1.2.8; 1.2.19]. The relative risk reduction at 6 months in this study was similar: 58 and 67% respectively for confirmed PUBs and confirmed complicated PUBs. Endoscopy studies can therefore be considered a reliable surrogate for the assessment of clinical GI outcomes for COX-2 selective inhibitors with a similar or greater degree of selectivity compared with rofecoxib.

### Efficacy

Rofecoxib and naproxen demonstrated similar efficacy in the treatment of rheumatoid arthritis. Discontinuations due to lack of efficacy were low and similar between treatment groups (6.3 and 6.5% in the rofecoxib and naproxen groups, respectively). Despite the lack of a prolonged NSAID washout period or formal flare criteria for study entry, both rofecoxib and naproxen showed similar improvements from baseline in the patient and investigator assessment of disease status and the modified health assessment questionnaire. Thus the improved GI safety of rofecoxib was demonstrated at equally efficacious doses. The dose of rofecoxib (50 mg once daily) studied in this trial is 2 times the currently approved dose for chronic administration. Fifty milligrams is 2 to 4 times the dose used for the treatment of osteoarthritis and is likely to be 2 times the dose for the treatment of rheumatoid arthritis. Data to date suggest that 25 and 50 mg of rofecoxib have similar efficacy in the treatment of rheumatoid arthritis [1.2.1], and both had similar efficacy to naproxen 1000 mg per day [2.2.1; 2.2.2]. Thus the gastrointestinal safety of rofecoxib was studied at a dose which is likely to be above the therapeutic dose range for chronic administration.

### General Safety

Rofecoxib was generally well tolerated. The overall safety profile of rofecoxib demonstrated in this study was similar to that demonstrated in the Phase III OA studies. Of note was the decreased incidence of serious platelet associated thrombotic cardiovascular events (particularly myocardial infarctions) demonstrated in the naproxen compared to the rofecoxib treatment group. A thorough

/MK-0966/CSR/RC2680.DOC  APPROVED

20-Jan-2000

MRK-AFV0451719

MK-0966 Prot. No. 088/089
VIGOR

-247-

## 10. DISCUSSION (CONT.)

examination of these adverse experiences is provided in [2.1.6]. The aggregate of data suggests that the observed difference between the treatment groups was not due to an adverse effect of rofecoxib but due to the cardioprotective effect of naproxen through its inhibition of platelet function by inhibiting COX-1. The increased incidence of epistaxis and ecchymoses in the naproxen compared with the rofecoxib treatment group provides further evidence of naproxen's ability to inhibit platelet function.

The incidence of clinical and laboratory adverse experiences was similar between treatment groups. The incidence of serious adverse experiences was significantly greater in the rofecoxib treatment group compared to naproxen. Specifically the incidence of serious cardiovascular adverse experiences was lower in the naproxen compared to the rofecoxib treatment group largely as a result of differences in platelet related thrombotic events however, the incidence of serious digestive system adverse experiences was higher in the naproxen treatment group compared to rofecoxib. There was no significant difference in drug-related adverse experiences or discontinuations to clinical or laboratory adverse experiences. The remaining safety discussion will focus on 2 specific areas: renal/vascular effects and gastrointestinal adverse experiences.

### Adverse Experience and Laboratory Manifestations of Renal/Vascular Effects

Both COX-1 and COX-2 are constitutively expressed in the human kidney. Fluid retention, edema formation, increased blood pressure, and decreased glomerular filtration rate are well-characterized, mechanism-based consequences of therapy with nonselective COX-1/COX-2 inhibitors (NSAIDs) [1.1.24 to 1.1.26].

Prior clinical pharmacology studies as well as the Phase III OA database demonstrated that the renal effects of rofecoxib were similar to nonselective COX-1/COX-2 inhibitors. Within the clinical dose range for chronic use, the incidence of edema, hypertension, and elevations in serum creatinine were similar to standard doses of NSAIDs. Fifty mg rofecoxib, which is above the therapeutic dose range for osteoarthritis, displayed higher rates of edema and hypertension than 12.5 and 25 mg.

