# Exhibit 8
# Part 10

MK-0966 Prot. No. 088/089
VIGOR

-263-

### 12.3 Subgroup Analyses (Cont.)

Table 12.3-5

Confirmed PUBs
Analysis of Treatment by Gender Interaction
All-Patients-Randomized

| | Female | | Male | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3223 | 3215 | 824 | 814 |
| Patients with events | 45 | 98 | 11 | 23 |
| Patient-years at risk | 2149 | 2139 | 549 | 555 |
| Rate[†] | 2.09 | 4.58 | 2.01 | 4.14 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.46 | | 0.48 | |
| 95% CI | (0.32, 0.65) | | (0.24, 0.99) | |
| **Model Effects: Male vs. Female (Combined Treatments)[§]** | | | | |
| Estimate | 0.92 | | | |
| 95% CI | (0.63, 1.34) | | | |
| **Model Effects: Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.892 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED                    20-Jun-2000

MRK-AFV0451736

MK-0966 Prot. No. 088/089
VIGOR

-264-

## 12.3  Subgroup Analyses (Cont.)

Table 12.3-6

Confirmed PUBs
Analysis of Treatment by Baseline Steroid Use Interaction
All-Patients-Randomized

| | No Baseline Steroid Use | | Baseline Steroid Use | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 1803 | 1776 | 2244 | 2253 |
| Patients with events | 24 | 35 | 32 | 86 |
| Patient-years at risk | 1184 | 1178 | 1513 | 1516 |
| Rate[†] | 2.03 | 2.97 | 2.11 | 5.67 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.68 | | 0.37 | |
| 95% CI | (0.41, 1.15) | | (0.25, 0.56) | |
| **Model Effects:  Baseline Steroid Use vs. No Baseline Steroid Use (Combined Treatments)[§]** | | | | |
| Estimate | 1.56 | | | |
| 95% CI | (1.14, 2.14) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.073 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.5; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451737

284

MK-0966 Prot. No. 088/089
VIGOR

-265-

### 12.3 Subgroup Analyses (Cont.)

Table 12.3-7

Confirmed PUBs
Analysis of Treatment by H. Pylori[1] Interaction
All-Patients-Randomized

| | Negative H. Pylori | | Positive H. Pylori | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 2244 | 2260 | 1740 | 1712 |
| Patients with events | 21 | 67 | 34 | 54 |
| Patient-years at risk | 1470 | 1486 | 1186 | 1170 |
| Rate[†] | 1.43 | 4.51 | 2.87 | 4.62 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.32 | | 0.62 | |
| 95% CI | (0.19, 0.52) | | (0.40, 0.95) | |
| **Model Effects: Positive vs. Negative H. Pylori (Combined Treatments)[§]** | | | | |
| Estimate | 1.27 | | | |
| 95% CI | (0.94, 1.70) | | | |
| **Model Effects: Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.043 | | | |

[1]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
[†]  Serology was measured by the HM-CAP method. Values ≤100 were considered negative.

Data Source: [4.9; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED                                        20-Jun-2000

MRK-AFV0451738

285

MK-0966 Prot. No. 088/089
VIGOR

-266-

### 12.3  Subgroup Analyses (Cont.)

Table 12.3-8

Confirmed PUBs
Analysis of Treatment by ASCVD History
All-Patients-Randomized

| | No History ASCVD | | ASCVD History | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3809 | 3813 | 238 | 216 |
| Patients with events | 55 | 114 | 1 | 7 |
| Patient-years at risk | 2550 | 2555 | 148 | 139 |
| Rate[†] | 2.16 | 4.46 | 0.68 | 5.04 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.48 | | 0.13 | |
| 95% CI | (0.35, 0.67) | | (0.02, 1.09) | |
| **Model Effects: ASCVD History vs. No ASCVD History (Combined Treatments)[§]** | | | | |
| Estimate | 0.85 | | | |
| 95% CI | (0.42, 1.73) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.235 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.10; 4.15]

