# Exhibit 8
# Part 11

302

MK-0966 Prot. No. 088/089
VIGOR

-283-

12.5  <u>Prior Therapies</u> (Cont.)

Table 12.5-2

Types of Prior Drug Therapies
Study Region—U.S.

| Drug Therapies | Rofecoxib (N=1748) | Naproxen (N=1750) | Total (N=3498) |
|---|---|---|---|
| NSAID use for any reason | 1384  (79.2) | 1402  (80.1) | 2786  (79.6) |
| NSAID use for RA | 1352  (77.3) | 1367  (78.1) | 2719  (77.7) |
| **GI Co-Medications** | **151  (8.6)** | **149  (8.5)** | **300  (8.6)** |
| Cimetidine | 16  (0.9) | 18  (1.0) | 34  (1.0) |
| Famotidine | 33  (1.9) | 25  (2.0) | 58  (1.7) |
| Lansoprazole | 7  (0.4) | 9  (0.5) | 16  (0.5) |
| Misoprostol | 12  (0.7) | 6  (0.3) | 18  (0.5) |
| Nizatidine | 4  (0.2) | 5  (0.3) | 9  (0.3) |
| Omeprazole | 19  (1.1) | 24  (1.4) | 43  (1.2) |
| Ranitidine | 15  (0.9) | 16  (0.9) | 31  (0.9) |
| Ranitidine Hydrochloride | 30  (1.7) | 23  (1.3) | 53  (1.5) |
| Sulcralfate | 1  (0.1) | 0  (0.0) | 1  (0.0) |
| Diclofenac Sodium (+) Misoprostol | 22  (1.3) | 15  (0.9) | 37  (1.1) |

Patients may appear in more than one row but are counted only once in each relevant row.
Data Source: [4.5; 4.6]

MRK-AFV0451756

MK-0966 Prot. No. 088/089
VIGOR

-284-

## 12.5 Prior Therapies (Cont.)

Table 12.5-3

Types of Prior Drug Therapies
Study Region—Multinational

| Drug Therapies | Rofecoxib (N=2299) | Naproxen (N=2279) | Total (N=4578) |
|---|---|---|---|
| NSAID use for any reason | 1937 (84.3) | 1929 (84.6) | 3866 (84.4) |
| NSAID use for RA | 1932 (84.0) | 1927 (84.6) | 3859 (84.3) |
| **GI Co-Medications** | **317 (13.8)** | **278 (12.2)** | **595 (13.0)** |
| Cimetidine | 22 (1.0) | 32 (1.4) | 54 (1.2) |
| Famotidine | 62 (2.7) | 54 (2.4) | 116 (2.5) |
| Lansoprazole | 1 (0.0) | 0 (0.0) | 1 (0.0) |
| Misoprostol | 8 (0.3) | 6 (0.3) | 14 (0.3) |
| Nizatidine | 4 (0.2) | 3 (0.1) | 7 (0.2) |
| Omeprazole | 9 (0.4) | 7 (0.3) | 16 (0.3) |
| Pantoprazole Sodium Salt | 1 (0.0) | 0 (0.0) | 1 (0.0) |
| Ranitidine | 111 (4.8) | 83 (3.6) | 194 (4.2) |
| Ranitidine Hydrochloride | 93 (4.0) | 81 (3.6) | 174 (3.8) |
| Sulcralfate | 2 (0.1) | 0 (0.0) | 2 (0.0) |
| Diclofenac Sodium (+) Misoprostol | 9 (0.4) | 13 (0.6) | 22 (0.5) |

Patients may appear in more than one row but are counted only once in each relevant row.
Data Source: [4.5; 4.6]

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jan-2000

MRK-AFV0451757

304

MK-0966 Prot. No. 088/089
VIGOR

-285-

### 12.6  Concomitant Therapies

Table 12.6-1

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more prior therapies | 4017 | (99.3) | 4008 | (99.5) |
| Patients with no prior therapy | 30 | (0.7) | 21 | (0.5) |
| **Alimentary Tract And Metabolism** | | | | |
| *Antacid, Drug For Treatment Of Peptic Ulcer And Flatulence* | 1277 | **(31.6)** | 1387 | **(34.4)** |
| Aluminum Hydroxide | 105 | (2.6) | 110 | (2.7) |
| Aluminum Hydroxide (+) Dimethicone (+) Magnesium Hydroxide (+) Silicon Dioxide | 115 | (2.8) | 147 | (3.6) |
| Aluminum Hydroxide (+) Magnesium Hydroxide | 44 | (1.1) | 72 | (1.8) |
| Calcium Carbonate | 511 | (12.6) | 511 | (12.7) |
| Cimetidine | 52 | (1.3) | 64 | (1.6) |
| Famotidine | 169 | (4.2) | 195 | (4.8) |
| Lansoprazole | 46 | (1.1) | 72 | (1.8) |
| Omeprazole | 112 | (2.8) | 169 | (4.2) |
| Ranitidine | 198 | (4.9) | 190 | (4.7) |
| Ranitidine Hydrochloride | 202 | (5.0) | 234 | (5.8) |
| *Antispasmodic And Anticholinergic Agent And Propulsive* | 151 | (3.7) | 187 | (4.6) |
| Metoclopramide | 36 | (0.9) | 49 | (1.2) |
| *Laxative* | 97 | (2.4) | 104 | (2.6) |
| *Inflammatory/Anti-infective Agent* | 517 | **(12.8)** | 513 | **(12.7)** |
| Sulfasalazine | 460 | (11.4) | 459 | (11.4) |
| *Drug Used In Diabetes* | 187 | **(4.6)** | 183 | **(4.5)** |
| Glipizide | 40 | (1.0) | 35 | (0.9) |
| Glyburide | 71 | (1.8) | 73 | (1.8) |
| Metformin Hydrochloride | 42 | (1.0) | 42 | (1.0) |
| *Vitamin* | 464 | **(11.5)** | 459 | **(11.4)** |
| Vitamin D | 110 | (2.7) | 116 | (2.9) |
| Vitamin D{3} | 54 | (1.3) | 55 | (1.4) |

