# Exhibit 9

| Treatment | Study | Patient | | | Case Adjudication Date | Y/N | Event Term | Event Date | Days | Confirmed Event | Complicated Event | Event Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 0880024 | 15 | 24005 | 1008 | 08/12/1999 | Y/N | Duodenal Ulcer | 04/25/1999 | 63 | Surgery | | |
| | 0880024 | 15 | 24005 | 1008 | 08/12/1999 | Y/Y | Gastric or Duodenal Perforation | 04/25/1999 | 63 | Surgery | | Gastric ulcer |
| Rofecoxib | 0880083 | 43 | 83002 | 1024 | 09/02/1999 | Y/N | Gastric Ulcer | 07/09/1999 | 137 | Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| | 0880083 | 43 | 83002 | 1024 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 07/09/1999 | 137 | Heme + stool plus lesion plus significant bleeding/volume loss | | Gastric ulcer |
| Naproxen | 0880066 | 58 | 66005 | 1051 | 11/18/1989 | Y/N | Gastric Ulcer | 10/22/1999 | 229 | Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| | 0880066 | 58 | 66005 | 1051 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 10/22/1999 | 229 | Heme + stool plus significant bleeding/sigmata Pt. Reported hematemesis/melena plus lesion plus significant bleeding/sigmata | | Gastric ulcer |
| Rofecoxib | 0880027 | 225 | 27005 | 1016 | 06/12/1999 | Y/N | Gastric Ulcer | 05/19/1999 | 92 | Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 0880027 | 227 | 27013 | 1071 | 03/16/2000 | Y/Y | Upper-GI Hemorrhage | 05/28/1999 | 94 | Heme + stool plus lesion plus significant bleeding/sigmata | | Erosive gastritis |
| Naproxen | 0880061 | 243 | 61004 | 1029 | 09/02/1999 | Y/N | Gastric Ulcer | 07/09/1999 | 111 | Endoscopy | | |
| Naproxen | 0880057 | 301 | 57001 | 1074 | 04/13/2000 | Y/N | Duodenal Ulcer | 02/01/2000 | 349 | Endoscopy | | |
| Naproxen | 0880057 | 304 | 57004 | 1076 | 04/13/2000 | Y/N | Upper-GI Hemorrhage | 01/18/2000 | 316 | Witnessed melena | | |
| Rofecoxib | 0880077 | 345 | 77004 | 1056 | 12/02/1999 | Y/N | Gastric Ulcer | 11/16/1999 | 253 | Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| | 0880077 | 345 | 77004 | 1056 | 12/02/1989 | Y/Y | Upper-GI Hemorrhage | 11/16/1999 | 253 | Heme + stool plus lesion plus significant bleeding/sigmata | | Gastric ulcer |
| Naproxen | 0880077 | 346 | 77003 | 1070 | 03/02/2000 | Y/N | Gastric Ulcer | 02/04/2000 | 327 | Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| | 0880077 | 346 | 77003 | 1070 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 02/04/2000 | 327 | Heme + stool plus significant bleeding/sigmata Pt. Reported hematemesis/melena plus lesion plus significant bleeding/sigmata | | Gastric ulcer |

VIGOR Final Adjudication Listing

Page 1 of 15

| Drug | ID | | | | | Y/N | Diagnosis | | Date | | | Method | Description | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 088/138 | 402 | 138002 | 1002 | 08/12/1999 | Y/N | Gastric Ulcer | | | | | | | |
| | 088/138 | 402 | 138002 | 1002 | 08/12/1999 | / | Upper-GI Hemorrhage | 04/02/1999 | 04/02/1999 | 47 | 47 | Y | • Endoscopy | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Cameron Erosion |
| Naproxen | 088/036 | 425 | 36019 | 1057 | 01/06/2000 | Y/N | Gastric Ulcer | 11/22/1999 | 281 | | • Endoscopy | | |
| Naproxen | 088/055 | 438 | 55018 | 1037 | 11/04/1999 | Y/N | Gastric Ulcer | 08/27/1989 | 68 | | • Endoscopy | | |
| Naproxen | 088/113 | 534 | 113006 | 1010 | 08/12/1999 | Y/N | Duodenal Ulcer | 05/14/1999 | 45 | | • Radiography | | |
| Naproxen | 088/118 | 560 | 118006 | 1009 | 01/06/2000 | Y/Y | Upper-GI Hemorrhage | 05/07/1999 | 37 | | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 088/037 | 574 | 37006 | 1032 | 09/02/1999 | Y/N | Gastric Ulcer | | | | | | |
| | 088/037 | 574 | 37006 | 1032 | 09/02/1999 | / | Upper-GI Hemorrhage | 08/18/1999 | 167 | Y | • Endoscopy | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 088/100 | 656 | 100019 | 1025 | 08/12/1999 | Y/N | Gastric Ulcer | 06/08/1999 | 104 | | • Endoscopy | | |
| Naproxen | 088/100 | 663 | 100016 | 1012 | 09/02/1999 | Y/N | Duodenal Ulcer | | | | • Endoscopy | | |
| | 088/100 | 663 | 100016 | 1012 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 05/03/1999 | 05/03/1999 | 67 | 67 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Rofecoxib | 088/063 | 674 | 63004 | 1004 | 08/12/1999 | Y/N | Gastric Ulcer | | | | | | |
| | | | | | | | | 04/15/1999 | 17 | | • Endoscopy | | |
| Rofecoxib | 088/070 | 713 | 70011 | 1045 | 11/18/1999 | Y/N | Gastric Ulcer | 10/11/1989 | 239 | | • Radiography | | |
| Rofecoxib | 088/081 | 731 | 81027 | 1075 | 03/30/2000 | Y/Y | Upper-GI Hemorrhage | 12/07/1999 | 267 | | • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 088/027 | 772 | 27023 | 1003 | 08/12/1989 | Y/N | Duodenal Ulcer | | | | • Endoscopy | | |
| | 088/027 | 772 | 27023 | 1003 | 09/12/1999 | Y/Y | Upper-GI Hemorrhage | 03/30/1999 | 03/30/1999 | 15 | 15 | • Heme + stool plus lesion plus significant bleeding/stigmata Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 088/074 | 882 | 74008 | 1005 | 08/12/1999 | Y/N | Gastric Ulcer | 04/09/1999 | 47 | | • Endoscopy | | |
| | 088/135 | 931 | 135001 | 1040 | 11/04/1999 | N/Y | Upper-GI Hemorrhage | 08/08/1989 | 77 | | | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 088/001 | 954 | 1012 | 1028 | 09/02/1999 | Y/N | Duodenal Ulcer | 07/28/1989 | 112 | | • Endoscopy | | |
| | 088/001 | 954 | 1012 | 1028 | 09/02/1999 | Y/Y | Gastric Ulcer | 07/28/1999 | 112 | | • Endoscopy | • Documented active UGI bleeding Witnessed hematemesis | |

