# Exhibit 10

David Y. Graham, M.D.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | § | MDL No. 1657 |
| Products Liability | § | |
| Litigation | § | SECTION L |
| _____ | § | |
| | § | |
| STATE OF LOUISIANA, | § | |
| ex rel. JAMES D. CALDWELL, | § | JUDGE ELDON E. |
| JR., Attorney General, | § | FALLON |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MAGISTRATE |
| | § | JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | § | |
| | § | |
| Defendant. | § | Case No. |
| | § | 05-3700 |
| | § | |

FRIDAY, JANUARY 15, 2010
—  —  —

Oral deposition of DAVID Y.
GRAHAM, M.D., held in the offices of
Matthews & Associates, 2905 Sackett Street,
Houston, Texas 77098, Houston, Texas
commencing at 9:30 a.m., on the above date,
before Minnie Cadena-Meche, Registered Merit
Reporter.
—  —  —

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

David Y. Graham, M.D.

1   mishmash of events; and they found

2   significance.  But then when you went down

3   and looked at even the most important group,

4   those with confirmed complicatedness, they

5   still won.

6            So at that point, you would say

7   this was a successful study; and the

8   hypothesis is proven that Vioxx is less

9   dangerous, as far as these important events,

10  than is naproxen.

11       Q.    Okay.  Go ahead.

12       A.    And then you go home.  And then

13  you say then Dr. -- but the reviewer now is

14  saying, Is this really true, or is this

15  really true or not?  You got to do this

16  analysis.  So Dr. Jewell does the analysis;

17  and he shows it's not true.  That when I take

18  out the people who are taking steroids, the

19  difference goes away; and it statistically

20  goes away.  So therefore, what I felt when I

21  got the data and read it, they fooled me; and

22  they had, therefore, fooled everyone.

23       Q.    Okay.

24       A.    And, therefore, people were

David Y. Graham, M.D.

```
 1    taking this drug that probably shouldn't have
 2    taken it.  They had heart attacks.  I mean,
 3    to me, this is a serious problem.
 4              MR. JOSEPHSON:  Objection,
 5         nonresponsiveness.
 6    BY MR. JOSEPHSON:
 7         Q.    Doctor, I want to go back
 8    because I'm not sure you answered my
 9    question.
10              My question was:  Did you know
11    that a statistical difference existed from
12    the time VIGOR was published up until the
13    present from reading the VIGOR manuscript
14    itself between patients receiving naproxen
15    and a corticosteroid and patients receiving
16    Vioxx and a corticosteroid?
17              MR. ARBITBLIT:  Objection,
18         form.
19         A.    Did I know there was a
20    statistical difference?  Yes, I think so.  I
21    think so.
22    BY MR. JOSEPHSON:
23         Q.    Okay.  So you already knew --
24    the paper itself tells you, does it not,
```

David Y. Graham, M.D.

```
1    decreased in here would be with some NSAIDs
2    in some instances.
3    BY MR. JOSEPHSON:
4         Q.     Okay.  So you agree but it --
5    with full-dose naproxen, for example?
6         A.     But if you are just telling GPs
7    out there what to do, it's not misleading.
8         Q.     Okay.  And then, let me ask you
9    this:  They go on and say that the -- in this
10   last paragraph of the section, not the last
11   paragraph of the article, but the last
12   paragraph of the section -- they say the
13   Vioxx gastrointestinal safety of rofecoxib
14   trial evaluated the GI safety of rofecoxib
15   among patients with rheumatoid arthritis.  In
16   this large-scale trial, rofecoxib users had
17   50% fewer GI events compared with naproxen
18   users.  That's the published data from the
19   VIGOR trial, correct?
20        A.     That's the published outcome
21   from the VIGOR trial.
22        Q.     Right.  And you agree with
23   that -- even you agree with that if someone
24   is -- if the naproxen patient is taking a
```

David Y. Graham, M.D.

1    steroid and the Vioxx patient is taking a

2    steroid, you agree that there is at least a

3    50% reduction when compared to Vioxx and

4    naproxen in the VIGOR trial, correct?

5         A.    I agree that a subgroup in

6    there shows a big difference; but it's

7    misleading, in the fact that -- if you just

8    said, "rofecoxib users" because the largest

9    group of users have no benefit or no

10   significant benefit.

11        Q.    Now, that's not in the paper.

12   That's your opinion, correct?

13             MR. ARBITBLIT:  Object to form.

14        A.    That's my interpretation of the

15   re-analysis -- appropriate analysis of the

16   paper.

17   BY MR. JOSEPHSON:

18        Q.    By this Jewell?

19        A.    By Dr. Jewell at Berkeley.

20        Q.    Well, it doesn't matter to me

21   if you said he was at Harvard, Doctor.

22        A.    They are equivalent.

23        Q.    Then it goes on and it says --

24   and this is what I want to ask you about:

David Y. Graham, M.D.

```
 1          Q.     Go ahead.
 2          A.     So that was the endpoint they
 3   set out to prove; and they said we proved it.
 4                 Now, you know, you're right, I
 5   then go on to say, Well, they won; but it
 6   wasn't a total victory.  But now that I know
 7   what I know, I know it wasn't even -- they
 8   didn't even win.
 9                 What should have happened when
10   they finished VIGOR is that study of the drug
11   should have died at that point.  And when it
12   died, there is no reason to give the drug
13   because his whole reason for existence said
14   it's only going to be useful for people who
15   have rheumatoid arthritis and take steroids.
16   It didn't work otherwise.
17                 And so the drug is still on the
18   market.  It's still being sold.  They are
19   still handing out their little doctor things
20   that say that it's like placebo and people
21   are dying of heart attacks.  None of that
22   needed to happen.
23                 MR. JOSEPHSON:  Objection,
24        nonresponsive.
```