# Exhibit 13





JUN 1 2000

*Original Submission*

INSTITUTE
FOR WORK & HEALTH
INSTITUT DE RECHERCHE
SUR LE TRAVAIL ET
LA SANTÉ

250 Bloor Street East
Suite 702
Toronto, Ontario
Canada M4W 1E6

Tel: (416) 927-2027
Fax: (416) 927-4167

Web site:
http://www.iwh.on.ca

# MEMORANDUM

**To:**    Peter Brooks, Ruben Burgos-Vargas, Thomas Capizzi,
Barry Davis, Richard Day, Marcos Ferraz, Chris J. Hawkey,
Marc Hochberg, Tore Kristian Kvien, Loren Laine,
Alise Reicin, Thomas J. Schnitzer, Arthur Weaver

**From:**   Claire Bombardier

**Date:**   June 12th, 2000

**Re:**    New England Journal of Medicine Manuscript

Please find enclosed the final copy of the paper sent to the NEJM.
Hopefully, they will be able to turn it around quickly.

Regards,

Claire Bombardier, MD, FRCP(C)

CB/ch

Enclosures:
1) Copy of letter sent to NEJM dated May 18th, 2000
2) Manuscript "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial"

MRK-NJ0245554



4667 5119 4480

**INSTITUTE
FOR WORK · HEALTH**
INSTITUT DE RECHERCHE
SUR LE TRAVAIL ET
LA SANTE

250 Bloor Street East
Suite 702
Toronto, Ontario
Canada M4W 1E6

Tel: (416) 927-2027
Fax: (416) 927-4167

Web site:
http://www.iwh.on.ca

18 May 2000

Robert D. Utiger, MD
Deputy Editor
New England Journal of Medicine
10 Shattuck Street
Boston, MA 02115-6094

Dear Dr. Utiger:

Enclosed please find an original manuscript entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial", for your consideration for publication in the *Journal*. We performed a single, prospective, randomized study in 8,000 patients with rheumatoid arthritis, a population at high risk for GI clinical events.

The results of this study demonstrate improved GI safety with a selective COX-2 inhibitor versus a standard, widely used non-selective NSAID in a "real-life" clinical outcomes setting. Given that NSAIDS are among the most commonly used medications in the world, and the significant benefit for patients from a reduction in gastrointestinal morbidity, we ask that you please consider this manuscript for an expedited review.

As we discussed during our recent telephone conversation, a preliminary analysis of the data showed a reduction in the number of myocardial infarctions in naproxen patients compared to those taking rofecoxib. The study Steering Committee was notified and Merck & Co., Inc issued a communication to all Investigators amending current ongoing protocols to allow patients to use low dose aspirin. At the time of the Investigator communication a public statement was also released. Specific results of the study were not disclosed.. In addition, the results of this study were submitted as a peer-reviewed abstract and will be included in an oral presentation at Digestive Diseases Week. The contents of this manuscript, however, have not been published or submitted elsewhere.

This manuscript has been read and approved by all authors. Each author has signed a statement (which is enclosed) attesting to his or her fulfillment of the authorship criteria as described in the Uniform Requirements.

We respectfully request that the following individuals *not* be considered as potential reviewers of this manuscripts: Drs. Lee Simon, Jay Goldstein, and Fred Silverstein. Furthermore, we would suggest Drs. Walter Peterson and John Isenberg to be considered as reviewers.

MRK-NJ0245555

One original, 2 copies of the manuscript and a computer disk are provided. Microsoft Word 97 is the word processing program that was used. Drs. Alise Reicin and Deborah Shapiro are employees of, and therefore have a financial interest in, Merck & Co., Inc.

Thank you for your careful review of this manuscript. We would be happy to provide any additional supporting data if necessary.

All correspondence regarding this manuscript may be addressed to:

Claire Bombardier, MD
Institute for Work and Health
250 Bloor Street E.
Suite 702
Toronto, Ontario M4W 1E6
(416) 927-2027 x 2133
(416) 927-4167 (fax)

All the best,

Claire Bombardier, MD

Loren Laine, MD

Deborah Shapiro, DrPH

Barry Davis, MD, PhD

Marcos Bosi Ferraz, MD, PhD

Marc Hochberg, MD

Thomas Schnitzer, MD, PhD

Alise Reicin, MD

Rubén Burgos-Vargas, MD

Richard Day, MD

Christopher J. Hawkey, MD

Tore K. Kvien, MD

Arthur Weaver, MD

MRK-NJ0245556



# Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR[1] Trial

Authors:     Claire Bombardier MD, Loren Laine MD, Alise Reicin MD, Deborah
             Shapiro DrPH, Ruben Burgos-Vargas MD, Barry Davis MD PhD, Richard
             Day MD, Marcos Bosi Ferraz MD PhD, Christopher J Hawkey MD, Marc C
             Hochberg MD, Tore K. Kvien MD, Thomas J Schnitzer MD PhD, and
             Arthur Weaver MD for the VIGOR Study Group


From the Institute for Work and Health, Toronto, Canada (C.B.); GI Division, Dept. of
Medicine, USC School of Medicine, Los Angeles, CA (L.L.); Merck & Co., Inc., Rahway,
NJ (A.R., D.S.); Universidad Nacional Autonoma de Mexico, Faculty of Medicine and
Research Division, Hospital General de Mexico, Mexico (R.B.-V.); University of Texas-
Houston, School of Public Health, Houston, TX (B.D.); Dept. of Clinical Pharmacology,
University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.);
Division of Rheumatology, Dept. of Medicine, Escola Paulista de Medicina,
Universidade Federal de São Paulo, Brazil (M.B.F.); School of Medical and Surgical
Sciences, Division of Gastroenterology, University Hospital, Nottingham, England
(C.J.H.); Division of Rheumatology and Clinical Immunology, University of Maryland,
Baltimore, MD (M.C.H.); Oslo City Dept. of Rheumatology, Diakonhjemmet Hospital,
Oslo, Norway (T.K.V.); Office of Clinical Research and Training, Northwestern
University School of Medicine, Chicago, IL (T.J.S.); and Arthritis Center of Nebraska,
Lincoln, NE (A.W.). Address reprint requests to Dr. Claire Bombardier, Institute for
Work and Health, 250 Bloor Street East, Suite 702, Toronto, Ontario, Canada M4W
1E6.

Running Title:     Comparison of Rofecoxib and Naproxen on the Incidence of
                   Clinically Important Upper GI Events

Supported by a grant from Merck & Co., Inc.

Word Count: 3670


[1] Vioxx® Gastrointestinal Outcomes Research

MRK-NJ0245557

I, as an author of the manuscript entitled, "Comparison of Rofecoxib, a Highly Selective Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial," attest that I have fulfilled the authorship criteria of the Uniform Requirements.

I have made substantial contributions to:

a) conception and design, or analysis and interpretation of data, and to
b) drafting the article or revising it critically for important intellectual content, and to
c) final approval of the version to be published

Claire Bombardier, MD
Institute for Work & Health
250 Bloor Street E., Suite 702
Toronto, Ontario M4W 1E6

MRK-NJ0245681

I, as an author of the manuscript entitled, "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR Trial," attest that I have fulfilled the authorship criteria of the Uniform Requirements.

