# Exhibit 14

To: Bolognese, James A.; Reicin, Alise S.
From: Yu, Qinfen
Cc Shapiro, Deborah R.; Oppenheimer, Leonard
Bcc:
Date: 2000-09-01 19:25:47
Subject: RE: VIGOR sub-group analysis request

---

So, just to give you a heads up, here are updated subgroup table and listings you requested. Please consider it preliminary because I I'd like to take another look of my programming logic next week if we still have time.
Thanks,

(Alise, I got 4 patients from naproxen group on this list, please take a look at my notes in the attachment)

Qinfen
p.s. I initially thought about grouping by a hybrid of prior and concomitant steroid use criterions, including the scenarios of prior meds either didn't continue into study treatment period or those prior meds continued into study period. I thought we could probably apply certain time-window restriction on those Rx start, stop dates and PUB event date. But then it seems to be too complex to "go fishing" on my hunch.

---

From: Reicin, Alise S.
Sent: Friday, September 01, 2000 12:30 PM
To: Bolognese, James A.; Yu, Qinfen
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Quinfen
I am in total agreement with your thoughts. That is what precipitated the new request. It was clear from the listing you provided that of the 4 patients on rofecoxib and 14 on naproxen, all but 3 had been on continuous steroids since before the start of the study but did not reach the inclusion in the 30 day cut off becuase their event was <30 days after randomization. We wanted to include these patients
Alies

---

From: Yu, Qinfen
Sent: Friday, September 01, 2000 11:45 AM
To: Reicin, Alise S.; Bolognese, James A.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

I'll get started working on this based on Jim's feedback.

In my humble opinion, in order to capture total exposure of steroids, it seems we need to examine prior steroids along with concomitant steroids. For example, patient could have had extensive prior steroids use but stopped just a few days before randomization and then had a event shortly thereafter. If we were looking at concomitant use alone, this patient would fall into <30 day group, but that's not the true nature of corticosteroid exposure for this patient. I guess my thinking would make programming more complex, I am not a fan of using post-randomization subgroups, but since we are already re-thinking this analysis and what our hypotheses are, we might as well consider all scenarios and possible critiques.

Qinfen

---

From: Bolognese, James A.
Sent: Friday, September 01, 2000 10:44 AM

To: Reicin, Alise S.; Yu, Qinfen
Subject: RE: VIGOR sub-group analysis request

Alise,
you're in a better position that I to answer these, but my input would be as indicated by my insertions below.
Jim

---

From: Yu, Qinfen
Sent: Friday, September 01, 2000 10:35 AM
To: Reicin, Alise S.; Bolognese, James A.
Subject: RE: VIGOR sub-group analysis request
Importance: High

First, an advance warning since I'll need time to think through programming logic with regard to pulling both concomitant and prior therapy data and especially those prior therapy continuing into after study randomization. It seemed from your data listing that you already had the start date of the corticosteroid Rx from before the study start (there were start dates of Rx years before the study & no stop dates indicating continuous Rx), so it seems that you don't need to get the prior Rx for these patients.

Secondly, could you please clarify the specification:

patients on corticosteroids for at least 30 days or, for patients in the study less than 30 days, on continuous corticosteroid therapy for at least 30 days stretching back prior to study start.

* patients on corticosteroids for at least 30 days

? = count from day 1 to discon+14
I'd say to count from date of event or discon (which ever is earlier) back the 30 days

* patients in the study less than 30 days, on continuous corticosteroid therapy for at least 30 days stretching back prior to study start.

this is for patients who had concomitant steroids usage continuing from prior therapy, then we'll stretch back prior to study start
(or) ?? any patient who's study duration <30 days, need to look for all steroids use from prior and concomitant therapy, and since you said "continuous" , I have another question: if patient had two non-overlapping periods, should we add # of days from different periods or not?
continuous means continuous from the date of discon or event (whichever is first), back into prior Rx & the continuous range should be at least 30 days to get into the "at least 30 days" group.

Sorry for asking this many questions.

Qinfen

---

From: Bolognese, James A.
Sent: Friday, September 01, 2000 10:09 AM
To: Reicin, Alise S.; Yu, Qinfen
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

yes, Qinfen, you're right - the specification was too vague to account for patients with events less than 30 days into the study. So, I just discussed this with Alise and we agreed on the following modification.

the "at least 30 days" group should be re-defined as follows:

patients on corticosteroids for at least 30 days or, for patients in the study less than 30 days, on continuous corticosteroid therapy for at least 30 days stretching back prior to study start.

