# Exhibit 15

Table x
Confirmed PUBs
Analysis of Treatment by Concomitant Steriods Use 30 Days Or More in Study (Revised)
All-Patients-Randomized

|  | None or Concomitant Steriods Use Less Than 30 Days in Study | | Concomitant Sertiods Use 30 Days Or More in Study | |
|---|---|---|---|---|
|  | Rofecoxib | Naproxen | Rofecoxib | Naproxen |
| N | 1756 | 1730 | 2291 | 2299 |
| Patients with events | 24 | 38 | 32 | 83 |
| Patient years at risk | 1139 | 1136 | 1559 | 1558 |
| Rate[1] | 2.11 | 3.35 | 2.05 | 5.33 |
| **Relative risk[2]** | | | | |
| Estimate | 0.63 | | 0.39 | |
| 95% CI | ( 0.38, 1.05) | | ( 0.26, 0.58) | |
| **Model Effects: Concomitant Steriods Use 30 Days Or More vs Not (Combined Treatments)[3]** | | | | |
| Estimate | 1.36 | | | |
| 95% CI | ( 1.00, 1.85) | | | |
| **Model Effects: Treatment by Subgroup Interaction[2]** | | | | |
| p-value | 0.142 | | | |

[1]Per 100 patient years at risk
[2]Cox model includes treatment, subgroup, and treatment by subgroup interaction
[3]Cox model includes treatment and subgroup main effect