# Exhibit 18

**VIEWPOINT**

www.nature.com/clinicalpractice/gasthep

# Is the use of COX-2 inhibitors in gastroenterology cost-effective?

David Y Graham* and Francis KL Chan

*DY Graham is Professor of Medicine & Molecular Virology and Microbiology, Veterans Affairs Medical Center and Baylor College of Medicine, Houston, TX, USA. FKL Chan is Reader in Medicine, Department of Medicine & Therapeutics, The Chinese University of Hong Kong, SAR, PRC.*

**Correspondence**
*Rm 3A-320 (111D)
VA Medical Center
2002 Holcombe Blvd
Houston
TX 77030
USA
dgraham@bcm.tmc.edu

Received 27 August 2004
Accepted 20 October 2004
www.nature.com/clinicalpractice
doi:10.1038/ncpgasthep0043

Non-steroidal anti-inflammatory drugs (NSAIDs) are prized for their ability to provide simple and effective relief from pain and reduce inflammation. Recent data have suggested that NSAIDs might also prevent various cancers (e.g. gastrointestinal, breast and lung) and delay the onset of Alzheimer's disease, which indicates that their use might increase.[1] These benefits come with costs in terms of adverse effects on the gastrointestinal tract, blood pressure and renal function. NSAIDs are a major cause of the endemic of ulcer complications, with as many as 103,000 hospitalizations and over 7,000 deaths a year attributable to NSAID use in the US.[2]

Selective and non-selective NSAIDs have a similar efficacy in terms of producing analgesia and anti-inflammatory activity, as well as similar rates of adverse effects on blood pressure and renal function. Therefore, any differences in cost-benefits must accrue from differences in adverse events in the gastrointestinal tract. The gastrointestinal complications of NSAIDs have been attributed to their ability to inhibit COX-1. Hence, the introduction of selective COX-2 inhibitors suggested that the benefits of NSAIDs could be achieved without gastrointestinal toxicity.

Trials using endoscopically defined ulcers as the endpoint have consistently shown that COX-2 inhibitors induce significantly fewer ulcers than conventional NSAIDs;[3] although the desired frequency of 'none' or 'no ulcers' has not been achieved. The published studies have had important design problems, especially as they typically allowed entry to patients with an increased baseline risk of ulcers or ulcer complications (i.e. those with *Helicobacter pylori* infection, prior ulcers and/or aspirin use).[3] These design flaws have prevented identification of the actual level of risk of COX-2 inhibitors independent of known risk factors. Clinical outcomes are the most important metric—large-scale clinical outcome studies showed reductions in the range of 50% in clinical gastrointestinal events with COX-2 inhibitors compared with non-selective NSAIDs among patients not taking aspirin.[4] Overall, the results indicate an advantage for coxibs, but that their use is not devoid of serious gastrointestinal adverse events. In addition, post-hoc subgroup analyses revealed a higher incidence of acute myocardial events among patients receiving rofecoxib and subsequent database analyses furthered this concern leading to withdrawal of rofecoxib. To date, there are no data suggesting celecoxib shares this property but the data on valdecoxib and possibly lumiracoxib suggest a possible class effect with regard to myocardial ischemia.[4] Half of the middle-aged US population takes prophylactic aspirin and if the concern about the cardiovascular safety of COX-2 inhibitors induces users to also use prophylactic aspirin, which partly offsets the gastrointestinal advantage of COX-2 inhibitors, the potential benefits will be further reduced.[3,4]

Outcome data are required from subgroups that differ in risk to assess the magnitude of potential benefits of COX-2 inhibitor therapy versus gastroprotective therapy, including patients taking NSAIDs who are *H. pylori* negative (or post *H. pylori* eradication) with: no history of a prior ulcer or ulcer complication and otherwise healthy (lowest risk group); a history of a prior ulcer or ulcer complication; and those also taking low dose aspirin or other antiplatelet drugs.

To make a therapy cost-effective requires the ability to reduce costs, increase effectiveness, or both. Given that the overall effectiveness of selective and non-selective NSAIDs is similar, reducing costs means reducing complications. One approach to reducing complications overall is to withdraw the traditional NSAIDs whose risk is known to be increased compared with other non-selective NSAIDs (e.g. piroxicam or ketorolac).[5] A second approach would be to test for and eradicate *H. pylori* infection, which increases the gastrointestinal risk 2–3 fold. A third approach would be to limit the daily dose of aspirin for cardioprotection to <100 mg.[3] Published NOMOGRAMS can then be used to easily compare the costs of strategies based on the expected differences in benefits.[6]

