# Exhibit 19


**Drug Discovery Today: Disease Mechanisms**  Vol. 3, No. 4 2006

*Editors-in-Chief*
**Toren Finkel** – National Heart, Lung and Blood Institute, National Institutes of Health, USA
**Charles Lowenstein** – The John Hopkins School of Medicine, Baltimore, USA

ELSEVIER
DRUG DISCOVERY TODAY
DISEASE MECHANISMS

Gastro-intestinal disorders

# New development in the mechanistic understanding of peptic ulcer diseases

Hong Lu[1], David Y. Graham[2],*

[1]Department of Gastroenterology, Renji Hospital, Shanghai Jiao Tong University School of Medicine, Shanghai Institute of Digestive Disease, Shanghai 200001, China
[2]Department of Medicine, Michael E. DeBakey VAMC and Baylor College of Medicine, RM 3A-320 (111D), 2002 Holcombe Boulevard, Houston, TX 77030, USA

Peptic ulcers result from in imbalance of aggressive (e.g., acid-pepsin) and protective factors (e.g., mucosal blood flow, bicarbonate secretion). Most ulcers are etiologically related to infection with *Helicobacter pylori* or use of nonsteroidal anti-inflammatory drugs (NSAIDs). Mechanisms resulting in improved anti-*H. pylori* therapy include better delivery of antimicrobials to the sites of infection (e.g., changing dose, formulation, duration or the use of adjuvants), enhancing local immunity or by reducing the mucus barrier to topical therapy. Mechanisms to prevent NSAID ulcers include less damaging NSAIDs (e.g., COX-2 selective NSAIDs, nitric oxide-donating NSAIDs), reduction in acid secretion or replacement of mucosal prostaglandins.

**Section Editor:**
Yu-Xiao Yang – Univiversity of Pennsylvania, Philadelphia, PA, USA

## Introduction
Peptic ulcer disease is an important cause of morbidity and health care costs; estimates of expenditures related to work loss, hospitalization and outpatient care (excluding medication costs) are more than $5 billion per year in the United States. Ulcer disease results from an imbalance between aggressive factors and the ability of the gastroduodenal mucosal to protect and heal itself. Acid and pepsin secreted by the stomach are key 'aggressive elements' and are generally required for ulcers to develop. *Helicobacter pylori* and NSAIDs are the principal causes of impaired mucosal resistance and are the main causes of peptic ulcers. Other causes of peptic ulcer include pathologic hypersecretory states (e.g., Zollinger-Ellison syndrome, mast cell disease) and other infections (herpes simplex) but they are rare and will not be considered further here. This review will discuss mechanisms resulting in improved anti-*H. pylori* therapy including better delivery of antimicrobials to the sites of infection (e.g., changing dose, formulation, duration, or the use of adjuvants), enhancing local immunity or by reducing the mucus barrier to topical therapy as well as mechanisms to prevent NSAID ulcers including use of less damaging NSAIDs (e.g., COX-2 selective NSAIDs, nitric oxide-donating NSAIDs), reduction in acid secretion, or replacement of mucosal prostaglandins. New therapeutic targets and approaches to improve gastroduodenal mucosal resistance or to reduce aggressive factors will be identified.

## *H. pylori*-related disease
*H. pylori* infection causes the majority of duodenal (90–95%) and gastric ulcers (60–70%) [1]. The lifetime risk for developing a peptic ulcer among those with *H. pylori* infection is in the range of 1 in 6. *H. pylori* infection is typically acquired in childhood and clinical disease only occurs after a long latent period during which progressive gastroduodenal damage occurs. *H. pylori* infection elicits an inflammatory response characterized by infiltration of both acute and chronic

*Corresponding author: D.Y. Graham (dgraham@bcm.tmc.edu)

