# Exhibit 20

```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
In Re:  VIOXX                            )    MDL No. 1657
    Products Liability Litigation        )
                                         )    SECTION:  L
This Document Relates to:                )
                                         )    HON. ELDON E.
    STATE OF LOUISIANA, ex rel.          )       FALLON
    JAMES D. CALDWELL,                   )
    ATTORNEY GENERAL                     )    MAG. JUDGE
        Plaintiff                        )       KNOWLES
                                         )
    versus                               )
                                         )
    MERCK SHARP & DOHME CORP.            )
                                         )
    Cause No. 05-3700                    )
```

---

HIGHLY CONFIDENTIAL

ORAL DEPOSITION OF

FRAN KAISER, M.D.

JANUARY 29, 2010

---

ORAL DEPOSITION of FRAN KAISER, M.D., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and -numbered cause on the 29th day of January, 2010, from 9:38 a.m. to 6:27 p.m., before Therese J. Casterline, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Baker Botts, LLP, 2001 Ross Avenue, Suite 700, in the City of Dallas, County of Dallas, State of Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

```
 1  didn't make a presentation to the P&T committee in
 2  Louisiana.
 3              MR. GOLDMAN:  So I may have asked this.
 4  I'm sorry if I did, Don.  Can I have a standing
 5  objection on this on lack-of-foundation grounds?
 6              MR. ARBITBLIT:  You did, and you may.
 7       Q.   There's a section of the document that refers
 8  to relationship development with opinion leaders and
 9  academic centers.
10              Do you recognize the names of any of those
11  people as individuals with whom you had contacts?
12       A.   Yes.
13       Q.   Who?
14       A.   I particularly remember Byron Cryer, George
15  Duna, and Ron Lindsay.  The others are -- I -- I don't
16  recall them.
17       Q.   What -- what context do you recall with
18  Dr. Cryer?
19       A.   I met with Dr. Cryer.  We discussed some of
20  his research.
21       Q.   What does an opinion leader refer to?
22       A.   Somebody -- the way in which -- my
23  understanding of how Merck utilized that term is
24  somebody who may not be at an academic center but is a
25  key -- what we would call a thought leader, a key
```

```
           1  scientific expert.
           2       Q.   Who initiated the contact with Dr. Cryer, you
           3  or him?
           4       A.   I would generally -- I think in -- in Byron's
14:51:25   5  case -- and I was also on faculty at Southwestern at
           6  the time -- I believe he initiated the contact.
           7       Q.   Do you recall for what purpose?
           8       A.   I don't.
           9       Q.   Did any of these individuals make
          10  presentations concerning Vioxx that you know of?
14:51:55  11       A.   I know that Byron Cryer did, George Duna did.
          12  I'm not sure about the others.
          13       Q.   Where -- where did each of them make
          14  presentations about Vioxx?
          15       A.   I don't -- I couldn't give you any specifics.
          16       Q.   Did you participate in providing materials to
          17  them that -- for use in their presentations?
          18       A.   No.
          19       Q.   And were they compensated for those
          20  presentations?
          21            MR. GOLDMAN:   Objection, lacks foundation,
          22  calls for speculation.
          23       Q.   If you know.
          24       A.   I believe they were compensated for -- for
14:52:28  25  their time, yes.
```