# Exhibit 21

**MEMO**

**TO:** Wendy Dixon
Lucine Beauchard

**FROM:** Tracy Mills
Susan Baumgartner, PharmD

**SUBJECT:** Scientific Communication Plan for VIOXX® **DATE:** 03/27/01

To maintain the vigorous growth of VIOXX® in 2001 and to ensure competitive victories over Coxib competitors and non-selective NSAIDs, our team has developed the attached scientific communication plan for VIOXX®. The objectives of this plan are to:

- Expedite and expand dissemination of Merck's position on the GI safety, cardiovascular effects, and renal effects of VIOXX® to key audiences, which include RH, GI, GP/FP, IM, ORS, Pain, CD, Neph, and MCO
- Ensure understanding of and confidence in Merck's data, and
- Regain the offensive by shifting physicians' focus back to the superior pain relief and superior safety provided by VIOXX®.

In summary, the scientific communication plan for VIOXX® outlines the behavioral objectives that will drive attainment of our overall objectives, target audiences, key messages, and planned programs through which these messages will be communicated. It also highlights the demands that will be placed on the organization, and specifically on MRL, in order to fulfill the desired objectives.

A summary of the plan is provided in Attachments 1, 2, and 3, which contain the following information:

Attachment 1: Summary of message prioritization and planned programs for target audiences
Attachment 2: Support needed by MRL
Attachment 3: Internal and external speakers

The full plan provides additional details and is included as Attachment 4 for your reference.

The foundation of the plan is an evolved message platform with respect to superior pain relief, GI safety, cardiovascular effects, and renal effects of VIOXX®. The table below outlines the planned evolution of the message platform.

| | *STAGE 1 MESSAGES (2000 – February 2001)* | *STAGE 2 MESSAGES (February – May 2001)* | *STAGE 3 MESSAGES (May 2001 +)* |
|---|---|---|---|
| Pain Relief | Superior pain relief to Celebrex, narcotics | Superior pain relief to Celebrex, narcotics | Superior pain relief to Celebrex, narcotics |
| GI Safety of VIOXX® | Proven GI safety | Superior study & superior GI safety | Superior study & superior GI safety |
| GI Data for Celebrex | Only selected data from CLASS that did not hit primary endpoint | Full CLASS data show no proof of GI safety with Celebrex | Full CLASS data show no proof of GI safety with Celebrex |
| Cardiovascular (MI) | CV effects similar to placebo and NSAIDs; difference in MIs in VIGOR due to cardioprotection with naproxen (based on limited data) | CV effects similar to placebo and NSAIDs without potent, sustained anti-platelet effects; difference in MIs in VIGOR due to cardioprotection with naproxen (epidemiology, primate, assay-based data); CV effects of Coxibs are comparable | Include new sub-analyses, patient subgroups, CV markers, new non-selective NSAID comparisons. As well as, potential additional data. |

Confidential - Subject To Protective Order

| | | | |
|---|---|---|---|
| **Renal (Hypertension/Edema)** | Mechanism-based, dose-dependent renal effects of Coxibs; similar to NSAIDs; discontinuations very small | Mechanism-based, dose-dependent renal effects of Coxibs; similar to NSAIDs; discontinuations very small | Include new renal studies, renal analyses, markers, etc. |

The initial message platform, designated as Stage 1 messages, includes key messages that have been delivered since the launch of the VIGOR data in the second quarter of 2000. These messages focused on superior pain relief and proven GI safety of VIOXX®. The Stage 1 messages also addressed the CLASS data as only selected data that did not achieve the primary study endpoint, renal effects of Coxibs as mechanism-based and dose-dependent, and the MI difference in VIGOR as due to a cardioprotective effect of naproxen based on limited data.

The FDA Advisory Committee Meetings on February 7 and 8, 2001, added new data and perspectives that allowed us the opportunity to further refine our message platform. These meetings exposed all of the CLASS data, which were dramatically different than the selected data that was shown in previous venues and which were not favorable for celecoxib. Furthermore, these meetings included a full discussion of the cardiovascular safety data for the Coxibs. The FDA Advisory Committee Meeting on VIGOR allowed communication of our more complete understanding of the cardioprotective potential and the cardioprotective effects of naproxen. Hence, refined messages, designated as Stage 2 messages, were developed and are currently being delivered.

The next evolution of the message platform to Stage 3 messages is required so these messages reflect all available data (across doses, patient populations, and different products) and offer a more complete understanding of current knowledge in these areas. It is also imperative that we refine the messages to ensure that they are clinically relevant to our target audiences. These messages must also answer the critical questions and frame the key issues for the medical community. Stage 3 messages represent what we need to communicate to solidify the position of VIOXX® within the Coxib class and within the A&A market.

