UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF JENNIFER GROSS IN SUPPORT OF
PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO
EXCLUDE TESTIMONY OF DAVID Y. GRAHAM, M.D.**

I, Jennifer Gross, hereby declare as follows:

1.  I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413.  I have personal knowledge of the matters set forth herein and could testify competently thereto.

2.  Attached hereto as Exhibit 1 is a true and correct copy of the *Curriculum Vitae* of David Graham, M.D.

3.  Attached hereto as Exhibit 2 is a true and correct copy of the Report of David Y. Graham, M.D., Regarding Rofecoxib (Vioxx), dated December 18, 2009.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the transcription of the January 26, 2010 deposition of David M. Sales, including pages 22, 35-49, 54, 77-78, and 87-92.

5. Attached hereto as Exhibit 4 is a true and correct copy of the VIGOR Protocol (MRK-AFV0130142 through 130386).

6. Attached hereto as Exhibit 5 is a true and correct copy of the VIGOR Data Analysis Plan (MRK-00420014517 through 420014603).

7. Attached hereto as Exhibit 6 is a true and correct copy of Bombardier *et al*., "Comparison of Upper Gastrointestinal toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis." *New England J. Med*. 2000; 343:1520-28.

8. Attached hereto as Exhibit 7 are true and correct copies of correspondence between Bombardier and the *New England Journal of Medicine*, dated July 17, 2000 (LEH 0027393 through 27450), and between Reicin and the *New England Journal of Medicine*, dated Aug. 24-29, 2000 (MRK-ABC0024527 through 24532).

9. Attached hereto as Exhibit 8 is a true and correct copy of the VIGOR Clinical Study Report (MRK-AFV0451455 through 451779).

10. Attached hereto as Exhibit 9 is a true and correct copy of the VIGOR Final Adjudication Listing (MRK-00420015690 through 15704).

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcription of the January 15, 2010 deposition of David Y. Graham, including pages 62-63, 323, and 336.

860482.1

12. Attached hereto as Exhibit 11 is a true and correct copy of the Report of Nicholas Jewell, "Analysis of Rates of Occurrence of Confirmed and Complicated PUBs in Vioxx Clinical Trials."

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of the July 6, 2006 hearing in *In re Vioxx Products Liability Litigation*, including pages 82-83.

14. Attached hereto as Exhibit 13 is a true and correct copy of the initial VIGOR Manuscript Submission (MRK-NJ0245554 through 245604).

15. Attached hereto as Exhibit 14 is a true and correct copy of a Reicin email exchange, dated Aug. 29 through Sept. 1, 2000 (MRK-NJ0123320 through 123325).

16. Attached hereto as Exhibit 15 is a true and correct copy of "Table x. Confirmed PUBs. Analysis of Treatment by Concomitant Steriods [sic] Use 30 Days or More in Study (Revised) (MRK-NJ0123327).

17. Attached hereto as Exhibit 16 is a true and correct copy of the Rebuttal Report of David Y. Graham, M.D.

18. I have personal knowledge of the fact that Dr. Graham directed that all of his consulting fees in this matter be paid to Baylor College of Medicine (BCM) for research purposes, and that no fees would be paid to him personally. That direction has been followed, and the fees have been paid to BCM.

19. Attached hereto as Exhibit 17 is a true and correct copy of El-Serag, Graham, *et al.*, "Prevention of Complicated Ulcer Disease Among Chronic Users of Nonsteroidal Anti-Inflammatory Drugs:  The Use of a Nomogram in Cost Effectiveness Analysis," 162 *Arch. Intern. Med.* 2105, 2107 (2002) ("*Prevention*").

860482.1

20. Attached hereto as Exhibit 18 is a true and correct copy of the Graham & Chan, "Is the Use of COX-2 Inhibitors in Gastroenterology Cost-Effective?," 1 *Gastroenterology & Hepatology* 60-61 (2004) ("*Editorial*").

21. Attached hereto as Exhibit 19 is a true and correct copy of Lu & Graham, "New Development in the Mechanistic Understanding of Peptic Ulcer Disease, 3 *Drug Discovery Today* 431-37 (2006) ("*New Development*").

22. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt of the transcription of the Jan. 26, 2010 Deposition of Fran Kaiser, M.D., including pages 140–141.

23. Attached hereto as Exhibit 21 is a true and correct copy of "Scientific Communication Plan for Vioxx," dated March 27, 2001 (MRK-ABO0000257 through 263).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 1, 2010                                      s/Jennifer Gross

                                                           Jennifer Gross
                                                           Lieff, Cabraser, Heimann & Bernstein, LLP
                                                           250 Hudson Street, 8th Floor
                                                           New York, New York  10013-1413
                                                           Telephone:  (212) 355-9500
                                                           Facsimile:  (212) 355-9592