UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Case No. 05-3700 | |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE THE TESTIMONY OF JEFFREY E. HARRIS, M.D., PH.D.**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiffs' Memorandum in Opposition to Motion to Exclude The Testimony of Jeffrey E. Harris, M.D., Ph.D.

3. The following documents are attached hereto in support of this motion:

Exhibit A – December 22, 2009 Report of Jeffrey E. Harris, M.D., Ph.D.;

Exhibit B – Excerpts from the January 29, 2010 Deposition of Jeffrey E. Harris, M.D., Ph.D.;

Exhibit C –; December 22, 2009, Report of David A. Kessler, M.D.

Exhibit D – Excerpts from the January 21, 2010 Deposition of David A. Kessler, M.D.;

1

Exhibit E –; Excerpts from the February 9, 2010 Deposition of Stephen Wiggins, Ph.D.;

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2010

/s/  Douglas R. Plymale  _____
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs