UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

### DECLARATION OF JUSTIN BLOOM, ESQ. IN SUPPORT OF PLAINTIFF'S MEMORANDUM IN OPPOSITION TO MOTION TO EXCLUDE TESTIMONY OF TERRY D. LEACH

I, JUSTIN BLOOM, declare and state a follows:

1. I am one of the attorneys for Plaintiff, STATE OF LOUISIANA, ex rel., JAMES D. CALDWELL, JR., Attorney General, in the In re: Vioxx Products Liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiff's Opposition to Motion to Exclude Testimony of Terry D. Leach.

3. The following documents are attached hereto in support of this motion:

Exhibit A - Dr. Leach's Expert Report.

Exhibit B - Portions of Dr. Valerie Taylor's deposition.

Exhibit C - Portions of the Dr. Fran Kaiser deposition transcript.

Exhibit D - Dr. Taylor's Deposition Plaintiff's Exhibit 1.

Exhibit E - Portions of John Fevurly's deposition transcript.

Exhibit F - John Fevurly's Deposition Exhibit 6.

Exhibit G - Portions of Michael Davis' deposition transcript.

Exhibit H - Portions of Dr. Leach's deposition transcript.

I declare under penalty of perjury that the foregoing I true and correct.

Dated: March 1, 2010

/s/ *Justin Bloom*

Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone; (504) 648-0180
Facsimile; (504) 648-0181
Email: jbloom@dugan-lawfirm.com

Counsel for Plaintiff