```
 1       IN THE UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2
 3
     IN RE:  VIOXX PRODUCTS        ) MDL NO. 1657
 4   LIABILITY LITIGATION,         )
                                   ) SECTION L
 5   This Document Relates to:     )
                                   ) JUDGE ELDON E. FALLON
 6   STATE OF LOUISIANA, ex rel.   )
     JAMES D. CALDWELL, JR.,       ) MAGISTRATE
 7   Attorney General,             ) JUDGE KNOWLES
                                   )
 8            Plaintiff,           )
     vs.                           )
 9                                 )
     MERCK SHARP & DOHME CORP.,    )
10                                 ) NO. 05-3700
              Defendant.           )
11
12             **CONFIDENTIAL**
           SUBJECT TO PROTECTIVE ORDER
13
                    - - - - -
14        THE VIDEOTAPED DEPOSITION OF
           VALERIE E. TAYLOR, PHARM.D.
15          FRIDAY, JANUARY 15, 2010
                    - - - - -
16
17
18       The deposition of VALERIE E. TAYLOR,
19   PHARM.D., called by the Defendant for examination
20   pursuant to the Federal Rules of Civil Procedure,
21   taken before me, the undersigned, Michele Ray,
22   Notary Public within and for the State of Ohio,
23   taken at Hilton Akron/Fairlawn, 3180 West Market
24   Street, Akron, Ohio, commencing at 9:02 a.m., the
25   day and date above set forth.
```

113

1  study that was cited.
2  Q  Would you interpret that to mean that the
3     approximate 50 percent reduction in risk for
4     PUBs and complicated PUBs was true for patients
5     with or without concomitant steroid use?
6            MR. SALES:    Objection to
7     form.
8  A  That's what's stated in there, yes.
9  Q  And so you had mentioned before, I think, when
10    this was discussed, Exhibit 13, that this was
11    the label that you relied on and took into
12    consideration in making your recommendations to
13    the P&T Committee?
14           MR. SALES:    Objection.
15    Misstates the prior testimony.
16 Q  Would you have relied on the 2002 label, with
17    that paragraph included, in developing your
18    monograph and making your ultimate
19    recommendation to the P&T Committee?
20 A  That, plus additional information.
21 Q  Right.  And you relied on the veracity and the
22    completeness of this label as well, correct?
23           MR. SALES:    Objection,
24    form.
25 A  I'm not really sure what you mean by that.