

PLAINTIFF'S EXHIBIT
1
1/15/10

## UNSOLICITED REQUEST FOR INFORMATION
### Email: HSA/NAE Medical Services Mailbox and copy B. Mckeon
### Or
### FAX: Medical Services ATTN: Dr. Bernadette McKeon at 800-637-2568

DATE of REQUEST: 8-30-2004           DATE INFORMATION REQUIRED: 8-31-2004
                                      DATE OF DECISION  9-1-2004

==============================================================================

PLEASE SELECT ONE
X  PIR (response letter)     OR      Formulary Request (check below)
                                       specific questions (type under PIR below)
                                       'Formulary binder' (AMCP not requested)
                                       'AMCP dossier'

Merck Product(s): VIOXX

FOR PIRs, Type the Specific Question(s) of the Request:

Michael,

Provider Synergies would be interested in hearing Merck's take on the latest information published in the Wall Street Journal about Vioxx. We would like to hear how the study was conducted and how that affects the results. We are also interested in any information you can provide us that is not published about the study. Do you have any in house data that would refute this study's results?

How can we continue to recommend Vioxx as a preferred drug in light of this information? Especially how can we recommend it as the only COX II?

Any other information that we can use with our states to refute the claims in WSJ would be helpful.

Thanks,

Valerie E. Taylor, Pharm.D.
Clinical Director
Provider Synergies, L.L.C.
Phone: 330-665-4578


FOR 'Formulary binder', Type Specific Language of the Request:



FOR 'AMCP dossier', did the MCO/State Medicaid ask for AMCP dossier    YES
   Additional information from the MCO/State Medicaid?    YES (letter, email, etc)    NO
==============================================================================
MERCK FIELD PERSON:
Name of Merck person who received the unsolicited request: Michael E. Davis
Field Title: NAE, PBM National Accounts  MVX:     FI 4 MVX # 60740
Names of Merck personnel who are part of the team serving this customer? Michael Davis, Dennis O'Brien

MRK-AHN0050573

[Please communicate to the team members that this formulary request has been submitted]

**Requesting Health Care Professional:**   Name: Valerie E. Taylor

Degree: Pharm D.   Title/Name of Organization: Clinical Director, Provider Synergies, L.L.C.

(if more than one name; send each name on separate form)

Office Address:
3039 White Tail Circle
Fairlawn, OH  44333

FAX: 330-665-4609   Phone: 330-665-4578

**Special Notes To Medical Services/ORM:**

I appreciate your expedited response to Valerie.

All information will be Federal Expressed from Medical Services to the Customer

MRK-AHN0050574