1

CONFIDENTIAL

1              IN THE UNITED STATES DISTRICT COURT

2           FOR THE EASTERN DISTRICT OF LOUISIANA

3 In Re:  VIOXX,                    )MDL NO. 1657
  STATE OF LOUISIANA, ex rel.       )SECTION L
4 JAMES D. CALDWELL,                )
  ATTORNEY GENERAL                  )
5    Plaintiff,                     )

6 VS.                               ) Case No. 05-3700

7 MERCK & CO., INC.                 )
     Defendant.                     )
8 *******************************************

9                     ORAL DEPOSITION OF

10                      JOHN FEVURLY

11                    NOVEMBER 12, 2009

12                       CONFIDENTIAL

13    *******************************************

14 ORAL DEPOSITION OF JOHN FEVURLY, produced as a witness

15 at the instance of the Plaintiff, and duly sworn, was

16 taken in the above-styled and numbered cause on the 12th

17 day of November 2009, from 9:37 a.m. to 2:50 p.m. before

18 Marie Bulfinch, Notary Public in and for the State of

19 Texas, reported by computerized stenographic method, at

20 the offices of Baker Botts, 910 Louisiana Street,

21 Houston, Texas, pursuant to the Louisiana Rules of Civil

22 Procedure and the provisions stated on the record or

23 attached hereto.

24

25

HOUSTON REPORTING SERVICE  -  713-739-1400

45

CONFIDENTIAL

1 process, and I want to see if what is written here

2 comports with your understanding of the process.

3          Have you had a chance to review that

4 section?

5      A.   Yes, sir.

6      Q.   Does that comport with your understanding of

7 the PDL process for the State of Louisiana?

8      A.   That's what I recall the process to be.

9      Q.   There is nothing in here that you recognize to

10 be an error or functionally didn't operate that way

11 within the PDL process?

12          MR. SALES:  Objection, form. ,

13 multifarious.

14     A.   I think you asked two questions.  Can you split

15 those up?

16     Q.   (BY MR. BLOOM)  Do you recall your involvement

17 with Provider Synergies to comport with this process?

18          MR. SALES:  Objection, form.

19     A.   Rephrase it again so I've got it so I

20 understand it.

21     Q.   (BY MR. BLOOM)  Does this generally describe

22 how you engaged with Provider Synergies, or did your

23 engagement with Provider Synergies follow the general

24 guidelines set out here in this document?

25     A.   This -- my -- from my understanding, this

          HOUSTON REPORTING SERVICE  -  713-739-1400

46

                                    CONFIDENTIAL

     1 generally outlines the guidelines that Provider

     2 Synergies provided to Michael and I on how the process

     3 worked for the State of Louisiana.

     4     Q.   And in creating this document, it indicates it

     5 was prepared by Mary Ogle and Holly Jacques.

     6               Would they have asked you to provide

     7 information to create this section?

     8     A.   I believe -- I don't recall.

     9     Q.   Do you know how they would have found out about

    10 the PDL process?

    11               MR. SALES:  Objection, form.

    12     A.   I don't know.

    13     Q.   (BY MR. BLOOM)  I believe you came on to -- or

    14 took on the Provider Synergies account after the initial

    15 review by the State of Louisiana.

    16               Is that correct?

    17     A.   That's my recollection.

    18     Q.   When you -- when you came on and were working

    19 with Provider Synergies on the Louisiana account, do you

    20 recall providing clinical information for their review

    21 of Vioxx?

    22     A.   Can you be more specific?

    23     Q.   Well, it says here the process is that the drug

    24 is first reviewed by Provider Synergies on its clinical

    25 merits.  And then after clinical review Provider

              HOUSTON REPORTING SERVICE   -   713-739-1400