| | |
|---|---|
| To: | Davis, Michael E. (USHH) </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=DAVISM>; Fevurly, John Earl </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=FEVURLYJ> |
| From: | Ogle, Mary E </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=OGLEMARY> |
| Cc: | Kelly, Michael J (SR. DIR/MC) </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=KELLYMIC>; McLarty, Jacqueline D. </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=MCLARTYJ>; Jacques, Holly D. </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=JACQUE>; Lee, Terri J. </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=LEETER>; Kaiser, Fran E </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=KAISERF>; Lambert, Warren J. </O=MERCK/OU=NORTHAMERICA/CN=RECIPIENTS/CN=LAMBERTW> |
| Bcc: | |
| Received Date: | 2003-01-31 21:53:38 |
| Subject: | Customer Profile for Louisiana Medicaid |

Attached the customer profile for Louisiana Medicaid. I hope the information is useful. Please call me if you have any questions,

Mary

Mary Ogle
National Account Executive
Merck Managed Care
mvx#60713
(682)-831-1529

Attachments:

State Customer Profile LA Mediciad01-31-03REVISED.doc



MRK-EBDE0067336

# Customer Profile
## <u>State of Louisiana</u>

Prepared by Mary Ogle and Holly Jacques

**I.** **<u>Customer Identification</u>**

Department of Health and Hospitals
1201 Capitol Access Road
P.O. Box 629
Baton Rouge, LA 70821-0629
(225)342-9500

Key Contacts:
David Hood
Secretary
Department of Health and Hospitals
1201 Capitol Access Road
P.O. Box 629
Baton Rouge, LA 70821-0629
(225)342-9509

MJ Terrabonne
Pharmacy Director
Department of Health and Hospitals
1201 Capitol Access Road
P.O. Box 629
Baton Rouge, LA 70821-0629
(225)342-9479

Ben Bearden
Director, Bureau of Health Services Financing
Department of Health and Hospitals
1201 Capitol Access Road
P.O. Box 629
Baton Rouge, LA 70821-0629
(225)342-3891

Vincent Culotta
Chair
Louisiana P&T Committee
6301 Bretha Drive
New Orleans, LA. 70122

PBM
Provider Synergies, L.L.C.
Lakeside Center
6279 Tri-Ridge Boulevard, Suite 209
Loveland, OH 45140
Phone: (513)774-8500
Fax: (513)697-5762



Provider Synergies Key Contacts:
Terry Taylor, R.Ph.          President
Dan Kincaid, Esq.            Vice President
Jim Purtell, MBA             Director, Finance and Contracts
Valerie Taylor, Pharm D      Clinical Director

## II. Background Overview of Medicaid Program

The Louisiana Medicaid program provides health care for approximately 909,000 low income and disabled residents of Louisiana. Medicaid continues to create pressure for both the physicians and the patients of Louisiana as it is strictly fee-for service with no managed care programs. Physicians continue to shy away from Medicaid patients due to low payment rates, thus forcing these patients to seek care at hospital emergency rooms and increases the need for hospital services. In 2001 legislation allowed the state to establish a formulary for prescription drugs covered by the Medicaid program. The state began implementing this by restricting prescription reimbursement through a prior authorization process in June 2002.

### Legislative Background

Over the past 12 years, Louisiana's Medicaid drug spending has grown from $75 million a year to nearly $620 million in 2002. It is believed that if left alone, the spending could reach more than $1 billion a year by 2006.

In 2001, the Legislature passed Senate Bill 502, which authorized DHH to establish a drug formulary in the medical assistance drug program. The bill authorized DHH to establish a PDL that used prior authorization to reduce costs in the Medicaid prescription drug program. The bill established a P&T Committee to be created within the DHH. The bill authorized DHH to execute a contractual arrangement with a third party entity to assist the P&T Committee in establishing the PDL and negotiating rebates. The bill also authorized DHH to contract with a third party to implement the PA process. PhRMA successfully amended the bill to require all newly approved FDA drugs to be covered on PDL at least 90 days before the P&T Committee can take action to prior authorize that drug.

