```
 1        UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA
 2
 3  In Re:  VIOXX
 4  Products Liability Litigation
 5  STATE OF LOUISIANA, ex rel.
 6  JAMES D. CALDWELL,     MDL NO. 1657
    ATTORNEY GENERAL       SECTION L
 7       Plaintiff
    versus            Case No.
 8                    05-3700
    MERCK & CO., INC.,
 9       Defendant
10
11          HIGHLY CONFIDENTIAL
12
13       Videotaped deposition of
14  MICHAEL E. DAVIS, taken at the law
15  offices of DECHERT, LLP, Cira Centre,
16  2929 Arch Street, Philadelphia,
17  Pennsylvania, on Friday, February 5,
18  2010, commencing at 9:00 a.m., before
19  Dianna R. Pugliese, Registered Merit
20  Reporter, Certified Realtime
21  Reporter, Certified Shorthand
22  Reporter (NJ & DE), and Notary
23  Public, pursuant to notice.
```

147
1  worked?
2      MR. SALES:  Objection.
3  Calls for speculation.
4      THE WITNESS:  So again, I
5  really, again, I don't recall seeing
6  this specific document so I can't
7  comment on this particular document
8  or basically what it says.
9      What I can't -- I mean, I
10  just can't comment on the document.
11  I can't -- I think if you're asking
12  me a question of this particular
13  document, I can't -- I cannot comment
14  on that.
15  BY MR. BLOOM:
16     Q.  Outside of the document, is
17  that how you understand that the
18  process worked back in 2003, that the
19  P&T Committee would first review
20  drugs on their clinical merits and
21  then after the clinical review,
22  Provider Synergies' financial staff
23  would perform a financial analysis?
24      MR. SALES:  Objection.

148
1  Calls for speculation.
2      THE WITNESS:  I can't speak
3  for the Louisiana or any other P&T in
4  terms of what variables they looked
5  at or used to make decisions.
6      My understanding of
7  Provider Synergies is that they had a
8  very specific clinical monograph that
9  their pharmacy folks put together.
10  They compiled all kinds of
11  information and clinical attributes
12  of a drug or a class.
13      And then, of course, as we
14  provided pricing per their request,
15  there was a financial analysis based
16  -- which included what we had
17  provided as far as that price per
18  their response for a bid request.
19      MR. BLOOM:  I seem to have

20  misplaced one of these.  It's here
21  somewhere.  Instead of looking for
22  it, would you mind sharing this for
23  -- it will just take a minute.
24          MR. SALES:  Just let me