110
1  payors and Medicaid -- state Medicaids
2  that currently or recently have listed
3  Celebrex as a preferred drug?
4        A.   That is correct.
5        Q.   They have obviously made the
6  decision, have they not, based on your
7  experience that it is cost-effective
8  considering supplemental rebates, various
9  cost factors to include a COX-2 on a
10  preferred drug list still currently;
11  correct?
12       A.   Well, I can't comment as to
13  the cost-effectiveness.  I think they
14  would have it on based on clinical
15  effectiveness.
16       Q.   Well, cost is also
17  considered in the decision of preferred
18  versus nonpreferred, isn't it?
19       A.   Only after the safety and
20  efficacy have been established.
21       Q.   Is that your belief with
22  regard to Louisiana state Medicaid?
23       A.   Yes.
24       Q.   Have you not read any

120
1    A.   Yes.
2    Q.   Having -- do you recall when
3 you read this that it was your sense that
4 the committee was charged -- had charged
5 Provider Synergies to go back and
6 negotiate better financial terms with
7 Pfizer for Celebrex?
8    A.   Correct.
9    Q.   And you see under that
10 second paragraph under the May
11 recommendation that "Provider Synergies
12 also reported that some additional rebate
13 had been offered by the manufacturer of
14 Celebrex, however the amount was
15 insufficient to warrant recommending
16 Celebrex be added to the PDL"?
17    A.   Yes.
18    Q.   That would be consistent
19 with Louisiana Department of Health and
20 Hospital officials' testimony, would it
21 not, that cost was a driving factor in
22 the decision about COX-2 inhibitors and
23 generally drugs for the PDL/nonPDL
24 decision?

121
1    A.   My understanding, it's a
2 factor. I don't know if it was a driving
3 factor, because my understanding -- I
4 mean, this is a summary, but my
5 understanding is that two drugs would
6 have to be considered equivalent, both
7 safety and efficacy, in order to then go
8 evaluate based on cost.
9    Q.   Do you know whether or not
10 the State of Louisiana reviewed COX-2's
11 as a separate class or included in the
12 class of NSAIDs?
13    A.   I do not recall. The
14 monographs were presented as an NSAID
15 class. I don't know how they actually
16 looked at them.
17    Q.   All of them were?
18    A.   To my recollection, yes.
19    Q.   Do you have any

20  understanding as to why -- looking at
21  that history of the -- of the P & T
22  recommendations, do you have any
23  understanding as to what interval the P &
24  T Committee of Louisiana Medicaid would