UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

## PLAINTIFF'S OMNIBUS MOTION IN LIMINE

Plaintiffs hereby incorporate all prior Motion in Limine pleadings in the Vioxx Multidistrict Litigation, MDL No. 1657, by both Plaintiffs and Defendants, as well as the Court's rulings thereon, to the extent they are applicable to this case.

Dated March 1, 2010

Respectfully submitted,

/s/ *Justin Bloom*
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jbloom@dugan-lawfirm.com

Counsel for Plaintiff