UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657
:
:   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
*Roger Carver, Individually and as representative of the Estate of Gail Carver v. Merck & Co., et al.,* **CA No. 05-4981 L(3)**

**ORDER**

  IT IS ORDERED that the Order granting Motion to Reassign Hearing Date (Rec. Doc. No. 35487) is hereby VACATED.

  IT IS FURTHER ORDERED that Motion to Reassign Hearing Date (Rec. Doc. No. 35268) is hereby GRANTED.  The Motion to Set Aside the Order of Dismissal (Rec. Doc. No. 33200) shall be CONTINUED to be heard immediately following the March status conference.

  New Orleans, Louisiana, this __25th__ day of __February__, 2010.

_____
UNITED STATES DISTRICT JUDGE