UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Hoyt Turbeville, et al.* v. *Merck & Co., Inc.* | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:07-cv-04007 | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Hoyt Turbeville and Betty Turbeville in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE