UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All Cases | : | MAG. JUDGE DANIEL E. KNOWLES |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

In accordance with Local Rule 83.2.11 the Tulane Civil Litigation Clinic ("Clinic") files this Motion to Withdraw as Counsel of Record for certain Vioxx claimants subject to this Court's Capping Order.  In support, the Clinic represents as follows:

1. On August 27, 2008, this Court issued an order capping contingent fees ("Capping Order") for attorneys representing claimants in the Vioxx Settlement at 32% plus reasonable costs.  (Rec. Doc. 15722).

2. On December 10, 2008, certain plaintiff's attorneys (The Vioxx Litigation Consortium or "VLC") filed a Motion for Reconsideration/Revision of the Order Capping Contingent Fees.  (Rec. Doc. 17330).

3. On December 19, 2008, this Court appointed the Tulane Civil Litigation Clinic to represent the interests of claimants subject to the Court's Capping Order.  (Rec. Doc.

1

17517).

4. Clinic Supervising Attorney Stacy Seicshnaydre subsequently appeared in this matter by filing an Opposition to the VLC's Motion for Reconsideration/Revision of Order Capping Contingency Fees. (Rec. Doc. 18016).

5. Several claimants subject to the Court's Capping Order also consented to representation by student attorneys. Clinic student attorneys Jonathan J. Belaga, Nathaniel R. Copping, Whitney R. Duesman, Esther L. Greenbaum, Patrick O. Hernon, Amiel J. Provosty, Michael D. Schopf, and Kelsie J. Tregilgas were enrolled on behalf of those claimants on October 13, 2009. (Rec. Doc. 25089).

6. By its Order and Reasons of August 3, 2009, this Court affirmed its Capping Order (Rec. Doc. 21545). The VLC and certain other plaintiff's attorneys (the appealing attorneys) appealed the imposition of a 32% fee cap to the United States Court of Appeals for the Fifth Circuit.

7. As of January 13, 2010, all appealing attorneys have withdrawn their appeals. Vioxx claimants subject to the Capping Order thus no longer require Clinic representation.

8. The Clinic has notified all claimants consenting to representation by student attorneys of the resolution of the fee-capping matter.

WHEREFORE, the Clinic respectfully requests that this Court grant the Clinic's Motion to Withdraw as Counsel of Record for Vioxx claimants subject to the Capping Order. The Clinic requests that both Seicshnaydre and the student attorneys be withdrawn as counsel of record.

Respectfully submitted,

TULANE CIVIL LITIGATION CLINIC
6329 Freret Street
New Orleans, LA  70118
(504) 865-5153
(504) 862-8753 (fax)

By:

**/s/ Stacy Seicshnaydre**
STACY SEICSHNAYDRE, No. 22193, T.A.
E-mail: sseicshn@tulane.edu
(504) 865-5158
Supervising Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Counsel for the VLC, Harry S. Hardin III, by e-mail (hhardin@joneswalker.com), and upon Liaison Counsel, Phillip Wittmann and Russ Herman by e-mail (rherman@hhkc.com, pwittmann@stonepigman.com), and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657, on March 2, 2010.

Respectfully submitted,

**/s/ Stacy Seicshnaydre**
STACY SEICSHNAYDRE, No. 22193
E-mail: sseicshn@tulane.edu
(504) 865-5158
Supervising Attorney
Tulane Law Clinic
6329 Freret Street
New Orleans, Louisiana 70118