**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | : | CIVIL ACTION |
| LIABILITY LITIGATION | : | |
| | : | NO.  2:05-MD-01657-EEF-DEK |
| | : | |
| | : | SECTION L |
| | : | JUDGE ELDON E. FALLON |
| | : | |
| | : | DIVISION 3 |
| This document relates to All cases | : | MAG. JUDGE DANIEL E. KNOWLES |

**O R D E R**

Considering the foregoing Motion to Withdraw as Counsel of Record filed by the Tulane Civil Litigation Clinic,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is GRANTED.  Clinic Supervising Attorney Stacy Seicshnaydre and Clinic Student Attorneys Jonathan J. Belaga, Nathaniel R. Copping, Whitney R. Duesman, Esther L. Greenbaum, Patrick O. Hernon, Amiel J. Provosty, Michael D. Schopf, and Kelsie J. Tregilgas are hereby withdrawn as counsel of record for Vioxx claimants subject to the Court's Capping Order.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
**UNITED STATES DISTRICT COURT JUDGE**