UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
:
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**************************************************************************

## NOTICE

TO:   Oscar Williams
      1765 Marwell Blvd.
      Hudson, OH 44236

The Special Master is in receipt of the Audit findings of the Claims Administrator regarding the claim of **Oscar Williams, VCN #1056337**.

A hearing before the Special Master will be held at 9:00 a.m. on March 12, 2010, at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana, for the claimant to present his response to the findings of the Claims Administrator.

Lafayette, Louisiana, this 2nd day of March, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and/or faxed the foregoing Notice and the notice of electronic filing to the following:

| | |
|---|---|
| Russ M. Herman | Orran L. Brown |
| Herman, Herman, Katz & Cotlar | Brown Greer, PLC |
| 820 O'Keefe Avenue | Post Office Box 85031 |
| New Orleans, LA 70113 | Richmond, VA 23285-5031 |
| Fax No.: (504) 561-6024 | Fax No.: (804) 521-7299 |
| | |
| Douglas R. Marvin | Oscar Williams |
| Williams & Connolly | 1765 Marwell Blvd. |
| 725 Twelfth Street, NW | Hudson, OH 44236 |
| Washington, DC 20005 | (U.S. Mail and Via Federal Express) |
| Fax No.: (202) 434-5029 | |

Lafayette, Louisiana, this 2nd day of March, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com