UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX MARKETING, SALES )
PRACTICES, AND PRODUCTS LIABILITY )
LITIGATION )
) MDL DOCKET NO. 1657
This document relates to: ) SECTION L
RICHARD GARCIA, and )
JANET GARCIA, et al )
(Pertaining to Garcias only) )
**(EDLA CASE NO. 07-00902)** ) JUDGE FALLON
) MAGISTRATE JUDGE
) DANIEL E. KNOWLES, III
)

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COME NOW Plaintiffs, RICHARD GARCIA and JANET GARCIA by and through their attorney of record, ROBERT W. COTTLE, ESQ., of the law firm of MAINOR, EGLET, COTTLE and pursuant to Local Rules 7.4 and 83.2.11, moves this Court for permission to withdraw from representation of the above-identified plaintiffs.

Primary counsel has sent notification of all deadlines and pending court appearances to plaintiff's last known address by certified mail and copied opposing counsel on this correspondence (Exhibit A, Affidavit of counsel). Primary counsel's Pretrial Order 36 Certification is attached as Exhibit B. Exhibit B identifies plaintiff's last known address and telephone number as required by Local Rule 83.2.11. Primary counsel will advise LexisNexis File & Serve of the changed party/counsel status promptly upon receiving the Court's order granting withdrawal

Dated this _23_ day of February, 2010.

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs



1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(b), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### MOTION TO WITHDRAW AS COUNSEL OF RECORD (GARCIA)

I hereby certify that the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD (GARCIA)** has been served on Plaintiff by certified mail pursuant to PTO 36 on this _23_ day of February, 2010.

/s/ _Robert W. Cottle_
ROBERT W. COTTLE, ESQ.