## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>RICHARD GARCIA, and<br>JANET GARCIA, et al<br>(Pertaining to Garcia's Case only)<br>**(EDLA CASE NO. 07-00902)** | )<br>)<br>) **MDL DOCKET NO. 1657**<br>) **SECTION L**<br>)<br>)<br>)<br>) **JUDGE FALLON**<br>) **MAGISTRATE JUDGE**<br>) **DANIEL E. KNOWLES, III**<br>) |

### COUNSEL'S AFFIDAVIT IN SUPPORT
### MOTION TO WITHDRAW AS COUNSEL OF RECORD

### AFFIDAVIT OF ROBERT W. COTTLE, ESQ.

STATE OF NEVADA           )
                          ) ss.
COUNTY OF CLARK           )

ROBERT W. COTTLE, ESQ., being first duly sworn, deposes and says:

1.      That Affiant is a Partner with the law firm of MAINOR EGLET COTTLE, attorneys for Plaintiffs' RICHARD and JANET GARCIA in this matter;

2.      I am counsel of record for Plaintiff's in this matter;

3.      The Complaint in this matter was filed in the Eighth Judicial District Court of Nevada on September 8, 2006;

4.      I am authorized to move this Court to withdraw representation on behalf of all counsel of record from MAINOR EGLET COTTLE, Motion is intended to end representation of all counsel of record from MAINOR EGLET COTTLE in this case and to permit plaintiffs' RICHARD and JANET GARCIA to proceed pro se or to substitute new counsel;

5.      Counsel for MAINOR EGLET COTTLE executed the retainer agreement with Plaintiffs; pursuant to Nevada Supreme Court Rule 46 permits counsel to withdraw when counsel believes in good faith, in a proceeding before any Court, that the Court will find good

1

cause for withdrawal.  This Court's PTO 36, section II.A. recognizes that a "fundamental disagreement as to what action should be taken in the case" constitutes such grounds for withdrawal. Plaintiffs' retainer agreement explicitly reserved MAINOR EGLET COTTLE'S right to withdraw from representation;

6.      A fundamental disagreement as to the further prosecution of this lawsuit exists between Plaintiff and counsel.  That counsel is of the belief that there is a good faith basis for his legal judgment and opinion, that plaintiff, RICHARD GARCIA does not agree with counsel's opinion and that said disagreement cannot be reconciled;

7.      That counsel has fully complied with PTO 36 and completed the attached certification for withdrawal.

8.      That counsel has complied with Local Rule 83.2.11 by advising plaintiff at the last known address, by certified mail, that there are no pending court appearance dates, but have advised plaintiffs that the Court pursuant to PTO 43 has established some future discovery deadlines that plaintiff will be required to complete following their change in status as pro se plaintiffs.

9.      Based upon the fundamental disagreement between plaintiffs and counsel, we respectfully request that this Court grant counsel's motion to withdraw and permit plaintiffs' action to precede pro se.



ROBERT W. COTTLE, ESQ.

SUBSCRIBED and SWORN to before

Me this ____1st____ day of  March, 2010.



NOTARY PUBLIC

NOTARY PUBLIC
County of Clark, State of Nevada
Anne M. Swack
Date Appointment Exp. 04-30-2012
Certificate No. 08-7120-1

2