UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   VIOXX MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br>RICHARD GARCIA and JANET GARCIA, et al<br>(Pertaining to Garcia's case only)<br>**(EDLA CASE NO. 07-00902)** | ) <br>) <br>) MDL DOCKET NO. 1657<br>) SECTION L<br>) <br>) <br>) <br>) JUDGE FALLON<br>) MAGISTRATE JUDGE<br>) DANIEL E. KNOWLES, III<br>) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record filed with this Court by Robert W. Cottle, Esq., and the Court having considered the same and having found good cause exists,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel of Record is granted, that all counsel of record with MAINOR EGLET COTTLE are permitted to withdraw, and RICHARD and JANET GARCIA may proceed with this action pro se in the absence of retaining substitute counsel.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
Hon. ELDON E. FALLON

By: _____
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
**MAINOR EGLET COTTLE**
400 South Fourth Street, Suite 600
Las Vegas, NV 89101
Attorney for Plaintiffs, GARCIA

1

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and in accordance with Pretrial Order No. 8(b), the following document was served on Liaison Counsel, Russ Herman and Philip Wittmann, by U.S. mail and E-mail or by hand delivery and upon all parties and by electronically uploading the same to Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, that the I certify that I am an employee of MAINOR EGLET & COTTLE, and that the following documents were served via electronic service with the procedures established in MDL 1657:

### MOTION TO WITHDRAW AS COUNSEL OF RECORD (GARCIA)

DATED this _23_ day of February, 2010

/s/ _Robert W. Cottle_
ROBERT W. COTTLE, ESQ.

2