**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.  1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E.  FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No.  05-3700 |
| Defendants. | |

## PLAINTIFF'S OMNIBUS MOTION IN LIMINE AND INCORPORATED MEMORANDUM

Plaintiffs, STATE OF LOUISIANA, ex rel., JAMES D.  CALDWELL, JR., Attorney General, through undersigned counsel, hereby move the Court to enter an Order adopting and incorporating prior Motion in Limine pleadings by Plaintiffs in the Vioxx Multidistrict Litigation, MDL No. 1657, as well as the Court's rulings thereon, to the extent they are applicable to this case.  Specific Motions in Limine are set forth in Plaintiff's Memorandum in Support of Plaintiff's Omnibus Motion in Limine.

Dated March 2, 2010                         Respectfully submitted,


                                            /s/ *James Dugan*
                                            James R. Dugan II
                                            MURRAY LAW FIRM
                                            650 Poydras Street, Suite 2150
                                            New Orleans, LA  70130
                                            Telephone: (504) 648-0180
                                            Facsimile: (504) 648-0181
                                            Email: jdugan@dugan-lawfirm.com

                                            Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Omnibus Motion in Limine and Incorporated Memorandum has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 2nd day of March, 2010.

                                            /s/ James R. Dugan