UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.  1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E.  FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No.  05-3700 |

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S OMNIBUS MOTION IN LIMINE

Plaintiffs, STATE OF LOUISIANA, ex rel., JAMES D.  CALDWELL, JR., Attorney General, move the Court to enter an Order adopting and incorporating several prior Motion in Limine pleadings initiated by Plaintiffs in the Vioxx Multidistrict Litigation, MDL No. 1657, as set forth herein, as well as the Court's rulings thereon, to the extent they are applicable to this case.

Specifically, Plaintiff seeks to adopt and incorporate the following Motions in Limine, including all related pleadings and rulings by the Court as a matter of efficiency and prudence, to benefit from prior pleadings and rulings and to avoid duplication and waste of judicial resources:

   1.  PLAINTIFF'S MOTION IN LIMINE REGARDING THE APRIL 6, 2005 FDA STAFF MEMORANDUM ADDRESSING ANALYSIS AND RECOMMENDATIONS FOR AGENCY ACTION (Motion in Limine #13), 2:05cv02524, LexisNexis Transaction # 12754899.

2. PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE TESTIMONY BY MERCK EMPLOYEES REGARDING THEIR PERSONAL USE OF VIOXX (Motion in Limine #5), 2:05cv02524, LexisNexis Transaction #12753967.

3. PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE MERCK WITNESSES FROM TESTIFYING ABOUT THE ANNUAL NUMBER OF DEATHS ATTRIBUTABLE TO NSAID GASTROINTESTINAL TOXICITY WITHOUT APPROPRIATE QUALIFICATIONS AND SCIENTIFIC SUPPORT (Motion in Limine #8), 2:05cv02524, LexisNexis Transaction #12753601.

4. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OR DISCUSSION CONCERNING DEFENDANT'S REPUTATION AND OR "GOOD ACTS" (Motion in Limine #4), 2:05cv02524, LexisNexis Transaction #12753462.

5. PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE MERCK FROM ARGUING THAT FDA REGULATIONS PROHIBITED THE COMPANY FROM MAKING LABEL CHANGES WITHOUT PRIOR AGENCY APPROVAL (Motion in Limine #6), 2:05cv02524, LexisNexis Transaction #12753337.

6. PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING THE NUMBER OF HEART ATTACKS IN THE UNITED STATES OF AMERICA (Motion in Limine #7), 2:05cv02524, LexisNexis Transaction #12751590.

7. PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE MERCK EMPLOYEE AND FORMER EMPLOYEE WITNESSES FROM OFFERING OPINION TESTIMONY WHICH THEY ARE UNQUALIFIED TO OFFER, WHICH HAS NOT PREVIOUSLY BEEN DISCLOSED, AND WHICH LACKS APPROPRIATE SUPPORT UNDER DAUBERT (Motion in Limine #9), 2:05cv02524, LexisNexis Transaction #12753081.

8. PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE RE: THE April 6, 2005 FDA MEMORANDUM (Plaintiff's Motion in Limine No. 7), 2:06cv00810, LexisNexis Transaction #12482322.

9. PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE CONCERNING ANNUAL DEATHS ATTRIBUTABLE TO NSAID GASTROPATHY (Plaintiff's Motion in Limine No. 6), 2:06cv00810, LexisNexis Transaction #12482278.

10. PLAINTIFF CHARLES LARON MASON'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE REGARDING THE "MARTIN REPORT" (Plaintif's Motion in Limine No. 10), 2:06cv00810, LexisNexis Transaction #12481648.

11. PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE CONCERNING MERCK EMPLOYEES OFFERING

UNDISCLOSED EXPERT OPINIONS (Pl's MIL No. 5), 2:06cv00810, LexisNexis Transaction #12479768.

12. PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE CONCERNING EVIDENCE OR ARGUMENT THAT MERCK EMPLOYEES, FORMER EMPLOYEES, OR THEIR FAMILY MEMBERS TOOK VIOXX PRIOR TO THE DRUG'S WITHDRAWAL FROM THE MARKET (Plaintiff's Motion in Limine No. 2), 2:06cv00810, LexisNexis Transaction #12476391.

13. PLAINTIFF'S MOTION IN LIMINE NO. 5 - PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE CONCERNING MERCK EMPLOYEES OFFERING UNDISCLOSED EXPERT OPINIONS, 2:05cv04379, LexisNexis Transaction #12002364.

14. PLAINTIFF'S MOTION IN LIMINE NO. 7 - PLAINTIFF'S MOTION TO EXCLUDE OR, IN THE ALTERNATIVE, MOTION IN LIMINE RE: THE APRIL 6, 2005 FDA MEMORANDUM, 2:05cv04379, LexisNexis Transaction #12003275.

15. PLAINTIFF'S MOTION IN LIMINE NO. 11: PLAINTIFF'S MOTION IN LIMINE TO PRECLUDE DEFENDANT MERCK FROM OFFERING ANY TESTIMONY OR ARGUMENT RE THE PREAMBLE TO 71 FR 3922001 AND ANY STATEMENT BY THE FDA REGARDING PREEMPTION, MDL-1657 Master Case, LexisNexis Transaction #11658728.

16. PLAINTIFF'S MOTION IN LIMINE NO. 10: PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE, TESTIMONY, OR ARGUMENT THAT VIOXX IS A POTENTIAL CURE FOR CANCER, MDL-1657 Master Case, LexisNexis Transaction #11498140.

17. Motion in Limine No. 7 - PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE THAT MERCK EMPLOYEES OR FAMILY MEMBERS OF MERCK EMPLOYEES TOOK VIOXX, 2:05cv04046, LexisNexis Transaction #7368361.

18. Motion in Limine No. 5 - PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND-OR ARGUMENT THAT THE FDA HAS CONCLUDED THERE IS A "CLASS EFFECT" FOR ALL NONSTEROIDAL ANTI INFLAMMATORY DRUGS ("NSAIDS"), 2:05cv04046, LexisNexis Transaction #7367010.

Dated March 2, 2010                                    Respectfully submitted,

          /s/ *James Dugan*
James R. Dugan II
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
Email: jdugan@dugan-lawfirm.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiffs' Memorandum in Support of Plaintiff's Omnibus Motion in Limine has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 2nd day of March, 2010.

                                            /s/ James R. Dugan