UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Case No. 05-3700 |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiffs, STATE OF LOUISIANA, ex rel., JAMES D. CALDWELL, JR., Attorney General, Omibus Motion in Limine will be brought on for hearing on the 26th day of March, 2010, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

| | |
|---|---|
| Dated March 2, 2010 | Respectfully submitted, <br><br> /s/ *James Dugan* <br> James R. Dugan II <br> MURRAY LAW FIRM <br> 650 Poydras Street, Suite 2150 <br> New Orleans, LA 70130 <br> Telephone: (504) 648-0180 <br> Facsimile: (504) 648-0181 <br> Email: jdugan@dugan-lawfirm.com <br><br> Counsel for Plaintiff |