# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendants. | JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Case No. 05-3700 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S OMNIBUS MOTION IN LIMINE

Considering the foregoing Omnibus Motion in Limine and Incorporated Memorandum for Entry of Order adopting and incorporating specified prior Motion in Limine pleadings in the Vioxx Multidistrict Litigation,

IT IS ORDERED that the prior Motion in Limine pleadings in the Vioxx Multidistrict Litigation specified in Plaintiff's Memorandum in Support are hereby adopted and incorporated into the case at bar.

IT IS SO ORDERED.

_____
The Honorable Eldon Fallon
District Judge