UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | *    MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *    SECTION L |
|     Plaintiff, | *    JUDGE ELDON E. FALLON |
| versus | *    MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | * |
|     Defendant. | * |
| Case No. 05-3700. | * |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion To Exclude Evidence And Argument Regarding Hypothetical and Speculative Scenarios (MIL No. 2), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this 1st day of ___March___, 2010.

                                                                HONORABLE ELDON E. FALLON
                                                               UNITED STATES DISTRICT JUDGE

1009162v.1