UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *    SECTION L |
| | * |
| | *    JUDGE ELDON E. FALLON |
|     Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
| versus | *    KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|     Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials (MIL No. 3), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this <u>1st</u> day of _____March_____, 2010.

                                                                         HONORABLE ELDON E. FALLON
                                                                         UNITED STATES DISTRICT JUDGE