UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *   SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *   JUDGE ELDON E. FALLON |
|                         Plaintiff, | * |
| | *   MAGISTRATE JUDGE |
|     versus | *   KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|                         Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of

Order Granting Leave to File Motion to Exclude Testimony or Argument that Merck Should

Have Changed the Vioxx Label Prior to April, 2002, Memorandum of Law in Support and

Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion to

Exclude Testimony or Argument that Merck Should Have Changed the Vioxx Label Prior to

April, 2002 (MIL No. 5), Memorandum of Law in Support and accompanying exhibits under

seal.

NEW ORLEANS, LOUISIANA, this 1st day of ___March___, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009183v.1