UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *    SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *    JUDGE ELDON E. FALLON |
|                     Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
|     versus | *    KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|                     Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Motion to Exclude Evidence and Argument Regarding Merck's Alleged Attempts to Persuade Louisiana Officials Not to Enact Legislation that Created the Preferred Drug List, Memorandum of Law in Support and Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Motion to Exclude Evidence and Argument Regarding Merck's Alleged Attempts to Persuade Louisiana Officials Not to Enact Legislation that Created the Preferred Drug List (MIL No. 4), Memorandum of Law in Support and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this  1st  day of       March      , 2010.

                                                                          HONORABLE ELDON E. FALLON
                                                                          UNITED STATES DISTRICT JUDGE

1009193v.1