UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

### ORDER

For oral reasons given in chambers prior to the February 26, 2010 monthly status conference,

IT IS ORDERED that Merck's Motion to Quash Subpoena (Rec. Doc. No. 34611) is hereby GRANTED.

New Orleans, Louisiana, this 1st day of March, 2010.

Honorable Eldon E. Fallon
United States District Court Judge

1