UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br>**VIOXX PRODUCTS LIABILITY LITIGATION**<br><br>**This document relates to:**<br><br>**249 particular Vioxx claimants for whom Sol H. Weiss is registered as primary counsel with the Vioxx Claims Administrator**<br><br>and<br><br>**31 particular Vioxx claimants for whom James C. Peterson is registered as primary counsel with the Vioxx Claims Administrator** | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

## NOTICE OF HEARING

Matter to be heard: Motion to invalidate Toriseva attorney fee lien claim and order the Claims Administrator to release money being withheld because of the claim

Date and time: March 24, 2010 at 9:00 am.

Place: C468, United States Courthouse, 500 Poydras Street, New Orleans LA 70130

Judge: Eldon E. Fallon

Sol H. Weiss
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY PC
sweiss@anapolschwartz.com
1710 Spruce Street
Philadelphia PA 19103
215 735-1130 phone
215 735-2024 fax

James C. Peterson,
HILL, PETERSON, CARPER, BEE & DEITZLER PLLC
jcpeterson@hpcbd.com
NorthGate Business Park
500 Tracy Way
Charleston WV 25311
(304) 345-5667 phone
(304) 345-1519 fax

D. Andrew List
CLARK, PERDUE AND LIST LPA
alist@clarkperdue.com
471 East Broad Street, Suite 1550
Columbus OH 43215
614-460-1604 phone
614-469-1117 fax

Barry Hill
bhill@anapolschawartz.com
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax

by _____
Barry Hill

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing NOTICE OF HEARING OF MOTION INVALIDATE TORISEVA ATTORNEY FEE LIEN CLAIM AND ORDER THE CLAIMS ADMINISTRATOR TO RELEASE MONEY BEING WITHHELD BECAUSE OF THE CLAIM has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, upon Avrum Levicoff, counsel for Toriseva, by email and regular mail, upon the Claims Administrator by email to Orran Brown, OBrown@browngreer.com, and upon all parties electronically by uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on March 3, 2010.

_____
Barry Hill