professional practice to the development of Vioxx cases. They also understood, discussed and agreed that, correspondingly, the plaintiff would have to forego other professional endeavors; she would have to forego developing other potential clients, and she would be required to decline the representation of clients in other cases, so as to concentrate her efforts on the development of meritorious Vioxx cases.

12.     From the inception of the effort to develop Vioxx cases, the plaintiff and the defendants understood and explicitly agreed that in exchange for the above described commitment of the plaintiff to developing Vioxx cases, she, as a member of Hill, Toriseva & Williams, and as the member of the law firm primarily responsible for developing the Vioxx cases and securing the largest number of Vioxx plaintiff contingent fee agreements, she would share substantially in the attorneys' fees that the plaintiff and the defendants each expected to earn through the handling of Vioxx cases.

13.     Beginning almost immediately after the announcement of the recall of Vioxx from the market in September of 2004, and continuing throughout 2004 and 2005, the plaintiff did devote virtually the entirety of her professional practice to the development of Vioxx cases, and to the securing of contingent fee agreements with Vioxx plaintiffs, either directly or through contacts with referring attorneys. As aforesaid, because of the commitment to developing Vioxx cases, the plaintiff did decline representation in other cases, and did forego other professional endeavors.

EXHIBIT 1

14.     As part of the process of developing Vioxx cases, the plaintiff and the defendants, acting as the law firm of Hill, Toriseva & Williams, ultimately entered into several cooperative arrangements with other law firms including the Charleston, West Virginia firm of Hill, Peterson, Carper, Bee & Deitzler, PLLC, the Columbus, Ohio law firm of Clark, Perdue, Arnold

{L0293155.1 }

6

& Scott, Co., L.P.A., and a Philadelphia, Pennsylvania law firm called Anapol, Schwartz (hereinafter referred to as the "cooperating law firms"). Under the terms of the cooperative arrangements, they agreed to joint representation of any and all Vioxx plaintiffs who retained any of the cooperating law firms to represent them, and to share equally among the cooperating law firms any net attorneys' fees generating by such Vioxx cases under contingent fee agreements entered into by any or all of the cooperating law firms. Thus, under the agreements with cooperating law firms, Hill, Toriseva & Williams not only had an expectation of receiving attorneys' fees for the handling of Vioxx cases for plaintiffs who entered into contingent fee agreements with them, but they also had an expectation of receiving a pro rata share of attorneys' fees generated on the handling of Vioxx cases for plaintiff who had entered into contingent fee agreements with any of the other cooperating law firms.

15.   Ultimately, through the diligent efforts, hard work, skill, acumen and commitment of the plaintiff, together with members of the other cooperating law firms, contingent fee agreements were entered into with some 563 clients for whom lawsuits were filed asserting potentially meritorious claims for damages for bodily injuries arising out of the use of Vioxx. Attached hereto as Exhibit "E" is a true and correct copy of a list of the 563 Vioxx cases, current as of February 24, 2006. Under the contingent fee agreements entered into by each of the above described 563 plaintiffs, and with due regard for the agreements between Hill, Toriseva & Williams and the cooperating law firms, the defendants, Hill and Williams, and the plaintiff, Toriseva, individually and as members of Hill, Toriseva & Williams, had a contractual right to receive and a reasonable expectation of receiving a substantial amount of attorneys' fees based upon the net allocable portion of the total attorneys' fees that were expected to be generated for the filing, prosecution and eventual resolution of the 563 cases identified in Exhibit "E" hereto.

{L0293155.1}                                      7