AVRUM LEVICOFF†
ALAN T. SILKO
ELIZABETH E. DEEMER‡
BRETT C. SHEAR
CAREY L. CUMMINGS†
EDWARD I. LEVICOFF
SHARYN S. BOWSER
R. BRANDON McCULLOUGH
SARAH R. DENNE
LAURA A. KIBBY†‡
JONATHAN G. PRESTON✧

†Admitted in West Virginia
‡Admitted in Ohio
✧Admitted in New Jersey

# LEVICOFF, SILKO & DEEMER, P.C.
## ATTORNEYS AT LAW

Centre City Tower
Suite 1900
650 Smithfield Street
Pittsburgh, Pennsylvania 15222

Telephone (412) 434-5200
Facsimile (412) 434-5203
www.LSandD.net

September 14, 2009

RECEIVED
SEP 18 2009
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

ALevicoff@LSandD.net

Carolyn Stewart
United States District Court for the
  Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

    RE:         VIOXX PRODUCTS LIABILITY LITIGATION MATTER
    MDL NO.:    1657
    OUR FILE NO.:    02551/999

Dear Ms. Stewart:

    Per your conversation with my assistant Erin Bowser today, I am forwarding herewith the original of our *Notice of Attorney's Charging Lien* for filing with the Court in the above referenced matter.

    If you have any questions or require any additional information please feel free to contact me at your convenience.

    Again, thank you for permitting us to file this via paper format.

Very truly yours,

AVRUM LEVICOFF

AL/eab
Enclosure

EXHIBIT 2

{L0293391.1}