UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION   SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

### CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2009, I electronically filed the foregoing NOTICE OF ATTORNEY'S CHARGING LIEN with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com) which will send notification of such filing to the following CM/ECF participants.

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

EXHIBIT 3

{L0271626.1 }   3