UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
VIOXX PRODUCTS LIABILITY LITIGATION

This document relates to:

249 particular Vioxx claimants for whom
Sol H. Weiss is registered as primary counsel
with the Vioxx Claims Administrator

and

31 particular Vioxx claimants for whom
James C. Peterson is registered as primary
counsel with the Vioxx Claims Administrator

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

### AFFIDAVIT OF D. ANDREW LIST

This affidavit is made in Franklin County, Ohio.

D. Andrew List, having first been sworn, states the following.

1. I am an attorney with the law firm of Clark, Perdue & List Co, LPA (formerly known as Clark, Perdue, Arnold & Scott Co., LPA), and my office is in Columbus, Ohio.

2. I am co-counsel for the 280 Vioxx claimants whose awards have been, or may be, affected by the Notice of Attorney's Charging Lien (Fee Lien) filed by Attorney Avrum Levicoff ("Levicoff") on behalf of Attorney Teresa Toriseva.

3. I have not been served by anyone by any means at any time with the Fee Lien, which I learned after the fact was accepted for filing by the clerk of the United States District Court, Eastern District of Louisiana, on September 18, 2009.

EXHIBIT 6

4. I became aware of the Lien Claim Notice only when I received it as an attachment to September 24, 2009, letters from the Claims Administrator to Sol Weiss and James Peterson.

5. I have not been served by anyone by any means at any time with a "Supplement to Notice of Attorney's Charging Lien," apparently transmitted by Levicoff to the court for filing on October 16, 2009.

6. I have not been served by anyone by any means at any time with a "Motion to Adjourn Hearing," apparently transmitted to the court for filing on November 17, 2009.

7. I have not been served by anyone by any means at any time with a "Restated Notice of Attorney's Charging Lien," which was apparently accepted for filing by the clerk of this court on February 4, 2010. I learned of the existence of this document from an email I received from the Claims Administrator on February 3, 2010.

8. Levicoff has not served any document on me by any means at any time in connection with the documents identified in paragraphs 3, 5, 6, and 7.

9. I have been signed up for service with LexisNexis File and Serve for the Vioxx MDL since 2005. I did not receive the documents identified in paragraphs 3, 5, 6, or 7 above through File and Serve.

_____
D. Andrew List

State of Ohio,

County of Franklin, to-wit:

Taken, sworn to and subscribed before me this 2ND day of March, 2010.

_____
Notary Public

My commission expires:

LINDA S. COLLINS
Notary Public, State of Ohio
My Commission Expires 10-22-2014