## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In re:
**VIOXX PRODUCTS LIABILITY LITIGATION**

**This document relates to:**

**249 particular Vioxx claimants for whom
Sol H. Weiss is registered as primary counsel
with the Vioxx Claims Administrator**

and

**31 particular Vioxx claimants for whom
James C. Peterson is registered as primary
counsel with the Vioxx Claims Administrator**

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

### AFFIDAVIT OF BARRY HILL

This affidavit is made in Ohio County, West Virginia.

Barry Hill, having first been sworn, states the following.

1. I am an attorney who since January 2009 has been a member of the law firm of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.  From September 2002 through December 2008, I owned and operated my own law firm.  My office is, and has been since September 2002, located in Wheeling, West Virginia.

2. I am co-counsel for the 280 Vioxx claimants whose awards have been, or may be, affected by the Notice of Attorney's Charging Lien (Fee Lien) filed by Attorney Avrum Levicoff ("Levicoff") on behalf of Attorney Teresa Toriseva.

3. I am the principle target of the Toriseva Fee Lien in that Toriseva is claiming Vioxx fees based on her former employment at my law firm from January 2004 through March 2006.

EXHIBIT 7

4. I have not been served by anyone by any means at any time with the Fee Lien, which I learned after the fact was accepted for filing by the clerk of the United States District Court, Eastern District of Louisiana, on September 18, 2009.

5. I became aware of the Fee Lien when I received it as an attachment to September 24, 2009, letters from the Claims Administrator to Sol Weiss and James Peterson.

6. Levicoff served me by email with a "Supplement to Notice of Attorney's Charging Lien," on October 16, 2009.

7. Levicoff served me by regular mail with a "Motion to Adjourn Hearing," received on or about November 20, 2009.

8. I have not been served by anyone by any means at any time with a "Restated Notice of Attorney's Charging Lien," which was apparently accepted for filing by the clerk of this court on February 4, 2010. I learned of the existence of this document from an email I received from the Claims Administrator on February 3, 2010.

9. I have been signed up for service with LexisNexis File and Serve for the Vioxx MDL since 2005. I did not receive the documents identified in paragraphs 4, 6, 7, or 8 above through File and Serve.

Barry Hill

State of West Virginia,

County of Ohio, to-wit:

   Taken, sworn to and subscribed before me this 3rd day of March, 2010.


_Kathi M. Eastham_
Notary Public


My commission expires:

_Sept. 17, 2016_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
KATHI M. EASTHAM
3712 Brightway
Weirton, WV 26062
My Commission Expires September 17, 2016