UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

MDL NO. 1657

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION   SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: ALL CASES

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, I filed the foregoing SUPPLEMENT TO NOTICE OF ATTORNEY'S CHARGING LIEN with the Clerk of Court via first class, U.S. Mail (for filing with the Court and for entry upon the CM/ECF filing system which will send notification of such filing to CM/ECF participants), counsel for the VLC, Harry S. Hardin, III, by email (hhardin@joneswalker.com) and upon Liaison Counsel Phillip Wittman and Russ Herman by email (rherman@hhkc.com and pwittmann@stonepigman.com).

By: _____
Avrum Levicoff, Esquire
W.Va. I.D. #: 4549
Laura A. Kibby, Esquire
W.Va. I.D. #. 10457
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA 15222
(412) 434-5200

*Counsel for Teresa Toriseva, Esquire*

EXHIBIT 8

{L0297782.1}   3