| | |
|---|---|
| **From:** | Avrum Levicoff |
| **To:** | hhardin@joneswalker.com; rherman@hhkc.com; pwittmann@stonepigman.com; |
| **cc:** | LDAVIS@hhkc.com; Hill, Barry; |
| **Subject:** | Toriseva Charging Lien - Vioxx Products Litigation - MDL 1657 |
| **Date:** | Friday, October 16, 2009 4:50:36 PM |
| **Attachments:** | 2009.10.16 Supplement to Notice of Attorney"s Charging Lien (L0298839).PDF |
| | District Clerk letter 10.16.09 (L0298838).PDF |

Counsel,

Please find attached hereto a copy of the Supplement to Notice of Attorney's Charging Lien that I have sent to the Clerk via UPS Overnight for filing in the above referenced matter.

Avrum Levicoff, Esquire
Levicoff, Silko & Deemer, P.C.
Centre City Tower, Suite 1900
650 Smithfield Street
Pittsburgh, PA  15222-3911
Phone - 412-434-5200
Fax - 412-434-5203
ALevicoff@LSandD.net

CONFIDENTIALITY NOTICE
This email transmission and any documents, files or previous email messages attached to it, are confidential and protected by the attorney-client privilege and/or work product doctrine.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, distribution, dissemination or use of any of the information within or attached to this email is STRICTLY PROHIBITED.  If you have received this transmission in error, please notify me and then delete this message and its contents from your computer.

EXHIBIT 9