EXHIBIT 12 : 4 PAGES IN REVERSE CHRONOLOGICAL ORDER

**Hill, Barry**

| | |
|---|---|
| **From:** | Scott Monroe [SMonroe@browngreer.com] |
| **Sent:** | Wednesday, February 03, 2010 1:58 PM |
| **To:** | Hill, Barry; James C. Peterson; Andrew List |
| **Cc:** | Orran L. Brown; Weiss, Sol; Spizer, Gregory S. |
| **Subject:** | RE: Vioxx MDL: Toriseva charging lien notice |
| **Attachments:** | Fax Judge Fallon.pdf |

I talked to Judge Fallon's clerk, Jared, to see if they had received anything in this matter that had not been docketed yet. Yesterday, Jared faxed me the attached document ("Restated Notice of Attorney's Charging Lien"). It was filed by mail by Avrum Levicoff (counsel for Toriseva), and was received by the Court on 1/15/10. Jared said that he has given this document to the docket clerk, and they will be entering it into the record.

This Restated Notice addresses the procedural deficiency of the Toriseva Fee Lien that we identified in the PTO 47A Notice, as it indicates that the claim is based on quantum meruit, and is exclusive of any contractual claim. Thus, the Fee Lien now meets the procedural sufficiency requirements of PTO 47A, and we will need to continue to process this lien as we have thus far.

Andy - I will send you a separate list of the claimants currently eligible for payments in February, so you can add in the lien amounts to be withheld as per the agreement with Toriseva's counsel.

**Scott Monroe**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7206
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Hill, Barry [mailto:bhill@anapolschwartz.com]
**Sent:** Tuesday, February 02, 2010 11:16 AM
**To:** Scott Monroe; James C. Peterson; Andrew List
**Cc:** Orran L. Brown; Weiss, Sol; Spizer, Gregory S.
**Subject:** RE: Vioxx MDL: Toriseva charging lien notice

Thank you for attending to this.

As stated previously, and as is still the case, none of us (those representing affected claimants) have been served with anything by Toriseva or her attorney.

Barry Hill
**Anapol Schwartz**
ATTORNEYS AT LAW
ANAPOL | SCHWARTZ | WEISS | COHAN | FELDMAN | SMALLEY PC
89 12th Street

1

Ex.12, P.1

Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax
304.280.8103 mobile
bhill@anapolschwartz.com email
www.anapolschwartz.com website

**PhiladelphiaOffice**
1710 Spruce Street
Philadelphia PA 19103
215.735.1130 phone

Of counsel to Clark, Perdue & List LPA, Columbus, Ohio

---

**From:** Scott Monroe [mailto:SMonroe@browngreer.com]
**Sent:** Tuesday, February 02, 2010 10:44 AM
**To:** James C. Peterson; Hill, Barry; Andrew List
**Cc:** Orran L. Brown
**Subject:** RE: Vioxx MDL: Toriseva charging lien notice

Jim/Barry/Andrew:

You are correct that the Toriseva lien should be considered invalid if no response was received by the Claims Administrator or the Court by 1/27/10. We are checking with our mail intake team to make sure that we have received no mailed responses that were submitted on or before 1/27/10. I will also check with Judge Fallon's clerk to make sure that they have not received any responses either. As soon as we can confirm that no responses from Toriseva to the PTO 47A Notice have been received, we will take steps to issue refunds for all affected claimants.

Thank you.

**Scott Monroe**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7206
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

---

**From:** Jim Peterson [mailto:JCPeterson@hpcbd.com]
**Sent:** Monday, February 01, 2010 3:23 PM
**To:** Vioxx Claims Administrator
**Cc:** Hill, Barry; Andrew List
**Subject:** FW: Vioxx MDL: Toriseva charging lien notice
**Importance:** High

To Scott Monroe/ Orran L. Brown or, To Whom It May Concern: This is a follow up to my co-counsel's e-mail of Jan 28, 2010 set forth below inquiring whether funds have now been released on the Toriseva Lien which should have been declared invalid and dismissed with prejudice on January 27, 2010 for failure to comply with the directives of PTO 47A, and whether all such retained fees by the CA were included in the Feb. Payment or will be included in the March payment. We would appreciate some direct immediate response declaring the Lien invalid, dismissed and an affirmative statement as to when we can expect to receive payment on these retained funds. Thanks.

2

Ex. 12, P. 2

# The Law Firm of
# Hill, Peterson, Carper, Bee & Deitzler, PLLC

James C. Peterson, Esq.

jcpeterson@hpcbd.com
304.345.5667 phone
304.345.1519 fax
304.550.3026 mobile
500 Tracy Way
Charleston, WV 25311
http://www.hpcbd.com website

This communication is privileged and confidential attorney work product. Please disregard and delete if you are an unintentional recipient.

---

**From:** Hill, Barry [mailto:bhill@anapolschwartz.com]
**Sent:** Monday, February 01, 2010 2:34 PM
**To:** Jim Peterson
**Subject:** Vioxx MDL: Toriseva charging lien notice

---

**From:** Hill, Barry
**Sent:** Thursday, January 28, 2010 10:35 AM
**To:** 'Orran L. Brown'
**Cc:** 'Andrew List'; 'Jim Peterson'; Spizer, Gregory S.; Weiss, Sol; ldavis@hhkc.com
**Subject:** Vioxx MDL: Toriseva charging lien notice

The 21-day period from the date of your January 6, 2010, notice within which to restate or withdraw this lien claim has expired.

None of us who represent the claimants whose awards have been affected by this lien claim have received anything from Toriseva, her attorney, you, LexisNexis File & Serve, or any other person or entity during the 21-day period relating to withdrawal or restatement of the lien claim. Therefore we assume nothing was submitted in this regard by Toriseva or her attorney.

"None of us" and "we" as used in the preceding sentences includes Andy List, Jim Peterson, Greg Spizer, Sol Weiss, me, and everyone in our law firms.

Your January 6, 2009, notice says, "If the Lien Claimant [Toriseva] fails to respond within 21 days, the attempted Fee Lien is rendered invalid." This language in your notice comes directly from PTO 47A.

We ask that you take action in whatever form you deem appropriate to:

1. memorialize the invalidity of the Toriseva fee lien as of expiration of the 21-day period,
2. direct escrow agent US Bank to release all money that is currently being withheld in the on account of the Toriseva fee lien, and
3. ensure that the Toriseva fee lien does not attach to future award payments.

Thank you.                                         Ex.12, P.3

Barry Hill

3

**Anapol Schwartz**
ATTORNEYS AT LAW
ANAPOL | SCHWARTZ | WEISS | COHAN | FELDMAN | SMALLEY PC
89 12th Street
Wheeling WV 26003
304.233.4966 phone
304.233.4969 fax
304.280.8103 mobile
bhill@anapolschwartz.com email
www.anapolschwartz.com website

**PhiladelphiaOffice**
1710 Spruce Street
Philadelphia PA 19103
**215.735.1130** phone

Of counsel to Clark, Perdue & List LPA, Columbus, Ohio

Ex.12, P.4