

# FAX TRANSMISSION

## United States District Court
Chambers of Judge Eldon E. Fallon
Eastern District of Louisiana
500 Poydras Street - Room C-456
New Orleans, Louisiana 70130
(504) 589-7545
Fax: (504) 589-6966

**Date:** February 2, 2010

**To:** Scott Monroe, Esq.
Brown, Greer

**Fax No.** (804) 521-7299

**From:** Jared Barnes, Lawclerk to  *JB*
Judge Eldon E. Fallon

EXHIBIT 14

**Re:** Vioxx Products Liability MDL 1657

**No. of Pages:** 4, pages, including cover page.

**Comments:**



RECEIVED
FEB 0 2 2010
BrownGreer PLC
Richmond