UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Brian Anderson v. Merck & Co., Inc.*,
Case No. 08-1458

## ORDER

IT IS ORDERED that Brian Anderson's Motion for Reconsideration (Rec. Doc. 18800), currently scheduled to be heard immediately following the monthly status conference on February 26, 2010 shall be CONTINUED to be heard immediately following the next monthly status conference on March 23, 2010.

New Orleans, Louisiana, this 1st day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

1