UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Susie R. Mallory, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Docket No. 2:05-cv-06799* | * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Susie R. Mallory, individually and as representative of the estate of Nathaniel Mallory, Sr., and Clara B. Brown, Georgette Coleman, Debra L. Barbour, Daniel R. Mallory, Pattie J. Guerard, Nettie F. Jetton, Nathaniel Mallory, Jr., Kittie M. Williams, Calvin W. Mallory, and Datha L. Neely, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of March, 2010.

*/s/ Eldon E. Fallon*
DISTRICT JUDGE