UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>         PRODUCTS LIABILITY<br>         LITIGATION<br><br>_____<br><br>THIS RELATES TO:<br>         Bob Stephens,<br>         Individually, and as the<br>         Administrator for the Estate of<br>         Johnie Stephens, deceased<br><br>         v.<br><br>Merck & Co., Inc.<br><br>Civil Action No. E.D. La. 06-CV-1678<br>                         ARE 4-06-CV-0259 WRW | MDL NO. 1657<br><br>Section: L<br><br>Judge Fallon<br>Magistrate Judge Knowles |

## ORDER RESOLVING FEE LIEN

The Court, having considered the Motion for Resolution of Fee Lien, Motion to Enforce Attorney's Lien, and all other matters relating to the attorney's lien filed against the settlement award received by Plaintiff, Bob Stephens, Individually, and as the Administrator of the Estate of Johnie Stephens, deceased ("Stephens"), hereby GRANTS the motion for resolution and resolves the matter as follows:

The Motion to Enforce Attorney's Lien is DENIED. Stephens had good cause to terminate Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. Therefore, the attorney's fee lien sought to be enforced against Stephens' settlement award is invalid.

{A35\8244\0001\W0420171.1 }                            1

2

The Claims Administrator is hereby ORDERED to disburse the settlement funds currently remaining in escrow to Plaintiff.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
Eldon F. Fallon, United States District Judge

{A35\8244\0001\W0420171.1 }                    2