UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| *Fred Bengen, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Terri Henderson, Patricia Frances* | * | |
| *Frenes, Tammy Lynn Heidelberger,* | * | |
| *Clifford Miranda, and Rhonda Esry,* | * | |
| *individually and as successors-in-interest* | * | |
| *of the estate of Willie Henderson* | * | |
| | * | |
| *Docket No. 2:06-cv-03311* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Terri Henderson, Patricia Frances Frenes, Tammy Lynn Heidelberger, Clifford Miranda, and Rhonda Esry, individually and as successors-in-interest of the estate of Willie Henderson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE