UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br> <br> SECTION L |
| **This document relates to:** | * <br> * | |
| *Elaine Bossell, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** <br> ***Thomas R. Kimery and Thomas C.*** <br> ***Kimery, individually and as successors-*** <br> ***in-interest of the estate of*** <br> ***Prudence Kimery*** | * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-04132* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Thomas R. Kimery and Thomas C. Kimery, individually and as successors-in-interest of the estate of Prudence Kimery, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE