**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |
| | * | |

**************************************************************************

**ORDER TO SHOW CAUSE WHY CASES**
**SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiffs in the above-numbered cases show cause on the 23rd day of March, 2010, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before the 15th day of March, 2010.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-numbered cases any replies to the oppositions on or before the 19th day of March, 2010.

NEW ORLEANS, LOUISIANA, this  2nd  day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009374v.1

# PTO 29 – Motion to Show Cause

Exhibit A

|  | ID | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 83972 | Camejo, Aida |  | Law Offices of Cytryn & Velazquez, P.A. | Camejo, Aida v. Merck & Co., Inc. | 2:08-cv-04378-EEF-DEK |
| 2. | 84108 | Del Rosario, Felipe |  | Law Offices of Cytryn & Velazquez, P.A. | Del Rosario, Felipe v. Merck & Co., Inc. | 2:08-cv-04377-EEF-DEK |
| 3. | 84682 | Langley, Elba |  | Law Offices of Cytryn & Velazquez, P.A. | Langley, Elba v. Merck & Co., Inc. | 2:08-cv-04376-EEF-DEK |
| 4. | 89851 | Nestor, James |  | Law Offices of Douglas T. Sachse | Nestor, James v. Merck & Co. Inc. | 2:09-cv-07648-EEF-DEK |
| 5. | 77000 | Lockhart, Dolena | Lockhart, Jimmy | Paul A. Weykamp Law | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK |
| 6. | 77302 | Hurst, Sandra |  | Riley, Michael D., Law Office of | Hurst, Sandra v. Merck & Co., Inc. | 2:09-cv-04373-DEK-EEF |
| 7. | 87076 | Smith, Larry L |  | Trenam, Kemker, Scharf, Barkin, Frye | Smith, Larry L. v. Merck & Co., Inc. | 2:08-cv-04639-EEF-DEK |
| 8. | 89736 | Donnelly, Peter | Donnelly, Barbara | Scott Adams, Attorney-at-Law | Donnelly, Peter P v. Merck & Co., Inc. | 2:09-cv-06864-EEF-DEK |

Page 1 of 1

1009370v.1