UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>Product Liability Litigation<br><br>Gene Weeks,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>Case No. 2:05-cv-04578-EEF-DEK<br><br>Judge Eldon Fallon |

## NOTICE OF WITHDRAW OF PLAINTIFFS MOTION TO ALLOW PLAINTIFF'S COUNSEL TO DISBURSE FUNDS TO GENE WEEKS AND COLLECT FEES AND COSTS

Comes Now, Plaintiff's Counsel Maria D. Tejedor and files this Notice of Withdraw of Plaintiff's Motion to Collect Fees and Costs as Counsel, Maria D. Tejedor and Plaintiff, Gene Weeks have amicably resolved the matter of attorney fees and costs foregoing the need to file an attorney fee or costs liens in this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court by utilizing the CM/ECF system, which will send a notice of electronic filing, and via USPS mail to Plaintiff's Liaison Counsel, Russ M. Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA 70113, Defendants' Liaison Counsel, Phillip A. Wittman, Esq., Stone, Pigman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130, Ronald R. Benjamin, Esq., 126 Riverside Dr., P.O. Box 607, Binghamton, NY 13902-0607, and a courtesy copy via U.S. Mail to Mr. Gene Weeks, 35241 CR 439 Eustis, FL 32736

                                                                         /S/ Maria D. Tejedor
                                                                         Maria D. Tejedor, Esq.
                                                                         FBN: 0095834
                                                                         Diez-Arguelles & Tejedor
                                                                         520 N. Semoran Blvd., Ste. 200
                                                                         Orlando, FL 32807
                                                                         (407) 705-2880