UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|     versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Opposition to Plaintiff's Motion to Strike the Expert Report Or In The Alternative To Exclude Expert Testimony of Clement C. Eiswirth, Jr., M.D., and accompanying exhibits under seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Opposition to Plaintiff's Motion to Strike the Expert Report Or In The Alternative To Exclude Expert Testimony of Clement C. Eiswirth, Jr., M.D., and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this <u>2nd</u> day of _____March_____, 2010.

                                                                           HONORABLE ELDON E. FALLON
                                                                          UNITED STATES DISTRICT JUDGE