```
1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3
     ****************************************************************
4

5   IN RE:  VIOXX PRODUCTS
          LIABILITY LITIGATION
6                                  MDL DOCKET NO. 1657
                                   NEW ORLEANS, LOUISIANA
7                                  FRIDAY, FEBRUARY 26, 2010, 9:00 A.M.
    THIS DOCUMENT RELATES TO:
8   ALL CASES

9
     ****************************************************************
10

11             TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
12                    UNITED STATES DISTRICT JUDGE

13

14  APPEARANCES:

15
    FOR THE PLAINTIFFS:      HERMAN HERMAN KATZ & COTLAR
16                           BY:  RUSS M. HERMAN, ESQUIRE
                                  LEONARD A. DAVIS, ESQUIRE
17                           820 O'KEEFE AVENUE
                             NEW ORLEANS, LA 70113
18

19                           BEASLEY ALLEN CROW METHVIN
                             PORTIS & MILES
20                           BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                  P. LEIGH O'DELL, ESQUIRE
21                           234 COMMERCE STREET
                             POST OFFICE BOX 4160
22                           MONTGOMERY, AL 36103

23
                             LEVIN, FISHBEIN, SEDRAN & BERMAN
24                           BY:  ARNOLD LEVIN, ESQUIRE
                             510 WALNUT STREET, SUITE 500
25                           PHILADELPHIA, PA 19106
```

```
 1  APPEARANCES:  (CONTINUED)

 2

 3                           SEEGER WEISS
                             BY:  CHRISTOPHER A. SEEGER, ESQUIRE
 4                           ONE WILLIAM STREET
                             NEW YORK, NY 10004
 5

 6                           GAINSBURGH BENJAMIN DAVID MEUNIER AND
                                 WARSHAUER, LLC
 7                           BY:  GERALD E. MEUNIER, ESQUIRE
                             2800 ENERGY CENTRE
 8                           1100 POYDRAS STREET, SUITE 2800
                             NEW ORLEANS, LA  70163
 9

10                           LAW OFFICES OF ROBERT M. JOHNSTON
                             BY:  ROBERT M. JOHNSTON
11                           400 POYDRAS STREET, SUITE 2450
                             NEW ORLEANS, LA  70130
12

13

14  FOR THE DEFENDANT:       WILLIAMS & CONNOLLY
                             BY:  DOUGLAS R. MARVIN, ESQUIRE
15                           725 TWELFTH ST., N.W.
                             WASHINGTON, DC  20005
16

17                           GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM
                             BY:  TAREK ISMAIL, ESQUIRE
18                           1 NORTH FRANKLIN, SUITE 625
                             CHICAGO, IL  60606
19

20                           DECHERT
                             BY:  BENJAMIN R. BARNETT, ESQUIRE
21                           CIRA CENTRE
                             2929 ARCH STREET
22                           PHILADELPHIA, PA 19104

23
                             O'MELVENY & MYERS
24                           BY:  JOHN H. BEISNER, ESQUIRE
                             1625 EYE STREET
25                           WASHINGTON, DC  20006
```

```
 1  APPEARANCES:   (CONTINUED)

 2

 3                          STONE PIGMAN WALTHER WITTMANN LLC
                            BY:  DOROTHY H. WIMBERLY, ESQUIRE
 4                          546 CARONDELET STREET
                            NEW ORLEANS, LA 70130
 5

 6                          HUGHES HUBBARD & REED
                            BY:  THEODORE V. H. MAYER, ESQUIRE
 7                          ONE BATTERY PARK PLAZA
                            NEW YORK, NY 10004
 8

 9                          BAKER BOTTS
                            BY:  TRAVIS J. SALES, ESQUIRE
10                          ONE SHELL PLAZA
                            910 LOUISIANA STREET
11                          HOUSTON, TX  77002

12

13  REPRESENTING THE STATE
    OF LOUISIANA:           MURRAY LAW FIRM
14                          BY:  JAMES R. DUGAN, II, ESQUIRE
                                 DOUGLAS R. PLYMALE, ESQUIRE
15                          650 POYDRAS STREET, SUITE 2150
                            NEW ORLEANS, LA 70130
16

17
    STATE LIAISON COUNSEL:  BARRIOS, KINGSDORF & CASTIEX
18                          BY:  DAWN BARRIOS, ESQUIRE
                            701 POYDRAS STREET, SUITE 3650
19                          NEW ORLEANS, LA 70139

20
    FOR THE CLAIMS
21  ADMINISTRATOR:          BROWN GREER
                            BY:  LYNN C. GREER, ESQUIRE
22                               WILLIAM G. ATKINSON, ESQUIRE
                            115 SOUTH 15TH STREET
23                          SUITE 400
                            RICHMOND, VA  23219
24

25
```

1    APPEARANCES:   (CONTINUED)

2

3    FOR THE LIEN RESOLUTION
     ADMINISTRATOR:              THE GARRETSON LAW FIRM
4                                BY:  MATT GARRETSON, ESQUIRE
                                 7775 COOPER ROAD
5                                CINCINNATI, OH  45242

6

7    FOR THE GOVERNMENT
     ACTIONS EXECUTIVE
8    COMMITTEE:                  LIEFF CABRASER HEIMANN & BERNSTEIN
                                 BY:  ELIZABETH J. CABRASER, ESQUIRE
9                                EMBARCADERO CENTER WEST
                                 275 BATTERY STREET, SUITE 3000
10                               SAN FRANCISCO, CA 94111

11

12   SPECIAL MASTER:             JUNEAU DAVID
                                 BY:  PATRICK A. JUNEAU, ESQUIRE
13                               THE HARDING CENTER
                                 1018 HARDING STREET, SUITE 202
14                               P.O. DRAWER 51268
                                 LAFAYETTE LA  70505
15

16

17

18   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM B406
19                               NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
20

21   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
22

23

24

25

**I N D E X**

AGENDA ITEMS                                                    PAGE

SETTLEMENT AGREEMENT..................................   9

MR. HERMAN...........................................   9

MS. GREER............................................   9

THE COURT............................................  12

MS. GREER............................................  12

THE COURT............................................  14

MS. GREER............................................  14

MR. ATKINSON.........................................  14

THE COURT............................................  20

LIEN ADMINISTRATOR...................................  20

MR. GARRETSON........................................  20

THE COURT............................................  22

MR. GARRETSON........................................  22

THE COURT............................................  23

MR. GARRETSON........................................  24

THE COURT............................................  24

MR. GARRETSON........................................  24

THE COURT............................................  26

MR. GARRETSON........................................  27

SPECIAL MASTER AND DEPUTY SPECIAL MASTERS.............  27

SPECIAL MASTER JUNEAU................................  28

1    THE COURT.............................................. 30

2    CLASS ACTIONS......................................... 30

3    MR. HERMAN............................................ 30

4    MR. BEISNER........................................... 30

5    THE COURT............................................. 31

6    MS. CABRASER.......................................... 31

7    THE COURT............................................. 31

8    STATE/FEDERAL COORDINATION............................ 32

9    MS. BARRIOS........................................... 32

10   PRO SE CLAIMANTS...................................... 33

11   MR. JOHNSTON.......................................... 33

12   THE COURT............................................. 33

13   MDL TRIAL PACKAGE..................................... 34

14   MR. HERMAN............................................ 34

15   THE COURT............................................. 35

16   GOVERNMENTAL ACTIONS.................................. 35

17   MR. HERMAN............................................ 35

18   MR. DUGAN............................................. 35

19   MR. ANDERSON.......................................... 36

20   THE COURT............................................. 37

21   MS. BARRIOS........................................... 37

22   THE COURT............................................. 37

23   PENDING PERSONAL INJURY CLAIMS........................ 37

24   MR. MARVIN............................................ 37

25   THE COURT............................................. 37

1   FEE ALLOCATION........................................   38

2   MR. HERMAN............................................   38

3   THE COURT.............................................   38

4   MERCK'S MOTIONS.......................................   39

5   MR. MARVIN............................................   39

6   ATTORNEY'S FEES AND TO ENFORCE ATTORNEY'S LIEN.........   39

7   THE COURT.............................................   39

8   MERCK'S CHANGE OF NAME................................   40

9   THE NEXT STATUS CONFERENCE IN THE MATTER WILL BE ON      40

10   MARCH 23RD AT 9 O'CLOCK...............................

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           **P-R-O-C-E-E-D-I-N-G-S**

2           FRIDAY, FEBRUARY 26, 2010

3           M O R N I N G   S E S S I O N

4                (IN OPEN COURT)

5

6

7           THE DEPUTY CLERK:  Everyone rise.

8           THE COURT:  Be seated, please.  Good morning, ladies and

9    gentlemen.  Call the case, please.

10          THE DEPUTY CLERK:  MDL #1657, *In re:  Vioxx*.

11          THE COURT:  Would counsel make their appearance for

12   record.

13          MR. HERMAN:  May it please the Court, Judge Fallon, good

14   morning, Russ Herman for the plaintiffs.

15          MR. MARVIN:  Good morning, Your Honor.  Douglas Marvin

16   for Merck.

17          THE COURT:  Before we get started, as I mentioned, Jared

18   has been with us for a while and is going to transition out of

19   the litigation.  Katie, who has been with me also for a year,

20   will take up the spot.  Katie is going to be with the New York's

21   public defender group, so she already has a position.  Jared is

22   going to be on a lot of interviews, and so he is going to be

23   transitioning out of this case.  If you have any questions, get

24   to Katie, and she will give you the e-mail address, if you need

25   it.

1      I've met with the committees this morning.  This is our

2  monthly status conference.  I have an agenda.  I've discussed

3  basically the agenda with them.  We'll take it in the order

4  presented.

5      Settlement agreement is first.  Anything on that?

6          MR. HERMAN:  May it please the Court, under

7  Items Number 1 and Number 2, the settlement agreement, the Vioxx

8  settlement program, Lynn Greer is here to make a report and

9  Mr. Andy Birchfield has a statement to make about the

10  extraordinary injury fund after Ms. Greer finishes her report.

11          THE COURT:  Good.  Lynn.

12          MS. GREER:  Good morning, Your Honor.  I'm Lynn Greer

13  from BrownGreer, and Orran Brown could not here today, but

14  Bill Atkinson, who is an attorney with our firm and is one of the

15  project leaders on the extraordinary injury team, will make a

16  presentation to apprise the Court where we are on that program.

17      Generally for the claims administration, we are finishing

18  the points reviews of the stroke claims.  We have had a lot of

19  activity over the last few months as claims have become eligible

20  or have been issued notices of ineligibility.  And I will review

21  for you the specific status of the claims and then talk a little

22  bit about the timing of the final stroke payment.

23      As of yesterday, Your Honor, you can see from this slide

24  that there are no claims left in any of our queues at the claims

25  administrator level to review for gates.  The gate committee has

1    reviewed all of the claims it can.  Merck has then reviewed the

2    claims that we've sent to them, and so where we are today is that

3    there are 12,429 claimants who have been found eligible for

4    points.  We have issued in the course of this program 5,425

5    notices of ineligibility.  Some of those are final; some of those

6    are not.  There is still time left for folks to either appeal or

7    to even, in a couple of instances, submit additional

8    documentation.  That tells us that we have processed over 17,000

9    and, in fact, almost 18,000.  17,854 claims have come in and have

10   been processed through the gates process.

11        We have this slide that shows us where the points reviews

12   are, and you can see that we've paid through February and interim

13   payments were issued just this week.  We have paid 7,435 stroke

14   claims.  There are still 2,432 that could be accepted and paid,

15   and the next payment that we'll make will be the third week of

16   March.  1,026 will be paid in March.

17        There are another 1,238 that are within their time for

18   deciding whether to accept or to appeal to the Special Master so

19   those will probably be paid.  We have about a 15 percent appeal

20   rate in general.  Those appeals come to us first.  We look at

21   them again, and then some of those continue on to the

22   Special Master.  And there are currently 168 either on appeal to

23   the Special Master, and, again, this was yesterday, and I think

24   they have been active even over the past 24 hours because that

25   number would be lower today.

1    There are also some that have elected special review.  And

2  those are claims, Your Honor, that have points values of fewer

3  than two points.  And the choice there is to either accept a

4  $5,000 fixed payment or to go into special review.  At the very

5  end of the process, the Special Masters receive all of the claims

6  that are in the special review, and they review them anew and

7  assign point values of those.

8    Back to our processing world, there are 298 claims that are

9  ready to go, but there is some administrative issue holding up

10  our being able to issue the notice.  Those reasons typically are

11  that liens need to be finalized.  Some have been flagged for an

12  audit review, but those move very quickly usually.  This is just

13  a snapshot, again, of yesterday.  Those typically get resolved

14  within a number of days so that notices can be issued.

15    There are 89 that have completed most of our review.  We

16  just need to review them one final time before the notice goes

17  out.  There are 345 that are currently incomplete.  We've

18  mentioned this before, Your Honor.  The stroke claims are more

19  incomplete than we found with the heart attack claims.  Our

20  incomplete rate for heart attack claims was about 15 percent.

21  The strokes are running at about 27 percent incomplete.  It's

22  somewhat understandable because the stroke claims themselves are

23  more difficult to package and to submit.  There are more records.

24  We've worked with firms to try to help them, but this is a reason

25  that these reviews are typically on a claim-to-claim review going

1  a little bit more slowly.  Firms are responsive when we send them

2  notices, but it is over a quarter of the claims that we have to

3  stop on and wait for notices to be issued and documents to be

4  submitted.

5         THE COURT:  I remind counsel that it's not a question of

6  whether or not the case is settled.  They have certain

7  responsibilities after the case has been resolved to get through

8  the process, and they can't let up on their work at this time.  I

9  understand that there is a lot more that they have to do in

10 stroke cases, but they have to do it, and if they don't do it,

11 then the case will eventually be dismissed, and it will be on

12 their back and their responsibility that that case was dismissed

13 because they didn't comply with the settlement terms that they

14 have agreed to comply with.  So I reinforce the view that they

15 have to use extraordinary efforts to get the extraordinary

16 documents that are required in stroke cases.

17        MS. GREER:  Your Honor, firms have become quite

18 accustomed to the portal, but we would continue to encourage

19 firms to check on a daily basis because if we find a claims

20 package to be incomplete, we will send a notice immediately.

21 They have only 14 days to submit those records, and we are simply

22 unable to extend that.  If a claim package is incomplete it

23 builds in about a two- to three-week delay of that claim, and we

24 just can't delay that any further.

25        The next row shows us there are 62 claims that we are

 1   currently reviewing.  And then there are 1,768 in our queue for
 2   review.  There were about 3,000 stroke claims that became
 3   eligible at the first of the year, and that bubble has resulted,
 4   obviously, in a lot of work by a lot of people, and we feel
 5   confident that those 1,768 will be moving into our process and
 6   have notices issued in short order.
 7        This slide shows the average points by injury level for the
 8   stroke claims.  Again, I won't read this into the record.  These
 9   slides, again, can be found on our web site this afternoon.  Over
10   on the left-hand side, if folks listening on the phone wish to
11   log on and see, it's under the button *MDL Status Conference*
12   *Reports,* but this basically shows across all of our stroke
13   reviews what the points awards are by levels.  So if someone is
14   curious as to how they stand against the average, this slide is
15   informative on that.
16        And finally, Your Honor, this slide shows the dollars
17   associated with the claims that have been paid so far.  For the
18   7,435 claimants that have been paid, there's been over
19   $214 million of interim payments issued.  The claims that are in
20   line to be paid in March, the 1,026, that's for about 26 million.
21   The potential March payments, which are ones that are still
22   within their time to decide whether to accept, another
23   27 million, and so through March, if all of those were to accept,
24   we would be at an interim payment amount of over $267 million.
25        Your Honor, before Bill talks about the extraordinary injury

1   program, I want to tell the Court we feel like we're on track to

2   issue the stroke final payments in the second quarter of this

3   year.  We will continue to make interim payments again in March

4   and any other month between now and the final payments.  The

5   money will continue to flow, but as I've explained with the

6   timeline that we need to give people to complete their claims

7   packages on appeal, we feel confident that we're still on track

8   to make the payments in the second quarter.

