1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  VIOXX PRODUCTS
         LIABILITY LITIGATION
5                                   MDL DOCKET NO. 1657
                                    NEW ORLEANS, LOUISIANA
6                                   FRIDAY, FEBRUARY 26, 2010, 10:00 A.M.
     THIS DOCUMENT RELATES TO:
7    ALL CASES

8    ****************************************************************

9                    TRANSCRIPT OF MOTION PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
10                    UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12

13   FOR THE PLAINTIFFS:        HERMAN HERMAN KATZ & COTLAR
                                BY:  LEONARD A. DAVIS, ESQUIRE
14                              820 O'KEEFE AVENUE
                                NEW ORLEANS, LA 70113

15

16   FOR THE DEFENDANT:         STONE PIGMAN WALTHER WITTMANN LLC
                                BY:  DOROTHY H. WIMBERLY, ESQUIRE
17                              546 CARONDELET STREET
                                NEW ORLEANS, LA 70130

18

19                              WILLIAMS & CONNOLLY
                                BY:  PAUL E. BOEHM, ESQUIRE
20                                   DOUGLAS R. MARVIN, ESQUIRE
                                725 TWELFTH STREET, N.W.
21                              WASHINGTON, DC  20005

22

23   OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                  500 POYDRAS STREET, ROOM B406
24                                NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7779
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
25   PRODUCED BY COMPUTER.

1                              **I N D E X**

2

3    ITEMS                                                      PAGE

4

5    MERCK'S FIRST PTO 43 MOTION, RECORD DOCUMENT 22492,          6

6    JANICE BAUM.........................................

7    THE COURT...........................................        7

8    MS. WIMBERLY........................................        7

9    MERCK'S THIRD PTO 43 MOTION, RECORD DOCUMENT 24995,         7

10   FIVE PLAINTIFFS.....................................

11   JOHN STAFISZ........................................        7

12   MS. ELCEE...........................................        7

13   THE COURT...........................................        8

14   MS. WIMBERLY........................................        8

15   MS. BAUM............................................        8

16   THE COURT...........................................        8

17   MS. WIMBERLY........................................        8

18   THE COURT...........................................        8

19   LESLIE HENRY........................................        8

20   JOHN STAFISZ........................................        8

21   PATRICIA LEWIS......................................        8

22   JANICE BAUM.........................................        8

23   STANLEY BETHEA......................................        8

24   MS. WIMBERLY........................................        8

25   MERCK'S FOURTH PTO MOTION, RECORD DOCUMENT 27910.......     8

| | | |
|---|---|---|
| 1 | THE COURT........................................... | 9 |
| 2 | MS. WIMBERLY........................................ | 9 |
| 3 | TODD AND LYNNETTE JELDEN............................ | 9 |
| 4 | THE COURT........................................... | 9 |
| 5 | MS. WIMBERLY........................................ | 9 |
| 6 | MERCK'S PTO 31 MOTION, RECORD DOCUMENT 22070........... | 9 |
| 7 | EUGENE BALDONI...................................... | 9 |
| 8 | THE COURT........................................... | 10 |
| 9 | MS. WIMBERLY........................................ | 10 |
| 10 | JAMES SCHNELLER..................................... | 10 |
| 11 | THE COURT........................................... | 10 |
| 12 | MS. WIMBERLY........................................ | 10 |
| 13 | MR. BOEHM........................................... | 10 |
| 14 | DOCUMENT 24266 AND DOCUMENT 24269..................... | 11 |
| 15 | ANN ALBRIGHT........................................ | 11 |
| 16 | JACQUELINE BARRETT ................................. | 11 |
| 17 | DONALD BLANKENSHIP ................................. | 11 |
| 18 | ROBERT BURKEY....................................... | 11 |
| 19 | JOHN ESTEP.......................................... | 11 |
| 20 | MIGDALIA MATOS-CRUZ................................. | 11 |
| 21 | ALAN MIETLOWSKI..................................... | 11 |
| 22 | ROBERTA MELTON...................................... | 11 |
| 23 | CHARLENE MILLER..................................... | 11 |
| 24 | MYRIAM NEGRON....................................... | 11 |
| 25 | LEE PETTY........................................... | 11 |

1    MARGE SHAHID......................................... 11

2    GLADYS STEERMAN...................................... 11

3    RENEE WALKER......................................... 11

4    CAROL WEBB........................................... 11

5    THE COURT............................................ 11

6    MARY ELLEN ADAMS..................................... 12

7    LOUISE AMISS......................................... 12

8    MYRTLE BUTTERFIELD................................... 12

9    JOHN CARROLL......................................... 12

10   JAMES CARTER......................................... 12

11   JUDITH EDDIE......................................... 12

12   JUNE EDWARDS......................................... 12

13   SCOTT MCMURRAY....................................... 12

14   JAMES RILEY.......................................... 12

15   THE COURT............................................ 12

16   MR. DAVIS............................................ 12

17   THE COURT............................................ 12

18   MR. BOEHM............................................ 13

19   BRIAN ANDERSON....................................... 13

20   MS. WIMBERLY......................................... 13

21   THE COURT............................................ 13

22   MS. WIMBERLY......................................... 13

23   PTO 31 MOTION, RECORD DOCUMENT 32579................. 13

24   MARVIN TAYLOR........................................ 14

25   THE COURT............................................ 14

1   FRANCIS DAVIS..........................................   14

2   MARIA ROSADO GOMEZ.....................................   14

3   MARIA GOMEZ............................................   14

4   MARY E. PORTER.........................................   14

5   MARVIN H. TAYLOR.......................................   14

6   THE COURT..............................................   14

7   MS. WIMBERLY...........................................   14

8   PTO 31 MOTION, RECORD DOCUMENT 32577...................   14

9   MR. BARRY ON BEHALF OF BARBARA BARRY...................   15

10  JUDY DEBOSE............................................   15

11  LAWRENCE BARRY.........................................   15

12  RITA BOMAN.............................................   15

13  ROBERT COLEMAN, .......................................   15

14  JANICE FERRELL.........................................   15

15  THE COURT..............................................   15

16  MR. DAVIS..............................................   15

17  MS. WIMBERLY...........................................   15

18  MOTION FOR RECONSIDERATION, DRESSEL PLAINTIFFS.........   15

19  MR. BOEHM..............................................   15

20  THE COURT..............................................   16

21  MS. WIMBERLY...........................................   17

22

23

24

25

1                     *P-R-O-C-E-E-D-I-N-G-S*

2                  FRIDAY, FEBRUARY 26, 2010

3              M O R N I N G   S E S S I O N

4                  (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  Everyone rise.

8          THE COURT:  Be seated, please.  We have a number of show

9   cause motions that the Court has received from the parties.  I'll

10  hear from the movant.

11         MS. WIMBERLY:  Yes, Your Honor.  Dorothy Wimberly

12  representing Merck.  Your Honor, we're here today on a number of

13  motions.  The first seven that we're going to take up are all

14  matters that have been deferred from prior motions.

15       In particular, the first matter is Merck's first PTO 43

16  motion, Record Document 22492, and matters which were deferred

17  from that.  This involves one plaintiff, Janice Baum, who has had

18  regular contact with the pro se curator, with your court and with

19  our office, and who simply doesn't seem to understand that she's

20  represented by counsel and continues to seek additional time, and

21  she has been getting time for months and always citing a conflict

22  with counsel.

23       What I would like to ask the Court to do is to enter an

24  order that orders that her expert report be submitted by the next

25  status conference, failing which her case will be dismissed with

1  prejudice.

