| | |
|---|---|
| In re: VIOXX<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>**Rosa M. Acosta Padilla, et al.,**<br><br>v.<br><br>**MERCK & CO., INC.,**<br>Only with Regard to:<br><br>**Stefano Del Prete** | MDL Docket No. 1657<br><br>Case Number: 2:06-cv-07042<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS AS TO PLAINTIFF STEFANO DEL PRETE, ONLY** |

Pursuant to Fed. R. Civ.Pro. 41 (a), the undersigned counsel hereby stipulate that all claims of plaintiff, Stefano Del Prete, against defendant Merck & Co., Inc., (now Merck Sharp and Dohme Corp.) be dismissed in their entirety, on the conditions as set forth below:

( a) With respect to any refiling of any of these lawsuits in the appropriate court in the Plaintiffs home country, Merck will submit to service of process and jurisdiction in that forum.

(b) Merck agrees to satisfy any final judgment rendered by the appropriate forum in the Plaintiffs home country relating to such suits.

(c) Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statue of limitations in this country, was pending against it in a court of the United States.

(d) Merck will not act to prevent the Plaintiff from returning to this Court if the appropriate courts in the Plaintiffs home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

Dated: 2/15/2010

Julie L. Rhodes
Lizy Santiago
David P. Matthews

MATTHEWS & ASSOCIATES
2905 Sackett Street
Houston, TX 77098

*Counsel for Plaintiff*

Dated: 3/5/2010

Phillip A. Wittmann
Dorothy H. Wimberly

STONE PIGMAN WALTHER
WITTMAN LLC
546 Carondelet Street
New Orleans, LA 70130

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2