UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Rosa M. Acosta Padilla, et al..* | * * | MAGISTRATE JUDGE KNOWLES |
| v. | * * | CIVIL ACTION NO. 2:06-cv-07042 |
| *Merck & Co., Inc.* | * * | |
| **Only as to plaintiff Stefano Del Prete** | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants submitted by Plaintiff Stefano Del Prete and Defendant, Merck & Co., Inc. (now Merck Sharp & Dohme Corp.),

IT IS ORDERED that all claims of plaintiff Stefano Del Prete be and they hereby are dismissed without prejudice, each party to bear his own costs and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1009928v.1