UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY<br>LITIGATION<br><br>ALEX LUKOVSKY, individually, and on behalf of the Estate of BERTA YERMAK,<br><br>v.<br><br>Merck & Co., Inc. | MDL Docket No. 1657<br>SECTION L<br><br>Case Number: 2:06-cv-11023<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE AS TO ALL<br>DEFENDANTS** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims of plaintiffs Alex Lukovsky, individually and on behalf of the estate of Berta Yermak, against defendant Merck & Co., Inc. (now Merck Sharp and Dohme Corp.), be dismissed in their entirety without prejudice, on the conditions as set forth below,

(a) With respect to any refilling of any of these lawsuits in the appropriate court in the Plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum.

(b) Merck agrees to satisfy any final judgment rendered by the appropriate forum in the Plaintiff's home country relating to such suits.

(c) Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statue of limitations in this country, was pending against it in a court of the United States.

(d) Merck will not act to prevent the Plaintiffs from returning to this Court if the appropriate courts in the Plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

_____  _____
Steven A. Fabbro            Phillip A. Wittmann
Law Office of Steven A. Fabbro   Dorothy H. Wimberly
101 Montgomery Street, 27th Floor   STONE PIGMAN WALTHER
San Francisco, California 94104   WITTMANN, L.L.P.
(415) 391-6850              546 Carondelet Street
                            New Orleans, Louisiana 70130
                            (504) 581-3200

*Counsel for Plaintiffs*     *Counsel for Defendant Merck & Co., Inc*

Dated: 02-09-10              Dated: 3/5/10

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Stipulation of Dismissal Without Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

826474v.2