UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | * * * | MDL No. 05-1657 |
| This Document Relates To: | * * | JUDGE FALLON |
| *Alex Lukovsky, individually and on<br>behalf of the Estate of Berta Yermak.* | * * * | MAGISTRATE JUDGE<br>KNOWLES |
| *v.*<br>*Merck & Co., Inc.* | * * * * * * | CIVIL ACTION NO. 2:06-cv-<br>11023 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing Stipulation of Dismissal Without Prejudice as to All Defendants submitted by Plaintiff Alex Lukovsky, individually and on behalf of the Estate of Berta Yermak, and Defendant, Merck & Co., Inc. (now Merck Sharp & Dohme Corp.),

IT IS ORDERED that all claims of plaintiff Alex Lukovsky, individually and on behalf of the Estate of Berta Yermak, be and they hereby are dismissed without prejudice, each party to bear his own costs and subject to the terms and conditions set forth in the Stipulation.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE

1009926v.1