|  |  |
|---|---|
| KENNETH PAUL CHAPMAN, JR., Administrator of the Estate of KENNETH PAUL CHAPMAN, SR., <br><br>Plaintiff, <br><br>v. <br><br>MERCK & CO., INC., <br><br>Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA <br><br>Case Code No: 1657 <br>Docket No: 2:07-cv-03995-EEF-DEK <br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Kenneth Paul Chapman, Jr.**, administrator of the estate of **Kenneth Paul Chapman, Sr.**, inclusive of the loss of consortium claims of **Kelly L. Chapman** and **Kenneth Paul Chapman, Jr.**, individually and as representative of the estate of **Kenneth Paul Chapman, Sr.**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Kathleen M. Fitzgerald-Losito             Stephen G. Strauss
Fitzgerald & Fitzgerald                   Bryan Cave LLP
1391 Main Street, Suite 722               211 N. Broadway, Suite 3600
Springfield, MA 01103                     St. Louis, MO 63102
(413) 788-9500 Tel                        (314) 259-2000 Tel
(413) 732-6033 Fax                        (314) 259-2020 Fax

                                          Phillip A. Wittmann
                                          Dorothy H. Wimberly
                                          Stone Pigman Walther Wittmann LLC
                                          546 Carondelet Street
                                          New Orleans, LA 70130
                                          (504) 581-3200 Tel
                                          (504) 581-3361 Fax
Attorney for Plaintiffs                   Attorneys for Merck & Co., Inc.

Dated: 9-11-09                            Dated: 3-3-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.