UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to: | * | JUDGE FALLON |
| *All Plaintiffs on Attached Exhibits A & B* | * | MAGISTRATE JUDGE KNOWLES |

******************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 27190) came on for hearing on the 26th day of February, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order No. 43.

IT IS FURTHER ORDERED that the motion is deferred until March 23, 2010, immediately following the monthly status conference commencing at 9:00 a.m., as to all plaintiffs on Exhibit B.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009727v.1

Exhibit A

Claims Dismissed With Prejudice for Failure to Comply With PTO 43

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1094230 | Benaway, Dennis |  | Carey & Danis, LLC | Schultz, Gabrielle v. Merck & Co., Inc. | 2:07-cv-01368-EEF-DEK |
| 2. | 1094405 | Campbell, Ruth |  | Carey & Danis, LLC | Walton, Eloise v. Merck & Co., Inc. | 2:06-cv-03377-EEF-DEK |
| 3. | 1094423 | Carroll, John |  | Carey & Danis, LLC | Randolph, Mildred v. Merck & Co., Inc. | 2:06-cv-03465-EEF-DEK |
| 4. | 1094519 | Conner, Danny |  | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 5. | 1094573 | Crews, Glen | Crews, Doyle | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 6. | 1094672 | DeVito, Matthew |  | Carey & Danis, LLC | DeVito, Matthew v. Merck & Co., Inc. | 2:07-cv-00562-EEF-DEK |
| 7. | 1094823 | Foote, George |  | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 8. | 1094938 | Grau, Bill |  | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 9. | 1094941 | Gray, Roy |  | Carey & Danis, LLC | Hague, Robert v. Merck & Co., Inc. | 2:06-cv-03369-EEF-DEK |

Page **1** of **5**

1009728v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 10. | 1094970 | Guerrera, Tony | | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 11. | 1095049 | Hayenga, Gladys | | Carey & Danis, LLC | Aldin, Rich v. Merck & Co., Inc. | 2:06-cv-03382-EEF-DEK |
| 12. | 1095110 | Hodgest, Alma | | Carey & Danis, LLC | Copher, Vivian v. Merck & Co., Inc. | 2:06-cv-11441-EEF-DEK |
| 13. | 1095121 | Hon, Neil | | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 14. | 1095140 | Howard, Mary | Howard, Ashlei | Carey & Danis, LLC | Curtis, Russell v. Merck & Co., Inc. | 2:05-cv-06735-EEF-DEK |
| 15. | 1095145 | Hoyer, Margaret | | Carey & Danis, LLC | Heet, Barbara v. Merck & Co., Inc. | 2:06-cv-11440-EEF-DEK |
| 16. | 1095152 | Hudson, Bryant | | Carey & Danis, LLC | Montgomery, Ronald v. Merck & Co., Inc. | 2:06-cv-03374-EEF-DEK |
| 17. | 1095161 | Huizenga, Diane | | Carey & Danis, LLC | Erickson, Greg v. Merck & Co., Inc. | 2:06-cv-03745-EEF-DEK |
| 18. | 1095365 | LaFiore, Carmelina | LaFiore, John | Carey & Danis, LLC | Dryer, Bernadette v. Merck & Co., Inc. | 2:06-cv-02103-EEF-DEK |
| 19. | 1095370 | Landers, Jess | | Carey & Danis, LLC | Lands, Ida v. Merck & Co., Inc. | 2:06-cv-04063-EEF-DEK |

