UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Leonard Lassig, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-00538 (only as to plaintiff Eugene Baldoni) | * | |

**************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 31 (R. Doc. 22070) came on for hearing on the 26th day of February, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is deferred until March 23, 2010, immediately following the monthly status conference scheduled for 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this   4th   day of           March          , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009730v.1