UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Renewed and Second Motions, Rules and Incorporated Memoranda for Orders to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Material Non-Compliance With The Discovery Requirements of PTO 28 (R.Docs. 24266 and 24269) came on for hearing on the 26th day of February 2010. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order No. 28;

**IT IS FURTHER ORDERED** that on or before March 18, 2010 all plaintiffs on Exhibit B shall produce any missing materials that are required to be produced under PTO 28, including complete medical records from health care providers, pharmacy records, interrogatory responses, and health care provider completeness affidavits. The claims of any plaintiff who does not fully comply with PTO 28 by March 18, 2010 will be dismissed with prejudice at the March 23, 2010 status conference.

1009739v.1

**NEW ORLEANS, LOUISIANA**, this __4th__ day of _____March_____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

# EXHIBIT A – Dismissed With Prejudice

*PTO 28 Material Non-Compliance No. 2*

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Albright, Ann | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 2. | Barrett, Jacqueline | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 3. | Blankenship, Donald | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | Burkey, Robert | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc | 2:06-cv-02212-EEF-DEK |
| 5. | Estep, John | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 6. | Matos-Cruz, Migdalia | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 7. | Mietlowski, Alan | Cellino & Barnes, P.C. | Coles, Patti v. Merck & Co., Inc. | 2:07-cv-02936-EEF-DEK |
| 8. | Melton, Roberta | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 9. | Miller, Charlene | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 10. | Negron, Myriam | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 11. | Petty, Lee | Cellino & Barnes, P.C. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEK-DEK |
| 12. | Shahid, Marge | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 13. | Steerman, Gladys | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 14. | Walker, Renee | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 15. | Webb, Carol | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |

1009740v.1

## EXHIBIT B -- Compliance By March 18, 2010

*PTO 28 Material Non-Compliance No. 2*

|  | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Adams, Mary Ellen | Cellino & Barnes, P.C. & Oldfather Law Firm | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2. | Amiss, Louise | Cellino & Barnes, P.C. & Oldfather Law Firm | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 3. | Butterfield, Myrtle | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4. | Carroll, John | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 5. | Carter, James | Cellino & Barnes, P.C. & Oldfather Law Firm | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 6. | Eddy, Judith | Cellino & Barnes, P.C. & Oldfather Law Firm | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 7. | Edwards, June | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 8. | McMurray, Scott | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 9. | Reilly, James | Cellino & Barnes, P.C. & Oldfather Law Firm | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEK-DEK |