**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| **All Plaintiffs on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and

Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice

for Failure to Comply with the Lone Pine Requirements of PTO 31 (R. Doc. 32579) came on for

hearing on the 26th day of February, 2010.  For the reasons orally assigned, the Court hereby

enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A be and

they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial

Order No. 31.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of _____March_____,

2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009733v.1

# EXHIBIT A

## CLAIMS DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH PRE-TRIAL ORDER NO. 31

|   | Docket Number | Case Name | Plaintiff Name | Plaintiff Counsel |
|---|---|---|---|---|
| 1 | 2:05-cv-04420-EEF-DEK | Baudry, Allen | Davis, Francis W | Zimmerman Reed LLP |
| 2 | 2:06-cv-06999-EEF-DEK | Adames De La Rosa | Gomez Rosado, Maria | Lamb Firm LLC; Quetglas Law Offices; Wood Law Firm |
| 3 | 2:05-cv-06234-EEF-DEK | Amadis-Rosario, Gladys | Gomez, Maria | Quetglas Law Offices; Lamb Firm LLC; Wood Law Firm |
| 4 | 2:05-cv-06259-EEF-DEK | Turner, Dana | Porter, Mary E | Shelley I. Stiles and Associates |
| 5 | 2:05-cv-02510-EEF-DEK | Blanchard, Freddy | Taylor, Marvin H | Kevin S. Laine |