**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx<br><br>PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br><br>*Sheryl Banks, et al. v. Merck & Co., Inc.,* No. 07-3019 (only as to plaintiff Lawrence K. Barry, on behalf of Barbara Barry);<br><br>*Janis Ferrell v. Merck & Co., Inc.,* No. 05-5991;<br><br>*Clarence Abrams, et al. v. Merck & Co., Inc.,* No. 05-5204 (only as to plaintiff Rita Boman); and,<br><br>*Donna Allen, et al. v. Merck & Co., Inc.,* No. 05-4435 (only as to plaintiffs Robert E. Coleman, Jr. and Judy Debose) | * * * * * * * * * * * * * * * * * * * | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

******************************************************************************

**ORDER**

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 31 (R. Doc. 32577) came on for hearing on the 26th day of February, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of plaintiff Lawrence K. Barry, on behalf of Barbara Barry, and plaintiff Judy Debose be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 31.

IT IS FURTHER ORDERED that the claims of plaintiffs Rita Boman, Robert E. Coleman, Sr., and Janis Ferrell be and they hereby are dismissed WITHOUT prejudice.

**NEW ORLEANS, LOUISIANA**, this 4th day of March, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE



1009736v.1