UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *James D. Schneller v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-05382 | * | |

*******************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (R. Doc. 21961) came on for hearing on the 26th day of February, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiff James D. Schneller fully comply with Pre-Trial Order No. 28, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, on or before March 23, 2010, failing which his case will be dismissed with prejudice without further notice.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009731v.1