## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| **This document relates to:** | * |
| | *   MAGISTRATE JUDGE |
| *Leslie Henry v. Merck & Co., Inc.,* **No. 07-7514;** | *   KNOWLES |
| | * |
| *Valerie Rockingham, et al v. Merck & Co., Inc,* **No. 06-7115 (only as to plaintiff John J. Stafisz);** | * |
| | * |
| *Keith Gladden, et al. v. Merck & Co., Inc.,* **No. 06-5996 (only as to plaintiff Patricia Lewis);** | * |
| | * |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* **No. 05-00458 (only as to plaintiff Janice Baum); and** | * |
| | * |
| *Stanley Bethea v. Merck & Co., Inc.,* **No. 05-6775)** | * |

*********************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 24995) came on for hearing on the 26th day of February, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiffs Leslie Henry, John Stafisz, Patricia Lewis, Janice Baum, and Stanley Bethea fully comply with Pre-Trial Order No. 43, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, on or before March 23, 2010, failing which their cases will be dismissed with prejudice without further notice.

1009726v.1

**NEW ORLEANS, LOUISIANA**, this  4th  day of            March            ,
2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009726v.1