UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>                       Plaintiff, <br><br>   vs. <br><br> MERCK SHARP & DOHME CORP., <br><br>                       Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**THIRD AMENDED PRETRIAL ORDER NO. 53**
**(Vioxx AG Schedule Pursuant to Third Amended PTO 53)**

Pursuant to the agreement of the parties, the Court hereby adopts the following amended case mangement schedule that governs the remaining deadlines in this matter.

| | |
|---|---|
| **MARCH 1, 2010** | Responses to Daubert motions shall be filed and served |
| **MARCH 9, 2010** | Replies in support of *Daubert* motions shall be filed and served. <br><br> Responses to summary judgment motions shall be filed and served |
| **MARCH 12, 2010** | Responses to motions *in limine* shall be filed and served |
| **MARCH 15, 2010** | The parties shall serve their deposition designations for witnesses, along with exhibit lists and copies of exhibits they plan to use at trial |
| **MARCH 16, 2010** | Replies in support of summary judgment motions shall be filed and served |
| **MARCH 19, 2010** | Replies in support of motions *in limine* shall be filed and served |

| | |
|---|---|
| **MARCH 23, 2010** | The Court will hear argument on dispositive motions. |
| **MARCH 25, 2010** | The parties shall serve deposition counter designations for witnesses. |
| **MARCH 26, 2010** | The Court will hear argument on the parties' *Daubert* motions and motions *in limine* <br><br> The parties shall appear before the Court for an initial pretrial conference at which trial structure, settlement, and other issues can be discussed. |
| **MARCH 29, 2010** | Objections to exhibits and deposition designations, as well as counter deposition designations, shall be filed |
| **APRIL 5, 2010** | Joint Pre-Trial Report, including proposed findings of fact and conclusions of law and stipulations shall be filed |
| **APRIL 7, 2010** | Final Pre-Trial Conference will occur at 2:00 p.m. |
| **APRIL 12, 2010** | Trial shall begin on April 12, 2010 at **8:30 a.m.** before Honorable Judge Fallon, and shall last for two weeks. Counsel should report to chambers at **8:00 a.m.** |

The remaining sections of Corrected Second Amended Case Management Schedule (R.Doc. 31325) remain in effect.

NEW ORLEANS, LOUISIANA, this ___5th___ day of March, 2010.

_____
DISTRICT JUDGE

1009775v.1