UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Plaintiff Joanne Eldridge,* No. 05-4447 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Emergency Motion for Extension of Time filed by plaintiff Joanne Eldridge and pursuant to the agreement of the parties, (Rec. Doc. No. 34607)

**IT IS ORDERED** that plaintiff Joanne Eldridge be and she hereby is granted an extension of time, until May 24, 2010, in which to fully comply with the requirements of Pre-Trial Order No. 43..

**NEW ORLEANS, LOUISIANA**, this  5th  day of        March       , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1009847v.1