## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Elaine Bossell, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Thomas R. Kimery and Thomas C.* | * | |
| *Kimery, individually and as successors-* | * | |
| *in-interest of the estate of* | * | |
| *Prudence Kimery* | * | |
| | * | |
| *Docket No. 2:05-cv-04132* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Thomas R. Kimery and Thomas C. Kimery, individually and as successors-in-interest of the estate of Prudence Kimery, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLENAS, LOUISIANA, this 5th day of March, 2010.

_____
DISTRICT JUDGE