UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

**Loretta G. Whyte**  500 Poydras St., Room C-151
**Clerk**  New Orleans, LA 70130

March 3, 2010

Mr. Charles R. Fulbruge, III, Clerk  APPEAL NO. 09-31202
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130


IN RE: VIOXX PRODUCTS LIABILITY LITIGATION   MD 05-1657 L  c/w  07-906 L


Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

  ___ 1) Certified copy of the notice of appeal and docket entries.

  ___ 2) Certified copy of notice of a cross-appeal and docket entries.

  ___ 3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

  ___ 4) This case is proceeding in forma pauperis

  ___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

  ___ 6) District Judge entering the final judgment is _____

  ___ 7) Court Reporter assigned to the case _____

  ___ 8) If criminal case, number and names of other defendants on appeal _____

  ___ 9) This case was decided without a hearing; there will be no transcript.

  ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

  _x_ 1) **Certified** Copies record on appeal consisting of:

      ___ Volume(s) of record   ___ Volume(s) transcript

      ___ Volume(s) of depositions

      ___ Container(s) of exhibits ___ Box   ___ Envelope   ___ Folder

  ___ 2) Supplemental record including, _____

  ___ 3) SEALED Doc. _____

  ___ 4) Other: _____

Very truly yours,

By___Alicia Phelps_____
Deputy Clerk