**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*

**MACDONALD, ROTHWEILER, EISENBERG LLP**
1 Bowdoin Square
8th Floor
Boston, MA 02114
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE K. MADDEN,** Individually and as Personal Representative of the Estate of **DANIEL F. MADDEN, JR.,** Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK SHARP & DOHME CORP.** formerly known as **MERCK & CO, INC.,**<br><br>Defendant. | Case No.: 2:07-cv-08062-EEF-DEK<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**NOTICE OF PETITION TO APPROVE WRONGFUL DEATH SETTLEMENT**<br><br>**RETURN DATE: March 24, 2010**<br><br>**FILED ELECTRONICALLY** |

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff, Katherine K. Madden shall move before the Honorable Eldon E. Fallon, U.S.D.J. on Wednesday, March 24, 2010, at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order granting distribution of the settlement proceeds in the above entitled matter.

PLEASE TAKE FURTHER NOTICE that the Plaintiff shall rely on the attached Certification of Attorney Christopher A. Seeger in support of this Petition.

PLEASE TAKE FURTHER NOTICE that oral argument is requested only if the Petition is contested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this Petition.

        Respectfully submitted,

        SEEGER WEISS LLP

BY: _____
        Christopher A. Seeger, Esq
        David R. Buchanan, Esq.
        Seeger Weiss LLP
        550 Broad Street, Suite 920
        Newark, NJ 07102
        *Attorneys for Plaintiff*

        -and-

        MACDONALD, ROTHWEILER, EISENBERG LLP
        1 Bowdoin Square
        8th Floor
        Boston, MA 02114
        *Attorneys for Plaintiff*

Date: March 8, 2010