## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing has been served upon Liaison Counsel, Phillip Wittman and Russ Herman by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657, on March 8, 2010.

True and correct copies of the Petition with exhibits have also been sent this day to the following via regular mail:

Ms. Katherine K. Madden
507A Ridgefield Circle
Clinton, MA 01510

Ms. Claire Madden
21 Orchard Street
Jamaica Plain, MA 02130

Mr. Daniel Madden III
Global Traffic, Inc.
242 West Main Street
Suite 200i
Tustin, CA 92780

Ms. Sarah Madden
2465 Centerville Road
#J17-110
Herndon, VA 20171

Ms. Katherine K. Madden as
Legal Guardian of Emily Madden
507A Ridgefield Circle
Clinton, MA 01510

Respectfully submitted,

By: _____
Christopher A. Seeger, Esq
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
*Attorneys for Plaintiff*

-and-

MACDONALD, ROTHWEILER,
EISENBERG LLP
1 Bowdoin Square
8th Floor
Boston, MA  02114
*Attorneys for Plaintiff*