UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *    SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *    JUDGE ELDON E. FALLON |
|                 Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
|    versus | *    KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|                 Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DOCUMENTS FILED UNDER SEAL**

1. Defendant's Opposition To Plaintiff's Motion For Summary Judgment Regarding The 2002 Vioxx Label;

2. Statement of Disputed Material Facts; and,

2. Exhibits 1 through 12.

1010175v.1