UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum For Entry Of Order Granting Leave To File Opposition To Plaintiff's Motion For Summary Judgment Regarding The 2002 Vioxx Label, Statement Of Disputed Material Facts And Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Opposition To Plaintiff's Motion For Summary Judgment Regarding The 2002 Vioxx Label, Statement of Disputed Material Facts and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                                 _____
                                                                 HONORABLE ELDON E. FALLON
                                                                 UNITED STATES DISTRICT JUDGE

1010172v.1