UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *   SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *   JUDGE ELDON E. FALLON |
|               Plaintiff, | * |
| | *   MAGISTRATE JUDGE |
|     versus | *   KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|               Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION OF MERCK SHARP & DOHME CORP. ("MERCK") TO EXCLUDE TESTIMONY OF JERRY AVORN M.D., AND ACCOMPANYING EXHIBITS UNDER SEAL**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Jerry Avorn, M.D. (Expert Challenge No. 3), and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the deposition testimony of Valerie E. Taylor, D. Pharm. and excerpts and exhibits from the deposition testimony of Jerry Avorn, M.D., which were designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Jerry Avorn, M.D., and accompanying exhibits under seal.

1010162v.1

Dated: March 9, 2010                    Respectfully submitted,


                                        /s/ Dorothy H. Wimberly
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130
                                        Phone:  504-581-3200
                                        Fax:     504-581-3361

                                        Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Jerry Avorn, M.D., And Accompanying Exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of March, 2010.

    /s/ Dorothy H. Wimberly  
    Dorothy H. Wimberly, 18509  
    STONE PIGMAN WALTHER  
    WITTMANN L.L.C.  
    546 Carondelet Street  
    New Orleans, Louisiana  70130  
    Phone:  504-581-3200  
    Fax:     504-581-3361  
    dwimberly@stonepigman.com

    Defendants' Liaison Counsel

1010162v.1