UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>                  Plaintiff, <br><br>    versus <br><br> MERCK SHARP & DOHME CORP., <br><br>                  Defendant. <br><br> Case No. 05-3700. | * <br> * <br> * <br> *    MDL No. 1657 <br> * <br> *    SECTION L <br> * <br> *    JUDGE ELDON E. FALLON <br> * <br> *    MAGISTRATE JUDGE <br> *    KNOWLES <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Jerry Avorn, M.D., And Accompanying Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief In Support Of Motion Of Merck Sharpe & Dohme Corp. ("Merck") To Exclude Testimony Of Jerry Avorn, M.D. under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                                       _____
                                                                       HONORABLE ELDON E. FALLON
                                                                       UNITED STATES DISTRICT JUDGE