UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|     STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|       CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|           Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|     versus | * | KNOWLES |
| | * | |
|     MERCK SHARP & DOHME CORP., | * | |
| | * | |
|           Defendant. | * | |
| | * | |
|     Case No. 05-3700. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF RICHARD A. KRONMAL, PH.D. AND ACCOMPANYING EXHIBITS UNDER SEAL AND FOR ADDITIONAL PAGES**

    Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. (Expert Challenge No. 6) and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include references to exhibits from the deposition testimony of Valerie E. Taylor, D. Pharm., which were designated as confidential. The exhibits to the Taylor deposition include:

- Provider Synergies, LLC February 2002 report on Selective Cyclooxygenase (COX)-2 Inhibitors;

- Provider Synergies, LLC April 2003 report on Nonsteroidal Anti-Inflammatories (NSAIDs);

- Provider Synergies, LLC April 2004 Nonsteroidal Anti-Inflammatories (NSAIDs) Review.

Further, Merck respectfully requests that it be granted five (5) additional pages, for a total of twenty (20) pages for its reply.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and accompanying exhibits under seal and for five (5) additional pages for its reply.

Dated:  March 9, 2010                                    Respectfully submitted,


                                                        /s/ Dorothy H. Wimberly
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER
                                                        WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana  70130
                                                        Phone:  504-581-3200
                                                        Fax:     504-581-3361

                                                        Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and Accompanying Exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1010186v.1