UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and Accompanying Exhibits Under Seal and for Additional Pages,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and accompanying exhibits under seal.

IT IS FURTHER ORDERED that defendant Merck is hereby granted five (5) additional pages for its reply brief.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                                                                               _____
                                                                                                               HONORABLE ELDON E. FALLON
                                                                                                               UNITED STATES DISTRICT JUDGE