UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
|     Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
| versus | *  KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|     Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DOCUMENTS FILED UNDER SEAL</u>**

   1.  Defendant's Reply Brief in Support of Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. (Expert Challenge No. 8); and,

   2.      Exhibits A through E.

1010195v.1