UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
|     Plaintiff, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
|     versus | * | |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief in Support of Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. and Accompanying Exhibits Under Seal and for Additional Pages,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief in Support of Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. and accompanying exhibits under seal.

IT IS FURTHER ORDERED that defendant Merck is hereby granted five (5) additional pages for its reply brief.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                              _____
                                                              HONORABLE ELDON E. FALLON
                                                              UNITED STATES DISTRICT JUDGE