UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|             Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARPE & DOHME CORP., | * | |
| | * | |
|             Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DOCUMENTS FILED UNDER SEAL</u>**

1. Defendant's Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Cornelia Pechmann, Ph.D. (Expert Challenge No. 9); and,

2.     Exhibits A through D.

1010200v.1