UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | * MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * SECTION L |
|     Plaintiff, | * JUDGE ELDON E. FALLON |
| versus | * MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | * |
|     Defendant. | * |
| Case No. 05-3700. | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Cornelia Pechmann, Ph.D. Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Cornelia Pechmann, Ph.D. under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1010199v.1