UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|     Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. * | SECTION L |
|     CALDWELL, JR., Attorney General, * | |
| * | JUDGE ELDON E. FALLON |
|             Plaintiff, * | |
| * | MAGISTRATE JUDGE |
|    versus * | KNOWLES |
| * | |
| MERCK SHARPE & DOHME CORP., * | |
| * | |
|             Defendant. * | |
| * | |
| Case No. 05-3700. * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>DOCUMENTS FILED UNDER SEAL</u>**

    1.  Defendant's Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp.

("Merck") To Exclude Testimony Of Terry D. Leach (Expert Challenge No. 7); and,

    2.       Exhibit 1.

1010210v.1