UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|    Products Liability Litigation | * |
| This Document Relates to: | *   MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *   SECTION L |
|                 Plaintiff, | *   JUDGE ELDON E. FALLON |
| versus | *   MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | * |
|                 Defendant. | * |
| Case No. 05-3700. | * |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply In Support Of Motion to Exclude Testimony of Terry D. Leach And Accompanying Exhibit Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply In Support Of Its Motion to Exclude Testimony of Terry D. Leach and accompanying exhibit under seal.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                                        _____
                                                                         HONORABLE ELDON E. FALLON
                                                                            UNITED STATES DISTRICT JUDGE

1010209v.1