UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX * | |
|    Products Liability Litigation * | |
| * | |
| This Document Relates to: * | MDL No. 1657 |
| * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. * | SECTION L |
|    CALDWELL, JR., Attorney General, * | |
| * | JUDGE ELDON E. FALLON |
|                Plaintiff, * | |
| * | MAGISTRATE JUDGE |
|    versus * | KNOWLES |
| * | |
| MERCK SHARPE & DOHME CORP., * | |
| * | |
|               Defendant. * | |
| * | |
| Case No. 05-3700. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

## DOCUMENTS FILED UNDER SEAL

1. Defendant's Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of John David Abramson (Expert Challenge No. 2); and,

2.    Exhibit 1.

1010284v.1