UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY AND STATEMENTS OF MERCK'S EXPERTS CONCERNING THE SAFETY AND EFFICACY OF VIOXX BASED ON "PERSONAL EXPERIENCE"**

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA  94111.  Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member.  I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the report of Melvin L. Parnell, Jr., M.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of the report of David Curtis, M.D.

861150.1

4. Attached hereto as Exhibit 3 is a true and correct copy of an article by K.E. Truitt, *et al.*, entitled "A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis," published in *Aging Clinical and Experimental Research*, accepted in revised form January 29, 2001.

5. Attached hereto as Exhibit 4 is a true and correct copy of an article by Jeffery R. Lisse, M.D., *et al.*, entitled "Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis," published in the *Annals of Internal Medicine*, October 7, 2003.

6. Attached hereto as Exhibit 5 is a true and correct copy of an article by Arthur L. Weaver, M.D., *et al.*, entitled "Treatment of Patients With Osteoarthritis With Rofecoxib Compared With Nabumetone," published in *The Journal of Clinical Rheumatology*, February 2006.

7. Attached hereto as Exhibit 6 is a true and correct copy of an article by Alan J. Kivitz, M.D., *et al.*, entitled "Efficacy and Safety of Rofecoxib 12.5 mg Versus Nabumetone 1,000 mg in Patients with Osteoarthritis of the Knee: A Randomized Controlled Trial," published in *The Journal of the American Geriatrics Society*, 2004.

8. Attached hereto as Exhibit 7 is a true and correct copy of an article by Thomas J. Schnitzer, *et al.*, entitled "Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in Patients with Osteoarthritis of the Knee. A Combined Analysis of the VACT Studies," published in *The Journal of Rheumatology*, 2005.

9. Attached hereto as Exhibit 8 is a true and correct copy of an article by Gregory P. Geba, M.D., *et al.*, entitled "Efficacy of Rofecoxib, Celecoxib, and Acetaminophen in

Osteoarthritis of the Knee," published in the *Journal of the American Medical Association*, January 2, 2002.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Celebrex entry from the 2002 Physician's Desk Reference.

11. Attached hereto as Exhibit 10 is a true and correct copy of the Celebrex entry from the 2005 Physician's Desk Reference.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Vioxx entry from the 2002 Physician's Desk Reference.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Vioxx entry from the 2005 Physician's Desk Reference.

14. Attached hereto as Exhibit 13 are excerpts from the deposition transcript of Loren Laine, M.D., February 2, 2010, pp. 27:7-11, 238:14-240:2, 242:8-246:19.

15. Attached hereto as Exhibit 14 is a true and correct copy of a memo from MIT for Vioxx to All RBG VPs and Senior Business Directors, plus Attachment A, dated July 28, 2000.

16. Attached hereto as Exhibit 15 is a true and correct copy of contracts between Merck and Loren Laine, M.D., previously marked as Laine Exhibit 2.

17. Attached hereto as Exhibit 16 is a true and correct copy of the April 2002 Vioxx label, previously marked as Kessler Exhibit 11.

18. Attached hereto as Exhibit 17 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.*, entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" published in *The New England Journal of Medicine*, November 23, 2000, previously marked as Curtis Exhibit 18.

861150.1

19. Attached hereto as Exhibit 18 is a true and correct copy of an article by Loren Laine, *et al.*, entitled "Alimentary Tract – A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 – Specific Inhibitor, with that of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis" published in *The American College of Rheumatology*, 1999.

20. Attached hereto as Exhibit 19 is a true and correct copy of an article by Kenneth Saag, M.D., *et al.*, entitled "Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-inflammatory Drugs." Downloaded from www.archfammed.com, December 16, 2009, previously marked as Sales Exhibit 39.

21. Attached hereto as Exhibit 20 are excerpts of the deposition transcript of Alan S. Nies, M.D., March 2, 2005, pp. 647:25-648:3, 650:16-19.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Vioxx May 1999 label from the Physician's Desk Reference, marked as Curtis Exhibit 32.

23. Attached hereto as Exhibit 22 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 66:14-18; 67:1-3.

24. Attached hereto as Exhibit 23 is a true and correct copy of a document regarding Protocol 150, dated February 22, 2001.

25. Attached hereto as Exhibit 24 is a true and correct copy of the rebuttal report of Neil Julie, M.D.

26. Attached hereto as Exhibit 25 is a true and correct copy of an email from Anne Altmeyer to Andreas Moan, Karen Grosser, and Ken Truitt, dated September 20, 2001, previously marked as Curtis Exhibit 7.

861150.1

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 9, 2010, at San Francisco, California.

SARAH R. LONDON