# Exhibit 3

Aging Clin. Exp. Res. 13: 112-121, 2001

# A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis

K.E. Truitt[1], R.S. Sperling[1], W.H. Ettinger Jr.[2], M. Greenwald[3], L. DeTora[1], Q. Zeng[1], J. Bolognese[1], and E. Ehrich[1], for the Phase III Rofecoxib Geriatric Study Group*

[1]Merck Research Laboratories, Rahway, New Jersey, [2]Virtua Health, Marlton, New Jersey, [3]Rancho Mirage, California, USA

ABSTRACT. This 6-week study was conducted to test the efficacy, safety, and tolerability of rofecoxib (a selective COX-2 inhibitor) compared to nabumetone (a non-selective NSAID) and placebo in osteoarthritis (OA) patients aged 80 and older. Three hundred forty-one patients, mean age 83 years, were randomized. Allocations were made in an approximately 1:2:1:2 ratio (placebo: 12.5 mg rofecoxib: 25 mg rofecoxib: 1500 mg nabumetone). Least square mean changes from baseline in the primary efficacy endpoint, Patient Global Assessment of Disease Status, were as follows (with negative numbers indicating improvement): -14.85 mm for placebo; -25.34 mm for 12.5 mg rofecoxib; -25.40 mm for 25 mg of rofecoxib; and -25.95 mm for nabumetone ($p<0.001$ for all active treatments vs placebo.) Results from secondary endpoints, including the 3 WOMAC sub-scales (pain, stiffness, and disability) and the Investigator Global Assessment of Disease Status, were consistent with those for the primary endpoint. No significant between-group differences were observed in the proportions of patients who discontinued treatment due to either clinical or laboratory adverse experiences. Renal safety (edema and hypertension adverse experiences) was similar for rofecoxib and nabumetone. No gastroduodenal ulcers occurred; however, the demonstration of gastrointestinal risk with rofecoxib or nabumetone was beyond the scope of this trial. We conclude that in patients 80 years and older, rofecoxib, 12.5 mg and 25 mg once daily, demonstrated clinical efficacy for the treatment for OA as did 1500 mg of nabumetone. Rofecoxib and nabumetone were generally well tolerated in this elderly population.
(Aging Clin. Exp. Res. 13: 112-121, 2001)
©2001, Editrice Kurtis

## INTRODUCTION

Eighty percent of Americans over age 65 have X-ray evidence of osteoarthritis (OA), and, by the age of 80, virtually all individuals will have radiographic changes consistent with OA (1). Non-selective non-steroidal anti-inflammatory drugs (NSAIDs) are frequently prescribed for symptomatic relief of OA in the elderly. In fact, NSAIDs are the eighth most commonly prescribed drug class for patients over age 65 (2), and half of all NSAID prescriptions in this age group are given for OA (3). Although frequently used, NSAIDs are associated with substantial toxicity, most notably gastrointestinal (GI) (4). Age is a risk factor for NSAID-associated GI toxicity (4), and may also be a risk factor for other NSAID toxicities [renal, hepatic, central nervous system (CNS), hematologic, and dermatologic] (5).

Rofecoxib [MK-0966, VIOXX®, Merck & Co., Inc.), 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone], is a newly introduced selective cyclo-oxygenase-2 (COX-2) inhibitor. In the general population, rofecoxib has been shown to have equivalent anti-inflammatory and analgesic efficacy to non-selective

*Information in this manuscript was presented in part at the 1999 Annual European Congress of Rheumatology (EULAR). Investigators and centers participating in this trial are listed in the Appendix.

Key words: Advanced elderly, COX-2 inhibitors, safety, osteoarthritis.

Correspondence: R.S. Sperling, M.D., Merck Research Laboratories, 126 East Lincoln Avenue (RY 32-305), Rahway, New Jersey 07065, USA. E-mail: rhoda_sperling@merck.com

Received October 6, 2000; accepted in revised form January 29, 2001.

NSAIDs for the treatment of OA (6, 7), but with a significant reduction in serious gastroduodenal mucosal injury (8-14). However, there is little experience with the use of rofecoxib in the very old. The current study was undertaken to verify the safety, tolerability and efficacy of rofecoxib as compared to nabumetone and placebo in an extreme elderly patient group, defined as age 80 years and older.

## SUBJECTS AND METHODS

### Study population

Men and women aged 80 years and older were eligible if they met both clinical and radiographic criteria for the diagnosis of OA of either the knee (tibio-femoral joint) or hip. All eligible patients had a knee or hip designated as the primary study joint. If both knees and hips were affected, the most painful joint was designated the study joint, and evaluated for patient inclusion and response to therapy. Inclusion criteria required pain in the study joint to be present for at least 6 months prior to screening, and clinical symptoms in the study joint had to be confirmed by the presence of radiographic findings (joint space narrowing in a hip, and joint space narrowing and osteophytes in a knee). All patients were American College of Rheumatology Functional Classes I, II, or III. Patients were required to have a history of positive therapeutic benefit from NSAIDs (including salicylates) or acetaminophen, and to have taken this therapy on 20 or more of the previous 30 days. Ongoing use of low-dose aspirin, up to 325 mg daily, was permitted. Patients were also required to score 24 or greater on the 30-question (0-30 score) Mini-Mental Status Examination (MMSE) at screening (15). In addition, in order to reduce potential patient discontinuations due to either non-compliance or difficulty in swallowing tablets, all patients were required to swallow a test dose of placebo without substantial difficulty.

### Study setting

The study was conducted in 48 community and university outpatient centers in the United States. All patients were ambulatory. None resided in nursing homes.

