# Exhibit 5

ORIGINAL ARTICLE

# Treatment of Patients With Osteoarthritis With Rofecoxib Compared With Nabumetone

*Arthur L. Weaver, MD,\* Ronald P. Messner, MD,† William W. Storms, MD,‡ Adam B. Polis, MA,§ Daryl K. Najarian, BS,§ Richard A. Petruschke, PharmD,§ Gregory P. Geba, MD,§ and Andrew M. Tershakovec, MD§*

**Background:** Rofecoxib and nabumetone were developed to provide gastrointestinal benefits over traditional nonsteroidal antiinflammatory drugs (NSAIDs). However, there is limited comparative information relating to these 2 drugs.
**Objective:** The objective of this study was to compare rofecoxib and nabumetone, at their lower, recommended doses, in patients with osteoarthritis (OA).
**Methods:** Nine hundred seventy-eight patients with knee OA and a positive history of NSAID response were randomized to 12.5 mg rofecoxib per day (N = 390), nabumetone 500 mg twice a day (N = 392), or placebo (N = 196) for 6 weeks. The primary efficacy end point was percent of patients with a "good" or "excellent" Patient Global Assessment of Response to Therapy (PGART) at week 6; PGART was also evaluated over days 1 to 6. Additional end points included investigator assessment of response, pain walking over 6 days and 6 weeks, joint tenderness, discontinuation as a result of lack of efficacy, and quality of life. Adverse experiences (AEs) were collected.
**Results:** Significantly more rofecoxib (50.4%) than nabumetone (43.3%, $P = 0.043$) or placebo (29.5%, $P < 0.001$) patients had a good or excellent PGART at week 6. Median time to a good or excellent PGART was significantly shorter with rofecoxib (52 hours) than nabumetone (100 hours, $P = 0.001$) or placebo (>124 hours, $P < 0.001$). Results for rofecoxib and nabumetone were similar in all additional end points except pain in walking over 6 days and 6 weeks, in both of which the rofecoxib treatment group demonstrated better results. There were significantly ($P < 0.050$) more overall and serious AEs and discontinuations resulting from AEs with rofecoxib than nabumetone. Five rofecoxib and one nabumetone patients had confirmed thrombotic cardiovascular events ($P = 0.123$). Information on thrombotic cardiovascular events from this study was included in a published, prespecified pooled analysis and is included here for completeness.
**Conclusions:** At their recommended starting doses for OA, both agents were more effective than placebo. Rofecoxib at a dosage of 12.5 mg demonstrated significantly better efficacy in PGART than 1000 mg nabumetone in these patients known to be NSAID responders. Significantly more AEs occurred with rofecoxib than nabumetone. Considering these data and other recent safety information regarding cyclooxygenase-2 selective and nonselective NSAIDS, physicians must make risk/benefit assessments for each individual patient when considering the use of these agents, as recommended by the U.S. Food and Drug Administration.
**Key Words:** rofecoxib, nabumetone, osteoarthritis, PGART, onset

(*J Clin Rheumatol* 2006;12: 17–25)

Osteoarthritis (OA) is the most common joint disorder in the United States, with OA of the knee being the most common form.[1,2] Physical symptoms of OA include pain, swelling, and stiffness. These symptoms may impede the performance of normal daily activities of life and contribute to or combine with changes in psychologic state, including anxiety and depression, to reduce patients' quality of life to the point of disability.[3–5] Patients with OA generally first seek treatment to alleviate pain,[6] but global improvement is also an important long-term goal of effective treatment.[7,8]

Nonselective cyclooxygenase (COX)-1 and COX-2 inhibiting nonsteroidal antiinflammatory drugs (NSAIDs) provide effective pain relief and also help alleviate symptoms associated with inflammation.[9,10] NSAID use is limited in some patients by their potential to cause gastrointestinal (GI) side effects. These GI side effects may themselves contribute to deterioration of quality of life and thus compound the impact of preexisting OA symptoms.[11] Clinical experience has demonstrated a reduced risk of GI side effects with COX-2 selective inhibitors.[12]

The COX-2 selective inhibitor, rofecoxib, at and above therapeutic doses, was shown not to inhibit COX-1, the enzyme involved in the constitutive synthesis of prostaglandins in the GI mucosa.[13–15] Rofecoxib demonstrated reduced incidence of clinical upper GI side effects, improved GI tolerability, and comparable efficacy to nonselective NSAIDs in the setting of large clinical trials of OA and rheumatoid arthritis.[16–18] The nonselective NSAID, nabumetone, was

From the *University of Nebraska Medical Center, Omaha, Nebraska; the †University of Minnesota, Minneapolis, Minnesota; ‡Asthma and Allergy Associates, PC, Colorado Springs, Colorado; and §Merck & Co., Inc., West Point, Pennsylvania.
This study was funded by Merck & Co., Inc.
Reprints: Arthur L. Weaver, MD, 9914 Weavers Point Road, Pequot Lakes, MN 56472. E-mail: arthur.weaver@earthlink.net.
Copyright © 2006 by Lippincott Williams & Wilkins
ISSN: 1076-1608/06/1201-0017
DOI: 10.1097/01.rhu.0000200384.79405.33

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

designed as a prodrug with reduced potential to damage the GI mucosa and demonstrated improved GI tolerability compared with other nonselective NSAIDs in clinical studies.[19–22] Its active metabolite demonstrated comparable efficacy to comparator nonselective NSAIDs in these studies.[19–21] Thus, both study agents are effective treatments for OA and were designed to spare patients from the GI side effects traditionally seen with NSAIDs.

