# Exhibit 6

www.medscape.com

From **Journal of the American Geriatrics Society**

# Efficacy and Safety of Rofecoxib 12.5 mg Versus Nabumetone 1,000 mg in Patients with Osteoarthritis of the Knee: A Randomized Controlled Trial

Alan J. Kivitz, MD; Maria W. Greenwald, MD; Stanley B. Cohen, MD; Adam B. Polis, MA; Daryl K. Najarian, BS; Mary E. Dixon, BS; Robert A. Moidel, MD; Jerry A. Green, MD; Herbert S. B. Baraf, MD; Richard A. Petruschke, Pharm D; Alan K. Matsumoto, MD; Gregory P. Geba, MD, MPH; for the Protocol 085 study investigators

Posted: 05/11/2004; J Am Geriatr Soc. 2004;52(5) © 2004 Blackwell Publishing

## Abstract and Introduction

### Abstract

**Objectives:** To evaluate the use of starting doses of rofecoxib and nabumetone in patients with osteoarthritis (OA) of the knee.
**Design:** A 6-week, randomized, parallel-group, double-blind, placebo-controlled study.
**Setting:** One hundred thirteen outpatient sites in the United States.
**Participants:** A total of 1,042 male and female patients aged 40 and older with OA of the knee (>6 months).
**Interventions:** Rofecoxib 12.5 mg once a day (n=424), nabumetone 1,000 mg once a day (n=410), or placebo (n=208) for 6 weeks.
**Measurements:** The primary efficacy endpoint was patient global assessment of response to therapy (PGART) over 6 weeks, which was also specifically evaluated over the first 6 days. The main safety measure was adverse events during the 6 weeks of treatment.
**Results:** The percentage of patients with a good or excellent response to therapy as assessed using PGART at Week 6 was significantly higher with rofecoxib (55.4%) than nabumetone (47.5%; $P=.018$) or placebo (26.7%; $P<.001$ vs rofecoxib or nabumetone). Median time to first report of a good or excellent PGART response was significantly shorter in patients treated with rofecoxib (2 days) than with nabumetone (4 days, $P=.002$) and placebo (>5 days, $P<.001$) (nabumetone vs placebo; $P=.007$). The safety profiles of rofecoxib and nabumetone were generally similar, including gastrointestinal, hypertensive, and renal adverse events.
**Conclusion:** Rofecoxib 12.5 mg daily demonstrated better efficacy over 6 weeks of treatment and quicker onset of OA efficacy over the first 6 days than nabumetone 1,000 mg daily. Both therapies were generally well tolerated.

### Introduction

Osteoarthritis (OA) is the most common joint disorder in the United States, affecting more than 21 million Americans.[1-3] The structural development of OA is generally gradual over a lifespan, with radiographic evidence of the disorder present in up to 80% of the population of the United States by age 65 and virtually everyone aged 75 and older.[2-4] Because there is no available disease-modifying treatment for OA, therapy currently focuses on the management of symptoms,[2-4] dominated by pain that can be acute and chronic. Nonsteroidal antiinflammatory drugs (NSAIDs) are among the agents available for symptomatic relief of pain, as well as of stiffness and inflammation, which, in aggregate, can limit function and negatively affect quality of life of OA patients.[2-8] Despite their effectiveness, NSAIDs have a side-effect profile that must be considered in monitoring treatment response.[4,9]

Gastrointestinal-related morbidity and mortality can occur in patients receiving chronic therapy with NSAIDs, particularly patients with additional risk factors such as prior peptic ulcer disease, advanced age, high doses of NSAIDs, corticosteroid and anticoagulant use, and comorbidities that are associated with higher risk of gastrointestinal bleeding.[10-14] Moreover, increases in blood pressure and development of edema can be observed in predisposed patients treated with NSAIDs and selective cyclooxygenase (COX)-2 inhibitors.[15] Therefore, published guidelines recommend prescribing NSAID therapy at lowest doses to provide symptomatic relief.[2-4]

Nabumetone, a dual COX-1/COX-2 inhibiting member of the NSAID class, is a prodrug that does not inhibit locally the gastroprotective prostaglandin E2 as do other NSAIDs; its primary metabolite, 6-methoxy-2-naphthylacetic acid, produced after hepatic metabolism, is responsible for its analgesic and antiinflammatory activity.[16,17] Rofecoxib is a specific inhibitor of COX-2 and COX-2-mediated production of proinflammatory prostanoids that spares COX-1-mediated production of gastroprotective prostaglandins that are inhibited by dual COX-1/COX-2-inhibiting NSAIDs.[18] Efficacy has been demonstrated in the treatment of the symptoms of OA[19-22] that is comparable with high doses of NSAIDs such as diclofenac 50 mg three times a day and ibuprofen 800 mg three times a day.[21-24]

Published consensus approaches to the conduct of clinical trials have suggested the identification of a single study joint and use of

a variety of endpoints in evaluating response to therapy in OA,[25] including evaluations of pain (as a single question or using a battery of questions), physical function, and global assessments, with one of these endpoints chosen as the primary objective of the study. The purpose of this placebo-controlled trial was to compare clinical responses of patients with OA of the knee to starting doses of rofecoxib and nabumetone. The primary hypothesis was that rofecoxib would be superior to nabumetone, as assessed by the primary endpoint: percentage of patients with a good or excellent response over 6 weeks of treatment on patient global response to therapy (PGART) questionnaire, a suggested categorical questionnaire with high face validity in quantifying effect of study medication in this disease.[25,26] Other prespecified endpoints included evaluation of degree of pain walking on a flat surface (The Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC) Question 1), particularly relevant for the study of OA of the knee; application of the Multiple Outcomes Study (MOS) Short-Form 36 (SF-36), a measure of quality of life that includes functional assessments; and investigator global assessment of response to therapy (IGART). The safety and tolerability of rofecoxib and nabumetone were also assessed and summarized.[10-14,26-28]

## Methods

### Ethical Considerations

The study was conducted in accordance with consideration for the protection of patients, as outlined in the Declaration of Helsinki, and each site obtained institutional review board approval of the study protocol. All patients gave written informed consent before enrollment.

### Study Design

This was a 6-week, randomized, parallel-group, double-blind, multicenter, placebo-controlled study. At Visit 1, patients were instructed to discontinue use of their current NSAID for a prespecified washout period, the duration of which depended on the half-life of the NSAID being used. An investigator global assessment of disease status (IGADS) was completed at Visits 1 and 2. Patients who met prespecified flare value criteria, including worsening of pain on walking by 15 mm on the 100-mm visual analog scale and worsening of investigator-reported disease status by 1 point (on a 5-point Likert scale) were randomized in a 2:2:1 ratio via a computer-generated, blinded allocation schedule to rofecoxib 12.5 mg once daily, nabumetone 1,000 mg once daily (as two 500 mg tablets), or placebo for 6 weeks. Exact matching placebo tablets were used to maintain the study blind; at no time was the blind broken during the study. Patient self-assessment take-home surveys were employed during the first 6 days of therapy to determine onset of efficacy assessed using PGART (Doses 1-6) and pain walking (Doses 2-6) 4 hours after each of the first six doses of study medication.

