# Exhibit 9

# Exhibit 9

# Exhibit 9



PDR® 56 EDITION 2002

LIEFF, CABRASER, HEIMANN & BERNSTEIN

DEC 1 3 2001

LIBRARY

# PHYSICIANS' DESK REFERENCE®

**Executive Vice President, Directory Services:** Paul Walsh

**Vice President, Sales and Marketing:** Dikran N. Barsamian
**National Sales Manager:** John A. Schmidt
**National Sales Manager, Custom Sales:** Anthony Sorce
**Senior Account Managers:** Marion Gray, RPh; Frank Karkowsky
**Account Managers:** Lawrence C. Keary; Eileen Sullivan; Suzanne E. Yarrow, RN
**Director of Trade Sales:** Bill Gaffney
**Associate Product Manager:** Jason R. Springer
**Director of Financial Planning and Analysis:** Mark S. Ritchin
**Vice President, Clinical Communications and New Business Development:** Mukesh Mehta, RPh
**New Business Development Manager:** Jeffrey D. Dubin
**Manager, Professional Data Services:** Thomas Fleming, PharmD
**Manager, Concise Data Content:** Christine Wyble, PharmD
**Drug Information Specialists:** Maria Deutsch, MS, PharmD, CDE; Anu Gupta, PharmD
**Editor, Directory Services:** David W. Sifton
**Project Manager:** Edward P. Connor

**Senior Associate Editor:** Lori Murray
**Assistant Editor:** Gwynned L. Kelly
**Director of Direct Marketing:** Michael Bennett
**Direct Mail Managers:** Jennifer M. Fronzaglia, Lorraine M. Loening
**Senior Marketing Analyst:** Dina A. Maeder
**Promotion Manager:** Linda Levine
**Director of Production:** Brian Holland
**Senior Data Manager:** Jeffrey D. Schaefer
**Production Manager:** Amy Brooks
**Production Coordinators:** Gianna Caradonna, DeeAnn DeRuvo, Melissa Johnson, Christina Klinger
**Index Editors:** Noel Deloughery, Shannon Reilly
**Format Editor:** Stu W. Lehrer
**Art Associate:** Joan K. Akerlind
**Digital Imaging Supervisor:** Shawn W. Cahill
**Digital Imaging Coordinator:** Frank J. McElroy, III
**Electronic Publishing Designers:** Rosalia Sberna, Livio Udina
**Fulfillment Managers:** Louis J. Bolcik, Stephanie Struble

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

Copyright © 2002 and published by Medical Economics Company, Inc. at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. PHYSICIANS' DESK REFERENCE®, PDR®, Pocket PDR®, The PDR® Family Guide to Prescription Drugs®, The PDR® Family Guide to Women's Health and Prescription Drugs®, and The PDR® Family Guide to Nutrition and Health® are registered trademarks used herein under license. PDR for Ophthalmic Medicines™, PDR for Nonprescription Drugs and Dietary Supplements™, PDR Companion Guide™, PDR Pharmacopoeia™ Pocket Dosing Guide, PDR® for Herbal Medicines™, PDR® for Nutritional Supplements™, PDR® Medical Dictionary™, PDR® Nurse's Drug Handbook™, PDR® Nurse's Dictionary™, The PDR® Family Guide Encyclopedia of Medical Care™, The PDR® Family Guide to Natural Medicines and Healing Therapies™, The PDR® Family Guide to Common Ailments™, The PDR® Family Guide to Over-the-Counter Drugs™, The PDR® Family Guide to Nutritional Supplements™, and PDR® Electronic Library™ are trademarks used herein under license.

**Officers of Thomson Healthcare:** *Chief Executive Officer:* Michael Tansey; *Chief Operating Officer:* Richard Noble; *Chief Financial Officer and Executive Vice President, Finance:* Paul Hilger; *Executive Vice President, Directory Services:* Paul Walsh; *Senior Vice President, Planning and Business Development:* William Gole; *Vice President, Human Resources:* Pamela M. Bilash

ISBN: 1-56363-411-2

## Cefobid Pharmacy Bulk—Cont.

0.9% Sodium Chloride Injection (USP)
Normosol® M and 5% Dextrose Injection
Normosol® R
Sterile Water for Injection*

* Not to be used as a vehicle for intravenous infusion.
† Preparations containing Benzyl Alcohol should not be used in neonates.

**General Reconstitution Procedures**
CEFOBID sterile powder for intravenous or intramuscular use may be initially reconstituted with any compatible solution mentioned above in Table 1. Solutions should be allowed to stand after reconstitution to allow any foaming to dissipate to permit visual inspection for complete solubilization. Vigorous and prolonged agitation may be necessary to solubilize CEFOBID in higher concentrations (above 333 mg cefoperazone/mL). The maximum solubility of CEFOBID sterile powder is approximately 475 mg cefoperazone/mL of compatible diluent.

**Preparation For Intravenous Use**
General. CEFOBID concentrations between 2 mg/mL and 50 mg/mL are recommended for intravenous administration.

**Table 2. Vehicles for Intravenous Infusion**
5% Dextrose Injection (USP)
5% Dextrose and Lactated Ringer's Injection
5% Dextrose and 0.9% Sodium Chloride Injection (USP)
5% Dextrose and 0.2% Sodium Chloride Injection (USP)
10% Dextrose Injection (USP)
Lactated Ringer's Injection (USP)
0.9% Sodium Chloride Injection (USP)
Normosol® M and 5% Dextrose Injection
Normosol® R

**DIRECTIONS FOR PROPER USE OF PHARMACY BULK PACKAGE**
The 10 gram vial should be reconstituted with 95 mL of sterile water for injection in two separate aliquots in a suitable work area such as a laminar flow hood. Add 45 mL of solution, shake to dissolve and add 50 mL, shake for final solution. The resulting solution will contain 100 mg/mL of cefoperazone. This closure may be penetrated only one time after reconstitution, if needed, using a suitable sterile transfer device or dispensing set which allows measured dispensing of the contents.
Discard unused solution within 24 hours of initial entry.

> Reconstituted Bulk Solutions Should Not Be Used For Direct Infusion.

Although after reconstitution of the Pharmacy Bulk Package, no significant loss of potency occurs for 24 hours at room temperature and for 5 days if refrigerated, transfer individual dose to appropriate intravenous infusion solutions as soon as possible following reconstitution of the bulk package. Discard unused portions of solution held longer than these recommended periods at room temperature or under refrigeration. The stability of the solution which has been transferred into a container varies according to diluent and concentration. (See STORAGE AND STABILITY.)
The 10 gram vials may be further diluted with the parenteral diluents listed under Table 2. Vehicles for Intravenous Infusion. The parenteral diluents and approximate concentrations of CEFOBID that provide stable solutions are presented under STORAGE AND STABILITY.
Parenteral drug products should be inspected visually for particulate matter and discoloration prior to administration, whenever solution and container permit.

