# Exhibit 10



**PDR 59 EDITION 2005**

RECEIVED

JAN 2 1 2005

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

# PHYSICIANS' DESK REFERENCE®

**Executive Vice President, PDR:** David Duplay

**Vice President, Sales and Marketing:** Dikran N. Barsamian
**Senior Director, Pharmaceutical Sales:** Anthony Sorce
**National Account Manager:** Marion Reid, RPh
**Senior Account Managers:** Frank Karkowsky, Suzanne E. Yarrow, RN
**Account Managers:** Marjorie A. Jaxel, Kevin McGlynn, Elaine Musco, Lois Smith, Eileen Sullivan, Richard Zwickel
**Senior Director, Brand and Product Management:** Valerie E. Berger
**Director, Brand and Product Management:** Carmen Mazzatta
**Associate Product Managers:** Michael Casale, Andrea Colavecchio
**Senior Director, Publishing Sales and Marketing:** Michael Bennett
**Director of Trade Sales:** Bill Gaffney
**Associate Director of Marketing:** Jennifer M. Fronzaglia
**Senior Marketing Manager:** Kim Marich
**Direct Mail Manager:** Lorraine M. Loening
**Manager of Marketing Analysis:** Dina A. Maeder
**Promotion Manager:** Linda Levine
**Vice President, Regulatory Affairs:** Mukesh Mehta, RPh
**Vice President, PDR Services:** Brian Holland
**Director of PDR Operations:** Jeffrey D. Schaefer
**Director of Operations:** Robert Klein
**Clinical Content Operations Manager:** Thomas Fleming, PharmD

**Manager, Editorial Services:** Bette LaGow
**Drug Information Specialists:** Min Ko, PharmD; Greg Tallis, RPh
**Project Editors:** Neil Chesanow, Harris Fleming
**Senior Editor:** Lori Murray
**Production Editor:** Gwynned L. Kelly
**Manager, Production Purchasing:** Thomas Westburgh
**Production Manager:** Gayle Graizzaro
**Production Specialist:** Christina Klinger
**Senior Production Coordinator:** Gianna Caradonna
**Production Coordinator:** Yasmin Hernández
**Senior Index Editors:** Noel Deloughery, Shannon Reilly
**Format Editor:** Michelle S. Guzman
**Traffic Assistant:** Kim Condon
**PDR Sales Coordinators:** Nick W. Clark, Gary Lew
**Production Design Supervisor:** Adeline Rich
**Senior Electronic Publishing Designer:** Livio Udina
**Electronic Publishing Designers:** Bryan C. Dix, Rosalia Sberna
**Production Associate:** Joan K. Akerlind
**Digital Imaging Manager:** Christopher Husted
**Digital Imaging Coordinator:** Michael Labruyere
**Finance Director:** Mark S. Ritchin
**Director of Client Services:** Stephanie Struble

**THOMSON PDR**

Copyright © 2005 and published by Thomson PDR at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. Physicians' Desk Reference®, PDR®, Pocket PDR®, PDR Family Guide to Prescription Drugs®, PDR Family Guide to Women's Health and Prescription Drugs®, and PDR Family Guide to Nutrition and Health® are registered trademarks used herein under license. PDR® for Ophthalmic Medicines, PDR® for Nonprescription Drugs and Dietary Supplements, PDR® Companion Guide, PDR® Pharmacopoeia, PDR® for Herbal Medicines, PDR® for Nutritional Supplements, PDR® Medical Dictionary, PDR® Nurse's Drug Handbook, PDR® Nurse's Dictionary, PDR® Family Guide Encyclopedia of Medical Care, PDR® Family Guide to Natural Medicines and Healing Therapies, PDR® Family Guide to Common Ailments, PDR® Family Guide to Over-the-Counter Drugs, PDR® Family Guide to Nutritional Supplements, and PDR® Electronic Library are trademarks used herein under license.

**Officers of Thomson Healthcare, Inc.:** *President and Chief Executive Officer:* Robert Cullen; *Chief Financial Officer:* Paul Hilger; *Chief Technology Officer:* Fred Lauber; *Executive Vice President, Medical Education:* Jeff MacDonald; *Executive Vice President, Micromedex:* Jeff Reihl; *Executive Vice President, PDR:* David Duplay; *Senior Vice President, Business Development:* Robert Christopher; *Senior Vice President, Marketing:* Timothy Murray; *Vice President, Human Resources:* Pamela M. Bilash

ISBN: 1-56363-497-X

PRODUCT INFORMATION

SEARLE/3095

used during pregnancy only if clearly needed. Verapamil crosses the placental barrier and can be detected in umbilical vein blood at delivery.

**Labor and Delivery:**
It is not known whether the use of verapamil during labor or delivery has immediate or delayed adverse effects on the fetus, or whether it prolongs the duration of labor or increases the need for forceps delivery or other obstetric intervention. Such adverse experiences have not been reported in the literature, despite a long history of use of verapamil in Europe in the treatment of cardiac side effects of beta-adrenergic agonist agents use to treat premature labor.

**Nursing Mothers**
Verapamil is excreted in human milk. Because of the potential for adverse reactions in nursing infants from verapamil, nursing should be discontinued while verapamil is administered.

**Pediatric Use**
Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use**
Clinical studies of Verelan® PM were not adequate to determine if subjects aged 65 or over respond differently from younger patients. Other reported clinical experience has not identified differences in response between the elderly and younger patients; however, greater sensitivity to Verelan® PM by some older individuals cannot be ruled out.
Aging may affect the pharmacokinetics of verapamil. Elimination half-life may be prolonged in the elderly (See CLINICAL PHARMACOLOGY, Pharmacokinetics and metabolism).
Verapamil is highly metabolized by the liver, and about 70% of the administered dose is excreted as metabolites in the urine. Clinical circumstances, some of which may be more common in the elderly, such as hepatic or renal impairment, should be considered (See PRECAUTIONS, General). In general, lower initial doses of Verelan® PM may be warranted in the elderly (See DOSAGE AND ADMINISTRATION, Essential Hypertension).

**Animal Pharmacology and/or Animal Toxicology**
In chronic animal toxicology studies verapamil caused lenticular and/or suture line changes at 30 mg/kg/day or greater and frank cataracts at 62.5 mg/kg/day or greater in the beagle dog but not in the rat. Development of cataracts due to verapamil has not been reported in man.

**ADVERSE REACTIONS**
Serious adverse reactions are uncommon when verapamil therapy is initiated with upward dose titration within the recommended single and total daily dose.
The following reactions to orally administered Verelan® PM occurred at rates of 2.0% or greater, or occurred at lower rates but appeared to be drug-related in clinical trials in hypertension.
[See first table above]
See WARNINGS for discussion of heart failure, hypotension, elevated liver enzymes, AV block, and rapid ventricular response. Reversible (upon discontinuation of verapamil) non-obstructive, paralytic ileus has been infrequently reported in association with the use of verapamil.
In previous experience with other formulations of verapamil (N=4,954) the following reactions have occurred at rates greater than 1.0% or occurred at lower rates but appeared clearly drug-related in clinical trials in 4,954 patients.
[See second table above]
In clinical trials related to the control of ventricular responses in digitalized patients who had atrial fibrillation or atrial flutter, ventricular rate below 50/min at rest occurred in 15% of patients and asymptomatic hypotension occurred in 5% of patients.
The following reactions, reported with orally administered verapamil in 2.0% or less of patients, occurred under conditions (open trials, marketing experience) where a causal relationship is uncertain; they are listed to alert the physician to a possible relationship:
**Cardiovascular:** angina pectoris, atrioventricular dissociation, chest pain, claudication, myocardial infarction, palpitations, purpura (vasculitis), syncope.
**Digestive System:** diarrhea, dry mouth, gastrointestinal distress, gingival hyperplasia.
**Hemic and Lymphatic:** ecchymosis or bruising.
**Nervous System:** cerebrovascular accident, confusion, equilibrium disorders, extrapyramidal symptoms, insomnia, muscle cramps, paresthesia, psychotic symptoms, shakiness, somnolence.
**Respiratory:** dyspnea.
**Skin:** arthralgia and rash, exanthema, hair loss, hyperkeratosis, macules, sweating, urticaria, Stevens-Johnson syndrome, erythema multiforme.
**Special Senses:** blurred vision, tinnitus.
**Urogenital:** gynecomastia, galactorrhea/hyperprolactinemia, impotence, increased urination, spotty menstruation.
**Other:** allergy aggravated.

