# Exhibit 14

 **MERCK**

**MEMO**

TO: All RBG VPs and Senior Business Directors

FROM: MIT for Vioxx®

SUBJECT: Offensive Positioning for Vioxx®          DATE: 07/28/00

In order to win the on-going COXIB battle, many of you agree our sales force needs to STOP defending Vioxx® against the outrageous claims from our competitors, and START offensively selling the core benefit of this product...EFFICACY.

It is evident that Pharmacia/Pfizer will continue to concentrate their selling efforts on building a perception around renal and hypertension issues with Vioxx®. In order to put these issues into perspective so that our Representatives can transition their discussion to our Top 5 messages for Vioxx®, the Point Business Directors for Vioxx® have requested the TBG and MIT provide a "quick hit" reply to aid Representatives in this transition.

The components of a "quick hit" proactive Vioxx discussion should include the following:
- A "quick hit" response to the renal/hypertension obstacles
- Top 5 Messages for Vioxx®
- A STRONG close to prescribe Vioxx®
- A "closing question" to put the Celebrex® Representative on the defensive

Attached is a suggested communication flow for Vioxx® which includes the "quick hit" response to the renal/hypertension obstacle and effectively transitions to the Top 5 messages.

See attachment "A"

If the renal/hypertension obstacle is not initiated by a physician at the beginning of a discussion, this is where a Representative should proactively initiate a HI COXIB or HI NSAID discussion based on the physician flag.

As previously discussed on the Point Business Director teleconference on July 15, by moving to this proactive positioning with Vioxx® now, we will maximize our opportunity for market leadership which will be further supported by the OA comparative data to be released within 3T.

Confidential - Subject To Protective Order

MRK-H.5STM003571

If the doctor requests further clarification regarding the renal effects of VIOXX, use the Renal Card in accordance with the Renal Card Roadmap to address the physicians concerns. Once addressing the physicians concerns, move to the CLOSE.

CLOSE: Dr., based on the efficacy, safety and convenience of Vioxx, is there any reason why you wouldn't chose Vioxx first for your appropriate OA and acute pain patients?

As you leave, use one of the following questions:
Doctor, one last thing, ask your Celebrex representative:
1. In the AE table of the Celebrex prescribing information, doesn't it state that the rate of edema with Celebrex was more than double that of ibuprofen 800 t.i.d.?
2. " How do I manage my OA patients who don't achieve relief from Celebrex 200mg daily?"

Answers to these questions:
1. The AE table in the prescribing information for Celebrex states shows the rate of edema for Celebrex was more than double the rate for ibuprofen 800 t.i.d. Of interest, the AE table for Vioxx states the rate of edema for Vioxx was less than that of ibuprofen 800 t.i.d.,

2. According to the Prescribing Information for Celebrex, in patients with OA, treatment with Celebrex 100 mg BID or 200 mg QD resulted in improvement in WOMAC osteoarthritis index. Doses of 200 mg BID provided no additional benefit above that seen with 100 mg BID. Therefore, it seems as if double the dose of Celebrex offers no additional benefit, yet doubles the cost.

Confidential - Subject To Protective Order

MRK-H.5STM003572

ATTACHMENT "A"

"QUICK HIT" Communication Flow

If the doctor first mentions concern with hypertension and edema, use the following "quick hit" reply, otherwise, begin with an offensive HI COXIB or HI NSAID discussion:

Doctor, is your concern based on personal experience or due to comments from the competition? Doctor, the competition would like you to believe that there are issues with hypertension and edema unique to VIOXX. However, in OA clinical trials, the incidences of hypertension and edema with VIOXX were comparable to those seen with both ibuprofen and diclofenac. The renal effects of VIOXX are no different than any other NSAID.

Deliver the following offensive HI COXIB detail:

Let me tell you why VIOXX should be your first choice, over Celebrex, for appropriate OA and acute pain patients.

First, VIOXX provides ONCE DAILY POWER in chronic OA. VIOXX 12.5 and 25mg, once daily, provides relief which lasts all day, all night, and into the next morning. This powerful relief which VIOXX offers your OA patients was shown in studies lasting one year.

Second, VIOXX is the only COX-2 targeted agent that reduced the need for rescue narcotic analgesia in post-orthopedic acute pain studies. The ONCE DAILY POWER of VIOXX in acute pain was consistently demonstrated in all models studied: post orthopedic surgical pain, postoperative dental pain, and primary dysmenorrhea. Celebrex has failed similar post-surgical pain models and was denied an acute indication by the FDA. You can count on VIOXX to deliver ONCE DAILY POWER for your OA and acute pain patients.

Third, unlike Celebrex, VIOXX is not contraindicated in patients with sulfonamide allergies. This benefit provides one less concern for you when choosing a medication for your OA or acute pain patients. Choose VIOXX first.

Fourth, the safety profile of VIOXX was demonstrated in patients 80 years or older. In addition, over 40% of patients in clinical trials for VIOXX were greater than 65 years of age, and there was no substantial difference in safety between younger and older patients.

Doctor, along with the ONCE DAILY POWER and safety which VIOXX offers you and your patients, there is one last thing that I want you to remember, VIOXX is the only COX-2 targeted agent that offers the SAME PRICE for either dose in OA. Since 45% of patients taking Celebrex for OA are prescribed a b.i.d. dose, VIOXX offers the majority of patients a cost advantage over Celebrex. (Use the Utilization Card to support this message) Also, not only is VIOXX the least expensive COXIB, VIOXX is the least expensive branded NSAID.

Trial Close: Doctor, has this information provided enough reasons for you to prescribe VIOXX for appropriate OA and acute pain patients?

Confidential - Subject To Protective Order

MRK-H.5STM003573