# Exhibit 18

GASTROENTEROLOGY 1999;117:776–783

## ALIMENTARY TRACT

# A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2–Specific Inhibitor, With That of Ibuprofen on the Gastroduodenal Mucosa of Patients With Osteoarthritis

LOREN LAINE,* SEAN HARPER,[†] THOMAS SIMON,[†] RICHARD BATH,[§] JOHN JOHANSON,[∥] HOWARD SCHWARTZ,[¶] STEVEN STERN,[#] HUI QUAN,[†] and JAMES BOLOGNESE[†]
for the ROFECOXIB OSTEOARTHRITIS ENDOSCOPY STUDY GROUP

*Division of Gastrointestinal and Liver Diseases, University of Southern California, Los Angeles, California; [†]Merck Research Laboratories, West Point, Pennsylvania, and Merck & Co., Inc., Whitehouse Station, New Jersey; [§]Hill Top Research, Cincinnati, Ohio; [∥]Rockford Gastroenterology Associates, Rockford, Illinois; [¶]South Florida Center for Digestive Diseases, Miami, Florida; and [#]Department of Medicine, University of Louisville, Louisville, Kentucky

See editorial on page 1002.

**Background & Aims:** Prostaglandin production in the normal gastrointestinal tract, believed to be critical for mucosal integrity, is mediated by cyclooxygenase (COX)-1, whereas prostaglandin production at inflammatory sites seems to occur via induction of COX-2. We hypothesized that COX-2–specific inhibition with rofecoxib (25 mg once daily) in the treatment of patients with osteoarthritis would cause fewer gastroduodenal ulcers than an equally effective dose of ibuprofen (800 mg 3 times a day), a nonspecific COX inhibitor. **Methods:** A total of 742 osteoarthritis patients without ulcers on baseline endoscopy were randomly assigned to receive rofecoxib (25 or 50 mg once daily), ibuprofen (800 mg 3 times daily), or placebo. Endoscopy was repeated at 6, 12, and 24 weeks. At 16 weeks, by study design, 95% of the placebo group and 5% of the other groups were discontinued. **Results:** The cumulative incidence of gastroduodenal ulcers ≥3 mm with rofecoxib (25 or 50 mg once daily) was significantly ($P < 0.001$) lower than with ibuprofen and was statistically equivalent to placebo at week 12 (placebo, 9.9%; 25 mg rofecoxib, 4.1%; 50 mg rofecoxib, 7.3%; and ibuprofen, 27.7%). At 24 weeks, ulcer rates were 25 mg rofecoxib, 9.6%; 50 mg rofecoxib, 14.7%; and ibuprofen, 45.8% ($P < 0.001$, ibuprofen vs. 25 and 50 mg rofecoxib). **Conclusions:** Rofecoxib, at doses 2–4 times the dose demonstrated to relieve symptoms of osteoarthritis, caused significantly less gastroduodenal ulceration than ibuprofen, with ulcer rates comparable to placebo.

Nonsteroidal anti-inflammatory drug (NSAID)-induced gastrointestinal (GI) toxicity is among the most common drug-related serious adverse events in industrialized nations.[1] Upper endoscopic examination shows a 15%–30% prevalence of ulcers in the stomach or duodenum of patients taking NSAIDs regularly,[2] and the annual incidence of clinically important GI complications may approach 2%.[3–5]

NSAIDs inhibit cyclooxygenase (COX), thereby inhibiting prostaglandin production. Two COX isoenzymes are known to be involved in prostaglandin synthesis, COX-1 and COX-2.[6] COX-1 is constitutively expressed and generates prostaglandins believed to be involved in GI mucosal protection,[7] whereas at sites of inflammation throughout the body, COX-2 is induced to generate prostaglandins believed to mediate inflammation and pain.[8] The anti-inflammatory effects of nonselective NSAIDs therefore seem to be mediated via inhibition of COX-2,[9] whereas the deleterious effects in the GI tract are believed to occur primarily via inhibition of COX-1.[6]

Selectivity of COX inhibitors may be measured by assays of prostaglandin production in whole blood. COX-1 activity is measured by thromboxane $B_2$ generation in clotting whole blood, and COX-2 activity is assessed by prostaglandin $E_2$ production after incubation of whole blood with lipopolysaccharide[10]: the ratio of the COX-1 $IC_{50}$ (the concentration producing 50% inhibition) to the COX-2 $IC_{50}$ provides a measure of selectivity, with higher numbers indicating greater COX-2 selectivity. Chan et al.[11] determined selectivity ratios for various agents, including the COX-2–specific inhibitors rofecoxib and celecoxib and found values of 36 for rofecoxib,

---

Abbreviations used in this paper: CI, confidence interval; COX, cyclooxygenase; GI, gastrointestinal; $IC_{50}$, 50% inhibitory concentration.

© 1999 by the American Gastroenterological Association
0016-5085/99/$10.00

7 for celecoxib, 3 for diclofenac, 2 for meloxicam, and 0.4 for indomethacin. Ehrich et al.[12] reported no inhibition of thromboxane $B_2$ (measuring COX-1 activity) with rofecoxib at doses up to 1000 mg/day.

