# Exhibit 20

```
00001
  1         SUPERIOR COURT OF NEW JERSEY
            LAW DIVISION - ATLANTIC COUNTY
  2
                      - - -
  3
    IN RE:  VIOXX LITIGATION : CASE NO. 619
  4
     ---------------------------------------------
  5
     PHILIP AND CYNTHIA DIPETRO: DELAWARE COUNTY COURT
  6      Plaintiffs    : OF COMMON PLEAS
            V.         :
  7  MERCK & CO., INC., et al. :
          Defendants.  : DOCKET NO. 04-19198
  8
                      - - -
  9
                   CONFIDENTIAL
 10
            SUBJECT TO PROTECTIVE ORDER
 11
 12                   - - -

 13          March 2, 2005

 14                   - - -

 15       Videotape deposition of ALAN S. NIES, M.D.,

 16  held in the offices of Drinker, Biddle & Reath, One

 17  Logan Square, Philadelphia, Pennsylvania 19103,

 18  commencing at 9:19 a.m., on the above date, before

 19  Linda L. Golkow, a Federally-Approved Registered

 20  Diplomate Reporter and Certified Shorthand Reporter.

 21

 22                   - - -

 23
             ESQUIRE DEPOSITION SERVICES
 24          1880 John F. Kennedy Boulevard
                   15th Floor
 25          Philadelphia, Pennsylvania 19103
```

Nies, Alan S., 03/02/2005                                    Page 1

```
00002
 1  A P P E A R A N C E S :

 2

 3     SEEGER WEISS LLP
        BY: CHRISTOPHER A. SEEGER, ESQ.
 4            and
        MOSHE H. HORN, ESQUIRE
 5     Suite 920
       550 Broad Street
 6     Newark, New Jersey 07102
       (973) 639-9100
 7       Counsel for the Plaintiffs

 8

 9     BEASLEY, ALLEN, CROW, METHVIN,
       PORTIS & MILES
10       BY: J. PAUL SIZEMORE, ESQUIRE
       200 Coosa Street
11     Montgomery, Alabama 36103-4160
       (334) 269-2343
12       Counsel for the Plaintiffs

13

14     ANAPOL, SCHWARTZ, WEISS, COHAN,
       FELDMAN & SMALLEY, P.C.
15       BY: SOL H. WEISS, ESQUIRE
       Suite 304
16     1040 Kings Highway North
       Cherry Hill, New Jersey 08034
17     (856) 482-1600
       Counsel for the Plaintiffs

18

19
       KLINE & SPECTER, P.C.
20       BY: SHANIN SPECTER, ESQUIRE
       19th Floor
21     1525 Locust Street
       Philadelphia, Pennsylvania 19102
22     (215) 772-1000
       Counsel for the Plaintiffs
23

24            - - -

25
```

00647
1 a person had to take aspirin and had to be put on
2 Vioxx or Motrin, then that study didn't address that
3 issue. You'd have to compare Vioxx plus aspirin
4 versus Motrin plus aspirin. And I don't know if
5 that -- I know this was beyond the time I was there
6 if such a study was done.
7    Q.    Did Merck tell prescribing physicians
8 whether Vioxx was better for the stomach when
9 combined with aspirin than some other ordinary NSAID
10 when combined with aspirin?
11   A.    I don't think there's any data on
12 that.
13   Q.    It wasn't in the warning label;
14 correct?
15   A.    There's no data on that unless a
16 study has been done since I --
17   Q.    Merck did a study, to your knowledge;
18 correct?
19   A.    Not while I was there. Because these
20 issues were just being -- were just coming up when I
21 was there actually.
22   Q.    There are a lot of people who are on
23 aspirin therapy; correct?
24   A.    Yes.
25   Q.    Merck never said that Vioxx was more

Nies, Alan S., 04/01/2005            Page 647

00648

1  ==effective in relieving pain than any other NSAID;==

2  ==correct?==

3      ==A.==      ==Yes, that's correct.==

4      Q.      So, were prescribing physicians ever

5  given any information from which they could

6  determine whether they should give patients who

7  needed aspirin therapy Motrin or Vioxx?

8      A.      The label indicated all the data that

9  we had on that.  And it indicated the pieces of the

10  data that -- some of which we've talked about, that

11  Vioxx didn't affect the anti-platelet effect of

12  aspirin, that aspirin could cause -- when added to

13  Vioxx, could cause some increase in the GI risk,

14  yeah.  I think the label says that.

15          MR. SPECTER:  Respectfully, I move to

16  strike as nonresponsive.  Let me just try it again a

17  little differently to see if we're on the same

18  wavelength.

19  BY MR. SPECTER:

20      Q.      Again, there are lots of people in

21  the United States who are taking aspirin --

22      A.      Right.

23      Q.      -- on a daily basis; correct?

24      A.      Yes.

25      Q.      Mostly for cardioprotective reasons;

Nies, Alan S., 04/01/2005                                    Page 648

00650

1  to tell them which drug, if either, to recommend in

2  that circumstance?

3        MR. RABER: Objection to form.

4        THE WITNESS: I think I've testified

5  what we put in the label. That's how we communicate

6  with doctors.

7  BY MR. SPECTER:

8    Q.   Yes. But what I'm saying to you is,

9  was there any information in the label to the effect

10 that Vioxx was superior to Motrin in patients who

11 needed to take aspirin?

12   A.   I don't think that the label said

13 that.

14   Q.   There was no such claim; correct?

15   A.   Right.

16   Q.   Merck never claimed that Vioxx was

17 more effective at treating pain than Motrin;

18 correct?

19   A.   That's correct.

20   Q.   Did Merck say that Motrin was a

21 better idea than Vioxx because Vioxx could not be

22 shown to be either safer or effective in patients

23 who were taking aspirin, and Vioxx was more

24 expensive?

25   A.   No.