# Exhibit 22

```
 1            UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4  In Re:                           )
                                     )
 5       Products Liability Litigation  )
                                     ) MDL NO. 1657
 6  This Document Relates to:        )
    _____)
 7                                   )
                                     )
 8  STATE OF LOUISIANA, ex rel., JAMES  )
    D. CALDWELL, ATTORNEY GENERAL,    )
 9                                   )
                  Plaintiff,         )
10                                   ) Case No.:
    vs.                              )
11                                   ) 05-3700
    MERCK SHARP & DOHME CORP.,       )
12                                   )
                  Defendant(s).      )
13  _____)

14

15        DEPOSITION OF DAVID L. CURTIS, M.D.,

16               Expert Witness

17             Held at O'Melveny & Myers

18        Two Embarcadero Center, 28th Floor

19             San Francisco, California

20             Monday, January 18, 2010

21             9:34 a.m. - 5:31 p.m.

22

23

24

25  REPORTED BY:  James Beasley, CSR No. 12807
```

2

BARKLEY
Court Reporters

1    Q.   And what does it mean to you?

2    A.   It means that it's a -- that in the

3  scientific practice of clinical medicine one uses

4  certain standards and certain procedures that

5  have -- whose validity and reproducibility is part

6  of the methodology of which the practice is about.

7         I also think that evidence-based medicine

8  is a loaded area with lots of opinions, and it can

9  be used in lots of different ways.

10   Q.   Are you familiar with a hierarchy of the

11 validity of different types of investigations in

12 the -- under the heading of evidence-based medicine?

13        MR. TOMASELLI:  Object to form.

14        THE WITNESS:  In evidence-based medicine,

15 yes, there is generally -- I acknowledge that there

16 are certain types of evidence that should carry or

17 does carry more weight in interpreting results or

18 interpreting clinical activity.

19 BY MR. ARBITBLIT:

20   Q.   What is your understanding of what that

21 hierarchy is?

22        MR. TOMASELLI:  Object to form.

23        THE WITNESS:  Well, in the objective area

24 of studies, randomized controlled, particularly if

25 they are well-controlled and well-designed,

66

BARKLEY
Court Reporters

1   randomized controlled trials are given the most

2   credibility for providing data to make decisions in

3   clinical medicine.

4   BY MR. ARBITBLIT:

5      Q.   What comes after randomized clinical trials

6   in the hierarchy?

7           MR. TOMASELLI:  Object to form.

8           THE WITNESS:  Traditionally the analysis of

9   multiple trials, particularly trials that are,

10  again, well-designed and where the same questions

11  are being asked and one hopes the same design trial

12  is being used.

13          And those can be combined in meta-analysis

14  to provide further information upon which to make

15  individual clinical decisions.

16  BY MR. ARBITBLIT:

17     Q.   And do you agree that in the hierarchy of

18  evidence-based medicine, personal experience is at

19  the bottom?

20          MR. TOMASELLI:  Object to form.

21          THE WITNESS:  Personal experience is at the

22  key of evidence-based medicine, it is not at the

23  bottom.  It is the core of what evidence-based

24  medicine is all about.

25

David L. Curtis, M.D., Expert

BARKLEY
Court Reporters