**EXHIBIT 23**
**Part 2 of 2**

**MERCK & CO., INC.**
Whitehouse Station, NJ 08889, USA

9183806

# VIOXX®
**(rofecoxib tablets and oral suspension)**

## DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-[4-(methylsulfonyl)phenyl]-3-phenyl-2(5H)-furanone. It has the following chemical structure:

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, practically insoluble in octanol, and insoluble in water. The empirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecular weight is 314.36.

Each tablet of VIOXX for oral administration contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the following inactive ingredients: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

## CLINICAL PHARMACOLOGY

*Mechanism of Action*

VIOXX is a nonsteroidal anti-inflammatory drug that exhibits anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is believed to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic concentrations in humans, VIOXX does not inhibit the cyclooxygenase-1 (COX-1) isoenzyme.

*Pharmacokinetics*

*Absorption*

The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC) and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in nine pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multiple dosing, steady-state conditions are reached by Day 4. The $AUC_{0-24hr}$ and $C_{max}$ at steady state after multiple doses of 25 mg rofecoxib was 4018 (±1140) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.

VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, respectively.

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA
COPYRIGHT © MERCK & CO., Inc., 1998
All rights reserved.

MRK-I8940066574

VIOXX® (rofecoxib tablets and oral suspension)                                    9183806

*Food and Antacid Effects*

Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofecoxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be administered without regard to timing of meals.

There was a 13% and 8% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magnesium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofecoxib with either antacid.

*Distribution*

Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL. The apparent volume of distribution at steady state ($V_{dss}$) is approximately 91 L following a 12.5-mg dose and 86 L following a 25-mg dose.

Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*

Metabolism of rofecoxib is primarily mediated through reduction by cytosolic enzymes. The principal metabolic products are the *cis*-dihydro and *trans*-dihydro derivatives of rofecoxib, which account for nearly 56% of recovered radioactivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of rofecoxib and this metabolite is reversible in humans to a limited extent (<5%). These metabolites are inactive as COX-1 or COX-2 inhibitors.

Cytochrome P450 plays a minor role in metabolism of rofecoxib. Inhibition of CYP 3A activity by administration of ketoconazole 400 mg daily does not affect rofecoxib disposition. However, induction of general hepatic metabolic activity by administration of the non-specific inducer rifampin 600 mg daily produces a 50% decrease in rofecoxib plasma concentrations. (Also see *Drug Interactions*.)

*Excretion*

Rofecoxib is eliminated predominantly by hepatic metabolism with little (<1%) unchanged drug recovered in the urine. Following a single radiolabeled dose of 125 mg, approximately 72% of the dose was excreted into the urine as metabolites and 14% in the feces as unchanged drug.

The plasma clearance after 12.5- and 25-mg doses was approximately 141 and 120 mL/min, respectively. Higher plasma clearance was observed at doses below the therapeutic range, suggesting the presence of a saturable route of metabolism (i.e., non-linear elimination). The effective half-life (based on steady-state levels) was approximately 17 hours.

*Special Populations*

*Gender*

The pharmacokinetics of rofecoxib are comparable in men and women.

*Geriatric*

After a single dose of 25 mg VIOXX in elderly subjects (over 65 years old) a 34% increase in AUC was observed as compared to the young subjects. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

*Pediatric*

VIOXX has not been investigated in patients below 18 years of age.

*Race*

Meta-analysis of pharmacokinetic studies has suggested a slightly (10-15%) higher AUC of rofecoxib in Blacks and Hispanics as compared to Caucasians. No dosage adjustment is necessary on the basis of race.

*Hepatic Insufficiency*

A pharmacokinetic study in mild (Child-Pugh score ≤6) hepatic insufficiency patients indicated that rofecoxib AUC was similar between these patients and healthy subjects. Limited data in patients with moderate (Child-Pugh score 7-9) hepatic insufficiency suggest a trend towards higher AUC (about 69%) of rofecoxib in these patients, but more data are needed to evaluate pharmacokinetics in these patients. Patients with severe hepatic insufficiency have not been studied.

*Renal Insufficiency*

In a study (N=6) of patients with end stage renal disease undergoing dialysis, peak rofecoxib plasma levels and AUC declined 18% and 9%, respectively, when dialysis occurred four hours after dosing. When dialysis occurred 48 hours after dosing, the elimination profile of rofecoxib was unchanged. While renal insufficiency does not influence the pharmacokinetics of rofecoxib, use of VIOXX in advanced renal disease is not recommended at present because no safety information is available regarding the use of VIOXX in these patients.

2

MRK-I8940066575

VIOXX® (rofecoxib tablets and oral suspension)                                                9183806

*Drug Interactions* (Also see PRECAUTIONS, *Drug Interactions*.)
*General*
    In human studies the potential for rofecoxib to inhibit or induce CYP 3A4 activity was investigated in studies using the intravenous erythromycin breath test and the oral midazolam test. No significant difference in erythromycin demethylation was observed with rofecoxib (75 mg daily) compared to placebo, indicating no induction of hepatic CYP 3A4. A 30% reduction of the AUC of midazolam was observed with rofecoxib (25 mg daily). This reduction is most likely due to increased first pass metabolism through induction of intestinal CYP 3A4 by rofecoxib. *In vitro* studies in rat hepatocytes also suggest that rofecoxib might be a mild inducer for CYP 3A4.
    Drug interaction studies with rofecoxib have identified potentially significant interactions with rifampin, methotrexate and warfarin. Patients receiving these agents with VIOXX should be appropriately monitored. Drug interaction studies do not support the potential for clinically important interactions between antacids or cimetidine with rofecoxib. Similar to experience with other nonsteroidal anti-inflammatory drugs (NSAIDs), studies with rofecoxib suggest the potential for interaction with ACE inhibitors. The effects of rofecoxib on the pharmacokinetics and/or pharmacodynamics of ketoconazole, prednisone/prednisolone, oral contraceptives, and digoxin have been studied *in vivo* and clinically important interactions have not been found.

## CLINICAL STUDIES

*Osteoarthritis (OA)*
    VIOXX has demonstrated significant reduction in joint pain compared to placebo. VIOXX was evaluated for the treatment of the signs and symptoms of OA of the knee and hip in placebo- and active-controlled clinical trials of 6 to 86 weeks duration that enrolled approximately 3900 patients. In patients with OA, treatment with VIOXX 12.5 mg and 25 mg once daily resulted in improvement in patient and physician global assessments and in the WOMAC (Western Ontario and McMaster Universities) osteoarthritis questionnaire, including pain, stiffness, and functional measures of OA. In six studies of pain accompanying OA flare, VIOXX provided a significant reduction in pain at the first determination (after one week in one study, after two weeks in the remaining five studies); this continued for the duration of the studies. In all OA clinical studies, once daily treatment in the morning with VIOXX 12.5 and 25 mg was associated with a significant reduction in joint stiffness upon first awakening in the morning. At doses of 12.5 and 25 mg, the effectiveness of VIOXX was shown to be comparable to ibuprofen 800 mg TID and diclofenac 50 mg TID for treatment of the signs and symptoms of OA. The ibuprofen studies were 6-week studies; the diclofenac studies were 12-month studies in which patients could receive additional arthritis medication during the last 6 months.

*Analgesia, including Dysmenorrhea*
    In acute analgesic models of post-operative dental pain, post-orthopedic surgical pain, and primary dysmenorrhea, VIOXX relieved pain that was rated by patients as moderate to severe. The analgesic effect (including onset of action) of a single 50-mg dose of VIOXX was generally similar to 550 mg of naproxen sodium or 400 mg of ibuprofen. In single-dose post-operative dental pain studies, the onset of analgesia with a single 50-mg dose of VIOXX occurred within 45 minutes. In a multiple-dose study of post-orthopedic surgical pain in which patients received VIOXX or placebo for up to 5 days, 50 mg of VIOXX once daily was effective in reducing pain. In this study, patients on VIOXX consumed a significantly smaller amount of additional analgesic medication than patients treated with placebo (1.5 versus 2.5 doses per day of additional analgesic medication for VIOXX and placebo, respectively).

*Special Studies*
*Upper Endoscopy in Patients with Osteoarthritis*
    Two identical (U.S. and Multinational) endoscopy studies in a total of 1516 patients were conducted to compare the percentage of patients who developed endoscopically detectable gastroduodenal ulcers with VIOXX 25 mg daily or 50 mg daily, ibuprofen 2400 mg daily, or placebo. Entry criteria for these studies permitted enrollment of patients with active *Helicobacter pylori* infection, baseline gastroduodenal erosions, prior history of an upper gastrointestinal perforation, ulcer, or bleed (PUB), and/or age ≥65 years. However, patients receiving low-dose aspirin for cardiovascular prophylaxis) were not enrolled in these studies. Patients who were 50 years of age and older with osteoarthritis and who had no ulcers at baseline were evaluated by endoscopy after weeks 6, 12, and 24 of treatment. The placebo-treatment group was discontinued at week 16 by design.
    Treatment with VIOXX 25 mg daily or 50 mg daily was associated with a significantly lower percentage of patients with endoscopic gastroduodenal ulcers than treatment with ibuprofen 2400 mg daily. However, the studies cannot rule out at least some increase in the rate of endoscopic gastroduodenal ulcers when

3

VIOXX® (rofecoxib tablets and oral suspension)                    9183806

comparing VIOXX to placebo. See Figures 1 and 2 and the accompanying tables for the results of these studies.

## Figure 1

### COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)





| | | |
|---|---|---|
| Placebo | (N=158) |
| Rofecoxib 25mg | (N=186) |
| Rofecoxib 50mg | (N=178) |
| Ibuprofen 2400 mg | (N=167) |

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

TABLE 1
Endoscopic Gastroduodenal Ulcers at 12 weeks
U.S. Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 11/158 | 9.9% | -- | -- |
| VIOXX 25 mg | 7/186 | 4.1% | 0.41 | (0.16, 1.05) |
| VIOXX 50 mg | 12/176 | 7.3% | 0.74 | (0.33, 1.64) |
| Ibuprofen | 42/167 | 27.7% | 2.79 | (1.47, 5.30) |

*by life table analysis

## Figure 2

### COMPARISON TO IBUPROFEN

Life-Table Cumulative Incidence Rate of Gastroduodenal
Ulcers ≥ 3mm** (Intention-to-Treat)

4

MRK-I8940066577

*VIOXX® (rofecoxib tablets and oral suspension)*                                        *9183806*



Multinational Study



| | | |
|---|---|---|
| Placebo | (N=182) |
| Rofecoxib 25mg | (N=187) |
| Rofecoxib 50mg | (N=182) |
| Ibuprofen 2400 mg | (N=187) |

† p < 0.001 versus ibuprofen 2400 mg
** Results of analyses using a ≥ 5mm gastroduodenal ulcer endpoint were consistent.
*** The primary endpoint was the cumulative incidence of gastroduodenal ulcer at 12 weeks.

TABLE 2
Endoscopic Gastroduodenal Ulcers at 12 weeks
Multinational Study

| Treatment Group | Number of Patients with Ulcer/Total Number of Patients | Cumulative Incidence Rate* | Ratio of Rates vs. Placebo | 95% CI on Ratio of Rates |
|---|---|---|---|---|
| Placebo | 5/182 | 5.1% | – | – |
| VIOXX 25 mg | 9/187 | 5.3% | 1.04 | (0.36, 3.01) |
| VIOXX 50 mg | 15/182 | 8.8% | 1.73 | (0.65, 4.61) |
| Ibuprofen | 49/187 | 29.2% | 5.72 | (2.36, 13.89) |

*by life table analysis

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving VIOXX in controlled trials, albeit infrequently (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX versus comparator NSAID products have not been performed.

*Assessment of Fecal Occult Blood Loss in Healthy Subjects*

Occult fecal blood loss associated with VIOXX 25 mg daily, VIOXX 50 mg daily, ibuprofen 2400 mg per day, and placebo was evaluated in a study utilizing $^{51}$Cr-tagged red blood cells in 67 healthy males. After 4 weeks of treatment with VIOXX 25 mg daily or VIOXX 50 mg daily, the increase in the amount of fecal blood loss was not statistically significant compared with placebo-treated subjects. In contrast, ibuprofen 2400 mg per day produced a statistically significant increase in fecal blood loss as compared with placebo-treated subjects and VIOXX-treated subjects. The clinical relevance of this finding is unknown.

*Platelets*

Multiple doses of VIOXX 12.5, 25, and up to 375 mg administered daily up to 12 days had no effect on bleeding time relative to placebo. Similarly, bleeding time was not altered in a single dose study with 500 or 1000 mg of VIOXX. There was no inhibition of *ex vivo* arachidonic acid- or collagen-induced platelet aggregation with 12.5, 25, and 50 mg of VIOXX.

5

MRK-I8940066578

VIOXX® (rofecoxib tablets and oral suspension)                                         9183806

## INDICATIONS AND USAGE

VIOXX is indicated:
For relief of the signs and symptoms of osteoarthritis.
For the management of acute pain in adults (see CLINICAL STUDIES).
For the treatment of primary dysmenorrhea.

## CONTRAINDICATIONS

VIOXX is contraindicated in patients with known hypersensitivity to rofecoxib or any other component of VIOXX.

VIOXX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS, *Anaphylactoid Reactions* and PRECAUTIONS, *Preexisting Asthma*).

## WARNINGS

*Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding, and Perforation*

Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to VIOXX (see CLINICAL STUDIES, *Special Studies, Upper Endoscopy in Patients with Osteoarthritis*). Among 3357 patients who received VIOXX in controlled clinical trials of 6-weeks to one-year duration (most were enrolled in six-month or longer studies) at a daily dose of 12.5 mg to 50 mg, a total of 4 patients experienced a serious upper GI event, using protocol-derived criteria. Two patients experienced an upper GI bleed within three months (at day 62 and 87, respectively) (0.06%). One additional patient experienced an obstruction within six months (Day 130) and the remaining patient developed an upper GI bleed within 12 months (Day 322) (0.12%). Approximately 23% of these 3357 patients were in studies that required them to be free of ulcers at study entry. It is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking VIOXX vs comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. **To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration.** For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with *a prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

*Anaphylactoid Reactions*

As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to VIOXX. In post-marketing experience, rare cases of anaphylactoid reactions and angioedema have been reported in patients receiving VIOXX. VIOXX should not be given to patients with the aspirin triad. This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without

6

MRK-I8940066579

VIOXX® (rofecoxib tablets and oral suspension)                                      9183806

nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see CONTRAINDICATIONS and PRECAUTIONS, *Preexisting Asthma*). Emergency help should be sought in cases where an anaphylactoid reaction occurs.

*Advanced Renal Disease*

No safety information is available regarding the use of VIOXX in patients with advanced kidney disease. Therefore, treatment with VIOXX is not recommended in these patients. If VIOXX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS, *Renal Effects*).

*Pregnancy*

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

## PRECAUTIONS

*General*

VIOXX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency. Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness. Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of VIOXX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

*Hepatic Effects*

Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs. These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy. Rare cases of severe hepatic reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs. In controlled clinical trials of VIOXX, the incidence of borderline elevations of liver tests at doses of 12.5 and 25 mg daily was comparable to the incidence observed with ibuprofen and lower than that observed with diclofenac. In placebo-controlled trials, approximately 0.5% of patients taking rofecoxib (12.5 or 25 mg QD) and 0.1% of patients taking placebo had notable elevations of ALT or AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with VIOXX. Use of VIOXX is not recommended in patients with moderate or severe hepatic insufficiency (see *Pharmacokinetics, Special Populations*). If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), VIOXX should be discontinued.

*Renal Effects*

Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with VIOXX at daily doses of 12.5 and 25 mg have shown renal effects (e.g., hypertension, edema) similar to those observed with comparator NSAIDs; these occur with an increased frequency with chronic use of VIOXX at doses above the 12.5 to 25 mg range. (See ADVERSE REACTIONS.)

Caution should be used when initiating treatment with VIOXX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with VIOXX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS, *Advanced Renal Disease*).

*Hematological Effects*

Anemia is sometimes seen in patients receiving VIOXX. In placebo-controlled trials, there were no significant differences observed between VIOXX and placebo in clinical reports of anemia. Patients on long-term treatment with VIOXX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. VIOXX does not generally affect platelet counts, prothrombin

7

MRK-I8940066580

time (PT), or partial thromboplastin time (PTT), and does not inhibit platelet aggregation at indicated dosages (see CLINICAL STUDIES, *Special Studies, Platelets*).

*Fluid Retention and Edema*

Fluid retention and edema have been observed in some patients taking VIOXX (see ADVERSE REACTIONS). VIOXX should be used with caution, and should be introduced at the lowest recommended dose in patients with fluid retention, hypertension, or heart failure.

*Preexisting Asthma*

Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe bronchospasm which can be fatal. Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, VIOXX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

*Information for Patients*

VIOXX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes. Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms. Patients should be apprised of the importance of this follow-up (see WARNINGS, *Gastrointestinal (GI) Effects - Risk of GI Ulceration, Bleeding and Perforation*).

