# EXHIBIT 24

## Response of Neil L. Julie, M.D.

I have reviewed in detail the reports of Dr. D. Curtis, Dr. M. Parnell, Dr. D. Sales and Dr. D. Silvers. My responses to the contents of their reports are enumerated below with relevant literature citation. When there are references from the defense experts' own reports, I have specified their citation numbers as well.

**I. Defense experts rely on a disproved hypothesis.** (Sales, pg. 4; Silvers, pg. 3; Curtis, pg. 2.)

1.    All of the defense experts include descriptions of the COX-2 "scientific hypothesis" (Curtis, pg. 3).[A] According to the COX-2 hypothesis, gastrointestinal (GI) toxicity of non-steroidal anti-inflammatory drugs (NSAIDs) would be eliminated by development of pharmaceuticals that specifically inhibit only COX-2, in contrast to the traditional NSAIDs (tNSAIDs) that inhibit both COX-1 and COX-2 non-selectively. However this hypothesis has been disproved by the results of Merck's clinical trials cited in my prior report. These trials provide "gold standard evidence" that Vioxx is gastrotoxic despite its high degree of COX-2 specificity.

2.    The COX-2 specificity of a drug reflects the ratio of inhibitory concentration-effect (IC-50) that it has on COX-1 and COX-2 activity. For example, Vioxx (ratio =256:1) is a more selective COX-2 inhibitor than Celebrex (ratio= 32:1). Naproxen, on the other hand, is non-selective and inhibits both COX-1 and COX-2. Yet the robust data from the 2009 large nested case-control study by Castellsague, et al.,[1]

---

[A]   Thus every defense expert's statements like "side effects are thought to be..." (Sales, pg. 4) or "theorized gastrointestinal benefits" and "it is generally believed" and "is thought to be" (Silvers, pgs. 2, 3) and "thought to" and "the theory" (Parnell, pg. 2) all acknowledge the speculative nature of the claims.

demonstrated that, "Current rofecoxib and naproxen users had the highest risk for upper GI complications with adjusted ORs of 3.6 (95% CI 2.2-5.7) and 3.4 (95% CI 1.8-6.7) respectively.  No association was found between the risk of upper GI complication and use of celecoxib...or the use of diclofenac plus misoprostol."  This well-designed study shows both the substantial gastrotoxicity of Vioxx and the disconnect between the COX-2 hypothesis and clinically significant upper GI outcomes in the real world.

## II. The Defense Experts Cite an Overestimate of GI Mortality Due to NSAIDs, Which is Contradicted by the Literature Cited in Their Reports.

3.     Defense experts state that there are 16,500 deaths per year due to NSAIDs (Sales, pg. 3; Curtis, pg. 7).  As noted in my prior report, Merck consultant, Loren Laine, admitted that the 16,500 mortality estimate is "bogus."  The Wilcox[2] article agrees that the 16,500 figure "may represent an overestimate because these data were extrapolated to a non-age-adjusted RA population, a group with higher all-cause mortality than the population in general (pg 1083)."

## III. Equivalent Efficacy of Vioxx to NSAIDs for Arthritis Patients Cannot be Determined.

4.     Defense experts contend that Vioxx provides "equal efficacy" to tNSAIDs (for example, Curtis, pg. 11).  However, Merck's own consultants told the company before the drug was marketed that, "equally efficacious doses are not necessarily known;" that the standard of care required starting with a low NSAID dose and only increasing if necessary (dose titration); and that placing patients on "near-maximal doses of drug would not be consistent with current treatment guidelines."[3]

5.     Merck disregarded this advice and designed its clinical trials of arthritis patients to use only near maximal doses of ibuprofen (2400 mg/d), diclofenac (150 mg/d) and naproxen (1000 mg/d). This decision was made despite Merck's knowledge that a 400 mg/d dose of ibuprofen provided equivalent pain relief to Vioxx 25 mg for subjects with dysmenorrhea.[4]

6.     Near maximal doses enhanced the GI toxicity of NSAID comparators and made Vioxx seem safer by comparison. It has been noted that such high doses in Vioxx clinical trials "favour rofecoxib" compared to the other medications.[5] In the absence of arthritis trials of low to medium doses of comparator drugs, there is no scientific basis to claim that such doses would have provided inferior pain relief. In a 1991 osteoarthritis (OA) trial, ibuprofen 1200 and 2400 mg/d provided comparable pain relief further confirming that Merck should have tested Vioxx against low or medium doses of ibuprofen.[6]

7.     Merck did test different doses of Vioxx – (12.5, 25, 50 mg/d) - so they could have and should have tested low and medium doses of ibuprofen and other comparators. The 1996 PDR presented the dosing instructions (regarding RA and OA) at that time as follows: "The smallest dose of MOTRIN [ibuprofen] that yields acceptable control should be employed," and "the dose should be tailored to each patient, and may be lowered or raised depending on the severity of symptoms either at time of initiating drug therapy or as the patient responds or fails to respond."

## IV. Vioxx Rate of GI Adverse Events is Comparable to tNSAIDs. (Sales, pgs. 4-6.)

8.     Dr. Sales' report (see Sales, pg. 2) states that "the risk of adverse GI events in patients taking traditional NSAIDs is 3 times that of controls." As described in

3

detail in my prior report, it is undisputed that in Merck's own clinical trials the relative risk (RR) of perforations, ulcers or bleeds (PUBs) and complicated PUBs with Vioxx is 4.90 and 3.79 (APPROVe study) and 4.03 and 3.83 (Protocol 078).   These RRs exceed those cited by Dr. Sales for tNSAIDs.

