UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

**DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO EXCLUDE CERTAIN OPINION TESTIMONY OF MERCK'S EXPERTS CONCERNING THE RELATIVE SAFETY AND EFFICACY OF VIOXX COMPARED TO OTHER MEDICATIONS**

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the report of David L. Curtis, M.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of the report of David J. Sales, M.D.

861318.1

4. Attached hereto as Exhibit 3 is a true and correct copy of the report of Melvin L. Parnell, Jr., M.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of the report of David R. Silvers, M.D.

6. Attached hereto as Exhibit 5 are excerpts from Volume II hearing transcript in *Mason v. Merck*, MDL No. 1657, October 31, 2006, pp. 225:25-226:2; 340:20-341:15.

7. Attached hereto as Exhibit 6 is a true and correct copy of the report of expert Neil Julie, M.D.

8. Attached here as Exhibit 7 is a true and correct copy of the rebuttal of expert Neil Julie, M.D.

9. Attached hereto as Exhibit 8 is a true and correct copy of the report of David Y. Graham, M.D.

10. Attached hereto as Exhibit 9 are excerpts from the deposition transcript of David R. Silvers, M.D., pp. 247:24-248:2.

11. Attached hereto as Exhibit 10 are excerpts from the deposition transcript of David J. Sales, M.D., pp. 100:6-12; 200:10-14.

12. Attached hereto as Exhibit 11 is a true and correct copy of an article by Mervyn Busson, MB, ChB, DA, DObst, RCOG, MRCGP, entitled "Update on Ibuprofen: Review Article," published in *The Journal of International Medical Research*, 1986, previously marked as Curtis 15.

13. Attached hereto as Exhibit 12 are excerpts of the deposition transcript of Melvin L. Parnell, M.D., January 21, 2010, pp. 199:19-200:5.

14. Attached hereto as Exhibit 13 is a true and correct copy of a memo from Dr. A. Reicin to Human Health PAC, dated August 19, 1998, beginning with bates number MRK-GUE0051686.

15. Attached hereto as Exhibit 14 is a true and correct copy of an email from Brian Daniels to Thomas Simon, *et al.*, dated February 26, 2007, beginning with bates number MRK-NJ0315892.

16. Attached hereto as Exhibit 15 are excerpts from the deposition transcript of Fran Kaiser, M.D., January 20, 2010 pp. 199:8-201:20.

17. Attached hereto as Exhibit 16 are excerpts from the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 108:2-11; 109:14-21; 117:6-118:2; 245:5-249:10.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from a document from a CRRC Meeting dated April 3, 2001, beginning with bates number MRK-ABP0016915 (excerpt does not include any products other than Vioxx).

19. Attached hereto as Exhibit 18 is a true and correct copy of the April 2002 Vioxx label, previously marked Kessler Exhibit 11.

20. Attached hereto as Exhibit 19 is a true and correct copy of a Merck memo concerning Protocol 017, beginning with bates number MRK-ABC0048699.

21. Attached hereto as Exhibit 20 is a true and correct copy of Merck document concerning Protocol 017, beginning at bates number MRK-ABS0067365.

22. Attached hereto as Exhibit 21 is a true and correct copy of an article by Alaa Rostom, *et al.*, entitled "Gastrointestinal Safety of Cyclooxygenase 2 Inhibitors: A Cochrane Collaboration Systematic Review" published in *Clinical Gastroenterology and Hepatology*, 2007.

861318.1

23. Attached hereto as Exhibit 22 is a true and correct copy of an article by Douglas J. Watson, *et al.*, entitled "The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis," 2004, previously marked as Sales Exhibit 38.

24. Attached hereto as Exhibit 23 is a true and correct copy of an article by David Henry, *et al.*, entitled "Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis," published in *British Medical Journal*, June 22, 1996, previously marked as Curtis 16.

25. Attached hereto as Exhibit 24 is a true and correct copy of a Consultants Meeting, 10-24-1996; Minutes for the MK-0966 Consultants Meeting to Discuss the Design of the GI Clinical Outcomes Megatrial, previously marked as Sales Exhibit 24.

26. Attached hereto as Exhibit 25 is a true and correct copy of an article by Michael J. Langman, M.D., *et al.*, entitled "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDs," published in *JAMA*, November 24, 1999, previously marked as Sales Exhibit 31.

27. Attached hereto as Exhibit 26 is a true and correct copy of an article by Grant W. Cannon, *et al.* entitled "Rofecoxib, a Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclofenac Sodium," published in *Arthritis and Rheumatism*, May 2000.

28. Attached hereto as Exhibit 27 is a true and correct copy of Protocol 045 Patient Consent Form, beginning with bates number MRK-ABS0187245.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 9, 2010, at San Francisco, California.

SARAH R. LONDON