# EXHIBIT 4

**Expert Report**


David R. Silvers, M.D., FACP, FACG, AGA-F
4228 Houma Boulevard, Suite 120
Metairie, Louisiana 70006


December 3, 2009


I am a private practice gastroenterologist at East Jefferson General Hospital in New Orleans, Louisiana, and have been in the practice of gastroenterology since 1984. I am board certified in both internal medicine and the subspecialty of gastroenterology. I completed my undergraduate and medical school studies at Tulane University and Medical School. My residency in internal medicine was at Baylor College of Medicine in Houston, Texas, where I remained to complete a fellowship in gastroenterology and hepatology. After completing my fellowship, I returned to New Orleans and have been in private practice since 1984. I am on the board of directors of East Jefferson General Hospital in Metairie, Louisiana, and have served on numerous hospital quality, pharmacy and therapeutics, and other medical staff committees. I developed and was president of Drug Research Services, a private clinical research site, and participated in conducting over 150 clinical trials. This company was inactivated following Hurricane Katrina in 2005. Further information pertaining to my background and experience can be found in my Curriculum Vitae.

Patients with arthritis often present for medical evaluation and treatment due to acute and/or chronically disabling pain. The pain associated with arthritis will often affect and limit their daily activities. Even the simplest activities of daily life may be affected by arthritic pain, such as, getting out of bed or getting up from a sitting position, bending, reaching or even just opening a door. This pain is often a limiting factor in their ability to enjoy some of the simplest pleasures of life. It has been estimated that over 22 million people suffer with arthritis in the United States. For these people, treatment options require medications that reduce the symptomatic pain and, if possible, inflammation of the affected joints. Of course, these disabling symptoms must be treated. The most commonly used medications for treatment of osteoarthritis are the non-steroidal anti-inflammatory drugs, or NSAIDS. It is estimated that everyday, over 30 million people take NSAIDS to help them cope with the pain and suffering of arthritis. These drugs are clearly

beneficial in relieving symptomatic pain and reducing inflammation. While there are other options for the treatment of arthritis, NSAIDS are a mainstay of treatment because of their proven efficacy and their advantages over other medications. For example, although narcotics can relieve the perception of pain, they do not reduce inflammation and are associated with significant side effects, such as, high potential for dependency and sedation among others. Further, although acetaminophen can be used for symptomatic relief, NSAIDS, in general, have been found to be more efficacious than acetaminophen. And, as with all medications, acetaminophen has its own side effect profile. As a result, the potential benefits of taking any medication must always be weighed against the potential risks associated with that drug or therapy.

Unfortunately, and again as with all medications, NSAIDS are also associated with their own set of potential side effects and complications (gastrointestinal disorders, salt and water retention, etc.). Ulcers of the stomach and intestines may occur in up to 25% of chronic NSAID users, while 2-4% may have more serious complications such as bleeding or perforations. Over the years, I have been called to the hospital emergency department to care for patients with acutely bleeding ulcers as a result of taking NSAIDS for either pain or arthritis. A significant portion of my practice deals with diagnosis, treatment and prevention of these disorders. These bleeds are often life threatening and require emergency blood transfusions and endoscopic treatment. Gastrointestinal damage is one of the most severe medication side effects in the United States. It is estimated that more than 100,000 patients are admitted to the hospital each year due to complications from NSAIDS, and thousands of people will die from them. Some patients are at even greater risk for these gastrointestinal disorders than average healthy patients. Such high risk groups include, for example, older age, patients with a history of prior ulcer disease or ulcer complications, patients with a positive H. pylori infection, patients who have severe cardiovascular disease or are chronically disabled, and patients taking aspirin, steroids, or anticoagulants. In over 80% of patients taking NSAIDS, there are no warning signs prior to the gastrointestinal complications.

My understanding is that the Preferred Drug List and prior authorization program for NSAIDS for Louisiana Medicaid patients became effective in June of 2002. I have also reviewed the monographs prepared by Provider Synergies for use by the Louisiana Medicaid Pharmacy & Therapeutics Committee.

