# EXHIBIT 5

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS            *   MDL DOCKET NO. 1657
LIABILITY LITIGATION             *
                                 *
                                 *
                                 *
THIS DOCUMENT RELATES TO:        *   OCTOBER 31, 2006, 8:30 A.M.
                                 *
CHARLES LARON MASON V. MERCK     *   CASE NO. 06-CV-810-L
  & CO., INC.                    *
* * * * * * * * * * * * * * * *
```

VOLUME II
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:            BLIZZARD, MCCARTHY & NABERS
                              BY:  EDWARD F. BLIZZARD, ESQ.
                                   J. SCOTT NABERS, ESQ.
                                   REBECCA B. KING, ESQ.
                              440 LOUISIANA STREET, SUITE 1710
                              HOUSTON, TEXAS 77002


FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                PALENCHAR & SCOTT
                              BY:  PHILIP S. BECK, ESQ.
                                   TAREK ISMAIL, ESQ.
                                   BRIAN P. O'DONOGHUE, ESQ.
                                   SHAYNA S. COOK, ESQ.
                              54 W. HUBBARD STREET, SUITE 300
                              CHICAGO, ILLINOIS 60601

1   ANY USEFUL WAY.

2   Q.   AND DO YOU KNOW ANYBODY WHO DOES THAT?

3   A.   NO.

4   Q.   OKAY.  SECOND QUESTION:  NSAIDS IN GENERAL, TRADITIONAL

5   NSAIDS, AS A CLASS --

6   A.   RIGHT.

7   Q.   -- ARE THERE SAFETY ISSUES THAT ARE UNDERSTOOD ABOUT

8   TRADITIONAL NSAIDS?

9   A.   SURE.

10  Q.   WOULD YOU DESCRIBE THE SIGNIFICANT SIDE EFFECTS OF NSAIDS

11  AS YOU KNEW THEM BACK IN 2000 -- 1999, 2000, 2001?

12  A.   SURE.  WE ACTUALLY DID SOME OF THOSE STUDIES IN WHICH WE

13  LOOKED AT THE CAPACITY OF THE OLDER NSAIDS, LIKE MOTRIN, TO

14  REDUCE KIDNEY FUNCTION IN OLDER PEOPLE.  WE DID STUDIES SHOWING

15  THAT THE OLDER NSAIDS LIKE -- AGAIN, LIKE MOTRIN, WHICH IS

16  IBUPROFEN, CAN RAISE YOUR BLOOD PRESSURE.  OTHER PEOPLE HAVE

17  DONE STUDIES SHOWING THE ASSOCIATION BETWEEN THE OLDER

18  NONSTEROIDALS OR NSAIDS AND CONGESTIVE HEART FAILURE.  THAT WAS

19  PRETTY WELL KNOWN BY THE -- BY 2000.

20  Q.   WHAT ABOUT GI, WHAT WE CALL "GASTROINTESTINAL ISSUES"?

21  A.   YEAH.  THAT'S THE BIGGEST PROBLEM FROM THE TRADITIONAL

22  NONSTEROIDALS.  THEY CAN CAUSE STOMACH PAIN, STOMACH UPSET, IN

23  A LOT OF PATIENTS.  AND THEY ALSO CAN CAUSE GASTROINTESTINAL

24  BLEEDING.

25  Q.   IS THAT A SERIOUS PROBLEM ASSOCIATED WITH TRADITIONAL

