Exhibit 6

## Report of Neil L. Julie, M.D.

On November 4, 2009, I, Neil L. Julie, M.D., of 15225 Shady Grove Road, Rockville, Maryland, state as follows:

### I. Introduction

1.      My opinions in this case are based upon my training, education, and ongoing review of scientific literature, as well as my experience and knowledge derived from my 25 years in clinical practice.  My opinions are also based on peer-reviewed literature, internal Merck documents, and Food and Drug Administration (FDA) documents.  The opinions in this report are stated to a reasonable degree of medical and scientific probability.

### II. Qualifications

2.      I am a Board-Certified Gastroenterologist and I have practiced in the State of Maryland for 22 years.  In 1980, I graduated from Weill Cornell Medical College, New York, and then entered residency at the University of California, San Francisco. I then participated in a fellowship at University of Pennsylvania (Penn).  (Attached hereto, as Exhibit A, is a copy of my curriculum vitae.)

3.      I am a member of the American Gastroenterological Association, American Society of Gastrointestinal Endoscopy, and the American Association for the Study of Liver Diseases (AASLD).

4.      As part of my fellowship training and thereafter as part of my ongoing education in the field of gastroenterology, I have studied non-steroidal anti-inflammatory drug (NSAID)-related gastrointestinal (GI) diseases, as well as NSAID risk factors, pathophysiology, and mechanisms of injury.  Over the course of my career, I have spent

1

hundreds of hours reading the scientific literature regarding NSAID-related gastrointestinal lesions. As part of my training at Penn, I extensively studied the GI effects of NSAID medication.

5.      Subsequent to graduation, I have taken numerous GI postgraduate and advanced courses focusing on upper GI diseases and also NSAID-induced gastropathy as part of my continuing medical education (CME). These courses have also involved intensive training in the diagnosis, prevention, medical management, and endoscopic management of NSAID-induced ulcers and GI bleeds.

6.      I have served as lead investigator at Gastrointestinal Research Associates (GIRA) for a clinical trial of a proton pump inhibitor (PPI) to determine its efficacy in providing rapid symptom relief and healing for erosive esophagitis. The drug rabeprazole is a member of the class (PPI) that is also used with NSAIDs and Cox-2 inhibitors (Cox-2s) to reduce NSAID-related GI adverse events. This study showed rapid symptom relief and also healing of erosive esophagitis (not related to NSAIDs) with this PPI.

7.      I am past Chief of Gastroenterology and past Chairman of the Department of Medicine at Shady Grove Adventist Hospital. In September, 2005, I conducted Grand Rounds at Montgomery General Hospital on the topic of "GI bleeding-Then and Now." This Grand Rounds covered ulcer risk factors, diagnosis and treatment, and included a discussion of GI risks of NSAIDs, Vioxx, and other Cox-2s.

8.      I prescribed Vioxx on occasion between 1999 and 2004. During that time frame, I was exposed to detailing presentations by Merck sales representatives regarding Vioxx. In the course of my 25 years in training and practice, I have treated

numerous patients with NSAID gastropathy, including several associated with use of Vioxx. I have evaluated and treated patients with NSAID-related giant gastric ulcers, gastric outlet obstructions, clinically significant upper GI (UGI) bleeds, and perforations. I am well-versed in all endoscopic methods of treatment for UGI bleeding and use these skills regularly in my daily practice.

9.     I have attended two 2005 FDA Advisory Panel meetings on Cox-2 and traditional NSAIDs (tNSAIDs) safety, and participated in the question and answer session at the May 18-19, 2005 meeting.

10.    In 1977, while in medical school, I was the recipient of the *Merck Award for Academic Excellence*.

### III.  Summary of Opinions

11.    Merck's clinical trials (Protocol 069, Alzheimer's, and APPROVe) demonstrate that Vioxx is harmful to the GI tract.

