# EXHIBIT 9

                                                        1

```
 1              UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF LOUISIANA

 3

 4   * * * * * * * * * * * * * * *
                                 *
 5   In Re:  VIOXX               * MDL NO.: 1657
     Products Liability Litigation *
 6                               * SECTION: L
     This Document Relates to:   *
 7                               * HON. ELDON E.
        STATE OF LOUISIANA, ex rel.*     FALLON
 8      JAMES D. CALDWELL,       *
        ATTORNEY GENERAL         * MAG. JUDGE
 9           Plaintiff           * KNOWLES
                                 *
10      versus                   *
                                 *
11      MERCK SHARP & DOHME CORP. *
                                 *
12       Case No. 05-3700        *
                                 *
13                               *
     * * * * * * * * * * * * * * *
14

15

16

17

18

19           Deposition of DAVID R. SILVERS, MD,

20   FACG, FACP, taken on Wednesday, January 20,

21   2010, commencing at 9:33 a.m., in the law

22   offices of Stone Pigman Walther Wittmann, 546

23   Carondelet Street, New Orleans, Louisiana,

24   70130.

25
```

247

1           Same objection; speculation.  Go
2   ahead and answer.
3           THE WITNESS:
4           I'm really not sure what Provider
5   Synergies would have done with this
6   information.
7   EXAMINATION BY DR. PLYMALE:
8       Q   But you recognize that they knew of
9   this information as of May 17th, 2004, by this
10  transmittal?
11          MR. TOMASELLI:
12          Object to the form; speculation as to
13  what provider Synergies knew, but go ahead and
14  answer.
15          THE WITNESS:
16          I recognize that this was sent to
17  Valerie Taylor on May 17th, 2004.
18  EXAMINATION BY DR. PLYMALE:
19      Q   Okay, fair enough.  Doctor, you
20  testified earlier about treating arthritis
21  patients.  Do you remember that testimony
22  earlier this morning?
23      A   I do.
24      Q   In patients taking NSAIDS, is dose a
25  risk factor for GI complications?

                                                                248

 1      A    Yes.  The higher doses are more risky
 2   than low doses.  That's one of the side
 3   effects, one of the complications, correct.
 4      Q    And are higher doses of NSAIDS
 5   correlated to increased GI events?
 6      A    Well, you have to take the patient in
 7   totality.  If a patient is taking a higher
 8   dose of an NSAID and they have a number of
 9   other concomitant factors, for instance
10   they're smokers, they take other NSAIDS, they
11   drink alcohol, they have liver disease,
12   they're over 65.  Those are all factors that
13   weigh into that dose effect; so yes, all these
14   factors would have an effect on increasing
15   complications, correct.  It puts the patient
16   at a higher risk.
17      Q    Do you agree that it's best to use
18   the lowest effective dose of an NSAID?
19      A    I would say you should use the lowest
20   effective dose of any medication, provided it
21   does what it's supposed to do.
22      Q    In your practice, do you titrate
23   NSAID dosages for your patients?
24      A    Well, the patients that come to see
25   me that have arthritis are usually high-risk