# EXHIBIT 10

```
             UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                          )
Products Liability Litigation          )
                                       )
This Document Relates to:              )
                                       )
    STATE OF LOUISIANA, ex rel.        )
    JAMES D. CALDWELL,                 )
    ATTORNEY GENERAL                   )
                                       )
              Plaintiff,               )
                                       )
    vs.                                )
                                       )
    MERCK SHARP & DOHME CORP.,         )
                                       )
              Defendant.               )

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF COOK       )
```

The deposition of DAVID J. SALES, M.D., called by the Plaintiffs for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Kelly A. Siska, Certified Shorthand Reporter and Notary Public, at One North Franklin Street, Suite 625, Chicago, Illinois, commencing at 9:30 a.m. on the 26th day of January, A.D., 2010.

```
 1            MR. BAUM:  Objection.
 2       BY THE WITNESS:
 3            A.    Again, that's a vague statement.  It
 4       depends on the dose and the setting of these drugs as
 5       well.
 6            Q.    Do you agree that dose is a risk factor for
 7       gastrointestinal harm in traditional NSAIDs?
 8            A.    Yes, I do.
 9            Q.    And the higher the dose, the greater the
10       risk?
11            A.    Yes.  That's a general statement.  That's
12       true.
13            Q.    What is angiogenesis?
14            A.    Angiogenesis is the formation of new blood
15       vessels.
16            Q.    Do you -- you cite in your report on
17       evidence of reduced recurrence of adenomas with VIOXX
18       on page 7; right?
19            A.    Yes.
20            Q.    And you mentioned additional literature
21       suggesting that inhibition of COX-2 reduces the risk
22       of colon cancer, breast, lung, and prostate cancer; is
23       that right?
24            A.    That's correct.
```

```
 1    activities of daily living avocation or vocation?
 2         MR. BAUM:  Objection to form, incomplete
 3    hypothetical.
 4    BY THE WITNESS:
 5         A.   It's not a patient population that I
 6    prescribe to.  I'm not a rheumatologist.  I've given
 7    patients who have been in pain 2,400 milligrams
 8    ibuprofen a day.  I don't prescribe long-term
 9    ibuprofen.  It's not in my scope of practice.
10         Q.   And for what conditions have you prescribed
11    2400 milligrams a day of ibuprofen?
12         A.   For patients with acute pain.
13         Q.   For how long?
14         A.   Short periods of time.
15         Q.   And did you advise them to take less as
16    soon as the pain subsided?
17         MR. BAUM:  Objection.
18    BY THE WITNESS:
19         A.   I advised them to see their primary care
20    physicians.
21                    (Deposition Exhibit No. 40 was so
22                     marked.)
23    BY MR. ARBITBLIT:
24         Q.   Doctor, this is an article by lead author
```