# EXHIBIT 11

J Int Med Res (1986) 14, 53


EXHIBIT
CURTIS 15
01.18.10

# Update on Ibuprofen: Review Article

Mervyn Busson, MB, ChB, DA, DObst, RCOG, MRCGP, *Head of Medical Support Services, The Boots Company, PLC, Nottingham, England*

*Non-steroidal anti-inflammatory drugs (NSAIDs) have become the principal mode of therapy for rheumatic diseases and their use has continued to increase despite concern expressed recently regarding potential hazards (Figure 1).*

*Prior to 1969, a limited number of NSAID drugs were available. Aspirin and indomethacin became the mainstay of treatment but tolerability, particularly gastric irritation, at doses necessary to control rheumatic symptoms limited the usefulness of these valuable agents. The pyrazolone, phenylbutazone, showed slightly better gastro-intestinal (GIT) tolerability but has since been associated with an increased risk of blood dyscrasiae and is now only available for restricted use in most countries.*

*Ibuprofen was the first of a new breed of NSAIDs originally introduced into the United Kingdom in 1969. Chemically quite distinct from its forerunners it was the first of the propionic acid derivatives to be used in rheumatic practice. The propionics have since become the largest, single and most important group of NSAIDs accounting for 50% of NSAID prescriptions in the United Kingdom. It is estimated that over 100 million patients worldwide have received ibuprofen which is now available in over 100 countries throughout the world including all the major markets.*

*Ibuprofen was developed directly as a result of the problems associated with the use of corticosteroids in the treatment of rheumatoid arthritis and also because of the gastro-intestinal irritation and general intolerability of the established NSAIDs, at that time. Ibuprofen was readily accepted because, unlike the previous drugs, its therapeutic efficacy was easily seen to outweigh the severity of its side-effects. Ibuprofen was the first new drug with the potency of aspirin but without its major disadvantages.*

## Mechanism of action

Ibuprofen acts symptomatically by abolishing pain (Adams, McCullough & Nicholson 1969, Romer 1980, Milne & Twomey 1980), reducing inflammation in joints (Adams *et al* 1969, Goldlust & Rich 1981, Michelson 1980) and soft tissues (Adams *et al* 1969, Romer 1980, Bertelli & Soldani 1979) and reducing pyrexia (Adams *et al* 1969, Romer 1980). Clinically, such activity can lead to increased functional activity with consequent improvement in the quality of life for patients with chronic rheumatic diseases (Table 1).

The currently held view is that NSAIDs relieve pain and inflammation by inhibiting prostaglandins (PG) biosynthesis at the site of the lesion, thereby preventing the sensitization of tissues to other pain producing mediators (e.g. histamine, 5-hydroxytryptamine and bradykinin) (Moncada & Vane 1979). NSAIDs also inhibit experimentally induced leucocyte migration into injured tissues to varying extents (Siegel *et al* 1980, Siegel *et al*

Table 1

| Pharmacological activity | Clinical effect | Objective |
|---|---|---|
| Analgesic<br>Anti-inflammatory<br>Antipyretic | Pain relief<br>Suppresion of inflammation | Increased functional activity |

1981). By inhibiting thromboxane ($TXA_2$) production, most NSAIDs are known to delay normal platelet aggregation (Adams *et al* 1969, Romer 1980, Imai *et al* 1981).

**Fate in the body**

Ibuprofen taken orally is rapidly absorbed from the upper gastro-intestinal tract, peak serum concentrations occurring within 2 hours (Albert & Gernaat 1984). Absorption is slightly delayed following meals but ibuprofen is generally well tolerated on an empty stomach. It is rapidly metabolized and excreted mainly via the kidneys within 24 hours and no accumulation occurs in the body after prolonged therapy (Mills *et al* 1973). This rapid metabolism and excretion explains, to some extent, the relatively low toxicity of ibuprofen compared with other NSAIDs.



*Salicylic acid*
Introduced as willow bark in 1763

*Acetysalicyclic acid* (aspirin)
First synthesized in 1853

*Pyrazolones*
Antipyrine was the first synthetic antipyretic to come into clinical use in 1883. Phenylbutazone became the most widely used of the pyrazolones for rheumatic treatment.

