# EXHIBIT 12

Final (2).txt

1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4      * * * * * * * * * * * * * * *
                                     *
 5    In Re:  VIOXX                  * MDL NO.: 1657
      Products Liability Litigation  *
 6                                   * SECTION: L
      This Document Relates to:      *
 7                                   * HON. ELDON E.
         STATE OF LOUISIANA, ex rel. *      FALLON
 8       JAMES D. CALDWELL,          *
         ATTORNEY GENERAL            * MAG. JUDGE
 9                Plaintiff          * KNOWLES
                                     *
10      versus                       *
                                     *
11      MERCK SHARP & DOHME CORP.    *
                                     *
12        Case No. 05-3700           *
                                     *
13                                   *
        * * * * * * * * * * * * * * *
14

15

16

17

18

19

20            Deposition of MELVIN L. PARNELL, JR.
```

Page 1

Final (2).txt

3       I always try to cut back the dosage a
4  little bit.  Usually if I have to give them
5  that dosage for a long period of time, I do
6  some further workup to determine if there may
7  be an abnormality there that I'm not seeing;
8  do an MRI scan or something like that, because
9  it may show me another abnormality that needs
10 to be considered in my treatment decision, and
11 so instead of just giving high doses of
12 medication, see do they need therapy, what do
13 they need.
14     Q   In terms of your rheumatoid arthritis
15 patients, would you titrate the dose down from
16 3200 if they showed improvement?
17         MR. TOMASELLI:
18         Object to the form.
19         THE WITNESS:
20         If they showed improvement, I always
21 try to decrease the dosage.  Some of the
22 rheumatoids you actually had to add other
23 medications, such as methotrexate, that they
24 would take basically once a week because some

Final (2).txt

25   of the cases were so bad that the

199

1    nonsteroidals alone would not result in
2    significant improvement of their symptoms, and
3    now there are a host of other medications that
4    we use as well.
5    EXAMINATION BY DR. PLYMALE:
6         Q    Let me direct your attention to some
7    discussion in this article on Page 57.  The
8    author states in the beginning of the first
9    full paragraph on that page, "In rheumatoid
10   arthritis, Ibuprofen exhibits
11   anti-inflammatory activity by reducing heat,
12   tenderness, swelling of joints, and improving
13   grip strength, mobility, and function."  Do
14   you agree with that?
15        A    I do.  I think the first three things
16   now we commonly refer to as decrease in
17   inflammation, but basically the inflammation
18   just refers to all three terms.
19        Q    All right.  Skipping one sentence the

Page 244