# EXHIBIT 13



DEPOSITION
EXHIBIT
Scolnick-10
DATE: 1/30/03
MARY G. VAN DINA, C.S.R.

MEMO                        - CONFIDENTIAL -


Date: August 19, 1998


TO:   <u>Human Health PAC</u>
      Mr. D. Anstice
      Mr. M. Cugnon
      Mr. R. Henriques
      Mr. R. Henshall
      Mr. B. Kelley
      Dr. D. Margolskee
      Dr. E. Scolnick
      Dr. E. Slater
      Dr. R. Spector
      Dr. T. Verhoeven
      Mr. P. Wold-Olsen


      <u>VIOXX CST Core Team</u>                    cc:   Dr. D. Blois
      Dr. E. Ehrich                                        Dr. W. Dixon
      Dr. G. Geba                                          Dr. R. Franco
      Dr. K. Grosser                                       Dr. B. Goldmann
      Dr. S. Laird                                         Dr. G. Gormley
      Mr. D. Khanna                                        Mr. D. Hodkey
      Ms. C. McKines                                       Ms. J. Kasarda
      Dr. M. Laurenzi                                      Dr. M. King
      Dr. A. Nies                                          Dr. W. J. Powell
      Mr. J. Pichamuthu                                    Dr. P. Robinson
      Mr. T. Ruef                                          Dr. L. Sherwood
      Dr. B. Seidenberg                                    Mr. B. Bissett
      Dr. R. Silverman                                     Mr. E. McKinney
      Dr. E. Vadas                                         Ms. S. Simpson
      Dr. D. Watson                                        Dr. T. Simon


From:  Dr. A. Reicin
       Dr. B. Seidenberg


Attached please find followup information on the MK-0966 GI Outcomes Study
approved 7/31/98. A revised study design and budget are included.


Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District                    MRK-GUE0051686

**Updated Proposal to Proceed with the VIOXX Phase IIIB G.I. Outcomes Study**

I. Summary of 8/6/98 Consultants Meeting

On 8/6/98 a consultants meeting was held with a group of six (6) consultants from the U.S. and Canada (See Attachment I for a list of Consultants). The results of the MK-0966 GI safety program as well as our plans for a GI outcomes Study in 12,500 patients with osteoarthritis (OA) and rheumatoid arthritis (RA) were reviewed.

a) Highlights of consultants comments on the presentation:
- Advocated the need for more outcomes data in a "real world" setting.
  - ⇒ Patients with OA are only rarely treated with high dose chronic NSAIDs.
  - ⇒ Elderly and high risk patients with OA on chronic NSAIDs usually get GI co-therapy
- An Outcomes Study in patients with OA
  - ⇒ would not provide any significant new information
  - ⇒ would be very difficult to enroll and would not provide "real world" information.

b) Consultants recommendation to conduct a GI Outcomes study in patients with RA alone.
- Standard of care to treat patients with RA with chronic high dose NSAIDs
  - ⇒ more "real world"
  - ⇒ easier to enroll
- Results would confirm and extend the findings of the Phase III pooled analysis to a high risk group
- Results of a positive study could be applied to the OA (lower risk) patient population
- Suggested use of naproxen 500 mg bid as a single comparator
  - ⇒ single b.i.d. agent should increase compliance
  - ⇒ most commonly used NSAID and dose in the US for RA
  - ⇒ advocated upward dose titration of naproxen to 1500 mg
    - ◊ decrease drop-out rate
    - ◊ more closely mimic "real world" usage of naproxen
    - ◊ consistent with naproxen dose recommendation in the label

c) Additional Recommendations:

- Continue to collect PUBs in ongoing and future studies.
  - ⇒ could not justify ending this procedure
  - ⇒ initial pooled PUB results in osteoarthritis could be "bolstered"
- Conduct an endoscopy study in patients with OA comparing MK-0966 to NSAID + GI co-therapy (such as ARTHROTEC)
  - ⇒ prove comparable incidence of ulcers
  - ⇒ addresses "real world" use of GI co-therapy in this patient population

Confidential - Subject to Protective Order Issued by the District Court of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051687

## II.  OVERVIEW OF CURRENT PROPOSAL FOR A MK-0966 GI OUTCOMES STUDY
The following study has been reviewed and agreed to by the MK-0966 commercialization team
and CDOC.

a.)     Overview of Study Design

The VIOXX GI Outcomes study will be a parallel group, triple-blind multi-center
study in patients with rheumatoid arthritis requiring chronic NSAID therapy.  The
study will be composed of 7000 patients:  3500 patients on MK-0966 and 3500
patients on naproxen.  The study has been designed to test the primary hypothesis
that the incidence of significant GI complications (PUBs -peptic ulcers, upper GI
bleeds, and gastric or duodenal perforations) will be lower in patients treated with
MK-0966 compared to patients treated with naproxen.  A secondary objective will
be to assess the incidence of "complicated PUBs" in each of the treatment groups.
The primary endpoints (PUBs) will be adjudicated by a blinded case review
committee.  The dose of VIOXX will be the highest recommended dose for
rheumatoid arthritis and will be confirmed 9/98 following the interim analysis of
the ongoing Phase IIB Dose Ranging Study.  The dose of naproxen will be 500 mg
b.i.d.  This is the most commonly used dose in the treatment of RA but it is not the
maximum allowable dose.  Upward dose titration to 1500 mg of naproxen will be
allowed for patients who would otherwise discontinue from the study due to lack
of efficacy.  No upward dose titration of MK-0966 will be allowed (patients on
MK-0966 will be given a naproxen placebo).

