# EXHIBIT 14

| | |
|---|---|
| To: | Simon, Thomas; Ehrich, Elliot W.; Morrison, Briggs; Reicin, Alise S. |
| From: | Daniels, Brian F. |
| Cc | |
| Bcc: | |
| Date: | 1997-02-26 04:44:12 |
| Subject: | RE: GI OUTCOMES TRIAL PROTOCOL |

Alise,
I have left hard copy with comments on your desk.
150 mg of dilofenac is upper limit or OA. In fact ome labels indicate it's for acute use at this dose only.
I would throw in the hand you have nothing to lose
One month prohibition for steriod you are not evaluating efficacy with respect to a study joint. There is no need for a 3 month wait

Ahhh...ASA I feel that you are using an inflated estimate of the rate of PUBs with 75 mg of ASA. What ever the rate it is always lower than the doses of NSAID we are using. It is clear to me that the program wil be severly hurt if the megatrial shows a win in PUBs and a loss in MI/CVA. That is what we are setting up by not allowing ASA. And I a sure no one wants to hear thepractical concerns of significantly inhibited patent enrollment.

---

From: Reicin, Alise S.
To: Simon, Thomas; Daniels, Brian F.; Ehrich, Elliot W.; Morrison, Briggs
Subject: RE: GI OUTCOMES TRIAL PROTOCOL
Date: Tuesday, February 25, 1997 10:39PM

Briggs:
Thanks for your input here are some answers;
1. My impression is that the doses of ibuprofen and diclofenac are felt to be equipotent. In fact diclofenac is approved in doses up to 200 mg for RA. The label is a little unclear about OA but implies that 100-150 is the suggested range. BRIAN and ELLIOT-am I correct?

2. We will alow acetominophen users maybe I should make that explicitly clear.
3. I discussed this with Brian, Elliot and a consultant- the feeling was that hand OA is unlikely to require chronic NSAIDS, and back "OA" is too diverse a group. Your idea about the X'ray is interesting. Theres still some discussion about wether we should loosen the criteria to "clinical diagnosis of OA". The criteria I used are modified ACR criteria.

4. Beth felt we should try to get patients at a somewhat stable baseline. Remember all we want to show with efficacy here is that patients on 966 don't get much worse. They should be comparable to NSAIDS. Remeber patients can always be rescreened after a month-Do you all allow rescreening in the phase III OA studies? In the asthma studies if patient didn't meet entry cirterion, they could be rescreened at a different time-but we were explicit in the protocol that they needed to have a different baseline number on the second try,

5.Low Dose Aspirin- I HEAR YOU! This is a no win situation! The relative risk of even low dose aspirin may be as high as 2-4 fold. Yet, the possibility of increased CV events is of great concern- (I just can't wait to be the one to present those results to senior management!). What about the idea of excluding high risk CV patients- ie those that have already had an MI, CABG, or PTCA.? This may decrease the CV event rate so that a difference between the two groups would not be evident. The only problem would be -Would we be able to recruit any patients?

6. I am waiting for GI input on this one.
7.
8. Good idea-we probably can cut it out of the two week visit. Maybe leave it in the 6 week visit since some studies suggest risk of bleeding is increased in the first month of therapy.
9.No data on the MEDCO card-its my untested hypothessis
13. ECG- I think that for sure we would want a baseline ECG on file before patients enter the study- esp given our discussion of aspirin above. Maybe you are correct that we don't need to repeat it at V8- But remember this

Confidential - Subject To Protective Order

MRK-NJ0315892

study is on a nonmarketed drug.

Thanks for taking the time to read the protocol.

---

From: Morrison, Briggs
To: Simon, Thomas; Daniels, Brian F.; Ehrich, Elliot W.; Reicin, Alise S.
Subject: RE: GI OUTCOMES TRIAL PROTOCOL
Date: Tuesday, February 25, 1997 8:23AM

Quick comments - read it late last night

1. Dose of MK0966 and diclofenac are the maximum doses, dose of ibuprefen is a intermediate dose. Why?
2. Are you allowing acetaminophen users as we do in Phase III? (I would)
3. Why limit OA to knee and hip. Would allow any OA that requires therapy. Would also minimize radiograph criteria to "x-ray consistent with OA".
4. Why do you prohibit steroid injection priror to coming into study but allow once in study? Could end up with someone who never had injection before getting one 2 weeks into study and that is OK, whereas someone who had one 1 week before (and may not need another for months) is excluded.
5. Would allow low dose aspirin - I know this has been discussed to death, but real world is everyone is on it, so why exclude AND without COX-1 inhibition you will get more thrombotic events and kill drug.
6. With regrads to H-2, omperazle, etc would allow intermittent users to enter study (as we do in Phase III) and use same algorithm of antacids etc for any need to INCREASE use.
7. Do not specify temperature method (otic, oral both fine)
8. Ideally would limit blood work to that which the investigator feels is necessary to follow pts. If you do want to specify, keep CBCs to a minimum (3, 6, 9, 12 months at most). By doing frequent CBCs you will see decrease in Hct due to fluid retention and this will precipitate a GI work-up and you will end up with "true-true and unrelated" endpoints.
9. MEDCO card clever - is there any data to support the hypothesis that this minimizes OTC use?
10. Certainly can use Likert sacles instead of VAS.
11. A lot of weights and vital signs. Again, might want to leave to investigator discretion what they want to do.
12. Visit 9.0 is a "post therapy" visit not a "poststudy" visit.
13. Why ECG at v8? In fact, why ECG at all?.
bwm

---

From: Reicin, Alise S.
To: Simon, Thomas; Daniels, Brian F.; Ehrich, Elliot W.; Morrison, Briggs
Subject: GI OUTCOMES TRIAL PROTOCOL
Date: Sunday, February 23, 1997 11:59PM
Priority: High

Attached is a preliminary draft of the GIOT protocol. You can see throughout I have written comments and questions. I would really appreciate the groups input.
Please forward this on to Ken-I'm in Boston and he is not on my E-mail list.
Tom-feel free to show is to your group. Have a look at the algorithm in the Appendix. Do you think this looks ok? Should we just not allow some of these meds?

To all-remember there will be 10-12,000 patients- any ideas on how to decrease the amount of data collected is very important.

Thanks in advance.

Alise

P.S. Beth asked me to put together a list of 10-12 potential names for heads of the steering comittee. We want the person to be academic and well connected-ideally this person should play a major role in helping to recruit other investigators. Beth thought we should include epidemeologists similar in caliber to Steve Cummings in this list. Some of you have given me names already. Think about it. I'll be touching base again with you this week- sorry to be a pain. <<File Attachment: GIOPROT1.DOC>>

Confidential - Subject To Protective Order

MRK-NJ0315893