# EXHIBIT 15

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
In Re:  VIOXX                        )      MDL No. 1657
    Products Liability Litigation    )
                                     )      SECTION:  L
This Document Relates to:            )
                                     )      HON. ELDON E.
    STATE OF LOUISIANA, ex rel.      )         FALLON
    JAMES D. CALDWELL,               )
    ATTORNEY GENERAL                 )      MAG. JUDGE
       Plaintiff                     )         KNOWLES
                                     )
    versus                           )
                                     )
    MERCK SHARP & DOHME CORP.        )
                                     )
    Cause No. 05-3700                )
-----------------------------------------------------------
                   HIGHLY CONFIDENTIAL
                   ORAL DEPOSITION OF
                    FRAN KAISER, M.D.
                    JANUARY 29, 2010
-----------------------------------------------------------
```

        ORAL DEPOSITION of FRAN KAISER, M.D., produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and -numbered cause on the 29th day of January, 2010, from 9:38 a.m. to 6:27 p.m., before Therese J. Casterline, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Baker Botts, LLP, 2001 Ross Avenue, Suite 700, in the City of Dallas, County of Dallas, State of Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

```
          1  regimen for ibuprofen?
17:12:07  2       A.   Can you clarify for what kind of patient?
          3       Q.   Okay.  Let's talk about a patient with mild
          4  osteoarthritis.  Did you ever prescribe Vioxx to such a
          5  patient -- excuse me.
          6       A.   Ibuprofen?
          7       Q.   Let me withdraw that.
          8            Did you ever prescribe ibuprofen for a
          9  patient with mild osteoarthritis?
         10       A.   Yes.
         11       Q.   What dose did you generally use?
17:12:29 12       A.   Usually the lowest dose that provided efficacy
         13  and pain relief.
         14       Q.   And that was consistent with the Physicians'
         15  Desk Reference and the package insert and the standard
         16  of care on prescribing, right?
         17       A.   Right.  But some patients did not respond, and
         18  you would have to escalate the dose.
         19       Q.   And that's called dose titration; you could
         20  either go up or down, depending on response, right?
         21       A.   Right.
         22       Q.   What dose --
         23       A.   And depending on the level of pain and how
17:12:58 24  that was perceived by the patient.  Excruciating pain,
         25  you hit it hard, and then you back off.  Mild pain, go
```

1   with a low dose.  If they respond, great.  If they
2   don't, you escalate.
3        Q.   And patients with osteoarthritis often have
4   intermittent pain that doesn't require constant dosing
5   at the same level, right?
6        A.   Correct.
7        Q.   So did you have a standard dose that you would
8   try as your starting dose for a patient with mild
9   arthritis?
17:13:29  10             MR. GOLDMAN:  Objection, calls for
11   speculation, lacks foundation.
12        Q.   I don't want your speculation.  I'm asking
13   you --
14             MR. GOLDMAN:  It just lacks foundation.
15        Q.   I'm asking for your personal experience as a
16   treating physician.  When you've had patients with mild
17   osteoarthritis, what was your starting dose of
18   ibuprofen?
19        A.   Again, it related to how that individual
20   patient perceived their pain, their functionality.  So
21   that's the other piece that had to be weighed in.
22   Usually, 2 to 400 milligrams, three times a day.
17:14:00  23        Q.   So between 6 and 1200 milligrams a day?
24        A.   Right.
25        Q.   Did you ever use the ARA -- or ARC, Rheum- --

```
 1   the American College of Rheumatology, classification
 2   system in deciding how severe your patients' arthritis
 3   was?
 4        A.   I don't think that system was in place back --
 5   until the late '90s/early 2000s, so I couldn't tell you
 6   prior to that.
 7        Q.   Were you still treating patients in 1992?
 8        A.   Yes.
 9        Q.   Did you more use the vernacular mild,
10   moderate, and severe?
11        A.   Yes.
12        Q.   For patients with moderate osteoarthritis, as
13   you understood it, what was your range of starting
14   doses?
15        A.   Generally around -- around 400 for moderate, 4
16   to 800 of -- of Motrin three times a day.
17        Q.   And then if you -- so between 1200 and 2400?
18        A.   Right.
19        Q.   And then back off as soon as you could?
20        A.   Right.
21        Q.   Did you ever treat a patient with mild to
22   moderate arthritis on 2400 milligrams of Vioxx for 12
23   weeks at a time?
24        A.   I'm sorry?
25             MR. GOLDMAN:  Vioxx and --
```