The crude rate of edema and hypertension adverse experiences on rofecoxib 50 mg daily in this study were similar or lower to that seen with the 50-mg dose in the Phase III OA 6-month studies. This is particularly meaningful since the mean duration of exposure in the Phase III OA 6-month studies (4.7 months) was shorter than VIGOR (8.0 months). In general these adverse experiences were mild to moderate and led to discontinuation in less than 1% of patients. Adverse experiences of congestive heart failure occurred rarely (0.5 versus 0.2% on rofecoxib versus naproxen, respectively) and the difference was not statistically significant.

MRK-AFV0451720

MK-0966 Prot. No. 088/089
VIGOR

-248-

## 10. DISCUSSION (CONT.)

Most edema-related adverse experiences appeared to be of minor importance. Analyses of discontinuations due to edema-related adverse experiences was prespecified as the way to assess the meaningful clinical impact of these adverse experiences. Discontinuations due to edema occurred rarely (0.6 and 0.3% of patients on rofecoxib and naproxen, respectively). This numerical increase did not reach statistical significance. In addition, less than 1/3 of patients with edema-related adverse experiences required a change in medication and approximately 1/3 resolved while on treatment without a change in medication. Although the incidence of edema-related adverse experiences was higher on rofecoxib compared to naproxen, qualitatively the adverse experiences appeared similar.

Analyses of discontinuations due to hypertension-related adverse experiences was prespecified as the way to most meaningfully assess the clinical impact of these adverse experiences. Discontinuations due to hypertension-related adverse experiences occurred rarely (0.7% and 0.1% of patients on rofecoxib and naproxen, respectively) but were significantly more common in the rofecoxib treatment group. Serious hypertensive adverse experiences were rare (10 and 1 on rofecoxib and naproxen, respectively). No patient experienced malignant hypertension or hypertension related end organ damage while receiving rofecoxib.

As has been previously noted edema and hypertension adverse experiences were noted to be dose related in the Phase III OA studies. The rofecoxib dose used in this study (50 mg once daily) is 2 to 4 times the dose for the treatment of osteoarthritis and is anticipated to be 2 times the dose for the treatment of rheumatoid arthritis. When comparisons are made between rofecoxib and naproxen for such dose-related adverse experiences it is important to note that the dose of naproxen used in this study is the most commonly used dose for the treatment for rheumatoid arthritis and not the maximum dose. Therefore, rates of adverse experiences that are related to inhibition of Cox-2 in the kidney are expected to be higher with 50 mg rofecoxib versus 1000 mg naproxen.

Adverse experiences related to measures of renal GFR were extremely rare and similar between treatment groups. Only 8 and 7 patients, respectively, discontinued due to a renal-related adverse experience. There were 1 and 4 patients on rofecoxib and naproxen, respectively, who had serious renal-related adverse experiences and only 2 of these (both on naproxen) were considered drug related. No patient experienced irreversible renal damage or injury.