MRK-AFV0451739

286

MK-0966 Prot. No. 088/089
VIGOR

-267-

## 12.3  Subgroup Analyses (Cont.)

Table 12.3-9

Confirmed PUBs
Analysis of Treatment by Indication for Aspirin Use—FDA Rules
All-Patients-Randomized

| | Not Indicated for Cardioprotective Aspirin—FDA Rules | | Indicated for Cardioprotective Aspirin—FDA Rules | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 3877 | 3878 | 170 | 151 |
| Patients with events | 55 | 116 | 1 | 5 |
| Patient-years at risk | 2592 | 2592 | 106 | 102 |
| Rate[†] | 2.12 | 4.47 | 0.95 | 4.91 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.47 | | 0.19 | |
| 95% CI | (0.34, 0.65) | | (0.02, 1.64) | |
| **Model Effects:  Indicated for Cardioprotective Aspirin vs. Not (Combined Treatments)[§]** | | | | |
| Estimate | 0.88 | | | |
| 95% CI | (0.39, 1.99) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.412 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source:  [4.10; 4.15]

MRK-AFV0451740

MK-0966 Prot. No. 088/089
VIGOR

-268-

### 12.3  Subgroup Analyses (Cont.)

Table 12.3-10

Confirmed PUBs
Analysis of Treatment by Baseline NSAID Use Interaction
All-Patients-Randomized

| | No Baseline NSAID Use | | Baseline NSAID Use | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 703 | 688 | 3344 | 3341 |
| Patients with events | 14 | 33 | 42 | 88 |
| Patient-years at risk | 455 | 435 | 2242 | 2260 |
| Rate[†] | 3.07 | 7.59 | 1.87 | 3.89 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.41 | | 0.48 | |
| 95% CI | (0.22, 0.76) | | (0.33, 0.69) | |
| **Model Effects:  Baseline NSAID Use vs. No Baseline NSAID Use (Combined Treatments)[§]** | | | | |
| Estimate | 0.54 | | | |
| 95% CI | (0.39, 0.76) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.645 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.5; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451741

MK-0966 Prot. No. 088/089
VIGOR

-269-

## 12.3  Subgroup Analyses (Cont.)

Table 12.3-11

Confirmed Complicated PUBs
Analysis of Treatment by Study Region Interaction
All-Patients-Randomized

| | U.S. | | Non-U.S. | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 1748 | 1750 | 2299 | 2279 |
| Patients with events | 10 | 21 | 6 | 16 |
| Patient-years at risk | 1096 | 1094 | 1603 | 1604 |
| Rate[†] | 0.91 | 1.92 | 0.37 | 1.00 |
| **Relative Risk[‡]** | | | | |
| Estimate | 0.48 | | 0.38 | |
| 95% CI | (0.22, 1.01) | | (0.15, 0.96) | |
| **Model Effects:  Baseline NSAID Use vs. No Baseline NSAID Use (Combined Treatments)[§]** | | | | |
| Estimate | 0.49 | | | |
| 95% CI | (0.28, 0.84) | | | |
| **Model Effects:  Treatment by Subgroup Interaction[‡]** | | | | |
| p-Value | 0.700 | | | |

[†]  Per 100 patient-years at risk.
[‡]  Cox model includes treatment, subgroup, and treatment by subgroup interaction.
[§]  Cox model includes treatment and subgroup main effect.
Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451742

289

MK-0966 Prot. No. 088/089
VIGOR

-270-

## 12.4 Secondary Diagnoses

### Table 12.4-1

Number (%) of Patients With Specific Secondary Diagnoses
(Incidence ≥1.0% in One or More Treatment Groups) by Body System