20-Jan-2000

MRK-AFV0451758

305

MK-0966 Prot. No. 088/089
VIGOR

-286-

### 12.6 Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Alimentary Tract And Metabolism (Cont.)** | | | | |
| Vitamin E | 63 | (1.6) | 64 | (1.6) |
| Vitamins | 73 | (1.8) | 83 | (2.1) |
| *Mineral Supplement* | 336 | (8.3) | 348 | (8.6) |
| Calcium Supplement (Composition Unspecified) | 169 | (4.2) | 175 | (4.3) |
| Potassium Chloride | 66 | (1.6) | 65 | (1.6) |
| **Blood And Blood Forming Organs** | | | | |
| *Antithrombotic Agent* | 106 | (2.6) | 72 | (1.8) |
| *Antianemic Preparation* | 1258 | (31.1) | 1235 | (30.7) |
| Ferrous Sulfate | 77 | (1.9) | 61 | (1.5) |
| Folic Acid | 1164 | (28.8) | 1149 | (28.5) |
| **Cardiovascular System** | | | | |
| *Cardiac Therapy* | 154 | (3.8) | 137 | (3.4) |
| Digoxin | 40 | (1.0) | 44 | (1.1) |
| Nitroglycerin | 60 | (1.5) | 35 | (0.9) |
| *Antihypertensive* | 119 | (2.9) | 85 | (2.1) |
| *Diuretic* | 624 | (15.4) | 540 | (13.4) |
| Furosemide | 144 | (3.6) | 129 | (3.2) |
| Hydrochlorothiazide | 255 | (6.3) | 205 | (5.1) |
| Hydrochlorothiazide (+) Triamterene | 116 | (2.9) | 99 | (2.5) |
| *Beta Blocking Agent* | 429 | (10.6) | 389 | (9.7) |
| Atenolol | 162 | (4.0) | 162 | (4.0) |
| Metoprolol Tartrate | 70 | (1.7) | 46 | (1.1) |
| *Calcium Channel Blocker* | 440 | (10.9) | 371 | (9.2) |
| Amlodipine | 36 | (0.9) | 47 | (1.2) |
| Amlodipine Benzenesulfonate | 72 | (1.8) | 64 | (1.6) |
| Diltiazem D-Cis Form Hydrochloride | 38 | (0.9) | 40 | (1.0) |
| Nifedipine | 143 | (3.5) | 106 | (2.6) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451759

306

MK-0966 Prot. No. 088/089
VIGOR

-287-

### 12.6 Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Cardiovascular System (Cont.)** | | | | |
| Verapamil | 40 | (1.0) | 29 | (0.7) |
| Verapamil Hydrochloride | 49 | (1.2) | 36 | (0.9) |
| *Angiotensin System* | 647 | (16.0) | 525 | (13.0) |
| Captopril | 112 | (2.8) | 81 | (2.0) |
| Enalapril | 40 | (1.0) | 27 | (0.7) |
| Enalapril Maleate | 150 | (3.7) | 125 | (3.1) |
| Lisinopril | 93 | (2.3) | 79 | (2.0) |
| *Serum Lipid Reducing Agent* | 215 | (5.3) | 179 | (4.4) |
| Atorvastatin Calcium | 58 | (1.4) | 39 | (1.0) |
| Pravastatin Sodium | 40 | (1.0) | 37 | (0.9) |
| Simvastatin | 52 | (1.3) | 46 | (1.1) |
| **Dermatologicals** | | | | |
| *Corticosteroid, Dermatological Preparation* | 60 | (1.5) | 63 | (1.6) |
| **Genitourinary System And Sex Hormones** | | | | |
| *Sex Hormone And Modulator Of The Genital System* | 899 | (22.2) | 863 | (21.4) |
| Conjugated Estrogenic Hormones | 395 | (9.8) | 381 | (9.5) |
| Conjugated Estrogenic Hormones (+) Medroxyprogesterone 17-Acetate | 123 | (3.0) | 127 | (3.2) |
| Estradiol | 146 | (3.6) | 143 | (3.5) |
| Estradiol (+) Norethindrone Acetate | 39 | (1.0) | 30 | (0.7) |
| Estrogenic Preparations (Composition Unspecified) | 62 | (1.5) | 48 | (1.2) |
| Medroxyprogesterone | 62 | (1.5) | 63 | (1.6) |
| Medroxyprogesterone 17-Acetate | 78 | (1.9) | 73 | (1.8) |
| *Urological* | 105 | (2.6) | 91 | (2.3) |

/MK-0966/CSR/RC2688.DOC  APPROVED

20-Jun-2000

MRK-AFV0451760

307

MK-0966 Prot. No. 088/089
VIGOR

-288-

## 12.6 Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | **n** | **(%)** | **n** | **(%)** |
| **Systemic Hormonal Preparations, Excluding Sex Hormones** | | | | |
| ***Corticosteroid For Systemic Use*** | 2736 | (67.6) | 2700 | (67.0) |
| Betamethasone | 141 | (3.5) | 134 | (3.3) |
| Deflazacort | 82 | (2.0) | 121 | (3.0) |
| Dexamethasone | 59 | (1.5) | 41 | (1.0) |
| Hydrocortisone | 49 | (1.2) | 24 | (0.6) |
| Methylprednisolone | 244 | (6.0) | 226 | (5.6) |
| Methylprednisolone 21-Acetate | 135 | (3.3) | 108 | (2.7) |
| Prednisolone | 232 | (5.7) | 217 | (5.4) |
| Prednisone | 2005 | (49.5) | 1979 | (49.1) |
| Triamcinolone | 146 | (3.6) | 147 | (3.6) |
| Triamcinolone Acetonide | 108 | (2.7) | 110 | (2.7) |
| Triamcinolone Hexacetonide | 87 | (2.1) | 81 | (2.0) |
| ***Thyroid Therapy*** | 332 | (8.2) | 349 | (8.7) |
| L-Thyroxine | 46 | (1.1) | 52 | (1.3) |
| Levothyroxine Sodium | 228 | (5.6) | 245 | (6.1) |
| Thyroxine | 36 | (0.9) | 39 | (1.0) |
| ***Calcium Homeostasis*** | 67 | (1.7) | 92 | (2.3) |
| Calcitonin | 27 | (0.7) | 49 | (1.2) |
| Calcitonin, Salmon Synthetic | 40 | (1.0) | 43 | (1.1) |
| **Infectives For Systemic Use** | | | | |
| ***Antibiotic For Systemic Use*** | 940 | (23.2) | 952 | (23.6) |
| Amoxicillin | 156 | (3.9) | 147 | (3.6) |
| Amoxicillin Trihydrate (+) Clavulanate Potassium | 41 | (1.0) | 38 | (0.9) |
| Azithromycin | 80 | (2.0) | 75 | (1.9) |
| Cephalexin | 80 | (2.0) | 53 | (1.3) |
| Ciprofloxacin | 95 | (2.3) | 82 | (2.0) |
| Ciprofloxacin Monohydrochloride Monohydrate | 37 | (0.9) | 46 | (1.1) |
| Clarithromycin | 56 | (1.4) | 79 | (2.0) |