VICOR Final Adjudication Listing

Page 2 of 15

MRK-00420015691

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)          3167

| Drug | | | | | | | Event | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 088/155 | 973 | 155004 | 1039 | 11/04/1999 | Y/N | Gastric Ulcer | 09/21/1999 | 118 | • Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss • Gastric ulcer |
| Rofecoxib | 088/151 | 1019 | 151001 | 1036 | 11/04/1999 | Y/N | Upper-GI Hemorrhage | 09/03/1999 | 159 | • Witnessed hematemesis | Erosive gastritis |
| Naproxen | 088/163 | 1103 | 163001 | 1001 | 08/12/1999 | Y/N | Gastric Ulcer | 03/5/1999 | 8 | • Endoscopy | |
| | 088/163 | 1103 | 163001 | 1001 | 08/12/1999 | N/N | Upper-GI Hemorrhage | 03/15/1999 | 6 | • Endoscopy | |
| Naproxen | 088/163 | 1106 | 163008 | 1072 | 03/16/2000 | Y/Y | Upper-GI Hemorrhage | 02/07/2000 | 335 | • Heme + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed hematemesis • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss • gastric polyp |
| Rofecoxib | 088/145 | 1169 | 145001 | 1021 | 09/02/1999 | Y/N | Duodenal Ulcer | 05/08/1999 | 96 | • Endoscopy • Radiography | |
| | 088/145 | 1169 | 145001 | 1021 | 09/02/1999 | Y/N | Gastric Ulcer | 08/11/1999 | 99 | • Endoscopy | |
| | 088/145 | 1169 | 145001 | 1021 | 09/02/1999 | / | Upper-GI Hemorrhage | | 1 | Y | |
| Rofecoxib | 088/140 | 1224 | 140012 | 1031 | 09/02/1999 | Y/N | Upper-GI Hemorrhage | 05/12/1999 | 52 | • Witnessed hematemesis | |
| Rofecoxib | 088/116 | 1275 | 116008 | 1008 | 08/12/1999 | N/N | Upper-GI Hemorrhage | 05/10/1999 | 46 | | |
| Naproxen | 088/036 | 1446 | 36038 | 1054 | 01/06/2000 | Y/Y | Duodenal Ulcer | 11/15/1998 | 229 | • Endoscopy | • Documented active UGI bleeding • Witnessed melena |
| | 088/036 | 1446 | 36038 | 1054 | 01/06/2000 | Y/Y | Duodenal Ulcer | 11/15/1998 | 229 | • Endoscopy | |
| | 088/036 | 1446 | 36038 | 1054 | 01/06/2000 | Y/Y | Upper-GI Hemorrhage | 11/15/1998 | 229 | • Documented Active UGI bleeding • Heme + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss • Duodenal ulcer |
| Naproxen | 088/145 | 1475 | 145018 | 1082 | 07/27/2000 | Y/N | Duodenal Ulcer | 03/23/1999 | -5 | • Endoscopy | |

VIGOR Final Adjudication Listing

Page 3 of 15

MRK-00420015692

| Drug | ID | | | | Date | Y/N | Diagnosis | Date | No. | Procedure | Description | Mallory-Weiss tear |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 088/102 | 1518 | 1020/13 | 1044 | 11/18/1999 | Y/N | Upper-GI Hemorrhage | 09/24/1999 | 152 | Witnessed hematemesis | | Mallory-Weiss tear |
| Naproxen | 088/105 | 1567 | 105017 | 1018 | 09/02/1999 | Y/N | Duodenal Ulcer | 06/19/1999 | 45 | Surgery | | |
| | 088/105 | 1567 | 105017 | 1018 | 09/02/1999 | Y/Y | Gastric or Duodenal Perforation | 06/19/1999 | 46 | Surgery | | |
| | 088/105 | 1567 | 105017 | 1018 | 09/02/1999 | N/N | Upper-GI Hemorrhage | 06/19/1999 | 46 | | | |
| Naproxen | 088/078 | 1575 | 78008 | 1058 | 03/02/2000 | Y/N | Gastric Ulcer | 11/09/1999 | 224 | Endoscopy | | |
| | 088/078 | 1575 | 78008 | 1058 | 03/02/2000 | N/Y | Upper-GI Hemorrhage | 11/09/1999 | 224 | | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 088/018 | 1775 | 18024 | 1042 | 11/04/1999 | N/N | Upper-GI Hemorrhage | 10/07/1989 | 127 | | | |
| Rofecoxib | 088/165 | 1782 | 165003 | 1020 | 09/02/1999 | Y/Y | Duodenal Ulcer | 06/24/1999 | 73 | • Endoscopy | • Witnessed melena | |
| | 088/165 | 1782 | 165003 | 1020 | 09/02/1999 | Y/Y | Gastric Ulcer | 06/24/1999 | 73 | • Endoscopy | • Witnessed melena | |
| | 088/165 | 1782 | 165003 | 1020 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 06/24/1999 | 73 | • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss | • Duodenal ulcer  • Gastric ulcer |
| Naproxen | 088/091 | 1802 | 9/1012 | 1073 | 04/13/2000 | N/N | Gastric Ulcer | 09/22/1989 | 147 | | | |
| | 088/091 | 1802 | 9/1012 | 1073 | 04/13/2000 | N/N | Upper-GI Hemorrhage | 09/22/1989 | 147 | | | |
| Naproxen | 088/142 | 1855 | 142013 | 1033 | 11/18/1999 | Y/Y | Gastric or Duodenal Perforation | 08/29/1999 | 152 | • Radiography  • Surgery | | |
| | 088/142 | 1855 | 142013 | 1033 | 11/18/1999 | Y/N | Gastric Ulcer | 08/29/1999 | 152 | • Surgery | | |
| | 088/142 | 1855 | 142013 | 1033 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 08/29/1999 | 152 | • Heme + stool plus lesion plus significant bleeding/stigmata  • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Gastric ulcer |
| Rofecoxib | 088/102 | 1965 | 102029 | 1017 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/08/1999 | 58 | Endoscopy | | |
| Rofecoxib | 088/021 | 2032 | 21016 | 1047 | 11/18/1998 | Y/N | Gastric Ulcer | 10/15/1999 | 145 | Endoscopy | | |
| | 088/021 | 2032 | 21016 | 1047 | 11/18/1998 | N/N | Upper-GI Hemorrhage | 10/15/1999 | 145 | | | |
| Naproxen | 088/059 | 2043 | 59009 | 1038 | 11/04/1999 | N/N | Upper-GI Hemorrhage | 05/10/1999 | 20 | | | |
| Rofecoxib | 088/020 | 2071 | 20010 | 1049 | 11/18/1999 | Y/N | Gastric Ulcer | 10/28/1989 | 183 | • Endoscopy | | |
| Naproxen | 088/070 | 2114 | 70031 | 1007 | 08/12/1999 | Y/N | Gastric Ulcer | 05/21/1999 | 36 | • Endoscopy  • Radiography | | |

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)  3169

| Drug | ID | | | | Date | Y/N | Event | Date | No. | Radiography | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 088/127 | 2140 | 127016 | 1016 | 05/10/1999 | Y/N | Duodenal Ulcer | | 8 | • Endoscopy | |
| Naproxen | 088/099 | 2452 | 99011 | 1011 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 06/02/1999 | 35 | • Documented Active UGI bleeding • Pt. Reported hematemesis/melena plus significant bleeding/stigmata • Witnessed melena | • Documented active UGI bleeding • Witnessed melena — Upper-GI hemorrhage associated with significant bleeding/volume loss — Duodenal ulcer |
| Rofecoxib | 088/048 | 2503 | 48022 | 1088 | 03/16/2000 | Y/N | Duodenal Ulcer | 01/31/2000 | 265 | • Endoscopy | |
| Naproxen | 088/011 | 2543 | 11008 | 1066 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 01/18/2000 | 273 | • Documented Active UGI bleeding • Hema + stool plus lesion plus significant bleeding/stigmata | • Documented active UGI bleeding — Upper-GI hemorrhage associated with significant bleeding/volume loss — Duodenal ulcer |
| Naproxen | 088/011 | 2545 | 11011 | 1035 | 11/04/1999 | Y/N | Duodenal Ulcer | 08/01/1999 | 88 | • Endoscopy | |
| Rofecoxib | 088/088 | 2545 | 11011 | 1035 | 11/04/1999 | Y/Y | Upper-GI Hemorrhage | 09/07/1999 | 86 | • Hema + stool plus lesion plus significant bleeding/stigmata | — Upper-GI hemorrhage associated with significant bleeding/volume loss — Duodenal ulcer |
| Rofecoxib | 088/088 | 2560 | 88022 | 1019 | 09/02/1999 | Y/Y | Duodenal Ulcer | 06/25/1999 | 30 | • Endoscopy • Surgery | • Documented active UGI bleeding • Witnessed hematemesis • Witnessed melena |
| | 088/088 | 2560 | 88022 | 1019 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 06/27/1999 | 32 | • Documented Active UGI bleeding • Hema + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus significant bleeding/stigmata • Witnessed hematemesis • Witnessed melena | — Upper-GI hemorrhage associated with significant bleeding/volume loss — Duodenal ulcer |
| Naproxen | 088/152 | 2574 | 152013 | 1034 | 11/04/1999 | Y/N | Gastric Ulcer | 08/23/1999 | 109 | • Endoscopy | |
| | 088/152 | 2574 | 152013 | 1034 | 11/04/1999 | N/Y | Upper-GI Hemorrhage | 08/23/1999 | 109 | | — Upper-GI hemorrhage associated with significant bleeding/volume loss |