I have made substantial contributions to:

a) conception and design, or analysis and interpretation of data, and to
b) drafting the article or revising it critically for important intellectual content, and to
c) final approval of the version to be published


*Alise Reicin*

Alise Reicin, MD
Director, Clinical Research
Merck & Co., Inc.
126 E. Lincoln Avenue
Rahway, NJ 07076

MRK-NJ0245683

Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 inhibitor) on the Incidence of Clinically Important Upper Gastrointestinal Events: The VIGOR[1] Trial

Authors:     Claire Bombardier MD, Loren Laine MD, Alise Reicin MD, Deborah Shapiro DrPH, Ruben Burgos-Vargas MD, Barry Davis MD PhD, Richard Day MD, Marcos Bosi Ferraz MD PhD, Christopher J Hawkey MD, Marc C Hochberg MD, Tore K. Kvien MD, Thomas J Schnitzer MD PhD, and Arthur Weaver MD for the VIGOR Study Group

From the Institute for Work and Health, Toronto, Canada (C.B.); GI Division, Dept. of Medicine, USC School of Medicine, Los Angeles, CA (L.L.); Merck & Co., Inc., Rahway, NJ (A.R., D.S.); Universidad Nacional Autonoma de Mexico, Faculty of Medicine and Research Division, Hospital General de Mexico, Mexico (R.B.-V.); University of Texas-Houston, School of Public Health, Houston, TX (B.D.); Dept. of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); Division of Rheumatology, Dept. of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, Brazil (M.B.F.); School of Medical and Surgical Sciences, Division of Gastroenterology, University Hospital, Nottingham, England (C.J.H.); Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore, MD (M.C.H.); Oslo City Dept. of Rheumatology, Diakonhjemmet Hospital, Oslo, Norway (T.K.V.); Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago, IL (T.J.S.); and Arthritis Center of Nebraska, Lincoln, NE (A.W.). Address reprint requests to Dr. Claire Bombardier, Institute for Work and Health, 250 Bloor Street East, Suite 702, Toronto, Ontario, Canada M4W 1E6.

Running Title:     Comparison of Rofecoxib and Naproxen on the Incidence of Clinically Important Upper GI Events

Supported by a grant from Merck & Co., Inc.

Confidential - Subject To Protective Order



## ABSTRACT

**Background**  Clinical upper GI events occur in 2-4 % per year of patients taking non-selective nonsteroidal antiinflamatory drugs (NSAIDs). Highly selective COX-2 inhibitors are associated with a lower incidence of endoscopic ulcers as well as clinically important GI events (in combined analyses) compared to non-selective NSAIDs. We tested whether rofecoxib, a selective inhibitor of COX-2 would decrease the incidence of clinically important upper GI events compared with the non-selective NSAID, naproxen in patients with rheumatoid arthritis (RA).

**Methods** Eight thousand seventy-six patients ≥50 years of age (or ≥40 years of age and on chronic corticosteroids) with RA were randomly assigned in a double blind manner to rofecoxib 50 mg qd  or naproxen 500 mg bid. The primary endpoint was the incidence of confirmed clinical upper GI events (gastroduodenal perforation or obstruction, upper GI bleeding, symptomatic gastroduodenal ulcers); complicated clinical upper GI events was a secondary endpoint.  Endpoints were reviewed and

2

MRK-NJ0245558

adjudicated by an independent, blinded committee.



***Results***  During a median follow-up of 9.0 months, 2.1 GI events per 100 patient years

occurred with rofecoxib versus 4.5 with naproxen (relative risk, 0.46; 95% CI, 0.33 to

0.64; p<0.001). Complicated event rates were 0.6 per 100 patient years with rofecoxib

versus 1.4 with naproxen (relative risk, 0.43; 95% CI, 0.24 to 0.78; p=0.005). The

incidence of myocardial infarctions was lower with naproxen than rofecoxib (0.1% vs

0.4%; 95% CI of difference 0.07 to 0.57); yet mortality and cardiovascular mortality

were similar between treatment groups.

***Conclusions***  In patients with RA, treatment with rofecoxib, a selective inhibitor of

COX-2, leads to significantly fewer clinically important upper GI events compared with

the non-selective inhibitor, naproxen.

Key Words: cyclooxygenase-2 inhibitor, duodenal ulcer, gastric ulcer, rofecoxib,

rheumatoid arthritis, GI outcomes

3

MRK-NJ0245559



Nonsteroidal antinflammatory drugs (NSAIDs) are among the most commonly used medications in the world [1]. A major factor limiting NSAID use is gastrointestinal (GI) toxicity. Endoscopic studies reveal that 15-30% of patients regularly taking NSAIDs develop gastric or duodenal ulcers [2]. Although endoscopic ulcers appear to be a surrogate for ulcer complications, the development of clinically important GI events, such as bleeding, is the major concern regarding NSAID use. It has been estimated that over 100,000 patients are hospitalized and 16,500 die every year in the U.S. related to NSAID-associated GI events [3,4].

Most NSAIDs inhibit both cyclooxygenase (COX) isoenzymes involved in prostaglandin synthesis, COX-1 and COX-2 [5]. COX-1 is constitutively expressed and generates prostanoids involved in maintenance of GI mucosal integrity and platelet aggregation[6], while at sites of inflammation, COX-2 is induced to generate prostaglandins which mediate inflammation and pain [7]. The anti-inflammatory effects of non-selective NSAIDs (dual COX-1/COX-2 inhibitors) therefore appear to be mediated via inhibition of COX-2 [8], while the harmful effects in the GI tract as well as the anti-

4

MRK-NJ0245560

platelet effects are believed to occur primarily via inhibition of COX-1 [5].

In prior trials, COX-2 selective inhibitors provided anti-inflammatory and analgesic efficacy which was comparable to non-selective NSAIDs [810-12] but induced markedly less GI injury as compared to non-selective NSAIDs [12-15]. Two double-blind 6-month endoscopic studies, which included over 1500 patients, found that ulcer rates with the COX-2 selective agent, rofecoxib, were significantly lower than rates with the non-selective NSAID, ibuprofen, and were similar to those seen with placebo [13,14]. However, whether a decrease in ulcers identified in endoscopic studies translates into a comparable decrease in clinical GI events is a matter of controversy. To confirm that clinically important upper GI events, as well as the subgroup of more serious complicated upper GI events, are decreased with rofecoxib in patient populations requiring long term treatment with NSAIDs, we performed a single prospective, randomized, double-blind outcomes trial comparing rofecoxib and naproxen in over 8000 patients with rheumatoid arthritis (RA).

5

MRK-NJ0245561



## METHODS

### Study Population

Patients with RA ≥ 50 years old (or ≥ 40 years old and on chronic steroid

therapy) requiring NSAID treatment for at least one year were eligible.  Patients were

excluded if they had a history of another inflammatory arthritis; prior upper GI surgery;

inflammatory bowel disease; an estimated creatinine clearance of ≤ 30 mL/min; fecal

occult blood at baseline; unstable medical disease; malignancy in the prior 5 years;

cerebrovascular events in the previous 2 years; myocardial infarction or coronary artery

bypass graft in the previous year; alcohol or drug abuse within the previous 5 years;

morbid obesity; or requirement for aspirin, ticlopidine, anticoagulants, cyclosporin,

misoprostol, sucralfate, proton-pump inhibitors, or prescription doses of $H_2$-receptor

antagonists.