So, could you please re-run the analysis table for this subgroup and its complement, and re-run the listing for the patients in the complement group (i.e., not on corticosteroids for at least 30 days)?

thanks for your patience and cooperation & sorry for the confusion & iterations,
Jim

---

From: Yu, Qinfen
Sent: Friday, September 01, 2000 9:49 AM
To: Reicin, Alise S.; Bolognese, James A.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: FW: VIGOR sub-group analysis request

Jim,

Thanks for the comments. However, our current query counts for concomitant steriods usage IN STUDY, thus the time interval of RXstart and RXstop are truanucated from Day 1 to the date of discon + 14 days -- just as you pointed out in your initial email. If there is a need to revise query logic, I'd be happy to comply.

Please see more detailed reply in the attachment. Thanks,

Qinfen

---

From: Bolognese, James A.
Sent: Friday, September 01, 2000 7:55 AM
To: Reicin, Alise S.; Yu, Qinfen
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Qinfen,
please see my comments in the attachment - it seems that there are some inconsistencies in the listing - perhaps we need to discuss the conventions for the query.
Jim

---

From: Yu, Qinfen
Sent: Thursday, August 31, 2000 4:21 PM
To: Bolognese, James A.; Reicin, Alise S.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

For those who had primary endpoint event, 4 rofecoxib and 14 naproxen patients used concomitant steroids but did not reach the 30-day cutoff for the subgroup. Page 1 in the attached is a list of these 18 patients by treatment group. Listing from pages 2-4 included those who did not have concomitant steroids in addition to those who had concomitant use but failed to meet 30-day cutoff.

Attached file contains info on AN, rel days for endpoint event, concomitant meds start and stop days and exact dates and concomitant meds dose and frequencies. The listing also contain study start and discon dates since we counted 30-day period from day 1 to discon+14 days.

Qinfen

<<File: adhoc_crxstrds.doc>>

---

From: Reicin, Alise S.
Sent: Thursday, August 31, 2000 2:10 PM
To: Bolognese, James A.; Yu, Qinfen

Cc: Shapiro, Deborah R.; Oppenheimer, Leonard; Stepanavage, Michael E.
Subject: RE: VIGOR sub-group analysis request

Quinfen
Would a listing of ANs with rel days of concomitant steroids and rel days of PUBs be easier than a graphic display? If there are only a few patients on steroids in this group then all we need is the listing and we can look up the info in TDR. This info is important because we are in the last stages of negotiation with the NEJM. We are concerned that even if they accept our changes, that they will have the reviewer who keeps insisting that rofecoxib only provides benefit in steroid users write a damaging editorial. We are hopeful that this new analysis will provide further proof that he/she is misinterpreting the data
alise

---

From: Yu, Qinfen
Sent: Thursday, August 31, 2000 2:03 PM
To: Bolognese, James A.; Reicin, Alise S.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard; Stepanavage, Michael E.
Subject: RE: VIGOR sub-group analysis request

I think I can get the simple list of ANs to you by tomorrow, but the graphic display with reldays is not likely to be ready...

50% of my time is assigned to another project, but I have not worked on anything other than VIGOR/Vioxx since Tuesday. Between ad-hoc requests, and now my new assignment of supporting pulling data from various Vioxx studies for the upcoming CV meta-analysis, I really do not have enough time. I need some input on prioritizing these things. Thanks,

Qinfen

---

From: Reicin, Alise S.
Sent: Thursday, August 31, 2000 12:58 PM
To: Yu, Qinfen; Bolognese, James A.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Quinfen
How hard is this and what would the timing be?
alise

---

From: Bolognese, James A.
Sent: Thursday, August 31, 2000 12:57 PM
To: Yu, Qinfen
Cc: Reicin, Alise S.; Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Qinfen,
there's a follow-up request on these results that Alise would like. For the patients in the 30-day corticosteriod use analysis who did NOT have corticosteriods for 30 or more days, it is desired to know which of the patients with events (confirmed PUBs) may have took corticosteroids prior to their event and when in relation to their event (i.e., the rel-day of corticosteroid use and the rel-day of the event). Note that this is for all patients in the less-than 30-day corticosteroid use group who had events. Alise mentioned that you have made a graphic to display similar type of information, and if possible, such a graphic would be useful. However, this should be accompanied by a list of the patients & their rel-days of corticosteroid use & events.
thanks,
Jim