Taking into account the high cost of the coxibs, could the combination of a generic NSAID and a

proton pump inhibitor (PPI) or misoprostol provide the same benefits at less cost and also reduce the risks associated with aspirin? Unfortunately, such data are lacking and most studies with PPIs have focused on ulcers seen at scheduled endoscopies[3] which have, at best, a very weak correlation with actual gastrointestinal complications. In addition, the available data suggest that antisecretory drug therapy is less effective for ulcers caused by NSAIDs than for those occurring in *H. pylori* infected patients.[7] Finally, many comparative studies with PPIs have either used placebo or subtherapeutic doses of $H_2$-receptor antagonists or misoprostol and composite endpoints including symptoms to score outcomes. Overall, in *H. pylori* negative patients taking NSAIDs, PPIs have proven to be superior to placebo for surrogate endpoints but the outcome for the relevant endpoint of hemorrhage has yet to be examined in a large multicenter study.[7] Misoprostol, even at half-dose, however, was better than PPIs for the endpoint of endoscopically visualized ulcer.[7]

Clinical trials in high risk patients negative for *H. pylori*—those who have experienced bleeding from NSAID-induced ulcers—have compared celecoxib and a conventional NSAID with diclofenac SR (slow-release) plus a PPI (omeprazole). The annual rate of rebleeding in both groups was excessive (~10%),[8] demonstrating that neither approach could be recommended for the highest risk patients. No large multicenter studies have used PPIs to reduce NSAID-associated gastrointestinal complications in moderate or low risk patients. Considering that PPIs have recently gone off patent, proof that one of the safer non-selective NSAIDs, in combination with a low cost generic PPI or low dose misoprostol, is effective would be welcome.

Conventional NSAIDs are known to be associated with damage to the small intestine and colon. There are few data on the magnitude and nature of these effects in terms of symptoms, acute or chronic blood loss or protein loss. Co-therapy with PPIs is unlikely to provide any protection beyond the duodenum, although there is evidence that misoprostol might be useful for healing small bowel injury.[9] Preliminary studies using capsule endoscopy have shown that both COX-2 inhibitors and non-selective NSAIDs were associated with damage to the small bowel mucosa, and although the frequency of damage with COX-2 inhibitors was less, the clinical correlates in terms of actual complications are unknown.[10] Subgroup analyses of the VIGOR study showed that patients receiving rofecoxib had a 46% reduction in the risk of serious lower gastrointestinal events compared with patients receiving naproxen.[10] The rate of NSAID-related lower gastrointestinal complications was, however, approximately 0.9% per year and was much smaller than that of upper gastrointestinal events in the same trial (4.5% per year with naproxen). The magnitude of a benefit of the lower gastrointestinal sparing effect of COX-2 inhibitors remains uncertain.

In conclusion, the COX-2 inhibitors have not lived up to the goal of absence of gastrointestinal complications. The lack of well-designed studies that take into account critical variables regarding gastrointestinal safety and uncertainties about their cardiovascular safety have precluded meaningful cost-effectiveness comparisons with alternative approaches. Currently, decisions on which strategy to use (traditional NSAID alone, coxib alone, coxib with aspirin, or either with or without co-therapy) must be based on an estimate of risk.[3] Large multicenter trials of coxibs, traditional NSAIDs and co-therapies, in which the critical variables influencing outcome are individually examined, are needed to ensure that these drugs are used in the most effective way.

**GLOSSARY**
**NOMOGRAMS**
Charts or graphic representation of numerical relations that are connected by a line that allow rapid calculation of a variable (e.g. cost) based on knowledge of the other variables

**Competing interests**
The authors declared competing interests; go to the article online for details.

**References**
1. Mann JR and DuBois RN (2004). Cyclooxygenase-2 and gastrointestinal cancer. *Cancer J* **10**: 145–152
2. Singh G and Triadafilopoulos G (1999) Epidemiology of NSAID induced gastrointestinal complications. *J Rheumatol* **56 (Suppl)**: S18–S24
3. Chan FK and Graham DY (2004) Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications—review and recommendations based on risk assessment. *Aliment Pharmacol Ther* **19**: 1051–1061
4. Topol EJ and Falk GW (2004) A coxib a day won't keep the doctor away. *Lancet* **364**: 639–640
5. Garcia Rodriguez LA and Jick H (1994) Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. *Lancet* **343**: 769–772
6. El Serag HB *et al.* (2002) Prevention of complicated ulcer disease among chronic users of nonsteroidal anti-inflammatory drugs: the use of a nomogram in cost-effectiveness analysis. *Arch Intern Med* **162**: 2105–2110
7. Graham DY (2002) Critical effect of Helicobacter pylori infection on the effectiveness of omeprazole for prevention of gastric or duodenal ulcers among chronic NSAID users. *Helicobacter* **7**: 1–8
8. Chan FK *et al.* (2002) Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. *N Engl J Med* **347**: 2104–2110
9. Morris AL *et al.* (1994) Short report: the effect of misoprostol on the anaemia of NSAID enteropathy. *Aliment Pharmacol Ther* **8**: 343–346
10. Laine L *et al.* (2003) Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. *Gastroenterology* **124**: 288–292