1740-6765/$ Published by Elsevier Ltd.   DOI: 10.1016/j.ddmec.2006.07.001



**Figure 1.** The two main causes of peptic ulcer are use of nonsteroidal anti-inflammatory drugs (NSAIDs) and infection with *Helicobacter pylori*. There is also interaction between the two major causes. Many NSAIDs have topical toxic effects by increasing mucosal permeability and permitting back diffusion of $H^+$ ions because of acidic and nonionized compounds and are thus locally damaging. However, the primary effect is due to the systemic activity of NSAIDs and is based on inhibition cyclooxygenase 1. Gastroduodenal mucosal prostaglandins play a critical role in defense mechanisms and in repair processes including in blood flow, bicarbonate, and mucus secretion and in the ability of the damaged mucosa to repair itself. The gastric mucosal barrier can also be directly damaged by some bacterial toxic enzymes. Bacterial virulence factors such as cag pathogenicity island (cagA), outer inflammatory protein (OipA) and blood-group antigen-binding adhesin (BabA) are associated with strains that cause increased mucosal inflammation. Immunological processes characterized by mucosal infiltration of neutrophils and lymphocytes, cytokines production and alteration of epithelial permeability also contribute to the pathogenesis of peptic ulcer disease.

inflammatory cells, which tend to impair mucosal integrity. *H. pylori*, the host and the environment interact to produce clinical disease. Ulcers tend to form at the sites of maximum inflammation. *H. pylori* virulence is associated with production of proinflammatory virulence factors such as the *cag* pathogenicity island and the outer inflammatory protein, OipA. Important host factors include the intrinsic capacity to secret acid and the presence of genetic polymorphisms leading to an enhanced inflammatory response to the infection (Fig. 1).

Until the discovery of *H. pylori*, therapy was directed toward improving mucosal resistance and reducing the aggressive factors of acid and pepsin. These approaches were effective in enhancing ulcer healing but did not eliminate the disease hence the sayings 'once an ulcer, always an ulcer' and 'no acid, no ulcer'. The discovery that most peptic ulcers were curable manifestations of a mucosal infection changed the approach to focus on *H. pylori* eradication and made enhancing mucosal integrity and suppression of acid subsidiary. *H. pylori* eradication cures *H. pylori*-induced ulcer disease whether or not specific therapy is directed toward ulcer healing. Successful *H. pylori* eradication is associated with ulcer healing, healing of the mucosal inflammation and restitution of the normal control mechanism regulating gastric acid secretion.

### *H. pylori* eradication

Anti-*H. pylori* therapy consists of the combination of antibiotics often with antisecretory drugs. Triple therapy is a legacy therapy consisting of a proton pump inhibitor (PPI) and two antibiotics (combination of amoxicillin, clarithromycin or metronidazole). Cure rates with 7–10 days therapy are far below the expected cure rates of greater than 95% for other infectious diseases typically falling in the range of 60–80%. Legacy triple therapies can be improved by an average of 12% (95% C.I. of 7–17%) by increasing the duration of therapy to 14 days, but because of increasingly common antibiotic resistance, they are expected to be nearing their usefulness as a recommended approach. The most successful therapy is a 4-drug combination (quadruple therapy) that consists of a PPI plus bismuth, a high dose of metronidazole and tetracycline (e.g., 500 mg of each three times daily) for 14 days (Table 1). In areas with a high prevalence of clarithromycin resistant *H. pylori*, this combination is the preferred regimen [2].

### Mechanisms and targets to improve eradication rates

One approach has been the sequential administration of drugs [3–5] (Table 1). The underlying concept is to start with drugs that are rarely associated with resistance. This will markedly reduce the bacterial load, making the presence of a pre-existing small population of resistant organisms less likely. The third or third and fourth drugs are then added to kill the remaining organisms. The reported sequential treatment regimen consists of a PPI plus amoxicillin for 5 days followed by a PPI plus clarithromycin (250 or 500 mg) and tinidazole (500 mg) for an additional 5 days. Head-to-head comparisons have shown superiority to the conventional triple therapy with the PPI and two antibiotics administered concomitantly. However, all four drugs have been given as a 5-day concomitant therapy with excellent results making it unclear whether the proposed mechanism of improved results with sequential therapy is responsible for its improved effectiveness. It also remains unclear how sequential therapy performs in the face of antimicrobial resistance or how it compares to 14-day legacy triple therapy.