To attain the platform for Stage 3 messages, two critical steps are needed. First, a thorough analysis of all available data on the cardiovascular and renal effects of VIOXX® and Celebrex must be conducted by the Core Franchise Team to fully understand what the data support. A meeting has been planned for March 23 to initiate this discussion. Secondly, these data and Merck's point of view on these data must be shared with our external advisors of the Cardio-renal Working Group (cardiologists and nephrologists) to allow us to attain the next level of messaging. Initial discussions with these advisors have been targeted for mid-April. Further market research will also allow us to refine the messages to ensure consistency throughout all of our communications from our scientific platform through our promotional messages.

In additional to the tremendous support needed by our MRL Team, we are also partnering with several other Franchise Business Groups. Execution of the plan will require coordination with the FOSAMAX®, ZOCOR®, and COZAAR®/HYZAAR® Teams, since their existing meetings will provide additional communication vehicles to target audiences. Coordination with these teams is already underway. Attachment 2 identifies meetings for which MRL/CDP support would be particularly helpful. A separate list of potential speakers, external and internal has also been provided. Considerable discussion has also been given to the top 6 competitive consultants, and future plans for working with them. A separate plan is under development for each of the six and will be available by the end of March.

Managed care customers are another group where there is a need for support to proactively defend the position of VIOXX® on formularies. A list of the status of the key Profit Plan accounts, the timing of their formulary reviews, and other pertinent information related to Merck's relationships with these critical accounts has been developed. A request has been made that the Managed Care Management Team review the need for MRL to conduct Personal PIRs (i.e., personal visits or teleconferences) to support these accounts so a comprehensive action plan can be finalized. It is imperative that ongoing RMD support of the targeted managed care accounts continues. However, in light of the recent activities by Pharmacia/Pfizer and the fact they will receive their label change prior to the label change for VIOXX®, a critical assessment of the need for MRL support for our managed care customers will be conducted.

Please let us know if you have any specific questions about the plan or the support requested. Thank you for your continued commitment to the success of VIOXX®.

T.L.M S.L.B.

Confidential - Subject To Protective Order

cc: Steve Vignau

Attachments (4)

- Attachment 1: Summary of message prioritization and planned programs for target audiences
- Attachment 2: Support needed by MRL
- Attachment 3: Preferred speakers
- Attachment 4: Scientific communication plan for VIOXX®

04 18 2001 11 48 AM

Confidential - Subject To Protective Order

MRK-ABO0000259

**Attachment 1:**
**Summary of Message Prioritization and Planned Programs for Target Audiences**

Table 1: Primary Target Audiences

| *Target Audience and Size* | *Message Priority* | | | | *Summary of Planned Programs* |
|---|---|---|---|---|---|
| | *Pain Relief* | *GI Safety* | *CV (MI)* | *Renal (HTN/ Edema)* | |
| Top 100 National Thought Leaders #100 (multi-specialty) | 1 | 1 | 1 | 1 | *In addition to programs offered for their respective specialties:* HSA calls ≥ 1 per month, personal PIRs as needed (visits or calls by MRL/CDP/MEDSA/RMDs), 2 advisory board meetings, individual advocate plans |
| Speakers #1000 (multi-specialty) | 1 | 1 | 1 | 1 | *In addition to programs offered for their respective specialties:* Slides every quarter, 1 speaker training meeting, regional speaker training meetings with launch of new data, 20 speaker training teleconferences |
| Targeted Rheumatologists #510 | 1 | 2 | 3 | 4 | 2 national and 6 regional consultants' meetings for VIOXX, 6 regional consultants' meetings for FOSAMAX, FDA Advisory Committee Meeting summary report, cardio-renal educational materials*, EULAR, other publications, ACR |
| Targeted Cardiologists and Nephrologists #800 | 4 | 3 | 1 | 2 | 2 cardio-renal advisory board meetings, presentations at 1 national and 6 regional consultants' meetings for ZOCOR/COZAAR, CV HSA calls, 1 national cardio-renal consultants' meeting for VIOXX, cardio-renal educational materials*, key CV/nephrology professional meetings (ACC, ASH, NKF, AHA), other publications |
| Targeted Gastroenterologists #100 | 3 | 1 | 2 | 3 | CME monograph, 1 national consultants' meeting, DDW, cardio-renal educational materials*, GI advisory board meeting for FOSAMAX, ACG, other publications |
| IMs GPs FPs #108,000 | 1 | 4 | 2 | 3 | CME audioconference series, Pri-Med symposia, publications, HEL programs, cardio-renal educational materials*, PCP consultants' meetings, other publications |
| Key Managed Care Customers #240 | 3 | 1 | 2 | 4 | NAE calls, HSA calls for scientific support, ASR calls on managed care influencers, personal PIRs as needed (visits or calls by MRL/CDP/MEDSA/RMDs), 1 advisory board meeting, 2 national consultants' meetings, publications |