DHH told the Legislature that implementing a supplemental rebates and a PDL would save the Department $62 million (state/federal funds) in the first year of implementation. As a result, the Legislature cut DHH's budget by $62 million.

### Confidentiality

In 2002, the Legislature passed Senate Bill 66, which provided an exemption from the Public Records Act to supplemental rebate information contained by DHH. The billed provided that all supplemental rebate information maintained by DHH and its agents will be considered proprietary and confidential, provided that such information shall be subject to review by the legislative auditor and the Legislative Fiscal Officer.

### PBM Relationships

The State of Louisiana contracted with Provider Synergies; a PBM based in Loveland, Ohio, to assist in the PDL development process. Provider Synergies also negotiates supplemental rebates on behalf of the state with participating manufacturers.

### P&T Committee



Confidential - Subject to Protective Order

MRK-EBDE0067338

To assist the Bureau for Medical Services (BMS) in the development and maintenance of the Preferred Drug List (PDL), a Pharmaceutical and Therapeutic Committee (P&T) was appointed by the Secretary of DHH. The P&T Committee consists of physicians, pharmacists, and other health care providers within the state of Louisiana. The Chair of the P&T committee is Dr. Vincent Culotta.

Dr. Bart Pope
LSU/HSC Pharmacology Physician
10170 Thornwood Drive
Shreveport, LA 71105
(318) 698-1817

Dr. Blackwell B. Evans, Jr.
Tulane Pharmacology Physician
300 Lake Marina Drive, # 16BW

Dr. Donnie Batie
Family Practitioner
3801 North Boulevard
Baton Rouge, LA 70806
(225) 387-7899; fax: 381-2579

Dr. Brobson Lutz
Internal Med. Specialist
2622 Jena Street
New Orleans, LA 70115
(504) 865-0361

Dr. Richard Doskey
Pediatrician
9605 Jefferson Highway
River Ridge, LA 70123
(504) 738-1604

Dr. W. Chapman Lee
Surgeon
5825 Airline Highway
Baton Rouge, LA 70805
(225) 358-1061; fax: 358-1076

Dr. Michael Kudla
OB/GYN
2770 2nd Avenue, #203
Lake Charles, LA 70601

Dr. Ernest Kinchen
850 North Pierce
Lafayette, LA 70501
(337) 233-2116; fax: 237-9075

Dr. Leonard Weather, Jr.
7820 Chef Menteur Hwy.
New Orleans, LA 70126
(504) 241-0413; fax: 241-1292


Business Confidential use only

Dr. Philip J. Medon
Professor of Pharmacology
Univ. of LA-Monroe School of Pharmacy
Monroe, LA 71209-0470
(318) 342-3800; fax: 342-3802

Dr. Conchetta Fulton
Xavier Univ. School of Pharmacy
7325 Palmetto
New Orleans, LA 70125
(504)483-7402; fax: 895-3058

Mr. Marty McKay
Independent Pharmacists
Pearson Drugs No 7
1806 Water Street
Lecompte, LA 71346
(318) 776-5649

Mr. Joe Adams
Chain Pharmacists
Walgreen's
Covington, LA 70433
(985) 893-7476; fax: 893-5688

David W. Hood
Secretary, DHH
P. O. Box 629
Baton Rouge, LA 70821-0629
(225) 342-9509; fax: 342-5568

Ben Bearden
Medicaid Director
DHH
P. O. Box 91030
Baton Rouge, LA 70821-9030
(225) 342-3891; fax: 342-5774

Dr. Vincent Culotta
P&T Committee Chair
OBGYN
4770 S. I-10 Service Road
Metairie, LA 70001
(504) 885-8563; fax: 455-1072

Dr. Catherine A. McDonald
Psychiatrist
1105 S. College Rd., Suite A
Lafayette, LA 70503
(337) 232-9113; fax: 232-0022


Business Confidential - use only

Dr. Anne Henderson Tilton
Neurologist, Children's Hospital in New Orleans.