9          THE COURT:  Okay.

10          MS. GREER:  Thank you, Your Honor.

11          THE COURT:  Thank you.

12            Lynn, before you leave, The Tulane Law Clinic did

13   some work in a particular case that now has been resolved, and I

14   issued an order that they be paid out of the funds designated for

15   that case.  Has that been done?

16          MS. GREER:  Yes, it has.  The check has been issued.  We

17   called them yesterday.  They had not received the check, but we

18   expect they will receive it today.  We told them to call us if

19   they had any problems getting that.

20          THE COURT:  Thank you.

21          MS. GREER:  Thank you.

22          MR. ATKINSON:  Good morning, Your Honor.  I'm

23   Bill Atkinson with the claims administrator's office, and I would

24   just like to take a brief moment to update you on the status of

25   the extraordinary injury program.

1        THE COURT:  Tell us again just what the extraordinary

2   injury program seeks to do.

3        MR. ATKINSON:  The extraordinary injury program,

4   Your Honor, seeks to award additional compensation on top of the

5   underlying award that's already been granted to a claimant for

6   those very, very extreme, unusual, atypical, extraordinary

7   injuries, either additional medical injuries or physical

8   injuries; in addition to that, there is also the possibility for

9   additional compensation for out-of-pocket medical expenses or

10  lost wages and income.

11       THE COURT:  Okay.  The important thing is that this is

12  not a second bite at the apple.  This is an whole new situation.

13       MR. ATKINSON:  Absolutely.  Your Honor.

14       As you see from this slide, Your Honor, we've had 2,652

15  claimants who started the extraordinary injury submission

16  process; 43 of those claimants did not submit, did not complete

17  that process because they never submitted the claim form, so they

18  don't constitute extraordinary injury claims, so the resulting

19  number is 2,609 claimants who have E. I. claims that we will be

20  evaluating.

21       Of the 2,609 claimants, Your Honor, two have since withdrawn

22  their claim, and we've issued 257 notices of ineligibility for

23  reasons such as the claimant's underlying claim failed out of the

24  program or the claimant became a special marker claimant who were

25  not eligible for the E. I. program.  That results in 2,350 E. I.

1   claims that are eligible for the program and eligible for

2   processing that we will be evaluating and issuing notices on.

3       Of the E. I. claims submitted, Your Honor, as you asked

4   earlier about the different types of claims in the E. I. program,

5   this slide breaks down for you exactly what types of claims have

6   been made.  Line one shows that there have been 303 claimants who

7   made claims for past medical expenses, and we added some

8   information on here to show Your Honor that of those 303

9   claimants, they've submitted 3,652 individual records for

10  reimbursement.

11      There are 856 claimants who made claims for lost wages or

12  income.  Those 856 claimants submitted 7,254 different sources of

13  income that have to be evaluated before we can determine the

14  nature of their claim.

15      There are 1,684 claimants who requested to be part of the

16  special medical injury portion of the E. I. program, and those

17  claimants alleged 5,325 special medical injuries, unique

18  injuries.

19      The A. E. D. portion of the program, Your Honor, is for

20  additional extraordinary damages for both medical expenses and

21  lost wages.  They also, there were 81 A. E. D. medical expenses

22  and 429 A. E. D. lost wages claimants.  So for the 2,350 unique

23  claimants in the program, because they could make claims to

24  several different components to the E. I. program there are

25  actually 3,353 claims resulting in 17,000 unique submissions that

1  we have to evaluate before we can issue our notices of

2  assessment.

3       To give you a little bit of information, Your Honor, on the

4  status of the notices that are being issued in the E. I. program,

5  I'll start with the medical expenses program and the A. E. D.

6  medical expense claims.  There are 303 past medical expense

7  claims and 81 A. E. D. medical expense claims.  The portion in

8  blue, Your Honor, the blue box, shows the notices that we have

9  issued, the notices of E. I. assessment and shows what has become

10  of those notices.

11       We have issued 140 notices on the med claims.  23 claimants

12  have not decided whether to accept the notice of E. I. assessment

13  or whether to request second review.  91 claimants have accepted

14  the notice of E. I. assessment, and 26 claimants have requested

15  second review of the notice of E. I. assessment.

16       The numbers in green at the bottom of the slide show the

17  claims that are still in the review process, so we have not sent

18  the notice of E. I. assessment.  You will notice there that there

19  are 162 medical claimants who are still -- who have had our

20  initial review completed but they are in QC.  Your Honor, those

21  notices are ready to be issued, but we are still waiting to

22  finally resolve underlying lien issues.  The liens for these

23  claimants are compensable in the E. I. program if they meet the

24  thresholds, and so we have to wait until all of the liens are

25  resolved so we can issue those notices.

1   This slide shows you the same information for the lost wages

2   and income claimants.  There are 856 claimants who made past L.

3   W. I. claims.  We have issued 743 notices of E. I. assessment for

4   those claimants, and that number is shown in blue.

5   What has become of those 743 notices as shown is that the

6   claimant has not made a decision yet on 81 those, so we don't

7   know whether they will accept or request second review.  294

8   claimants have accepted their notice of E. I. assessment, and 368

9   claimants have requested second review.

10   The information in green again shows you claims where we

11   have not issued a notice of E. I. assessment.  The top two

12   numbers, the 85 that are initial review complete and QC complete

13   and the 18 where initial review is complete and they are in QC,

14   those claims, Your Honor, are claims where we are waiting on the

15   underlying claim to be resolved, the points award notice or the

16   notice of ineligibility because that directly affects the notice

17   of E. I. assessment that would be issued.  So as soon as the

18   underlying claim becomes resolved, we can immediately start

19   issuing the notice on E. I. component.

20   This slide shows the similar information for the special

21   medical injuries.  Of the 1,684 claimants who made an S. M. I.

22   claim, we have issued notice of E. I. assessment on 1,556 of

23   those, Your Honor.  84 of those claimants have not decided

24   whether to accept that notice.  834 have accepted the notice, and

25   638 have requested a second review of their claim.

1    The numbers in green at the bottom are the numbers where

2  notices have not been issued, and the 123 there, Your Honor,

3  where initial review is complete and QC is complete, are also

4  awaiting for the liens to be finalized so that we can issue those

5  notices.

6        THE COURT:  The liens that you're talking about are the

7  Medicare liens?

8        MR. ATKINSON:  Yes, sir.  The government liens as well.

9            This slide, Your Honor, summarizes the previous

10  slides it, and it shows for all 2,350 claims what's become of

11  their notices.  2,123 of them have gotten a decision by having

12  issued a notice of E. I. assessment.  1,451 of those claimants

13  have not made a decision.  1,027 have accepted their notice, and

14  955 have requested an additional review.  The numbers in green at

15  the bottom, again, are notices that can't be issued yet because

16  we need lien resolution where the underlying claim needs to be

17  resolved.

18    Finally, Your Honor, just to show you the status of what's

19  become of the notice of the E. I. assessments, these graphs,

20  these pie charts just show you the percentages of what's been

21  accepted where a claimant has made a decision, it shows you how

22  many have accepted that notice and how many have requested second

23  review.  And it's roughly in the 50 percent range.  Overall,

24  52 percent of claimants are accepting their notices of E. I.

25  assessment and the numbers vary slightly for M. I. and I. S.

1  48 percent have requested second review.

2      Thank you, Your Honor.

3          THE COURT:  The important thing to underscore in the

4  extraordinary injury fund is that that is a finite fund, and

5  there is no more money goes into that particular fund.  So you

6  need to get the claims into that fund, and that's where we have

7  had some problems in the past by reminding people that we can't

8  extend deadlines because we can't make any payment until that

9  fund is solidified.

10          MR. ATKINSON:  That's correct, Your Honor.  In addition

11  to that, as Ms. Greer pointed out, the E. I. program directly

12  effects the I. S. payments, and so they both have to be resolved

13  at roughly the same time.

14      Thank you.

15          THE COURT:  Thank you.

16      The lien administrator.  Anything?

17          MR. HERMAN:  Mr. Garretson is here.

18          MR. GARRETSON:  Your Honor, I'm Matt Garretson, and I'm

19  here to report as the lien resolution administrator.  As usual,

20  the data I'll share day reflects cases that are eligible for

21  payment as of the 17th of this month.  Also, as before, I'm going

22  to first speak about the governmental liens, and then I'll turn

23  my attention to the private lien program.

24      With respect to the governmental liens, first of all I want

25  to just reiterate or share we're aware of the issue with the E.

1   I. claims that BrownGreer just shared.  We are doing everything

2   we can to bring those into the barn as quickly as possible.  We

3   couldn't start those, as we did the other M. I. or I. S. claims,

4   until we had a good picture of what the E. I. claims were.

5       That said, with respect to Medicare, the lien resolution

6   administrator has completed resolution for 98.5 percent of the

7   active cases.  There are 315 that remain unfinalized.  And the

8   reason those are unfinalized are either the claimants have sought

9   a redetermination, which is our word for *appeal* in this process,

10  or we've had a change of Social Security number recently, and

11  we've had to start the process yet again.  So we're pleased with

12  those statistics and have just an isolated group that we're still

13  finalizing.

14      With respect to Medicaid, we're at 98.9 percent of finalized

15  liens.  Those that are unfinalized are because we have hit a cap

16  under the state protocol where the liens are not to exceed

17  20 percent.  We're now in the process of going back with the

18  state on a small group of those to confirm the final amount.  We

19  also have the group that have Social Security number changes,

20  which requires us to start the process again.

21      We are also holding a limited amount of ischemic stroke

22  cases that are special marker fixed payments because the lien

23  amounts exceed the expected amount.  When we negotiated the

24  holdbacks and what we negotiated also with Medicare, the

25  reimbursement amounts, there wasn't enough consideration on our

1    part, in hindsight, for how many of the I. S. claims would be

2    special marker claims, and so we're trying to get those lien

3    numbers reduced yet again to reflect the fact that they are in

4    the special marker category.

5          With respect to other governmental liens, this continues to

6    be the biggest holdup we're having from our perspective.  We have

7    made good progress over the last several months, but there are

8    still hundreds of treating facilities that have treated Veterans

9    or active military personnel that we're trying to get claims

10   from.  That process from the military can take up to 12 months.

11   We continue to push them.  We have, in-house, 1,150 other

12   governmental claims.  Of those 248 of them remain unresolved, and

13   half of those were with the Department of Veteran Affairs, who

14   have this issue of having to check every single facility that

15   these Veterans have treated with.  We're hopeful we'll make

16   considerable progress over the next month.  We may get to a point

17   where we're going to need some help because they may remain

18   unsatisfied.

19          THE COURT:  You have to let me know after you've

20   exhausted whatever your contacts are, and then let me get

21   involved in it, and I'll order that the government appear and

22   explain the position; and if not, the liens will be dismissed,

23   and I'll default the liens for failure to take action.

24          MR. GARRETSON:  Understood and I will keep you informed.

25          Beyond the issue with the length of time it's taking to pull

1    those claims on some of the VA liens, there are a couple of other

2    issues that keep us from finalizing a couple hundred governmental

3    liens.  One is, as the Court is aware, we've said all along, we

4    can't affirmatively determine who has a military lien or other

5    governmental lien.  We need the claimants or the claimants'

6    counsel to inform us of those.

7        Several attorneys have come forward and notified us, as

8    other governmental liens, after the disbursement's already

9    occurred to the claimant.  Our hands are tied there.  We're not

10   sure what to do, other than to communicate to those attorneys

11   that we're happy to resolve those liens, but they have to hold

12   the funds because we're incapable of controlling the money flow

13   at this point.

14       So if that becomes an issue, I'll bring it to the Court's

15   attention.  My purpose for bringing it up now is just to remind

16   counsel who listens to these hearings and also the transcripts

17   that if they are falling into that category, they must take

18   action on their own to preserve the government's interest.

19           THE COURT:  That's the important thing.  With the

20   government's liens, these are statutory liens.  Not only are the

21   claimants responsible for it but the attorney is responsible for

22   it, so if the claimant doesn't pay the liens, then the government

23   has a right to go after the attorney for these particular liens.

24       Because of the opportunities that a global resolution

25   affords, we have been able to encourage the government, the

1   statutory lien holders, to resolve the liens for less than they

2   ordinarily would receive because of the opportunities to globally

3   and have a global point at which to collect all the liens and pay

4   them, so it's good for the claimant.  But if the attorneys don't

5   take advantage of it, they are going to wind up paying the full

6   lien from their own pockets.  So I do think that there should be

7   a heads up on that.

8           MR. GARRETSON:  Agreed.  I think one solution to this

9   governmental lien problem that I see is the fact that we never

10  established a deadline by which attorneys or claimants could

11  bring to us a notification of an other governmental lien, a

12  military lien that we have to resolve.

13      That said, I think if we could get the Court's support for a

14  deadline of March 12th to say, we will satisfy anything that

15  comes in the door by March 12th, that would be helpful because

16  what I'm discovering are several of the attorneys who have

17  ischemic stroke cases, for some reason, haven't been sending us

18  those notices, and we're getting waves of notices today,

19  two years after we're into the program, and with this one-year

20  process it takes to get claims -- You can see where I'm going --

21  this will never shut down if we don't draw a line in the sand.

22          THE COURT:  I think that's a fair request.  Prepare some

23  form order for me and I'll consider it.

24          MR. GARRETSON:  Yes, sir.

25      Finally, with the private lien program, just a quick review

1   of the statistics.  With PTO 48 and 54, we've had some new

2   activity of claims coming in the door.  February 28th is the

3   deadline the Court established for further claims or further

4   participants to come in pursuant to PTO 54 and 48.  So I would

5   like to remind counsel of that deadline.

6       As of today, there is 22,119 claimants that have signed

7   acceptance forms in order to participate in the program.  17,332

8   of those are active claimants.  12,418 have been matched to a

9   plan, and we've determined that just slightly less than 9,000

10  actually have claims histories.  So that waterfall effect means

11  we have 9,000 active claimants participating who actually have

12  reimbursement requirements.

13      We are 99 percent of the way done auditing the myocardial

14  infarction cases for those claimants and about 64 percent done

15  with the ischemic stroke.  For obvious reasons we have been

16  focused on the myocardial infarction cases.

17      3,970 of these liens have been finalized because they were

18  posted to the claims administrator web portal.  Counsel had

19  10 days to appeal and they weren't appealed so we processed those

20  payments.

21      The unfinalized myocardial infarction cases relate to cases

22  where we are still confirming that the lien and the claimant are

23  in an antisubrogation state.  They are related to us educating

24  the plans that these are wrongful death claims, and pursuant to

25  state law or the facts as that they may be, there is no

1    reimbursement claim, or there are liens that exceed $50,000 which

2    require further audit by our firm, so we are isolating those that

3    have yet to be resolved and obviously understand the importance

4    of wrapping those up.

5         I am pleased to say that only 239 claimants of those 9,000

6    have requested any type of appeal.  Having finalized 4,000

7    claims, to only have 239 that are requesting further audit, I

8    think, is a good statistic.  That's less than 1 percent.

9         I'm sorry, that the -- there is only, I apologize, there was

10   239 who requested claims so they could determine if they wanted

11   to appeal.  After seeing the claims history from us, only 50

12   have, in fact, appealed, which is 1 percent, less than 1 percent

13   of the finalized claimants.

14        With that said, we're continuing to work on the remaining

15   liens that have been audited, that are in front of the

16   third-party payors.  We are trying to get those back, and they

17   are working diligently as well so we can sweep the rest of these

18   out the door.

19        Your Honor, that concludes my report.  I will keep you

20   informed of the issues we've discussed.

21             THE COURT:  Fine.  I think that basically it's worked.

22   We found that it worked well with the governmental liens.  We

23   then turned to the nongovernmental liens, the private liens, to

24   see whether or not we could encourage the lien holders to take

25   less if they had the opportunity to receive money from one source

1    as opposed to pursuing the multiple sources.

2        The liens represented medical care that was given to the

3    claimants, so the claimants were duty bound to pay back and the

4    lien holders had a right to sue the claimants.  This gave the

5    claimants an opportunity to get a substantial discount on their

6    claims and also to have their claims audited by people who knew

7    something about and knew a lot about this particular question.

8    This is sort of the first time it has been done, and overall, I

9    feel that it's accomplished something for the claimants.  What's

10   your view of it, Matt?