2           THE COURT:  I'll grant that.

3           MS. WIMBERLY:  Not just deferring again.

4           THE COURT:  That's fair, we've done this too many times.

5  We have to bring this to a conclusion.  I'll issue an order to

6  Janice Baum to deliver her expert report on or before the next

7  hearing, failing which the case will be dismissed with prejudice.

8           MS. WIMBERLY:  Your Honor, that brings us to the second

9  motion which had deferral, and that is Merck's third PTO 43

10  motion, Record Document 24995, which involves five plaintiffs.

11  All of these but one are represented by counsel.  I understand

12  that the Matthews firm is on the phone with respect to one of the

13  plaintiffs who is subject to this motion, Mr. John Stafisz.

14  Mr. Stafisz has also called the Court and has called the pro se

15  curator's office citing a conflict with his attorney.  I don't

16  know, I am assuming that's what the Matthews firm would like to

17  speak to.

18           THE COURT:  Okay.  Anyone on the phone for the Matthews

19  firms --

20           MS. ELCEE:  Yes.  Wendy Elcee (spelled phonetically) for

21  Matthews & Associates.  We have a pending Motion to Withdraw as

22  counsel in this case.  We've spoken with Mr. Stafisz numerous

23  times, and he wishes to proceed pro se.  From my understanding,

24  he did appear at the last status conference and indicated that he

25  was without counsel, and we are just waiting on the Court to rule

1    on our Motion to Withdraw.

2         THE COURT:  I'll grant the Motion to Withdraw.  We'll

3    give him until the next status conference to deal with it.

4         MS. WIMBERLY:  Your Honor, could I request a similar

5    order as with respect to Ms. Baum, because these are motions that

6    have been pending since last fall.

7         THE COURT:  Yes, I agree with that.  I'll issue the same

8    order to Mr. Stafisz.  In any event, Matthews is now out of the

9    case.

10        MS. WIMBERLY:  And, Your Honor, with respect to the

11   remaining plaintiffs on Exhibit B, all of whom have had similar

12   issues, all of whom have contacted the curator and the Court, I

13   would ask for that same relief as to all of the plaintiffs on

14   Exhibit B.

15        THE COURT:  Okay.  I'll issue that order to all of the

16   ones on B, which are five:  Leslie Henry, John Stafisz,

17   Patricia Lewis, Janice Baum, and Stanley Bethea.

18        MS. WIMBERLY:  Yes, Your Honor.  Ms. Baum appears, for

19   whatever reason, on two motions.

20        THE COURT:  Right.

21        MS. WIMBERLY:  That brings us to deferrals for Merck's

22   fourth PTO motion, Record Document 27910.  This motion and the

23   order continuing it to this day were served on counsel.  It was

24   deferred at the last conference because the wrong date had been

25   given by counsel to the clients, so the matter was deferred.

1    We've received no response.  The motion has been pending for

2    several months, and we would ask that all of the plaintiffs on

3    Exhibit C, and that would be numbers 1 through 49, be dismissed

4    with prejudice.

5         THE COURT:  I know the counsel for PSC vigorously

6    objects to their being dismissed and as an alternative suggests

7    that if by chance they need to be dismissed, which they object

8    to, that they be dismissed only without prejudice, urges that

9    this is the fair and appropriate thing to do, and has given

10   exquisite explanation for it which I've heard a number of times.

11        I overrule the objection and dismiss with prejudice.

12        MS. WIMBERLY:  Your Honor, I need to make one correction

13   on that.  One of those attorneys is going to -- one of those

14   claimants will be having new representation.  Ann Oldfather --

15        THE COURT:  Which one is that?

16        MS. WIMBERLY:  And that is number 19, Todd and

17   Lynnette Jelden.  So as to them, we would like to defer to the

18   next step on March 23rd.

19        THE COURT:  I'll defer.  That's Todd Jelden and it's

20   Case Number 04-130.

21        MS. WIMBERLY:  Next up is deferrals from Merck's PTO 31

22   motion, Record Document 22070.  This is another plaintiff whom

23   Ms. Oldfather is assuming representation of, and we would like to

24   defer as to the March 23rd status conference.

25        THE COURT:  Is that Eugene Baldoni?

1          MS. WIMBERLY:  Yes, sir.

2          THE COURT:  I'll defer that.

3          MS. WIMBERLY:  And the final deferral again is another

4  pro se plaintiff on Exhibit E, who has continued to contact the

5  pro se curator of the Court and claim misunderstanding, and I

6  would like for the same order to enter as with respect to the

7  other plaintiffs that they produce their report on or before

8  March 23rd, failing which his case be dismissed with prejudice.

9          THE COURT:  That's James Schneller, S-C-H-N-E-L-L-E-R?

10          MS. WIMBERLY:  Yes, sir.

11          THE COURT:  I'll issue an order to that.

12          MS. WIMBERLY:  Your Honor, there are two more matters

13  that were deferred from the last status conference, and

14  Paul Boehm from Williams & Connolly will address those, and then

15  I'll be back up to address a couple other motions.

16          THE COURT:  Okay.

17          MR. BOEHM:  Good morning, Your Honor.  Paul Boehm on

18  behalf of Merck.

19      In September 2009, Merck filed a motion seeking dismissal of

20  certain claims on the basis of plaintiffs' failure to comply with

21  the requirements of PTO 28.  After the hearing of that argument

22  in October, Your Honor set a new deadline of November 30, 2009,

23  for compliance.

24      Some of the plaintiffs have complied with that order.

25  Several other plaintiffs remain materially noncompliant, and

1   today we're asking the Court to dismiss with prejudice 15 of

2   those cases.  And if Your Honor wishes, I could identify those by

3   name.

4           THE COURT:  Are those the 26 listed on Exhibit B?

5           MR. BOEHM:  Well, there are two categories of cases.

6   The first category of cases are listed in the exhibits to

7   Document 24266 and from Document 24269.  We've got two motions

8   with exhibits.

9       The second category of cases are cases that are going to be

10   transferred to Ann Oldfather.  With respect to the second

11   category of cases, we are -- in spite of the fact it's our

12   position that plaintiff should have complied with the Court's

13   order and have not, we have agreed to give Ms. Oldfather until

14   March 18th to comply.

15          THE COURT:  Why don't you tell me which ones should be

16   admitted and give me the names and so forth.

17          MR. BOEHM:  Sure.  So with respect to the first category

18   of cases, the ones that we are requesting dismissal of today, Ann

19   Albright, Jacqueline Barrett, Donald Blankenship, Robert Burkey

20   John Estep, E-S-T-E-P, Migdalia Matos-Cruz, Alan Mietlowski,

21   Roberta Melton, Charlene Miller, Myriam Negron Lee Petty,

22   Marge Shahid, Gladys Steerman, Renee Walker, and Carol Webb.

23          THE COURT:  We've given enough notice to those

24   individuals, and over the objection of plaintiff's counsel I'll

25   dismiss them with prejudice.

1          MR. BOEHM:  Again, with respect to the second category

2     of cases, we've provided deficiency notices to Ms. Oldfather

3     about the deficiencies that exist with respect to the cases she

4     intends to take on.  And we've asked that she comply by

5     March 18th, which would give us enough time to assess compliance

6     before the next status conference.  She has not yet specifically

7     responded to that request, so we're asking the Court to enter an

8     order to that effect.

9          THE COURT:  Would you give me those cases.

10          MR. BOEHM:  Mary Ellen Adams, Louise Amiss,

11     Myrtle Butterfield, John Carroll, James Carter, Judith Eddie,

12     June Edwards, Scott McMurray, James Riley.

13          THE COURT:  Those will be deferred until the next status

14     conference.  All right.