1009728v.1

|  | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 20. | 1095381 | Lasely, Rosa |  | Carey & Danis, LLC | Layman, Robert v. Merck & Co., Inc. | 2:06-cv-03372-EEF-DEK |
| 21. | 1095456 | Lopez, Juanita | Lopez, Jose | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 22. | 1095473 | Lucas, Edward |  | Carey & Danis, LLC | Squillace, Joseph v. Merck & Co., Inc. | 2:05-cv-02931-EEF-DEK |
| 23. | 1095521 | Marion, Joseph |  | Carey & Danis, LLC | Lindsey, Michael v. Merck & Co., Inc. | 2:06-cv-03171-EEF-DEK |
| 24. | 1095603 | McKinstry, Dorothy |  | Carey & Danis, LLC | Roles, Loretta v. Merck & Co., Inc. | 2:06-cv-03366-EEF-DEK |
| 25. | 1095751 | Neel, Regina |  | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 26. | 1095752 | Neeley, Robert |  | Carey & Danis, LLC | Neeley, Robert v. Merck & Co., Inc. | 2:06-cv-03381-EEF-DEK |
| 27. | 1095758 | Nemeth, Robert |  | Carey & Danis, LLC | Adams, Eva Lucille v. Merck & Co., Inc. | 2:05-cv-04326-EEF-DEK |
| 28. | 1095836 | Park, Eddie | Park, Ruth | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 29. | 1095860 | Pearson, Betty | Pearson, Vernon | Carey & Danis, LLC | McCarthy, Elizbeth v. Merck & Co., Inc. | 2:06-cv-03172-EEF-DEK |
| 30. | 1095890 | Pickard, Steve |  | Carey & Danis, LLC | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974- |

Page **3** of **5**

1009728v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| | | | | | | EEF-DEK |
| 31. | 1096084 | Russel, Donald | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 32. | 1096093 | Salovich, Charmayne | | Carey & Danis, LLC | Deist, Lorene v. Merck & Co., Inc. | 2:06-cv-09200-EEF-DEK |
| 33. | 1096148 | Scott, William | Scott, Cynthia | Carey & Danis, LLC | Zimmermann, Thelma v. Merck & Co., Inc. | 2:06-cv-01972-EEF-DEK |
| 34. | 1096205 | Smith, Debbie | | Carey & Danis, LLC | Copeland, Vanita v. Merck & Co., Inc. | 2:05-cv-06349-EEF-DEK |
| 35. | 1096221 | Smith, Sadie | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 36. | 1096312 | Tanner, Mayola | | Carey & Danis, LLC | Christ, Darrel v. Merck & Co., Inc. | 2:06-cv-03384-EEF-DEK |
| 37. | 1096339 | Theis, Richard | | Carey & Danis, LLC | Kisty, Andrew v. Merck & Co., Inc. | 2:05-cv-05305-EEF-DEK |
| 38. | 1096367 | Torres, Casimiro | | Carey & Danis, LLC | Romero, Joe v. Merck & Co., Inc. | 2:06-cv-03385-EEF-DEK |
| 39. | 1096414 | Vanskike, Agnes | Vanskike, Rance | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 40. | 1096439 | Volpe, James | | Carey & Danis, LLC | Ricketts, Tom v. Merck & Co., Inc. | 2:06-cv-02153-EEF-DEK |

1009728v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 41. | 1096474 | Ward, Opal | | Carey & Danis, LLC | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| 42. | 1096527 | White, Virginia | | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 43. | 1096537 | Wilbanks, Damon | | Carey & Danis, LLC | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 44. | 1096545 | Williams, Alberta | Williams, Ricardo | Carey & Danis, LLC | Trammel, Velva v. Merck & Co., Inc. | 2:06-cv-10773-EEF-DEK |
| 45. | 1096560 | Williams, Judy | | Carey & Danis, LLC | Harris, Marlene v. Merck & Co., Inc. | 2:05-cv-02580-EEF-DEK |
| 46. | 1096562 | Williams, Lorraine | Brown, Leonetta | Carey & Danis, LLC | Helton, Richard v. Merck & Co., Inc. | 2:06-cv-11443-EEF-DEK |
| 47. | 1096620 | Yell, Bill | | Carey & Danis, LLC | Fife, Sam v. Merck & Co., Inc. | 2:05-cv-06348-EEF-DEK |

1009728v.1

<u>Exhibit B</u>

Deferred Until March 23, 2010

|   | VCN | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption (CMF) | Docket Number (CMF) |
|---|---|---|---|---|---|---|
| 1. | 1095074 | Henrichs, Mark | | Carey & Danis, LLC | Meysami, Glenda v. Merck & Co., Inc. | 2:05-cv-05353-EEF-DEK |
| 2. | 1095219 | Jelden, Todd | Jelden, Lynette | Carey & Danis, LLC | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |

Page **1** of **1**

1009729v.1