### Study design

The study was approved by Institutional Review Boards for all participating centers. After giving written informed consent, all potential participants had a screening evaluation. For those patients on pre-study NSAIDs, the study employed a pre-allocation NSAID washout with a subsequent flare assessment. Eligibility to enter the pre-allocation washout required an initial Patient Global Assessment of Disease Status of <90 mm, on a 100-mm visual analog scale (VAS) from 0=very well to 100=very poor. Subsequently, patients had a brief (3-5 day) NSAID washout period followed by a baseline visit. Eligibility for allocation required a post-washout Patient Global Assessment of Disease Status of ≥40 mm. Patients who did not take pre-study NSAIDs, but instead used acetaminophen to treat their OA symptoms were also enrolled. These patients did not undergo any washout. Eligible patients who were taking pre-study acetaminophen were required to give consistent Patient Global Assessment of Disease Status (≥40 mm and <90 mm) at both screening and baseline (allocation) visits.

Patients were excluded for a prior history of inflammatory arthritis (including rheumatoid arthritis), acute ligamentous or meniscal injury to the study joint within the past 18 months, or arthroscopy within 4 months of screening. Patients who received intra-articular or systemic corticosteroids within 3 months of study entry were also excluded. Patients with other medical conditions or laboratory abnormalities which either contraindicated the use of NSAIDs or were potential confounders of the safety evaluation were also excluded: patients with angina or congestive heart failure with symptoms at rest; patients with serum creatinine greater than 2.0 mg/dL or estimated creatinine clearances ≤30 mL/min [Men: (140-age) x weight (kg)/(serum creatinine) (mg/dL) x 72; Women: (0.85) (140-age) x weight (kg)/(serum creatinine) (mg/dL) x 72]; uncontrolled hypertension; active gastrointestinal bleeding within the past three months; a history of leukemia, lymphoma, or myeloproliferative disease; or hypersensitivity to aspirin or NSAIDs. Patients were excluded if any one of three pre-allocation stool-guaiac tests were positive.

Patients were randomized by a centralized computer-generated allocation schedule to one of four study arms: placebo once daily; rofecoxib 12.5 mg once daily; rofecoxib 25 mg once daily; or nabumetone 1500 mg once daily. Prospectively-targeted treatment group sizes were: placebo, 50 patients; 12.5 mg rofecoxib, 100 patients; 25 mg rofecoxib, 50 patients; and nabumetone 1500 mg, 100 patients. The intent of this design was to maximize patient exposure to 12.5 mg rofecoxib, the primary clinical dose for treating OA (6, 7), and to gain meaningful experience with an active comparator. The placebo and 25 mg rofecoxib treatment groups were of smaller size for several reasons: to limit treatment with ineffective placebo; to limit exposure to higher doses of rofecoxib since there was little available safety information in the advanced elderly; and to

reduce the sample size because of anticipated difficulties in recruiting a large number of frail elderly patients. Double-dummy blinding was used: nabumetone and placebo were identically encapsulated and rofecoxib tablets had matching placebos. Randomization was stratified according to low-dose aspirin use and study site.

Clinical evaluations were performed at screening, baseline (allocation), and following 1, 2, 4, and 6 weeks of study therapy. If possible, patients were assessed by the same examiner. Patients underwent a post-study safety assessment, including physical examination and laboratory tests 7-10 days after completing the trial. During the treatment period, patients were provided with acetaminophen tablets (325 mg) as rescue medication for breakthrough OA pain. Acetaminophen use (number of tablets) was recorded.

### Efficacy endpoints

The primary efficacy endpoint used to assess response to therapy was the Patient Global Assessment of Disease Status. Patients were asked "Considering all of the ways your arthritis effects you, mark (X) through the line for how well you are doing." Patients placed an "X" on a 0-100-mm VAS ranging from 0 mm = "very well" to 100 mm = "very poor". Other efficacy measurements included: 1) the Western Ontario and McMaster Universities (WOMAC) Osteoarthritis Index (16) [three sub-scales: Pain (a composite of 5 questions each measured on a 0-100 VAS ranging from 0 mm = "no pain" to 100 mm = "extreme pain"; Stiffness (a composite of 2 questions each measured on a 0-100 VAS ranging from 0 mm = "no stiffness" to 100 mm = "extreme stiffness"; and Physical Function (a composite of 17 questions each measured on a 1-100 VAS ranging from 0 mm = "no difficulty" to 100 mm = "extreme difficulty")]; 2) an Investigator Global Assessment of Disease Status measured on a 5-point Likert scale ranging from 0 (very well) to 4 (very poor); 3) discontinuations due to lack of efficacy or toxicity; and 4) joint tenderness. Whether the treatment effect was sustained throughout the dosing interval (24 hours) was indirectly assessed by two of the questions from the WOMAC sub-scales ("pain at night" and "morning stiffness").

### Safety evaluations

At each assessment, investigators determined if a patient had incurred any adverse experiences (AE). These were assessed based on available information including patient interim histories, changes in vital signs, physical findings, and clinical laboratory values. Ultimately, determination of AE was in the subjective opinion of the blinded investigator. Events were reviewed by the blinded investigator and rated by intensity (mild, moderate, or severe) and relationship to study treatment (definitely, probably, possibly, probably not, and definitely not study-drug related).