The present study compared the lowest doses indicated for daily chronic use of rofecoxib (12.5 mg) and nabumetone (1000 mg) in adult patients with OA of the knee.[23,24] The Patient Global Assessment of Response to Therapy (PGART) was chosen as the primary end point to include a straightforward generalized measure for capturing patients' global opinion of treatment.[25] A combination of secondary end points was chosen to allow patients and investigators to thoroughly evaluate multiple facets of the medications, including global response to treatment, improvement in specific daily functions, and change in physical and mental components of quality of life. Safety was evaluated through the assessment of adverse experience (AE) rates, but the study was not designed as a GI tolerability or safety outcomes study. The present study was one of 2 identical studies that evaluated efficacy and safety of rofecoxib and nabumetone in patients with OA of the knee.[26]

## MATERIALS AND METHODS

### Study Patients

The study (protocol 090) enrolled patients at 115 outpatient sites in the United States. At visit 1, men and nonpregnant women were eligible for the study if they were ≥40 years of age; had a diagnosis of OA of the knee for >6 months based on clinical and radiographic criteria; had an American College of Rheumatology (ACR) rating of I, II, or III; and had a positive history of therapeutic response to NSAIDs. Patients also had to have a *pain walking on a flat surface* score on the Western Ontario and McMaster Universities (WOMAC) Osteoarthritis Index of less than 80 mm on a 100-mm visual analog scale (VAS). Subsequently, patients were required to demonstrate pain walking flare at visit 2 after stopping their prestudy OA medication after visit 1, meeting predefined flare criteria. Flare criteria included: minimum 40 mm of 100 mm on pain walking assessment, increase of 15 mm on pain walking from visit 1, and worsening of the Investigator Global Assessment of Disease Status (IGADS) by one point on a 5-point scale from visit 1.

Exclusion criteria included a concurrent medical/arthritic disease that could alter study outcome or limit participation, or a significant systemic disease contraindicated for NSAID therapy. Patients with a history of myocardial infarction, coronary artery bypass grafting, stroke, or transient ischemic attack within 1 year of enrollment were excluded. Patients with uncontrolled hypertension, angina, or congestive heart failure with symptoms at rest were also excluded. Low-dose aspirin (≤81 mg/d) was allowed if previously prescribed for cardioprotective benefit, but recent oral or injectable corticosteroid use was an exclusion criterion. Recent sustained use of a gastroprotective agent was an exclusion, whereas occasional use of an antacid or $H_2$-receptor antagonist ($H_2$ blocker) was allowed.

All patients provided written informed consent before enrollment in the study. Institutional Review Board approval of the study protocol was obtained from each site before its study initiation.

### Study Design

This was a 6-week, randomized, parallel-group, double-blind, multicenter, placebo-controlled study. At visit 1, patients discontinued use of their prestudy NSAID for a prespecified washout period, the duration of which depended on the type of NSAID. Before randomization and except during the first 6 days after randomization, patients were allowed to use acetaminophen up to 2600 mg a day as rescue for OA pain. Patients were instructed not to use acetaminophen for 24 hours before all efficacy evaluations. At visit 2, patients meeting entry criteria and flare requirements were randomized in a 2:2:1 ratio to 12.5 mg rofecoxib once daily, 500 mg nabumetone twice daily, or placebo through a blinded allocation schedule electronically generated by the sponsor and distributed to the study sites. Each treatment included appropriate matching placebo tablets to maintain the study blind; at no time was the blind broken during the study.

At screening (visit 1), a physical examination and medical history were completed for each patient. At baseline (visit 2), IGADS was assessed and blood and urine were collected for a complete blood count, serum chemistry, and urine analysis. Vital signs were measured at all study site visits. Clinical efficacy and safety were assessed at randomization and weeks 2, 4, and 6 of treatment (visits 2, 3, 4, and 5, respectively). In addition, efficacy data were collected for PGART and pain walking during the first 6 days of therapy by patients using take-home forms provided during visit 2. The study sites provided instructions, but no assistance, in completing the forms. If patients were unable to continue in the study, discontinuation procedures were performed within 48 hours.

The active treatment portion of the study was conducted between September 1998 and May 1999. Data from this study were previously presented at the American Geriatrics Society Annual Meeting in May of 2001,[27] included in a pooled cardiovascular analysis of studies in the rofecoxib development program by Konstam et al published in 2001,[28] included in a review paper by Mukherjee et al published in 2001,[29] and published on the U.S. Food and Drug Administration web site for the February 8, 2001, Arthritis Advisory Committee.[30]

### Efficacy and Safety Evaluations

The primary efficacy end point was PGART with response rated on a 5-point Likert scale: 0 = "none," 1 = "poor," 2 = "fair," 3 = "good," and 4 = "excellent." Patients rated response to therapy at 4, 28, 52, 76, 100, and 124 hours after initial dosing and at weeks 2, 4, and 6.

Additional efficacy end points included: Investigator Global Assessment of Response to Therapy (IGART), WOMAC pain walking on a flat surface, joint tenderness, discontinuation as a result of lack of efficacy, and quality-of-

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

life measures including the MOS SF-36. Investigators rated response to therapy (ie, IGART) at weeks 2, 4, and 6 using a 5-point Likert scale from 0 = "none" to 4 = "excellent." Pain walking was assessed at each visit and at 28, 52, 76, 100, and 124 hours. Patients rated pain walking on a VAS from 0 = "no pain" to 100 mm = "extreme pain." A 4-point Likert scale was used to evaluate joint tenderness: 0 = "no pain," 1 = "patient states pain," 2 = "patient states pain and winces," and 3 = "patient states pain, winces, and withdraws." When patients discontinued treatment, reasons for discontinuation were recorded. Compliance with study medication was defined as the number of days the medication was actually taken divided by the number of days it was to be taken (per protocol) and multiplied by 100%. Patients rated 8 quality-of-life domains (physical function, role physical, bodily pain, general health, vitality, social functioning, role emotional, and mental health) at randomization and week 6 using the MOS SF-36. Each domain was rated on a VAS from 0 to 100 mm, with higher scores being optimal.