Clinical efficacy and safety were assessed at Weeks 2, 4, and 6. Throughout the study, patients were allowed to use acetaminophen up to 2,600 mg a day as rescue medication for OA pain, except during the first 6 days of therapy. This approach was necessary due to the inclusion of a placebo arm, and is consistent with previous recommendations for OA clinical trials.[21-25] Patients were also instructed not to use acetaminophen for 24 hours before all efficacy evaluations at Weeks 2, 4, and 6, to discern treatment effects produced by specific medication assignment.

### Selection of Patients

A total of 1,042 patients were enrolled at 113 outpatient sites in the United States. Male and nonpregnant female patients aged 40 and older with a diagnosis of OA of the knee for longer than 6 months with a positive history of therapeutic response to NSAIDs and an American College of Rheumatology rating of I, II, or III were eligible. After withdrawal of previous NSAID therapy, patients were required to meet flare criteria at Visit 2, which included minimum 40 mm out of 100 mm on pain walking assessment, increase of 15 mm on pain walking assessment from Visit 1, and worsening of IGADS by 1 point on a 5-point scale from Visit 1.

Patients were excluded if they had a concurrent medical/arthritic disease that could alter study outcome or a significant systemic disease that contraindicated NSAID therapy. Patients were also excluded who used corticosteroids, misoprostol, sucralfate, histamine blockers, antacids, proton pump inhibitors, analgesics, warfarin, ticlopidine, high-dose aspirin, appetite suppressants, and other medications for chronic diseases for a predefined period before the study or if their use was required during the trial. Low-dose aspirin (≤81 mg/d) was allowed if previously prescribed for cardiovascular prophylaxis.

### Efficacy and Safety Evaluations

The primary efficacy parameter was PGART. Patients were asked to rate their response to therapy at Weeks 2, 4, and 6. After the start of the study, the protocol was amended to include endpoints for the assessment of onset of efficacy (PGART and walking pain) 4 hours after their first daily dose of study medication on Days 1, 2, 3, 4, 5, and 6. Five hundred seventy-four (55.1%) patients

enrolled after the date of the protocol amendment were provided with self-assessment take-home surveys to record onset of change in PGART and walking pain. Patients rated PGART on a 5-point Likert scale ranging from 0 (none) to 4 (excellent response).

The secondary efficacy parameters included pain walking on a flat surface, IGART, withdrawals due to lack of efficacy, and quality of life as assessed using the SF-36. Patient global response was first assessed 4 hours after the daily dose of study medication on Days 1, 2, 3, 4, 5, and 6 (onset of efficacy) and at Weeks 2, 4, and 6. Patients were asked to rate their level of pain while walking, as assessed using the WOMAC (Question 1) visual analog scale (rated as 0 mm (no pain) to 100 mm (extreme pain)), and responses were recorded 4 hours after the second dose of therapy through Day 6 to assess onset of efficacy and at Weeks 2, 4, and 6. Investigators were also asked to rate the response to therapy (IGART) at Weeks 2, 4, and 6 using a 5-point Likert scale from 0 (none) to 4 (excellent response). SF-36 was assessed at baseline (after NSAID withdrawal and before randomization) and at 6 weeks. Patient discontinuations and the reasons for discontinuation were recorded throughout the study.

Safety was monitored throughout the study and was primarily based on analysis of adverse events recorded during Week 2, 4, and 6 office visits for physical examinations and laboratory tests or spontaneously reported by the patient.

### Statistical Analysis

Patient disposition data were analyzed using Fisher exact test. The primary and secondary efficacy variables were evaluated using a modified intent-to-treat approach, including all patients who had a baseline value at the flare visit, took at least one dose of study drug, and had a postbaseline efficacy assessment. Missing data from treatment evaluations performed at specific times (e.g., PGART at Week 6) were imputed using the previous evaluation that was the most recent nonmissing evaluation after the baseline/flare visit. The analysis of endpoints relating to average change from baseline across the treatment period (e.g., mean reduction in walking pain score based on the average of Weeks 2, 4, and 6) was conducted without imputation. Missing data at the baseline/flare visit were not imputed. The primary efficacy variable (percentage of rofecoxib vs nabumetone patients with a good or excellent response to the PGART at Week 6) was also analyzed using a per-protocol approach considered secondary, which excluded patients with serious prespecified protocol violations related to compliance, entry criteria, misallocation, and timing of acetaminophen rescue medication. Patients who did not have a Week 6 PGART or had a Week 6 PGART recorded outside the designated time period were also excluded from the per-protocol analysis. All patients treated with study medication were included in the evaluation of safety data. Statistical models included terms for baseline (as appropriate) and treatment. For all treatment comparisons, $P$-values ≤.05 were statistically significant.

Logistic regression was used for primary and secondary analyses of good and excellent response to PGART and IGART at Weeks 2, 4, and 6 and included terms for treatment group and baseline IGADS. A similar approach was taken to analyze PGART data in assessing response to therapy over the first 6 days of therapy. The time to the first report of a good or excellent PGART response was evaluated using the Kaplan-Meier estimate and log-rank test for time-to-event data. Mean changes from baseline in walking pain (over 6 weeks and over 6 days) and quality-of-life measures were analyzed using analysis of variance and included terms for baseline value, as well as treatment, for all parameters. Fisher exact test was used to analyze the incidence of patients who withdrew because of lack of efficacy.

Safety and tolerability of the study medications were evaluated using examination of incidence of adverse events, laboratory measurements, and vital signs. Fisher exact test was used to compare prespecified adverse event categories that included incidence of clinical adverse events, drug-related adverse events, serious adverse events, deaths, discontinuations due to adverse events, discontinuations due to drug-related adverse events, and gastrointestinal nuisance adverse events (acid reflux, dyspepsia, epigastric discomfort, heartburn, nausea, and vomiting).

The study was powered for detection of clinically relevant difference between treatment groups in terms of the primary endpoint, PGART. With 380 patients per active treatment group (rofecoxib 380, nabumetone 380, placebo 190), it was estimated that the study would have 99% power to detect a difference of at least 15% between rofecoxib and nabumetone in terms of the percentage of patients with a good or excellent response on the PGART. Thus statistical significance on this endpoint implied an effect difference that was within the distribution of values consistent with a difference between groups of at least 15 percentage points in terms of the primary endpoint.

## Results

### Patient Disposition

A total of 1,495 patients with OA of the knee were screened for eligibility. Of these, 1,042 met the study criteria and were

randomized to therapy with rofecoxib 12.5 mg once a day (n=424), nabumetone 1,000 mg once a day (n=410) or placebo (n=208). All patients received treatment as allocated. The percentage of patients who completed the study was significantly ($P \leq .002$) higher in the rofecoxib (82.5%) and nabumetone (79.3%) groups than in the placebo group (67.8%) ( Table 1 ). Compliance was similar between the treatment groups overall, averaging 96%. A slightly greater proportion of placebo-treated patients (10.1%) were less than 80% compliant with study medication than rofecoxib- and nabumetone-treated patients (both 6.6%).