**DIRECTIONS FOR USE OF CEFOBID (cefoperazone) INJECTION IN PLASTIC CONTAINERS**
CEFOBID supplied premixed as a frozen, sterile, iso-osmotic solution in plastic containers is to be administered either as continuous or intermittent infusion.
Thaw container at room temperature. After thawing, check for minute leaks by squeezing bag firmly. If leaks are found, discard solution as sterility may be impaired. Additives should not be introduced into this solution. Do not use if the solution is cloudy or precipitated or if the seal is not intact. After thawing, the solution is stable for 10 days if stored under refrigeration (5°C) and for 48 hours at room temperature. DO NOT REFREEZE. Use sterile equipment.
CAUTION: Do not use plastic container in series connections. Such use could result in air embolism due to residual air being drawn from the primary container before administration of the fluid from the secondary container is complete.

**Preparation for Administration**
1. Suspend container from eyelet support.
2. Remove plastic protector from outlet port at bottom of container.
3. Attach administration set. Refer to complete directions accompanying set.

**STORAGE AND STABILITY**
CEFOBID sterile powder is to be stored at or below 25°C (77°F) and protected from light prior to reconstitution. After reconstitution, protection from light is not necessary.
The following parenteral diluents and approximate concentrations of CEFOBID provide stable solutions under the following conditions for the indicated time periods. (After the indicated time periods, unused portions of solutions should be discarded.)
[See table at top of previous page]

**HOW SUPPLIED**
CEFOBID sterile powder is available in Pharmacy Bulk Package containing cefoperazone sodium equivalent to 10 g cefoperazone × 1 (NDC 0049-1219-28).
OTHER SIZE PACKAGES AVAILABLE.
CEFOBID sterile powder is available in vials containing cefoperazone sodium equivalent to 1 g cefoperazone × 10 (NDC 0049-1201-83) and 2 g cefoperazone × 10 (NDC 0049-1202-83) for intramuscular and intravenous administration.
CEFOBID sterile powder is available in Piggyback Units containing cefoperazone sodium equivalent to 1 g cefoperazone × 10 (NDC 0049-1211-83), and 2 g cefoperazone × 10 (NDC 0049-1212-83).
CEFOBID (cefoperazone) injection is supplied premixed as a frozen, sterile, nonpyrogenic, iso-osmotic solution, in plastic containers. Each 50 mL unit contains cefoperazone sodium equivalent to 1 g cefoperazone with approximately 2.3 g dextrose hydrous USP added (NDC 0049-1216-18) or 2 g cefoperazone with approximately 1.8 g dextrose hydrous USP added (NDC 0049-1215-18). The solution is iso-osmotic (approximately 300 mOsmol/L), and solution pH may have been adjusted with sodium hydroxide and/or hydrochloric acid. Do not store above −20°C.
CEFOBID supplied as a frozen, sterile, nonpyrogenic, iso-osmotic solution in 50 mL plastic containers is manufactured for Roerig Division of Pfizer Pharmaceuticals by Baxter Healthcare Corporation, Deerfield, IL 60015.

Rx only. © 1999 PFIZER INC.
70-4482-00-6 Revised November 1999

---

## CELEBREX® ℞
### (celecoxib capsules)

**DESCRIPTION**
CELEBREX (celecoxib) is chemically designated as 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl] benzenesulfonamide and is a diaryl substituted pyrazole. It has the following chemical structure:

The empirical formula for celecoxib is $C_{17}H_{14}F_3N_3O_2S$, and the molecular weight is 381.38.
CELEBREX oral capsules contain 100 mg and 200 mg of celecoxib.
The inactive ingredients in CELEBREX capsules include: croscarmellose sodium, edible inks, gelatin, lactose monohydrate, magnesium stearate, povidone, sodium lauryl sulfate and titanium dioxide.

**CLINICAL PHARMACOLOGY**
**Mechanism of Action:** CELEBREX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of CELEBREX is believed to be due to inhibition of prostaglandin synthesis, primarily via inhibition of cyclooxygenase-2 (COX-2), and at therapeutic concentrations in humans, CELEBREX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme. In animal colon tumor models, celecoxib reduced the incidence and multiplicity of tumors.

**Pharmacokinetics:**
*Absorption*
Peak plasma levels of celecoxib occur approximately 3 hrs after an oral dose. Under fasting conditions, both peak plasma levels ($C_{max}$) and area under the curve (AUC) are roughly dose proportional up to 200 mg BID; at higher doses there are less than proportional increases in Cmax and AUC (see Food Effects). Absolute bioavailability studies have not been conducted. With multiple dosing, steady state conditions are reached on or before day 5.
The pharmacokinetic parameters of celecoxib in a group of healthy subjects are shown in Table 1.
[See table 1 at top of next page]
*Food Effects*
When CELEBREX capsules were taken with a high fat meal, peak plasma levels were delayed for about 1 to 2 hours with an increase in total absorption (AUC) of 10% to 20%. Under fasting conditions, at doses above 200 mg, there is less than a proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. Coadministration of CELEBREX with an aluminum- and magnesium-containing antacid resulted in a reduction in plasma celecoxib concentrations with a decrease of 37% in Cmax and 10% in AUC. CELEBREX, at doses up to 200 mg BID can be administered without regard to the timing of meals. Higher doses (400 mg BID) should be administered with food to improve absorption.
*Distribution*
In healthy subjects, celecoxib is highly protein bound (~97%) within the clinical dose range. In vitro studies indi-
cate that celecoxib binds primarily to albumin and, to a lesser extent, $\alpha_1$-acid glycoprotein. The apparent volume of distribution at steady state ($V_{ss}/F$) is approximately 400 L, suggesting extensive distribution into the tissues. Celecoxib is not preferentially bound to red blood cells.
*Metabolism*
Celecoxib metabolism is primarily mediated via cytochrome P450 2C9. Three metabolites, a primary alcohol, the corresponding carboxylic acid and its glucuronide conjugate, have been identified in human plasma. These metabolites are inactive as COX-1 or COX-2 inhibitors. Patients who are known or suspected to be P450 2C9 poor metabolizers based on a previous history should be administered celecoxib with caution as they may have abnormally high plasma levels due to reduced metabolic clearance.
*Excretion*
Celecoxib is eliminated predominantly by hepatic metabolism with little (<3%) unchanged drug recovered in the urine and feces. Following a single oral dose of radiolabeled drug, approximately 57% of the dose was excreted in the feces and 27% was excreted into the urine. The primary metabolite in both urine and feces was the carboxylic acid metabolite (73% of dose) with low amounts of the glucuronide also appearing in the urine. It appears that the low solubility of the drug prolongs the absorption process making terminal half-life ($t_{1/2}$) determinations more variable. The effective half-life is approximately 11 hours under fasted conditions. The apparent plasma clearance (CL/F) is about 500 mL/min.