**Treatment of Acute Cardiovascular Adverse Reactions**
The frequency of cardiovascular adverse reactions that require therapy is rare; hence, experience with their treatment is limited. Whenever severe hypotension or complete AV block occurs following oral administration of verapamil, the appropriate emergency measures should be applied immediately; e.g., intravenously administered norepinephrine bitartrate, atropine sulfate, isoproterenol HCl (all in the usual doses), or calcium gluconate (10% solution). In pa-

|  | Placebo<br>N = 116<br>% | All Doses Studied<br>N = 297<br>% |
|---|---|---|
| Headache | 11.2 | 12.1 |
| Infection* | 6.9 | 12.1 |
| Constipation | 0.9 | 8.8 |
| Flu Syndrome | 2.6 | 3.7 |
| Peripheral edema | 0.9 | 3.7 |
| Dizziness | 0.9 | 3.0 |
| Pharyngitis | 2.6 | 3.0 |
| Sinusitis | 2.6 | 3.0 |
| Dyspepsia | 1.7 | 2.7 |

|  | Placebo<br>N = 116<br>% | All Doses Studied<br>N = 297<br>% |
|---|---|---|
| Rhinitis | 2.6 | 2.7 |
| Diarrhea | 1.7 | 2.4 |
| Pain | 1.7 | 2.4 |
| Rash | 2.6 | 2.4 |
| Asthenia | 3.4 | 2.0 |
| ECG Abnormal | 3.4 | 2.0 |
| Hypertension | 2.0 | 1.7 |
| Edema | 0.0 | 1.7 |
| Nausea | 0.0 | 1.7 |
| Accidental Injury | 0.0 | 1.5 |

*Infection, primarily upper respiratory infection (URI) and unrelated to study medication. Constipation was typically mild and easily manageable. At the usual once-daily dose of 200 mg, the observed incidence of constipation was 3.9%.

| Constipation | 7.3% |
|---|---|
| Dizziness | 3.3% |
| Nausea | 2.7% |
| Hypotension | 2.5% |
| Headache | 2.2% |
| Edema | 1.9% |
| CHF/Pulmonary Edema | 1.8% |

| Fatigue | 1.7% |
|---|---|
| Bradycardia (HR<50/min) | 1.4% |
| Rash | 1.2% |
| AV block (total 1°, 2°, 3°) | 1.2% |
| AV block (2° and 3°) | 0.8% |
| Flushing | 0.6% |
| Elevated Liver Enzymes (See WARNINGS) |  |

tients with hypertrophic cardiomyopathy (IHSS), alpha-adrenergic agents (phenylephrine HCl, metaraminol bitartrate, or methoxamine HCl) should be used to maintain blood pressure; and isoproterenol and norepinephrine should be avoided. If further support is necessary, inotropic agents (dopamine HCl or dobutamine HCl) may be administered. Actual treatment and dosage should depend on the severity of the clinical situation and the judgment and experience of the treating physician.

**OVERDOSAGE**
There is no specific antidote for verapamil overdosage; treatment should be supportive. Delayed pharmacodynamic consequences may occur with sustained-release formulations, and patients should be observed for at least 48 hours, preferably under continuous hospital care. Reported effects include hypotension, bradycardia, cardiac conduction defects, arrhythmias, hyperglycemia, and decreased mental status. In addition, there have been literature reports of noncardiogenic pulmonary edema in patients taking large overdoses of verapamil (up to approximately 9g).
In acute overdosage, gastrointestinal decontamination with cathartics and whole bowel irrigation should be considered. Calcium, inotropes (i.e., isoproterenol HCl, dopamine HCl, and glucagon), atropine sulfate, vasopressors (i.e., norepinephrine, and epinephrine), and cardiac pacing have been used with variable results to reverse hypotension and myocardial depression. In a few reported cases, overdose with calcium channel blockers that was initially refractory to atropine became more responsive to this treatment when the patients received large doses (close to 1 gram/hour for more than 24 hours) of calcium chloride.
Calcium chloride is preferred to calcium gluconate since it provides 3 times more calcium per volume. Asystole should be handled by the usual measures including cardiopulmonary resuscitation. Verapamil cannot be removed by hemodialysis.

**DOSAGE AND ADMINISTRATION**
**Essential Hypertension**
Verelan® PM should be administered once daily at bedtime. Clinical trials studied doses of 100 mg, 200 mg, 300 mg and 400 mg. The usual daily dose of extended-release Verelan® PM in clinical trials has been 200 mg given by mouth once daily at bedtime. In rare instances, initial doses of 100 mg a day may be warranted in patients who have an increased response to verapamil, (e.g. patients with impaired renal function (See PRECAUTIONS), impaired hepatic function, elderly, small people, etc.). Upward titration should be based on therapeutic efficacy and safety evaluated approximately 24 hours after dosing. The antihypertensive effects of Verelan® PM are evident within the first week of therapy. If an adequate response is not obtained with 200 mg of Verelan® PM, the dose may be titrated upward in the following manner:
a) 300 mg each evening;
b) 400 mg each evening (2 × 200 mg).
When Verelan® PM is administered at bedtime, office evaluation of blood pressure during morning and early afternoon hours is essentially a measure of peak effect. The usual evaluation of trough effect, which sometimes might be needed to evaluate the appropriateness of any given dose of Verelan® PM would be just prior to bedtime.
As with immediate-release and sustained-release verapamil, dosages of Verelan® PM capsules should be individualized and titration may be needed in some patients.

**HOW SUPPLIED**
Verelan® PM (verapamil hydrochloride) extended-release pellet filled capsules are supplied in three dosage strengths:
100 mg: Two piece size 2 hard gelatin capsule, white opaque cap imprinted SCHWARZ/4085 and amethyst body imprinted with 100 mg. Product identification printed in black ink, supplied as follows:
NDC 0091-4085-01 Bottle of 100s
200 mg: Two piece size 0 hard gelatin capsule, amethyst opaque cap imprinted SCHWARZ/4086 and am-

ethyst body imprinted with 200 mg. Product identification printed in black ink, supplied as follows:
NDC 0091-4086-01 Bottle of 100s
300 mg: Two piece size 00 hard gelatin capsule, lavender opaque cap imprinted SCHWARZ/4087 and amethyst body imprinted with 300 mg. Product identification printed in black ink, supplied as follows:
NDC 0091-4087-01 Bottle of 100s
Store at 25°C (77°F); excursions permitted to 15–30°C (59–86°F). [See USP Controlled Room Temperature]. Protect from moisture. Dispense in tight, light-resistant container as defined in USP.
Rx only
Manufactured for:
SCHWARZ
PHARMA
Milwaukee, WI 53201, USA
by
ELAN HOLDINGS, INC.
Gainesville, GA 30504, USA
U.S. Patent No.: 4,863,742
Printed in USA
Verelan® is a registered trademark of Elan Corporation, plc.
CODAS™ is a trademark of Elan Corporation, plc.
PC3810C Rev. 03/03
Shown in Product Identification Guide, page 333