In this 6-month double-blind, randomized, controlled trial, we compared the incidence of endoscopic gastroduodenal ulcers in patients with osteoarthritis given rofecoxib, 25 or 50 mg once daily (2–4 times the dose shown to relieve the symptoms of osteoarthritis[13, 14]); ibuprofen, 800 mg 3 times daily; or placebo. Our primary hypothesis was that 25 mg rofecoxib once daily would cause fewer gastroduodenal ulcers than 800 mg ibuprofen 3 times daily after 12 weeks of therapy.

## Materials and Methods

### Patients

Patients with osteoarthritis ≥50 years old requiring NSAID treatment for at least 6 months were eligible. Patients were excluded if they had active duodenal, gastric, or esophageal ulcers; pyloric obstruction; or erosive esophagitis at baseline endoscopy. Patients with gastroduodenal erosions at baseline were eligible. Patients were excluded for past upper GI surgery; inflammatory bowel disease; serum creatinine level of >2.0 mg/dL; an estimated creatinine clearance of ≤30 mL/min; fecal occult blood; unstable medical disease; a history of malignancy in the prior 5 years; cerebrovascular events in the prior 2 years; a bleeding diathesis; or a requirement for anticoagulant therapy, corticosteroids, ticlopidine, or aspirin. The study was approved by the institutional review board for each center. All patients gave written informed consent before the study.

### Study Design

Two weeks after discontinuing use of NSAIDs, antisecretory medications, cytoprotective drugs, and antibiotics, patients underwent baseline endoscopy. Biopsy specimens were taken from the gastric antrum and body for rapid urease test (CLOtest) and histological (Genta stain) evaluation for *Helicobacter pylori*. Patients were randomly assigned to groups receiving 16–24 weeks of rofecoxib (MK-0966, VIOXX; Merck & Co., Inc., Whitehouse Station, NJ), 25 mg once daily; rofecoxib, 50 mg once daily; ibuprofen, 800 mg 3 times daily; or placebo. Study medication was provided in blister packages; blinding was maintained by use of a matching placebo for each study medication. Randomization was stratified by the presence or absence of a history of past GI events (gastroduodenal ulcer, upper GI bleeding, or perforation). Randomization was performed in blocks of 4 from a computer-generated list. Each center was provided with individually sealed envelopes containing treatment assignments. Envelopes were returned to study headquarters at study completion. Study personnel remained blinded until after the database was certified for analysis. At week 16, because of an anticipated lack of efficacy in the placebo group, 95% of placebo patients and 5% of patients in the other groups (in a blinded fashion) were randomly discontinued, via a separate set of individually sealed envelopes.

Patients were permitted to take supplied acetaminophen (up to 2600 mg daily), non-NSAID pain medications, and supplied antacid (Gelusil; Warner-Lambert, Morris Plains, NJ), as needed. They were not permitted to take nonstudy NSAIDs, aspirin, corticosteroids, anticoagulants, ticlopidine, $H_2$-receptor antagonists, sucralfate, prostaglandin analogues, proton pump inhibitors, or antacids other than Gelusil.

Endoscopy was performed at baseline, at weeks 6, 12, and 24, at unscheduled discontinuations, and was permitted, at the investigator's discretion, for evaluation of moderate or severe upper GI symptoms lasting ≥2 days. An ulcer was defined as a mucosal break ≥3 mm with unequivocal depth. An erosion was defined as a mucosal break of any size with no depth. Ulcers were measured by close apposition of an endoscopic forceps with defined dimensions. Patients who developed ulcers ≥3 mm were discontinued. At each endoscopy, gastroduodenal erosions were counted. A Patient Global Assessment of Disease activity (5-point scale) was completed at each visit. Compliance with study medication and use of supplied acetaminophen and Gelusil was assessed at each visit.

### Statistical Analysis

Cumulative incidence of ulcers, which includes all patients who develop an ulcer up to a specified time point, was our primary outcome measure because the objective of this study was to assess the overall risk of ulcers over time for each treatment group. This assures that patients developing ulcers at any time during the study were represented in the overall assessment. The primary end point was the intent-to-treat life-table cumulative incidence of gastroduodenal ulcers ≥3 mm. The secondary end point was the cumulative incidence of gastroduodenal ulcers ≥5 mm. The log-rank test was used for between-treatment comparisons at week 12 (primary) and at week 24 (secondary). No comparisons were prespecified at week 6. Continuous variables (e.g., number of gastroduodenal erosions) were analyzed using an analysis of variance model with factors for treatment, GI history, study center, and baseline covariate (value of end point at baseline). Differences between treatment groups were considered significant with $P$ values of <0.05.

The study was designed to provide 95% power (based on a two-sided test with $\alpha = 0.05$) for detecting a difference in the cumulative ulcer incidence between the rofecoxib or placebo groups and the ibuprofen group, assuming an incidence of 2.5% for the rofecoxib and placebo groups and 15% for the ibuprofen group. Predefined statistical criteria to compare ulcer rates between rofecoxib and placebo were established not for this study alone, but rather for a combined analysis of clinical studies with rofecoxib, which included the present study. The criteria, applied to the present study, were that the 2 treatments would be considered equivalent if the one-sided 95% confidence interval (CI) upper limit of the difference in rates was <4 percentage points. Because a protective effect of rofecoxib was not hypothesized, a one-sided 95% CI upper limit was used (i.e., no lower limit was defined).