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms). If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy VIOXX should be avoided because it may cause premature closure of the ductus arteriosus.

*Laboratory Tests*

Because serious GI tract ulcerations and bleeding can occur without warning symptoms, physicians should monitor for signs or symptoms of GI bleeding.

*Drug Interactions*

*ACE inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. In patients with mild to moderate hypertension, administration of 25 mg daily of VIOXX with the ACE inhibitor benazepril, 10 to 40 mg for 4 weeks, was associated with an average increase in mean arterial pressure of about 3 mm Hg compared to ACE inhibitor alone. This interaction should be given consideration in patients taking VIOXX concomitantly with ACE inhibitors.

*Aspirin:* Concomitant administration of low-dose aspirin with VIOXX may result in an increased rate of GI ulceration or other complications, compared to use of VIOXX alone. At steady state, VIOXX 50 mg once daily had no effect on the anti-platelet activity of low-dose (81 mg once daily) aspirin, as assessed by *ex vivo* platelet aggregation and serum $TXB_2$ generation in clotting blood. VIOXX is not a substitute for aspirin for cardiovascular prophylaxis.

*Cimetidine:* Co-administration with high doses of cimetidine [800 mg twice daily] increased the $C_{max}$ of rofecoxib by 21%, the $AUC_{0-120hr}$ by 23% and the $t_{1/2}$ by 15%. These small changes are not clinically significant and no dose adjustment is necessary.

*Digoxin:* Rofecoxib 75 mg once daily for 11 days does not alter the plasma concentration profile or renal elimination of digoxin after a single 0.5 mg oral dose.

*Furosemide:* Clinical studies, as well as post-marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Ketoconazole:* Ketoconazole 400 mg daily did not have any clinically important effect on the pharmacokinetics of rofecoxib.

*Lithium:* NSAIDs have produced an elevation of plasma lithium levels and a reduction in renal lithium clearance. In post-marketing experience there have been reports of increases in plasma lithium levels. Thus, when VIOXX and lithium are administered concurrently, subjects should be observed carefully for signs of lithium toxicity.

*Methotrexate:* VIOXX 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by $AUC_{0-24hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid

MRK-I8940066581

VIOXX® (rofecoxib tablets and oral suspension)                                             9183806

arthritis. An equivalent magnitude of reduction in methotrexate renal clearance was observed. At 24 hours postdose, a similar proportion of patients treated with methotrexate alone (94%) and subsequently treated with methotrexate co-administered with 75 mg of rofecoxib (88%) had methotrexate plasma concentrations below the measurable limit (5 ng/mL). The effects of the recommended doses for osteoarthritis (12.5 and 25 mg) of VIOXX on plasma methotrexate levels are unknown. Standard monitoring of methotrexate-related toxicity should be continued if VIOXX and methotrexate are administered concomitantly.

*Oral Contraceptives:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of ethinyl estradiol and norethindrone.

*Prednisone/prednisolone:* Rofecoxib did not have any clinically important effect on the pharmacokinetics of prednisolone or prednisone.

*Rifampin:* Co-administration of VIOXX with rifampin 600 mg daily, a potent inducer of hepatic metabolism, produced an approximate 50% decrease in rofecoxib plasma concentrations. Therefore, a starting daily dose of 25 mg of VIOXX should be considered for the treatment of osteoarthritis when VIOXX is co-administered with potent inducers of hepatic metabolism.

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing VIOXX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. In single and multiple dose studies in healthy subjects receiving both warfarin and rofecoxib, prothrombin time (measured as INR) was increased by approximately 8% to 11%. In post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving VIOXX concurrently with warfarin.

Carcinogenesis, Mutagenesis, Impairment of Fertility

Rofecoxib was not carcinogenic in mice given oral doses up to 30 mg/kg (male) and 60 mg/kg (female) (approximately 5- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) and in male and female rats given oral doses up to 8 mg/kg (approximately 6- and 2-fold the human exposure at 25 and 50 mg daily based on $AUC_{0-24}$) for two years.

Rofecoxib was not mutagenic in an Ames test or in a V-79 mammalian cell mutagenesis assay, nor clastogenic in a chromosome aberration assay in Chinese hamster ovary (CHO) cells, in an *in vitro* and an *in vivo* alkaline elution assay, or in an *in vivo* chromosomal aberration test in mouse bone marrow.

Rofecoxib did not impair male fertility in rats at oral doses up to 100 mg/kg (approximately 20- and 7-fold human exposure at 25 and 50 mg daily based on the $AUC_{0-24}$) and rofecoxib had no effect on fertility in female rats at doses up to 30 mg/kg (approximately 19- and 7-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$).

Pregnancy

Teratogenic effects: Pregnancy Category C.

Rofecoxib was not teratogenic in rats at doses up to 50 mg/kg/day (approximately 28- and 10-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There was a slight, non-statistically significant increase in the overall incidence of vertebral malformations only in the rabbit at doses of 50 mg/kg/day (approximately 1- or <1-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). There are no studies in pregnant women. VIOXX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

Nonteratogenic effects: Rofecoxib produced peri-implantation and post-implantation losses and reduced embryo/fetal survival in rats and rabbits at oral doses ≥10 and ≥75 mg/kg/day, respectively (approximately 9- and 3-fold [rats] and 2- and <1-fold [rabbits] human exposure based on the $AUC_{0-24}$ at 25 and 50 mg daily). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function. There was an increase in the incidence of postnatal pup mortality in rats at ≥5 mg/kg/day (approximately 5- and 2-fold human exposure at 25 and 50 mg daily based on $AUC_{0-24}$). In studies in pregnant rats administered single doses of rofecoxib, there was a treatment-related decrease in the diameter of the ductus arteriosus at all doses used (3-300 mg/kg: 3 mg/kg is approximately 2- and <1-fold human exposure at 25 or 50 mg daily based on $AUC_{0-24}$). As with other drugs known to inhibit prostaglandin synthesis, use of VIOXX during the third trimester of pregnancy should be avoided.

Labor and delivery

Rofecoxib produced no evidence of significantly delayed labor or parturition in females at doses 15 mg/kg in rats (approximately 10- and 3-fold human exposure as measured by the $AUC_{0-24}$ at 25 and 50 mg). The effects of VIOXX on labor and delivery in pregnant women are unknown.

9

MRK-I8940066582

Merck & Co., Inc. maintains a registry to monitor the pregnancy outcomes of women exposed to VIOXX while pregnant. Healthcare providers are encouraged to report any prenatal exposure to VIOXX by calling the Pregnancy Registry at (800) 986-8999.

*Nursing mothers*

Rofecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. There was an increase in pup mortality and a decrease in pup body weight following exposure of pups to milk from dams administered VIOXX during lactation. The dose tested represents an approximate 18- and 6-fold human exposure at 25 and 50 mg based on $AUC_{0-24}$. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from VIOXX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

*Pediatric Use*

Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

*Geriatric Use*

Of the patients who received VIOXX in osteoarthritis clinical trials, 1455 were 65 years of age or older (this included 460 who were 75 years or older). No substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Greater sensitivity of some older individuals cannot be ruled out. Dosage adjustment in the elderly is not necessary; however, therapy with VIOXX should be initiated at the lowest recommended dose.

In one of these studies (a six-week, double-blind, randomized clinical trial), VIOXX 12.5 or 25 mg once daily was administered to 174 osteoarthritis patients ≥80 years of age. The safety profile in this elderly population was similar to that of younger patients treated with VIOXX.

## ADVERSE REACTIONS

*Osteoarthritis*

Approximately 3600 patients with osteoarthritis were treated with VIOXX; approximately 1400 patients received VIOXX for 6 months or longer and approximately 800 patients for one year or longer. The following table of adverse experiences lists all adverse events, regardless of causality, occurring in at least 2% of patients receiving VIOXX in nine controlled studies of 6-week to 6-month duration conducted in patients with OA at the therapeutically recommended doses (12.5 and 25 mg), which included a placebo and/or positive control group.

| Clinical Adverse Experiences occurring in ≥ 2.0% of Patients Treated with VIOXX | | | |
|---|---|---|---|
| | Placebo | VIOXX 12.5 or 25 mg daily | Ibuprofen 2400 mg daily | Diclofenac 150 mg daily |
| | (N = 783) | (N = 2829) | (N = 847) | (N = 498) |
| *Body As A Whole/Site Unspecified* | | | | |
| Abdominal Pain | 4.1 | 3.4 | 4.6 | 5.8 |
| Asthenia/Fatigue | 1.0 | 2.2 | 2.0 | 2.6 |
| Dizziness | 2.2 | 3.0 | 2.7 | 3.4 |
| Influenza-Like Disease | 3.1 | 2.9 | 1.5 | 3.2 |
| Lower Extremity Edema | 1.1 | 3.7 | 3.8 | 3.4 |
| Upper Respiratory Infection | 7.8 | 8.5 | 5.8 | 8.2 |
| *Cardiovascular System* | | | | |
| Hypertension | 1.3 | 3.5 | 3.0 | 1.6 |
| *Digestive System* | | | | |
| Diarrhea | 6.8 | 6.5 | 7.1 | 10.6 |
| Dyspepsia | 2.7 | 3.5 | 4.7 | 4.0 |
| Epigastric Discomfort | 2.8 | 3.8 | 9.2 | 5.4 |
| Heartburn | 3.6 | 4.2 | 5.2 | 4.6 |
| Nausea | 2.9 | 5.2 | 7.1 | 7.4 |
| *Eyes, Ears, Nose, And Throat* | | | | |
| Sinusitis | 2.0 | 2.7 | 1.8 | 2.4 |
| *Musculoskeletal System* | | | | |

MRK-I8940066583

VIOXX® (rofecoxib tablets and oral suspension)                                           9183806

| | | | | |
|---|---|---|---|---|
| Back Pain | 1.9 | 2.5 | 1.4 | 2.8 |
| *Nervous System* | | | | |
| Headache | 7.5 | 4.7 | 6.1 | 8.0 |
| *Respiratory System* | | | | |
| Bronchitis | 0.8 | 2.0 | 1.4 | 3.2 |
| *Urogenital System* | | | | |
| Urinary Tract Infection | 2.7 | 2.8 | 2.5 | 3.6 |

The general safety profile of VIOXX 50 mg QD in OA clinical trials of up to 6 months (476 patients) was similar to that of VIOXX at the recommended OA doses of 12.5 and 25 mg QD, except for a higher incidence of gastrointestinal symptoms (abdominal pain, epigastric pain, heartburn, nausea and vomiting), lower extremity edema (6.3%) and hypertension (8.2%).

In the OA studies, the following spontaneous adverse events occurred in >0.1% to 1.9% of patients treated with VIOXX regardless of causality:

*Body as a Whole:* abdominal distension, abdominal tenderness, abscess, chest pain, chills, contusion, cyst, diaphragmatic hernia, fever, fluid retention, flushing, fungal infection, infection, laceration, pain, pelvic pain, peripheral edema, postoperative pain, syncope, trauma, upper extremity edema, viral syndrome.

*Cardiovascular System:* angina pectoris, atrial fibrillation, bradycardia, hematoma, irregular heart beat, palpitation, premature ventricular contraction, tachycardia, venous insufficiency.

*Digestive System:* acid reflux, aphthous stomatitis, constipation, dental caries, dental pain, digestive gas symptoms, dry mouth, duodenal disorder, dysgeusia, esophagitis, flatulence, gastric disorder, gastritis, gastroenteritis, hematochezia, hemorrhoids, infectious gastroenteritis, oral infection, oral lesion, oral ulcer, vomiting.

*Eyes, Ears, Nose, and Throat:* allergic rhinitis, blurred vision, cerumen impaction, conjunctivitis, dry throat, epistaxis, laryngitis, nasal congestion, nasal secretion, ophthalmic injection, otic pain, otitis, otitis media, pharyngitis, tinnitus, tonsillitis.

*Immune System:* allergy, hypersensitivity, insect bite reaction.

*Metabolism and Nutrition:* appetite change, hypercholesterolemia, weight gain.

*Musculoskeletal System:* ankle sprain, arm pain, arthralgia, back strain, bursitis, cartilage trauma, joint swelling, muscular cramp, muscular disorder, muscular weakness, musculoskeletal pain, musculoskeletal stiffness, myalgia, osteoarthritis, tendinitis, traumatic arthropathy, wrist fracture.

*Nervous System:* hypesthesia, insomnia, median nerve neuropathy, migraine, muscular spasm, paresthesia, sciatica, somnolence, vertigo.

*Psychiatric:* anxiety, depression, mental acuity decreased.

*Respiratory System:* asthma, cough, dyspnea, pneumonia, pulmonary congestion, respiratory infection.

*Skin and Skin Appendages:* abrasion, alopecia, atopic dermatitis, basal cell carcinoma, blister, cellulitis, contact dermatitis, herpes simplex, herpes zoster, nail unit disorder, perspiration, pruritus, rash, skin erythema, urticaria, xerosis.

*Urogenital System:* breast mass, cystitis, dysuria, menopausal symptoms, menstrual disorder, nocturia, urinary retention, vaginitis.

The following serious adverse events have been reported rarely (estimated <0.1%) in patients taking VIOXX, regardless of causality. Cases reported only in the post-marketing experience are indicated in italics.

*Cardiovascular:* cerebrovascular accident, congestive heart failure, deep venous thrombosis, myocardial infarction, pulmonary embolism, transient ischemic attack, unstable angina.

*Gastrointestinal:* cholecystitis, colitis, colonic malignant neoplasm, *duodenal perforation,* duodenal ulcer, *esophageal ulcer, gastric perforation, gastric ulcer,* gastrointestinal bleeding, *hepatitis,* intestinal obstruction, *jaundice,* pancreatitis.

*Hemic and lymphatic:* agranulocytosis, leukopenia, lymphoma, *thrombocytopenia.*

*Immune System:* anaphylactoid reaction, angioedema.

*Nervous System:* aseptic meningitis.

*Psychiatric: confusion, hallucinations.*

*Skin and Skin Appendages: severe skin reactions, including Stevens-Johnson syndrome.*

*Urogenital System: acute renal failure,* breast malignant neoplasm, *interstitial nephritis,* prostatic malignant neoplasm, urolithiasis, *worsening chronic renal failure.*

In 1-year controlled clinical trials and in extension studies for up to 86 weeks (approximately 800 patients treated with VIOXX for one year or longer), the adverse experience profile was qualitatively similar to that observed in studies of shorter duration.

11

MRK-I8940066584

*VIOXX® (rofecoxib tablets and oral suspension)*                                          9183806

*Analgesia, including primary dysmenorrhea*

Approximately one thousand patients were treated with VIOXX in analgesia studies. All patients in post-dental surgery pain studies received only a single dose of study medication. Patients in primary dysmenorrhea studies may have taken up to 3 daily doses of VIOXX, and those in the post-orthopedic surgery pain study were prescribed 5 daily doses of VIOXX.

The adverse experience profile in the analgesia studies was generally similar to those reported in the osteoarthritis studies. The following additional adverse experience, which occurred at an incidence of at least 2% of patients treated with VIOXX, was observed in the post-dental pain surgery studies: post-dental extraction alveolitis (dry socket).

In 110 patients treated with VIOXX (average age approximately 65 years) in the post-orthopedic surgery pain study, the most commonly reported adverse experiences were constipation, fever, and nausea.

## OVERDOSAGE

No overdoses of VIOXX were reported during clinical trials. Administration of single doses of VIOXX 1000 mg to 6 healthy volunteers and multiple doses of 250 mg/day for 14 days to 75 healthy volunteers did not result in serious toxicity.

In the event of overdose, it is reasonable to employ the usual supportive measures, e.g., remove unabsorbed material from the gastrointestinal tract, employ clinical monitoring, and institute supportive therapy, if required.

Rofecoxib is not removed by hemodialysis; it is not known whether rofecoxib is removed by peritoneal dialysis.

## DOSAGE AND ADMINISTRATION

VIOXX is administered orally. The lowest dose of VIOXX should be sought for each patient.

*Osteoarthritis*

The recommended starting dose of VIOXX is 12.5 mg once daily. Some patients may receive additional benefit by increasing the dose to 25 mg once daily. The maximum recommended daily dose is 25 mg.

*Management of Acute Pain and Treatment of Primary Dysmenorrhea*

The recommended initial dose of VIOXX is 50 mg once daily. Subsequent doses should be 50 mg once daily as needed. Use of VIOXX for more than 5 days in management of pain has not been studied (see CLINICAL STUDIES, *Analgesia, including dysmenorrhea*).

VIOXX tablets may be taken with or without food.

*Oral Suspension*

VIOXX Oral Suspension 12.5 mg/5 mL or 25 mg/5 mL may be substituted for VIOXX Tablets 12.5 or 25 mg, respectively, in any of the above indications. Shake before using.