9.     Dr. Sales argues that the "absolute rate of [GI] complications" on Vioxx is low by comparing the absolute rate in the APPROVe trial to the absolute rate in other trials of dissimilar patients.  Such comparisons are not scientifically valid.  Randomized control trials (RCTs) provide the best evidence of a drug's toxicity, because they compare populations that are similar in all respects, except for exposure to the drug in question.   Thus, it is clear from the Vioxx RCTs that Vioxx confers approximately a fourfold excess risk of GI events compared to placebo.  Conversely, it is inappropriate to compare the absolute rate of events in one clinical trial to the absolute rate in a different trial of a different population with inherently different background risks for GI events. Dr. Sales' comparison of the absolute GI event rates in the APPROVe study to those of other clinical trials is therefore invalid.

## V.  Review of Literature Cited by Defense Experts.

10.     Garcia-Rodriguez[7] performed a large retrospective cohort study of non-aspirin tNSAIDs versus COXIBs and RRs for upper GI complications.  This article cited by Dr. Sales demonstrates that ibuprofen had a lower RR and was not statistically significantly different from Vioxx for upper gastrointestinal (UGI) complications (Fig. 1, pg. 502).  The authors also stated, "*Ibuprofen has been shown to be the safest tNSAID in virtually all epidemiologic studies.  Our data show that 90% of the patients treated with ibuprofen were primarily using the drug at lower analgesic doses (up to*

4

1200 mg)." This reaffirms that high comparator-dose range trials are not representative of standard of care real-world practice. In the entire population of tNSAID users and COXIB users there was no statistically significant difference in risk (0.8 for COXIBS with 95% CI: 0.6-1.1). In the population on low to medium doses of non-aspirin tNSAIDs compared to COXIBs there was no clinically significant difference in risk. There was only a statistically significant difference among aspirin non-users. Finally, Garcia-Rodriguez lumps all COXIBs together against all tNSAIDs in comparing GI event rates. It is misleading to claim a GI safety advantage for Vioxx alone since the article shows that Vioxx was not safer than ibuprofen (see Figure 1).

11.     The Hunt study[8] assessed amounts of GI blood loss - an effect of chronic NSAID use that is not a valid surrogate for clinically significant GI events. The ibuprofen dose used again was in the high dose range, not simply "therapeutic" and not representative of the general ibuprofen-using patient population. (See paragraph above.)

12.     Hawkey[9] claimed that Vioxx was safer than NSAID comparators based on endoscopic gastroduodenal erosions and ulcers. As documented in my report, endoscopically detected ulcers and erosions are not a valid surrogate for clinical GI adverse events.

13.     In ADVANTAGE-Lisse, et al.,[10] Merck's clinical trial again used a near maximal dose of the comparator (naproxen 1000 mg/d) favoring Vioxx with respect to GI toxicity. First author, "Dr. Lisse said that while he was listed as the paper's first author, Merck actually wrote the report, an unusual practice." "Merck designed the trial, paid for the trial, ran the trial," Dr. Lisse said. "Merck came to me after the study was

completed and said, 'We want your help to work on the paper.' The initial paper was written at Merck, and then it was sent to me for editing."[11]

14.    Finally, the Food and Drug Administration (FDA) concluded that there was no overall safety advantage for rofecoxib 25 mg/d over naproxen 1000 mg/d as measured by total number of deaths, serious adverse events (AEs), hospitalizations, discontinuations due to AEs and common AEs.[12]

15.    In the "Consensus Development Conference" statement by Wilcox, et al.,[13] the conclusions and recommendations of such an entity can only be as good as the information available and Merck had not provided the full information. For example, the AGA Institute recommendations cited the VIGOR study; however, Merck had not disclosed that the benefits in regards to the most clinically important events were confined to the population of steroid users. The AGA Institute could not have been aware of the Protocol-078 risk data since it has never been published nor the Lanas APPROVe data that went unpublished until 2007. Both of those studies showed approximately a fourfold excess of GI events on Vioxx compared to placebo, which contradicted the hypothesis that Vioxx was safe because it was a COX-2 inhibitor. Many of the authors were industry consultants. Some had written company-sponsored articles about the benefits of COX-2 inhibitors. Also in 2006, the AGA Institute authors were clearly no longer recommending Vioxx since it was no longer on the market.

16.    The same limitations apply to the Cochrane meta-analysis authored by Rostom.[14] Reviews based on biased clinical trial designs and selective publications of favorable results necessarily result in a flawed analysis of risk. The Cochrane review also combines data from different COX-2 inhibitors in a manner that does not allow

6

reliable conclusions about each drug individually.  For example, in the upper portion of Figure 4, there is an analysis of the most important clinically significant category - perforations, obstructions and significant bleeding (POBs).  Of the eight studies cited for POBs, only two pertain to Vioxx (VIGOR and Langman study).

17.   All four of the reviewed expert reports cite the Watson study.[15]  This study was prepared by Merck Research Lab employees exclusively and was not co-authored by any non-Merck employee.  It again combines different studies, Vioxx doses, and different comparators.   It combines endoscopic endpoint and confirmed PUB endpoint-based studies.  It uses studies with high comparator NSAID doses and a variety of comparator drugs, without disclosing that some comparators showed no GI risk.  For example, there were no confirmed PUB events with either nabumetone or arthrotec, but these results were not published.[16]  By combining comparators Merck concealed data on the safety of some NSAIDs and stacked the deck against NSAIDs with high comparator doses.  The authors also failed to disclose Kaplan-Meier curves which showed convergence in the rate of complicated PUBs by the end of long term trials.[17]

**VI.  Personal Anecdotes and Impressions.**  (Sales, pgs. 1-2; Parnell, pgs. 1-4; Curtis, pg. 9; Silvers, pgs. 3, 4, and 6.)

18.   Dr. Sales refers to his clinical experience and one case that he saw. Other experts comment similarly.  Such statements have no probative value as to the safety and efficacy of a drug that has been the subject of clinical trials and epidemiologic studies.  Personal experience is not considered a reliable basis for scientific conclusions.