NSAIDS inhibit the enzyme cyclooxygenase, (COX) which is important in prostaglandin production. Relatively recently, it was discovered that there were

2



two COX enzymes. It is generally believed that COX-1 has an important role in maintaining the health of the stomach lining or mucosa, by producing prostaglandins that prevent ulcers and promote healing. COX-2 is thought to be an inducible enzyme and is associated with joint inflammation and pain. Most NSAIDS inhibit both COX enzymes. By blocking both COX enzymes, arthritis pain and inflammation is diminished, but with the resultant effect of also interfering with and diminishing the protective benefits to the stomach lining, which may result in the development of ulcers.

Because of the effects of inhibiting both enzymes as described above, a special class of NSAIDS was developed known of as COX-2 inhibitors, which only block COX-2. It was theorized that selective inhibition of COX-2 would therefore reduce the joint pain and inflammation, without interfering with the COX-1 derived benefit of stomach protection. Vioxx (rofecoxib) was one of the selective COX-2 inhibitors developed and was subsequently shown to be effective in treating arthritis with comparable efficacy as the prescription doses of traditional NSAIDS. With the introduction of these selective COX-2 inhibitors, there was a tremendous feeling of hope within the physician community, as well as for the millions of arthritis sufferers who could not tolerate the side effects of standard, non-selective NSAID medications. As a gastroenterologist, I felt elated that the number of patients presenting to the emergency department with complications from taking NSAIDS could be diminished as these theoretically safer drugs gained popularity and widespread use. After the selective COX-2 inhibitors were available for several years, a review article was published by Chan and Graham (the physician who trained me during my fellowship in gastroenterology at the VA hospital in Houston): Prevention of NSAID Gastrointestinal Complications-Review and Recommendations Based on Risk Assessment (Alimentary and Pharmacology, Therapeutics (Volume 19, 2004)) In it, the following statement was made: If all things including costs were equal, we would only prescribe selective COX-2 inhibitors for any indication where an NSAID is needed.

The theorized gastrointestinal benefits of the selective COX-2 inhibitors were confirmed based on my clinical experience. Overall, the numbers of patients presenting to my practice with ulcers and bleeds from NSAIDS declined significantly with use of the COX-2 inhibitors. In my experience, patients on these new selective COX-2 inhibitors benefited both in terms of relief of arthritis pain and inflammation, as well as fewer ulcers, erosions, and gastrointestinal bleeding. Due to these perceived benefits within the medical community, this class of medications were widely prescribed and better tolerated. Further, since Vioxx was taken off the market and COX-2 inhibitors have been used somewhat less

3

frequently, I have seen an increase in ulcers and bleeds from the use of non-selective NSAIDS.

The decline in gastrointestinal bleeding and ulcers that I experienced in my practice was consistent with the clinical studies involving Vioxx.

For example, in 1999, Langman and others published an analysis of confirmed gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers) that occurred in the 8 pre-approval OA trials. That analysis showed a significant reduction (RR 0.51) in confirmed gastrointestinal events with the use of Vioxx compared to NSAIDS (ibuprofen, diclofenac, and nabumetone). Various sensitivity analyses were conducted and all showed very consistent reductions in risk (RR 0.45 – 0.55), although the endpoint of confirmed complicated gastrointestinal events did not reach significance (Protocol 069, Table 20).

Additionally, in 2000, Claire Bombardier and others published an article in the November New England Journal of Medicine that compared Vioxx (50mg) to naproxen (500mg bid) in over 8000 patients with rheumatoid arthritis with respect to confirmed upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers). This study (known as VIGOR) convincingly showed that patients taking Vioxx (50mg – twice the recommended chronic dose) had approximately half of the gastrointestinal events as did the patients randomized to naproxen. There was also a significant reduction in events for the secondary endpoint of confirmed complicated events (RR 0.4). Further, as reported in the Bombardier article, the reduction in confirmed gastrointestinal events was maintained in the subgroups of under age 65, over age 65, previous history of gastrointestinal event, no prior history of gastrointestinal event, positive *H. pylori*, negative *H. pylori*, and concomitant use of steroids. Although there was a risk reduction in the subgroup of persons not using steroids, the result did not reach significance. It should be noted, however, that the rate of events in the Vioxx group was similar in both steroid subgroups (and similar to the overall rate) indicating that Vioxx had a similar rate in both groups.

In 2003, Laine and others published an article in Gastroenterology that reviewed the risk for lower gastrointestinal events in the VIGOR trial. That analysis showed that rate of serious lower gastrointestinal events with Vioxx was significantly lower (RR 0.46) than the rate for persons taking naproxen.