1  NONSTEROIDAL ANTI-INFLAMMATORIES?
2  A.    YES, IT CAN BE.
3  Q.    NOW, WITH THAT IN MIND, DID THERE COME A TIME WHEN YOU
4  BECAME FAMILIAR WITH THE FACT THAT CERTAIN DRUG MANUFACTURERS
5  WERE DEVELOPING A CLASS OF DRUGS CALLED COX-2 INHIBITORS?
6  A.    RIGHT.
7  Q.    OKAY.  WOULD YOU DESCRIBE FOR THE MEMBERS OF THE JURY WHAT
8  A COX-2 INHIBITOR IS AND YOUR UNDERSTANDING ABOUT WHY THEY WERE
9  BEING DEVELOPED.
10 A.    SURE.  THE COX-2 INHIBITORS, SOMETIMES CALLED COXIBS, ARE
11 A SUBSET OF THE BIGGER CLASS OF NONSTEROIDAL ANTI-INFLAMMATORY
12 DRUGS, OR NSAIDS.  AND THE HOPE WAS THAT -- WELL, I SHOULD BACK
13 UP.
14        IT TURNS OUT THAT THERE ARE -- THERE IS AN ENZYME
15 CALLS CYCLOOXYGENASE, WHICH IS ABBREVIATED AS "COX," AND PEOPLE
16 DISCOVERED THAT THERE ARE TWO SUBSETS OF THAT:  COX-1 AND
17 COX-2.  AND ONE KIND OF SIMPLE WAY OF THINKING ABOUT IT WAS
18 THAT COX-2 IS THE BAD SUBSET BECAUSE THAT'S THE ONE THAT CAUSED
19 PAIN AND INFLAMMATION; AND COX-1, IN A VERY SIMPLISTIC WAY, WAS
20 THOUGHT TO BE THE GOOD COX BECAUSE THAT PROTECTED THE LINING OF
21 YOUR STOMACH.
22        AND VIEWED IN THAT KIND OF SIMPLE BLACK-AND-WHITE
23 WAY, THE HOPE WAS THAT IF YOU COULD DEVELOP A DRUG -- SINCE
24 NONSTEROIDALS TEND TO BLOCK BOTH THE COX-1 AND THE COX-2
25 ENZYMES, IF YOU COULD DEVELOP A DRUG THAT WOULD ONLY BLOCK THE

1  FOR, YOU KNOW, FIVE DAYS OR LESS?  THE QUESTION IS:  DO YOU
2  REMEMBER ONE WAY OR THE OTHER?
3  A.   YES, YES.  TYPICALLY, DOSES ARE RECOMMENDED FOR A DEFINED
4  PERIOD OF TIME, BUT IT'S WELL KNOWN THAT DOCTORS TEND TO IGNORE
5  THAT DURATION ISSUE.
6  Q.   MY QUESTION REALLY IS DO YOU REMEMBER -- YOU TALKED ABOUT
7  THE TWO LABELS YESTERDAY --
8  A.   RIGHT.
9  Q.   -- WITH MR. TISI.  IF YOU DON'T REMEMBER, YOU DON'T
10 REMEMBER, BUT MY QUESTION IS:  DO YOU REMEMBER WHAT THE LABEL,
11 THE FIRST LABEL, SAID ABOUT HOW LONG SOMEBODY SHOULD USE 50
12 MILLIGRAMS IF, IN FACT, THEY'RE GOING TO GO UP TO THAT DOSE?
13 A.   I THINK THERE WAS A TIME LIMIT SUGGESTED IN THE LABEL FOR
14 50 MILLIGRAMS.
15 Q.   DO YOU REMEMBER WHAT THAT TIME LIMIT WAS?
16 A.   OFF THE TOP OF MY HEAD, I WOULD SAY TEN DAYS, BUT WE CAN
17 CHECK IT OUT.
18 Q.   IT CERTAINLY WASN'T NINE MONTHS, THOUGH; RIGHT?
19 A.   RIGHT.
20 Q.   YOU SAID THAT THE VIGOR TRIAL INVOLVED PATIENTS WHO HAD
21 WHAT CONDITION?
22 A.   RHEUMATOID ARTHRITIS.
23 Q.   ARE PEOPLE WHO HAVE RHEUMATOID ARTHRITIS BY NATURE AT
24 INCREASED RISK OF HEART ATTACKS?
25 A.   YES.

```
 1   Q.   ON THE OTHER SIDE, ON THE OTHER ARM OF THE TRIAL, SO TO
 2   SPEAK, THERE WERE PEOPLE WHO WERE TAKING NAPROXEN; RIGHT?
 3   A.   CORRECT.
 4   Q.   NOW THAT YOU HAVE THE VIGOR PUBLICATION IN FRONT OF YOU --
 5   A.   YES.
 6   Q.   -- CAN YOU TELL ME WHAT THE DOSE OF NAPROXEN WAS FOR THE
 7   PARTICIPANTS WHO TOOK NAPROXEN RATHER THAN VIOXX?
 8   A.   500 MILLIGRAMS TWICE A DAY.
 9   Q.   IN TERMS OF THE GASTROINTESTINAL RESULTS, DID VIOXX
10   SIGNIFICANTLY REDUCE THE INCIDENCE OF PERFORATIONS, ULCERS, AND
11   BLEEDS?
12   A.   YES.
13   Q.   DID VIOXX SIGNIFICANTLY REDUCE SERIOUS COMPLICATED
14   GASTROINTESTINAL PROBLEMS?
15   A.   YES.
16   Q.   NOW, YOU KNOW THAT WHEN YOU READ THE VIGOR ARTICLE AND YOU
17   SAW THAT THE RISK OF NAPROXEN WAS REPRESENTED AS .2 OF THE RISK
18   OF VIOXX, YOU UNDERSTOOD .2 WAS ONE-FIFTH; RIGHT?
19   A.   YES.
20   Q.   AND YOU UNDERSTOOD THAT WHAT THAT MEANT WAS THAT THERE
21   WERE FIVE TIMES AS MANY HEART ATTACKS IN THE GROUP THAT TOOK
22   VIOXX AS IN THE GROUP THAT TOOK NAPROXEN; CORRECT?
23   A.   WELL, I DO THIS FOR A LIVING, BUT WHAT IT SAID WAS THAT
24   THERE WERE ONE-FIFTH AS MANY HEART ATTACKS IN THE NAPROXEN
25   GROUP.
```