12.    Vioxx did not provide a GI benefit to most patients who utilized NSAID type medications.

a.    The most commonly used NSAID doses conferred little GI risk (Merck's trials did not compare Vioxx to these most commonly used doses).

b.    The VIGOR study only demonstrated a reduction in confirmed complicated perforations, ulcers or bleeds (PUBs) for Vioxx compared with naproxen among patients who were on concurrent steroids; most patients who use Vioxx or NSAIDs in the general population did not use concurrent steroids.

c.    Merck's clinical trial data showed that co-administration of low dose aspirin (ASA) with Vioxx eliminated GI benefit compared to ibuprofen. This data

went unpublished until 2004. Therefore, patients who used ASA for cardioprotection concurrently with Vioxx did not benefit compared with patients on ibuprofen alone.

       d.    Despite the lack of demonstrated benefit to the general population, Merck's strategy was to market the drug to the low risk population and to combat attempts to limit such marketing.

13.    Merck relied on inaccurate estimates of mortality and morbidity of NSAIDs to justify promotion of Vioxx.

14.    Vioxx provided no additional GI benefit compared to the alternative therapy of PPI/tNSAIDS.

## IV. Merck's Clinical Trials Demonstrate that Vioxx is Harmful to the GI Tract

15.    Randomized Clinical Trials (RCTs) against placebo are the gold standard for determining the safety of a drug. Repeated similar results in multiple RCTs provide the highest level of reliability of the data. Two separate trials of the standard dose of Vioxx 25 mg versus placebo both showed approximately a 4-fold excess risk of PUBs on Vioxx compared with placebo. In each trial there was a similarly elevated risk of Vioxx for the most important category, "complicated PUBs."[1] This is the most clinically significant endpoint because it conveys the risk for major morbidity or even mortality. Merck's justification for the introduction of Vioxx to the marketplace was that it would have greater GI safety and would significantly reduce the risks of major morbidity/mortality attributable to chronic NSAID use. However, the clinical trial data showing excess GI harm of Vioxx compared with placebo contradicts that justification.

16.     The FDA recognized the potential for gastrointestinal injury caused by Vioxx, "...rofecoxib was not the same as placebo.   There was evidence of a dose-response for endoscopic ulcers with rofecoxib."[2]

17.     Merck attempted to persuade the FDA to eliminate the standard GI warning for the NSAID class from the Vioxx label.[3]  However, the FDA refused to alter the class warning because Merck's clinical trials failed to show the absence of risk.

### A. The APPROVe Study

18.     The APPROVe study compared Vioxx 25 mg to placebo for 3 years among patients with colon polyps.  This long-term study found that the relative risk of Vioxx 25 mg compared to placebo for PUBs was 4.90 (p<0.001).  For complicated PUBs, there was a similarly elevated relative risk (RR) for Vioxx of 3.79 (NS).[4]

| Type of Event | Vioxx 25 mg Events/PY* | Placebo Events/PY* | RR | p Value |
|---|---|---|---|---|
| Confirmed PUBs | 27/3067 | 6/3342 | 4.90 | 0.001 |
| Confirmed Complicated PUB | 7/3085 | 2/3344 | 3.79 | N.S. |

*Patient Years (PY)

Table 1.

### B. The Alzheimer's Study: (Protocol 078)

19.     This clinical trial compared Vioxx 25 mg and placebo among patients with mild cognitive impairment over the course of a 4-year study.  GI toxicity of Vioxx is seen in the data from Table 63 of the Clinical Study Report for Protocol 078. This is summarized in Table 2, below.

| Type of Event | Vioxx 25 mg Events/PY* | Placebo Events/PY* | RR | p Value |
|---|---|---|---|---|
| Confirmed PUBs | 14/1375.2* | 4/1578.8* | 4.03 | 0.009 |
| Confirmed Complicated PUB | 10/1375.2* | 3/1578.8* | 3.83 | 0.032 |

*Patient Years (PY)

**Table 2.  Derived from Data from Table 63 of Alzheimer's Disease Prevention Study (MRK-12690008102[5]).**

20.     The RR of PUBs and complicated PUBs of between 3.8 and 4.9, as seen in these Vioxx studies, falls within the mid-range of that stated historically for nonselective tNSAIDs.  "A variety of epidemiologic studies (cohort and case control) show a significant increase in clinical upper GI events with NSAID use (aspirin and nonaspirin NSAIDs) with most reports suggesting a 2 to 6-fold increase over the incidence in people not taking NSAIDs."[6]

21.     Thus Merck's two long-term clinical trials show little, if any, GI benefit of Vioxx compared to historical tNSAID medications.[A]  It is notable that Protocol 078 was completed by April 23, 2003,[7] however, the data showing excess GI toxicity was never published and was not available to me as a practicing physician.