*Fenamates*
Derivatives of N-phenyl anathranilic acid were discovered in the 1950's but their use has been limited due to frequent side-effects — particularly diarrhoea and allergic rashes.

*Indene derivatives*
Indomethacin became available around 1960 and at that time was the most potent PG synthetase inhibitor available. The only other indene derivative to be widely marketed is sulindac whose anti-inflammatory property lies in its active metabolites.

*Propionic acids*
Ibuprofen is the first and still the most widely used of this group. They all exhibit analgesic, anti-inflammatory and antipyretic properties and, with one or two exceptions, are generally better tolerated than the other groups of NSAIDs.

Fig 1 *Chemical structure of principal NSAID groups*

The serum half-life of ibuprofen is approximately 2 hours which does not increase significantly even with high doses and there is little intersubject variability.

Elimination of ibuprofen is equally rapid in the young and elderly alike and, except in the presence of advanced kidney or parenchymal liver disease, metabolism and elimination is rapid (Crampton *et al* 1984) (Figure 2).

A number of NSAIDs exhibit relatively long serum half-lives and in some instances, (e.g. benoxaprofen, sulindac, piroxicam and phenylbutazone), very long indeed (Table 2). The advantage of slow elimination is the convenience of single daily administration, strictly only beneficial in conditions where pain is constant throughout the day. This is rarely the case and if pain is unsatisfactorily controlled at certain times of day, the administration of additional doses of drugs with long half-lives is precluded for fear of drug accumulation which would be particularly hazardous in elderly patients or those with evidence of renal impairment and, in these circumstances, an alternative analgesic with a much shorter half-life would be worth considering.

Ibuprofen can also be administered as a suppository. Rectal absorption is slightly delayed with a lower peak serum concentration but total drug absorption, as represented by the area under the curve (AUC), compares favourably with the oral route.

### Dosage schedules

There has been a trend over the years to employ higher doses of ibuprofen in the presence of acute or severe symptoms. Daily doses of 600-800 mg recommended in the early days were too low to control the symptoms of many patients and, in the light of clinical experience supported by clinical trial work, it was soon shown that 1200-1800 mg daily was equally well tolerated whilst giving better therapeutic control (Royer *et al* 1975, Godfrey & de La Cruz 1974). Below 1200 mg daily ibuprofen acts predominantly (although not exclusively) as an analgesic and its anti-inflammatory properties become more evident above this level. Nevertheless, patients show strikingly individual variations of response to propionics occasionally being refractory to one drug yet responding dramatically to low doses of another. Very high doses (2400 mg daily or more) may be necessary to control acute or severe inflammatory symptoms but



Fig 2 *Urinary excretion in elderly and young patients*

Table 2

Serum elimination half-life ($T_{\frac{1}{2}}$), frequency of dosing and equivalent dose ranges of some NSAIDs according to degree of severity of symptoms

| Drug | $T_{\frac{1}{2}}$ (plasma) in hours | Frequency of dosing | Daily dosage in mg | | |
|---|---|---|---|---|---|
| | | | Mild | Moderate | Severe |
| Aspirin | 2–19* | 3–4 × daily | 1800–2400 | 2400–3600 | 3600–4800 |
| Benoxaprofen** | 28–36 | 1 × daily | 400 | 400–600 | 600 |
| Diclofenac | 2–4 | 2–3 × daily | 75 | 100 | 150 |
| Diflunisal | 10·8 | 2 × daily | 500 | 750 | 1000 |
| Flurbiprofen | 3·9 | 2–3 daily | 150 | 200 | 300 (< 400) |
| Ibuprofen | 2 | 3–4 × daily | 800–1200 | 1200–1800 | 1800–2400 |
| Indomethacin | 4–12* | 3–4 × daily | 75–100 | 100–150 | 200 |
| Ketoprofen | 1·8 | 3–4 daily | 100 | 100–200 | 200 |
| Naproxen | 10–17* | 2–3 × daily | 500 | 750 | 1000 |
| Oxyphenbutazone*** | 27–64 | 2–3 daily | 200 | 400 | 600 |
| Phenylbutazone*** | 70 (range 29–175)* | 1–2 daily | 150–200 | 200–400 | 400–800 |
| Piroxicam | 35–45 hours | 1 daily | 20 | 20–40 | 20–40 |
| Sulindac | 29–175**** | 2 daily | 200 | 200–400 | 400 |