The study will continue until at least 95 PUBs are observed or until the LPI has
been in the study for at least 6 months (whichever comes last).  The number of
PUBs is based on a study with 90% power to detect a 50% decrease in the
incidence PUBs in patients with rheumatoid arthritis.  Although there has been one
long term prospective study which evaluated the incidence of PUBs in patients
with RA on NSAIDs, the study was done in an elderly (90% of patients above the
age if 60 and 16% above the age of 75), chronically ill patients and had different
endpoint definitions.  Taking these considerations into account we have assumed a
2.25% yearly incidence of PUBs in the NSAID treatment group.  It is anticipated
that the study will require 7000 patients and 9-12 months from LPI to observe 95
PUBs.

b)      Costs of the Study

The estimated costs for this study and a comparison to the previous estimated costs
presented to HHPAC 7/98 can be found in Attachment II.  The cost of a national
advertising campaign is not included in this budget and will be needed.

*These costs are estimated based on bids received from CROs in 1997.  Updated
estimates will be available 4Q98.

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

c.     Other Activities and Next Steps

Both the previous Steering Committee Chair (Dr. Claire Bombardier) and Co-Chair (Dr. Loren Laine) have been contacted. They are both interested in participating in the currently planned study.

Covance, the CRO that was chosen to conduct the study in 1997, has been recontacted. A final decision on the choice of a CRO will be made by 4Q99.

A copy of the protocol will be sent to the FDA with the preclinical package at the end of August. A meeting will be set up to discuss the protocol in mid-late September. Key issues which will be discussed with the agency at that time include:

1)  Our proposed definition of GI endpoints.

2)  Assurance that a positive result in this study in RA patients only would not result in a more restrictive label than a study done in both OA and RA.

3)  Our proposal for allowing upward dose titration of naproxen while the MK-0966 dose remains constant.

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051689

# ATTACHMENT I

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051690

## MK-0966 GI Outcomes Study
## CONSULTANTS' LIST

| Consultants: | Consultants Affiliations: |
| --- | --- |
| Marie Griffin, MD<br>Professor of Pharmacology &<br>Medicine | A1124 Medical Center North at Vanderbilt<br>Department of Preventive Medicine<br>Suite 2, 7th Floor<br>Nashville, TN 37232 |
| Loren Laine, MD<br>Professor of Medicine | University of South California School of Medicine<br>2025 Zonal Avenue<br>Los Angeles, CA 90033 |
| Tom Schnitzer, Md, PhD<br>Director of NCCR and OCRT | Northwestern University<br>710 North Lake Shore Drive<br>Abbot Hall 5th Floor<br>Chicago, IL 60611 |
| Arthur Weaver, MD, FACP<br>Medical Director of the Arthritis<br>Center of Nebraska | Arthritis Center of Nebraska<br>2121 South 56th Street<br>Lincoln, NE 68506 |
| Claire Bombardier, MD<br>Senior Research Scientist | Institute for Work & Health<br>250 Bloor Street, East Ste. 702<br>Toronto, Ontario M4W 1E6 |
| Marc Hochberg, MD<br>Professor of Medicine | University of Maryland<br>10 South Pine Street, Room 8-34<br>Baltimore, MD 21201-1192 |

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

# ATTACHMENT II

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051692

<u>Resource Requirements</u>

The following tables provide the resource detail for the revised G.I. Outcomes Study in terms of 1998 incremental resources requested versus the Current E.A. and the resource requirements from 1998-2002. A comparison to the resource estimates from the previously (HHPAC - 7/31/98) proposed study is also shown. All figures for resources are on an MRL absorbed basis in nominal (inflated) $MM.

By revising the scope of the G.I. Outcomes Study, the Commercialization Team has decreased the 1998 and 1999 Non-FTE resource requirements to $4.5MM and $22.4MM respectively. Previous Non-FTE costs were $16.7MM in 1998 and $30.2MM in 1999 (See Table 1 and Table 2). Because of the accelerated timelines for the program, a greater percentage of the total costs will be required in 1999 and 2000 and a smaller percentage in 2001 as compared to the previous estimate.

The total resources required for the revised G.I. Outcomes Study are expected to total $77.9MM from 1998 through 2002.