/MK-0966/CSR/RC2680.DOC  APPROVED                                   20-Jun-2000

MRK-AFV0451721

MK-0966 Prot. No. 088/089
VIGOR

-249-

## 10. DISCUSSION (CONT.)

### Discontinuations for GI AEs

Symptoms referable to the GI tract are common among patients taking NSAIDs, as well as in the general population. In the published literature, GI symptoms associated with NSAIDs use have generally not correlated well with mucosal injury [1.1.18; 1.1.19]. However, in patients using NSAIDs, symptoms may lead to clinical evaluations, use of concomitant gastroprotective agents, decreased compliance, or discontinuation of therapy. Symptoms severe enough to cause discontinuation are clearly clinically important, and therefore represent a "hard" endpoint. The magnitude of the problem is highlighted by the fact that the 5 most common adverse experiences (aside from gastric ulcer) leading to discontinuation from this study were symptoms referable to the GI tract. The evaluation of GI symptoms was not an objective of this study. However, a predefined analysis of discontinuations for any adverse experience mapping to the digestive tract including abdominal pain demonstrated a statistically significant reduction (29%) in the rofecoxib versus the naproxen treatment group. In a post-hoc analysis when patients who had a confirmed or unconfirmed PUB were removed from the analysis, the numerical difference between the treatment groups persisted implying that discontinuations due to GI symptoms were also reduced in the rofecoxib group. This result confirms the result of a similar analysis done in the Phase III OA combined analyses [2.1.9]. Specific GI symptoms leading to discontinuation more frequently on naproxen included: abdominal pain, abdominal distention, epigastric discomfort, and constipation. There were no specific GI symptoms which lead to more discontinuations in the rofecoxib treatment group. As noted above the 5 most common reasons (aside from gastric ulcer) for discontinuation from the study were symptoms referable to the GI tract (dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn). The total number of patients who discontinued due to any of these 5 upper GI symptoms was 142 (3.5%) in the rofecoxib and 196 (4.9%) in the naproxen group (95% CI of difference, -2.3, -0.5%).

## 11. OVERALL EFFICACY AND SAFETY CONCLUSIONS

1. Rofecoxib, a highly selective inhibitor of COX-2, significantly reduced the risk of developing a PUB (gastroduodenal perforations, symptomatic ulcers, gastric outlet obstructions or upper GI bleeding) and a complicated PUB compared to naproxen. Secondary endpoint and subgroup analyses provided confirmation of these results.

2. Rofecoxib, a highly selective inhibitor of COX-2, significantly reduced the risk of developing a GI bleed anywhere in the GI tract compared to naproxen.

/MK-0966/CSR/RC2680.DOC APPROVED                                        20-Jun-2000

MRK-AFV0451722

269

MK-0966 Prot. No. 088/089
VIGOR

-250-

## 11. OVERALL EFFICACY AND SAFETY CONCLUSIONS (CONT.)

3. Rofecoxib, administered at a chronic dose of 50 mg daily, is overall safe and well tolerated by rheumatoid arthritis patients. The safety profile appears similar to that demonstrated in the Phase III OA trials.

4. Rofecoxib, administered at a chronic dose of 50 mg daily, provided similar efficacy for the treatment of rheumatoid arthritis compared with naproxen 1000 mg.

5. Therapy with naproxen was associated in the VIGOR study with a reduction in the incidence of thrombotic cardiovascular serious adverse experiences relative to therapy with rofecoxib likely due to the potent antiplatelet properties of naproxen and the absence of antiplatelet properties of rofecoxib.

MRK-AFV0451723

270

MK-0966 Prot. No. 088/089
VIGOR

-251-

## 12. KEY SUPPORTIVE INFORMATION

### 12.1 Demographics by Study Region

Table 12.1-1

Summary of Patient Characteristics at Baseline (Continuous Variables)
Study Region—U.S.