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more secondary diagnoses | 3906 | (96.5) | 3893 | (96.6) |
| Patients with no secondary diagnosis | 141 | (3.5) | 136 | (3.4) |
| **Body As A Whole/Site Unspecified** | **699** | **(17.3)** | **696** | **(17.3)** |
| Asthenia/Fatigue | 34 | (0.8) | 40 | (1.0) |
| Endoscopy | 74 | (1.8) | 83 | (2.1) |
| Hemiorrhaphy | 68 | (1.7) | 47 | (1.2) |
| Lower Extremity Edema | 84 | (2.1) | 85 | (2.1) |
| Upper Respiratory Infection | 55 | (1.4) | 47 | (1.2) |
| **Cardiovascular System** | **1884** | **(46.6)** | **1838** | **(45.6)** |
| Arrhythmia | 34 | (0.8) | 48 | (1.2) |
| Hypertension | 1192 | (29.5) | 1146 | (28.4) |
| Ischemic Heart Disease | 39 | (1.0) | 41 | (1.0) |
| Palpitation | 34 | (0.8) | 41 | (1.0) |
| Sinus Bradycardia | 64 | (1.6) | 56 | (1.4) |
| Varicose Vein | 93 | (2.3) | 80 | (2.0) |
| Varicosity | 57 | (1.4) | 55 | (1.4) |
| **Digestive System** | **1623** | **(40.1)** | **1718** | **(42.6)** |
| Acid Reflux | 54 | (1.3) | 52 | (1.3) |
| Appendectomy | 208 | (5.1) | 239 | (5.9) |
| Colonoscopy | 67 | (1.7) | 71 | (1.8) |
| Constipation | 78 | (1.9) | 108 | (2.7) |
| Diarrhea | 44 | (1.1) | 55 | (1.4) |
| Duodenal Ulcer | 85 | (2.1) | 99 | (2.5) |
| Dyspepsia | 242 | (6.0) | 242 | (6.0) |

MRK-AFV0451743

290

MK-0966 Prot. No. 088/089
VIGOR

-271-

## 12.4 Secondary Diagnoses (Cont.)

Table 12.4-1 (Cont.)

Number (%) of Patients With Specific Secondary Diagnoses
(Incidence ≥1.0% in One or More Treatment Groups) by Body System

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Epigastric Discomfort | 123 | (3.0) | 130 | (3.2) |
| Gastric Ulcer | 138 | (3.4) | 122 | (3.0) |
| Gastritis | 219 | (5.4) | 224 | (5.6) |
| Gastroesophageal Reflux Disease | 55 | (1.4) | 62 | (1.5) |
| Gastrointestinal Endoscopy | 46 | (1.1) | 57 | (1.4) |
| Gastroscopy | 74 | (1.8) | 68 | (1.7) |
| Gi Series X-Ray | 40 | (1.0) | 50 | (1.2) |
| Heartburn | 193 | (4.8) | 186 | (4.6) |
| Hemorrhoidectomy | 40 | (1.0) | 39 | (1.0) |
| Hemorrhoids | 168 | (4.2) | 168 | (4.2) |
| Hiatal Hernia | 96 | (2.4) | 119 | (3.0) |
| Irritable Bowel Syndrome | 47 | (1.2) | 65 | (1.6) |
| Nausea | 50 | (1.2) | 44 | (1.1) |
| Peptic Ulcer | 43 | (1.1) | 48 | (1.2) |
| **Endocrine System** | **626** | **(15.5)** | **668** | **(16.6)** |
| Diabetes Mellitus | 181 | (4.5) | 186 | (4.6) |
| Goiter | 49 | (1.2) | 53 | (1.3) |
| Hypothyroidism | 307 | (7.6) | 310 | (7.7) |
| Type 2 Diabetes Mellitus | 43 | (1.1) | 47 | (1.2) |
| **Eyes, Ears, Nose, And Throat** | **925** | **(22.9)** | **936** | **(23.2)** |
| Allergic Rhinitis | 123 | (3.0) | 106 | (2.6) |
| Cataract | 135 | (3.3) | 140 | (3.5) |
| Dry Eyes | 42 | (1.0) | 42 | (1.0) |
| Glaucoma | 59 | (1.5) | 70 | (1.7) |
| Hearing Loss | 69 | (1.7) | 73 | (1.8) |
| Lenticular Surgery | 50 | (1.2) | 42 | (1.0) |
| Myopia | 51 | (1.3) | 54 | (1.3) |
| Sinusitis | 141 | (3.5) | 162 | (4.0) |
| Tinnitus | 49 | (1.2) | 42 | (1.0) |
| Tonsillectomy/Adenoidectomy | 38 | (0.9) | 52 | (1.3) |

20-Jun-2000

MRK-AFV0451744

MK-0966 Prot. No. 088/089
VIGOR

-272-

## 12.4 Secondary Diagnoses (Cont.)

Table 12.4-1 (Cont.)