MRK-AFV0451761

MK-0966 Prot. No. 088/089
VIGOR

-289-

12.6  Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Infectives For Systemic Use (Cont.)** | | | | |
| Doxycycline | 50 | (1.2) | 54 | (1.3) |
| Metronidazole | 38 | (0.9) | 56 | (1.4) |
| Norfloxacin | 25 | (0.6) | 39 | (1.0) |
| Ofloxacin S-( - )-Form | 56 | (1.4) | 58 | (1.4) |
| Sulfamethoxazole (+) Trimethoprim | 85 | (2.1) | 83 | (2.1) |
| *Antimycotic For Systemic Use* | 49 | (1.2) | 39 | (1.0) |
| *Antiviral For Systemic Use* | 30 | (0.7) | 39 | (1.0) |
| *Vaccine* | 76 | (1.9) | 74 | (1.8) |
| Influenza Virus Vaccine | 57 | (1.4) | 66 | (1.6) |
| **Antineoplastic And Immunomodulating Agents** | | | | |
| *Antineoplastic Agent* | 2402 | (59.4) | 2402 | (59.6) |
| Methotrexate | 2378 | (58.8) | 2380 | (59.1) |
| *Endocrine Therapy* | 52 | (1.3) | 48 | (1.2) |
| Raloxifene | 40 | (1.0) | 32 | (0.8) |
| *Immunosuppressive Agent* | 292 | (7.2) | 317 | (7.9) |
| Azathioprine | 119 | (2.9) | 110 | (2.7) |
| Leflunomide | 168 | (4.2) | 202 | (5.0) |
| **Musculoskeletal System** | | | | |
| *Inflammatory And Antirheumatic Product* | 717 | (17.7) | 713 | (17.7) |
| Auranofin | 40 | (1.0) | 61 | (1.5) |
| Aurothioglucose | 48 | (1.2) | 50 | (1.2) |
| Celecoxib | 71 | (1.8) | 64 | (1.6) |
| Diclofenac Sodium | 46 | (1.1) | 52 | (1.3) |
| Etanercept | 97 | (2.4) | 86 | (2.1) |
| Gold Sodium Thiomalate | 96 | (2.4) | 88 | (2.2) |
| Ibuprofen | 37 | (0.9) | 40 | (1.0) |
| Injectable Gold Preparations (Composition Unspecified) | 43 | (1.1) | 38 | (0.9) |

/MK-0966/CSR/RC2688.DOC  APPROVED                    20-Jun-2000

MRK-AFV0451762

309

MK-0966 Prot. No. 088/089
VIGOR

-290-

## 12.6  Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | | | | |
| Naproxen | 48 | (1.2) | 41 | (1.0) |
| Rofecoxib | 42 | (1.0) | 41 | (1.0) |
| *Muscle Relaxant* | **142** | **(3.5)** | **157** | **(3.9)** |
| Cyclobenzaprine Hydrochloride | 36 | (0.9) | 51 | (1.3) |
| *Drug For Treatment Of Bone Diseases* | **339** | **(8.4)** | **340** | **(8.4)** |
| Alendronate Sodium | 290 | (7.2) | 285 | (7.1) |
| Etidronic Acid Disodium Salt | 27 | (0.7) | 39 | (1.0) |
| **Nervous System** | | | | |
| *Anesthetic* | **145** | **(3.6)** | **134** | **(3.3)** |
| Lidocaine | 106 | (2.6) | 89 | (2.2) |
| *Analgesic* | **1768** | **(43.7)** | **1728** | **(42.9)** |
| Acetaminophen | 1100 | (27.2) | 1080 | (26.8) |
| Acetaminophen (+) Codeine Phosphate | 156 | (3.9) | 156 | (3.9) |
| Acetaminophen (+) Hydrocodone Bitartrate | 107 | (2.6) | 120 | (3.0) |
| Acetaminophen (+) Oxycodone Hydrochloride | 64 | (1.6) | 45 | (1.1) |
| Acetaminophen (+) Propoxyphene Napsylate Monohydrate | 227 | (5.6) | 236 | (5.9) |
| Aspirin | 98 | (2.4) | 43 | (1.1) |
| Dipyrone | 47 | (1.2) | 47 | (1.2) |
| Tramadol | 54 | (1.3) | 55 | (1.4) |
| Tramadol Hydrochloride | 92 | (2.3) | 102 | (2.5) |
| *Antiepileptic* | **74** | **(1.8)** | **74** | **(1.8)** |
| *Psycholeptic* | **451** | **(11.1)** | **393** | **(9.8)** |
| Alprazolam | 70 | (1.7) | 63 | (1.6) |
| Diazepam | 48 | (1.2) | 57 | (1.4) |
| Lorazepam | 40 | (1.0) | 35 | (0.9) |
| Zolpidem Tartrate | 55 | (1.4) | 37 | (0.9) |