VIGOR Final Adjudication Listing

Page 5 of 15

MRK-00420015694

| Drug | Site | | | | Date | Y/Y | Event | Date | No. | Procedures | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib | 088/117 | 2682 | 117017 | 1027 | 11/18/1999 | Y/Y | Gastric or Duodenal Perforation | 05/15/1999 | 26 | • Radiography • Surgery | |
| | 088/117 | 2682 | 117017 | 1027 | 11/18/1999 | Y/N | Gastric Ulcer | 05/15/1999 | 26 | • Radiography • Surgery | |
| | 088/117 | 2682 | 117017 | 1027 | 11/18/1999 | / | Upper-GI Hemorrhage | | Y | | |
| Naproxen | 088/117 | 2683 | 117018 | 1043 | 11/18/1999 | Y/N | Gastric Ulcer | 10/08/1999 | 166 | • Endoscopy | |
| | 088/035 | 2917 | 36031 | 1023 | 08/12/1999 | Y/N | Duodenal Ulcer | 07/08/1999 | 37 | • Endoscopy | Duodenal ulcer |
| | 088/035 | 2917 | 36031 | 1023 | 08/12/1999 | Y/Y | Upper-GI Hemorrhage | 07/08/1999 | 37 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 088/179 | 2938 | 179009 | 1063 | 01/06/2000 | Y/N | Duodenal Ulcer | 12/10/1999 | 179 | • Endoscopy | |
| | 088/179 | 2938 | 179009 | 1063 | 01/06/2000 | Y/N | Gastric Ulcer | 12/10/1999 | 179 | • Endoscopy | |
| Naproxen | 088/036 | 2960 | 36058 | 1059 | 03/30/2000 | Y/N | Gastric Ulcer | 10/11/1999 | 124 | • Endoscopy | |
| | 088/036 | 2960 | 36058 | 1059 | 03/30/2000 | N/N | Upper-GI Hemorrhage | 10/11/1999 | 124 | • Endoscopy | |
| Naproxen | 088/036 | 2970 | 36050 | 1061 | 02/10/2000 | Y/N | Gastric Ulcer | 12/07/1999 | 219 | • Endoscopy | |
| | 088/071 | 3092 | 71016 | 1060 | 03/02/2000 | Y/N | Gastric Ulcer | 01/03/2000 | 230 | • Endoscopy | Gastric ulcer |
| | 088/071 | 3092 | 71016 | 1080 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 01/03/2000 | 230 | • Heme + stool plus lesion plus significant bleeding/stigmata • PL Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 088/151 | 3097 | 151009 | 1014 | 08/12/1999 | Y/N | Duodenal Ulcer | 05/29/1999 | 10 | • Surgery | |
| | 088/151 | 3097 | 151009 | 1014 | 08/12/1999 | Y/Y | Gastric or Duodenal Perforation | 05/29/1999 | 10 | • Radiography • Surgery | |
| Rofecoxib | 088/049 | 3165 | 49020 | 1069 | 03/16/2000 | Y/N | Gastric Ulcer | 02/04/2000 | 249 | • Endoscopy | Gastric ulcer |
| | 088/049 | 3165 | 49020 | 1069 | 03/16/2000 | Y/Y | Upper-GI Hemorrhage | 02/04/2000 | 249 | • Heme + stool plus lesion plus significant bleeding/stigmata • PL Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 088/181 | 3215 | 181002 | 1022 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 09/22/1999 | 33 | • Heme + stool plus lesion plus significant bleeding/stigmata | Angio-dysplasia • Upper-GI hemorrhage associated with significant bleeding/volume loss |

| Drug | Pt ID | | | | Date | Y/N | Diagnosis | Date | # | Procedure | Outcome | Final |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib | 088/190 | 3245 | 190001 | 1048 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 10/17/1999 | 138 | • Endoscopy • Heme + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed hematemesis • Witnessed melena | • Witnessed hematemesis • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 088/119 | 3312 | 119025 | 1041 | 11/18/1999 | Y/N | Duodenal Ulcer | 09/10/1999 | 82 | • Endoscopy | | |
| Rofecoxib | 088/010 | 3354 | 10040 | 1087 | 03/30/2000 | Y/N | Gastric Ulcer | 01/27/2000 | 247 | • Endoscopy • Radiography | | |
| Naproxen | 088/180 | 3474 | 180014 | 1050 | 11/18/1999 | Y/N | Gastric Ulcer | 10/28/1999 | 142 | • Endoscopy | | |
| Naproxen | 088/180 | 3474 | 180014 | 1050 | 11/16/1999 | N/N | Upper-GI Hemorrhage | 10/28/1999 | 142 | | | |
| Naproxen | 088/019 | 3505 | 190012 | 1046 | 11/18/1999 | Y/Y | Gastric Ulcer | 10/20/1999 | 139 | • Endoscopy | • Witnessed melena | Gastric ulcer |
| Naproxen | 088/019 | 3505 | 190012 | 1046 | 11/18/1999 | Y/N | Upper-GI Hemorrhage | 10/20/1999 | 139 | • Witnessed melena | | |
| Naproxen | 088/102 | 3525 | 102060 | 1077 | 04/13/2000 | Y/N | Gastric Ulcer | 02/24/2000 | 273 | • Endoscopy | | |
| Naproxen | 088/102 | 3525 | 102060 | 1077 | 04/13/2000 | N/N | Upper-GI Hemorrhage | 02/24/2000 | 273 | | | |
| Rofecoxib | 088/028 | 3612 | 28047 | 1013 | 08/12/1999 | Y/Y | Gastric or Duodenal Perforation | 06/10/1999 | 3 | • Radiography • Surgery | | |
| Naproxen | 088/028 | 3612 | 28047 | 1013 | 08/12/1999 | Y/N | Gastric Ulcer | 06/07/1999 | 2 | • Surgery | | |
| Naproxen | 088/093 | 3641 | 93027 | 1055 | 12/16/1999 | Y/N | Gastric Ulcer | 11/12/1999 | 180 | • Endoscopy | | |
| Naproxen | 088/093 | 3641 | 93027 | 1055 | 12/16/1999 | N/Y | Upper-GI Hemorrhage | 11/12/1999 | 170 | | | |
| Rofecoxib | 088/077 | 3655 | 77025 | 1065 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 01/12/2000 | 205 | • Documented Active UGI bleeding • Heme + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed hematemesis | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Angio-dysplasia |
| Naproxen | 088/077 | 3656 | 77023 | 1028 | 09/02/1999 | Y/N | Duodenal Ulcer | 07/12/1999 | 28 | • Endoscopy | | |