### Study Design

The study was conducted at 308 centers in 22 countries.  Three to 14 days after

6

MRK-NJ0245562

discontinuing NSAIDs, eligible patients were randomly assigned by a computer-generated allocation schedule to either rofecoxib (Vioxx®; Merck & Co., Inc., Whitehouse Station, NJ) 50 mg once daily or naproxen 500 mg twice daily. Allocation was stratified by a history of gastroduodenal ulcer, upper GI bleeding, or gastroduodenal perforation. Blinding was achieved by use of a matching placebo for each study medication.

Patients were permitted to take acetaminophen, non-NSAID analgesic medications, corticosteroids, and disease-modifying agents (e.g., methotrexate) for control of their rheumatoid arthritis. Patients were also allowed to take antacids and $H_2$-receptor antagonists to the following maximum doses: ranitidine 150 mg daily; famotidine 20 mg daily; cimetidine 400 mg daily; nizatidine 150 mg daily. They were not permitted to take nonstudy NSAIDs, anticoagulants, cyclosporin, ticlopidine, sucralfate, misoprostol, or proton pump inhibitors. The use of concomitant low-dose aspirin was prohibited and patients were not to have discontinued its use to participate in this study.

7

MRK-NJ0245563

*After randomization, patients returned to clinic at 6 weeks, 4 months, and every 4*

months thereafter until the study was terminated. Patients were also seen at the time

they terminated from the study . Patients received phone calls from the study center at

week 10 and every 4 months thereafter until  study termination.  Study drug compliance

was assessed by pill count at clinic visits and by questioning of patients during

scheduled phone contacts.

Laboratory studies, including hemoglobin and hematocrit, were performed at all

visits.  A non-directed interview at each study visit was used to elicit adverse

experiences from patients.

The protocol and  informed consent were approved  by the  institutional review

board or ethical review committee at each center and all patients gave written informed

consent.  The study was conducted in accordance with ethical considerations for the

protection of patients as outlined in the Declaration of Helsinki and was led by a

Steering Committee. The safety of study participants was monitored by an independent

Data Safety Monitoring Board. An independent, external Endpoint Adjudication

8

MRK-NJ0245564

Committee reviewed blinded data and classified events according to predefined criteria

(Table 1). Because highly selective COX-2 inhibitors do not inhibit COX-1 mediated

platelet aggregation, there is a possibility that therapy with non-selective COX-1/COX-2

inhibitors would result in a lower incidence of cardiovascular events than COX-2

selective inhibitors. Therefore, in all ongoing rofecoxib studies (including this trial),

cardiovascular events are being monitored and adjudicated by blinded, independent

committees; a separate analysis of these events for this trial however, was not

prespecified.


**Study Endpoints**

        To obtain results that reflect event rates in actual practice, this trial was

designed as an outcomes study in which the evaluation and management of patients

with potential clinical upper GI events was performed according to the standard practice

of the physicians caring for the patient. Patients who discontinued from the study prior

to its completion were contacted at 14 and 45 days after the last dose of study

9

MRK-NJ0245565



medication, and at the completion of the study to determine whether a clinical upper GI event had occurred.

Only events judged to be confirmed by the blinded Endpoint Adjudication Committee according to prespecified criteria (Table 1) and occurring during treatment or within 14 days of study drug discontinuation were included in the primary analysis.

A prespecified analysis was performed to assess all cases of GI bleeding (including confirmed and unconfirmed upper GI bleeding, and bleeding from a site beyond the duodenum resulting in hospitalization, study discontinuation, or a 2 g/dl drop in hemoglobin).

**Efficacy Assessments**

Both the investigator and the patient completed a Global Assessment of Disease Activity questionnaire (0= very well to 4=very poor) at baseline (after discontinuing prestudy NSAID), 6 weeks, 4 months, 12 months and at the discontinuation visit. These

10

MRK-NJ0245566

global questionnaires are part of the American College of Rheumatology core set of

recommended outcome measures for trials in rheumatoid arthritis [16].


**Statistical Analysis**

The primary hypothesis was that the risk of confirmed clinical upper GI events

(gastroduodenal perforation or obstruction, upper GI bleeding, symptomatic

gastroduodenal ulcers) would be reduced in patients taking rofecoxib as compared to

patients taking naproxen.  Secondary hypotheses were that  the risk of confirmed,

complicated events (perforation, obstruction, severe upper GI bleeding), and the risk of

confirmed and unconfirmed clinical upper GI events would be lower in patients taking

rofecoxib.

The study was designed to continue until a minimum of 120 patients had

confirmed clinical GI events, a minimum of 40 patients had confirmed, complicated

events, and until 6 months after the last patient was randomized.  A minimum of 6

months for all patients was chosen to ensure a sufficient NSAID exposure and

11

MRK-NJ0245567



reasonable follow-up for the development of clinical events. A group sequential design with an early stopping guideline, which allowed for an interim analysis and preserved the overall Type I error probability of $\alpha=0.05$, was employed. For the primary endpoint in the final analysis, the p-values and confidence intervals quoted were adjusted to reflect the one interim analysis that was performed. For other analyses, the nominal p-values were employed.

The targeted number of 120 patients provided at least 97% power ($\alpha=0.05$, two-tailed) to detect a $\geq$ 50% reduction in events. Survival analytic methods were used to assess the time to the first clinical GI event during the entire study period. A Cox proportional hazards model was used to compare survival curves between treatment groups with treatment as an explanatory factor and presence or absence of a prior history of GI events as a stratification factor. Global Assessment of Disease Activity was analyzed as the mean change from baseline over the treatment period using an analysis of variance model with factors of treatment and prior GI event history and with baseline value as a covariate.

12

MRK-NJ0245568

The primary population for analysis comprised all patients randomized.  A per-protocol analysis was performed as a secondary analysis, in which subjects who substantively violated the protocol, based on predefined criteria and determined before unblinding, were excluded. Subgroup analyses were performed using a Cox regression model. Treatment -by-subgroup interaction was determined to assess whether the effect of rofecoxib as compared to naproxen was consistent in the subgroups. General safety data were assessed by evaluating 95% confidence intervals on the differences in proportions of each adverse experience[17]

## RESULTS

**Patient Characteristics**

Between January 1999 and July 1999, 8076 patients were enrolled in the study (Figure 1). The median follow-up was 9.0 months in both treatment groups (range, 0.5-13 months). A total of 5742 (71.1%)  patients completed the study. Discontinuation rates were comparable between treatment groups (Figure 1). Compliance

13

MRK-NJ0245569

measurements demonstrated 99% of patients in both treatment groups took medication

$\geq$ 75% of study days.

Baseline characteristics of the patients are shown in Table 2. There were no

clinically important differences among the treatment groups. At baseline, approximately

55% of patients took corticosteriods for the treatment of rheumatoid arthritis.


**Gastrointestinal Safety**

Confirmed clinical upper GI events occurred in 177 patients. In 53 of these

patients the event was complicated.  An additional 13 patients had events reported by

investigators that were judged by the Adjudication Committee to be unconfirmed.

The time to development of confirmed upper GI events and complicated events

are shown in Figures 2 and 3. The rate of clinical upper GI events per 100 patient-years

was 2.1 for rofecoxib and 4.5 for naproxen, and the relative risk for rofecoxib vs.

naproxen was 0.46 (95% CI 0.33 to 0.64; p<0.001) (Table 3). The rate of confirmed

complicated events per 100 patient-years was 0.6 for rofecoxib and 1.4 for naproxen,

14

MRK-NJ0245570



and  the relative risk for rofecoxib vs. naproxen was 0.43 (0.24 to 0.78; p = 0.005). The

crude incidence of specific upper GI events are shown in Table 4. Two confirmed upper

GI events (2 perforations in rofecoxib treated patients) occurred after only one dose of

study therapy and likely resulted from prior NSAID use.