---

From: Yu, Qinfen
Sent: Wednesday, August 30, 2000 10:18 AM
To: Bolognese, James A.; Reicin, Alise S.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Below are preliminary results for the analysis of primary endpoint in the concomitant subgroups requested:

concomitant steroids with cutoff = 50% of time in study <<File: pubc14cstrds1.rtf.doc>>

concomitant steroids with cutoff = 30 days in study <<File: pubc14cstrds2.rtf.doc>>

Note setups for these subgroups are not straight forward since we have to deal with dose frequencies "as needed" or "twice a week" alike. I followed our convention to apply weights in computing %time or # of days on concom meds, eg. weight=2/7 for "twice a week" etc. We assigned weight=1 for "as needed" since there wasn't other better ways to quantify it. The results are preliminary, and the setup program will need to be validated if we decide to make any of these claims.

Qinfen

---

From: Reicin, Alise S.
Sent: Tuesday, August 29, 2000 11:34 AM
To: Yu, Qinfen; Bolognese, James A.
Cc: Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: RE: VIGOR sub-group analysis request

Just to follow up on Jims note, we recieved another letter from the NEJM--they are insisting that we say in the discussion that rofecoxib may not be beneficial in patients with RA not on steroids. We dont feel this is justified and thought that if the concomitant use data looked different we may have more data to convince the NEJM
Alise

---

From: Bolognese, James A.
Sent: Tuesday, August 29, 2000 11:31 AM
To: Yu, Qinfen
Cc: Reicin, Alise S.; Shapiro, Deborah R.; Oppenheimer, Leonard
Subject: VIGOR sub-group analysis request

Qinfen,
In Deborah's & Len's absence this week, Alise called me with a request related to publication of the VIGOR manuscript. Because of the non-significant, but numerically apparent interaction of GI events in the corticosteroid users vs. non-corticosteriod users (I believe 30% vs. 60% reductions were the figures Alise quoted), Alise has requested that you run two additional sub-group analyses of the primary GI end point based on concomitant corticosteroid use. Realizing that this is a potentially treatment-related covariate, it may provide additional information to address the issue. So, if you could categorize the patients into those who used concomitant corticosteroids (list based on one you already have or get from Alise) for at least 50% of their days in the study (Day 1 until discon + 14 days I think the rule was) vs. those who used it less than 50% of their days, and run the standard sub-group analysis for the primary end point based on this categorization, it would be much appreciated.

Also, instead of 50%, use minimum of 30 days of concomitant corticosteroid use vs. less than 30 days.

thanks,

Jim

---

Attachments:

adhoc_crxstrds_30day_rule.doc
pubc14cstrds4.rtf

MRK-NJ0123325

Table x
Confirmed PUBs
Analysis of Treatment by Concomitant Steriods Use 30 Days Or More in Study (Revised)
All-Patients-Randomized

| | **None or Concomitant Steriods Use Less Than 30 Days in Study** | | **Concomitant Sertiods Use 30 Days Or More in Study** | |
|---|---|---|---|---|
| | **Rofecoxib** | **Naproxen** | **Rofecoxib** | **Naproxen** |
| N | 1756 | 1730 | 2291 | 2299 |
| Patients with events | 24 | 38 | 32 | 83 |
| Patient years at risk | 1139 | 1136 | 1559 | 1558 |
| Rate[1] | 2.11 | 3.35 | 2.05 | 5.33 |
| **Relative risk[2]** | | | | |
| Estimate | 0.63 | | 0.39 | |
| 95% CI | ( 0.38, 1.05) | | ( 0.26, 0.58) | |
| **Model Effects: Concomitant Steriods Use 30 Days Or More vs Not (Combined Treatments)[3]** | | | | |
| Estimate | 1.36 | | | |
| 95% CI | ( 1.00, 1.85) | | | |
| **Model Effects: Treatment by Subgroup Interaction[2]** | | | | |
| p-value | 0.142 | | | |

[1]Per 100 patient years at risk
[2]Cox model includes treatment, subgroup, and treatment by subgroup interaction
[3]Cox model includes treatment and subgroup main effect