### Enhancing innate immunity with lactoferrin or anti-*H. pylori* antibodies

Lactoferrin is a multifunctional glycoprotein and a natural antimicrobial and theoretically would enhance innate immunity (Table 1). Recombinant human lactoferrin (rhLF) has time- and dose-dependent activity against *H. pylori in vitro*. However, human studies of rhLF monotherapy did not appear promising [6,7]. By contrast, bovine lactoferrin (bLF) has been successfully used as an adjuvant to legacy

Case 2:05-md-01657-EEF-DEK   Document 35764-42   Filed 03/01/10   Page 4 of 8

**Table 1. Targets and related therapies**

| Targets | Strategic approach | Expected outcome | Who is working on it | Therapies in Trial | Refs |
|---|---|---|---|---|---|
| H. pylori infection | Combination of antibiotics and antisecretory drugs | Cure rates >95% with susceptible organisms | Individual investigators (see references) | Higher doses, longer durations, 3 or more antibiotics, sequential administration | [1–5] |
| Adjuvants to antibiotics | Reduce the mucus coat and make the organisms for accessible | Improve cure rates | Individual investigators (see references) | Pronase<br>N-acetylcysteine | [14]<br>[12,13] |
| H. pylori infection | Use biologic antimicrobials | Improve cure rates | Agennix Incorporated, Dicofarm, Individual investigators (see references) | Lactoferrins<br>Anti-H. pylori antibodies | [8]<br>[11] |
| H. pylori infection | Reduce side effects of antibiotic therapy | Better compliance | Yakult, Nestle, Valio, Danactive | Probiotics | [19,20] |
| Prevent H. pylori infections | Vaccines against H. pylori | Prevention and/or cure of H. pylori-related diseases | Individual investigators (see references) | | [22–24] |
| Prevent NSAID ulcers | Use safer NSAIDs | Reduced NSAID ulcers and complications | Pfizer, Merck, Niox, Astrazeneca, Novartis | COX-2-selective NSAIDs<br>Nitric oxide donating NSAIDs<br>Phosphatidylcholine-NSAIDs | [26,34–37] |
| Make current NSAIDs safer | Replace lost prostaglandins | Reduced NSAID ulcers and complications | Pfizer | Oral synthetic prostaglandins | [30–33] |
| Make current NSAIDs safer | Reduce acid secretion | Reduced NSAID ulcers and possibly complications | Astrazeneca, Takeda, Byk Gulden, Eisai | Give co-therapy with a proton pump inhibitor, an H2-receptor antagonist | [28,29,31] |

antibiotic therapies in two studies. The oral administration of 200 mg of bLF twice a day improved eradication rates of traditional triple therapy (e.g., from 71.2 to 92.2%) [8]. However, another study using a different triple therapy did not confirm the finding [9]. It is possible that there was a synergistic effect between bLF and tinidazole, which may be responsible for this difference. Further studies are needed.

Oral administration of anti-H. pylori antibodies has been attempted on the basis in vitro and in vivo animal experiments using bovine anti-H. pylori antibodies obtained from cattle immunized with formalin-killed H. pylori (Table 1). Anti-H. pylori antibodies were shown to inhibit adherence of H. pylori to the human gastric mucosa [10]. A human trial of bovine immune concentrate obtained from the first post-partum milkings of cattle immunized with jack bean urease, a glycerolipid receptor-specific H. pylori adhesion and a formalin-killed whole H. pylori strain failed to show any effect [7]. However, anti-H. pylori urease antibody prepared from the egg yolk of hens immunized with purified H. pylori urease (anti-HpU IgY) (900 mg three times a day for 4 weeks) produced a significant decrease in bacterial load in 13 of 17 volunteers. In no case H. pylori was eradicated [11]. Additional experiments are warranted as an adjuvant to antibiotic therapy.

## Enhanced exposure of the bacteria to luminal drugs: N-acetylcysteine and pronase

N-acetylcysteine (NAC) and pronase are mucolytic agents (Table 1). NAC inhibits growth of H. pylori in vitro; pronase has no antimicrobial activity. Two clinical trials in humans have suggested that NAC may improve cure rates of antibiotic therapy [12,13]. Pronase (18,000 tyrosine units) given twice a day also improved (from 76 to 94%, $P = 0.04$) eradication rates of lansoprazole, amoxicillin and metronidazole for 2 weeks [14].