Table 2: Secondary Target Audiences

| *Target Audience* | *Message Priority* | | | | *Summary of Planned Programs* |
|---|---|---|---|---|---|
| | *Pain Relief* | *GI Safety* | *CV (MI)* | *Renal (HTN/ Edema)* | |
| Pain Management Specialists #600 (consultants) + all targeted PMS | 1 | 4 | 2 | 3 | AAPM CME symposium and meeting report, APS CME symposium and meeting report, 2 advisory board meetings, 3 national and 6 regional consultants' meetings, cardio-renal educational materials*, other publications |
| Orthopedic Surgeons #385 (consultants) + all targeted ORS | 1 | 4 | 2 | 3 | AAOS CME symposium and meeting report, cardio-renal educational materials*, 1 national and 6 regional consultants' meetings, 2 advisory board meetings, other publications |
| Other Cardiologists and Nephrologists | 4 | 3 | 1 | 2 | Cardio-renal educational materials*, key CV/nephrology professional meetings, other publications |
| Other Rheums #2500 | 1 | 2 | 3 | 4 | FDA Advisory Committee Meeting summary report, cardio-renal educational materials*, EULAR, other publications, ACR |

*Cardio-renal educational materials to support our message platform will be determined based on input provided by the Cardio-renal Working Group and may include CME monographs, publications, slides, and other educational resources that are appropriate for each audience.

**Attachment 2:**
**Support Needed by MRL**

*Italics denotes programs that are under consideration but not yet scheduled or confirmed.*

| *PROGRAMS* | *DATE* | *SUPPORT NEEDED BY MRL** |
|---|---|---|
| National Gastroenterology Consultants' Meeting for VIOXX | March 30-April 1, 2001 | Eric Mortensen confirmed |
| *6 Spring Regional Consultants' Meetings for ZOCOR/COZAAR* | *March – May, 2001* | *Presenters needed* |
| One-on-one meeting with Barry Brenner in preparation for Cardio-renal Working Group Meeting | April, 2001 (not yet scheduled) | Sr. MRL Management requested |
| Cardio-renal Working Group Meeting | April, 2001 (not yet scheduled) | Alise Reicin requested |
| MRL customer visit with Aetna for information requests related to formulary review of Coxibs | April, 2001 (not yet scheduled) | Presenter needed |
| Top 100 national thought leader personal PIRs (phone calls or visits) as needed | April – May, 2001 | Phone calls or visits by MRL as needed (based on feedback provided by HSAs and field sales) – key MRL point people assigned to Top 50 national thought leaders, additional MRL support will be requested as needed |
| One-on-one or small group meetings with selected thought leaders at National Kidney Foundation (NKF) Meeting or American Society of Hypertension (ASH) Meeting | April 19-22, 2001 (NKF) May 16-19, 2001 (ASH) | Participant(s) needed |
| National Pain Consultants' Meeting | April 26-28, 2001 | Presenter needed |
| Managed care personal PIRs (phone calls or visits) as needed | Post-Label Change | Phone calls or visits by MRL as needed (based on feedback provided by NAEs) |
| *National Hypertension/Heart Failure Consultants' Meeting for COZAAR* | *May 3-6, 2001* | *Presenter needed* |
| National Orthopedic Surgery Consultants' Meeting for VIOXX | May 4-6, 2001 | Briggs Morrison confirmed |
| National Managed Care Advisory Board Meeting for VIOXX | May 4-6, 2001 | Presenter needed |
| National Hospital Consultants' Meeting for VIOXX – West | May 4-6, 2001 | Presenter needed |
| National Hospital Consultants' Meeting for VIOXX – East | May 18-20, 2001 | Presenter needed |
| VIGOR National Faculty Consultants' Meeting | May 18-20, 2001 | Presenter needed |
| One-on-one or small group meetings with selected thought leaders at DDW | May 20-23, 2001 | Participant(s) needed |
| Gastroenterology Advisory Board for FOSAMAX | May 23, 2001 | Presenter needed |
| *6 Regional Rheumatology Consultants' Meetings for VIOXX* | *Mid-May – June, 2001* | *Presenters needed* |
| 2 National Managed Care Consultants' Meetings (Medical and Pharmacy Directors from targeted MC accounts) | May 31-June 2, 2001 June 7-9, 2001 | Presenters needed – Ed Scolnick requested for both meetings |
| 20 VIGOR speaker training teleconferences | May – June, 2001 (to be scheduled based on presenter availability) | Presenters needed |
| Cardio-renal Advisory Board Meeting for VIOXX | 2T01 Meeting (not yet scheduled) | Alise Reicin requested |