Dr. Lolie C. Yu
LSU-HSC Pediatric Oncologist
1542 Tulane Avenue
New Orleans, LA 70112
(504) 896-9740; fax: 896-9758

Carolyn Tackett
Medicaid Recipient
P. O. Box 48
Hammond, LA 70404

**PDL Process**

The P&T Committee is responsible for reviewing Provider Synergies' clinical evaluations and recommendations pertaining to drugs to be included on the PDL. Each drug is reviewed by Provider Synergies on its clinical merits relative to other medications in the same therapeutic class. Published, peer-reviewed clinical trials are the primary source of information used by the Provider Synergies clinical staff for this review. Data regarding efficacy, effectiveness, adverse effects, and tolerability is analyzed and compared to other drugs within the therapeutic class. From this analysis, the clinical staff determines an agent's superiority, equivalency, or inferiority relative to the comparator drugs. After the clinical review, Provider Synergies financial staff performs a financial analysis. This analysis incorporates utilization data from the individual state as well as any supplemental rebates offered to the state by the drug manufacturers. With this data, the financial staff determines the fiscal impact of PDL inclusion or exclusion of each medication. In addition to the clinical review and financial analysis, other factors, such as existing programs within the state, are taken into account by Provider Synergies.

Incorporating all of this information, Provider Synergies makes suggestions to the P&T Committee regarding the PDL status of each medication. After reviewing and discussing these suggestions, the P&T Committee makes recommendations to the Louisiana DHH for final decisions.

The Department of Health and Human, will determine which classes of drugs are most commonly utilized or where utilization challenges exists. The Bureau may choose to request to review drug classes alone or in therapeutic groups. After the order of drug class review is determined, Provider Synergies will notify a pharmaceutical manufacturer. At that time, the manufacturer will be requested to submit any clinical information and a supplemental rebate offer form to Provider Synergies for the product(s) in review. The supplemental rebate program is voluntary on the part of the manufacturer.

If the P & T Committee have reviewed a therapeutic class and the Secretary of DHH has approved the recommended drugs in that category, new chemical entities will be considered non-preferred until the class is once again reviewed one year later. All new chemical entities approved by the FDA for marketing iin the US will be reimbursed for a minimum of 90 days upon the drug's introduction into the market place. It will be fully reimbursed until reviewed by the committee.

Recommendations regarding the PDL status of new medications will be made by Provider Synergies at the time of the next review of the therapeutic class to which that medication belongs. The schedule for these class reviews may be altered if new medications are determined by Provider Synergies to have a significant clinical and/or financial impact.



Confidential - Subject to Protective Order                                                                                                    MRK-EBDE0067341

PDL decisions may not be appealed. If a pharmaceutical manufacturer believes that factual information was misrepresented at the P&T Meeting, that manufacturer may submit documentation supporting their viewpoint to Provider Synergies. Only documentation from published, peer-reviewed medical journals will be accepted. The Bureau of Medical Services in consultation with Provider Synergies will propose re-evaluation of the entire therapeutic class only if the data submitted supports that factual information was, indeed, misrepresented.

Each therapeutic class will be scheduled for review at least yearly. Situations that may trigger an earlier review include approval of a new medication, removal of a medication from the market, shortage of a medication, or significantly new clinical or financial information. Pharmaceutical manufacturers will be asked to submit supplemental rebate offers at the time of each review involving one of their products.

The Secretary of Louisiana Department of Health and Human Resources makes final decisions regarding PDL product inclusion.

## III.   Current Status of Merck & Competitive Products

As stated above, the Louisiana DHH began to implement the PDL in June of 2002. The Preferred Drug List (PDL) is a list of medications that has been recommended by the P&T Committee and approved by the Secretary of the Department of Health and Human Services. The drugs listed as "preferred" on the PDL are available without prior authorization. All Medicaid-covered drugs listed as "non-preferred" on the PDL will be available through the prior authorization process. Below is a summary of key Merck products and competitive products listed on the PDL



| Therapeutic Category | Preferred | Non-Preferred** |
|---|---|---|
| OP – Redacted – other product | | |



Confidential - Subject to Protective Order

MRK-EBDE0067342

| | Coxibs** | Valdecoxib (Bextra®) Celecoxib (Celebrex®) | Rofecoxib (Vioxx®) |
|---|---|---|---|
| OP – Redacted – other product | | | |
| OP – Redacted – other product | | | |