11           MR. GARRETSON:  I think it really has, Your Honor.  I

12   think it set a precedent for future cases.  I think the plans

13   are, by and large, pleased as they should be.  I think the

14   claimants are pleased as well by evidence of the less than 50

15   appeals after people have seen the work product.  So I think

16   there is ways to improve it, but I'm very pleased with where

17   we're at.

18           THE COURT:  I appreciate your work on it.  I know you've

19   done yoman work.

20       The next item is the Special Master and Deputy

21   Special Masters.  In this matter, to give extra attention to the

22   claimants, to give them an opportunity to appeal on several

23   occasions, several methods, we have a gate committee.  First of

24   all, the administrator takes another look at it.  Then it goes to

25   the gate committee, and if the individual still wishes to appeal,

1    he or she can go outside the program in a sense to people who are

2    independent of the program.  I've appointed two ex-judges and a

3    very skilled attorney who is familiar with this type of matter as

4    the claims Special Master and Deputy Special Masters, so I'll

5    hear from the Special Master.

6              SPECIAL MASTER JUNEAU:  Your Honor, Patrick Juneau,

7    Special Master in this matter.  Judge, I'm very pleased to report

8    that on the stroke cases, there were actually 4,348 decided, and

9    there was a last report that left seven undecided.  Most of those

10   may have been decided by now, because there was a gap there of

11   about 3 days, which would have affected these settlements.  So

12   obviously we're well within the parameters set forth by the Court

13   in closing this matter.

14        I met with BrownGreer.  We anticipate a very small number

15   left to be decided and allocated amongst the three people that

16   will not be a problem.  We're going to still be on target of

17   where we are.  So from the standpoint of the M. I. cases and the

18   stroke cases, everything is on target to proceed with the

19   scheduled distribution that's planned.

20        I would like to make one comment I think would be pertinent,

21   Your Honor.  Once we complete this task, the two big bubbles of

22   tasks that we had assigned to us will have been completed.  That

23   will then mean it will leave the extraordinary fund to be

24   considered that I'll have to address, should any appeals come out

25   of that.

1    I was very interested in the report of where we are today,

2  but I think it would be prudent or appropriate at this point,

3  Your Honor, to call to everyone's attention, especially the

4  attorneys handling these matters -- as the Court said, there is

5  finite sums involved -- there are very meticulous provisions,

6  because I've read the provisions in the settlement agreement and

7  in the guidelines set forth in the processing of all of the

8  attorneys, of what it takes to qualify for this fund.  This is

9  not just an extra pool of money that people can get a second bite

10  of the apple.  That's not what this program is.  It takes very

11  unique claims and very specific requirements that require that

12  you fall into that category, and if you fall into that category,

13  you should be compensated.

14    I think it would be in the interest of anybody who is

15  processing those claims from a claimant's standpoint, become very

16  familiar with the language that's contained in the agreement and

17  in the guidelines that has been established and published long

18  ago to make sure that we're focused on the true claims that

19  really should be considered, because I anticipate, Your Honor,

20  this is going to be a fairly intensive review of these matters,

21  because you can visualize in wage claims, in economic loss

22  claims, in medical claims, special injury claims, that can

23  involve some very meticulous looking at documents.

24    So we want to get focused on those claims that truly should

25  be considered, and I would discourage those whose claims clearly

 1   fall outside of the parameters.  Don't tie up the system with
 2   those kind of submissions, because it would just stop the process
 3   and delay what we're trying to do is get the money where the
 4   money should be given.

 5        So I think that's consistent with your comments earlier
 6   today, but I thought that would be appropriate to mention that
 7   because it's a matter I anticipate, Your Honor, that probably at
 8   the end of 30 days from now we will be into that aspect of the
 9   case, and we want to get that promptly done, but with all due
10   prudence and diligence that could be afforded those claims.

11        Thank you very much, Your Honor.

12             THE COURT:  I agree with that.  The extraordinary injury
13   is just that, it's an extraordinary injury, not a second bite of
14   the apple, not additional money.  It's extraordinary.  As
15   significant as the strokes are, to have an extraordinary stroke
16   claim is very, very special, so I would imagine that that would
17   be even less than the extraordinary M. I. claims, but we'll have
18   to see.

19        Class actions.  Anything on that?

20             MR. HERMAN:  May it please the Court, there is the
21   purchase claims issue, and I understand there is also a
22   securities issue mixed with that, and Merck will address it.

23             MR. BEISNER:  John Beisner for Merck.  Your Honor, we
24   filed a motion this week asking for the adoption of a case
25   management order with respect to the purchase claim cases.  I

1  think as we've now discussed with Your Honor and with

2  Ms. Cabraser, probably it makes sense to have a status conference

3  with respect to those scheduling issues.

4      Our basic message to the Court was that the time probably

5  has come to go ahead and get through the class certification

6  process in those cases.

7          THE COURT:  Right.  I put this on the back burner so

8  that we could get to it at the appropriate time.  It seems to me

9  now the appropriate time, so what I would like to do is have a

10  status conference, get together with you all and put some

11  structure into the litigation.

12      Elizabeth, see whether you need some additional people on a

13  special committee, and we'll try to deal with those issues, but

14  at that meeting I would like to focus on structure and also on

15  some case management issues and begin to tee up the motions that

16  are appropriate in the case.

17          MS. CABRASER:  Your Honor, we will do that both with

18  respect to the appropriate people on the plaintiffs' side meeting

19  and conferring with Merck to flesh out a schedule and coming to

20  see Your Honor for scheduling purposes probably in connection

21  with next month's status conference, if that's all right.

22          THE COURT:  That's fine.  Let's get together first with

23  you all and work up some sort of proposal that you need from the

24  scheduling order that makes sense for these particular claims,

25  and if you come to me with an agreement, that's significant; if

 1  not, then I'll make up something and enforce it.

 2          MS. CABRASER:  We appreciate that, Your Honor.

 3          MR. BEISNER:  We'll be happy to do so.  Thank you,

 4  Your Honor.

 5          THE COURT:  State/federal coordination.  Anything on

 6  that, Dawn?

 7          MS. BARRIOS:  Good morning, Your Honor.  Dawn Barrios

 8  for the State Liaison Committee.  We have had one additional

 9  governmental action case transferred over.  It's the State of

10  South Carolina.  There is a yet another governmental action for

11  the Attorney General for the State of Kentucky that is still in

12  the transferor court.  My understanding from Merck is that the

13  transferor court has issued a stay of that transfer.

14      With regard to the remands, all of the plaintiffs with

15  outstanding registration issues that we have been looking at and

16  working with BrownGreer, particularly Mr. Atkinson, we have sent

17  all of that material again to him.  We have been just culling

18  those lists down so that we could really just get to the seed of

19  what Your Honor may have to decide with regard to those remands.

20  We're also cleaning up our database.  I do have the latest

21  version of all of the remand orders.

22          THE COURT:  Okay.  Fine.  Thank you very much, Dawn.

23          MS. BARRIOS:  Your Honor, I would like to thank Jared

24  for all of his help.  He has been tremendous in answering all of

25  my questions and in assisting me and I wish him good luck.

1          THE COURT:  Thank you very much.

2              Pro se claimants.  Bob?

3          MR. JOHNSTON:  Your Honor, Bob Johnston, curator for the

4  pro se claimants.  My brief presentation to the Court is to give

5  you a sense that while there has been a diminishment of the

6  number of calls that we have been receiving, we still

7  periodically and fairly regularly will get anywhere from six to

8  eight calls a day, and as we have always done in the past, we do

9  the best that we can to communicate to these individuals the

10  circumstances regarding the claim, the basis for the

11  determinations that have been made.

12      As the Court, I'm sure, can understand, some individuals

13  have difficulties understanding the conceptions, and we simply do

14  the best we can to help them through that.  Periodically the

15  Court has received communications directly from pro se

16  plaintiffs, and you have entered those communications in the

17  court record, and, where appropriate, we have dealt with those

18  individuals as well to try to help them understand the process.

19      Again, as in the past, we have not encountered circumstances

20  in our dealings with these pro se's that would, in our view,

21  necessitate any communication with the Court regarding problems.

22  I think that the circumstances and the process continues to go

23  well, and we feel good about it.

24          THE COURT:  Fine.  I know sometimes it's difficult to

25  handle some of those issues.  What we've tried to do in this

1  particular case is to recognize that there are some individuals

2  who cannot get attorneys or don't want attorneys, but oftentimes

3  can't get attorneys but they have questions.  They want to ask

4  questions about the program, and they need some help and in

5  understanding the program and deciding whether or not they have a

6  claim, don't have a claim or what to do about it if they have a

7  claim.

8       So we've appointed pro se lawyer for those individuals, and

9  they are able to contact the pro se attorney and discuss the

10  issues with them, and the pro se attorney puts them on the right

11  path.  So this is a difficult assignment, but you carried it out

12  well and need to know the Court appreciates it.

13            MR. JOHNSTON:  Thank you, Your Honor.

14            THE COURT:  All right.  MDL trial package.  Anything on

15  that?

16            MR. HERMAN:  I just have one thing to report,

17  Your Honor.  We had requested attorneys who did not participate

18  in the MDL for any material that should be considered in

19  connection with the additional trial panel.  We received one

20  expert report.  It's been added to the trial package, and the two

21  individuals that have requested the supplement have received it.

22       We have not had any requests to visit the document

23  depository now in more than four to six months, but I want to

24  state on the record, the depository is open.  It's available for

25  any attorney that wishes to review documents.

1        THE COURT:  Thank you.  That's one of the advantages of

2   the MDL proceeding.  It gives an opportunity for the development

3   of a trial package by extremely competent attorneys, and this

4   trial package then is, in effect, put in the can, so to speak.

5   It's able to be used and able to be transported and able to be

6   played in other cases, and it's of great assistance to attorneys

7   who wish to pursue their claims.  I've viewed the trial package,

8   and it's very well done, and it would be very useful to the

9   attorneys who need it.

10       Governmental actions.  Anything on that?

11       MR. HERMAN:  Your Honor, with regard to governmental

12   actions, there are two sections.  One relates to the Louisiana

13   case.  Mr. Dugan is present, and Mr. Marvin has advised me to

14   discuss that with the Court.  The second issue relates to the

15   other governmental actions, and I believe there has been some

16   very recent discussions about resolving some discovery issues.

17   Mr. Barnett is here as well as Mr. Dugan as a representative of

18   the AG.

19       THE COURT:  Jim.

20       MR. DUGAN:  Good morning, Your Honor.  James Dugan on

21   behalf of the Louisiana Attorney General.  As Your Honor is

22   aware, we're currently set for a trial here April 12th, and it

23   will be a bench trial.  If we have any issues, we'll come back to

24   Your Honor in between now and then.

25       I do know Ms. Barrios and Mr. Barnett have worked the past

1   couple of days on some governmental action issues.  They may have

2   something to report to you.  Do you want to report now?  I'm

3   sorry.

4              MR. ANDERSON:  Brian Anderson representing Merck.  With

5   the assistance of Mr. Davis, Ms. Barrios, a group of Merck

6   attorneys met with a group of attorneys representing the various

7   attorneys general for a day and a half face to face here in

8   New Orleans immediately before the status conference.  It appears

9   likely that the State of Pennsylvania will trial its case here in

10  New Orleans before the Court.  Final approvals need to be

11  obtained from the Pennsylvania Attorney General before that can

12  be made final.

13             We also spent time discussing the schedule and scope of

14  discovery that would be taken as to the other government action

15  cases here in the MDL.  Proposals have been exchanged for a

16  schedule for that discovery and those discussions continue, and

17  we are hopeful that we will be able to present a schedule to the

18  Court before the next status conference.

19             Finally, there are a number of discovery issues going in

20  both directions.  The parties generated a list of those issues

21  and discussed each of those issues over the last 2 days, made

22  progress on a number of them, discussions continue on others, and

23  another meeting has been scheduled, so I don't think there are

24  any issues that need to be presented to the Court.

25             THE COURT:  Good.

 1          MS. BARRIOS:  Thank you, Your Honor.

 2          THE COURT:  You agree with that, Dawn?

 3          MS. BARRIOS:  Yes, Your Honor.

 4          THE COURT:  What we're trying to do with the attorneys

 5   general, as we all know that there are a number of states through

 6   their attorneys general that made claims in this particular

 7   litigation, and we're trying to do some bellwethers on those

 8   particular claims to see whether or not we can afford those

 9   attorneys general in other states an opportunity to evaluate the

10   case and see, after we get through with that, whether or not

11   there will be a final opportunity to look at these cases

12   globally, and hopefully that will give them enough information

13   and give Merck enough information to try to look at these cases

14   from a global standpoint.

15       The next item is the pending personal injury claims.  What

16   is that about, Doug?  How many cases do you have left?

17          MR. MARVIN:  Your Honor, in that category of cases, it

18   appears as though there are 103 cases.  Ms. Oldfather could not

19   be here today, and so we'll be able to give the Court a more full

20   report at the next status conference, but I can say in the

21   meantime that those cases are moving along.  Depositions are

22   being noticed.  The case-specific discovery is proceeding.

23          THE COURT:  Okay.  That's a good percentage.  We had

24   started with about 50,000 claims, and now we're down to just

25   about a hundred or thereabouts that have not been resolved.  So I

1    think we're moving in the right direction.  I appreciate it.

2         MR. MARVIN:  Thank you, Your Honor.

3         THE COURT:  The fee allocation.  Anything on that?

4         MR. HERMAN:  Your Honor, at page 10, the appeals to the

5    United States Court of Appeals for the Fifth Circuit were

6    pending.  Docket #32-158 and #32-297 have been dismissed.  And at

7    page 11, on January 27th, Your Honor issued an order directing

8    representatives of common benefit fee applicants and liaison

9    counsel to meet and confer on a briefing schedule.  A joint

10   submission was filed on February 19, 2010.  I don't know whether

11   Mr. Stratton is appearing by telephone, but at any rate, that

12   joint submission was filed with Your Honor, and we were waiting

13   to have the Court determine what the Court shall direct as to

14   initial stage of discovery.

15        THE COURT:  Yes.  There is a dispute as to the nature

16   and scope of discovery.  The plaintiffs' committee feels that it

17   should be limited to Mr. Stratton on one side and Mr. Herman on

18   the other side.  They seemed to both agree that those two

19   depositions ought to be taken.  Mr. Stratton also wishes to take

20   the deposition of all of the committee and also some of Merck's,

21   and that has to be resolved.

22        I'm going to set a status conference on that issue.  My

23   initial thinking is that we go forward with the deposition of

24   Mr. Herman and Mr. Stratton and see where we go from there.  I'll

25   talk with you all about that at the status conference which I set

1    in the immediate future.

2              MR. HERMAN:  Item number 13 on the conference, Merck's

3    motions.  I think Mr. Marvin will address those.

4              MR. MARVIN:  Your Honor, we have several motions

5    relating to the pretrial orders where Merck has moved to dismiss

6    cases.

7              THE COURT:  We'll take those after we finish with this

8    conference.

9              MR. MARVIN:  Thank you, Your Honor.

10             THE COURT:  Any other motions?  Any appeals?

11        There an issue of attorney's fees and to enforce attorney's

12   lien.

13             MR. HERMAN:  Item number 16.

14             THE COURT:  We've had several instances where attorneys

15   have been retained initially, done work on the case and then have

16   been substituted by other attorneys, and the first attorney feels

17   they are entitled to an attorney's lien on the fees.  They have

18   asserted those liens.  They have a number of those.

19        What I've done in that situation is to peel off the

20   litigant's share and distribute that amount to the litigant and

21   then hold the attorney's fee until we saw how many attorneys

22   liens were at issue.

23        I'm at the point now where I can focus on that, so I've

24   asked the claims administrator to give me a report as to the

25   amount of the numbers and perhaps give me some idea of the nature

1  and extent of the matter so that I can determine whether to have

2  the Court do it or whether to appoint Special Masters.  This is

3  attorney's fees.  I suggest that the attorneys attempt to resolve

4  these matters.  If not, I'll get involved in it or I'll appoint a

5  Special Master.

6      If I do the latter, any costs will be from those fees.  So

7  depending upon whether the Special Master desires to take any

8  depositions or retain experts, that will be coming out of that

9  portion of the lien.  So there may not be any left to deal with

10  because that's very expensive when you get into that.  In any

11  event, if I do it myself, I may also need to appoint some experts

12  which will come out of the lien.  So before those expenses are

13  extracted from any attorneys liens, we ought to focus on whether

14  or not they can be resolved.  If not, I'll deal with them.