15          MR. BOEHM:  Thank you, Your Honor.

16          THE COURT:  Thank you.

17          MR. DAVIS:  Your Honor.

18          THE COURT:  Yes, Lennie.

19          MR. DAVIS:  I have not spoken to Ann Oldfather of

20     recent, but I am advised by Dorothy and by Doug that

21     Ms. Oldfather has communicated with them on the 24th of February

22     regarding these claimants.  I just want the Court to be aware,

23     because we knew that she couldn't be here today.

24          THE COURT:  Right.  I'll defer them and give her an

25     opportunity to speak on those issues.

1          MR. BOEHM:  Your Honor, I just intended to suggest that

2     Ms. Oldfather, in that correspondence, simply didn't respond

3     specifically to the request that she comply by March 18th.

4          THE COURT:  Sure.

5               There is one Brian Anderson.

6          MS. WIMBERLY:  Yes, Your Honor.  While we addressed that

7     in chambers, in his motion to reinstate or for reconsideration,

8     he indicates that because of his incarceration, he was unable to

9     comply because of a particular prison policy.

10         Following the conference in chambers, Ms. Green did check to

11    see whether or not Mr. Anderson had submitted a claims package.

12    While he did not submit a formal claims package, he submitted

13    medical records.

14         And as indicated in chambers, we will, between now and the

15    next status conference, review those records and see whether

16    there is any possibility that what he submitted under a generous

17    assessment could be deemed a proper claim or whether there is any

18    reason, really, to reinstate his claim or to oppose.  And we'll

19    take a position in advance of the next status conference.

20         THE COURT:  I'll defer this until then.

21         MS. WIMBERLY:  Your Honor, that brings us to three

22    additional motions that were new motions that are on the docket

23    for today.  The first is another PTO 31 motion directed to

24    plaintiffs who are represented by counsel, and this is Record

25    Document 32579.  And just for the Court's recollection, this

1  PTO 31 is the registration.  We're so far beyond that, and the
2  five plaintiffs on Exhibit A have not complied.
3      I heard from one counsel, and that was counsel for Freddy
4  Blanchard, Plaintiff Number 5 on Exhibit A.  I'm sorry, that's
5  case name.  The plaintiff's name was Marvin Taylor.  I heard from
6  his counsel, Kevin Laine, who indicated in a telephone
7  conversation on January 26th that he had no objection to the
8  dismissal with prejudice.
9      THE COURT:  This is long past.  These individuals
10 haven't even taken the first step.  It happens in some cases.
11 People initially think that they have a claim and time passes and
12 they realize they don't so they don't pursue it.
13     We need to get those claims off the docket, so over the
14 objection of plaintiff's counsel, I'll dismiss them with
15 prejudice, the five claims mentioned, which is Allen Baudrey,
16 Adames De La Rosa, De La Rosa Adames, Gladys Amadis-Rosario,
17 Dana Turner, and Freddy Blanchard.
18     MS. WIMBERLY:  Your Honor, just for clarification of the
19 record, those are case names.  The particular plaintiffs are
20 Francis Davis, Maria Rosado Gomez, Maria Gomez, Mary E. Porter,
21 and Marvin H. Taylor.
22     THE COURT:  Those cases are dismissed with prejudice.
23     MS. WIMBERLY:  Our final PTO 31 motion which was
24 directed to pro se plaintiffs is Record Document 32577.  We
25 successfully delivered notice of this motion to two of the five

1   plaintiffs on Exhibit A.  Specifically we were able to deliver

2   notice Mr. Barry on behalf of Barbara Barry, and to Judy Debose.

3   That's plaintiffs numbers 1 and 4.

4       We don't have and were unable to obtain any further address

5   information on plaintiffs two, three, and five.  They simply

6   listed a parish.  We tried typical public records type efforts to

7   find these individuals.  There is no further identifying address

8   information.

9       While we would ask that the Court dismiss with prejudice

10  numbers one and four, Judy Debose and Lawrence Barry, we would

11  ask that the Court dismiss the claims of Rita Boman, Robert

12  Coleman, and Janice Ferrell without prejudice since we were

13  unable to actually notify them.

14          THE COURT:  Okay.  So I'll sustain the plaintiff's

15  motion regarding two, three, and four.

16          MR. DAVIS:  Your Honor, these are without prejudice.

17          THE COURT:  Right.

18          MS. WIMBERLY:  As to those.

19          THE COURT:  So they valiantly won two, three, and four

20  but unfortunately lost one and five.

21          MS. WIMBERLY:  The last matter, Your Honor, is a Motion

22  for Reconsideration filed by the Dressel plaintiffs.  And

23  Mr. Boehm will argue that motion.

24          MR. BOEHM:  I'm Paul Boehm for Merck.  This case was

25  dismissed with prejudice on January 19, 2010.  The claims

1    administrator delivered to Merck a stipulation of dismissal.

2    This is a case where it really boils down to whether or not the

3    parties are going to be held to the unambiguous terms of the

4    master settlement agreement.

5        This Court has ruled repeatedly that deadlines are

6    meaningful and that they should be enforced.  And our brief in

7    opposition to this motion lays out in details the many

8    opportunities the plaintiff had to comply with the master

9    settlement agreement.

10       Plaintiffs' counsel was notified and reminded at least three

11   times that this case had failed to meet the eligibility

12   requirements of that agreement and was given clear and explicit

13   instructions as to what to do in the event that plaintiff's

14   counsel wanted to continue to pursue these claims, and, of

15   course, plaintiffs' counsel did not do this.

16       The Court is quite familiar with the history and the care

17   that went into the crafting of this settlement agreement, and the

18   bottom line is that plaintiffs failed to follow the rules that

19   were established there and now wants a specials exemption.  We

20   request that the Court deny this motion.

21       THE COURT:  I'll deny the motion.  He had a chance to

22   get into the settlement.  He took advantage of that chance.

23   Then, once you do that, you're stuck with the settlement

24   agreement.  That's what you agreed to.  That was in the original.

25   You can't just get into it and then not comply with it.  It's

1    just inconsistent with the whole concept.

2        I'm going to deny the Motion to Reconsider and grant the

3    Motion to Dismiss.

4            MS. WIMBERLY:  Your Honor, one quick question.  With the

5    changeover, to whom should I draft proposed judgments be?

6            THE COURT:  To Katie.

7            MS. WIMBERLY:  Jared, if you could have Katie send me an

8    e-mail so I will have the right address.

9            THE COURT:  Thank you very much.  Court will stand in

10   recess.

11           THE DEPUTY CLERK:  Everyone rise.

12           (WHEREUPON, at 10:35 a.m., the proceedings were

13   concluded.)