Per protocol, physical examinations, vital signs, and weight were obtained at each study visit. Stool guaiac was obtained at baseline, and then repeated only "for cause". Clinical laboratory evaluations [complete blood count (with differential and platelet count), a blood chemistry panel (which included electrolytes, calcium, albumin, total protein, SGOT(AST), SGPT(ALT), alkaline phosphatase, total bilirubin, BUN, creatinine, glucose, and uric acid), and a chemstrip urinalysis (for protein, glucose, pH, red and white blood cells)] were obtained at each visit. All laboratory testing was performed at a central laboratory.

### Statistical analysis

The primary efficacy analysis assessed change from baseline (randomization) following 6 weeks of study therapy. For those patients who did not complete the study, the change from baseline at their last observation was used. An analysis of covariance (ANCOVA) based on the intention-to-treat principle was performed. The model included terms for treatment, study site, aspirin-use stratum, and baseline covariate. Least squares means (with Standard Errors) were generated from the ANCOVA model and used to summarize the efficacy data. To assess safety, the incidence of adverse experiences was compared among pairs of treatment groups using Fisher's exact test. All statistical tests were two-tailed, and $p$-values less than 0.05 were considered significant.

At outset, the study had 90% power to detect a difference of 13 mm on the Patient Global Assessment of Disease Status (100-mm VAS) between rofecoxib and placebo treatment groups ($\alpha=0.05$, two-tailed). Calculations were based on observed data in an earlier OA study (6, 7). Because of clinical logistic issues, the sample size was not large enough for the study to have the power to determine if numerically small differences in AE rates were statistically significant. However, the sample sizes of placebo patients (N=50) and 12.5 mg rofecoxib patients (N=100) would have the power to detect significant differences (at $\alpha=0.05$, two-tailed) if the respective true AE rates for placebo and rofecoxib were, for example, 0.05 and 0.24 (3 patients on placebo and 24 patients on rofecoxib 12.5 mg, respectively); 0.10 and 0.31 (3 patients on placebo and 31 patients on rofecoxib 12.5 mg, respectively); 0.15 and 0.38 (8 patients on placebo and 38 patients on rofecoxib 12.5 mg, respectively); or 0.20 and 0.44 (10 patients on placebo and 24 patients on rofecoxib 12.5 mg, respectively).

K.E. Truitt, R.S. Sperling, W.H. Ettinger Jr., et al.

## RESULTS

Of 461 patients screened, 341 were enrolled in the study. The most frequent reasons for ineligibility following screening were: medical conditions (e.g., symptoms of CHF at rest, uncontrolled hypertension, a GI bleed within the past three months) in 25.8%; lack of radiographic confirmation of OA in 23.3%; and significant laboratory or physical abnormalities which contraindicated participation in a blinded clinical trial in 19.2%. Of those randomized, baseline characteristics (Table 1) and mean baseline values for efficacy measurements were similar among treatment groups. Important co-morbid conditions and concomitant medications are summarized in Table 2.

### Efficacy

Two hundred ninety-two (86%) patients completed the 6-week study (Table 3). A greater proportion of patients in the placebo group discontinued due to lack of efficacy when compared to any of the active treatment groups (11.5%, 1.7%, 0%, and 1.7% in the

Table 1 - *Patient's characteristics at baseline.**

| Characteristic | Placebo (N=52) | Rofecoxib 12.5 mg (N=118) | Rofecoxib 25 mg (N=56) | Nabumetone 1500 mg (N=115) | Overall (N=341) |
|---|---|---|---|---|---|
| Age, years Mean (Range) | 83.0 (80-93) | 83.3 (80-95) | 83.8 (80-93) | 83.1 (80-92) | 83.0 (80-95) |
| Age 80-84, Number (%) | 37 (71.2) | 82 (69.5) | 35 (62.5) | 81 (70.4) | 235 (68.9) |
| Age 85-89 Number (%) | 13 (25.0) | 32 (27.1) | 19 (33.9) | 31 (27.0) | 95 (27.9) |
| Age 90-99 Number (%) | 2 (3.8) | 4 (3.4) | 2 (3.6) | 3 (2.6) | 11 (3.2) |
| **Gender** | | | | | |
| Female Number (%) | 34 (65.4) | 77 (65.3) | 32 (57.1) | 74 (64.3) | 217 (63.6) |
| Male Number (%) | 18 (34.6) | 41 (34.7) | 24 (42.9) | 41 (35.7) | 124 (36.4) |
| Height, cm Mean (SD) | 162.4 (9.9) | 163.8 (10.9) | 164.4 (9.3) | 162.4 (10.3) | 163.2 (10.3) |
| Weight, kg Mean (SD) | 73.0 (11.8) | 74.8 (16.3) | 71.1 (15.1) | 74.6 (15.1) | 73.8 (15.1) |
| Duration of OA, years Mean (SD) | 12.3 (10.5) | 17.0 (14.5) | 14.0 (11.0) | 14.6 (10.8) | 15.0 (12.3) |
| **Primary Study Joint*** | | | | | |
| Hip Number (%) | 15 (28.8) | 34 (28.8) | 21 (37.5) | 37 (32.2) | 107 (31.4) |
| Knee Number (%) | 37 (71.2) | 84 (71.2) | 35 (62.5) | 78 (67.8) | 234 (68.6) |
| **Pre-study therapy for OA** | | | | | |
| NSAID Number (%) | 40 (76.9) | 89 (75.4) | 43 (76.8) | 86 (74.8) | 258 (75.7) |
| Acetaminophen Number (%) | 12 (23.1) | 29 (24.6) | 13 (23.2) | 29 (25.2) | 83 (24.3) |
| MMSE Mean number of correct responses (0-30 scale) (SD) | 28.7 (1.4) | 28.5 (1.5) | 27.9 (1.6) | 28.3 (1.5) | 28.4 (1.5) |

*Verified by radiographic findings consistent with OA.