Safety was monitored throughout the study by the investigators. During office visits at weeks 2, 4, and 6, patients underwent physical examinations, were asked about AEs and provided blood and urine for laboratory tests. In 1998, Merck developed a procedure for the blinded external adjudication, by independent panels of experts, of potential thrombotic cardiovascular serious AEs in its selective COX-2 inhibitor clinical studies. The procedure prespecified that thrombotic cardiovascular serious AEs would be analyzed as pooled data across studies. Data from the current study were included in a published pooled analysis of thrombotic cardiovascular events in rofecoxib studies.[28] For completeness, thrombotic cardiovascular events confirmed in the present study by the external adjudication committee are presented in the "Safety" section of the "Results."

## Statistical Analysis

With 380 patients per active treatment group, it was estimated that this study would have 99% power to detect a 15% difference between rofecoxib and nabumetone at each time point in terms of the percent of patients with a good or excellent response on the PGART, the primary end point.

Efficacy was evaluated using a modified intent-to-treat (MITT) approach, including patients who took at least one dose of study medication and had a postbaseline efficacy assessment. Missing data were replaced with data from the most recent, previous evaluation after the flare visit. No missing baseline data were imputed. The primary efficacy variable was also analyzed using a per-protocol analysis. All patients treated with study medication were included in the safety analysis.

Statistical models included terms for baseline covariate and treatment group. All treatment comparisons were 2-sided, and $P$ values $\leq 0.050$ were statistically significant.

Logistic regression was used to analyze PGART and IGART at weeks 2, 4, and 6, as well as PGART on days 1 through 6. Time to the first report of a good or excellent PGART response was evaluated using the Kaplan-Meier estimate and log-rank test during the first 6 days. Mean changes from baseline in pain walking and quality-of-life measures were analyzed using analysis of variance (ANOVA). Cumulative logistic regression was used to compare treatment groups with regard to the ordered categorical variable for joint tenderness. Fisher exact test was used to analyze discontinuations resulting from lack of efficacy.

Fisher exact test was used to compare treatment groups with respect to prespecified AE categories that included: incidence of clinical AEs, serious AEs, gastrointestinal nuisance AEs, discontinuations resulting from any AE, and discontinuations resulting from drug-related AEs. In a post hoc analysis, Fisher exact test was used to compare treatment groups with regard to thrombotic cardiovascular serious AEs that were confirmed by adjudication.

## RESULTS

### Patient Disposition

A total of 1457 patients were screened for eligibility. Patients who met the entry criteria (N = 978) were randomized to therapy (390, rofecoxib; 392, nabumetone; 196, placebo). The percentage of patients who completed the study was significantly ($P < 0.010$) higher with rofecoxib (82.6%) and nabumetone (82.7%) than placebo (73.0%) (Table 1). Patient disposition regarding efficacy or safety and tolerability are discussed in the respective sections. Compliance with study medication dosing was similar among treatment groups (overall mean of 95.3%). The percentage of patients who were less than 80% compliant was 9.2%, 6.4%, and 5.1% with rofecoxib, nabumetone, and placebo, respectively.

### Demographics and Baseline Characteristics

Treatment groups were similar with regard to demographic and baseline characteristics (Table 2). The majority

**TABLE 1.** Patient Disposition

|  | Rofecoxib 12.5 mg (N = 390) n (%) | Nabumetone 1000 mg (N = 392) n (%) | Placebo (N = 196) n (%) |
|---|---|---|---|
| Completed | 322 (82.6)[†] | 324 (82.7)[†] | 143 (73.0) |
| Discontinued | 68 (17.4) | 68 (17.3) | 53 (27.0) |
| Lack of efficacy | 27 (6.9)[‡] | 39 (9.9)[†] | 37 (18.9) |
| Clinical adverse experience | 29 (7.4)[§] | 15 (3.8)[∥] | 7 (3.6)[¶] |
| Protocol deviation | 5 (1.3) | 6 (1.5) | 3 (1.5) |
| Lost to follow up | 2 (0.5) | 3 (0.8) | 4 (2.0) |
| Withdrew consent | 2 (0.5) | 4 (1.0) | 2 (1.0) |
| Laboratory adverse experience | 2 (0.5) | 0 (0.0) | 0 (0.0) |
| Other | 1 (0.3) | 1 (0.3) | 0 (0.0) |

[†]$P < 0.01$ compared with placebo.
[‡]$P < 0.001$ compared with placebo.
[§]$P < 0.05$ compared with nabumetone.
[∥]Two nabumetone patients were counted as discontinuing as a result of lack of efficacy, although they also had an adverse experience.
[¶]Two placebo patients were counted as discontinuing as a result of adverse experiences that occurred before randomization. They are not included in the total of discontinuations resulting from adverse experiences for placebo (n = 5, 2.6%) in the "Safety" section of the article.