Table 1. Table 1. Disposition of Randomized Patients

| Disposition | Rofecoxib 12.5 mg (n=424) n (%) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
| Completed | 350 (82.5)* | 325 (79.3)* | 141 (67.8) | 816 (78.3) |
| Discontinued | 74 (17.5) | 85 (20.7) | 67 (32.2) | 226 (21.7) |
| Lack of efficacy | 31 (7.3) | 47 (11.5) | 49 (23.6) | 127 (12.2) |
| Clinical adverse event | 24 (5.7) | 25 (6.1) | 6 (2.9) | 55 (5.3) |
| Withdrew consent | 8 (1.9) | 4 (1.0) | 5 (2.4) | 17 (1.6) |
| Protocol deviation | 4 (0.9) | 4 (1.0) | 6 (2.9) | 14 (1.3) |
| Lost to follow-up | 5 (1.2) | 1 (0.2) | 0 (0.0) | 6 (0.6) |
| Other | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Laboratory adverse event | 0 (0.0) | 1 (0.2) | 1 (0.5) | 2 (0.2) |

**Demographics and Disease Characteristics**

Treatment groups were similar with regard to demographic and baseline disease characteristics, particularly those relevant to OA progression, severity, and prior treatment ( Table 2 ). Overall, the majority (68.3%) of patients were female, and most were Caucasian (87.9%). Mean age was 63.1 (range=35-92). The overall mean number of years since OA diagnosis was 6 and was similar between the treatment groups. The majority of the patients had walking pain, averaged an American College of Rheumatology Class II rating at baseline, and had OA that the investigators assessed as being poorly or very poorly controlled after the patients had discontinued their NSAID therapy.

Table 2. Table 2. Demographics and Baseline Characteristics

| Characteristic | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) |
|---|---|---|---|
| Female, n (%) | 287 (67.7) | 286 (69.8) | 139 (66.8) |
| Male, n (%) | 137 (32.3) | 124 (30.2) | 69 (33.2) |
| Caucasian, % | 88.2 | 89.0 | 85.1 |
| Age, mean ± SD | 63.6 ± 10.2 | 62.2 ± 10.0 | 64.1 ± 10.3 |
| Duration OA years, mean ± SD | 6.35 ± 8.31 | 5.94 ± 6.44 | 6.12 ± 6.40 |
| Joint tenderness, n (%)* | | | |
| 0 | 6 (1.4) | 10 (2.4) | 7 (3.4) |
| 1 | 119 (28.1) | 131 (32.0) | 63 (30.3) |
| 2 | 220 (51.9) | 190 (46.3) | 105 (50.5) |
| 3 | 79 (18.6) | 79 (19.3) | 33 (15.9) |
| IGADS, n (%) | | | |
| Well | 4 (0.9) | 6 (1.5) | 1 (0.5) |

| | | | |
|---|---|---|---|
| Fair | 112 (26.4) | 110 (26.8) | 47 (22.6) |
| Poor | 258 (60.8) | 247 (60.2) | 132 (63.5) |
| Very poor | 50 (11.8) | 47 (11.5) | 28 (13.5) |
| Pain walking, mean ± SD | 74.9 ± 16.3 | 74.2 ± 15.3 | 76.5 ± 14.6 |
| Joints affected, n (%) | | | |
| 0 | 23 (5.4) | 24 (5.9) | 7 (3.4) |
| 1 | 118 (27.8) | 146 (35.6) | 62 (29.8) |
| 2 or 3 | 205 (48.3) | 166 (40.5) | 110 (52.9) |
| ≥4 | 78 (18.4) | 74 (18.0) | 29 (13.9) |
| ACR functional class, n (%) | | | |
| Class I | 79 (18.6) | 80 (19.5) | 34 (16.3) |
| Class II | 275 (64.9) | 274 (66.8) | 134 (64.4) |
| Class III | 70 (16.5) | 56 (13.7) | 40 (19.2) |
| NSAID-related gastrointestinal disease, n (%) | 79 (18.6) | 76 (18.5) | 33 (15.9) |
| Prior NSAID use, n (%) | 409 (96.5) | 384 (93.7) | 199 (95.7) |
| Nabumetone | 60 (14.2) | 61 (14.9) | 36 (17.3) |
| Prior acetaminophen use, n (%) | 344 (81.1) | 298 (72.7) | 155 (74.5) |
| Prior aspirin use, n (%) | 60 (14.2) | 75 (18.3) | 26 (12.5) |

Cardiovascular system disorders were present in 64% of the patient population as secondary diagnoses at baseline. Hypertension was the most common cardiovascular system disease reported at baseline and was present in approximately 42% of the patients in all treatment groups. Lower-extremity edema was present in approximately 5% of the study patients at baseline. Approximately 18% of the patients reported a concomitant digestive system disorder associated with NSAID use.

Most (96.4%) patients took at least one medication concomitantly with their study therapy. A large percentage of the patients received medications for diseases of the cardiovascular system (55%), including medications to treat edema and fluid retention. Approximately 10% to 14% of the patients in each treatment group were taking low-dose aspirin for cardiovascular prophylaxis, which was continued during the trial.

### Study Populations

Nearly all (≥98.3%) patients in each treatment group were included in the modified intent-to-treat efficacy analyses for the primary endpoint. The majority of exclusions from the per-protocol analysis were patients who had no Week 6 PGART or who had a Week 6 PGART that was outside the time window. The remaining exclusions were patients who had serious protocol violations. All patients randomized were treated with study drug and were evaluated for safety.

### Efficacy

**Patient Global Assessment of Response to Therapy.** The study results supported the primary hypothesis, with a significantly greater percentage of patients in the rofecoxib group (55.4%) than in the nabumetone (47.5%, *P* =.018) and placebo (26.7%, *P* <.001) groups achieving a good or excellent response to the PGART over 6 weeks (Figure 1A). A statistically significant (*P* <.001) difference was also observed between the nabumetone and placebo groups over 6 weeks. Patients receiving rofecoxib were more likely than those receiving nabumetone to experience a good or excellent response to therapy (odds ratio (OR)=1.39, 95% confidence interval (CI)=1.06-1.84). Patients receiving rofecoxib (OR=3.39, 95% CI=2.35-4.89) or nabumetone (OR=2.43, 95% CI=1.68-3.51) were more likely than those taking placebo to achieve a good or excellent response. The PGART results from the supportive per-protocol analysis were similar to those of the modified intent-to-treat analysis. In addition, the analysis of efficacy by

subgroup of age (<65 vs ≥65) showed consistency with results for the total population in that older patients treated with rofecoxib experienced an improvement in PGART relative to those on nabumetone that was comparable with the overall cohort (treatment-by-age interaction, $P$ =.893).



**Figure 1.** Patient global assessment of response to therapy (PGART): Percentage of patients with a good or excellent response. A. During the 6 weeks of treatment. B. During the first 6 days of treatment. P *<.05, †<.01 compared with nabumetone; ‡<.05, §<.01 compared with placebo.

Significant differences in PGART 4 hours after the initiation of treatment between the rofecoxib group and the placebo group demonstrated onset of efficacy (26.3% vs 16.2%, $P$ =.041). The difference between nabumetone and placebo, although not significant at 4 hours, was significant 52 hours after treatment initiation (28.7% vs 18.0%, $P$ =.037) (Figure 1B). The median time to first report of good or excellent response to the PGART was significantly shorter in the rofecoxib group (2 days) than in the nabumetone (4 days, $P$ =.002) and placebo (>5 days, $P$ <.001) groups (nabumetone vs placebo, $P$ =.007). After the first 6 days of therapy, the cumulative incidence of good or excellent response on this endpoint was 68.1%, 55.8%, and 39.5% in the rofecoxib, nabumetone, and placebo groups, respectively.