**Special Populations**
*Geriatric:* At steady state, elderly subjects (over 65 years old) had a 40% higher Cmax and a 50% higher AUC compared to the young subjects. In elderly females, celecoxib in $C_{max}$ and AUC are higher than those for elderly males, but these increases are predominantly due to lower body weight in elderly females. Dose adjustment in the elderly is not generally necessary. However, for patients of less than 50 kg in body weight, initiate therapy at the lowest recommended dose.
*Pediatric:* CELEBREX capsules have not been investigated in pediatric patients below 18 years of age.
*Race:* Meta-analysis of pharmacokinetic studies has suggested an approximately 40% higher AUC of celecoxib in Blacks compared to Caucasians. The cause and clinical significance of this finding is unknown.
*Hepatic Insufficiency:* A pharmacokinetic study in subjects with mild (Child-Pugh Class I) and moderate (Child-Pugh Class II) hepatic impairment has shown that steady-state celecoxib AUC is increased about 40% and 180%, respectively, above that seen in healthy control subjects. Therefore, the daily recommended dose of CELEBREX capsules should be reduced by approximately 50% in patients with moderate (Child-Pugh Class II) hepatic impairment. Patients with severe hepatic impairment have not been studied. The use of CELEBREX in patients with severe hepatic impairment is not recommended.
*Renal Insufficiency:* In a cross-study comparison, celecoxib AUC was approximately 40% lower in patients with chronic renal insufficiency (GFR 35–60 mL/min) than that seen in subjects with normal renal function. No significant relationship was found between GFR and celecoxib clearance. Patients with severe renal insufficiency have not been studied.

**Drug Interactions**
Also see PRECAUTIONS—Drug Interactions.
*General:* Significant interactions may occur when celecoxib is administered together with drugs that inhibit P450 2C9. In vitro studies indicate that celecoxib is not an inhibitor of cytochrome P450 2C9, 2C19 or 3A4.
Clinical studies with celecoxib have identified potentially significant interactions with fluconazole and lithium. Experience with nonsteroidal anti-inflammatory drugs (NSAIDs) suggests the potential for interactions with furosemide and ACE inhibitors. The effects of celecoxib on the pharmacokinetics and/or pharmacodynamics of glyburide, ketoconazole, methotrexate, phenytoin, and tolbutamide have been studied in vivo and clinically important interactions have not been found.

**CLINICAL STUDIES**
*Osteoarthritis (OA):* CELEBREX has demonstrated significant reduction in joint pain compared to placebo. CELEBREX was evaluated for treatment of the signs and the symptoms of OA of the knee and hip in approximately 4,200 patients in placebo- and active-controlled clinical trials of up to 12 weeks duration. In patients with OA, treatment with CELEBREX 100 mg BID or 200 mg QD resulted in improvement in WOMAC (Western Ontario and McMaster Universities) osteoarthritis index, a composite of pain, stiffness, and functional measures in OA. In three 12-week studies of pain accompanying OA flare, CELEBREX doses of 100 mg BID and 200 mg BID provided significant reduction of pain within 24–48 hours of initiation of dosing. At doses of 100 mg BID or 200 mg BID the effectiveness of CELEBREX was shown to be similar to that of naproxen 500 mg BID. Doses of 200 mg BID provided no additional benefit above that seen with 100 mg BID. A total daily dose of 200 mg has been shown to be equally effective whether administered as 100 mg BID or 200 mg QD.
*Rheumatoid Arthritis (RA):* CELEBREX has demonstrated significant reduction in joint tenderness/pain and joint swelling compared to placebo. CELEBREX was evaluated for treatment of the signs and symptoms of RA in approximately 2,100 patients in placebo- and active-controlled clinical trials of up to 24 weeks in duration. CELEBREX was shown to be superior to placebo in these studies, using the ACR20 Responder Index, a composite of clinical, laboratory, and functional measures in RA. CELEBREX doses of 100 mg BID and 200 mg BID were similar in effectiveness and both were comparable to naproxen 500 mg BID.

Although CELEBREX 100 mg BID and 200 mg BID provided similar overall effectiveness, some patients derived additional benefit from the 200 mg BID dose. Doses of 400 mg BID provided no additional benefit above that seen with 100–200 mg BID.

**Familial Adenomatous Polyposis (FAP):** CELEBREX was evaluated to reduce the number of adenomatous colorectal polyps. A randomized double-blind placebo-controlled study was conducted in 83 patients with FAP. The study population included 58 patients with a prior subtotal or total colectomy and 25 patients with an intact colon. Thirteen patients had the attenuated FAP phenotype.

One area in the rectum and up to four areas in the colon were identified at baseline for specific follow-up, and polyps were counted at baseline and following six months of treatment. The mean reduction in the number of colorectal polyps was 28% for CELEBREX 400 mg BID, 12% for CELEBREX 100 mg BID and 5% for placebo. The reduction in polyps observed with CELEBREX 400 mg BID was statistically superior to placebo at the six-month timepoint (p=0.003). (See Figure 1.)



**Figure 1**
**Percent Change from Baseline in Number of Colorectal Polyps (FAP Patients)**

*p=0.003 versus placebo.

**Special Studies**

**Gastrointestinal:** Scheduled upper GI endoscopic evaluations were performed in over 4,500 arthritis patients who were enrolled in five controlled randomized 12–24 week trials using active comparators, two of which also included placebo controls. Twelve-week endoscopic ulcer data are available on approximately 1,400 patients and 24-week endoscopic ulcer data are available on 184 patients on CELEBREX at doses ranging from 50–400 mg BID. In all three studies that included naproxen 500 mg BID, and in the study that included ibuprofen 800 mg TID, CELEBREX was associated with a statistically significantly lower incidence of endoscopic ulcers over the study period. Two studies compared CELEBREX with diclofenac 75 mg BID; one study revealed a statistically significantly higher prevalence of endoscopic ulcers in the diclofenac group at the study endpoint (6 months on treatment), and one study revealed no statistically significant difference between cumulative endoscopic ulcer incidence rates in the diclofenac and CELEBREX groups after 1, 2, and 3 months of treatment. There was no consistent relationship between the incidence of gastroduodenal ulcers and the dose of CELEBREX over the range studied.

Figure 2 and Table 2 summarize the incidence of endoscopic ulcers in two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers.



**Figure 2**
**Incidence of Endoscopically Observed Gastroduodenal Ulcers after Twelve Weeks of Treatment**

ND=Not Done
*Significantly different from all other treatments; p<0.05.
Celebrex 100 mg BID and 200 mg BID are the recommended doses.

These studies were not powered to compare the endoscopic ulcer rates of Celebrex vs. placebo.
Study 1: placebo ulcer rate = 2.3%
Study 2: placebo ulcer rate = 2.0%

[See table 2 above right]

Figure 3 and Table 3 summarize data from two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers. Patients underwent interval endoscopies every 4 weeks to give information on ulcer risk over time. [See figure at top of next column]

**Table 1: Summary of Single Dose (200 mg) Disposition Kinetics of Celecoxib in Healthy Subjects[1]**

| | Mean (%CV) PK Parameter Values | | | |
|---|---|---|---|---|
| $C_{max}$, ng/mL | $T_{max}$, hr | Effective $t_{1/2}$, hr | $V_{ss}/F$, L | $CL/F$, L/hr |
| 705 (38) | 2.8 (37) | 11.2 (31) | 429 (34) | 27.7 (28) |

[1] Subjects under fasting conditions (n=36, 19–52 yrs.)