**G.D. Searle & Co.**
A Division of Pfizer
235 EAST 42ND STREET
NEW YORK, NY 10017-5755

For updates to the product information listed below, please check the Pfizer Web site: http://www.pfizer.com, or call (800) 438-1985. For complete product listing, please see the Manufacturers' Index.
For Medical Information, Contact:
(800) 438-1985
24 hours a day, seven days a week
Distribution:
1855 Shelby Oaks Drive North
Memphis, TN 38134
(901) 387-5200
Customer Service:
(800) 533-4535

**Alphabetic Product Listing**
**Product, ID# (NDC*), Form, Strength**
Celebrex, 7767, (1520), Capsule, 100 mg
Celebrex, 7767, (1525), Capsule, 200 mg
Covera-HS 180, (2011), Tablets, 180 mg
Covera-HS 240, (2021), Tablets, 240 mg

*When the product ID # is not the same as the NDC #, the NDC # appears in parentheses.

**CELEBREX®**
(sel-e-brex)
**celecoxib capsules**

Rx

**DESCRIPTION**
Celebrex (celecoxib) is chemically designated as 4-[5-(4-methylphenyl)-3-(trifluoromethyl)-1H-pyrazol-1-yl] benze-

Continued on next page

## Celebrex—Cont.

nesulfonamide and is a diaryl-substituted pyrazole. It has the following chemical structure:

The empirical formula for celecoxib is $C_{17}H_{14}F_3N_3O_2S$, and the molecular weight is 381.38.
CELEBREX oral capsules contain either 100 mg, 200 mg or 400 mg of celecoxib.
The inactive ingredients in CELEBREX capsules include: croscarmellose sodium, edible inks, gelatin, lactose monohydrate, magnesium stearate, povidone, sodium lauryl sulfate and titanium dioxide.

### CLINICAL PHARMACOLOGY
**Mechanism of Action:** CELEBREX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of CELEBREX is believed to be due to inhibition of prostaglandin synthesis, primarily via inhibition of cyclooxygenase-2 (COX-2), and at therapeutic concentrations in humans, CELEBREX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme. In animal colon tumor models, celecoxib reduced the incidence and multiplicity of tumors.

**Pharmacokinetics:**
*Absorption*
Peak plasma levels of celecoxib occur approximately 3 hrs after an oral dose. Under fasting conditions, both peak plasma levels ($C_{max}$) and area under the curve (AUC) are roughly dose-proportional up to 200 mg BID; at higher doses there are less than proportional increases in $C_{max}$ and AUC (see Food Effects). Absolute bioavailability studies have not been conducted. With multiple dosing, steady state conditions are reached on or before day 5.
The pharmacokinetic parameters of celecoxib in a group of healthy subjects are shown in Table 1.
[See table 1 below]

*Food Effects*
When CELEBREX capsules were taken with a high fat meal, peak plasma levels were delayed for about 1 to 2 hours with an increase in total absorption (AUC) of 10% to 20%. Under fasting conditions, at doses above 200 mg, there is less than a proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. Coadministration of CELEBREX with an aluminum- and magnesium-containing antacid resulted in a reduction in plasma celecoxib concentrations with a decrease of 37% in $C_{max}$ and 10% in AUC. CELEBREX, at doses up to 200 mg BID can be administered without regard to timing of meals. Higher doses (400 mg BID) should be administered with food to improve absorption.

*Distribution*
In healthy subjects, celecoxib is highly protein bound (~97%) within the clinical dose range. *In vitro* studies indicate that celecoxib binds primarily to albumin and, to a lesser extent, $\alpha_1$-acid glycoprotein. The apparent volume of distribution at steady state ($V_{ss}/F$) is approximately 400 L, suggesting extensive distribution into the tissues. Celecoxib is not preferentially bound to red blood cells.

*Metabolism*
Celecoxib metabolism is primarily mediated via cytochrome P450 2C9. Three metabolites, a primary alcohol, the corresponding carboxylic acid and its glucuronide conjugate, have been identified in human plasma. These metabolites are inactive as COX-1 or COX-2 inhibitors. Patients who are known or suspected to be P450 2C9 poor metabolizers based on a previous history should be administered celecoxib with caution as they may have abnormally high plasma levels due to reduced metabolic clearance.

*Excretion*
Celecoxib is eliminated predominantly by hepatic metabolism with little (<3%) unchanged drug recovered in the urine and feces. Following a single oral dose of radiolabeled drug, approximately 57% of the dose was excreted in the feces and 27% was excreted into the urine. The primary metabolite in both urine and feces was the carboxylic acid metabolite (73% of dose) with low amounts of the glucuronide also appearing in the urine. It appears that the low solubility of the drug prolongs the absorption process making terminal half-life ($t_{1/2}$) determinations more variable. The effective half-life is approximately 11 hours under fasted conditions. The apparent plasma clearance (CL/F) is about 500 mL/min.

**Special Populations**
*Geriatric:* At steady state, elderly subjects (over 65 years old) had a 40% higher $C_{max}$ and a 50% higher AUC compared to the young subjects. In elderly females, celecoxib $C_{max}$ and AUC are higher than those for elderly males, but these increases are predominantly due to lower body weight in elderly females. Dose adjustment in the elderly is not generally necessary. However, for patients of less than 50 kg in body weight, initiate therapy at the lowest recommended dose.
*Pediatric:* CELEBREX capsules have not been investigated in pediatric patients below 18 years of age.
*Race:* Meta-analysis of pharmacokinetic studies has suggested an approximately 40% higher AUC of celecoxib in Blacks compared to Caucasians. The cause and clinical significance of this finding is unknown.
*Hepatic Insufficiency:* A pharmacokinetic study in subjects with mild (Child-Pugh Class A) and moderate (Child-Pugh Class B) hepatic impairment has shown that steady-state celecoxib AUC is increased about 40% and 180%, respectively, above that seen in healthy control subjects. Therefore, the daily recommended dose of CELEBREX capsules should be reduced by approximately 50% in patients with moderate (Child-Pugh Class B) hepatic impairment. Patients with severe hepatic impairment (Child-Pugh Class C) have not been studied. The use of CELEBREX in patients with severe hepatic impairment is not recommended.
*Renal Insufficiency:* In a cross-study comparison, celecoxib AUC was approximately 40% lower in patients with chronic renal insufficiency (GFR 35-60 mL/min) than that seen in subjects with normal renal function. No significant relationship was found between GFR and celecoxib clearance. Patients with severe renal insufficiency have not been studied. Similar to other NSAIDs, CELEBREX is not recommended in patients with severe renal insufficiency (see WARNINGS – Advanced Renal Disease).

**Drug Interactions**
Also see PRECAUTIONS – Drug Interactions.
*General:* Significant interactions may occur when celecoxib is administered together with drugs that inhibit P450 2C9. *In vitro* studies indicate that celecoxib is not an inhibitor of cytochrome P450 2C9, 2C19 or 3A4.
Clinical studies with celecoxib have identified potentially significant interactions with fluconazole and lithium. Experience with nonsteroidal anti-inflammatory drugs (NSAIDs) suggests the potential for interactions with furosemide and ACE inhibitors. The effects of celecoxib on the pharmacokinetics and pharmacodynamics of glyburide, ketoconazole, methotrexate, phenytoin, and tolbutamide have been studied *in vivo* and clinically important interactions have not been found.