To determine whether the risk of developing an ulcer

increased over time with rofecoxib or ibuprofen, a life-table analysis of ulcer rates was performed within the treatment groups, comparing the first 3 months of treatment to the second 3 months of treatment; statistical significance was assessed by the 95% CIs.

Subgroup analyses of age >65 years, gender, race, past GI events, *H. pylori* status, tobacco use, prior NSAID use, and gastroduodenal erosions at baseline were performed. The COX proportional hazard model was used to assess each treatment-by-subgroup interaction.

Adverse experience data were analyzed by life-table method and the log-rank test because of the high rate of early discontinuation in the ibuprofen group due to ulcers. Adverse experiences are presented as cumulative incidences up to week 18, when the placebo group had its last follow-up visit.

Protocol violations were defined and identified before unblinding: <70% compliance with study drug (or no study drug in the 7 days immediately before endoscopy) and/or use of nonstudy NSAIDs or GI medications (except antacids) for >2 days in the 7 days immediately preceding an endoscopy or on ≥15% of days since the prior endoscopy.

## Results

Between December 1996 and August 1997, 1102 patients at 34 sites in the United States were screened and 742 were enrolled (Figure 1). There were significantly ($P < 0.05$) more discontinuations for endoscopically detected ulcers and for adverse experiences in the ibuprofen group than in the placebo group. Significantly ($P < 0.05$) fewer discontinuations were observed in the rofecoxib groups because of lack of efficacy compared with the placebo group; a similar trend was observed in the ibuprofen group compared with the placebo group. The mean number of endoscopies per patient (excluding baseline) was 1.8 in the placebo group, 1.7 in the rofecoxib 25-mg group, 1.7 in the rofecoxib 50-mg group, and 1.7 in the ibuprofen group over 12 weeks and 2.6 in the rofecoxib 25-mg group, 2.6 in the rofecoxib 50-mg group, and 2.2 in the ibuprofen group over 24 weeks.

Treatment groups were similar at baseline with respect to age, sex, race, *H. pylori* status, alcohol or tobacco use, severity of osteoarthritis, and baseline gastroduodenal erosions (Table 1). Prior NSAID use was reported by 93% of patients. Compliance with the study medication was >95% in all groups. Although this study was not designed to measure efficacy of treatment in osteoarthritis, the mean change from baseline at 12 weeks in patient



**Figure 1.** Trial profile. AE, adverse experience; LOE, lack of efficacy. Abnormal baseline endoscopy includes 45 patients with erosive esophagitis, 25 with ulcers, 1 with prior gastric surgery, 1 with submucosal mass, and 2 with extensive erosive disease. Other causes of discontinuation include loss to follow-up, relocation of patient, withdrawal of consent, and protocol deviation. *Total includes 1 patient who was allocated serially by 2 different study centers. The second enrollment period was excluded from the analyses of end points; both enrollments were included in the analyses of adverse experiences.

Table 1. Baseline Characteristics

| Characteristic | Placebo | Rofecoxib 25 mg | Rofecoxib 50 mg | Ibuprofen |
|---|---|---|---|---|
| Patient no. | 177 | 195 | 186 | 183 |
| Female:male (%) | 66:34 | 69:31 | 69:31 | 66:34 |
| Mean age (yr, range) | 61 (47–85) | 62 (49–83) | 62 (49–86) | 62 (49–87) |
| Age ≥65 (%) | 32 | 35 | 36 | 39 |
| Race (%) | | | | |
| White | 81 | 83 | 84 | 83 |
| Black | 12 | 9 | 9 | 11 |
| Hispanic | 3 | 7 | 6 | 4 |
| Other | 3 | 2 | 1 | 2 |
| History of GI events (%) | 18 | 22 | 18 | 19 |
| H. pylori positive (%) | 28 | 23 | 30 | 27 |
| Patient global assessment of disease (0–4), mean score | 2 | 2 | 2 | 2 |
| Presence of baseline gastroduodenal erosion(s) (%) | 15 | 10 | 16 | 11 |
| Tobacco use (%) | 58 | 51 | 65 | 52 |
| Alcohol use (drink/wk) (%) | | | | |
| 0 | 52 | 53 | 48 | 47 |
| 1–4 | 33 | 34 | 31 | 37 |
| >4 | 15 | 13 | 21 | 16 |

global assessment of disease status was significantly greater in all the active treatment groups compared with placebo ($P < 0.001$); placebo, −0.3 (95% CI, −0.4 to −0.1); rofecoxib 25 mg, −0.6 (−0.8 to −0.5); rofecoxib 50 mg, −0.9 (−1.0 to −0.7); and ibuprofen, −0.7 (−0.8 to −0.6).