## HOW SUPPLIED

No. 3810 — Tablets VIOXX, 12.5 mg, are cream/off-white, round, shallow cup tablets engraved MRK 74 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0074-31 unit of use bottles of 30
**NDC** 0006-0074-28 unit dose packages of 100
**NDC** 0006-0074-68 bottles of 100
**NDC** 0006-0074-82 bottles of 1000
**NDC** 0006-0074-80 bottles of 8000.

No. 3811 — Tablets VIOXX, 25 mg, are yellow, round, tablets engraved MRK 110 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0110-31 unit of use bottles of 30
**NDC** 0006-0110-28 unit dose packages of 100
**NDC** 0006-0110-68 bottles of 100
**NDC** 0006-0110-82 bottles of 1000
**NDC** 0006-0110-80 bottles of 8000.

No. 3818 — Tablets VIOXX, 50 mg, are orange, round, tablets engraved MRK 114 on one side and VIOXX on the other. They are supplied as follows:

**NDC** 0006-0114-31 unit of use bottles of 30

MRK-I8940066585

*VIOXX® (rofecoxib tablets and oral suspension)*                                    *9183806*

**NDC** 0006-0114-28 unit dose packages of 100
**NDC** 0006-0114-68 bottles of 100
**NDC** 0006-0114-74 bottles of 500
**NDC** 0006-0114-81 bottles of 4000.
No. 3784 — Oral Suspension VIOXX, 12.5 mg/5 mL is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
**NDC** 0006-3784-64 unit of use bottles containing 150 mL (12.5 mg/5 mL).
No. 3785 — Oral Suspension VIOXX, 25 mg/5 mL, is an opaque, white to faint yellow suspension with a strawberry flavor that is easily resuspended upon shaking.
**NDC** 0006-3785-64 unit of use bottles containing 150 mL (25 mg/5 mL).

*Storage*
*VIOXX Tablets:*
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]
*VIOXX Oral Suspension:*
Store at 25°C (77°F), excursions permitted to 15-30°C (59-86°F). [See USP Controlled Room Temperature.]

Rx only

Dist. by:
**MERCK & CO., INC.,** Whitehouse Station, NJ 08889, USA

Issued July 2000
Printed in USA

13

MRK-I8940066586

**Patient Information about**
## VIOXX® (rofecoxib tablets and oral suspension)
VIOXX® (pronounced "VI-ox")
for Osteoarthritis and Pain
Generic name: rofecoxib ("ro-fa-COX-ib")

You should read this information before you start taking VIOXX*. Also, read the leaflet each time you refill your prescription, in case any information has changed. This leaflet provides only a summary of certain information about VIOXX. Your doctor or pharmacist can give you an additional leaflet that is written for health professionals that contains more complete information. This leaflet does not take the place of careful discussions with your doctor. You and your doctor should discuss VIOXX when you start taking your medicine and at regular checkups.

**What is VIOXX?**

VIOXX is a nonsteroidal anti-inflammatory drug (NSAID) that is used to reduce pain and inflammation (swelling and soreness). VIOXX is available as a tablet or a liquid that you take by mouth.

VIOXX is a medicine for:
- relief of osteoarthritis (the arthritis caused by age-related "wear and tear" on bones and joints)
- management of acute pain in adults (like the short-term pain you can get after a dental or surgical operation)
- treatment of menstrual pain (pain during women's monthly periods).

**Who should not take VIOXX?**

Do not take VIOXX if you:
- have had an allergic reaction such as asthma attacks, hives, or swelling of the throat and face to aspirin or other NSAIDs (for example, ibuprofen and naproxen).
- have had an allergic reaction to rofecoxib, which is the active ingredient of VIOXX, or to any of its inactive ingredients. (See Inactive Ingredients at the end of this leaflet.)

**What should I tell my doctor before and during treatment with VIOXX?**

Tell your doctor if you are:
- pregnant or plan to become pregnant. VIOXX should not be used in late pregnancy because it may harm the fetus.
- breast-feeding or plan to breast-feed. It is not known whether VIOXX is passed through to human breast milk and what its effects could be on a nursing child.

Tell your doctor if you have:
- kidney disease
- liver disease
- heart failure
- high blood pressure
- had an allergic reaction to aspirin or other NSAIDs
- had a serious stomach problem in the past.

Tell your doctor about:
- any other medical problems or allergies you have now or have had.
- all medicines that you are taking or plan to take, even those you can get without a prescription.

Tell your doctor if you develop:
- ulcer or bleeding symptoms (for instance, stomach burning or black stools, which are signs of possible stomach bleeding).

---

* Registered trademark of MERCK & CO., INC.
COPYRIGHT © MERCK & CO., INC., 1998
All rights reserved.

MRK-I8940066587

9183902

- unexplained weight gain or swelling of the feet and/or legs.
- skin rash or allergic reactions. If you have a severe allergic reaction, get medical help right away.

**How should I take VIOXX?**

VIOXX should be taken once a day. Your doctor will decide what dose of VIOXX you should take and how long you should take it. You may take VIOXX with or without food.

**Can I take VIOXX with other medicines?**

Tell your doctor about all of the other medicines you are taking or plan to take while you are on VIOXX, even other medicines that you can get without a prescription. Your doctor may want to check that your medicines are working properly together if you are taking other medicines such as:
- methotrexate (a medicine used to suppress the immune system)
- warfarin (a blood thinner)
- rifampin (an antibiotic)
- ACE inhibitors (medicines used for high blood pressure and heart failure)
- lithium (a medicine used to treat a certain type of depression).

**What are the possible side effects of VIOXX?**

Serious but rare side effects that have been reported in patients taking VIOXX and/or related medicines have included:

- Serious stomach problems, such as stomach and intestinal bleeding, can occur with or without warning symptoms. These problems, if severe, could lead to hospitalization or death. Although this happens rarely, you should watch for signs that you may have this serious side effect and tell your doctor right away.

- Serious allergic reactions including swelling of the face, lips, tongue, and/or throat which may cause difficulty breathing or swallowing occur rarely but may require treatment right away. Severe skin reactions have also been reported.

- Serious kidney problems occur rarely, including acute kidney failure and worsening of chronic kidney failure.

- Severe liver problems, including hepatitis and jaundice, occur rarely in patients taking NSAIDs, including VIOXX. Tell your doctor if you develop symptoms of liver problems. These include nausea, tiredness, itching, tenderness in the right upper abdomen, and flu-like symptoms.

In addition, the following side effects have been reported: confusion, hair loss, hallucinations, low blood cell counts, unusual headache with stiff neck (aseptic meningitis).

More common, but less serious side effects reported with VIOXX have included the following:

Upper and/or lower respiratory infection and/or inflammation
Headache
Dizziness
Diarrhea
Nausea and/or vomiting
Heartburn, stomach pain and upset
Swelling of the legs and/or feet
High blood pressure
Back pain
Tiredness
Urinary tract infection.

2

MRK-I8940066588

9183902

These side effects were reported in at least 2% of osteoarthritis patients receiving daily doses of VIOXX 12.5 mg to 25 mg in clinical studies.

The side effects described above do not include all of the side effects reported with VIOXX. Do not rely on this leaflet alone for information about side effects. Your doctor or pharmacist can discuss with you a more complete list of side effects. Any time you have a medical problem you think may be related to VIOXX, talk to your doctor.

### What else can I do to help manage my osteoarthritis pain?

Talk to your doctor about:
- Exercise
- Controlling your weight
- Hot and cold treatments
- Using support devices.

### What else should I know about VIOXX?

This leaflet provides a summary of certain information about VIOXX. If you have any questions or concerns about VIOXX, osteoarthritis or pain, talk to your health professional. Your pharmacist can give you an additional leaflet that is written for health professionals.

Do not share VIOXX with anyone else; it was prescribed only for you. It should be taken only for the condition for which it was prescribed.

Keep VIOXX and all medicines out of the reach of children.

Inactive Ingredients:

Oral suspension: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol solution, strawberry flavor, xanthan gum, sodium methylparaben, sodium propylparaben.

Tablets: croscarmellose sodium, hydroxypropyl cellulose, lactose, magnesium stearate, microcrystalline cellulose, and yellow ferric oxide.

Issued July 2000

MERCK & CO., INC.
Whitehouse Station, NJ 08889, USA

3

MRK-I8940066589

**APPENDIX 2**

Celebrex® (celecoxib) Package Circular

MRK-I8940066590

**Pharmacokinetics:**

*Absorption*
Peak plasma levels of celecoxib occur approximately 3 hrs after an oral dose. Under fasting conditions, both peak plasma levels (Cmax) and area under the curve (AUC) are roughly dose proportional up to 200 mg BID; at higher doses there are less than proportional increases in Cmax and AUC (see Food Effects). Absolute bioavailability studies have not been conducted. With multiple dosing, steady state conditions are reached on or before day 5.

The pharmacokinetic parameters of celecoxib in a group of healthy subjects are shown in Table 1.

Table 1: Summary of Single Dose (200 mg) Disposition Kinetics of Celecoxib in Healthy Subjects[1]

| Mean (%CV) PK Parameter Values | | | | |
|---|---|---|---|---|
| Cmax, ng/mL | Tmax, hr | Effective t1/2, hr | Vss/F, L | CL/F, L/hr |
| 705 (38) | 2.8 (37) | 11.2 (31) | 429 (34) | 27.7 (28) |

[1] Subjects under fasting conditions (n=36, 19-52 yrs.)

*Food Effects*
When CELEBREX capsules were taken with a high fat meal, peak plasma levels were delayed for about 1 to 2 hours with an increase in total absorption (AUC) of 10% to 20%. Under fasting conditions, at doses above 200 mg, there is less than a proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. Coadministration of CELEBREX with an aluminum- and magnesium-containing antacid resulted in a reduction in plasma celecoxib concentrations with a decrease of 37% in Cmax and 10% in AUC. CELEBREX, at doses up to 200 mg BID can be administered without regard to timing of meals. Higher doses (400 mg BID) should be administered with food.

*Distribution*
In healthy subjects, celecoxib is highly protein bound (~97%) within the clinical dose range. *In vitro* studies indicate that celecoxib binds primarily to albumin and, to a lesser extent, $\alpha_1$-acid glycoprotein. The apparent volume of distribution at steady state ($V_{ss}$/F) is approximately 400 L, suggesting extensive distribution into the tissues. Celecoxib is not preferentially bound to red blood cells.

*Metabolism*
Celecoxib metabolism is primarily mediated via cytochrome P450 2C9. Three metabolites, a primary alcohol, the corresponding carboxylic acid and its glucuronide conjugate, have been identified in human plasma. These metabolites are inactive as COX-1 or COX-2 inhibitors. Patients who are known or suspected to be P450 2C9 poor metabolizers based on a previous history should be administered celecoxib with caution as they may have abnormally high plasma levels due to reduced metabolic clearance.

2

MRK-I8940066591

*Excretion*

Celecoxib is eliminated predominantly by hepatic metabolism with little (<3%) unchanged drug recovered in the urine and feces. Following a single oral dose of radiolabeled drug, approximately 57% of the dose was excreted in the feces and 27% was excreted into the urine. The primary metabolite in both urine and feces was the carboxylic acid metabolite (73% of dose) with low amounts of the glucuronide also appearing in the urine. It appears that the low solubility of the drug prolongs the absorption process making terminal half-life ($t_{1/2}$) determinations more variable. The effective half-life is approximately 11 hours under fasted conditions. The apparent plasma clearance (CL/F) is about 500 mL/min.

**Special Populations**

*Geriatric*: At steady state, elderly subjects (over 65 years old) had a 40% higher Cmax and a 50% higher AUC compared to the young subjects. In elderly females, celecoxib Cmax and AUC are higher than those for elderly males, but these increases are predominantly due to lower body weight in elderly females. Dose adjustment in the elderly is not generally necessary. However, for patients of less than 50 kg in body weight, initiate therapy at the lowest recommended dose.

*Pediatric*: CELEBREX capsules have not been investigated in pediatric patients below 18 years of age.

*Race*: Meta-analysis of pharmacokinetic studies has suggested an approximately 40% higher AUC of celecoxib in Blacks compared to Caucasians. The cause and clinical significance of this finding is unknown.

*Hepatic Insufficiency*: A pharmacokinetic study in subjects with mild (Child-Pugh Class I) and moderate (Child-Pugh Class II) hepatic impairment has shown that steady-state celecoxib AUC is increased about 40% and 180%, respectively, above that seen in healthy control subjects. Therefore, the daily recommended dose of CELEBREX capsules should be reduced by approximately 50% in patients with moderate (Child-Pugh Class II) hepatic impairment. Patients with severe hepatic impairment have not been studied. The use of CELEBREX in patients with severe hepatic impairment is not recommended.

*Renal Insufficiency*: In a cross-study comparison, celecoxib AUC was approximately 40% lower in patients with chronic renal insufficiency (GFR 35-60 mL/min) than that seen in subjects with normal renal function. No significant relationship was found between GFR and celecoxib clearance. Patients with severe renal insufficiency have not been studied.

**Drug Interactions**

Also see **PRECAUTIONS – Drug Interactions.**

3

MRK-I8940066592

*General:* Significant interactions may occur when celecoxib is administered together with drugs that inhibit P450 2C9. *In vitro* studies indicate that celecoxib is not an inhibitor of cytochrome P450 2C9, 2C19 or 3A4.

Clinical studies with celecoxib have identified potentially significant interactions with fluconazole and lithium. Experience with nonsteroidal anti-inflammatory drugs (NSAIDs) suggests the potential for interactions with furosemide and ACE inhibitors. The effects of celecoxib on the pharmacokinetics and/or pharmacodynamics of glyburide, ketoconazole, methotrexate, phenytoin, tolbutamide have been studied *in vivo* and clinically important interactions have not been found.

## CLINICAL STUDIES

**Osteoarthritis (OA):** CELEBREX has demonstrated significant reduction in joint pain compared to placebo. CELEBREX was evaluated for treatment of the signs and the symptoms of OA of the knee and hip in approximately 4,200 patients in placebo- and active-controlled clinical trials of up to 12 weeks duration. In patients with OA, treatment with CELEBREX 100 mg BID or 200 mg QD resulted in improvement in WOMAC (Western Ontario and McMaster Universities) osteoarthritis index, a composite of pain, stiffness, and functional measures in OA. In three 12-week studies of pain accompanying OA flare, CELEBREX doses of 100mg BID and 200mg BID provided significant reduction of pain within 24-48 hours of initiation of dosing. At doses of 100 mg BID or 200 mg BID the effectiveness of CELEBREX was shown to be similar to that of naproxen 500 mg BID. Doses of 200 mg BID provided no additional benefit above that seen with 100 mg BID. A total daily dose of 200 mg has been shown to be equally effective whether administered as 100 mg BID or 200 mg QD.

**Rheumatoid Arthritis (RA):** CELEBREX has demonstrated significant reduction in joint tenderness/pain and joint swelling compared to placebo. CELEBREX was evaluated for treatment of the signs and symptoms of RA in approximately 2,100 patients in placebo- and active-controlled clinical trials of up to 24 weeks in duration. CELEBREX was shown to be superior to placebo in these studies, using the ACR20 Responder Index, a composite of clinical, laboratory, and functional measures in RA. CELEBREX doses of 100 mg BID and 200 mg BID were similar in effectiveness and both were comparable to naproxen 500 mg BID.

Although CELEBREX 100 mg BID and 200 mg BID provided similar overall effectiveness, some patients derived additional benefit from the 200 mg BID dose. Doses of 400 mg BID provided no additional benefit above that seen with 100-200 mg BID.

4

MRK-I8940066593

that included ibuprofen 800 mg TID, CELEBREX was associated with a statistically significantly lower incidence of endoscopic ulcers over the study period. Two studies compared CELEBREX with diclofenac 75 mg BID; one study revealed a statistically significantly higher prevalence of endoscopic ulcers in the diclofenac group at the study endpoint (6 months on treatment), and one study revealed no statistically significant difference between cumulative endoscopic ulcer incidence rates in the diclofenac and CELEBREX groups after 1, 2, and 3 months of treatment. There was no consistent relationship between the incidence of gastroduodenal ulcers and the dose of CELEBREX over the range studied.

Figure 2 and Table 2 summarize the incidence of endoscopic ulcers in two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers.



**Figure 2**
**Incidence of Endoscopically Observed Gastroduodenal Ulcers after Twelve Weeks of Treatment**

ND = Not Done

\* Significantly different from all other treatments; p<0.05.

Celebrex 100 mg BID and 200 mg QD, BID are the recommended doses.
These studies were not powered to compare the endoscopic ulcer rates of Celebrex vs. placebo.