**VII.  Channeling.**  (Curtis, pg. 9; Sales, pg. 7.)

19.    It is very likely that prescribers would tend to prescribe a drug that they thought was safer for their high risk patients.  This "channeling" introduces a potential for "confounding by indication."  The important point is that observational studies adjust for the risk factors in their interpretation of the data.   "Confounding by indication" is eliminated routinely by matching the confounding factors in the treated and the control patients.  The observations such as those cited from Castellsague and others that the upper GI complication risk of Vioxx is similar or higher than various tNSAIDs in real-life is appropriate and correct.  In that study, the Methods section details how channeling effects are routinely eliminated.

**VIII.  Vioxx (and Bextra) Discontinuation - Have GI Complications Increased?**

20.    Dr. Curtis (pg. 10) claims that, "This downward trend in serious GI complications that began in the late 1990s, and persisted into 2004, has now risen again to a rate seen before the introduction of the selective COX-2 agents."  The evidence cited does not support that claim.  The brief abstract by Singh[18] that Curtis cites shows that the rates of serious ulcer complications were comparable in 2000 and 2005, despite a large difference in COXIB prescription rates.  Furthermore, the rates of serious ulcer complications in the three pre-COXIB years of 1997, 1998, and 1999 were 682.3, 635.7 and 579.5/per 100,000 NSAID prescriptions.  In 2005, after withdrawal of two COXIBs (the last year cited in the abstract), the rate was only 433.7.  This 2005 rate was only marginally different than the rate in the years of maximal COX-2 use (2000-2004 when the average rate was 392.2).  This evidence suggests that there are

8

other factors beyond those mentioned in the Singh abstract to account for the variations in serious ulcer complication rates.

Date: December 21, 2009

Neil L. Julie, M.D.

---

[1] Castellsague, J., Holick, C., Hoffman, C., et al.; Risk of Upper Gastrointestinal Complications Associated with Cyclooxygenase-2 Selective and Nonselective Nonsteroidal Antiinflammatory Drugs; Pharmcoltherapy 2009; 29; 12); 1397-1407.

[2] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[3] MRK-NJ0231924, pg. 6.

[4] MRK-NJ0156635.

[5] Rofecoxib: a disappointing NSAID analgesic; Prescrire International; Dec 2000, Volume 9 #50; pgs. 166-169.

[6] Bradley, J.D., et al.; Comparison of an anti-inflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee; NEJM; Vol. 325(2): 87-91.

[7] Garcia-Rodriguez, L. A., Barreales-Tolosa, L.; Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population; Gastroenterology 2007; 132; 498-506.

[8] Hunt, R. H., et al.; A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects; Am J Med 2000; 109; 201-6.

[9] Hawkey, C., Laine, L., Simon, T., et al.; Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis; Arthritis Rheum 2000; 43(2); 370– 377.

[10] Lisse, J. R., et al; Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis, Am Intern Med 2003; 139; 539-46.

[11] "Evidence in Vioxx Suits Shows Intervention by Merck Officials," by Alex Berenson; NY Times, April 24, 2005; http://www.nytimes.com/2005/04/24/business/ 24drug.htm?pagewanted=print&position).

[12] FDA DAIAODP. HFD-550 Medical Officer Review, Re: Complete response to Approvable letter for 21-042/S007 and 21-052/S 004.

[13] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[14] Rostom, A., et al.; Gastrointestinal Safety of Cyclooxygenase-2 Inhibitors:  A Cochrane Collaboration Systematic Review; Clin Gastrentrol Hepatol 2007; 5; 818-828.

[15] Watson, D.J., et al.; The upper gastrointestinal safety of rofecoxib vs. NSAIDs:  an updated combined analysis; Curr Med Res Opin; 2004 Oct; 20(10);1539-48.

[16] MRK-ABY0084294 at pg 41 and 59-Protocol 902.

[17] MRK-ABY0084294 at page 10 and 49.

[18] Singh, G.; EULAR SAT0262, 2007 abstract.

## Response of Neil L. Julie, M.D.

I have reviewed in detail the reports of Dr. D. Curtis, Dr. M. Parnell, Dr. D. Sales and Dr. D. Silvers.  My responses to the contents of their reports are enumerated below with relevant literature citation.  When there are references from the defense experts' own reports, I have specified their citation numbers as well.

**I.  Defense experts rely on a disproved hypothesis.**  (Sales, pg. 4; Silvers, pg. 3; Curtis, pg. 2.)

1.   All of the defense experts include descriptions of the COX-2 "scientific hypothesis" (Curtis, pg. 3).[A]  According to the COX-2 hypothesis, gastrointestinal (GI) toxicity of non-steroidal anti-inflammatory drugs (NSAIDs) would be eliminated by development of pharmaceuticals that specifically inhibit only COX-2, in contrast to the traditional NSAIDs (tNSAIDs) that inhibit both COX-1 and COX-2 non-selectively. However this hypothesis has been disproved by the results of Merck's clinical trials cited in my prior report.   These trials provide "gold standard evidence" that Vioxx is gastrotoxic despite its high degree of COX-2 specificity.

2.   The COX-2 specificity of a drug reflects the ratio of inhibitory concentration-effect (IC-50) that it has on COX-1 and COX-2 activity.  For example, Vioxx (ratio =256:1) is a more selective COX-2 inhibitor than Celebrex (ratio= 32:1). Naproxen, on the other hand, is non-selective and inhibits both COX-1 and COX-2. Yet the robust data from the 2009 large nested case-control study by Castellsague, et al.,[1]

---

[A]   Thus every defense expert's statements like "side effects are thought to be..." (Sales, pg. 4) or "theorized gastrointestinal benefits" and "it is generally believed" and "is thought to be" (Silvers, pgs. 2, 3) and "thought to" and "the theory" (Parnell, pg. 2) all acknowledge the speculative nature of the claims.

demonstrated that, "Current rofecoxib and naproxen users had the highest risk for upper GI complications with adjusted ORs of 3.6 (95% CI 2.2-5.7) and 3.4 (95% CI 1.8-6.7) respectively.  No association was found between the risk of upper GI complication and use of celecoxib…or the use of diclofenac plus misoprostol."  This well-designed study shows both the substantial gastrotoxicity of Vioxx and the disconnect between the COX-2 hypothesis and clinically significant upper GI outcomes in the real world.