4

In July 2003, the Provider Synergies monograph provided to the P&T Committee recommended that Vioxx be added to the Preferred Drug List in Louisiana (between June of 2002 and July of 2003, Vioxx required prior authorization). Overall, the monographs, in my opinion, adequately and accurately described the clinical trials discussed, accurately reflected the scientific knowledge, and reasonably detailed the potential GI risks associated with Vioxx and other NSAIDS. Moreover, based on my clinical knowledge, I agree with the P&T's decision to add Vioxx to the preferred drug list and continuing to keep Vioxx on the list until its withdrawal from the market. Again, in my experience, the COX-2 selective inhibitors were associated with a reduction in gastrointestinal events.

Tolerability of a medication is also an important consideration for treatment of arthritis. In 2003, Jeffery Lisse and others published an article in the Annals of Internal Medicine where Vioxx (25mg) was compared to naproxen (500mg bid). In that study, patients taking Vioxx tolerated the medicine better, and had less than half the number of gastrointestinal events and ulcers. Gastrointestinal tolerability and symptoms are a significant concern for patients and their physicians. Patients who will not take a medicine due to tolerability concerns cannot benefit from that medicine, no matter how beneficial.

In 2004, Watson and others published an analysis of 17,072 patients in 20 randomized trials that compared Vioxx to traditional NSAIDS. As with other studies involving Vioxx, all investigator-reported gastrointestinal events were reviewed by a blinded, external adjudication committee using pre-specified criteria. In this combined analysis, treatment with Vioxx was associated with a significantly reduced incidence of upper GI complications compared to treatment with NSAIDS. Table 3 shows a significant reduction in both confirmed gastrointestinal events (RR 0.36), and in confirmed complicated gastrointestinal events (RR 0.40). Further, Figure 2 notes various subgroup analyses. Notably, there was a significant reduction in confirmed gastrointestinal events in the subgroup of steroid users (RR 0.28) and non-steroid users (RR 0.39).

In 2005, the FDA published a decision memorandum. Although this memorandum focuses on the fact that cardiovascular risk appears to be a class effect of NSAIDS (with the possible exception of naproxen), with respect to gastrointestinal risk – and consistent with the clinical trial data – the FDA stated, "Only rofecoxib has been shown to reduce the risk of serious GI bleeding compared to a non-selective NSAID (naproxen) following chronic use."

5

In 2007, a Cochrane collaboration systematic review of gastrointestinal safety of COX-2 inhibitors was published by Rostom and others.  The results of that review showed that, compared with non-selective NSAIDS, COX-2 inhibitors produced significantly fewer gastrointestinal events, and offered greater gastrointestinal safety.

Again, these studies reflected the experience in my own clinical practice. I was often referred patients with arthritis pain that could not tolerate standard NSAID drugs as a result of the limiting stomach pain or other tolerability issues, or development of ulcers. I would often recommend that they start on Vioxx or one of the other COX-2 inhibitors (Celebrex or Bextra) and would find that they could tolerate them very well with fewer GI complaints. Additionally, I cannot recall ever seeing a patient taking Vioxx present to the hospital with an NSAID induced ulcer or bleeding episode.

It is my opinion that the selective COX-2 inhibitors are a useful treatment option for arthritis inflammation and pain. Patients that take the selective COX-2 inhibitors have fewer gastrointestinal events such as ulcers, bleeds and perforations and are better able to tolerate taking them over traditional NSAIDS. While there are some publications suggesting that cardiovascular complications may occur with long-term treatment with selective COX-2 inhibitors in greater frequency as compared to persons taking placebo, any risk for this potential complication appears to be the same for all selective COX-2 inhibitors and non-selective NSAIDS alike, with the exception of naproxen at a dose of 500 mg twice a day. Thus, based on the current data that suggests a lower gastrointestinal risk compared to traditional NSAIDS, but a similar cardiovascular risk compared to traditional NSAIDS (again, with the exception of naproxen), it is my opinion that COX-2 selective inhibitors provide a useful treatment option to physicians and their patients.

I reserve the opportunity to supplement my opinions should additional information become available to me. Additionally, I hold the above opinions to a reasonable degree of medical probability.  I further reserve the opportunity to comment on testimony provided in this case.

David R. Silvers, M.D., FACP, FACG, AGA-F

6