---

[A] This convergence of adverse GI experience on prolonged therapy with Cox-2s was also noted in the CLASS data regarding celecoxib.  While at 6 months, there appeared to be a GI benefit for the population using celecoxib, at the official 12-month endpoint of the study, the celecoxib group and the comparator NSAID group had converged in the important major categories.  The 6-month data was published in JAMA (Silverstein F.(2000) GI toxicity with celecoxib vs NSAID anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. JAMA. 284:1247-1255). "As described on the FDA Web site...the unpublished data show that by week 65, celecoxib was associated with a similar number of ulcer complications as diclofenac and ibuprofen." (Hrachovec J, Mora M (2001) Reporting of a 6-month vs 12-month data in a clinical trial of celecoxib. JAMA. 286(19):2398). Hrachovec also noted that "Scientists at the FDA were concerned that Cox-2 inhibitors would interfere with the beneficial role of Cox-2 in the final stages of ulcer healing and actually increase the number of complicated ulcers that occur without symptomatic warning." (US FDA. Transcript of the Arthritis Advisory Committee.   Available at http://www.fda.gov/ohrms/ dockets/ac/01/transcripts/3677t1.rtf).

### C. The OA Combined Trials (Protocol 069)

22.     In the new drug application (NDA) for Vioxx, Merck submitted data for "Protocol 069," which consisted of a pooled analysis of eight studies of Vioxx compared to tNSAIDs and placebo among patients with osteoarthritis (OA).   The Protocol evaluated the endpoints of PUBs and clinically complicated PUBs.  It is noteworthy that the definition of a PUB could be met by endoscopic criteria alone, regardless of clinical significance of the findings.[8]

23.     FDA reviewers noted that it is known "that many endoscopic ulcerations are asymptomatic and may come and go without complication."[9]  It has been noted that "...there is no convincing evidence that endoscopic ulcers are a reasonable surrogate for clinical ulcer disease or for ulcer complications."[10]

24.     While Merck reported a statistically significant lower incidence of PUBs on Vioxx compared to the tNSAID comparator group, this endpoint included the endoscopically determined ulcers.  In contrast, the incidence of confirmed complicated PUBs was similar between Vioxx and non-selective NSAIDs by 12 months. This is the most clinically hazardous category since all other PUB (uncomplicated) events are readily treatable by endoscopic and medical means and are life-threatening minimally, if at all, in the modern era.  In other words, for the most important endpoint Vioxx did not show a benefit compared with tNSAIDs.[11]

25.     In addition, FDA reviewers noted several concerns surrounding analysis and interpretation of Protocol 069.  In particular, the FDA reviewers noted that the Protocol involved studies of different duration, different doses of Vioxx.  Also, the FDA reviewers noted that the three NSAID comparators (ibuprofen, diclofenac, nabumetone)

were pooled into a single NSAID category despite different incidences of GI adverse events (AEs) among the comparators. The FDA reviewers concluded that "the degree of differentiation between other NSAIDs and rofecoxib in terms of clinically relevant endpoints cannot be well quantitated based on the data available from the GI studies in this submission."[12]

26.     Relevant evidence of Vioxx's GI toxicity is also found in the serious adverse experience reports submitted by Merck to the FDA with the NDA in 1998. These experiences occurred during the same eight clinical trials of OA patients that comprised "Protocol 069," plus an additional 6-week OA study known as Protocol 010 that had been excluded from the Protocol 069 group. It is important that these adverse experiences (AExps) arose spontaneously during the Vioxx studies; that they were clinically apparent and considered serious by the study doctors. Therefore, these serious adverse experience listings do not include the type of endoscopically determined erosions described above, which are not a "reasonable surrogate" for clinical ulcer disease.[13]