\*     $T_{\frac{1}{2}}$ dependent upon dosage and intersubject variability
\*\*    Benoxaprofen has been withdrawn in most countries
\*\*\*   Restricted prescribing
\*\*\*\* Active metabolites

even at these high doses ibuprofen is well tolerated by the majority of patients (Molnar & Moxley 1979). A 600 mg film-coated tablet is now commercially available to facilitate higher dosage regimens.

Disease activity in rheumatoid arthritis exhibits circadian rhythmicity (Harkness et al 1982) and, recently, more emphasis has been placed on the timing of dosing throughout the day (Kowanko et al 1981). Comparisons of different treatment regimens in a variety of disease entities suggest that control of pain can best be achieved by synchronizing the dosage schedule with the natural, cyclical variations in pain intensity that occur throughout the 24-hour period. For example, patients suffering from chronic backache have been shown to experience their worst pain in the morning and early afternoon with significantly fewer patients reporting their worst pain during the evening or throughout the night (Pickvance 1984). It would seem logical, therefore, that analgesic activity should be concentrated during the first part of the waking day in cases of chronic back pain. Similarly, a study of the circadian rhythmic variations in acute toothache suggests that pain is often most intense late at night and during the early hours of the morning, in which case analgesic therapy may be best administered at bedtime. If different rhythmicity patterns of pain exist according to the underlying pathology then the possibility exists to tailor treatment to meet the needs of individuals and, rather than administering analgesics according to a routine regimen on a single, twice or thrice daily basis, better control may be achieved by concentrating the highest doses at the times of day when the worst pain can be expected. The advantage of ibuprofen with its short half-life and relatively good gastric tolerability is that the dosage regimen can be tailored to meet the needs of the individual where this might prove impossible for a drug with a long serum half-life.

## Clinical uses
### 1. Classical rheumatism

In 1969 ibuprofen became available for the treatment of rheumatoid arthritis, including juvenile rheumatoid arthritis, ankylosing spondylitis, osteoarthrosis and other non-rheumatoid (serogenative) arthropathies. Its

excellent tolerance has allowed the recommended daily dosage to be gradually increased so that patients with severe symptoms or those who do not respond to moderate doses of 800–1200 mg daily may be given up to 2400 mg daily in divided doses (up to 3200 mg in the U.S.A.). As a result of its rapid absorption and good gastric tolerance a flexible dosage regime can be utilized. Although normally recommended to be taken three times daily, additional doses may be taken throughout the day and at bedtime if pain is troublesome. Conversely, many patients are adequately controlled with twice daily doses once the acute symptoms are under control.

In rheumatoid arthritis ibuprofen exhibits anti-inflammatory activity by reducing heat (Cosh & Ring 1973), tenderness (Jasani et al 1968, Chalmers 1969, Marsh 1982), and swelling (Chalmers 1969, Marsh 1982) of joints and improving grip strength (Royer et al 1975, Marsh 1982), mobility (Katona & Bjrgos Vargos 1981) and function (Royer et al 1975). Improvement in exercise tolerance and reduction in 50 feet walking time has been demonstrated in clinical trials. Milder cases may be controlled on 1200 mg daily but more severe cases or those who fail to respond may be prescribed 1800–2400 mg daily.

Ibuprofen is suitable as a first-line therapy in osteoarthritis and all but the most active cases of rheumatoid arthritis. It is an effective alternative to aspirin and several studies have shown it to be well tolerated by those patients with a gastro-intestinal tract (GIT) intolerability to aspirin and some other NSAIDs (Cardoe 1975, Schmid & Culic 1976, Hradsky 1979). Lower daily doses than those used in rheumatoid are usually acceptable for osteoarthritis patients. Clinical effect will normally be expected within a week to 10 days, after which non-responders can be converted to a different propionic or other NSAID.