Table 1. G.I. Outcomes Program Resources for 1998-2002.

|  | 1998E | 1999E | 2000E | 2001E | 2002E | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL | $7.1 | $28.3 | $27.4 | $11.5 | $3.5 | $77.9 |
| MRL FTE $s | $2.6 | $5.9 | $6.2 | $4.7 | $3.3 | $22.7 |
| - Estimated FTEs | 7 | 16 | 17 | 11 | 5 | |
| TOTAL Non-FTE $s | $4.5 | $22.4 | $21.2 | $6.9 | $0.2 | $55.2 |
| Clinical Grants | $2.8 | $18.6 | $19.2 | $5.5 | — | $46.1 |
| Contract Labor | $0.2 | $2.0 | $2.1 | $1.4 | $0.2 | $5.9 |
| Drug Supplies | $0.8 | $0.4 | — | — | — | $1.2 |
| Drug Pkg & Shipping | $0.7 | $1.3 | — | — | — | $2.0 |

Development costs for the previously proposed study were expected to total $113.6MM for the same time period.

Table 2. Previously (7/31/98 - HHPAC) Proposed G.I. Outcomes Study

|  | 1998E | 1999E | 2000E | 2001E | 2002E | TOTAL |
|---|---|---|---|---|---|---|
| TOTAL | $19.3 | $36.1 | $34.0 | $20.7 | $3.5 | $113.6 |
| MRL FTE $s | $2.6 | $5.9 | $6.2 | $4.7 | $3.3 | $22.7 |
| - Estimated FTEs | 7 | 16 | 17 | 11 | 5 | |
| TOTAL Non-FTE $s | $16.7 | $30.2 | $27.8 | $16.0 | $0.2 | $90.9 |
| Clinical Grants | $4.2 | $23.7 | $26.1 | $14.6 | — | $68.6 |
| Contract Labor | $2.8 | $1.9 | $1.1 | $1.1 | $0.2 | $7.1 |
| Drug Supplies | $8.1 | — | — | — | — | $8.1 |
| Drug Pkg & Shipping | $1.6 | $4.5 | $0.6 | $0.3 | — | $6.9 |

Confidential - Subject to Protective Order Issued by the District Court of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051693

The 1998 incremental Non-FTE costs have decreased to $4.3MM as detailed in Table 3. It should be noted that incremental need for 7 new positions (2 in Clinical Research, 2 in BARDS, 2 in CROPS Int'l, and 1 for RIS) is still required to support the revised G.I. Outcomes Study.

Table 3. 1998 G.I. Outcomes Study Resource Requirements

| | Current E.A. | 1998 Total Resources | Incremental Resources v. E.A. |
|---|---|---|---|
| MRL FTEs | 3.75 | 7 | 3.25 (7 Positions) |
| Total Non-FTE $s | $0.2 | $4.5 | $4.3 |
| MRL Clinical Grants | — | $2.8 | $2.8 |
| Drug Supply – Naproxen/Naproxen Placebo | — | $0.8 | $0.8 |
| Bottles | — | $0.5 | $0.5 |
| Shipping | $0.2 | $0.2 | — |
| Contract Labor – BARDS | — | $0.05 | $0.05 |
| Contract Labor – RIS | — | $0.08 | $0.08 |
| Contract Labor – CROPS Int'l | — | $0.06 | $0.06 |

Confidential - Subject to Protective Order Issued by the District Court of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051694

M E M O                              - CONFIDENTIAL -

Date: October 16, 1998

TO:   Human Health PAC              Management Committee Distribution
      Mr. D. Anstice                Mr. P. Bell
      Mr. M. Cugnon                 Dr. G. Douglas
      Mr. R. Henriques              Mr. R. Gilmartin
      Mr. R. Henshall               Ms. J. Lewent
      Mr. B. Kelley                 Mr. P. Lofberg
      Dr. D. Margolskee             Ms. M. McDonald
      Dr. E. Scolnick               Ms. D. Smith
      Dr. E. Slater
      Dr. R. Spector
      Dr. T. Verhoeven
      Mr. P. Wold-Olsen

      VIOXX™ CST Core Team
      Dr. E. Ehrich          cc:   Dr. D. Blois
      Dr. G. Geba                  Dr. W. Dixon
      Dr. K. Grosser               Dr. R. Franco
      Mr. D. Khanna                Dr. B. Goldmann
      Dr. S. Laird                 Dr. G. Gormley
      Dr. M. Laurenzi              Mr. D. Hodkey
      Ms. C. McKines               Ms. J. Kasarda
      Dr. A. Nies                  Dr. M. King
      Mr. J. Pichamuthu            Mr. B. Bissett
      Mr. T. Ruef                  Dr. P. Robinson
      Dr. B. Seidenberg            Dr. L. Sherwood
      Dr. R. Silverman
      Dr. E. Vadas
      Dr. D. Watson

                                   Additional Invitees for VIOXX™
                                   Mr. E. McKinney
                                   Mr. C. Panzer
                                   Dr. A. Reicin
                                   Ms. S. Simpson
                                   Dr. T. Simon
                                   Ms. M. McNamara
                                   Dr. V. Kusiak

From: Dr. K. Grosser

Attached please find the CDOC and HHMC approved U.S. label for VIOXX which
accompanies the VIOXX Stage IIIa Review background material for the HH PAC
Meeting on October 19 (sent out on Wednesday).

10/16/98 HH-PAC                    -1-

Confidential - Subject to Protective Order Issued by the District Court
of Hidalgo County, Texas, 139th Judicial District

MRK-GUE0051773