| Treatment Group | N | Mean (SD) | | Median | Range | | |
|---|---|---|---|---|---|---|---|
| **Age (Years)** | | | | | | | |
| Rofecoxib | 1748 | 59.8 | (9.6) | 59.0 | 34.0 | to | 88.0 |
| Naproxen | 1750 | 60.1 | (9.7) | 59.5 | 37.0 | to | 89.0 |
| Total | 3498 | 60.0 | (9.7) | 59.0 | 34.0 | to | 89.0 |
| **Weight (kg)** | | | | | | | |
| Rofecoxib | 1747 | 78.9 | (19.5) | 76.7 | 32.9 | to | 193.2 |
| Naproxen | 1749 | 78.3 | (18.4) | 76.0 | 36.7 | to | 150.6 |
| Total | 3496 | 78.6 | (19.0) | 76.2 | 32.9 | to | 193.2 |
| **Height (cm)** | | | | | | | |
| Rofecoxib | 1731 | 165.6 | (9.6) | 165.1 | 129.5 | to | 203.2 |
| Naproxen | 1733 | 165.8 | (9.3) | 165.1 | 127.0 | to | 195.6 |
| Total | 3464 | 165.7 | (9.5) | 165.1 | 127.0 | to | 203.2 |
| **Duration of Rheumatoid Arthritis (Years)** | | | | | | | |
| Rofecoxib | 1747 | 11.0 | (9.9) | 8.0 | 0.0 | to | 60.0 |
| Naproxen | 1748 | 11.3 | (10.1) | 8.0 | 0.0 | to | 61.0 |
| Total | 3495 | 11.1 | (10.0) | 8.0 | 0.0 | to | 61.0 |

Data Source: [4.6; 4.10]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451724

271

MK-0966 Prot. No. 088/089
VIGOR

-252-

12.1 **Demographics by Study Region** (Cont.)

Table 12.1-2

Summary of Patient Characteristics at Baseline (Categorical Variables)
Study Region—U.S.

| Baseline Demographics | Rofecoxib (N=1748) | | Naproxen (N=1750) | | Total (N=3498) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Gender** | | | | | | |
| Female | 1306 | (74.7) | 1294 | (73.9) | 2600 | (74.3) |
| Male | 442 | (25.3) | 456 | (26.1) | 898 | (25.7) |
| **Ethnic Group** | | | | | | |
| White | 1513 | (86.6) | 1505 | (86.0) | 3018 | (86.3) |
| Black | 148 | (8.5) | 147 | (8.4) | 295 | (8.4) |
| Asian | 25 | (1.4) | 13 | (0.7) | 38 | (1.1) |
| Hispanic | 50 | (2.9) | 71 | (4.1) | 121 | (3.5) |
| Multi-racial | 4 | (0.2) | 7 | (0.4) | 11 | (0.3) |
| Other | 8 | (0.5) | 7 | (0.4) | 15 | (0.4) |
| **Age Group** | | | | | | |
| <40 | 7 | (0.4) | 8 | (0.5) | 15 | (0.4) |
| 40 to 54 | 542 | (31.0) | 524 | (29.9) | 1066 | (30.5) |
| 55 to 64 | 650 | (37.2) | 641 | (36.6) | 1291 | (36.9) |
| 65 to 74 | 417 | (23.9) | 440 | (25.1) | 857 | (24.5) |
| 75+ | 132 | (7.6) | 137 | (7.8) | 269 | (7.7) |
| **Prior History of PUBs** | | | | | | |
| Yes | 145 | (8.3) | 152 | (8.7) | 297 | (8.5) |
| No | 1603 | (91.7) | 1598 | (91.3) | 3201 | (91.5) |
| **ARA Status** | | | | | | |
| I | 411 | (23.5) | 376 | (21.5) | 787 | (22.5) |
| II | 912 | (52.2) | 955 | (54.6) | 1867 | (53.4) |
| III | 389 | (22.3) | 387 | (22.1) | 776 | (22.2) |
| IV | 36 | (2.1) | 32 | (1.8) | 68 | (1.9) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451725

MK-0966 Prot. No. 088/089
VIGOR

-253-

## 12.1 Demographics by Study Region (Cont.)

Table 12.1-2 (Cont.)