Number (%) of Patients With Specific Secondary Diagnoses
(Incidence ≥1.0% in One or More Treatment Groups) by Body System

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Hemic And Lymphatic System** | **526** | **(13.0)** | **464** | **(11.5)** |
| Anemia | 365 | (9.0) | 302 | (7.5) |
| Anemia Of Chronic Inflammation | 36 | (0.9) | 44 | (1.1) |
| Hepatobiliary System | 444 | (11.0) | 461 | (11.4) |
| Cholecystectomy | 313 | (7.7) | 323 | (8.0) |
| Cholelithiasis | 58 | (1.4) | 57 | (1.4) |
| **Immune System** | **1096** | **(27.1)** | **1159** | **(28.8)** |
| Allergy | 76 | (1.9) | 64 | (1.6) |
| Drug Allergy | 952 | (23.5) | 1028 | (25.5) |
| Nonspecific Allergy | 110 | (2.7) | 115 | (2.9) |
| **Metabolism And Nutrition** | **543** | **(13.4)** | **489** | **(12.1)** |
| Hypercholesterolemia | 227 | (5.6) | 200 | (5.0) |
| Hyperlipidemia | 99 | (2.4) | 78 | (1.9) |
| Obesity | 129 | (3.2) | 124 | (3.1) |
| **Musculoskeletal System** | **1701** | **(42.0)** | **1781** | **(44.2)** |
| Back Pain | 93 | (2.3) | 102 | (2.5) |
| Bursitis | 69 | (1.7) | 37 | (0.9) |
| Fibromyalgia | 94 | (2.3) | 102 | (2.5) |
| Hip Surgery | 58 | (1.4) | 62 | (1.5) |
| Knee Surgery | 93 | (2.3) | 87 | (2.2) |
| Osteoarthritis | 331 | (8.2) | 352 | (8.7) |
| Osteopenia | 131 | (3.2) | 137 | (3.4) |
| Osteoporosis | 647 | (16.0) | 690 | (17.1) |
| Sicca Syndrome | 184 | (4.5) | 203 | (5.0) |
| Spondylosis | 95 | (2.3) | 126 | (3.1) |

MK-0966 Prot. No. 088/089
VIGOR

-273-

## 12.4 Secondary Diagnoses (Cont.)

Table 12.4-1 (Cont.)

Number (%) of Patients With Specific Secondary Diagnoses
(Incidence ≥1.0% in One or More Treatment Groups) by Body System

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Nervous System** | **853** | **(21.1)** | **811** | **(20.1)** |
| Headache | 227 | (5.6) | 189 | (4.7) |
| Insomnia | 245 | (6.1) | 245 | (6.1) |
| Median Nerve Neuropathy | 124 | (3.1) | 122 | (3.0) |
| Migraine | 102 | (2.5) | 100 | (2.5) |
| Sleep Disorder | 41 | (1.0) | 31 | (0.8) |
| Vertigo | 40 | (1.0) | 38 | (0.9) |
| **Psychiatric Disorder** | **439** | **(10.8)** | **438** | **(10.9)** |
| Anxiety Disorder | 112 | (2.8) | 116 | (2.9) |
| Depression | 48 | (1.2) | 47 | (1.2) |
| Depressive Disorder | 258 | (6.4) | 262 | (6.5) |
| **Respiratory System** | **593** | **(14.7)** | **556** | **(13.8)** |
| Asthma | 178 | (4.4) | 134 | (3.3) |
| Bronchitis | 106 | (2.6) | 98 | (2.4) |
| Chronic Obstructive Pulmonary Disease | 71 | (1.8) | 68 | (1.7) |
| Dyspnea | 40 | (1.0) | 39 | (1.0) |
| Pneumonia | 72 | (1.8) | 84 | (2.1) |
| **Skin And Skin Appendages** | **553** | **(13.7)** | **559** | **(13.9)** |
| Eczematous Dermatitis | 39 | (1.0) | 33 | (0.8) |
| Herpes Zoster | 54 | (1.3) | 68 | (1.7) |
| Psoriasis Vulgaris | 39 | (1.0) | 51 | (1.3) |
| Rash | 72 | (1.8) | 68 | (1.7) |
| **Urogenital System** | **3103** | **(76.7)** | **3101** | **(77.0)** |
| Benign Prostatic Hyperplasia | 42 | (1.0) | 24 | (0.6) |
| Hematuria | 51 | (1.3) | 51 | (1.3) |

MK-0966 Prot. No. 088/089
VIGOR

-274-

12.4 Secondary Diagnoses (Cont.)

Table 12.4-1 (Cont.)