MRK-AFV0451763

MK-0966 Prot. No. 088/089
VIGOR

-291-

## 12.6 Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Nervous System (Cont.)** | | | | |
| *Psychoanaleptic* | 449 | (11.1) | 470 | (11.7) |
| Amitriptyline | 104 | (2.6) | 95 | (2.4) |
| Amitriptyline Hydrochloride | 45 | (1.1) | 35 | (0.9) |
| Fluoxetine Hydrochloride | 59 | (1.5) | 59 | (1.5) |
| Sertraline Hydrochloride | 38 | (0.9) | 54 | (1.3) |
| **Antiparasitic Products, Insecticides, And Repellents** | | | | |
| *Antiprotozoal* | 1167 | (28.8) | 1101 | (27.3) |
| Chloroquine | 376 | (9.3) | 365 | (9.1) |
| Chloroquine Diphosphate | 50 | (1.2) | 37 | (0.9) |
| Hydroxychloroquine | 381 | (9.4) | 343 | (8.5) |
| Hydroxychloroquine Sulfate | 349 | (8.6) | 350 | (8.7) |
| **Respiratory System** | | | | |
| *Nasal Preparation* | 116 | (2.9) | 122 | (3.0) |
| *Asthmatic* | 260 | (6.4) | 227 | (5.6) |
| Albuterol | 100 | (2.5) | 83 | (2.1) |
| Beclomethasone Dipropionate | 43 | (1.1) | 34 | (0.8) |
| Fluticasone Propionate | 46 | (1.1) | 46 | (1.1) |
| *Cough And Cold Preparation* | 242 | (6.0) | 248 | (6.2) |
| Guaifenesin | 46 | (1.1) | 37 | (0.9) |
| *Antihistamine For Systemic Use* | 236 | (5.8) | 212 | (5.3) |
| Diphenhydramine Hydrochloride | 43 | (1.1) | 46 | (1.1) |
| *Antihistamine, Route Unspecified* | 133 | (3.3) | 123 | (3.1) |
| Loratadine | 71 | (1.8) | 67 | (1.7) |

MRK-AFV0451764

311

MK-0966 Prot. No. 088/089
VIGOR

-292-

## 12.6 Concomitant Therapies (Cont.)

Table 12.6-1 (Cont.)

Number (%) of Patients With Specific Concomitant Therapies
(Incidence ≥1.0% in One or More Treatment Groups) by Drug Category

| | Rofecoxib 50 mg (N=4047) | | Naproxen 1000 mg (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Sensory Organs** | | | | |
| *Ophthalmological* | 122 | (3.0) | 145 | (3.6) |
| Dextran 70 (+) Hydroxypropyl Methylcellulose | 34 | (0.8) | 44 | (1.1) |
| **Various** | | | | |
| *All Other Therapeutic Products, Including Homeopathic And Herbal Preparations And Composition Unspecified* | 101 | (2.5) | 102 | (2.5) |
| Although a patient may have had two or more concomitant therapies, the patient is counted only once within a category. The same patient may appear in different categories. | | | | |

Data Source: [4.5]

/MK-0966/CSR/RC2688.DOC APPROVED                    20-Jan-2000

MRK-AFV0451765

## 13. LIST OF APPENDICES

| **Appendix** | **Application Starting Page** |
|---|---|
| **CATEGORY 1:** PUBLICATIONS/PREPUBLICATION MANUSCRIPTS | |
| 1.1 Publications/Prepublication Manuscripts Specifically About Rofecoxib | |
| 1.1.1 Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991; 18(Suppl 28):6-10. | 331 |
| 1.1.2 Seibert K, Zhang Y, Leahy K, et al. Pharmacological and biochemical demonstration of the role of cyclooxygenase 2 in inflammation and pain. Proc Natl Acad Sci U.S.A. 1994; 91:12013-7. | 336 |
| 1.1.3 Vane JR, Bottling RM. New insights into the mode of action of anti-inflammatory drugs. Inflamm Res 1995;44:1-10. | 341 |
| 1.1.4 Botting J. COX-2: Selective Inhibitors in Clinical Trials. DN&P 1996;9(2):123-8. | 351 |
| 1.1.5 Masferrer JL, Zweifel BS, Manning PT, et al. Selective inhibition of inducible cyclooxygenase 2 in vivo is antiinflamatory and nonulcerogenic. Proc Natl Acad Sci U.S.A. 1994;91:3228-32. | 357 |
| 1.1.6 Lee SH, Soyoola E, Chanmugam P, et al. Selective expression of mitogen-inducible cyclooxygenase in macrophages stimulated with lipopolysaccharide. J Biol Chem 1992; 267(36):25934-8. | 362 |
| 1.1.7 Vane JR. Inhibition of prostaglandin synthesis as a mechanism of action for aspirin-like drugs. Nature New Biology 1971;231:232-5. | 367 |
| 1.1.8 Battistini B, Botting R, Bakhle YS. COX-1 and COX-2: toward the development of more selective NSAIDs. DN&P 1994;7(8):501-12. | 371 |
| 1.1.9 Langman MJS, Weil J, Wainwright P, et al. Risk of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994;343(0):1075-8. | 383 |

MRK-AFV0451766

MK-0966, Reference P088C                                        **313**

## 13. LIST OF APPENDICES (CONT.)

| Appendix | | Application Starting Page |
|---|---|---|
| 1.1.10 | Weil J, Langman MJS, Wainwright P, et al. Peptic ulcer bleeding: accessory risk factors and interactions with non-steroidal anti-inflammatory drugs. Gut 2000;46:27-31. | 387 |
| 1.1.11 | Silverstein FE, Graham DY, Senior JR, et al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995;123(4):241-9. | 392 |
| 1.1.12 | Hochberg MC, Chang RW, Dwosh I, Lindsey S, Pincus T, Wolfe F: The American College of Rheumatology 1991 revised criteria for the classification of global functional status in rheumatoid arthritis. Arthritis Rheum 1992:35:498-502. | 401 |
| 1.1.13 | Wilcox CM, Clark WS. Association of nonsteroidal antiinflammatory drugs with outcome in upper and lower gastrointestinal bleeding. Dig Dis Sci 1997;42(5):985-9. | 406 |
| 1.1.14 | Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective - 1997. J Rheumatol 1998;25(Suppl 51):8-16. | 411 |
| 1.1.15 | Singh G, Triadafilopoulos G. Epidemiology of nsaid induced gastrointestinal complications. J Rheumatol 1999;26(suppl 26):18-24. | 420 |
| 1.1.16 | Murray MD, Brater DC. Renal toxicity of the nonsteroidal anti-inflammatory drugs. Annu Rev Pharmacol Toxicol 1993;32:435-65. | 427 |
| 1.1.17 | Palmer BF. Renal complications associated with use of nonsteroidal anti-inflammatory agents. J Investig Med 1995;43(6):516-33. | 458 |
| 1.1.18 | Larkai EN, Smith JL, Lidsky MD, Graham DY. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic nonsteroidal anti-inflammatory drug use. Am J Gastroenterol 1987;82(11):1153-8. | 476 |
| 1.1.19 | Armstrong CP, Blower AL. Non-steroidal anti-inflammatory drugs and life threatening complications of peptic ulceration. Gut 1987;28:527-32. | 482 |