VIGOR Final Adjudication Listing

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)    3172

| Drug | Study | | | | Date | Y/Y | Type | Date | No. | Criteria | Outcome | Diagnosis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 088/077 | 3856 | 77023 | 1026 | 09/02/1999 | N/Y | Upper-GI Hemorrhage | 07/12/1999 | 28 | • Heme + stool plus significant lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 088/193 | 3728 | 193001 | 1052 | 01/27/2000 | N/Y | Upper-GI Hemorrhage | 07/21/1999 | 42 | | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 088/122 | 3838 | 122008 | 1030 | 11/18/1999 | Y/N | Duodenal Ulcer | 09/15/1999 | 97 | • Endoscopy | | |
| Naproxen | 088/136 | 3920 | 199024 | 1064 | 01/27/2000 | Y/N | Gastric Ulcer | 12/23/1999 | 196 | • Radiography | | |
| Naproxen | 088/183 | 3950 | 193003 | 1053 | 01/27/2000 | Y/N | Gastric Ulcer | 10/29/1999 | 140 | • Endoscopy | | Gastric ulcer |
| Naproxen | 088/193 | 3950 | 193005 | 1053 | 01/27/2000 | Y/Y | Upper-GI Hemorrhage | 10/29/1999 | 140 | • Heme + stool plus significant lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Gastric ulcer |
| Rofecoxib | 089/035 | 4040 | 35034 | 1078 | 04/13/2000 | Y/Y | Duodenal Ulcer | 10/06/1999 | 99 | • Endoscopy | • Witnessed hematemesis | |
| | 089/035 | 4040 | 35034 | 1078 | 04/13/2000 | Y/N | Gastric Ulcer | 10/06/1999 | 99 | • Endoscopy | | |
| | 089/035 | 4040 | 35034 | 1078 | 04/13/2000 | Y/Y | Upper-GI Hemorrhage | | 99 | • Heme + stool plus significant lesion plus significant bleeding/stigmata; • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata; • Witnessed hematemesis | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 089/008 | 5017 | 8003 | 2025 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/12/1999 | 97 | • Endoscopy | | |
| Naproxen | 089/008 | 5022 | 8007 | 2050 | 11/04/1999 | N/N | Upper-GI Hemorrhage | 09/16/1999 | 191 | | | |
| Naproxen | 089/008 | 5024 | 8006 | 2002 | 08/12/1999 | Y/N | Duodenal Ulcer | 03/31/1999 | 23 | • Endoscopy; • Radiography | | |
| Naproxen | 089/005 | 5037 | 5014 | 2032 | 01/27/2000 | Y/N | Gastric Ulcer | 11/26/1999 | 262 | • Endoscopy | | |
| | 089/005 | 5037 | 5014 | 2032 | 01/27/2000 | / | Upper-GI Hemorrhage | 11/26/1999 | 262 | | | |
| Rofecoxib | 089/030 | 5065 | 30047 | 2018 | 08/12/1999 | Y/N | Duodenal Ulcer | 05/31/1999 | 27 | • Endoscopy | | |
| Rofecoxib | 089/098 | 5103 | 98002 | 2127 | 03/30/2000 | Y/Y | Duodenal Ulcer | 02/15/2000 | 344 | • Endoscopy | | |
| Naproxen | 089/105 | 5149 | 105001 | 2054 | 11/04/1999 | Y/Y | Duodenal Ulcer | 08/21/1999 | 180 | • Endoscopy | • Witnessed melena | |

MRK-00420015697

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)  3173

| | 089/105 | 5149 | 105001 | 2054 | 11/04/1999 | Y/Y | Upper-GI Hemorrhage | 08/21/1999 | 180 | • Heme + stool plus lesion plus significant bleeding/stigmata • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed melena | Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal Ulcer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib | 089/099 | 5200 | 99016 | 2049 | 10/07/1999 | Y/N | Duodenal Ulcer | 08/13/1999 | 117 | • Endoscopy | | |
| Rofecoxib | 089/013 | 5310 | 13034 | 2053 | 01/06/2000 | Y/N | Gastric Ulcer | 11/24/1999 | 252 | • Endoscopy | | |
| Naproxen | 089/013 | 5315 | 13041 | 2099 | 01/27/2000 | Y/N | Gastric Ulcer | 12/10/1999 | 264 | • Endoscopy | | Gastric ulcer |
| | 089/013 | 5315 | 13041 | 2099 | 01/27/2000 | Y/Y | Upper-GI Hemorrhage | 12/10/1999 | 264 | • Heme + stool plus lesion plus significant bleeding/stigmata | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 089/013 | 5333 | 13045 | 2008 | 08/12/1999 | Y/N | Gastric Ulcer | 04/28/1999 | 30 | • Endoscopy | | |
| Naproxen | 089/012 | 5406 | 12051 | 2123 | 03/02/2000 | Y/N | Gastric Ulcer | 02/16/2000 | 320 | • Endoscopy | | |
| Naproxen | 089/015 | 5408 | 15037 | 2003 | 08/12/1999 | Y/N | Duodenal Ulcer | 03/25/1999 | 12 | • Endoscopy | | |
| Naproxen | 089/015 | 5419 | 15044 | 2095 | 01/27/2000 | Y/N | Duodenal Ulcer | 09/22/1999 | 177 | • Endoscopy | | |
| Naproxen | 089/015 | 5419 | 15044 | 2095 | 01/27/2000 | Y/N | Gastric Ulcer | 09/22/1999 | 177 | • Endoscopy | | |
| Rofecoxib | 089/015 | 5420 | 15031 | 2001 | 08/12/1999 | Y/N | Duodenal Ulcer | 03/13/1999 | 2 | • Endoscopy | | |
| | 089/015 | 5420 | 15031 | 2001 | 08/12/1999 | Y/Y | Gastric or Duodenal Perforation | 03/13/1999 | 2 | • Surgery | | |
| Naproxen | 089/013 | 5430 | 13027 | 2045 | 09/02/1999 | Y/N | Gastric Ulcer | 07/19/1999 | 133 | • Endoscopy | | |
| | 089/013 | 5430 | 13027 | 2045 | 09/02/1999 | N/Y | Upper-GI Hemorrhage | 07/19/1999 | 133 | • Endoscopy | Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 089/034 | 5516 | 34012 | 2073 | 11/16/1999 | Y/N | Duodenal Ulcer | 09/16/1999 | 172 | • Endoscopy | | |
| Naproxen | 089/072 | 5530 | 72021 | 2010 | 08/12/1999 | Y/N | Gastric Ulcer | 08/15/1999 | 85 | • Endoscopy | | |
| Naproxen | 089/072 | 5532 | 72018 | 2034 | 01/27/2000 | Y/N | Duodenal Ulcer | 11/25/1999 | 246 | • Endoscopy | | |
| Rofecoxib | 089/035 | 5561 | 35002 | 2087 | 12/16/1999 | Y/N | Duodenal Ulcer | 11/19/1999 | 249 | • Endoscopy | | |
| Naproxen | 089/036 | 5594 | 36007 | 2124 | 03/30/2000 | Y/N | Duodenal Ulcer | 01/28/2000 | 295 | • Endoscopy | | |
| Naproxen | 089/036 | 5594 | 36007 | 2124 | 03/30/2000 | Y/N | Gastric Ulcer | 01/28/2000 | 295 | • Endoscopy | | |
| Naproxen | 089/017 | 5602 | 17035 | 2125 | 03/30/2000 | Y/N | Gastric Ulcer | 01/27/2000 | 288 | • Endoscopy | | |
| Naproxen | 089/016 | 5646 | 16002 | 2038 | 08/12/1999 | Y/N | Gastric Ulcer | 06/24/1999 | 79 | • Endoscopy | | |
| Naproxen | 089/002 | 5681 | 2001 | 2128 | 04/13/2000 | Y/N | Duodenal Ulcer | 03/01/2000 | 352 | • Endoscopy | | |
| Rofecoxib | 089/002 | 5687 | 2002 | 2111 | 03/02/2000 | N/N | Gastric Ulcer | 01/03/2000 | 279 | • Endoscopy | | |
| Rofecoxib | 089/002 | 5687 | 2002 | 2111 | 03/02/2000 | N/Y | Upper-GI Hemorrhage | 01/03/2000 | 279 | | Upper-GI hemorrhage associated with significant bleeding/volume loss | |