The relative risk of serious upper GI bleeding was 0.37  (95% CI: 0.19 to 0.73; p

= 0.004). The analysis of all GI bleeding episodes revealed that 1.2 per 100 patient

years patients taking rofecoxib had a GI bleeding episode as compared to 3.0 per 100

patient years patients taking naproxen: relative risk of 0.38 (0.25 to 0.57; p < 0.001.

The rates for GI bleeding from sites beyond the duodenum were also significantly

decreased in the rofecoxib group: relative risk of 0.46 ( 95% CI, 0.22 to 0.94; p =

0.032).

Additional analyses were performed to confirm the results of the primary

analysis. A per-protocol analysis, of the 7925 patients without substantive protocol

violations, demonstrated relative risks for confirmed clinical upper GI events and

complicated events for rofecoxib vs. naproxen of 0.42 (0.30 to 0.59; p < 0.001) and

15

0.39 (0.21 to 0.72; p = 0.003), respectively. The significant decrease with rofecoxib was

also maintained in an intention to treat analysis of all confirmed upper GI events

(including confirmed events which occurred in prematurely discontinued patients up

until the time of study termination).

Subgroup analyses revealed no significant treatment-by-subgroup interaction in

the following subgroups: prior GI events, age, gender, race, corticosteroid use, and

study site location (Figure 4). Treatment with rofecoxib significantly reduced the

incidence of clinical GI events regardless of H. pylori serology (HM-CAP, Enteric

Products, NY) status at baseline; although, a significant treatment-by-subgroup

interaction was seen with H. pylori (p = 0.043). The relative risk for clinical GI events for

rofecoxib vs. naproxen was 0.32 (95% CI, 0.19 to 0.52) in H. pylori-negative patients

and 0.62 (95% CI, 0.40 to 0.95) in H. pylori-positive patients.

**General Safety**

16

MRK-NJ0245572

The general safety of rofecoxib and naproxen was similar to that reported in previous studies [18,19]. Mortality was 0.5% in the rofecoxib group and 0.4% in the naproxen group (95% CI of difference, -0.2 to 0.5). Cardiovascular mortality was 0.2% in both treatment groups. Ischemic cerebrovascular events occurred in 0.2% of patients in each treatment group. Myocardial infarctions were less common in the naproxen group than the rofecoxib group: 0.1% vs 0.4% (95% CI of difference, 0.1 - 0.6%). Four percent of the study population met FDA criteria for aspirin use for secondary cardiovascular prophylaxis (history of myocardial infarction, unstable or stable angina, cerebrovascular accident, transient ischemic attack , angioplasty , coronary bypass) [20] but were not on low dose aspirin therapy. These patients accounted for 38% of the myocardial infarctions in the study. The difference in myocardial infarction rate between treatments in the other 96% of patients was much less apparent : rofecoxib (0.2%) vs. naproxen (0.1% ) (95% CI of difference, -0.1 to 0.3%). Since both nonselective NSAIDs and COX-2 selective inhibitors are occasionally associated with hypertension[21], the association between hypertension and myocardial infarctions was explored. There

17

MRK-NJ0245573

was no correlation between hypertension and myocardial infarctions; only a single

patient (in the rofecoxib group) experienced both hypertension and a myocardial

infarction.

The most common adverse events leading to discontinuation from the study,

excluding the GI endpoints, were dyspepsia, abdominal pain, epigastric discomfort,

nausea, and heartburn (Table 5). The total number of patients who discontinued due to

any of these 5 upper GI symptoms was 151 (3.7%) in the rofecoxib and 213 (5.3%) in

the naproxen group (95% CI of difference, -2.5 to -0.6 %) (Table 5). The

discontinuation rates due to all gastrointestinal adverse events, including both

symptoms and endpoints, were 7.8% for rofecoxib and 10.6% for naproxen (95% CI of

difference -4.2 to -1.6%).

**Efficacy**

Both patient and investigator Global Assessment of Disease Activity scores

showed similar efficacy:  An identical decrease of 0.5 (on a scale of 0-3) from baseline

18

MRK-NJ0245574



to the final visit in each of the treatment groups. In addition, drop-out rates due to lack

of efficacy were both low and similar with rofecoxib (6.3%) and naproxen (6.5%).

## DISCUSSION

This large, randomized double-blind GI outcomes study demonstrates that

treatment with rofecoxib, at twice the maximal dose approved for chronic use, results in

significantly decreased rates of clinically important upper GI and complicated upper GI

events (54% and 57%, respectively) as compared with a non-selective NSAID

administered at a standard dose. Although the optimum dose of rofecoxib for the

treatment of rheumatoid arthritis has yet to be determined, data from a prior study

indicate that maximum efficacy is achieved at 25 mg[22]. Comparison of a higher dose,

50 mg rofecoxib, to a standard dose of naproxen (1000 mg) thus provided a more

rigorous test of rofecoxib's GI safety.

19



MRK-NJ0245575

The robustness of these estimates is strongly supported by other secondary analyses. Comparable results were obtained when reported events which were unconfirmed by the external adjudication committee were added to the confirmed cases (Table 3) and in a per-protocol analysis in which patients with substantive protocol violations were removed (relative risk reductions of 58% and 61% for clinical upper GI events and complicated events, respectively).

The only prior prospective experimental outcome study (Silverstein et al) of NSAID-associated GI events reported that 0.95% of rheumatoid arthritis patients had upper GI complications over 6 months [23]. This study also demonstrated that misoprostol administered with NSAIDs decreased the risk of upper GI complications by 40% over 6 months. These results are comparable to the 6-month cumulative incidence of complicated upper GI events with naproxen in this study of 0.75% (Figure 3). In comparison, the relative risk reduction of GI complications with rofecoxib was 67% at 6 months in this study (Figure 3)

20

MRK-NJ0245576

The results of this study confirm, and are consistent with, the prespecified combined analysis of 8 double-blind, efficacy studies in patients with osteoarthritis that demonstrated a 50% reduction in the incidence of clinically important upper GI events with rofecoxib as compared to non-selective NSAIDS [24]. Patients with rheumatoid arthritis have been noted to have an increased risk of developing upper GI events compared to osteoarthritis patients [4]. Thus, the results of this study are consistent with those of the combined analysis and extend these findings to a high risk patient population.

Previous studies have clearly documented significant decreases in the development of endoscopic ulcers with the use of COX-2 selective inhibitors as compared to non-selective NSAIDs [12-14]. However, whether results from endoscopic ulcer trials can be extrapolated to clinical GI events has been a matter of controversy and uncertainty, leading to the need for large prospective outcome studies. Results from two identical multinational studies including over 1500 patients revealed that the relative risk reduction in endoscopic ulcers with rofecoxib 50 mg daily as compared to a

21

MRK-NJ0245577



non-selective NSAID (ibuprofen 800 mg tid) at 6-months was 71% [13,14]. Thus, our

results support the concept that results of endoscopic ulcer trials can be extrapolated to

clinical GI events. In prior studies rofecoxib had rates of endoscopic ulcers which were

similar to placebo [13,14]. The current trial could not include a placebo group. However,

the relative risk reduction in complicated GI events demonstrated with rofecoxib (0.46

for confirmed events; 0.43 for confirmed and unconfirmed events) as compared to

naproxen is similar to the relative risk of 0.36 found in a large meta-analysis comparing

non-NSAID users to NSAID users [25].