## Use of antioxidants: vitamin C

High dose vitamin C (i.e., 5 g daily for 4 weeks) resulted in H. pylori eradication in 30% (8 of 27) patients with H. pylori related chronic gastritis [15]. By contrast, 250 mg twice a day for 1 week and once daily for 6 weeks did not improve the cure rate of a proton pump inhibitor, amoxicillin and metronidazole given for 1 week (40% vs 59%, $P = NS$) [16].

## Use of probiotics

*Lactobacilli acidophilus, Lactobacillus salivarius* and *Lactobacillus casei subspecies rhamnosus*, and *L. acidophilus* culture supernatant inhibit H. pylori growth and adhesion, as well as reduce H. pylori viability and urease activity (Table 1). Clinically, although these probiotics may reduce the H. pylori load, they do not eradicate the infection [17,18]. However, there are data from double-blind randomized trials showing that the probiotics can be successfully used as adjuvants to a therapeutic regimen of antibiotics with a primary effect of decreasing therapy-associated side effects, such as diarrhea and taste disturbance without a significant effect on cure rates [19,20]. These studies suffer because of the lack of standardization of

bacterial species, dosage, time and duration, and clearly this promising lead deserves more study.

## Use of vaccines against *H. pylori*

Vaccination will be required to eradicate *H. pylori* worldwide (Table 1). The most commonly used immunogenic antigens are UreB, FlaA, HpaA, HpaB, NapA and CagA [21]. Each can be genetically engineered. The adjuvants tested intramucosally and parenterally in *H. pylori* vaccination included cholera toxin, recombinant cholera toxin B, *Escherichia coli* heat labile toxin, a non-toxic mutant of labile toxin (e.g., LTK63), muramyl dipeptide (N-aetylmuramyl- L-alanyl- D-isoglutamine), alum and CpG immunostimulatory oligodeoxynucleotides. New approaches include live vectors, such as attenuated *Salmonella typhimurium* phoPc expression of urease A and B subunits, hoP/phoQ-deleted *Salmonella enterica serovar typhimurium* expressing *H. pylori* urease and poliovirus replicons containing the gene for the B subunit of *H. pylori* urease. There has also been interest in DNA vaccine and antigen encapsulated in microparticles.

Proof of principle has been obtained using *H. pylori* and *H. felis*-mouse models [22] in non-human primates, ferrets and beagle dogs. Those animal studies have shown prevention of infection, and reduction or clearance of bacterial colonization (therapeutic vaccination). Trials with recombinant antigens in humans have shown significant immune responses but no effect on existing infections [23].

Vaccination with phoP/phoQ-deleted *S. enterica serovar Typhimurium* expressing *H. pylori* urease showed evidence of an immune response. Ty21a is a licensed and chemically induced mutant strain derived from wild type *Salmonella enterica serovar Typhi* Ty21a (pDB1) was engineered to express *H. pylori* urease A and B subunits. Nine volunteers received Ty21a (pDB1) and three control volunteers received Ty21a. Ten of 12 volunteers developed humoral immune responses to the *Salmonella* carrier but only two volunteers seroconverted. Three volunteers showed a weak but significant T-cell response to *H. pylori* urease. Prevention of infection requires a human challenge model, which has been developed using a relatively avirulent *H. pylori* strain given to 20 healthy volunteers [24] and is currently being used to study to examine the effectiveness of different vaccine strategies.

## Nonsteroidal anti-inflammatory drug-induced ulcers

NSAIDs induce GI mucosal injury by direct toxic effects and by reducing mucosal prostaglandins which play a critical role in defense mechanisms and repair processes. NSAIDs inhibit cyclooxygenase (COX), which is the rate-limiting enzyme required for the conversion of arachidonic acid to prostaglandins. Two COX isoforms have been identified and referred as COX-1 and COX-2. The inducible COX-2 is an important regulator to generate prostaglandins that mediate inflammation and pain, whereas the constitutive COX-1 is responsible for maintenance of the integrity of gastric mucosa and platelet aggregation (Fig. 1).