*Support Needed By MRL (continued):*

| *PROGRAMS* | *DATE* | *SUPPORT NEEDED BY MRL** |
|---|---|---|
| Orthopedic Surgery Advisory Board Meeting for VIOXX | June 1-3, 2001 | Briggs Morrison confirmed |
| Pain Advisory Board Meeting for VIOXX | June 8-10, 2001 | Presenter needed |
| One-on-one or small group meetings with selected thought leaders at EULAR | June 13-16, 2001 | Participant(s) needed |
| *6 Masters' Conferences for ZOCOR/COZAAR* | *June-August, 2001* | *Presenters needed* |
| National Cardio-renal Consultants' Meeting for VIOXX | July-September, 2001 (not yet scheduled) | Presenter(s) needed |
| National Rheumatology Consultants' Meeting for VIOXX | August 2-5, 2001 | Presenter needed |
| 6 Regional Rheumatology Consultants' Meetings for VIOXX | August 10-12, August 17-19, August 24-26 (2 mtgs), September 7-9, September 14-16 | Presenters needed |
| Multidisciplinary Advisory Board Meeting for VIOXX | September 7-9, 2001 | Alise Reicin confirmed |
| Cardio-renal Advisory Board Meeting for VIOXX | 3T01 Meeting (not yet scheduled) | Alise Reicin requested |
| 6 Regional Pain/ORS Consultants' Meetings for VIOXX | September 14-16, September 21-23 (2 mtgs), October 5-7 (2 mtgs), October 12-14 | Presenters needed |
| Pain Advisory Board Meeting for VIOXX | October, 2001 (not yet scheduled) | Presenter needed |
| Orthopedic Surgery Advisory Board Meeting for VIOXX | November, 2001 (not yet scheduled) | Presenter needed |
| One-on-one or small group meetings with selected thought leaders at AHA | November 11-14, 2001 | Participant(s) needed |
| One-on-one or small group meetings with selected thought leaders at ACR | November 12-14, 2001 | Participant(s) needed |
| Multidisciplinary Advisory Board Meeting for VIOXX | December 7-9, 2001 | Alise Reicin confirmed |

** Meeting underway with Alise Reicin to determine talks, presenters*

**Attachment 3:**
**Internal and External Speakers**

**Preferred Internal Speakers**

| *MRL* | *CDP* | *MEDSA* |
|---|---|---|
| Doug Greene | Greg Geba | Jeff Melin |
| Alan Nies | David Chang | |
| Barry Gertz | | |
| Alise Reicin | | |
| Eliav Barr | | |
| Keith Gottesdiener (renal) | | |
| Ken Truitt | | |
| Harry Guess | | |

**Additional Internal Speakers***

| *MRL* | *Region Medical Directors** |
|---|---|
| Jules Schwartz (renal) | Harvey Schuck |
| Briggs Morrison | Bruce Freundlich |
| Eric Mortensen | Kerry Edwards |
| Peter Callegari | Fran Kaiser |
| Francesca Catella-Lawson | David Abramson |
| | Ori Ben-Yehuda |

*A training session scheduled for April 10 will fully train all 30 Region Medical Directors on the available data for VIOXX[a] and the Coxibs. Additional training may also be required for the identified individuals in MRL to ensure complete understanding of the data and the ability to communicate these data.

**Preferred External Speakers**

| *RHEUMS* | *GASTROS* | *CARDIOLOGISTS (MI)** | *NEPHROLOGISTS (Hypertension/Edema)* |
|---|---|---|---|
| Art Weaver | Loren Laine | Marv Konstam* | Barry Brenner |
| Marc Hochberg | David Bjorkman | Steve Nissen | Craig Brater |
| Tom Schnitzer | Pete Peterson | Rob Califf | Gerald Appel |
| Warren Katz | Byron Cryer | Garrett Fitzgerald | Suzanne Swan |
| Michael Schiff | David Peura | John Oates | Matthew Weir |
| Claire Bombardier | Michael Wolfe | Myron Weisfeldt | Mark Perazella |
| Jim Williams | Jim Scheiman | Greg Fonarow* | Matthew Breyer |
| | Brian Fennerty | Mel Tonkon* | Ray Harris |
| | Richard Hunt | Jeff Anderson* | Vito Campese |
| | | | Sidney Kobrin |

*All cardiologists listed have been engaged by MRL and/or their HSA and have demonstrated a clear understanding of Merck's point of view on cardiovascular and renal issues. Those cardiologists marked with an asterisk represent certified national speakers who consistently communicate Merck's point of view on these issues in presentations to their colleagues.