### Total Drug Spend & Merck Product Spend

In 2002, the Louisiana Medicaid program spent approximately $600 million for prescription drugs. Total Medicaid sales for all of Merck products in 2002 were approximately 18M. The overall loss in 2002 due to the June '02 implementation of the PDL is estimated to be $6.7M. Below is a summary of sales for key Merck products for the State Louisiana in 2002:

| Product | 2002 Sales |
|---|---|
| OP – Redacted – other product | |
| VIOXX® | $5M |
| OP – Redacted – other product | |

## IV.   Formulary Control Mechanisms/Benefit Design

As stated above, most medications listed as "preferred" on the PDL can be prescribed and dispensed without prior authorization. All medications listed on the PDL as "non-preferred" will be subjected to prior authorization.



Confidential - Subject to Protective Order    MRK-EBDE0067343

**PA Process**

The Pharmacy PA Process is staffed and managed by the University of Louisiana, College of Pharmacy at Monroe (ULM). ULM has created a Prior Authorization (PA) Unit to run this project. The ULM is open from 9 am to 6 pm Monday – Friday. ULM has hired 8 licensed pharmacists to answer these requests.

Prior authorization requests can be faxed, mailed or phoned in to ULM by a medical practitioner or the practitioner's designee. Emails will not be accepted at this time due to concerns with HIPAA privacy provisions. Mary Lear also stated that pharmacists are not authorized to call ULM to request a PA. Only practitioners and their designees have this authority. Each approved PA will last for up to one year.

**The criteria for a PA approval is as follows:**
- **Has the patient had a treatment failure on drugs on the PDL;**
- **Does the patient have a condition which prevents them from using the drug on the PDL;**
- **Is there a potential for a drug interaction with other medications which the patient may currently be taking; or**
- **Has the patient experienced intolerable side effects with the drugs offered on the PDL.**

**If the answer to any of these questions is yes, then ULM must approve the PA request.**

Implementation of the PDL began on June, 2002. Therefore, market share data for preferred and non-preferred products under the PDL are not available at this time.

The following are examples of pharmacy control functions that are utilized by the State of Louisiana Bureau of Medical Services.

**A. Physician Directed**
   **1. PDL Education**
- Newsletters regarding changes to the program

**B. Patient Directed**

   **1. PDL Education**
- Prior Approval for restricted products on the PDL

**C. Pharmacy Directed**

   **1. Communication**
- On-line computer
   1. Eligibility for Drug Benefit
   2. PDL Status
- Newsletters
   **2. PDL Information/Controls**
- On-line Computer (step-edits, prior authorizations)

## V.   DHH Current and Future Strategy for Managing their Pharmacy and overall Budget



Confidential - Subject to Protective Order

MRK-EBDE0067344

DHH established a supplemental rebate and a PDL in response to increases in the pharmacy expenditures. DHH informed the Legislature that the department would achieve $62 million in savings in the first full year of implementation. As a result, the Legislature cut DHH's budget by $62 million. DHH has not achieved the savings promised and are now trying to find other ways to save money in the pharmacy program. DHH recently proposed a rule to limit the number of prescriptions available to a Medicaid patient to eight per month. They rules, however, were pulled for consideration on January 29, 2003. DHH said they may re-consider these rules in March 2003 when the Legislature convenes.

## VI. Merck Strategy & Tactics

- Continue to work with the State of Louisiana and the DHH through Provider Synergies to ensure unrestricted access for key Merck products.

- Maximize share for Merck products preferred on the PDL.

- Continue to develop product advocates with Medicaid P&T and DUR committee members.

## VII. Merck State Account Team

| | |
|---|---|
| NAE | Mary Ogle |
| Managed Care Sales Senior Director | Mike Kelly |
| GAE | Holly Jacques |
| Senior Director GA&P | Terri Lee |
| Customer Manager | Michael Davis |
| Point Business Manager (s) | Ranita Howard and Scott Hawthorn |
| Senior Business Director (s) | Warran Lambert |
| RMD | Dr. Fran Kaiser |
| LTC AE | Doug Wray |


Business Confidential

Confidential - Subject to Protective Order

MRK-EBDE0067345