15      Merck's change of name.  We've already discussed that.

16      The next status conference in the matter will be on

17  March 23rd at 9 o'clock.  I'll meet with the committees at 8:30,

18  as I usually do.

19      Okay.  We'll stop here, and in 5 minutes I'll come back with

20  the motions.  Court will stand in recess.  Thank you very much.

21          THE DEPUTY CLERK:  Everyone rise.

22          (WHEREUPON, at 0:03 a.m., the proceedings were

23  concluded.)

24                    *    *    *

25

```
1                        REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4   Merit Reporter, Registered Professional Reporter, Certified Court

5   Reporter of the State of Louisiana, Official Court Reporter for

6   the United States District Court, Eastern District of Louisiana,

7   do hereby certify that the foregoing is a true and correct

8   transcript, to the best of my ability and understanding, from the

9   record of the proceedings in the above-entitled and numbered

10  matter.

11

12                              s/Cathy Pepper
                               _____

13                              Cathy Pepper, CRR, RMR, CCR

14                              Official Court Reporter

15                              United States District Court

16

17

18

19

20

21

22

23

24

25
```

## #

**#1657** [1] - 8:10
**#32-158** [1] - 38:5
**#32-297** [1] - 38:5

## $

**$214** [1] - 13:18
**$267** [1] - 13:23
**$5,000** [1] - 11:3
**$50,000** [1] - 25:25

## 0

**0:03** [1] - 40:21

## 1

**1** [5] - 2:18, 9:6, 26:7, 26:11
**1,026** [2] - 10:15, 13:19
**1,027** [1] - 19:12
**1,150** [1] - 22:10
**1,238** [1] - 10:16
**1,451** [1] - 19:11
**1,556** [1] - 18:21
**1,684** [2] - 16:14, 18:20
**1,768** [2] - 12:25, 13:4
**10** [2] - 25:18, 38:3
**10004** [2] - 2:4, 3:7
**1018** [1] - 4:13
**103** [1] - 37:17
**11** [1] - 38:6
**1100** [1] - 2:8
**115** [1] - 3:22
**12** [3] - 5:8, 5:9, 22:9
**12,418** [1] - 25:7
**12,429** [1] - 10:2
**123** [1] - 19:1
**12th** [3] - 24:13, 24:14, 35:21
**13** [1] - 39:1
**14** [4] - 5:10, 5:11, 5:12, 12:20
**140** [1] - 17:10
**15** [2] - 10:18, 11:19
**15TH** [1] - 3:22
**16** [1] - 39:12
**162** [1] - 17:18
**1625** [1] - 2:24
**1657** [1] - 1:6
**168** [1] - 10:21
**17,000** [2] - 10:7, 16:24

**17,332** [1] - 25:6
**17,854** [1] - 10:8
**17th** [1] - 20:20
**18** [1] - 18:12
**18,000** [1] - 10:8
**19** [1] - 38:9
**19104** [1] - 2:22
**19106** [1] - 1:25

## 2

**2** [2] - 9:6, 36:20
**2,123** [1] - 19:10
**2,350** [3] - 15:24, 16:21, 19:9
**2,432** [1] - 10:13
**2,609** [2] - 15:18, 15:20
**2,652** [1] - 15:13
**20** [4] - 5:13, 5:14, 5:15, 21:16
**20005** [1] - 2:15
**20006** [1] - 2:25
**2010** [3] - 1:7, 8:2, 38:9
**202** [1] - 4:13
**2150** [1] - 3:13
**22** [2] - 5:16, 5:17
**22,119** [1] - 25:5
**23** [2] - 5:18, 17:10
**23219** [1] - 3:23
**234** [1] - 1:21
**239** [3] - 26:4, 26:6, 26:9
**23RD** [1] - 7:10
**23rd** [1] - 40:16
**24** [4] - 5:19, 5:20, 5:21, 10:23
**2450** [1] - 2:11
**248** [1] - 22:11
**257** [1] - 15:21
**26** [5] - 1:7, 5:22, 8:2, 13:19, 17:13
**27** [4] - 5:23, 5:24, 11:20, 13:22
**275** [1] - 4:9
**27th** [1] - 38:6
**28** [1] - 5:25
**2800** [2] - 2:7, 2:8
**28th** [1] - 25:1
**2929** [1] - 2:21
**294** [1] - 18:6
**298** [1] - 11:7

## 3

**3** [1] - 28:10
**3,000** [1] - 13:1

**3,353** [1] - 16:24
**3,652** [1] - 16:8
**3,970** [1] - 25:16
**30** [5] - 6:1, 6:2, 6:3, 6:4, 30:7
**3000** [1] - 4:9
**303** [3] - 16:5, 16:7, 17:5
**31** [3] - 6:5, 6:6, 6:7
**315** [1] - 21:6
**32** [2] - 6:8, 6:9
**33** [3] - 6:10, 6:11, 6:12
**34** [3] - 6:13, 6:14, 6:15
**345** [1] - 11:16
**35** [3] - 6:16, 6:17, 6:18
**36** [1] - 6:19
**36103** [1] - 1:22
**3650** [1] - 3:13
**368** [1] - 18:7
**37** [6] - 6:20, 6:21, 6:22, 6:23, 6:24, 6:25
**38** [3] - 7:1, 7:2, 7:3
**39** [4] - 7:4, 7:5, 7:6, 7:7

## 4

**4,000** [1] - 26:5
**4,348** [1] - 28:7
**40** [2] - 7:8, 7:9
**400** [2] - 2:11, 3:23
**4160** [1] - 1:21
**429** [1] - 16:21
**43** [1] - 15:15
**45242** [1] - 4:5
**48** [3] - 19:25, 24:25, 25:3

## 5

**5** [1] - 40:18
**5,325** [1] - 16:16
**5,425** [1] - 10:3
**50** [3] - 19:22, 26:10, 27:13
**50,000** [1] - 37:23
**500** [2] - 1:24, 4:18
**504** [1] - 4:19
**510** [1] - 1:24
**51268** [1] - 4:14
**52** [1] - 19:23
**54** [2] - 24:25, 25:3
**546** [1] - 3:4
**589-7779** [1] - 4:19

## 6

**60606** [1] - 2:18
**62** [1] - 12:24
**625** [1] - 2:18
**638** [1] - 18:24
**64** [1] - 25:13
**650** [1] - 3:15

## 7

**7,254** [1] - 16:11
**7,435** [2] - 10:12, 13:17
**701** [1] - 3:18
**70113** [1] - 1:17
**70130** [4] - 2:11, 3:4, 3:15, 4:19
**70139** [1] - 3:19
**70163** [1] - 2:8
**70505** [1] - 4:14
**725** [1] - 2:15
**743** [2] - 18:2, 18:4
**77002** [1] - 3:11
**7775** [1] - 4:4

## 8

**81** [3] - 16:20, 17:6, 18:5
**820** [1] - 1:17
**834** [1] - 18:23
**84** [1] - 18:22
**85** [1] - 18:11
**856** [3] - 16:10, 16:11, 18:1
**89** [1] - 11:14
**8:30** [1] - 40:16

## 9

**9** [5] - 5:5, 5:6, 5:7, 7:10, 40:16
**9,000** [3] - 25:8, 25:10, 26:4
**91** [1] - 17:12
**910** [1] - 3:10
**94111** [1] - 4:10
**955** [1] - 19:13
**98.5** [1] - 21:5
**98.9** [1] - 21:13
**99** [1] - 25:12
**9:00** [1] - 1:7

## A

**a.m** [1] - 40:21
**A.M** [1] - 1:7
**ability** [1] - 41:8
**able** [8] - 11:9, 23:24, 34:8, 35:4, 36:16, 37:18
**above-entitled** [1] - 41:9
**absolutely** [1] - 15:12
**accept** [7] - 10:17, 11:2, 13:21, 13:22, 17:11, 18:6, 18:23
**acceptance** [1] - 25:6
**accepted** [7] - 10:13, 17:12, 18:7, 18:23, 19:12, 19:20, 19:21
**accepting** [1] - 19:23
**accomplished** [1] - 27:8
**accustomed** [1] - 12:17
**action** [6] - 22:22, 23:17, 32:8, 32:9, 35:25, 36:13
**actions** [4] - 30:18, 35:9, 35:11, 35:14
**ACTIONS** [1] - 4:7
**ACTIONS.................
................** [1] - 6:16
**ACTIONS.................
........................** [1] - 6:2
**active** [5] - 10:23, 21:6, 22:8, 25:7, 25:10
**activity** [2] - 9:18, 25:1
**added** [2] - 16:6, 34:19
**addition** [2] - 15:7, 20:9
**additional** [10] - 10:6, 15:3, 15:6, 15:8, 16:19, 19:13, 30:13, 31:11, 32:7, 34:18
**address** [4] - 8:24, 28:23, 30:21, 39:2
**administration** [1] - 9:16
**administrative** [1] - 11:8
**ADMINISTRATOR** [2] - 3:21, 4:3
**administrator** [7] - 9:24, 20:15, 20:18, 21:5, 25:17, 27:23, 39:23
**administrator's** [1] -

14:22
**ADMINISTRATOR**.....
.................................
[1] - 5:14
**adoption** [1] - 30:23
**advantage** [1] - 24:4
**advantages** [1] -
34:25
**advised** [1] - 35:12
**Affairs** [1] - 22:12
**affected** [1] - 28:10
**affects** [1] - 18:15
**affirmatively** [1] - 23:3
**afford** [1] - 37:7
**afforded** [1] - 30:9
**affords** [1] - 23:24
**afternoon** [1] - 13:8
**AG** [1] - 35:17
**AGENDA** [1] - 5:3
**agenda** [2] - 9:1, 9:2
**ago** [1] - 29:17
**agree** [3] - 30:11,
37:1, 38:17
**agreed** [2] - 12:13,
24:7
**agreement** [5] - 9:4,
9:6, 29:5, 29:15,
31:24
**AGREEMENT**............
..................... [1] -
5:5
**ahead** [1] - 31:4
**AL** [1] - 1:22
**ALL** [1] - 1:8
**alleged** [1] - 16:16
**ALLEN** [1] - 1:19
**allocated** [1] - 28:14
**allocation** [1] - 38:2
**ALLOCATION**...........
............................ [1]
- 7:1
**almost** [1] - 10:8
**amount** [6] - 13:23,
21:17, 21:20, 21:22,
39:19, 39:24
**amounts** [2] - 21:22,
21:24
**AND** [3] - 2:6, 5:24,
7:6
**ANDERSON** [1] - 36:3
**Anderson** [1] - 36:3
**ANDERSON**..............
............................ [1]
- 6:19
**ANDY** [1] - 1:20
**Andy** [1] - 9:8
**anew** [1] - 11:5
**answering** [1] - 32:23
**anticipate** [3] - 28:13,

29:18, 30:6
**antisubrogation** [1] -
25:22
**apologize** [1] - 26:8
**appeal** [11] - 10:5,
10:17, 10:18, 10:21,
14:6, 21:8, 25:18,
26:5, 26:10, 27:21,
27:24
**appealed** [2] - 25:18,
26:11
**Appeals** [1] - 38:4
**appeals** [5] - 10:19,
27:14, 28:23, 38:3,
39:9
**appear** [1] - 22:20
**appearance** [1] - 8:11
**APPEARANCES** [4] -
1:14, 2:1, 3:1, 4:1
**appearing** [1] - 38:10
**apple** [3] - 15:11, 29:9,
30:13
**applicants** [1] - 38:7
**appoint** [3] - 40:1,
40:3, 40:10
**appointed** [2] - 28:1,
34:7
**appreciate** [3] - 27:17,
32:1, 37:25
**appreciates** [1] -
34:11
**apprise** [1] - 9:15
**appropriate** [7] - 29:1,
30:5, 31:7, 31:8,
31:15, 31:17, 33:16
**approvals** [1] - 36:9
**April** [1] - 35:21
**ARCH** [1] - 2:21
**ARNOLD** [1] - 1:24
**aspect** [1] - 30:7
**asserted** [1] - 39:17
**assessment** [13] -
17:1, 17:8, 17:11,
17:13, 17:14, 17:17,
18:2, 18:7, 18:10,
18:16, 18:21, 19:11,
19:24
**assessments** [1] -
19:18
**assign** [1] - 11:6
**assigned** [1] - 28:21
**assignment** [1] -
34:10
**assistance** [2] - 35:5,
36:4
**assisting** [1] - 32:24
**associated** [1] - 13:16
**AT** [1] - 7:10
**Atkinson** [3] - 9:13,
14:22, 32:15

**ATKINSON** [6] - 3:22,
14:21, 15:2, 15:12,
19:7, 20:9
**ATKINSON**...............
............................ [1] -
5:12
**attack** [2] - 11:18,
11:19
**attempt** [1] - 40:2
**attention** [4] - 20:22,
23:14, 27:20, 29:2
**Attorney** [3] - 32:10,
35:20, 36:10
**attorney** [8] - 9:13,
23:20, 23:22, 28:2,
34:8, 34:9, 34:24,
39:15
**ATTORNEY'S** [2] - 7:6
**attorney's** [5] - 39:10,
39:16, 39:20, 40:2
**attorneys** [25] - 23:6,
23:9, 24:3, 24:9,
24:15, 29:3, 29:7,
34:1, 34:2, 34:16,
35:2, 35:5, 35:8,
36:5, 36:6, 37:3,
37:5, 37:8, 39:13,
39:15, 39:20, 40:2,
40:12
**atypical** [1] - 15:5
**audit** [3] - 11:11, 26:1,
26:6
**audited** [2] - 26:14,
27:5
**auditing** [1] - 25:12
**available** [1] - 34:23
**AVENUE** [1] - 1:17
**average** [2] - 13:6,
13:13
**awaiting** [1] - 19:3
**award** [3] - 15:3, 15:4,
18:14
**awards** [1] - 13:12
**aware** [3] - 20:24,
23:2, 35:21

**B**

**B406** [1] - 4:18
**BAKER** [1] - 3:9
**barn** [1] - 21:1
**BARNETT** [1] - 2:20
**Barnett** [2] - 35:16,
35:24
**BARRIOS** [6] - 3:17,
3:18, 32:6, 32:22,
36:25, 37:2
**Barrios** [3] - 32:6,
35:24, 36:4

**BARRIOS**.................
............................ [2] -
6:9, 6:21
**basic** [1] - 31:3
**basis** [2] - 12:18, 33:9
**BATTERY** [2] - 3:7,
4:9
**BAUM** [1] - 2:17
**BE** [1] - 7:9
**BEASLEY** [1] - 1:19
**became** [2] - 13:1,
15:23
**become** [7] - 9:18,
12:16, 17:8, 18:4,
19:9, 19:18, 29:14
**becomes** [2] - 18:17,
23:13
**BEFORE** [1] - 1:11
**begin** [1] - 31:14
**behalf** [1] - 35:20
**Beisner** [1] - 30:22
**BEISNER** [3] - 2:24,
30:22, 32:2
**BEISNER**..................
............................ [1] -
6:4
**bellwethers** [1] - 37:6
**bench** [1] - 35:22
**benefit** [1] - 38:7
**BENJAMIN** [2] - 2:6,
2:20
**BERMAN** [1] - 1:23
**BERNSTEIN** [1] - 4:8
**best** [3] - 33:8, 33:13,
41:8
**between** [2] - 14:3,
35:23
**beyond** [1] - 22:24
**big** [1] - 28:20
**biggest** [1] - 22:5
**Bill** [3] - 9:13, 13:24,
14:22
**BIRCHFIELD** [1] -
1:20
**Birchfield** [1] - 9:8
**bit** [3] - 9:21, 11:25,
17:2
**bite** [3] - 15:11, 29:8,
30:12
**blue** [3] - 17:7, 18:3
**Bob** [2] - 33:1, 33:2
**bottom** [3] - 17:15,
18:25, 19:14
**BOTTS** [1] - 3:9
**bound** [1] - 27:2
**box** [1] - 17:7
**BOX** [1] - 1:21
**breaks** [1] - 16:4
**BRENNAN** [1] - 2:17