14                         *     *     *

15

16

17                      REPORTER'S CERTIFICATE

18       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Registered Professional Reporter, Certified Court
19   Reporter of the State of Louisiana, Official Court Reporter for
     the United States District Court, Eastern District of Louisiana,
20   do hereby certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from the
21   record of the proceedings in the above-entitled and numbered
     matter.
22

23                              s/Cathy Pepper
                                Cathy Pepper, CRR, RMR, CCR
24                              Official Court Reporter
                                United States District Court

25

## 0

**04-130** [1] - 9:20

## 1

**1** [2] - 9:3, 15:3
**10** [6] - 3:8, 3:9, 3:10, 3:11, 3:12, 3:13
**10:00** [1] - 1:6
**10:35** [1] - 17:12
**11** [17] - 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:1, 4:2, 4:3, 4:4, 4:5
**12** [12] - 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:15, 4:16, 4:17
**13** [6] - 4:18, 4:19, 4:20, 4:21, 4:22, 4:23
**14** [10] - 4:24, 4:25, 5:1, 5:2, 5:3, 5:4, 5:5, 5:6, 5:7, 5:8
**15** [12] - 5:9, 5:10, 5:11, 5:12, 5:13, 5:14, 5:15, 5:16, 5:17, 5:18, 5:19, 11:1
**16** [1] - 5:20
**1657** [1] - 1:5
**17** [1] - 5:21
**18th** [3] - 11:14, 12:5, 13:3
**19** [2] - 9:16, 15:25

## 2

**20005** [1] - 1:20
**2009** [2] - 10:19, 10:22
**2010** [3] - 1:6, 6:2, 15:25
**22070** [1] - 9:22
**22070..........** [1] - 3:6
**22492** [2] - 2:5, 6:16
**23rd** [3] - 9:18, 9:24, 10:8
**24266** [2] - 3:14, 11:7
**24269** [1] - 11:7
**24269....................** [1] - 3:14
**24995** [2] - 2:9, 7:10
**24th** [1] - 12:21
**26** [3] - 1:6, 6:2, 11:4
**26th** [1] - 14:7

**27910** [1] - 8:22
**27910......** [1] - 2:25
**28** [1] - 10:21

## 3

**30** [1] - 10:22
**31** [7] - 3:6, 4:23, 5:8, 9:21, 13:23, 14:1, 14:23
**32577** [1] - 14:24
**32577....................** [1] - 5:8
**32579** [1] - 13:25
**32579....................** [1] - 4:23

## 4

**4** [1] - 15:3
**43** [4] - 2:5, 2:9, 6:15, 7:9
**49** [1] - 9:3

## 5

**5** [1] - 14:4
**500** [1] - 1:22
**504** [1] - 1:23
**546** [1] - 1:16
**589-7779** [1] - 1:23

## 6

**6** [1] - 2:5

## 7

**7** [5] - 2:7, 2:8, 2:9, 2:11, 2:12
**70113** [1] - 1:13
**70130** [2] - 1:17, 1:23
**725** [1] - 1:20

## 8

**8** [13] - 2:13, 2:14, 2:15, 2:16, 2:17, 2:18, 2:19, 2:20, 2:21, 2:22, 2:23, 2:24, 2:25
**820** [1] - 1:13

## 9

**9** [7] - 3:1, 3:2, 3:3, 3:4, 3:5, 3:6, 3:7

## A

**a.m** [1] - 17:12
**A.M** [1] - 1:6
**ability** [1] - 17:20
**able** [1] - 15:1
**above-entitled** [1] - 17:21
**Adames** [2] - 14:16
**Adams** [1] - 12:10
**ADAMS....................** [1] - 4:6
**additional** [2] - 6:20, 13:22
**address** [5] - 10:14, 10:15, 15:4, 15:7, 17:8
**addressed** [1] - 13:6
**administrator** [1] - 16:1
**admitted** [1] - 11:16
**advance** [1] - 13:19
**advantage** [1] - 16:22
**advised** [1] - 12:20
**agree** [1] - 8:7
**agreed** [2] - 11:13, 16:24
**agreement** [5] - 16:4, 16:9, 16:12, 16:17, 16:24
**ALAN** [1] - 3:21
**Alan** [1] - 11:20
**Albright** [1] - 11:19
**ALBRIGHT....................** [1] - 3:15
**ALL** [1] - 1:6
**Allen** [1] - 14:15
**alternative** [1] - 9:6
**Amadis** [1] - 14:16
**Amadis-Rosario** [1] - 14:16
**Amiss** [1] - 12:10
**AMISS....................** [1] - 4:7
**AND** [2] - 3:3, 3:14
**Anderson** [2] - 13:5, 13:11
**ANDERSON....................** [1] - 4:19
**Ann** [3] - 11:10, 11:18, 12:19

**ANN** [1] - 3:15
**ann** [1] - 9:14
**appear** [1] - 7:24
**APPEARANCES** [1] - 1:10
**appropriate** [1] - 9:9
**argue** [1] - 15:23
**argument** [1] - 10:21
**assess** [1] - 12:5
**assessment** [1] - 13:17
**Associates** [1] - 7:21
**assuming** [2] - 7:16, 9:23
**attorney** [1] - 7:15
**attorneys** [1] - 9:13
**AVENUE** [1] - 1:13
**aware** [1] - 12:22

## B

**B406** [1] - 1:22
**Baldoni** [1] - 9:25
**BALDONI....................** [1] - 3:7
**Barbara** [1] - 15:2
**BARBARA** [1] - 5:9
**Barrett** [1] - 11:19
**BARRETT** [1] - 3:16
**BARRY** [1] - 5:9
**Barry** [3] - 15:2, 15:10
**BARRY....................** [1] - 5:9
**BARRY....................** [1] - 5:11
**basis** [1] - 10:20
**Baudrey** [1] - 14:15
**Baum** [5] - 6:17, 7:6, 8:5, 8:17, 8:18
**BAUM....................** [2] - 2:6, 2:22
**BAUM....................** [1] - 2:15
**BEFORE** [1] - 1:9
**BEHALF** [1] - 5:9
**behalf** [2] - 10:18, 15:2
**best** [1] - 17:20
**Bethea** [1] - 8:17
**BETHEA....................** [1] - 2:23
**between** [1] - 13:14
**beyond** [1] - 14:1
**Blanchard** [1] - 14:4, 14:17

**Blankenship** [1] - 11:19
**BLANKENSHIP** [1] - 3:17
**BOEHM** [9] - 1:19, 10:17, 11:5, 11:17, 12:1, 12:10, 12:15, 13:1, 15:24
**Boehm** [4] - 10:14, 10:17, 15:23, 15:24
**BOEHM....................** [3] - 3:13, 4:18, 5:19
**boils** [1] - 16:2
**Boman** [1] - 15:11
**BOMAN....................** [1] - 5:12
**bottom** [1] - 16:18
**Brian** [1] - 13:5
**BRIAN** [1] - 4:19
**brief** [1] - 16:6
**bring** [1] - 7:5
**brings** [3] - 7:8, 8:21, 13:21
**Burkey** [1] - 11:19
**BURKEY....................** [1] - 3:18
**Butterfield** [1] - 12:11
**BUTTERFIELD....................** [1] - 4:8
**BY** [5] - 1:12, 1:16, 1:19, 1:24, 1:25

## C

**CALLED** [1] - 6:4
**care** [1] - 16:16
**Carol** [1] - 11:22
**CAROL** [1] - 4:4
**CARONDELET** [1] - 1:16
**Carroll** [1] - 12:11
**CARROLL....................** [1] - 4:9
**Carter** [1] - 12:11
**CARTER....................** [1] - 4:10
**Case** [1] - 9:20
**case** [10] - 6:25, 7:7, 7:22, 8:9, 10:8, 14:5, 14:19, 15:24, 16:2, 16:11
**CASES** [1] - 1:6
**cases** [12] - 11:2, 11:5,