Table 2 - *Important co-morbidities and concomitant medications.*

| | Placebo (N=52) | | Rofecoxib 12.5 mg (N=118) | | Rofecoxib 25 mg (N=56) | | Nabumetone 1500 mg (N=115) | |
|---|---|---|---|---|---|---|---|---|
| | N | (%) | N | (%) | N | (%) | N | (%) |
| **Medical conditions** | | | | | | | | |
| Hypertension | 26 | (50.0) | 55 | (46.6) | 27 | (48.2) | 56 | (48.7) |
| Hypothyroidism | 14 | (26.9) | 16 | (13.6) | 5 | (8.9) | 23 | (20.0) |
| History of gastroduodenal ulcer or upper GI bleed | 7 | (13.5) | 11 | (9.3) | 10 | (17.9) | 7 | (6.1) |
| History of angina | 7 | (13.5) | 11 | (9.3) | 5 | (8.9) | 10 | (8.7) |
| History of myocardial infarction | 8 | (15.4) | 9 | (7.6) | 10 | (17.9) | 9 | (7.8) |
| History of coronary artery disease | 6 | (11.5) | 5 | (4.2) | 4 | (7.1) | 9 | (7.8) |
| Drug allergy | 13 | (25.0) | 25 | (21.2) | 12 | (21.4) | 30 | (26.1) |
| Osteoporosis | 11 | (21.2) | 25 | (21.2) | 11 | (19.6) | 25 | (21.7) |
| **Concomitant medications** | | | | | | | | |
| Antacids | 18 | (34.6) | 35 | (29.7) | 23 | (41.1) | 26 | (22.6) |
| ACE inhibitors | 9 | (17.3) | 17 | (14.4) | 9 | (16.1) | 17 | (14.8) |
| β-blockers | 10 | (19.2) | 22 | (18.6) | 11 | (19.6) | 19 | (16.5) |
| Diuretics | 13 | (25.0) | 35 | (29.7) | 18 | (32.1) | 36 | (31.3) |
| Calcium antagonist | 12 | (23.1) | 29 | (24.6) | 11 | (19.6) | 20 | (17.4) |
| Thyroid therapy | 12 | (23.1) | 14 | (11.9) | 5 | (8.9) | 24 | (20.9) |
| Aspirin* | 19 | (36.5) | 38 | (32.2) | 23 | (41.1) | 32 | (27.8) |
| Vitamin E | 13 | (25.0) | 23 | (19.5) | 13 | (23.2) | 17 | (14.8) |

* Low-dose aspirin: up to 325 mg/day for cardioprotective/antiplatelet effects.

placebo, rofecoxib 12.5 mg, rofecoxib 25 mg, and nabumetone groups, respectively, $p \leq 0.012$).

Table 4 summarizes efficacy for primary and secondary endpoints. Compared with placebo, rofecoxib 12.5 and 25 mg (both individually and combined) as well as nabumetone demonstrated significantly greater improvement on the primary measurement, Patient Global Assessment of Disease Status: for rofecoxib 12.5 and 25 mg *vs* placebo, the least square mean difference was -10.5 mm ($p=0.013$ and $p=0.03$, respectively), and for nabumetone *vs* placebo it was -11.10 mm ($p=0.009$). Both patients and investigators gave consistent assessments indicative of clinical improvement. A time-course analysis of changes in both

Table 3 - *Patient enrollment, completion, and discontinuation.*

| | Treatment group | | | |
|---|---|---|---|---|
| Patient status | Placebo (N=52) | Rofecoxib 12.5 mg (N=118) | Rofecoxib 25 mg (N=56) | Nabumetone 1500 mg (N=115) |
| Completed, N (%) | 43 (82.6%) | 101 (85.6%) | 48 (85.7%) | 100 (87.0%) |
| Discontinued, N (%) | 9 (17.3%) | 17 (14.4%) | 8 (14.3%) | 15 (13.0%) |
| Clinical or lab experience (AE) | 1 (1.9%) | 9 (7.6%) | 5 (8.9%) | 8 (7.0%) |
| Lack of efficacy* | 6 (11.5%) | 2 (1.7%)* | 0 (0.0%)* | 2 (1.7%)* |
| Other† | 2 (3.8%) | 6 (5.1%) | 4 (7.1%) | 5 (4.3%) |

* $p<0.05$ for both rofecoxib (12.5 mg and 25 mg) and nabumetone *vs* placebo.
† Other reasons included deviations from protocol, withdrawal of consent, and lost to follow-up.