© 2006 Lippincott Williams & Wilkins                                                                 19

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

TABLE 2. Demographics and Baseline Characteristics

|  | Rofecoxib 12.5 mg (n = 390) | Nabumetone 1000 mg (n = 392) | Placebo (n = 196) |
|---|---|---|---|
| Gender, female (n, %) | 271 (69.5) | 278 (70.9) | 136 (69.4) |
| Race, white (n, %) | 342 (87.7) | 341 (87.0) | 174 (88.8) |
| Age, mean ± SD | 62.3 (10.2) | 63.2 (10.7) | 62.3 (10.1) |
| IGADS* (n, %) | | | |
|   Well | 5 (1.3) | 2 (0.5) | 5 (2.6) |
|   Fair | 88 (22.6) | 94 (24.0) | 38 (19.4) |
|   Poor | 245 (62.8) | 222 (56.6) | 123 (62.8) |
|   Very poor | 52 (13.3) | 74 (18.9) | 30 (15.3) |
| Other joints affected (n, %) | | | |
|   0 | 43 (11.0) | 47 (12.0) | 18 (9.2) |
|   1 | 148 (37.9) | 139 (35.5) | 71 (36.2) |
|   2 or 3 | 147 (37.7) | 149 (38.0) | 77 (39.3) |
|   4 or more | 52 (13.3) | 57 (14.5) | 30 (15.3) |
| ACR functional class (n, %) | | | |
|   Class I | 75 (19.2) | 72 (18.4) | 41 (20.9) |
|   Class II | 251 (64.4) | 249 (63.5) | 126 (64.3) |
|   Class III | 64 (16.4) | 71 (18.1) | 29 (14.8) |
| Prior NSAID (n, %) | 366 (93.8) | 372 (94.9) | 186 (94.9) |
| Prior acetaminophen (n, %) | 292 (74.9) | 300 (76.5) | 140 (71.4) |

*Investigator Global Assessment of Disease Status (also captured rating "very well," but none in category).
SD indicates standard deviation; ACR, American College of Rheumatology; NSAID, nonsteroidal antiinflammatory drug.

of patients were women (70.0%) and white (87.6%). Mean age was 63 years (range, 37–90 years). Patients generally had established OA in multiple joints rated as not well managed. Approximately 11% of patients used low-dose aspirin during the study for cardioprotective benefit.

### Primary End Point: Patient Global Assessment of Response to Therapy

The percentage of patients with a good or excellent PGART at week 6 was significantly higher with rofecoxib (50.4%) than with nabumetone (43.3%, $P = 0.043$) or placebo (29.5%, $P < 0.001$) (Fig. 1A). A statistically significant ($P = 0.001$) difference was also observed between the nabumetone and placebo groups. The odds ratio for rofecoxib versus nabumetone was 1.34 (95% confidence interval [CI], 1.01–1.78), indicating the odds of experiencing a good or excellent response in the rofecoxib group were 1.34 times higher than in the nabumetone group. The odds ratios of rofecoxib and nabumetone versus placebo were 2.42 (95% CI, 1.68–3.50) and 1.81 (95% CI, 1.25–2.62).

Over days 1 to 6, there were significantly more rofecoxib ($P < 0.001$) and nabumetone ($P < 0.010$) than placebo patients with a good or excellent PGART at each daily assessment (Fig. 1B). By day 6 of treatment, the cumulative percentages of patients with first report of a good or excellent PGART were 65.4%, 55.2%, and 38.4% with rofecoxib, nabumetone, and placebo, respectively. Median time to first report of a good or excellent PGART was significantly shorter with rofecoxib (52 hours) than with nabumetone (100 hours, $P = 0.001$) or placebo (>124 hours, $P < 0.001$).

### Secondary End Points

Similar to PGART results at 6 weeks, the percentage of patients with good or excellent IGART scores was significantly ($P < 0.001$) higher with rofecoxib (52.5%) and nabumetone (45.6%) than with placebo (31.1%). The difference in IGART between rofecoxib and nabumetone was not statistically significant ($P = 0.094$).

Reductions in pain walking at week 6 were significantly greater with rofecoxib than with nabumetone ($P = 0.029$) or placebo ($P < 0.001$), with mean changes from baseline of −37.4 mm, −32.9 mm, and −24.7 mm, respectively (Fig. 2A). The difference between nabumetone and placebo was also significant ($P = 0.001$). Average reduction in pain walking over the first 6 study days was also significantly greater with rofecoxib (−32.7 mm) compared with nabumetone (−26.6 mm, $P < 0.001$) or placebo (−16.0 mm, $P < 0.001$) and with nabumetone compared with placebo ($P < 0.001$) (Fig. 2B).

Joint tenderness at baseline was rated as category 2 ("patient states pain and winces") in the majority of patients in all 3 treatment groups. By week 6, the majority of patients had pain rated as 0 ("no pain") or 1 ("pain"), with rofecoxib and nabumetone significantly ($P < 0.050$) better than placebo but not significantly different from each other.

The percentage of patients withdrawn from the study as a result of lack of efficacy (Table 1) was significantly higher with placebo (18.9%) than with rofecoxib (6.9%, $P < 0.001$) or nabumetone (9.9%, $P = 0.004$). The difference between rofecoxib and nabumetone was not significant.

An increase from baseline in domain score was observed for each domain of the MOS SF-36 at week 6 (indicating improvement) in all treatment groups. Rofecoxib provided statistically greater response than placebo for domains of physical functioning ($P = 0.012$), role physical ($P = 0.009$), bodily pain ($P < 0.001$), vitality ($P < 0.001$), and social functioning ($P = 0.007$). Nabumetone provided statistically greater response than placebo for domains of role physical ($P = 0.008$), bodily pain ($P < 0.001$), vitality ($P < 0.001$), and social functioning ($P = 0.013$). Changes from baseline were numerically greater with rofecoxib compared with nabumetone for all MOS SF-36 domains except role physical (22.0 nabumetone, 21.9 rofecoxib). None of these differences was statistically significant.