### Secondary Endpoints

The mean reduction (improvement) in walking pain score based on the average of the Week 2, 4, and 6 measures showed a difference between rofecoxib and nabumetone that was statistically significant (-3.7 mm, 95% CI=-7.1 to -0.3, $P$ =.031) (Figure 2A). Improvement was significantly greater with either active drug than with placebo, with mean differences for rofecoxib of -15.1 mm

(95% CI=-19.2 to -11.0, *P* <.001) and for nabumetone of -11.4 mm (95% CI=-15.5 to -7.3, *P* <.001).



**Figure 2.** Patient mean reduction in walking pain. A. During the 6 weeks of treatment. B. During the first 6 days of treatment. P *<.05, <.01 compared with nabumetone; <.05, §<.01 compared with placebo.

In terms of onset of efficacy, the difference in the improvement in walking pain was significant between rofecoxib and nabumetone (-6.3 mm, *P* =.003) and between rofecoxib and placebo (-12.9 mm, *P* <.001) at the first postbaseline assessment after 1 day of treatment and at each assessment during and averaged over the first 6 days of treatment (Figure 2B). The difference was also significant between nabumetone and placebo after 1 day of treatment (-6.6 mm, *P* =.012). Furthermore, average reduction in walking pain over this time was significantly greater in patients treated with rofecoxib (-33.2 mm) than in those treated with nabumetone (-25.8 mm, *P* <.001) and placebo (-14.6 mm, *P* <.001). Although OA is a chronic condition, rapid onset of treatment effect may be of clinical importance in alleviating pain that occurs as a result of OA flares, a common reason for use of the study medications.[1,4,8]

IGART was consistent with patient-reported outcomes. The percentage of patients with good or excellent responses on IGART over 6 weeks was significantly better for rofecoxib (57.6%) and nabumetone (49.6%) than for placebo (30.6%, *P* <.001). Rofecoxib was judged to be significantly superior to nabumetone (*P* =.017).

Significantly more patients in the placebo group (88.0%) took rescue acetaminophen than patients treated with rofecoxib (73.3%) or nabumetone (72.9%) (*P* <.001). The mean daily number of acetaminophen 325 mg tablets used in each treatment group was relatively low. Placebo patients used significantly more tablets per day (0.51 tablets) than rofecoxib patients (0.27 tablets, *P* <.001) or nabumetone patients (0.31 tablets, *P* <.001). Patient withdrawal due to lack of efficacy was captured as a secondary efficacy

Efficacy and Safety of Rofecoxib 12.5 Versus Nabumetone 1,000 mg (printer-friendly)    Page 8 of 15

Case 2:05-md-01657-EEF-DEK   Document 36594-7   Filed 03/09/10   Page 9 of 16

endpoint and was the most common reason (12.2%) patients withdrew from the study ( Table 1 ). The percentage of patients who withdrew for this reason was significantly lower in the rofecoxib group (7.3%) than in the nabumetone (11.5%, $P$ =.043) and placebo (23.6%, $P$ <.001) groups. Fewer patients treated with nabumetone discontinued due to lack of efficacy than patients in the placebo group ($P$ <.001).

Table 1. Table 1. Disposition of Randomized Patients

| Disposition | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
|  | n (%) |  |  |  |
| Completed | 350 (82.5)* | 325 (79.3)* | 141 (67.8) | 816 (78.3) |
| Discontinued | 74 (17.5) | 85 (20.7) | 67 (32.2) | 226 (21.7) |
| Lack of efficacy | 31 (7.3) | 47 (11.5) | 49 (23.6) | 127 (12.2) |
| Clinical adverse event | 24 (5.7) | 25 (6.1) | 6 (2.9) | 55 (5.3) |
| Withdrew consent | 8 (1.9) | 4 (1.0) | 5 (2.4) | 17 (1.6) |
| Protocol deviation | 4 (0.9) | 4 (1.0) | 6 (2.9) | 14 (1.3) |
| Lost to follow-up | 5 (1.2) | 1 (0.2) | 0 (0.0) | 6 (0.6) |
| Other | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Laboratory adverse event | 0 (0.0) | 1 (0.2) | 1 (0.5) | 2 (0.2) |

The treatment groups had mean increases from baseline in each quality-of-life domain (MOS SF-36), indicating improvement over 6 weeks. The domains with the greatest degree of improvement included role-physical, bodily pain, and physical functioning. Both active treatments were significantly ($P$ ≤.017) superior to placebo for improvement in six of the eight domains. Rofecoxib yielded greater improvements than nabumetone in physical function domain (change from baseline: rofecoxib: 13.0, nabumetone: 10.8, placebo: 6.2; $P$ =.089 vs nabumetone and $P$ <.001 vs placebo) and on every other domain, except mental health, but the differences between rofecoxib and nabumetone did not reach the level of statistical significance in this single study, which was powered for the primary endpoint of PGART, not this secondary endpoint.

**Safety**

**Clinical Adverse Event Profiles.** The adverse event profiles of the treatment groups were similar, with approximately half of the patients in each treatment group experiencing at least one clinical adverse event during the study ( Table 3 ). The most common clinical adverse events were headache (10.4%), upper respiratory infection (8.7%), and diarrhea (4.2%), and differences between treatments were not significant. Serious adverse events were reported in a similar percentage of rofecoxib (0.9%), nabumetone (2.0%), and placebo (0.5%) patients, and there were no deaths. A greater proportion of rofecoxib (17.9%) than nabumetone (12.4%, $P$ =.034) patients experienced adverse events thought to be drug related, but none of the drug-related adverse events were serious. Approximately 5% of all patients withdrew from the study because of a clinical adverse event ( Table 3 ). There was no significant difference between treatment groups in the incidence of discontinuations either due to adverse events or drug-related adverse events. In patients aged 65 and older, the percentage experiencing any adverse event was similar between the treatment groups (rofecoxib, 47.3%; nabumetone, 47.6%; placebo, 46.5%).

Table 3. Table 3. Clinical Adverse Events Summary

| Clinical Adverse Event | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
|  | n (%) |  |  |  |
| Most common clinical AEs |  |  |  |  |
| At least one AE | 212 (50.0) | 197 (48.0) | 104 (50.0) | 513 (49.2) |
| Headache | 44 (10.4) | 36 (8.8) | 28 (13.5) | 108 (10.4) |
| Upper respiratory infection | 38 (9.0) | 36 (8.8) | 17 (8.2) | 91 (8.7) |

| | | | | |
|---|---|---|---|---|
| Diarrhea | 19 (4.5) | 14 (3.4) | 11 (5.3) | 44 (4.2) |
| Most common withdrawal AEs | | | | |
| At least one AE | 24 (5.7) | 24 (5.9) | 8 (3.8) | 56 (5.4) |
| Diarrhea | 3 (0.7) | 3 (0.7) | 0 (0.0) | 6 (0.6) |
| Headache | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Abdominal pain | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Bloated feeling | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Lower extremity edema | 1 (0.2) | 2 (0.5) | 1 (0.5) | 4 (0.4) |
| Nausea | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Gastrointestinal nuisance AEs | | | | |
| At least one AE | 29 (6.8) | 21 (5.1) | 14 (6.7) | 64 (6.1) |
| Acid reflux | 1 (0.2) | 1 (0.2) | 0 (0.0) | 2 (0.2) |
| Dyspepsia | 3 (0.7) | 5 (1.2) | 1 (0.5) | 9 (0.9) |
| Epigastric discomfort | 9 (2.1) | 2 (0.5) | 2 (1.0) | 13 (1.2) |
| Heartburn | 6 (1.4) | 10 (2.4) | 2 (1.0) | 18 (1.7) |
| Nausea | 10 (2.4) | 5 (1.2) | 9 (4.3) | 24 (2.3) |
| Vomiting | 3 (0.7) | 1 (0.2) | 1 (0.5) | 5 (0.5) |
| Lower extremity edema | 10 (2.4) | 7 (1.7) | 2 (1.0) | 19 (1.8) |
| Hypertension | 3 (0.7) | 4 (1.0) | 2 (1.0) | 9 (0.9) |