**Table 2**
**Incidence of Gastroduodenal Ulcers from Endoscopic Studies in OA and RA Patients**

| | 3 Month Studies | |
|---|---|---|
| | Study 1 (n=1108) | Study 2 (n=1049) |
| Placebo | 2.3% (5/217) | 2.0% (4/200) |
| Celebrex 50 mg BID | 3.4% (8/233) | — |
| Celebrex 100 mg BID | 3.1% (7/227) | 4.0% (9/223) |
| Celebrex 200 mg BID | 5.9% (13/221) | 2.7% (6/219) |
| Celebrex 400 mg BID | — | 4.1% (8/197) |
| Naproxen 500 mg BID | 16.2% (34/210)* | 17.6% (37/210)* |

*p≤0.05 vs all other treatments



**Figure 3**
**Cumulative Incidence of Gastroduodenal Ulcers Based on 4 Serial Endoscopies over 12 Weeks**

*p<0.001 vs naproxen     **p<0.001 vs ibuprofen
C=Celecoxib 200 mg BID    D=Diclofenac 75 mg BID
N=Naproxen 500 mg BID     I=Ibuprofen 800 mg TID

[See table 3 at top of next page]

One randomized and double-blinded 6-month study in 430 RA patients was conducted in which an endoscopic examination was performed at 6 months. The results are shown in Figure 4.



**Figure 4**
**Prevalence of Endoscopically Observed Gastroduodenal Ulcers after Six Months of Treatment in Patients with Rheumatoid Arthritis**

*Significantly different from Celebrex; p<0.001

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving CELEBREX in controlled and open-labeled trials, albeit infrequently (see WARNINGS-Gastrointestinal (GI) Effects). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking CELEBREX vs. comparator NSAID products have not been performed.

**Use with Aspirin:** Approximately 11% of patients (440/4,000) enrolled in 4 of the 5 endoscopic studies were taking aspirin (≤ 325 mg/day). In the CELEBREX groups, the endoscopic ulcer rate appeared to be higher in aspirin users than in non-users. However, the increased rate of ulcers in these aspirin users was less than the endoscopic ulcer rates observed in the active comparator groups, with or without aspirin.

**Platelets:** In clinical trials, CELEBREX at single doses up to 800 mg and multiple doses of 600 mg BID for up to 7 days duration (higher than recommended therapeutic doses) had no effect on platelet aggregation and bleeding time. Comparators (naproxen 500 mg BID, ibuprofen 800 mg TID, diclofenac 75 mg BID) significantly reduced platelet aggregation and prolonged bleeding time.

**INDICATIONS AND USAGE**

CELEBREX is indicated:
1) For relief of the signs and symptoms of osteoarthritis.
2) For relief of the signs and symptoms of rheumatoid arthritis in adults.
3) To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP), as an adjunct to usual care (e.g., endoscopic surveillance, surgery). It is not known whether there is a clinical benefit from a reduction in the number of colorectal polyps in FAP patients. It is also not known whether the effects of CELEBREX treatment will persist after CELEBREX is discontinued. The efficacy and safety of CELEBREX treatment in patients with FAP beyond six months have not been studied (See CLINICAL STUDIES, WARNINGS and PRECAUTIONS sections).

**CONTRAINDICATIONS**

CELEBREX is contraindicated in patients with known hypersensitivity to celecoxib.

CELEBREX should not be given to patients who have demonstrated allergic-type reactions to sulfonamides.

CELEBREX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS—Anaphylactoid Reactions, and PRECAUTIONS—Preexisting Asthma).

**WARNINGS**

**Gastrointestinal (GI) Effects—Risk of GI Ulceration, Bleeding, and Perforation**

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3–6 months, and in about 2–4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to CELEBREX (see CLINICAL STUDIES—Special Studies). Among 5,285 patients who received CELEBREX in controlled clinical trials of 1 to 6 months duration (most were 3 month studies) at a daily dose of 200 mg or more, 2 (0.04%) experienced significant upper GI bleeding, at 14 and 22 days after initiation of dosing. Approximately 40% of these 5,285 patients were in studies that required them to be free of ulcers by endoscopy at study entry. Thus it is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking CELEBREX vs. comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointesti-

*Continued on next page*

## Celebrex—Cont.

nal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a prior history of peptic ulcer disease and/or gastrointestinal bleeding and, who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

**Anaphylactoid Reactions**
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to CELEBREX. In post-marketing experience, rare cases of anaphylactic reactions and angioedema have been reported in patients receiving CELEBREX. CELEBREX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS—Preexisting Asthma). Emergency help should be sought in cases where anaphylactoid reactions occur.

**Advanced Renal Disease**
No information is available regarding the use of CELEBREX in patients with advanced kidney disease. Therefore, treatment with CELEBREX is not recommended in these patients. If CELEBREX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS—Renal Effects).

**Pregnancy**
In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus.

**Familial Adenomatous Polyposis (FAP):** Treatment with CELEBREX in FAP has not been shown to reduce the risk of gastrointestinal cancer or the need for prophylactic colectomy or other FAP-related surgeries. Therefore, the usual care of FAP patients should not be altered because of the concurrent administration of CELEBREX. In particular, the frequency of routine endoscopic surveillance should not be decreased and prophylactic colectomy or other FAP-related surgeries should not be delayed.

## PRECAUTIONS

**General:** CELEBREX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of CELEBREX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

**Hepatic Effects:** Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including CELEBREX. (See ADVERSE REACTIONS—post-marketing experience.) In controlled clinical trials of CELEBREX, the incidence of borderline elevations of liver tests was 6% for CELEBREX and 5% for placebo, and approximately 0.2% of patients taking CELEBREX and 0.3% of patients taking placebo had notable elevations of ALT and AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with CELEBREX. If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), CELEBREX should be discontinued.

**Renal Effects:** Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with CELEBREX have shown renal effects similar to those observed with comparator NSAIDs.

Caution should be used when initiating treatment with CELEBREX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with CELEBREX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS—Advanced Renal Disease).

**Hematological Effects:** Anemia is sometimes seen in patients receiving CELEBREX. In controlled clinical trials the incidence of anemia was 0.6% with CELEBREX and 0.4% with placebo. Patients on long-term treatment with CELEBREX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. CELEBREX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not appear to inhibit platelet aggregation at indicated dosages (See CLINICAL STUDIES—Special Studies—Platelets).

**Fluid Retention and Edema:** Fluid retention and edema have been observed in some patients taking CELEBREX (see ADVERSE REACTIONS). Therefore, CELEBREX should be used with caution in patients with fluid retention, hypertension, or heart failure.

**Preexisting Asthma:** Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, CELEBREX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

**Information for Patients:** CELEBREX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS, Risk of Gastrointestinal Ulceration, Bleeding and Perforation).

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus.

Patients with familial adenomatous polyposis (FAP) should be informed that CELEBREX has not been shown to reduce colorectal, duodenal or other FAP-related cancers, or the need for endoscopic surveillance, prophylactic or other FAP-related surgery. Therefore, all patients with FAP should be instructed to continue their usual care while receiving CELEBREX.

**Laboratory Tests:** Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding. During the controlled clinical trials, there was an increased incidence of hyperchloremia in patients receiving celecoxib compared with patients on placebo. Other laboratory abnormalities that occurred more frequently in the patients receiving celecoxib included hypophosphatemia, and elevated BUN. These laboratory abnormalities were also seen in patients who received comparator NSAIDs in these studies. The clinical significance of these abnormalities has not been established.