### CLINICAL STUDIES
**Osteoarthritis (OA):** CELEBREX has demonstrated significant reduction in joint pain compared to placebo. CELEBREX was evaluated for treatment of the signs and the symptoms of OA of the knee and hip in approximately 4,200 patients in placebo- and active-controlled clinical trials of up to 12 weeks duration. In patients with OA, treatment with CELEBREX 100 mg BID or 200 mg QD resulted in improvement in WOMAC (Western Ontario and McMaster Universities) osteoarthritis index, a composite of pain, stiffness, and functional measures in OA. In three 12-week studies of pain accompanying OA flare, CELEBREX doses of 100 mg BID and 200 mg BID provided significant reduction of pain within 24-48 hours of initiation of dosing. At doses of 100 mg BID or 200 mg BID the effectiveness of CELEBREX was shown to be similar to that of naproxen 500 mg BID. Doses of 200 mg BID provided no additional benefit above that seen with 100 mg BID. A total daily dose of 200 mg has been shown to be equally effective whether administered as 100 mg BID or 200 mg QD.

**Rheumatoid Arthritis (RA):** CELEBREX has demonstrated significant reduction in joint tenderness/pain and joint swelling compared to placebo. CELEBREX was evaluated for treatment of the signs and symptoms of RA in approximately 2,100 patients in placebo- and active-controlled clinical trials of up to 24 weeks in duration. CELEBREX was shown to be superior to placebo in these studies, using the ACR20 Responder Index, a composite of clinical, laboratory, and functional measures in RA. CELEBREX doses of 100 mg BID and 200 mg BID were similar in effectiveness and both were comparable to naproxen 500 mg BID.
Although CELEBREX 100 mg BID and 200 mg BID provided similar overall effectiveness, some patients derived additional benefit from the 200 mg BID dose. Doses of 400 mg BID provided no additional benefit above that seen with 100-200 mg BID.

**Analgesia, including primary dysmenorrhea:** In acute analgesic models of post-oral surgery pain, post-orthopedic surgical pain, and primary dysmenorrhea, CELEBREX relieved pain that was rated by patients as moderate to severe. Single doses (see DOSAGE AND ADMINISTRATION) of CELEBREX provided pain relief within 60 minutes.

**Familial Adenomatous Polyposis (FAP):** CELEBREX was evaluated to reduce the number of adenomatous colorectal polyps. A randomized double-blind placebo-controlled study was conducted in 83 patients with FAP. The study population included 58 patients with a prior subtotal or total colectomy and 25 patients with an intact colon. Thirteen patients had the attenuated FAP phenotype. One area in the rectum and up to four areas in the colon were identified at baseline for specific follow-up, and polyps were counted at baseline and following six months of treatment. The mean reduction in the number of colorectal polyps was 28% for CELEBREX 400 mg BID, 12% for CELEBREX 100 mg BID and 5% for placebo. The reduction in polyps observed with CELEBREX 400 mg BID was statistically superior to placebo at the six-month timepoint (p=0.003). (See Figure 1.)



**Figure 1**
Percent Change from Baseline in Number of Colorectal Polyps (FAP Patients)

*p=0.003 versus placebo

**Special Studies**
*Endoscopic Studies:* Scheduled upper GI endoscopic evaluations were performed in over 4,500 arthritis patients who were enrolled in five controlled randomized 12-24 week trials using active comparators, two of which also included placebo controls. There was no consistent relationship between the incidence of gastroduodenal ulcers and the dose of CELEBREX over the range studied.
Table 2 summarizes the incidence of endoscopic ulcers in two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers.

**Table 2**
Incidence of Gastroduodenal Ulcers from Endoscopic Studies in OA and RA Patients

|  | 3-Month Studies | |
|---|---|---|
|  | Study 1 (n = 1108) | Study 2 (n = 1049) |
| Placebo | 2.3% (5/217) | 2.0% (4/200) |
| Celebrex 50 mg BID | 3.4% (8/233) |  |
| Celebrex 100 mg BID | 3.1% (7/227) | 4.0% (9/223) |
| Celebrex 200 mg BID | 5.9% (13/221) | 2.7% (6/219) |
| Celebrex 400 mg BID |  | 4.1% (8/197) |
| Naproxen 500 mg BID | 16.2% (34/210)* | 17.6% (37/210)* |

*p≤0.05 vs all other treatments

Table 3 summarizes data from two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers. Patients underwent interval endoscopies every 4 weeks to give information on ulcer risk over time.
[See table 3 at top of next page]
One randomized and double-blind 6-month study in 430 RA patients was conducted in which an endoscopic examination was performed at 6 months. The incidence of endoscopic ulcers in patients taking CELEBREX 200 mg BID was 4%-vs 15% for patients taking diclofenac SR 75 mg BID (p<0.001).
In 4 of the 5 endoscopic studies, approximately 11% of patients (440/4,000) were taking aspirin (≤325 mg/day). In the CELEBREX groups, the endoscopic ulcer rate appeared to be higher in aspirin users than in non-users. However, the increased rate of ulcers in these aspirin users was less than the endoscopic ulcer rates observed in the active comparator groups, with or without aspirin.
The correlation between findings of endoscopic studies, and the relative incidence of clinically significant serious upper GI events has not been established. Serious clinically significant upper GI bleeding has been observed in patients receiving CELEBREX in controlled and open-labeled trials, albeit infrequently (see *Use with Aspirin* and WARNINGS — Gastrointestinal (GI) Effects).
*Use with Aspirin:* The Celecoxib Long-Term Arthritis Safety Study (CLASS) was a prospective long-term safety outcome study conducted postmarketing in approximately

**Table 1**
Summary of Single Dose (200 mg) Disposition Kinetics of Celecoxib in Healthy Subjects[1]

| Mean (%CV) PK Parameter Values | | | | |
|---|---|---|---|---|
| $C_{max}$, ng/mL | $T_{max}$, hr | Effective $t_{1/2}$, hr | $V_{ss}/F$, L | CL/F, L/hr |
| 705 (38) | 2.8 (37) | 11.2 (31) | 429 (34) | 27.7 (28) |

[1] Subjects under fasting conditions (n=36, 19-52 yrs.)

Information will be superseded by supplements and subsequent editions

5,800 OA patients and 2,200 RA patients. Patients received CELEBREX 400 mg BID (4-fold and 2-fold the recommended OA and RA doses, respectively, and the approved dose for FAP); ibuprofen 800 mg TID or diclofenac 75 mg BID (common therapeutic doses). Median exposures for CELEBREX (n = 3,987) and diclofenac (n = 1,996) were 9 months while ibuprofen (n = 1,985) was 6 months. The Kaplan-Meier cumulative rates at 9 months are provided for all analyses. The primary endpoint of this combined study was the incidence of *complicated ulcers* (gastrointestinal bleeding, perforation or obstruction). Patients were allowed to take concomitant low-dose (≤ 325 mg/day) aspirin (ASA) for cardiovascular prophylaxis (ASA subgroups: CELEBREX, n = 882; diclofenac, n = 445; ibuprofen, n = 412). Differences in the incidence of *complicated ulcers* between CELEBREX and the combined group of ibuprofen and diclofenac were not statistically significant. Those patients on CELEBREX and concomitant low-dose ASA experienced 4-fold higher rates of *complicated ulcers* compared to those not on ASA (see WARNINGS — Gastrointestinal (GI) Effects). The results for CELEBREX are displayed in Table 4. For *complicated and symptomatic ulcer* rates, see WARNINGS — Gastrointestinal (GI) Effects — Risk of GI Ulceration, Bleeding, and Perforation.