### Effect on the Upper GI Mucosa

The cumulative incidences of gastroduodenal ulcer ≥3 mm at week 12 (Figure 2) were 9.9% (95% CI, 4.1–15.7), 4.1% (1.1–7.1), 7.3% (3.3–11.3), and 27.7% (20.4–35.0) in the placebo, 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen groups, respectively. At week 24, incidences were 9.6% (3.9–15.3), 14.7% (8.3–21.0), and 45.8% (35.2–56.4) in the 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen groups, respectively. The cumulative incidences of gastroduodenal ulcer ≥3 mm in both rofecoxib groups were significantly ($P < 0.001$) lower than in the ibuprofen group at weeks 12 and 24. Comparable results were obtained from per-protocol analyses. The cumulative incidences of gastroduodenal ulcer ≥5 mm at week 12 (Figure 3) were 8.2 (95% CI, 2.8–13.5), 1.8 (0.0–3.8), 5.5 (2.0–9.0), 20.6 (13.9–27.3) for the placebo, 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen groups, respectively. At week 24, the cumulative incidences were 4.6 (0.7–8.6), 11.6 (5.6–17.6), and



**Figure 2.** Cumulative incidence of gastroduodenal ulcers ≥3 mm by intention-to-treat life-table analysis in placebo, rofecoxib, and ibuprofen groups. Because 95% of the placebo group were discontinued at week 16 by design, there is no placebo bar at week 24. Each bar represents the cumulative rate for all patients who developed ulcers up to this time point. *$P < 0.001$ ibuprofen vs. placebo, 25 mg rofecoxib, 50 mg rofecoxib. **$P < 0.001$, ibuprofen vs. 25 mg rofecoxib, 50 mg rofecoxib.

30.2 (20.6–39.9) for 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen. The cumulative incidences of gastroduodenal ulcer ≥5 mm in both rofecoxib groups were significantly ($P < 0.001$) lower than in the ibuprofen group at weeks 12 and 24. We calculated the number-needed-to-treat based on the observed cumulative ulcer incidence rates for 25 mg rofecoxib and ibuprofen at 6 months; 2.8 patients would need to be treated with rofecoxib rather than ibuprofen to avert the development of an ulcer in 1 patient.

The ulcer incidences in the rofecoxib groups were numerically lower than in the placebo group, and the



**Figure 3.** Cumulative incidence of gastroduodenal ulcers ≥5 mm by intention-to-treat life-table analysis in placebo, rofecoxib, and ibuprofen groups. Because 95% of the placebo group were discontinued at week 16 by design, there is no placebo bar at week 24. Each bar represents the cumulative rate for all patients who developed ulcers up to this time point. *$P < 0.001$ ibuprofen vs. placebo, 25 mg rofecoxib, 50 mg rofecoxib. **$P < 0.001$, ibuprofen vs. 25 mg rofecoxib, 50 mg rofecoxib.

upper limit of the one-sided 95% CIs for the differences between each rofecoxib group and placebo at 12 weeks was less than the 4 percentage points, which were predefined as indicating statistical equivalence; the difference between 25 mg rofecoxib and placebo was −5.8% (upper limit of one-sided 95% CI, −0.35%), and the difference between 50 mg rofecoxib and placebo was −2.6% (upper limit of one-sided 95% CI, 3.3%). When comparisons of rofecoxib and placebo were made including only ulcers ≥5 mm, the difference between 25 mg rofecoxib and placebo was −6.3% (upper limit of one-sided 95% CI, −1.6%) and the difference between 50 mg rofecoxib and placebo was −2.7% (upper limit of one-sided 95% CI, 2.7%).

Gastric and duodenal ulcers were analyzed separately for descriptive purposes. At 12 weeks, the cumulative incidences of gastric ulcers ≥3 mm were 7.6% (95% CI, 2.6–12.6), 3.0% (0.4–5.6), 6.2% (2.5–9.9), and 24.2% (17.1–31.2) in the placebo, 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen groups, respectively ($P < 0.001$ for ibuprofen vs. both doses of rofecoxib and placebo), whereas the incidences of duodenal ulcers were 3.1% (0.0–6.7), 1.2% (0.0–2.7), 1.9% (0.0–4.1), and 6.0% (1.9–10.1) ($P = 0.023$ for ibuprofen vs. 25 mg rofecoxib; $P = 0.069$ for ibuprofen vs. 50 mg rofecoxib).

Ulcer incidences in the first 3 months of the study were not significantly different compared with the second 3 months in the rofecoxib groups or in the ibuprofen group as follows: 4.1% vs. 5.5% in the 25 mg rofecoxib group, 7.3% vs. 7.4% in the 50 mg rofecoxib group, and 27.7% vs. 18.2% in the ibuprofen group.

The mean number of erosions at baseline and at weeks 6, 12, and 24 is shown in Figure 4. The mean increase from the baseline number of gastroduodenal erosions was significantly ($P < 0.001$) greater in the ibuprofen group



**Figure 4.** Mean number of gastroduodenal erosions at baseline and at weeks 6, 12, and 24. Bars represent mean number of erosions present at specified timepoint. Data are noncumulative. Number of patients decreases over time because of patient discontinuations.

than in the rofecoxib and placebo groups at weeks 12 and 24.

Subgroup analyses of the incidence of ulcer ≥ 3 mm at 12 weeks revealed that age ≥ 65 years ($P = 0.026$), history of past GI events ($P < 0.001$), and presence of gastroduodenal erosion at baseline ($P < 0.001$) were risk factors for development of ulcers; the increased risk with each of these factors was similar in all treatment groups. The relative risk of developing a gastroduodenal ulcer ≥3 mm at 12 weeks in patients with a past history of GI events compared with those without prior GI events was 2.9 (95% CI, 1.8–4.6). (The relative risk for those with a prior uncomplicated ulcer [N = 114] was 2.8 (95% CI, 1.7–4.5) and for those with prior bleeding episodes [N = 21] was 2.3 [95% CI, 0.8–6.3]; only 4 patients had a prior history of perforation and none developed an ulcer during the study.) There was no evidence that infection with *H. pylori* was a risk factor ($P = 0.983$). The advantage of rofecoxib over ibuprofen was maintained in all subgroups analyzed.