Study 1:  placebo ulcer rate = 2.3%
Study 2:  placebo ulcer rate = 2.0%

**Table 2**
**Incidence of Gastroduodenal Ulcers from Endoscopic Studies in OA and RA Patients**

|  | 3 Month Studies | |
|---|---|---|
|  | Study 1 (n = 1108) | Study 2 (n= 1049) |
| Placebo | 2.3% (5/217) | 2.0% (4/200) |
| Celebrex 50 mg BID | 3.4% (8/233) | — |
| Celebrex 100 mg BID | 3.1% (7/227) | 4.0% (9/223) |
| Celebrex 200 mg BID | 5.9% (13/221) | 2.7% (6/219) |

6

MRK-I8940066594

| | | |
|---|---|---|
| Celebrex 400 mg BID | --- | 4.1% (8/197) |
| Naproxen 500 mg BID | 16.2% (34/210)* | 17.6% (37/210)* |

* p < 0.05 vs all other treatments

Figure 3 and Table 3 summarize data from two 12-week studies that enrolled patients in whom baseline endoscopies revealed no ulcers. Patients underwent interval endoscopies every 4 weeks to give information on ulcer risk over time.

**Figure 3**
**Cumulative Incidence of Gastroduodenal Ulcers Based on 4 Serial Endoscopies over 12 Weeks**



C = Celecoxib 200 mg BID          D = Diclofenac 75 mg BID
N = Naproxen 500 mg BID          I = Ibuprofen 800 mg TID

**Table 3**
**Incidence of Gastroduodenal Ulcers from 3-Month Serial Endoscopy Studies in OA and RA Patients**

| | Week 4 | Week 8 | Week 12 | Final | |
|---|---|---|---|---|---|
| **Study 3 (n=523)** | | | | | |
| **Celebrex 200 mg BID** | 4.0% (10/252)* | | 2.2% (5/227)* | 1.5% (3/196)* | |
| **7.5% (20/266)*** | | | | | |
| Naproxen 500 mg BID | 19.0% (47/247) | 14.2% (26/182) | 9.9% ( 14/141) | | 34.6% |
| (89/257) | | | | | |
| | | | | | |
| **Study 4 (n=1062)** | | | | | |
| **Celebrex 200 mg BID** | 3.9% (13/337)* | | 2.4% (7/296)* | 1.8%(5/274)* | 7.0% |
| (25/356)* | | | | | |

7

MRK-I8940066595

| | | | | | |
|---|---|---|---|---|---|
| Diclofenac 75 mg BID | 5.1% (18/350) | 3.3% (10/306) | | 2.9%(8/278) | 9.7% (36/372) |
| Ibuprofen 800 mg TID (78/334) | 13.0% (42/323) | | 6.2% (15/241) | 9.6% (21/219) | 23.3% |

*p• 0.05 Celebrex vs. naproxen based on interval and cumulative analyses
• p• 0.05 Celebrex vs. ibuprofen based on interval and cumulative analyses

One randomized and double-blinded 6-month study in 430 RA patients was conducted in which an endoscopic examination was performed at 6 months. The results are shown in Figure 4 ..

## Figure 4



Prevalence of Endoscopically Observed Gastroduodenal Ulcers after
Six Months of Treatment in Patients with Rheumatoid Arthritis

\* Significantly different from Celebrex; p<0.001

The correlation between findings of endoscopic studies, and the relative incidence of clinically serious upper GI events that may be observed with different products, has not been fully established. Serious clinically significant upper GI bleeding has been observed in patients receiving CELEBREX in controlled and open-labeled trials, albeit infrequently (see WARNINGS-Gastrointestinal [GI] Effects). Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking CELEBREX vs. comparator NSAID products have not been performed.

*Use with Aspirin:* Approximately 11% of patients (440/4,000) enrolled in 4 of the 5 endoscopic studies were taking aspirin (≤ 325 mg/day). In the CELEBREX groups, the endoscopic ulcer rate appeared to be higher in aspirin users than in non-users. However, the increased rate of ulcers in these aspirin users was less than the endoscopic ulcer rates observed in the active comparator groups, with or without aspirin.

8

MRK-I8940066596

***Platelets:*** In clinical trials, CELEBREX at single doses up to 800 mg and multiple doses of 600 mg BID for up to 7 days duration (higher than recommended therapeutic doses) had no effect on platelet aggregation and bleeding time. Comparators (naproxen 500 mg BID, ibuprofen 800 mg TID, diclofenac 75 mg BID) significantly reduced platelet aggregation and prolonged bleeding time.

## INDICATIONS AND USAGE

CELEBREX is indicated:

1) For relief of the signs and symptoms of osteoarthritis.

2) For relief of the signs and symptoms of rheumatoid arthritis in adults.

3) To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP), as an adjunct to usual care (e.g., endoscopic surveillance , surgery). It is not known whether there is a clinical benefit from a reduction in the number of colorectal polyps in FAP patients . It is also not known whether the effects of CELEBREX treatment will persist after CELEBREX is discontinued. The efficacy and safety of CELEBREX treatment in patients with FAP beyond six months have not been studied (See CLINICAL STUDIES, WARNINGS and PRECAUTIONS sections).

## CONTRAINDICATIONS

CELEBREX is contraindicated in patients with known hypersensitivity to celecoxib.

CELEBREX should not be given to patients who have demonstrated allergic-type reactions to sulfonamides.

CELEBREX should not be given to patients who have experienced asthma, urticaria, or allergic-type reactions after taking aspirin or other NSAIDs. Severe, rarely fatal, anaphylactic-like reactions to NSAIDs have been reported in such patients (see WARNINGS - Anaphylactoid Reactions, and PRECAUTIONS - Preexisting Asthma).

## WARNINGS

**Gastrointestinal (GI) Effects- Risk of GI Ulceration, Bleeding, and Perforation:**
Serious gastrointestinal toxicity such as bleeding, ulceration, and perforation of the stomach, small intestine or large intestine, can occur at any time, with or without warning symptoms, in patients treated with nonsteroidal anti-inflammatory drugs (NSAIDs). Minor upper

9

gastrointestinal problems, such as dyspepsia, are common and may also occur at any time during NSAID therapy. Therefore, physicians and patients should remain alert for ulceration and bleeding, even in the absence of previous GI tract symptoms. Patients should be informed about the signs and/or symptoms of serious GI toxicity and the steps to take if they occur. The utility of periodic laboratory monitoring has not been demonstrated, nor has it been adequately assessed. Only one in five patients who develop a serious upper GI adverse event on NSAID therapy is symptomatic. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately 1% of patients treated for 3-6 months, and in about 2-4% of patients treated for one year. These trends continue thus, increasing the likelihood of developing a serious GI event at some time during the course of therapy. However, even short-term therapy is not without risk.

It is unclear, at the present time, how the above rates apply to CELEBREX (see CLINICAL STUDIES-Special Studies). Among 5,285 patients who received CELEBREX in controlled clinical trials of 1 to 6 months duration (most were 3 month studies) at a daily dose of 200 mg or more, 2 (0.04%) experienced significant upper GI bleeding, at 14 and 22 days after initiation of dosing. Approximately 40% of these 5,285 patients were in studies that required them to be free of ulcers by endoscopy at study entry. Thus it is unclear if this study population is representative of the general population. Prospective, long-term studies required to compare the incidence of serious, clinically significant upper GI adverse events in patients taking CELEBREX vs. comparator NSAID products have not been performed.

NSAIDs should be prescribed with extreme caution in patients with a prior history of ulcer disease or gastrointestinal bleeding. Most spontaneous reports of fatal GI events are in elderly or debilitated patients and therefore special care should be taken in treating this population. **To minimize the potential risk for an adverse GI event, the lowest effective dose should be used for the shortest possible duration.** For high risk patients, alternate therapies that do not involve NSAIDs should be considered.

Studies have shown that patients with a *prior history of peptic ulcer disease and/or gastrointestinal bleeding* and who use NSAIDs, have a greater than 10-fold higher risk for developing a GI bleed than patients with neither of these risk factors. In addition to a past history of ulcer disease, pharmacoepidemiological studies have identified several other co-therapies or co-morbid conditions that may increase the risk for GI bleeding such as: treatment with oral corticosteroids, treatment with anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, older age, and poor general health status.

**Anaphylactoid Reactions**
As with NSAIDs in general, anaphylactoid reactions have occurred in patients without known prior exposure to CELEBREX. In post-marketing experience, rare cases of anaphylactic reactions and angioedema have been reported in patients receiving

10

MRK-I8940066598

CELEBREX.  CELEBREX should not be given to patients with the aspirin triad.  This symptom complex typically occurs in asthmatic patients who experience rhinitis with or without nasal polyps, or who exhibit severe, potentially fatal bronchospasm after taking aspirin or other NSAIDs (see  CONTRAINDICATIONS and PRECAUTIONS - Preexisting Asthma).  Emergency help should be sought in cases where an anaphylactoid reaction occurs.

**Advanced Renal Disease**
No information is available regarding the use of CELEBREX in patients with advanced kidney disease.  Therefore, treatment with CELEBREX is not recommended in these patients.  If CELEBREX therapy must be initiated, close monitoring of the patient's kidney function is advisable (see PRECAUTIONS - Renal Effects).

**Pregnancy**
In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus.

**Familial Adenomatous Polyposis (FAP):  Treatment with CELEBREX in FAP has not been shown to reduce the risk of gastrointestinal cancer or the need for prophylactic colectomy or other FAP-related surgeries.  Therefore, the usual care of FAP patients should not be altered because of the concurrent administration of CELEBREX.  In particular, the frequency of routine endoscopic surveillance should not be decreased and prophylactic colectomy or other FAP-related surgeries should not be delayed.**

## PRECAUTIONS

**General:**  CELEBREX cannot be expected to substitute for corticosteroids or to treat corticosteroid insufficiency.  Abrupt discontinuation of corticosteroids may lead to exacerbation of corticosteroid-responsive illness.  Patients on prolonged corticosteroid therapy should have their therapy tapered slowly if a decision is made to discontinue corticosteroids.

The pharmacological activity of CELEBREX in reducing inflammation, and possibly fever, may diminish the utility of these diagnostic signs in detecting infectious complications of presumed noninfectious, painful conditions.

**Hepatic Effects:**  Borderline elevations of one or more liver tests may occur in up to 15% of patients taking NSAIDs, and notable elevations of ALT or AST (approximately three or more times the upper limit of normal) have been reported in approximately 1% of patients in clinical trials with NSAIDs.  These laboratory abnormalities may progress, may remain unchanged, or may be transient with continuing therapy.  Rare cases of severe hepatic

11

reactions, including jaundice and fatal fulminant hepatitis, liver necrosis and hepatic failure (some with fatal outcome) have been reported with NSAIDs, including CELEBREX. (See ADVERSE REACTIONS – post-marketing experience.) In controlled clinical trials of CELEBREX, the incidence of borderline elevations of liver tests was 6% for CELEBREX and 5% for placebo, and approximately 0.2% of patients taking CELEBREX and 0.3% of patients taking placebo had notable elevations of ALT and AST.

A patient with symptoms and/or signs suggesting liver dysfunction, or in whom an abnormal liver test has occurred, should be monitored carefully for evidence of the development of a more severe hepatic reaction while on therapy with CELEBREX. If clinical signs and symptoms consistent with liver disease develop, or if systemic manifestations occur (e.g., eosinophilia, rash, etc.), CELEBREX should be discontinued.

**Renal Effects:** Long-term administration of NSAIDs has resulted in renal papillary necrosis and other renal injury. Renal toxicity has also been seen in patients in whom renal prostaglandins have a compensatory role in the maintenance of renal perfusion. In these patients, administration of a nonsteroidal anti-inflammatory drug may cause a dose-dependent reduction in prostaglandin formation and, secondarily, in renal blood flow, which may precipitate overt renal decompensation. Patients at greatest risk of this reaction are those with impaired renal function, heart failure, liver dysfunction, those taking diuretics and ACE inhibitors, and the elderly. Discontinuation of NSAID therapy is usually followed by recovery to the pretreatment state. Clinical trials with CELEBREX have shown renal effects similar to those observed with comparator NSAIDs.

Caution should be used when initiating treatment with CELEBREX in patients with considerable dehydration. It is advisable to rehydrate patients first and then start therapy with CELEBREX. Caution is also recommended in patients with pre-existing kidney disease (see WARNINGS-Advanced Renal Disease).

**Hematological Effects:** Anemia is sometimes seen in patients receiving CELEBREX. In controlled clinical trials the incidence of anemia was 0.6% with CELEBREX and 0.4% with placebo. Patients on long-term treatment with CELEBREX should have their hemoglobin or hematocrit checked if they exhibit any signs or symptoms of anemia or blood loss. CELEBREX does not generally affect platelet counts, prothrombin time (PT), or partial thromboplastin time (PTT), and does not appear to inhibit platelet aggregation at indicated dosages (See CLINICAL STUDIES-Special Studies-Platelets).

**Fluid Retention and Edema:** Fluid retention and edema have been observed in some patients taking CELEBREX (see ADVERSE REACTIONS). Therefore, CELEBREX should be used with caution in patients with fluid retention, hypertension, or heart failure.

**Preexisting Asthma:** Patients with asthma may have aspirin-sensitive asthma. The use of aspirin in patients with aspirin-sensitive asthma has been associated with severe

12

bronchospasm which can be fatal.  Since cross reactivity, including bronchospasm, between aspirin and other nonsteroidal anti-inflammatory drugs has been reported in such aspirin-sensitive patients, CELEBREX should not be administered to patients with this form of aspirin sensitivity and should be used with caution in patients with preexisting asthma.

**Information for Patients:** CELEBREX can cause discomfort and, rarely, more serious side effects, such as gastrointestinal bleeding, which may result in hospitalization and even fatal outcomes.  Although serious GI tract ulcerations and bleeding can occur without warning symptoms, patients should be alert for the signs and symptoms of ulcerations and bleeding, and should ask for medical advice when observing any indicative signs or symptoms.  Patients should be apprised of the importance of this follow-up (see WARNINGS, Risk of Gastrointestinal Ulceration, Bleeding and Perforation).

Patients should promptly report signs or symptoms of gastrointestinal ulceration or bleeding, skin rash, unexplained weight gain, or edema to their physicians.

Patients should be informed of the warning signs and symptoms of hepatotoxicity (e.g., nausea, fatigue, lethargy, pruritus, jaundice, right upper quadrant tenderness, and "flu-like" symptoms).  If these occur, patients should be instructed to stop therapy and seek immediate medical therapy.

Patients should also be instructed to seek immediate emergency help in the case of an anaphylactoid reaction (see WARNINGS).

In late pregnancy CELEBREX should be avoided because it may cause premature closure of the ductus arteriosus.

Patients with familial adenomatous polyposis (FAP) should be informed that CELEBREX has not been shown to reduce colo-rectal, duodenal or other FAP-related cancers, or the need for endoscopic surveillance, prophylactic or other FAP-related surgery.  Therefore, all patients with FAP should be instructed to continue their usual care while receiving CELEBREX.

**Laboratory Tests:**  Because serious GI tract ulcerations and bleeding can occur without warning symptoms,  physicians should monitor for signs or symptoms of GI bleeding.

During the controlled clinical trials, there was an increased incidence of hyperchloremia in patients receiving celecoxib compared with patients on placebo.  Other laboratory abnormalities that occurred more frequently in the patients receiving celecoxib included hypophosphatemia, and elevated BUN.  These laboratory abnormalities were also seen in patients who received comparator NSAIDs in these studies. The clinical significance of these abnormalities has not been established.

13

MRK-I8940066601

## Drug Interactions

*General:* Celecoxib metabolism is predominantly mediated via cytochrome P450 2C9 in the liver. Co-administration of celecoxib with drugs that are known to inhibit 2C9 should be done with caution.

*In vitro* studies indicate that celecoxib, although not a substrate, is an inhibitor of cytochrome P450 2D6. Therefore, there is a potential for an *in vivo* drug interaction with drugs that are metabolized by P450 2D6.

*ACE-inhibitors:* Reports suggest that NSAIDs may diminish the antihypertensive effect of Angiotensin Converting Enzyme (ACE) inhibitors. This interaction should be given consideration in patients taking CELEBREX concomitantly with ACE-inhibitors.

*Furosemide:* Clinical studies, as well as post marketing observations, have shown that NSAIDs can reduce the natriuretic effect of furosemide and thiazides in some patients. This response has been attributed to inhibition of renal prostaglandin synthesis.

*Aspirin:* CELEBREX can be used with low dose aspirin. However, concomitant administration of aspirin with CELEBREX may result in an increased rate of GI ulceration or other complications, compared to use of CELEBREX alone (see CLINICAL STUDIES - Special Studies - Gastrointestinal). Because of its lack of platelet effects, CELEBREX is not a substitute for aspirin for cardiovascular prophylaxis.

*Fluconazole:* Concomitant administration of fluconazole at 200 mg QD resulted in a two-fold increase in celecoxib plasma concentration. This increase is due to the inhibition of celecoxib metabolism via P450 2C9 by fluconazole (see Pharmacokinetics - Metabolism). CELEBREX should be introduced at the lowest recommended dose in patients receiving fluconazole.