## II. The Defense Experts Cite an Overestimate of GI Mortality Due to NSAIDs, Which is Contradicted by the Literature Cited in Their Reports.

3.      Defense experts state that there are 16,500 deaths per year due to NSAIDs (Sales, pg. 3; Curtis, pg. 7).  As noted in my prior report, Merck consultant, Loren Laine, admitted that the 16,500 mortality estimate is "bogus."  The Wilcox[2] article agrees that the 16,500 figure "may represent an overestimate because these data were extrapolated to a non-age-adjusted RA population, a group with higher all-cause mortality than the population in general (pg 1083)."

## III. Equivalent Efficacy of Vioxx to NSAIDs for Arthritis Patients Cannot be Determined.

4.      Defense experts contend that Vioxx provides "equal efficacy" to tNSAIDs (for example, Curtis, pg. 11).  However, Merck's own consultants told the company before the drug was marketed that, "equally efficacious doses are not necessarily known;" that the standard of care required starting with a low NSAID dose and only increasing if necessary (dose titration); and that placing patients on "near-maximal doses of drug would not be consistent with current treatment guidelines."[3]

2

5.      Merck disregarded this advice and designed its clinical trials of arthritis patients to use only near maximal doses of ibuprofen (2400 mg/d), diclofenac (150 mg/d) and naproxen (1000 mg/d).  This decision was made despite Merck's knowledge that a 400 mg/d dose of ibuprofen provided equivalent pain relief to Vioxx 25 mg for subjects with dysmenorrhea.[4]

6.      Near maximal doses enhanced the GI toxicity of NSAID comparators and made Vioxx seem safer by comparison.  It has been noted that such high doses in Vioxx clinical trials "favour rofecoxib" compared to the other medications.[5]   In the absence of arthritis trials of low to medium doses of comparator drugs, there is no scientific basis to claim that such doses would have provided inferior pain relief.  In a 1991 osteoarthritis (OA) trial, ibuprofen 1200 and 2400 mg/d provided comparable pain relief further confirming that Merck should have tested Vioxx against low or medium doses of ibuprofen.[6]

7.      Merck did test different doses of Vioxx – (12.5, 25, 50 mg/d) - so they could have and should have tested low and medium doses of ibuprofen and other comparators. The 1996 PDR presented the dosing instructions (regarding RA and OA) at that time as follows: "The smallest dose of MOTRIN [ibuprofen] that yields acceptable control should be employed," and "the dose should be tailored to each patient, and may be lowered or raised depending on the severity of symptoms either at time of initiating drug therapy or as the patient responds or fails to respond."

## IV.  Vioxx Rate of GI Adverse Events is Comparable to tNSAIDs.  (Sales, pgs. 4-6.)

8.      Dr. Sales' report (see Sales, pg. 2) states that "the risk of adverse GI events in patients taking traditional NSAIDs is 3 times that of controls." As described in

3

detail in my prior report, it is undisputed that in Merck's own clinical trials the relative risk (RR) of perforations, ulcers or bleeds (PUBs) and complicated PUBs with Vioxx is 4.90 and 3.79 (APPROVe study) and 4.03 and 3.83 (Protocol 078).   These RRs exceed those cited by Dr. Sales for tNSAIDs.

9.      Dr. Sales argues that the "absolute rate of [GI] complications" on Vioxx is low by comparing the absolute rate in the APPROVe trial to the absolute rate in other trials of dissimilar patients.   Such comparisons are not scientifically valid.   Randomized control trials (RCTs) provide the best evidence of a drug's toxicity, because they compare populations that are similar in all respects, except for exposure to the drug in question.   Thus, it is clear from the Vioxx RCTs that Vioxx confers approximately a fourfold excess risk of GI events compared to placebo.   Conversely, it is inappropriate to compare the absolute rate of events in one clinical trial to the absolute rate in a different trial of a different population with inherently different background risks for GI events. Dr. Sales' comparison of the absolute GI event rates in the APPROVe study to those of other clinical trials is therefore invalid.

## V.  Review of Literature Cited by Defense Experts.

10.      Garcia-Rodriguez[7] performed a large retrospective cohort study of non-aspirin tNSAIDs versus COXIBs and RRs for upper GI complications.   This article cited by Dr. Sales demonstrates that ibuprofen had a lower RR and was not statistically significantly different from Vioxx for upper gastrointestinal (UGI) complications (Fig. 1, pg. 502).   The authors also stated, "*Ibuprofen has been shown to be the safest tNSAID in virtually all epidemiologic studies.  Our data show that 90% of the patients treated with ibuprofen were primarily using the drug at lower analgesic doses (up to*

4

*1200 mg).*" This reaffirms that high comparator dose range trials are not representative of standard of care real-world practice. In the entire population of tNSAID users and COXIB users there was no statistically significant difference in risk (0.8 for COXIBS with 95% CI: 0.6-1.1). In the population on low to medium doses of non-aspirin tNSAIDs compared to COXIBs there was no clinically significant difference in risk. There was only a statistically significant difference among aspirin non-users. Finally, Garcia-Rodriguez lumps all COXIBs together against all tNSAIDs in comparing GI event rates. It is misleading to claim a GI safety advantage for Vioxx alone since the article shows that Vioxx was not safer than ibuprofen (see Figure 1).

11.    The Hunt study[8] assessed amounts of GI blood loss - an effect of chronic NSAID use that is not a valid surrogate for clinically significant GI events. The ibuprofen dose used again was in the high dose range, not simply "therapeutic" and not representative of the general ibuprofen-using patient population.   (See paragraph above.)