27.     I reviewed the "non-fatal serious Adverse Experiences" listings and tables in the Vioxx NDA to compare incidence rates of NSAID-type GI AExps for Vioxx, tNSAID comparators and placebo. These data show that the incidence of serious GI AExps in the Vioxx group was slightly higher than the incidence of serious GI AExps in the group of other NSAIDs (see below). In Figure 3, below, the denominator is noted in patient years as derived from the Langman paper.[14] These data further support the conclusion that the toxicity of Vioxx for significant GI AExps is comparable to that of tNSAIDS. The comparative incidence rates are as follows:

| Treatment Group | GI AExps/PY* | % GI AExps/PY* |
|---|---|---|
| Vioxx | 11/1428 | 0.77 |
| Other NSAIDs | 4/615 | 0.65 |
| Placebo | 0/112 | 0.00 |

*Patient Years (PY)

**Table 3.**

## V.  Vioxx Did Not Provide a GI Benefit to Most Patients who Utilized NSAID-Type Medications

### A.  The Most Commonly Used Doses of tNSAIDs Conferred Little GI Risk (Merck's Trials Did Not Compare to These Most Commonly Used Doses)

28.     A number of peer reviewed studies have shown that of the comparators used by Merck in the premarketing clinical trials known as 069, ibuprofen was far more commonly used in the general population.[15]  Peer reviewed studies have shown that the majority of patients use ibuprofen under conditions which differ substantially from those created in Merck's clinical trials.

29.     In general, OA patients differ from RA patients in that they often use lower doses of NSAIDs and use them more intermittently.   This also substantially reduces frequency of complications.[16]  In a study by Fries, the author reported on the GI toxicity of ibuprofen, ASA, and acetaminophen at commonly used doses and frequencies of use.  Fries found that the GI AE rate is low among patients using the most prevalent doses of ibuprofen or other pain relievers and, "Given the low  rates of events, at low or intermittent   dosage   without   concurrent   treatment   [with   corticosteroids]   these 3 analgesics cannot be distinguished from each other or from background rates of serious GI toxicity."[17]  When patients with occasional pain use ibuprofen within the recommended OTC range (up to 1200 mg/day for up to 10 days), the rate of digestive

system AEs "was numerically less than or equal to placebo."[18]   Similarly, Bjarnasan showed that non-high dose range ibuprofen (less than or equal to 1200 mg/day) had a serious GI event risk that was not significantly different from placebo.[19]   Based on his data, in patients on those ibuprofen doses, there would be no role for Cox-2 inhibitors since there was no significant excess GI risk in the first place.

30.     The Merck OA trials utilized a 2400 mg ibuprofen comparator dose (thus yielding a higher PUB rate) that was not consistent with that used by the majority of OA patients in the real world situation.  Therefore, any purported benefits to patients taking high dose ibuprofen would not be conferred upon patients taking lower or intermittent doses.

**B.     The VIGOR Study Only Demonstrated a Reduction in Confirmed Complicated PUBs for Vioxx Compared with Naproxen Among Patients Who Were on Concurrent Steroids**

31.     Most patients who use Vioxx or NSAIDs in the general population did not use concurrent steroids.  It is well-known that concurrent use of steroids and NSAIDs by rheumatoid arthritis (RA) patients confers greater GI risk than use of NSAIDs alone.  For example, Fries reports that among RA patients there is a "marked effect of corticosteroid therapy that is not observed in OA patients, where such concurrent treatment is less common."[20]

32.     This enhanced risk of concurrent steroid use with NSAIDs had been known for many years.  In 1991, Piper showed a RR of 4.4 for ulcer or ulcer complication in users of NSAIDs plus steroids compared to users of NSAIDs alone (without steroids).[21]

33.     Accordingly, it is important to analyze the rate of complicated GI events in the VIGOR study for patients on Vioxx versus naproxen, with and without concurrent use of corticosteroids.   Merck published only the composite for complicated PUBs without disclosing the results for steroid users versus non-steroid users (in the VIGOR cohort, 56% of the patients were positive for steroid use whereas in the non-RA population steroid use is uncommon).