Flexibility of dosage is an attractive feature of ibuprofen therapy. The frequency of administration can be tailored to the needs of individuals and the dose raised or lowered depending on the severity of symptoms and response of the patient. It may be used in combination with second-line therapies such as corticosteroids, gold salts or penicillamine.

Physiotherapy is the mainstay of treatment for arthritis in children but NSAIDs are indicated in the more severe cases to help control pain and inflammation (Ansell 1973, Menon et al 1973). Ibuprofen may be given in suspension form at doses of 20–40 mg/kg/day (Makela, Lempiainen & Yrjona 1979, Brewer 1977). It has been shown to reduce the need for corticosteroids during acute flare-ups.

## 2. Non-articular rheumatism and soft-tissue injuries

In this subgroup of rheumatic diseases pain and stiffness are the predominant symptoms with variable inflammation. Such conditions as periarthritis of the shoulder, supraspinatus tendinitis, fibrositis, lumbago, distentia nuchae, tenosynovitis of the wrist and tennis elbow all fall into this category. Soft-tissue trauma is a major contributing factor as most cases result from minor strain or over-use.

Drugs with peripheral analgesic/anti-inflammatory properties are especially suitable for treating disorders of this nature. Ibuprofen has been shown to be as effective as indomethacin (Valtonen & Busson 1978), oxyphenbutazone (Joshipura & Dongdaankar 1976) and paracetamol (Nasution 1973) in non-articular rheumatism but it should be remembered that such conditions are often self-limiting and certainly non-life threatening. It is important, therefore, that the least toxic drugs be employed – making ibuprofen an excellent choice.

The value of ibuprofen in treating uncomplicated acute soft-tissue injuries was originally demonstrated by D. S. Muckle (1974), who showed in a double-blind comparison of ibuprofen (1200 mg daily) and aspirin (3·0 g daily) that footballers had significantly greater pain relief and returned to training earlier when treated with ibuprofen in comparison to aspirin. Other studies have confirmed in various types of sports injuries that ibuprofen can improve function and enhance recovery provided treatment is commenced early enough (i.e. within 24 hours) and in sufficiently high doses (i.e. 1600–2400 mg daily). If treatment is delayed no special benefit can be expected other than the simple relief of pain.

In low back pain relatively large doses may be required especially during periods of acute exacerbation. As pain is often at its worst during the early part of the day, a suggested dosage regimen is 1200 mg morning, 800 mg

*The Journal of International Medical Research*



Fig 3 *Circadian variation in untreated chronic low back pain*

midday and 400–600 mg late afternoon or early evening (Pickvance 1984) (Figure 3). Once severe pain is under control, lower doses may be used.

### General analgesia

During recent years ibuprofen has been used for an ever increasing range of clinical conditions and because of its reliable analgesic activity and good record of safety it has now been approved in a number of countries for over-the-counter (OTC) self-medication of a variety of minor painful conditions, mainly headaches, migraine, muscular rheumatism, period pains, toothache and cold/flu symptoms. It frequently provides more effective pain relief than dextropropoxyphene, codeine, paracetamol and aspirin in such various conditions as post-surgical dental pain (Needle & Cooper 1976, Dionnez & Cooper 1978), episiotomy pain (Bloomfield, Barden & Mitchell 1973) and migraine (Pearce, Frank & Pearce 1983). Ibuprofen is particularly useful in the treatment of primary dysmenorrhoea (Morrison *et al* 1980, Corson & Bolognese 1978) due to its inhibition of PG synthesis–high intra-uterine levels of PGE and $PG_2 a$ are associated with smooth muscle spasm which causes the pain in primary dysmenorrhoea. Ibuprofen has been shown in controlled clinical trials to reduce menstrual fluid PG levels by at least 50% with a lowering of intra-uterine pressure (Fuchs, Chan & Dawood 1979, Pulkkinen 1979) and significant relief of dysmenorrhoea.

Numerous studies using standard pain models have illustrated the relative superiority of ibuprofen's analgesic activity compared to aspirin (Bloomfield *et al* 1973, Winter *et al* 1978) and paracetamol (Molla & Donald 1974, Rondeau, Yenng & Nelson 1980) and

more recently ibuprofen has been used in combination with centrally-acting analgesics such as methadone and codeine for the relief of more severe pain such as that encountered in bone cancer.