Summary of Patient Characteristics at Baseline (Categorical Variables)
Study Region—U.S.

| Baseline Demographics | Rofecoxib (N=1748) | | Naproxen (N=1750) | | Total (N=3498) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Treatment for Rheumatoid Arthritis at Study Entry** | | | | | | |
| Corticosteroids | 821 | (47.0) | 830 | (47.4) | 1651 | (47.2) |
| Methotrexate | 905 | (51.8) | 914 | (52.2) | 1819 | (52.0) |
| Other DMARDs[†] | 776 | (44.4) | 770 | (44.0) | 1546 | (44.2) |
| **History of Cardiac Disease** | | | | | | |
| Yes | 861 | (49.3) | 820 | (46.9) | 1681 | (48.1) |
| No | 887 | (50.7) | 930 | (53.1) | 1817 | (51.9) |
| **Smoking Status** | | | | | | |
| Unknown | 1 | (0.1) | 0 | (0.0) | 1 | (0.0) |
| Never Smoked | 724 | (41.4) | 735 | (42.0) | 1459 | (41.7) |
| Ex-Smoker | 670 | (38.3) | 655 | (37.4) | 1325 | (37.9) |
| Current Smoker | 353 | (20.2) | 360 | (20.6) | 713 | (20.4) |
| **No. Cigarettes/24 Hours** | | | | | | |
| <11/day | 122 | (34.6) | 141 | (39.2) | 263 | (36.9) |
| 11 to 20/day | 151 | (42.8) | 137 | (38.1) | 288 | (40.4) |
| >20/day | 80 | (22.7) | 82 | (22.8) | 162 | (22.7) |
| **Number of Alcoholic Drinks per Week** | | | | | | |
| Unknown | 0 | (0.0) | 1 | (0.1) | 1 | (0.0) |
| None | 1237 | (70.8) | 1201 | (68.6) | 2438 | (69.7) |
| 1 to 4 | 410 | (23.5) | 435 | (24.9) | 845 | (24.2) |
| 5 to 7 | 57 | (3.3) | 52 | (3.0) | 109 | (3.1) |
| 8 to 10 | 26 | (1.5) | 38 | (2.2) | 64 | (1.8) |
| >10 | 18 | (1.0) | 23 | (1.3) | 41 | (1.2) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451726

273

MK-0966 Prot. No. 088/089
VIGOR

-254-

12.1 Demographics by Study Region (Cont.)

Table 12.1-2 (Cont.)

Summary of Patient Characteristics at Baseline (Categorical Variables)
Study Region—U.S.

| Baseline Demographics | Rofecoxib (N=1748) | | Naproxen (N=1750) | | Total (N=3498) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **_Helicobacter Pylori_ (Cutpoint of 100 for Negative Values)[‡]** | | | | | | |
| Unknown/Missing | 20 | (1.1) | 24 | (1.4) | 44 | (1.3) |
| Negative | 1222 | (69.9) | 1242 | (71.0) | 2464 | (70.4) |
| Positive | 506 | (28.9) | 484 | (27.7) | 990 | (28.3) |

[†] DMARDs=Disease Modifying Anti-Rheumatoid Drugs (excluding corticosteroids and methotrexate).
[‡] Serology was measured by the HM-CAP method. Values ≤100 were considered negative.

Data Source: [4.4; 4.5; 4.6; 4.9; 4.10; 4.13; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED                                20-Jan-2000

MRK-AFV0451727

274

MK-0966 Prot. No. 088/089
VIGOR

-255-

## 12.1 Demographics by Study Region (Cont.)

Table 12.1-3

Summary of Patient Characteristics at Baseline (Continuous Variables)
Study Region—Multinational