Number (%) of Patients With Specific Secondary Diagnoses
(Incidence ≥1.0% in One or More Treatment Groups) by Body System

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Urogenital System (Cont.)** | **3103** | **(76.7)** | **3101** | **(77.0)** |
| Hysterectomy | 668 | (16.5) | 624 | (15.5) |
| Postmenopause | 2511 | (62.0) | 2557 | (63.5) |
| Tubal Ligation | 222 | (5.5) | 213 | (5.3) |
| Urinary Incontinence | 56 | (1.4) | 35 | (0.9) |
| Urinary Tract Infection | 220 | (5.4) | 235 | (5.8) |
| Urolithiasis | 79 | (2.0) | 67 | (1.7) |

Although a patient may have had two or more secondary diagnoses, the patient is counted only
once within a category.  The same patient may appear in different categories.
Data Source:  [4.10]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jan-2000

MRK-AFV0451747

294

MK-0966 Prot. No. 088/089
VIGOR

-275-

12.4 Secondary Diagnoses (Cont.)

Table 12.4-2

Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events (PUBs)
(Gastroduodenal Perforation, Obstruction, Ulcer, and Upper Gastrointestinal Bleed)
Study Region—U.S.

|  | Rofecoxib (N=1748) | Naproxen (N=1750) | Total (N=3498) |
|---|---|---|---|
| **Prior History of Clinical Upper GI Event (PUB) (Total)** | 145 (8.3) | 152 (8.7) | 297 (8.5) |
| **Gastroduodenal Ulcer** | 138 (7.9) | 147 (8.4) | 285 (8.2) |
| Gastric Ulcer | 82 (4.7) | 90 (5.1) | 172 (4.9) |
| Duodenal Ulcer | 41 (2.4) | 35 (2.0) | 76 (2.2) |
| Peptic Ulcer[†] | 17 (1.0) | 24 (1.4) | 41 (1.2) |
| Associated Perforation | 14 (0.8) | 14 (0.8) | 28 (0.8) |
| Associated Obstruction | 2 (0.1) | 4 (0.2) | 6 (0.2) |
| **Upper GI Bleed** | 43 (2.5) | 32 (1.8) | 75 (2.1) |

[†] Exact location unknown.
Patients may appear in more than one row but are counted only once in each relevant row.
Data Source: [4.6; 4.15]

MRK-AFV0451748

MK-0966 Prot. No. 088/089
VIGOR

-276-

12.4 **Secondary Diagnoses** (Cont.)

Table 12.4-3

Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events (PUBs)
(Gastroduodenal Perforation, Obstruction, Ulcer, and Upper Gastrointestinal Bleed)
Study Region—Multinational

| | Rofecoxib (N=2299) | Naproxen (N=2279) | Total (N=4578) |
|---|---|---|---|
| **Prior History of Clinical Upper GI Event (PUB) (Total)** | **169 (7.4)** | **164 (7.2)** | **333 (7.3)** |
| **Gastroduodenal Ulcer** | **149 (6.5)** | **142 (6.2)** | **291 (6.4)** |
| Gastric Ulcer | 81 (3.5) | 67 (2.9) | 148 (3.2) |
| Duodenal Ulcer | 63 (2.7) | 75 (3.3) | 138 (3.0) |
| Peptic Ulcer[1] | 12 (0.5) | 13 (0.6) | 25 (0.6) |
| Associated Perforation | 4 (0.2) | 3 (0.1) | 7 (0.2) |
| Associated Obstruction | 0 (0.0) | 2 (0.1) | 2 (0.0) |
| **Upper GI Bleed** | **48 (2.1)** | **61 (2.7)** | **109 (2.4)** |

[1] Exact location unknown.
Patients may appear in more than one row but are counted only once in each relevant row.
Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451749