MRK-AFV0451767

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 1.1.20 | Patterson R, Bello AE, Lefkowith J. Immunologic tolerability profile of celecoxib. Clin Ther 1999;21(12):2065-79. | 488 |
| 1.1.21 | Langman MJS, Morgan L, Worrall A. Use of anti-inflammatory drugs by patients admitted with small or large bowel perforations and haemorrage. BMJ 1985;290:347-9. | 503 |
| 1.1.22 | Graham DY, White RH, Moreland LW, et al. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119(4):257-62. | 506 |
| 1.1.23 | Silverstein FE. Improving the gastrointestinal safety of NSAIDs: the development of misoprostol—from hypothesis to clinical practice. Dig Dis Sci 1998;43(3):447-58. | 512 |
| 1.1.24 | Bennett WM, Henrich WL, Stoff JS. The renal effects of nonsteroidal anti-inflammatory drugs: summary and recommendations. Am J Kidney Disease 1996;28(1, Suppl 1):S56-S62. | 524 |
| 1.1.25 | de Leeuw PW. Nonsteroidal anti-inflammatory drugs and hypertension: the risks in perspective. Drugs 1996;51(2):179-87. | 531 |
| 1.1.26 | Kömhoff M, Gröne H-J, Klein T, Seyberth HW, Nüsing RM. Localization of cyclooxygenase-1 and -2 in adult and fetal human kidney: implication for renal function. Am J Physiol 1997;272:F460-F468. | 540 |
| 1.1.27 | Drug Facts and Comparisons. St. Louis: Facts and Comparisons, 1997:1387-95. | 549 |
| 1.1.28 | Physicians' Desk Reference. ECOTRIN® enteric-coated aspirin antiarthritic, antiplatelet [Package Insert]. 53 ed.Montvale (NJ): Medical Economics Company, Inc., 1999:3011-3. | 560 |
| 1.1.29 | The RISC Group. Risk of myocardial infarction and death during treatment with low dose aspirin and intravenous heparin in men with unstable coronary artery disease. Lancet 1990;336:827-30. | 565 |
| 1.1.30 | Antiplatelet Trialists' Collaboration. Collaborative overview of randomised trials of antiplatelet therapy-I: prevention of death, myocardial infarction, and stroke by prolonged antiplatelet therapy in various categories of patients. BMJ 1994;308:81-106. | 569 |

MRK-AFV0451768

## 13.  LIST OF APPENDICES  (CONT.)

|  | **Appendix** | **Application Starting Page** |
|---|---|---|
| 1.1.31 | Juul-Möller S, Edvardsson N, Jahnmatz B. Double-blind trial of aspirin in primary prevention of myocardial infarction in patients with stabel chronic angina pectoris. Lancet 1992;340:1421-5. | 595 |
| 1.1.32 | In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger and Fordtran's gastrointestinal and liver disease: pathophysiology/diagnosis/ management. 6th ed. Philadelphia: W. B. Saunders Company, 1998:622-4. | 600 |
| 1.1.33 | Livesey JR, Watson MG, Kelly PJ, Kesteven PJ. Do patients with epistaxis have drug-induced platelet dysfunction? Clin Otolaryngol 1995;20:407-10. | 605 |
| 1.1.34 | Tay HL, McMahon AD, Evans JMM, MacDonald TM. Aspirin, nonsteroidal anti-inflammatory drugs, and epistaxis: a regional record linkage case control study. Ann Otol Rhinol Laryngol 1998;107:671-4. | 609 |
| 1.2 | **Publications/Prepublication Manuscripts Not Specifically About Rofecoxib** |  |
| 1.2.1 | Schnitzer TJ, et al. The Safety Profile, Tolerability, and Effective Dose Range of Rofecoxib in the Treatment of Rheumatoid Arthritis. Clinical Therapeutics 1999;21:10, 1688-1702. | 617 |
| 1.2.2 | Chan C-C, Prasit P, Riendeau D. Preclinical biological profile of rofecoxib (vioxx tm, mk-0966):a potent, orally active and highly selective cox-2 inhibitor. Mediators of Inflammation 1999;(s132-s133). | 632 |
| 1.2.3 | Cannon G, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: Results of a One-Year, Randomized, Clinical Trial in Patients with Osteoarthritis of the Knee and Hip. Arthritis Rheum 2000;43(in press). | 633 |
| 1.2.4 | Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDS. JAMA 1999;282(20):1929-33. | 643 |
| 1.2.5 | Depre M, Ehrich E, De Lepeleire I, et al. Demonstration of specific Cox-2 inhibition by MK-0966 (VIOXX) in humans with supratherapeutic doses. [Abstract]. Arthritis Rheum 1996;39(9):S81. | 648 |