VIGOR Final Adjudication Listing

Page 9 of 15

MRK-00420015698

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)    3174

| Drug | Ref | ID1 | ID2 | ID3 | Date | Y/N | Event | Date | No. | Method / Criteria | Adjudication |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib | 089/074 | 5760 | 74027 | 2015 | 08/12/1999 | Y / N | Gastric Ulcer | 05/27/1999 | 21 | • Endoscopy | |
| Naproxen | 089/002 | 5783 | 2012 | 2119 | 03/16/2000 | Y / N | Duodenal Ulcer | 02/04/2000 | 291 | • Endoscopy | |
| Naproxen | 089/004 | 5803 | 4029 | 2047 | 10/07/1999 | Y / N | Gastric Ulcer | 07/23/1999 | 75 | • Endoscopy | |
| Naproxen | 089/004 | 5803 | 4029 | 2047 | 10/07/1999 | N / N | Upper-GI Hemorrhage | 07/23/1999 | 75 | | |
| Naproxen | 089/074 | 5808 | 74028 | 2130 | 04/13/2000 | Y / N | Gastric Ulcer | 03/23/2000 | 317 | • Endoscopy | • Gastric ulcer |
| | 089/074 | 5808 | 74028 | 2130 | 04/13/2000 | Y / Y | Upper-GI Hemorrhage | 03/23/2000 | 317 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 089/020 | 5841 | 20010 | 2059 | 11/04/1999 | Y / Y | Gastric Ulcer | 09/13/1999 | 176 | • Endoscopy | • Documented active UGI bleeding • Witnessed melena |
| | 089/020 | 5841 | 20010 | 2059 | 11/04/1999 | | Upper-GI Hemorrhage | 09/13/1999 | 176 | • Documented Active UGI bleeding • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 089/020 | 5844 | 20034 | 2075 | 11/18/1999 | Y / N | Gastric Ulcer | 10/13/1999 | 204 | • Endoscopy | • Gastric ulcer |
| | 089/020 | 5844 | 20034 | 2075 | 11/18/1999 | Y / Y | Upper-GI Hemorrhage | 10/13/1999 | 204 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Naproxen | 089/020 | 5850 | 20040 | 2100 | 02/10/2000 | Y / N | Gastric Ulcer | 12/08/1999 | 254 | • Endoscopy | |
| | 089/020 | 5850 | 20040 | 2100 | 02/10/2000 | N / N | Upper-GI Hemorrhage | 12/08/1999 | 254 | | |
| Naproxen | 089/019 | 5866 | 19013 | 2017 | 09/02/1999 | / | Upper-GI Hemorrhage | | Y | | |
| Naproxen | 089/056 | 5927 | 66007 | 2065 | 01/06/2000 | Y / N | Gastric Ulcer | 09/15/1999 | 156 | • Endoscopy | • Gastric ulcer |
| | 089/056 | 5927 | 66007 | 2065 | 01/06/2000 | Y / Y | Upper-GI Hemorrhage | 09/15/1999 | 156 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss |
| Rofecoxib | 089/056 | 5931 | 66003 | 2076 | 12/16/1999 | Y / N | Gastric Ulcer | 10/19/1999 | 188 | • Endoscopy | |
| Naproxen | 089/094 | 5958 | 94001 | 2042 | 10/07/1999 | Y / N | Duodenal Ulcer | 08/13/1999 | 149 | • Endoscopy | |
| Naproxen | 089/088 | 5990 | 86016 | 2107 | 01/27/2000 | N / N | Upper-GI Hemorrhage | 08/25/1999 | 149 | | |
| Rofecoxib | 089/052 | 6035 | 52002 | 2014 | 09/02/1999 | Y / N | Gastric Ulcer | 05/21/1999 | 52 | • Endoscopy | |
| Naproxen | 089/054 | 6054 | 54011 | 2020 | 08/12/1999 | Y / N | Gastric Ulcer | 06/04/1999 | 67 | • Endoscopy | |
| Naproxen | 089/056 | 6062 | 58003 | 2025 | 08/12/1999 | Y / N | Duodenal Ulcer | 04/13/1999 | 21 | • Endoscopy | |
| Rofecoxib | 089/056 | 6063 | 58006 | 2103 | 01/27/2000 | Y / N | Duodenal Ulcer | 12/17/1999 | 262 | • Endoscopy | |