Although NSAID use has most commonly been associated with upper GI

complications, some reports suggest that lower GI tract complications also are

increased [26,27]. Not only is this study the first prospective experimental study to

demonstrate a significant decrease in serious upper GI bleeding (a 62% risk reduction

with rofecoxib as compared to naproxen), it is the first study to document an decrease

in lower GI clinical events in patients treated with COX-2 selective inhibitors. The risk of

22

MRK-NJ0245578

bleeding from sites beyond the upper GI tract was reduced by 54% with rofecoxib as compared to naproxen.

GI symptoms are an extremely common complaint with NSAID use, as demonstrated by the fact that the 5 most common adverse events leading to discontinuation were upper GI symptoms.  Although GI symptoms are poorly correlated with the development of endoscopic ulcers or clinical GI events [28], there was a significant decrease in discontinuations due to GI symptoms  with rofecoxib as compared to the nonselective NSAID, naproxen (Table 6).

Although efficacy of therapy was not the primary focus of this study, patients in the rofecoxib and naproxen groups showed similar levels of response, based on the Patient and Investigator Global Assessment of Disease Activity and incidence of discontinuation due to lack of efficacy, in concert with the significant decrease in clinical upper GI events.

Overall mortality, as well as deaths due to GI events and cardiovascular causes were comparable in the two treatment groups.  A significantly lower incidence of

23

MRK-NJ0245579

myocardial infarction was noted with naproxen as compared to rofecoxib: 0.1% vs.

0.4%. This difference was primarily accounted for by the 4% of the study population

with the highest risk of an MI (ie, a past history of MI, unstable or stable angina, stroke,

TIA, angioplasty or coronary bypass, in whom low-dose aspirin is indicated according to

the U.S. product circular for aspirin)[20]. The difference in myocardial infarctions was

much less pronounced and not significant between rofecoxib and naproxen in the 96%

of the population without indications for aspirin as secondary prophylaxis.

Naproxen inhibits thromboxane production by 95% and platelet aggregation by

88% over its dosing interval [29], effects that are mediated via inhibition of COX-1;

therefore naproxen may be expected to have cardiovascular protective effects similar to

aspirin. This possibility is supported by the low event rates observed in this study in the

patients on naproxen who were at high risk for a cardiovascular event. Flurbiprofen,

another NSAID which is a potent inhibitor of platelet-derived thromboxane, led to a 50%

reduction in reinfarction and coronary revascularization as compared with placebo in

24

MRK-NJ0245580

patients successfully treated for acute myocardial infarction with thrombolysis and/or angioplasty [30].

COX-2 selective inhibitors and non-selective NSAIDs both may decrease production of prostacyclin, a vasodilator and an inhibitor of platelet aggregation [31,32]. It has been theorized that the inhibition of prostacyclin without the concomitant inhibition of thromboxane could potentially be pro-thrombotic [32]. However, this theoretical risk was not demonstrated with rofecoxib in placebo-controlled studies. Combined analyses of randomized double-blind trials including 7535 patients with osteoarthritis or Alzheimer's disease show similar rates of cardiovascular adverse events and myocardial infarctions with rofecoxib, placebo, or the non-selective NSAIDs (e.g. diclofenac) which, unlike naproxen, do not maintain maximal inhibition of platelet aggregation over their dosing interval [33] (Personal Communication from Dr. Ray Bain). Thus, our results are consistent with a cardioprotective effect of naproxen; and highlight that rofecoxib does not provide this protection due to its selective of inhibition of COX-2 at and above it's therapeutic dose. It will be important to determine if the difference in

25

MRK-NJ0245581

myocardial infarctions from the post-hoc analysis in this study will be demonstrated in

the planned analysis across all placebo and NSAID comparator controlled trials of

rofecoxib.

In summary, the use of the COX-2 selective inhibitor, rofecoxib, significantly

decreases the development of clinically important upper GI events as compared to a

non-selective NSAID, while achieving comparable clinical effectiveness. Only forty-one

persons would need to be treated with rofecoxib instead of naproxen to prevent one

clinical upper GI event in one year. This number compares favorably to other

interventions such as the use of cholesterol lowering statins, where the number need to

treat per year to prevent one coronary event ranges from 63 to 256 persons[34]. The

improved GI safety of rofecoxib has been independently demonstrated in patients with

either osteoarthritis or rheumatoid arthritis thus implying that these results can be

extrapolated to a broad patient population.

26

MRK-NJ0245582

MRK-NJ0245583

Table 1. Criteria for Clinical GI Events

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Event |
|---|---|---|
| Perforation due to gastric or duodenal ulcer | Perforation (non-malignant) confirmed by<br>1) Endoscopy<br>2) Surgery<br>3) Free intra-abdominal air or contrast extravasation on x-ray<br>4) Autopsy | All perforations are complicated |
| Obstruction due to gastric or duodenal ulcer | Postprandial nausea and vomiting ≥ 24 hours and narrowing of distal stomach or duodenum due to non-malignant ulcer documented by:<br>1) Endoscopy<br>2) Surgery<br>3) Radiography<br>4) Autopsy | All obstructions are complicated |
| Upper GI Bleeding | Bleeding fulfilling one of the following:<br>1) Healthcare provider-witnessed hematemesis or bloody gastric aspirate<br>2) Healthcare provider witnessed melena<br>3) Active bleeding by endoscopy, surgery,or angiography | Significant bleeding/volume loss* |

27

MRK-NJ0245584

4) occult blood with documented upper GI lesion judged to be source and  associated with:

   a) significant bleeding/volume loss*

   b) visible vessel, clot, or pigmented spot on ulcer at endoscopy

5) Patient-reported hematemesis or melena with upper GI lesion judged to be the source

   and associated with either:

   a) significant bleeding/volume loss*

   b) visible vessel, clot, or pigmented spot on ulcer at endoscopy

   4) and ass

Gastric or Duodenal Ulcer        Gastric or duodenal ulcer confirmed by:        Ulcer with upper GI bleeding (healthcare

   1) Endoscopy                                                                 provider-witnessed hematemesis, melena, or

   2) Surgery                                                                   active bleeding at endoscopy, surgery or

   3) Upper GI Contrast Radiography                                             angiography.)