The use of NSAIDs increases the risk of peptic ulcer by a factor of 19.4. Risk factors for an ulcer or ulcer complication include a history of ulcer disease, old age, high doses of NSAID, multiple NSAID use and concomitant use of corticosteroids or anticoagulants. The annual incidence of complicated ulcers among NSAID users ranges from 2 to 4% [25–27]. The harmful effects in the gastrointestinal tract of NSAIDs are believed to occur primarily through the inhibition of COX-1, which results in reduced protective mucosal bicarbonate secretion, reduced mucus secretion and blood flow, and impairment of the mucosal to repair mucosal defects (restitution). NSAIDs that are soluble at acid pH can be directly absorbed into the mucosal layer and interfere directly with cellular processes causing topical injury (Fig. 1).

Initial mechanisms to make NSAID use safer and less ulcerogenic included methods to reduce topical effects such as enteric coating, parenteral or rectal administration. These were proved futile as the major effect was related to the systemic inhibition of prostaglandin synthesis. Newer approaches have included development of COX-2-selective NSAIDs, nitric oxide donating NASIDS (NO-NSAIDs) and the use of gastroprotective agents (Table 1). The highly selective COX-2 inhibitors such as rofecoxib showed reduced gastrointestinal side effects but their possible role in increasing cardiac adverse effects has resulted in the withdrawal of rofecoxib and valdecoxib from the market.

Both NSAIDs and *H. pylori* compromise mucosal integrity. *H. pylori* eradication has been shown to reduce the risk associated with NSAID use by approximately half. Another mechanism to reduce ulcer risk is to reduce the aggressive nature of the gastric contents with gastroprotectives. Unfortunately, available studies of antisecretory drugs have not used clinically relevant endpoints such as ulcer bleeding and have relied on surrogate endpoints with little or unknown relation to the clinically important outcomes. The most common surrogate endpoint has been 'endoscopic ulcers,' which are especially susceptible to the effects of acid suppression. Many studies have included both *H. pylori* infected and uninfected patients, thus, confusing interpretation. There are no large multicenter studies examining the effects of PPIs for prevention of clinically important GI events. Although PPIs are unlikely to enhance the toxicity of NSAIDs, their actual value remains unknown [28,29]. By contrast, a large clinical trial showed an approximately 40% reduction in serious GI events based on replacement of mucosal prostaglandins with misoprostol [30]. Head-to-head comparisons of misoprostol and omeprazole (half dose misoprostol) or lansoprazole (full dose misoprostol) in *H. pylori* negative NSAID users have shown

Case 2:05-md-01657-EEF-DEK   Document 35764-42   Filed 03/01/10   Page 6 of 8

that prostaglandin replacement, even with half dose misoprostol, was superior to PPIs in terms of endoscopic ulcer prevention [31]. There are two case control studies showing the fixed combination of misoprostol and diclofenac (Arthrotec) was associated with improved safety in terms of reduced mortality and morbidity [32,33]. Large trials have shown that 70–80% of patients take misoprostol without problems. Clearly, the mechanism of prostaglandin replacement therapy to prevent NSAID-induced ulcers is underutilized.

One potential mechanism of ulcer prevention is to reduce acidity. Theoretically, the degree of acid inhibition should relate to the degree of benefit. However, a large endoscopic ulcer trial compared omeprazole and low dose $H_2$-receptor antagonists (ranitidine 150 bid) among *H. pylori* negative NSAID users and the PPI and low dose $H_2$-receptor antagonist appeared similar (e.g., gastric ulcer relapse was 10.6% with omeprazole and 14.6% with ranitidine). Two large studies comparing a PPI and low dose ranitidine were completed approximately 3 years ago but no results have been made public suggesting that the advantage of a PPI over a low dose $H_2$-receptor antagonist may not be dramatic. We eagerly await publication or appearance of these data on a clinical study website.

A comparison of COX 2 inhibitors versus PPI plus a non-selective NSAID (celecoxib versus omeprazole plus diclofenac) in *H. pylori* negative high risk NSAID users who had suffered a prior GI bleed while taking NSAIDs, showed that neither strategy proved to be clinically useful with rebleeding occurring in approximately 10% patients per year in each group. That study questioned therapies based on the mechanism of reducing acidity at least with regard to the magnitude of effect one might expect with PPI cotherapy.