**Brian** [1] - 36:3
**brief** [2] - 14:23, 33:3
**briefing** [1] - 38:8
**bring** [3] - 21:1, 23:13,
24:10
**bringing** [1] - 23:14
**Brown** [1] - 9:12
**BROWN** [1] - 3:21
**BrownGreer** [4] -
9:12, 20:25, 28:13,
32:15
**bubble** [1] - 13:2
**bubbles** [1] - 28:20
**builds** [1] - 12:22
**burner** [1] - 31:6
**button** [1] - 13:10
**BY** [21] - 1:16, 1:20,
1:24, 2:3, 2:7, 2:10,
2:14, 2:17, 2:20,
2:24, 3:3, 3:6, 3:9,
3:14, 3:18, 3:21, 4:4,
4:8, 4:12, 4:21, 4:21

**C**

**CA** [1] - 4:10
**Cabraser** [1] - 31:1
**CABRASER** [4] - 4:8,
4:8, 31:16, 32:1
**CABRASER**.............
............................ [1]
- 6:6
**cannot** [1] - 34:1
**cap** [1] - 21:14
**care** [1] - 27:1
**Carolina** [1] - 32:9
**CARONDELET** [1] -
3:4
**carried** [1] - 34:10
**case** [18] - 8:9, 12:5,
12:6, 12:10, 12:11,
14:12, 14:14, 30:8,
30:23, 31:14, 31:15,
32:8, 33:25, 35:12,
36:8, 37:9, 37:21,
39:14
**case-specific** [1] -
37:21
**cases** [25] - 12:9,
12:15, 20:19, 21:6,
21:21, 24:16, 25:13,
25:15, 25:20, 27:11,
28:7, 28:16, 28:17,
30:24, 31:5, 35:5,
36:14, 37:10, 37:12,
37:15, 37:16, 37:17,
37:20, 39:5
**CASES** [1] - 1:8
**CASTIEX** [1] - 3:17

**category** [5] - 22:3, 23:16, 29:11, 37:16
**Cathy** [2] - 41:3, 41:13
**CATHY** [1] - 4:18
**CCR** [2] - 4:18, 41:13
**CENTER** [2] - 4:9, 4:13
**CENTRE** [2] - 2:7, 2:21
**certain** [1] - 12:5
**CERTIFICATE** [1] - 41:1
**certification** [1] - 31:4
**Certified** [2] - 41:3, 41:4
**certify** [1] - 41:7
**change** [2] - 21:9, 40:14
**CHANGE** [1] - 7:8
**changes** [1] - 21:18
**charts** [1] - 19:19
**check** [4] - 12:18, 14:15, 14:16, 22:13
**CHICAGO** [1] - 2:18
**choice** [1] - 11:2
**CHRISTOPHER** [1] - 2:3
**CINCINNATI** [1] - 4:5
**CIRA** [1] - 2:21
**Circuit** [1] - 38:4
**circumstances** [3] - 33:9, 33:18, 33:21
**claim** [20] - 11:24, 12:21, 12:22, 15:16, 15:21, 15:22, 16:13, 18:14, 18:17, 18:21, 18:24, 19:15, 25:25, 30:15, 30:24, 33:9, 34:5, 34:6
**claim-to-claim** [1] - 11:24
**claimant** [9] - 15:4, 15:23, 18:5, 19:20, 23:8, 23:21, 24:3, 25:21
**claimant's** [2] - 15:22, 29:14
**claimants** [47] - 10:2, 13:17, 15:14, 15:15, 15:18, 15:20, 16:5, 16:8, 16:10, 16:11, 16:14, 16:16, 16:21, 16:22, 17:10, 17:12, 17:13, 17:18, 17:22, 18:1, 18:3, 18:7, 18:8, 18:20, 18:22, 19:11, 19:23, 21:7, 23:4, 23:20, 24:9, 25:5, 25:7, 25:10, 25:13, 26:4, 26:12,

**claimants'** [1] - 23:4
**CLAIMANTS..............**
**.....................** [1] - 6:10
**CLAIMS** [1] - 3:20
**claims** [86] - 9:16, 9:17, 9:18, 9:20, 9:23, 9:25, 10:1, 10:8, 10:13, 11:1, 11:4, 11:7, 11:17, 11:18, 11:19, 11:21, 12:1, 12:18, 12:24, 13:1, 13:7, 13:16, 13:18, 14:5, 14:22, 15:17, 15:18, 15:25, 16:2, 16:3, 16:4, 16:6, 16:10, 16:22, 16:24, 17:5, 17:6, 17:10, 17:16, 18:2, 18:9, 18:13, 19:9, 20:5, 20:25, 21:2, 21:3, 21:25, 22:1, 22:8, 22:11, 22:25, 24:19, 25:1, 25:2, 25:9, 25:17, 25:23, 26:6, 26:9, 26:10, 27:5, 28:3, 29:10, 29:14, 29:17, 29:20, 29:21, 29:23, 29:24, 30:9, 30:16, 30:20, 31:23, 35:6, 37:5, 37:7, 37:14, 37:23, 39:23
**CLAIMS.....................**
**...** [1] - 6:23
**CLASS** [1] - 6:2
**class** [2] - 30:18, 31:4
**cleaning** [1] - 32:19
**clearly** [1] - 29:24
**CLERK** [3] - 8:7, 8:10, 40:20
**Clinic** [1] - 14:11
**closing** [1] - 28:12
**collect** [1] - 24:2
**coming** [3] - 25:1, 31:18, 40:7
**comment** [1] - 28:19
**comments** [1] - 30:4
**COMMERCE** [1] - 1:21
**Committee** [1] - 32:7
**committee** [6] - 9:24, 27:22, 27:24, 31:12, 38:15, 38:19
**COMMITTEE** [1] - 4:8
**committees** [2] - 8:25, 40:16
**common** [1] - 38:7

**communicate** [2] - 23:9, 33:8
**communication** [1] - 33:20
**communications** [2] - 33:14, 33:15
**compensable** [1] - 17:22
**compensated** [1] - 29:12
**compensation** [2] - 15:3, 15:8
**competent** [1] - 35:2
**complete** [8] - 14:5, 15:15, 18:11, 18:12, 19:2, 28:20
**completed** [4] - 11:14, 17:19, 21:5, 28:21
**comply** [2] - 12:12, 12:13
**component** [1] - 18:18
**components** [1] - 16:23
**COMPUTER** [1] - 4:21
**conceptions** [1] - 33:12
**concluded** [1] - 40:22
**concludes** [1] - 26:18
**confer** [1] - 38:8
**conference** [12] - 9:1, 31:1, 31:9, 31:20, 36:7, 36:17, 37:19, 38:21, 38:24, 39:1, 39:7, 40:15
**CONFERENCE** [2] - 1:11, 7:9
**Conference** [1] - 13:10
**conferring** [1] - 31:18
**confident** [2] - 13:4, 14:6
**confirm** [1] - 21:17
**confirming** [1] - 25:21
**connection** [2] - 31:19, 34:18
**CONNOLLY** [1] - 2:14
**consider** [1] - 24:22
**considerable** [1] - 22:15
**consideration** [1] - 21:24
**considered** [4] - 28:23, 29:18, 29:24, 34:17
**consistent** [1] - 30:4
**constitute** [1] - 15:17
**contact** [1] - 34:8
**contacts** [1] - 22:19
**contained** [1] - 29:15
**continue** [7] - 10:20,

12:17, 14:2, 14:4, 22:10, 36:15, 36:21
**CONTINUED** [3] - 2:1, 3:1, 4:1
**continues** [2] - 22:4, 33:21
**continuing** [1] - 26:13
**controlling** [1] - 23:11
**COOPER** [1] - 4:4
**coordination** [1] - 32:4
**COORDINATION.......**
**.....................** [1] - 6:8
**correct** [2] - 20:9, 41:7
**costs** [1] - 40:5
**COTLAR** [1] - 1:15
**counsel** [7] - 8:11, 12:4, 23:5, 23:15, 25:4, 25:17, 38:8
**COUNSEL** [1] - 3:17
**couple** [4] - 10:6, 22:25, 23:1, 35:25
**course** [1] - 10:3
**COURT** [40] - 1:1, 4:18, 8:4, 8:8, 8:11, 8:17, 9:10, 12:4, 14:8, 14:10, 14:19, 14:25, 15:10, 19:5, 20:2, 20:14, 22:18, 23:18, 24:21, 26:20, 27:17, 30:11, 31:6, 31:21, 32:4, 32:21, 32:25, 33:23, 34:13, 34:25, 35:18, 36:24, 37:1, 37:3, 37:22, 38:2, 38:14, 39:6, 39:9, 39:13
**Court** [30] - 8:13, 9:5, 9:15, 13:25, 23:2, 25:2, 28:11, 29:3, 30:19, 31:3, 33:3, 33:11, 33:14, 33:20, 34:11, 35:13, 36:9, 36:17, 36:23, 37:18, 38:4, 38:12, 40:1, 40:19, 41:4, 41:5, 41:6, 41:14, 41:15
**court** [3] - 32:11, 32:12, 33:16
**Court's** [2] - 23:13, 24:12
**COURT.....................**
**.....................** [17] - 5:8, 5:10, 5:13, 5:16, 5:18, 5:20, 5:22, 6:1, 6:5, 6:7, 6:12, 6:15, 6:20, 6:22, 6:25, 7:3, 7:7
**CROW** [1] - 1:19

**CRR** [2] - 4:18, 41:13
**culling** [1] - 32:16
**curator** [1] - 33:2
**curious** [1] - 13:13

**D**

**daily** [1] - 12:18
**damages** [1] - 16:19
**data** [1] - 20:19
**database** [1] - 32:19
**DAVID** [2] - 2:6, 4:12
**DAVIS** [1] - 1:16
**Davis** [1] - 36:4
**DAWN** [1] - 3:18
**Dawn** [4] - 32:5, 32:6, 32:21, 37:1
**days** [7] - 11:13, 12:20, 25:18, 28:10, 30:7, 35:25, 36:20
**DC** [2] - 2:15, 2:25
**deadline** [4] - 24:9, 24:13, 25:2, 25:4
**deadlines** [1] - 20:7
**deal** [3] - 31:12, 40:8, 40:13
**dealings** [1] - 33:19
**dealt** [1] - 33:16
**death** [1] - 25:23
**DECHERT** [1] - 2:20
**decide** [2] - 13:21, 32:18
**decided** [5] - 17:11, 18:22, 28:7, 28:9, 28:14
**deciding** [1] - 10:17, 34:4
**decision** [4] - 18:5, 19:10, 19:12, 19:20
**default** [1] - 22:22
**DEFENDANT** [1] - 2:14
**defender** [1] - 8:21
**delay** [3] - 12:22, 12:23, 30:2
**Department** [1] - 22:12
**deposition** [2] - 38:19, 38:22
**depositions** [3] - 37:20, 38:18, 40:7
**depository** [2] - 34:22, 34:23
**Deputy** [2] - 27:19, 28:3
**DEPUTY** [4] - 5:24, 8:7, 8:10, 40:20
**designated** [1] - 14:13
**desires** [1] - 40:6

**determinations** [1] - 33:10
**determine** [5] - 16:12, 23:3, 26:9, 38:12, 39:25
**determined** [1] - 25:8
**development** [1] - 35:1
**different** [3] - 16:3, 16:11, 16:23
**difficult** [3] - 11:22, 33:23, 34:10
**difficulties** [1] - 33:12
**diligence** [1] - 30:9
**diligently** [1] - 26:16
**diminishment** [1] - 33:4
**direct** [1] - 38:12
**directing** [1] - 38:6
**direction** [1] - 37:25
**directions** [1] - 36:19
**directly** [3] - 18:15, 20:10, 33:14
**disbursement's** [1] - 23:7
**discount** [1] - 27:4
**discourage** [1] - 29:24
**discovering** [1] - 24:15
**discovery** [7] - 35:15, 36:13, 36:15, 36:18, 37:21, 38:13, 38:15
**discuss** [2] - 34:8, 35:13
**discussed** [5] - 9:1, 26:19, 30:25, 36:20, 40:14
**discussing** [1] - 36:12
**discussions** [3] - 35:15, 36:15, 36:21
**dismiss** [1] - 39:4
**dismissed** [4] - 12:10, 12:11, 22:21, 38:5
**dispute** [1] - 38:14
**distribute** [1] - 39:19
**distribution** [1] - 28:18
**District** [2] - 41:6, 41:15
**DISTRICT** [3] - 1:1, 1:2, 1:12
**Docket** [1] - 38:5
**DOCKET** [1] - 1:6
**document** [1] - 34:21
**DOCUMENT** [1] - 1:7
**documentation** [1] - 10:7
**documents** [4] - 12:2, 12:15, 29:22, 34:24
**dollars** [1] - 13:15

**done** [10] - 14:14, 25:12, 25:13, 27:7, 27:18, 30:8, 33:7, 35:7, 39:14, 39:18
**door** [3] - 24:14, 25:1, 26:17
**DOROTHY** [1] - 3:3
**Doug** [1] - 37:15
**Douglas** [1] - 8:15
**DOUGLAS** [2] - 2:14, 3:14
**down** [4] - 16:4, 24:20, 32:17, 37:23
**draw** [1] - 24:20
**DRAWER** [1] - 4:14
**due** [1] - 30:8
**Dugan** [3] - 35:12, 35:16, 35:19
**DUGAN** [2] - 3:14, 35:19
**DUGAN....................
....................** [1] - 6:18
**duty** [1] - 27:2

## E

**e-mail** [1] - 8:24
**EASTERN** [1] - 1:2
**Eastern** [1] - 41:6
**economic** [1] - 29:20
**educating** [1] - 25:22
**effect** [2] - 25:9, 35:3
**effects** [1] - 20:11
**efforts** [1] - 12:14
**eight** [1] - 33:7
**either** [5] - 10:5, 10:21, 11:2, 15:6, 21:7
**ELDON** [1] - 1:11
**elected** [1] - 10:25
**eligible** [4] - 9:18, 10:2, 13:2, 15:24, 15:25, 20:19
**ELIZABETH** [1] - 4:8
**Elizabeth** [1] - 31:11
**EMBARCADERO** [1] - 4:9
**encountered** [1] - 33:18
**encourage** [3] - 12:17, 23:24, 26:23
**end** [2] - 11:4, 30:7
**ENERGY** [1] - 2:7
**enforce** [2] - 31:25, 39:10
**ENFORCE** [1] - 7:6
**entered** [1] - 33:15
**entitled** [2] - 39:16,

41:9
**especially** [1] - 29:2
**ESQUIRE** [22] - 1:16, 1:16, 1:20, 1:20, 1:24, 2:3, 2:7, 2:14, 2:17, 2:20, 2:24, 3:3, 3:6, 3:9, 3:14, 3:14, 3:18, 3:21, 3:22, 4:4, 4:8, 4:12
**established** [3] - 24:9, 25:2, 29:16
**evaluate** [2] - 16:25, 37:8
**evaluated** [1] - 16:12
**evaluating** [2] - 15:19, 16:1
**event** [1] - 40:10
**eventually** [1] - 12:10
**evidence** [1] - 27:13
**ex** [1] - 28:1
**ex-judges** [1] - 28:1
**exactly** [1] - 16:4
**exceed** [3] - 21:15, 21:22, 25:25
**exchanged** [1] - 36:14
**EXECUTIVE** [1] - 4:7
**exhausted** [1] - 22:19
**expect** [1] - 14:17
**expected** [1] - 21:22
**expense** [3] - 17:5, 17:6
**expenses** [6] - 15:8, 16:6, 16:19, 16:20, 17:4, 40:11
**expensive** [1] - 40:9
**expert** [1] - 34:19
**experts** [2] - 40:7, 40:10
**explain** [1] - 22:21
**explained** [1] - 14:4
**extend** [2] - 12:21, 20:7
**extent** [1] - 39:25
**extra** [2] - 27:20, 29:8
**extracted** [1] - 40:12
**extraordinary** [19] - 9:9, 9:14, 12:14, 13:24, 14:24, 14:25, 15:2, 15:5, 15:14, 15:17, 16:19, 20:3, 28:22, 30:11, 30:12, 30:13, 30:14, 30:16
**extreme** [1] - 15:5
**extremely** [1] - 35:2
**EYE** [1] - 2:24