11:6, 11:9, 11:11, 11:18, 12:2, 12:3, 12:9, 14:10, 14:22
**categories** [1] - 11:5
**category** [5] - 11:6, 11:9, 11:11, 11:17, 12:1
**Cathy** [2] - 17:18, 17:23
**CATHY** [1] - 1:22
**CCR** [2] - 1:22, 17:23
**certain** [1] - 10:20
**CERTIFICATE** [1] - 17:17
**Certified** [2] - 17:18, 17:18
**certify** [1] - 17:20
**chambers** [3] - 13:7, 13:10, 13:14
**chance** [3] - 9:7, 16:21, 16:22
**changeover** [1] - 17:5
**CHARLENE** [1] - 3:23
**Charlene** [1] - 11:21
**check** [1] - 13:10
**citing** [2] - 6:21, 7:13
**claim** [4] - 10:5, 13:17, 13:18, 14:11
**claimants** [2] - 9:14, 12:22
**claims** [8] - 10:20, 13:11, 13:12, 14:13, 14:15, 15:11, 15:25, 16:14
**clarification** [1] - 14:18
**clear** [1] - 16:12
**CLERK** [2] - 6:7, 17:11
**clients** [1] - 8:25
**COLEMAN** [1] - 5:13
**Coleman** [1] - 15:12
**communicated** [1] - 12:21
**compliance** [2] - 10:23, 12:5
**complied** [3] - 10:24, 11:12, 14:2
**comply** [7] - 10:20, 11:14, 12:4, 13:3, 13:9, 16:8, 16:25
**COMPUTER** [1] - 1:25
**concept** [1] - 17:1
**concluded** [1] - 17:13
**conclusion** [1] - 7:5
**conference** [11] - 6:25, 7:24, 8:3, 8:24, 9:24, 10:13, 12:6, 12:14, 13:10, 13:15, 13:19
**conflict** [2] - 6:21,

7:15
**Connolly** [1] - 10:14
**CONNOLLY** [1] - 1:18
**contact** [2] - 6:18, 10:4
**contacted** [1] - 8:12
**continue** [1] - 16:14
**continued** [1] - 10:4
**continues** [1] - 6:20
**continuing** [1] - 8:23
**conversation** [1] - 14:7
**correct** [1] - 17:20
**correction** [1] - 9:12
**correspondence** [1] - 13:2
**COTLAR** [1] - 1:12
**counsel** [17] - 6:20, 6:22, 7:11, 7:22, 7:25, 8:23, 8:25, 9:5, 11:24, 13:24, 14:3, 14:6, 14:14, 16:10, 16:14, 16:15
**couple** [1] - 10:15
**course** [1] - 16:15
**court** [1] - 6:18
**Court** [20] - 6:9, 6:23, 7:14, 7:25, 8:12, 10:5, 11:1, 12:7, 12:22, 15:9, 15:11, 16:5, 16:16, 16:20, 17:9, 17:18, 17:19, 17:19, 17:24, 17:24
**COURT** [37] - 1:1, 1:22, 6:4, 6:8, 7:2, 7:4, 7:18, 8:2, 8:7, 8:15, 8:20, 9:5, 9:15, 9:19, 9:25, 10:2, 10:9, 10:11, 10:16, 11:4, 11:15, 11:23, 12:9, 12:13, 12:16, 12:18, 12:24, 13:4, 13:20, 14:9, 14:22, 15:14, 15:17, 15:19, 16:21, 17:6, 17:9
**Court's** [2] - 11:12, 13:25
**COURT.....................
.................... [16] -
2:7, 2:13, 2:16, 2:18, 3:1, 3:4, 3:8, 3:11, 4:5, 4:15, 4:17, 4:21, 4:25, 5:6, 5:15, 5:20
**crafting** [1] - 16:17
**CRR** [2] - 1:22, 17:23
**Cruz** [1] - 11:20
**CRUZ.......................
.......... [1] - 3:20
**curator** [3] - 6:18, 8:12, 10:5

**curator's** [1] - 7:15

## D

**Dana** [1] - 14:17
**date** [1] - 8:24
**DAVIS** [4] - 1:12, 12:17, 12:19, 15:16
**Davis** [1] - 14:20
**DAVIS.......................
.................... [1] - 5:1
**DAVIS.......................
.................... [2] -
4:16, 5:16
**DC** [1] - 1:20
**De** [2] - 14:16
**deadline** [1] - 10:22
**deadlines** [1] - 16:5
**deal** [1] - 8:3
**Debose** [2] - 15:2, 15:10
**DEBOSE.....................
................... [1] -
5:10
**deemed** [1] - 13:17
**DEFENDANT** [1] - 1:15
**defer** [6] - 9:17, 9:19, 9:24, 10:2, 12:24, 13:20
**deferral** [2] - 7:9, 10:3
**deferrals** [2] - 8:21, 9:21
**deferred** [6] - 6:14, 6:16, 8:24, 8:25, 10:13, 12:13
**deferring** [1] - 7:3
**deficiencies** [1] - 12:3
**deficiency** [1] - 12:2
**deliver** [2] - 7:6, 15:1
**delivered** [2] - 14:25, 16:1
**deny** [3] - 16:20, 16:21, 17:2
**DEPUTY** [2] - 6:7, 17:11
**details** [1] - 16:7
**directed** [2] - 13:23, 14:24
**Dismiss** [1] - 17:3
**dismiss** [6] - 9:11, 11:1, 11:25, 14:14, 15:9, 15:11
**dismissal** [2] - 10:19, 11:18, 14:8, 16:1
**dismissed** [9] - 6:25, 7:7, 9:3, 9:6, 9:7, 9:8, 10:8, 14:22, 15:25

**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [3] - 17:19, 17:24
**docket** [2] - 13:22, 14:13
**DOCKET** [1] - 1:5
**Document** [8] - 6:16, 7:10, 8:22, 9:22, 11:7, 13:25, 14:24
**DOCUMENT** [9] - 1:6, 2:5, 2:9, 2:25, 3:6, 3:14, 4:23, 5:8
**Donald** [1] - 11:19
**DONALD** [1] - 3:17
**done** [1] - 7:4
**Dorothy** [2] - 6:11, 12:20
**DOROTHY** [1] - 1:16
**Doug** [1] - 12:20
**DOUGLAS** [1] - 1:19
**down** [1] - 16:2
**draft** [1] - 17:5
**DRESSEL** [1] - 5:18
**Dressel** [1] - 15:22

## E

**e-mail** [1] - 17:8
**EASTERN** [1] - 1:1
**Eastern** [1] - 17:19
**Eddie** [1] - 12:11
**EDDIE.......................
.................... [1] - 4:11
**Edwards** [1] - 12:12
**EDWARDS.................
.................... [1] -
4:12
**effect** [1] - 12:8
**efforts** [1] - 15:6
**ELCEE** [1] - 7:20
**Elcee** [1] - 7:20
**ELCEE.......................
.................... [1] -
2:12
**ELDON** [1] - 1:9
**eligibility** [1] - 16:11
**ELLEN** [1] - 4:6
**Ellen** [1] - 12:10
**enforced** [1] - 16:6
**enter** [3] - 6:23, 10:6, 12:7
**entitled** [1] - 17:21
**ESQUIRE** [4] - 1:12, 1:16, 1:19, 1:19
**established** [1] - 16:19
**Estep** [1] - 11:20
**ESTEP** [1] - 11:20

**ESTEP.....................
.................... [1] -
3:19
**Eugene** [1] - 9:25
**EUGENE** [1] - 3:7
**event** [2] - 8:8, 16:13
**exemption** [1] - 16:19
**Exhibit** [8] - 8:11, 8:14, 9:3, 10:4, 11:4, 14:2, 14:4, 15:1
**exhibits** [2] - 11:6, 11:8
**exist** [1] - 12:3
**expert** [2] - 6:24, 7:6
**explanation** [1] - 9:10
**explicit** [1] - 16:12
**exquisite** [1] - 9:10