Table 4 - *Efficacy endpoints: Least square mean change from baseline\*.*

| Efficacy endpoint | Placebo (N=52) | Rofecoxib 12.5 mg (N=118) | Rofecoxib 25 mg (N=56) | Nabumetone 1500 mg (N=115) |
|---|---|---|---|---|
| **Primary endpoint** | | | | |
| Patient Global Assessment of Disease Status (100-mm VAS) | -14.85 (-23.34, -6.37) | -25.34† (-31.60, -19.07) | -25.40† (-33.78, -17.02) | -25.95† (-32.58, -19.33) |
| **Secondary endpoints** | | | | |
| Investigator Global Assessment of Disease Activity (0-4 Likert) | -0.42 (-0.73, -0.11) | -0.91† (-1.14, -0.69) | -1.06† (-1.37, -0.76) | -0.90† (-1.15, -0.66) |
| WOMAC – Physical Function sub-scale (100-mm VAS)‡ | -5.51 (-12.05, 1.04) | -13.93† (-18.82, -9.04) | -13.61† (-20.07, -7.14) | -14.42† (-19.53, -9.31) |
| WOMAC – Pain sub-scale§ (100-mm VAS) | -5.02 (-12.27, 2.22) | -14.11† (-19.52, -8.70) | -15.40† (-22.56, -8.24) | -13.69† (-19.36, -8.03) |
| WOMAC – Stiffness sub-scale‖ (100-mm VAS) | -4.36 (-12.25, 3.52) | -15.47† (-21.36, -9.58) | -17.39† (-25.18, -9.60) | -16.19† (-22.35, -10.03) |
| Study joint tenderness (0 to 3 scale) | -0.22 (-0.47, 0.04) | -0.63† (-0.82, -0.43) | -0.65† (-0.90, -0.39) | -0.49† (-0.69, -0.29) |
| Acetaminophen usage for rescue (tabs/day) | 1.34 (1.01, 1.66) | 0.85† (0.61, 1.09) | 0.86† (0.54, 1.18) | 0.90† (0.65, 1.15) |

\*95% confidence intervals for LS means given in parentheses.
† $p<0.05$ vs placebo.
‡ Numbers represent the average response on 17 individual physical function questions (100-mm VAS scale).
§ Numbers represent the average response on 5 individual pain questions (walking, stairs, night, sitting, standing) (100-mm VAS scale).
‖ Numbers represent the average response to two questions (100-mm VAS scale).

Patient and Investigator Global Assessments of Disease Status confirmed the robustness of these results (Figs. 1 and 2). The mean response of treatment across time was relatively consistent in each active treatment group over the 6-week study. Analysis of the slope over the 6-week study also corroborated the consistency of the treatment effect over time, i.e., treatment effects were maintained at a generally constant level.

All three WOMAC sub-scales (pain, stiffness, and physical function) demonstrated significant and similar treatment responses for rofecoxib (both 12.5 and 25 mg) and nabumetone (*vs* placebo). Results of individual WOMAC questions ("pain at night" and "morning stiffness" questions) were consistent with results from corresponding composite sub-scales.

*Safety*

Twenty-one (6.2%) patients discontinued due to clinical AEs (Table 3); the most common events leading to discontinuation were gastrointestinal in nature. These were predominantly nuisance (dyspeptic) symptoms (e.g., heartburn, nausea, and diarrhea) without documented etiology. Three exceptions were: a case of gastritis and duodenal erosions, on 12.5 mg rofecoxib (post-randomization day 6); an episode of occult blood in the stool on 25 mg rofecoxib (post-randomization day 29); and a case of bright red blood per rectum on nabumetone (post-randomization day 29).

Discontinuation due to changes in laboratory values was uncommon and occurred in only two patients (Table 3). One (on 12.5 mg rofecoxib) stopped treatment due to an increase in serum creatinine. This patient was an 82-year-old woman whose value rose from 1.6 mg/dL at randomization to 1.9 mg/dL after 7 days on treatment. The other case (on 25 mg rofecoxib) was a discontinuation due to elevated transam-

Table 5 - *Clinical adverse events ≥5% incidence in any treatment group.*

| Clinical adverse events | Placebo (N=52) | Rofecoxib 12.5 mg (N=118) | Rofecoxib 25 mg (N=56) | Nabumetone 1500 mg (N=115) |
|---|---|---|---|---|
| Lower extremity edema (N, %) | 3 (5.8%) | 9 (7.6%) | 3 (5.4%) | 5 (4.3%) |
| Upper respiratory infection (N, %) | 5 (9.6%) | 6 (5.1%) | 4 (7.1%) | 7 (6.1%) |
| Constipation (N, %) | 1 (1.9%) | 2 (1.7%) | 3 (5.4%) | 1 (0.9%) |
| Diarrhea (N, %) | 2 (3.8%) | 6 (5.1%) | 2 (3.6%) | 9 (7.8%) |
| Nausea (N, %) | 1 (1.9%) | 4 (3.4%) | 3 (5.4%) | 5 (4.3%) |
| Headache (N, %) | 0 (0.0%) | 2 (1.7%) | 3 (5.4%) | 3 (2.6%) |
| Rash (N, %) | 1 (1.9%) | 0 (0.0%) | 3 (5.4%) | 4 (3.5%) |
| Urinary tract infection (N, %) | 0 (0.0%) | 7 (5.9%) | 2 (3.6%) | 2 (1.7%) |

inases. The patient was also an 82-year-old woman; after 8 days, her serum alanine aminotransferase (ALT) rose from 29 to 42 mIU/mL, and her aspartate aminotransferase (AST) rose from 37 to 43 mIU/mL.

Table 5 lists the most frequently reported AEs, regardless of the investigators' assessments of relationship to study drug, occurring with an incidence of at least 5.0% in any treatment group. The majority of these events were assessed as mild to moderate in intensity, and resolved with continuing study treatment. Notably, no dose relationship was seen for rofecoxib 12.5 and 25 mg in the overall incidence of lower extremity edema. Serious AEs occurred in 7 (5.9%), 1 (1.8%), and 5 (4.3%) patients in the 12.5 and 25 mg rofecoxib, and nabumetone groups, respectively. These are events that resulted in death, hospitalization or prolongation of hospitalization, any malignancy, or episodes assessed as life-threatening. No such events were observed on placebo. No gastroduodenal perforations, ulcers or hemorrhages occurred in the study.