### Safety and Tolerability

Adverse experiences occurred in approximately half (50.8%) of the study patients, with a significant difference in incidence of AEs between rofecoxib (56.4%) and nabumetone (49.2%, $P = 0.045$) and between rofecoxib and placebo (42.9%, $P = 0.002$). Incidence rates of individual AEs were generally low, the most common being headache (11.9%), upper respiratory infection (6.2%), and diarrhea (4.0%). A drug-related AE was experienced by 16% of patients with no significant difference between treatments (rofecoxib, 18.5%; nabumetone, 15.3%; placebo, 12.2%).

There were 12 patients (1.2%) who had a serious AE during the study. None of the patients died. There were

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



**FIGURE 1.** (**A**) Percentage of patients with a good or excellent Patient Global Assessment of Response to Therapy (PGART) at weeks 2, 4, and 6. (**B**) Percentage of patients with a good or excellent PGART over days 1 to 6. *$P$ value <0.05 for comparison with nabumetone. **$P$ value <0.01 for comparison with nabumetone. ***$P$ value <0.001 for comparison with nabumetone. +$P$ value <0.05 for comparison with placebo. ++$P$ value <0.01 for comparison with placebo. +++$P$ value <0.001 for comparison with placebo.

significantly ($P = 0.037$) more serious AEs with rofecoxib (2.3%) than with nabumetone (0.5%). Rates of individual serious AEs were low (<1%) in every treatment group. Only one serious AE was related to the digestive system: a rofecoxib patient experienced appendicitis. Serious AEs were most common in the cardiovascular system in all treatment groups (rofecoxib, 6 patients [1.5%]; nabumetone, 2 patients [0.5%]; and placebo, one patient [0.5%]). The cardiovascular adjudication committee identified 6 patients with confirmed thrombotic cardiovascular serious AEs: 5 in the rofecoxib group and one in the nabumetone group (for rofecoxib, $P = 0.123$ compared with nabumetone and $P = 0.175$ compared with placebo). The only confirmed thrombotic cardiovascular serious AE that occurred in more than one patient was myocardial infarction (rofecoxib, 3; nabumetone, one).

Patients who withdrew from the study as a result of a clinical AE (5.2%) included significantly more rofecoxib (7.4%) than placebo (2.6%) patients. A total of 3.3% of patients discontinued as a result of a drug-related AE with no significant difference between treatments (rofecoxib, 4.4%; nabumetone, 2.8%; placebo, 2.0%). Individual AEs caused discontinuation of <1% of patients; the most common were diarrhea (0.6%), rash (0.4%), headache (0.3%), dizziness (0.3%), and myocardial infarction (0.3%). Digestive system AEs were the most common cause of discontinuation (1.8%).

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.



FIGURE 2. (A) Mean reduction in pain on walking at weeks 2, 4, and 6. (B) Mean reduction in pain on walking over days 2 to 6. *$P$ value $<0.05$ for comparison with nabumetone. **$P$ value $<0.01$ for comparison with nabumetone. ***$P$ value $<0.001$ for comparison with nabumetone. +$P$ value $<0.05$ for comparison with placebo. ++$P$ value $<0.01$ for comparison with placebo. +++$P$ value $<0.001$ for comparison with placebo.

Cardiovascular system AEs caused discontinuation of 9 (0.9%) patients (rofecoxib, 7; nabumetone, 1; and placebo, 1). The 6 patients with confirmed thrombotic cardiovascular serious AEs all discontinued the study.

The overall incidence of AEs of the digestive system was relatively low (Table 3) and similar when comparing rofecoxib (16.2%) with nabumetone (14.5%). Post hoc analysis determined that rates with both active treatments were significantly ($P < 0.050$) higher than with placebo (7.7%). Adverse experiences classified as GI nuisance events (Table 3) occurred in a similar percentage of patients in all treatment groups (rofecoxib, 6.7%; nabumetone, 5.1%; placebo, 4.1%).

## DISCUSSION

The COX-2 selective inhibitors and nonselective NSAIDs provide physicians with 2 classes of medications for treatment of OA. In the general literature, clinical findings with rofecoxib support the hypothesis that COX-2 selective inhibitors provide improved GI safety compared with nonselective NSAIDs with similar efficacy.[16,17,31,32] Nabumetone is a prodrug that has demonstrated improved GI tolerability and similar efficacy to other nonselective NSAIDs.[19–22,33] The present study was designed to evaluate efficacy differences between a COX-2 selective inhibitor and a nonselective NSAID. The study demonstrated that in the primary end point

© 2006 Lippincott Williams & Wilkins

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

**TABLE 3.** Gastrointestinal Adverse Experiences

|  | Rofecoxib 12.5 mg (n = 390) n (%) | Nabumetone 1000 mg (n = 392) n (%) | Placebo (n = 196) n (%) |
| --- | --- | --- | --- |
| Clinical adverse experiences | 63 (16.2) | 57 (14.5) | 15 (7.7) |
|    Constipation | 2 (0.5) | 5 (1.3) | 2 (1.0) |
|    Diarrhea | 23 (5.9) | 13 (3.3) | 3 (1.5) |
|    Digestive gas symptoms | 3 (0.8) | 6 (1.5) | 1 (0.5) |
|    Dyspepsia | 7 (1.8) | 6 (1.5) | 4 (2.0) |
|    Flatulence | 5 (1.3) | 4 (1.0) | 0 (0.0) |
|    Gastric disorder | 4 (1.0) | 1 (0.3) | 0 (0.0) |
|    Heartburn | 7 (1.8) | 3 (0.8) | 2 (1.0) |
|    Nausea | 9 (2.3) | 9 (2.3) | 2 (1.0) |
|    Oral ulcer | 0 (0.0) | 0 (0.0) | 2 (1.0) |
|    Vomiting | 2 (0.5) | 4 (1.0) | 2 (1.0) |
| Nuisance adverse experiences | 26 (6.7) | 20 (5.1) | 8 (4.1) |
|    Acid reflux | 1 (0.3) | 0 (0.0) | 0 (0.0) |
|    Dyspepsia | 7 (1.8) | 6 (1.5) | 4 (2.0) |
|    Epigastric discomfort | 1 (0.3) | 1 (0.3) | 0 (0.0) |
|    Heartburn | 7 (1.8) | 3 (0.8) | 2 (1.0) |
|    Nausea | 9 (2.3) | 9 (2.3) | 2 (1.0) |
|    Vomiting | 2 (0.5) | 4 (1.0) | 2 (1.0) |