Table 3. Table 3. Clinical Adverse Events Summary

| Clinical Adverse Event | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
| | n (%) | | | |
| Most common clinical AEs | | | | |
| At least one AE | 212 (50.0) | 197 (48.0) | 104 (50.0) | 513 (49.2) |
| Headache | 44 (10.4) | 36 (8.8) | 28 (13.5) | 108 (10.4) |
| Upper respiratory infection | 38 (9.0) | 36 (8.8) | 17 (8.2) | 91 (8.7) |
| Diarrhea | 19 (4.5) | 14 (3.4) | 11 (5.3) | 44 (4.2) |
| Most common withdrawal AEs | | | | |
| At least one AE | 24 (5.7) | 24 (5.9) | 8 (3.8) | 56 (5.4) |
| Diarrhea | 3 (0.7) | 3 (0.7) | 0 (0.0) | 6 (0.6) |
| Headache | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Abdominal pain | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Bloated feeling | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Lower extremity edema | 1 (0.2) | 2 (0.5) | 1 (0.5) | 4 (0.4) |
| Nausea | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Gastrointestinal nuisance AEs | | | | |

Efficacy and Safety of Rofecoxib 12.5 Versus Nabumetone 1,000 mg (printer-friendly)　　Page 10 of 15

Case 2:05-md-01657-EEF-DEK   Document 36594-7   Filed 03/09/10   Page 11 of 16

| | | | | |
|---|---|---|---|---|
| At least one AE | 29 (6.8) | 21 (5.1) | 14 (6.7) | 64 (6.1) |
| Acid reflux | 1 (0.2) | 1 (0.2) | 0 (0.0) | 2 (0.2) |
| Dyspepsia | 3 (0.7) | 5 (1.2) | 1 (0.5) | 9 (0.9) |
| Epigastric discomfort | 9 (2.1) | 2 (0.5) | 2 (1.0) | 13 (1.2) |
| Heartburn | 6 (1.4) | 10 (2.4) | 2 (1.0) | 18 (1.7) |
| Nausea | 10 (2.4) | 5 (1.2) | 9 (4.3) | 24 (2.3) |
| Vomiting | 3 (0.7) | 1 (0.2) | 1 (0.5) | 5 (0.5) |
| Lower extremity edema | 10 (2.4) | 7 (1.7) | 2 (1.0) | 19 (1.8) |
| Hypertension | 3 (0.7) | 4 (1.0) | 2 (1.0) | 9 (0.9) |

The percentage of patients who had a gastrointestinal nuisance adverse event was 6.8%, 5.1%, and 6.7% in the rofecoxib, nabumetone, and placebo groups, respectively, and did not differ significantly between treatment groups ( Table 3 ). Nausea (2.3%) was the only gastrointestinal nuisance adverse event to occur in more than 2% of patients in the overall population. None of the patients had gastrointestinal perforation or ulceration. Only two patients (both on nabumetone) experienced gastrointestinal bleeding (anorectal hemorrhage or lower gastrointestinal hemorrhage); the investigator did not attribute either event to the use of the study drug.

**Table 3. Table 3. Clinical Adverse Events Summary**

| Clinical Adverse Event | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
| | n (%) | | | |
| Most common clinical AEs | | | | |
| At least one AE | 212 (50.0) | 197 (48.0) | 104 (50.0) | 513 (49.2) |
| Headache | 44 (10.4) | 36 (8.8) | 28 (13.5) | 108 (10.4) |
| Upper respiratory infection | 38 (9.0) | 36 (8.8) | 17 (8.2) | 91 (8.7) |
| Diarrhea | 19 (4.5) | 14 (3.4) | 11 (5.3) | 44 (4.2) |
| Most common withdrawal AEs | | | | |
| At least one AE | 24 (5.7) | 24 (5.9) | 8 (3.8) | 56 (5.4) |
| Diarrhea | 3 (0.7) | 3 (0.7) | 0 (0.0) | 6 (0.6) |
| Headache | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Abdominal pain | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Bloated feeling | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Lower extremity edema | 1 (0.2) | 2 (0.5) | 1 (0.5) | 4 (0.4) |
| Nausea | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Gastrointestinal nuisance AEs | | | | |
| At least one AE | 29 (6.8) | 21 (5.1) | 14 (6.7) | 64 (6.1) |
| Acid reflux | 1 (0.2) | 1 (0.2) | 0 (0.0) | 2 (0.2) |
| Dyspepsia | 3 (0.7) | 5 (1.2) | 1 (0.5) | 9 (0.9) |
| Epigastric discomfort | 9 (2.1) | 2 (0.5) | 2 (1.0) | 13 (1.2) |
| Heartburn | 6 (1.4) | 10 (2.4) | 2 (1.0) | 18 (1.7) |

| | | | | |
|---|---|---|---|---|
| Nausea | 10 (2.4) | 5 (1.2) | 9 (4.3) | 24 (2.3) |
| Vomiting | 3 (0.7) | 1 (0.2) | 1 (0.5) | 5 (0.5) |
| Lower extremity edema | 10 (2.4) | 7 (1.7) | 2 (1.0) | 19 (1.8) |
| Hypertension | 3 (0.7) | 4 (1.0) | 2 (1.0) | 9 (0.9) |

**Clinical Adverse Events of Special Interest**

The overall incidence of lower extremity edema or hypertension adverse events was low (1.8% and 0.9%, respectively) ( Table 3 ). Two nabumetone patients, one rofecoxib patient, and one placebo patient were withdrawn from the study because of lower extremity edema. One nabumetone patient was withdrawn from the study because of hypertension. In addition, one patient in the rofecoxib treatment group experienced an acute myocardial infarction that led to withdrawal. The investigator assessed the event as unrelated to treatment.