### Table 3
### Incidence of Gastroduodenal Ulcers from 3-Month Serial Endoscopy Studies in OA and RA Patients

|  | Week 4 | Week 8 | Week 12 | Final |
|---|---|---|---|---|
| **Study 3 (n=523)** | | | | |
| Celebrex 200 mg BID | 4.0% (10/252)* | 2.2% (5/227)* | 1.6% (3/196)* | 7.5% (20/266)* |
| Naproxen 500 mg BID | 19.0% (47/247) | 14.2% (26/182) | 9.9% (14/141) | 34.6% (89/257) |
| **Study 4 (n=1062)** | | | | |
| Celebrex 200 mg BID | 3.9% (13/337)† | 2.4% (7/296)† | 1.8% (5/274)† | 7.0% (25/356)† |
| Diclofenac 75 mg BID | 5.1% (18/350) | 3.3% (10/306) | 2.9% (8/278) | 9.7% (36/372) |
| Ibuprofen 800 mg TID | 13.0% (42/323) | 6.2% (15/241) | 9.6% (21/219) | 23.3% (78/334) |

* $p \leq 0.05$ Celebrex vs. naproxen based on interval and cumulative analyses
† $p \leq 0.05$ Celebrex vs. ibuprofen based on interval and cumulative analyses

**Drug Interactions**
**General:** Celecoxib metabolism is predominantly mediated via cytochrome P450 2C9 in the liver. Co-administration of celecoxib with drugs that are known to inhibit 2C9 should be done with caution.

In vitro studies indicate that celecoxib, although not a substrate, is an inhibitor of cytochrome P450 2D6. Therefore, there is a potential for an in vivo drug interaction with drugs that are metabolized by P450 2D6.

**ACE-inhibitors:** Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. This interaction should be given consideration in patients taking CELEBREX concomitantly with ACE-inhibitors.

**Furosemide:** Clinical studies, as well as post marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

**Aspirin:** CELEBREX can be used with low dose aspirin. However, concomitant administration of aspirin with CELEBREX may result in an increased rate of GI ulceration or other complications, compared to use of CELEBREX alone (see CLINICAL STUDIES—Special Studies—Gastrointestinal). Because of its lack of platelet effects, CELEBREX is not a substitute for aspirin for cardiovascular prophylaxis.

**Fluconazole:** Concomitant administration of fluconazole at 200 mg QD resulted in a two-fold increase in celecoxib plasma concentration. This increase is due to the inhibition of celecoxib metabolism via P450 2C9 by fluconazole (see Pharmacokinetics—Metabolism). CELEBREX should be introduced at the lowest recommended dose in patients receiving fluconazole.

**Lithium:** In a study conducted in healthy subjects, mean steady-state lithium plasma levels increased approximately 17% in subjects receiving lithium 450 mg BID with CELEBREX 200 mg BID as compared to subjects receiving lithium alone. Patients on lithium treatment should be closely monitored when CELEBREX is introduced or withdrawn.

**Methotrexate:** In an interaction study of rheumatoid arthritis patients taking methotrexate, CELEBREX did not have a significant effect on the pharmacokinetics of methotrexate.

**Warfarin:** Anticoagulant activity should be monitored, particularly in the first few days, after initiating or changing CELEBREX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. The effect of celecoxib on the anticoagulant effect of warfarin was studied in a group of healthy subjects receiving daily doses of 2–5 mg of warfarin. In these subjects, celecoxib did not alter the anticoagulant effect of warfarin as determined by prothrombin time. However, in post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving CELEBREX concurrently with warfarin.

**Carcinogenesis, mutagenesis, impairment of fertility:** Celecoxib was not carcinogenic in rats given oral doses up to 200 mg/kg for males and 10 mg/kg for females (approximately 2- to 4-fold the human exposure as measured by the $AUC_{0-24}$ at 200 mg BID) or in mice given oral doses up to 25 mg/kg for males and 50 mg/kg for females (approximately equal to human exposure as measured by the $AUC_{0-24}$ at 200 mg BID) for two years.

Celecoxib was not mutagenic in an Ames test and a mutation assay in Chinese hamster ovary (CHO) cells, nor clastogenic in a chromosome aberration assay in CHO cells and an in vivo micronucleus test in rat bone marrow.

Celecoxib did not impair male and female fertility in rats at oral doses up to 600 mg/kg/day (approximately 11-fold human exposure at 200 mg BID based on the $AUC_{0-24}$).

**Pregnancy**
**Teratogenic effects:** Pregnancy Category C. Celecoxib at oral doses ≥150 mg/kg/day (approximately 2-fold human exposure at 200 mg BID as measured by $AUC_{0-24}$), caused an increased incidence of ventricular septal defects, a rate

event, and fetal alterations, such as ribs fused, sternebrae fused and sternebrae misshapen when rabbits were treated throughout organogenesis. A dose-dependent increase in diaphragmatic hernias was observed when rats were given celecoxib at oral doses ≥30 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID) throughout organogenesis. There are no studies in pregnant women. CELEBREX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects:* Celecoxib produced pre-implantation and post-implantation losses and reduced embryo/fetal survival in rats at oral dosages ≥50 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function, nor are they expected at clinical exposures. No studies have been conducted to evaluate the effect of celecoxib on the closure of the ductus arteriosus in humans. Therefore, use of CELEBREX during the third trimester of pregnancy should be avoided.

*Labor and delivery:* Celecoxib produced no evidence of delayed labor or parturition at oral doses up to 100 mg/kg in rats (approximately 7-fold human exposure as measured by the $AUC_{0-24}$ at 200 mg BID). The effects of CELEBREX on labor and delivery in pregnant women are unknown.

*Nursing mothers:* Celecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from CELEBREX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**
Of the total number of patients who received CELEBREX in clinical trials, more than 2,100 were 65–74 years of age, while approximately 800 additional patients were 75 years and over. While the incidence of adverse experiences tended to be higher in elderly patients, no substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Other reported clinical experience has not identified differences in response between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

In clinical studies comparing renal function as measured by the GFR, BUN and creatinine, and platelet function as measured by bleeding time and platelet aggregation, the results were not different between elderly and young volunteers.

**ADVERSE REACTIONS**
Of the CELEBREX treated patients in controlled trials, approximately 4,250 were patients with OA, approximately 2,100 were patients with RA, and approximately 1,050 were patients with post-surgical pain. More than 8,500 patients have received a total daily dose of CELEBREX of 200 mg (100 mg BID or 200 mg QD) or more, including more than 400 treated at 800 mg (400 mg BID). Approximately 3,900 patients have received CELEBREX at these doses for 6 months or more; approximately 2,300 of these have received it for 1 year or more and 124 of these have received it for 2 years or more.

Adverse events from controlled trials: Table 4 lists all adverse events, regardless of causality, occurring in ≥2% of patients receiving CELEBREX from 12 controlled studies conducted in patients with OA or RA that included a placebo and/or a positive control group.

[See table 4 at top right]

In placebo- or active-controlled clinical trials, the discontinuation rate due to adverse events was 7.1% for patients receiving CELEBREX and 6.1% for patients receiving placebo. Among the most common reasons for discontinuation due to adverse events in the CELEBREX treatment groups were dyspepsia and abdominal pain (cited as reasons for discontinuation in 0.8% and 0.7% of CELEBREX patients, respectively). Among patients receiving placebo, 0.6% discontinued due to dyspepsia and 0.6% withdrew due to abdominal pain.

The following adverse events occurred in 0.1–1.9% of patients regardless of causality.