Table 4
Effects of Co-Administration of Low-Dose Aspirin on *Complicated Ulcer* Rates with CELEBREX 400 mg BID (Kaplan-Meier Rates at 9 months [%])

|  | Non-Aspirin Users n=3105 | Aspirin Users n=882 |
|---|---|---|
| Complicated Ulcers | 0.32 | 1.12 |

**Platelets:** In clinical trials, CELEBREX at single doses up to 800 mg and multiple doses of 600 mg BID for up to 7 days duration (higher than recommended therapeutic doses) had no effect on platelet aggregation and bleeding time. Comparators (naproxen 500 mg BID, ibuprofen 800 mg TID, diclofenac 75 mg BID) significantly reduced platelet aggregation and prolonged bleeding time.
Because of its lack of platelet effects, CELEBREX is not a substitute for aspirin for cardiovascular prophylaxis.

**INDICATIONS AND USAGE**
CELEBREX is indicated:
1) For relief of the signs and symptoms of osteoarthritis.
2) For relief of the signs and symptoms of rheumatoid arthritis in adults.
3) For the management of acute pain in adults (see CLINICAL STUDIES).
4) For the treatment of primary dysmenorrhea.
5) To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP), as an adjunct to usual care (e.g., endoscopic surveillance, surgery). It is not known whether there is a clinical benefit from a reduction in the number of colorectal polyps in FAP patients. It is also not known whether the effects of CELEBREX treatment will persist after CELEBREX is discontinued. The efficacy and safety of CELEBREX treatment in patients with FAP beyond six months have not been studied (see CLINICAL STUDIES, WARNINGS and PRECAUTIONS sections).

**CONTRAINDICATIONS**
CELEBREX is contraindicated in patients with known hypersensitivity to celecoxib.
CELEBREX should not be given to patients who have demonstrated allergic-type reactions to sulfonamides.
CELEBREX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS — Anaphylactoid Reactions, and PRECAUTIONS — Preexisting Asthma).

**WARNINGS**
**Gastrointestinal (GI) Effects—Risk of GI Ulceration, Bleeding, and Perforation**
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms (see PRECAUTIONS — Hematological Effects). Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.
NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration. For high risk patients, alternate therapies that do not involve NSAIDs should be considered.
Studies have shown that patients with a prior history of peptic ulcer disease and/or gastrointestinal bleeding and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.
**CLASS Study:** The estimated cumulative rates at 9 months of *complicated and symptomatic ulcers* (an adverse event similar but not identical to the "upper GI ulcers, gross bleeding or perforation" described in the preceding paragraphs) for patients treated with CELEBREX 400 mg BID (see Special Studies – *Use with Aspirin*) are described in Table 5. Table 5 also displays results for patients less than or equal to the age of 65 years. The differences in rates between CELEBREX alone and CELEBREX with ASA groups may be due to the higher risk for GI events in ASA users.

Table 5
*Complicated and Symptomatic Ulcer* Rates in Patients Taking Celebrex 400 mg BID (Kaplan-Meier Rates) at 9 months [%] Based on Risk Factors

|  | Complicated and Symptomatic Ulcer Rates |
|---|---|
| All Patients |  |
| Celebrex alone (n=3105) | 0.78 |
| Celebrex with ASA (n=882) | 2.19 |
| Patients <65 Years |  |
| Celebrex alone (n=2025) | 0.47 |
| Celebrex with ASA (n=403) | 1.26 |
| Patients ≥65 Years |  |
| Celebrex alone (n=1080) | 1.40 |
| Celebrex with ASA (n=479) | 3.06 |

In a small number of patients with a history of ulcer disease, the *complicated and symptomatic ulcer* rates in patients taking CELEBREX alone or CELEBREX with ASA were, respectively, 2.56% (n=243) and 6.85% (n=91) at 48 weeks. These results are to be expected in patients with a prior history of ulcer disease (see WARNINGS — Gastrointestinal (GI) Effects — Risk of GI Ulceration, Bleeding, and Perforation).

**Anaphylactoid Reactions**
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to CELEBREX. In post-marketing experience, rare cases of anaphylactic reactions and angioedema have been reported in patients receiving CELEBREX. CELEBREX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS — Preexisting Asthma). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

**Advanced Renal Disease**
No information is available from controlled clinical studies regarding the use of CELEBREX in patients with advanced kidney disease. Therefore, treatment with CELEBREX is not recommended in these patients with advanced kidney disease. If CELEBREX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS — Renal Effects).

**Pregnancy**
In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus (see PRECAUTIONS — Pregnancy).

**Familial Adenomatous Polyposis (FAP):** Treatment with CELEBREX in FAP has not been shown to reduce the risk of gastrointestinal cancer or the need for prophylactic colectomy or other FAP-related surgeries. Therefore, the usual care of FAP patients should not be altered because of the concurrent administration of CELEBREX. In particular, the frequency of routine endoscopic surveillance should not be decreased and prophylactic colectomy or other FAP-related surgeries should not be delayed.

**PRECAUTIONS**
**General:** CELEBREX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.
The pharmacological activity of CELEBREX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.
**Hepatic Effects:** Borderline elevations of one or more liver associated enzymes may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately 3 or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including CELEBREX (see ADVERSE REACTIONS — post-marketing experience). In controlled clinical trials of CELEBREX, the incidence of borderline elevations (greater than or equal to 1.2 times and less than 3 times the upper limit of normal) of liver associated enzymes was 6% for CELEBREX and 5% for placebo, and approximately 0.2% of patients taking CELEBREX and 0.3% of patients taking placebo had notable elevations of ALT and AST.
A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with CELEBREX. If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), CELEBREX should be discontinued.
**Renal Effects:** Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with CELEBREX have shown renal effects similar to those observed with comparator NSAIDs.
Caution should be used when initiating treatment with CELEBREX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with CELEBREX. Caution is also recommended in patients with preexisting kidney disease (see WARNINGS—Advanced Renal Disease).
**Hematological Effects:** Anemia is sometimes seen in patients receiving CELEBREX. In controlled clinical trials the incidence of anemia was 0.6% with CELEBREX and 0.4% with placebo. Patients on long-term treatment with CELEBREX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. CELEBREX does not, generally, affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES—Special Studies—Platelets).
**Fluid Retention, Edema, and Hypertension:** Fluid retention and edema have been observed in some patients taking CELEBREX (see ADVERSE REACTIONS). In the CLASS [...] subjects receiving [...] 150 mg BID with [...] 

Continued on next page

---

Table 3
Incidence of Gastroduodenal Ulcers from 3-Month Serial Endoscopy Studies in OA and RA Patients

|  | Week 4 | Week 8 | Week 12 | Final |
|---|---|---|---|---|
| **Study 3 (n=523)** |  |  |  |  |
| Celebrex 200 mg BID | 4.0% (10/252)* | 2.2% (5/227)† | 1.5% (3/196)* | 7.5% (20/266)* |
| Naproxen 500 mg BID | 19.0% (47/247) | 14.2% (26/182) | 9.9% (14/141) | 34.6% (89/257) |
| **Study 4 (n=1062)** |  |  |  |  |
| Celebrex 200 mg BID | 3.9% (13/337)† | 2.4% (7/296)† | 1.8% (5/274)† | 7.0% (25/356)† |
| Diclofenac 75 mg BID | 5.1% (18/350) | 3.3% (10/306) | 2.9% (8/278) | 9.7% (36/372) |
| Ibuprofen 800 mg TID | 13.0% (42/323) | 6.2% (15/241) | 9.6% (21/219) | 23.3% (78/334) |

*p≤0.05 Celebrex vs. naproxen based on interval and cumulative analyses
†p≤0.05 Celebrex vs. ibuprofen based on interval and cumulative analyses

## Celebrex—Cont.

study (see *Special Studies — Use with Aspirin*), the Kaplan-Meier cumulative rates at 9 months of peripheral edema in patients on CELEBREX 400 mg BID (4-fold and 2-fold the recommended OA and RA doses, respectively, and the approved dose for FAP), ibuprofen 800 mg TID and diclofenac 75 mg BID were 4.5%, 6.9% and 4.7%, respectively. The rates of hypertension in the CELEBREX, ibuprofen and diclofenac treated patients were 2.4%, 4.2% and 2.5%, respectively. As with other NSAIDs, CELEBREX should be used with caution in patients with fluid retention, hypertension, or heart failure.