### Adverse Experiences

The incidence of any clinical adverse experiences was similar in all groups (72.1%, 78.3%, 77.5%, and 74.7% in the placebo, 25 mg rofecoxib, 50 mg rofecoxib, and ibuprofen treatment groups, respectively). The incidence of any laboratory adverse experiences was similar in all groups (11.3%, 12.7%, 12.7%, and 12.8%). Discontinuations caused by adverse experiences were 8.1%, 10.3%, 12.3%, and 14.0% for clinical adverse experiences and 1.3%, 0.0%, 0.0%, and 4.6% for laboratory adverse experiences. The most common adverse experiences were upper respiratory infection (10.4%, 9.1%, 8.6%, and 10.8%), diarrhea (9.9%, 8.7%, 9.3%, and 10.5%), and abdominal pain (6.5%, 8.3%, 9.5%, and 7.6%). Mean antacid consumption was comparable in all groups (average use, 0.9–1.0 tablet/day).

Three ulcer complications occurred: 2 upper GI bleeding episodes in the ibuprofen group and 1 in the 25 mg rofecoxib group. Complications in the ibuprofen group occurred on study therapy alone, whereas the complication in the rofecoxib group occurred in a patient recovering from coronary artery bypass surgery, 17 days after study drug had been discontinued and aspirin therapy (325 mg once daily) had been initiated. Bleeding was confirmed to be caused by an ulcer by endoscopic examination in all 3 cases.

### Discussion

We set out to test the hypothesis that the COX-2–specific inhibition with rofecoxib would have a

lower incidence of gastroduodenal ulcers than NSAIDs in a long-term endoscopy study. An in vivo study of rofecoxib showed no significant effect on prostaglandin synthesis in human gastric mucosal biopsy specimens,[15] and previous clinical studies suggested little or no GI tract injury with rofecoxib. In a 1-week double-blind endoscopic study, 250 mg rofecoxib once daily (20 times the dose shown to relieve symptoms of osteoarthritis) produced markedly less gastroduodenal injury than 800 mg ibuprofen 3 times daily or 650 mg aspirin 4 times daily and was similar to placebo.[16] Two double-blind studies that assessed GI injury by measuring fecal red blood cell loss and intestinal permeability[17,18] showed that 25 and 50 mg rofecoxib once daily caused significantly less GI injury than NSAID comparators and were statistically equivalent to placebo.

This 6-month study showed that treatment with the COX-2–specific inhibitor, rofecoxib, 25 mg or 50 mg once daily, produced significantly fewer gastroduodenal ulcers than treatment with ibuprofen, 800 mg 3 times daily. The incidences of ulceration after administration of rofecoxib in 25-mg or 50-mg doses for 12 weeks were statistically equivalent to background levels in patients receiving placebo. The ulcer incidence rates for the rofecoxib groups did not change significantly in the second 3 months compared with the first 3 months. This suggests no change in the risk of GI injury with COX-2–specific inhibition with rofecoxib over 6 months. However, without a placebo group for comparison in the second 3 months of the study, this inference cannot be confirmed. Of note, we did not exclude patients with a prior history of clinical ulcers, bleeding episodes, or perforation, and this group made up one fifth of our study population. Furthermore, more than one third of our patients were older than 65 years and one-eighth had erosions at the entry endoscopy. Thus, our population included a number of patients with factors increasing the risk of NSAID-induced ulcers. However, we did exclude patients with active ulcers, erosive esophagitis, or pyloric obstruction at baseline endoscopy as well as patients with a history of inflammatory bowel disease. Therefore, our study does not allow us to comment on the effects of rofecoxib in such patients.

It has been suggested that a 5-mm minimum ulcer diameter is more appropriate in NSAID ulcer studies to exclude erosions and small ulcers of questionable significance. Graham, in an editorial in GASTROENTEROLOGY,[19] stated that defining ulcers as ≥5 mm in size provides a more acceptable standard for a potentially serious lesion. We therefore performed a secondary analysis including only ulcers at least 5 mm in size and again found that the COX-2–specific inhibitor rofecoxib had ulcer rates significantly lower than ibuprofen and statistically equivalent to placebo (Figure 3).