*Lithium:* In a study conducted in healthy subjects, mean steady-state lithium plasma levels increased approximately 17% in subjects receiving lithium 450 mg BID with CELEBREX 200 mg BID as compared to subjects receiving lithium alone. Patients on lithium treatment should be closely monitored when CELEBREX is introduced or withdrawn.

*Methotrexate:* In an interaction study of rheumatoid arthritis patients taking methotrexate, CELEBREX did not have a significant effect on the pharmacokinetics of methotrexate.

14

*Warfarin:* Anticoagulant activity should be monitored, particularly in the first few days after initiating or changing CELEBREX therapy in patients receiving warfarin or similar agents, since these patients are at an increased risk of bleeding complications. The effect of celecoxib on the anti-coagulant effect of warfarin was studied in a group of healthy subjects receiving daily doses of 2-5 mg of warfarin. In these subjects, celecoxib did not alter the anticoagulant effect of warfarin as determined by prothrombin time. However, in post-marketing experience, bleeding events have been reported, predominantly in the elderly, in association with increases in prothrombin time in patients receiving CELEBREX concurrently with warfarin.

**Carcinogenesis, mutagenesis, impairment of fertility:** Celecoxib was not carcinogenic in rats given oral doses up to 200 mg/kg for males and 10 mg/kg for females (approximately 2- to 4-fold the human exposure as measured by the $AUC_{0-24}$ at 200 mg BID) or in mice given oral doses up to 25 mg/kg for males and 50 mg/kg for females (approximately equal to human exposure as measured by the $AUC_{0-24}$ at 200 mg BID) for two years.

Celecoxib was not mutagenic in an Ames test and a mutation assay in Chinese hamster ovary (CHO) cells, nor clastogenic in a chromosome aberration assay in CHO cells and an *in vivo* micronucleus test in rat bone marrow.

Celecoxib did not impair male and female fertility in rats at oral doses up to 600 mg/kg/day (approximately 11-fold human exposure at 200 mg BID based on the $AUC_{0-24}$.

**Pregnancy**
*Teratogenic effects:* Pregnancy Category C. Celecoxib was not teratogenic in rabbits up to an oral dose of 60 mg/kg/day (equal to human exposure at 200 mg BID as measured by $AUC_{0-24}$); however, at oral doses • 150 mg/kg/day (approximately 2-fold human exposure at 200 mg BID as measured by $AUC_{0-24}$), an increased incidence of fetal alterations, such as ribs fused, sternebrae fused and sternebrae misshapen, was observed. A dose-dependent increase in diaphragmatic hernias was observed in one of two rat studies at oral doses • 30 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID). There are no studies in pregnant women. CELEBREX should be used during pregnancy only if the potential benefit justifies the potential risk to the fetus.

*Nonteratogenic effects:* Celecoxib produced pre-implantation and post-implantation losses and reduced embryo/fetal survival in rats at oral dosages • 50 mg/kg/day (approximately 6-fold human exposure based on the $AUC_{0-24}$ at 200 mg BID). These changes are expected with inhibition of prostaglandin synthesis and are not the result of permanent alteration of female reproductive function, nor are they expected at clinical exposures. No studies have been conducted to evaluate the effect of celecoxib on the closure of the ductus arteriosus in humans. Therefore, use of CELEBREX during the third trimester of pregnancy should be avoided.

15

MRK-I8940066603

**Labor and delivery:** Celecoxib produced no evidence of delayed labor or parturition at oral doses up to 100 mg/kg in rats (approximately 7-fold human exposure as measured by the $AUC_{0-24}$ at 200 mg BID). The effects of CELEBREX on labor and delivery in pregnant women are unknown.

**Nursing mothers:** Celecoxib is excreted in the milk of lactating rats at concentrations similar to those in plasma. It is not known whether this drug is excreted in human milk. Because many drugs are excreted in human milk and because of the potential for serious adverse reactions in nursing infants from CELEBREX, a decision should be made whether to discontinue nursing or to discontinue the drug, taking into account the importance of the drug to the mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients below the age of 18 years have not been evaluated.

**Geriatric Use**
Of the total number of patients who received CELEBREX in clinical trials, more than 2,100 were 65-74 years of age, while approximately 800 additional patients were 75 years and over. While the incidence of adverse experiences tended to be higher in elderly patients, no substantial differences in safety and effectiveness were observed between these subjects and younger subjects. Other reported clinical experience has not identified differences in response between the elderly and younger patients, but greater sensitivity of some older individuals cannot be ruled out.

In clinical studies comparing renal function as measured by the GFR, BUN and creatinine, and platelet function as measured by bleeding time and platelet aggregation, the results were not different between elderly and young volunteers.

## ADVERSE REACTIONS

Of the CELEBREX treated patients in controlled trials, approximately 4,250 were patients with OA, approximately 2,100 were patients with RA, and approximately 1,050 were patients with post-surgical pain. More than 8,500 patients have received a total daily dose of CELEBREX of 200 mg (100 mg BID or 200 mg QD) or more, including more than 400 treated at 800 mg (400 mg BID). Approximately 3,900 patients have received CELEBREX at these doses for 6 months or more; approximately 2,300 of these have received it for 1 year or more and 124 of these have received it for 2 years or more.

16

**Adverse events from controlled arthritis trials:** Table 4 lists all adverse events, regardless of causality, occurring in ≥2% of patients receiving CELEBREX from 12 controlled studies conducted in patients with OA or RA that included a placebo and/or a positive control group.

Table 4
Adverse Events Occurring in ≥2% Of Celebrex Patients From Controlled
Arthritis Trials

| | Celebrex (100-200 mg BID or 200 mg QD) (N=4146) | Placebo (N=1864) | Naproxen 500 mg BID (N=1366) | Ibuprofen 800 mg TID (N=387) | 75 mg BID (N=345) | Diclo |
|---|---|---|---|---|---|---|
| **Gastrointestinal** | | | | | | |
| Abdominal pain | 4.1% | 2.8% | 7.7% | 9.0% | 9.0% | |
| Diarrhea | 5.6% | 3.8% | 5.3% | 9.3% | 5.8% | |
| Dyspepsia | 8.8% | 6.2% | 12.2% | 10.9% | 12.8% | |
| Flatulence | 2.2% | 1.0% | 3.6% | 4.1% | 3.5% | |
| Nausea | 3.5% | 4.2% | 6.0% | 3.4% | 6.7% | |
| **Body as a whole** | | | | | | |
| Back Pain | 2.8% | 3.6% | 2.2% | 2.6% | 0.9% | |
| Peripheral edema | 2.1% | 1.1% | 2.1% | 1.0% | 3.5% | |
| Injury-accidental | 2.9% | 2.3% | 3.0% | 2.6% | 3.2% | |
| **Central and peripheral nervous system** | | | | | | |
| Dizziness | 2.0% | 1.7% | 2.6% | 1.3% | 2.3% | |
| Headache | 15.8% | 20.2% | 14.5% | 15.5% | 15.4% | |
| **Psychiatric** | | | | | | |
| Insomnia | 2.3% | 2.3% | 2.9% | 1.3% | 1.4% | |
| **Respiratory** | | | | | | |
| Pharyngitis | 2.3% | 1.1% | 1.7% | 1.6% | 2.6% | |
| Rhinitis | 2.0% | 1.3% | 2.4% | 2.3% | 0.6% | |
| Sinusitis | 5.0% | 4.3% | 4.0% | 5.4% | 5.8% | |
| Upper respiratory tract infection | 8.1% | 6.7% | 9.9% | 9.8% | 9.9% | |
| **Skin** | | | | | | |
| Rash | 2.2% | 2.1% | 2.1% | 1.3% | 1.2% | |

In placebo- or active-controlled clinical trials, the discontinuation rate due to adverse events was 7.1% for patients receiving CELEBREX and 6.1% for patients receiving placebo. Among the most common reasons for discontinuation due to adverse events in the CELEBREX treatment groups were dyspepsia and abdominal pain (cited as reasons for discontinuation in 0.8% and 0.7% of CELEBREX patients, respectively). Among patients receiving placebo, 0.6% discontinued due to dyspepsia and 0.6% withdrew due to abdominal pain.

The following adverse events occurred in 0.1 - 1.9% of patients regardless of causality.

17

MRK-I8940066605

**Celebrex**
**(100 - 200 mg BID or 200 mg QD)**

| | |
|---|---|
| **Gastrointestinal:** | Constipation, diverticulitis, dysphagia, eructation, esophagitis, gastritis, gastroenteritis, gastroesophageal reflux, hemorrhoids, hiatal hernia, melena, dry mouth, stomatitis, tenesmus, vomiting |
| tooth disorder, | |
| **Cardiovascular:** | Aggravated hypertension,  angina pectoris, coronary artery disorder, myocardial infarction |
| **General:** | Allergy aggravated, allergic reaction, asthenia, chest pain, cyst NOS, edema generalized, face |
| edema, | fatigue, fever, hot flushes, influenza-like symptoms, pain, peripheral pain |
| **Resistance mechanism disorders:** | Herpes simplex, herpes zoster, infection bacterial, infection fungal, infection soft tissue, infection viral, moniliasis, moniliasis genital, otitis media |
| **Central, peripheral nervous system:** | Leg cramps, hypertonia, hypoesthesia, migraine, neuralgia, neuropathy, paresthesia, vertigo |
| **Female reproductive:** | Breast fibroadenosis, breast neoplasm, breast pain, dysmenorrhea, menstrual disorder, vaginal hemorrhage, vaginitis |
| **Male reproductive:** | Prostatic disorder |
| **Hearing and vestibular:** | Deafness, ear abnormality, earache, tinnitus |
| **Heart rate and rhythm:** | Palpitation, tachycardia |
| **Liver and biliary system:** | Hepatic function abnormal, SGOT increased, SGPT increased |
| **Metabolic and nutritional:** | BUN increased, CPK increased, diabetes mellitus, hypercholesterolemia, hyperglycemia, hypokalemia, NPN increase, creatinine increased, alkaline  phosphatase increased, weight increase |
| **Musculoskeletal:** | Arthralgia, arthrosis, bone disorder, fracture accidental, myalgia,  neck stiffness, |
| synovitis, tendinitis | |
| **Platelets (bleeding or clotting):** | Ecchymosis, epistaxis, thrombocythemia |
| **Psychiatric:** | Anorexia, anxiety, appetite increased, depression, nervousness, somnolence |

18

MRK-I8940066606

| **Hemic:** | Anemia |
|---|---|
| **Respiratory:** | Bronchitis, bronchospasm, bronchospasm aggravated, coughing, dyspnea, laryngitis, pneumonia |
| **Skin and appendages:** | Alopecia, dermatitis, nail disorder, photosensitivity reaction, pruritus, rash erythematous, rash maculopapular, skin disorder, skin dry, sweating increased, urticaria |
| **Application site disorders:** | Cellulitis, dermatitis contact, injection site reaction, skin nodule |
| **Special senses:** | Taste perversion |
| **Urinary system:** | Albuminuria, cystitis, dysuria, hematuria, micturition frequency, renal calculus, urinary incontinence, urinary tract infection |
| **Vision:** | Blurred vision, cataract, conjunctivitis, eye pain, glaucoma |

**Other serious adverse reactions which occur rarely (estimated <0.1%), regardless of causality:** The following serious adverse events have occurred rarely in patients, taking CELEBREX. Cases reported only in the post-marketing experience are indicated in *italics*.

| **Cardiovascular:** | Syncope, congestive heart failure, ventricular fibrillation, pulmonary embolism, cerebrovascular accident, peripheral gangrene, thrombophlebitis, *vasculitis* |
|---|---|
| **Gastrointestinal:** | Intestinal obstruction, intestinal perforation, gastrointestinal bleeding, colitis with bleeding, esophageal perforation, pancreatitis, ileus |
| **Liver and biliary system:** | Cholelithiasis, *hepatitis, jaundice, liver failure* |
| **Hemic and lymphatic:** | Thrombocytopenia, *agranulocytosis, aplastic anemia, pancytopenia, leukopenia* |
| **Metabolic:** | *Hypoglycemia* |
| **Nervous system:** | Ataxia, suicide |
| **Renal:** | Acute renal failure, *interstitial nephritis* |
| **Skin:** | *Erythema multiforme, exfoliative dermatitis, Stevens-Johnson syndrome, toxic epidermal necrolysis* |
| **General:** | Sepsis, sudden death, *anaphylactoid reaction, angioedema* |

**Adverse events from the controlled trial in familial adenomatous polyposis:** The adverse event profile reported for the 83 patients with familial adenomatous polyposis enrolled in the randomized, controlled clinical trial was similar to that reported for patients in the arthritis controlled trials. Intestinal anastomotic ulceration was the only new adverse

19

MRK-I8940066607

event reported in the FAP trial, regardless of causality, and was observed in 3 of 58 patients (one at 100 mg BID, and two at 400 mg BID) who had prior intestinal surgery.

## OVERDOSAGE

Symptoms following acute NSAID overdoses are usually limited to lethargy, drowsiness, nausea, vomiting, and epigastric pain, which are generally reversible with supportive care. Gastrointestinal bleeding can occur. Hypertension, acute renal failure, respiratory depression and coma may occur, but are rare. Anaphylactoid reactions have been reported with therapeutic ingestion of NSAIDs, and may occur following an overdose.

Patients should be managed by symptomatic and supportive care following an NSAID overdose. There are no specific antidotes. No information is available regarding the removal of celecoxib by hemodialysis, but based on its high degree of plasma protein binding (>97%) dialysis is unlikely to be useful in overdose. Emesis and/or activated charcoal (60 to 100 g in adults, 1 to 2 g/kg in children) and/or osmotic cathartic may be indicated in patients seen within 4 hours of ingestion with symptoms or following a large overdose. Forced diuresis, alkalinization of urine, hemodialysis, or hemoperfusion may not be useful due to high protein binding.

## DOSAGE AND ADMINISTRATION

For osteoarthritis and rheumatoid arthritis, the lowest dose of CELEBREX should be sought for each patient. These doses can be given without regard to timing of meals.

**Osteoarthritis:** For relief of the signs and symptoms of osteoarthritis the recommended oral dose is 200 mg per day administered as a single dose or as 100 mg twice per day.

**Rheumatoid arthritis:** For relief of the signs and symptoms of rheumatoid arthritis the recommended oral dose is 100 to 200 mg twice per day.

**Familial adenomatous polyposis (FAP):** Usual medical care for FAP patients should be continued while on CELEBREX. To reduce the number of adenomatous colorectal polyps in patients with FAP, the recommended oral dose is 400 mg (2 X 200 mg capsules) twice per day to be taken with food.

**Hepatic Insufficiency:** The daily recommended dose of CELEBREX capsules in patients with moderate hepatic impairment (Child-Pugh Class II) should be reduced by approximately 50% (see CLINICAL PHARMACOLOGY – Special Populations).

## HOW SUPPLIED

20

MRK-I8940066608

CELEBREX 100-mg capsules are white, reverse printed white on blue band of body and cap with markings of 7767 on the cap and 100 on the body, supplied as:

**NDC Number**      <u>Size</u>
0025-1520-31 bottle of 100
0025-1520-34 carton of 100 unit dose

CELEBREX 200-mg capsules are white, with reverse printed white on gold band with markings of 7767 on the cap and 200 on the body, supplied as:

**NDC Number**      <u>Size</u>
0025-1525-31 bottle of 100
0025-1525-34 carton of 100 unit dose

**Store at 25° C (77° F); excursions permitted to 15-30° C (59-86° F)** [ See USP Controlled Room Temperature]

**Rx only**      **Revised: 12/23/99**

*Mfd. by Searle Ltd.*
*Caguas PR 00725*

*Marketed by:*
*G.D. Searle & Co.*
*Chicago IL 60680 USA*
*Pfizer Inc.*
*New York NY 10017 USA*

*Address medical inquiries to:*
*G.D. Searle & Co.*
*Healthcare Information Services*
*5200 Old Orchard Rd.*
*Skokie IL 60077*

©1999, G.D. Searle & Co.      Printed in USA

**Searle**      **Pfizer**

**CELEBREX™**
(celecoxib capsules)

21

MRK-I8940066609

(A05264)

22

MRK-I8940066610

# APPENDIX 3

Regular Strength Tylenol® (acetaminophen) Package Circular

MRK-I8940066611

Tylenol Extended Relief uses a unique, patented bilayer caplet. The first layer dissolves quickly to provide prompt relief while the second layer is time released to provide up to 8 hours of relief.

INDICATIONS AND USAGE:

For the temporary relief of minor aches and pains associated with the common cold, headache, toothache, muscular aches, backache, for the minor pain of arthritis, for the pain of menstrual cramps and for the reduction of fever.

DOSAGE AND ADMINISTRATION:

DIRECTIONS

EXTRA STRENGTH TYLENOL® GELCAPS, GELTABS, CAPLETS, OR TABLETS: Adults and Children 12 years of Age and Older: Take two gelcaps, geltabs, caplets, or tablets every 4 to 6 hours. Not to exceed 8 gelcaps, geltabs, caplets, or tablets in any 24-hour period. Not for use in children under 12 years of age.