12.    Hawkey[9] claimed that Vioxx was safer than NSAID comparators based on endoscopic gastroduodenal erosions and ulcers.   As documented in my report, endoscopically detected ulcers and erosions are not a valid surrogate for clinical GI adverse events.

13.    In ADVANTAGE-Lisse, et al.,[10] Merck's clinical trial again used a near maximal dose of the comparator (naproxen 1000 mg/d) favoring Vioxx with respect to GI toxicity. First author, "Dr. Lisse said that while he was listed as the paper's first author, Merck actually wrote the report, an unusual practice." "Merck designed the trial, paid for the trial, ran the trial," Dr. Lisse said.   "Merck came to me after the study was

5

completed and said, 'We want your help to work on the paper.'  The initial paper was written at Merck, and then it was sent to me for editing."[11]

14.    Finally, the Food and Drug Administration (FDA) concluded that there was no overall safety advantage for rofecoxib 25 mg/d over naproxen 1000 mg/d as measured by total number of deaths, serious adverse events (AEs), hospitalizations, discontinuations due to AEs and common AEs.[12]

15.    In    the    "Consensus    Development    Conference"    statement    by Wilcox, et al.,[13] the conclusions and recommendations of such an entity can only be as good as the information available and Merck had not provided the full information.  For example, the AGA Institute recommendations cited the VIGOR study; however, Merck had not disclosed that the benefits in regards to the most clinically important events were confined to the population of steroid users.  The AGA Institute could not have been aware of the Protocol-078 risk data since it has never been published nor the Lanas APPROVe data that went unpublished until 2007.  Both of those studies showed approximately a fourfold excess of GI events on Vioxx compared to placebo, which contradicted the hypothesis that Vioxx was safe because it was a COX-2 inhibitor. Many of the authors were industry consultants.  Some had written company-sponsored articles about the benefits of COX-2 inhibitors.  Also in 2006, the AGA Institute authors were clearly no longer recommending Vioxx since it was no longer on the market.

16.    The same limitations apply to the Cochrane meta-analysis authored by Rostom.[14]  Reviews based on biased clinical trial designs and selective publications of favorable results necessarily result in a flawed analysis of risk.  The Cochrane review also combines data from different COX-2 inhibitors in a manner that does not allow

reliable conclusions about each drug individually. For example, in the upper portion of Figure 4, there is an analysis of the most important clinically significant category - perforations, obstructions and significant bleeding (POBs). Of the eight studies cited for POBs, only two pertain to Vioxx (VIGOR and Langman study).

17. All four of the reviewed expert reports cite the Watson study.[15] This study was prepared by Merck Research Lab employees exclusively and was not co-authored by any non-Merck employee. It again combines different studies, Vioxx doses, and different comparators. It combines endoscopic endpoint and confirmed PUB endpoint-based studies. It uses studies with high comparator NSAID doses and a variety of comparator drugs, without disclosing that some comparators showed no GI risk. For example, there were no confirmed PUB events with either nabumetone or arthrotec, but these results were not published.[16] By combining comparators Merck concealed data on the safety of some NSAIDs and stacked the deck against NSAIDs with high comparator doses. The authors also failed to disclose Kaplan-Meier curves which showed convergence in the rate of complicated PUBs by the end of long term trials.[17]

**VI. Personal Anecdotes and Impressions.** (Sales, pgs. 1-2; Parnell, pgs. 1-4; Curtis, pg. 9; Silvers, pgs. 3, 4, and 6.)

18. Dr. Sales refers to his clinical experience and one case that he saw. Other experts comment similarly. Such statements have no probative value as to the safety and efficacy of a drug that has been the subject of clinical trials and epidemiologic studies. Personal experience is not considered a reliable basis for scientific conclusions.

**VII.  Channeling.** (Curtis, pg. 9; Sales, pg. 7.)

19.     It is very likely that prescribers would tend to prescribe a drug that they thought was safer for their high risk patients.  This "channeling" introduces a potential for "confounding by indication."  The important point is that observational studies adjust for the risk factors in their interpretation of the data.   "Confounding by indication" is eliminated routinely by matching the confounding factors in the treated and the control patients.  The observations such as those cited from Castellsague and others that the upper GI complication risk of Vioxx is similar or higher than various tNSAIDs in real-life is appropriate and correct.  In that study, the Methods section details how channeling effects are routinely eliminated.

**VIII.  Vioxx (and Bextra) Discontinuation - Have GI Complications Increased?**

20.     Dr. Curtis (pg. 10) claims that, "This downward trend in serious GI complications that began in the late 1990s, and persisted into 2004, has now risen again to a rate seen before the introduction of the selective COX-2 agents."  The evidence cited does not support that claim.  The brief abstract by Singh[18] that Curtis cites shows that the rates of serious ulcer complications were comparable in 2000 and 2005, despite a large difference in COXIB prescription rates.  Furthermore, the rates of serious ulcer complications in the three pre-COXIB years of 1997, 1998, and 1999 were 682.3, 635.7 and 579.5/per 100,000 NSAID prescriptions.  In 2005, after withdrawal of two COXIBs (the last year cited in the abstract), the rate was only 433.7.  This 2005 rate was only marginally different than the rate in the years of maximal COX-2 use (2000-2004 when the average rate was 392.2).  This evidence suggests that there are

other factors beyond those mentioned in the Singh abstract to account for the variations

in serious ulcer complication rates.

Date:  December 21, 2009

Neil L. Julie, M.D.

---

[1] Castellsague, J., Holick, C., Hoffman, C., et al.; Risk of Upper Gastrointestinal Complications Associated with Cyclooxygenase-2 Selective and Nonselective Nonsteroidal Antiinflammatory Drugs; Pharmcoltherapy 2009; 29; 12); 1397-1407.

[2] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[3] MRK-NJ0231924, pg. 6.

[4] MRK-NJ0156635.

[5] Rofecoxib: a disappointing NSAID analgesic; Prescrire International; Dec 2000, Volume 9 #50; pgs. 166-169.