34.     Based upon my review of the Merck data files for the VIGOR study, among steroid users there were 27 confirmed complicated PUBs in the naproxen group compared with 7 in the Vioxx group, approximately a 4-fold excess risk with concurrent steroid use (which is comparable to the increased RR of the Piper study, above). However, with patients who did not use steroids, there were 10 confirmed complicated events on naproxen versus 9 on Vioxx. A statistical analysis shows that the patients on baseline steroids had an Incidence Rate Ratio (IRR) of 3.85 while the patients without baseline steroid use had an IRR of 1.12. The (interaction) p-value was 0.047 indicating that the difference in ratios is unlikely to be due to chance. "In summary, the difference between Vioxx and naproxen in the occurrence of confirmed complicated PUBs appears to be entirely due to the effects within steroid users."[22]

35.     These data show that results of the VIGOR trial for RA patients using steroids cannot be generalized to OA patients, who rarely use steroids, and who constitute a much larger segment of the population for whom Vioxx was prescribed. The statistical analysis demonstrating that only steroid users had a lower incidence of confirmed complicated PUBs in the VIGOR trial was not published or otherwise made known to the medical community at any time while Vioxx was on the market.

36.    Furthermore, these Merck clinical trials did not permit the use of gastroprotective agents such as concurrent proton pump inhibitors (PPIs) or misoprostol. Thus, the clinical trials did not reflect real world conditions in which PPIs would have provided a substantial additional gastroprotective benefit.

### C. Merck Clinical Trial Data Showed That Co-Administration of Low Dose ASA with Vioxx Eliminated GI Benefit Compared to Ibuprofen. This Data Went Unpublished Until 2004

37.    Merck knew by 2001 that Vioxx and low dose ASA conferred no significant GI benefit compared with the non-selective NSAID ibuprofen.[23]   Merck's documents show that the company hoped to demonstrate superior GI safety of Vioxx plus ASA compared with ibuprofen, and to publish that data. However, the study failed to show superiority of Vioxx plus ASA, and the publication of this data was delayed until August, 2004,[24] only one month before Vioxx was withdrawn from the market.

38.    This lack of superior GI safety, as demonstrated in Protocol 136, was first reflected in a modification to the Vioxx package insert issued in August, 2003. However, this new language and mention of Protocol 136 did not appear in the Physician's Desk Reference (PDR) until it was added to PDR 2004 Supplement A, published in July, 2004. The statement regarding Protocol 136 did not appear in either the 2003 or 2004 main volumes of the PDR.

39.    The widespread use of ASA in the OA population is well-known due to the cardiovascular comorbidities seen in the general arthritis population, especially among the elderly. Therefore, the potential for ASA to negate any potential benefits from Vioxx was a cause for concern. As early as November, 1998, FDA representatives had "raised a concern about the exclusion of patients on low dose aspirin" from the

pre-approval clinical trials.   Merck informed the FDA that "the current VIOXX clinical database contained experience in some patients with concomitant low dose ASA use."[25] However, patients on concurrent ASA were excluded by design from most of the trials submitted in the NDA.

40.    It was subsequently shown "that nearly half of long-term Cox-2 users take concomitant aspirin for cardioprotection."[26]   Thus, patients who used ASA for cardioprotection plus Vioxx had a comparable risk of GI toxicity to patients who used ibuprofen alone.

41.    This clinical insight demonstrating a loss of GI benefit with Vioxx plus ASA should not have been denied to the community of practicing clinicians but should have been published for the benefit of our patients before 2003.   Although Merck's internal documents mention the possibility of conducting a GI study of Vioxx plus ASA vs. ibuprofen plus ASA, no such study was carried out.

**D.  Despite the Lack of Demonstrated Benefit to the Majority of Patients, who were at Low Risk for a GI Event,  Merck's Documents State the Strategy was to Market the Drug to the Low Risk Population and to Combat Attempts to Limit Such Marketing**

42.    As shown above, Vioxx had GI toxicity comparable to tNSAIDs and evidence of purported benefits to OA patients depended on studies of endoscopic ulcers that lacked clinical significance.

43.    To the extent that any patients derived a GI benefit by using Vioxx instead of a tNSAID, the population receiving such a benefit was restricted to narrowly defined subgroups at high risk for such events, such as those using concurrent steroids.