Functional headaches frequently respond to single doses of ibuprofen (Ryan 1977, Diamond 1983) and it is also significantly more effective than placebo in treating the myalgia and fever associated with upper respiratory infections (Miyazaki Research Report, Busson Research Report).

### Antipyretic

Numerous controlled studies have demonstrated ibuprofen's antipyretic properties in febrile children equipotent with aspirin and paracetamol (Kandoth *et al* 1984, Wilson, Guerra & Santos 1984, Sheth *et al* 1980, Keinonen-Kiiukaaniemi, Simila & Kouvalainen 1980, Gaitonde & Morwan 1973).

### Tolerability

The popularity of ibuprofen has been due, in no small measure, to its relatively low incidence of severe side-effects and ready acceptability by patients, particularly the elderly.

The majority of adverse reactions (ADR) reported in clinical trials (CT) have been subjective and mild in nature. A retrospective computerized analysis of CT data involving 19,000 patients has shown ibuprofen to have an identical ADR profile to placebo, although the proportion of serious reactions which required withdrawal or temporary discontinuation of therapy was slightly greater (Figure 4).

In the same analysis the over-all relative incidence of all ADRs was not significantly higher than placebo and lower than other analgesics used in the comparative studies (Figure 5).

In all cases, including placebo, gastrointestinal (GIT) symptoms predominated but further analysis revealed that the incidence of severe GIT reactions leading to withdrawal of treatment (e.g. vomiting, epigastric pain, peptic ulceration, GIT bleeding) was significantly higher with aspirin and indomethacin compared with ibuprofen (Table 3).

The over-all incidence of placebo side-effects was not very different from ibuprofen. This suggests that a significant proportion of subjective symptoms related to NSAID therapy are non-specific and even some serious or potentially serious reactions may be unrelated to therapy. For example GIT bleeding occurs spontaneously in rheumatic patients and a proportion of cases reported may be unrelated to current therapy.

Epidemiological, clinical and endoscopic studies have shown that ibuprofen is extremely



Patients treated: Ibuprofen 7624; Placebo 2853
Total ADR Reports: Ibuprofen 1680; Placebo 462

Fig 4 *The adverse reaction (ADR) profile of ibuprofen (based on analysis of comparative clinical trials)*

*The Journal of International Medical Research*

This figure shows the totals of reported ADR in comparative trials expressed as a percentage of the patients at risk.



Fig 5 *The relative incidence of adverse reactions (ADR) of ibuprofen (based on analysis of comparative clinical trials)*

well tolerated by the GIT. It is probably one of the least ulcerogenic of all NSAIDs and can be prescribed with caution to patients with dyspeptic histories if there is no evidence of recent activity.

### Interactions

Most NSAIDs are highly bound to serum protein (mainly albumin) but they are not all bound primarily to the same sites. Each drug at normal plasma concentrations binds preferentially to one of three major sites which may be designated diazepam, digitoxin and warfarin sites, named after the sites on the albumin molecule to which those three drugs are known to bind. The secondary and tertiary sites are occupied only at higher serum concentrations and are unlikely to displace other

*Table 3*

**Relative incidence of severe GIT adverse reactions (ADR) in published trials**

| Drug | Number of patients treated | Incidence of serious gastro-intestinal ADR |
|---|---|---|
| Ibuprofen | 18,577 | 1 in 670 |
| Placebo | 2,853 | 1 in 950 |
| Aspirin | 2,822 | 1 in 40 |
| Indomethacin | 1,062 | 1 in 100 |

drugs bound at those sites. This explains why ibuprofen usually can be safely prescribed with coumarin-type anticoagulants (Boekout-Mussert & Loeliger, 1974, Penner & Abbrecht 1975) and oral hypoglycaemics (Anderson 1979) whilst aspirin cannot.