| Treatment Group | N | Mean (SD) | | Median | Range | | |
|---|---|---|---|---|---|---|---|
| **Age (years)** | | | | | | | |
| Rofecoxib | 2299 | 56.7 | (9.2) | 56.0 | 39.0 | to | 86.0 |
| Naproxen | 2279 | 56.8 | (9.2) | 56.0 | 39.0 | to | 87.0 |
| Total | 4578 | 56.8 | (9.2) | 56.0 | 39.0 | to | 87.0 |
| **Weight (kg)** | | | | | | | |
| Rofecoxib | 2298 | 67.1 | (14.1) | 65.5 | 31.0 | to | 140.0 |
| Naproxen | 2278 | 67.0 | (13.9) | 65.5 | 35.0 | to | 143.0 |
| Total | 4576 | 67.1 | (14.0) | 65.5 | 31.0 | to | 143.0 |
| **Height (cm)** | | | | | | | |
| Rofecoxib | 2295 | 159.0 | (9.8) | 158.0 | 115.0 | to | 197.0 |
| Naproxen | 2277 | 158.7 | (9.5) | 158.0 | 126.0 | to | 194.0 |
| Total | 4572 | 158.9 | (9.6) | 158.0 | 115.0 | to | 197.0 |
| **Duration of Rheumatoid Arthritis (years)** | | | | | | | |
| Rofecoxib | 2296 | 10.8 | (9.3) | 8.0 | 0.0 | to | 69.0 |
| Naproxen | 2276 | 10.2 | (8.7) | 8.0 | 0.0 | to | 54.0 |
| Total | 4572 | 10.5 | (9.0) | 8.0 | 0.0 | to | 69.0 |

Data Source: [4.6; 4.10]

MRK-AFV0451728

MK-0966 Prot. No. 088/089
VIGOR

-256-

### 12.1 Demographics by Study Region (Cont.)

Table 12.1-4

Summary of Patient Characteristics at Baseline (Categorical Variables)
Study Region—Multinational

| Baseline Demographics | Rofecoxib (N=2299) | | Naproxen (N=2279) | | Total (N=4578) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Gender** | | | | | | |
| Female | 1917 | (83.4) | 1921 | (84.3) | 3838 | (83.8) |
| Male | 382 | (16.6) | 358 | (15.7) | 740 | (16.2) |
| **Ethnic Group** | | | | | | |
| White | 1248 | (54.3) | 1245 | (54.6) | 2493 | (54.5) |
| Black | 59 | (2.6) | 55 | (2.4) | 114 | (2.5) |
| Asian | 76 | (3.3) | 72 | (3.2) | 148 | (3.2) |
| Hispanic | 451 | (19.6) | 445 | (19.5) | 896 | (19.6) |
| Multi-racial | 460 | (20.0) | 459 | (20.1) | 919 | (20.1) |
| Other | 5 | (0.2) | 3 | (0.1) | 8 | (0.2) |
| **Age Group** | | | | | | |
| <40 | 3 | (0.1) | 3 | (0.1) | 6 | (0.1) |
| 40 to 54 | 979 | (42.6) | 1003 | (44.0) | 1982 | (43.3) |
| 55 to 64 | 869 | (37.8) | 780 | (34.2) | 1649 | (36.0) |
| 65 to 74 | 383 | (16.7) | 417 | (18.3) | 800 | (17.5) |
| 75+ | 65 | (2.8) | 76 | (3.3) | 141 | (3.1) |
| **Prior History of PUBs** | | | | | | |
| Yes | 169 | (7.4) | 164 | (7.2) | 333 | (7.3) |
| No | 2130 | (92.6) | 2115 | (92.8) | 4245 | (92.7) |
| **ARA Status** | | | | | | |
| I | 470 | (20.4) | 454 | (19.9) | 924 | (20.2) |
| II | 1248 | (54.3) | 1244 | (54.6) | 2492 | (54.4) |
| III | 539 | (23.4) | 545 | (23.9) | 1084 | (23.7) |
| IV | 42 | (1.8) | 36 | (1.6) | 78 | (1.7) |
| **Treatment for Rheumatoid Arthritis at Study Entry** | | | | | | |
| Corticosteroids | 1439 | (62.6) | 1433 | (62.9) | 2872 | (62.7) |
| Methotrexate | 1358 | (59.1) | 1355 | (59.5) | 2713 | (59.3) |
| Other DMARDs[†] | 1071 | (46.6) | 1056 | (46.3) | 2127 | (46.5) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MK-0966 Prot. No. 088/089
VIGOR

-257-

### 12.1 Demographics by Study Region (Cont.)

Table 12.1-4 (Cont.)