MK-0966 Prot. No. 088/089
VIGOR

-277-

## 12.5 Prior Therapies

Table 12.5-1

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more prior therapies | 4041 | (99.9) | 4024 | (99.9) |
| Patients with no prior therapy | 6 | (0.1) | 5 | (0.1) |
| **Alimentary Tract And Metabolism** | | | | |
| *Antacid, Drug For Treatment Of Peptic Ulcer And Flatulence* | 869 | (21.5) | 870 | (21.6) |
| Aluminum Hydroxide (+) Dimethicone (+) Magnesium Hydroxide (+) Silicon Dioxide | 42 | (1.0) | 62 | (1.5) |
| Calcium Carbonate | 424 | (10.5) | 419 | (10.4) |
| Cimetidine | 38 | (0.9) | 50 | (1.2) |
| Famotidine | 95 | (2.3) | 89 | (2.2) |
| Ranitidine | 126 | (3.1) | 99 | (2.5) |
| Ranitidine Hydrochloride | 123 | (3.0) | 104 | (2.6) |
| *Antispasmodic And Anticholinergic Agent And Propulsive* | 47 | (1.2) | 48 | (1.2) |
| *Laxative* | 49 | (1.2) | 47 | (1.2) |
| *Inflammatory/Anti-infective Agent* | 450 | (11.1) | 439 | (10.9) |
| Sulfasalazine | 444 | (11.0) | 424 | (10.5) |
| *Drug Used In Diabetes* | 174 | (4.3) | 165 | (4.1) |
| Glyburide | 66 | (1.6) | 66 | (1.6) |
| *Vitamin* | 400 | (9.9) | 402 | (10.0) |
| Vitamin D | 100 | (2.5) | 108 | (2.7) |
| Vitamin D{3} | 52 | (1.3) | 50 | (1.2) |
| Vitamin E | 52 | (1.3) | 60 | (1.5) |
| Vitamins | 58 | (1.4) | 74 | (1.8) |
| *Mineral Supplement* | 273 | (6.7) | 284 | (7.0) |
| Calcium Supplement (Composition Unspecified) | 157 | (3.9) | 160 | (4.0) |
| Potassium Chloride | 42 | (1.0) | 42 | (1.0) |

MRK-AFV0451750

MK-0966 Prot. No. 088/089
VIGOR

-278-

12.5  Prior Therapies (Cont.)

Table 12.5-1 (Cont.)

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Blood And Blood Forming Organs** | | | | |
| *Antianemic Preparation* | 1131 | (27.9) | 1115 | (27.7) |
| Ferrous Sulfate | 58 | (1.4) | 40 | (1.0) |
| Folic Acid | 1064 | (26.3) | 1062 | (26.4) |
| **Cardiovascular System** | | | | |
| *Cardiac Therapy* | 87 | (2.1) | 97 | (2.4) |
| *Antihypertensive* | 95 | (2.3) | 76 | (1.9) |
| *Diuretic* | 423 | (10.5) | 430 | (10.7) |
| Furosemide | 66 | (1.6) | 77 | (1.9) |
| Hydrochlorothiazide | 174 | (4.3) | 160 | (4.0) |
| Hydrochlorothiazide (+) Triamterene | 82 | (2.0) | 78 | (1.9) |
| *Beta Blocking Agent* | 330 | (8.2) | 336 | (8.3) |
| Atenolol | 129 | (3.2) | 139 | (3.4) |
| Metoprolol Tartrate | 40 | (1.0) | 34 | (0.8) |
| *Calcium Channel Blocker* | 338 | (8.4) | 316 | (7.8) |
| Amlodipine Benzenesulfonate | 47 | (1.2) | 54 | (1.3) |
| Nifedipine | 110 | (2.7) | 86 | (2.1) |
| Verapamil Hydrochloride | 39 | (1.0) | 33 | (0.8) |
| *Angiotensin System* | 476 | (11.8) | 441 | (10.9) |
| Captopril | 81 | (2.0) | 66 | (1.6) |
| Enalapril Maleate | 106 | (2.6) | 101 | (2.5) |
| Lisinopril | 76 | (1.9) | 67 | (1.7) |
| *Serum Lipid Reducing Agent* | 182 | (4.5) | 156 | (3.9) |
| Atorvastatin Calcium | 43 | (1.1) | 34 | (0.8) |
| Simvastatin | 44 | (1.1) | 39 | (1.0) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451751

MK-0966 Prot. No. 088/089
VIGOR

-279-

12.5  **Prior Therapies** (Cont.)