MRK-AFV0451769

## 13. LIST OF APPENDICES (CONT.)

| Appendix | | Application Starting Page |
|---|---|---|
| 1.2.6 | Lanza FL, Rack MF, Simon TJ, et al. Specific inhibition of cyclooxygenase-2 with MK–0966 is associated with less gastroduodenal damage that either aspirin or ibuprofen. Aliment Pharmacol Ther 1999;13:761-7. | 649 |
| 1.2.7 | Hawkey C, Laine L, Mortensen E, et al. Treatment of osteoarthritis with rofecoxib, a cyclooxygenase-2 (COX-2) specific inhibitor, was associated with a lower incidence of gastroduodenal ulcers compared to ibuprofen and was comparable to placebo treatment. Proc Eur League against Rheum 14th Congress 1999;207. | 656 |
| 1.2.8 | Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43(2):370-7. | 657 |
| 1.2.9 | Bjarnason I, Sigthorsson G, Crane R, et al. Cox-2 specific inhibition with mk 0966 25 or 50 mg q.d does not increase intestinal permeability. A controlled study with placebo (PBO) and indomethacin 50mg t.i.d. The American Journal of Gastroenterology 1999. | 665 |
| 1.2.10 | Hunt R, Bowen B, James C, et al. Cox-2 Specific inhibition with MK–0966 25 of 50 mg Q.D. over 4 weeks does not increase fecal blood loss: A controlled study with placebo and ibuprofen 800mg T.I.D. [Abstract]. The American Journal of Gastroenterology 1998;93(9):247. | 666 |
| 1.2.11 | Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of rofecoxib, a COX-2 inhibitor, versus ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;in press(in press):in press-in press. | 667 |
| 1.2.12 | Ehrich E, Dallob A, Van Hecken A, et al. Demonstration of selective COX-2 inhibition by MK–966 in humans [Abstract]. Arthritis Rheum 1996;39(9, Suppl):S81. | 703 |
| 1.2.13 | Tables of specific clinical adverse experiences (0%) for all study groups (6-week and 6-month OA studies, OA dose ranging [Protocols 010 and 029], clinical pharmacology, analgesia, 1-year OA studies and 6 month to 86 week OA studies, 1998. | 704 |

MRK-AFV0451770

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 1.2.14 | Ehrich E, Schnitzer T, McIlwain H, et al. MK-966, a highly selective COX-2 inhibitor, is effective in the treatment of osteoarthritis in a 6-week pilot study [Abstract]. Osteoarthritis Cartilage 1997;5(Suppl A):66. | 914 |
| 1.2.15 | Ehrich E, Schnitzer T, Kivitz A, et al. MK-966, A highly selective Cox-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study. National Scientific Meeting; 1997. 9, Suppl ed, 1997:S85. | 915 |
| 1.2.16 | Ehrich E, Schnitzer T, Weaver A, et al. Treatment with MK-966 (VIOXX), A specific cox-2 inhibitor resulted in clinical improvement in osteoarthritis (OA) of the knee and Hip, That was sustained over six months. [Abstract]. Arthritis Rheum 1999. | 916 |
| 1.2.17 | Day R, Luza A, Casteneda O, et al. Rofecoxib, A cox-2 specific inhibitor (C-2SI), had clincial efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. [Abstract]. Annals Rheumatic Diseases 1999;860. | 917 |
| 1.2.18 | Acevedo E, Romanowicz A, VanderHeijde D, et al. Rofecoxib, A Cox-2 specific inhibitor (C-2SI), had clinical efficacy comparable to diclofenac in the treatment of knee and hip osteoarthritis (OA) in a one-year controlled clinical trial. [Abstract]. XIV European League Against Rheumatism Congress; 0 AD;1999:206. | 918 |
| 1.2.19 | Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2 specific inhibitor, with that of Ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology 1999;117:776-83. | 919 |
| 1.2.20 | Truitt K, Ettinger W, Schnitzer T, et al. Rofecoxib, A cox-2 specific inhibitor, has clinical efficacy and overall safety in treating osteoarthritis patients aged 80 years and older. [Abstract]. Annals Rheumatic Diseases XIV European League Against Rheumatism Congress, 1999:859. | 927 |
| 1.2.21 | Chan C-C, Boyce S, Brideau C, et al. Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone]: a potent and orally active cyclooxygenase-2 inhibitor. Pharma-cological and biochemical profiles. J Pharmacol Exp Ther 1999;290(2):551-60. | 928 |

MRK-AFV0451771

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 1.2.22 | Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999;65(3):336-47. | 938 |
| 1.2.23 | Schwartz JI, Van Hecken A, De Lepeleire I, et al. Comparative inhibitory activity of rofecoxib (MK-0966, VIOXX™), meloxicam, diclofenac, ibuprofen and naproxen on COX-2 vs COX-1 in healthy female volunteers [Abstract]. XIV European League Against Rheumatism Congress, 1999 June 11; Glasgow, Scotland 1999. | 950 |
| 1.2.24 | Van Hecken A, Depré M, Wynants K, et al. Inhibitory activity of rofecoxib (VIOXX™), meloxicam, diclofenac, ibuprofen and naproxen on COX-2 vs COX-1 in healthy female volunteers [Abstract]. VII World Conference on Clinical Pharmacology and Therapeutics, 2000 July 15; Florence, Italy 2000. | 951 |
| 1.2.25 | Cryer B, Gottesdiener K, Gertz B, Hsieh P, Dallob A, Feldman M. Effects of a novel cyclooxygenase (COX-2) inhibitor on gastric mucosal prostaglandin (PG) synthesis in healthy humans (Abstract). Gastroenterology 1996;91(9):1907. | 952 |
| 1.2.26 | Wight, NJ, Garlick N, Calder N, et al. Evidence that the COX-2 specific inhibitor rofecoxib at 50 mg spares gastric mucosal prostaglandin synthesis in humans (Abstract). Gastroenterology 2000;118 (4. suppl 2, Part 1):A253. | 953 |
| 1.2.27 | Sigthorsson G, Crane R, Simon T, et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double-blind, crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000 (in press). | 954 |
| 1.2.28 | Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26(11):2438-47. | 978 |
| 1.2.29 | Morrison BW, Daniels SE, Kotey P, Cantu N, Seidenberg B. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol 1999;94(4):504-8. | 988 |