VIGOR Final Adjudication Listing

| Treatment | ID | | | | Date | Y/Y | Upper-GI Hemorrhage | | | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rofecoxib | 089/056 | 6063 | 56005 | 2103 | 01/27/2000 | Y/Y | Upper-GI Hemorrhage | 12/17/1999 | 282 | • | • | Duodenal ulcer |
| Naproxen | 089/051 | 6075 | 51022 | 2110 | 03/02/2000 | Y/N | Gastric Ulcer | 12/15/1999 | 195 | • Endoscopy | | |
| Naproxen | 089/113 | 6134 | 113002 | 2031 | 10/07/1999 | Y/N | Duodenal Ulcer | 06/24/1999 | 59 | • Endoscopy | | |
| Naproxen | 089/113 | 6137 | 113008 | 2058 | 11/04/1999 | Y/N | Gastric Ulcer | 09/07/1999 | 121 | • Endoscopy | | |
| Rofecoxib | 089/116 | 6183 | 116003 | 2032 | 09/02/1999 | N/N | Duodenal Ulcer | 06/23/1999 | 65 | • Endoscopy | | |
| | 089/116 | 6183 | 116003 | 2032 | 09/02/1999 | | Upper-GI Hemorrhage | 06/23/1999 | 65 | | | |
| Naproxen | 089/116 | 6184 | 116008 | 2122 | 04/13/2000 | Y/Y | Duodenal Ulcer | 12/23/1999 | 246 | • Endoscopy | • Witnessed melena | |
| | 089/116 | 6184 | 116008 | 2122 | 04/13/2000 | | Gastric or Duodenal Perforation | 11/11/1999 | 204 | • Radiography Surgery | | |
| | 089/118 | 6184 | 116008 | 2122 | 04/13/2000 | Y/Y | Upper-GI Hemorrhage | 12/23/1999 | 246 | • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 089/117 | 6225 | 117011 | 2057 | 10/07/1999 | Y/N | Gastric Ulcer | 06/24/1999 | 127 | • Radiography | | |
| Naproxen | 089/120 | 6237 | 120011 | 2027 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 06/18/1999 | 43 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | • Cameron • Erosion • Erosive esophagitis |
| Naproxen | 089/123 | 6248 | 123012 | 2067 | 11/18/1999 | Y/N | Gastric Ulcer | 09/28/1999 | 127 | • Endoscopy | | |
| Rofecoxib | 089/029 | 6312 | 28024 | 2046 | 09/02/1999 | Y/N | Gastric Ulcer | 07/19/1999 | 89 | • Endoscopy | | |
| | 089/029 | 6312 | 28024 | 2046 | 09/02/1999 | N/N | Upper-GI Hemorrhage | 07/19/1999 | 89 | | | |
| Naproxen | 089/027 | 6355 | 27005 | 2013 | 08/12/1999 | N/N | Upper-GI Hemorrhage | 05/14/1999 | 29 | | | |
| Rofecoxib | 089/027 | 6356 | 27010 | 2007 | 08/12/1999 | Y/N | Duodenal Ulcer | 04/22/1999 | 9 | • Endoscopy | | |
| | 089/027 | 6356 | 27010 | 2007 | 08/12/1999 | Y/N | Gastric Ulcer | 04/22/1999 | 9 | • Endoscopy | | |
| Naproxen | 089/038 | 6457 | 38006 | 2113 | 02/10/2000 | Y/N | Duodenal Ulcer | 01/12/2000 | 232 | • Endoscopy | | |
| | 089/038 | 6457 | 38006 | 2113 | 02/10/2000 | Y/N | Gastric Ulcer | 01/12/2000 | 232 | • Endoscopy | | |
| Rofecoxib | 089/039 | 6466 | 39007 | 2098 | 01/27/2000 | Y/N | Duodenal Ulcer | 09/08/1999 | 147 | • Endoscopy | | |
| Naproxen | 089/048 | 6510 | 45002 | 2004 | 08/12/1999 | Y/N | Duodenal Ulcer | 03/28/1999 | 13 | • Endoscopy | | |
| Naproxen | 089/048 | 6529 | 48005 | 2077 | 11/18/1999 | Y/N | Gastric Ulcer | 10/22/1999 | 180 | • Endoscopy | | |
| | 089/048 | 6529 | 48005 | 2077 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 10/22/1999 | 180 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Gastric Ulcer |
| Rofecoxib | 089/049 | 6547 | 49009 | 2009 | 08/12/1999 | Y/N | Gastric Ulcer | 04/22/1999 | 4 | • Endoscopy | | |
| Rofecoxib | 089/045 | 6557 | 45007 | 2006 | 08/12/1999 | Y/N | Duodenal Ulcer | 04/22/1999 | 9 | • Endoscopy | | |
| Rofecoxib | 089/039 | 6573 | 39012 | 2016 | 08/12/1999 | Y/N | Gastric Ulcer | 06/01/1999 | 42 | • Endoscopy | | |

VIGOR Final Adjudication Listing

| Drug | ID | | | | Date | Y/N | Diagnosis | Date | No. | Procedure | Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 089/039 | 6580 | 38018 | 2062 | 12/02/1999 | Y/N | Gastric Ulcer | 11/10/1999 | 163 | • Endoscopy | |
| Naproxen | 089/109 | 6647 | 108009 | 2063 | 11/18/1999 | Y/N | Gastric Ulcer | 09/23/1999 | 167 | • Endoscopy | |
| Naproxen | 089/108 | 6851 | 108004 | 2088 | 01/06/2000 | Y/N | Gastric Ulcer | 11/19/1999 | 212 | • Endoscopy | |
| | 089/108 | 6851 | 108004 | 2088 | 01/06/2000 | N/N | Upper-GI Hemorrhage | 11/19/1999 | 212 | | |
| Naproxen | 089/078 | 6803 | 78001 | 2012 | 08/12/1999 | Y/N | Gastric Ulcer | 05/14/1999 | 18 | • Endoscopy | |
| Rofecoxib | 089/079 | 6876 | 79027 | 2062 | 11/18/1999 | Y/N | Duodenal Ulcer | 09/21/1999 | 133 | • Endoscopy | |
| | 089/079 | 6876 | 79027 | 2062 | 11/18/1999 | N/N | Upper-GI Hemorrhage | 09/21/1999 | 133 | | |
| Naproxen | 089/085 | 6988 | 85007 | 2072 | 11/18/1999 | Y/N | Gastric Ulcer | 09/23/1999 | 142 | • Endoscopy | |
| Rofecoxib | 089/009 | 7010 | 9025 | 2074 | 11/18/1999 | Y/Y | Obstruction | 10/08/1999 | 184 | • Endoscopy<br>• Radiography | |
| Naproxen | 089/027 | 7198 | 27058 | 2088 | 11/04/1999 | Y/N | Gastric Ulcer | 09/28/1999 | 126 | • Endoscopy | |
| Naproxen | 089/028 | 7221 | 28065 | 2097 | 01/27/2000 | Y/N | Gastric Ulcer | 12/07/1999 | 196 | • Endoscopy | |
| | 089/028 | 7221 | 28065 | 2097 | 01/27/2000 | Y/Y | Upper-GI Hemorrhage | 12/07/1999 | 195 | • Heme + stool plus significant lesion plus bleeding/stigmata<br>• Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | Upper-GI hemorrhage associated with significant bleeding/volume loss<br>Gastric ulcer |
| Rofecoxib | 089/006 | 7358 | 6045 | 2019 | 08/12/1999 | Y/N | Gastric Ulcer | 05/28/1999 | 17 | • Endoscopy | |
| Naproxen | 089/006 | 7382 | 6038 | 2028 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/16/1999 | 45 | • Endoscopy | |
| Naproxen | 089/007 | 7383 | 7042 | 2021 | 08/12/1999 | Y/N | Gastric Ulcer | 05/29/1999 | 30 | • Endoscopy | |
| | 089/007 | 7383 | 7042 | 2021 | 08/12/1999 | Y/Y | Upper-GI Hemorrhage | 05/29/1999 | 29 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | Upper-GI hemorrhage associated with significant bleeding/volume loss<br>Gastric ulcer |
| Naproxen | 089/007 | 7370 | 7055 | 2105 | 01/27/2000 | Y/N | Gastric Ulcer | 12/14/1999 | 226 | • Endoscopy | |
| Rofecoxib | 089/005 | 7382 | 5059 | 2117 | 03/02/2000 | Y/N | Gastric Ulcer | 01/24/2000 | 263 | • Endoscopy | |
| | 089/005 | 7382 | 5059 | 2117 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 01/24/2000 | 263 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata | Upper-GI hemorrhage associated with significant bleeding/volume loss<br>Gastric ulcer |
| Naproxen | 089/006 | 7426 | 6049 | 2024 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/09/1999 | 28 | • Endoscopy | |
| | 089/006 | 7426 | 6049 | 2024 | 08/12/1999 | N/N | Upper-GI Hemorrhage | 06/08/1999 | 27 | | |
| Rofecoxib | 089/017 | 7466 | 17037 | 2051 | 11/04/1999 | Y/N | Duodenal Ulcer | 08/12/1999 | 115 | • Endoscopy | |
| Rofecoxib | 089/125 | 7518 | 125014 | 2023 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/07/1999 | 49 | • Endoscopy | |
| Naproxen | 089/022 | 7539 | 22019 | 2011 | 08/12/1999 | Y/N | Duodenal Ulcer | 06/05/1999 | 13 | • Endoscopy | |
| | 089/022 | 7539 | 22019 | 2011 | 08/12/1999 | / | Upper-GI Hemorrhage | 05/05/1999 | 13 | Y | |