   4) Autopsy

* 1) Decrease in hemoglobin ≥ 2 g/dl;

2) Orthostatic change in pulse > 20, in systolic blood pressure > 20 mm Hg, or in diastolic blood pressure > 10 mm Hg;

3) Other evidence of significantly reduced circulatory volume (i.e. significant hypotension corrected by volume replacement); or

4) Blood transfusion

28

Table 2: Baseline characteristics of the patients

| Characteristic | Rofecoxib | Naproxen |
|---|---|---|
| | (n = 4047) | (n = 4029) |
| Age (yr) | 58.0 ± 9.5 | 58.2 ± 9.6 |
| Female sex | 3223 (79.6) | 3216 (79.8) |
| Ethnic group | | |
| White | 2761 (68.2) | 2750 (68.3) |
| Black | 207 (5.1) | 202 (5.0) |
| Asian | 101 (2.5) | 85 (2.1) |
| Hispanic | 501 (12.4) | 516 (12.8) |
| Other | 478 (11.8) | 476 (11.8) |
| Duration of disease | | |
| Unknown | 3 (0.1) | 6 (0.1) |
| < 2 yr | 430 (10.6) | 455 (11.3) |
| 2 - 10 yr | 1991 (49.2) | 1996 (49.5) |
| > 10 yr | 1623 (40.1) | 1572 (39.0) |
| Positive Rheumatoid factor | 2946 (72.7) | 2967 (73.6) |
| Prior NSAIDs[†] | 3321 (82.1) | 3331 (82.7) |
| Treatment for Rheumatoid Arthritis | | |
| Corticosteroids | 2260 (55.8) | 2263 (56.2) |

29

MRK-NJ0245585

| | | |
|---|---|---|
| Methotrexate | 2263 (55.9) | 2269 (56.3) |
| Other DMARDs[2] | 1847 (45.6) | 1826 (45.3) |
| GI Medication[3] | 466 (11.5) | 426 (10.6) |
| Prior history of gastrointestinal events | 314 (7.7) | 316 (7.8) |
| Patient global disease activity[4] | 1.96 ± 0.93 | 1.99 ± 0.94 |
| Investigator global disease activity[4] | 1.85 ± 0.80 | 1.87 ± 0.78 |
| ACR [5]Functional Class | | |
| I | 881 (21.8) | 830 (20.6) |
| II | 2160 (53.4) | 2199 (54.5) |
| III | 928 (22.9) | 932 (23.1) |
| IV | 78 (1.9) | 68 (1.7) |

Plus-minus values are means ± SD. All other values are numbers of patients followed in parentheses by the percentage of the group

[1] Nonsteroidal antiinflammatory drugs

[2] Disease-modifying antirheumatic drugs

[3] H2-receptor antagonists, proton pump inhibitor, misoprostol, sulcrafate

[4] On a scale of 0 = very well to 4 = very poor

[5] American College of Rheumatology

30

MRK-NJ0245586

Table 3. Comparison of Clinical GI Events in the Treatment Groups

| | Rate Per 100 Patient Years | | Relative Risk |
|---|---|---|---|
| | Rofecoxib (N=4047) | Naproxen (N=4029) | (95% CI; p-value)[1] |
| Confirmed Clinical Upper GI Events | 2.1 | 4.5 | 0.46 (0.33 to 0.64; p<0.001) |
| Confirmed, Complicated Upper GI Events | 0.6 | 1.4 | 0.43 (0.24 to 0.78; p=0.005) |
| Confirmed and Unconfirmed Clinical Upper GI Events[2] | 2.2 | 4.9 | 0.44 (0.32 to 0.60; p<0.001) |
| Confirmed and Unconfirmed Upper GI Complicated Events[3] | 0.6 | 1.6 | 0.40 (0.23 to 0.71; p=0.002) |
| All GI Bleeding Events | 1.2 | 3.0 | 0.38 (0.25 to 0.57; p<0.001) |

[1] For the primary endpoint a 95.44% CI and p-value, adjusted for the interim analysis, are presented.

[2] Includes the 13 events which were reported by investigators but were unconfirmed by the Endpoint Adjudication Committee. These analyses were predefined.

[3] Includes 6 events which were reported by investigators but were unconfirmed complicated events by the Endpoint Adjudication Committee.

CI = Confidence Interval

See Table 1 for definitions of clinical Upper GI events and complicated events

31



MRK-NJ0245587



## Table 4: Confirmed Upper GI Events

| Type of UGI Event | All Confirmed Upper GI Events | | All Confirmed, Complicated Upper GI Event | |
|---|---|---|---|---|
| | Rofecoxib (N=4047) | Naproxen (N=4029) | Rofecoxib (N=4047) | Naproxen (N=4029) |
| | n (%) | n (%) | n (%) | n (%) |
| Perforations[1] | 3 (0.1) | 4 (0.1) | 3 (0.1) | 4 (0.1) |
| Gastric ulcers | 28 (0.7) | 81 (2.0) | 1 (<0.1) | 6 (0.1) |
| Duodenal ulcer | 27 (0.7) | 39 (1.0) | 3 (0.1) | 5 (0.1) |
| Obstructions[1] | 1 (<0.1) | 0 (0.0) | 1 (<0.1) | 0 (0.0) |
| Bleed events | 14 (0.4) | 35 (0.9) | 12 (0.3)[2] | 32 (0.8)[3] |
| Total | 56 (1.4) | 121 (3.0) | 16 (0.4) | 37 (0.9) |

Note: Patients may be counted in more than one row, but are only counted once in total.

[1] Perforations and obstructions are complicated by definition.

[2] Cause/ source of bleeding: 5 gastric ulcers, 5 duodenal ulcers, 3 "other" upper GI sources. One patient in the rofecoxib treatment group had both a gastric and duodenal ulcer as the cause/ source of bleeding.

[3] Cause/ source of bleeding: 16 gastric ulcers, 9 duodenal ulcers, 7 "other" upper GI sources.

32

MRK-NJ0245588

Table 5: Most common adverse events leading discontinuation

| Adverse event | Rofecoxib | Naproxen | Difference (95% CI) |
|---|---|---|---|
| | (N = 4047) | (N = 4029) | |
| | n (%) | n (%) | |
| Dyspepsia | 43 (1.1%) | 56 (1.4%) | -0.3 (-0.8 to 0.2) |
| Abdominal Pain | 27 (0.7%) | 48 (1.2%) | -0.5 (-1.0 to -0.1) |
| Epigastric Discomfort | 19 (0.5%) | 49 (1.2%) | -0.7 (-1.2 to -0.3) |
| Nausea | 34 (0.8%) | 32 (0.8%) | 0.0 (-0.4 to 0.5) |
| Heartburn | 28 (0.7%) | 28 (0.7) | 0.0 (-0.4 to 0.4) |
| Total patients discontinuing for any of the above symptoms | 151 (3.7%) | 213 (5.3%) | -1.6 (-2.5 to -0.6) |

33

MRK-NJ0245589



Figure 1

Patients
Considered
N = 9539

Patients
Randomized
N = 8076

Primary Reasons for
Exclusion
N = 1457
Contraindication to Long-term
Naproxen Rx - 246 (16.8%)
Fecal Occult Blood (+) at
Baseline - 203 (13.9%)

Received
Rofecoxib 50 mg
N = 4047

Received
Naproxen 1000 mg
N = 4029

Discontinued
N = 1185 (29.3%)

Clinical AE - 645 (15.9%)
Laboratory AE - 22 (0.5%)
Lack of efficacy - 256 (6.3%)
Withdrew consent - 138 (3.4%)
Protocol violation - 74 (1.8%)
Other - 50 (1.2%)

Discontinued
N = 1149 (28.5%)

Clinical AE - 636 (15.8%)
Laboratory AE - 12 (0.3%)
Lack of efficacy - 263 (6.5%)
Withdrew consent - 130 (3.2%)
Protocol violation - 58 (1.4%)
Other - 50 (1.2%)

Completed Study
N = 2862 (70.7%)

Completed Study
N = 2880 (71.5%)                    34

MRK-NJ0245590

Figure 2

Primary Endpoint - Confirmed PUBs
Time-to-Event Plot (All Patients Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3641 | 3402 | 3180 | 2806 | 1073 | 533 |
| Naproxen | n=4029 | 3644 | 3389 | 3163 | 2796 | 1071 | 513 |

35

MRK-NJ0245591

**Figure 3**



Confirmed Complicated PUBs
Time-to-Event Plot (All Patients Randomized)

| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3644 | 3407 | 3181 | 2806 | 1072 533 |
| Naproxen | n=4029 | 3646 | 3394 | 3170 | 2800 | 1074 514 |

36

MRK-NJ0245592

Figure 4



## Relative Risk of Confirmed PUBs with 95% CI†
## Within Prespecified Subgroup Cohorts

Relative Risk of Rofecoxib to Naproxen

†95.44% CI for total cohort (adjusted for interim analysis)

Elderly: Age > 65
Non-Elderly: Age < 65

37



MRK-NJ0245593

Reference List

1. Misoprostol for co-prescription with NSAIDs [editorial]. Drug Ther Bull 1990; 28:25-26.

2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin N Am 1996; 6:489-504.

3. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. N Engl J Med 1999; 340:1888-1897.

4. Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective - 1997. J Rheumatol 1998; 25:8-16.

5. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt B, Sleisenger M, editors. Sleisenger and Fordtran's Gastrointestinal and Liver Disease. 6 ed. Philadelphia: Saunders, 1998:343-357.

6. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993; 268:6610-6614.

38

MRK-NJ0245594



7. Fosslein E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998; 28:67-81.

8. Mitchell JA, Akaraasereenont P, Thiemermann C, Flower RJ, Vane JR. *Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase.* Proc Natl Acad Sci USA 1994; 90:11693-11697.

9. Day R, Luza A, Castaneda O, Strusberg A, Bolognese J, Seidenberg B, et al. Rofecoxib, A cox-2 specific inhibitor (C-2SI), had clincial efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Annals Rheumatic Diseases 1999; 860 Abstract.

10. Cannon G, Caldwell JR, Holt P, McLean B, Seindenberg B, Bolognese J, et al. *Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium:* Results of a One-Year, Randomized, Clinical Trial in Patients with Osteoarthritis of the Knee and Hip. Arthritis Rheum 2000; 43(5): 978-987.

11. Ehrich EW, Schnitzer TJ, McIlwain H, Levy R, Wolfe F, Weisman M, et al. Effect

39



MRK-NJ0245595

of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind,

placebo controlled pilot study of rofecoxib. J Rheumatol 1999; 26:2438-2447.

12. Simon LS, Weaver AL, Graham DY, Kivitz A, Lipsky PE, Hubbard RC, et al. Anti-

inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis:

a randomized controlled trial. JAMA 1999; 282:1921-1928.

13. Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H, et al. A

randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2 specific

inhibitor, with that of Ibuprofen on the gastroduodenal mucosa of patients with

osteoarthritis. Gastroenterology 1999; 117:776-783.

14. Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E, et al.

Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), Ibuprofen,

and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a

randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000; 43:370-

377.

15. Emery P, Zeidler H, Kvien TK, Guslandi M, Naudin R, Stead H, et al. Celecoxib

40

MRK-NJ0245596

versus diclofenac in long-term management of rheumatoid arthritis: randomized

double-blind comparison. Lancet 1999; 354:2106-11.

16. Felson DT, Anderson JJ, Boers M, Bombardier C, Furst DE, Goldsmith CH, et al.

American College of Rheumatology. Preliminary definition of improvement in

rheumatoid arthritis. Arthritis Rheum 1995; 38:727-735.

17. Fleiss JL. Stastical methods for rates and proportions. 2nd ed. New York: John

Wiley & Sons, 1991.

18. U.S. Package Circular: VIOXX® (rofecoxib tablets and oral suspension). 1999

19. U.S. Package Circular: Naproxen. 1999

20. U.S. Package Circular: Genuine BAYER® Aspirin. 1996.

21. Brater DC. Effects of nonsteroidal anti-inflammatory drugs on renal function: focus

on cyclooxygenase-2-selective inhibition. Am J Med 1999; 107:65S-71S.

22. Schnitzer TJ, Truitt K, Fleischmann R, Dalgin P, Block J, Zeng Q, et al. The

safety profile, tolerability, and effective dose range of rofecoxib in the treatment of

rheumatoid arthritis. Clinical Therapeutics 1999; 21:1688-1702.

41

MRK-NJ0245597

23. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, et al.  Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs.  Ann Intern Med 1995;  123:241-249.

24. Langman MJ, Jensen DM, Watson DJ, Harper ES, Zhoa PL, Quan H, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDS.  JAMA 1999;  282:1929-1933.

25. Gabriel SE, Jaakkimainen L, Bombardier C.  Risk for serious gastrointestinal complications related to use of nonsteroidal anti-inflammatory drugs.  Ann Intern Med 1991;  115:787-796.

26. Langman MJS, Morgan L, Worrall A.  Use of anti-inflammatory drugs by patients admitted with small or large bowel perforations and haemorrage.  BMJ 1985; 290:347-349.

27. Feldman M, McMahon AT.  Do cyclooxygenase-2 inhibitors provide benefits similar to those of traditional nonsteroidal anti-inflammatory drugs, with less

42

MRK-NJ0245598

gastrointestinal toxicity? Ann Intern Med 2000; 132:134-143.

28.  Singh G, Ramey DR, Morfeld D, Shi H, Hatoum HT, Fries JF.  Gastrointestinal

     tract complications of nonsteroidal anti-inflammatory drug treatment in rheumatoid

     arthritis. A prospective observational cohort study. Arch Intern Med 1996; 156

     (14):1530-1536

29.  Schwartz JI, VanHecken A, DeLepeleire I, Depre M, Wong P, Ebel LD, et al.

     Comparative inhibitory activity of rofecoxib (MK-0966,VIOXX), Meloxicam,

     Diclofenac, Ibuprofen and Naproxen on Cox-2 vs Cox-1 in healthy female

     volunteers.  Annals Rheumatic Diseases 1999; 206 Abstract.

30.  Brochier M.  Evaluation of flurbiprofen for prevention of reinfarction and

     reocclusion after successful thrombolysis or angioplasty in acute myocardial

     infarction. Eur Heart J 1993; 14:951-957.

31.  Catella-Lawson F, McAdam B, Morrison BW, Kapoor S, Kujubu D, Antes L, et al.

     Effects of specific inhibition of cyclooxygenase-2 on sodium balance,

     hemodynamics, and vasoactive eicosanoids.  J Pharmacol Exp Ther 1999;

43

MRK-NJ0245599

289:735-741.

32. McAdam BF, Catella-Lawson F, Mardini IA, Kapoor S, Lawson JA, FitzGerald GA.

    Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: the human

    pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci USA 1999;

    96:272-277.

33. Daniels B, Seindenberg B. Cardiovascular Safety Profile of Rofecoxib in

    Controlled Clinical Trials. Arthritis Rheum 1999; Suppl:S143 Abstract.

34. Kumana CR, Cheung BMY, Lauder IJ. Gauging the impact of statins using

    number needed to treat. JAMA 1999; 282:1899-1901.

44

MRK-NJ0245600

## ACKNOWLEDGMENTS

We are indebted to Christopher T. Brett, Dayna Carroll, Russell Cender, Edward Chafart, Laurine Connors, Gary Gartenberg, Nicole Gillies, Richard Holmes, Paige Reagan, Douglas J. Watson, Debora P.L. Weiss and Qinfen Yu for their substantial contributions.