Nitric oxide (NO) donating NSAIDs are novel compounds that have theoretically reduced gastric ulcerogenicity. Because aspirin is one of the most widely used NSAIDs with dose-dependent toxicity, a safer aspirin is considered an important need. NO-aspirin has anti-platelet and anti-inflammatory activity. Preclinical studies in volunteers showed that mucosal injury scores were significantly lower with NO-aspirin than with equimolar doses of aspirin. Clearly, large scale studies are needed. By contrast, although NO-naproxen had an excellent safety profile, it proved to be similar to regular naproxen in large endoscopic ulcer studies. Thus, the concept of using NO donating NSAIDs to reduce or prevent NSAID ulcers remains promising but definite conclusions require large clinical trials [34–36]. Phosotidylcholine-NSAID combinations are a new concept to reduce injury by enhancing surface hydrophobicity and are currently undergoing clinical evaluation [37].

## Summary and conclusions

Mechanistically, peptic ulcers result from an imbalance between factors that maintain mucosal integrity allowing the stomach to digest meals with high concentrations of acid and the proteolyic enzyme pepsin without damaging itself. Mucosal integrity can be impaired by the presence of mucosal inflammation caused by infection with *H. pylori*, by inhibition of mucosal prostaglandin synthesis by nonsteroidal anti-inflammatory drugs (NSAIDs), or both. *H. pylori* infections have become increasingly difficult to cure in part because of increasing antimicrobial resistance. Studies examining antimicrobial effectiveness at the sites of infection (i.e., on and within the mucosa) are largely lacking as are detailed studies of formulation, dose, duration and frequency of administration of the drugs currently used. Recent studies have evaluated potential adjuvants designed to enhance local immunity (e.g., bovine lactoferrin) or to improve access of luminal drugs to the organism (e.g., pronase) or reduce side effects (e.g., probiotics). Current-studies adjuvants suffer from lack of well designed randomized multi-center and multi-national trials (Table 1).

NSAIDs induce mucosal injury by direct toxic effects and a reduction of mucosal prostaglandins largely mediated by inhibition of COX-1. Mechanistic approaches to make NSAID use safer include development of highly selective COX-2 inhibitors, prevention of occlusion of mucosal capillaries by white cell plugs with nitric oxide donating NASIDS, use of phosotidylcholine-NSAID combinations, or replacement of mucosal prostaglandins with oral misoprostol. Although early trials with nitric oxide donating NSAIDs have not been encouraging, NO-aspirin appears promising. Cox-2 selective inhibitors, misoprostol along or in fixed dose combination with diclofenac (Arthrotec) have been shown to reduce the frequency of ulcer complications. By contrast, protection against ulcer complications by cotherapy with antisecretory drugs (e.g. PPIs) remains unproven and only available double-blind study of a PPI plus an NSAID in high risk NSAID users did not produce encouraging results. It remains to be seen whether the optimism with which these drugs are used for that indication is actually warranted (Table 1).

### Links

- National Digestive Diseases Information Clearinghouse: http://digestive.niddk.nih.gov/
- COX-2 inhibitors: http://www.fda.gov/cder/drug/infopage/cox2/, Celecoxib (Celebrex®): http://www.celebrex.com; Valdecoxib (Bextra®): http://www.pfizer.com; Rofeoxib (Vioxx®): www.vioxx.com, http://www.merck.com; Lumiracoxib (Prexige®): http://www.prexige.com/; Etoricoxib (Arcoxia®): http://www.drugs.com/new-drug-applications.html
- Phosphatidylcholine NSAIDs: http://www.plxpharma.com/
- Nitric oxide (NO) donating NSAIDs, NO-aspirin, NO-diclofenac, NO-ketoprofen, NO-ibuprofen: http://www.nicox.com, NO-naproxen: http://www.astrazeneca.com
- Bovine lactoferrin: http://www.jarrow.com

> **Outstanding issues**
>
> - Identification of a therapeutic regime that achieved 95% or greater cure rates of *H. pylori* infections.
> - Identification of groups of differing risk and response to therapy for NSAID-induced ulcer complications.
> - Need studies directly testing whether proton pump inhibitors are effective and, if so, what is the therapeutic gain for the prevention the NSAIDs ulcer complications.
> - Identification of safer NSAIDs.
> - Are nitric oxide (NO)-donating NSAIDs safer than traditional NSAIDs?