## F

**face** [2] - 36:6

**facilities** [1] - 22:7
**facility** [1] - 22:13
**fact** [4] - 10:8, 22:2, 24:8, 26:11
**facts** [1] - 25:24
**failed** [1] - 15:22
**failure** [1] - 22:22
**fair** [1] - 24:21
**fairly** [2] - 29:19, 33:6
**fall** [1] - 29:11, 29:25
**falling** [1] - 23:16
**Fallon** [1] - 8:13
**FALLON** [1] - 1:11
**familiar** [2] - 28:2, 29:15
**far** [1] - 13:16
**FEBRUARY** [2] - 1:7, 8:2
**February** [3] - 10:11, 25:1, 38:9
**fee** [3] - 38:2, 38:7, 39:20
**FEE** [1] - 7:1
**fees** [4] - 39:10, 39:16, 40:2, 40:5
**FEES** [1] - 7:6
**few** [1] - 9:18
**fewer** [1] - 11:1
**Fifth** [1] - 38:4
**filed** [3] - 30:23, 38:9, 38:11
**final** [9] - 9:21, 10:4, 11:15, 14:1, 14:3, 21:17, 36:9, 36:11, 37:10
**finalized** [6] - 11:10, 19:3, 21:13, 25:16, 26:5, 26:12
**finalizing** [2] - 21:12, 23:1
**finally** [5] - 13:15, 17:21, 19:17, 24:24, 36:18
**fine** [4] - 26:20, 31:21, 32:21, 33:23
**finish** [1] - 39:6
**finishes** [1] - 9:9
**finishing** [1] - 9:16
**finite** [2] - 20:3, 29:4
**FIRM** [2] - 3:13, 4:3
**firm** [2] - 9:13, 26:1
**firms** [4] - 11:23, 11:25, 12:16, 12:18
**first** [9] - 9:4, 10:19, 13:2, 20:21, 20:23, 27:7, 27:22, 31:21, 39:15
**FISHBEIN** [1] - 1:23
**fixed** [2] - 11:3, 21:21
**flagged** [1] - 11:10

**flesh** [1] - 31:18
**flow** [2] - 14:4, 23:11
**focus** [3] - 31:13, 39:22, 40:12
**focused** [3] - 25:15, 29:17, 29:23
**folks** [2] - 10:5, 13:9
**FOR** [5] - 1:15, 2:14, 3:20, 4:3, 4:7
**foregoing** [1] - 41:7
**form** [2] - 15:16, 24:22
**forms** [1] - 25:6
**forth** [2] - 28:11, 29:6
**forward** [2] - 23:6, 38:22
**four** [1] - 34:22
**FRANCISCO** [1] - 4:10
**FRANKLIN** [1] - 2:18
**FRIDAY** [2] - 1:7, 8:2
**front** [1] - 26:14
**full** [2] - 24:4, 37:18
**fund** [8] - 9:9, 20:3, 20:4, 20:5, 20:8, 28:22, 29:7
**funds** [2] - 14:13, 23:11
**future** [2] - 27:11, 38:25

## G

**GAINSBURGH** [1] - 2:6
**gap** [1] - 28:9
**GARRETSON** [7] - 4:3, 4:4, 20:17, 22:23, 24:7, 24:23, 27:10
**Garretson** [2] - 20:16, 20:17
**GARRETSON............
....................** [5] - 5:15, 5:17, 5:19, 5:21, 5:23
**gate** [3] - 9:24, 27:22, 27:24
**gates** [2] - 9:24, 10:9
**General** [3] - 32:10, 35:20, 36:10
**general** [5] - 10:19, 36:6, 37:4, 37:5, 37:8
**generally** [1] - 9:16
**generated** [1] - 36:19
**gentlemen** [1] - 8:9
**GERALD** [1] - 2:7
**given** [2] - 27:1, 30:3
**global** [3] - 23:23, 24:2, 37:13

**globally** [2] - 24:1, 37:11
**GOLDMAN** [2] - 2:17
**government** [5] - 19:7, 22:20, 23:21, 23:24, 36:13
**GOVERNMENT** [1] - 4:7
**government's** [2] - 23:17, 23:19
**governmental** [16] - 20:21, 20:23, 22:4, 22:11, 23:1, 23:4, 23:7, 24:8, 24:10, 26:21, 32:8, 32:9, 35:9, 35:10, 35:14, 35:25
**GOVERNMENTAL** [1] - 6:16
**granted** [1] - 15:4
**graphs** [1] - 19:18
**great** [1] - 35:5
**green** [4] - 17:15, 18:9, 18:25, 19:13
**Greer** [4] - 9:7, 9:9, 9:11, 20:10
**GREER** [7] - 3:21, 3:21, 9:11, 12:16, 14:9, 14:15, 14:20
**GREER**....................
..........................[3] - 5:7, 5:9, 5:11
**group** [6] - 8:21, 21:11, 21:17, 21:18, 36:4, 36:5
**guidelines** [2] - 29:6, 29:16

## H

**half** [2] - 22:12, 36:6
**hand** [1] - 13:9
**handle** [1] - 33:24
**handling** [1] - 29:3
**hands** [1] - 23:8
**happy** [2] - 23:10, 32:2
**HARDING** [2] - 4:13, 4:13
**heads** [1] - 24:6
**hear** [1] - 28:4
**HEARD** [1] - 1:11
**hearings** [1] - 23:15
**heart** [2] - 11:18, 11:19
**HEIMANN** [1] - 4:8
**help** [6] - 11:23, 22:16, 32:23, 33:13, 33:17, 34:3
**helpful** [1] - 24:14

**hereby** [1] - 41:7
**HERMAN** [12] - 1:15, 1:16, 8:13, 9:5, 20:16, 30:19, 34:15, 35:10, 38:3, 39:1, 39:12
**Herman** [3] - 8:14, 38:16, 38:23
**HERMAN**....................
..........................[5] - 5:6, 6:3, 6:14, 6:17, 7:2
**hindsight** [1] - 21:25
**histories** [1] - 25:9
**history** [1] - 26:10
**hit** [1] - 21:14
**hold** [2] - 23:10, 39:20
**holdbacks** [1] - 21:23
**holders** [3] - 23:25, 26:23, 27:3
**holding** [2] - 11:8, 21:20
**holdup** [1] - 22:5
**Honor** [61] - 8:15, 9:11, 9:22, 11:1, 11:17, 12:16, 13:15, 13:24, 14:9, 14:21, 15:3, 15:12, 15:13, 15:20, 16:2, 16:7, 16:18, 17:2, 17:7, 17:19, 18:13, 18:22, 19:1, 19:8, 19:17, 20:1, 20:9, 20:17, 26:18, 27:10, 28:5, 28:20, 29:2, 29:18, 30:6, 30:10, 30:22, 30:25, 31:16, 31:19, 32:1, 32:3, 32:6, 32:18, 32:22, 33:2, 34:12, 34:16, 35:10, 35:19, 35:20, 35:23, 36:25, 37:2, 37:16, 38:1, 38:3, 38:6, 38:11, 39:3, 39:8
**HONORABLE** [1] - 1:11
**hopeful** [2] - 22:14, 36:16
**hopefully** [1] - 37:11
**hours** [1] - 10:23
**house** [1] - 22:10
**HOUSTON** [1] - 3:11
**HUBBARD** [1] - 3:6
**HUGHES** [1] - 3:6
**hundred** [2] - 23:1, 37:24
**hundreds** [1] - 22:7

## I

**idea** [1] - 39:24
**II** [1] - 3:14
**IL** [1] - 2:18
**imagine** [1] - 30:15
**immediate** [1] - 38:25
**immediately** [3] - 12:19, 18:17, 36:7
**importance** [1] - 26:2
**important** [3] - 15:10, 20:2, 23:18
**improve** [1] - 27:15
**IN** [3] - 1:5, 7:9, 8:4
**in-house** [1] - 22:10
**incapable** [1] - 23:11
**income** [4] - 15:9, 16:11, 16:12, 18:1
**incomplete** [6] - 11:16, 11:18, 11:19, 11:20, 12:19, 12:21
**independent** [1] - 28:1
**individual** [2] - 16:8, 27:24
**individuals** [6] - 33:8, 33:11, 33:17, 33:25, 34:7, 34:20
**ineligibility** [4] - 9:19, 10:4, 15:21, 18:15
**infarction** [3] - 25:13, 25:15, 25:20
**inform** [1] - 23:5
**information** [16] - 16:7, 17:2, 17:25, 18:9, 18:19, 37:11, 37:12
**informative** [1] - 13:14
**informed** [2] - 22:23, 26:19
**initial** [6] - 17:19, 18:11, 18:12, 19:2, 38:13, 38:22
**injuries** [6] - 15:6, 15:7, 16:16, 16:17, 18:20
**injury** [15] - 9:9, 9:14, 13:6, 13:24, 14:24, 15:1, 15:2, 15:14, 15:17, 16:15, 20:3, 29:21, 30:11, 30:12, 37:14
**INJURY** [1] - 6:23
**instances** [2] - 10:6, 39:13
**intensive** [1] - 22:10
**interest** [2] - 23:17, 29:13
**interested** [1] - 28:25
**interim** [4] - 10:11, 13:18, 13:23, 14:2

**interviews** [1] - 8:22
**involve** [1] - 29:22
**involved** [3] - 22:20, 29:4, 40:3
**ischemic** [3] - 21:20, 24:16, 25:14
**ISMAIL** [2] - 2:17, 2:17
**isolated** [1] - 21:11
**isolating** [1] - 26:1
**issue** [16] - 11:8, 11:9, 14:1, 16:25, 17:24, 19:3, 20:24, 22:13, 22:24, 23:13, 30:20, 30:21, 35:13, 38:21, 39:10, 39:21
**issued** [23] - 9:19, 10:3, 10:12, 11:13, 12:2, 13:5, 13:18, 14:13, 14:15, 15:21, 17:3, 17:8, 17:10, 17:20, 18:2, 18:10, 18:16, 18:21, 19:1, 19:11, 19:14, 32:12, 38:6
**issues** [16] - 17:21, 23:1, 26:19, 31:2, 31:12, 31:14, 32:14, 33:24, 34:9, 35:15, 35:22, 35:25, 36:18, 36:19, 36:20, 36:23
**issuing** [2] - 16:1, 18:18
**item** [4] - 27:19, 37:14, 39:1, 39:12
**Items** [1] - 9:6
**ITEMS** [1] - 5:3

## J

**JAMES** [1] - 3:14
**James** [1] - 35:19
**January** [1] - 38:6
**Jared** [3] - 8:17, 8:21, 32:22
**Jim** [1] - 35:18
**John** [1] - 30:22
**JOHN** [1] - 2:24
**Johnston** [1] - 33:2
**JOHNSTON** [4] - 2:10, 2:10, 33:2, 34:12
**JOHNSTON**...............
..........................[1] - 6:11
**joint** [2] - 38:8, 38:11
**JR** [1] - 1:20
**JUDGE** [1] - 1:12
**Judge** [2] - 8:13, 28:6
**judges** [1] - 28:1
**JUNEAU** [3] - 4:12,

4:12, 28:5
**Juneau** [1] - 28:5
**JUNEAU**....................
............[1] - 5:25

## K

**Katie** [3] - 8:19, 8:20, 8:24
**KATZ** [1] - 1:15
**keep** [3] - 22:23, 23:1, 26:18
**Kentucky** [1] - 32:10
**kind** [1] - 30:1
**KINGSDORF** [1] - 3:17

## L

**LA** [7] - 1:17, 2:8, 2:11, 3:4, 3:15, 3:19, 4:14
**ladies** [1] - 8:8
**LAFAYETTE** [1] - 4:14
**language** [1] - 29:15
**large** [1] - 27:12
**last** [4] - 9:18, 22:6, 28:8, 36:20
**latest** [1] - 32:19
**latter** [1] - 40:5
**Law** [1] - 14:11
**LAW** [3] - 2:10, 3:13, 4:3
**law** [1] - 25:24
**lawyer** [1] - 34:7
**leaders** [1] - 9:14
**leave** [2] - 14:11, 28:22
**left** [7] - 9:23, 10:5, 13:9, 28:8, 28:14, 37:15, 40:8
**left-hand** [1] - 13:9
**LEIGH** [1] - 1:20
**length** [1] - 22:24
**LEONARD** [1] - 1:16
**less** [3] - 23:25, 25:8, 26:7, 26:11, 26:24, 27:13, 30:16
**level** [2] - 9:24, 13:6
**levels** [1] - 13:12
**LEVIN** [2] - 1:23, 1:24
**LIABILITY** [1] - 1:5
**Liaison** [1] - 32:7
**liaison** [1] - 38:7
**LIAISON** [1] - 3:17
**LIEFF** [1] - 4:8
**lien** [23] - 17:21, 19:15, 20:15, 20:18,

6

20:22, 21:4, 21:21, 22:1, 23:3, 23:4, 23:25, 24:5, 24:8, 24:10, 24:11, 24:24, 25:21, 26:23, 27:3, 39:11, 39:16, 40:8, 40:11
**LIEN** [2] - 4:3, 5:14
**LIEN........** [1] - 7:6
**liens** [34] - 11:10, 17:21, 17:23, 19:3, 19:5, 19:6, 19:7, 20:21, 20:23, 21:14, 21:15, 22:4, 22:21, 22:22, 22:25, 23:2, 23:7, 23:10, 23:19, 23:21, 23:22, 23:25, 24:2, 25:16, 25:25, 26:14, 26:21, 26:22, 27:1, 39:17, 39:21, 40:12
**likely** [1] - 36:8
**limited** [2] - 21:20, 38:16
**line** [3] - 13:19, 16:5, 24:20
**list** [1] - 36:19
**listening** [1] - 13:9
**listens** [1] - 23:15
**lists** [1] - 32:17
**litigant** [1] - 39:19
**litigant's** [1] - 39:19
**LITIGATION** [1] - 1:5
**litigation** [3] - 8:19, 31:10, 37:6
**LLC** [2] - 2:6, 3:3
**log** [1] - 13:10
**look** [4] - 10:19, 27:23, 37:10, 37:12
**looking** [2] - 29:22, 32:14
**loss** [1] - 29:20
**lost** [5] - 15:9, 16:10, 16:20, 16:21, 17:25
**LOUISIANA** [5] - 1:2, 1:6, 3:10, 3:13, 4:19
**Louisiana** [4] - 35:11, 35:20, 41:5, 41:6
**lower** [1] - 10:24
**luck** [1] - 32:24
**LYNN** [1] - 3:21
**Lynn** [4] - 9:7, 9:10, 9:11, 14:11

**M**

**mail** [1] - 8:24
**management** [2] - 30:24, 31:14

**MARCH** [1] - 7:10
**March** [9] - 10:15, 13:19, 13:20, 13:22, 14:2, 24:13, 24:14, 40:16
**marker** [4] - 15:23, 21:21, 22:1, 22:3
**Marvin** [3] - 8:15, 35:12, 39:2
**MARVIN** [6] - 2:14, 8:15, 37:16, 38:1, 39:3, 39:8
**MARVIN...................
.................** [2] -
6:24, 7:5
**MASTER** [4] - 4:12, 5:24, 5:25, 28:5
**Master** [9] - 10:17, 10:21, 10:22, 27:19, 28:3, 28:4, 28:6, 40:4, 40:6
**Masters** [1] - 11:4, 27:20, 28:3, 40:1
**MASTERS............** [1] - 5:24
**matched** [1] - 25:7
**material** [2] - 32:16, 34:17
**Matt** [1] - 20:17
**MATT** [1] - 4:4
**MATTER** [1] - 7:9
**matter** [8] - 27:20, 28:2, 28:6, 28:12, 30:6, 39:25, 40:15, 41:10
**matters** [3] - 29:3, 29:19, 40:3
**Matthew** [1] - 27:9
**MAYER** [1] - 3:6
**MDL** [8] - 1:6, 6:13, 8:10, 13:10, 34:13, 34:17, 35:1, 36:14
**mean** [1] - 28:22
**means** [1] - 25:9
**meantime** [1] - 37:20
**MECHANICAL** [1] - 4:21
**med** [1] - 17:10
**Medicaid** [1] - 21:13
**medical** [15] - 15:6, 15:8, 16:6, 16:15, 16:16, 16:19, 16:20, 17:4, 17:5, 17:6, 17:18, 18:20, 27:1, 29:21
**Medicare** [3] - 19:6, 21:4, 21:23
**meet** [3] - 17:22, 38:8, 40:16
**meeting** [3] - 31:13,