## F

**fact** [1] - 11:11
**failed** [2] - 16:11, 16:18
**failing** [3] - 6:25, 7:7, 10:8
**failure** [1] - 10:20
**fair** [2] - 7:4, 9:9
**fall** [1] - 8:6
**FALLON** [1] - 1:9
**familiar** [1] - 16:16
**far** [1] - 14:1
**February** [1] - 12:21
**FEBRUARY** [2] - 1:6, 6:2
**Ferrell** [1] - 15:12
**FERRELL.................
.................... [1] -
5:14
**filed** [2] - 10:19, 15:22
**final** [2] - 10:3, 14:23
**firm** [2] - 7:12, 7:16
**firms** [1] - 7:19
**FIRST** [1] - 2:5
**first** [7] - 6:13, 6:15, 11:6, 11:17, 13:23, 14:10
**five** [7] - 7:10, 8:16, 14:2, 14:15, 14:25, 15:5, 15:20
**FIVE** [1] - 2:10
**follow** [1] - 16:18
**following** [1] - 13:10
**FOR** [3] - 1:12, 1:15, 5:18
**foregoing** [1] - 17:20
**formal** [1] - 13:12
**forth** [1] - 11:16
**four** [3] - 15:10, 15:15, 15:19

**FOURTH** [1] - 2:25
**fourth** [1] - 8:22
**Francis** - 14:20
**FRANCIS** [1] - 5:1
**Freddy** [2] - 14:3, 14:17
**FRIDAY** [2] - 1:6, 6:2

**G**

**generous** [1] - 13:16
**given** [4] - 8:25, 9:9, 11:23, 16:12
**Gladys** [2] - 11:22, 14:16
**GLADYS** [1] - 4:2
**Gomez** [2] - 14:20
**GOMEZ**....................
............ [1] - 5:2
**GOMEZ**....................
.................... [1] - 5:3
**grant** [3] - 7:2, 8:2, 17:2
**green** [1] - 13:10

**H**

**hear** [1] - 6:10
**HEARD** [1] - 1:19
**heard** [3] - 9:10, 14:3, 14:5
**hearing** [2] - 7:7, 10:21
**held** [1] - 16:3
**Henry** [1] - 8:16
**HENRY**....................
.................... [1] - 2:19
**hereby** [1] - 17:20
**HERMAN** [2] - 1:12
**history** [1] - 16:16
**Honor** [20] - 6:11, 6:12, 7:8, 8:4, 8:10, 8:18, 9:12, 10:12, 10:17, 10:22, 11:2, 12:15, 12:17, 13:1, 13:6, 13:21, 14:18, 15:16, 15:21, 17:4
**HONORABLE** [1] - 1:9

**I**

**identify** [1] - 11:2
**identifying** [1] - 15:7
**IN** [1] - 1:4
**incarceration** [1] - 13:8

**inconsistent** [1] - 17:1
**indicated** [3] - 7:24, 13:14, 14:6
**indicates** [1] - 13:8
**individuals** [3] - 11:24, 14:9, 15:7
**information** [2] - 15:5, 15:8
**instructions** [1] - 16:13
**intended** [1] - 13:1
**intends** [1] - 12:4
**involves** [2] - 6:17, 7:10
**issue** [4] - 7:5, 8:7, 8:15, 10:11
**issues** [2] - 8:12, 12:25
**ITEMS** [1] - 2:3

**J**

**JACQUELINE** [1] - 3:16
**Jacqueline** [1] - 11:19
**James** [3] - 10:9, 12:11, 12:12
**JAMES** [3] - 3:10, 4:10, 4:14
**JANICE** [3] - 2:6, 2:22, 5:14
**Janice** [4] - 6:17, 7:6, 8:17, 15:12
**January** [2] - 14:7, 15:25
**Jared** [1] - 17:7
**Jelden** [2] - 9:17, 9:19
**JELDEN**....................
............ [1] - 3:3
**JOHN** [4] - 2:11, 2:20, 3:19, 4:9
**John** [4] - 7:13, 8:16, 11:20, 12:11
**JUDGE** [1] - 1:9
**judgments** [1] - 17:5
**Judith** [1] - 12:11
**JUDITH** [1] - 4:11
**JUDY** [1] - 5:10
**Judy** [2] - 15:2, 15:10
**JUNE** [1] - 4:12
**June** [1] - 12:12

**K**

**Katie** [2] - 17:6, 17:7
**KATZ** [1] - 1:12
**Kevin** [1] - 14:6

**L**

**LA** [2] - 1:13, 1:17
**Laine** [1] - 14:6
**last** [5] - 7:24, 8:6, 8:24, 10:13, 15:21
**Lawrence** [1] - 15:10
**LAWRENCE** [1] - 5:11
**lays** [1] - 16:7
**least** [1] - 16:10
**Lee** [1] - 11:21
**LEE** [1] - 3:25
**Lennie** [1] - 12:18
**LEONARD** [1] - 1:12
**Leslie** [1] - 8:16
**LESLIE** [1] - 2:19
**Lewis** [1] - 8:17
**LEWIS**....................
.................... [1] - 2:21
**LIABILITY** [1] - 1:4
**line** [1] - 16:18
**listed** [3] - 11:4, 11:6, 15:6
**LITIGATION** [1] - 1:4
**LLC** [1] - 1:15
**lost** [1] - 15:20
**LOUISE** [1] - 4:7
**Louise** [1] - 12:10
**Louisiana** [2] - 17:19, 17:19
**LOUISIANA** [3] - 1:1, 1:5, 1:23
**Lynnette** [1] - 9:17
**LYNNETTE** [1] - 3:3

**M**

**mail** [1] - 17:8
**March** [6] - 9:18, 9:24, 10:8, 11:14, 12:5, 13:3
**Marge** [1] - 11:22
**MARGE** [1] - 4:1
**MARIA** [2] - 5:2, 5:3
**Maria** [2] - 14:20
**MARVIN** [3] - 1:19, 4:24, 5:5
**Marvin** [2] - 14:5, 14:21
**mary** [1] - 12:10
**MARY** [2] - 4:6, 5:4
**Mary** [1] - 14:20
**master** [2] - 16:4, 16:8
**materially** [1] - 10:25
**MATOS** [1] - 3:20
**Matos** [1] - 11:20
**Matos-Cruz** [1] - 11:20
**MATOS-CRUZ**............

....................... [1] - 3:20
**matter** [4] - 6:15, 8:25, 15:21, 17:21
**matters** [3] - 6:14, 6:16, 10:12
**Matthews** [5] - 7:12, 7:16, 7:18, 7:21, 8:8
**McMurray** [1] - 12:12
**MCMURRAY**..............
.................... [1] - 4:13
**MDL** [1] - 1:5
**meaningful** [1] - 16:6
**MECHANICAL** [1] - 1:24
**medical** [1] - 13:13
**meet** [1] - 16:11
**Melton** [1] - 11:21
**MELTON**....................
.................... [1] - 3:22
**mentioned** [2] - 14:15
**Merck** [5] - 6:12, 10:18, 10:19, 15:24, 16:1
**Merck's** [4] - 6:15, 7:9, 8:21, 9:21
**MERCK'S** [4] - 2:5, 2:9, 2:25, 3:6
**Merit** [1] - 17:18
**Mietlowski** [1] - 11:20
**MIETLOWSKI**............
.................... [1] - 3:21
**Migdalia** [1] - 11:20
**MIGDALIA** [1] - 3:20
**Miller** [1] - 11:21
**MILLER**....................
.................... [1] - 3:23
**misunderstanding** [1] - 10:5
**months** [2] - 6:21, 9:2
**morning** [1] - 10:17
**MOTION** [8] - 1:8, 2:5, 2:9, 2:25, 3:6, 4:23, 5:8, 5:18
**motion** [18] - 6:16, 7:9, 7:10, 7:13, 8:22, 9:1, 9:22, 10:19, 13:7, 13:23, 14:23, 14:25, 15:15, 15:23, 16:7, 16:20, 16:21
**Motion** [6] - 7:21, 8:1, 8:2, 15:21, 17:2, 17:3
**motions** [9] - 6:9, 6:13, 6:14, 8:5, 8:19, 10:15, 11:7, 13:22
**movant** [1] - 6:10