While the gastrointestinal effects of NSAIDs are most prominent, renal and vascular effects are also important. Table 6 lists the incidence of specific AEs, corresponding with edema or hypertension, and assessed by blinded investigators as possibly, probably, or definitely related to study drug. None of these events resulted in a patient discontinuing the study. Two cases of congestive heart failure occurred in a patient on nabumetone (Table 6). Mean changes in blood pressure (systolic and diastolic) from baseline over the 6-week study period are summarized in Figures 3a and 3b. The effects were generally similar across treatment groups. The mean change in serum creatinine from baseline over the 6-week study period showed no differences between treatment groups. While no meaningful changes from baseline were seen for mean serum creatinine values (maximum mean change from baseline <0.1 mg/dL), one patient (discussed above) discontinued for such an event. There were no cases of acute renal failure.

## DISCUSSION

This study validated the efficacy and general safety of rofecoxib in the very old with hip or knee OA. While the most important advantage of selective COX-inhibitors over non-selective NSAIDs is a relative risk reduction for upper GI perforation, ulceration and bleeding events (PUBs), detecting such findings

Table 6 - *Drug-related hypertension and edema adverse experiences.*

| Clinical adverse events | Placebo (N=52) N (%) | Rofecoxib 12.5 mg (N=118) N (%) | Rofecoxib 25 mg (N=56) N (%) | Nabumetone 1500 mg (N=115) N (%) |
|---|---|---|---|---|
| Edema | 0 (0.0%) | 0 (0.0%) | 1 (1.8%) | 0 (0.0%) |
| Fluid retention | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (0.9%) |
| Lower extremity edema | 1 (1.9%) | 5 (4.2%) | 2 (3.6%) | 2 (1.7%) |
| Peripheral edema | 0 (0.0%) | 0 (0.0%) | 1 (1.8%) | 0 (0.0%) |
| Congestive heart failure | 0 (0.0%) | 0 (0.0%) | 0 (0.0%) | 1 (0.9%) |
| Blood pressure increased | 0 (0.0%) | 0 (0.0%) | 1 (1.8%) | 2 (1.7%) |

K.E. Truitt, R.S. Sperling, W.H. Ettinger Jr., et al.



Figure 1 - *Mean change in Patient Global Assessment of Disease Status from baseline. Score based on a 100-mm Visual Analog Scale (VAS) ranging from 0 mm (very well) to 100 mm (very poor).*
S: Screening visit; R: Randomization visit/baseline.
$p<0.05$ for all active treatments compared to placebo.



Figure 2 - *Mean change in Investigator Global Assessment of Disease Status from baseline. Score based on 5-point Likert scale ranging from 0 (very well) to 4 (very poor).*
S: Screening visit; R: Randomization visit/baseline.
$p<0.05$ for all active treatments compared to placebo.

was not the aim, or within the scope, of the trial. Rather, the current study was designed to provide comparative efficacy and safety information to nabumetone. Nabumetone was chosen as the active comparator because its safety profile, including gastrointestinal safety, has made it one of the most frequently prescribed NSAIDs in the elderly (17-19). The current study identified no potential safety issues that would contraindicate the use of either rofecoxib or nabumetone in a geriatric population. The 6-week time frame represents a reasonable duration for detecting acute-onset side effects; subsequent experience will better define any chronic issues.

The elderly have been under-represented in arthritis clinical trials (20), and the specific demonstration of drug safety and efficacy in an advanced elderly population is a challenge. This was the first, large-scale clinical trial involving NSAID/NSAID-like agent(s) in OA patients, specifically aged 80 years and older. Endpoints for the evaluation of OA therapies have not been extensively validated in a geriatric patient population (21). In this study, all of the primary and secondary efficacy endpoints showed consistent treatment effects. This demonstrates the responsiveness and the discriminant validity of traditional OA efficacy measures in the elderly, and supports the use of the WOMAC and standard global assessments as endpoints for studying patients 80 years and older.



Figure 3a - *Mean change in diastolic blood pressure (mmHg) from baseline.*
S: Screening visit; R: Randomization visit/baseline.
$p<0.05$ for all active treatments compared to placebo.



Figure 3b - *Mean change in systolic blood pressure (mmHg) from baseline.*
S: Screening visit; R: Randomization visit/baseline.
$p<0.05$ for all active treatments compared to placebo.

The current study enrolled elderly outpatients, mobile and functional enough to comply with study visits, and thus, results can only be generalized to a like population. Patients with debilitating functional impairment, and substantial comorbidity were excluded per-protocol, or under-represented for reasons of practicality. Nevertheless, treatment with rofecoxib and nabumetone did not precipitate clinical destabilization in elderly patients, with a representative frequency of coexisting medical conditions.

Serious cardiovascular AEs were rare, and did not show any dose-related increase with 25 vs 12.5 mg daily rofecoxib. The combined rate for both rofecoxib doses (valid because of no dose-related increase in incidence rate) was less than that for nabumetone. While non-selective NSAIDs may inhibit platelet aggregation (by COX-1 inhibition) (22), selective COX-2 inhibitors such as rofecoxib do not have this mechanism-based potential for cardioprotective benefits. Therefore, continuation of low-dose aspirin (for cardioprotection, anti-platelet effects and other indications) would seem appropriate when initiating treatment with rofecoxib. In this study, approximately one-third of patients took concomitant, cardioprotective, low-dose aspirin (up to 325 mg daily); a separate clinical study has shown that rofecoxib does not interfere with the anti-platelet effects of 81 mg aspirin once a day (23).