of good or excellent score in PGART, 12.5 mg rofecoxib provides greater efficacy than 1000 mg nabumetone—the lowest dose of each medication indicated for chronic use[23,24]—and achieves that end point more rapidly. However, the higher rate of overall and serious AEs in this study with rofecoxib than nabumetone must also be considered when assessing the benefit/risk profile of the study medications.

The present study (protocol 090) was the second of 2 identically designed, 6-week OA studies. Findings in the previously published identical study by Kivitz et al (protocol 085) were consistent with those of the present study with greater efficacy demonstrated with 12.5 mg rofecoxib than 1000 mg nabumetone (good or excellent week 6 PGART: rofecoxib, 55.4% vs nabumetone, 47.5%, $P = 0.018$).[26] In addition, a third 6-week study (protocol 058) of rofecoxib and nabumetone was completed, which differed in inclusion criteria (OA patients aged ≥80 years) and dose (12.5 mg and 25 mg rofecoxib and compared with 1500 mg nabumetone). In that study (protocol 058), improvements in PGADS, which was the primary end point, were similar among treatment groups (12.5 mg rofecoxib, −25.34 mm; 25 mg rofecoxib, −25.40 mm; and 1500 mg nabumetone, −25.95 mm).[34] The use of a higher dose of nabumetone (1500 mg) in the third study (protocol 058) may have contributed to differences in the efficacy observations between that study and the other 2 (protocols 085 and 090).

Like the case with NSAIDs and other analgesics, titration of rofecoxib and nabumetone is necessary to maximize their efficacy and safety. In general, it is recommended that the lowest effective dose be used. As previously mentioned, 12.5 mg rofecoxib and 1000 mg nabumetone were included in the present study as the lowest recommended chronic use doses at the time of the study's inception. At these doses, both medications demonstrated significant efficacy compared with placebo. Use of 1500 mg nabumetone (750 mg twice a day) has increased since the product's approval, making data regarding the 500-mg twice-a-day dose less relevant.

Nabumetone, a prodrug, is a weak COX inhibitor with less potential to inhibit gastroprotective prostaglandins and cause gastric erosion than other nonselective NSAIDs.[22,24,35] Rofecoxib provides antiinflammatory activity without inhibiting gastroprotective prostaglandins as a result of its selectivity for the COX-2 enzyme.[14,15] The 2 drugs were selected as comparators based on their demonstrated GI tolerability benefits compared with nonselective NSAIDs. The study was designed to be representative of the clinical setting. Patients had symptomatic OA in more than one joint, and most patients were previously treated with an NSAID and acetaminophen at different time points before enrollment. They all stopped their prestudy OA medication to simulate a symptomatic OA flare at enrollment. Patients were responsive to both study medications in this setting.

The study included multiple endpoints to evaluate general well-being as well as improvement in specific functions expected to be diminished by symptomatic OA. In addition to the PGART, an IGART was included, with scores trending in a similar direction as the PGART, although not significantly different between treatments. Pain walking and joint tenderness were included as specific functional assessments of OA symptoms. Pain walking, but not joint tenderness, demonstrated significant improvement with rofecoxib compared with nabumetone. Efficacy was demonstrated for all end points with the active treatments compared with placebo.

The MOS SF-36, considered a valid measure of generic health outcomes, was included as a quality-of-life end point.[36,37] MOS SF-36 results were consistent with other efficacy end points with a significant improvement with both active treatments compared with placebo. No significant differences were seen between rofecoxib and nabumetone. Although the bodily pain and physical function domains are historically the most closely related to arthritis severity, additional domains, including social functioning and vitality, are also impacted by arthritis.[36–38] Consistent findings were seen in the present analysis with generally larger improvements with both active treatments in physical component scores, social functioning, and vitality compared with placebo.

In the study, AEs, serious AEs, and discontinuations resulting from AEs occurred in significantly more rofecoxib than nabumetone patients. This contrasts with the other studies comparing these drugs, in which there were no significant differences between drugs in terms of AEs.[26,34] In the identically designed protocol 085 study,[26] the most commonly reported AEs were headache, upper respiratory infection, and diarrhea. In the present study, cardiovascular AEs were the most common serious AE, although individual events were present in <1% of the patients. There were numerically more thrombotic cardiovascular serious AEs among rofecoxib patients than nabumetone or placebo patients. These results again contrast with Kivitz et al, in which cardiovascular event rates were similar among treatment groups.[26,34]