**Table 3. Table 3. Clinical Adverse Events Summary**

| Clinical Adverse Event | Rofecoxib 12.5 mg (n=424) | Nabumetone 1,000 mg (n=410) | Placebo (n=208) | Total (N=1,042) |
|---|---|---|---|---|
| | n (%) | | | |
| Most common clinical AEs | | | | |
| At least one AE | 212 (50.0) | 197 (48.0) | 104 (50.0) | 513 (49.2) |
| Headache | 44 (10.4) | 36 (8.8) | 28 (13.5) | 108 (10.4) |
| Upper respiratory infection | 38 (9.0) | 36 (8.8) | 17 (8.2) | 91 (8.7) |
| Diarrhea | 19 (4.5) | 14 (3.4) | 11 (5.3) | 44 (4.2) |
| Most common withdrawal AEs | | | | |
| At least one AE | 24 (5.7) | 24 (5.9) | 8 (3.8) | 56 (5.4) |
| Diarrhea | 3 (0.7) | 3 (0.7) | 0 (0.0) | 6 (0.6) |
| Headache | 2 (0.5) | 3 (0.7) | 0 (0.0) | 5 (0.5) |
| Abdominal pain | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Bloated feeling | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Lower extremity edema | 1 (0.2) | 2 (0.5) | 1 (0.5) | 4 (0.4) |
| Nausea | 2 (0.5) | 2 (0.5) | 0 (0.0) | 4 (0.4) |
| Gastrointestinal nuisance AEs | | | | |
| At least one AE | 29 (6.8) | 21 (5.1) | 14 (6.7) | 64 (6.1) |
| Acid reflux | 1 (0.2) | 1 (0.2) | 0 (0.0) | 2 (0.2) |
| Dyspepsia | 3 (0.7) | 5 (1.2) | 1 (0.5) | 9 (0.9) |
| Epigastric discomfort | 9 (2.1) | 2 (0.5) | 2 (1.0) | 13 (1.2) |
| Heartburn | 6 (1.4) | 10 (2.4) | 2 (1.0) | 18 (1.7) |
| Nausea | 10 (2.4) | 5 (1.2) | 9 (4.3) | 24 (2.3) |
| Vomiting | 3 (0.7) | 1 (0.2) | 1 (0.5) | 5 (0.5) |
| Lower extremity edema | 10 (2.4) | 7 (1.7) | 2 (1.0) | 19 (1.8) |
| Hypertension | 3 (0.7) | 4 (1.0) | 2 (1.0) | 9 (0.9) |

**Clinical Adverse Events by Aspirin-User Subgroup**

Overall, 124 (11.9%) study patients received concomitant low-dose aspirin (rofecoxib, n=46; nabumetone, n=57; placebo, n=21) during the study. The use of low-dose aspirin did not appear to contribute to an increase in adverse events in any of the treatment groups. Likewise, aspirin use was not associated with an increase in drug-related adverse events or discontinuations due to adverse events or drug-related adverse events. Although this study was not powered to be conclusive, aspirin use also had no additive effect on the percentage of patients experiencing a gastrointestinal adverse event.

## Discussion

NSAIDs are effective in providing OA symptom relief but, because of their gastrointestinal and other known side effects, are contraindicated entirely, or their dose and length of use are reduced in patients with identifiable risk factors[3,4,9-14,27-30] that are often associated with older age. Previous comparability studies with NSAIDs (e.g., high-dose diclofenac and ibuprofen) in OA have established that rofecoxib provides comparable symptom relief to dual COX-1- and COX-2-inhibiting NSAIDs.[19,21-24] The current study was designed to assess the efficacy of the starting dose of rofecoxib 12.5 mg daily and the starting and most commonly used dose of nabumetone 1,000 mg a day over a 6-week period in OA patients. In this study, patients assigned to rofecoxib were more likely to experience a good or excellent PGART than were those assigned to nabumetone. Secondary endpoints also consistently demonstrated greater improvement in OA symptoms with rofecoxib than nabumetone. Results during the first 6 days of therapy supported 6-week findings, with rofecoxib providing an earlier onset of OA efficacy than nabumetone as judged by global response rates at each interval tested, by median time to first report of response, and by response on WOMAC questionnaire related specifically to knee pain while walking.

Study participants were treated with the recommended starting doses of comparators for the treatment of OA. In addition, the 1,000 mg daily dose of nabumetone was, until the advent of selective COX-2 inhibitors, the most commonly prescribed dose of the most commonly prescribed branded NSAID in the year when the study was conceptualized,[31] thus providing clinical trial evidence to judge differences in efficacy from that of low-dose selective COX-2 inhibitors.[16,17] In clinical practice, the dose of both study medications may be doubled (rofecoxib 25 mg, nabumetone 2,000 mg) to treat patients with more-severe or nonresponsive OA symptoms. Because study medication doses were fixed and a placebo arm was included, rescue acetaminophen was permitted. Use of acetaminophen was significantly less with the active treatments than placebo. Consistent with common practice, approximately 70% of rofecoxib and nabumetone patients recorded some additional use of acetaminophen, but the mean number of 325 mg acetaminophen tablets used daily was low (placebo, 0.51 tablets; rofecoxib, 0.27 tablets; and nabumetone, 0.31 tablets).

The study population was representative of the typical demographics of OA patients encountered in clinical practice.[1] The majority of the patients in the study were women aged 60 and older with OA for an average of 6 years. Most patients had OA that was characterized as poorly or very poorly controlled, involved more than one joint, caused joint tenderness, and was rated as American College of Rheumatology Class II. A large proportion exhibited comorbidities. Almost all patients had switched between analgesic medications in the past (including NSAIDs, acetaminophen, and aspirin) and were responsive to treatment with NSAIDs.

The primary efficacy endpoint, PGART, is a recommended measure of outcome for OA of the knee.[25] A good or excellent patient response identified patients who unequivocally benefited from treatment. The results of PGART showed that, over 6 weeks of treatment, patients had a superior response with rofecoxib versus nabumetone at starting doses of these medications. Rofecoxib patients were nearly 40% more likely to experience a good or excellent response to therapy than nabumetone patients.

An additional objective of the study was to determine differences in onset of OA efficacy between rofecoxib and nabumetone. Median time to first report of a good or excellent response to the PGART was approximately half as long in patients treated with rofecoxib (2 days) than with those treated with nabumetone (4 days). Both drugs have a relatively short time-to-peak plasma concentration. Rofecoxib has a time-to-maximum plasma concentration of 2 to 3 hours,[20-22] whereas the maximal plasma concentration of the active metabolite of nabumetone (6-methoxy-2-naphthylacetic acid) is achieved approximately 4 hours after dosing.[32,33]

Results of the secondary efficacy analyses supported the primary endpoint. Statistically significant differences favoring rofecoxib were observed between active treatments for reduction of walking pain (average over 6 weeks and early onset), IGART at Week 6, and discontinuation due to lack of efficacy. Data from IGART were consistent with PGART findings. Quality-of-life endpoints also showed advantages, although not sufficiently powered in this single study and not statistically significant, that were especially notable in terms of the physical function scores.

Rofecoxib and nabumetone were generally well tolerated. Both active study medications resulted in an incidence of adverse events that was similar to that of placebo. The incidence of gastrointestinal nuisance adverse events during the study was approximately

6% and did not differ significantly between the treatment groups. Vascular and renal effects of NSAIDS were monitored and showed that a similar percentage of rofecoxib and nabumetone patients experienced hypertension or lower extremity edema in this study. Likewise, a similar and small percentage of patients in the treatment groups withdrew from the study because of hypertension or lower extremity edema. This is consistent with the concept that selective COX-2 inhibitors are not different from dual COX-1- and COX-2-inhibiting NSAIDs in this regard, as has been previously suggested.[34] Although the population using low-dose aspirin for cardiovascular prophylaxis was small, the adverse event profiles of the study medications were not significantly different from the total cohort.