[See second table at right]
[See third table at right]

**Adverse events from the controlled trial in familial adenomatous polyposis:** The adverse event profile reported for the 83 patients with familial adenomatous polyposis enrolled in the randomized, controlled clinical trial was similar to that reported for patients in the arthritis controlled trials. Intestinal anastomotic ulceration was the only new adverse event reported in the FAP trial, regardless of causality, and was observed in 3 of 58 patients (one at 100 mg BID, and two at 400 mg BID) who had prior intestinal surgery.

**OVERDOSAGE**
Symptoms following acute NSAID overdoses are usually limited to lethargy, drowsiness, nausea, vomiting, and epigastric pain, which are generally reversible with supportive care. Gastrointestinal bleeding can occur. Hypertension, acute renal failure, respiratory depression and coma may occur, but are rare. Anaphylactoid reactions have been reported with therapeutic ingestion of NSAIDs, and may occur following an overdose.

Patients should be managed by symptomatic and supportive care following an NSAID overdose. There are no specific antidotes. No information is available regarding the removal of celecoxib by hemodialysis, but based on its high degree of plasma protein binding (>97%) dialysis is unlikely to be useful in overdose. Emesis and/or activated charcoal (60 to 100 g in adults, 1 to 2 g/kg in children) and/or osmotic cathartic may be indicated in patients seen within 4 hours of ingestion with symptoms or following a large overdose. Forced diuresis, alkalinization of urine, hemodialysis, or hemoperfusion may not be useful due to high protein binding.

### Table 4
### Adverse Events Occurring in ≥2% of Celebrex Patients From Controlled Arthritis Trials

|  | Celebrex (100–200 mg BID or 200 mg QD) (N=4146) | Placebo (N=1864) | Naproxen 500 mg BID (N=1366) | Diclofenac 75 mg BID (N=387) | Ibuprofen 800 mg TID (N=345) |
|---|---|---|---|---|---|
| **Gastrointestinal** | | | | | |
| Abdominal pain | 4.1% | 2.8% | 7.7% | 9.0% | 9.0% |
| Diarrhea | 5.6% | 3.8% | 5.3% | 9.3% | 5.8% |
| Dyspepsia | 8.8% | 6.2% | 12.2% | 10.9% | 12.8% |
| Flatulence | 2.2% | 1.0% | 3.6% | 4.1% | 3.5% |
| Nausea | 3.5% | 4.2% | 6.0% | 3.4% | 6.7% |
| **Body as a whole** | | | | | |
| Back pain | 2.8% | 3.6% | 2.2% | 2.6% | 0.9% |
| Peripheral edema | 2.1% | 1.1% | 2.1% | 1.0% | 3.5% |
| Injury-accidental | 2.9% | 2.3% | 3.0% | 2.6% | 3.2% |
| **Central and peripheral nervous system** | | | | | |
| Dizziness | 2.0% | 1.7% | 2.6% | 1.3% | 2.3% |
| Headache | 15.8% | 20.2% | 14.5% | 15.5% | 15.4% |
| **Psychiatric** | | | | | |
| Insomnia | 2.3% | 2.3% | 2.9% | 1.3% | 1.4% |
| **Respiratory** | | | | | |
| Pharyngitis | 2.3% | 1.1% | 1.7% | 1.6% | 2.6% |
| Rhinitis | 2.0% | 1.3% | 2.4% | 2.3% | 0.6% |
| Sinusitis | 5.0% | 4.3% | 4.0% | 5.4% | 5.8% |
| Upper respiratory tract infection | 8.1% | 6.7% | 9.9% | 9.8% | 9.9% |
| **Skin** | | | | | |
| Rash | 2.2% | 2.1% | 2.1% | 1.3% | 1.2% |

| | Celebrex [100–200 mg BID or 200 mg QD] |
|---|---|
| Gastrointestinal: | Constipation, diverticulitis, dysphagia, eructation, esophagitis, gastritis, gastroenteritis, gastroesophageal reflux, hemorrhoids, hiatal hernia, melena, dry mouth, stomatitis, tenesmus, tooth disorder, vomiting |
| Cardiovascular: | Aggravated hypertension, angina pectoris, coronary artery disorder, myocardial infarction |
| General: | Allergy aggravated, allergic reaction, asthenia, chest pain, cyst NOS, edema generalized, face edema, fatigue, fever, hot flushes, influenza-like symptoms, pain, peripheral pain |
| Resistance mechanism disorders: | Herpes simplex, herpes zoster, infection bacterial, infection fungal, infection soft tissue, infection viral, moniliasis, moniliasis genital, otitis media |
| Central, peripheral nervous system: | Leg cramps, hypertonia, hypoesthesia, migraine, neuralgia, neuropathy, paresthesia, vertigo |
| Female reproductive: | Breast fibroadenosis, breast neoplasm, breast pain, dysmenorrhea, menstrual disorder, vaginal hemorrhage, vaginitis |
| Male reproductive: | Prostatic disorder |
| Hearing and vestibular: | Deafness, ear abnormality, earache, tinnitus |
| Heart rate and rhythm: | Palpitation, tachycardia |
| Liver and biliary system: | Hepatic function abnormal, SGOT increased, SGPT increased |
| Metabolic and nutritional: | BUN increased, CPK increased, diabetes mellitus, hypercholesterolemia, hyperglycemia, hypokalemia, NPN increase, creatinine increased, alkaline phosphatase increased, weight increase |
| Musculoskeletal: | Arthralgia, arthrosis, bone disorder, fracture accidental, myalgia, neck stiffness, synovitis, tendinitis |
| Platelets (bleeding or clotting): | Ecchymosis, epistaxis, thrombocythemia |
| Psychiatric: | Anorexia, anxiety, appetite increased, depression, nervousness, somnolence |
| Hemic: | Anemia |
| Respiratory: | Bronchitis, bronchospasm, bronchospasm aggravated, coughing, dyspnea, laryngitis, pneumonia |
| Skin and appendages: | Alopecia, dermatitis, nail disorder, photosensitivity reaction, pruritus, rash erythematous, rash maculopapular, skin disorder, skin dry, sweating increased, urticaria |
| Application site disorders: | Cellulitis, dermatitis contact, injection site reaction, skin nodule |
| Special senses: | Taste perversion |
| Urinary system: | Albuminuria, cystitis, dysuria, hematuria, micturition frequency, renal calculus, urinary incontinence, urinary tract infection |
| Vision: | Blurred vision, cataract, conjunctivitis, eye pain, glaucoma |

| Other serious adverse reactions which occur rarely (estimated <0.1%), regardless of causality: The following serious adverse events have occurred rarely in patients taking CELEBREX. Cases reported only in the post-marketing experience are indicated in italics. | |
|---|---|
| Cardiovascular: | Syncope, congestive heart failure, ventricular fibrillation, pulmonary embolism, *cerebrovascular accident*, peripheral gangrene, thrombophlebitis, *vasculitis* |
| Gastrointestinal: | Intestinal obstruction, intestinal perforation, gastrointestinal bleeding, colitis with bleeding, esophageal perforation, pancreatitis, cholelithiasis, ileus |
| Liver and biliary system: | Cholelithiasis, *hepatitis, jaundice, liver failure* |
| Hemic and lymphatic: | Thrombocytopenia, *agranulocytosis, aplastic anemia, pancytopenia, leukopenia* |
| Metabolic: | Hypoglycemia |
| Nervous system: | Ataxia, suicide |
| Renal: | Acute renal failure, *interstitial nephritis* |
| Skin: | *Erythema multiforme, exfoliative dermatitis, Stevens-Johnson syndrome, toxic epidermal necrolysis* |
| General: | Sepsis, sudden death, *anaphylactoid reaction, angioedema* |

**DOSAGE AND ADMINISTRATION**
For osteoarthritis and rheumatoid arthritis, the lowest dose of CELEBREX should be sought for each patient. These doses can be given without regard to timing of meals.