**Preexisting Asthma:** Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, CELEBREX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with pre-existing asthma.

**Information for Patients:** CELEBREX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS — Gastrointestinal (GI) Effects - Risk of Gastrointestinal Ulceration, Bleeding, and Perforation).

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus.

Patients with familial adenomatous polyposis (FAP) should be informed that CELEBREX has not been shown to reduce colorectal, duodenal or other FAP-related cancers, or the need for endoscopic surveillance, prophylactic or other FAP-related surgery. Therefore, all patients with FAP should be instructed to continue their usual care while receiving CELEBREX.

**Laboratory Tests:** Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding. In controlled clinical trials, elevated BUN occurred more frequently in patients receiving CELEBREX compared with patients on placebo. This laboratory abnormality was also seen in patients who received comparator NSAIDs in these studies. The clinical significance of this abnormality has not been established.

**Drug Interactions:**

*General:* Celecoxib metabolism is predominantly mediated via cytochrome P450 2C9 in the liver. Co-administration of celecoxib with drugs that are known to inhibit 2C9 should be done with caution.

*In vitro* studies indicate that celecoxib, although not a substrate, is an inhibitor of cytochrome P450 2D6. Therefore, there is a potential for an *in vivo* drug interaction with drugs that are metabolized by P450 2D6.

*ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. This interaction should be given consideration in patients taking CELEBREX concomitantly with ACE-inhibitors.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Aspirin:* CELEBREX can be used with low-dose aspirin. However, concomitant administration of aspirin with CELEBREX increases the rate of GI ulceration or other complications, compared to use of CELEBREX alone (see CLINICAL STUDIES — *Use with Aspirin* and WARNINGS — *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation - CLASS Study*).

Because of its lack of platelet effects, CELEBREX is not a substitute for aspirin for cardiovascular prophylaxis.

*Fluconazole:* Concomitant administration of fluconazole at 200 mg QD resulted in a two-fold increase in celecoxib plasma concentration. This increase is due to the inhibition of celecoxib metabolism via P450 2C9 by fluconazole (see *Pharmacokinetics — Metabolism*). CELEBREX should be introduced at the lowest recommended dose in patients receiving fluconazole.

*Lithium:* In a study conducted in healthy subjects, mean steady-state lithium plasma levels increased approximately 17% in subjects receiving lithium 450 mg BID with CELEBREX 200 mg BID as compared to subjects receiving lithium alone. Patients on lithium treatment should be closely monitored when CELEBREX is introduced or withdrawn.

*Methotrexate:* In an interaction study of rheumatoid arthritis patients taking methotrexate, CELEBREX did not have a significant effect on the pharmacokinetics of methotrexate.

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days, after initiating or changing CELEBREX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. The effect of celecoxib on the anticoagulant effect of warfarin was studied in a group of healthy subjects receiving daily doses of 2-5 mg of warfarin. In these subjects, celecoxib did not alter the anticoagulant effect of warfarin as determined by prothrombin time. However, in post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving CELEBREX concurrently with warfarin.

**Carcinogenesis, mutagenesis, impairment of fertility:** Celecoxib was not carcinogenic in rats given oral doses up to 200 mg/kg for males and 10 mg/kg for females (approximately 2- to 4-fold the human exposure as measured by the $AUC_{0-24}$ at 200 mg BID) or in mice given oral doses up to 25 mg/kg for males and 50 mg/kg for females (approximately equal to human exposure, as measured by the $AUC_{0-24}$ at 200 mg BID) for two years.

Celecoxib was not mutagenic in an Ames test and a mutation assay in Chinese hamster ovary (CHO) cells, nor clastogenic in a chromosome aberration assay in CHO cells and an *in vivo* micronucleus test in rat bone marrow.

Celecoxib did not impair male and female fertility in rats at oral doses up to 600 mg/kg/day (approximately 11-fold human exposure at 200 mg BID based on the $AUC_{0-24}$).

**Pregnancy:**

*Teratogenic effects:* Pregnancy Category C. Celecoxib at oral doses ≥150 mg/kg/day (approximately 2-fold human exposure at 200 mg BID as measured by $AUC_{0-24}$), caused an increased incidence of ventricular septal defects, a rare event, and fetal alterations, such as ribs fused, sternebrae fused and sternebrae misshapen when rabbits were treated throughout organogenesis. A dose-dependent increase in diaphragmatic hernias was observed when rats were given celecoxib at oral doses ≥30 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID) throughout organogenesis. There are no studies in pregnant women. CELEBREX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects:* Celecoxib produced pre-implantation and post-implantation losses and reduced embryo/fetal survival in rats at oral dosages ≥50 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function, nor are they expected at clinical exposures. No studies have been conducted to evaluate the effect of celecoxib on the closure of the ductus arteriosus in humans. Therefore, use of CELEBREX during the third trimester of pregnancy should be avoided.

**Labor and delivery:** Celecoxib produced no evidence of delayed labor or parturition at oral doses up to 100 mg/kg in rats (approximately 7-fold human exposure as measured by

Table: Adverse Events Occurring in ≥2% of Celebrex Patients From Celebrex Premarketing Controlled Arthritis Trials

|  | CELEBREX (100-200 mg BID or 200 mg QD) (n=4146) | Placebo (n=1864) | Naproxen 500 mg BID (n=1366) | Diclofenac 75 mg BID (n=387) | Ibuprofen 800 mg TID (n=345) |
|---|---|---|---|---|---|
| **Gastrointestinal** |  |  |  |  |  |
| Abdominal Pain | 4.1% | 2.8% | 7.7% | 9.0% | 9.0% |
| Diarrhea | 5.6% | 3.8% | 5.3% | 9.3% | 5.8% |
| Dyspepsia | 8.8% | 6.2% | 12.2% | 10.9% | 12.8% |
| Flatulence | 2.2% | 1.0% | 3.6% | 4.1% | 3.5% |
| Nausea | 3.5% | 4.2% | 6.0% | 3.4% |  |
| **Body as a whole** |  |  |  |  |  |
| Back Pain | 2.8% | 3.6% | 2.2% | 2.6% | 0.9% |
| Peripheral edema | 2.1% | 1.1% | 2.1% | 1.0% | 3.0% |
| Injury-accidental | 2.9% | 2.3% | 3.0% | 2.6% | 3.2% |
| **Central and peripheral nervous system** |  |  |  |  |  |
| Dizziness | 2.0% | 1.7% | 2.6% | 1.3% | 2.3% |
| Headache | 15.8% | 20.2% | 14.5% | 15.5% | 15.4% |
| **Psychiatric** |  |  |  |  |  |
| Insomnia | 2.3% | 2.9% | 2.9% | 1.3% | 1.4% |
| **Respiratory** |  |  |  |  |  |
| Pharyngitis | 2.3% | 1.1% | 1.7% | 1.6% | 2.6% |
| Rhinitis | 2.0% | 1.3% | 2.4% | 2.3% | 0.6% |
| Sinusitis | 5.0% | 4.3% | 4.0% | 5.4% | 5.8% |
| Upper respiratory tract infection | 8.1% | 6.7% | 9.9% | 9.8% | 9.9% |
| **Skin** |  |  |  |  |  |
| Rash | 2.1% | 2.1% | 2.1% | 1.3% | 1.2% |