Although assessment of efficacy in the treatment of osteoarthritis was not an objective of our study, we did find that rofecoxib and ibuprofen were significantly more effective than placebo in these patients with osteoarthritis, consistent with a prior study,[14] which showed that 12.5- and 25-mg doses of rofecoxib were statistically equivalent to 800 mg ibuprofen 3 times daily in osteoarthritis. To assess the potential for GI injury at doses higher than those required to reduce the symptoms of osteoarthritis, we studied doses of rofecoxib that are 2–4 times the therapeutic dose for osteoarthritis.[14] Ibuprofen was chosen as the NSAID comparator in this study because it is commonly used for the treatment of osteoarthritis and emerged as one of the safest NSAIDs in a large meta-analysis.[20] However, 3 NSAIDs that are available for use in the United States seem to induce less GI tract injury than standard NSAIDs on the basis of endoscopic studies: nonacetylated salicylates,[21] etodolac,[22-24] and nabumetone.[25] The published studies assessing endoscopic damage with these agents have generally been performed in relatively small numbers of patients or volunteers followed up for relatively short time intervals (most commonly 1–4 weeks). Recently, however, a large placebo-controlled study involving nabumetone[26] was published. This 6-week trial in 1398 patients with osteoarthritis showed an ulcer incidence of 5% in the placebo group, 11% in the nabumetone (1500 mg once daily) group ($P = 0.008$ for nabumetone vs. placebo), and 37% in the naproxen (500 mg twice daily) group. We did not compare rofecoxib with etodolac, nabumetone, or nonacetylated salicylates; we therefore cannot comment on whether rofecoxib would have lower endoscopic ulcer rates than these NSAIDs. However, no prior study of an NSAID has shown statistical equivalence in ulcer rates between placebo and the active medication, as was observed in our trial.

Another agent that acts via COX-2–specific inhibition, celecoxib, has recently been approved for use in the United States, and results of the 2 placebo-controlled endoscopic trials of celecoxib are detailed in the prescribing information for this compound. Studies with a single endoscopy at 12 weeks in patients with osteoarthritis or rheumatoid arthritis showed ulcer rates (crude rather than life-table incidences) of 2% with placebo, 3%–6% with celecoxib at doses of 50–400 mg twice daily, and 16%–18% with naproxen ($P < 0.05$ for naproxen vs. placebo and all celecoxib doses). Because we did not study rofecoxib vs. celecoxib, we cannot comment on how these 2 compounds compare.

Our study evaluated the development of endoscopic

ulcers and not clinical outcomes. The data do not allow us to conclude that rofecoxib will lead to significantly fewer clinical ulcers or complicated ulcers than standard NSAIDs. There is much controversy regarding whether endoscopic ulcers are surrogates for clinical outcomes. The single large GI outcome study in NSAID users[4] reported to date suggested that endoscopic ulcers may be predictive of clinical events, i.e., a significant relative risk reduction in ulcer complications of 51% was found with misoprostol compared with placebo in rheumatoid arthritis patients taking NSAIDs for 6 months, whereas previous placebo-controlled endoscopic trials with misoprostol reported relative risk reductions in endoscopic ulcers of 70%–78% at 12 weeks,[27,28] 58% at 24 weeks,[28] and 52% at 52 weeks.[28] Furthermore, prior experience in ulcer disease has shown that treatments initially proven to decrease the development of endoscopic ulcers have subsequently been shown to also decrease ulcer bleeding. Numerous studies documented that antisecretory therapy decreased the recurrence of endoscopic ulcers[29] before antisecretory therapy was also documented to decrease the recurrence of bleeding ulcers[30]; eradication of *H. pylori* was clearly documented to decrease the recurrence of endoscopic ulcers[31] before trials which showed that *H. pylori* eradication also significantly decreased the risk of recurrent ulcer bleeding.[32] Thus, although endoscopic studies are an important step in the evaluation of COX-2–specific inhibitors, large-scale outcome studies will be necessary before we can definitively determine if the use of COX-2–specific inhibitors will indeed significantly decrease clinically important ulcers.

COX-2 is up-regulated at sites of gastric injury, and both nonselective COX inhibitors and COX-2–specific inhibitors may similarly delay GI mucosal healing in animals.[33–35] However, our study showed no evidence that patients in the active treatments group with gastroduodenal erosions at baseline had a greater risk of forming ulcers than patients in the placebo group with baseline gastroduodenal erosions.

In summary, rofecoxib, at doses 2–4 times the dose shown to relieve the symptoms of osteoarthritis,[13,14] caused markedly less gastroduodenal ulceration than ibuprofen, with ulcer rates comparable to placebo. The number-needed-to-treat, calculated based on the endoscopically observed ulcer incidences for 25 mg rofecoxib and ibuprofen at 6 months, indicated that 2.8 patients would need to be treated with 25 mg rofecoxib, rather than ibuprofen, to avert the development of an ulcer in 1 patient.