EXTRA STRENGTH TYLENOL® ADULT LIQUID PAIN RELIEVER:

Adults and Children 12 years of Age and Older: Fill measuring cup once to 2-tablespoon line (1,000 mg) which is equivalent to two 500 mg Extra Strength TYLENOL® Gelcaps, Geltabs, Caplets or Tablets. Take every 4-6 hours. No more than 4 doses in any 24-hour period, or as directed by a doctor. Not for use in children under 12 years of age.

REGULAR STRENGTH TYLENOL® CAPLETS OR TABLETS: Adults and Children 12 years of Age and Older: Take two caplets or tablets every 4 to 6 hours. No more than a total of 12 caplets or tablets in any 24-hour period, or as directed by a doctor. Children (6-11): ½ to 1 caplet or tablet every 4 to 6 hours, not to exceed 5 doses in 24 hours.

Consult a physician for use by children under 6 years of age.

TYLENOL® EXTENDED RELIEF CAPLETS: Adults and Children 12 years of Age and older: Take two caplets every 8 hours, not to exceed 6 caplets in any 24-hour period. TAKE TWO CAPLETS WITH WATER. SWALLOW EACH CAPLET WHOLE. DO NOT CRUSH, CHEW, OR DISSOLVE THE CAPLET. Not for use in children under 12 years of age.

PRECAUTIONS:

If a rare sensitivity reaction occurs, the drug should be discontinued.

WARNINGS:

DO NOT USE IF CARTON IS OPENED OR PRINTED RED NECK WRAP OR IMPRINTED WITH "SAFETY SEAL®" IS BROKEN. Do not take for pain for more than 10 days or for fever for more than 3 days unless directed by a physician. If pain or fever persists, or gets worse, if new symptoms occur, or if redness or swelling is present, consult a physician because these could be signs of a serious condition. As with any

drug, if you are pregnant or nursing a baby, seek the advice of a health professional before using this product. Keep this and all drugs out of the reach of children. In case of accidental overdose, contact a physician or poison control center immediately. Prompt medical attention is critical for adults as well as for children even if you do not notice any signs or symptoms. Do not use with other products containing acetaminophen.

ALCOHOL WARNING: For this and all other pain relievers, including aspirin, ibuprofen, ketoprofen and naproxen sodium, if you generally consume three or more alcohol-containing drinks per day, you should consult your physician for advice on when and how you should take pain relievers.

OVERDOSAGE:

PROFESSIONAL INFORMATION

Acetaminophen in massive overdosage may cause hepatic toxicity in some patients. In adults and adolescents, hepatic toxicity has rarely been reported following ingestion of acute overdoses of less than 10 grams. Fatalities are infrequent (less than 3-4% of untreated cases) and have rarely been reported with overdoses of less than 15 grams. In children, an acute overdosage of less than 150 mg/kg has not been associated with hepatic toxicity.

Early symptoms following a potentially hepatotoxic overdose may include: nausea, vomiting, diaphoresis and general malaise. Clinical and laboratory evidence of hepatic toxicity may not be apparent until 48 to 72 hours postingestion.

In adults and adolescents, regardless of the quantity of acetaminophen reported to have been ingested, administer acetylcysteine immediately if 24 hours or less have elapsed from the reported time of ingestion. For full prescribing information, refer to the acetylcysteine package insert. Do not await results of assays for plasma acetaminophen level before initiating treatment with acetylcysteine. The following additional procedures are recommended: The stomach should be emptied promptly by lavage or by induction of emesis with syrup of ipecac. A plasma acetaminophen assay should be obtained as early as possible, but no sooner than four hours following ingestion. If plasma level falls above the lower treatment line on the acetaminophen overdose nomogram, acetylcysteine therapy should be continued. Liver function studies should be obtained initially and repeated at 24-hour intervals.

Serious toxicity or fatalities are extremely infrequent in children, possibly due to differences in the way they metabolize acetaminophen. In children, the maximum potential amount ingested can be more easily estimated. If more than 150 mg/kg or an unknown amount was ingested, obtain a plasma acetaminophen level. The plasma acetaminophen level should be obtained as soon as possible, but no sooner than 4 hours following the ingestion. If plasma level falls above the lower treatment line on the acetaminophen overdose nomogram, the acetylcysteine therapy should be initiated and continued for a full course of therapy. If plasma acetaminophen assay capability is not available, and the estimated acetaminophen ingestion exceeds 150 mg/kg, acetylcysteine therapy should be initiated and continued for a full course of therapy.

For additional emergency information, call your regional poison center or call the Rocky Mountain Poison Center toll-free, (1-800-525-6115).

ALCOHOL INFORMATION:

Chronic heavy alcohol abusers may be at increased risk of liver toxicity from excessive acetaminophen use, although reports of this event are rare. Reports usually involve cases of severe chronic alcoholics and the dosages of acetaminophen most often exceed recommended doses and often involve substantial overdose. Professionals should alert their patients who regularly consume large amounts of alcohol not to exceed recommended doses of acetaminophen.

HOW SUPPLIED:

EXTRA STRENGTH TYLENOL®: TABLETS (colored white, imprinted "TYLENOL" and "500")—vials of 10 and tamper-resistant bottles of 30, 60, 100, and 200. CAPLETS (colored white, imprinted "TYLENOL 500 mg")—vials of 10 , 10 blister packs, and tamper-resistant bottles of 24  50, 100, 175, and 250 and FastCap Package of 72. GELCAPS (colored  yellow and red, imprinted "TYLENOL 500") vials of 10 and tamper-resistant bottles of 24, 50, 100, 150 and 225 and FastCap Package of 72.

GELTABS (colored yellow and red, imprinted "Tylenol 500") tamper-resistant bottles of 24, 50, and 100.

EXTRA STRENGTH TYLENOL® ADULT LIQUID PAIN RELIEVER: Mint-flavored liquid (colored green) 8 fl. Oz. Tamper-resistant bottle with child resistant safety cap and special dosage cup.

REGULAR STRENGTH TYLENOL®: TABLETS (colored white, scored,  imprinted "TYLENOL" and "325")—tamper-evident bottles of 24, 50, 100, and 200. CAPLETS (colored white, "TYLENOL 325")—tamper-evident bottles of 24, 50, 100.

TYLENOL® EXTENDED RELIEF CAPLETS: (colored white, engraved "TYLENOL ER") tamper-evident bottles of 24, 50, and 100's.

Copyright© 1998 Medical Economics Company, Inc. All rights reserved.

# APPENDIX 4

Osteoarthritis Clinical Criteria for Eligibility

## _Knee (Tibio-Femoral Joint):_

1. Pain in the affected knee, and

2. At least <u>three (3)</u> of the following six items:

   - Morning stiffness less than or equal to 30 minutes in duration
   - Crepitus on motion
   - Age greater than 50
   - Bony tenderness
   - Bony enlargement
   - No palpable warmth

# APPENDIX 5

## ARA Functional Class

Arthritis and Rheumatism, 1992;35:498-502.

Class I:      Completely able to perform usual activities of daily living [self-care, vocational, and avocational (recreational)].

Class II:     Able to perform usual self-care and vocational activities, but limited in avocational activities.

Class III:    Able to perform usual self-care activities, but limited in vocational and avocational activities.

Class IV:    Limited in ability to perform usual self-care, vocational, and avocational activities.

MRK-I8940066615

# APPENDIX 6

Laboratory Safety Analyses

**Hematology**

Hemoglobin
Hematocrit
WBC (total)
Platelet count

**Blood Chemistry**

Sodium
Potassium
Calcium
Chloride
Bicarbonate
Phosphorous
Magnesium
SGOT (AST)
SGPT (ALT)
Alkaline phosphatase
Total bilirubin[#]
Blood Urea Nitrogen (BUN)
Creatinine
Uric acid

**Urinalysis**

Protein, sugar, pH, RBCs, WBCs (dipstick).

Microscopy and other appropriate studies will be performed if the dipstick urinalysis indicates the presence of any significant abnormality.

**Other**

Urine β-hCG (Visit 1.0. and 2.0: for women of childbearing potential only)

---

[#]   Bilirubin will be fractionated (direct/indirect) only if elevated.

MRK-I8940066616

# APPENDIX 7

## Algorithm for Assessing Out-of-Range Laboratory Values

For all laboratory values obtained at screening evaluation:

A.  If all values are normal, the subject may enter the study.

B.  If ≥1 value is outside the normal range, the following choices are available:

    1.  The subject may be excluded from study;

    2.  The abnormal test may be repeated.

    3.  The value may be considered to be of no clinical significance and the patient may be entered into the study.

C.  If the repeat test value is within the normal range, the subject may enter the study.

D.  If the repeat test value is still abnormal, the investigator will evaluate the potential subject with a complete history and physical examination, looking especially for diseases that could result in an abnormality in the laboratory value in question.  If such diseases can be excluded, and if the investigator feels that the abnormal laboratory value is not clinically relevant, then the subject may enter the study.  The Merck clinical monitor will be included in the decision of whether or not to enroll the subject in the study.

E.  If there is any clinical uncertainty regarding the significance of an abnormal value, the subject will be excluded from study.

# APPENDIX 8

### Therapeutic Dose Range of NSAID –Washout Period

Patients must be on a therapeutic dose of a single NSAID on a regular basis for a minimum period of 30 days prior to study start (Visit 1.0).  Following informed consent procedures and confirmation of the study entry criteria, patients will be instructed to discontinue use of their current NSAID for the washout/flare period.  The patients will be instructed to return to the clinical research center for repeat evaluation upon worsening of a pain and other symptoms of their osteoarthritis.  The minimum and maximum duration of the NSAID washout period is listed below:

| Four to eight day washout (4-8 day) | Therapeutic Dose Range (Total Daily Dose) |
|---|---|
| Aspirin | 1300 to 3250 mg |
| Celecoxib | 100 to 200 mg |
| Choline magnesium trisalicylate | 2000 to 3000 mg |
| Diclofenac | 100 to 150 mg |
| Diflunisal | 500 to 1000 mg |
| Etodolac | 600 to 1200 mg |
| Fenoprofen | 900 to 2400 mg |
| Flurbiprofen | 200 to 300 mg |
| Ibuprofen | 1200 to 3200 mg |
| Indomethacin/INDOCIN SR | 50 to 200 mg |
| Ketoprofen | 50 to 300 mg |
| Meclofenamate sodium | 100 to 200 mg |
| Mefenamic acid | 1000 mg |
| Meloxicam | 7.5 mg |
| Naproxen | 500 to 1500 mg |
| Naproxen sodium | 440 to 1650 mg |
| Rofecoxib | 12.5 and 25 mg |
| Salsalate | 2000 to 3000 mg |
| Sulindac | 150 to 400 mg |
| Tolmetin sodium | 1200 to 1800 mg |

| Seven to ten day washout (7-10 day) | Therapeutic Dose Range (Total Daily Dose) |
|---|---|
| Nabumetone | 1000 to 2000 mg |
| Oxaprozin | 600 to 1200 mg |

| Ten to fifteen day washout (10-15 day) | Therapeutic Dose Range (Total Daily Dose) |
|---|---|
| Piroxicam | 20 mg |

# APPENDIX 9

## Flare Criteria

### Flare Criteria—Chronic NSAID Users

Prior to randomization, and following discontinuation of prior NSAID during the washout period specified in Appendix 8 patients must satisfy all of the following flare criteria at Visit 2.0 ("flare visit"):

1. Minimum 40 mm on patient assessed pain walking on a flat surface VAS (extracted from the WOMAC Osteoarthritis Index Version VA 3.0).

2. Increase 15 mm on patient assessed pain walking on a flat surface VAS compared to screening result recorded at Visit 1.0.

   and

3. A worsening in Investigator Global Assessment of Disease Status of at least 1 point on a 5-point Likert scale compared to screening result recorded at Visit 1.0.

### Activity Criteria—Acetaminophen Users

At both Visit 1.0 (prestudy) and Visit 2.0 (confirmation) all of the following criteria must be met:

1. Minimum of 40 mm on patient assessed pain walking on a flat surface VAS (extracted from the WOMAC Osteoarthritis Index Version VA 3.0).

2. A score of fair (2), poor (3), or very poor (4) on the Investigator Global Assessment of Disease Status (5-point Likert scale)

# APPENDIX 10

MOS 36-Item Short-Form Health Survey

MRK-I8940066620

# PATIENT HEALTH SURVEY

**HS36A1–5**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|---|---|---|---|---|---|---|---|---|
| 46,894 | MK–0966 | 150–00 | | | 2 | | | |

## PATIENT HEALTH SURVEY – *MOS SF – 36/ACUTE*

387

**Was survey completed?**

**No ☐**  *If yes, complete form below*

Date completed: _____
<br>DD–Mon–YYYY

**INSTRUCTIONS:** This survey asks for your views about your health. This information will help keep track of how you feel and how well you are able to do your usual activities.

Answer every question by marking the answer as indicated. If you are unsure about how to answer a question, please give the best answer you can.

1.  In general, would you say your health is:                                    *(circle one)*

      Excellent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

      Very Good . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

      Good . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

      Fair . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

      Poor . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

2.  <u>Compared to one week ago</u>, how would you rate your health in general <u>now</u>?        *(circle one)*

      Much better now than one week ago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

      Somewhat better now than one week ago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  2

      About the same as one week ago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  3

      Somewhat worse now than one week ago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  4

      Much worse now than one week ago . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  5

*Copyright © 1992 Medical Outcomes Trust*
<br>*All rights reserved. (MOS SF–36 Acute Form U.S. Version 1.0)*

EP10192.HS36a

| Clinical Development –<br>U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066621

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# PATIENT HEALTH SURVEY

**HS36A2–5**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patients/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|-----------|-----|-------|----------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 2 | | | |

## PATIENT HEALTH SURVEY – *MOS SF – 36/ACUTE* (Continued)

387

**3.** The following items are about activities you might do during a typical day. Does <u>your health now limit you</u> in these activities? If so, how much?

*(circle one number on each line)*

| ACTIVITIES | Yes, Limited A Lot | Yes, Limited A Little | No, Not Limited At All |
|------------|:---:|:---:|:---:|
| a. **Vigorous activities**, such as running, lifting heavy objects, participating in strenuous sports. | 1 | 2 | 3 |
| b. **Moderate activities**, such as moving a table, pushing a vacuum cleaner, bowling, or playing golf. | 1 | 2 | 3 |
| c. Lifting or carrying groceries. | 1 | 2 | 3 |
| d. Climbing **several** flights of stairs. | 1 | 2 | 3 |
| e. Climbing **one** flight of stairs. | 1 | 2 | 3 |
| f. Bending, kneeling, or stooping. | 1 | 2 | 3 |
| g. Walking **more than a mile**. | 1 | 2 | 3 |
| h. Walking **several** blocks. | 1 | 2 | 3 |
| i. Walking **one** block. | 1 | 2 | 3 |
| j. Bathing or dressing yourself. | 1 | 2 | 3 |

**4.** During the <u>past week</u>, have you had any of the following problems with your work or other regular daily activities <u>as a result of your physical health</u>?

*(circle one number on each line)*

| | YES | NO |
|---|:---:|:---:|
| a. Cut down on the **amount of time** you spent on work or other activities. | 1 | 2 |
| b. **Accomplished less** than you would like. | 1 | 2 |
| c. Were limited in the **kind** of work or other activities. | 1 | 2 |
| d. Had **difficulty** performing the work or other activities (for example, it took extra effort). | 1 | 2 |

Copyright© 1992 Medical Outcomes Trust
All rights reserved. (MOS SF–36 Acute Form U.S. Version 1.0)

EP10192.HS36a

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066622

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# PATIENT HEALTH SURVEY                                    HS36A3–5

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|-----------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 2 | | | |

## PATIENT HEALTH SURVEY – *MOS SF – 36/ACUTE* (Continued)          387

5. During the <u>past week</u>, have you had any of the following problems with your work or other regular daily activities <u>as a result of any emotional problems</u> (such as feeling depressed or anxious)?