[6] Bradley, J.D., et al.; Comparison of an anti-inflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee; NEJM; Vol. 325(2): 87-91.

[7] Garcia-Rodriguez, L. A., Barreales-Tolosa, L.; Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population; Gastroenterology 2007; 132; 498-506.

[8] Hunt, R. H., et al.; A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects; Am J Med 2000; 109; 201-6.

[9] Hawkey, C., Laine, L., Simon, T., et al.; Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis; Arthritis Rheum 2000; 43(2); 370– 377.

[10] Lisse, J. R., et al; Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis, Am Intern Med 2003; 139; 539-46.

[11] "Evidence in Vioxx Suits Shows Intervention by Merck Officials," by Alex Berenson; NY Times, April 24, 2005; http://www.nytimes.com/2005/04/24/business/ 24drug.htm?pagewanted=print&position).

[12] FDA DAIAODP. HFD-550 Medical Officer Review, Re: Complete response to Approvable letter for 21-042/S007 and 21-052/S 004.

[13] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[14] Rostom, A., et al.; Gastrointestinal Safety of Cyclooxygenase-2 Inhibitors:  A Cochrane Collaboration Systematic Review; Clin Gastrenterol Hepatol 2007; 5; 818-828.

[15] Watson, D.J., et al.; The upper gastrointestinal safety of rofecoxib vs. NSAIDs:  an updated combined analysis; Curr Med Res Opin; 2004 Oct; 20(10);1539-48.

[16] MRK-ABY0084294 at pg 41 and 59-Protocol 902.

[17] MRK-ABY0084294 at page 10 and 49.

[18] Singh, G.; EULAR SAT0262, 2007 abstract.

## Response of Neil L. Julie, M.D.

I have reviewed in detail the reports of Dr. D. Curtis, Dr. M. Parnell, Dr. D. Sales and Dr. D. Silvers. My responses to the contents of their reports are enumerated below with relevant literature citation. When there are references from the defense experts' own reports, I have specified their citation numbers as well.

**I.  Defense experts rely on a disproved hypothesis.** (Sales, pg. 4; Silvers, pg. 3; Curtis, pg. 2.)

1.     All of the defense experts include descriptions of the COX-2 "scientific hypothesis" (Curtis, pg. 3).[A] According to the COX-2 hypothesis, gastrointestinal (GI) toxicity of non-steroidal anti-inflammatory drugs (NSAIDs) would be eliminated by development of pharmaceuticals that specifically inhibit only COX-2, in contrast to the traditional NSAIDs (tNSAIDs) that inhibit both COX-1 and COX-2 non-selectively. However this hypothesis has been disproved by the results of Merck's clinical trials cited in my prior report.   These trials provide "gold standard evidence" that Vioxx is gastrotoxic despite its high degree of COX-2 specificity.

2.     The COX-2 specificity of a drug reflects the ratio of inhibitory concentration-effect (IC-50) that it has on COX-1 and COX-2 activity.  For example, Vioxx (ratio =256:1) is a more selective COX-2 inhibitor than Celebrex (ratio= 32:1). Naproxen, on the other hand, is non-selective and inhibits both COX-1 and COX-2. Yet the robust data from the 2009 large nested case-control study by Castellsague, et al.,[1]

---

[A]  Thus every defense expert's statements like "side effects are thought to be..." (Sales, pg. 4) or "theorized gastrointestinal benefits" and "it is generally believed" and "is thought to be" (Silvers, pgs. 2, 3) and "thought to" and "the theory" (Parnell, pg. 2) all acknowledge the speculative nature of the claims.

1

demonstrated that, "Current rofecoxib and naproxen users had the highest risk for upper GI complications with adjusted ORs of 3.6 (95% CI 2.2-5.7) and 3.4 (95% CI 1.8-6.7) respectively.  No association was found between the risk of upper GI complication and use of celecoxib...,or the use of diclofenac plus misoprostol."  This well-designed study shows both the substantial gastrotoxicity of Vioxx and the disconnect between the COX-2 hypothesis and clinically significant upper GI outcomes in the real world.

## II. The Defense Experts Cite an Overestimate of GI Mortality Due to NSAIDs, Which is Contradicted by the Literature Cited in Their Reports.

3.     Defense experts state that there are 16,500 deaths per year due to NSAIDs (Sales, pg. 3; Curtis, pg. 7).  As noted in my prior report, Merck consultant, Loren Laine, admitted that the 16,500 mortality estimate is "bogus."  The Wilcox[2] article agrees that the 16,500 figure "may represent an overestimate because these data were extrapolated to a non-age-adjusted RA population, a group with higher all-cause mortality than the population in general (pg 1083)."

## III. Equivalent Efficacy of Vioxx to NSAIDs for Arthritis Patients Cannot be Determined.

4.     Defense experts contend that Vioxx provides "equal efficacy" to tNSAIDs (for example, Curtis, pg. 11).  However, Merck's own consultants told the company before the drug was marketed that, "equally efficacious doses are not necessarily known;" that the standard of care required starting with a low NSAID dose and only increasing if necessary (dose titration); and that placing patients on "near-maximal doses of drug would not be consistent with current treatment guidelines."[3]

2

5.      Merck disregarded this advice and designed its clinical trials of arthritis patients to use only near maximal doses of ibuprofen (2400 mg/d), diclofenac (150 mg/d) and naproxen (1000 mg/d).  This decision was made despite Merck's knowledge that a 400 mg/d dose of ibuprofen provided equivalent pain relief to Vioxx 25 mg for subjects with dysmenorrhea.[4]

6.      Near maximal doses enhanced the GI toxicity of NSAID comparators and made Vioxx seem safer by comparison.  It has been noted that such high doses in Vioxx clinical trials "favour rofecoxib" compared to the other medications.[5]  In the absence of arthritis trials of low to medium doses of comparator drugs, there is no scientific basis to claim that such doses would have provided inferior pain relief.  In a 1991 osteoarthritis (OA) trial, ibuprofen 1200 and 2400 mg/d provided comparable pain relief further confirming that Merck should have tested Vioxx against low or medium doses of ibuprofen.[6]

7.      Merck did test different doses of Vioxx – (12.5, 25, 50 mg/d) - so they could have and should have tested low and medium doses of ibuprofen and other comparators. The 1996 PDR presented the dosing instructions (regarding RA and OA) at that time as follows: "The smallest dose of MOTRIN [ibuprofen] that yields acceptable control should be employed," and "the dose should be tailored to each patient, and may be lowered or raised depending on the severity of symptoms either at time of initiating drug therapy or as the patient responds or fails to respond."