44.    Merck's documents demonstrate that the company was aware of the issue of limited prescribing of Vioxx for patients in low risk groups, and that the company sought to combat such "limitation."[27]

45.    Direct to consumer advertising (DTCA) was one method used by Merck to promote Vioxx use among the general population without regard to underlying risk. Merck's Operation Review for Vioxx, dated January 21, 2003, shows that the company invested $65 million in DTCA in 2002, and that the resultant annual gross sales influenced by DTCA amounted to $176 million, and that physicians honor 90% of patient requests for Vioxx.[28]

46.    In my own practice, I experienced both patient requests for Vioxx and company representative sales visits encouraging me to use Vioxx for all my patients regardless of their underlying risk.  Based upon my review of the data described above, if that data had been available to me at the time, I would not have prescribed Vioxx for my patients.

47.    Merck's documents also describe "physician promotion" efforts to persuade doctors to prescribe Vioxx based on "superior GI safety" regardless of underlying risk and without disclosing results of clinical trials showing Vioxx's GI toxicity compared with placebo or the similarity of Vioxx and tNSAIDs for complicated GI events.[29]  I experienced such physician promotion efforts that did not reveal the data described above.

48.    Also, marketing to third-party payors was included in Merck's approach. Merck's own documents disclose a "mitigation strategy" to "convince payors of the benefits of using Vioxx over nNSAIDs (nonselective NSAIDs)" that would "emphasize GI safety advantage in both "low risk" and "high risk" patients."[30]

49.    The data described above showed that the only patients that experienced a benefit for complicated GI events were the very high risk patients taking steroids in the VIGOR trial.    Despite those facts, MRL[31] outlined a strategy of "combating imposed limitations on use, e.g., only for patients at risk for GI events or in low risk CV patients - major issue for US Managed Care organizations and EU…"  Thus, Merck resisted and combated limitations that were reasonable and scientifically based.

50.    My personal experiences with Vioxx detailing by Merck sales representatives is consistent with the Merck strategies outlined above.   During my encounters, GI safety was touted, even for low and very low risk patients, and results from clinical trials showing GI toxicity with Vioxx were not mentioned.

## VI.  Merck Relied on Inaccurate Estimates of Mortality and Morbidity of NSAIDs to Justify Promotion of Vioxx

51.     In numerous presentations and journal articles, Merck and its authors employed by Merck repeatedly claimed that there were 16,500 NSAID-related deaths in the USA per year.  For example, Bombardier wrote, "and 16,500 die each year in the United States as a result of NSAID-associated GI events."[32]  These flawed statistics served to justify the drug's broad use by a large portion of the NSAID-using patient population.

52.     This figure of 16,500 annual NSAID-related deaths is taken from Singh.[33] The number is actually an inaccurate extrapolation and not a true count of deaths.  The primary reason for the inaccuracy is that Singh combined RA and OA populations to estimate an overall mortality rate, despite the fact that no deaths had occurred among OA patients who were in the database.[34]  OA patients outnumber RA patients in the U.S. population by 20:1.  U.S. data compiled for 2005 showed an incidence for OA of 27 million and for RA of 1.3 million.[35]  The RA population is known to be non-representative of the general arthritis population due to more severe illness, higher mortality and hospitalization rates, and concurrent use of corticosteroids which magnify the GI toxicity of NSAIDs.[36]  The artificial invention of a death rate for the OA patients resulted in an unreliable and inflated mortality rate, and the extent of inflation is increased by the degree to which OA populations outnumber RA patients in the general population.  It is noteworthy that even Loren Laine, a Merck consultant and co-author of the VIGOR article, has admitted that the 16,500 per year NSAID mortality estimate is "bogus."[37]  A reliable European peer reviewed study of actual mortality data found a substantially lower mortality rate.[38]

53.     The 107,000 figure for hospitals published by Singh is extrapolated from data obtained in the early to mid-1990s. More recent data was compiled by Fries from the same RA population (ARAMIS database) from which the VIGOR data would later emerge. It is graphically demonstrated in Figure 1 (pg. 2435) of Fries, J., et al., The Rise and Decline of NSAID Associated Gastropathy in *Arthritis Rheum,* 2004: 50(8):2433-2444, that the percentage of RA patients with serious GI AEs that required hospitalization fell by 66% from 1992 to 1998. The Fries article shows that most of this reduction in NSAID related GI events occurred before Vioxx was first marketed in May 1999. This reduction coincides with the increased use of PPIs to protect against NSAID-induced GI AEs. Several peer reviewed studies have proven the reduction of tNSAID ulcer-related hospitalizations[39] with PPI-tNSAID co-administration. Therefore, much of the problem that Vioxx had been designed to address had already been effectively addressed by other therapies and modifications in tNSAID use.