Complex interactions are possible but the clinical significance is not always clear. Generally speaking, it is not good practice to co-prescribe propionics as they are all bound to the same albumin site and interactions are a theoretical possibility. Tolerance may be impaired and no clinical advantage accrues. Likewise, propionics should not be prescribed with aspirin, which reduces their blood levels. Caution is required when NSAIDs are co-prescribed with diuretics or ß adrenergic blockers as the therapeutic efficacy of the latter may be attenuated. This does not seem to be a major problem with ibuprofen which seems to be compatible with most commonly prescribed drugs.

No routine laboratory monitoring is required as ibuprofen is not directly toxic to any body system at normal therapeutic doses and, apart from GIT complaints, the very rare serious side-effects which may occur are either coincidental, allergic or idiosyncratic.

The good tolerability of ibuprofen is beyond question but what is not so well recognized is its relative safety in overdose compared with aspirin and paracetamol. No overdose deaths have been reported as a result of ibuprofen alone, even when massive amounts (up to 40 g single doses) have been taken. In a recent survey of overdose cases it has been possible to estimate the relative figures for fatal overdoses of ibuprofen compared with aspirin and paracetamol showing it to be much the safer drug.

REFERENCES

**Adams S S, McCullough K F & Nicholson J S**
(1969) The pharmacological properties of ibuprofen, an anti-inflammatory, analgesic and antipyretic agent. *Arch. Int. Pharmacodyn.* 178, 115
**Albert K S & Gernaat C M**
(1984) The pharmacokinetics of ibuprofen, *The American Journal of Medicine* 77, No. 1A, 40
**Anderson D A**
(1979) Ibuprofen and tolbutamide drug interaction study. *British Journal of Clinical Practice.* Suppl., Brufen Under Review. IXth European Congress of Rheumatology, Wiesbaden
**Ansell B M**
(1973) Ibuprofen in the management of Still's Disease. *Practitioner* 211, 659
**Bertelli A & Soldani G**
(1979) Polymyxin β-induced oedema in hind paw of the rat as an assay for anti-inflammatory drugs. *Arzneimittel-Forschung* 29, 777
**Bloomfield S A, Barden T P & Mitchell J**
(1973) Comparative efficacy of ibuprofen and aspirin in episiotomy pain. *Clinical Pharmacology and Therapeutics* 15, 6, 565
**Boekhout-Mussert M J & Loeliger E A**
(1974) Influence of ibuprofen on oral anti-coagulation with phenprocoumon. *Journal of International Medical Research* 2, 279
**Brewer E J**
(1977) Ibuprofen in Still's Disease, non-steriodal anti-inflammatory agents. *Proceedings of the Conference on the Rheumatic Diseases of Childhood* 20, No. 2 Supplement
**Busson M**
(1982) *Boots Research Report, M80087*
**Cardoe N**
(1975) Brufen in the treatment of rheumatoid disease in patients with gastric intolerance. *Current Medical Research and Opinion.* 3, 518
**Chalmers T M**
(1969) Clinical experience with ibuprofen in the treatment of rheumatoid arthritis. *Annals of Rheumatic Diseases.* 28, 513
**Corson S L & Bolognese R J**
(1978) Ibuprofen therapy for dysmenorrhea. *Journal of Reproductive Medicine.* 20, 246
**Cosh J A & Ring F J**
(1973) Thermographic evaluation of the anti-inflammatory activity of ibuprofen in rheumatoid arthritis. XIIIth International Congress of Rheumatology, Kyoto, Japan
**Crampton E L, Glass R C, Hind I D & Rees J A**
(1984) The pharmacokinetics of ibuprofen in elderly and young subjects. *Boots Research Report DT84081*
**Diamond S**
(1983) Ibuprofen vs. aspirin and placebo in the treatment of muscle contraction headache. *Headache* 23, 206
**Dionne R A & Cooper S A**
(1978) Evaluation of preoperative ibuprofen for postoperative pain after removal of third molars. *Oral Surgery* 45, 851
**Fuchs F, Chan W Y & Dawood M Y**
(1979) Suppression of menstrual prostaglandins and relief of dysmenorrhea with ibuprofen, *Acta Obstetricia et Gynecologica Scandinavica* 58, Suppl. 87, 39
**Gaitonde B B & Morwan K**
(1973) Antipyretic activity of ibuprofen (Brufen). *Journal of the Association of Physicians of India* 21, 579
**Godfrey R & de La Cruz**
(1974) The effect of ibuprofen dosage on patient response in rheumatoid arthritis, VI Pan-American Congress on Rheumatic Diseases, Toronto
**Goldlust M B & Rich L C**
(1981) Chronic immune synovitis in rabbits. II. Modulation by anti-inflammatory and anti-rheumatic agents. *Agents and Actions* 11, 729
**Harkness J A L, Richter M B, Panayi G S, Van de Pette K, Unger A, Pownall R & Geddawi M**
(1982) *British Medical Journal* 284, 551
**Hradsky M**
(1979) Gastroscopic observation of the effect of various anti-inflammatory drugs on the gastric mucosa. IX European Congress of Rheumatology, Weisbaden
**Imai H, Muramatsu Y, Tsurumi K & Fujimura H**
(1981) Pharmacological evaluation of antiplatelet agents in a model for thrombosis. *Japanese Journal of Pharmacology* 31, Suppl., 92P