Summary of Patient Characteristics at Baseline (Categorical Variables)
Study Region—Multinational

| Baseline Demographics | Rofecoxib (N=2299) | | Naproxen (N=2279) | | Total (N=4578) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **History of Cardiac Disease** | | | | | | |
| Yes | 1023 | (44.5) | 1018 | (44.7) | 2041 | (44.6) |
| No | 1276 | (55.5) | 1261 | (55.3) | 2537 | (55.4) |
| **Smoking Status** | | | | | | |
| Never Smoked | 1404 | (61.1) | 1415 | (62.1) | 2819 | (61.6) |
| Ex-Smoker | 458 | (19.9) | 445 | (19.5) | 903 | (19.7) |
| Current Smoker | 437 | (19.0) | 419 | (18.4) | 856 | (18.7) |
| **No. Cigarettes/24 Hours** | | | | | | |
| <11/day | 282 | (64.5) | 268 | (64.0) | 550 | (64.3) |
| 11 to 20/day | 120 | (27.5) | 115 | (27.4) | 235 | (27.5) |
| >20/day | 35 | (8.0) | 36 | (8.6) | 71 | (8.3) |
| **Number of Alcoholic Drinks per Week** | | | | | | |
| None | 1757 | (76.4) | 1783 | (78.2) | 3540 | (77.3) |
| 1 to 4 | 456 | (19.8) | 429 | (18.8) | 885 | (19.3) |
| 5 to 7 | 44 | (1.9) | 36 | (1.6) | 80 | (1.7) |
| 8 to 10 | 28 | (1.2) | 18 | (0.8) | 46 | (1.0) |
| >10 | 14 | (0.6) | 13 | (0.6) | 27 | (0.6) |
| **Helicobacter Pylori (Cutpoint of 100 for Negative Values)[‡]** | | | | | | |
| Unknown/Missing | 43 | (1.9) | 33 | (1.4) | 76 | (1.7) |
| Negative | 1022 | (44.5) | 1018 | (44.7) | 2040 | (44.6) |
| Positive | 1234 | (53.7) | 1228 | (53.9) | 2462 | (53.8) |

[†] DMARDs=Disease Modifying Anti-Rheumatoid Drugs (excluding corticosteroids and methotrexate).
[‡] Serology was measured by the HM-CAP method. Values ≤ 100 were considered negative.

Data Source: [4.4; 4.5; 4.6; 4.9; 4.10; 4.13; 4.15]

MRK-AFV0451730

277

MK-0966 Prot. No. 088/089
VIGOR

-258-

## 12.2 Primary Endpoint—Confirmed PUBs Using Secondary Model Approach

Table 12.2-1

Analysis of Confirmed PUBs (Secondary Approach)
Model Includes Prior History of PUBS and Study Region
All-Patients-Randomized

| | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 56 | 121 |
| Patient-years at risk | 2697 | 2694 |
| Rate[†] | 2.08 | 4.49 |
| Cumulative incidence[‡] | 1.80 | 3.87 |
| **Relative Risk[§]** | | |
| Estimate | 0.47 | |
| 95.44% CI | (0.34, 0.64) | |
| p-Value | <0.001 | |

[†]  Per 100 patient-years at risk.
[‡]  At end of study but while at least 500 patients are at risk in each treatment group.
[§]  Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs and study region.
Note:  Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
Proportional hazard assumption was met: p-value=0.411.
Treatment-by-PUB history not significant: p-value=0.891.
Treatment-by-study region not significant: p-value=0.690.
Data Source:  [4.6; 4.15]