Table 12.5-1 (Cont.)

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Genitourinary System And Sex Hormones** | | | | |
| *Sex Hormone And Modulator Of The Genital System* | 834 | (20.6) | 817 | (20.3) |
| Conjugated Estrogenic Hormones | 377 | (9.3) | 360 | (8.9) |
| Conjugated Estrogenic Hormones (+) Medroxyprogesterone 17-Acetate | 108 | (2.7) | 116 | (2.9) |
| Estradiol | 135 | (3.3) | 136 | (3.4) |
| Estrogenic Preparations (Composition Unspecified) | 54 | (1.3) | 42 | (1.0) |
| Medroxyprogesterone | 58 | (1.4) | 53 | (1.3) |
| Medroxyprogesterone 17-Acetate | 73 | (1.8) | 65 | (1.6) |
| *Urological* | 54 | (1.3) | 42 | (1.0) |
| **Systemic Hormonal Preparations, Excluding Sex Hormones** | | | | |
| *Corticosteroid For Systemic Use* | 2360 | (58.3) | 2367 | (58.7) |
| Betamethasone | 51 | (1.3) | 41 | (1.0) |
| Deflazacort | 79 | (2.0) | 111 | (2.8) |
| Methylprednisolone | 113 | (2.8) | 107 | (2.7) |
| Prednisolone | 196 | (4.8) | 193 | (4.8) |
| Prednisone | 1856 | (45.9) | 1852 | (46.0) |
| *Thyroid Therapy* | 321 | (7.9) | 335 | (8.3) |
| L-Thyroxine | 43 | (1.1) | 46 | (1.1) |
| Levothyroxine Sodium | 223 | (5.5) | 235 | (5.8) |
| *Calcium Homeostasis* | 61 | (1.5) | 69 | (1.7) |
| **Infectives For Systemic Use** | | | | |
| *Antibiotic For Systemic Use* | 202 | (5.0) | 218 | (5.4) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jan-2000

MRK-AFV0451752

MK-0966 Prot. No. 088/089
VIGOR

-280-

12.5  Prior Therapies (Cont.)

Table 12.5-1 (Cont.)

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Antineoplastic And Immunomodulating Agents** | | | | |
| *Antineoplastic Agent* | 2291 | (56.6) | 2288 | (56.8) |
| Methotrexate | 2271 | (56.1) | 2263 | (56.2) |
| *Endocrine Therapy* | 35 | (0.9) | 40 | (1.0) |
| *Immunosuppressive Agent* | 218 | (5.4) | 244 | (6.1) |
| Azathioprine | 106 | (2.6) | 101 | (2.5) |
| Leflunomide | 103 | (2.5) | 139 | (3.4) |
| **Musculoskeletal System** | | | | |
| *Inflammatory And Antirheumatic Product* | 3309 | (81.8) | 3334 | (82.8) |
| Auranofin | 39 | (1.0) | 61 | (1.5) |
| Aurothioglucose | 47 | (1.2) | 49 | (1.2) |
| Celecoxib | 166 | (4.1) | 187 | (4.6) |
| Diclofenac | 93 | (2.3) | 100 | (2.5) |
| Diclofenac Sodium | 523 | (12.9) | 549 | (13.6) |
| Etanercept | 63 | (1.6) | 56 | (1.4) |
| Etodolac | 114 | (2.8) | 122 | (3.0) |
| Gold Sodium Thiomalate | 85 | (2.1) | 87 | (2.2) |
| Ibuprofen | 388 | (9.6) | 387 | (9.6) |
| Indomethacin | 177 | (4.4) | 195 | (4.8) |
| Injectable Gold Preparations (Composition Unspecified) | 39 | (1.0) | 37 | (0.9) |
| Ketoprofen | 152 | (3.8) | 159 | (3.9) |
| Meloxicam | 133 | (3.3) | 130 | (3.2) |
| Nabumetone | 192 | (4.7) | 168 | (4.2) |
| Naproxen | 688 | (17.0) | 669 | (16.6) |
| Naproxen Sodium Salt | 71 | (1.8) | 81 | (2.0) |
| Oxaprozin | 104 | (2.6) | 95 | (2.4) |
| Piroxicam | 267 | (6.6) | 244 | (6.1) |
| Sulindac | 130 | (3.2) | 125 | (3.1) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451753