MRK-AFV0451772

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 1.2.30 | Morrison BW, Christensen S, Yuan W, Brown J, Amlani S, Seidenberg B. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther 1999;21(6):943-53. | 993 |
| **CATEGORY 2:** | **REPORTS** | |
| **2.1** | **MRL Reports** | |
| 2.1.1 | A Double-Blind, Placebo-Controlled Study to Assess the Safety and Tolerability and Preliminarily Evaluate Efficacy of L-748,731 in Patients With Rheumatoid Arthritis (Protocol 017) – Synopsis | 1007 |
| 2.1.2 | A Placebo- and Active Comparator-Controlled, Parallel-Group, 6-Week, Double-Blind Study Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK–0966 Versus Ibuprofen in Patients With Osteoarthritis of the Knee or Hip (Protocol 033-02) – Synopsis | 1011 |
| 2.1.3 | A Combined Analysis of Two Identically Designed Multicenter, Double-Blind, Randomized, Parallel Group, Active and Placebo-Controlled Studies to Determine the Incidence of Gastroduodenal Ulceration After 12 Weeks of Treatment with MK–0966, Ibuprofen or Placebo with a 12-Week Continuation Period (Protocol 044/045) – Synopsis | 1016 |
| 2.1.4 | A Randomized, Placebo and Active-Comparator-Controlled Trail of the Effect of 50, 100, and 200 mg of MK–0966 as a 12.5% Formulation in the Treatment of Postoperative Dental Pain (Protocol 071) – Synopsis | 1021 |
| 2.1.5 | A Randomized, Placebo- and Active-Comparator-Controlled Trial of the Effect of 50 mg of MK–0966 in the Treatment of Primary Dysmenorrhea (Protocol 055) – Synopsis | 1025 |
| 2.1.6 | Cardiovascular Events Analysis | 1029 |
| 2.1.7 | A Phase III Study of the Effect of MK–0966 in the Treatment of Postorthopedic Surgical Pain (Protocol 072) – Synopsis | 1145 |

MRK-AFV0451773

MK-0966, Reference P088C                                        320

## 13.  LIST OF APPENDICES  (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 2.1.8 | A Double-Blind, Randomized, Placebo-Controlled, Parallel-Group Study to Assess the Effect of MK–0966 on the Anti-Platelet Effects of Low-Dose Aspirin in Health Volunteers (Protocol 063) – Synopsis | 1149 |
| 2.1.9 | MRL Clinical Study Report (Synopsis), Multicenter Study:  MK–0966 Phase III Gastrointestinal Clinical Event Monitoring Plan and Case Review Committee Procedures (Protocol 069) - Synopsis. | 1151 |
| **2.2** | **Statistical Analyses** | |
| 2.2.1 | Preliminary Efficacy Data from Protocol 068, Part II | 1156 |
| 2.2.2 | Preliminary Safety Data from Protocol 068, Part II | 1170 |
| 2.2.3 | VIGOR Interim Endpoint Safety Report as of September 2, 1999 | 1185 |
| 2.2.4 | VIGOR Interim Non-Endpoint Safety Report as of October 7, 1999 | 1300 |
| 2.2.5 | VIGOR Interim Non-Endpoint Safety Report as of December 1, 1999 | 1410 |
| 2.2.6 | Preliminary Analysis of Methotrexate in Human Plasma (MK–0966 # 101-00) | 1469 |
| **2.3** | **VIOXX™ (Rofecoxib Tablets and Oral Suspension): 1999.** | 1480 |
| **2.4** | **Memo to Erb D From Daniels B:  History of Allergy to Sulfonamides, 2000.** | 1485 |
| **CATEGORY 3:** | **STUDY DOCUMENTS** | |
| **3.1** | **Audit Information Sheet** | 1490 |
| **3.2** | **Protocol and Protocol Amendments(s) – Including Sample Consent Form** | |
| 3.2.1 | Protocols and Protocol Amendments | 1492 |
| 3.2.2 | Summary of Protocol Revisions | 1737 |
| **3.3** | **Sample Case Report Forms** | |
| 3.3.1 | Protocol 088 Case Report Forms | 1742 |
| 3.3.2 | Protocol 089 Case Report Forms | 1846 |

MRK-AFV0451774

MK-0966, Reference P088C                                                     321

## 13.  LIST OF APPENDICES  (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 3.4 | **Lists of Primary Investigators and Study Numbers, Committee Members** | |
| 3.4.1 | Investigators – U.S. | 1945 |
| 3.4.2 | Investigators – Multinational | 1969 |
| 3.4.3 | Steering Committee Members | 1989 |
| 3.4.4 | Executive Committee Members | 1990 |
| 3.5 | **Data Analysis Plan** | |
| 3.5.1 | VIGOR Data Analysis Plan | 1992 |
| 3.5.2 | VIGOR Data Analysis Plan Amendment Memo | 2077 |
| 3.6 | **Curriculum Vitae of Primary Investigators and Committee Members** | |
| 3.6.1 | Investigators — U.S. | 2080 |
| 3.6.2 | Investigators — Multinational | 2446 |
| 3.6.3 | Case Review Committee Members | 2656 |
| 3.7 | **Computer-Generated Allocation Schedule** | 2662 |
| 3.8 | **Physician/Patient/Subsidiary Educational Materials** | |
| 3.8.1 | Operations Manual – U.S. | 2730 |
| 3.8.2 | Operations Manual – Multinational | 2805 |
| 3.8.3 | Evaluation of Laboratory Values by Covance Monitors for MK–0966 Protocol 088 | 2879 |
| 3.8.4 | Evaluation of Laboratory Values by Merck Subsidiary Monitors for MK–0966 Protocol 089 | 2890 |
| 3.8.5 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Clinically Significant Upper-GI Events in Clinical Trials of COX-2 Specific Inhibitors | 2901 |
| 3.9 | **Meeting Minutes** | |
| 3.9.1 | Interim Analysis of VIGOR – Unblinded Minutes (10/4/1999) | 2937 |
| 3.9.2 | Interim Non-Endpoint Safety Analysis of VIGOR – Unblinded Minutes (11/18/1999) | 2939 |