| Drug | ID | | | | | | | Event | Date | | Method | Notes | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 089107 | 7547 | 107022 | 2069 | 01/27/2000 | Y/N | | Gastric Ulcer | 11/09/1999 | 204 | • Endoscopy | | |
| Naproxen | 089107 | 7557 | 107028 | 2026 | 09/02/1999 | Y/N | | Gastric Ulcer | 06/09/1999 | 45 | • Endoscopy | | |
| Rofecoxib | 089127 | 7577 | 127005 | 2050 | 09/02/1999 | Y/N | | Gastric Ulcer | 08/10/1999 | 114 | • Endoscopy | | |
| Rofecoxib | 089072 | 7596 | 72044 | 2065 | 01/03/2000 | Y/N | | Duodenal Ulcer | 11/18/1999 | 211 | • Endoscopy | | |
| Naproxen | 089021 | 7608 | 21006 | 2090 | 01/27/2000 | Y/N | | Gastric Ulcer | 11/23/1999 | 218 | • Endoscopy | | |
| Rofecoxib | 089021 | 7625 | 21021 | 2096 | 01/27/2000 | N/N | | Duodenal Ulcer | 11/28/1999 | 207 | | | |
| | 089021 | 7625 | 21021 | 2088 | 01/27/2000 | Y/N | | Gastric Ulcer | 11/26/1999 | 207 | • Endoscopy | | |
| Naproxen | 089073 | 7652 | 73030 | 2108 | 03/02/2000 | Y/Y | | Gastric Ulcer | 12/22/1999 | 233 | • Endoscopy | | |
| | 089073 | 7652 | 73030 | 2108 | 03/02/2000 | N/Y | | Upper-GI Hemorrhage | 12/22/1999 | 238 | | • Upper-GI hemorrhage associated with significant bleeding/volume loss | • Gastric ulcer |
| Naproxen | 089072 | 7677 | 72068 | 2083 | 01/06/2000 | Y/N | | Gastric Ulcer | 11/03/1999 | 182 | • Endoscopy | | |
| Rofecoxib | 089021 | 7742 | 21038 | 2055 | 11/04/1999 | Y/N | | Gastric Ulcer | 08/25/1999 | 107 | • Endoscopy | | |
| Naproxen | 089072 | 7753 | 72083 | 2066 | 11/18/1999 | Y/N | | Gastric Ulcer | 09/27/1999 | 119 | • Endoscopy | | |
| Rofecoxib | 089072 | 7754 | 72087 | 2086 | 01/27/2000 | Y/N | | Duodenal Ulcer | 09/13/1999 | 105 | • Endoscopy | | |
| Naproxen | 089021 | 7771 | 21039 | 2039 | 09/02/1999 | Y/N | | Gastric Ulcer | 06/30/1999 | 44 | • Endoscopy | | |
| Naproxen | 089021 | 7774 | 21045 | 2022 | 02/10/2000 | Y/Y | | Gastric Ulcer | 06/07/1999 | 14 | • Endoscopy | • Witnessed melena | |
| | 089021 | 7774 | 21045 | 2022 | 02/10/2000 | Y/Y | | Upper-GI Hemorrhage | 06/07/1999 | 14 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/stigmata Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Naproxen | 089020 | 7789 | 20050 | 2104 | 02/10/2000 | N/N | | Upper-GI Hemorrhage | 12/15/1999 | 245 | | | |
| Rofecoxib | 089020 | 7806 | 20030 | 2126 | 03/30/2000 | Y/N | | Gastric Ulcer | 01/11/2000 | 265 | • Endoscopy | | |
| Rofecoxib | 089019 | 7854 | 19029 | 2129 | 03/30/2000 | Y/N | | Gastric Ulcer | 11/23/1999 | 219 | • Endoscopy | | |
| Rofecoxib | 089106 | 7917 | 106020 | 2070 | 11/18/1999 | Y/N | | Gastric Ulcer | 10/06/1999 | 155 | • Endoscopy | | |
| Naproxen | 089099 | 7930 | 99324 | 2061 | 11/04/1999 | Y/Y | | Upper-GI Hemorrhage | 03/21/1999 | 126 | • Heme + stool plus lesion plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Erosive gastritis |
| Rofecoxib | 089014 | 8036 | 14045 | 2114 | 03/30/2000 | Y/N | | Gastric Ulcer | 03/07/2000 | 316 | • Endoscopy | | |
| Rofecoxib | 089012 | 8095 | 12074 | 2053 | 10/07/1999 | Y/N | | Duodenal Ulcer | 08/23/1999 | 109 | • Endoscopy | | |
| Rofecoxib | 089011 | 8104 | 11066 | 2052 | 10/07/1999 | Y/Y | | Upper-GI Hemorrhage | 08/15/1999 | 101 | • Witnessed hematemesis | • Upper-GI hemorrhage associated with significant bleeding/volume loss | |
| Rofecoxib | 089011 | 8112 | 11078 | 2115 | 03/02/2000 | Y/N | | Gastric Ulcer | 01/20/2000 | 246 | • Endoscopy | | |
| Naproxen | 089012 | 8161 | 12090 | 2030 | 08/12/1999 | Y/N | | Gastric Ulcer | 08/25/1999 | 29 | • Endoscopy | | |
| Naproxen | 089012 | 8217 | 12087 | 2071 | 11/18/1999 | Y/N | | Duodenal Ulcer | 10/08/1999 | 122 | • Endoscopy | | |
| Naproxen | 089013 | 8237 | 13097 | 2040 | 09/02/1999 | Y/Y | | Gastric Ulcer | 08/02/1999 | 55 | • Endoscopy | • Witnessed melena | |