## APPENDIX

The following persons participated in the VIOXX Gastrointestinal Outcomes Study: **International Steering Committee:** A. Reicin, C. Bombardier, L. Laine, M. Hochberg, R. Day, T. Capizzi, P. Brooks, R. Burgos-Vargas, B. Davis, M. Ferraz, C. Hawkey, T. Kristian Kvien, T. Schnitzer, A. Weaver; **Data Safety Board:** M. Weinblatt (Chair); D. Bjorkman, J. Neaton, A. Silman, R. Sturrock; **Endpoint Adjudication Committee:** M. Griffen (Chair), D. Jensen, M. Langman; **Investigators: Argentina:** E. DiGiorgio, H. Laborde, O. Messina, A. Strusberg; **Australia:** J. Bertouch, R. Day, G. McColl, P. Ryan, S. Sharma; **Brazil:** R. Bonfiglioli, C. Borges, J. Brenol, N. da Silva, M. Ferraz, F. Lima, C. Moreira, G. Novaes, A. Pessoa, F. Petean, S. Radominski, A. Samara, B. Souza; **Canada:** T. Anastassiades, M. Atkinson, A. Beaulieu, M. Bell, M. Camerlain, J. Canvin, M. Cohen, J. Hanly, J. Karsh, T. McCarthy, W. Olszynski, P. Patel, Y. Pesant, W. Pruzanski, K. Siminovitch, J. Thorne, N. Verdejo-Aguilar; **Chile:** L. Barria, C. Fuentealba, L. Massardo, P.Riedemann, L. Roca, H. Rossi; **Columbia:** M. Abello, P.Chalem, M. Jannault,

45



J. Molina; **Costa Rica:** R. Alpizar, H. Garcia-Sancho; **Czech Republic:** L. Konecna, K. Pavelka, M.

Sealackova, J. Vitova, R. Ahora; **Ecuador:** R. Villacis; **Finland:** M. Hakala, P.Hannonen, T. Helve, M.

Nissila; **Germany:** R. Alten, M. Gaubitz, E. Gromnica-Ihle, H. Hantzschel, G. Hein, M. Keysser, R.

Kurthen, B. Lang, F. Mielke, U. Muller-Ladner, C. Richter, M. Schattenkirchner, M. Schneider, H.

Sorenson, E. Waldorf-Bolten, H. Walnatz, S. Wassenberg; **Guatemala:** E. Julian, R. Palomo; **Hong**

**Kong:** C. Lau; **Israel:** D. Buskila, A. Nahir, I. Rosner; **Malaysia:** S. Yeap; **Mexico:** R. Burgos, I. Garcia de

la Torre, F. Irazoque, J. Arozco Alcala; **New Zealand:** P. Jones, L. McLean, C. Rajapakse; **Norway:** H.

Gulseth, K. Helgetveit, A. Johannessen, C. Kaufmann, O. Knudsros, T. Kvien, K. Mikkelsen, B. Rossebo,

G. Sidenwall; **Peru:** A. Calvo Quioz, M. Gustavo, A. Hilgado, L. Portocarrero, E. Vera Bejar; **Poland:** J.

Badurski, J. Brzezicki, M. Bykowska, I. Fiedorowicz-Fabrycy, J. Gaweda, P. Gluszki, B. Konieczna, S.

Mackiewicz, J. Pazdur, L. Szczepanski, J. Szechinski; **Singapore:** J. Thumboo; **South Africa:** I.

Anderson, D. Gottlieb, A. Jacovides, A. Lubbe, G. Mody, M. Tikly; **Turkey:** M. Konice, Y. Kutsal, H. Yazici;

**United States: Alabama:** , G. Divititorio, S. Fallahi, D. McLaine, W. Shergy, M.S. Touger, G. Williams;

**Arizona:** B.Harris, P. Howard, D. Michel, L. Taber, J. Tesser, M. Maricic; **California:** E. Boiling; M.

Brandon, G. Dolan, R. Dore, M. Greenwald, D. Haselwood, M. Keller, K. Kolba, C. Multz, R. Reid, D.

Stanton, C. Weidmann, S. Weiner, J. Higashida; **Colorado:** S. Kassan, R. Lapidus, D. Scott, J.

Thompson, C. Van Kerchov; **Connecticut:** E. Feinglass, J. Green, R. Schoen,; **Florida:** M. Beilian, C.

Chappel, J. Forstot, P. Freeman, N. Gaylis, B. Germain, M. Guttierrez, M. Heier, T. Johnson, M. Kaufman,

46

MRK-NJ0245602



R. Levin, M. Lowenstein, A. Marcadis, M. Mass, S. Matthews, H. Mcilwain, J. Miller, M. Nunez, H.

Offenberg, J. Popp, A. Reddy, W. Riskin, A. Rosen, Y. Sherrer, K. Stark, A. Torres; Georgia: J.

Lieberman; Iowa: M. Brooks; Idaho: F. Dega, C. Scoville, C. Wiesenhutter; Illinois: F. Dietz, I. Fenton,

M. Pick, R. Trapp, J. Zuzga, M. Ellman, G. Liang; Indiana: C. Arsever, R. Khairi, M. Stack, R. Fife;

Kansas: N. Becker, P. Ginder, R. Lies; Louisianna: W. Eversmeyer, P. Sedrish, L. Serebro;;

Massachusetts: C. Birbara, A. Dahdul, S. Helfgott, J. Hosey, S. Miller, R. Rapoport; Maryland: R.

Marcus, D. McGinnis, N. Wei, T. Zizic, M. Hochberg; Maine: L. Anderson, S. Block; Michigan: P.

Coleman, R. Roschmann, H. Uhl, J. Taborn;Missouri T. Weiss Montana: S. English,; North Carolina: G.

Arnold, W. Chmelewski, G. Collins, W. Harperm R. Harrell, T. Littlejohn, G. Schimizzi, R. Senter, A.

Kashif; Nebraska: W. Palmer, A. Weaver; New Hampshire: B. Samuels, J. Trice; New Jersey: S.

Golombek, H. Hassman, R. Hymowitz, C. Knee, D. Macpeek, R. Marcus, G. Rihacek, J. Rohlf, D. Worth;

New Mexico: K. Bordenave; Nevada: S. Miller; New York: P. Chatpar, M. Farber, A. Kaell, A. Porges, P.

Riccardi, C. Ritchlin; Ohio: T. Isakov, B. Long, D. Mandel, B. Rothschild, D. Schumacher, R. Sievers, S.

Wolfe, K. Hackshaw, M. Hooper, R. Rothenberg; Oklahoma: C. Codding, R. Hynd, J. McKay, L. Jacobs;

Pennsylvania: R. Kimelheim, A. Kivitz, W. Makarowski, G. McLaughlin, J. McMillen, R. Reese, J.

Weisberg; Rhode Island: J. Scott; South Carolina: C. Barfiels, M. Brabham, K. Flint; Tennessee: C.

Arkin, R. Gupta, R. Krause, H. Marker, T. Namey, L. Robinson, P. Wheeler, B. Tanner; Texas: A.

Brodsky, F. Burch, W. Chase, A. Chubick, D. Halter, J. Rutstein; Utah: J. Booth; Virginia: C. Fisher, A.

47

MRK-NJ0245603



Goldstein; Washington: W. Eider, R. Ettinger, R. Levy; Wisconsin: M. Pearson, G. Fiocco; Venezuela:

A. Posadas-Escuardi;

48

MRK-NJ0245604