## Acknowledgements
This material is based upon work supported in part by the Office of Research and Development Medical Research Service Department of Veterans Affairs and by Public Health Service grant DK56338 which funds the Texas Gulf Coast Digestive Diseases Center. D.Y.G. has received small amounts of grant support and/or free drugs or urea breath tests from Meretek, Jannsen/Eisai, and TAP for investigator initiated and completely investigator controlled research. In addition, D.Y.G. is a paid consultant for Otsuka Pharmaceuticals and a member of the Board of Directors of Meretek, Diagnostics, the manufacturer of the $^{13}$C-urea breath test. D.Y.G. also receives royalties on the Baylor College of Medicine patent covering the serologic test, HM-CAP.

## References
1  Shiotani, A. *et al.* (2002) Pathogenesis and therapy of gastric and duodenal ulcer disease. *Med. Clin. N. Am.* 86, 1447–1466 (viii)
2  Nakayama, Y. *et al.* (2004) *Helicobacter pylori* infection: diagnosis and treatment. *Expert Rev. Anti-infect. Ther.* 2, 599–610
3  De Francesco, V. *et al.* (2004) The prolongation of triple therapy for *Helicobacter pylori* does not allow reaching therapeutic outcome of sequential scheme: a prospective, randomized study. *Dig. Liver Dis.* 36, 322–326
4  Zullo, A. *et al.* (2003) High eradication rates of *Helicobacter pylori* with a new sequential treatment. *Aliment. Pharmacol. Ther.* 17, 719–726
5  de Boer, W.A. *et al.* (2004) Sequential therapy: a new treatment for *Helicobacter pylori* infection. But is it ready for general use? *Dig. Liver Dis.* 36, 311–314
6  Guttner, Y. *et al.* (2003) Human recombinant lactoferrin is ineffective in the treatment of human *Helicobacter pylori* infection. *Aliment. Pharmacol. Ther.* 17, 125–129
7  Opekun, A.R. *et al.* (1999) Novel therapies for *Helicobacter pylori* infection. *Aliment. Pharmacol. Ther.* 13, 35–42
8  Di Mario, F. *et al.* (2003) Use of bovine lactoferrin for *Helicobacter pylori* eradication. *Dig. Liver Dis.* 35, 706–710
9  Zullo, A. *et al.* (2005) Quadruple therapy with lactoferrin for *Helicobacter pylori* eradication: a randomised, multicentre study. *Dig. Liver Dis.* 37, 496–500
10  Casswall, T.H. *et al.* (2002) Bovine anti-*Helicobacter pylori* antibodies for oral immunotherapy. *Scand. J. Gastroenterol.* 37, 380–385
11  Suzuki, H. *et al.* (2004) Effect of dietary anti-Helicobacter pylori-urease immunoglobulin Y on Helicobacter pylori infection. *Aliment. Pharmacol. Ther.* 20 (Suppl.), 185–192
12  Huynh, H.Q. *et al.* (2004) N-acetylcysteine, a novel treatment for *Helicobacter pylori* infection. *Dig. Dis. Sci.* 49, 853–1861
13  Gurbuz, A.K. *et al.* (2005) Effect of N-acetyl cysteine on *Helicobacter pylori*. *South. Med. J.* 98, 1095–1097
14  Gotoh, A. *et al.* (2002) Additive effect of pronase on the efficacy of eradication therapy against *Helicobacter pylori*. *Helicobacter* 7, 183–191
15  Jarosz, M. *et al.* (1998) Effects of high dose vitamin C treatment on *Helicobacter pylori* infection and total vitamin C concentration in gastric juice. *Eur. J. Cancer Prev.* 7, 449–454
16  Chuang, C.H. *et al.* (2002) Vitamin C and E supplements to lansoprazole-amoxicillin-metronidazole triple therapy may reduce the eradication rate of metronidazole-susceptible *Helicobacter pylori* infection. *Helicobacter* 7, 310–316
17  Hamilton-Miller, J.M. (2003) The role of probiotics in the treatment and prevention of *Helicobacter pylori* infection. *Int. J. Antimicrob. Agents* 22, 360–366
18  Michetti, P. *et al.* (1999) Effect of whey-based culture supernatant of *Lactobacillus acidophilus (johnsonii)* La1 on *Helicobacter pylori* infection in humans. *Digestion* 60, 203–209