31:17, 36:22
**mention** [1] - 30:5
**mentioned** [2] - 8:17, 11:17
**Merck** [10] - 8:16, 9:25, 30:21, 30:22, 31:18, 32:11, 36:3, 36:4, 37:12, 39:4
**Merck's** [3] - 38:19, 39:1, 40:14
**MERCK'S** [2] - 7:4, 7:8
**Merit** [1] - 41:4
**message** [1] - 31:3
**met** [3] - 8:25, 28:13, 36:5
**methods** [1] - 27:22
**METHVIN** [1] - 1:19
**meticulous** [2] - 29:4, 29:22
**MEUNIER** [2] - 2:6, 2:7
**MILES** [1] - 1:19
**military** [4] - 22:8, 22:9, 23:3, 24:11
**million** [4] - 13:18, 13:19, 13:22, 13:23
**minutes** [1] - 40:18
**mixed** [1] - 30:21
**moment** [1] - 14:23
**money** [8] - 14:4, 20:4, 23:11, 26:24, 29:8, 30:2, 30:3, 30:13
**MONTGOMERY** [1] - 1:22
**month** [3] - 14:3, 20:20, 22:15
**month's** [1] - 31:20
**monthly** [1] - 19:1
**months** [4] - 9:18, 22:6, 22:9, 34:22
**morning** [8] - 8:8, 8:14, 8:15, 8:25, 9:11, 14:21, 32:6, 35:19
**most** [2] - 11:14, 28:8
**motion** [1] - 30:23
**motions** [5] - 31:14, 39:2, 39:3, 39:9, 40:19
**MOTIONS...................
....................** [1] -
7:4
**move** [1] - 11:11
**moved** [1] - 39:4
**moving** [3] - 13:4, 37:20, 37:25
**MR** [47] - 5:6, 5:12, 5:15, 5:17, 5:19, 5:21, 5:23, 6:3, 6:4, 6:11, 6:14, 6:17,

6:18, 6:19, 6:24, 7:2, 7:5, 8:13, 8:15, 9:5, 14:21, 15:2, 15:12, 19:7, 20:9, 20:16, 20:17, 22:23, 24:7, 24:23, 27:10, 30:19, 30:22, 32:2, 33:2, 34:12, 34:15, 35:10, 35:19, 36:3, 37:16, 38:1, 38:3, 39:1, 39:3, 39:8, 39:12
**MS** [17] - 5:7, 5:9, 5:11, 6:6, 6:9, 6:21, 9:11, 12:16, 14:9, 14:15, 14:20, 31:16, 32:1, 32:6, 32:22, 36:25, 37:2
**multiple** [1] - 26:25
**MURRAY** [1] - 3:13
**must** [1] - 23:16
**MYERS** [1] - 2:23
**myocardial** [3] - 25:12, 25:15, 25:20

**N**

**N.W** [1] - 2:15
**name** [1] - 40:14
**NAME.....................
........** [1] - 7:8
**nature** [3] - 16:13, 38:14, 39:24
**necessitate** [1] - 33:20
**need** [16] - 8:24, 11:10, 11:15, 14:5, 19:15, 20:5, 22:16, 23:4, 31:11, 31:22, 34:3, 34:11, 35:8, 36:9, 36:23, 40:10
**needs** [1] - 19:15
**negotiated** [2] - 21:22, 21:23
**never** [3] - 15:16, 24:8, 24:20
**NEW** [10] - 1:6, 1:17, 2:4, 2:8, 2:11, 3:4, 3:7, 3:15, 3:19, 4:19
**New** [3] - 8:20, 36:7, 36:9
**new** [2] - 15:11, 24:25
**next** [9] - 10:14, 12:24, 22:15, 27:19, 31:20, 36:17, 37:14, 37:19, 40:15
**NEXT** [1] - 7:9
**NO** [1] - 1:6
**nongovernmental** [1] - 26:22
**NORTH** [1] - 2:18

**notice** [21] - 11:9, 11:15, 12:19, 17:11, 17:13, 17:14, 17:17, 18:7, 18:10, 18:14, 18:15, 18:18, 18:21, 18:23, 19:11, 19:12, 19:18, 19:21
**noticed** [1] - 37:21
**notices** [25] - 9:19, 10:4, 11:13, 12:1, 12:2, 13:5, 15:21, 16:1, 16:25, 17:3, 17:7, 17:8, 17:9, 17:10, 17:20, 17:24, 18:2, 18:4, 19:1, 19:4, 19:10, 19:14, 19:23, 24:17
**notification** [1] - 24:10
**notified** [1] - 23:6
**number** [14] - 10:24, 11:13, 15:18, 18:3, 21:9, 21:18, 28:13, 33:5, 36:18, 36:21, 37:4, 39:1, 39:12, 39:17
**Number** [2] - 9:6
**numbered** [1] - 41:9
**numbers** [8] - 17:15, 18:11, 18:25, 19:13, 19:24, 22:2, 39:24
**NY** [2] - 2:4, 3:7

**O**

**o'clock** [1] - 40:16
**O'CLOCK..................
..............** [1] - 7:10
**O'DELL** [1] - 1:20
**O'KEEFE** [1] - 1:17
**O'MELVENY** [1] - 2:23
**obtained** [1] - 36:10
**obvious** [1] - 25:14
**obviously** [3] - 13:3, 26:2, 28:11
**occasions** [1] - 27:22
**occurred** [1] - 23:8
**OF** [5] - 1:2, 1:11, 2:10, 3:13, 7:8
**office** [1] - 14:22
**OFFICE** [1] - 1:21
**OFFICES** [1] - 2:10
**OFFICIAL** [1] - 4:18
**Official** [2] - 41:5, 41:14
**oftentimes** [1] - 34:1
**OH** [1] - 4:5
**Oldfather** [1] - 37:17
**ON** [1] - 7:9
**once** [1] - 28:20

**ONE** [3] - 2:4, 3:7, 3:10
**one** [14] - 9:13, 11:15, 16:5, 23:2, 24:7, 24:18, 26:24, 28:19, 32:7, 34:15, 34:18, 34:25, 35:11, 38:16
**one-year** [1] - 24:18
**ones** [1] - 13:20
**OPEN** [1] - 8:4
**open** [1] - 34:23
**opportunities** [2] - 23:23, 24:1
**opportunity** [6] - 26:24, 27:4, 27:21, 35:1, 37:8, 37:10
**opposed** [1] - 26:25
**order** [9] - 9:2, 13:5, 14:13, 22:20, 24:22, 25:6, 30:24, 31:23, 38:6
**orders** [1] - 32:20, 39:4
**ordinarily** [1] - 24:1
**Orleans** [2] - 36:7, 36:9
**ORLEANS** [8] - 1:6, 1:17, 2:8, 2:11, 3:4, 3:15, 3:19, 4:19
**Orran** [1] - 9:12
**ought** [2] - 38:18, 40:12
**out-of-pocket** [1] - 15:8
**outside** [2] - 27:25, 29:25
**outstanding** [1] - 32:14
**overall** [2] - 19:22, 27:7
**own** [2] - 23:17, 24:5

**P**

**P.O** [1] - 4:14
**PA** [2] - 1:25, 2:22
**package** [8] - 11:22, 12:19, 12:21, 34:13, 34:19, 35:2, 35:3, 35:6
**PACKAGE**..................
.................. [1] -
6:13
**packages** [1] - 14:6
**page** [2] - 38:3, 38:6
**PAGE** [1] - 5:3
**paid** [9] - 10:11, 10:12, 10:13, 10:15, 10:18, 13:16, 13:17, 13:19,
14:13
**panel** [1] - 34:18
**parameters** [2] -
28:11, 29:25
**PARK** [1] - 3:7
**part** [2] - 16:14, 21:25
**participants** [1] - 25:3
**participate** [2] - 25:6, 34:16
**participating** [1] -
25:10
**particular** [8] - 14:12, 20:4, 23:22, 27:6, 31:23, 33:25, 37:5, 37:7
**particularly** [1] - 32:15
**parties** [1] - 36:19
**party** [1] - 26:15
**past** [8] - 10:23, 16:6, 17:5, 18:1, 20:6, 33:7, 33:18, 35:24
**path** [1] - 34:10
**Patrick** [1] - 28:5
**PATRICK** [1] - 4:12
**pay** [3] - 23:21, 24:2, 27:2
**paying** [1] - 24:4
**payment** [6] - 9:21, 10:14, 11:3, 13:23, 20:7, 20:20
**payments** [10] - 10:12, 13:18, 13:20, 14:1, 14:2, 14:3, 14:7, 20:11, 21:21, 25:19
**payors** [1] - 26:15
**peel** [1] - 39:18
**pending** [2] - 37:14, 38:5
**PENDING** [1] - 6:23
**Pennsylvania** [2] -
36:8, 36:10
**people** [10] - 13:3, 14:5, 20:6, 27:5, 27:14, 27:25, 28:14, 29:8, 31:11, 31:17
**Pepper** [3] - 41:3, 41:12, 41:13
**PEPPER** [1] - 4:18
**percent** [14] - 10:18, 11:19, 11:20, 19:22, 19:23, 19:25, 21:5, 21:13, 21:16, 25:12, 25:13, 26:7, 26:11
**percentage** [1] - 37:22
**percentages** [1] -
19:19
**perhaps** [1] - 39:24
**periodically** [2] - 33:6, 33:13
**personal** [1] - 37:14
**PERSONAL** [1] - 6:23
**personnel** [1] - 22:8
**perspective** [1] - 22:5
**pertinent** [1] - 28:19
**PHILADELPHIA** [2] -
1:25, 2:22
**phone** [1] - 13:9
**physical** [1] - 15:6
**picture** [1] - 21:3
**pie** [1] - 19:19
**PIGMAN** [1] - 3:3
**PLAINTIFFS** [1] - 1:15
**plaintiffs** [3] - 8:14, 32:13, 33:15
**plaintiffs'** [2] - 31:17, 38:15
**plan** [1] - 25:8
**planned** [1] - 28:18
**plans** [2] - 25:23, 27:11
**played** [1] - 35:5
**PLAZA** [2] - 3:7, 3:10
**pleased** [6] - 21:10, 26:4, 27:12, 27:13, 27:15, 28:6
**PLYMALE** [1] - 3:14
**pocket** [1] - 15:8
**pockets** [1] - 24:5
**point** [6] - 11:6, 22:15, 23:12, 24:2, 29:1, 39:22
**pointed** [1] - 20:10
**points** [8] - 9:17, 10:3, 10:10, 11:1, 11:2, 13:6, 13:12, 18:14
**pool** [1] - 29:8
**portal** [2] - 12:17, 25:17
**portion** [4] - 16:15, 16:18, 17:6, 40:8
**PORTIS** [1] - 1:19
**position** [2] - 8:21, 22:21
**possibility** [1] - 15:7
**possible** [1] - 21:1
**POST** [1] - 1:21
**posted** [1] - 25:17
**potential** [1] - 13:20
**POYDRAS** [5] - 2:8, 2:11, 3:15, 3:18, 4:18
**precedent** [1] - 27:11
**prepare** [1] - 24:21
**present** [2] - 35:12, 36:16
**presentation** [2] -
9:15, 33:3
**presented** [2] - 9:3, 36:23
**preserve** [1] - 23:17
**pretrial** [1] - 39:4
**previous** [1] - 19:8
**private** [3] - 20:22, 24:24, 26:22
**PRO** [1] - 6:10
**pro** [7] - 33:1, 33:3, 33:14, 33:19, 34:7, 34:8, 34:9
**problem** [2] - 24:8, 28:15
**problems** [3] - 14:18, 20:6, 33:20
**proceed** [1] - 28:17
**proceeding** [2] - 35:1, 37:21
**proceedings** [2] -
40:21, 41:9
**PROCEEDINGS** [3] -
1:11, 4:21, 8:1
**process** [17] - 10:9, 11:4, 12:7, 13:4, 15:15, 15:16, 17:16, 21:8, 21:10, 21:16, 21:19, 22:9, 24:19, 30:1, 31:5, 33:17, 33:21
**processed** [3] - 10:7, 10:9, 25:18
**processing** [4] - 11:7, 16:1, 29:6, 29:14
**PRODUCED** [1] - 4:21
**product** [1] - 27:14
**PRODUCTS** [1] - 1:5
**Professional** [1] -
41:4
**program** [28] - 9:7, 9:15, 10:3, 13:25, 14:24, 15:1, 15:2, 15:23, 15:24, 15:25, 16:3, 16:15, 16:18, 16:22, 16:23, 17:3, 17:4, 17:22, 20:10, 20:22, 24:18, 24:24, 25:6, 27:25, 28:1, 29:9, 34:3, 34:4
**progress** [3] - 22:6, 22:15, 36:21
**project** [1] - 9:14
**promptly** [1] - 30:8
**proposal** [1] - 31:22
**proposals** [1] - 36:14
**protocol** [1] - 21:15
**provisions** [2] - 29:4, 29:5
**prudence** [1] - 30:9
**prudent** [1] - 29:1
**PTO** [2] - 24:25, 25:3
**public** [1] - 8:21
**published** [1] - 29:16
**pull** [1] - 22:24
**purchase** [2] - 30:20, 30:24
**purpose** [1] - 23:14
**purposes** [1] - 31:19
**pursuant** [2] - 25:3, 25:23
**pursue** [1] - 35:6
**pursuing** [1] - 26:25
**push** [1] - 22:10
**put** [3] - 31:6, 31:9, 35:3
**puts** [1] - 34:9

**Q**

**QC** [4] - 17:19, 18:11, 18:12, 19:2
**qualify** [1] - 29:7
**quarter** [3] - 12:1, 14:1, 14:7
**questions** [4] - 8:23, 32:24, 34:2, 34:3
**queue** [1] - 12:25
**queues** [1] - 9:23
**quick** [1] - 24:24
**quickly** [2] - 11:11, 21:1
**quite** [1] - 12:16

**R**

**range** [1] - 19:22
**rate** [3] - 10:19, 11:19, 38:10
**RE** [1] - 1:5
**re** [1] - 8:10
**read** [2] - 13:7, 29:5
**ready** [2] - 11:8, 17:20
**really** [3] - 27:10, 29:18, 32:17
**Realtime** [1] - 41:3
**reason** [3] - 11:23, 21:7, 24:16
**reasons** [1] - 11:9, 15:22, 25:14
**receive** [4] - 11:4, 14:17, 24:1, 26:24
**received** [4] - 14:16, 33:14, 34:18, 34:20
**receiving** [1] - 33:5
**recent** [1] - 35:15
**recently** [1] - 21:9
**recess** [1] - 40:19
**recognize** [1] - 33:25
**record** [5] - 8:12, 13:7, 33:16, 34:23, 41:9
**RECORDED** [1] - 4:21

**records** [3] - 11:22, 12:20, 16:8
**redetermination** [1] - 21:8
**reduced** [1] - 22:2
**REED** [1] - 3:6
**reflect** [1] - 22:2
**reflects** [1] - 20:19
**regard** [3] - 32:13, 32:18, 35:10
**regarding** [2] - 33:9, 33:20
**Registered** [2] - 41:3, 41:4
**registration** [1] - 32:14
**regularly** [1] - 33:6
**reimbursement** [4] - 16:9, 21:24, 25:11, 25:25
**reinforce** [1] - 12:13
**reiterate** [1] - 20:24
**relate** [1] - 25:20
**related** [1] - 25:22
**RELATES** [1] - 1:7
**relates** [2] - 35:11, 35:13
**relating** [1] - 39:4
**remain** [3] - 21:6, 22:11, 22:16
**remaining** [1] - 26:13
**remand** [1] - 32:20
**remands** [2] - 32:13, 32:18
**remind** [1] - 12:4, 23:14, 25:4
**reminding** [1] - 20:6
**report** [13] - 9:7, 9:9, 20:18, 26:18, 28:6, 28:8, 28:25, 34:15, 34:19, 36:1, 37:19, 39:23
**Reporter** [6] - 41:3, 41:4, 41:5, 41:14
**REPORTER** [1] - 4:18
**REPORTER'S** [1] - 41:1
**Reports** [1] - 13:11
**representative** [1] - 35:16
**representatives** [1] - 38:7
**represented** [1] - 27:1
**REPRESENTING** [1] - 3:13
**representing** [2] - 36:3, 36:5
**request** [3] - 17:12, 18:6, 24:21
**requested** [11] -