.................... [1] - 3:20
**MR** [17] - 3:13, 4:16, 4:18, 5:9, 5:16, 5:19, 10:17, 11:5, 11:17, 12:1, 12:10, 12:15, 12:17, 12:19, 13:1, 15:16, 15:24
**MS** [38] - 2:8, 2:12, 2:14, 2:15, 2:17, 2:24, 3:2, 3:5, 3:9, 3:12, 4:20, 4:22, 5:7, 5:17, 5:21, 6:11, 7:3, 7:8, 7:20, 8:4, 8:10, 8:18, 8:21, 9:12, 9:16, 9:21, 10:1, 10:3, 10:10, 10:12, 13:6, 13:21, 14:18, 14:23, 15:18, 15:21, 17:4, 17:7
**Myriam** [1] - 11:21
**MYRIAM** [1] - 3:24
**Myrtle** [1] - 12:11
**MYRTLE** [1] - 4:8

**N**

**N.W** [1] - 1:20
**name** [3] - 11:3, 14:5
**names** [2] - 11:16, 14:19
**need** [3] - 9:7, 9:12, 14:13
**Negron** [1] - 11:21
**NEGRON**....................
.................... [1] - 3:24
**new** [3] - 9:14, 10:22, 13:22
**NEW** [4] - 1:5, 1:13, 1:17, 1:23
**next** [9] - 6:24, 7:6, 8:3, 9:18, 9:21, 12:6, 12:13, 13:15, 13:19
**NO** [1] - 1:5
**noncompliant** [1] - 10:25
**notice** [3] - 11:23, 14:25, 15:2
**notices** [1] - 12:2
**notified** [1] - 16:10
**notify** [1] - 15:13
**November** [1] - 10:22
**number** [4] - 6:8, 6:12, 9:10, 9:16
**Number** [2] - 9:20, 14:4
**numbered** [1] - 17:21
**numbers** [3] - 9:3, 15:3, 15:10
**numerous** [1] - 7:22

4

## O

**O'KEEFE** [1] - 1:13
**object** [1] - 9:7
**objection** [4] - 9:11, 11:24, 14:7, 14:14
**objects** [1] - 9:6
**obtain** [1] - 15:4
**October** [1] - 10:22
**OF** [3] - 1:1, 1:8, 5:9
**office** [2] - 6:19, 7:15
**Official** [2] - 17:19, 17:24
**OFFICIAL** [1] - 1:22
**Oldfather** [8] - 9:14, 9:23, 11:10, 11:13, 12:2, 12:19, 12:21, 13:2
**ON** [1] - 5:9
**once** [1] - 16:23
**one** [12] - 6:17, 7:11, 7:12, 9:12, 9:13, 9:15, 13:5, 14:3, 15:10, 15:20, 17:4
**ones** [3] - 8:16, 11:15, 11:18
**opportunities** [1] - 16:8
**opportunity** [1] - 12:25
**oppose** [1] - 13:18
**opposition** [1] - 16:7
**order** [11] - 6:24, 7:5, 8:5, 8:8, 8:15, 8:23, 10:6, 10:11, 10:24, 11:13, 12:8
**ORDER** [1] - 6:4
**orders** [1] - 6:24
**original** [1] - 16:24
**ORLEANS** [4] - 1:5, 1:13, 1:17, 1:23
**overrule** [1] - 9:11

## P

**package** [2] - 13:11, 13:12
**PAGE** [1] - 2:3
**parish** [1] - 15:6
**particular** [3] - 6:15, 13:9, 14:19
**parties** [2] - 6:9, 16:3
**passes** [1] - 14:11
**past** [1] - 14:9
**Patricia** [1] - 8:17
**PATRICIA** [1] - 2:21
**Paul** [3] - 10:14, 10:17, 15:24

**PAUL** [1] - 1:19
**pending** [3] - 7:21, 8:6, 9:1
**people** [1] - 14:11
**Pepper** [3] - 17:18, 17:23, 17:23
**PEPPER** [1] - 1:22
**Petty** [1] - 11:21
**PETTY.....................
.........................** [1] - 3:25
**phone** [2] - 7:12, 7:18
**phonetically** [1] - 7:20
**PIGMAN** [1] - 1:15
**Plaintiff** [1] - 14:4
**plaintiff** [6] - 6:17, 9:22, 10:4, 11:12, 16:8
**plaintiff's** [5] - 11:24, 14:5, 14:14, 15:14, 16:13
**PLAINTIFFS** [1] - 1:12
**plaintiffs** [17] - 7:10, 7:13, 8:11, 8:13, 9:2, 10:7, 10:24, 10:25, 13:24, 14:2, 14:19, 14:24, 15:1, 15:3, 15:5, 15:22, 16:18
**plaintiffs'** [3] - 10:20, 16:10, 16:15
**PLAINTIFFS........** [1] - 5:18
**PLAINTIFFS.............
.........................** [1] - 2:10
**policy** [1] - 13:9
**Porter** [1] - 14:20
**PORTER.................
.........................** [1] - 5:4
**position** [2] - 11:12, 13:19
**possibility** [1] - 13:16
**POYDRAS** [1] - 1:22
**prejudice** [15] - 7:1, 7:7, 9:4, 9:8, 9:11, 10:8, 11:1, 11:25, 14:8, 14:15, 14:22, 15:9, 15:12, 15:16, 15:25
**prison** [1] - 13:9
**pro** [6] - 6:18, 7:14, 7:23, 10:4, 10:5, 14:24
**proceed** [1] - 7:23
**PROCEEDINGS** [3] - 1:8, 1:24, 6:1
**proceedings** [2] - 17:12, 17:21
**produce** [1] - 10:7
**PRODUCED** [1] - 1:25

**PRODUCTS** [1] - 1:4
**Professional** [1] - 17:18
**proper** [1] - 13:17
**proposed** [1] - 17:5
**provided** [1] - 12:2
**PSC** [1] - 9:5
**PTO** [14] - 2:5, 2:9, 2:25, 3:6, 4:23, 5:8, 6:15, 7:9, 8:22, 9:21, 10:21, 13:23, 14:1, 14:23
**public** [1] - 15:6
**pursue** [2] - 14:12, 16:14

## Q

**quick** [1] - 17:4
**quite** [1] - 16:16

## R

**RE** [1] - 1:4
**realize** [1] - 14:12
**really** [2] - 13:18, 16:2
**Realtime** [1] - 17:18
**reason** [2] - 8:19, 13:18
**received** [2] - 6:9, 9:1
**recent** [1] - 12:20
**recess** [1] - 17:10
**recollection** [1] - 13:25
**Reconsider** [1] - 17:2
**RECONSIDERATION** [1] - 5:18
**reconsideration** [1] - 13:7
**Reconsideration** [1] - 15:22
**RECORD** [6] - 2:5, 2:9, 2:25, 3:6, 4:23, 5:8
**record** [2] - 14:19, 17:21
**Record** [6] - 6:16, 7:10, 8:22, 9:22, 13:24, 14:24
**RECORDED** [1] - 1:24
**records** [3] - 13:13, 13:15, 15:6
**regarding** [2] - 12:22, 15:15
**Registered** [2] - 17:18, 17:18
**registration** [1] - 14:1
**regular** [1] - 6:18