Subtle effects on blood pressure, serum creatinine and fluid balance are known effects of NSAIDs (24-30). In the present trial, significant between-group differences were not observed for changes in blood pressure (not shown), and no patient discontinued due to hypertension. Because patient numbers were small, and the study was of a limited duration, one cannot rule out the potential for clinically important effects in selected individuals. Likewise, mean changes in serum creatinine were <0.1 mg/dL; nonetheless, increases can occur in particular patients, best illustrated by the one discontinuation due to an elevated creatinine. While edema was reported as an AE, no patients stopped treatment due to edema. One episode of congestive heart failure was observed in a patient on nabumetone.

Given the reduced risk of GI ulceration with selective COX-2 inhibitors in comparison to non-selective NSAIDs, compounds such as rofecoxib are likely to be increasingly prescribed to older individuals. The results of this study should provide reassurance as to the general efficacy, safety and tolerability of COX-2 inhibition in the advanced elderly. Effects seen with both 12.5 and 25 mg rofecoxib once daily were similar to those seen with nabumetone (1500 mg daily), and as with any drug, using the lowest clinically effective dose would seem prudent.

## ACKNOWLEDGEMENTS

This study was funded by Merck Research Laboratories, Merck & Co., Inc. (West Point, PA, USA).

## APPENDIX

The following physicians participated as clinical investigators for this study:

J. Box, Charlotte, NC; J. Caldwell, Gainesville, FL; L. Cohen, Sarasota, FL; L. Corn, Sarasota, FL; F. Dietz, Rockford, IL; R.K. Dore, Anaheim, CA; W.M. Edwards, North Charleston, SC; H.W. Emori, Medford, OR; M.P. Ettinger, Stuart, FL; W. Ettinger, Winston-Salem, NC; M. Farmer, St. Petersburg, FL; B.F. Germain, Tampa, FL; E. Gillie, Fort Meyers, FL; M. Greenwald, Rancho Mirage, CA; W.B. Gruhn, Charlotte, NC; M.L. Hill, San Antonio, TX; P.A. Holt, Baltimore, MD; L. Hopkins, Winter Park, FL; M. Jurado, Boynton Beach, FL; S. Kafka, Rochester, NY; G.S. Kerr, Washington, DC; M.R. Lee, Falls Church, VA; T. Lefton, Melbourne, FL; R. Levin, Palm Harbor, FL; A. Marcadis, Boynton Beach, FL; J. McKay, Tulsa, OK; S. Miller, Las Vegas, NV; J. Morley, St. Louis, MO; J. Neal, Lexington, KY; M. Nunez, St. Petersburg, FL; C.M. Neuwelt, San Leandro, CA; D.K. Norden, Norristown, PA; H. Offenberg, Daytona Beach, FL; A. Pitterman, Las Vegas, NV; H. Resnick, Lake Jackson, TX ; P. Ripley, South Yarmouth, MA; N. Roche, Fremont, CA; J.B. Rosen, Coral Gables, FL; R.K. Rude, Los Angeles, CA; T.J. Schnitzer, Chicago, IL; E. Sheldon, Miami, FL; Shua-Haim, Lakehurst, NJ; D. Sikes, Zephyrhills, FL; J. Sorensen, Las Vegas, NV; J. Stoukides, East Providence, RI; P. Sutej, Winston-Salem, NC; L.A. Taber, Phoenix, AZ; J.R.P. Tesser, Phoenix, AZ; R.G. Trapp, Springfield, IL; J. Von Feldt, Philadelphia, PA; S.U. Wehle, Winter Park, FL; T. Williams, Peoria, AZ; G. Williams, La Jolla, CA; N. Wei, Frederick, MD; S. Zieg, Fort Lauderdale, FL.

## REFERENCES

1. Flynn B.: Rheumatoid arthritis and osteoarthritis. Current and future therapies. *Am. Pharm.* NS34: 31-42, 1994.
2. Baum C., Kennedy D.L., Forbes M.B.: Utilization of non steroidal antiinflammatory drugs. *Arthritis Rheum.* 28: 686-692, 1985.
3. Murray M.D., Brater D.C.: Nonsteroidal anti-inflammatory drugs. *Clin. Geriatr. Med.* 6: 365-441, 1990.
4. Wolfe M.M., Lichtenstein D.R., Gurkirpal S.: Medical progress – Gastrointestinal toxicity of nonsteroidal antiinflammatory drugs. *N. Engl. J. Med.* 340: 1888-1897, 1999.
5. Phillips A.C., Polisson R.P., Simon L.S.: NSAIDs and the elderly: toxicity and economic implications. *Drugs & Aging* 10: 119-129, 1997.
6. Cannon G.W., Caldwell J.R., Holt P., McLean B., Seidenberg B., Bolognese J., Ehrich E., Mukhopadhyay S., Daniels B., for the Rofecoxib Phase III Protocol 035 Study Group: Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac: Results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. *Arthritis Rheum.* 43: 978-987, 2000.
7. Day R., Morrison B., Luza A., Casteneda O., Strusberg A., Nahir M., Helgetveit K.B., Kress B., Daniels B., Bolognese J., Krupa D., Seidenberg B., Elliot E., for the Rofecoxib/Ibuprofen Comparator Study Group:. A Randomized Trial of the Efficacy and Tolerability of the COX-2 Inhibitor Rofecoxib vs Ibuprofen in Patients with Osteoarthritis. *Arch. Intern. Med.* 160: 1781-1787, 2000.