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

In 1998, Merck initiated a procedure to standardize the evaluation of thrombotic cardiovascular events in its COX-2 selective inhibitor program, which called for blinded adjudication by external committees of potential events. Individual studies included in the rofecoxib development program, including protocols 085 and 090, were not designed or powered to independently evaluate cardiovascular end points. A pooled analysis of 23 randomized, double-blind, clinical studies of greater than 4 weeks in duration with >28,000 patients from the overall rofecoxib development program was performed.[28] The studies in the pooled analysis compared rofecoxib with placebo, with naproxen, and with combined data relating to the nonnaproxen NSAIDs (nabumetone, diclofenac, and ibuprofen); the pooled analysis included data from the present study. Relative risk for a cardiovascular end point in the pooled analysis was 0.79 (95% CI, 0.40–1.55) comparing rofecoxib with nonnaproxen NSAIDs. Thus, findings of the pooled analysis did not provide evidence of an increased risk for thrombotic cardiovascular serious AEs with rofecoxib compared with nonnaproxen NSAIDs, although data are limited beyond 1 year.[28] Two recent studies have demonstrated an increased risk of thrombotic cardiovascular events with long-term use of COX-2 selective inhibitors compared with placebo.[39,40] Although long-term data with traditional NSAIDs are limited, observations that risk of thrombotic cardiovascular events with traditional nonnaproxen NSAIDs does not appear to be different from the risk of events with selective COX-2 inhibitors[28,41–43] has raised questions about the cardiovascular safety of the NSAID class of drugs.[44,45]

In conclusion, in this study, both rofecoxib, a COX-2 selective inhibitor, and nabumetone, a nonselective NSAID, were effective treatments for OA at the lowest recommended chronic use doses of both drugs. Rofecoxib at a dosage of 12.5 mg demonstrated significantly greater efficacy than 1000 mg nabumetone in some end points—including the primary—and equivalence in others. Overall and serious AEs as well as discontinuations resulting from AEs were more common with rofecoxib than with nabumetone. The clinical significance of the higher rate of serious AEs in the rofecoxib group than in the nabumetone group is uncertain, given that similar imbalances were not seen with 12.5 mg rofecoxib in other 6-week studies, including a study identical in design to the present study.[26,34] However, considering these data and other recent safety information regarding COX-2 selective and nonselective NSAIDS, physicians must make risk/benefit assessments for each individual patient when considering the use of these agents, as recommended by the U.S. Food and Drug Administration.[45,46]

## ACKNOWLEDGMENTS

The authors acknowledge the contributions of the protocol 090 investigators and their clinical site staff for their efforts in the enrollment of patients and the conduct of the study.

## REFERENCES

1. Felson DT, Lawrence RC, Dieppe PA, et al. Osteoarthritis: new insights. Part 1: the disease and its risk factors. *Ann Intern Med*. 2000;133:635–646.
2. Hinton R, Moody RL, Davis AW, et al. Osteoarthritis: diagnosis and therapeutic considerations. *Am Fam Physician*. 2002;65:841–848.
3. Summers MN, Haley WE, Reveille JD, et al. Radiographic assessment and psychologic variables as predictors of pain and functional impairment in osteoarthritis of the knee or hip. *Arthritis Rheum*. 1988;31:204–209.
4. Dekker J, Boot B, van der Woude LH, et al. Pain and disability in osteoarthritis: a review of biobehavioral mechanisms. *J Behav Med*. 1992;15:189–214.
5. Salaffi F, Cavalieri F, Nolli M, et al. Analysis of disability in knee osteoarthritis. Relationship with age and psychological variables but not with radiographic score. *J Rheumatol*. 1991;18:1581–1586.
6. Manek NJ, Lane NE. Osteoarthritis: current concepts in diagnosis and management. *Am Fam Physician*. 2000;61:1795–1804.
7. Williams DA, Farrell MJ, Cunningham J, et al. Knee pain and radiographic osteoarthritis interact in the prediction of levels of self-reported disability. *Arthritis Rheum*. 2004;51:558–561.
8. Hopman-Rock M, Kraaimaat FW, Bijlsma JW. Quality of life in elderly subjects with pain in the hip or knee. *Qual Life Res*. 1997;6:67–76.
9. Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. *Arthritis Rheum*. 2000;43:1905–1915.
10. Sharma S, Prasad A, Anand KS. Nonsteroidal anti-inflammatory drugs in the management of pain and inflammation: a basis for drug selection. *Am J Ther*. 1999;6:3–11.
11. Hawkey CJ. Quality of life in users of non-steroidal anti-inflammatory drugs. *Scand J Gastroenterol Suppl*. 1996;221:23–24.
12. Hawkey CJ, Jones JI. Gastrointestinal safety of COX-2 specific inhibitors. *Gastroenterol Clin North Am*. 2001;30:921–936.
13. Jackson LM, Hawkey CJ. COX-2 selective nonsteroidal anti-inflammatory drugs: do they really offer any advantages? *Drugs*. 2000;59:1207–1216.
14. Matheson AJ, Figget DP. Rofecoxib: a review of its use in the management of osteoarthritis, acute pain and rheumatoid arthritis. *Drugs*. 2005;61:833–865.
15. Wight NJ, Gottesdiener K, Garlick NM, et al. Rofecoxib, a COX-2 inhibitor, does not inhibit human gastric mucosal prostaglandin production. *Gastroenterology*. 2001;120:867–873.
16. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med*. 2000;343:1520–1528.
17. Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. *Ann Intern Med*. 2003;139:539–546.
18. Watson DJ, Harper SE, Zhao PL, et al. Gastrointestinal tolerability of the selective cyclooxygenase-2 (COX-2) inhibitor rofecoxib compared with nonselective COX-1 and COX-2 inhibitors in osteoarthritis. *Arch Intern Med*. 2000;160:2998–3003.
19. Lister BJ, Poland M, DeLapp RE. Efficacy of nabumetone versus diclofenac, naproxen, ibuprofen, and piroxicam in osteoarthritis and rheumatoid arthritis. *Am J Med*. 1993;95:2S–9S.
20. Scott DL, Palmer RH. Safety and efficacy of nabumetone in osteoarthritis: emphasis on gastrointestinal safety. *Aliment Pharmacol Ther*. 2000;14:443–452.
21. Huang JQ, Sridhar S, Hunt RH. Gastrointestinal safety profile of nabumetone: a meta-analysis. *Am J Med*. 1999;107:55S–64S.
22. Roth SH. Upper gastrointestinal safety with nabumetone. *J Rheumatol*. 1992;19:74–79.
23. Vioxx (rofecoxib) Prescribing Information. *2004 Physicians' Desk Reference*, 58th ed. Montvale, NJ: Medical Economics Co, Inc; 2004:2108–2113.
24. Relafen (nabumetone) Prescribing Information. *2004 Physician's Desk Reference*, 58th ed. Montvale, NJ: Medical Economics Co, Inc; 2004:1600–1602.
25. Bellamy N, Kirwan J, Boers M, et al. Recommendations for a core set of outcome measures for future phase III clinical trials in knee, hip, and hand osteoarthritis. Consensus development at OMERACT III. *J Rheumatol*. 1997;24:799–802.
26. Kivitz AJ, Greenwald MW, Cohen SB, et al. Efficacy and safety of rofecoxib 12. 5 mg versus nabumetone 1,000 mg in patients with