In conclusion, at starting doses in the treatment of OA, rofecoxib 12.5 mg provided significantly greater response to therapy than nabumetone 1,000 mg once a day over 6 weeks of treatment and exhibited a significantly more rapid onset of OA efficacy. Active treatments had similar safety and tolerability profiles, and in this trial were similar to those of placebo. The overall incidence of gastrointestinal, hypertensive, and renal adverse events were low. All treatments were well tolerated.

CLICK HERE for subscription information about this journal.

### Sidebar: The Protocol 085 Investigator Group

J. Angelo, DO (New Orleans, LA); K. Bahrt, MD (South Plainfield, NJ); H. Baraf, MD (Wheaton, MD); R. Bettis, MD (Edmonds, WA); A. Birnbaum, MD (South Bend, IN); J. Block, MD (Chicago, IL); B. Bockow, MD (Seattle, WA); A. Brabham III, MD (Columbia, SC); J. Breiter, MD (Manchester, CT); J. Brem, MD (Portland, OR); B. Carpenter, MD (Cincinnati, OH); C. Champion, MD (Bloomfield Hills, MI); W. Chase, MD, PA (Austin, TX); A. Chopra, MD (Stratford, NJ); S. Cohen, MD (Dallas, TX); W. Cryan, MD (Long Beach, CA); P. Dalgin, MD (Stamford, CT); F. Dietz, MD (Rockford, IL); M. Doyle, MD (Birmingham, MI); M. Ellman, MD (Chicago, IL); H. Emori, MD (Medford, OR); M. Ettinger, MD (Stuart, FL); S. Farber, MD (Toledo, OH); C. Fisher, MD, MPH (Newport News, VA); N. Gaylis, MD (N. Miami Beach, FL); B. Germain, MD (Tampa, FL); L. Gilderman, DO (Pembroke Pines, FL); F. Gloth, MD (Baltimore, MD); O. Gluck, MD (Phoenix, AZ); J. Godwin, MD (Raleigh, NC); M. Goldberg, MD (Passaic, NJ); A. Goldman, MD (Milwaukee, WI); M. Gourley, MD (Washington, DC); R. Graham, MD (Altamonte Springs, FL); J. Green, MD (Danbury, CT); M. Greenwald, MD (Rancho Mirage, CA); W. Greth, MD (West Reading, PA); K. Hackshaw, MD (Columbus, OH); E. Harris, MD (Whittier, CA); J. Hillson, MD (Seattle, WA); P. Holt, MD (Baltimore, MD); S. Howe, MD (Tucson, AZ); S. Hsi, MD (Albuquerque, NM); R. Hylland, MD (Muskegon, MI); R. Jackson, MD (Southfield, MI); R. Jones, MD (Mission Viejo, CA); S. Kafka, MD (Rochester, NY); B. Kahaleh, MD (Toledo, OH); J. Kaine, MD (Sarasota, FL); K. Kalunian, MD (Los Angeles, CA); S. Kassan, MD (Denver, CO); M. Keller, MD (San Diego, CA); G. Kerr, MD (Washington, DC); R. Khairi, MD (Indianapolis, IN); J. Kirstein, MD (Salt Lake City, UT); A. Kivitz, MD (Altoona, PA); T. Klein, MD (Wichita, KS); L. Cohen, MD (Chicago, IL); J. LaFata, MD (Vista, CA); L. Larsen, MD (Salt Lake City, UT); R. Levy, MD (Olympia, WA); J. Lieberman, MD (Decater, GA); T. Littlejohn, MD (Winston-Salem, NC); M. Lowenstein, MD (Palm Harbor, FL); S. Macintyre, MD, PhD (Cleveland, OH); D. MacPeek, MD (Toms River, NJ); A. Matsumoto, MD (Baltimore, MD); D. McGinnis, MD (Lutherville, MD); H. McIlwain, MD (Tampa, FL); J. McKay, DO (Tulsa, OK); B. McLean, MD (Birmingham, AL); S. Miller, MD (North Dartmouth, MA); R. Moidel, MD (Sellersville, PA); E. Morris, MD (Baltimore, MD); G. Myerson, MD (Atlanta, GA); J. Neal, MD (Lexington, KY); D. Neustadt, MD (Louisville, KY); J. Newton, MD (Wenatchee, WA); D. Norden, MD (Norristown, PA); J. Norton, MD (Colorado Springs, CO); H. Offenberg, MD (Daytona Beach, FL); J. Peterson, MD (Houston, TX); D. Petrone, MD (Dallas, TX); M. Peveler, MD (Louisville, KY); M. Prupas, MD (Reno, NV); H. Resnick, MD (Lake Jackson, TX); L. Robison, MD (Memphis, TN); A. Rosen, MD (Clearwater, FL); M. Sack, MD (Austin, TX); V. Schmidt Parker, MD (Warwick, RI); J. Schroeder, MD (Chicago, IL); M. Schweitz, MD (West Palm Beach, FL); A. Segal, DO (Cleveland, OH); L. Shane, MD (White Plains, NY); S. Shaul, MD (Yakima, WA); W. Shergy, MD (Huntsville, AL); J. Skosey, MD (Berwyn, IL); F. Smith, MD (Los Alamos, NM); V. Star, MD (Washington, DC); S. Stern, MD (Louisville, KY); J. Taborn, MD (Kalamazoo, MI); E. Tindall, MD (Port, OR); E. Treadwell, MD (Greenville, NC); T. Truitt, MD (Melbourne, FL); J. Upchurch, MD (Birmingham, AL); N. Wei, MD, FACP, FACR (Frederick, MD); S. Wolfe, DO (Dayton, OH); F. Wolfe, MD (Wichita, KS); W. Chmelewski, MD (Cary, NC); A. Mangione, MD (Philadelphia, PA); J. Murray, MD (St. Petersburg, FL).

### References

1. Felson DT. The course of osteoarthritis and factors that affect it. *Rheum Dis Clin North Am* 1993;19: 607-615.
2. ACR Fact Sheet. Osteoarthritis 2000. American College of Rheumatology [on-line]. Available at: http://www.rheumatology.org/patients/factsheet/oa.html. Accessed August 23, 2002.
3. Hinton R, Moody RL, Davis AW *et al.* Osteoarthritis: Diagnosis and therapeutic considerations. *Am Fam Physician* 2002;65: 841-848.
4. Brandt KD. The role of analgesics in the management of osteoarthritis pain. *Am J Ther* 2000;7: 75-90.