*Osteoarthritis:* For relief of the signs and symptoms of osteoarthritis the recommended oral dose is 200 mg per day administered as a single dose or as 100 mg twice per day.

*Rheumatoid arthritis:* For relief of the signs and symptoms of rheumatoid arthritis the recommended oral dose is 100 to 200 mg twice per day.

*Familial adenomatous polyposis (FAP):* Usual medical care for FAP patients should be continued while on CELEBREX. To reduce the number of adenomatous colorec-

*Continued on next page*

## Celebrex—Cont.

tal polyps in patients with FAP, the recommended oral dose is 400 mg (2 × 200 mg capsules) twice per day to be taken with food.

**Special Populations**

*Hepatic Insufficiency:* The daily recommended dose of CELEBREX capsules in patients with moderate hepatic impairment (Child-Pugh Class II) should be reduced by approximately 50% (see CLINICAL PHARMACOLOGY—Special Populations).

**HOW SUPPLIED**

CELEBREX 100-mg capsules are white, reverse printed white on blue band of body and cap with markings of 7767 on the cap and 100 on the body, supplied as:

| NDC Number | Size |
|---|---|
| 0025-1520-31 | bottle of 100 |
| 0025-1520-51 | bottle of 500 |
| 0025-1520-34 | carton of 100 unit dose |

CELEBREX 200-mg capsules are white, with reverse printed white on gold band with markings of 7767 on the cap and 200 on the body, supplied as:

| NDC Number | Size |
|---|---|
| 0025-1525-31 | bottle of 100 |
| 0025-1525-51 | bottle of 500 |
| 0025-1525-34 | carton of 100 unit dose |

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [See USP Controlled Room Temperature]
Rx only                         Revised: Apr. 24, 2000
Mfd. by Searle Ltd.
Caguas PR 00725
Marketed by:
G.D. Searle & Co.
Chicago IL 60680 USA
Pfizer Inc
New York NY 10017 USA
Address medical inquiries to:
G.D. Searle & Co.
Healthcare Information Services
5200 Old Orchard Rd.
Skokie IL 60077
©2000, G.D. Searle & Co.
Printed in USA
Searle Pfizer
CELEBREX®
(celecoxib capsules)
(A05264)-6

*Shown in Product Identification Guide, page 331*

---

## DIABINESE®   ℞
[dī-ab´in-ees]
(chlorpropamide)
Tablets, USP
For Oral Use

**DESCRIPTION**

DIABINESE® (chlorpropamide), is an oral blood-glucose-lowering drug of the sulfonylurea class. Chlorpropamide is 1-[(p-Chlorophenyl) sulfonyl]-3-propylurea, $C_{10}H_{13}ClN_2O_3S$, and has the structural formula:

$$Cl-\!\!\left\langle\!\!\bigcirc\!\!\right\rangle\!\!-SO_2-NH-\underset{\underset{O}{\|}}{C}-NH-CH_2CH_2CH_3$$

Chlorpropamide is a white crystalline powder, that has a slight odor. It is practically insoluble in water at pH 7.3 (solubility at pH 6 is 2.2 mg/ml). It is soluble in alcohol and moderately soluble in chloroform. The molecular weight of chlorpropamide is 276.74. DIABINESE is available as 100 mg and 250 mg tablets.

Inert ingredients are: alginic acid; Blue 1 Lake; hydroxypropyl cellulose; magnesium stearate; precipitated calcium carbonate; sodium lauryl sulfate; starch.

**CLINICAL PHARMACOLOGY**

DIABINESE appears to lower the blood glucose acutely by stimulating the release of insulin from the pancreas, an effect dependent upon functioning beta cells in the pancreatic islets. The mechanism by which DIABINESE lowers blood glucose during long-term administration has not been clearly established. Extra-pancreatic effects may play a part in the mechanism of action of oral sulfonylurea hypoglycemic drugs. While chlorpropamide is a sulfonamide derivative, it is devoid of antibacterial activity.

DIABINESE may also prove effective in controlling certain patients who have experienced primary or secondary failure to other sulfonylurea agents.

A method developed which permits easy measurement of the drug in blood is available on request.

Chlorpropamide does not interfere with the usual tests to detect albumin in the urine.

DIABINESE is absorbed rapidly from the gastrointestinal tract. Within one hour after a single oral dose, it is readily detectable in the blood, and the level reaches a maximum within two to four hours. It undergoes metabolism in humans and it is excreted in the urine as unchanged drug and as hydroxylated or hydrolyzed metabolites. The biological half-life of chlorpropamide averages about 36 hours. Within 96 hours, 80–90% of a single oral dose is excreted in the urine. However, long-term administration of therapeutic doses does not result in undue accumulation in the blood, since absorption and excretion rates become stabilized in about 5 to 7 days after the initiation of therapy.

DIABINESE exerts a hypoglycemic effect in normal humans within one hour, becoming maximal at 3 to 6 hours and persisting for at least 24 hours. The potency of chlorpropamide is approximately six times that of tolbutamide. Some experimental results suggest that its increased duration of action may be the result of slower excretion and absence of significant deactivation.

**INDICATIONS AND USAGE**

DIABINESE is indicated as an adjunct to diet to lower the blood glucose in patients with non-insulin-dependent diabetes mellitus (type II) whose hyperglycemia cannot be controlled by diet alone.

In initiating treatment for non-insulin-dependent diabetes, diet should be emphasized as the primary form of treatment. Caloric restriction and weight loss are essential in the obese diabetic patient. Proper dietary management alone may be effective in controlling the blood glucose and symptoms of hyperglycemia. The importance of regular physical activity should also be stressed, and cardiovascular risk factors should be identified and corrective measures taken where possible.

If this treatment program fails to reduce symptoms and/or blood glucose, the use of an oral sulfonylurea or insulin should be considered. Use of DIABINESE must be viewed by both the physician and patient as a treatment in addition to diet, and not as a substitute for diet or as a convenient mechanism for avoiding dietary restraint. Furthermore, loss of blood glucose control on diet alone may be transient, thus requiring only short-term administration of DIABINESE.

During maintenance programs, DIABINESE should be discontinued if satisfactory lowering of blood glucose is no longer achieved. Judgments should be based on regular clinical and laboratory evaluations.

In considering the use of DIABINESE in asymptomatic patients, it should be recognized that controlling the blood glucose in non-insulin-dependent diabetes, has not been definitely established to be effective in preventing the long-term cardiovascular or neural complications of diabetes.