CELEBREX (100-200 mg BID or 200 mg QD):

**Gastrointestinal:** Constipation, diverticulitis, dysphagia, eructation, esophagitis, gastritis, gastroenteritis, gastroesophageal reflux, hemorrhoids, hiatal hernia, melena, dry mouth, stomatitis, tenesmus, tooth disorder, vomiting

**Cardiovascular:** Aggravated hypertension, angina pectoris, coronary artery disorder, myocardial infarction

**General:** Allergy aggravated, allergic reaction, asthenia, chest pain, cyst NOS, edema generalized, face edema, fatigue, fever, hot flushes, influenza-like symptoms, pain, peripheral pain

**Resistance mechanism disorders:** Herpes simplex, herpes zoster, infection bacterial, infection fungal, infection soft tissue, infection viral, moniliasis, moniliasis genital, otitis media

**Central, peripheral nervous system:** Leg cramps, hypertonia, hypoesthesia, migraine, neuralgia, neuropathy, paresthesia, vertigo

**Female reproductive:** Breast fibroadenosis, breast neoplasm, breast pain, dysmenorrhea, menstrual disorder, vaginal hemorrhage, vaginitis

**Male reproductive:** Prostatic disorder

**Hearing and vestibular:** Deafness, ear abnormality, earache, tinnitus

**Heart rate and rhythm:** Palpitation, tachycardia

**Liver and biliary system:** Hepatic function abnormal, SGOT increased, SGPT increased

**Metabolic and nutritional:** BUN increased, CPK increased, diabetes mellitus, hypercholesterolemia, hyperglycemia, hypokalemia, NPN increase, creatinine increased, alkaline phosphatase increased, weight increase

**Musculoskeletal:** Arthralgia, arthrosis, bone disorder, fracture accidental, myalgia, neck stiffness, synovitis, tendinitis

**Platelets (bleeding or clotting):** Ecchymosis, epistaxis, thrombocythemia

**Psychiatric:** Anorexia, anxiety, appetite increased, depression, nervousness, somnolence

**Hemic:** Anemia

**Respiratory:** Bronchitis, bronchospasm, bronchospasm aggravated, coughing, dyspnea, laryngitis, pneumonia

**Skin and appendages:** Alopecia, dermatitis, nail disorder, photosensitivity reaction, pruritus, rash erythematous, rash maculopapular, skin disorder, skin dry, sweating increased, urticaria

**Application site disorders:** Cellulitis, dermatitis contact, injection site reaction, skin nodule

**Special senses:** Taste perversion

**Urinary system:** Albuminuria, cystitis, dysuria, hematuria, micturition frequency, renal calculus, urinary incontinence, urinary tract infection

**Vision:** Blurred vision, cataract, conjunctivitis, eye pain, glaucoma

the $AUC_{0-24}$ at 200 mg BID). The effects of CELEBREX on labor and delivery in pregnant women are unknown.

**Nursing mothers:** Celecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. Limited data from one subject indicate that celecoxib is also excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from CELEBREX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**
Of the total number of patients who received CELEBREX in clinical trials, more than 3,300 were 65-74 years of age, while approximately 1,300 additional patients were 75 years and over. No substantial differences in effectiveness were observed between these subjects and younger subjects. In clinical studies comparing renal function as measured by the GFR, BUN and creatinine, and platelet function as measured by bleeding time and platelet aggregation, the results were not different between elderly and young volunteers. However, as with other NSAIDs, including those that selectively inhibit COX-2, there have been more spontaneous post-marketing reports of fatal GI events and acute renal failure in the elderly than in younger patients (see WARNINGS – Gastrointestinal (GI) Effects – Risk of GI Ulceration, Bleeding, and Perforation).

**ADVERSE REACTIONS**
Of the CELEBREX treated patients in the premarketing controlled clinical trials, approximately 4,250 were patients with OA, approximately 2,100 were patients with RA, and approximately 1,050 were patients with post-surgical pain. More than 8,500 patients have received a total daily dose of CELEBREX of 200 mg (100 mg BID or 200 mg QD) or more, including more than 400 treated at 800 mg (400 mg BID). Approximately 3,900 patients have received CELEBREX at these doses for 6 months or more; approximately 2,300 of these have received it for 1 year or more and 124 of these have received it for 2 years or more.

**Adverse events from CELEBREX premarketing controlled arthritis trials:** Table 6 lists all adverse events, regardless of causality, occurring in ≥2% of patients receiving CELEBREX from 12 controlled studies conducted in patients with OA or RA that included a placebo and/or a positive control group.
[See table 6 at top of previous page]
In placebo- or active-controlled clinical trials, the discontinuation rate due to adverse events was 7.1% for patients receiving CELEBREX and 6.1% for patients receiving placebo. Among the most common reasons for discontinuation due to adverse events in the CELEBREX treatment groups were dyspepsia and abdominal pain (cited as reasons for discontinuation in 0.8% and 0.7% of CELEBREX patients, respectively). Among patients receiving placebo, 0.6% discontinued due to dyspepsia and 0.6% withdrew due to abdominal pain.
The following adverse events occurred in 0.1-1.9% of patients regardless of causality.
[See second table on previous page]
Other serious adverse reactions which occur rarely (estimated <0.1%), regardless of causality: The following serious adverse events have occurred rarely in patients taking CELEBREX. Cases reported only in the post-marketing experience are indicated in italics.
[See table above]

**Safety Data from CLASS Study:**
*Hematological Events:*
During this study (see Special Studies – Use with Aspirin), the incidence of clinically significant decreases in hemoglobin (>2 g/dL) or hematocrit by repeat testing was lower in patients on CELEBREX 400 mg BID (4-fold and 2-fold the recommended OA and RA doses, respectively, and the approved dose for FAP) compared to patients on either diclofenac 75 mg BID or ibuprofen 800 mg TID: 0.5%, 1.3% and 1.9%, respectively. The lower incidence of events with CELEBREX was maintained with or without ASA use (see CLINICAL STUDIES – Special Studies – Platelets).

*Withdrawals/Serious Adverse Events:*
Kaplan-Meier cumulative rates at 9 months for withdrawals due to adverse events for CELEBREX, diclofenac and ibuprofen were 24%, 29%, and 26%, respectively. Rates for serious adverse events (i.e. those causing hospitalization or felt to be life threatening or otherwise medically significant) regardless of causality were not different across treatment groups, respectively, 8%, 7%, and 8%.
Based on Kaplan-Meier cumulative rates for investigator-reported serious cardiovascular thromboembolic adverse events*, there were no differences between the CELEBREX, diclofenac, or ibuprofen treatment groups. The rates in all patients at 9 months for CELEBREX, diclofenac, and ibuprofen were 1.2%, 1.4%, and 1.1%, respectively. The rates for non-ASA users in each of the three treatment groups were less than 1%. The rates for myocardial infarction in each of the three non-ASA treatment groups were less than 0.2%.

*includes myocardial infarction, pulmonary embolism, deep venous thrombosis, unstable angina, transient ischemic attacks or ischemic cerebrovascular accidents.

**Adverse events from analgesia and dysmenorrhea studies:**
Approximately 1,700 patients were treated with CELEBREX in analgesia and dysmenorrhea studies. All patients in post-oral surgery pain studies received a single dose of study medication. Doses up to 600 mg/day of CELEBREX were studied in primary dysmenorrhea and post-orthopedic surgery pain studies. The types of adverse events in the analgesia and dysmenorrhea studies were similar to those reported in arthritis studies. The only additional adverse event reported was post-dental extraction alveolar osteitis (dry socket) in the post-oral surgery pain studies.