## References

1. Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991; 18(suppl 28):6–10.
2. Laine L. Nonsteroidal anti-inflammatory drug gastropathy. Gastrointest Endosc Clin North Am 1996;6:489–504.
3. Paulus HE. FDA arthritis advisory committee meeting: postmarketing surveillance of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1985;28:1168–1169.
4. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. Ann Intern Med 1995;123: 241–249.
5. Singh G, Ramey DR. NSAID induced gastrointestinal complications: the ARAMIS perspective—1997. J Rheumatol 1998;25 (suppl 51):8–16.
6. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, eds. Sleisenger and Fordtran's gastrointestinal and liver disease. 6th ed. Philadelphia: Saunders, 1998:343–357.
7. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal anti-inflammatory drugs. J Biol Chem 1993;268:6610–6614.
8. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28: 67–81.
9. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal antiinflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994;90:11693–11697.
10. Brideau C, Kargman S, Liu S, Dallob AL, Ehrich EW, Rodger IW, Chan C-C. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996;45:68–74.
11. Chan CC, Boyce S, Brideau C, Charleson S, Cromlish W, Ethier D, Evans J, Ford-Hutchinson AW, Forrest MJ, Gauthier JY, Gordon R, Gresser M, Guay J, Kargman S, Kennedy B, Leblanc Y, Leger S, Mancini J, O'Neill GP, Ouellet M, Patrick D, Percival MD, Perrier H, Prasit P, Rodger I, Tagari P, Therien M, Vickers P, Visco D, Wang Z, Webb J, Wong E, Xu LJ, Young RN, Zamboni R, Riendeau D. Rofecoxib (Vioxx™, MK-0966, 4-(4 -methylsulfonylphenyl)-3-phenyl-2-(5H)-furanone): a potent, selective and orally active cyclooxygenase-2 inhibitor—pharmacological and biochemical profiles. J Pharmacol Exp Ther 1999;290:551–560.
12. Ehrich EW, Dallob A, De Lepeleire I, Van Hecken A, Riendeau D, Yuan W, Porras A, Wittreich J, Seibold JR, De Schepper P, Mehlisch DR, Gertz BJ. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharmacol Ther 1999;65:336–347.
13. Ehrich E, Schnitzer T, Kivitz A, Weaver A, Wolfe F, Morrison B, Zeng Q, Bolognese J, Seidenberg B. MK-966, a highly selective COX-2 inhibitor, was effective in the treatment of osteoarthritis (OA) of the knee and hip in a 6-week placebo controlled study. Arthritis Rheum 1997;40(suppl):S85.
14. Saag K, Fisher C, Mckay J, Ehrich E, Zhao P-L, Bolognese J, Seidenberg B, Daniels B. MK-0966, a specific COX-2 inhibitor, has clinical efficacy comparable to ibuprofen in the treatment of knee and hip osteoarthritis (OA) in a 6-week controlled clinical trial. Arthritis Rheum 1998;41(suppl):S196.
15. Cryer B, Gottesdiener K, Gertz B, Wong P, Dallob A, Feldman M. In vivo effects of rofecoxib, a new cyclooxygenase (COX)-2 inhibitor on gastric mucosal prostaglandin (PG) and serum thromboxane

$B_2$ ($TXB_2$) synthesis in healthy humans (abstr). Gastroenterology 1999;116:A141.
16. Lanza F, Rack MF, Simon T, Quan H, Bolognese J, Hoover M, Wilson F, Harper S. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999;13:761–767.
17. Hunt R, Bowen B, James C, Sridhar S, Simon T, Mortensen E, Cagliola A, Quan H, Bolognese J. COX-2 specific inhibition with MK-0966 25 or 50 mg QD over 4 weeks does not increase fecal blood loss. A controlled study with placebo and ibuprofen 800 mg TID (abstr). Am J Gastroenterol 1998;93:1671.
18. Bjarnason I, Sigthorsson G, Crane R, Simon T, Hoover M, Bolognese J, Quan H. COX-2 specific inhibition with MK-0966 25 or 50 mg QD does not increase intestinal permeability: a controlled study with placebo (PBO) and indomethacin 50 mg TID (INDO) (abstr). Am J Gastroenterol 1998;93:1670.
19. Graham DY. High-dose famotidine for prevention of NSAID ulcers? Gastroenterology 1997;112:2143–2145.
20. Henry D, Lim LL-Y, Rodriguez LAG, Gutthann SP, Carson JL, Griffin M, Savage R, Logan R, Moride Y, Hawkey C, Hill S, Fries JT. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996;312:1563–1566.
21. Cryer B, Goldschmiedt M, Redfern JS, Feldman M. Comparison of salsalate and aspirin on mucosal injury and gastroduodenal mucosal prostaglandins. Gastroenterology 1990;99:1616–1621.
22. Laine L, Sloane R, Ferretti M, Cominelli F. A randomized double-blind comparison of placebo, etodolac, and naproxen on gastrointestinal injury and prostaglandin production. Gastrointest Endosc 1995;42:428–433.
23. Bianchi Porro G, Caruso I, Petrillo M, Montrone F, Ardizzone S. A double-blind gastroscopic evaluation of the effects of etodolac and naproxen on the gastrointestinal mucosa of rheumatic patients. J Intern Med 1991;229:5–8.
24. Russell RI. Endoscopic evaluation of etodolac and naproxen, and their relative effects on gastric and duodenal prostaglandins. Rheumatol Int 1990;10(suppl):17–21.
25. Roth S, Tindall EA, Jain AK, McMahon G, April PA, Bockow BI, Cohen SB, Fleischmann RM. A controlled study comparing the effects of nabumetone, ibuprofen, and ibuprofen plus misoprostol on the upper gastrointestinal tract mucosa. Arch Intern Med 1993;153:2565–2571.
26. Agrawal NM, Caldwell J, Kivitz AJ, Weaver AL, Bocanegra TS, Ball J, Dhadda S, Hurley S, Hancock L, for the Arthrotec Study Group. Comparison of the upper gastrointestinal safety of Arthrotec 75 and nabumetone in osteoarthritis patients at high risk for developing nonsteroidal anti-inflammatory drug–induced gastrointestinal ulcers. Clin Ther 1999;21:659–674.
27. Graham DY, White RH, Moreland LW, Schubert TT, Katz R, Jaszewski R, Tindall E, Triadafilopoulos G, Stromatt SC, Teoh LS. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119:257–262.
28. Agrawal NM, Van Kerckhove HEJM, Erhardt LJ, Geis GS. Misoprostol coadministered with diclofenac for prevention of gastroduodenal ulcers: a one-year study. Dig Dis Sci 1995;40:1125–1131.
29. Van Deventer GM, Elashoff JD, Reedy TJ, Schneidman D, Walsh J. A randomized study of maintenance therapy with ranitidine to prevent the recurrence of duodenal ulcer. N Engl J Med 1989;320:1113–1119.
30. Jensen DM, Cheng S, Kovacs TO, Randall G, Jensen ME, Reedy T, Frankl H, Machicado G, Smith J, Silpa M. A controlled study of ranitidine for the prevention of recurrent hemorrhage from duodenal ulcer. N Engl J Med 1994;330:382–386.
31. Laine L, Hopkins RJ, Girardi LS. Has the impact of Helicobacter pylori therapy on ulcer recurrence in the United States been overstated: a meta-analysis of rigorously designed trials. Am J Gastroenterol 1998;93:1409–1415.
32. Laine L. Helicobacter pylori and complicated ulcer diseases. Am J Med 1996;100:52S–59S.
33. Takahashi S, Shigeta J, Kobayashi N, Okabe S. Localization of cyclooxygenase-2 and regulation of its expression in gastric ulcers in rats (abstr). Gastroenterology 1998;114:A303.
34. Shigeta J-I, Takahashi S, Okabe S. Role of cyclooxygenase-2 in the healing of gastric ulcers in rats. J Pharmacol Exp Ther 1998;286:1383–1390.
35. Schmassmann A, Stettler Ch, Netzer P, Flogerzi B, Peskar BM, Halter F. L-745,337, a selective inhibitor of COX-2, delays healing of experimental gastric ulcers comparable to traditional NSAIDs (abstr). Gastroenterology 1996;110:A252.