*(circle one number on each line)*

| | YES | NO |
|---|-----|-----|
| a. Cut down on the **amount of time** you spent on work or other activities. | 1 | 2 |
| b. **Accomplished less** than you would like. | 1 | 2 |
| c. Didn't do work or other activities as **carefully** as usual. | 1 | 2 |

6. During the <u>past week</u>, to what extent has your physical health or emotional problems interfered with your normal social activities with family, friends, neighbors, or groups?          *(circle one)*

Not at all ................................................................ 1

Slightly ................................................................ 2

Moderately ................................................................ 3

Quite a bit ................................................................ 4

Extremely ................................................................ 5

7. How much <u>bodily</u> pain have you had during the <u>past week</u>?          *(circle one)*

None ................................................................ 1

Very mild ................................................................ 2

Mild ................................................................ 3

Moderate ................................................................ 4

Severe ................................................................ 5

Very Severe ................................................................ 6

*Copyright © 1992 Medical Outcomes Trust*
*All rights reserved. (MOS SF–36 Acute Form U.S. Version 1.0)*          EP10192.HS36a

| Clinical Development –<br>U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

MRK-I8940066623

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# PATIENT HEALTH SURVEY

**HS36A4–5**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patients/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|----------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 2 | | | |

## PATIENT HEALTH SURVEY – *MOS SF – 36/ACUTE (Continued)*
387

8. During the <u>past week</u>, how much did <u>pain</u> interfere with your normal work
(including both work outside the home and housework)?     *(circle one)*

Not at all ............................................................... 1

A little bit ............................................................. 2

Moderately ........................................................... 3

Quite a bit ............................................................ 4

Extremely ............................................................ 5

9. These questions are about how you feel and how things have been with you <u>during the past week</u>.
For each question, please give the one answer that comes closest to the way you have been feeling.
How much of the time during the <u>past week</u> –

*(circle one number on each line)*

| | All of the Time | Most of the Time | A Good Bit of the Time | Some of the Time | A Little of the Time | None of the Time |
|---|---|---|---|---|---|---|
| a. Did you feel full of pep? | 1 | 2 | 3 | 4 | 5 | 6 |
| b. Have you been a very nervous person? | 1 | 2 | 3 | 4 | 5 | 6 |
| c. Have you felt so down in the dumps that nothing could cheer you up? | 1 | 2 | 3 | 4 | 5 | 6 |
| d. Have you felt calm and peaceful? | 1 | 2 | 3 | 4 | 5 | 6 |
| e. Did you have a lot of energy? | 1 | 2 | 3 | 4 | 5 | 6 |
| f. Have you felt downhearted and blue? | 1 | 2 | 3 | 4 | 5 | 6 |
| g. Did you feel worn out? | 1 | 2 | 3 | 4 | 5 | 6 |
| h. Have you been a happy person? | 1 | 2 | 3 | 4 | 5 | 6 |
| i. Did you feel tired? | 1 | 2 | 3 | 4 | 5 | 6 |

Copyright © 1992 Medical Outcomes Trust
All rights reserved. (MOS SF–36 Acute Form U.S. Version 1.0)

EP10192.HS36a

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066624

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# PATIENT HEALTH SURVEY

# HS36A5-5

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patients/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|----------------------|--------------|----------------|
| 46,894 | MK--0966 | 150--00 | | | 2 | | | |

## PATIENT HEALTH SURVEY – *MOS SF – 36/ACUTE* (Continued)                    387

**10. During the <u>past week</u>, how much of the time has your <u>physical health or emotional problems</u> interfered with your social activities (like visiting with friends, relatives, etc.)?**                    *(circle one)*

All of the time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

Most of the time  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Some of the time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

A little of the time  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

None of the time . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**11. How TRUE or FALSE is <u>each</u> of the following statements for you?**

*(circle one number on each line)*

| | Definitely True | Mostly True | Don't Know | Mostly False | Definitely False |
|---|---|---|---|---|---|
| a.  I seem to get sick a little easier than other people. | 1 | 2 | 3 | 4 | 5 |
| b.  I am healthy as anybody I know. | 1 | 2 | 3 | 4 | 5 |
| c.  I expect my health to get worse. | 1 | 2 | 3 | 4 | 5 |
| d.  My health is excellent. | 1 | 2 | 3 | 4 | 5 |

Copyright © 1992 Medical Outcomes Trust
All rights reserved. (MOS SF–36 Acute Form U.S. Version 1.0)                    EP10192.HS36a

| *I confirm that the information on this survey is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

16

MRK-I8940066625

# APPENDIX 11

Patient Take Home Forms

MRK-I8940066626

Protocol No.: 150-00
COX511

# PATIENT TAKE HOME FORMS

Patient Initials: _____

Baseline No.: _____

Allocation No.: _____

REVIEWED BY:

Study Coordinator Initials _____

Date: _____
dd/mm/yyyy

MRK-I8940066627

# Patient Instructions for Completing the Take Home Forms
## Protocol 150–00

Please complete the forms each day before your morning dose of medication and at bedtime.

### Assessment of Pain Days 1– 6 Evening

Please complete these questions to assess your *pain on walking and pain when sitting or lying* on days 1 through 6 in the evening.  These questions should be completed at bedtime.  Please answer all questions on the page as you complete the form each day.

### Patient Global Assessment of Response to Therapy Days 1–6 Evening

Please complete this question at bedtime on Days 1–6.

### Assessment of Pain and Stiffness Days 2–6 Morning

Please complete these questions to assess your *pain at night and morning stiffness* on days 2 through 6 in the morning.  These questions should be completed prior to your morning dose of study medication.  Please answer all questions on the page as you complete the form each day.

Refer to the directions on the page labeled "Instructions to Patients", for completing the pain on walking, pain when sitting or lying, pain at night, and morning stiffness questions.

If you would like to make a correction due to an error,  please cross out the error with a single line, write in the correct answer and place your initials and the date next to the correction.

Remember there are no right or wrong answers.  Each day should be evaluated based on the study joint pain you are experiencing that day without referring to the previous day's answers.

**Remember to record each time you take your study medication and each time you complete the forms.** The study therapy record can be found after the Global Assessment Response Questionnaire (Evening forms).

**Please return this booklet and your study medication at your next study visit.**

MRK-I8940066628



## INSTRUCTIONS TO PATIENTS

The questions will be asked in the following format and you should give your answer by putting an "X" on the horizontal line.

<u>EXAMPLES:</u>

1.  If you put your "X" at the left end of the line as shown below, then you are indicating that you have **no pain**.



2.  If you put your "X" at the right end of the line as shown below, then you are indicating that your pain is **extreme**.



3.  Please note:

    a)  that the further to the right you place your "X" the **more** pain you are experiencing.

    b)  that the further to the left you place your "X" the **less** pain you are experiencing.

    c)  **please do not place your "X" past the end of the line.**

Think about your study joint when answering the questionnaire.  Indicate the severity of your pain, stiffness and physical disability that you feel is caused by arthritis in your study joint.

Your study joint has been identified for you by your health care professional.

If you are unsure which joint is your study joint, please ask before completing the questionnaire.

EPI0196.WOMa

Copyright© 1996 Nicholas Bellamy
All Rights Reserved *(English for U.S.A.)*

Final, 02/19/2001, v.4

MRK-I8940066629

**CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY**

# TAKE HOME FORM (DAY 1 – EVENING) THF1–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|---|---|---|---|---|---|---|---|---|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 1 – EVENING)

Date Completed: _____        Time completed: _____        ☐ AM
        month/day/year                                12-hr. clock   ☐ PM

#### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

QUESTION: How much pain do you have?

1. Walking on a flat surface.

    No  |_____| Extreme
    Pain  |                                 Pain

2. Sitting or lying.

    No  |_____| Extreme
    Pain  |                                 Pain

**Study Coordinator Use Only**

PAIN1 _____

PAIN4 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

How would you rate your response to the study medication you received for arthritis?
*(Mark an "X" in the appropriate box below)*

☐ None – No good at all – ineffective drug.

☐ Poor – Some effect, but unsatisfactory.

☐ Fair – Reasonable effect, but could be better.

☐ Good – Satisfactory effect with occasional episodes of pain and/or stiffness.

☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 1)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|---|---|---|---|
| | 1 | _____ 12-hr. clock | ☐ AM ☐ PM |
| | 2 | _____ 12-hr. clock | ☐ AM ☐ PM |
| _____ month/day/year | 3 | _____ 12-hr. clock | ☐ AM ☐ PM |
| | 4 | _____ 12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|
| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials:     Date: |

Final, 02/19/2001, v.4

MRK-I8940066630

# TAKE HOME FORM (DAY 2 – MORNING)

**THF2–11**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

The following questions are to be completed **immediately before** you take your morning dose of study medication on **Day 2** of the study.

## ASSESSMENT OF PAIN AND STIFFNESS (DAY 2 – MORNING)

Date Completed: _____
month/day/year

Time completed: _____:_____    ☐ AM
12-hr. clock    ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt last night in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

QUESTION:  How much pain do you have?

1.  At night while in bed, i.e., pain that disturbs your sleep.

No Pain |————————————————————————| Extreme Pain

**Study Coordinator Use Only**

PAIN3 _____

### SECTION B

**STIFFNESS**

Think about the stiffness (not pain) you felt this morning in your study joint due to your arthritis.
Stiffness is a sensation of **decreased** ease in moving your joint.
*(Please mark your answers with an "X".)*

2.  How **severe** is your stiffness **after first awakening** in the morning?

No Stiffness |————————————————————————| Extreme Stiffness

**Study Coordinator Use Only**

STIFF6 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 3 and 6, respectively.

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066631

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# TAKE HOME FORM (DAY 2 – EVENING)         THF3–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|-----------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 2 – EVENING)

Time completed: _____ ☐ AM
                12-hr. clock   ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

**QUESTION: How much pain do you have?**

1. Walking on a flat surface.

   No |_____| Extreme
   Pain                                          Pain

2. Sitting or lying.

   No |_____| Extreme
   Pain                                          Pain

**Study Coordinator Use Only**

PAIN1 _____

PAIN4 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

**How would you rate your response to the study medication you received for arthritis?**
*(Mark an "X" in the appropriate box below)*

☐ None – No good at all – ineffective drug.

☐ Poor – Some effect, but unsatisfactory.

☐ Fair – Reasonable effect, but could be better.

☐ Good – Satisfactory effect with occasional episodes of pain and/or stiffness.

☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 2)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|--------------|------|--------------|---|
| | 1 | _____ 12-hr. clock | ☐ AM ☐ PM |
| month/day/year | 2 | _____ 12-hr. clock | ☐ AM ☐ PM |
| | 3 | _____ 12-hr. clock | ☐ AM ☐ PM |
| | 4 | _____ 12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | | Date: |
|---|---|---|---|
| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |

Final, 02/19/2001, v.4

MRK-I8940066632

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# TAKE HOME FORM (DAY 3 – MORNING)                    THF4-11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|---|---|---|---|---|---|---|---|---|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

The following questions are to be completed **immediately before** you take your morning dose of study medication on **Day 3** of the study.

---

### ASSESSMENT OF PAIN AND STIFFNESS (DAY 3 – MORNING)

Date Completed: _____ month/day/year        Time completed: _____ 12-hr. clock     ☐ AM  ☐ PM

#### SECTION A

**PAIN**

Think about the pain you felt last night in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

| QUESTION:  How much pain do you have? | Study Coordinator Use Only |
|---|---|
| 1. At night while in bed, i.e., pain that disturbs your sleep.  No Pain \|————————————————————\| Extreme Pain | PAIN3 _____ |

#### SECTION B

**STIFFNESS**

Think about the stiffness (not pain) you felt this morning in your study joint due to your arthritis.
Stiffness is a sensation of **decreased** ease in moving your joint.
*(Please mark your answers with an "X".)*

| 2. How **severe** is your stiffness **after first awakening** in the morning? | Study Coordinator Use Only |
|---|---|
| No Stiffness \|————————————————————\| Extreme Stiffness | STIFF6 _____ |

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 3 and 6, respectively.

---

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# TAKE HOME FORM (DAY 3 – EVENING)   THF5–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|---|---|---|---|---|---|---|---|---|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 3 – EVENING)

Time completed: ___:___   ☐ AM
  12-hr. clock          ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

| QUESTION:  How much pain do you have? | Study Coordinator Use Only |
|---|---|

QUESTION:  How much pain do you have?

1. Walking on a flat surface.
   No Pain |_____| Extreme Pain        PAIN1 _____

2. Sitting or lying.
   No Pain |_____| Extreme Pain        PAIN4 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

**How would you rate your response to the study medication you received for arthritis?**
*(Mark an "X" in the appropriate box below)*

☐ None – No good at all – ineffective drug.

☐ Poor – Some effect, but unsatisfactory.

☐ Fair – Reasonable effect, but could be better.

☐ Good – Satisfactory effect with occasional episodes of pain and/or stiffness.

☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 3)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|---|---|---|---|
| | 1 | ___:___  12-hr. clock | ☐ AM ☐ PM |
| _____ month/day/year | 2 | ___:___  12-hr. clock | ☐ AM ☐ PM |
| | 3 | ___:___  12-hr. clock | ☐ AM ☐ PM |
| | 4 | ___:___  12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

**CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY**

**TAKE HOME FORM (DAY 4 – MORNING)**     **THF6–11**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|-----------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

The following questions are to be completed **immediately before** you
take your morning dose of study medication on **Day 4** of the study.

## ASSESSMENT OF PAIN AND STIFFNESS (DAY 4 – MORNING)

Date Completed: _____     Time completed: _____     ☐ AM
  month/day/year                                  12-hr. clock     ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt last night in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

| QUESTION: How much pain do you have? | Study Coordinator Use Only |
|---|---|
| 1. At night while in bed, i.e., pain that disturbs your sleep. <br><br> No Pain \|————————————————————\| Extreme Pain | PAIN3 _____ |

### SECTION B

**STIFFNESS**

Think about the stiffness (not pain) you felt this morning in your study joint due to your arthritis.
Stiffness is a sensation of **decreased** ease in moving your joint.
*(Please mark your answers with an "X".)*

| 2. How **severe** is your stiffness **after first awakening** in the morning? | Study Coordinator Use Only |
|---|---|
| No Stiffness \|————————————————————\| Extreme Stiffness | STIFF6 _____ |

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 3 and 6, respectively.

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066635

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

**TAKE HOME FORM (DAY 4 – EVENING)** **THF** 7–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patients/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|-----------|-----|-------|----------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 4 – EVENING)

Time completed: _____:_____    ☐ AM
12-hr. clock    ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

QUESTION:  How much pain do you have?

1. Walking on a flat surface.

   No Pain |————————————————————————| Extreme Pain

2. Sitting or lying.

   No Pain |————————————————————————| Extreme Pain

| Study Coordinator Use Only |
|---|
| PAIN1 _____ |
| PAIN4 _____ |

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

How would you rate your response to the study medication you received for arthritis?
*(Mark an "X" in the appropriate box below)*

☐ None – No good at all – ineffective drug.

☐ Poor – Some effect, but unsatisfactory.

☐ Fair – Reasonable effect, but could be better.

☐ Good – Satisfactory effect with occasional episodes of pain and/or stiffness.

☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 4)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|---|---|---|---|
| | 1 | _____:_____ 12-hr. clock | ☐ AM ☐ PM |
| _____ month/day/year | 2 | _____:_____ 12-hr. clock | ☐ AM ☐ PM |
| | 3 | _____:_____ 12-hr. clock | ☐ AM ☐ PM |
| | 4 | _____:_____ 12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# TAKE HOME FORM (DAY 5 – MORNING)     THF8–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|---|---|---|---|---|---|---|---|---|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

The following questions are to be completed **immediately before** you
take your morning dose of study medication on **Day 5** of the study.

## ASSESSMENT OF PAIN AND STIFFNESS (DAY 5 – MORNING)

| Date Completed: _____ <br> month/day/year | Time completed: _____ : ____ <br> 12-hr. clock | ☐ AM <br> ☐ PM |
|---|---|---|

### SECTION A

**PAIN**

Think about the pain you felt last night in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

| QUESTION: How much pain do you have? <br><br> 1. At night while in bed, i.e., pain that disturbs your sleep. <br> No Pain ├────────────────────────────┤ Extreme Pain | **Study Coordinator Use Only** <br><br> PAIN3 _____ |
|---|---|

### SECTION B

**STIFFNESS**

Think about the stiffness (not pain) you felt this morning in your study joint due to your arthritis.
Stiffness is a sensation of **decreased** ease in moving your joint.
*(Please mark your answers with an "X".)*

| 2. How **severe** is your stiffness **after first awakening** in the morning? <br><br> No Stiffness ├────────────────────────────┤ Extreme Stiffness | **Study Coordinator Use Only** <br><br> STIFF6 _____ |
|---|---|

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 3 and 6, respectively.

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – <br> U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066637

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

*TAKE HOME FORM (DAY 5 – EVENING)*                    **THF 9–11**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patients/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|----------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 5 – EVENING)

Time completed:  ___:___    ☐ AM
                 12-hr. clock   ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

QUESTION:  How much pain do you have?

  1.  Walking on a flat surface.

    No Pain |_____| Extreme Pain

  2.  Sitting or lying.

    No Pain |_____| Extreme Pain

**Study Coordinator Use Only**

PAIN1 _____

PAIN4 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

How would you rate your response to the study medication you received for arthritis?
*(Mark an "X" in the appropriate box below)*

  ☐ None – No good at all – ineffective drug.

  ☐ Poor – Some effect, but unsatisfactory.

  ☐ Fair – Reasonable effect, but could be better.

  ☐ Good -- Satisfactory effect with occasional episodes of pain and/or stiffness.

  ☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 5)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|--------------|------|--------------|---|
| | 1 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| | 2 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| _____ month/day/year | 3 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| | 4 | ___:___ 12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066638

# TAKE HOME FORM (DAY 6 – MORNING)

**THF 10–11**

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

The following questions are to be completed **immediately before** you take your morning dose of study medication on **Day 6** of the study.

---

## ASSESSMENT OF PAIN AND STIFFNESS (DAY 6 – MORNING)

Date Completed: _____
month/day/year

Time completed: _____ : _____
12–hr. clock

☐ AM
☐ PM

### SECTION A

**PAIN**

Think about the pain you felt last night in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

QUESTION:  How much pain do you have?

1.  At night while in bed, i.e., pain that disturbs your sleep.

No Pain |_____| Extreme Pain

**Study Coordinator Use Only**

PAIN3 _____

### SECTION B

**STIFFNESS**

Think about the stiffness (not pain) you felt this morning in your study joint due to your arthritis.
Stiffness is a sensation of **decreased** ease in moving your joint.
*(Please mark your answers with an "X".)*

2.  How **severe** is your stiffness **after first awakening** in the morning?

No Stiffness |_____| Extreme Stiffness

**Study Coordinator Use Only**

STIFF6 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 3 and 6, respectively.

---

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066639

CELECOXIB, ACETAMINOPHEN, AND ROFECOXIB STUDY

# TAKE HOME FORM (DAY 6 – EVENING) THF 11–11

| IND | Compound | Protocol | Study Site | IIN | VISIT | Patient's/Subject's ID | Baseline No. | Allocation No. |
|-----|----------|----------|------------|-----|-------|------------------------|--------------|----------------|
| 46,894 | MK–0966 | 150–00 | | | 3 | | | |

## The following questions are to be completed at bedtime.

### ASSESSMENT OF PAIN (DAY 6 – EVENING)

Time completed: ___:___  ☐ AM
12-hr. clock  ☐ PM

### SECTION A

**PAIN**

Think about the pain you felt today in your study joint due to your arthritis.
*(Please mark your answers with an "X".)*

| | Study Coordinator Use Only |

**QUESTION: How much pain do you have?**

1. Walking on a flat surface.

   No Pain |————————————————————————| Extreme Pain      PAIN1 _____

2. Sitting or lying.

   No Pain |————————————————————————| Extreme Pain      PAIN4 _____

Extracted from the WOMAC Osteoarthritis Index Version VA 3.0, questions 1 and 4, respectively.

**How would you rate your response to the study medication you received for arthritis?**
*(Mark an "X" in the appropriate box below)*

☐ None – No good at all – ineffective drug.

☐ Poor – Some effect, but unsatisfactory.

☐ Fair – Reasonable effect, but could be better.

☐ Good – Satisfactory effect with occasional episodes of pain and/or stiffness.

☐ Excellent – Ideal response, virtually pain free.

### STUDY THERAPY (DAY 6)

Please record the date and time you took your study medication today.

| Date of Dose | Dose | Time of Dose | |
|--------------|------|--------------|---|
| | 1 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| | 2 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| _____ month/day/year | 3 | ___:___ 12-hr. clock | ☐ AM ☐ PM |
| | 4 | ___:___ 12-hr. clock | ☐ AM ☐ PM |

| *I confirm that the information on this form is accurate.* | Patient's Initials: | Date: |
|---|---|---|

| Clinical Development – U.S. Human Health, Merck & Co., Inc. | Investigator Name: | Staff Initials: | Date: |
|---|---|---|---|

Final, 02/19/2001, v.4

MRK-I8940066640

# *Thank you for completing these Take Home Forms*

## REMEMBER:

Continue taking your study medication as directed.

Please bring this booklet with you on your next scheduled visit.

MRK-I8940066641

## *APPENDIX 12*

**Instructions to Investigator Sites for Reporting Upper-GI Clinical Events**

This describes the procedures to be followed for notifying Merck, and documenting the occurrence of significant upper-GI clinical events in patients in clinical trials of COX-2-specific compounds (VIOXX™ or MK-0966 and MK-0663).

### Procedure

Any important upper-GI clinical event, including complicated or uncomplicated peptic ulcers, upper-GI obstruction, upper-GI perforation, or upper-GI (esophageal, gastric, or duodenal) hemorrhages [upper-GI PUB] that occurs in a patient participating in this study should be immediately reported to the Clinical/Local Medical Monitor, regardless of whether the event results in an SAE. In addition to the usual SAE/NSAE report forms, a separate CRF worksheet called the Significant GI Event Form (GICL—found in the Unscheduled Visit section of patient workbooks) is to be completed by the investigator (see example).

This Appendix provides detailed guidelines for the reporting and documentation of upper-GI PUBs.

### Completing the GICL

The investigator, not the study coordinator, is responsible for completing the GICL (attached). The form should be completed using all available data concerning an episode and **signed by the investigator** in the space provided for the investigator's name.

The following definitions apply to the terms used on the GICL:

- Melena—passage of dark-colored, tarry stools, due to the presence of blood altered by the intestinal juices (distinguished from other dark stool, e.g., that due to bismuth salts).

- Hematemesis—Vomiting of blood (distinguished from blood tinged or streaked emesis).

- Health Care Provider Witnessed—An event directly observed by the investigator or reported to the investigator in written or oral form by a physician or other healthcare professional judged by the investigator to be fully credible.

- Orthostatic changes—one or more of (sitting to standing, or lying to sitting) pressure changes as follows:

  1. Pulse rate increase of >20 BPM

  2. Decrease in SBP >20 mm Hg

  3. Decrease in DBP >10 mm Hg

MRK-I8940066642

## APPENDIX 12(CONT.)

4. Reduced circulatory volume—Shock, or significant hypotension corrected by volume replacement.

Please check all relevant boxes in the left column under the heading Type of Event. Consolidate an entire clinical episode onto a single GICL. You can report several different events on a single patient as long as the events constitute a single episode. For example, a patient with a penetrating posterior ulcer would have the episode reported as a perforation and an ulcer. If a patient develops both a gastric and duodenal ulcer check both boxes.

For each reported event, indicate in the right hand column the clinical evidence used to support the diagnosis. If multiple pieces of evidence are acquired, check all Clinical Evidence boxes that apply for the diagnosis. For upper GI bleeding please complete the associated box at the bottom of the form by checking all the appropriate boxes.

### Source Documentation

The investigator and coordinator are to collect all pertinent source documents or copies of such documents that pertain to the event(s) reported on the GICL. All source documents are to be maintained at the study site for review by the Clinical/Local Medical Monitor.

Source documents consist of but are not limited to the following:

- Hospital admission and discharge reports

- Endoscopy, surgical or radiographic reports (endoscopy reports should include the location, size, and number of lesions).

- Emergency (causality) Ward reports

- Physician notes

- Laboratory reports

- Pathology reports

- *Helicobacter pylori* test results (breath test, rapid urease (CLO) test, histopathology, serology [antibody], culture).

Information obtained by the investigator or coordinator through telephone/oral conversations is to be documented in writing. The document is to report the information obtained and the name and title of the person from whom the information was obtained. Retain this document with the other source documents. The person obtaining this information is to sign and date the document.

## APPENDIX 12(CONT.)

**Other Required Documentation**

Along with the above mentioned source documents, the investigator and coordinator are to complete the standard MRL NSAE/SAE Case Report Form worksheets, and the investigator is to provide a brief written Summary Narrative of the event and any conclusions pertinent to the case, using the following guidelines.

- State the patient's initials, age or date of birth and gender.

- Describe any relevant medical history (concurrent conditions or past history), including any history of PUBs. If there is no history of PUBs, state this explicitly.

- List all relevant concomitant medications, including indication for use, dose and dosing regimen, if known. Particular mention should be made of the use of excluded medications (e.g., NSAIDs, ASA, warfarin) and H2 blockers, antacids, etc. If there are no concomitant medications, state that explicitly.

- Indicate the amount of alcohol consumed within the 7 days prior to the event. If no alcohol was consumed, state that explicitly.

- Describe the presenting signs and symptoms reported by the patient and/or documented by the physician. Particular attention should be given to hematemesis and melena. (Explicitly state if reported by patient or if actually witnessed by Investigator/Physician or other health care provider).

- Indicate any orthostatic changes directly observed or referenced by patient. If there is a suspected GI bleed, indicate relevant lab values and include BP measurements sitting, standing, lying down.

- Indicate if stool Hemoccult testing was done. If it was done, state the results. If it was not done specifically state this.

- Indicate if H. Pylori testing was done and if so by what method. If it was done, state the results. If it was not done specifically state this. Submit copies of H. Pylori testing results with the Endpoint Package.

- Indicate all the laboratory results and diagnostic tests that helped identify/diagnose the endpoint event (e.g., biopsy, endoscopy, stool Hemoccult, etc.). Record the actual result or the specific abnormality. Submit copies of relevant lab reports with the Endpoint Package.

- If an upper GI bleed is reported and diagnostic tests indicate the presence of a GI lesion, state whether the lesion is judged by the Investigator/Physician or other health care provider to be the source of the bleeding.

- Summarize the treatment for the event. Include any medications the patient was given, any surgical procedures performed, etc. Be sure to attach all available supporting documentation (e.g. progress notes, nursing notes or discharge summaries).

MRK-I8940066644

## APPENDIX 12(CONT.)

- Indicate the outcome for the patient.  If applicable, submit hospital discharge summary, physician's notes, nursing notes, etc.

### Copying of Source and Other Required Documentation

The completed and signed GICL worksheet, the NSAE/SAE worksheet, and all source documents are to be copied and the collection forwarded to the Clinical/Local Medical Monitor for review and processing.  Following review and processing, you may be asked to provide additional documentation or to clarify the information contained in the package of information. If the documentation is not complete, or if the GICL form is not signed by the investigator, you will be requested to correct these discrepancies.

**3.3 STANDARDS**

## Unscheduled

**GICL**

| IND XXXXX | Compound XXXXXXX | Protocol XXX-XX | Study Site XXX | IIN XXXXX | VISIT X | Patient's/Subject's ID | Baseline No | Allocation No |
|---|---|---|---|---|---|---|---|---|

### SIGNIFICANT GASTROINTESTINAL EVENT 1164

Date completed: _____
DD-Mon-YYYY

*This form is to be completed by the responsible investigator when a potential upper-gastrointestinal perforation or obstruction, gastric or duodenal ulcer, or upper-gastrointestinal bleed occurs while a patient is on treatment and for up to 14 days following completion of treatment; or when such an event occurs during protocol-required follow-up after discontinuation of study treatment.*
**If any box is checked, complete the ADVERSE EXPERIENCE (NSAE/SAE) form.**

| TYPE OF EVENT *(check all that apply)* | CLINICAL EVIDENCE Confirmed by: *(check all that apply)* |
|---|---|
| **Upper GI Obstruction** ☐ | ☐ Endoscopy   ☐ Autopsy<br>☐ Radiology   ☐ Other: *(specify below)*<br>☐ Surgery   ------------------------------ |
| **Upper GI Perforation** ☐ | ☐ Endoscopy   ☐ Autopsy<br>☐ Radiology   ☐ Other: *(specify below)*<br>☐ Surgery   ------------------------------ |
| **Gastric Ulcer** ☐<br><br>**Duodenal Ulcer** ☐ | ☐ Endoscopy   ☐ Autopsy<br>☐ Radiology   ☐ Other: *(specify below)*<br>☐ Surgery   ------------------------------ |
| **Upper GI Bleeding** ☐ | ☐ Healthcare provider witnessed frank hematemesis or melena<br>☐ Patient-reported frank hematemesis or melena<br>☐ Active or recent upper GI bleeding documented by diagnostic procedure<br>☐ Occult blood-positive stools associated with endoscopic, radiologic or surgical evidence of upper GI origin<br>☐ Other: *(specify)* ------------------------------ |

### IF REPORTING AN EPISODE OF UPPER GI BLEEDING, *CHECK ALL THAT APPLY*

☐ Temporally associated decrease in hemoglobin ≥ 2 g/dL (≥ 20 g/L)

☐ Orthostatic changes in blood pressure or pulse

☐ Other evidence of reduced circulatory volume

☐ None of the above

EPI0200.GICL

| Comments: |
|---|
| Investigator's signature: | Date: |
| Investigator's name: | Staff's initials: | Date: |

Request/Series #      Merck & Co., Inc., Whitehouse Station, New Jersey, USA      Printed in USA

MRK-I8940066646

APPENDIX 13

## Cardiovascular Event Monitoring

**Merck has implemented a surveillance and adjudication procedure for serious vascular events in clinical trials of COX-2-specific inhibitors (rofecoxib or MK-0966, and MK-0663). To identify and adjudicate as many of these events as possible, documentation regarding a broad array of cardiovascular serious adverse events (SAEs) is needed. This document describes the procedures to be followed for providing additional documentation of certain serious cardiovascular SAEs in your patients in clinical trials of MK-0966 or MK-0663.**

### PROCEDURE

Cardiovascular SAEs occurring in a patient while on study treatment or within 14 days of discontinuation of study treatment are reviewed at Merck for inclusion in the adjudication process. For cardiovascular adverse events considered relevant for adjudication, your Medical Program Coordinator (MPC) will contact you with a request for additional source (hospital and other medical records) documentation. The notification that you receive will include the following information identifying the patient and event:

- Patient study identifiers (baseline and allocation numbers)
- Date of onset of cardiovascular SAE
- Date of hospitalization (if applicable)
- Date cardiovascular SAE reported

### DOCUMENTATION

Copies of the following types of documents will be requested from you:

1. **Baseline CRF Worksheets**

- Past medical history
- Prior therapy
- Physical examination
- Vital signs
- ECG tracings or results

**APPENDIX 13(CONT.)**

Cardiovascular Event Monitoring

**2.  On Treatment CRF Worksheets**

- Concurrent medications
- ECG pages (routine and unscheduled)
- Laboratory pages
- Physical examination (related to the event)
- Procedures
- Other special examinations

**3.  The Entire Hospital Record for the Specified Event**

If it is not possible to obtain the entire hospital record, please contact your MPC. You will be requested to provide specific source documents depending on the diagnosis.

**SUBMISSION OF DOCUMENTATION**

After all of the relevant documentation has been obtained, please complete the *Investigator Vascular Event Form* (**Attachment 1**) according to the instructions on the form. If certain requested pieces of documentation are known to be unavailable, please indicate so. This will avoid additional requests for these items at a later point in time.

Send copies of the completed and signed CRF worksheets, the hospital record, and the completed *Investigator Vascular Event Form* to the MPC responsible for your site.

Keep a set of the entire package in the patient file.

Following Merck review and processing, you may be asked to provide additional documentation or to clarify the information contained in the package of information. If the documentation is not complete you will be requested to correct these discrepancies.

**APPENDIX 13 (CONT.)**

## Cardiovascular Event Monitoring

| | |
|---|---|
| **To: INVESTIGATOR:** _____ | |
| **FAX Number:** _____ | |
| **Re:** | |
| **Protocol No:** _____   **Baseline No:** _____   **Allocation No:** _____ | |
| **Reported SAE:** _____ | |
| **Adverse Event Onset Date:**  \|__\|__\|/\|__\|__\|/\|__\|__\|__\|__\| | |
| **Date of Hospitalization:**  \|__\|__\|/\|__\|__\|/\|__\|__\|__\|__\| | |
| **Date of Initial report**  \|__\|__\|/\|__\|__\|/\|__\|__\|__\|__\| | |

**Investigator Instructions:**

- Refer to your "Instructions for Investigator Sites for Documentation of Serious Vascular Adverse Events in Trials of COX-2-Specific Inhibitors".

- Request the entire hospital chart related to the SAE.

- Complete the checklist below, indicating the documentation you have collected.

- After assembling all materials, complete the information at the bottom, copy all materials (including this sheet) and send one copy of the entire package to the Monitor or MPC responsible for the study. Keep a copy of the entire package for the patient file.

**Baseline CRF Worksheets**

☐ Past medical history                    ☐ Vital signs

☐ Prior therapy                           ☐ ECG results/tracings

☐ Baseline physical examination

**On Treatment CRF Worksheets**

☐ ECG pages (routine and unscheduled)     ☐ Other special examinations

☐ Concurrent medications                  ☐ Physical exam (related to event)

☐ Procedures                              ☐ Pertinent laboratory pages

## APPENDIX 13 (CONT.)

### Cardiovascular Event Monitoring

**Use this section to record information about your request for the hospital record for this event.**

Date Hospital  Record Requested        |__|__| / |__|__| / |__|__|__|__|

                                                    MM        DD         Year

Requested of        _____

                              Name or Hospital

Date Hospital Record Obtained        |__|__| / |__|__| / |__|__|__|__|

                                                    MM        DD         Year


**Comments (including documents known to be unavailable or delayed)**

_____

_____

_____


_____       _____       _____

**Investigator's Name**              **Staff Initials**                    **Date**

MRK-I8940066650