**IV.  Vioxx Rate of GI Adverse Events is Comparable to tNSAIDs.**  (Sales, pgs. 4-6.)

8.      Dr. Sales' report (see Sales, pg. 2) states that "the risk of adverse GI events in patients taking traditional NSAIDs is 3 times that of controls."  As described in

3

detail in my prior report, it is undisputed that in Merck's own clinical trials the relative risk (RR) of perforations, ulcers or bleeds (PUBs) and complicated PUBs with Vioxx is 4.90 and 3.79 (APPROVe study) and 4.03 and 3.83 (Protocol 078).   These RRs exceed those cited by Dr. Sales for tNSAIDs.

9.      Dr. Sales argues that the "absolute rate of [GI] complications" on Vioxx is low by comparing the absolute rate in the APPROVe trial to the absolute rate in other trials of dissimilar patients.  Such comparisons are not scientifically valid.  Randomized control trials (RCTs) provide the best evidence of a drug's toxicity, because they compare populations that are similar in all respects, except for exposure to the drug in question.  Thus, it is clear from the Vioxx RCTs that Vioxx confers approximately a fourfold excess risk of GI events compared to placebo.  Conversely, it is inappropriate to compare the absolute rate of events in one clinical trial to the absolute rate in a different trial of a different population with inherently different background risks for GI events. Dr. Sales' comparison of the absolute GI event rates in the APPROVe study to those of other clinical trials is therefore invalid.

## V.  Review of Literature Cited by Defense Experts.

10.      Garcia-Rodriguez[7] performed a large retrospective cohort study of non-aspirin tNSAIDs versus COXIBs and RRs for upper GI complications.  This article cited by Dr. Sales demonstrates that ibuprofen had a lower RR and was not statistically significantly different from Vioxx for upper gastrointestinal (UGI) complications (Fig. 1, pg. 502).  The authors also stated, "*Ibuprofen has been shown to be the safest tNSAID in virtually all epidemiologic studies.  Our data show that 90% of the patients treated with ibuprofen were primarily using the drug at lower analgesic doses (up to*

4

*1200 mg)."* This reaffirms that high comparator dose range trials are not representative of standard of care real-world practice. In the entire population of tNSAID users and COXIB users there was no statistically significant difference in risk (0.8 for COXIBS with 95% CI: 0.6-1.1). In the population on low to medium doses of non-aspirin tNSAIDs compared to COXIBs there was no clinically significant difference in risk. There was only a statistically significant difference among aspirin non-users. Finally, Garcia-Rodriguez lumps all COXIBs together against all tNSAIDs in comparing GI event rates. It is misleading to claim a GI safety advantage for Vioxx alone since the article shows that Vioxx was not safer than ibuprofen (see Figure 1).

11.    The Hunt study[8] assessed amounts of GI blood loss - an effect of chronic NSAID use that is not a valid surrogate for clinically significant GI events. The ibuprofen dose used again was in the high dose range, not simply "therapeutic" and not representative of the general ibuprofen-using patient population. (See paragraph above.)

12.    Hawkey[9] claimed that Vioxx was safer than NSAID comparators based on endoscopic gastroduodenal erosions and ulcers. As documented in my report, endoscopically detected ulcers and erosions are not a valid surrogate for clinical GI adverse events.

13.    In ADVANTAGE-Lisse, et al.,[10] Merck's clinical trial again used a near maximal dose of the comparator (naproxen 1000 mg/d) favoring Vioxx with respect to GI toxicity. First author, "Dr. Lisse said that while he was listed as the paper's first author, Merck actually wrote the report, an unusual practice." "Merck designed the trial, paid for the trial, ran the trial," Dr. Lisse said. "Merck came to me after the study was

completed and said, 'We want your help to work on the paper.'  The initial paper was written at Merck, and then it was sent to me for editing."[11]

14.    Finally, the Food and Drug Administration (FDA) concluded that there was no overall safety advantage for rofecoxib 25 mg/d over naproxen 1000 mg/d as measured by total number of deaths, serious adverse events (AEs), hospitalizations, discontinuations due to AEs and common AEs.[12]

15.    In    the    "Consensus    Development    Conference"    statement    by Wilcox, et al.,[13] the conclusions and recommendations of such an entity can only be as good as the information available and Merck had not provided the full information.  For example, the AGA Institute recommendations cited the VIGOR study; however, Merck had not disclosed that the benefits in regards to the most clinically important events were confined to the population of steroid users.  The AGA Institute could not have been aware of the Protocol-078 risk data since it has never been published nor the Lanas APPROVe data that went unpublished until 2007.  Both of those studies showed approximately a fourfold excess of GI events on Vioxx compared to placebo, which contradicted the hypothesis that Vioxx was safe because it was a COX-2 inhibitor. Many of the authors were industry consultants.  Some had written company-sponsored articles about the benefits of COX-2 inhibitors.  Also in 2006, the AGA Institute authors were clearly no longer recommending Vioxx since it was no longer on the market.