## VII. The GI Benefits of Cox-2 Use are Equaled by the Combination of a PPI With a Non-Selective NSAID. This PPI/NSAID Combination Achieves Major Reduction of GI Risk

54.     Ulcer healing drugs (which include PPIs and misoprostol) have been evaluated in a large peer-reviewed study showing that the use of such drugs essentially eliminates risk of GI AEs attributable to tNSAIDs (except for diclofenac) and Cox-2 inhibitors. In this study, Hippisley-Cox also showed that for patients that had not received ulcer healing drugs, the odds-ratio for adverse UGI events for Vioxx was 2.33 which was higher than the odds ratio for ibuprofen (1.65) and celecoxib (1.44) and lower than the odds ratio for naproxen (2.73).[40] She noted, "Overall we found no significant evidence of enhanced gastrointestinal safety with any of the new Cox-2 inhibitors

17

compared with non-selective NSAIDs," and that "we were concerned to find an increased risk among patients taking rofecoxib since a lower risk of gastrointestinal adverse outcomes was one of the main justifications for its use."

55.     No controlled Vioxx-PPI trials have been conducted and published. However, controlled trials of Celebrex have provided evidence regarding PPIs gastroprotective effects against NSAID GI AEs[41] that is consistent with Hippisley-Cox's results.

56.     Hippisley-Cox's results are also consistent with Merck's internal data, described above, which show that Vioxx is toxic to the GI tract; that its toxicity is comparable to that of tNSAIDs; and that there was little or no GI benefit to the vast majority of patients for whom the drug was prescribed.

## VIII. Conclusions

57.     The above report summarizes my opinions regarding the significant GI risks and minimal benefits of Vioxx therapy.  These opinions are based upon my training, experience, knowledge, and upon my review of peer-reviewed scientific and medical literature.  They are all stated to a reasonable degree of medical and scientific probability.  However, I reserve the right to modify my opinions based on any additional scientific literature, documentary evidence or deposition testimony that may be forthcoming.

Date: November 4, 2009                    _____
                                          Neil L. Julie, M.D.

1 Lanas, A. (2007).  Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial.  Gastroenterology, 132(2), 490-7.

2 FDA document May 17, 1999.  MRK-PUBLIC0000252.

3 FDA Advisory Committee background information Jan, 2 2001 pg I-1.

4 Lanas, A. (2007).  Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial.  Gastroenterology, 132(2), 490-7.

5 MRK-I2690007833 at 8102

6 Laine,  L.(2001).  Approaches to nonsteroidal anti-inflammatory drug use in the high-risk patient.  Gastroenterology, 120(3), 594-606.

7 MRK-I2690007833 at 836.

8 MRK-AFV0088960 at 981, Table 1.

9 MRK-PUBLIC0000251.

10 Graham, D. (2002).  NSAIDs, Helicobacter pylori, and Pandora's Box.  New England Journal of Medicine, 347(26), 2162-4.

11 MRK-AFV0088960 at 9030, Figure 5.

12 MRK-PUBLIC0000252.

13 Graham, D. (2002).  NSAIDs, Helicobacter pylori, and Pandora's Box.  New England Journal of Medicine, 347(26), 2162-4.

14 Langman, M. (1999).  Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs.  JAMA, 282(20), 1929-33.

15 Figure 2, Fries, J.(2004).  The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum, 50(8), 2433-44.

16 Fries, J.(2004).  The rise and decline of nonsteroidal antiinflammatory drug-associated gastropathy in rheumatoid arthritis. Arthritis Rheum, 50(8), 2433-44.

17 Fries, J. (2003).  Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis.  J Rheumatol, 30(10):2226-33.

18 Kellstein, DE.  The safety profile of nonprescription ibuprofen in multiple dose use: A meta-analysis.  J Clin Pharmacol. 1999; 39:520-532.