Case 2:05-md-01657-EEF-DEK Document 36595-12 Filed 03/09/10 Page 10 of 11

**Jasani M K, Wilson Downie W, Samuels B M & Watson Buchanan W**
(1968) Ibuprofen in rheumatoid arthritis – clinical study of analgesic and anti-inflammatory activity. *Annals of Rheumatic Diseases* 27, 457

**Joshipura J C N & Dongaonkar D G**
(1976) Comparative evaluation of ibuprofen and oxyphenbutazone in soft-tissue rheumatism. *S.E.A.P.A.L. Conference, Singapore*

**Kandoth P W, Joshi M K, Joshi V R & Satoska R S**
(1984) Comparative evaluation of antipyretic activity of ibuprofen and aspirin in children with pyrexia of varied aetiology. *Journal of International Medical Research* 12, 292

**Katona S & Bjrgos Vargos R**
(1981) A new derivative of propionic acid, tiaprofenic acid and its efficacy in the treatment of rheumatoid arthritis: Comparative study with ibuprofen. *Current Therapuetic Research* 29, 1

**Keinanen-Kiiukaanniemi S, Simila S & Kouvalainen K**
(1980) Oral antipyretic therapy – evaluation of the propionic acid derivatives ibuprofen, ketoprofen, fenoprofen and naproxen. *Padiatrie and Padologie* 15, 239

**Kowanko I et al**
(1981) Circadian variations in the signs and symptoms of rheumatoid arthritis and in the therapeutic effectiveness of flurbiprofen at different times of the day. *British Journal of Clinical Pharmacology* 11, 477

**Makela A-L, Lempiainen M & Yrjana T**
(1979) Ibuprofen in the treatment of juvenile rheumatoid arthritis: Metabolism and concentrations in synovial fluid. *IX European Congress of Rheumatology, Wiesbaden*

**Marsh B D**
(1982) Clinical trial with ibuprofen in treatment of rheumatoid arthritis. *Boots Research Report M82052*

**Menon N D, Whelton J J, Ansell B M & Goldberg A A J**
(1973) A comparative study of ibuprofen and aspirin in Still's Disease (juvenile chronic polyarthritis). *XIII International Congress of Rheumatology, Kyoto*

**Michelsson J E**
(1980) The effect of ibuprofen on the thickening, stiffening and development of degenerative changes in the rabbit knee following immobilization. *Scandinavian Journal of Rheumatology* 9, 141

**Mills R F N, Adams S S, Cliffe E E, Dickinson W & Nicholson J S**
(1973) The metabolism of ibuprofen. *Xenobiotica* 3, 589

**Milne G M & Twomey T M**
(1980) The analgesic properties of piroxicam in animals and correlation with experimentally determined plasma levels. *Agents and Actions* 10, 31

**Miyazaki T**
(1970) A double-blind trial of ibuprofen in the treatment of inflammations of the pharynx and larynx. *Research Report from the Department of Rhino-pharynagolaryngology, School of Medicine, University of Kanazawa*

**Molla A L & Donald J F**
(1974) A comparative study of ibuprofen and paracetamol in primary dysmenorrhoea. *Journal of International Medical Research* 2, 395