MRK-AFV0451731

MK-0966 Prot. No. 088/089
VIGOR

-259-

## 12.3 Subgroup Analyses

### Table 12.3-1

### Confirmed PUBs
### Analysis of Treatment by Prior History of PUBs Interaction
### All-Patients-Randomized

| | No Prior History of PUBs | | Prior History of PUBs | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3733 | 3713 | 314 | 316 |
| Patients with events | 43 | 92 | 13 | 29 |
| Patient-years at risk | 2504 | 2505 | 194 | 189 |
| Rate[†] | 1.72 | 3.67 | 6.72 | 15.33 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.47 | | 0.44 | |
| 95% CI | (0.33, 0.67) | | (0.23, 0.85) | |
| **Model Effects:  Prior History vs. No Prior History (Combined Treatments)[§]** | | | | |
| Estimate | 4.05 | | | |
| 95% CI | (2.87, 5.73) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.874 | | | |

[†] Per 100 patient-years at risk.
[‡] Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§] Cox model includes treatment and subgroup main effect.
Data Source:  [4.15]

MRK-AFV0451732

MK-0966 Prot. No. 088/089
VIGOR

-260-

## 12.3 Subgroup Analyses (Cont.)

Table 12.3-2

Confirmed PUBs
Analysis of Treatment by Study Region Interaction
All-Patients-Randomized

| | U.S. | | Non-U.S. | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 1748 | 1750 | 2299 | 2279 |
| Patients with events | 18 | 42 | 38 | 79 |
| Patient-years at risk | 1096 | 1093 | 1601 | 1601 |
| Rate[†] | 1.64 | 3.84 | 2.37 | 4.93 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.43 | | 0.48 | |
| 95% CI | (0.25, 0.74) | | (0.33, 0.71) | |
| **Model Effects: Non-U.S. vs. U.S. (Combined Treatments)[§]** | | | | |
| Estimate | 1.35 | | | |
| 95% CI | (0.98, 1.84) | | | |
| **Model Effects: Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.731 | | | |

[†] Per 100 patient-years at risk.
[‡] Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§] Cox model includes treatment and subgroup main effect.
Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451733

280

MK-0966 Prot. No. 088/089
VIGOR

-261-

## 12.3 Subgroup Analyses (Cont.)

Table 12.3-3

Confirmed PUBs
Analysis of Treatment by Age Group Interaction
All-Patients-Randomized

| | Non-Elderly (<65 Years) | | Elderly (≥65 Years) | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3050 | 2959 | 997 | 1070 |
| Patients with events | 34 | 64 | 22 | 57 |
| Patient-years at risk | 2076 | 2034 | 622 | 660 |
| Rate[†] | 1.64 | 3.15 | 3.54 | 8.63 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.52 | | 0.41 | |
| 95% CI | (0.34, 0.79) | | (0.25, 0.67) | |
| **Model Effects:  Elderly vs. Non-Elderly (Combined Treatments)[§]** | | | | |
| Estimate | 2.53 | | | |
| 95% CI | (1.88, 3.40) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.466 | | | |

[†] Per 100 patient-years at risk.
[‡] Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§] Cox model includes treatment and subgroup main effect.
Data Source: [4.6; 4.15]

MRK-AFV0451734

MK-0966 Prot. No. 088/089
VIGOR

-262-

## 12.3 Subgroup Analyses (Cont.)

Table 12.3-4

Confirmed PUBs
Analysis of Treatment by Race Interaction
All-Patients-Randomized

| | White | | Non-white | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 2761 | 2750 | 1286 | 1279 |
| Patients with events | 40 | 76 | 16 | 45 |
| Patient-years at risk | 1793 | 1802 | 905 | 892 |
| Rate[†] | 2.23 | 4.22 | 1.77 | 5.04 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.53 | | 0.35 | |
| 95% CI | (0.36, 0.78) | | (0.20, 0.62) | |
| **Model Effects: Non-white vs. White (Combined Treatments)[§]** | | | | |
| Estimate | 1.06 | | | |
| 95% CI | (0.78, 1.45) | | | |
| **Model Effects: Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.243 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.6; 4.15]

MRK-AFV0451735