MK-0966 Prot. No. 088/089
VIGOR

-281-

## 12.5 Prior Therapies (Cont.)

Table 12.5-1 (Cont.)

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | | | | |
| *Muscle Relaxant* | 89 | (2.2) | 92 | (2.3) |
| *Drug For Treatment Of Bone Diseases* | 300 | (7.4) | 304 | (7.5) |
| Alendronate Sodium | 256 | (6.3) | 254 | (6.3) |
| **Nervous System** | | | | |
| *Analgesic* | 1445 | (35.7) | 1468 | (36.4) |
| Acetaminophen | 869 | (21.5) | 891 | (22.1) |
| Acetaminophen (+) Codeine Phosphate | 92 | (2.3) | 106 | (2.6) |
| Acetaminophen (+) Hydrocodone Bitartrate | 58 | (1.4) | 79 | (2.0) |
| Acetaminophen (+) Propoxyphene Napsylate Monohydrate | 160 | (4.0) | 185 | (4.6) |
| Aspirin | 101 | (2.5) | 93 | (2.3) |
| Tramadol Hydrochloride | 63 | (1.6) | 59 | (1.5) |
| *Antiepileptic* | 53 | (1.3) | 54 | (1.3) |
| *Psycholeptic* | 282 | (7.0) | 249 | (6.2) |
| Alprazolam | 44 | (1.1) | 46 | (1.1) |
| *Psychoanaleptic* | 353 | (8.7) | 387 | (9.6) |
| Amitriptyline | 85 | (2.1) | 75 | (1.9) |
| Fluoxetine Hydrochloride | 47 | (1.2) | 51 | (1.3) |
| Sertraline Hydrochloride | 26 | (0.6) | 40 | (1.0) |
| **Antiparasitic Products, Insecticides, And Repellents** | | | | |
| *Antiprotozoal* | 1107 | (27.4) | 1054 | (26.2) |
| Chloroquine | 360 | (8.9) | 356 | (8.8) |
| Chloroquine Diphosphate | 49 | (1.2) | 33 | (0.8) |
| Hydroxychloroquine | 364 | (9.0) | 326 | (8.1) |
| Hydroxychloroquine Sulfate | 326 | (8.1) | 335 | (8.3) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451754

301

MK-0966 Prot. No. 088/089
VIGOR

-282-

12.5  <u>Prior Therapies</u> (Cont.)

Table 12.5-1 (Cont.)

Number (%) of Patients With Specific Prior Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Respiratory System** | | | | |
| *Nasal Preparation* | 61 | (1.5) | 40 | (1.0) |
| *Asthmatic* | 167 | (4.1) | 151 | (3.7) |
| Albuterol | 60 | (1.5) | 54 | (1.3) |
| *Cough And Cold Preparation* | 71 | (1.8) | 82 | (2.0) |
| *Antihistamine For Systemic Use* | 54 | (1.3) | 76 | (1.9) |
| *Antihistamine, Route Unspecified* | 52 | (1.3) | 56 | (1.4) |
| **Sensory Organs** | | | | |
| *Ophthalmological* | 84 | (2.1) | 103 | (2.6) |
| Dextran 70 (+) Hydroxypropyl Methylcellulose | 31 | (0.8) | 39 | (1.0) |
| **Various** | | | | |
| *All Other Therapeutic Products, Including Homeopathic And Herbal Preparations And Composition Unspecified* | 71 | (1.8) | 68 | (1.7) |

Although a patient may have had two or more prior therapies, the patient is counted only once within a category. The same patient may appear in different categories.

Data Source: [4.5]

/MK-0966/CSR/RC2688.DOC  APPROVED                              20-Jan-2000

MRK-AFV0451755