MRK-AFV0451775

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 3.9.3 | Cardiovascular Safety Analysis of VIGOR–Unblinded Minutes  (12/22/1999) | 2947 |
| 3.10 | **Anatomical Therapeutic Chemical (ATC) Classification** | 2954 |
| 3.11 | **Author's Signature Page** | 3143 |
| **CATEGORY 4:** | **DATA** | |
| 4.1 | **Patients Excluded From Per-Protocol Analysis** | 3146 |
| 4.2 | **PUB Events Censored in Sensitivity Analysis for PUBs with Confounding Etiologies** | 3151 |
| 4.3 | **Clinical, Laboratory, and Other Adverse Experiences** | * |
| 4.4 | **Alcohol Use** | * |
| 4.5 | **Prior and Concomitant Therapy** | * |
| 4.6 | **Demographics** | * |
| 4.7 | **Patient Disposition** | * |
| 4.8 | **Drug Exposure** | * |
| 4.9 | **Laboratory Datasets** | |
| 4.9.1 | Laboratory – Chemistry | * |
| 4.9.2 | Laboratory – Hematology | * |
| 4.9.3 | Laboratory – Other | * |
| 4.9.4 | Laboratory – Urine | * |
| 4.10 | **Medical History** | * |
| 4.11 | **Physical Examination** | * |
| 4.12 | **Procedures** | * |
| 4.13 | **Tobacco Use** | * |
| 4.14 | **Vital Signs** | * |
| 4.15 | **Protocol Specific Datasets** | |
| 4.15.1 | ARA Diagnostic Criteria for Rheumatoid Arthritis | * |
| 4.15.2 | History of Ulcer or Upper Gastrointestinal Bleeding | * |
| 4.15.3 | ARA Functional Class | * |

* Refer to Case Report Tabulations

MRK-AFV0451776

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 4.15.4 | Global Assessment (Patient and Investigator's) | * |
| 4.15.5 | Final Adjudication Listing | 3165 |
| 4.15.6 | Modified Health Assessment Questionnaire | * |
| **4.16** | **Specific Supportive Safety Data** | |
| 4.16.1 | Analysis of Laboratory Predefined Limits of Change Not Associated with Prespecified Adverse Experiences (Intention-to-Treat Approach) | 3181 |
| 4.16.2 | Patients Whose Treatment Was Prematurely Unblinded | 3183 |
| 4.16.3 | Laboratory Values for Patient 7721 | 3184 |
| **4.17** | **Specific Clinical Adverse Experiences (Incidence ≥0%)** | |
| 4.17.1 | Number (%) of Patients with Specific Clinical Adverse Experiences (Incidence ≥0% in One or More Treatment Groups) By Body System | 3186 |
| 4.17.2 | Number (%) of Patients with Specific Clinical Adverse Experiences (Incidence ≥0% in One or More Treatment Groups) By Body System Discontinued | 3211 |
| 4.17.3 | Number (%) of Patients with Specific Clinical Adverse Experiences (Incidence ≥0% in One or More Treatment Groups) By Body System Drug Related | 3219 |
| 4.17.4 | Number (%) of Patients with Specific Clinical Adverse Experiences (Incidence ≥0% in One or More Treatment Groups) By Body System Serious | 3229 |
| **4.18** | **Specific Laboratory Adverse Experiences** | |
| 4.18.1 | Number (%) of Patients with Specific Laboratory Adverse Experiences by Laboratory Test Category | 3239 |
| 4.18.2 | Number (%) of Patients with Specific Laboratory Adverse Experiences by Laboratory Test Category Discontinued | 3243 |
| 4.18.3 | Number (%) of Patients with Specific Laboratory Adverse Experiences by Laboratory Test Category Drug Related | 3244 |
| 4.18.4 | Number (%) of Patients with Specific Laboratory Adverse Experiences by Laboratory Test Category Serious | 3247 |

---

* Refer to Case Report Tabulations

MRK-AFV0451777

## 13. LIST OF APPENDICES (CONT.)

| | Appendix | Application Starting Page |
|---|---|---|
| 4.19 | **Non-Randomized Patients** | |
| 4.19.1 | Baseline Patient Characteristics for Non-Randomized Patients | 3249 |
| 4.19.2 | Summary of Patients Not Randomized into the Study | 3250 |
| 4.20 | **Patient Narratives – WAES Database** | |
| 4.20.1 | Patient Narratives for Deaths | 3255 |
| 4.20.2 | Patient Narratives Excluding Deaths | 3298 |
| 4.21 | **Clinical/Laboratory Adverse Experience Summaries in Methotrexate Users** | |
| 4.21.1 | Clinical Adverse Experience Summary – Methotrexate Users | 4205 |
| 4.21.2 | Clinical Adverse Experience Summary – Non-Methotrexate Users | 4206 |
| 4.21.3 | Laboratory Adverse Experience Summary – Methotrexate Users | 4207 |
| 4.21.4 | Laboratory Adverse Experience Summary – Non-Methotrexate Users | 4208 |
| 4.22 | **Specific Clinical/Laboratory Adverse Experiences in Methotrexate Users** | |
| 4.22.1 | Number (%) of Patients with Specific Clinical Adverse Experiences – (Methotrexate Users) Adverse Experiences by Body System | 4210 |
| 4.22.2 | Number (%) of Patients with Specific Clinical Adverse Experiences – (Non-Methotrexate Users) Adverse Experiences by Body System | 4244 |
| 4.22.3 | Number (%) of Patients with Specific Clinical Adverse Experiences – (Methotrexate Users) Adverse Experiences by Body System – Drug Related | 4274 |
| 4.22.4 | Number (%) of Patients with Specific Clinical Adverse Experiences – (Non-Methotrexate Users) Adverse Experiences by Body System – Drug Related | 4286 |
| 4.22.5 | Number (%) of Patients with Specific Laboratory Adverse Experiences – (Methotrexate Users) Laboratory Adverse Experiences by Laboratory Test Category | 4297 |

MRK-AFV0451778

MK-0966, Reference P088C                                    325

## 13. LIST OF APPENDICES (CONT.)

| Appendix | | Application Starting Page |
|---|---|---|
| 4.22.6 | Number (%) of Patient with Specific Laboratory Adverse Experiences – (Non-Methotrexate Users) Laboratory Adverse Experiences by Laboratory Test Category | 4302 |

MRK-AFV0451779