VIGOR Final Adjudication Listing

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)          3178

| | 0890013 | 8237 | 13097 | 2040 | 09/02/1999 | Y/Y | Upper-GI Hemorrhage | 08/02/1999 | 55 | • Heme + stool plus lesion plus significant bleeding/sigmata  • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/sigmata  • Witnessed melena | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Gastric Ulcer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 0890/092 | 8339 | 92023 | 2036 | 08/02/1999 | Y/N | Duodenal Ulcer | 06/30/1999 | 69 | • Endoscopy | | |
| | 0890/092 | 8339 | 92023 | 2036 | 08/02/1999 | / | Upper-GI Hemorrhage | | | | | Y |
| Naproxen | 0890/088 | 8368 | 88045 | 2116 | 03/02/2000 | Y/N | Gastric Ulcer | 01/21/2000 | 256 | • Endoscopy | | |
| Naproxen | 0890/030 | 8368 | 30082 | 2121 | 03/30/2000 | Y/N | Gastric Ulcer | 02/11/2000 | 269 | • Endoscopy | | |
| | 0890/030 | 8368 | 30082 | 2121 | 03/30/2000 | / | Upper-GI Hemorrhage | 02/11/2000 | 269 | • Endoscopy | | Y |
| Naproxen | 0890/077 | 8459 | 77094 | 2078 | 12/16/1999 | N/N | Upper-GI Hemorrhage | 09/14/1999 | 121 | | | |
| Rofecoxib | 0890/111 | 8572 | 111010 | 2064 | 11/04/1999 | Y/N | Duodenal Ulcer | 09/24/1999 | 113 | • Endoscopy | | |
| Naproxen | 0890/096 | 8793 | 86048 | 2112 | 03/16/2000 | Y/N | Gastric Ulcer | 01/14/2000 | 188 | • Endoscopy | | |
| Naproxen | 0890/062 | 8900 | 62010 | 2033 | 08/02/1999 | Y/N | Gastric Ulcer | 06/25/1999 | 26 | • Endoscopy | | |
| Naproxen | 0890/003 | 8977 | 3025 | 2120 | 03/02/2000 | Y/N | Duodenal Ulcer | 02/09/2000 | 255 | • Endoscopy | | |
| | 0890/003 | 8977 | 3025 | 2120 | 03/02/2000 | Y/Y | Upper-GI Hemorrhage | 02/09/2000 | 255 | • Pt. Reported hematemesis/melena plus lesion plus significant bleeding/sigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Rofecoxib | 0890/005 | 9054 | 5072 | 2108 | 01/27/2000 | Y/N | Gastric Ulcer | 12/21/1999 | 208 | • Endoscopy | | |
| Naproxen | 0890/029 | 9224 | 29085 | 2035 | 08/02/1999 | Y/N | Gastric Ulcer | 07/05/1999 | 13 | • Endoscopy | | |
| Naproxen | 0890/021 | 10030 | 21084 | 2044 | 08/02/1999 | Y/N | Gastric Ulcer | 07/13/1999 | 43 | • Endoscopy | | |
| Naproxen | 0890/073 | 10064 | 73060 | 2091 | 01/27/2000 | Y/N | Gastric Ulcer | 11/19/1999 | 158 | • Endoscopy | | |
| | 0890/073 | 10064 | 73060 | 2091 | 01/27/2000 | Y/Y | Upper-GI Hemorrhage | 11/19/1999 | 158 | • Heme + stool plus lesion plus significant bleeding/sigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Gastric Ulcer |
| Naproxen | 0890/125 | 10087 | 125025 | 2109 | 02/10/2000 | Y/N | Gastric Ulcer | 12/15/1999 | 192 | • Endoscopy | | |
| Naproxen | 0890/125 | 10089 | 125028 | 2102 | 03/02/2000 | Y/N | Gastric Ulcer | 12/10/1999 | 179 | • Endoscopy | | |
| Rofecoxib | 0890/034 | 10097 | 34087 | 2043 | 02/10/2000 | Y/N | Duodenal Ulcer | 06/30/1999 | 10 | • Endoscopy | | |
| | 0890/034 | 10097 | 34087 | 2043 | 02/10/2000 | N/N | Upper-GI Hemorrhage | 06/30/1999 | 10 | | | |
| Naproxen | 0890/125 | 10135 | 125030 | 2080 | 12/16/1999 | Y/N | Duodenal Ulcer | 10/25/1999 | 126 | • Endoscopy | | |
| | 0890/125 | 10135 | 125030 | 2080 | 12/16/1999 | Y/N | Gastric Ulcer | 10/25/1999 | 126 | • Endoscopy | | |
| Rofecoxib | 0890/125 | 10136 | 125031 | 2056 | 11/04/1999 | Y/N | Duodenal Ulcer | 08/06/1999 | 45 | • Endoscopy | | |
| | 0890/125 | 10136 | 125031 | 2058 | 11/04/1999 | Y/N | Gastric Ulcer | 08/06/1999 | 45 | • Endoscopy | | |

VIGOR Final Adjudication Listing

Page 14 of 15

MRK-00420015703

MK-0966, Reference P088C, Appendix 4.15.5 (Cont.)          3179

| Drug | ID | | | | Date | Y/N | Diagnosis | Date | Num | Criteria | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Naproxen | 089/125 | 10138 | 126027 | 2101 | 01/27/2000 | Y/N | Gastric Ulcer | 12/08/1999 | 171 | • Endoscopy | | |
| Naproxen | 089/006 | 10145 | 6076 | 2029 | 08/12/1999 | Y/N | Gastric Ulcer | 08/25/1999 | 18 | • Endoscopy | | |
| | 089/006 | 10145 | 6076 | 2029 | 08/12/1999 | N/N | Upper-GI Hemorrhage | 08/25/1999 | 18 | • Endoscopy | | |
| Rofecoxib | 089/007 | 10152 | 7103 | 2034 | 09/02/1999 | Y/N | Duodenal Ulcer | 07/02/1999 | 22 | • Endoscopy | | |
| Rofecoxib | 089/038 | 10209 | 88050 | 2094 | 12/16/1999 | Y/N | Duodenal Ulcer | 11/15/1999 | 175 | • Endoscopy | | |
| Naproxen | 089/032 | 10281 | 32013 | 2037 | 12/6/1999 | N/N | Upper-GI Hemorrhage | 07/11/1999 | 34 | | | |
| Rofecoxib | 089/070 | 10473 | 70042 | 2048 | 11/04/1999 | Y/N | Duodenal Ulcer | 08/11/1999 | 56 | • Endoscopy | | |
| | 089/070 | 10473 | 70042 | 2048 | 11/04/1999 | Y/Y | Upper-GI Hemorrhage | 08/11/1999 | 56 | • Heme + stool plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Duodenal ulcer |
| Naproxen | 089/070 | 10487 | 70034 | 2069 | 11/18/1999 | Y/Y | Upper-GI Hemorrhage | 08/25/1999 | 84 | • Heme + stool plus significant bleeding/stigmata<br>• Pt. Reported hematemesis/melena plus significant bleeding/stigmata | • Upper-GI hemorrhage associated with significant bleeding/volume loss | Erosive gastritis |
| Naproxen | 089/069 | 10518 | 69048 | 2079 | 12/16/1999 | Y/N | Gastric Ulcer | 10/26/1999 | 131 | • Endoscopy | | |
| Naproxen | 089/120 | 10667 | 120031 | 2118 | 02/30/2000 | Y/N | Duodenal Ulcer | 02/09/2000 | 227 | • Endoscopy | | |
| | 089/120 | 10667 | 120031 | 2118 | 03/30/2000 | N/N | Upper-GI Hemorrhage | 02/09/2000 | 227 | | | |
| Naproxen | 089/078 | 10896 | 76098 | 2041 | 09/02/1999 | Y/Y | Duodenal Ulcer | 07/20/1999 | 28 | • Endoscopy | • Witnessed hematemesis | |
| | 089/078 | 10896 | 76098 | 2041 | 09/02/1999 | Y/Y | Gastric Ulcer | 07/20/1999 | 28 | • Endoscopy | • Witnessed hematemesis | |
| | 089/078 | 10896 | 76098 | 2041 | 09/02/1999 | Y/N | Upper-GI Hemorrhage | 07/20/1999 | 28 | • Witnessed hematemesis | | • Duodenal ulcer<br>• Gastric ulcer |
| Naproxen | 089/021 | 10927 | 21085 | 2081 | 12/16/1999 | Y/N | Duodenal Ulcer | 07/30/1999 | 39 | • Endoscopy | | |

MRK-00420015704

Table x

Confirmed PUBs

Analysis of Treatment by Concomitant Steriods Use 30 Days Or More in Study (Revised)

All-Patients-Randomized

| | None or Concomitant Steriods Use Less Than 30 Days in Study | | Concomitant Sertiods Use 30 Days Or More in Study | |
|---|---|---|---|---|
| | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 1756 | 1730 | 2291 | 2299 |
| Patients with events | 24 | 38 | 32 | 83 |
| Patient years at risk | 1139 | 1136 | 1559 | 1558 |
| Rate[1] | 2.11 | 3.35 | 2.05 | 5.33 |
| **Relative risk[2]** | | | | |
| Estimate | 0.63 | | 0.39 | |
| 95% CI | ( 0.38,  1.05) | | ( 0.26,  0.58) | |
| **Model Effects: Concomitant Steriods Use 30 Days Or More vs Not (Combined Treatments)[3]** | | | | |
| Estimate | 1.36 | | | |
| 95% CI | ( 1.00,  1.85) | | | |
| **Model Effects: Treatment by Subgroup Interaction[2]** | | | | |
| p-value | 0.142 | | | |

[1]Per 100 patient years at risk

[2]Cox model includes treatment, subgroup, and treatment by subgroup interaction

[3]Cox model includes treatment and subgroup main effect

MRK-NJ0123327