19  Armuzzi, A. *et al.* (2001) The effect of oral administration of Lactobacillus GG on antibiotic-associated gastrointestinal side-effects during *Helicobacter pylori* eradication therapy. *Aliment. Pharmacol. Ther.* 15, 163–169
20  Cremonini, F. *et al.* (2002) Effect of different probiotic preparations on anti-*helicobacter pylori* therapy-related side effects: a parallel group, triple blind, placebo-controlled study. *Am. J. Gastroenterol.* 97, 2744–2749
21  Permin, H. *et al.* (2005) Inflammation, immunity, and vaccines for *Helicobacter* infection. *Helicobacter* 10 (Suppl. 1), 21–25
22  Aebischer, T. *et al.* (2005) *Helicobacter pylori* vaccine development: facing the challenge. *Int. J. Med. Microbiol.* 295, 343–353
23  Michetti, P. *et al.* (1999) Oral immunization with urease and *Escherichia coli* heat-labile enterotoxin is safe and immunogenic in *Helicobacter pylori*-infected adults. *Gastroenterology* 116, 804–812
24  Graham, D.Y. *et al.* (2004) Challenge model for *Helicobacter pylori* infection in human volunteers. *Gut* 53, 1235–1243
25  Huang, J.Q. *et al.* (2002) Role of *Helicobacter pylori* infection and non-steroidal anti-inflammatory drugs in peptic-ulcer disease: a meta-analysis. *Lancet* 359, 14–22
26  Bombardier, C. *et al.* (2000) Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N. Engl. J. Med.* 343, 1520–1528
27  Ashworth, N.L. *et al.* (2004) A population based historical cohort study of the mortality associated with nabumetone, Arthrotec, diclofenac, and naproxen. *J. Rheumatol.* 31, 951–956
28  Graham, D.Y. (2002) NSAIDs, *Helicobacter pylori*, and Pandora's Box. *N. Engl. J. Med.* 347, 2162–2164
29  Graham, D.Y. (2002) Critical effect of *Helicobacter pylori* infection on the effectiveness of omeprazole for prevention of gastric or duodenal ulcers among chronic NSAID users. *Helicobacter* 7, 1–8
30  Silverstein, F.E. *et al.* (1995) Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. *Ann. Inter. Med.* 123, 241–249
31  Graham, D.Y. *et al.* NSAID-Associated Gastric Ulcer Prevention Study Group (2002) Ulcer prevention in long-term users of nonsteroidal anti-inflammatory drugs: results of a double-blind, randomized, multicenter, active- and placebo-controlled study of misoprostol vs lansoprazole. *Archives of Internal Medicine* 162, 169–175
32  Ashworth, N.L. *et al.* (2004) A population based historical cohort study of the mortality associated with nabumetone, Arthrotec, diclofenac, and naproxen. *J. Rheumatol.* 31, 951–956
33  Ashworth, N.L. *et al.* (2005) Risk of hospitalization with peptic ulcer disease or gastrointestinal hemorrhage associated with nabumetone, Arthrotec, diclofenac, and naproxen in a population based cohort study. *J. Rheumatol.* 32, 2212–2217
34  Wallace, J.L. (2005) Recent advances in gastric ulcer therapeutics. *Curr. Opin. Pharmacol.* 5, 573–577
35  Lohmander, L.S. *et al.* (2005) A randomised, placebo controlled, comparative trial of the gastrointestinal safety and efficacy of

AZD3582 versus naproxen in osteoarthritis. *Ann. Rheum. Dis.* 64, 449–456

36 Fiorucci, S. *et al.* (2004) Co-administration of nitric oxide-aspirin (NCX-4016) and aspirin prevents platelet and monocyte activation and protects against gastric damage induced by aspirin in humans. *J. Am. Coll. Cardiol.* 44, 635–641

37 Lichtenberger, L.M. *et al.* (2001) Phosphatidylcholine association increases the anti-inflammatory and analgesic activity of ibuprofen in acute and chronic rodent models of joint inflammation: relationship to alterations in bioavailability and cyclooxygenase-inhibitory potency. *J. Pharmacol. Exp. Ther.* 298, 279–287