16:14, 17:13, 18:8, 18:24, 19:13, 19:21, 19:25, 26:5, 26:9, 34:16, 34:20
**requesting** [1] - 26:6
**requests** [1] - 34:21
**require** [2] - 26:1, 29:10
**required** [1] - 12:15
**requirements** [2] - 25:11, 29:10
**requires** [1] - 21:19
**resolution** [5] - 19:15, 20:18, 21:4, 21:5, 23:23
**RESOLUTION** [1] - 4:3
**resolve** [5] - 17:21, 23:10, 23:25, 24:11, 40:2
**resolved** [12] - 11:12, 12:6, 14:12, 17:24, 18:14, 18:17, 19:16, 20:11, 26:2, 37:24, 38:20, 40:13
**resolving** [1] - 35:15
**respect** [7] - 20:23, 21:4, 21:13, 22:4, 30:24, 31:2, 31:17
**responsibilities** [1] - 12:6
**responsibility** [1] - 12:11
**responsible** [2] - 23:20
**responsive** [1] - 11:25
**rest** [1] - 26:16
**resulted** [1] - 13:2
**resulting** [2] - 15:17, 16:24
**results** [1] - 15:24
**retain** [1] - 40:7
**retained** [1] - 39:14
**review** [27] - 9:19, 9:24, 10:25, 11:3, 11:5, 11:11, 11:14, 11:15, 11:24, 13:1, 17:12, 17:14, 17:16, 17:19, 18:6, 18:8, 18:11, 18:12, 18:24, 19:13, 19:22, 19:25, 24:24, 29:19, 34:24
**reviewed** [2] - 9:25
**reviewing** [1] - 12:25
**reviews** [4] - 9:17, 10:10, 11:24, 13:12
**RICHMOND** [1] - 3:23
**rise** [2] - 8:7, 40:20
**RMR** [1] - 41:13

**ROAD** [1] - 4:4
**ROBERT** [2] - 2:10, 2:10
**ROOM** [1] - 4:18
**roughly** [2] - 19:22, 20:12
**row** [1] - 12:24
**RPR** [1] - 4:18
**running** [1] - 11:20
**RUSS** [1] - 1:16
**Russ** [1] - 8:14

## S

**s/Cathy** [1] - 41:12
**SALES** [1] - 3:9
**SAN** [1] - 4:10
**sand** [1] - 24:20
**satisfy** [1] - 24:13
**saw** [1] - 39:20
**schedule** [5] - 31:18, 36:12, 36:15, 36:16, 38:8
**scheduled** [2] - 28:18, 36:22
**scheduling** [3] - 31:2, 31:19, 31:23
**scope** [2] - 36:12, 38:15
**SE** [1] - 6:10
**se** [6] - 33:1, 33:3, 33:14, 34:7, 34:8, 34:9
**se's** [1] - 33:19
**seated** [1] - 8:8
**second** [13] - 14:1, 14:7, 15:11, 17:12, 17:14, 18:6, 18:8, 18:24, 19:21, 19:25, 29:8, 30:12, 35:13
**sections** [1] - 35:11
**securities** [1] - 37:13
**Security** [2] - 21:9, 21:18
**SEDRAN** [1] - 1:23
**see** [13] - 9:22, 10:11, 13:10, 15:13, 24:8, 24:19, 26:23, 30:17, 31:11, 31:19, 37:7, 37:9, 38:23
**seed** [1] - 32:17
**SEEGER** [2] - 2:3, 2:3
**seeing** [1] - 26:10
**seeks** [2] - 15:1, 15:3
**send** [2] - 11:25, 12:19
**sending** [1] - 24:16
**sense** [4] - 27:25, 31:1, 31:23, 33:4
**sent** [3] - 10:1, 17:16,

32:15
**set** [6] - 27:11, 28:11, 29:6, 35:21, 38:21, 38:24
**settled** [1] - 12:5
**SETTLEMENT** [1] - 5:5
**settlement** [5] - 9:4, 9:6, 9:7, 12:12, 29:5
**settlements** [1] - 28:10
**seven** [1] - 28:8
**several** [8] - 16:23, 22:6, 23:6, 24:15, 27:21, 27:22, 39:3, 39:13
**shall** [1] - 38:12
**share** [3] - 20:19, 20:24, 39:19
**shared** [1] - 20:25
**SHELL** [1] - 3:10
**short** [1] - 13:5
**show** [4] - 16:7, 17:15, 19:17, 19:19
**shown** [2] - 18:3, 18:4
**shows** [13] - 10:10, 12:24, 13:6, 13:11, 13:15, 16:5, 17:7, 17:8, 17:25, 18:9, 18:19, 19:9, 19:20
**shut** [1] - 24:20
**side** [4] - 13:9, 31:17, 38:16, 38:17
**signed** [1] - 25:5
**significant** [2] - 30:14, 31:24
**similar** [1] - 18:19
**simply** [2] - 12:20, 33:12
**single** [1] - 22:13
**site** [1] - 13:8
**situation** [2] - 15:11, 39:18
**six** [2] - 33:6, 34:22
**skilled** [1] - 28:2
**slide** [11] - 9:22, 10:10, 13:6, 13:13, 13:15, 15:13, 16:4, 17:15, 17:25, 18:19, 19:8
**slides** [2] - 13:8, 19:9
**slightly** [2] - 19:24, 25:8
**slowly** [1] - 11:25
**small** [2] - 21:17, 28:13
**snapshot** [1] - 11:12
**Social** [2] - 21:9, 21:18
**solidified** [1] - 20:8

**solution** [1] - 24:7
**someone** [1] - 13:12
**sometimes** [1] - 33:23
**somewhat** [1] - 11:21
**soon** [1] - 18:16
**sorry** [2] - 26:8, 36:2
**sort** [2] - 27:7, 31:22
**sought** [1] - 21:7
**source** [1] - 26:24
**sources** [2] - 16:11, 26:25
**South** [1] - 32:9
**SOUTH** [1] - 3:22
**Special** [13] - 10:17, 10:21, 10:22, 11:4, 27:19, 27:20, 28:3, 28:4, 28:6, 40:1, 40:4, 40:6
**special** [13] - 10:25, 11:3, 11:5, 15:23, 16:15, 16:16, 18:19, 21:21, 22:1, 22:3, 29:21, 30:15, 31:12
**SPECIAL** [5] - 4:12, 5:24, 5:25, 28:5
**specific** [3] - 9:20, 29:10, 37:21
**spent** [1] - 36:12
**spot** [1] - 8:20
**ST** [1] - 2:15
**stage** [1] - 38:13
**stand** [2] - 13:13, 40:19
**standpoint** [3] - 28:16, 29:14, 37:13
**start** [5] - 17:4, 18:17, 21:2, 21:10, 21:19
**started** [3] - 8:17, 15:14, 37:23
**state** [5] - 21:15, 21:17, 25:22, 25:24, 34:23
**STATE** [2] - 3:13, 3:17
**State** [5] - 32:7, 32:8, 32:10, 36:8, 41:5
**STATE/FEDERAL** [1] - 6:8
**state/federal** [1] - 32:4
**statement** [1] - 9:8
**STATES** [2] - 1:1, 1:12
**states** [2] - 37:4, 37:8
**States** [3] - 38:4, 41:6, 41:15
**statistic** [1] - 26:7
**statistics** [2] - 21:11, 24:25
**status** [14] - 9:1, 9:20, 14:23, 17:3, 19:17, 31:1, 31:9, 31:20, 36:7, 36:17, 37:19,

38:21, 38:24, 40:15
**Status** [1] - 13:10
**STATUS** [2] - 1:11, 7:9
**statutory** [2] - 23:19, 23:25
**stay** [1] - 32:12
**STENOGRAPHY** [1] - 4:21
**still** [14] - 10:5, 10:13, 13:20, 14:6, 17:16, 17:18, 17:20, 21:11, 22:7, 25:21, 27:24, 28:15, 32:10, 33:5
**STONE** [1] - 3:3
**stop** [3] - 12:2, 30:1, 40:18
**Stratton** [4] - 38:10, 38:16, 38:18, 38:23
**STREET** [15] - 1:21, 1:24, 2:4, 2:8, 2:11, 2:21, 2:24, 3:4, 3:10, 3:15, 3:18, 3:22, 4:9, 4:13, 4:18
**stroke** [17] - 9:17, 9:21, 10:12, 11:17, 11:21, 12:9, 12:15, 13:1, 13:7, 13:11, 14:1, 21:20, 24:16, 25:14, 28:7, 28:17, 30:14
**strokes** [2] - 11:20, 30:14
**structure** [2] - 31:10, 31:13
**submission** [3] - 15:14, 38:9, 38:11
**submissions** [2] - 16:24, 30:1
**submit** [4] - 10:6, 11:22, 12:20, 15:15
**submitted** [5] - 12:3, 15:16, 16:2, 16:8, 16:11
**substantial** [1] - 27:4
**substituted** [1] - 39:15
**sue** [1] - 27:3
**suggest** [1] - 40:2
**SUITE** [9] - 1:24, 2:8, 2:11, 2:18, 3:15, 3:18, 3:23, 4:9, 4:13
**summarizes** [1] - 19:8
**sums** [1] - 29:4
**supplement** [1] - 34:20
**support** [1] - 24:12
**sweep** [1] - 26:16
**system** [1] - 29:25

**T**

**talks** [1] - 13:24
**TAREK** [1] - 2:17
**target** [2] - 28:15, 28:17
**task** [1] - 28:20
**tasks** [1] - 28:21
**team** [1] - 9:14
**tee** [1] - 31:14
**telephone** [1] - 38:10
**terms** [1] - 12:12
**THE** [68] - 1:11, 1:15, 2:14, 3:13, 3:20, 4:3, 4:3, 4:7, 4:13, 5:8, 5:10, 5:13, 5:16, 5:18, 5:20, 5:22, 6:1, 6:5, 6:7, 6:12, 6:15, 6:20, 6:22, 6:25, 7:3, 7:7, 7:9, 8:7, 8:8, 8:10, 8:11, 8:17, 9:10, 12:4, 14:8, 14:10, 14:19, 14:25, 15:10, 19:5, 20:2, 20:14, 22:18, 23:18, 24:21, 26:20, 27:17, 30:11, 31:6, 31:21, 32:4, 32:21, 32:25, 33:23, 34:13, 34:25, 35:18, 36:24, 37:1, 37:3, 37:22, 38:2, 38:14, 39:6, 39:9, 39:13, 40:20
**themselves** [1] - 11:21
**THEODORE** [1] - 3:6
**thereabouts** [1] - 37:24
**they've** [1] - 16:8
**thinking** [1] - 38:22
**third** [2] - 10:14, 26:15
**third-party** [1] - 26:15
**THIS** [1] - 1:7
**three** [2] - 12:22, 28:14
**three-week** [1] - 12:22
**thresholds** [1] - 17:23
**tie** [1] - 29:25
**tied** [1] - 23:8
**timeline** [1] - 14:5
**timing** [1] - 9:21
**TO** [2] - 1:7, 7:6
**today** [9] - 9:12, 10:1, 10:24, 14:17, 24:17, 25:5, 28:25, 30:5, 37:18
**together** [2] - 31:9, 31:21
**TOMASELLI** [1] - 2:17
**top** [2] - 15:3, 18:10

**track** [2] - 13:25, 14:6
**TRANSCRIPT** [2] - 1:11, 4:21
**transcript** [1] - 41:8
**transcripts** [1] - 23:15
**transfer** [1] - 32:12
**transferor** [2] - 32:11, 32:12
**transferred** [1] - 32:8
**transition** [1] - 8:18
**transitioning** [1] - 8:23
**transported** [1] - 35:4
**TRAVIS** [1] - 3:9
**treated** [2] - 22:7, 22:14
**treating** [1] - 22:7
**tremendous** [1] - 32:23
**trial** [9] - 34:13, 34:18, 34:19, 35:2, 35:3, 35:6, 35:21, 35:22, 36:8
**TRIAL** [1] - 6:13
**tried** [1] - 33:24
**true** [2] - 29:17, 41:7
**truly** [1] - 29:23
**try** [4] - 11:23, 31:12, 33:17, 37:12
**trying** [6] - 22:1, 22:8, 26:15, 30:2, 37:3, 37:6
**Tulane** [1] - 14:11
**turn** [1] - 20:21
**turned** [1] - 26:22
**TWELFTH** [1] - 2:15
**two** [10] - 11:2, 12:22, 15:20, 18:10, 24:18, 28:1, 28:20, 34:19, 35:11, 38:17
**TX** [1] - 3:11
**type** [2] - 26:5, 28:2
**types** [1] - 16:3, 16:4
**typically** [3] - 11:9, 11:12, 11:24

**U**

**unable** [1] - 12:21
**undecided** [1] - 28:8
**under** [3] - 9:5, 13:10, 21:15
**underlying** [6] - 15:4, 15:22, 17:21, 18:14, 18:17, 19:15
**underscore** [1] - 20:2
**understandable** [1] - 11:21
**understood** [1] -

22:23
**unfinalized** [4] - 21:6, 21:7, 21:14, 25:20
**unique** [4] - 16:16, 16:21, 16:24, 29:10
**UNITED** [2] - 1:1, 1:12
**United** [3] - 38:4, 41:6, 41:15
**unresolved** [1] - 22:11
**unsatisfied** [1] - 22:17
**unusual** [1] - 15:5
**up** [13] - 8:20, 11:8, 12:7, 22:9, 23:14, 24:4, 24:6, 26:3, 29:25, 31:14, 31:22, 31:25, 32:19
**update** [1] - 14:23
**useful** [1] - 35:7
**usual** [1] - 20:18

**V**

**VA** [2] - 3:23, 22:25
**values** [2] - 11:1, 11:6
**various** [1] - 36:5
**vary** [1] - 19:24
**version** [1] - 32:20
**Veteran** [1] - 22:12
**Veterans** [2] - 22:7, 22:14
**view** [3] - 12:13, 27:9, 33:19
**viewed** [1] - 35:6
**Vioxx** [2] - 8:10, 9:6
**VIOXX** [1] - 1:5
**visit** [1] - 34:21
**visualize** [1] - 29:20

**W**

**wage** [1] - 29:20
**wages** [5] - 15:9, 16:10, 16:20, 16:21, 17:25
**wait** [2] - 12:2, 17:23
**waiting** [3] - 17:20, 18:13, 38:11
**WALNUT** [1] - 1:24
**WALTHER** [1] - 3:3
**WARSHAUER** [1] - 2:6
**WASHINGTON** [2] - 2:15, 2:25
**waterfall** [1] - 25:9
**waves** [1] - 24:17
**ways** [1] - 27:15
**web** [2] - 13:8, 25:17
**week** [4] - 10:12,

10:14, 12:22, 30:23
**WEISS** [1] - 2:3
**WEST** [1] - 4:9
**WHEREUPON** [1] - 40:21
**whole** [1] - 15:11
**WILL** [1] - 7:9
**WILLIAM** [2] - 2:4, 3:22
**WILLIAMS** [1] - 2:14
**WIMBERLY** [1] - 3:3
**wind** [1] - 24:4
**wish** [3] - 13:9, 32:24, 35:6
**wishes** [1] - 27:24, 34:24, 38:18
**withdrawn** [1] - 15:20
**WITTMANN** [1] - 3:3
**word** [1] - 21:8
**world** [1] - 11:7
**wrapping** [1] - 26:3
**wrongful** [1] - 25:23

**Y**

**year** [4] - 8:19, 13:2, 14:2, 24:18
**years** [1] - 24:18
**yesterday** [4] - 9:22, 10:22, 11:12, 14:16
**yoman** [1] - 27:18
**YORK** [2] - 2:4, 3:7
**York's** [1] - 8:20