**reinstate** [2] - 13:7, 13:18
**RELATES** [1] - 1:6
**relief** [1] - 8:13
**remain** [1] - 10:25
**remaining** [1] - 8:11
**reminded** [1] - 16:10
**RENEE** [1] - 4:3
**Renee** [1] - 11:22
**repeatedly** [1] - 16:5
**report** [3] - 6:24, 7:6, 10:7
**Reporter** [6] - 17:18, 17:18, 17:19, 17:24
**REPORTER** [1] - 1:22
**REPORTER'S** [1] - 17:17
**representation** [2] - 9:14, 9:23
**represented** [3] - 6:20, 7:11, 13:24
**representing** [1] - 6:12
**request** [4] - 8:4, 12:7, 13:3, 16:20
**requesting** [1] - 11:18
**requirements** [2] - 10:21, 16:12
**respect** [8] - 7:12, 8:5, 8:10, 10:6, 11:10, 11:17, 12:1, 12:3
**respond** [1] - 13:2
**responded** [1] - 12:7
**response** [1] - 9:1
**review** [1] - 13:15
**Riley** [1] - 12:12
**RILEY.....................
.........................** [1] - 4:14
**rise** [2] - 6:7, 7:11
**Rita** [1] - 15:11
**RITA** [1] - 5:12
**RMR** [2] - 1:22, 17:23
**Robert** [2] - 11:19, 15:11
**ROBERT** [2] - 3:18, 5:13
**Roberta** [1] - 11:21
**ROBERTA** [1] - 3:22
**ROOM** [1] - 1:22
**Rosa** [2] - 14:16
**ROSADO** [1] - 5:2
**Rosado** [1] - 14:20
**Rosario** [1] - 14:16
**rule** [1] - 7:25
**ruled** [1] - 16:5
**rules** [1] - 16:18

## S

**s/Cathy** [1] - 17:23
**Schneller** [1] - 10:9
**SCHNELLER** [1] - 10:9
**SCHNELLER.............
.........................** [1] - 3:10
**Scott** [1] - 12:12
**SCOTT** [1] - 4:13
**se** [6] - 6:18, 7:14, 7:23, 10:4, 10:5, 14:24
**seated** [1] - 6:8
**second** [4] - 7:8, 11:9, 11:10, 12:1
**see** [2] - 3:11, 13:15
**seek** [1] - 6:20
**seeking** [1] - 10:19
**seem** [1] - 6:19
**send** [1] - 17:7
**September** [1] - 10:19
**served** [1] - 8:23
**set** [1] - 10:22
**settlement** [5] - 16:4, 16:9, 16:17, 16:22, 16:23
**seven** [1] - 6:13
**several** [2] - 9:2, 10:25
**Shahid** [1] - 11:22
**SHAHID.....................
.........................** [1] - 4:1
**show** [1] - 6:8
**similar** [2] - 8:4, 8:11
**simply** [3] - 6:19, 13:2, 15:5
**sorry** [1] - 14:4
**specials** [1] - 16:19
**specifically** [3] - 12:6, 13:3, 15:1
**spelled** [1] - 7:20
**spite** [1] - 11:11
**spoken** [2] - 7:22, 12:19
**Stafisz** [5] - 7:13, 7:14, 7:22, 8:8, 8:16
**STAFISZ.....................
.........................** [2] - 2:11, 2:20
**stand** [1] - 17:9
**Stanley** [1] - 8:17
**STANLEY** [1] - 2:23
**State** [1] - 17:19
**STATES** [2] - 1:1, 1:9
**States** [2] - 17:19, 17:24
**status** [9] - 6:25, 7:24,

8:3, 9:24, 10:13,
12:6, 12:13, 13:15,
13:19
**Steerman** [1] - 11:22
**STEERMAN**...............
........................ [1] -
4:2
**STENOGRAPHY** [1] -
1:24
**step** [2] - 9:18, 14:10
**stipulation** [1] - 16:1
**STONE** [1] - 1:15
**STREET** [3] - 1:16,
1:20, 1:22
**stuck** [1] - 16:23
**subject** [1] - 7:13
**submit** - 13:12
**submitted** [4] - 6:24,
13:11, 13:12, 13:16
**successfully** [1] -
14:25
**suggest** [1] - 13:1
**suggests** [1] - 9:6
**sustain** [1] - 15:14

## T

**Taylor** [2] - 14:5,
14:21
**TAYLOR**....................
.................. [1] - 5:5
**TAYLOR**....................
........................ [1] -
4:24
**telephone** [1] - 14:6
**terms** [1] - 16:3
**THE** [55] - 1:9, 1:12,
1:15, 2:7, 2:13, 2:16,
2:18, 3:1, 3:4, 3:8,
3:11, 4:5, 4:15, 4:17,
4:21, 4:25, 5:6, 5:15,
5:20, 6:7, 6:8, 7:2,
7:4, 7:18, 8:2, 8:7,
8:15, 8:20, 9:5, 9:15,
9:19, 9:25, 10:2,
10:9, 10:11, 10:16,
11:4, 11:15, 11:23,
12:9, 12:13, 12:16,
12:18, 12:24, 13:4,
13:20, 14:9, 14:22,
15:14, 15:17, 15:19,
16:21, 17:6, 17:9,
17:11
**THIRD** [1] - 2:9
**third** [1] - 7:9
**THIS** [1] - 1:6
**three** [5] - 13:21, 15:5,
15:15, 15:19, 16:10
**TO** [2] - 1:6, 6:4

**today** [5] - 6:12, 11:1,
11:18, 12:23, 13:23
**TODD** [1] - 3:3
**Todd** [2] - 9:16, 9:19
**took** [1] - 16:22
**transcript** [1] - 17:20
**TRANSCRIPT** [2] -
1:8, 1:24
**transferred** [1] - 11:10
**tried** [1] - 15:6
**true** [1] - 17:20
**Turner** [1] - 14:17
**TWELFTH** [1] - 1:20
**two** [8] - 8:19, 10:12,
11:5, 11:7, 14:25,
15:5, 15:15, 15:19
**type** [1] - 15:6
**typical** [1] - 15:6

## U

**unable** [3] - 13:8,
15:4, 15:13
**unambiguous** [1] -
16:3
**under** [1] - 13:16
**unfortunately** [1] -
15:20
**UNITED** [2] - 1:1, 1:9
**United** [2] - 17:19,
17:24
**up** [3] - 6:13, 9:21,
10:15
**urges** [1] - 9:8

## V

**valiantly** [1] - 15:19
**vigorously** [1] - 9:5
**VIOXX** [1] - 1:4

## W

**waiting** [1] - 7:25
**Walker** [1] - 11:22
**WALKER**....................
........................ [1] -
4:3
**WALTHER** [1] - 1:15
**wants** [1] - 16:19
**WASHINGTON** [1] -
1:20
**Webb** [1] - 11:22
**WEBB**........................
.................... [1] - 4:4
**Wendy** [1] - 7:20
**WHEREUPON** [1] -
17:12

**whole** [1] - 17:1
**WILLIAMS** [1] - 1:18
**Williams** [1] - 10:14
**Wimberly** [1] - 6:11
**WIMBERLY** [23] -
1:16, 6:11, 7:3, 7:8,
8:4, 8:10, 8:18, 8:21,
9:12, 9:16, 9:21,
10:1, 10:3, 10:10,
10:12, 13:6, 13:21,
14:18, 14:23, 15:18,
15:21, 17:4, 17:7
**WIMBERLY**...............
........................ [13]
- 2:8, 2:14, 2:17,
2:24, 3:2, 3:5, 3:9,
3:12, 4:20, 4:22, 5:7,
5:17, 5:21
**wishes** [2] - 7:23, 11:2
**Withdraw** [3] - 7:21,
8:1, 8:2
**WITTMANN** [1] - 1:15
**won** [1] - 15:19