8. Lanza F.L., Rack M.L., Simon T.J., Quan H., Bolognese J.A., Hoover M.E.: Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. *Aliment. Pharmacol. Ther.* 13: 761-767, 1999.
9. Laine L., Harper S., Simon T., Bath R., Johanson J., Schwartz H., Stern S., Quan H., Bolognese J., for the Rofecoxib Osteoarthritis Endoscopy Study Group: A randomized trial comparing the effect of rofecoxib, a COX-2 specific inhibitor, to ibuprofen on the gastroduodenal mucosa of osteoarthritis patients. *Gastroenterology* 117: 776-783, 1999.
10. Langman M.J., Jensen D.M., Watson D.J., Harper S.E., Zhao P.L., Quan H., Bolognese J.A., Simaon T.J.: Incidence of Upper Gastrointestinal Perforations, Symptomatic Ulcers, Bleeding (PUBs). Rofecoxib Compared to NSAIDs. *JAMA* 282: 1929-1933, 1999.
11. Hawkey C., Laine L., Simon T., Beaulieu A., Maldonado-Cocco J., Acevedo E., Shahane A., Quan H., Bolognese J., Mortensen E., for the Rofecoxib Osteoarthritis Endoscopy Multinational Study Group: Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis. A randomized, controlled, double-blind, placebo-controlled trial. *Arthritis Rheum.* 43: 370-377, 2000.
12. Sigthorsson G., Crane R., Simon T., Hoover M., Quan H., Bolognese J., Bjarnason I.: COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. *Gut* 47: 527-532, 2000.
13. Hunt R.H., Bowen B., Mortensen E.R., Simon T.J., James C., Cagliola A., Quan H., Bolognese J.A.: A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. *Am. J. Med.* 109: 201-206, 2000.
14. Bombardier C., Laine L., Reicin A., Shapiro D., Burgos-Vargas R., Davis B., Day R., Ferraz M.B., Hawkey C.J., Hochberg M.C., Kvien T.K., Schnitzer T.J., for the VIGOR Study Group: Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *N. Engl. J. Med.* 343: 1520-1528, 2000.
15. Folstein M.F.: Mini-Mental State: A practical method for grading the cognitive state of patients for the clinician. *J. Psychiatr. Res.* 12: 189-198, 1975.
16. Bellamy N., Buchanan W.W., Goldsmith C.H., Campbell J., Stitt L.: Validation study of WOMAC: A health status instrument for measuring clinically important patient relevant outcomes to antirheumatic drug therapy in patients with osteoarthritis of the hip or knee. *J. Rheumatol.* 15: 1833-1840, 1988.
17. Morgan G.J., Poland M., DeLapp R.E.: Efficacy and safety of nabumetone versus diclofenac, naproxen, ibuprofen, and piroxicam in the elderly. *Am. J. Med.* 95: 19S-27S, 1993.
18. Munzel P., Lemmel E.E.: Efficacy and safety of nabumetone in 4,541 elderly patients from a drug monitoring study. *Drugs* 40 (Suppl. 5): 62-64, 1990.
19. Roth S.H., Tindall E.A., Jain A.K., McMahon G., April P.A., Bockow B.I., Cohen S.B., Fleishmann R.M.: A controlled study comparing the effects of nabumetone, ibuprofen, and ibuprofen plus misoprostol on the upper gastrointestinal tract mucosa. *Arch. Intern. Med.* 153: 2565-2571, 1993.
20. Rochon P.A., Fortin P.R., Dear K.B.G., Minaker K.L., Chalmers T.C.: Reporting of age data in clinical trials of arthritis. Deficiencies and solutions. *Arch. Intern. Med.* 153: 243-248, 1993.
21. Hamerman D.: Aging and the musculoskeletal system. *Ann. Rheum. Dis.* 56: 578-585, 1997.
22. Lipsky P.E., Brooks P., Crofford L.J., Du Bois R., Graham D., Simon L.S., van de Putte L.B., Abramson S.B.: Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. *Arch. Intern. Med.* 160: 913-920, 2000.
23. Greenberg H.E., Gillen L.P., Dorval E.P., Huntington M., Wong P., Wildonger L., Larson P., Gottesdiener K.M., Waldman S.A.: MK-0966, a cyclooxygenase inhibitor, has no effect on the anti-platelet activities of low-dose aspirin, measured by serum thromboxane $B_2$ and platelet aggregation. *Clin. Pharm. Therapeut.* 65: Abstract PII-66, 1999.
24. Whelton A., Hamilton C.W.: Nonsteroidal anti-inflammatory drugs: effects on kidney function. *J. Clin. Pharmacol.* 31: 588-598, 1991.
25. Ruiz J.G., Lowenthal D.T.: NSAIDs and nephrotoxicity in the elderly. *Geriatr. Nephrol. Urol.* 7: 51-57, 1997.
26. de Leeuw P.W.: Nonsteroidal Anti-inflammatory Drugs and Hypertension – The Risks in Perspective. *Drugs* 51: 179-187, 1996.
27. Brater D.C.: Effects of Nonsteroidal Anti-inflammatory Drugs of Renal function: Focus of Cyclooxygenase-2-Selective Inhibition. *Am. J. Med.* 107: 65S-71S, 1999.
28. Johnson A.G., Nguyen T.V., Day R.O.: Do nonsteroidal antiinflammatory drugs affect blood pressure? *Ann. Intern. Med.* 121: 289-300, 1994.
29. Romero J.C., Dunlap C.L., Strong C.G.: The effect of indomethacin and other anti-inflammatory drugs on the renin-angiotensin system. *J. Clin. Invest.* 58: 282-288, 1976.
30. Stillman M.T., Schlesinger P.A.: Nonsteroidal anti-inflammatory drug nephrotoxicity. Should we be concerned? *Arch. Intern. Med.* 150: 268-270, 1990.