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.

osteoarthritis of the knee: a randomized controlled trial. *J Am Geriatr Soc*. 2004;52:666–674.
27. Geba GP, Polis AB, Najarian DK, et al. Onset of efficacy and patient assessment of clinical response in osteoarthritis (OA): comparison of rofecoxib to nabumetone. Annual Meeting of the American Geriatric Society; Chicago; May 9–13, 2001.
28. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. *Circulation*. 2001;104: 2280–2288.
29. Mukherjee D, Nissen SE, Topol EJ. Risk of cardiovascular events associated with selective COX-2 inhibitors. *JAMA*. 2001;286:954–959.
30. Targum SL. Review of the cardiovascular safety database: rofecoxib. Food and Drug Administration Center for Drug Evaluation and Research: Arthritis Advisory Committee, Gaithersburg, MD. Available at: http://fda.gov/ohrms/dockets/ac/01/briefing/3677b2.htm. Accessed February 8, 2001.
31. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis. Rofecoxib/Ibuprofen Comparator Study Group. *Arch Intern Med*. 2000;160:1781–1787.
32. Saag K, van der Heijde D, Fisher C, et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Osteoarthritis Studies Group. *Arch Fam Med*. 2000;9:1124–1134.
33. Helfgott SM. Nabumetone: a clinical appraisal. *Semin Arthritis Rheum*. 1994;23:341–346.
34. Truitt KE, Sperling RS, Ettinger WH Jr, et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. *Aging (Milano)*. 2001;13:112–121.
35. Blower PR. The unique pharmacologic profile of nabumetone. *J Rheumatol*. 1992;19(suppl 36):13–19.
36. Kosinski M, Keller SD, Hatoum HT, et al. The SF-36 Health Survey as a generic outcome measure in clinical trials of patients with osteoarthritis and rheumatoid arthritis: tests of data quality, scaling assumptions and score reliability. *Med Care*. 1999;37:MS10–MS22.
37. Kosinski M, Keller SD, Ware JE Jr, et al. The SF-36 Health Survey as a generic outcome measure in clinical trials of patients with osteoarthritis and rheumatoid arthritis: relative validity of scales in relation to clinical measures of arthritis severity. *Med Care*. 1999;37:MS23–MS39.
38. Ehrich EW, Bolognese JA, Watson DJ, et al. Effect of rofecoxib therapy on measures of health-related quality of life in patients with osteoarthritis. *Am J Manag Care*. 2001;7:609–616.
39. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med*. 2005;352:1092–1102.
40. Solomon SD, McMurray JJ, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. *N Engl J Med*. 2005;352:1071–1080.
41. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study. *JAMA*. 2000;284: 1247–1255.
42. Farkouh ME, Kirshner H, Harrington RA, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), cardiovascular outcomes: randomised controlled trial. *Lancet*. 2004;364:675–684.
43. Baraf HSB, Fuentealva C, Greenwald M, et al. Tolerability and effectiveness of etoricoxib compared to diclofenac sodium in patients with osteoarthritis: a randomized controlled study (EDGE trial). *Arthritis Rheum*. 2004;50(suppl):S346.
44. Food and Drug Administration Center for Drug Evaluation and Research: Joint Meeting of the Arthritis Advisory committee and the Drug Safety and Risk Management Advisory Committee; Gaithersburg, MD; February 16–18, 2005. Available at: http://www.fda.gov/oc/advisory/acccalendar/2005/cder12532ddd0216171805.html
45. Jenkins JK, Seligman PJ. Analysis and recommendations for Agency action regarding nonsteroidal anti-inflammatory drugs and cardiovascular risk. Available at: http://www.fda.gov/cder/drug/infopage/COX2/NSAIDdecisionMemo.pdf. Accessed April 6, 2005.
46. US Food and Drug Administration. FDA Talk Paper: FDA issues public health advisory recommending limited use of Cox-2 inhibitors. Available at: http://www.fda.gov/bbs/topics/ANSWERS/2004/ANS01336.html.

---

**14th Congress of the Pan American League of Associations for Rheumatology**

Lima, Peru

August 20-24, 2006

*Contact*: PANLAR Congress, Av Jose Pardo 138, Officina 1206

Miraflores-Lima 18, Lima, Peru

Tel. & Fax: 511 446 1323

Web site: www.spr.com.pe

E-mail: socreuma@terra.com.pe

---

Copyright © Lippincott Williams & Wilkins. Unauthorized reproduction of this article is prohibited.