5. Hochberg MC, Altman RD, Brandt KD *et al.* Guidelines for the medical management of osteoarthritis. Part II. Osteoarthritis of the knee. *Am Coll Rheumatol Arthritis Rheum* 1995;38: 1541-1546.
6. Eccles M, Freemantle N, Mason J. North of England evidence based guideline development project: Summary guideline for nonsteroidal anti-inflammatory drugs versus basic analgesia in treating the pain of degenerative arthritis. The North of England Non-steroidal Anti-inflammatory Drug Guideline Development Group. *BMJ* 1998;317: 526-630.
7. American College of Rheumatology Subcommittee on Osteoarthritis Guidelines. Recommendations for the medical management of osteoarthritis of the hip and knee: 2000 update. *Arthritis Rheum* 2000;43: 1905-1915.
8. Bijlsma JW. Analgesia and the patient with osteoarthritis. *Am J Ther* 2002;9: 189-197.
9. Bjorkman DJ. Current status of nonsteroidal anti-inflammatory drug (NSAID) use in the United States. Risk factors and frequency of complications. *Am J Med* 1999;107: 3S-8S.
10. Raskin JB. Gastrointestinal effects of nonsteroidal anti-inflammatory therapy. *Am J Med* 1999;106: 3S-12S.
11. Wolfe MM, Lichtenstein DR, Singh G. Gastrointestinal toxicity of nonsteroidal anti-inflammatory drugs. *N Engl J Med* 1999;340: 1888-1899.
12. Cappell MS, Schein JR. Diagnosis and treatment of nonsteroidal anti-inflammatory drug-associated upper gastrointestinal toxicity. *Gastroenterol Clin North Am* 2000;29: 97-124, vi.
13. Singh G. Gastrointestinal complications of prescription and over-the-counter nonsteroidal anti-inflammatory drugs: A view from the ARAMIS database (Arthritis, Rheumatism, and Aging Medical Information System). *Am J Ther* 2000;7: 115-121.
14. McCarthy DM. Comparative toxicity of nonsteroidal anti-inflammatory drugs. *Am J Med* 1999;107: 37S-46S.
15. Brater DC, Harris C, Redfern JS *et al.* Renal effects of COX-2-selective inhibitors. *Am J Nephrol* 2001;21: 1-15.
16. Dandona P, Jeremy JY. Nonsteroidal anti-inflammatory drug therapy and gastric side effects. Does nabumetone provide a solution. *Drugs* 1990;40 (Suppl 5): 16-24.
17. Jeremy JY, Mikhailidis DP, Barradas MA *et al.* The effect of nabumetone and its principal active metabolite on in vitro human gastric mucosal prostanoid synthesis and platelet function. *Br J Rheumatol* 1990;29: 116-119.
18. Chan CC, Boyce S, Brideau C *et al.* Rofecoxib [Vioxx, MK-0966; 4-(4'-methylsulfonylphenyl) -3-phenyl-2-(5H)-furanone]: A potent and orally active cyclooxygenase-2 inhibitor. Pharmacologic and biochemical properties. *J Pharmacol Exp Ther* 1999;290: 551-560.
19. Ehrich EW, Schnitzer TJ, McIlwain H *et al.* Effect of specific COX-2 inhibition in osteoarthritis of the knee: A 6 week double-blind, placebo-controlled pilot study of rofecoxib. Rofecoxib Osteoarthritis Pilot Study Group. *J Rheumatol* 1999;26: 2438-2447.
20. Werner U, Werner D, Mundkowski R *et al.* Selective and rapid liquid chromatography-mass spectrometry method for the quantification of rofecoxib in pharmacokinetic studies with humans. *J Chromatogr B Biomed Sci Appl* 2001;760: 83-90.
21. Scott LJ, Lamb HM. Rofecoxib. *Drugs* 1999;58: 499-507.
22. Hillson JL, Furst DE. Rofecoxib. *Expert Opin Pharmacother* 2000;1: 1053-1066.
23. Day R, Morrison B, Luza A *et al.* A randomized trial of the efficacy and tolerability of the C0X-2 inhibitor rofecoxib versus ibuprofen in patients with osteoarthritis (Rofecoxib/Ibuprofen Comparator Study Group). *Arch Intern Med* 2000;160: 1781-1787.
24. Saag K, van der Heijde D, Fisher C *et al.* Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: A 6-week and 1-year trial in patients with osteoarthritis (Osteoarthritis Studies Group). *Arch Fam Med* 2000;9: 1124-1134.
25. Osteoarthritis Research Society. Design and conduct of clinical trials in patients with osteoarthritis. In: Brandt KD, Doherty M, Lohmander LS, eds. *Osteoarthritis.* New York: Oxford University Press, 1998, pp 551-568.
26. Bellamy N, Kirwan J, Boers M *et al.* Recommendations for a core set of outcome measures for future phase III clinical trials in knee, hip, and hand osteoarthritis. Consensus development at OMERACT III. *J Rheumatol* 1997;24: 799-802.
27. Johnson AG. NSAIDs and increased blood pressure: What is the clinical significance? *Drug Safety* 1997;17: 277-289.
28. DeLeeuw PW. Nonsteroidal anti-inflammatory drugs and hypertension: The risks in perspective. *Drugs* 1996;51: 179-187.
29. Johnson AG, Nguyen TV, Day RO. Do nonsteroidal anti-inflammatory drugs affect blood pressure. A metaanalysis. *Ann Intern Med* 1994;121: 289-300.
30. Wolfe F. The epidemiology of NSAID associated gastrointestinal disease. *Eur J Rheumatol Inflamm* 1991;11: 12-28.
31. National Disease and Therapeutic Index: Drug Usage for the Year 1999. Plymouth Meeting, PA: IMS Health, 2000.
32. Lister BJ, Poland M, DeLapp RE. Efficacy of nabumetone versus diclofenac, naproxen, ibuprofen, and piroxicam in osteoarthritis and rheumatoid arthritis. *Am J Med* 1993;95: 2S-9S.
33. *Physician's Desk Reference,* 53rd Ed. Montvale, NJ: Medical Economics Company, 1999.
34. Gambaro G, Perazzella MA. Adverse renal effects of anti-inflammatory agents: Evaluation of selective and nonselective cyclooxygenase inhibitors. *J Intern Med* 2003;253: 643-652.

## Authors and Disclosures

**Alan J. Kivitz, MD**;* **Maria W. Greenwald, MD**; **Stanley B. Cohen, MD**; **Adam B. Polis, MA**;§ **Daryl K. Najarian, BS**;§ **Mary E. Dixon, BS**;§ **Robert A. Moidel, MD**;‖ **Jerry A. Green, MD**;¶# **Herbert S. B. Baraf, MD**;** **Richard A. Petruschke, Pharm D**;§ **Alan K. Matsumoto, MD**;   **Gregory P. Geba, MD, MPH**;§ for the Protocol 085‖ study investigators

*Altoona Center for Clinical Research, Duncansville, Pennsylvania;  Osteoporosis Medical Center, Rancho Mirage, California;  Metroplex Clinical Research Center, Dallas, Texas; §Merck & Co., Inc., U.S. Human Health, West Point, Pennsylvania; ‖Rheumatology Associates, Sellersville, Pennsylvania; ¶Arthritis Associates Clinical Research Center, Danbury, Connecticut; #Yale University Medical Center, New Haven, Connecticut; **Washington University, Washington, DC; and    Johns Hopkins Medical Institutions, Baltimore, Maryland

**Acknowledgments**
We would like to thank Drs. Thomas Dobbins, Jan Rush, and John Yates for their review of this manuscript. We acknowledge the important role of Michelle Elkins, RN, as lead Medical Program Coordinator monitoring this study.

**Funding Information**
Research supported by Merck & Co., Inc.

J Am Geriatr Soc. 2004;52(5) © 2004 Blackwell Publishing