**CONTRAINDICATIONS**

DIABINESE is contraindicated in patients with:
1. Known hypersensitivity to the drug.
2. Diabetic ketoacidosis, with or without coma. This condition should be treated with insulin.

**WARNINGS**

**SPECIAL WARNING ON INCREASED RISK OF CARDIOVASCULAR MORTALITY**

The administration of oral hypoglycemic drugs has been reported to be associated with increased cardiovascular mortality as compared to treatment with diet alone or diet plus insulin. This warning is based on the study conducted by the University Group Diabetes Program (UGDP), a long-term prospective clinical trial designed to evaluate the effectiveness of glucose-lowering drugs in preventing or delaying vascular complications in patients with non-insulin-dependent diabetes. The study involved 823 patients who were randomly assigned to one of four treatment groups (*Diabetes*, 19 (supp. 2): 747–830, 1970.)

UGDP reported that patients treated for 5 to 8 years with diet plus a fixed dose of tolbutamide (1.5 grams per day) had a rate of cardiovascular mortality approximately $2^1/_2$ times that of patients treated with diet alone. A significant increase in total mortality was not observed, but the use of tolbutamide was discontinued based on the increase in cardiovascular mortality, thus limiting the opportunity for the study to show an increase in over-all mortality. Despite controversy regarding the interpretation of these results, the findings of the UGDP study provide an adequate basis for this warning. The patient should be informed of the potential risks and advantages of DIABINESE and of alternative modes of therapy.

Although only one drug in the sulfonylurea class (tolbutamide) was included in this study, it is prudent from a safety standpoint to consider that this warning may also apply to other oral hypoglycemic drugs in this class, in view of their close similarities in mode of action and chemical structure.

**PRECAUTIONS**

*General*

*Hypoglycemia:* All sulfonylurea drugs are capable of producing severe hypoglycemia. Proper patient selection, dosage, and instructions are important to avoid hypoglycemic episodes. Renal or hepatic insufficiency may cause elevated blood levels of DIABINESE and the latter may also diminish gluconeogenic capacity, both of which increase the risk of serious hypoglycemic reactions. Elderly, debilitated or malnourished patients, and those with adrenal or pituitary insufficiency are particularly susceptible to the hypoglycemic action of glucose-lowering drugs. Hypoglycemia may be difficult to recognize in the elderly, and in people who are taking beta-adrenergic blocking drugs. Hypoglycemia is more likely to occur when caloric intake is deficient, after severe or prolonged exercise, when alcohol is ingested, or when more than one glucose-lowering drug is used.

Because of the long half-life of chlorpropamide, patients who become hypoglycemic during therapy require careful supervision of the dose and frequent feedings for at least 3 to 5 days. Hospitalization and intravenous glucose may be necessary.

*Loss of control of blood glucose:* When a patient stabilized on any diabetic regimen is exposed to stress such as fever, trauma, infection, or surgery, a loss of control may occur. At such times, it may be necessary to discontinue DIABINESE and administer insulin.

The effectiveness of any oral hypoglycemic drug, including DIABINESE, in lowering blood glucose to a desired level decreases in many patients over a period of time, which may be due to progression of the severity of the diabetes or to diminished responsiveness to the drug. This phenomenon is known as secondary failure, to distinguish it from primary failure in which the drug is ineffective in an individual patient when first given.

**INFORMATION FOR PATIENTS**

Patients should be informed of the potential risks and advantages of DIABINESE and of alternative modes of therapy. They should also be informed about the importance of adherence to dietary instructions, of a regular exercise program, and of regular testing of urine and/or blood glucose. The risks of hypoglycemia, its symptoms and treatment, and conditions that predispose to its development should be explained to patients and responsible family members. Primary and secondary failure should also be explained. Patients should be instructed to contact their physician promptly if they experience symptoms of hypoglycemia or other adverse reactions.

**LABORATORY TESTS**

Blood and urine glucose should be monitored periodically. Measurement of glycosylated hemoglobin may be useful.

**DRUG INTERACTIONS**

The hypoglycemic action of sulfonylurea may be potentiated by certain drugs including nonsteroidal anti-inflammatory agents and other drugs that are highly protein bound, salicylates, sulfonamides, chloramphenicol, probenecid, coumarins, monoamine oxidase inhibitors, and beta adrenergic blocking agents. When such drugs are administered to a patient receiving DIABINESE, the patient should be observed closely for hypoglycemia. When such drugs are withdrawn from a patient receiving DIABINESE, the patient should be observed closely for loss of control.

Certain drugs tend to produce hyperglycemia and may lead to loss of control. These drugs include the thiazides and other diuretics, corticosteroids, phenothiazines, thyroid products, estrogens, oral contraceptives, phenytoin, nicotinic acid, sympathomimetics, calcium channel blocking drugs, and isoniazid. When such drugs are administered to a patient receiving DIABINESE, the patient should be closely observed for loss of control. When such drugs are withdrawn from a patient receiving DIABINESE, the patient should be observed closely for hypoglycemia.

Since animal studies suggest that the action of barbiturates may be prolonged by therapy with chlorpropamide, barbiturates should be employed with caution. In some patients, a disulfiram-like reaction may be produced by the ingestion of alcohol.

A potential interaction between oral miconazole and oral hypoglycemic agents leading to severe hypoglycemia has been reported. Whether this interaction also occurs with the intravenous, topical, or vaginal preparations of miconazole is not known.

*Carcinogenesis, Mutagenesis, Impairment of Fertility:* Chronic toxicity studies have been carried out in dogs and rats. Dogs treated for 6, 13, or 20 months with doses of DIABINESE greater than 20 times the human dose, have not shown any gross histological or pathological abnormalities. After treatment with 100 mg/kg of DIABINESE for 20 months, a dog showed no histopathological liver changes. Rats treated with continuous DIABINESE therapy for 6 to 12 months showed varying degrees of suppression of spermatogenesis at higher dosage levels (up to 125 mg/kg). The extent of suppression seemed to follow that of growth retardation associated with chronic administration of high-dose DIABINESE in rats.

*Pregnancy*

*Teratogenic Effects:*
*Pregnancy Category C.* Animal reproductive studies have not been conducted with DIABINESE. It is also not known whether DIABINESE can cause fetal harm when administered to a pregnant woman or can affect reproduction capacity. DIABINESE should be given to a pregnant woman only if clearly needed.

Because recent information suggests that abnormal blood glucose levels during pregnancy are associated with a higher incidence of congenital abnormalities, many experts recommend that insulin be used during pregnancy to maintain blood glucose levels as close to normal as possible.

*Nonteratogenic Effects:*
Prolonged severe hypoglycemia (4 to 10 days) has been reported in neonates born to mothers who were receiving a sulfonylurea drug at the time of delivery. This has been reported more frequently with the use of agents with prolonged half-lives. If DIABINESE is used during pregnancy, it should be discontinued at least one month before the expected delivery date.

*Nursing Mothers:* An analysis of a composite of two samples of human breast milk, each taken five hours after ingestion of 500 mg of chlorpropamide by a patient, revealed a concentration of 5 mcg/ml. For reference, the normal peak blood level of chlorpropamide after a single 250 mg dose is 30 mcg/ml. Therefore, it is not recommended that a woman breast feed while taking this medication.

*Use in Children:* Safety and effectiveness in children have not been established.