**Adverse events from the controlled trial in familial adenomatous polyposis:** The adverse event profile reported for the 83 patients with familial adenomatous polyposis enrolled in the randomized, controlled clinical trial was similar to that reported for patients in the arthritis controlled trials. Intestinal anastomotic ulceration was the only new adverse event reported in the FAP trial, regardless of causality, and was observed in 3 of 58 patients (one at 100 mg BID, and two at 400 mg BID) who had prior intestinal surgery.

**OVERDOSAGE**
No overdoses of CELEBREX were reported during clinical trials. Doses up to 2400 mg/day for up to 10 days in 12 patients did not result in serious toxicity. Symptoms following acute NSAID overdoses are usually limited to lethargy, drowsiness, nausea, vomiting, and epigastric pain, which are generally reversible with supportive care. Gastrointestinal bleeding can occur. Hypertension, acute renal failure, respiratory depression and coma may occur, but are rare. Anaphylactoid reactions have been reported with therapeutic ingestion of NSAIDs, and may occur following an overdose. Patients should be managed by symptomatic and supportive care following an NSAID overdose. There are no specific antidotes. No information is available regarding the removal of celecoxib by hemodialysis, but based on its high degree of plasma protein binding (>97%) dialysis is unlikely to be useful in overdose. Emesis and/or activated charcoal (60 to 100 g in adults, 1 to 2 g/kg in children) and/or osmotic cathartic may be indicated in patients seen within 4 hours of ingestion with symptoms or following a large overdose. Forced diuresis, alkalinization of urine, hemodialysis, or hemoperfusion may not be useful due to high protein binding.

**DOSAGE AND ADMINISTRATION**
For osteoarthritis and rheumatoid arthritis, the lowest dose of CELEBREX should be sought for each patient. These doses can be given without regard to timing of meals.

**Osteoarthritis:** For relief of the signs and symptoms of osteoarthritis the recommended oral dose is 200 mg per day administered as a single dose or as 100 mg twice per day.

**Rheumatoid arthritis:** For relief of the signs and symptoms of rheumatoid arthritis the recommended oral dose is 100 to 200 mg twice per day.

**Management of Acute Pain and Treatment of Primary Dysmenorrhea:** The recommended dose of CELEBREX is 400 mg initially, followed by an additional 200 mg dose if needed on the first day. On subsequent days, the recommended dose is 200 mg twice daily as needed.

**Familial adenomatous polyposis (FAP):** Usual medical care for FAP patients should be continued while on CELEBREX. To reduce the number of adenomatous colorectal polyps in patients with FAP, the recommended oral dose is 400 mg twice per day to be taken with food.

**Special Populations**
*Hepatic insufficiency:* The daily recommended dose of CELEBREX capsules in patients with moderate hepatic impairment (Child-Pugh Class B) should be reduced by approximately 50% (see CLINICAL PHARMACOLOGY – Special Populations).

**HOW SUPPLIED**
CELEBREX 100-mg capsules are white, reverse printed white on blue band of body and cap with markings of 7767 on the cap and 100 on the body, supplied as:

| NDC Number | Size |
|---|---|
| 0025-1520-31 | bottle of 100 |
| 0025-1520-51 | bottle of 500 |
| 0025-1520-34 | carton of 100 unit dose |

CELEBREX 200-mg capsules are white, with reverse printed white on gold band with markings of 7767 on the cap and 200 on the body, supplied as:

| NDC Number | Size |
|---|---|
| 0025-1525-31 | bottle of 100 |
| 0025-1525-51 | bottle of 500 |
| 0025-1525-34 | carton of 100 unit dose |

CELEBREX 400-mg capsules are white, with reverse printed white on green band with markings of 7767 on the cap and 400 on the body, supplied as:

| NDC Number | Size |
|---|---|
| 0025-1530-02 | bottle of 60 |
| 0025-1530-01 | carton of 100 unit dose |

Store at 25°C (77°F); excursions permitted to 15-30°C (59-86°F) [see USP Controlled Room Temperature].

Rx only    Revised: January 2004
Manufactured for:  G.D. Searle LLC
                   A subsidiary of Pharmacia Corporation
                   Chicago, IL 60680, USA
                   Pfizer Inc
                   New York, NY 10017, USA
by:                Searle Ltd.
                   Caguas, PR 00725

PHARMACIA Pfizer
CELEBREX®
celecoxib capsules
819 059 006                                         PS4025-7

*Shown in Product Identification Guide, page 333*

---

**COVERA-HS®** Ⓡ
[cō-ver′ə]
(verapamil hydrochloride)
**Extended-Release Tablets**
**Controlled-Onset**

**DESCRIPTION**
Covera-HS (verapamil hydrochloride) is a calcium ion influx inhibitor (slow-channel blocker or calcium ion antagonist). Covera-HS is available for oral administration as pale yellow, round, film-coated tablets containing 240 mg of verapamil hydrochloride and as lavender, round, film-coated tablets containing 180 mg of verapamil hydrochloride. Verapamil is administered as a racemic mixture of the R and S enantiomers. The structural formulae of the verapamil HCl enantiomers are:

[Structural formulae of S-verapamil and R-verapamil shown]

$C_{27}H_{38}N_2O_4 \cdot HCl$                              M.W. = 491.07

Benzeneacetonitrile, (±)-α[3-[[2-(3,4-dimethoxyphenyl)ethyl]methylamino]propyl]-3,4-dimethoxy-α-(1-methylethyl) hydrochloride.

Verapamil HCl is an almost white, crystalline powder, practically free of odor, with a bitter taste. It is soluble in water, chloroform, and methanol. Verapamil HCl is not chemically related to other cardioactive drugs.

Inactive ingredients are black ferric oxide, BHT, cellulose acetate, hydroxyethyl cellulose, hydroxypropyl cellulose, hypromellose, magnesium stearate, polyethylene glycol, polyethylene oxide, polysorbate 80, povidone, sodium chloride, titanium dioxide, and coloring agents: 240-mg—FD&C Blue No. 2 Lake and D&C Yellow No. 10 Lake; 180-mg—FD&C Blue No. 2 Lake and D&C Red No. 30 Lake.

**System components and performance:** The Covera-HS formulation has been designed to initiate the release of verapamil 4-5 hours after ingestion. This delay is introduced by a layer between the active drug core and outer semipermeable membrane. As water from the gastrointestinal tract enters the tablet, this delay coating is solubilized and released. As tablet hydration continues, the osmotic layer expands and pushes against the drug layer, releasing drug through precision laser-drilled orifices in the outer membrane at a constant rate. This controlled rate of drug delivery in the gastrointestinal lumen is independent of posture, pH, gastrointestinal motility, and fed or fasting conditions.
The biologically inert components of the delivery system remain intact during GI transit and are eliminated in the feces as an insoluble shell.

**CLINICAL PHARMACOLOGY**
Covera-HS has a unique delivery system, designed for bedtime dosing, incorporating a 4 to 6-hour delay in drug delivery. The unique controlled-onset, extended-release (COER) delivery system, which is designed for bedtime dosing, results in a maximum plasma concentration ($C_{max}$) of verapamil in the morning hours.
Verapamil is a calcium ion influx inhibitor (L-type calcium channel blocker or calcium channel antagonist). Verapamil exerts its pharmacologic effects by selectively inhibiting the transmembrane influx of ionic calcium into arterial smooth

*Continued on next page*