Received March 4, 1999. Accepted June 29, 1999.
Address requests for reprints to: Loren Laine, M.D., GI Liver Division, Department of Medicine (LAC 12-137), University of Southern California School of Medicine, 2025 Zonal Avenue, Los Angeles, California 90033. e-mail: llaine@usc.edu; fax: (323) 226-7573.
Supported by a grant from Merck & Co., Inc., Whitehouse Station, New Jersey.
The following institutions and primary investigators participated in the Rofecoxib Osteoarthritis Endoscopy Group 044 Study. Hill Top Research, Ltd., Cincinnati, OH: R. Bath. Rush Center for Clinical Studies, Chicago, IL: J. Block. Metroplex Clinical Research Center, Dallas, TX: S. Cohen. William Beaumont Hospital, Birmingham, MI: M. Doyle. Garland and Associates, P.C., Lawrenceville, NJ: W. T. Garland. Veterans Administration Hospital, Houston, TX: M. Genta. Nashville Research Associates, Nashville, TN: D. Gremillion. University of California, San Diego, San Diego, CA: J. Isenberg. Rockford Gastroenterology Associates, Rockford, IL: J. Johanson. St. John's Health Center, Santa Monica, CA: W. Katkov. Medici Research Centers, LLC, Peoria, AZ: L. Kirby II. Northwestern Memorial Hospital/Northwestern Community Medical Group, Chicago, IL: J. Kopin. University of Southern California School of Medicine, Los Angeles, CA: L. Laine. Houston Institute for Clinical Research, Houston, TX: F. Lanza. New York Hospital–Cornell Medical Center, New York, NY: C. McDougall. The Penrose-St. Francis Medical Group, P.C., Colorado Springs, CO: E. Miller. Dayton Area Research Association, Kettering, OH: N. Patel. PSC Family Medicine, Louisville, KY: M. Peveler. Marshfield Medical Clinic, Marshfield, WI: C. Rall. Arizona Research and Education, Phoenix, AZ: S. Roth. Rush-Presbyterian–St. Luke's Medical Center, Chicago, IL: E. Ruderman. Cincinnati Gastroenterology, Cincinnati, OH: A. Safdi. California Research Foundation, San Diego, CA: B. Sahba. South Florida Center for Digestive Diseases, Miami, FL: H. Schwartz. Mid-Atlantic Medical Research Center, Hollywood, MD: U. Shah. Florida Medical Clinic, P.A., Zephyrhills, FL: D. Sikes. New Orleans Center for Clinical Research, New Orleans, LA: W. Smith. Clinical Interventions Research Institute, Mission Viejo, CA: D. Stanton. Northern California Medical Associates, Santa Rosa, CA: P. Stein. University of Louisville, Louisville, KY: S. Stern. Peninsula Gastroenterology Medical Group, Redwood City, CA: J. Torosis. Clinical Investigations Specialists, Inc., Little Rock, AK: L. Watkins. Mid-South Clinical Research Institute, Memphis, TN: L. Wruble. Physicians Quality Care Research, Baltimore, MD: T. Zizic.
The authors thank Jan Redfern and Kathleen Guckert for help with preparation of the manuscript; and Monica Hoover, Angeline Cagliola, Michelle Shelko, Sophia Haralson, and Francis D'Anzi for help in study implementation as well as database construction and review.