16.    The same limitations apply to the Cochrane meta-analysis authored by Rostom.[14]  Reviews based on biased clinical trial designs and selective publications of favorable results necessarily result in a flawed analysis of risk.  The Cochrane review also combines data from different COX-2 inhibitors in a manner that does not allow

reliable conclusions about each drug individually.  For example, in the upper portion of Figure 4, there is an analysis of the most important clinically significant category - perforations, obstructions and significant bleeding (POBs).  Of the eight studies cited for POBs, only two pertain to Vioxx (VIGOR and Langman study).

17.    All four of the reviewed expert reports cite the Watson study.[15]  This study was prepared by Merck Research Lab employees exclusively and was not co-authored by any non-Merck employee.  It again combines different studies, Vioxx doses, and different comparators.   It combines endoscopic endpoint and confirmed PUB endpoint-based studies.  It uses studies with high comparator NSAID doses and a variety of comparator drugs, without disclosing that some comparators showed no GI risk.  For example, there were no confirmed PUB events with either nabumetone or arthrotec, but these results were not published.[16]  By combining comparators Merck concealed data on the safety of some NSAIDs and stacked the deck against NSAIDs with high comparator doses.  The authors also failed to disclose Kaplan-Meier curves which showed convergence in the rate of complicated PUBs by the end of long term trials.[17]

**VI.  Personal Anecdotes and Impressions.**  (Sales, pgs. 1-2; Parnell, pgs. 1-4; Curtis, pg. 9; Silvers, pgs. 3, 4, and 6.)

18.    Dr. Sales refers to his clinical experience and one case that he saw. Other experts comment similarly.  Such statements have no probative value as to the safety and efficacy of a drug that has been the subject of clinical trials and epidemiologic studies.  Personal experience is not considered a reliable basis for scientific conclusions.

7

## VII. Channeling. (Curtis, pg. 9; Sales, pg. 7.)

19.    It is very likely that prescribers would tend to prescribe a drug that they thought was safer for their high risk patients.  This "channeling" introduces a potential for "confounding by indication."  The important point is that observational studies adjust for the risk factors in their interpretation of the data.  "Confounding by indication" is eliminated routinely by matching the confounding factors in the treated and the control patients.  The observations such as those cited from Castellsague and others that the upper GI complication risk of Vioxx is similar or higher than various tNSAIDs in real-life is appropriate and correct.  In that study, the Methods section details how channeling effects are routinely eliminated.

## VIII.  Vioxx (and Bextra) Discontinuation - Have GI Complications Increased?

20.    Dr. Curtis (pg. 10) claims that, "This downward trend in serious GI complications that began in the late 1990s, and persisted into 2004, has now risen again to a rate seen before the introduction of the selective COX-2 agents."  The evidence cited does not support that claim.  The brief abstract by Singh[18] that Curtis cites shows that the rates of serious ulcer complications were comparable in 2000 and 2005, despite a large difference in COXIB prescription rates.  Furthermore, the rates of serious ulcer complications in the three pre-COXIB years of 1997, 1998, and 1999 were 682.3, 635.7 and 579.5/per 100,000 NSAID prescriptions.  In 2005, after withdrawal of two COXIBs (the last year cited in the abstract), the rate was only 433.7.  This 2005 rate was only marginally different than the rate in the years of maximal COX-2 use (2000-2004 when the average rate was 392.2).  This evidence suggests that there are

other factors beyond those mentioned in the Singh abstract to account for the variations

in serious ulcer complication rates.

Date:  December 21, 2009

Neil L. Julie, M.D.

[1] Castellsague, J., Holick, C., Hoffman, C., et al.; Risk of Upper Gastrointestinal Complications Associated with Cyclooxygenase-2 Selective and Nonselective Nonsteroidal Antiinflammatory Drugs; Pharmcoltherapy 2009; 29; 12); 1397-1407.

[2] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[3] MRK-NJ0231924, pg. 6.

[4] MRK-NJ0156635.

[5] Rofecoxib: a disappointing NSAID analgesic; Prescrire International; Dec 2000, Volume 9 #50; pgs. 166-169.

[6] Bradley, J.D., et al.; Comparison of an anti-inflammatory dose of ibuprofen, an analgesic dose of ibuprofen, and acetaminophen in the treatment of patients with osteoarthritis of the knee; NEJM; Vol. 325(2): 87-91.

[7] Garcia-Rodriguez, L. A., Barreales-Tolosa, L.; Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population; Gastroenterology 2007; 132; 498-506.

[8] Hunt, R. H., et al.; A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects; Am J Med 2000; 109; 201-6.

[9] Hawkey, C., Laine, L., Simon, T., et al.; Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis; Arthritis Rheum 2000; 43(2); 370– 377.

[10] Lisse, J. R., et al; Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis, Am Intern Med 2003; 139; 539-46.

[11] "Evidence in Vioxx Suits Shows Intervention by Merck Officials," by Alex Berenson; NY Times, April 24, 2005; http://www.nytimes.com/2005/04/24/business/ 24drug.htm?pagewanted=print&position).

[12] FDA DAIAODP. HFD-550 Medical Officer Review, Re: Complete response to Approvable letter for 21-042/S007 and 21-052/S 004.

[13] Wilcox, CM, et al.; Consensus development conference on the use of Nonsteroidal anti-inflammatory agents, including cyclooxygenase-2 enzyme inhibitors and aspirin; Clin Gastroenterol and Hepatol, 2006; 4; 1082-1089.

[14] Rostom, A., et al.; Gastrointestinal Safety of Cyclooxygenase-2 Inhibitors:  A Cochrane Collaboration Systematic Review; Clin Gastroentrol Hepatol 2007; 5; 818-828.

[15] Watson, D.J., et al.; The upper gastrointestinal safety of rofecoxib vs. NSAIDs:  an updated combined analysis; Curr Med Res Opin; 2004 Oct; 20(10);1539-48.

[16] MRK-ABY0084294 at pg 41 and 59-Protocol 902.

[17] MRK-ABY0084294 at page 10 and 49.

[18] Singh, G.; EULAR SAT0262, 2007 abstract.

9