19 Bjarnason, I. (2007).  Ibuprofen and gastrointestinal safety· a dose-duration-dependent phenomenon.  J R Soc Med, 100 Suppl 48:11-4.

20 Fries, J. (2003).  Rates of serious gastrointestinal events from low dose use of acetylsalicylic acid, acetaminophen, and ibuprofen in patients with osteoarthritis and rheumatoid arthritis.  J Rheumatol, 30(10):2226-33.

21 Piper, J. (1991).  Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs.  Ann Intern Med, 114(9):735-40.

22 Statistical report of Dr. Nicholas P. Jewell, September 17, 2009.

23 Internal memo from T. Simon to S. Reines.  Preliminary interim results for the Vioxx Low Dose Aspirin Endoscopy Study (Protocol 136.  MRK-NJ0214739-42 and MRK-ABS0415816.).

24 Laine, L.; Maller, E.; Yu, C., et al.  Ulcer formation with low-dose enteric coated aspirin and the effect of Cox-2 selective inhibition: a double-blind trial.  Gastroenterology, 2004; 127:395-402.

25 Minutes of FDA/MRL VIOXX-GI Outcomes Meeting - November 5,1998.  MRK-8940042990 and MRK-18940043013.  See Question #8.

26 Goldstein, J. L.; Cryer, B.; Amer, F.  Celecoxib plus aspirin versus naproxen and lansoprazole plus aspirin: a randomized, double-blind endoscopic trial.  Clin Gastroenterol Hepatol. 2007 Oct; 5(10):1167-74 / Cox, E.R.; Frisse, M.; Behm, et al.  Over-the-counter pain reliever and aspirin use within a sample of long-term Cox-2 users.  Arch Intern Med 2004; 164:1243-1246.

27 April 12, 2001, Princeton Annual Meeting, 2001, A&A Franchise.  Memo from K. Grosser.  MRK-AHO0005433.

28 MRK-ABI0008139 at 8195, 8199.

29 MRK-ABI0008139 at 8179-8190.

30 MRK-ABL0001224.

31 April 12, 2001, Princeton Annual Meeting, 2001, A&A Franchise. Memo from K. Grosser. MRK-AHO0005433.

32 Bombardier C. (Nov. 23, 2000). Comparison of UGI toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. NEJM; 343:1520-28.

33 Singh, G.; Triadafilopoulos, G. Epidemiology of NSAID induced Gastrointestinal complications. J of Rheum. 1999; 26 Suppl 26:18-24.

34 Singh, G. (1998). Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med, 105(1B), 31S-38S.

35 http://www.cdc.gov/arthritis/data_statistics/arthritis_related_statistics.htm / Arthritis Rheum, 2008;85(1):15-35.

36 Cryer, B. (2005). NSAID-associated deaths: the rise and fall of NSAID-associated GI mortality. Am J Gastroenterol, 100(8), 1694-5.

37 Deposition of Gregory Curfman, In Re: Vioxx Litigation Case #619, Jan 17,2007, pg 154-161.

38 Lanas, A. (2005). A Nationwide Study of Mortality Associated with Hospital Admission Due to Severe Gastrointestinal Events and Those Associated with Non-steroidal Anti-inflammatory Drug Use. Am J Gastoenterol; 100: 1685-1693.

39 Ray, W.A., Risk of peptic ulcer hospitalizations in users of NSAIDs with gastroprotective cotherapy versus coxibs. Gastroenterology (2007);133: 790-798 / Lanas, A., Effects of anti-secretory drugs and nitrates on the risk of ulcer bleeding associated with NSAIDs, anti-platelet agents and anticoagulants: American Journal of Gastroenterology (2007) 102:507-515.

40 Table 3. Hippisley-Cox, J. (2005). Risk of adverse gastrointestinal outcomes in patients taking Cox-2 inhibitors or conventional NSAIDs: population based nested case-control analysis. BMJ 331(7528):1310-1316.

41 Chan, F. (2002). Celecoxib versus diclofenac and omeprazole in reducing the risk of recurrent ulcer bleeding in patients with arthritis. New England Journal of Medicine, 347(26), 2104-10.