**Molnar J P & Moxley T E**
(1979) Ibuprofen (Motrin), a double-blind comparison of two dosages, 2400 mg and 3200 mg/daily, for treating rheumatoid arthritis. *Current Therapeutic Research* 26, No. 5

**Moncada S & Vane J R**
(1979) Mode of action of aspirin-like drugs. *Advances in Internal Medicine* 24, 1

**Morrison J C, Ling F W, Forman E K, Bates G W, Blake P G, Vecchio T J, Linden C V & O'Connell M J**
(1980) Analgesic efficacy of ibuprofen for treatment of primary dysmenorrhea. *Southern Medical Journal* 3, 999

**Muckle D S**
(1974) Comparative study of ibuprofen and aspirin in soft-tissue injuries. *Rheumatology and Rehabilitation* XIII, 141

**Nasution A R**
(1973) Study of the analgesic activities of ibuprofen compared with paracetamol. *XIII International Congress of Rheumatology, Kyoto, Japan*

**Needle S E & Cooper S A**
(1976) Evaluation of the analgesic activity of ibuprofen. *Journal of Dental Research* 55, 327

**Pearce I, Frank G J & Pearce J M S**
(1983) Ibuprofen a new prostaglandin synthetase inhibitor compared to paracetamol, a peripheral analgesic, in classical migraine. *Practitioner* No. 227, 465

**Penner J A & Abbrecht P M**
(1975) Lack of interaction between ibuprofen and warfarin. *Current Therapeutic Research* 18, 862

**Pickvance N J**
(1984) *Boots Research Report No. 84057*

**Pulkkinen M O**
(1979) Suppression of uterine activity by prostaglandin synthetase inhibitors. *Acta Obstetricia et Gynecologica Scandinavica* Suppl. 87, 39

**Romer D**
(1980) Pharmacological evaluation of mild analgesics. *British Journal of Clinical Pharmacology* 10, 247S

**Rondeau P L, Yeung E & Nelson P**
(1980) Dental surgery pain-analgesic. *Journal of the Canadian Dental Association* 7, 433

**Royer G L, Moxley T E, Hearron M S, Miyara A & Shenker B M**
(1975) A long-term double-blind clinical trial of ibuprofen and indomethacin in rheumatoid arthritis. *Journal of International Medical Research* 3, 158

**Ryan R E**
(1977) Motrin – A new agent for the symptomatic treatment of muscle contraction headache. *Headache* 16, 280

**Schmid F R & Culic D D**
(1976) Anti-inflammatory drugs and gastrointestinal bleeding – a comparison of aspirin and ibuprofen. *Journal of Clinical Pharmacology* 16, 418

**Sheth U K, Gupta K, Paul T & Pispati P K**
(1980) Measurement of antipyretic activity of ibuprofen and paracetamol in children. *Journal of Clinical Pharmacology* 20, 672

**Siegel M I, McConnell R T, Bonser R W & Cuatrecasas P**
(1981) The production of 5-Hete and Leukotriene B in rat neutrophils from carrageenan pleural exudates. *Prostaglandins* 21, 123

**Siegel M I, McConnell R T, Porter N A, Selph J L, Truax J F, Vinegar R & Cuatrecasas P**
(1980) Aspirin-like drugs inhibit arachidonic acid metabolism via lipoxygenase and cyclo-oxygenase in rat neutrophils from carrageenan pleural exudates. *Biochemical and Biophysical Research Communications* 92, 688

**Valtonen E J & Busson M**
(1978) A comparative study of ibuprofen (Brufen) and indomethacin in non-articular rheumatism. *Scandinavian Journal of Rheumatology* 7, 183

**Wilson G, Guerra A J M S & Santos N T**
(1984) Comparative study of the antipyretic effect of ibuprofen (oral suspension) and paracetamol (suppositories) in paediatrics. *Journal of International Medical Research* 12, 250

**Winter L, Bass E, Recant B & Cahaly J F**
(1978) Analgesic activity of ibuprofen (Motrin) in postoperative oral surgical pain. *Oral surgery* 45, No. 2