# EXHIBIT 17



OP – Redacted – other product

## HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

MK-0663 - Japan (Cyclooxygenase-2 Inhibitor (second entry)).................................................83
MK-0663 (Cyclooxygenase-2 Inhibitor (second entry))........................................................85
MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)...................................................................121
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team...............................................126
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia) .............................................133
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)......................................148
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Cancer) .......................................................159
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Pediatric program)..........................................162

OP – Redacted – other product

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0016915

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan** (Cyclooxygenase-2 Inhibitor) | **JNDA Submission - 2Q2002** **JNDA Approval - 2Q2004** | | |
| | KEY ISSUES | | (3rd year sales - Yen 22.7 billion, $162.0 million). |
| | | | At the unofficial consultation with the Kikou on 2/17/00, it was commented that 1) inclusion of the OA claim in the JNDA is indispensable, and 2) the superiority to NSAIDs at the doses used in Japan needs to be demonstrated, and 3) the approval process of MK-0966 could be affected if the MK-0663 JNDA is filed before approval of the MK-0966 JNDA. Based on these comments, Banyu made a decision to file the JNDA with the RA, OA and PDP claims by conducting an additional OA study to bridge to the MRL OA study data. **Plans are to bridge to all the MRL data by conducting bridging studies for OA, RA and PDP in addition to a PK study.** |
| | | | A decision was made to conduct a placebo-controlled comparative OA study between MK-0966 and loxoprofen in OA patients who are chronic NSAIDs or acetaminophen users. It is planned to conduct the study in Latin American countries and in Japan. At the unofficial consultation with the Kikou for this approach on 9/19/00, the Kikou was in favor of the approach. It is rumored that the Kikou has recently recommended to Yamanouchi/Searle that comparative studies between celecoxib and loxoprofen be conducted in pts with OA, RA and PDP, since their OA DRF study, which has been unblinded recently, didn't support a bridging strategy. **It is considered that their JNDA will not be filed until 4Q02.** |
| Clinical Research | LPO - Phase IIb DRF OA study (#A211). | A-9/1999 | <u>Endpoints:</u> Final global improvement ratings, Overall safety, visual analogue scale (VAS) evaluation of pain during active exercise. <u>Design/Dose:</u> The study was a 4wk DB fixed-dose (2.5, 12.5, 25 and 50mg) comparative study in a total of 240 (200 evaluable)pts with OA of the knees. FPI A-9/98. LPI A-9/99. The LPO was achieved on 9/29/99 with 282/240 pts. |
| | | | The study was unblinded on 1/17/00. Results from the study are summarized below. 1. Final Global Improvement Ratings (Primary Endpoint) 2.5mg : 56.9%,   12.5mg : 60.9% 25mg : 61.1%,   50mg : 65.2% There was no statistically significant difference between the 2.5mg group and the other dose groups. |
| | | | 2. Overall Safety Ratings 2.5mg : 74.2%,   12.5mg : 68.9% 25mg : 75.4%,   50mg : 51.4% The 50mg group was statistically significantly worse than the other dose groups. |
| | | | 3. Usefulness Ratings 2.5mg : 43.7%,   12.5mg : 45.9% 25mg : 50.8%,   50mg : 40.0% There was no statistically significant difference among the four groups, although the rating was worst in the 50mg group (reflecting the above overall safety ratings). |
| | | | It was felt that the current bridging strategy cannot be supported with data from the study. A decision was made to conduct an additional OA study with the use of a protocol similar to that for the MRL study (#009), and to file the JNDA with the RA, OA and PDP claims. |

Confidential - Subject To Protective Order

MRK-ABP0017035

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

Phase IIb-III

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002** **JNDA Approval - 2Q2004** | | |
| Clinical Research | Unblind - Phase IIb DRF PDP (Post-operative Dental Pain) study (#A213). | A-3/2000 | **Primary endpoint:** TOPAR8. **Secondary endpoint:** Final global improvement ratings, Overall safety and Time until appearance of effect after administration until relapse of pain. The chief investigator agreed to Banyu's proposal to run the study without conducting a Phase IIa pilot study. The study was designed for bridging to use data from the MRL studies (Protocol 027) in the JNDA. Plans are to run a DB pbo controlled SD study in 310pts (280 evaluable) at a dose of Pbo,25, 50 and 100mg. The objective of the study is to determine the clinical dose range in pts with moderate to severe pain following surgical extraction of the third Molar. An investigators' kick-off meeting was held on 6/1/99. 14/14 sites accepted IRB applications. FPI A-7/99. Pt entry in the study was cut off with 432/310pts on 12/15/99, and the LPO was achieved on 12/22/99. The study was unblinded on 3/30/00, and demonstrated that there was a dose-related increase of the scores in the primary endpoints (LSMEAN and TOPAR8). All of the MK-0966 groups were shown to be better than in the placebo group with a statistically significant difference in terms of the efficacy. There was no difference between the MK-0966 groups and the pbo group in terms of the safety. Data were comparable to data from the MRL studies. It was considered that the predefined bridging criteria was supported with data from the study. It was planned to have an official consultation with the Kikou on 8/4/00 to confirm the rationale for the dose and bridging criteria in PDP. However, the meeting was postponed, because an additional analysis of data was being made by MRL, and also further discussions on the dose selection and the strategy for running a comparative study with loxoprofen were considered necessary prior to a consultation meeting. At the 7/14/00 Task Force meeting, it was concluded that a 25mg dose should be selected as an optimal dose, and that no further studies will be conducted for the filing. Upon determining the dose for RA and OA, an official consultation will be made. |
| Clinical Research | Unblind - Phase IIb DRF RA study (#A212). | A-3/2001 | **Endpoints:** Global improvement, defined as greater than 20% improvement in at least three of the following four efficacy endpoints : the number of tender joints, the pt assessment of disease activity (VAS), the pt assessment of pain (VAS) and the investigators assessment of disease activity (VAS). **Design/Dose:** The study was a 4wk DB fixed-dose comparative study among pbo, 12.5, 25 and 50mg in a total of 320 (80 per dose) evaluable pts with RA at 60 sites. 340pts will be enrolled to have 320 evaluable CRFs. Plans are not to include data from the study in the original JNDA, and to file the RA claim at a later date. The study was designed for bridging to MRL Protocol 068 as main data for the JNDA. A protocol of the study was reviewed by the Kikou on 3/12/99. Some comments on the entry criteria, the treatment period, the endpoints and others were given. It was recommended that the bridging hypothesis be pre-defined in the protocol. In order to ensure that the study can be a bridge to the MRL study, an attempt was made to minimize difference between the two protocols, i.e., disease activities at the start of the treatment period. Those pts pretreated with NSAIDs are only enrolled. All of them are being subjected to 7-d of washout period. **Status:** FPI A-8/99. 366/340pts were enrolled. **The LPO was achieved on 1/9/2001. It is planned to unblind the study on 3/30/2001. The modified data analysis plan includes O'Brien analysis as a primary analysis and subset analyses excluding non-responders to NSAIDs.** |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017036

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan** <br> **(Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002** <br> **JNDA Approval - 2Q2004** | | |
| Clinical Research | LPI - Repeat OA study (#A221). | 5/2001 | **Primary Efficacy Endpoints:** Pts assessment of responses to therapy (0 to 4 Likert). <br> **Secondary Endpoints:** Pts assessment of pain walking (VAS), and Investigator's assessment of disease status. <br> **Dose:** Pbo, 2.5, 12.5 and 25mg. <br> **Design:** The study is a 4-wk pbo controlled double-blind study in 300 evaluable (4x75/group) pts. The doses are 2.5, 12.5 and 25mg. A proposed protocol for the study was officially consulted with the Kikou on 4/28/00. The key issues raised were 1) a dose selection, 2) the duration of treatment, 3) the primary endpoint and 4) the bridging criteria. <br><br> 1) The Kikou recommended that another dose group be included between pbo and 12.5mg so that a clearer dose-response relationship can be demonstrated. <br> 2) The Kikou accepted the treatment period of 4wks in the study. <br> 3) The Kikou accepted the primary endpoint of Pts' assessment of responses to therapy. <br> 4) The Kikou suggested that the Key secondary endpoints of Pts' assessment of walking pain (VAS) and Investigator's assessment of disease status. <br><br> In addition, the Kikou stated that acceptance of foreign clinical data did not necessarily mean that a long-term study in Japan is unnecessary, and that linear PK should be demonstrated with clinical doses. Banyu decided to run a long-term study and PK study. The study design is under discussion. <br><br> **Status:** A CTN was submitted on 6/9/00. A total of 340pts will be enrolled. The FPI was achieved in 8/00. **37/38 IRBs have accepted the protocol. 205/340pts have been enrolled. Enrollment by the SMOs has not been as successful as Banyu expected.** Measures to improve the enrollment rate have been discussed with the SMOs. LPO 6/2001. |
| Clinical Research | FPI - Long-term study - RA (#A601). | 5/2001 | **Endpoint:** Investigators/pts Assessment Disease Activity (VAS), adverse experiences, ECG, Investigators Assessment Overall Safety, Pain (VAS), MHAQ, MS, Investigators/pts Assessment Response to Therapy. <br> **Design/Dose:** The objective of the study is to determine the safety of MK-0966 in the long-term treatment in pts with RA. Plans are to run a 52-wk open study in 150pts with RA. The dose will be determined on the basis of results from the ongoing Phase IIb DRF study (#A212), i.e., 12.5 or 25mg, since the clinical dose for RA should be determined earlier than that for OA. Six-mo interim data (T-1Q2002) will be included in the JNDA followed by 12-mo data at a later date. LPO 3Q2002. <br> **Status:** Initiation of the study remains targeted for 5/2001. |

Confidential - Subject To Protective Order

MRK-ABP0017037

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan** (Cyclooxygenase-2 Inhibitor) | **JNDA Submission - 2Q2002** **JNDA Approval - 2Q2004** | | |
| Clinical Research | FPI - International loxoprofen comparative study - OA (#A508). | 6/2001 | **Primary Efficacy Endpoints :** Pt assessment of response to therapy (0 to 4 Likert), Pain walking on a flat surface (100mm VAS), Investigators' assessment of disease status (0 to 4 Likert) **Design/Dose :** It is planned to run a 6wk four-arm double-blind study in a total of 700 (evaluable) pts (MK-0966: 2 x 210/group plus pbo : 70) with OA of the knee. The doses for MK-0966 are 12.5 and 25mg qd and for loxoprofen is 60mg tid. A flare period will be instituted prior to start of the study treatment. Those pts who are taking only NSAIDs will be enrolled. The primary objective of the study is to demonstrate non-inferiority in efficacy between MK-0966 and loxoprofen, with the secondary objectives of showing the superiority in efficacy vs. placebo and of exploring the safety profiles (clinical GI AEs and ALT/AST) in comparison with loxoprofen. **Status :** It is planned to run the study in Brazil, Peru and Japan. An unofficial consultation with the Kikou was made on 9/19/00 in order to determine the strategy. The Kikou was in favor of the strategy. It was recommended that an analysis by race be done, because they had a concern on the possibility of a difference being shown between Japanese pts and those of other ethnic backgrounds.    In order to finalize the protocol, an official consultation with the Kikou was made on 2/1/2001. The Kikou commented generally positive, i.e., 1) the current plan to initiate the comparative study before determining the optimal dose should be rationalized from an ethical point of view, 2) non-inferiority should be demonstrated in each of the 3 primary endpoints, if the endpoints correlate with each other and the study dose is set appropriately, 3) it may be a good way to select one endpoint or to make a global endpoint combining the 3 primary endpoints. Banyu agreed to proceed with the protocol as currently planned, in which all 3 endpoints must fall within the pre-specified 90% CI ranges.    A draft protocol of the study was submitted to Sankyo for review, and a request was made to provide the loxoprofen clinical supplies. On 11/14/00, Sankyo gave 48 questions and comments, to which responses were sent by Banyu on 11/29/00. Sankyo, subsequently, gave Banyu further 35 questions/comments on 12/19/00. It is unlikely that they will provide the supplies in time. In parallel, a negotiation was made with several generic manufacturers to determine whether they can provide clinical supplies of generic loxoprofen and matched placebo for the study. It has recently been confirmed that Taiyo Yakuhin will manufacture the generic loxoprofen and matched placebo supplies for Banyu. Banyu PR&D is helping Taiyo manufacture taste-matching pbo tablets, and will prepare pbo supplies for MK-0966 12.5mg, and also will package all the clinical supplies. MRL PR&D will prepare the active drug supplies for 12.5 and 25mg and pbo supplies for 25mg and acetaminophen 325mg (for rescue medication). **Manufacturing of the labels has been completed. It is planned to complete packaging of clinical supplies in 4/2001 so that they can be shipped to clinical sites (via MRL) in 5/2001. An investigators' meeting is scheduled for 5/2001 in Brazil to kick off the study. LPO 1Q2002.** |
| Clinical Research | PK study (#A601). | 6/2001 | Because the 12.5mg dose will be used in the clinical program, it is required to determine the PK profile with 12.5mg. It is under consideration to determine the *ex vivo* COX-2 selectivity vs. loxoprofen as part of the study. **Endpoint: PK.** **Design/Dose :** An open SD study in healthy subjects at the doses of 12.5, 25 and 50mg. **Status:** The protocol was reviewed at the J-DRC meeting in 2/2001. |

Confidential - Subject To Protective Order

MRK-ABP0017038

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
**Phase IIb-III**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002 JNDA Approval - 2Q2004** | | |
| Clinical Research | LPO - DB FAP study (#B501). | 8/2001 | **Endpoints:** Rectal polyp size and number (endoscopy). Clinical and laboratory safety evaluation. The study is a pbo controlled study in 20pts with familial adenomatous polyposis (FAP, 5 or more rectal polyps) in 2 sites. Patients will be evaluated by endoscopy after 9mos of treatment with MK-0966 25mg. Contracts with the 2 sites completed. FPI A-10/98. LPI A-9/2000. **22/20pts enrolled. Twelve pts completed the study. Two and one pts are under treatment for 3-6mos and 6-9mos, respectively. 7pts have dropped out of the study.** Due to the SAE of acute hepatitis and acute pancreatitis in the study #A211, a decision was made to amend the protocol to add laboratoy tests at the 2mo and 4mo of treatment. |
| Clinical Research | FPI - Pilot endoscopy study with diclofenac (#A511). | Cancelled | **Endpoints:** Gastroduodenal erosion or ulcer (>LANZA score 2)

It is currently planned to conduct a 2-wk, single-blind, pbo-controlled study in 40 healthy volunteers (25-45 years), which will be conducted prior to initiation of the definitive study vs. diclofenac. The objective of the study is to collect endoscopic data on the low dose of diclofenac (75mg/day). An MK-0966 treatment group will not be included. Endoscopic examinations will be made at baseline, 1st-wk and 2nd-wk. The scoring system used in the MRL protocol #009 will be employed. Depending upon results of the study, the need and plans for an endoscopy study comparing between MK-0966 and diclofenac were planned to be discussed.

A visit was paid to Novartis on 6/6 to notify them of initiation of the study. Novartis refused Banyu's proposal to run the study, because they believed that the study is unethical as a pharmaceutical company, and that the study is not a proper clinical study which a pharmaceutical company can conduct.

MRL recommended at the DRC meeting (6/16/00) that a study be done by MRL in Japanese subjects who live in the US. At the unofficial consultation meeting on 6/29/00, the Kikou commented that 1) the study should be done in Japan, 2) a control drug should not be diclofenac, but loxoprofen, which is most frequently used in Japan, and has the best GI safety profile among NSAIDs, 3) the usefulness of data from a diclofenac comparative study is questionable, 4) a comparative study with loxoprofen should be conducted in patients with RA. The Kikou considers that COX-2 inhibitors should be used for the treatment of chronic diseases.

At the 7/14/00 Task Force meeting, it was decided not to run a comparative endoscopy study with loxoprofen. The Kikou commented on 9/19/00 that data from such a study would not be useful. Instead, a maximum use of data from the MRL endoscopy studies will be made in the JNDA. |

Confidential - Subject To Protective Order

MRK-ABP0017039

**CRRC CRITICAL ACTIVITIES**

<u>HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY</u>
<u>Phase V</u>

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

<u>VIOXX (MK-0966</u>
<u>Cyclooygenase-2</u>
<u>Inhibitor) - Project</u>
<u>Team</u>

KEY ISSUES

**Alzheimer's Disease:** In light of the negative results from PN 091, a No Go decision to continue treatment of Alzheimer's Disease was made at 20 March 01 HHPAC.

<u>VIGOR:</u> The Advisory Committee Meeting for VIGOR was held on 08-February-01. Overall, the outcome of the meeting was positive and was presented at 09-February-01 CRRC meeting. The Advisory Committee agreed that results of the GI outcome study should be included in the labeling, as well as the data on cardiovascular events. It is likely that a sentence stating that "VIOXX is not a replacement for aspirin" will be added to the cardiovascular section, and MRL is negotiating where this statement will appear in the label in order to avoid it to carry the weight of a warning. As a result of discussions during the Advisory Committee Meeting, an amended labeling proposal was sent to FDA on 02 March 01. Whether the OA data from Protocol 069 will be included in the labeling has not yet been decided. The Team requested a face-to-face meeting with FDA on 11 April to negotiate inclusion of these data and review the label. Regulatory Liaison does not anticipate that the label will be finalized before the 28 April 01 PDUFA date, and HHPAC agreed at 15 February meeting that obtaining an optimum labeling should take precedence over timing. Furthermore, in order to pursue the review of the VIGOR file, FDA formally requested on 28 February the complete study report (CSR) from the ADVANTAGE trial. The CSR for ADVANTAGE was submitted to FDA on 30-March. FDA also requested Item 11 and Item 12 for this study. MRL proposed to submit Item 12 and Item 11 by 30 April and 16 April, respectively. Over 5500 patients were enrolled in this study and completing the report for this study in such a tight timeframe required a massive effort from the Team. It is worth noting that Celebrex label must be finalized by 15 April 01. However, it is not clear what label changes FDA will approve for Celebrex.

<u>Juvenile Rheumatoid Arthritis:</u> At the 17 Jan 01 teleconference, FDA estimated that the written request for the rheumatoid arthritis pediatric studies will be issued toward the end of April. The prompt for the written request was sent to the Agency on 31 Aug 01; thus, FDA written request should have been provided to MRL by 31 Dec 00. Because of its delay in replying to the Team, FDA noted its willingness to work with MRL to define a date for submission of the pediatric studies. The implications of the delay in receiving the written request were discussed at 25 Jan CRRC. The risks/benefits of extending the enrollment period of the Juvenile Rheumatoid Arthritis (JRA) study were reviewed at 09 February CRRC. Extending the enrollment period will result in the inability to file the JRA application by the sunset date of 01-Oct-01. Legal's position was that the prudent course of action is to extend the enrollment period and to leave the study open until the written request is received. FDA has agreed to extend the due date beyond the sunset date since it has missed its deadline. However, at a teleconference on 01 March 01, FDA stated that they could not issue a written request for the Juvenile Rheumatoid Arthritis (JRA) studies because MRL does not currently have an approved adult indication for Rheumatoid Arthritis (RA) and, if the studies were not to be bridged to RA, then the proposed studies were insufficient for an indication. The sNDA for adult RA was filed with FDA on 01 March 01; a 10-month review is anticipated, and therefore approval is expected for 01 January 02. According to FDA, the receipt of a written request by 31 December 01 is sufficient to guarantee the opportunity to file for pediatric exclusivity at a later date. Therefore, FDA understands the need to provide MRL with a written request by 31 December 01. One potential strategy is to propose inclusion of the data from the 52-week extension in the filing. Regulatory Affairs is actively pursuing further discussion with the Agency.

(continued)

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017040

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 04/10/2001
Phase V                                                                                                              Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor) - Project**
**Team**

KEY ISSUES

(Continued)

**Defining comparability vs superiority of VIOXX vs comparators:**
The Commercialization Team highlighted the importance of defining parameters to establish comparability and superiority of VIOXX to comparators. This issue arose because the Team noted that there was some inconsistency in the way results were reported in the manuscripts for the CDSP Naproxen comparator OA study (Prot. 901) and the CDP Celecoxib OA study (Prot. 116 C1). Indeed, in the CDSP Naproxen comparator OA study, the comparability bounds used were the ones defined in previous OA studies, i.e., +/- 0.5 for the Likert scale and +/- 10 mm for the VAS scale. Because the 95% CIs for the treatment difference were within the predefined comparability boundaries for three of the primary endpoints, the authors concluded that VIOXX (12.5 mg QD) had similar efficacy to Naproxen (500 mg BID). Conversely, in the Celecoxib vs. Rofecoxib OA study, the authors concluded that VIOXX was more efficacious than Rofecoxib based on statistical significance and not on whether the 95% CIs for the treatment difference were within the predefined comparability bounds. In addition, marketing is eagerly waiting for these results for promotion. Hence, it is urgent to establish standard criteria to determine comparability or superiority of VIOXX vs comparators.

**Analyses of potential cardioprotective effect of naproxen:** The pros and cons of conducting additional analyses on the potential cardioprotective effect of Naproxen and other non-aspirin NSAIDs using the RAMQ database (a Quebec hospital discharge summary database and drugs and physicians' claims database) were discussed by the Commercialization Team.  It was agreed that the risks and benefits of conducting or not conducting this study as well as preliminary results obtained with this database will be presented to CRRC on 5 March 01.

**Rapidisc program:**  Whether or not to pursue the development of the Rapidisc formulation was discussed at 15-Feb-01 HHPAC. It was decided that the $2 million milestone payment to RP Scherer will be made, but that further assessment of the program by the CT was necessary because it is likely that a clinical development program to evaluate the safety of the formulation will be required and that additional capital expenditures may be needed to support the development of the product. In addition, input from FDA is required to determine if the formulation could even be registered since the Cmax of the 12.5, 25, and 50 mg doses is significantly higher than the Cmax of the corresponding conventional tablet doses.  **Additional clinical studies to support the Rapidisc program were reviewed at 20 March HHPAC.  A multiple dose PK study with the 12.5 and 25 mg Rapidisc vs conventional tablets will be initiated in Jun 01 with data available in Sept 01.  A meeting with FDA to discuss the results of this study and to review the clinical development strategy will be scheduled in 4Q01.  The clinical program that will be proposed to FDA consists of a short term ambulatory blood pressure monitoring study and of an acute analgesia study with the 50 mg dose.  However, FDA may also request a 6-month chronic safety study with the 25 mg.**

Prepared: 4/3/01

Confidential - Subject To Protective Order                                                        MRK-ABP0017041

**CRRC CRITICAL ACTIVITIES**
HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966
Cyclooxygenase-2
Inhibitor) - Project
Team**

**KEY ISSUES**

**SUMMARY OF SUBMISSIONS:**

- *Label Changes with Methotrexate, Theophylline, and Hepatic Insufficiency:*
  US: C-10-Jul-00
  Int'l: Methotrexate EU Type II variation C-Feb-01 (Jul-00)
  Theophylline EU Type II variation C-Jan-01 (Jul-00)
  Hepatic Insufficiency EU Type II variation T-Apr-01 (Jul-00)

- *VIGOR:*
  US: C-6/29/00
  **ADVANTAGE CSR: C-30-Mar-01**
  **ADVANTAGE Item 11: T-16-Apr-01**
  **ADVANTAGE Item 12: T-30-Apr-01**
  Int'l: Canada sNDS C-17-Aug-00
  EU Type II variation—CV: C-Nov-00 (Oct-00)
  EU Type II variation—GI: C-Jan-01 (Oct-00)
  ROW: C-Dec-00

- *VIOXX 25 and 50 mg New Image:*
  US: C-11-Sept-00; Approved C-17-Jan-01
  Int'l: sIMA C- 28-Aug-00

- *VIOXX 25 mg scored tablets for Netherlands:*
  T-1Q02 (1Q01)

- *Onset of Action Label Change:*
  US: **T-3/4Q01** (4Q00)

- *Chronic Pain–Low Back Pain (4-week studies):*
  US: sNDA was not filed.
  Int'l: T-3/4Q01(Jan-01) (after CEOXX approval)

- *Rheumatoid Arthritis:*
  **US: C-01-Mar-01**
  **Int'l: T-Apr-01**

- *SUR for RA:*
  US: T-28-Jun-01

- *JRA (Pediatric Exclusivity):*
  **sNDA: TBD**
  **sIMA: TBD**

- *VIOXX RP Scherer:*
  sWMA for 12.5 & 25 mg: **T-2/4Q03** (2Q02)
  sWMA for 50 mg: T-2Q03 (1Q03)

- *Alzheimer's Disease:*
  **Treatment sWMA: T-3Q02. Will not be filed because results were negative**
  Prevention sWMA: T-4Q03

- *Colon Cancer:*
  sWMA: T- 2Q05 (4Q04)

| MRL Laboratory Objectives | Go/No Go decision for treatment of Alzheimer's disease. | A-3/20/2001 | NB: This is a Bonus Point Objective. The results of PN 091 showed that there was no difference between placebo and VIOXX in the treatment of Alzheimer's disease. A No Go decision was made at 20 March 01 HHPAC meeting. |
| MRL Laboratory Objectives | Release sNDA/sWMA for Rheumatoid Arthritis indication. | A-3/2001 | The sNDA was completed on 28-Feb-01 and delivered to the FDA on 01-March-01. The sIMA will be released in April-01. |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017042

**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| MRL Laboratory Objectives | Obtain approval of VIGOR sNDA in the US. | **2Q2001** | The VIGOR Advisory Committee meeting was held on 8-Feb-01.  The outcome was overall positive, and futher label negotiations are ongoing.  The PDUFA date is 28 April 01. |
| MRL Laboratory Objectives | Complete enrollment in endoscopy trial for concomitant low dose aspirin. | 3Q2001 | FPI in the US: C-Dec-00.  FPI ex-US: C-11-Jan-01.  LPO: Sept-01. |
| MRL Laboratory Objectives | Complete enrollment in the Colon polyps study. | 4Q2001 | FPI in the US: C-Dec-99; FPI Int'l: C-May-00. |
| MRL Laboratory Objectives | Complete JRA efficacy trial (2Q) and release pediatric sWMA (4Q). | 4Q2001 | Because the written request has not been received, the enrollment period for the study has been extended thus far by one month.  **This objective will not be met since the written request will not be received before the end of December 01.  The filing date is TBD.** |
| Project Team | File sWMA for a rapidly dissolving formulation. | 2Q2003 | On 10/12/99 the DPC chartered a RPD DDST and the team held their kick-off meeting on 10/21/99.  Clinical supplies for the 12.5 mg and 25-mg Rapidisc formulation were available for initiation of a probe PK Clinical study on March 6, 2000.  The study was completed 4/10/00.  The results of the pharmacokinetic studies indicate that Cmax and Tmax for the 12.5 mg and the 25 mg rapidly dissolving formulation are different from the Cmax and the Tmax of the respective 12.5 and 25mg tablets.  **A multiple dose bioequivalence PK study to support chronic pain (Zydis 12.5 mg & 25 mg) will be initiated in June 01 (1Q01).  Results will be available in Sept 01 (2-3Q01).**  An acute efficacy study, probably a dental pain study, will be required for acute pain for the 50 mg Rapidisc.  The initiation of this study is targeted for 2Q02.  The filing for the 50 mg Zydis is delayed to March or April 2003.  Discussion on whether or not to further develop the RPD Scherer formulation was evaluated in light of the problems that the Maxalt franchise experienced with Scherer.  Results from Marketing indicated that patients and physicians were very interested in a rapidly dissolving formulation.  However, because the Cmax for the Zydis formulation is increased by about 40% during the first 5 to 6 hours, patient exposure to the 25 mg Zydis is increased to levels close to the 50-mg conventional tablet.  Therefore, the safety of RPD has to be established in a clinical program.  The proposed clinical strategy to evaluate the safety of RPD is to conduct a PK study at steady-state for 12.5 and 25 mg Zydis and a short-term (14 day) study to monitor blood pressure.  Based on the results of these studies a Go/No Go decision will be made in 2Q02.  If the results are positive, two additional studies will be initiated: a 6-month chronic safety study and an acute analgesia study.  Because of the need for these additional studies, the filing of the 12.5 and 25 mg Zydis doses will be delayed by about a year, to 2Q03.  On 15-Feb-01, HHPAC agreed to the $2M milestone payment to RP Scherer and requested that the Team present at the 20 March HHPAC meeting the regulatory and clinical perspectives as well as a new NPV that will take into account the clinical program and the delay in the filing.  **HHPAC agreed at the 20-March-01 meeting that the RPD program should continue.** |

Confidential - Subject To Protective Order

MRK-ABP0017043

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 04/10/2001
Phase V                                                                                                                                  Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| Project Team | Initiate an IM irritation safety assessment study with the IM Nanosystems new formulation. | 4Q2001 | An IV formulation is not feasible in the Nanosystems. Further experiments were conducted to determine the feasibility of an IM Nanosystems formulation. The feasibility studies were successfully completed by the end of Dec-00. The technology needs now to be transferred from Merck Frosst to West Point in order to develop sterile supplies. A meeting with Elan/Nanosystems to discuss technology transfer issues was held 16-Jan-01 and another meeting in Feb-01. Because of the complexity involved in developing an IM formulation (developing reproducible particles size, finding the adequate sterilization technique, and refining the logistic of manufacturing the supplies), a product suitable for an irritation safety study will not be available before 4Q01. |
| Project Team | Initiate a PK study with the Rapid Absorption Nanosystems Tablets. | 2Q2001 | Animal studies are currently being conducted with nanosystems as an alternative formulation for rapid onset of action. Preliminary results in rats showed that the nanoparticle colloidal suspension was absorbed more rapidly than other particulate suspensions. Nanosystems tablets were made and their absorption was compared with the absorption of original tablets. The results, presented to the CT on 5-Dec-00, indicate that the absorption of the Nanosystems tablets retain the rapid absorption characteristic of the suspension when tested in dogs. A formulation could be available end of April 01 to start PK studies in humans. Further planning/timelines will be discussed at future CT meetings. |
| Project Team | Release EU Type II Variations for label changes based on Methotrexate, Theophylline, and Hepatic insufficiency. | 4/2001 | The international submission of these label changes will be as three separate Type II variations (was originally supposed to be two): methotrexate, theophylline, and hepatic insufficiency. The release of the Theophylline variation occurred in Jan-01 and of the Methotrexate in Feb-01 (Nov-00). **The Hepatic Insufficiency release is targeted for April 01.** |

Confidential - Subject To Protective Order                                                            MRK-ABP0017044

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| Project Team | Publication Status. | Ongoing | The Team, in conjuction with the MK-0663 Team, has developed an integrated plan for abstract submissions/support in 2001. **Status of Priority Publications:** CDP: **Pilot acetaminophen and Celebrex study (106)** manuscript was submitted to *JAMA Express* on C-08-Dec-00 and rejected for express review. The Team decided to proceed with the standard manuscript review at *JAMA*, and a response is expected in April 2001. **Celebrex comparison study (116)** is still in CDP review. Key issues about how to relate the statistical significance of the VIOXX vs. Celebrex comparison study results to our previous position on clinical significance is a major issue that is being addressed at the WBST level prior to submission of this manuscript. OA: - **Brater Renal Safety Review Article** - was submitted to *American Journal of Nephrology* C-9/30/00 and the manuscript **was published in March 2001.** - 069 CV Safety Manuscript - is targeted to be submitted to MRL clearance in April 2001 with a tentative target journal of *American Journal of Cardiology.* - CV Meta-analysis manuscript - is targeted to submitted to MRL clearance at the end of April 2001 with tentative target journal for *Circulation.* - **Renal Safety in Phase III OA Studies (edema/hypertension)** - Plans for this secondary article are in the planing stages including target journals. - **Elderly OA Study (058)** was submitted to *Aging: Clinical and Experimental Research* on C-9/28/00 **and accepted for publication in 3Q01.** GI Safety: - GI Meds and Procedures (069) was **rejected by Archives of Internal Med** (submitted on May 15, 2000). Authors resubmitted to MedGenMed, an electronic journal, in 4Q00. - Risk factor of endoscopic ulcers (044/045) was rejected by *Lancet* and *Annals of Internal Medicine* and has been resubmitted to the ***Alimentary Pharmacology & Therapeutics* (10/00) and accepted in Feb-2001.** Clin. Pharm. Drug Metabolism: - Sodium Excretion in the Eldery (905-Schwartz) - The blood pressure data was submitted as an abstract to the *American Society of Hypertension.* A contract writter has been hired to rapidly prepare a manuscript. PreClinical: - Synthesis, Characterization and Activity of Metabolites derived from the Cyclooxygenase-2 Inhibitor Rofecoxib (MK-966, VIOXX) was submitted to ***Bioorg. Med. Chem Letters*** 7/00, published in Feb **2001.** |

Confidential - Subject To Protective Order

MRK-ABP0017045

**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor) - Project**
**Team**

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| Human Health PAC | Chronic Low Back Pain Filing Strategy. | A-12/2000 | Because, at 30-Nov-00 meeting, the FDA stated that 4-week duration studies were not sufficient to obtain a chronic pain indication, but that 12-week placebo-controlled studies were necessary, the question of whether or not to proceed with the filing was elevated to HHPAC. It was agreed at the meeting that filing as planned on 22-Dec-00 was not a viable alternative because it is likely that it would result in a "refusal to file." The two other options that were suggested were 1) to file with the RA sNDA, 2) to file under the acute pain indication. HHPAC favored the option of filing with the RA sNDA. This option would allow the citation of the 12-week placebo-controlled RA data in addition to the 4-week chronic low back pain data and the 6-and 52-week OA data. However, the issue with this option is that the RA data may not be acceptable by FDA because of the inflammatory nature of RA that can confound the results. The option of filing under the acute pain indication will be a fallback alternative.<br>RA-D will follow up with FDA to assess the feasibility of filing at the same time as RA and to determine how amenable the Agency is to this strategy. Further filing strategies will be developed once the feedback from FDA is available.<br>A memo was sent to HHPAC on 24 Jan 01 with the Commercialization Team's recommendation not to file the Low Back Pain sNDA, but to publish the results of the two Low Back Pain Studies. HHPAC approved the strategy. |
| Human Health PAC | Stage IV Review. | A-3/20/2001 | Key issues for the Stage IV review were launch, sales, and competition update; an update on the Phase V program, an update on the CDP/CDSP program, and an update on the technology transfer plan, resources and financial analysis. **A HHPAC Stage IV review of the VIOXX program occurred on 20-Mar-01. HHPAC approved the strategy and plans for new clinical studies as well as the study re-prioritization of new and ongoing 2001 clinical studies. It approved the clinical strategy proposed to support further development of the Rapisdisc formulation and the clinical and regulatory strategy for the Juvenile Rheumatoid Arthritis sNDA.** |

Confidential - Subject To Protective Order

MRK-ABP0017046

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Project Team | File sNDA for 50mg tablet. | A-7/1999 | CMC supplements will be required in multiple versions (US, Canadian, Latin America (for Mexico source) and ROW). The CMC data and one CSR- prot 087 bioequivalence of 1x50mg and 2x25mg were available by 6/30/99 and US submission A-7/15/99.  US approval was received 2/25/00 (11/99).  A sNDA for the new image tablet (25 and 50 mg) was submitted to the FDA on 8-Sept-00. The Canadian submission (sNDS) was complete A-12/17/99 and was approved on 31-Jan-01. A Latin America submission (sIMA) is targeted for 7/00 and will be for the new image tablet. The EU submission was 8/1/00 (4/00) as part of the Analgesia brand (CEOXX) filing. This filing was done with the current image 50mg tablet and the new image tablet will be supplemented in the filing during the UK review. Only the new image will be marketed once approved.  ROW submissions (sIMA) were C-8/28/00 and were for the new image tablet. The 50 mg new image tablet was approved in Mexico in Oct-00,  in Switzerland and Argentina in Nov-00, **in Brazil in Feb-01**. |
| Project Team | File sNDA/Type II variation for alternate tablet shape. | A-9/2000 | WHHM requested a modified tablet shape to minimize the potential for halving of the 25mg tablet by patients and physicians. Assumptions are that the formulation composition remains the same, in vitro dissolution profile is comparable to current 25mg tablet and 3mo accelerated and room temp stability is required in the filing. The DDST's original evaluation of  this request concluded that development work, stability data and CMC documentation could be completed for submission to the agency by 3Q99 and this proposal (and associated resource requirements) was accepted by the HHPAC on 7/31/98. PR&D generated a set of sample tablets with the current bi-convex round shapes using various compression forces. Within the acceptable compression force range for typical MMD equipment, none of the sample tablets were found to be more difficult to break than the existing tablet. Since an acceptable shape was not identified in 1998, the DDST reevaluated the timelines for alternate tablet shape development and proposed to select an alternate shape for the 25mg tablet by 4Q99. (The Project Team objective of filing an sWMA in 3Q99 was appropriately revised to reflect this change). PR&D provided tablets of several images (~100 tablets of each image) to WHHM for qualitative and/or quantitative market research to identify which image best meets the market needs. Marketing approved an image for the initiate stablity studies.  At the 6/25/99 HHPAC the HHPAC also requested that PR&D work on a modified tablet shape for the 50mg tablet and PR&D and marketing agreed on an image in 9/99. The new image tablets will be harder and more spherical (taller with a smaller diameter). The US filing is an sNDA and was submitted A-9/11/00, and the international filing was a Type I variation A-8/28/00 (25mg tablet image for Europe/MEA/Asia Pacific).  The EU Type I variation clock for the 25 mg new image started on 27 September 00.  The EU Type I variation for the 25 mg new image was approved 26-Oct-00.  Switzerland has approved the 25 and 50 mg new image tablets.  The new images of the 25 and 50 mg tablets were approved in the US on 10Jan 01. The new image tablets will be launched in the US in October 2001 after depletion of the current image tablets. |

Confidential - Subject To Protective Order

MRK-ABP0017047

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Project Team | Support MRP for EU Analgesia Brand (CEOXX). | 3Q2001 | In 12/99, marketing expressed interest in submitting the analgesia application to the EU. Marketing and Regulatory affairs agreed to a strategy for this submission. A new tradename, CEOXX, was identified for this brand to be marketed in the EU. The CEOXX application was submitted with the current image 50mg tablet C-8/1/00. The plan is to switch to the new image tablets during the review (timing TBD). One clone will also be filed for the new brand. Regulatory Affairs Int'l and Marketing agreed to submit this application 1/00 as a type II variation to the original application and without the 50mg tablet (expect 6 months for approval). The team quickly prepared the Expert Report and the entire package was finalized by 1/19/00 and ready to go to the UK. On 1/19/00, marketing requested that the application not be filed in the UK. The plan agreed to is to file a new analgesia brand under a separate tradename in the EU (CEOXX). This strategy will require an sIMA and a mutual recognition procedure. The 50mg tablet will be included with this submission. A new tablet image will be available for this new brand (new embossing, no change to shape, color or size). The CMC section was delivered to regulatory operations on 5/19/00. The clinical expert report was updated by RA-I and RA-E. At the WPCRC review of the label in 6/00, marketing had requested that the oral suspension be included in this submission. Following that meeting RA-I and WHHM confirmed that the oral suspension will not be part of this submission.The submission to the MCA was 8/1/00(4/00). MCA's questions on the proposed SPC were received late November. The assessor requested a justification for the absence of a stated maximum duration of dosing (50mg). The current text states that "CEOXX should be used for the acute symptomatic period only." The lack of specific dosing information for elderly was also questioned. MRL reponses were submitted 11-Jan-01. The UK CSM will be reviewing the application (timing TBD). Approval in UK is expected to occur in April/May 01. **A type I variation to include the new image tablets will not need to be submitted since the supplemental CMC on the new image tablets has been accepted.** Initiation of Mutual recognition procedure is targeted for late 3Q01. |
| Project Team | File 25mg scored tablet for Netherlands. | 4Q2001 | MMD had originally planned to be ready for a submission T-8/00; however, based on results coming out of Australia for the engineering batch this will be delayed until end 2000. The team will need to evaluate a modified score design. This tablet is only being prepared as a backup plan for the Netherlands. This sIMA would require a MRP. Packaging and shipping are being tested for this image. If the results of these tests are acceptable, the sIMA could be submitted in January 2001. If they fail, then the submission would be delayed. The original candidate image (deep score, "knife-edge") will most likely be abandoned, but work on identifying a suitable image continues. Consequently, the submission has been delayed. PR&D has initiated work in developing a new image, most likely a capsule. Assuming a beginning of Jan 01 start, filing with the RMS could occur late 4Q01 and approval be 4Q02. |
| Project Team | Release the Type II variation for the Chronic Low Back Pain (4 week studies) in the EU. | 4Q2001 | The submission of the EU type II variation for Chronic Low Back Pain will be delayed until after CEOXX approval (~3-4Q01). |
| Commercialization Subteam | File the Onset of Action Label Change (PN 085 &090). | 4Q2001 | **Whether the data from the two CDP nabumetone comparator OA studies (PN 085& 090) will be filed to support a faster onset of action label change will be discussed at an upcoming CT meeting. WPCRC has the assignment to determine what key label statements are possible based on the data. This filing was originally targeted for 4Q00, but had been postponed because of other priorities within the VIOXX program.** |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017048

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Pharmacology | Complete Sodium Retention Study in the Elderly (905-01). | A-9/2000 | A 2-week in-clinic study in elderly patients to evaluate the renal safety profile of 50mg VIOXX, 200mg bid celecoxib , 400mg bid celecoxib 50mg bid naproxen and pbo (n=15/grp). In 4/00 the treatment arms were changed to 25mg VIOXX, 200mg bid Celebrex, 500mg bid Naproxen, Pbo.  The in-clinic portion of the study 14-days will be followed by a 2-week extension. Patients will have to maintain sodium balance on a 200mEq sodium diet. Drug concentrations will be evaluated on days 1, 2, 3, 14, 21, and 28.  The protocol has been approved.  This study was originally planned as a CDSP study in collaboration with Clinical Pharmacology;` however, Clinical Pharmacology is now responsible for the study monitoring. **Status:** FPI A-6/13/00 (4Q99) and 67 subjects were randomized.  LPO A-9/29/00. Frozen file is targeted for 10/31/00 and an interim analysis T-11/3/00. CBARDS Brussels is supporting this study.  The final statistical report will be available 15 December 00. **Results:** Preliminary results of the change-from-baseline measurements of blood pressure and weight taken on day 14 of the in-patient portion of the study were presented to the Project Team and the Commercialization Team.  There was no statistical difference between any of the active treatment groups in the mean change from baseline for the systolic or diastolic blood pressure.  The weight gain with VIOXX (+0.2kg) was statistically different from the weight gain with placebo (– 0.5kg).  The Celebrex and Naproxen treatment groups had an average weight gain of –0.1 kg, not statistically different from VIOXX or placebo--but borderline for placebo.  No edema AEs were reported.  Results from urinary excretion of sodium were presented to the CT on 05-Dec-00.  The results showed that there was slightly more sodium retention with VIOXX than with Celebrex and placebo.  But the difference was within the pre-set comparability bounds.  However, it was emphasized that these data were preliminary and that final data will be available end of December-00.  The CT concluded that the publication of these data will require close scrutiny by management to avoid presenting the data in a way that the competition could highlight the difference between placebo and VIOXX.  Data from this study were presented at the December Analysts meeting. |
| Clinical Pharmacology | Initiate a PK study at steady-state for 12.5 and 25 mg Zydis | 6/2001 | Based on the PK data from the probe bioequivalence study a chronic PK study is being planned comparing 12.5 and 25 mg Zydis vs conventional tablets. .  FPI was targeted for 1Q01 and LPO for 2Q01. This study was on-hold until a decision of whether or not to proceed with the formulation was made at HHPAC.  **The program was discussed at 20-March HHPAC, and HHPAC approved continued development of the formulation.  FPI is targeted for June 01.  The study design will be a crossover study: Rapidisc 12.5 and 25 mg crossover to conventional tablet.  12-16 patients/dose will be enrolled.** |
| Clinical Pharmacology | Initiate a short-term Ambulatory Blood Pressure Monitoring study with Rapidisc. | 4Q2001 | As part of the clinical program to develop Rapidisc, a short-term Ambulatory Blood Pressure Monitoring study (ABPM) will be initiated in T-4Q01 with data available in 2Q02.   A Go/No Go decision based on the results of this study will be made in T-2Q02.  The current thought for the study design is to conduct a crossover study: Rapidisc 25 mg crossover to conventional tablet.  Whether the 50 mg dose will need to be also included in the study is being discussed. |

Confidential - Subject To Protective Order

MRK-ABP0017049

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY          CRRC Meeting: 04/10/2001
Phase V                                                                                                Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Pharm/ Drug Metabolism | Complete Probe Bioequivalence Study with Zydis Formulation (#117). | A-2/2001 | RP Scherer is working on the development of a rapidly dissolving formulation of VIOXX. Clinical supplies should be available for a probe PK study by 4Q99 (2Q99). The study will be a 4-period crossover comparing the 12.5mg and 25mg formulations. FPI T-3/00(10/99). Study was delayed due to formulation issues. Clinical supplies were available for shipment in late February. FPI C-3/6/00 and LPO C-4/10/00.  Part 2 was a 2-Period Crossover study to assess the 50 mg formulation. FPI C-09/06/00, LPO C-09/13/00.  Preliminary analysis T-12/00.  The analysis of the samples was completed in Dec-00. Completion of the stat analysis is planned for 31-Jan-01.  Frozen file C-22-Jan-01. **Results:** Biopharm data were available 6/30/00 (6/21/00). The AUC of the 12.5mg and 25mg doses shows bioequivalence to the current tablet doses but the Cmax is higher. There will be two additional studies: a chronic PK study and an acute pain study.  The results of the 50 mg Zydis Pilot PK study were presented to the Project team on 14-Feb-01. The Cmax and the AUC for the 50-mg Zydis are higher than the conventional tablet. |
| Clinical Pharm/ Drug Metabolism | Complete CSR for Celebrex/Rifampin/CYP2D 6 interaction study (#113). | 2Q2001 | **Study Design:** A study to evaluate the effect of rifampin on celebrex pharmacokinetics and the impact of celebrex on CYP2D6 activity is planned for 10/99. 1)Rifampin and celebrex will be dosed to steady state concurrently and celebrex pharmacokinetics will be measured. 2)Celebrex/pbo will be dosed for approx. 2.5 weeks and dextromethorphan (CYP2D6 phenotyping test) and despiramine (CYP2D6 suostrate) pharmacokinetics will be measured on separate occasions during the celebrex dosing periods. **Status:** FPI A-10/27/99 and LPO A-3/20/00. 24 patients were enrolled. Biopharm data were targeted for 6/28/00 (4/28/00) and reviewed with the Project Team on 8/14/00.  Regulatory agreed that an abbreviated CSR is appropriate for this study.  **Medical review will be completed by 29-March-01 (17-Nov-00).  Frozen File is on target for T-4/30/01.** **Results:** Rifampin reduces metabolism of celecoxib. Celecoxib had little to no effect on the metabolism of dextromethorphan or despiramine. |
| Clinical Pharm/ Drug Metabolism | Complete CSR for the Multiple Peaks study (094) (US). | 4/2001 | **Study Design:** Single Dose open label study in 10 subjects to investigate the multiple peaks in the pharmacokinetic data. Treatment groups include 2 x 25mg MK-0966 and a food interaction arm. **Status:** FPI A-1/22/99 and study completed 2/99. Plasma samples were shipped to West Point for analysis. Pharmacokinetic data was targeted to be sent to BARDS in August (was 5/99). The data was reviewed with the Project Team at the 9/99 meeting. There is no obvious difference between the fed and fasted subjects, drug Metabolism is still working on the analysis. The biopharm data was delivered to CBARDs C-2/17/00 (11/99).  The CSR is on hold for other priorities within the VIOXX program.  The Abbreviated CSR has been sent to Regulatory liaison for review.  The CSR was signed off by authors and regulatory affairs.  **The CSR is currently in Publishing.** |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017050

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research | Osteoarthritis Studies: | | |
| Clinical Research | Complete CSR for Bone Metabolism Study (US) (#083). | 5/2001 | **Endpoints:** Primary endpoint is lumbar spine BMD (DEXA). Secondary endpoints include urine N-telopeptide and osteocalcin, bone specific alkaline phosphatase. Tertiary endpoints include total hip BMD (DEXA) and total body BMD. **Study design:** Study is a Phase IV commitment with the FDA to assess the effects of MK-0966 on lumbar spine bone mineral density compared to the effect of ibuprofen in patients with OA. This is a DB, pbo-controlled 1yr treatment study. Treatment groups will be 25mg MK-0966 x 15mos (N=90), 800mg ibuprofen tid x 15mos (N=90), pbo x 12wks followed by 25mg MK-0966 for 15mos (N=45), and pbo x 12wks followed by 800mg ibuprofen tid for 15mos (N=45). Data was available for the advisory committee meeting C-4/99. **Status:** An interim analysis was done 4/99 for all patients who had completed 3mos of treatment by 2/22/99. The analysis also included 6 mo data for ~100 pts. VIOXX had no effect on biochemical markers of bone turnover(serum osteocalcin and urine N-telopeptide crosslinks) or lumbar spine bone mineral density. Also, VIOXX had no effect on serum calcium and phosphorus. FPI 4/20/98, LPI A-10/21/98, LPO A-2/9/00. 304 pts were enrolled, (270pts were needed for the study), and 109 patients discontinued, no SAEs or discontinuations reported. Frozen File A-7/14/00 (5/22/00). Statistical analysis C-9/00, draft CSR to Authors' Management T-2Q01 (27-Oct-00). |
| Clinical Research | Complete CSR for Extension to Phase III OA trial vs. diclofenac - (Intl) (#034-20). | 3Q2001 | An active comparator controlled 1yr extension in which patients will continue in same treatment arm as base study, 12.5 or 25mg MK-0966 or 150mg Diclofenac. ~166 pts enrolled. No additional extensions are planned after this study. The study is being closed-out in stages: Stage 1 will be for all countries who have approvals and drug launch(Argentina, Brazil, Costa Rica, Guatemala, Mexico and Peru). Investigators scheduled all final visits by 9/30/99(LPO) with the exception of Mexico which had LPO A-11/15/99. Stage 2 is for the remaining countries: Chile, Canada, Hungary, Iceland, Russia and So. Africa who will continue until the official LPO of 4/00. All data entry and review of all visits as of 9/30/99 was prioritized for the Stage 2 countries so that this data may be included in the data analysis. The sites will then have 2 months to migrate the data into the system. One combined extension CSR for Protocols 034 and 035 will be written for all of the remaining unreported extension data in T-3Q01. Frozen File for Stage one countries was A-2/18/00. The CSR is on-hold until 3Q2001 because of other priorities. |
| Clinical Research | Complete CSR for Extension #2 to Phase III OA trial vs. diclofenac - (US) (#035-20). | 3Q2001 | An active comparator controlled 1yr extension in which patients will continue in same treatment arm as base study, 12.5 or 25mg MK-0966 or 150mg Diclofenac. FPI A-11/10/98, LPI A-5/30/99. Approx. 130 pts continued into 035-20. No additional extensions are planned after this study. All sites were asked to complete the last patient visit by 9/30/99(LPO). The sites then had 2 months to migrate the data into the system. One combined extension CSR for Protocols 034 and 035 will be written for all of the remaining unreported extension data in T-1Q01. Frozen File A-2/23/00. The CSR is on-hold until 3Q2001 because of other priorities. |

Confidential - Subject To Protective Order

MRK-ABP0017051

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research | Analgesia Studies: | | |
| Clinical Research | Complete CSR for Celecoxib Dental Pain Study #3 (US) (#111). | 3Q2001 | **Study Design:** A third Dental Pain study vs celecoxib to support a potential sNDA in order to obtain a description of these studies in the label. This study is the second study with 400mg celebrex. This study will compare 50mg VIOXX, 400mg celebrex, 400mg ibuprofen and pbo in ~270 patients with moderate to severe dental pain. A total of 4 sites are participating and will try to complete the study by 12/99 to meet marketing needs for data. **Status:** FPI was A-10/26/99 and LPO was A-12/29/99; 150 patients were enrolled. Frozen File A-3/7/00. **Results:** VIOXX 50mg was superior to 200mg celecoxib. VIOXX 50mg and 400mg celecoxib analgesic effects were exactly alike however, VIOXX was better than celecoxib for duration of action. CDOC reviewed 095, 104, and 111 combined results on 2 August 00 and determined that the data will not be published.  A CSR draft is available, but no shepherd has been identified and no monitor has been assigned to review the document.  The CSR is on-hold until 3Q2001 because of other priorities. |
| Clinical Research | Complete CSR for Celecoxib Dental Pain Study #2 (US) (#104). | 3Q2001 | **Study Design:** A single dose Dental Pain study which will compare 50mg VIOXX, 200mg Celebrex, 400mg Celebrex, 400mg ibuprofen and placebo in 480 patients with moderate to severe dental pain. **Status:** FPI A-12/99(11/99), and LPO A-3/8/00. 483 patients were enrolled. Frozen File A-5/24/00. Study start had been moved to 12/99 b/c the site had  to complete an MK-0663 study prior to initiating the VIOXX trial. **Results:** A preliminary analysis was completed but this generated a request for additional analyses of all three VIOXX vs celecoxib dental pain studies(#095, 104, 111).  A publication was originally planned and this will be used as a second study to support a DDMAC submission. However, CDOC reviewed 095, 104, and 111 combined results on 2 August 00 and determined that the data will not be published.  A CSR draft is available, but no shepherd has been identified and no monitor has been assigned to review the document. The CSR is on-hold until 3Q2001 because of other priorities. |
| Clinical Research | Complete CSRs for Protocol 029-30,40 (Ph IIb OA study). | 3Q2001 | **CSR:** A CSR will be written for 029-30;40 extensions. Frozen File A-1/28/00. CSR writing has been on hold within clinical due to competing priorities, in 6/00 the decision was made to contract the CSR writing to a CRO. Timelines will be developed once the CRO is identified and given the documentation. There is agreement from regulatory that this CSR will not be done until 3Q2001. **The stat section of the CSR has been drafted.** |
| Clinical Research | Complete CSR for Protocol 058-30 ( Extension #3 to Octogenerian study). | 3Q2001 | **CSR:** A CSR will be written for 058-10, 20, 30 extensions. Frozen File A-3/1/00. The team agreed to delay the stat analysis until 1Q01 in light of the other competing submissions for VIOXX. **The stat analysis has been completed.** CSR writing will be done by a CRO and will not be done until 3Q2001 (as agreed to by regulatory). |
| Clinical Research | Initiate Acute Pain Efficacy Study with the Zydis formulation. | 2Q2002 | A  dental pain or a post-orthopedic surgery efficacy study will be conducted for acute pain for the 50 mg Zydis formulation.  The results of the 50mg Zydis bioavailability study were available Feb 01, but the 50mg Zydis biobatch will be available only in 3Q01. Therefore, the efficacy study will be delayed accordingly.  The filing for the 50 mg Zydis is delayed to March/April 2003. **The initiation of the Acute Analgesia study has been delayed to 2Q02 (1Q01), pending a 2Q02 Go decision to continue the development of the Rapidisc formulation.** |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017052

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research - Phase V | Initiate two Dental Pain Studies vs Narcotics (# 152 & 154). | 4/2001 | In order to pre-empt Valdecoxib arrival on the market, MRL is planning to initiate two dental pain studies against narcotics in April/May 2001, pending HHPAC approval of the studies on 20-March-01. **These studies will be used for promotion. They were approved by DMC on 27 Feb and by HHPAC on 20 March.** **Design:** The studies will be 2 three arm-studies in 2 US sites with a single dose of VIOXX (50mg) (N=90) , Pbo (N=30), or the narcotic comparator oxycodon/acetaminophen (5mg/325mg) (generic Percocet) (N=90). The protocol for these studies was presented to and approved by CRRC on 21-Feb-01. FPI: T-09-April-01; Results available: T-Sept-01. The primary endpoint will be overall analgesia at 6 hours (TOPAR-6). |
| Clinical Research - Phase V | Complete CSR for Pilot Prostatitis Study (US/intl) (#118). | 5/2001 | **Study Design:** A pilot study will be done to evaluate the potential efficacy of VIOXX in the treatment of chronic prostatitis. Study will have a 1 week pbo run-in period followed by 6 weeks of treatment with VIOXX 25mg, 50mg or placebo (N=50pts/grp). Male patients with chronic prostatitis (type III/chronic pelvic pain syndrome and an avg score >=4) will be enrolled. Eight US sites and 1 Canadian site are participating. The protocol was reviewed at the 10/6/99 CDOC meeting. **Status:** An investigator's meeting was held Nov. 16-17, 1999 and FPI was achieved 1/3/00 (12/99 - pt was screened and started pbo run-in); enrollment closed on 6/2/00 with 161 randomized patients. There were 14 discontinuations and 5 patients lost to follow-up. LPI C-6/2/00, LPO A-7/28/00. **Results:** An interim efficacy analysis on 60% of patients was done 6/3/00; there were not sufficient data to make conclusive decisions. In addition, a preliminary analysis (to be used to plan the NIH study) was completed 8/11/00 on all patient visits as of 6/30/00. There was no significant difference between the Pbo and VIOXX (25 and 50mg) groups on the primary endpoint - average pain score. When the analysis was done based on Type IIIA vs Type IIIB prostatitis a slight improvement vs placebo was observed. Overall there appears to be a very small treatment effect with 50mg VIOXX however, the Project Team made a No Go decision for MRL trials. The Commercialization Team agreed to participate in the NIH study and, therefore, will continue to provide Rofecoxib to the NIH. However, at 4 October 00 CDOC meeting, CDOC did not agree to the use of 50 mg of VIOXX in the NIH Prostatitis study. The CSR will be written as a brief CSR since the results of this study will not be included in a submission. Draft to Authors' Management: C-12-Jan-01; Into Review #1: C-05-Feb-01 (26-Jan-01); Into Review #2: T-22-Feb-01 (16-Feb-01); **Published Approved CSR: T-03 Apr-01 (13-Mar-01).** |

Confidential - Subject To Protective Order

MRK-ABP0017053

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research - Phase V | Initiate a Peri-Operative Analgesia study in a Gynecological Surgery model. | 6/2001 | **Objectives/Strategy:** The objectives of these two peri-operative analgesia studies planned by the CST are threefold: 1) To obtain a label change with description of peri-operative studies; 2) To possibly file for a new indication for "pre-emptive analgesia"; 3) To demonstrate the narcotic sparing effect of VIOXX. The two models being currently considered are an Orthopedic Surgery model (hip and/or knee replacement, N~200, VIOXX or Pbo for 7 days) and a Laparoscopic Gynecologic or General Surgery model (N~200, VIOXX or Pbo for 7days). The consultants' meeting was held on the 7 and 8-Dec-00. The current strategy is to first conduct a study in a Gynecological model to assess the feasibility of the endpoints and to reach an agreement with FDA on the choice of endpoints and on whether such studies would lead either to a label change and/or to a "pre-emptive analgesia" indication. A background package is scheduled to be sent to FDA in April 01. The initiation of a study using an orthopedic model (and potentially also a third model) is delayed until 4Q01-1Q02. **Study Design:** FPI: T-Jun-01; N= 160-175; Treatment duration: 5 days; Doses: VIOXX 50 mg, pbo. An interim analysis for the purpose of planning the studies in the other model(s) will be conducted T-Sept/Oct-01. The primary efficacy endpoint is VIOXX narcotic sparing effect vs pbo during the 5 days following surgery. Secondary endpoints will be opioid consumption as delivered by patient controlled analgesic (PCA) pump for the first 24 hour post surgery, oral opioid consumption following PCA discontinuation, and patient global satisfaction with post-operative pain treatment. |
| Clinical Research - Phase V | Complete enrollment of the Endoscopy Study with Low Dose Aspirin in OA patients (#136). | 3Q2001 | **Objectives:** To determine the comparative cumulative incidence of gastric and/or duodenal ulcers (>= 3 mm) following administration over 12 weeks of Pbo, enteric-coated (EC) aspirin, VIOXX plus EC aspirin, or ibuprofen. **Design:** N~ 1240, duration=12 weeks, 4-arms: Pbo (N~310), EC aspirin 81 mg QD (N~310), VIOXX 25 mg plus EC aspirin QD (N~310), ibuprofen 800mg TID (N~310). An endoscopy will be performed at t=0, 6, and 12 weeks. **Status:** Protocol 136-00 was approved 11 August 00 and must reach FDA before the November mandate for child resistant blister cards. A domestic investigators' meeting was held 13-14 November 00 in Dallas. An investigators' meeting for The Americas and EMEA region was held on 23-24-Jan-01, one for the Asia-Pacific region on 14-15-Feb-01. FPI for the US C-19-Dec-00 (Nov-00), FPI int'l C-11-Jan-01, LPI (US & int'l) T-May-01, LPO(US & Int'l) T-Sept-01. Collectors have been deployed for all sites except for Peru and for three sites in Poland. The number of patients for this study has been increased by ~400 to ensure adequate power to detect the differences between the treatment groups. NB: The preliminary stat results from the pharmacodynamic study (protocol 138) confirmed that the low dose enteric coated aspirin formulation used in protocol 136 inhibits ex-vivo generated serum TXB2 at 4 hours postdose on Day 7 by more than the 90% prespecified lower bound and inhibits platelet aggregation by a mean percentage of 97.9%. |
| Clinical Research - Phase V | Initiate two 12 week Chronic Low Back Pain Studies. | 3Q2001 | Because FDA indicated that 4-week in duration Chronic Low Back Pain studies (CLBP) (PN 120 & 121) were not acceptable for a Chronic Pain indication, the Team is planning to initiate two 12 week CLBP studies in 3Q01 (Jun 01). These studies together with the 6 week placebo controlled and 52 week active controlled OA studies will be submitted to FDA to obtain a Chronic Pain indication. The filing is targeted for 4Q02-1Q03. **Study Design:** FPI: 3Q01 (Sept 01). VIOXX 25 mg, Pbo. Whether a comparator and VIOXX 12.5 mg should be used will be discussed at an upcoming CT meeting. |

Confidential - Subject To Protective Order

MRK-ABP0017054

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 04/10/2001
Phase V                                                                                          Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia) | NDA Submission - 11/1998 MAA Releases - 12/1998 | | |
| Clinical Research - Phase V | Initiate an Endoscopic Study VIOXX+ASA vs Ibuprofen+ASA. | 3Q2001 | A new endoscopy study to test whether the gastrointestinal safety of VIOXX + low dose aspirin is superior to Ibuprofen + low dose aspirin will be initiated in 3Q01. . Study Design:  The primary hypothesis is that patients treated with VIOXX + ASA develop less gastrointestinal ulcers than patients treated with Ibuprofen + ASA.   A total of 400 patients with OA and requirement for aspirin for cardiovascular prophylaxis will be enrolled (200 per arm).  Ibuprofen 2400 mg + ASA 81 mg vs VIOXX 25 mg+ ASA 81 mg.  Duration: 12 weeks; upper GI endoscopies will be performed at 0, 6, and 12 weeks.  FPI: 3Q01; LPO: 3Q02; preliminary data: 1Q03. |
| Clinical Research - Phase V | Initiate Peri-Operative Analgesia studies in an Orthopedic model and possibly in a Bunioectomy model. | 4Q2001 | The initiation of studies using an orthopedic model (total hip replacement) and potentially also a Bunioectomy model has been delayed to 4Q01-1Q02.  The need for a third model (buniectomy) will be discussed with FDA. |
| Clinical Research - Phase V | | | ---- |
| Regulatory Affairs | FDA Meeting(s) for Chronic Pain & Peri-Operative Analgesia | 05/2001 | Clinical and Regulatory Affairs are currently preparing two background packages, one for Chronic Pain and one for peri-operative analgesia,  for submission to FDA by 20-April-01.  Whether it is preferable to request one meeting with FDA to discuss these two new programs together or two meetings to discuss them separately is being evaluated by Regulatory.  A meeting(s) will be requested for mid May. |
| Regulatory Affairs | International Approvals | Ongoing | As of 22 Feb 01, 74 countries have approved Rofecoxib.  On 6 September 00, the Czech Republic and Jordan approved Rofecoxib.  Tunisia: approved 24-Nov-00.  Croatia: Approved C-13-Dec-00.  China: Approved C-22-Dec-00.  Taiwan: Approved 05-Feb-01. |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017055

**CRRC CRITICAL ACTIVITIES**

<u>HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY</u>                    CRRC Meeting: 04/10/2001
<u>Phase V</u>                                                                         Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| <u>VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)</u> (OA / Analgesia) | <u>NDA Submission - 11/1998</u> <u>MAA Releases - 12/1998</u> | | |
| Clinical Development - CDP | Complete Pilot Acetaminophen/Celecoxib (VACT-1) Study (#106). | A-5/2000 | **Endpoints:** Improvement in pain on walking, pain at night and rest, morning stiffness (duration of action), percent of patients with good or excellent response to therapy. **Objective:** A pilot study to estimate the treatment differences between VIOXX and Acetaminophen and VIOXX and Celecoxib. The goal is to define the appropriate endpoints for a larger comparison trial. The study will investigate the efficacy of 12.5mg and 25mg qd VIOXX, 200mg qd Celecoxib, and 4000mg Acetaminophen as measured by improvement in pain on walking, pain at night and pain at rest and by percent of patients with good or excellent response to the patient global assessment of response to therapy question. Results will be used to design large Phase III studies. **Study Design:** A 6-week study in patients with OA of the knee who will be randomized to one of four treatment groups: 4000mg (1000mg qid) Acetaminophen (N=100), 200mg celecoxib qd (N=100), 12.5mg and 25mg VIOXX qd (N=100). Within each arm a minimum of 50 patients will be previous NSAID users and 30-50 patients will be previous acetaminophen users. PR&D blinded the acetaminophen and supplies were available in early June. FPI A-6/21/99, LPO A-1/00 (12/99). 510 patients were screened and 379 patients were randomized (280 NSAID users and 68 acetaminophen users and 300 had completed the study), 78pts discontinued early (38 due to lack of efficacy, 14 due to clinical AEs, 1 due to laboratory AE, 6 withdrew consent and 3 lost to follow-up). Four SAEs were reported. **Results:** Final data C-5/00. Baseline characteristics were similar among groups. 18% of acetaminophen users discontinued early mostly due to lack of efficacy compared to 9.3%, 7.4% and 8.5% of patients receiving celecoxib or rofecoxib 12.5 or 25mg respectively. For early efficacy (days 1-6), Rofecoxib 12.5mg was statistically superior to acetaminophen after the second day of therapy for walking pain, rofecoxib 25mg was statistically superior to acetaminophen during the first 5 days for walking pain. In terms of rest pain, Rofecoxib 12.5mg was statistically superior to acetaminophen on Days 4-5 whereas Rofecoxib 25mg was statistically better on days 2-5. In comparison to celecoxib, Rofecoxib 25mg was statistically superior on days 2-4 for walking pain. Rofecoxib 25mg was statistically superior to celecoxib in terms of rest pain on Days 2-6. And Rofecoxib 25mg was statistically superior to celecoxib on Days 2-3 for night pain. Over the 6 weeks of therapy Rofecoxib was superior to acetaminophen for pain walking, morning stiffness, night pain, rest pain, % of patients with good or excellent response to therapy. |
| Clinical Development - CDP | Complete Celebrex OA study - C2 (#112). | A-9/2000 | **Objective:** Compare the early efficacy (Days 2-7) of VIOXX 12.5mg and 25mg to celecoxib 200mg in terms of pain at night, morning stiffness and difficulty rising from bed. Patient global response to therapy will also be assessed. Two OA efficacy studies vs celecoxib will be done to be used for promotional statements if results are positive. **Design:** A 6-week randomized, double-blind study to compare safety and efficacy (for OA of the knee) of rofecoxib 12.5mg (N=420), 25mg (N=420), celecoxib 200mg (N=420) and pbo (N=140). Primary efficacy endpoint is morning stiffness (WOMAC question 6). **Status:** FPI A-1/7/00 (12/99), LPI A-7/31/00 and a total of 1521 patients were randomized in this study. 151 sites participated. LPO A-9/8/00. 1248 patients completed the study and 70 patients will remain in the 6-week treatment period. Twenty-five SAEs were reported and three were considered possibly drug related. Four CV events and one GI event were submitted for adjudication. Clean file was achieved 21-Nov-00. Preliminary data will be available December 00. Results have been shared with a sub-committee of the CST, and additional analyses are being conducted. **The final report is scheduled for completion 2Q01.** |

Prepared: 4/3/01                                                                         Page 142

Confidential - Subject To Protective Order                                         MRK-ABP0017056

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                CRRC Meeting: 04/10/2001
Phase V                                                                                          Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Complete the CSR for the ADVANTAGE Trial in OA pts (#102). | 3/2001 | **ADVANTAGE - Assessing Differences between VIOXX and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness.** **Endpoints:** Percent of patients that discontinue prematurely for pre-defined GI AEs (acid reflux, dyspepsia, epigastric discomfort, heartburn, nausea, vomiting, abdominal pain and diarrhea). Key efficacy measures include patient global assessment of disease status, patient preference for study medication, quality of life using SF36 and the AUSCAN OA hand index. **Study Design:** A 3 month study which will focus on primary care (90% of sites) and managed care (10% of sites) providers and will compare the safety of 25mg VIOXX to 500mg bid Naproxen in 5560 pts (~2180 pts/arm at ~800sites). Approx. 160 pts from Sweden will be included in this trial. Three investigator's meetings are planned for March 1999. **Status:** FPI was achieved on 3/26/99, protocol was finalized end 2/99(CDOC presentation 2/3/99). Supplies were packaged in West Point due to the tight timelines and other commitments for VIOXX and 663 at Merck Frosst. The study was done in collaboration with a CRO and 617 sites participated. A total of 5586 patients (5431 US, 155 Sweden) were randomized into the study and as of 4/5/00 all patients had completed the study. There were 1568 early discontinuations and 152 SAEs reported. Three cardiovascular and 19 GI events were submitted for adjudication. LPI A-1/3/00 (9/30/99), LPO A-4/5/00, Clean file A-9/14/00. The CSR including results from PN 102 and 903 will be finalized T1Q01 (10/30/00) in anticipation of potential questions to the VIGOR submission. Stats analysis available A-10/02/00. Regulatory emphasized that this CSR was a high priority CSR because FDA has requested the complete study report several times. A CSR Planning meeting was held on 20-Feb-01 to discuss, among other items, the timelines for completion of the CSR. **After further discussion with FDA, Regulatory Liaison agreed to provide the CSR for this study to the Agency by no later than 30 March 01. Timelines for completion of this document were extremely tight and review cycles were significantly compressed and also modified to achieve a 30 March 01 submission. The CSR entered Authors' Management on 09 March 01; it went into Review#1 and simultaneously into WCQAR Review on 16 March 01; a CSR consensus meeting was held on 21 March 01, and the document entered Review #2 on 24 March 01. The document was submitted to FDA on 30 March. The SAS Transport File (Item 11) is on target for completion on 09 April 01. Item 12 (Deaths, discontinuations due to CV AES and to GI AEs, GI endpoints, and CV endpoints) will be submitted to FDA end of April and is currently on target for completion on 24 April 01. Discontinuations due to AEs other than GI and CV will be submitted to FDA at a later date because of the large volume of the CRFs for the item 12 (>700 patients representing>50,000 pages).** **Results:** Results were presented to the PT on 11-Dec-00. The incidence of discontinuations due to GI AEs was significantly lower for VIOXX than for Naproxen (9.1% vs. 11.2%). The incidence of cardiovascular AEs, lower extremity edema, and hypertension was similar between treatments. VIOXX and naproxen were similar in efficacy measurements including patient global assessment of disease status, the AUSCAN OA index, and discontinuations due to lack of efficacy. |

Confidential - Subject To Protective Order                                          MRK-ABP0017057

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
**Phase V**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Initiate a VIOXX, Acetaminophen, Celecoxib study (VACT-2) (#150). | 3/2001 | **Study design:** The design of this study is similar to the design of Prot 106 (VACT-1). The results of this study in combination with the results of Prot 106 will be used for promotion. Duration: 6-weeks; 4-arm study in 1560 OA patients: 4000mg (1000mg QID) Acetaminophen, 200mg celecoxib QD, 12.5mg and 25mg VIOXX QD. 25% of patients will be previous acetaminophen users, but no rescue ,medication will be allowed. **FPI: 30-March-01**, LPO: 4Q01, Data available: 1Q02. This protocol was presented at 25-Jan-01 CRRC and was subsequently approved. |
| Clinical Development - CDP | Initiate a Celecoxib Ambulatory Blood Pressure Pilot Study (#155). | 4/2001 | **Objectives:** Assess the ambulatory blood pressure effect of Celecoxib and neutralize the Hypertension/ edema/Cardiovascular concerns with VIOXX.<br>**Design:** The protocol was originally being developed in Germany where the study was supposed to be conducted, but this study was recently moved from CDSP to CDP. Two studies were being planned (N=150 in 24 sites for each study). Both studies were designed to begin by a 4-week baseline stabilization period of the blood pressure using an ACE inhibitor, Lisinopril open label (10, 20 or 40-mg ). The baseline stabilization period was to be followed by a 4-week treatment period and then by a 2-week follow up period. The treatment for the first study were supposed to be VIOXX 12.5 , VIOXX 25 mg, and pbo; for the second study Celebrex 200 mg QD, Celecoxib 200 mg BID, and pbo. The Team decided to conduct first a pilot study with only Celebrex to determine whether Celebrex increases blood presssure before to perform a head-to-head VIOXX/Celebrex comparison study. The design of this study was presented at 25-Jan-01 CRRC. However, the Team needs to resolve some issues about the protocol design (e.g., lack of study hypothesis) before CRRC approves the protocol. Two possible study designs were reviewed at the CT on 20-Feb-01. The first study design proposed was a parallel design with a 4-week baseline period with patients stabilized on lisinopril followed by a 4-week active treatment period. The second study design proposed is a crossover design with a 4-week baseline period with patients stabilized on lisinopril, as in the parallel design, followed by two 6-week active treatment periods separated by one week washout. In this design, patients on placebo during the first 6 weeks will be reassigned to Celebrex BID or QD during the following 6 weeks, patients on Celebrex BID during the first 6 weeks to Celebrex QD or placebo, and patients on Celebrex QD during the first 6 weeks to Celebrex BID or placebo. The primary hypothesis is to determine if Celecoxib 200mg BID given to patients with mild-to-moderate hypertension on lisinopril will increase the 8 hr post-dose nighttime segment of 24-hr ambulatory blood pressure compared with placebo. The CT recommended to select the crossover study design and to decrease the 6-week treatment period to 4 weeks. The study will be a 3-arm study with Celebrex 200mg QD and DID, and placebo. FPI: T-April/May-01; LPO: T-end of Nov-01, and data available: T-May-02; N=108. The protocol was presented and approved at 05-March CRRC. |

Confidential - Subject To Protective Order

MRK-ABP0017058

**CRRC CRITICAL ACTIVITIES**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDP | IM Toradol Comparison Pilot Study (#142)--LPO. | 3Q2001 | This pilot study will replace the two Toradol studies that were initially planned (These two studies have been replaced by two Narcotic comparator studies in sports injury). **Objective:** To demonstrate comparable efficacy of VIOXX 50mg single dose vs. IM Toradol or Hydrocodone/Acetaminophen in musculoskeletal acute pain (sprains, strains, and minor distal fractures) in an emergency room setting. **Design:** N=250 (12 sites). This study will be a 5-arm study: pbo, Rofecoxib (50mg), Toradol (Ketorolac) (60mg), Hydrocodone/Acetaminophen (5mg/500mg, bid) 1 tablet, Hydrocodone/Acetaminophen (5mg/500mg, bid) 2 tablets. The protocol was approved by CDOC on 01-Nov-00. **Status:** FPI: C-Feb -01 ( 12/07/00), LPO: T-3Q01 Note: The possibility of using Percocet or Tylox instead of 2 tablets of hydrocodon/Acetaminophen was addressed with the CT. It was decided that this alternative was not feasible because blinding Tylox would require approximately 3 months and blinding Percocet would require over-encapsulation of the drug followed by further studies to demonstrate bioequivalence. |
| Clinical Development - CDP | Initiate Two Studies in Cancer Pain. | 4Q2001 | The team is planning analgesia studies in cancer pain models. A consultants' meeting was held on 4/21/00 to review study designs. Studies in breast or prostate cancer patients with symptomatic bone metastasis should start T-2Q01 (1Q01). Two studies (N~600, 50 mg of VIOXX or Pbo for 12 weeks) will be conducted. FPI: 3Q01, LPO: 2Q02, Data available T-4Q02. **FPI has been delayed to 4Q01 for the first study and 1-2Q02 for the second study, since the results of these studies cannot be promoted until a VIOXX Chronic Pain indication is obtained.** |
| Clinical Development - CDP | Initiate two Narcotic Comparator in Acute Analgesia Studies. | 4Q2001 | **The purpose of these studies is to counteract Valdecoxib/Parecoxib. The design of this study will be developed once the results of the IM Toradol comparison pilot study (PN 142) will be available. The plan is to use branded Vicodin as the comparator.** |

Confidential - Subject To Protective Order

MRK-ABP0017059

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY        CRRC Meeting: 04/10/2001
**Phase V**        Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDSP | Complete Naproxen Comparator Study in Asian population (CDSP, 901-OE). | A-8/2000 | **Objective**: To demonstrate comparable efficacy of 12.5mg MK to 1000mg Naproxen in approximately 400 Asian patients. To expand the MRL database on Asian patients, to support registration in selected countries, to support regional marketing strategies, to develop local opinion leaders and to utilize data for use in promotion in the US. **Endpoints:** Average mean change from baseline in VAS pain walking on a flat surface over the first 6 days of treatment. **Design:** Identical to the ongoing CDSP naproxen study 901-OA. A 6-week double-blind, randomized, parallel-group study of MK-966 12.5 mg q.d. versus naproxen 500 mg b.i.d. Paracetamol use restricted on days 1 through 6. Participating countries will include Hong Kong, Malaysia*, People's Republic of China*, Philippines*, Singapore and Taiwan* (*final decision on the use of these countries is pending results of country audits). Hong Kong and Singapore were ready to start enrolling patients in 4/99, however the study timing was delayed until 6/99. **Status:** Supplies were shipped to Hong Kong and Singapore in 7/99 and supplies for remaining countries were shipped mid-August. An investigators meeting w/the Hong Kong investigators was held week of 1/11/99. FPI was achieved 10/28/99 (6/99) and as of 6/7/00 enrollment was completed with 448 patients randomized. LPO A-8/00. Data available 1Q01. Results of this study were presented to the CT on 09-Jan-01. The differences between VIOXX and Naproxen were within the predefined criteria for clinically significant effect for all primary and secondary endpoints. The safety analyses showed that Naproxen led to 12% more drug-related AEs and to 10% more GI AEs than VIOXX. The results of this study were more positive than the results of the identical CDSP Naproxen 901-OA study. The Team is currently discussing the pros and cons of combining these data with the data from Prot 901 Europe. |
| Clinical Development - CDSP | LPO - European Arthrotec Comparison Study (902-OC). | A-2/2001 | An Arthrotec comparison study using the UK image of arthrotec was initiated 9/99. The Arthrotec tooling was received in Montreal 3/22/99 and PR&D manufacturing the placebo supplies. **Objective:** To demonstrate better tolerability and comparable efficacy (as measured by WOMAC and investigator and pt global assessments of therapy) of 12.5mg VIOXX vs Arthrotec. **Endpoint:** Safety and diarrhea/abdominal pain. **Study Design:** A 6wk DB, parallel group study, N=440, comparing 12.5mg VIOXX to Arthrotec 50mg diclofenac/200mcg misoprostol bid. **Status:** FPI A-9/20/99. As of Nov-00, 467 patients have been screened, and 409/440 have been randomized. Enrollment will continue until 12/01/00 (11/05/00). LPI C-12/00 (7/00). |
| Clinical Development - CDSP | LPO OA Celebrex Switch Study (906-0A). | A-2/2001 | **Objective:** This study will support the rationale of switching patients on celecoxib to VIOXX. **Study Design:** Patients with OA who are currently treated with celecoxib 200mg qd and who do not have adequate clinical efficacy will be randomized to either VIOXX 25mg qd or celecoxib 200mg qd for 2 weeks. There is no washout and no crossover. **Status:** The investigator meeting was held 2/24-25. The protocol was reviewed at the 1/5/00 CDOC. FPI C-5/00 (3/00). As of 04 Oct 00, 254 patients had been screened and 189/440 had been randomized. LPO: C-20-Feb-01, data available: Jun-01. |
| Clinical Development - CDSP | Complete CSR for ADVANTAGE Trial in OA - Sweden (903-OA). | 3/2001 | Sweden requires an OA trial to increase VIOXX exposure with General Practitioners and will participate in the CDP ADVANTAGE Trial with 160 pts at 8 sites. An investigator meeting was held 5/11/99 and FPI A-8/99(5/99). (The R-88 was not submitted until mid-May, clinical supplies will therefore be available in 7/99. Supplies were shipped in 7/99 and FPI was achieved on 8/13/99. LPI A-1/3/00, 155 patients were randomized. **The CSR for PN 102 includes data from this protocol. CSR Approved: C-30-March-01.** |

Prepared: 4/3/01        Page 146

Confidential - Subject To Protective Order        MRK-ABP0017060

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDSP | Initiate a VIOXX vs Diclofenac Dental Pain study. | 3Q2001 | **Rational:** Because Diclofenac is a major competitor to VIOXX ex-US in acute pain treatment and the only MRL data available comparing Diclofenac to VIOXX are in OA, the Team decided to initiate a dental pain study vs. Diclofenac. VIOXX 50 mg will be compared to Diclofenac 50 mg on overall analgesia at 8 hours (TOPAR 8). It is anticipated that efficacy of VIOXX will be comparable to the efficacy of Diclofenac. FPI: 3Q01; Results available: 4Q01-1Q02. |
| Clinical Development - CDSP | Initiate a Post Operative Hospital Pain study. | 3Q2001 | The design of this study will mirror the design of the MRL peri-operative analgesia studies. The study design is being developed and the use of comparator is TBD. |
| Clinical Development - CDSP | Initiate OA Celebrex preference study (908-OA). | 4Q2001 | **Objectives:** The primary hypothesis of this study is to show better efficacy (WOMAC questionnaire and global assessment scales), number of patients with good to excellent response and patient preference. **Design:** Patients with OA will be washed out then randomized to treatment with either VIOXX 25mg qd or celecoxib 200mg qd and treated for 2 weeks then crossed over with no washout to the other treatment group for another 2 weeks. N=500, FPI:1Q01. Discussions are ongoing about the chance of success of such a study based on the results of recent comparator studies. **As of Mar-01, possible study designs are still being reviewed.** |
| Clinical Development - CDSP | Initiate a Low Back Pain Study. | 4Q2001 | The study design is being discussed. N=500-600, VIOXX 25mg QD, Acetaminophen 4000mg QD. Timelines for start-up are being developed. |

Confidential - Subject To Protective Order

MRK-ABP0017061

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Project Team | File VIGOR results with the FDA and intl agencies. | A-6/2000 | <u>US:</u> A pre-NDA meeting with the FDA was held A-4/10/00 for the VIGOR submission. At this meeting, it was agreed that three additional studies will be included in the VIGOR submission to support a label change for concomitant use of aspirin. These studies are the MRL elderly study (protocol 058) and the 2 CDP nabumetone comparison studies (protocols 085 and 090). There have also been consultations with the Reference Member State -UK. The VIGOR sNDA was released on target on 6/29/00. The FDA did not grant a priority review for VIGOR. MRL discussed this with the agency and both parties agreed to the standard review. The background package was due to WRC for VP review on 11/15/00 and was sent to the Agency on 01/04/01. Regulatory is scheduling the planning and rehearsal meetings and clinical is scheduling a few consultants meetings in preparation for the background package. <br> VIGOR SUR was sent to FDA on 13 October 00. <br> The Advisory Committee Meeting for VIGOR was held on 8-Feb-01 and on 7-Feb-01 for CLASS. The outcome of the Advisory Committee Meeting was positive and has been presented at 09-February-01 CRRC meeting. The Advisory Committee agreed that results of the GI outcome study should be included in the labeling, as well as the data on cardiovascular events. Labeling negotiations with FDA continue. **A revised label was sent to FDA on 02 March 01. A face-to-face meeting is scheduled with FDA on 11 April 01 to discuss the inclusion of the data from PN 069. The CSR for the ADVANTAGE study which was requested by FDA in order to continue the review of the VIGOR application was submitted on target 30 March 01.** <br> <u>Int'l:</u> The sNDS was submitted to the HPB (Canada) on 8/17/00. A priority review request had been submitted on 7/19/00 and was turned down. Merck Frosst estimates a 10 month review. <br> Three Expert Reports have being written for the EU: A. Reicin wrote the GI Expert Report (ER), E. Barr the CV Expert Report, and R. Collins (Oxford University, UK) the external report. Dr. Collins requested a meta-analysis of CV data for his Expert Report. This analysis was provide to Prof. Collins in late NOV. The first draft of Prof. Collins expert report is due by mid-Jan. This report will be available if needed, during agency reviews of VIGOR. <br> MCA's feedback on the outcome of the assessment of the cardiovascular results from VIGOR was received on 20-Oct-00. MCA requested only a minor modification of one sentence in the SPC and recommended to proceed with the submission of a Type II variation to include the new statement into the SPC. This Type II variation supported by a brief expert report authored by RA-I was submitted to the MCA on 7-Nov-00 (9/00). MCA recommended approval of the SPC, and the deadline for comments from the CMS is 24 Jan 01. However, the other EU Agencies requested that an additional paragraph describing the CV findings be added to the label. **The proposed paragraph in SPC section 5.1 has been revised to reflect more detailed information on the VIGOR CV results. Additionally, a precaution section is proposed on the lack of anti-platelet effect of Rofecoxib. The response was submitted to FDA on 16 March 01.** The CV variation was followed by an additional Type II variation for the GI outcome of VIGOR. This second variation was submitted to the EU end of Jan 01. VIGOR release to the ROW was completed 21 Dec-00. |

Confidential - Subject To Protective Order

MRK-ABP0017062

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| <u>**VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)**</u> | <u>**NDA Submission - 1Q2001 IMA Submission - 1Q2001**</u> | | |
| Project Team | File sNDA Rheumatoid Arthritis. | A-2/28/2001 | The Team had developed timelines that would allow for the RA submission to be completed by 12/00 but due to slow enrollment in the efficacy trials the WMA filing was moved to T-1Q01. A pre-NDA meeting with the FDA was held A-2/8/00 for the RA submission. The target date for filing the sNDA is 28 February 01 and March 01 for the sIMA. Current plan is to cut-off the pivotal phase III studies at 14 weeks (LPO A-7/00) and submit that data along with the accrued safety data up until the WMA cutoff date. The major studies in the submission include the two pivotal efficacy studies, protocols 096 (US) and 097 (Int'l), the endoscopy study Protocol 098(US)/103(Int'l), the Phase IIb DRF study, Protocol 068 + extensions, the synovial fluid studies, Protocol 049/081, and a few clinical pharmacology studies (methotrexate interaction and gastric biopsy study). As of 2/00, the JRA PK studies will be included in this submission. Given the 14wk cut-off for the efficacy trials the program will just meet the ICH requirements for 100 pts for 1yr (majority of this will come from Prot 068 ext) at the selected dose and will not meet the requirement of 300-400 pts at 6 months (current estimate is just under 300 pts at 6 months). The Team plans to reference the VIGOR trial in the RA submission and use the longer term exposure at 50mg to bolster the exposure data in the RA application. This should be acceptable for the US since the dose in VIGOR is higher than the RA projected dose (25mg).<br>In the US the VIGOR trial was submitted before the RA submission. The strategy for the international review of the VIGOR submission is under discussion but the current plan is submit prior to the RA filing. A letter outlining the international submission strategy (VIGOR before RA) was sent to the MCA 2/17/00. Regulatory affairs received a response 5/00 (3/00). RA-E spoke with the head of the MCA post licensing area on 5/5/00 regarding the MSD letter sent in 2/00 and the MCA requested additional information (specific proposed SPC changes, timing for submission). Subsequent to that, MRL agreed to send the assessor the cardiovascular overview document from the VIGOR submission. **The sNDA was completed on 28-February-01 and was delivered to FDA on 01-March-01.** |
| Project Team | File Type II variation for Rheumatoid Arthritis. | **4/2001** | The EU Type II variation for Rheumatoid Arthritis will be submitted in April 2001 (March 01). The ISS and ISE from the sNDA are being combined into a WCS and condensed to meet the WCS 100 pages requirement. The Team agreed to combine the authors' management and the VP review cycles since no new information was provided in the document. The WCS entered this review cycle on 09-Feb-01 and entered the WCQAR review and VP approval cycle on 01-Mar-01. **The WCS was WCQAR approved on 26-March-01. A Clinical Expert Report is currently being reviewed and is on target to be completed by 02-April-01. The target date for release of the sIMA is 06-April-01.** |
| Project Team | File Safety Update Report for RA. | 6/28/2001 | The Safety Update Report (SUR) for RA is due T-06/28/01. This report will include protocols 068-10,20; 096; 097; and 098/103. Because 06/29/01 is the filing date for MK-663 NDA, the Team agreed to target the filing date of the SUR for T-06/22/01. Patient visit cut-off date occurred on 21 Nov 00. Last patient submitted for review was completed on 04 Dec 00 for Prot. 097 and on 12 Jan 01 for Prot. 096 and 068. Medical review by patient was completed on 26 Jan 01. All files were frozen by 22-Feb-01 (19-Feb-01). **Safety tables are being delivered to Clinical on a roll-out basis.** |

Confidential - Subject To Protective Order

MRK-ABP0017063

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Basic Research | Complete studies in pro-thrombotic animal model. | | Based on the clinical results of the VIGOR trial the FDA requested more data on thrombosis using an animal model. Basic Research has done preliminary studies to evaluate which model to use and the monkey was selected. They are currently determining dosing for VIOXX, NSAIDS, and Celebrex and once established will review the proposed protocol with Clinical as well as regulatory. The Team would like to have data in time for the VIGOR advisory committee meeting: this request was accommodated by rolling out data from priority treament groups first. |
| Clinical Pharmacology | Complete Gastric Biopsy study vs. Naproxen (#092) (UK). | A-3/1999 | **Study Design:** A 2-part, 2-period crossover study. Part 1 (N=24) will assess the effect of 50mg MK-0966 and Naproxen on ex vivo PG synthesis in gastric biopsy tissues after multiple doses and Part 2 will assess the same effects in gastric biopsy using MK-0663 vs Naproxen (protocol is being amended to exclude Nabumetone and Meloxicam due to results from the pilot study). Subjects will have a baseline endoscopy followed by 5 days of therapy and then an endoscopy/biopsy/PG synthesis at the end of each period. FPI for Part 1 A-12/1/98, LPI A -1/99, 15 subjects completed Period 1 of Part 1 and 13 subjects completed Period 2. LPO for Part 1, A-3/19/99. **Status:** Results were needed for discussions with regulatory agencies T-2Q99 and data was available for the FDA advisory committee meeting (A-4/20/99). **Results:** Naproxen treatment resulted in ~70% inhibition of gastric PG synthesis and 50mg MK-0966 had no effect on PG synthesis. The protocol was amended so that Part II, which includes MK-0663 will be a separate protocol. The CSR went through review and final approval and was pending clean-up of CTS data, A-7/00(5/00). Protocol specific reports from CTS are still outstanding and require UAT before deployment. SAS Transport Files C-22-Nov-00. WCQAR Approved CSR: C-28-Jul-00, Published Approved CSR C-10-Oct-00. |

Confidential - Subject To Protective Order

MRK-ABP0017064

## CRRC CRITICAL ACTIVITIES

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | Complete Synovial Fluid Prostaglandin study #1(Intl) (#049). | A-12/1998 | Study to evaluate and compare the effects of 50mg MK-0966 (N=7), 50mg tid diclofenac (N=7) and pbo (N=7) on synovial fluid PGE2 in patients with RA. (Same study design as Prot. 081.) This study may be done at 2 sites in Italy (Pisa and Padua). The primary investigator estimates study will take 8-10 mos to complete (study requires NSAID naive patients). The site has completed the validation studies. CSA approval was held up due to lack of a review committee within the agency. Recent revised Italian regulations only require ERC approval to study approval. As of 1/12/98 Italy received approval. New diclofenac supplies were sent to the subsidiary since original supplies had been in the subsidiary>1yr. Study is being monitored by Clin Pharm-Brussels; data will be entered into MiniDoc database. FPI 6/2/98, 13pts were enrolled and LPO A-12/21/98. Results C-5/99 (2/99). Total number patients required between prot 049 and 081 was 21 (25 were enrolled). This study will support the RA claim and was not in the 12/98 WMA. **Results:** Data were combined for Prot 049 and 081 and a single CSR will be written. Both VIOXX and diclofenac produce significant inhibition of PGE2 in whole blood: percent change from baseline for LPS stimulated whole blood PGE2 was +66% for Pbo, -92% for VIOXX and -96% for diclofenac. VIOXX is present in synovial fluid (~50% of plasma concentration at a single timepoint) and synovial fluid PGE2 inhibition was demonstrated as percent change from baseline as -17% for pbo, -52% for VIOXX and -89% for diclofenac. In addition, there was no correlation between synovial fluid concentration and inhibition of PGE2. **CSR Status:** Final data clean-up and report writing have been on hold due to resource contraints within clinical. In 7/00 a Medical Monitor was assigned to this CSR and an MPC was assigned to complete the data review.  Frozen File: C-10/24/00 (5/3/00).  The CSR for 049/081 was on the critical path for the RA filing.  Draft to Authors' Management: C-13-Nov-00 (13-Oct-00); Draft CSR into Review #1: C-28-Nov-00 (27-Oct-00), into Review #2: C-13-Dec-00 (16-Nov-00); WCQAR CSR Approved: C-15-Jan-01 (07-Dec-00); Published CSR Approved: C-21-Jan-01. |

Confidential - Subject To Protective Order

MRK-ABP0017065

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001** <br> **IMA Submission - 1Q2001** | | |
| Clinical Research | Complete Synovial Fluid Prostaglandin Study #2 (US) (#081). | A-12/1998 | Study to evaluate and compare the effects of 50mg MK-0966 (N=7), 50mg tid diclofenac (N=7) and pbo (N=7) on synovial fluid PGE2 in patients with RA. Biochemical selectivity of MK-0966 in blood will be evaluated by comparing the effect of MK-0966, diclofenac and pbo on LPS-stimulated whole blood PGE2 and serum TXB2.  At the time of dosing, pts will not be taking concomitant nonstudy NSAID therapy. Prostaglandin determinations will be done in the laboratory of Dr. Carlo Patrono (Italy) and MRL clinical development laboratory. MK-0966 synovial fluid levels and plasma concentration assays will be performed by MRL drug metabolism.  One site in Alabama is participating. IRB approval received 3/98(2/98); FPI 5/7/98, 12pts enrolled and LPO A-12/21/98. Results A-5/99 (2/99).  Site was ready to begin study in 4/98 however, drug was not shipped until 4/30/98 due to a problem with document tracking system within PR&D. A second site in the US (NYU) began enrolling pts end 7/98. This study will support the RA claim and was not  included in the 12/98 WMA. <br> **Results:** Data was combined for Prot 049 and 081.  Both VIOXX and diclofenac produce significant inhibition of PGE2 in whole blood: percent change from baseline for LPS stimulated whole blood PGE2 was +66% for Pbo, -92% for VIOXX and -96% for diclofenac.  VIOXX is present in synovial fluid (~50% of plasma concentration at a single timepoint) and synovial fluid PGE2 inhibition was demonstrated as percent change from baseline as -17% for pbo, -52% for VIOXX and -89% for diclofenac. In addition, there was no correlation between synovial fluid concentration and inhibition of PGE2. <br> **CSR:** Final data clean-up and report writing have been on hold due to resource contraints within clinical. In 7/00 a Medical Monitor was assigned to this CSR and an MPC was assigned to complete the data review.  Frozen File C-09/29/00 (10/6/00).  The CSR for 049/081 was on the critical path for the RA filing.  Draft to Authors' Management: C-13-Nov-00 (13-Oct-00); Draft CSR into Review #1: C-28-Nov-00 (27-Oct-00),  into Review #2: C-13-Dec-00 (16-Nov-00); WCQAR CSR Approved: C-15-Jan-01 (07-Dec-00); Published CSR Approved: C-21-Feb-01. |
| Clinical Research | FPI into Extension #2 to Phase IIb DRF study in RA (#068-20). | A-12/1999 | FPI A-12/21/99. |

Confidential - Subject To Protective Order

MRK-ABP0017066

CRRC CRITICAL ACTIVITIES

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | LPO PK study #2 in juvenile RA patients, 2-11 yrs old (US-109/intl-110). | A-3/2000 | **Objectives:** To evaluate the steady-state plasma concentration profile of MK-0966 (suspension formulation) in JRA patients from two age groups: 6-11 yrs and 2-5 yrs. To compare the steady-state AUC of weight-adjusted MK-0966 doses in 6-11yr olds and 2-5 yr olds to historical data from adults dosed with 25mg daily. To evaluate the safety and tolerability of doses of oral suspension MK-0966 in 2-11 yr olds with JRA. |

**Study Design:** A PK study in 16 children aged 2-11 yrs (8pts age 6-11yrs and 8pts age 2-5yrs). Design is a 2-week open, oral dose study to evaluate the steady-state plasma concentration profile of MK-0966. The MK-0966 doses will be adjusted for patient weight to give an AUC similar to 25mg daily in adult historical controls. Patients weighing 30 to 40kg will receive 4mls of a 2.5mg/ml MK-0966 oral suspension, patients weighing >=20kg and <30kg will receive 3mls of the suspension and patients weighing >=10kg and <20kg will receive 2mls of the suspension. Given the timing to develop a pbo suspension to match Naproxen oral suspension, a blinded safety extension will not be included. Four intl sites in 4 countries(Norway, Mexico, Peru and Brazil) and 2 site in the US will participate in this study.

**Status:** An investigator's meeting was held the first week of November. FPI occurred in Norway on 12/8/99 and LPO A-3/26/00 . A total of 24 patients were randomized (7 in the US and 17 Int'l).

**Results:** Preliminary biopharm data were delivered to BARDS 5/25/00 (5/5/00). Frozen File C-6/12/00. A PK results meeting between clinical, BARDS and Drug Metabolism was held on 6/19/00. The consensus for dosing is the following: 6-11 yr olds will be given 0.35mpk/day and 0.7mpk/day of oral suspension. The preliminary decision on doses for the younger children (2-5 yr olds) is 0.35mpk/day and 0.7mpk/day. Additional PK data will be obtained in the 2-5 yr olds before finalizing the dosing for this age group. A minimum of eight patients have to be enrolled. Three patients have been enrolled in the U.S. and five have been pre-identified in Peru. Peru anticipates enrollment of all 5 patients by the end of November. The "box" study will be included in the RA WMA. The confirmatory data in the additional 2-5 year old patients will be filed with the efficacy trial. Drug metabolism results for the 2-5 yr-old extension were available on 19-Dec-00. The results demonstrated that the upper dose had to be reduced from 0.7 to 0.6 mpk/day and the lower dose from 0.35 to 0.30 mpk/day to match the 25 mg dose recommended for RA in adults.

**CSR Status:** The stat analysis was C-7/31/00. Draft CSR to author's management A-10/06/00. Review #1 C-11/02/00 (08/01/00), Review #2 C-11/22/00 (09/08/00), WCQAR Approved CSR: C-11-Jan-01, Published CSR Approved: C-21-Feb-01.

Confidential - Subject To Protective Order

MRK-ABP0017067

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | LPO PK study #1 in juvenile RA patients, 12-17 yrs old (#105). | A-4/2000 | A consultants meeting was held 2/10/99. jRA is an orphan disease which effects approx. 50,000 children in the US. The consultants recommended that we seek a claim based on PK data but felt it unlikely that the FDA would require an efficacy study for a specific indication (an efficacy trial would be difficult to enroll). **Study Design:** Study #1 is a Steady State PK study + safety extension in 10 adolescents aged 12-18 yrs. Treatment groups in the extension will include 12.5 and 25mg VIOXX, 375mg and 500mg Naproxen. Blinding of the naproxen 375mg tablet was the rate limiting step for this study. PR&D pursued two options for the blinding: 1. overencapsulation and 2. exactly matching pbo. PR&D will manufacture an exactly matching pbo, they received tooling for both 375-mg and 250-mg Naproxen tablets in late 4/99. The 375-mg placebo supplies were manufactured by end of 5/99. Using a compressed timeline for packaging and release, supplies were available to ship 6/18/99. Since the protocol was changed in 5/99 to include 375mg and 500mg naproxen (vs 250 and 375mg naproxen), the 250mg tablets will not be needed at this time. FPI A-8/14/99 (6/99) and LPI A-12/7/99 - 11 patients were randomized. LPO for Part 1 (PK) of the study C-12/22/99 and all samples were sent to Drug Metabolism by the early 1/00. LPO A-4/3/00. **Results:** Biopharm data were delivered 5/25/00 (T-5/5/00). Frozen File C-6/9/00. A PK results meeting between clinical, BARDs and Drug Metabolism was held on 6/19/00. The consensus for dosing is the following: adolescents 12-17yrs will be given 12.5 -25mg /day (tablets). **CSR Status:** Draft CSR to Author's Management A-10/04/00. Review #1 C-11/02//00 (08/01/00), Review #2 C-11/22/00 (09/08/00), WCQAR Approved CSR: C-05-Jan-01, Published CSR Approved: C-21-Feb-01. |

Confidential - Subject To Protective Order

MRK-ABP0017068

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
**Phase V**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | LPO- Phase III RA study vs Naproxen (Intl) (097). | A-5/2000 | The primary objective of the two phase III efficacy studies will be to demonstrate superior clinical efficacy of MK-0966 25mg compared with pbo over a 12 week period. The int'l study includes a 50mg vs pbo objective and the domestic study includes an exploratory 12.5mg comparison objective. Both studies are designed to explore the efficacy response to fixed dose escalations of MK-0966. Drug supplies were ordered at risk for MK; final dose was discussed at 12/3/98 CDOC. Prelim. analysis of 068 showed that 25 and 50mg have similar efficacy. **Endpoints:** The complete ACR core set with primary endpoints of tender joint count, swollen joint count, investigator global assessment (Likert) and patient global assessment (100mm VAS). **Study Design:** Int'l study - pbo (N=280), 25mg MK (N=280), 50mg MK (N=280) or naproxen 500mg bid (N=140) for 12 weeks followed by a dose escalation in which pbo pts switch to either 25mg MK or naproxen and 25mg MK pts switch to 50mg MK for 40 weeks. **Status:** The CSA packages were sent to the subsidiaries in 3/99. An investigator's meeting was held May 11-12 in Berlin. FPI A-5/10/99 (end-4/99), LP A-2/18/00, LPO C-5/26/00 (WMA cut-off date to include 14 weeks treatment plus accrued safety data ), LPO (52 wks trtmt) T-2/01. 1056 patients were randomized. Frozen file A-8/1/00 (7/31/00). Data cut-off was based on all patients completing Part I and the first Part II assessment. Future frozen files will be done for the SUR and when all patients have completed the Part II period. **Results:** Both 25 and 50 mg were superior to Pbo for all primary endpoints (tender joint count, swollen joint count, investigator global assessment, and patient global assessment) and ACR20. There was no significant difference between VIOXX 25 mg or 50 mg and Naproxen. Results from the first two weeks of dose escalation showed that there was no significant increase in efficacy when the dose was escalated from 25 mg to 50 mg vs. remaining at 25 mg. In addition, discontinuations due to lack of efficacy were significantly lower in all treatment groups than in the Pbo group. The incidence of hypertension was higher for VIOXX 25 mg and 50 mg (6.7% and 6.4%, respectively) than for Pbo and Naproxen (2.3 % and 2.7% respectively). However, discontinuations due to HT were rare. One PUB was reported for VIOXX 25 mg, 1 for VIOXX 50 mg and 5 for Naproxen. Data support 25 mg as the maximum RA dose. **CSR Status:** Stat analysis C-9/14/00. Draft CSR to author's management C-9/22/00. Into Review #1 C-10/9/00, into Review #2 C-10/26/00, WCQAR Approved CSR C-11/21/00 (10/11/00), Published Approved CSR: C-21-Feb-01. |

Confidential - Subject To Protective Order

MRK-ABP0017069

**CRRC CRITICAL ACTIVITIES**
**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | LPO (14 weeks trtmt) Phase III RA study vs Naproxen (US) (096). | A-7/2000 | Two Phase III efficacy studies vs Naproxen are being planned for the RA program (one US and one Intl). The primary objective will be to demonstrate superior clinical efficacy of MK-0966 25mg compared with pbo over a 12 week period. The int'l study includes a 50mg vs pbo objective and the domestic study includes an exploratory 12.5mg comparison objective. Both studies are designed to explore the efficacy response to fixed dose escalations of MK-0966. Drug supplies were ordered at risk for MK; final dose was discussed at 12/3/98 CDOC. Prelim. analysis of 068 showed that 25 and 50mg have similar efficacy. **Endpoints:** The complete ACR core set with primary endpoints of tender joint count, swollen joint count, investigator global assessment (Likert) and patient global assessment (100mm VAS). **Study Design:** US - pbo (N=280),12.5mg MK (N=140), 25mg MK (N=280), and Naproxen 500mg bid (N=140) for 12weeks followed by a dose escalation in which pbo and 12.5mg MK pts switch to either 25mg MK or naproxen and the 25mg MK pts switch to 50mg MK for 40 weeks. **Status:** The first investigator meeting was held March 3-5 and a second meeting was held April 9-10. 11/99- LPI extended to 2/00 due to slow enrollment. In addition, ex-US sites were added to help bolster enrollment numbers. FPI A-3/30/99, LPI A-4/14/00 (12/99), LPO C-7/21/00 (4/00) (WMA cut-off date to include 14 wks treatment plus accrued safety data), LPO (52 wks trtmt) T-4/01. 1213 patients were screened, 909 were randomized and 310 patients have discontinued. Forty-one SAEs have been reported, 29 of which the investigators felt were not related to the study drug. Two PUBs have been reported. Data review is ongoing. Frozen File C-09/13/00. Data cut-off was based on all patients completing Part I and the first Part II assessment. Future frozen files will be done for the SUR and when all patients have completed the Part II period. Stats analysis delivered to clinical: T-10/18/00. **Results:** Data were presented at the 10/4/00 CDOC. The preliminary results from protocol 096 are consistent with results from protocol 097. The efficacy of VIOXX 25 mg and Naproxen are comparable and are superior to pbo on four out of four primary endpoints and on ACR20. VIOXX 12.5 mg does not meet the efficacy criteria for 3 out of 4 primary endpoints (hit on 2 out of 4). These data confirm that VIOXX 25 mg is the efficacious dose, which corroborates the strategy of filing 25 mg as the only dose for RA. Discontinuations due to hypertension were rare: one for pbo, one for VIOXX 25 mg, one for VIOXX 12.5 mg. **CSR Status:** Draft CSR enters Authors' Management Review: T-10/27/00. Into Review #1 C-11/13/00, into Review #2 C-01-Dec-00 (11/30/00), WCQAR Approved CSR C-22-Dec-00, Published Approved CSR: C-21-Feb-01. |

Prepared: 4/3/01

Confidential - Subject To Protective Order

MRK-ABP0017070

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                CRRC Meeting: 04/10/2001
Phase V                                                                                                     Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research | LPO Phase III RA Endoscopy study (US-098/intl-103). | A-7/2000 | **Objectives:** Demonstrate superior GI safety of MK-0966 to naproxen 500mg bid following 12 weeks of treatment. One study in RA patients will be done under two protocol numbers (US/int'l). One combined analysis will be done, the studies will not be analyzed separately. **Endpoints:** GI Ulcers (>=3mm). **Study Design:** A multicenter (~35 sites) parallel group, pbo-controlled study in a total of 525 evaluable patients. Treatment groups will be 50mg MK-0966 (N=175), Naproxen 500mg bid (N=175) and pbo (N=175). Endoscopies will be done at baseline, 6 weeks and 12 weeks. Paracetamol 650mg qid prn will be allowed as a rescue med for arthritis pain only. Gelusil prn will be allowed for minor upper GI symptoms. Protocol was presented to CDOC 2/3/99 and CDOC recommended revising timing for FPI from 4/99 to 6/99 to eliminate the pt recruiting competition with the VIGOR trial. The US study will enroll 230 pts (revised from 330) at 20 sites and the int'l study will enroll 430 pts (revised from 330) at ~16 sites. **Status:** FPI was achieved 6/21/99 in prot 098. Protocol #103 - The first patient was randomized in August (C-8/24/99). A total of 883 pts were screened and 716/660 patients were randomized, 11 discontinuations and 2 SAEs reported - US/Int'l combined. Data entry and review is ongoing. 11/99 - Decision was made to extend recruitment beyond 12/99 due to slow enrollment. LPI A-4/11/00, LPO T-7/18/00. Frozen File for the 098 cohort: C-08/31/00, for the 103 cohort: C-09/15/00. **Results:** Data were presented at the 10/18/00 CDOC. The study was positive: the incidence of gastric ulcers was significantly higher with Naproxen (22.07%) than with VIOXX (5.88%) and Pbo (1.97%). The difference between VIOXX and Pbo was also significant. The incidence of gastric and/or duodenal erosions was significantly less with VIOXX than with Naproxen. Overall, VIOXX was well-tolerated: no significant difference in the incidence of edema between treatments, and discontinuations due to AEs of the digestive system or to abdominal pain were higher for Naproxen (6.8%) than for VIOXX (6.4%). The incidence of hypertension was signicantly greater for VIOXX (6.4%) than for Naproxen (0.9%), although no discontinuation due to hypertension was reported. One AE due to CHF was reported with VIOXX. **CSR Status:** Draft CSR to Authors' Management: T-10/27/00. Into Review #1 C-1/13/00, into Review #2 C-01-Dec-00, WCQAR Approved CSR C-23-Dec-00, Published Approved CSR: C-21-Feb-01. |
| Clinical Research | LPO into Extension #1 to Phase IIb DRF study in RA (#068-10.20). | A-7/2000 | A 2 yr extension (wks 53-104) to 068-00. **Status:** FPI A-12/7/98, LPI A-7/7/99, LPO C-7/18/00. ~375 pts entered this extension Interim Report (to be included in the RA filing): Frozen File C-07/10/00, into Authors' Management C-09/01/00, into Review #1 C-09/22/00, into Review #2 C-10/10/00, WCQAR Approved CSR C-11/02/00, Published Approved CSR: C-21-Feb-01. |
| Clinical Research | Complete the CSR for the PK extension study in juvenile RA patients, 2-5 yr old (US-109/intl-110). | 3Q2001 | The preliminary decision on doses for the younger children (2-5 yr olds) is 0.35mpk/day and 0.7mpk/day. However, additional PK data in children (2-5 yr olds) were required to finalize the dosing for this age group. Eight patients were enrolled: three patients in the U.S. and five in Peru in Nov00. These confirmatory data will be filed with the efficacy trial (PN 134 &135). Drug metabolism results for the 2-5 yr-old extension were available on 19-Dec-00. The results demonstrated that the upper dose had to be reduced from 0.7 to 0.6 mpk/day and the lower dose from 0.35 to 0.30 mpk/day to match the 25 mg dose recommended for RA in adults. **Status of the CSR:** Last patient submit for review was complete on 26-Jan-01. **Complete file occurred on 07-Mar-01 and Frozen Files on 09-Mar-01. Clean file is targeted for 06-Apr-01 and statistical analysis is targeted for delivery to clinical on 04-May-01.** |

Confidential - Subject To Protective Order                                                MRK-ABP0017071

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **NDA Submission - 1Q2001 IMA Submission - 1Q2001** | | |
| Clinical Research - Phase V | Meta-Analysis of Cardiovascular/Thrombotic Events Rates. | A-12/2000 | This analysis is conducted to determine the incidence of cardiovascular/thrombotic events in patients treated with COXIBs (Rofecoxib and Etoricoxib) compared with patients treated with non-selective NSAIDS, placebo, and Naproxen. The DAP was presented to CDOC on 04-Oct-00. An exploratory analysis will be conducted as background information for the VIGOR Advisory Committee meeting. This analysis showed that the rates of CV events were similar on Rofecoxib compared with placebo and non naproxen NSAIDs. |
| Regulatory Affairs | Request for pediatric exclusivity . | A-7/1999 | An initial written request was sent to the Agency on 7/29/99 and the FDA responded early 12/99. The FDA denied our request to use the two PK studies for a pediatric claim and requested that we do efficacy trials. Regulatory Affairs submitted a package with a response by 2/25/00 (2/10/00) to request a waiver to the pediatric rule. In addition, they will need to submit the efficacy protocol along with a timeline for RA efficacy trials for exclusivity.  The finalized protocol for pediatric efficacy was sent to the Agency (31 August 00), along with a prompt for a written request. Merck's proposal is to submit data from the 12-week base study along with proposed draft pediatric labeling for VIOXX by 10/1/01. There is interest in obtaining a request for exclusivity in acute analgesia in children (b/c we already have an indication for this in adults). Regulatory, Clinical and Legal will be discussing further to determine the strategy. As of 13 Dec 00,  the FDA review division had not completed the review, and thus the request had not yet been forwarded to the Pediatric Task Force division.  Enrollment was initiated Dec 00 to meet 01 October 01 filing date; consequently, FPI occurred before receipt of FDA written request.  At the teleconference held 17 Jan 01 with FDA to discuss several issues related to the Cox-2 inhibitor programs,  the FDA stated that the Written Request will be ready end of April 01.  Because of the delay in providing the team with the Written Request, the Agency committed to extending accordingly the team deadline for filing the JRA studies. **Because MRL does not have an approved adult RA indication, the written request will not be issued before approval of the adult RA application.  The adult RA application arrived at FDA on 01-March-01, and therefore  the written request will not be issued before end of December 01, estimated date for the approval of the adult RA indication, provided that the application is granted a 10-month review. Discussions with FDA are ongoing.** |

Confidential - Subject To Protective Order

MRK-ABP0017072

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 04/10/2001
Phase V                                                                                      Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Cancer)** | | | |
| Project Team Objectives | Complete 75% enrollment in the Familial Adenomatous Polyposis (FAP). | 4Q2001 | FPI: C-Oct-00. |
| Project Team Objectives | Complete enrollment in the colon polyps study. | 4Q2001 | This is a MRL Laboratory objective. |
| Franchise Strategy/ Issues | RPRC Program Review. | A-2/2000 | An RPRC VIOXX Cancer review was held on 2/17/00. The objective of this meeting was to review the role of VIOXX in chemoprevention/chemotherapy and gain support for preclinical and clinical studies. The committee agreed that clinical studies in colon cancer, prostate cancer and possibly Barrett's esophagus should be done as well as the appropriate supportive pre-clinical studies. For 2000, the team was advised to look in the franchise budget to fund the studies not currently within the MRL budget. |
| Clinical Research - Phase V | Initiate FAP trial (#129). | A-9/2000 | **Objective:** Evaluate efficacy compared with Placebo in treatment of rectal adenomas. |
| | | | **Endpoints:** Primary - rectal polyp numbers, Secondary - rectal polyp size and global assessment of rectum. |
| | | | **Design:** N~ 70. Familial adenomatous polyposis (FAP) is an autosomal dominant disorder characterized by the formation of hundreds of colorectal adenomas in young adults. Virtually all patients with FAP will have colorectal cancer by the fifth decade of life if prophylactic colorectomy is not performed. Searle has already received accelerated approval for an FAP where they demonstrated that a relatively high dose of celebrex (400mg bid) was effective in the treatment of FAP. The study conducted by MRL with VIOXX 25mg  vs placebo will be used for publication only. Patients must have >= 5 assessable polyps to be eligible for the study and once enrolled they will be treated for  6 months.  The protocol was reviewed at the 4/5/00 CDOC and has been finalized. The protocol was amended to allow the use of low dose aspirin for cardiac prophylaxis, and the number of evaluable polyps has been changed to read "minimum of 5" instead of "5", at the statistician's request. |
| | | | **Status:** Clinical/CROPS have identified 11 sites (1 in Canada, 9 in US, 1 in Brussels).  Identifying sites has been difficult due to the lack of available FAP patients. Eight domestic sites and two international sites (Belgium and Canada) will participate in the study.  FPI A-10/00 in the U.S.  LPO: 2Q02. Canada began screening in Nov 00, and Belgium targets to begin screening in Jan 01. The study is on target to achieve 75% enrollment by 4Q01.  As of 22 Feb, 5 patients were enrolled. |

Confidential - Subject To Protective Order                                         MRK-ABP0017073

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Cancer)** | | | |
| Clinical Research - Phase V | Initiate study to evaluate effectiveness of VIOXX to prevent recurrence of colorectal cancer (intl) (VICTOR Trial) (#145). | 2Q2001 | This is a proposal from Prof. Langman (UK) for which the primary objective is to assess the ability of VIOXX to decrease the incidence of recurrent colorectal cancer in patients with a prior diagnosis of Dukes Stage B or C colorectal cancer following completion of primary chemotherapy. The study would be a large (N=7000) multi-center placebo-controlled trial of VIOXX vs placebo. Patients would be treated for two years with annual follow-up for determination of cancer recurrence or death. The study would be managed by the QUASAR group ( a multicenter center group of oncologists in the UK with experience in conducting large-scale clinical trials) and Merck will provide funding and clinical supplies for this study. The concept for this study was agreed to at the 2/17/00 RPRC review of VIOXX. The protocol was reviewed at the 6/7/00 CDOC meeting; the concept was approvable, however, there are several logistical issues which need to be worked out. FPI:T-2Q01 (4Q00); LPO: T-2Q11. The protocol has been finalized and approved by the MCA, but issues about budget and monitoring are pending. The protocol was presented at the Intergroup meeting in September 00. If other groups from the Intergroup decide to participate in the study, the study will then be conducted with the NCI which would speed up enrollment. The protocol may then need to be altered since NCI will also want to look at polyp recurrence. The extent of U.S. participation is still being discussed. The North Central Cancer Treatment Group will participate, SWOG and NCI are still considering participation. |
| Clinical Research - Phase V | Initiate prevention of progression of prostate cancer study following radical prostatectomy. | 5/2001 | This proposed MRL study is a multicenter trial to evaluate the effect of VIOXX, finasteride, VIOXX + finasteride and Pbo on the recurrence of prostate cancer in men who have undergone radical prostatectomy and are at high risk for recurrence. This proposal was agreed to at the 2/17/00 RPRC review. This will be a 2 year study in approx. 1000 men and should take approx. 1-2 years to recruit. This study will be managed by the Proscar Franchise. At 09-Feb-01 CRRC, it was decided that the finasteride arm will be removed. FPI may not be achieved until May-01; LPI: 2Q04; LPO: 2Q05. |

Confidential - Subject To Protective Order

MRK-ABP0017074

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 04/10/2001
Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor)**
**(Cancer)**

| | | | |
|---|---|---|---|
| Clinical Research - Phase V | Complete enrollment of the Colon Polyps Study (US/intl) (#122). | 12/2001 | **Objectives:** The primary objective is to determine the cumulative incidence of recurrence of colorectal adenomas during 156 weeks of treatment.<br>**Endpoints:** Primary endpoint is the development of a colorectal adenoma defined as a polyp at least 5mm in its greatest dimension with confirmed neoplastic changes on histologic exam by the referral laboratory. An interim analysis will be done at year 1.<br>**Study design:** To assess the effect of 156wks of treatment with 50mg MK-0966, 25mg MK-0966 or pbo on the recurrence of colorectal adenomas. ~40-50 US sites will participate and enroll ~1550pts patients (require 1236 evaluable pts). Approx. 45 sites in 35 countries are participating. Study will have a 12mo enrollment period. Colonoscopy will be done at baseline, week 52 and week 156 or at the time of discontinuation. A consultants meeting was held on 8/3/98 (6/98). Study start was delayed to 4Q99 due to budgetary constraints. The protocol was reviewed at the 9/1/99 CDOC meeting. The investigator meeting was held 12/1-2/99. After release of the preliminary VIGOR results, a decision was made to drop the 50mg treatment arm in favor of allowing up to 20% of patients on concomitant low dose aspirin. This increased the sample size in the remaining 2 treatment groups but does not change the total N for the study.<br>**Status:**<br><u>US:</u> FPI A-12/99 in the US. LPI T-2Q01, LPO T-2Q04. The US increased the number of sites to 40 to ensure rapid enrollment. A second and third US investigators' meeting were held February 00 and 18-19 October 00, respectively. An interim US investigator meeting was held 5-7 Jan-01. The issue of patient retention was addressed at this meeting. **As of 25-Feb01, 900 patients have been screened and 606 enrolled at 37 active sites; 31 discontinuations and 25 SAEs (none drug-related) were reported. Ten of the 12 sites that were added in Oct 00 have been activated.**<br><u>Intl:</u> FPI A-5/28/00. LPI T-3Q01, LPO T-2Q04. An int'l investigators' meeting was held 3/21-22/00 in Rome. There are a total of 57 int'l sites. **As of 27-Feb-01, 695 patients have been screened and 413 enrolled at 53/68 sites in 27/29 countries.** A follow-up investigators' meeting was held on 21 Feb 01. Interim analysis should be available T-1Q03.<br>The background package for the EMEA (European Medicines Evaluation Agency) requesting scientific advice was sent on 6/5/00. It may take up to four months for a response from the EMEA. The response from the EMEA was received on September 21th. |

Confidential - Subject To Protective Order

MRK-ABP0017075

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY          CRRC Meeting: 04/10/2001
Phase V                                                                                              Issued: 04/03/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Pediatric program)** | | | |
| Project Team | File sNDA for JRA. | TBD | To meet the sunset date for the FDAMA rule for patent exclusivity the efficacy study must be filed with the FDA 90days prior to the sunset date. Therefore, the sNDA for JRA is targeted for 01-Oct-01. However, because at the 17-Jan-01 teleconference FDA mentioned that the Written Request will not be ready before the end of April 01, the filing may be delayed accordingly.  FDA committed to providing the team with an extension that will reflect FDA's delay in responding to the team's request for the written document.  The enrollment was extended until at least the end of March.  **Because it is highly unlikely that FDA will provide a written request before end of December 01, the filing of the JRA studies will be delayed accordingly.  Therfore, the MRL Lab Objective which is to file the sWMA in 4Q01 will not be met.  Regulatory is actively pursuing discussions with FDA.** |
| Clinical Research - Phase V | JRA consultants meeting. | A-1/2000 | A consultants meeting was held on 1/24/00 to discuss efficacy trial design for the JRA program. The consultants agreed that a placebo controlled trial would not be feasible and that an active comparator control would be required. The study design would be 2 doses of VIOXX vs naproxen suspension. Patients ages 2-17yrs will be randomized into the trial. |

Confidential - Subject To Protective Order                                                                 MRK-ABP0017076

**CRRC CRITICAL ACTIVITIES**

| HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY | | | CRRC Meeting: 04/10/2001 |
| :--- | :--- | :--- | ---: |
| **Phase V** | | | Issued: 04/03/2001 |

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
| :--- | :--- | :--- | :--- |

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor)**
**(Pediatric program)**

| Clinical Research - Phase V | Initiate efficacy trial in JRA patients (Prot 134-US/135-Int'l). | A-12/2000 | **Endpoints:** Primary endpoint is patient/parent global assessment of overall well being. |

**Study Design:** An efficacy trial in approx. 225 patients will evaluate 2 doses of VIOXX compared to naproxen oral suspension(15mpk/d taken as BID). Patients from ages 2-17 years will be included. Study will be 12 weeks followed by an open label extension for 40 weeks. Biopharm data were expected 5/5/00 and delivered 5/25/00. A PK results meeting between clinical, BARDs and Drug Metabolism was held on 6/19/00. The consensus for dosing is the following: adolescents 12-17yrs will be given 12.5 -25mg /day (tablets), 6-11 yr olds will be given 0.35mpk/day and 0.7mpk/day of oral suspension. The preliminary decision on doses for the younger children (2-5 yr olds) is 0.35mpk/day and 0.7mpk/day. Additional PK data will be obtained in the 2-5 yr olds before finalizing the dosing for this age group. The results of these additional PK studies were available end of Dec 00. The results demonstrated that the upper dose had to be reduced from 0.7 to 0.6 mg/kg/day and the lower dose from 0.35 to 0.30 mg/kg/day to match the 25 mg dose recommended for RA in adults. The subsidiaries were immediately informed of the need to lower the doses and to inform their IRB and ERC of the changes. Similarly, the protocol needs to be amended to reflect the change in doses. The efficacy protocol was reviewed at the July 19th CDOC. Plan is to use this study to meet the requirements for the pediatric rule and patent exclusivity; therefore, LPI must be met in early 2/01 to meet a filing date of 10/1/01(90 days before the sunset date for FDAMA). Two similar studies are conducted: one international study (protocol 135) and one domestic study (protocol 134). 20-25 centers will participate internationally. It is estimated that 25 sites will participate in the U.S., 18 or 19 abroad.

**Status: Enrollment was extended until 30-Mar-01 (was originally 28-Feb-01). As of 04-Mar-01, 270 patients have been screened and 218 randomized.** FPI ( 6-17 yr) C-Dec-00 (10/00); FPI (2-5 yr) C-01/01. LPI T-01-Apr-01(01-Mar-01); LPO T-06/01. Meetings with international investigators and U.S. investigators were held respectively, 7 -8 Nov-00 and 14-15 Nov 00.

**Note:** The FDA written request has not been received. Consequently, the studies have been initiated at risk. FPI for the extension occurred end of Feb 01. Clinical is planning for two extension scenarios: one with and one without a two week placebo-controlled period, but was expecting the written request before the study was reaching the extension phase. Now, if the written request is delayed until April, the team will not have any guidance from FDA to determine what is the most appropriate extension scenario. Therefore, whether to temporarily stop the enrollment or slow it down until receipt of FDA written request is being discussed. These issues were discussed at 25 Jan 01 CRRC meeting. CRRC recommended that the contingency extension not be implemented and suggested that enrollment deadline be extended by one month. Regulatory will contact FDA again to emphasize that MRL's assumption when planning for the studies was that the written request would be received within four months of sending the prompt, thus on 31 Dec. 00. In addition, Regulatory will attempt to convince FDA to provide a response earlier than end of April. ▐▐▐ PRIVILEGE REDACTION ▐▐▐ PRIVILEGE REDACTION ▐▐▐ FDA informed MRL that the written request may not be provided before the end of Dec01 because MRL does not yet have an adult RA indication, and therefore the pediatric studies cannot be bridged to an adult indication and are, as standing alone studies, insufficient to support a pediatric indication. Regulatory is actively pursuing discussion with FDA.

Confidential - Subject To Protective Order                                          MRK-ABP0017077

OP – Redacted – other product

[redacted]

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

MK-0663 - Japan (Cyclooxygenase-2 Inhibitor (second entry)) ....... 81
MK-0663 (Cyclooxygenase-2 Inhibitor (second entry)) ....... 83
MK-0966 - Japan (Cyclooxygenase-2 Inhibitor) ....... 107
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team ....... 112
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia) ....... 119
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis) ....... 133
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Cancer) ....... 138
VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Pediatric program) ....... 141

OP – Redacted – other product

[redacted]

Confidential - Subject To Protective Order MRK-ABP0017195

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| MK-0966 - Japan (Cyclooxygenase-2 Inhibitor) | JNDA Submission - 2Q2002 JNDA Approval - 2Q2004 | | |
| | KEY ISSUES | | (3rd year sales - Yen 22.7 billion, $162.0 million). |

At the unofficial consultation with the Kikou on 2/17/00, it was commented that 1) inclusion of the OA claim in the JNDA is indispensable, and 2) the superiority to NSAIDs at the doses used in Japan needs to be demonstrated, and 3) the approval process of MK-0966 could be affected if the MK-0663 JNDA is filed before approval of the MK-0966 JNDA. Based on these comments, Banyu made a decision to file the JNDA with the RA, OA and PDP claims by conducting an additional OA study to bridge to the MRL OA study data. Plans are to bridge to all the MRL data by conducting bridging studies for OA, RA and PDP in addition to a PK study.

A decision was made to conduct a placebo-controlled comparative OA study between MK-0966 and loxoprofen in OA patients who are chronic NSAIDs or acetaminophen users. It is planned to conduct the study in Latin American countries and in Japan. At the unofficial consultation with the Kikou for this approach on 9/19/00, the Kikou was in favor of the approach. It is rumored that the Kikou recommended to Yamanouchi/Searle in 3/01 that comparative studies between celecoxib and loxoprofen be conducted in pts with OA, RA and PDP, since their OA DRF study didn't support a bridging strategy. **It is considered that their JNDA will not be filed until 4Q02. Pharmacia is rumored to also be conducting a loxoprofen OA/RA comparative study outside of Japan.**

| Clinical Research | LPO - Phase IIb DRF OA study (#A211). | A-9/1999 | |

**Endpoints:** Final global improvement ratings, Overall safety, visual analogue scale (VAS) evaluation of pain during active exercise.
**Design/Dose:** The study was a 4wk DB fixed-dose (2.5, 12.5, 25 and 50mg) comparative study in a total of 240 (200 evaluable)pts with OA of the knees. FPI A-9/98. LPI A-9/99. The LPO was achieved on 9/29/99 with 282/240 pts.

The study was unblinded on 1/17/00. Results from the study are summarized below.
1. Final Global Improvement Ratings (Primary Endpoint)
2.5mg : 56.9%,  12.5mg : 60.9%
25mg : 61.1%,  50mg : 65.2%
There was no statistically significant difference between the 2.5mg group and the other dose groups.

2. Overall Safety Ratings
2.5mg : 74.2%,  12.5mg : 68.9%
25mg : 75.4%,  50mg : 51.4%
The 50mg group was statistically significantly worse than the other dose groups.

3. Usefulness Ratings
2.5mg : 43.7%,  12.5mg : 45.9%
25mg : 50.8%,  50mg : 40.0%
There was no statistically significant difference among the four groups, although the rating was worst in the 50mg group (reflecting the above overall safety ratings).

It was felt that the current bridging strategy cannot be supported with data from the study. A decision was made to conduct an additional OA study with the use of a protocol similar to that for the MRL study (#009), and to file the JNDA with the RA, OA and PDP claims.

Confidential - Subject To Protective Order

MRK-ABP0017301

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase IIb-III                                                                                          Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002** <br> **JNDA Approval - 2Q2004** | | |
| Clinical Research | Unblind - Phase IIb DRF PDP (Post-operative Dental Pain) study (#A213). | A-3/2000 | **Primary endpoint:** TOPAR8.  **Secondary endpoint:** Final global improvement ratings, Overall safety and Time until appearance of effect after administration until relapse of pain. <br> The chief investigator agreed to Banyu's proposal to run the study without conducting a Phase IIa pilot study.  The study was designed for bridging to use data from the MRL studies (Protocol 027) in the JNDA. Plans are to run a DB pbo controlled SD study in 310pts (280 evaluable) at a dose of Pbo,25, 50 and 100mg.  The objective of the study is to determine the clinical dose range in pts with moderate to severe pain following surgical extraction of the third Molar.  An investigators' kick-off meeting was held on 6/1/99.  14/14 sites accepted IRB applications.  FPI A-7/99.  Pt entry in the study was cut off with 432/310pts on 12/15/99, and the LPO was achieved on 12/22/99.  The study was unblinded on 3/30/00, and demonstrated that there was a dose-related increase of the scores in the primary endpoints (LSMEAN and TOPAR8).  All of the MK-0966 groups were shown to be better than in the placebo group with a statistically significant difference in terms of the efficacy.  There was no difference between the MK-0966 groups and the pbo group in terms of the safety. Data were comparable to data from the MRL studies.  It was considered that the predefined bridging criteria was supported with data from the study.  It was planned to have an official consultation with the Kikou on 8/4/00 to confirm the rationale for the dose and bridging criteria in PDP. However, the meeting was postponed, because an additional analysis of data was being made by MRL, and also further discussions on the dose selection and the strategy for running a comparative study with loxoprofen were considered necessary prior to a consultation meeting. At the 7/14/00 Task Force meeting, it was concluded that a 25mg dose should be selected as an optimal dose, and that no further studies will be conducted for the filing.  Upon determining the dose for RA and OA, an official consultation will be made. |
| Clinical Research | Unblind - Phase IIb DRF RA study (#A212). | A-3/2001 | **Endpoints:** Global improvement, defined as greater than 20% improvement in at least three of the following four efficacy endpoints : the number of tender joints, the pt assessment of disease activity (VAS), the pt assessment of pain (VAS) and the investigators assessment of disease activity (VAS). <br> **Design/Dose:** The study was a 4wk DB fixed-dose comparative study among pbo, 12.5, 25 and 50mg in a total of 320 (80 per dose) evaluable pts with RA at 60 sites. 340pts will be enrolled to have 320 evaluable CRFs.  Plans are not to include data from the study in the original JNDA, and to file the RA claim at a later date.  The study was designed for bridging to MRL Protocol 068 as main data for the JNDA. A protocol of the study was reviewed by the Kikou on 3/12/99.  Some comments on the entry criteria, the treatment period, the endpoints and others were given.  It was recommended that the bridging hypothesis be pre-defined in the protocol.  In order to ensure that the study can be a bridge to the MRL study, an attempt was made to minimize difference between the two protocols, i.e., disease activities at the start of the treatment period.  Those pts pretreated with NSAIDs were only enrolled.  All of them were subjected to 7-d of washout period. **Status:** FPI A-8/99.  **The LPO was achieved on 1/9/2001 with 366/340pts.  The study was unblinded on 3/30/01, and provided data to support the bridging strategy.  It was demonstrated that the efficacy in the 12.5, 25 and 50mg groups was significantly better than in the pbo group.  The safety profile of the 12.5 and 25mg groups was superior to that in the 50mg group.  It has been concluded that the results met the pre-defined criteria (10% difference of efficacy response rate with the MRL study).  The study also indicated that 25mg is an optimal dose for RA, and will be used in the Long-Term safety study in pts with RA.** |

Confidential - Subject To Protective Order                                          MRK-ABP0017302

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase IIb-III                                                                                   Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002** <br> **JNDA Approval - 2Q2004** | | |
| Clinical Research | LPI - Repeat OA study (#A221). | 5/2001 | **Primary Efficacy Endpoints:** Pts assessment of responses to therapy (0 to 4 Likert). <br> **Secondary Endpoints:** Pts assessment of pain walking (VAS), and Investigator's assessment of disease status. <br> **Dose:** Pbo, 2.5, 12.5 and 25mg. <br> **Design:** The study is a 4-wk pbo controlled double-blind study in 300 evaluable (4x75/group) pts. The doses are 2.5, 12.5 and 25mg. A proposed protocol for the study was officially consulted with the Kikou on 4/28/00. The key issues raised were 1) a dose selection, 2) the duration of treatment, 3) the primary endpoint and 4) the bridging criteria. <br><br> 1) The Kikou recommended that another dose group be included between pbo and 12.5mg so that a clearer dose-response relationship can be demonstrated. <br> 2) The Kikou accepted the treatment period of 4wks in the study. <br> 3) The Kikou accepted the primary endpoint of Pts' assessment of responses to therapy. <br> 4) The Kikou suggested that the Key secondary endpoints of Pts' assessment of walking pain (VAS) and Investigator's assessment of disease status. <br><br> In addition, the Kikou stated that acceptance of foreign clinical data did not necessarily mean that a long-term study in Japan is unnecessary, and that linear PK should be demonstrated with clinical doses. Banyu decided to run a long-term study and PK study. The study design is under discussion. <br><br> **Status:** A CTN was submitted on 6/9/00. A total of 340pts will be enrolled. The FPI was achieved in 8/00. **39/39 IRBs have accepted the protocol. 238/340pts have been enrolled. The SMO initially experienced difficulty in enrolling pts. However, there was a dramatic increase in 2-3/01. LPO 6/2001.** |
| Clinical Research | FPI - Long-term study - RA (#A601). | 5/2001 | **Endpoint :** Investigators/pts Assessment Disease Activity (VAS), adverse experiences, ECG, Investigators Assessment Overall Safety, Pain (VAS), MHAQ, MS, Investigators/pts Assessment Response to Therapy. <br> **Design/Dose :** The objective of the study is to determine the safety of MK-0966 in the long-term treatment in pts with RA. Plans are to run a 52-wk open study in 150pts with RA. **On the basis of data from the DRF study (#A212), the dosage in the study will be 25mg once-a-day.** Six-mo interim data (T-1Q2002) will be included in the JNDA followed by 12-mo data at a later date. LPO 3Q2002. <br> **Status :** Initiation of the study remains on target for 5/2001. |
| Clinical Research | LPO - DB FAP study (#B501). | 6/2001 | **Endpoints:** Rectal polyp size and number (endoscopy). Clinical and laboratory safety evaluation. <br> The study is a pbo controlled study in 20pts with familial adenomatous polyposis (FAP, 5 or more rectal polyps) in 2 sites. Patients will be evaluated by endoscopy after 9mos of treatment with MK-0966 25mg. Contracts with the 2 sites completed. FPI A-10/98. LPI A-9/2000. **22/20pts enrolled. Thirteen pts completed the study. Two pts are under treatment for 6-9mos. 7pts have dropped out of the study.** Due to the SAE of acute hepatitis and acute pancreatitis in the study #A211, a decision was made to amend the protocol to add laboratoy tests at the 2mo and 4mo of treatment. |

Confidential - Subject To Protective Order                                                MRK-ABP0017303

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002 JNDA Approval - 2Q2004** | | |
| Clinical Research | FPI - International loxoprofen comparative study - OA (#A508). | 6/2001 | **Primary Efficacy Endpoints :** Pt assessment of response to therapy (0 to 4 Likert), Pain walking on a flat surface (100mm VAS), Investigators' assessment of disease status (0 to 4 Likert) **Design/Dose :** It is planned to run a 6wk four-arm double-blind study in a total of 700 (evaluable) pts (MK-0966: 2 x 210/group plus pbo : 70) with OA of the knee. The doses for MK-0966 are 12.5 and 25mg qd and for loxoprofen is 60mg tid. A flare period will be instituted prior to start of the study treatment. Those pts who are taking only NSAIDs will be enrolled. The primary objective of the study is to demonstrate non-inferiority in efficacy between MK-0966 and loxoprofen, with the secondary objectives of showing the superiority in efficacy vs. placebo and of exploring the safety profiles (clinical GI AEs and ALT/AST) in comparison with loxoprofen. **Status :** It is planned to run the study in Brazil, Peru and Japan. An unofficial consultation with the Kikou was made on 9/19/00 in order to determine the strategy. The Kikou was in favor of the strategy. It was recommended that an analysis by race be done, because they had a concern on the possibility of a difference being shown between Japanese pts and those of other ethnic backgrounds. |
| | | | In order to finalize the protocol, an official consultation with the Kikou was made on 2/1/2001. The Kikou commented generally positive, i.e., 1) the current plan to initiate the comparative study before determining the optimal dose should be rationalized from an ethical point of view, 2) non-inferiority should be demonstrated in each of the 3 primary endpoints, if the endpoints correlate with each other and the study dose is set appropriately, 3) it may be a good way to select one endpoint or to make a global endpoint combining the 3 primary endpoints. Banyu agreed to proceed with the protocol as currently planned, in which all 3 endpoints must fall within the pre-specified 90% CI ranges. |
| | | | A draft protocol of the study was submitted to Sankyo for review, and a request was made to provide the loxoprofen clinical supplies. On 11/14/00, Sankyo gave 48 questions and comments, to which responses were sent by Banyu on 11/29/00. Sankyo, subsequently, gave Banyu further 35 questions/comments on 12/19/00. In parallel, a negotiation was made with several generic manufacturers to determine whether they can provide clinical supplies of generic loxoprofen and matched placebo for the study. It was confirmed that Taiyo Yakuhin will manufacture the generic loxoprofen and matched placebo supplies for Banyu. Banyu PR&D helped Taiyo manufacture taste-matching pbo tablets, and prepared pbo supplies for MK-0966 12.5mg. MRL PR&D prepared the active drug supplies for 12.5 and 25mg and pbo supplies for 25mg and acetaminophen 325mg (for rescue medication). **It is planned to complete packaging of clinical supplies in 5/2001 so that they can be shipped to clinical sites (via MRL) in 6/2001. An investigators' meeting is scheduled for 6/2001 in Los Angeles to kick off the study. LPO 1Q2002.** |
| Clinical Research | PK study (#A507). | 6/2001 | Because the 12.5mg dose will be used in the clinical program, it is required to determine the PK profile with 12.5mg. It is under consideration to determine the *ex vivo* COX-2 selectivity vs. loxoprofen as part of the study. **Endpoint:** PK. **Design/Dose :** An open SD study in 24 healthy subjects at the doses of 12.5, 25 and 50mg. **Status:** The protocol was reviewed at the J-DRC meeting in 2/2001. |

Confidential - Subject To Protective Order

MRK-ABP0017304

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase IIb-III

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **MK-0966 - Japan (Cyclooxygenase-2 Inhibitor)** | **JNDA Submission - 2Q2002 JNDA Approval - 2Q2004** | | |
| Clinical Research | FPI - Pilot endoscopy study with diclofenac (#A511). | Cancelled | **Endpoints:** Gastroduodenal erosion or ulcer (>LANZA score 2) |

**Endpoints:** Gastroduodenal erosion or ulcer (>LANZA score 2)

It is currently planned to conduct a 2-wk, single-blind, pbo-controlled study in 40 healthy volunteers (25-45 years), which will be conducted prior to initiation of the definitive study vs. diclofenac.  The objective of the study is to collect endoscopic data on the low dose of diclofenac (75mg/day).  An MK-0966 treatment group will not be included.  Endoscopic examinations will be made at baseline, 1st-wk and 2nd-wk.  The scoring system used in the MRL protocol #009 will be employed.  Depending upon results of the study, the need and plans for an endoscopy study comparing between MK-0966 and diclofenac were planned to be discussed.

A visit was paid to Novartis on 6/6 to notify them of initiation of the study.  Novartis refused Banyu's proposal to run the study, because they believed that the study is unethical as a pharmaceutical company, and that the study is not a proper clinical study which a pharmaceutical company can conduct.

MRL recommended at the DRC meeting (6/16/00) that a study be done by MRL in Japanese subjects who live in the US.  At the unofficial consultation meeting on 6/29/00, the Kikou commented that 1) the study should be done in Japan, 2) a control drug should not be diclofenac, but loxoprofen, which is most frequently used in Japan, and has the best GI safety profile among NSAIDs, 3) the usefulness of data from a diclofenac comparative study is questionable, 4) a comparative study with loxoprofen should be conducted in patients with RA.  The Kikou considers that COX-2 inhibitors should be used for the treatment of chronic diseases.

At the 7/14/00 Task Force meeting, it was decided not to run a comparative endoscopy study with loxoprofen.  The Kikou commented on 9/19/00 that data from such a study would not be useful.  Instead, a maximum use of data from the MRL endoscopy studies will be made in the JNDA.

Prepared: 4/24/01

Page 111

Confidential - Subject To Protective Order

MRK-ABP0017305

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team**

KEY ISSUES

**VIGOR:** The PDUFA date for VIGOR is 28 April 01. An Advisory Committee Meeting was held on 08-February-01. Overall, the outcome of the meeting was positive and was presented at 09-February-01 CRRC meeting. The Advisory Committee agreed that results of the GI outcome study should be included in the labeling, as well as the data on cardiovascular events. It is likely that a sentence stating that "VIOXX is not a replacement for aspirin" will be added to the cardiovascular section, and MRL is negotiating where this statement will appear in the label in order to avoid it to carry the weight of a warning. As a result of discussions during the Advisory Committee Meeting, an amended labeling proposal was sent to FDA on 02 March 01. Whether the OA data from Protocol 069 will be included in the labeling has not yet been decided. **A face-to-face meeting with FDA was held on 11 April to negotiate inclusion of the data from PN 069 in the label. FDA was reluctant to accept MRL's current interpretation of the data, but would be willing to review another proposal that would be briefer and contain less data from PN 069. An approvable letter was received on 06-April-01. FDA reiterated in its letter that the Agency may be able to approve the VIGOR application only when the review of the complete ADVANTAGE trial (CSR, Item 11, and Item 12), formally requested on 28 February, is completed. The CSR for ADVANTAGE was submitted to FDA on 30-March-01 and Item 11 on 16-April-01. Item 12 (790 patients) is on target for completion on 30-April-01.** Over 5500 patients were enrolled in this study and completing the report for this study in such a tight timeframe required a massive effort from the Team. In addition to the ADVANTAGE complete report, FDA requested updated safety information in its approval letter. Discussions on the extent of the safety update report are ongoing within MRL. This safety report will likely include the CV meta-analysis updated with new placebo-controlled data obtained mainly from the Alzheimer's Disease studies and from the Pilot Prostatitis study (PN 118). In addition, updated SAEs from all studies that achieved frozen file will be provided. The studies to include are the Bone Metabolism study (PN 083), the Sodium Retention study (PN 905), the Octogenerian study (PN 058), and the OA extension studies (PN 029, 034, and 35) . A proposal to update the safety information will be shared with FDA within a week or two (end-of April). An achievable target date for the submission of this SUR will be determined once the Team has a better understanding of the extent of this huge effort and the resource needed and available to complete this SUR. Because providing FDA with all the additional information requested represents a massive undertaking and effort from the Team, it is unlikely that the MRL objective to obtain approval of the VIGOR sNDA in 2Q01 will be met. It is worth noting that Pharmacia also received an approvable letter for Celebrex.

**Analyses of potential cardioprotective effect of naproxen:** The pros and cons of conducting additional analyses on the potential cardioprotective effect of Naproxen and other non-aspirin NSAIDs using the RAMQ database (a Quebec hospital discharge summary database and drugs and physicians' claims database) were discussed by the Commercialization Team. The risks and benefits of conducting or not conducting this study as well as preliminary results obtained with this database were presented to CRRC on 5 March 01.

(continued)

Prepared: 4/24/01

Confidential - Subject To Protective Order

MRK-ABP0017306

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

**VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team**

KEY ISSUES

(Continued)

**Defining comparability vs superiority of VIOXX vs comparators:**
The Commercialization Team highlighted the importance of defining parameters to establish comparability and superiority of VIOXX to comparators. This issue arose because the Team noted that there was some inconsistency in the way results were reported in the manuscripts for the CDSP Naproxen comparator OA study (Prot. 901) and the CDP Celecoxib OA study (Prot. 116 C1). Indeed, in the CDSP Naproxen comparator OA study, the comparability bounds used were the ones defined in previous OA studies, i.e., +/- 0.5 for the Likert scale and +/- 10 mm for the VAS scale. Because the 95% CIs for the treatment difference were within the predefined comparability boundaries for three of the primary endpoints, the authors concluded that VIOXX (12.5 mg QD) had similar efficacy to Naproxen (500 mg BID). Conversely, in the Celecoxib vs. Rofecoxib OA study, the authors concluded that VIOXX was more efficacious than Rofecoxib based on statistical significance and not on whether the 95% CIs for the treatment difference were within the predefined comparability bounds. In addition, marketing is eagerly waiting for these results for promotion. Hence, it is urgent to establish standard criteria to determine comparability or superiority of VIOXX vs comparators.

**Analyses of potential cardioprotective effect of naproxen:** The pros and cons of conducting additional analyses on the potential cardioprotective effect of Naproxen and other non-aspirin NSAIDs using the RAMQ database (a Quebec hospital discharge summary database and drugs and physicians' claims database) were discussed by the Commercialization Team. The risks and benefits of conducting or not conducting this study as well as preliminary results obtained with this database were presented to CRRC on 5 March 01.

**Rapidisc program:** Whether or not to pursue the development of the Rapidisc formulation was discussed at 15-Feb-01 HHPAC. It was decided that the $2 million milestone payment to RP Scherer will be made, but that further assessment of the program by the CT was necessary because it is likely that a clinical development program to evaluate the safety of the formulation will be required and that additional capital expenditures may be needed to support the development of the product. In addition, input from FDA is required to determine if the formulation could even be registered since the Cmax of the 12.5, 25, and 50 mg doses is significantly higher than the Cmax of the corresponding conventional tablet doses. Additional clinical studies to support the Rapidisc program were reviewed at 20 March HHPAC. A multiple dose PK study with the 12.5 and 25 mg Rapidisc vs conventional tablets will be initiated in Jun 01 with data available in Sept 01. A meeting with FDA to discuss the results of this study and to review the clinical development strategy will be scheduled in 4Q01. The clinical program that will be proposed to FDA consists of a short term ambulatory blood pressure monitoring study and of an acute analgesia study with the 50 mg dose. However, FDA may also request a 6-month chronic safety study with the 25 mg.

**Alzheimer's Disease:** In light of the negative results from PN 091, a No Go decision to continue treatment of Alzheimer's Disease was made at 20 March 01 HHPAC.

Confidential - Subject To Protective Order

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|

__VIOXX (MK-0966__
__Cyclooxygenase-2__
__Inhibitor) - Project__
__Team__

KEY ISSUES

**SUMMARY OF SUBMISSIONS:**

- *Label Changes with Methotrexate, Theophylline, and Hepatic Insufficiency:*
  US: C-10-Jul-00
  OP – Redacted – other product

- *VIGOR:*
  US: C-6/29/00
  ADVANTAGE CSR: C-30-Mar-01
  **ADVANTAGE Item 11: C-16-Apr-01**
  **ADVANTAGE Item 12: T-30-Apr-01**
  **Second SUR: TBD**
  Int'l: Canada sNDS C-17-Aug-00
  EU Type II variation--CV: C-Nov-00 (Oct-00)
  EU Type II variation--GI: C-Jan-01 (Oct-00)
  ROW: C-Dec-00

- *VIOXX 25 and 50 mg New Image:*
  US: C-11-Sept-00; Approved C-17-Jan-01
  Int'l: sIMA C- 28-Aug-00

- *VIOXX 25 mg scored tablets for Netherlands:*
  T-1Q02 (1Q01)

- *Onset of Action Label Change:*
  US: T-4Q01 (4Q00)

- *Chronic Pain--Low Back Pain (4-week studies):*
  US: sNDA was not filed.
  Int'l: T-3/4Q01(Jan-01) (after CEOXX approval)

- *Rheumatoid Arthritis:*
  US: C-01-Mar-01
  **Int'l: Filing of the Type II variation in the UK : C-09-Apr-01**
  **Filing in the CMS: C-17-April-01**
  **Release of sIMA to ROW: C-11-April-01**

- *SUR for RA:*
  US: T-28-Jun-01

- *JRA (Pediatric Exclusivity):*
  sNDA: TBD
  sIMA: TBD

- *VIOXX RP Scherer:*
  sWMA for 12.5 & 25 mg: T-2/4Q03 (2Q02)
  sWMA for 50 mg: T-2Q03 (1Q03)

- *Alzheimer's Disease:*
  Treatment sWMA: T-3Q02. Will not be filed because results were negative
  Prevention sWMA: T-4Q03

- *Colon Cancer:*
  sWMA: T- 2Q05 (4Q04)

| | | | |
|---|---|---|---|
| MRL Laboratory Objectives | Release sNDA/sWMA for Rheumatoid Arthritis indication. | A-3/01/2001 | **The sNDA was completed on 28-Feb-01 and received by FDA on 01-March-01. The EU Type II variation was filed in the UK on 09-April-01 and the sIMA was released to the ROW on 11-April-01.** |

Prepared: 4/24/01

Confidential - Subject To Protective Order

MRK-ABP0017308

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| MRL Laboratory Objectives | Go/No Go decision for treatment of Alzheimer's disease. | A-3/20/2001 | NB: This is a Bonus Point Objective. The results of PN 091 showed that there was no difference between placebo and VIOXX in the treatment of Alzheimer's disease. A No Go decision was made at 20 March 01 HHPAC meeting. |
| MRL Laboratory Objectives | Obtain approval of VIGOR sNDA in the US. | **2Q2001** | The VIGOR Advisory Committee meeting was held on 8-Feb-01. The outcome was overall positive, and futher label negotiations are ongoing. The PDUFA date is 28 April 01. |
| MRL Laboratory Objectives | Complete enrollment in endoscopy trial for concomitant low dose aspirin. | 3Q2001 | FPI in the US: C-Dec-00. FPI ex-US: C-11-Jan-01. |
| MRL Laboratory Objectives | Complete enrollment in the Colon polyps study. | 4Q2001 | FPI in the US: C-Dec-99; FPI Int'l: C-May-00. |
| MRL Laboratory Objectives | Complete JRA efficacy trial (2Q) and release pediatric sWMA (4Q). | 4Q2001 | Because the written request has not been received, the enrollment period for the study has been extended thus far by one month. This objective will not be met since the written request will not be received before the end of December 01. The filing date is TBD. |
| Project Team | File sWMA for a rapidly dissolving formulation. | 2Q2003 | On 10/12/99 the DPC chartered a RPD DDST and the team held their kick-off meeting on 10/21/99. Clinical supplies for the 12.5 mg and 25-mg Rapidisc formulation were available for initiation of a probe PK Clinical study on March 6, 2000. The study was completed 4/10/00. The results of the pharmacokinetic studies indicate that Cmax and Tmax for the 12.5 mg and the 25 mg rapidly dissolving formulation are different from the Cmax and the Tmax of the respective 12.5 and 25mg tablets. A multiple dose bioequivalence PK study to support chronic pain (Zydis 12.5 mg & 25 mg) will be initiated in June 01 (1Q01). Results will be available in Sept 01 (2-3Q01). An acute efficacy study, probably a dental pain study, will be required for acute pain for the 50 mg Rapidisc. The initiation of this study is targeted for 2Q02. The filing for the 50 mg Zydis is delayed to March or April 2003. Discussions on whether or not to further develop the RPD Scherer formulation were held in light of the problems that the Maxalt franchise experienced with Scherer. Results from Marketing indicated that patients and physicians were very interested in a rapidly dissolving formulation. However, because the Cmax for the Zydis formulation is increased by about 40% during the first 5 to 6 hours, patient exposure to the 25 mg Zydis is increased to levels close to the 50-mg conventional tablet. Therefore, the safety of RPD 25-mg has to be established in a clinical program. The proposed clinical strategy to evaluate the safety of RPD is to conduct a PK study at steady-state for 12.5 and 25 mg Zydis and a short-term (14 day) study to monitor blood pressure. Based on the results of these studies a Go/No Go decision will be made in 2Q02. If the results are positive, two additional studies will be initiated: a 6-month chronic safety study and an acute analgesia study. Because of the need for these additional studies, the filing of the 12.5 and 25 mg Zydis doses will be delayed by about a year, to 2Q03. On 15-Feb-01, HHPAC agreed to the $2M milestone payment to RP Scherer and requested that the Team present at the 20 March HHPAC meeting the regulatory and clinical perspectives as well as a new NPV that will take into account the clinical program and the delay in the filing. HHPAC agreed at the 20-March-01 meeting that the RPD program should continue. |

Confidential - Subject To Protective Order

MRK-ABP0017309

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| Project Team | Initiate an IM irritation safety assessment study with the IM Nanosystems new formulation. | 4Q2001 | An IV formulation is not feasible in the Nanosystems. Further experiments were conducted to determine the feasibility of an IM Nanosystems formulation. The feasibility studies were successfully completed by the end of Dec-00.  The technology needs now to be transferred from Merck Frosst to West Point in order to develop sterile supplies.  A meeting with Elan/Nanosystems to discuss technology transfer issues was held 16-Jan-01 and another meeting in Feb-01. Because of the complexity involved in developing an IM formulation (developing reproducible particles size, finding the adequate sterilization technique, and refining the logistic of manufacturing the supplies), a product suitable for an irritation safety study will not be available before 4Q01. |
| Project Team | Initiate a PK study with the Rapid Absorption Nanosystems Tablets. | 2Q2001 | Animal studies are currently being conducted with nanosystems as an alternative formulation for rapid onset of action.  Preliminary results in rats showed that the nanoparticle colloidal suspension was absorbed more rapidly than other particulate suspensions.  Nanosystems tablets were made and their absorption was compared with the absorption of original tablets. The results, presented to the CT on 5-Dec-00, indicate that the absorption of the Nanosystems tablets retain the rapid absorption characteristic of the suspension when tested in dogs.  A formulation could be available end of April 01 to start PK studies in humans. |
| Project Team | Release EU Type II Variations for label changes based on Methotrexate, Theophylline,and Hepatic insufficiency. | 4/2001 | The international submission of these label changes will be as three separate Type II variations (was originally supposed to be two): methotrexate, theophylline, and hepatic insufficiency.  The release of the Theophylline variation occurred in Jan-01 and of the  Methotrexate in Feb-01 (Nov-00).  **The Hepatic Insufficiency release is targeted for end of April 01.** |

Confidential - Subject To Protective Order

MRK-ABP0017310

**CRRC CRITICAL ACTIVITIES**
HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team** | | | |
| Project Team | Publication Status. | Ongoing | See below |

**Status of Priority Publications:**
**CDP:**
- Pilot acetaminophen and Celebrex study (106) manuscript was submitted to *JAMA Express* on C-08-Dec-00 and rejected for express review. The Team decided to proceed with the standard manuscript review at *JAMA*, and minor revisions were requested which were made and the manuscript was resubmitted for review internally in April 2001 and will then be re-submitted to *JAMA*.
- Celebrex comparison study (116) manuscript is still in CDP review and is planned to be submitted either to *Arthritis and Rheumatism* or *Annals of Internal Medicine*.
**OA:**
- Brater Renal Safety Review Article - was submitted to *American Journal of Nephrology* C-9/30/00 and the manuscript was published in March 2001.
- 069 CV Safety Manuscript - is still on target to be submitted to MRL clearance in April 2001 with a tentative target journal of *American Journal of Cardiology*.
- CV Meta-analysis manuscript - is targeted to submitted to MRL clearance in June 2001 with tentative target journal for *Circulation*.
- Renal Safety in Phase III OA Studies (edema/hypertension) - is targeted to submitted to MRL clearance in May 2001 with tentative target journal of *American Journal of Nephrology*.
- Elderly OA Study (058) was submitted to *Aging: Clinical and Experimental Research* on C-9/28/00 and accepted for publication in 3Q01.
**Chronic Pain:**
- A CLBP manuscript (120/121) on the efficacy of rofecoxib in chronic low back pain was submitted to *NEJM* on C-02-Apr-01.
- Low Back Pain abstract (PN120) was presented for oral & poster presentation at American Society of Pain Management (AAPM) in Feb-01.
- Low Back Pain abstract (PN120/121 combined) was presented as a poster presentation at the American Pain Society (APS) in Phoenix, AZ in Apr-01.
- Low Back Pain abstract (120) was accepted as a poster presentation at the International Society for the Study of the Lombar Spine (Scotland) in Jun-01.
- Low Back Pain abstract (120) was accepted as a poster presentation at the 4th Interdisciplinary World Congress on Low Back and Pelvic Pain in Nov-01.
- A Subgroups Analysis on Low Back Pain (PN120/121 combined) was submitted to the American Academy of Orthopedic Surgeons (AAOS) for the Feb-02 meeting in Dallas, TX.
**GI Safety:**
- GI Meds and Procedures (069) was rejected by *Archives of Internal Med* (submitted on May 15, 2000). Authors plan to resubmit to *MedGenMed*, an electronic journal, in 2Q-3Q01.
- Risk factor of endoscopic ulcers (044/045) was rejected by *Lancet* and *Annals of Internal Medicine* and has been resubmitted to the *Alimentary Pharmacology & Therapeutics* (10/00) and accepted in Feb-2001.
**Clin. Pharm. Drug Metabolism:**
- Sodium Excretion in the Eldery (905-Schwartz) - The blood pressure data was submitted as an abstract to the *American Society of Hypertension*. A contract writter has been hired to rapidly prepare a manuscript.
**Miscellaneous:**
- The Team, in conjuction with the MK-0663 Team, has developed an integrated plan for abstract submissions/support in 2001. Currently, abstract submissions (both VIOXX and MK-0663) are being discussed for the upcoming American College of Rheumatology (ACR) meeting in Nov-01 (San Francisco).
- All of the VIOXX abstract submissions were accepted for presentation (either oral/poster) for the June 2001 EULAR meeting in Jun-01 (Prague, Czech Republic).

Confidential - Subject To Protective Order                                                MRK-ABP0017311

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| | | | |

**VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) - Project Team**

| Human Health PAC | Stage IV Review. | A-3/20/2001 | Key issues for the Stage IV review were launch, sales, and competition update; an update on the Phase V program, an update on the CDP/CDSP program, and an update on the technology transfer plan, resources and financial analysis. A HHPAC Stage IV review of the VIOXX program occurred on 20-Mar-01. HHPAC approved the strategy and plans for new clinical studies as well as the study re-prioritization of new and ongoing 2001 clinical studies. It approved the clinical strategy proposed to support further development of the Rapisdisc formulation and the clinical and regulatory strategy for the Juvenile Rheumatoid Arthritis sNDA. |

Confidential - Subject To Protective Order

MRK-ABP0017312

**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| | International Approvals | Ongoing | As of 22 Feb 01, 74 countries have approved Rofecoxib. On 6 September 00, the Czech Republic and Jordan approved Rofecoxib. Tunisia: approved 24-Nov-00. Croatia: Approved C-13-Dec-00. China: Approved C-22-Dec-00. Taiwan: Approved 05-Feb-01. |
| Project Team | Support MRP for EU Analgesia Brand (CEOXX). | 3Q2001 | In 12/99, marketing expressed interest in submitting the analgesia application to the EU. Marketing and Regulatory affairs agreed to a strategy for this submission. A new tradename, CEOXX, was identified for this brand to be marketed in the EU. The CEOXX application was submitted with the current image 50mg tablet C-8/1/00. The plan is to switch to the new image tablets during the review (timing TBD). One clone will also be filed for the new brand. Regulatory Affairs Int'l and Marketing agreed to submit this application 1/00 as a type II variation to the original application and without the 50mg tablet (expect 6 months for approval). The team quickly prepared the Expert Report and the entire package was finalized by 1/19/00 and ready to go to the UK. On 1/19/00, marketing requested that the application not be filed in the UK. The plan agreed to is to file a new analgesia brand under a separate tradename in the EU (CEOXX). This strategy will require an sIMA and a mutual recognition procedure. The 50mg tablet will be included with this submission. A new tablet image will be available for this new brand (new embossing, no change to shape, color or size). The CMC section was delivered to regulatory operations on 5/19/00. The clinical expert report was updated by RA-I and RA-E. At the WPCRC review of the label in 6/00, marketing had requested that the oral suspension be included in this submission. Following that meeting RA-I and WHHM confirmed that the oral suspension will not be part of this submission.The submission to the MCA was 8/1/00(4/00). MCA's questions on the proposed SPC were received late November. The assessor requested a justification for the absence of a stated maximum duration of dosing (50mg). The current text states that "CEOXX should be used for the acute symptomatic period only." The lack of specific dosing information for elderly was also questioned. MRL reponses were submitted 11-Jan-01. **Review by the UK CSM may not be required if the clinical assessor is satisfied with the proposed SPC.** Approval in UK is expected to occur in April/May 01. A type I variation to include the new image tablets will not need to be submitted since the supplemental CMC on the new image tablets has been accepted. Initiation of Mutual recognition procedure is targeted for 3Q01. |
| Project Team | File 25mg scored tablet for Netherlands. | 4Q2001 | MMD had originally planned to be ready for a submission T-8/00; however, based on results coming out of Australia for the engineering batch this will be delayed until end 2000. The team will need to evaluate a modified score design. This tablet is only being prepared as a backup plan for the Netherlands. This sIMA would require a MRP. The original candidate image (deep score, "knife-edge") will most likely be abandoned, but work on identifying a suitable image continues. Consequently, the submission has been delayed beyong Jan 01. **PR&D has successfully identified a primary image candidate scored image. Samples of the subject image are undergoing study by Packaging Technology for shipping and packaging robustness.** Filing with the RMS could occur late 4Q01 and approval be 4Q02. |
| Project Team | Release the Type II variation for the Chronic Low Back Pain (4 week studies) in the EU. | 4Q2001 | The submission of the EU type II variation for Chronic Low Back Pain will be delayed until after CEOXX approval (~3-4Q01). |

Confidential - Subject To Protective Order

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Project Team | Obtain Approval of the New Image Tablets. | Ongoing | The new image tablets will be harder and more spherical (taller with a smaller diameter). The US filing is an sNDA and was submitted A-9/11/00, and the international filing was a Type I variation A-8/28/00 (25mg tablet image for Europe/MEA/Asia Pacific). The EU Type I variation clock for the 25 mg new image started on 27 September 00. The EU Type I variation for the 25 mg new image was approved 26-Oct-00.  Switzerland has approved the 25 and 50 mg new image tablets.  The new images of the 25 and 50 mg tablets were approved in the US on 10Jan 01. The new image tablets will be launched in the US in October 2001 after depletion of the current image tablets. **The 25 mg New Image Tablet was approved in Iceland in Jan-01 and in Mar-01 in Venezuela and Lithuania.** |
| Commercialization Subteam | File the Onset of Action Label Change (PN 085 &090). | 4Q2001 | Whether the data from the two CDP nabumetone comparator OA studies (PN 085& 090) will be filed to support a faster onset of action label change will be discussed at an upcoming CT meeting.  WPCRC has the assignment to determine what key label statements are possible based on the data. This filing was originally targeted for 4Q00, but had been postponed because of other priorities within the VIOXX program. |
| Clinical Pharmacology | Initiate a PK study at steady-state for 12.5 and 25 mg Zydis. | 6/2001 | Based on the PK data from the probe bioequivalence study a chronic PK study is being planned comparing 12.5 and 25 mg Zydis vs conventional tablets.  FPI was originally targeted for 1Q01 and LPO for 2Q01. However, this study had been put on-hold until a decision of whether or not to proceed with the formulation was made at HHPAC. The program was discussed at 20-March HHPAC, and HHPAC approved continued development of the formulation.  **FPI is targeted for June 01, pending approval by FDA of the use of the previously imported product for clinical studies.  A CMC amendment was submitted to FDA in Dec-00 to request the Agency's authorization to use these drug supplies in clinical trials, but, as of 19-April-01, FDA has not replied to this request.** The study design will be a crossover study: Rapidisc 12.5 and 25 mg crossover to conventional tablet.  12-16 patients/dose will be enrolled. |

Confidential - Subject To Protective Order

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Pharmacology | Complete CSR for the Sodium Retention Study in the Elderly (905-O1). | 3Q2001 | A 2-week in-clinic study in elderly patients to evaluate the renal safety profile of 50mg VIOXX, 200mg bid celecoxib , 400mg bid celecoxib 50mg bid naproxen and pbo (n=15/grp). In 4/00 the treatment arms were changed to 25mg VIOXX, 200mg bid Celebrex, 500mg bid Naproxen, Pbo. The in-clinic portion of the study 14-days will be followed by a 2-week extension. Patients will have to maintain sodium balance on a 200mEq sodium diet. Drug concentrations will be evaluated on days 1, 2, 3, 14, 21, and 28. The protocol has been approved. This study was originally planned as a CDSP study in collaboration with Clinical Pharmacology; however, Clinical Pharmacology is now responsible for the study monitoring. **Status:** FPI A-6/13/00 (4Q99) and 67 subjects were randomized. LPO A-9/29/00. Frozen file occurred on A-11/24/00 (10/31/00). CBARDS Brussels is supporting this study. The final statistical report was delivered to clinical on A-12/19/00. Timelines for the CSR are being developed. **Results:** Preliminary results of the change-from-baseline measurements of blood pressure and weight taken on day 14 of the in-patient portion of the study were presented to the Project Team and the Commercialization Team. There was no statistical difference between any of the active treatment groups in the mean change from baseline for the systolic or diastolic blood pressure. The weight gain with VIOXX (+0.2kg) was statistically different from the weight gain with placebo (–0.5kg). The Celebrex and Naproxen treatment groups had an average weight gain of –0.1 kg, not statistically different from VIOXX or placebo--but borderline for placebo. No edema AEs were reported. Results from urinary excretion of sodium were presented to the CT on 05-Dec-00. The results showed that there was slightly more sodium retention with VIOXX than with Celebrex and placebo. But the difference was within the pre-set comparability bounds. The CT concluded that the publication of these data will require close scrutiny by management to avoid presenting the data in a way that the competition could highlight the difference between placebo and VIOXX. Data from this study were presented at the December Analysts meeting. |
| Clinical Pharmacology | Initiate a short-term Ambulatory Blood Pressure Monitoring study with Rapidisc. | 4Q2001 | As part of the clinical program to develop Rapidisc, a short-term Ambulatory Blood Pressure Monitoring study (ABPM) will be initiated in T-4Q01 with data available in 2Q02. A Go/No Go decision based on the results of this study will be made in T-2Q02. The current thought for the study design is to conduct a crossover study: Rapidisc 25 mg crossover to conventional tablet. Whether the 50 mg dose will need to be also included in the study is being discussed. |
| Clinical Pharm/ Drug Metabolism | Complete Probe Bioequivalence Study with Zydis Formulation (#117). | A-2/2001 | RP Scherer is working on the development of a rapidly dissolving formulation of VIOXX. Clinical supplies should be available for a probe PK study by 4Q99 (2Q99). The study will be a 4-period crossover comparing the 12.5mg and 25mg formulations. FPI T-3/00 (10/99). Study was delayed due to formulation issues. Clinical supplies were available for shipment in late February. FPI C-3/6/00 and LPO C-4/10/00. Part 2 was a 2-Period Crossover study to assess the 50 mg formulation. FPI C-09/06/00, LPO C-09/13/00. Preliminary analysis T-12/00. The analysis of the samples was completed in Dec-00. Frozen file C-22-Jan-01. **Results:** Biopharm data were available 6/30/00 (6/21/00). The AUC of the 12.5mg and 25mg doses shows bioequivalence to the current tablet doses but the Cmax is higher. There will be two additional studies: a chronic PK study and an acute pain study. The results of the 50 mg Zydis Pilot PK study were presented to the Project team on 14-Feb-01. The Cmax and the AUC for the 50-mg Zydis are higher than the conventional tablet. |

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| <u>VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)</u> (OA / Analgesia) | <u>NDA Submission - 11/1998</u><br><u>MAA Releases - 12/1998</u> | | |
| Clinical Pharm/ Drug Metabolism | Complete CSR for the Multiple Peaks study (094) (US). | 5/2001 | **Study Design:** Single Dose open label study in 10 subjects to investigate the multiple peaks in the pharmacokinetic data. Treatment groups include 2 x 25mg MK-0966 and a food interaction arm. **Status:** FPI A-1/22/99 and study completed 2/99. Plasma samples were shipped to West Point for analysis. Pharmacokinetic data was targeted to be sent to BARDS in August (was 5/99). The data was reviewed with the Project Team at the 9/99 meeting. There is no obvious difference between the fed and fasted subjects, drug Metabolism is still working on the analysis. The biopharm data was delivered to CBARDs C-2/17/00 (11/99). The CSR is on hold for other priorities within the VIOXX program. The Abbreviated CSR has been sent to Regulatory liaison for review. The CSR was signed off by authors and regulatory affairs. **The CSR is currently in Publishing.** |
| Clinical Pharm/ Drug Metabolism | Complete CSR for Celebrex/Rifampin/CYP2D 6 interaction study (#113). | 3Q2001 | **Study Design:** A study to evaluate the effect of rifampin on celebrex pharmacokinetics and the impact of celebrex on CYP2D6 activity is planned for 10/99. 1)Rifampin and celebrex will be dosed to steady state concurrently and celebrex pharmacokinetics will be measured. 2)Celebrex/pbo will be dosed for approx. 2.5 weeks and dextromethorphan (CYP2D6 phenotyping test) and despiramine (CYP2D6 substrate) pharmacokinetics will be measured on separate occasions during the celebrex dosing periods. **Status:** FPI A-10/27/99 and LPO A-3/20/00. 24 patients were enrolled. Biopharm data were targeted for 6/28/00 (4/28/00) and reviewed with the Project Team on 8/14/00. Regulatory agreed that an abbreviated CSR is appropriate for this study. **Completion of Medical Review by patient has been delayed to end of April (17-Nov-00) because of issues with the collectors.** **Results:** Rifampin reduces metabolism of celecoxib. Celecoxib had little to no effect on the metabolism of dextromethorphan or despiramine. |
| Clinical Research | Osteoarthritis Studies: | | |
| Clinical Research | Complete CSR for Bone Metabolism Study (US) (#083). | 6/2001 | **Endpoints:** Primary endpoint is lumbar spine BMD (DEXA). Secondary endpoints include urine N-telopeptide and osteocalcin, bone specific alkaline phosphatase. Tertiary endpoints include total hip BMD (DEXA) and total body BMD. **Study design:** Study is a Phase IV commitment with the FDA to assess the effects of MK-0966 on lumbar spine bone mineral density compared to the effect of ibuprofen in patients with OA. This is a DB, pbo-controlled 1yr treatment study. Treatment groups will be 25mg MK-0966 x 15mos (N=90), 800mg ibuprofen tid x 15mos (N=90), pbo x 12wks followed by 25mg MK-0966 for 15mos (N=45) and pbo x 12wks followed by 800mg ibuprofen tid for 15mos (N=45). Data was available for the advisory committee meeting C-4/99. **Status:** An interim analysis was done 4/99 for all patients who had completed 3mos of treatment by 2/22/99. The analysis also included 6 mo data for ~100 pts. VIOXX had no effect on biochemical markers of bone turnover(serum osteocalcin and urine N-telopeptide crosslinks) or lumbar spine bone mineral density. Also, VIOXX had no effect on serum calcium and phosphorus. FPI 4/20/98, LPI A-10/21/98, LPO A-2/9/00. 304 pts were enrolled. (270pts were needed for the study), and 109 patients discontinued, no SAEs or discontinuations reported. Frozen File A-7/14/00 (5/22/00). Statistical analysis C-9/00, **draft CSR to Authors' Management T-May-01** (27-Oct-00). |

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research | Complete CSR for Extension to Phase III OA trial vs. diclofenac - (Intl) (#034-20). | 3Q2001 | An active comparator controlled 1yr extension in which patients will continue in same treatment arm as base study, 12.5 or 25mg MK-0966 or 150mg Diclofenac. ~166 pts enrolled. No additional extensions are planned after this study. The study is being closed-out in stages: Stage 1 will be for all countries who have approvals and drug launch(Argentina, Brazil, Costa Rica, Guatemala, Mexico and Peru). Investigators scheduled all final visits by 9/30/99(LPO) with the exception of Mexico which had LPO A-11/15/99.  Stage 2 is for the remaining countries: Chile, Canada, Hungary, Iceland, Russia and So. Africa who will continue until the official LPO of 4/00.  All data entry and review of all visits as of 9/30/99 was prioritized for the Stage 2 countries so that this data may be included in the data analysis.  The sites will then have 2 months to migrate the data into the system. One combined extension CSR for Protocols 034 and 035  will be written  for all of the remaining unreported  extension data in T-3Q01. Frozen File for Stage one countries was A-2/18/00.  **Frozen File is targeted for end of April-01.  The CSR is on-hold until 3Q2001 because of other priorities.** |
| Clinical Research | Complete CSR for Extension #2 to Phase III OA trial vs. diclofenac - (US) (#035-20). | 3Q2001 | An active comparator controlled 1yr extension in which patients will continue in same treatment arm as base study, 12.5 or 25mg MK-0966 or 150mg Diclofenac. FPI A-11/10/98, LPI A-5/30/99. Approx. 130 pts continued into 035-20. No additional extensions are planned after this study. All sites were asked to complete the last patient visit by 9/30/99(LPO).  The sites then had 2 months to migrate the data into the system. One combined extension CSR for Protocols 034 and 035  will be written  for all of the remaining unreported  extension data. Frozen File A-2/23/00.  **The CSR is on-hold until 3Q2001 because of other priorities.** |
| Clinical Research | Analgesia Studies: | | |
| Clinical Research | Complete CSR for Celecoxib Dental Pain Study #3 (US) (#111). | 3Q2001 | **Study Design:** A third Dental Pain study vs celecoxib to support a potential sNDA in order to obtain a description of these studies in the label. This study is the second study with 400mg celebrex. This study will compare 50mg VIOXX, 400mg celebrex, 400mg ibuprofen and  pbo in ~270 patients with moderate to severe dental pain. A total of 4 sites are participating and will try to complete the study by 12/99 to meet marketing needs for data. **Status:** FPI was A-10/26/99 and LPO was A-12/29/99; 150 patients were  enrolled. Frozen File A-3/7/00. **Results:** VIOXX 50mg was superior to 200mg celecoxib. VIOXX 50mg and  400mg celecoxib analgesic effects were exactly alike however, VIOXX was better than celecoxib for duration of action. CDOC reviewed 095, 104, and 111 combined results on 2 August 00 and determined that the data will not be published.  A CSR draft is available, but no shepherd has been identified and no monitor has been assigned to review the document. **The CSR is on-hold until 3Q2001 because of other priorities.** |

Confidential - Subject To Protective Order

MRK-ABP0017317

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                              CRRC Meeting: 05/03/2001
Phase V                                                                              Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research | Complete CSR for Celecoxib Dental Pain Study #2 (US) (#104). | 3Q2001 | **Study Design:** A single dose Dental Pain study which will compare 50mg VIOXX, 200mg Celebrex, 400mg Celebrex, 400mg ibuprofen and placebo in 480 patients with moderate to severe dental pain. **Status:** FPI A-12/99(11/99), and LPO A-3/8/00. 483 patients were enrolled. Frozen File A-5/24/00. Study start had been moved to 12/99 b/c the site had to complete an MK-0663 study prior to initiating the VIOXX trial. **Results:** A preliminary analysis was completed but this generated a request for additional analyses of all three VIOXX vs celecoxib dental pain studies(#095, 104, 111). A publication was originally planned and this will be used as a second study to support a DDMAC submission. However, CDOC reviewed 095, 104, and 111 combined results on 2 August 00 and determined that the data will not be published. A CSR draft is available, but no shepherd has been identified and no monitor has been assigned to review the document. **The CSR is on-hold until 3Q2001 because of other priorities.** |
| Clinical Research | Complete CSRs for Protocol 029-30,40 (Ph IIb OA study). | 3Q2001 | **CSR:** A CSR will be written for 029-30,40 extensions. Frozen File A-1/28/00. CSR writing has been on hold within clinical due to competing priorities, in 6/00 the decision was made to contract the CSR writing to a CRO. Timelines will be developed once the CRO is identified and given the documentation. There is agreement from regulatory that this CSR will not be done until 3Q2001. The stat section of the CSR has been drafted. |
| Clinical Research | Complete CSR for Protocol 058-30 ( Extension #3 to Octogenerian study). | 3Q2001 | **CSR:** A CSR will be written for 058-10, 20, 30 extensions. Frozen File A-3/1/00. The team agreed to delay the stat analysis until 1Q01 in light of the other competing submissions for VIOXX. The stat analysis has been completed. CSR writing will be done by a CRO and will not be done until 3Q2001 (as agreed to by regulatory). |
| Clinical Research | Initiate Acute Pain Efficacy Study with the Zydis formulation. | 2Q2002 | A dental pain or a post-orthopedic surgery efficacy study will be conducted for acute pain for the 50 mg Zydis formulation. The results of the 50mg Zydis bioavailability study were available Feb 01, but the 50mg Zydis biobatch will be available only in 3Q01. Therefore, the efficacy study will be delayed accordingly. The filing for the 50 mg Zydis is delayed to March/April 2003. The initiation of the Acute Analgesia study has been delayed to 2Q02 (1Q01), pending a 2Q02 Go decision to continue the development of the Rapidisc formulation. |
| Clinical Research - Phase V | Initiate two Dental Pain Studies vs Narcotics (# 152 & 154). | A-4/09/2001 | In order to pre-empt Valdecoxib arrival on the market, MRL is planning to initiate two dental pain studies against narcotics in April-01. These studies will be used for promotion. They were approved by DMC on 27 Feb and by HHPAC on 20 March. **Design:** The studies will be 2 three arm-studies in 2 US sites with a single dose of VIOXX (50mg) (N=90), Pbo (N=30), or the narcotic comparator oxycodone/acetaminophen (5mg/325mg) (generic Percocet) (N=90). The protocol for these studies was presented to and approved by CRRC on 21-Feb-01. **FPI: C-09-April-01 for the first study and C-10-April-01 for the second study;** Results available: T-Sept-01. The primary endpoint will be overall analgesia at 6 hours (TOPAR-6). |

Confidential - Subject To Protective Order                          MRK-ABP0017318

## CRRC CRITICAL ACTIVITIES
**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966** **Cyclooxygenase-2** **Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Clinical Research - Phase V | Complete CSR for Pilot Prostatitis Study (US/intl) (#118). | 5/2001 | **Study Design:** A pilot study will be done to evaluate the potential efficacy of VIOXX in the treatment of chronic prostatitis. Study will have a 1 week pbo run-in period followed by 6 weeks of treatment with VIOXX 25mg, 50mg or placebo (N=50pts/grp). Male patients with chronic prostatitis (type III/chronic pelvic pain syndrome and an avg score >=4) will be enrolled. Eight US sites and 1 Canadian site are participating. The protocol was reviewed at the 10/6/99 CDOC meeting. **Status:** An investigator's meeting was held Nov. 16-17, 1999 and FPI was achieved 1/3/00 (12/99 - pt was screened and started pbo run-in); enrollment closed on 6/2/00 with 161 randomized patients. There were 14 discontinuations and 5 patients lost to follow-up. LPI C-6/2/00, LPO A-7/28/00. **Results:** An interim efficacy analysis on 60% of patients was done 6/3/00; there were not sufficient data to make conclusive decisions. In addition, a preliminary analysis (to be used to plan the NIH study) was completed 8/11/00 on all patient visits as of 6/30/00. There was no significant difference between the Pbo and VIOXX (25 and 50mg) groups on the primary endpoint - average pain score. When the analysis was done based on Type IIIA vs Type IIIB prostatitis a slight improvement vs placebo was observed. Overall there appears to be a very small treatment effect with 50mg VIOXX however, the Project Team made a No Go decision for MRL trials. The Commercialization Team agreed to participate in the NIH study and, therefore, will continue to provide Rofecoxib to the NIH. However, at 4 October 00 CDOC meeting, CDOC did not agree to the use of 50 mg of VIOXX in the NIH Prostatitis study. The CSR will be written as a brief CSR since the results of this study will not be included in a submission. Draft to Authors' Management: C-12-Jan-01; Into Review #1: C-05-Feb-01 (26-Jan-01); Into Review #2: T-22-Feb-01 (16-Feb-01); **Published Approved CSR: T-30- Apr-01** (13-Mar-01). |
| Clinical Research - Phase V | Initiate a Peri-Operative Analgesia study in a Gynecological Surgery model. | 6/2001 | **Objectives/Strategy:** The objectives of these two peri-operative analgesia studies planned by the CST are threefold: 1) To obtain a label change with description of peri-operative studies; 2) To possibly file for a new indication for "pre-emptive analgesia"; 3) To demonstrate the narcotic sparing effect of VIOXX. The two models being currently considered are an Orthopedic Surgery model (hip and/or knee replacement, N~200, VIOXX or Pbo for 7 days) and a Laparoscopic Gynecologic or General Surgery model (N~200, VIOXX or Pbo for 7days). The consultants' meeting was held on the 7 and 8-Dec-00. The current strategy is to first conduct a study in a Gynecological model to assess the feasibility of the endpoints and to reach an agreement with FDA on the choice of endpoints and on whether such studies would lead either to a label change and/or to a "pre-emptive analgesia" indication. A background package is scheduled to be sent to FDA in April 01. The initiation of a study using an orthopedic model (and potentially also a third model) is delayed until 4Q01-1Q02. **Study Design:** FPI: T-Jun-01; N= 160-175; Treatment duration: 5 days; Doses: VIOXX 50 mg, pbo. An interim analysis for the purpose of planning the studies in the other model(s) will be conducted T-Sept/Oct-01. The primary efficacy endpoint is VIOXX narcotic sparing effect vs pbo during the 5 days following surgery. Secondary endpoints will be opioid consumption as delivered by patient controlled analgesic (PCA) pump for the first 24 hour post surgery, oral opioid consumption following PCA discontinuation, and patient global satisfaction with post-operative pain treatment. |

Confidential - Subject To Protective Order

MRK-ABP0017319

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Research - Phase V | Complete enrollment of the Endoscopy Study with Low Dose Aspirin in OA patients (#136). | 3Q2001 | **Objectives:** To determine the comparative cumulative incidence of gastric and/or duodenal ulcers (>= 3 mm) following administration over 12 weeks of Pbo, enteric-coated (EC) aspirin, VIOXX plus EC aspirin, or ibuprofen. **Design:** N~ 1600 (1240), duration=12 weeks, 4-arms: Pbo (N~310), EC aspirin 81 mg QD (N~310) , VIOXX 25 mg  plus EC aspirin QD (N~310), ibuprofen 800mg TID (N~310).  An endoscopy will be performed at t=0; 6; and 12 weeks. **Status:**  Protocol 136-00 was approved 11 August 00 and must reach FDA before the November mandate for child resistant blister cards.  A domestic investigators' meeting was held 13-14 November 00 in Dallas.  An investigators' meeting for The Americas and EMEA region was held on 23-24-Jan-01, one for the Asia-Pacific region on 14-15-Feb-01.  FPI (US): C-19-Dec-00 (Nov-00), FPI  (int'l): C-11-Jan-01, **LPI (US & int'l): T-30-Sep-01 (May-01); LPO (US & int'l): T-31-Dec-01 (Sept-01).  As of 12-April-01, 212 patients have been randomized internationally and 196 domestically.**  Collectors have been deployed for all sites except for the 11 new sites added in the US.  All data available are currently being reviewed. The number of patients for this study has been increased by ~400 to ensure adequate power to detect the differences between the treatment groups. NB: The preliminary stat results from the pharmacodynamic study (protocol 138) confirmed that the low dose enteric coated aspirin formulation used in protocol 136 inhibits ex-vivo generated serum TXB2 at 4 hours postdose on Day 7 by more than the 90% prespecified lower bound and inhibits platelet aggregation by a mean percentage of 97.9%. |
| Clinical Research - Phase V | Initiate two 12 week Chronic Low Back Pain Studies. | 3Q2001 | Because FDA indicated that 4-week in duration Chronic Low Back Pain studies (CLBP) (PN 120 & 121) were not acceptable for a Chronic Pain indication,  the Team is planning to initiate two 12 week CLBP studies in 3Q01 (Jun 01).  These studies together with the 6 week placebo controlled and 52 week active controlled OA studies will be submitted to FDA to obtain a Chronic Pain indication.  The filing is targeted for 4Q02-1Q03. **Study Design:**  FPI: 3Q01 (Oct 01). Vioxx 25 mg and pbo will be used. **Whether to include in this study a comparator (Ultram or Ibuprofen) and a 12.5 mg dose of VIOXX  was discussed by the CT. The CT agreed to include the 12.5 mg dose of VIOXX and to use Ibuprofen as the comparator,  if a comparator were to be requested by FDA.** |
| Clinical Research - Phase V | Initiate an Endoscopic Study VIOXX+ASA vs Ibuprofen+ASA. | 3Q2001 | A new endoscopy study to test whether the gastrointestinal safety of VIOXX + low dose aspirin is superior to Ibuprofen + low dose aspirin will be initiated in 3Q01. . **Study Design:**  The primary hypothesis is that patients treated with VIOXX + ASA develop less gastrointestinal ulcers than patients treated with Ibuprofen + ASA.   A total of 400 patients with OA and requirement for aspirin for cardiovascular prophylaxis will be enrolled (200 per arm). Ibuprofen 2400 mg + ASA 81 mg vs VIOXX 25 mg+ ASA 81 mg. Duration: 12 weeks; upper GI endoscopies will be performed at 0, 6, and 12 weeks. FPI: 3Q01 (Oct-01); LPO: 3Q02; preliminary data: 1Q03. |
| Clinical Research - Phase V | Initiate Peri-Operative Analgesia studies in an Orthopedic model and possibly in a Bunioectomy model. | 4Q2001 | The initiation of studies using an orthopedic model (total hip replacement) and potentially also a Bunioectomy model has been delayed to 4Q01-1Q02.  The need for a third model (buniectomy) will be discussed with FDA. |
| Clinical Research - Phase V | | | ---- |

Confidential - Subject To Protective Order

MRK-ABP0017320

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Regulatory Affairs | Meeting with FDA for Peri-Operative Analgesia. | **5/2001** | **A meeting with FDA to discuss MRL's clinical plan for peri-operative analgesia will be requested for mid May-01.  The background package was submitted to FDA on 20-April-01.** |
| Regulatory Affairs | Meeting with FDA for Chronic Pain. | **6/2001** | **A meeting with FDA will be requested to discuss MRL's clinical plan and to confirm that the proposed studies would be sufficient to obtain a chronic pain indication.  A background package to be sent to FDA end of April-01 is currently being prepared.  The Team plans to include the cancer pain studies in this background package.** |
| Regulatory Affairs | Registration Status of the 50mg tablet. | Ongoing | CMC supplements will be required in multiple versions (US, Canadian, Latin America (for Mexico source) and ROW). The CMC data and one CSR- prot 087 bioequivalence of 1x50mg and 2x25mg were available by 6/30/99 and US submission was A-7/15/99.  US approval was received 2/25/00 (11/99).  A sNDA for the new image tablet (25 and 50 mg) was submitted to the FDA on 8-Sept-00. The Canadian submission (sNDS) was complete A-12/17/99 and was approved on 31-Jan-01. A Latin America submission (sIMA) was completed on 7/00 and was for the new image tablet. The EU submission was 8/1/00 (4/00) as part of the Analgesia brand (CEOXX) filing. This filing was done with the current image 50mg tablet and the new image tablet will be supplemented in the filing during the UK review. Only the new image will be marketed once approved.  ROW submissions (sIMA) were C-8/28/00 and were for the new image tablet. The 50 mg new image tablet was approved in Mexico in Oct-00,  in Switzerland and Argentina in Nov-00, in Brazil in Feb-01,  in New Zealand and n Costa Rica in Mar-01. |

Confidential - Subject To Protective Order

MRK-ABP0017321

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Complete Pilot Acetaminophen/Celecoxib (VACT-1) Study (#106). | A-5/2000 | **Endpoints:** Improvement in pain on walking, pain at night and rest, morning stiffness (duration of action), percent of patients with good or excellent response to therapy. **Objective:** A pilot study to estimate the treatment differences between VIOXX and Acetaminophen and VIOXX and Celecoxib. The goal is to define the appropriate endpoints for a larger comparison trial. The study will investigate the efficacy of 12.5mg and 25mg qd VIOXX, 200mg qd Celecoxib, and 4000mg Acetaminophen as measured by improvement in pain on walking, pain at night and pain at rest and by percent of patients with good or excellent response to the patient global assessment of response to therapy question. Results will be used to design large Phase III studies. **Study Design:** A 6-week study in patients with OA of the knee who will be randomized to one of four treatment groups: 4000mg (1000mg qid) Acetaminophen (N=100), 200mg celecoxib qd (N=100), 12.5mg and 25mg VIOXX qd (N=100). Within each arm a minimum of 50 patients will be previous NSAID users and 30-50 patients will be previous acetaminophen users. PR&D blinded the acetaminophen and supplies were available in early June. FPI A-6/21/99, LPO A-1/00 (12/99). 510 patients were screened and 379 patients were randomized (280 NSAID users and 68 acetaminophen users and 300 had completed the study), 78pts discontinued early (38 due to lack of efficacy, 14 due to clinical AEs, 1 due to laboratory AE, 6 withdrew consent and 3 lost to follow-up). Four SAEs were reported. **Results:** Final data C-5/00. Baseline characteristics were similar among groups. 18% of acetaminophen users discontinued early mostly due to lack of efficacy compared to 9.3%, 7.4% and 8.5% of patients receiving celecoxib or rofecoxib 12.5 or 25mg respectively. For early efficacy (days 1-6), Rofecoxib 12.5mg was statistically superior to acetaminophen after the second day of therapy for walking pain, rofecoxib 25mg was statistically superior to acetaminophen during the first 5 days for walking pain. In terms of rest pain, Rofecoxib 12.5mg was statistically superior to acetaminophen on Days 4-5 whereas Rofecoxib 25mg was statistically better on days 2-5. In comparison to celecoxib, Rofecoxib 25mg was statistically superior on days 2-4 for walking pain. Rofecoxib 25mg was statistically superior to celecoxib in terms of rest pain on Days 2-6. And Rofecoxib 25mg was statistically superior to celecoxib on Days 2-3 for night pain. Over the 6 weeks of therapy Rofecoxib was superior to acetaminophen for pain walking, morning stiffness, night pain, rest pain, % of patients with good or excellent response to therapy. |
| Clinical Development - CDP | Complete Celebrex OA study - C2 (#112). | A-9/2000 | **Objective:** Compare the early efficacy (Days 2-7) of VIOXX 12.5mg and 25mg to celecoxib 200mg in terms of pain at night, morning stiffness and difficulty rising from bed. Patient global response to therapy will also be assessed. Two OA efficacy studies vs celecoxib will be done to be used for promotional statements if results are positive. **Design:** A 6-week randomized, double-blind study to compare safety and efficacy (for OA of the knee) of rofecoxib 12.5mg (N=420), 25mg (N=420), celecoxib 200mg (N=420) and pbo (N=140). Primary efficacy endpoint is morning stiffness (WOMAC question 6). **Status:** FPI A-1/7/00 (12/99), LPI A-7/31/00 and a total of 1521 patients were randomized in this study. 151 sites participated. LPO A-9/8/00. 1248 patients completed the study and 70 patients will remain in the 6-week treatment period. Twenty-five SAEs were reported and three were considered possibly drug related. Four CV events and one GI event were submitted for adjudication. Clean file was achieved 21-Nov-00. Preliminary data were available in December 00. Results have been shared with a sub-committee of the CST, and additional analyses are being conducted. The final report is scheduled for completion in 2Q01. |

Confidential - Subject To Protective Order

MRK-ABP0017322

## CRRC CRITICAL ACTIVITIES

**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Complete the CSR for the ADVANTAGE Trial in OA pts (#102). | A-3/2001 | **ADVANTAGE - Assessing Differences between VIOXX and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness.** **Endpoints:** Percent of patients that discontinue prematurely for pre-defined GI AEs (acid reflux, dyspepsia, epigastric discomfort, heartburn, nausea, vomiting, abdominal pain and diarrhea). Key efficacy measures include patient global assessment of disease status, patient preference for study medication, quality of life using SF36 and the AUSCAN OA hand index. **Study Design:** A 3 month study which will focus on primary care (90% of sites) and managed care (10% of sites) providers and will compare the safety of 25mg VIOXX to 500mg bid Naproxen in 5560 pts (~2180 pts/arm at ~800sites). Approx. 160 pts from Sweden will be included in this trial. Three investigator's meetings are planned for March 1999. **Status:** FPI was achieved on 3/26/99, protocol was finalized end 2/99(CDOC presentation 2/3/99). Supplies were packaged in West Point due to the tight timelines and other commitments for VIOXX and 663 at Merck Frosst. The study was done in collaboration with a CRO and 617 sites participated. A total of 5586 patients (5431 US, 155 Sweden) were randomized into the study and as of 4/5/00 all patients had completed the study. There were 1568 early discontinuations and 152 SAEs reported. Three cardiovascular and 19 GI events were submitted for adjudication. LPI A-1/3/00 (9/30/99), LPO A-4/5/00, Clean file A-9/14/00. Stats analysis available A-10/02/00. Regulatory emphasized that this CSR was a high priority CSR because FDA has requested the complete study report several times. A CSR Planning meeting was held on 20-Feb-01 to discuss, among other items, the timelines for completion of the CSR. After further discussion with FDA, Regulatory Liaison agreed to provide the CSR for this study to the Agency by no later than 30 March 01. Timelines for completion of this document were extremely tight and review cycles were significantly compressed and also modified to achieve a 30 March 01 submission. The CSR entered Authors' Management on 09 March 01; it went into Review#1 and simultaneously into WCQAR Review on 16 March 01; a CSR consensus meeting was held on 21 March 01, and the document entered Review #2 on 24 March 01. The document was submitted to FDA on 30 March. **The SAS Transport File (Item 11) was submitted to FDA on 16-April-01. Item 12 (Deaths, Discontinuations due to CV AES and to GI AEs, GI endpoints, CV endpoints, and Discontinuations due to AEs other than GI and CV) is on target for submission to FDA on 30-April-01.** **Results:** Results were presented to the PT on 11-Dec-00. The incidence of discontinuations due to GI AEs was significantly lower for VIOXX than for Naproxen (9.1% vs. 11.2%). The incidence of cardiovascular AEs, lower extremity edema, and hypertension was similar between treatments. VIOXX and naproxen were similar in efficacy measurements including patient global assessment of disease status, the AUSCAN OA index, and discontinuations due to lack of efficacy. |
| Clinical Development - CDP | Initiate a VIOXX, Acetaminophen, Celecoxib study (VACT-2) (#150). | A-4/3/2001 | **Study design:** The design of this study is similar to the design of Prot 106 (VACT-1). The results of this study in combination with the results of Prot 106 will be used for promotion. Duration: 6-weeks; 4-arm study in 1560 OA patients: 4000mg (1000mg QID) Acetaminophen, 200mg celecoxib QD, 12.5mg and 25mg VIOXX QD. 25% of patients will be previous acetaminophen users, but no rescue ,medication will be allowed. **FPI: C-03-April-01,** LPO: 4Q01, Data available: 1Q02. This protocol was presented at 25-Jan-01 CRRC and was subsequently approved. |

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase V                                                                                                      Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Initiate a Celecoxib Ambulatory Blood Pressure Pilot Study (#155). | 4/2001 | **Objectives:** Assess the ambulatory blood pressure effect of Celecoxib and neutralize the Hypertension/ edema/Cardiovascular concerns with VIOXX. **Design:** The protocol was originally being developed in Germany where the study was supposed to be conducted, but this study was recently moved from CDSP to CDP. Two studies were being planned (N=150 in 24 sites for each study). Both studies were designed to begin by a 4-week baseline stabilization period of the blood pressure using an ACE inhibitor, Lisinopril open label (10, 20 or 40-mg ). The baseline stabilization period was to be followed by a 4-week treatment period and then by a 2-week follow up period. The treatment for the first study were supposed to be VIOXX 12.5 , VIOXX 25 mg, and pbo; for the second study Celebrex 200 mg QD, Celecoxib 200 mg BID, and pbo. The Team decided to conduct first a pilot study with only Celebrex to determine whether Celebrex increases blood presssure before to perform a head-to-head VIOXX/Celecoxib comparison study. The design of this study was presented at 25-Jan-01 CRRC. However, the Team needs to resolve some issues about the protocol design (e.g., lack of study hypothesis) before CRRC approves the protocol. Two possible study designs were reviewed at the CT on 20-Feb-01. The first study design proposed was a parallel design with a 4-week baseline period with patients stabilized on lisinopril followed by a 4-week active treatment period. The second study design proposed is a crossover design with a 4-week baseline period with patients stabilized on lisinopril, as in the parallel design, followed by two 6-week active treatment periods separated by one week washout. In this design, patients on placebo during the first 6 weeks will be reassigned to Celebrex BID or QD during the following 6 weeks, patients on Celebrex BID during the first 6 weeks to Celebrex QD or placebo, and patients on Celebrex QD during the first 6 weeks to Celebrex BID or placebo. The primary hypothesis is to determine if Celecoxib 200mg BID given to patients with mild-to-moderate hypertension on lisinopril will increase the 8 hr post-dose nighttime segment of 24-hr ambulatory blood pressure compared with placebo. The CT recommended to select the crossover study design and to decrease the 6-week treatment period to 4 weeks. The study will be a 3-arm study with Celebrex 200mg QD and DID, and placebo. FPI: T-April/May-01; LPO: T-end of Nov-01, and data available: T-May-02; N=108. The protocol was presented and approved at 05-March CRRC. |
| Clinical Development - CDP | IM Toradol Comparison Pilot Study (#142)--LPO. | 6/2001 | This pilot study will replace the two Toradol studies that were initially planned (These two studies have been replaced by two Narcotic comparator studies in sports injury). **Objective:** To demonstrate comparable efficacy of VIOXX 50mg single dose vs. IM Toradol or Hydrocodone/Acetaminophen in musculoskeletal acute pain (sprains, strains, and minor distal fractures) in an emergency room setting. **Design:** N=250 (12 sites). This study will be a 5-arm study: pbo, Rofecoxib (50mg), Toradol (Keterolac) (60mg), Hydrocodone/Acetaminophen (5mg/500mg, bid) 1 tablet, Hydrocodone/Acetaminophen (5mg/500mg, bid) 2 tablets. The protocol was approved by CDOC on 01-Nov-00. **Status:** FPI: C-09-Feb -01 ( 12/07/00), LPO: T-Jun-01. **As of 27-March-01, 79 patients have been screened and 50 patients randomized. Eleven sites have drug supplies and seven are active.** Note: The possibility of using Percocet or Tylox instead of 2 tablets of hydrocodon/Acetaminophen was addressed with the CT. It was decided that this alternative was not feasible because blinding Tylox would require approximately 3 months and blinding Percocet would require over-encapsulation of the drug followed by further studies to demonstrate bioequivalence. |

Confidential - Subject To Protective Order

MRK-ABP0017324

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor)** (OA / Analgesia) | **NDA Submission - 11/1998** **MAA Releases - 12/1998** | | |
| Clinical Development - CDP | Initiate Two Studies in Cancer Pain. | 4Q2001 | The team is planning analgesia studies in cancer pain models. A consultants' meeting was held on 4/21/00 to review study designs. Studies in breast or prostate cancer patients with symptomatic bone metastasis should start T-2Q01 (1Q01). Two studies (N~600, 50 mg of VIOXX or Pbo for 12 weeks) will be conducted. FPI: 3Q01, LPO: 2Q02, Data available T-4Q02. FPI has been delayed to 4Q01 for the first study and 1-2Q02 for the second study, since the results of these studies cannot be promoted until a VIOXX Chronic Pain indication is obtained. |
| Clinical Development - CDP | Initiate two Narcotic Comparator in Acute Analgesia Studies. | 4Q2001 | The purpose of these studies is to counteract Valdecoxib/Parecoxib. The design of this study will be developed once the results of the IM Toradol comparison pilot study (PN 142) will be available. The plan is to use branded Vicodin as the comparator. |
| Clinical Development - CDSP | Complete Naproxen Comparator Study in Asian population (CDSP, 901-OE). | A-8/2000 | **Objective**: To demonstrate comparable efficacy of 12.5mg MK to 1000mg Naproxen in approximately 400 Asian patients. To expand the MRL database on Asian patients, to support registration in selected countries, to support regional marketing strategies, to develop local opinion leaders and to utilize data for use in promotion in the US. **Endpoints:** Average mean change from baseline in VAS pain walking on a flat surface over the first 6 days of treatment. **Design:** Identical to the ongoing CDSP naproxen study 901-OA. A 6-week double-blind, randomized, parallel-group study of MK-966 12.5 mg q.d. versus naproxen 500 mg b.i.d. Paracetamol use restricted on days 1 through 6. Participating countries will include Hong Kong, Malaysia*, People's Republic of China*, Philippines*, Singapore and Taiwan* (*final decision on the use of these countries is pending results of country audits). Hong Kong and Singapore were ready to start enrolling patients in 4/99, however the study timing was delayed until 6/99. **Status:** Supplies were shipped to Hong Kong and Singapore in 7/99 and supplies for remaining countries were shipped mid-August. An investigators meeting w/the Hong Kong investigators was held week of 1/11/99. FPI was achieved 10/28/99 (6/99) and as of 6/7/00 enrollment was completed with 448 patients randomized. LPO A-8/00. Results of this study were presented to the CT on 09-Jan-01. The differences between VIOXX and Naproxen were within the predefined criteria for clinically significant effect for all primary and secondary endpoints. The safety analyses showed that Naproxen led to 12% more drug-related AEs and to 10% more GI AEs than VIOXX. The results of this study were more positive than the results of the identical CDSP Naproxen 901-OA study. The Team is currently discussing the pros and cons of combining these data with the data from Prot 901 Europe. |
| Clinical Development - CDSP | LPO - European Arthrotec Comparison Study (902-OC). | A-2/2001 | An Arthrotec comparison study using the UK image of arthrotec was initiated 9/99. The Arthrotec tooling was received in Montreal 3/22/99 and PR&D manufacturing the placebo supplies. **Objective**: To demonstrate better tolerability and comparable efficacy (as measured by WOMAC and investigator and pt global assessments of therapy) of 12.5mg VIOXX vs Arthrotec. **Endpoint:** Safety and diarrhea/abdominal pain. **Study Design:** A 6wk DB, parallel group study, N=440, comparing 12.5mg VIOXX to Arthrotec 50mg diclofenac/200mcg misoprostol bid. **Status:** FPI A-9/20/99. As of Nov-00, 467 patients have been screened, and 409/440 have been randomized. Enrollment will continue until 12/01/00 (11/05/00). LPI C-12/00 (7/00). **Frozen File C-03-April-01.** |

Confidential - Subject To Protective Order

MRK-ABP0017325

**CRRC CRITICAL ACTIVITIES**

**HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY**
**Phase V**

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (OA / Analgesia)** | **NDA Submission - 11/1998 MAA Releases - 12/1998** | | |
| Clinical Development - CDSP | LPO OA Celebrex Switch Study (906-0A). | A-2/2001 | **Objective:** This study will support the rationale of switching patients on celecoxib to VIOXX. **Study Design:** Patients with OA who are currently treated with celecoxib 200mg qd and who do not have adequate clinical efficacy will be randomized to either VIOXX 25mg qd or celecoxib 200mg qd for 2 weeks. There is no washout and no crossover. **Status:** The investigator meeting was held 2/24-25. The protocol was reviewed at the 1/5/00 CDOC. FPI C-5/00 (3/00). As of 04 Oct 00, 254 patients had been screened and 189/440 had been randomized. LPO: C-20-Feb-01; **Complete file: T-31-May-01;Frozen File: T-07-Jun-01;** data available: T-Jun-01. |
| Clinical Development - CDSP | Complete CSR for ADVANTAGE Trial in OA - Sweden (903-OA). | A-3/30/2001 - | Sweden requires an OA trial to increase VIOXX exposure with General Practitioners and will participate in the CDP ADVANTAGE Trial with 160 pts at 8 sites. An investigator meeting was held 5/11/99 and FPI A-8/99(5/99). (The R-88 was not submitted until mid-May, clinical supplies will therefore be available in 7/99. Supplies were shipped in 7/99 and FPI was achieved on 8/13/99. LPI A-1/3/00, 155 patients were randomized. The CSR for PN 102 includes data from this protocol. The CSR was submitted to FDA on C-30-March-01. |
| Clinical Development - CDSP | Initiate a VIOXX vs Diclofenac Dental Pain study. | 3Q2001 | **Rational:** Because Diclofenac is a major competitor to VIOXX ex-US in acute pain treatment and the only MRL data available comparing Diclofenac to VIOXX are in OA, the Team decided to initiate a dental pain study vs. Diclofenac. VIOXX 50 mg will be compared to Diclofenac 50 mg on overall analgesia at 8 hours (TOPAR 8). It is anticipated that efficacy of VIOXX will be comparable to the efficacy of Diclofenac. FPI: 3Q01; Results available: 4Q01-1Q02. |
| Clinical Development - CDSP | Initiate a Post Operative Hospital Pain study. | 3Q2001 | The design of this study will mirror the design of the MRL peri-operative analgesia studies. The study design is being developed and the use of comparator is TBD. |
| Clinical Development - CDSP | Initiate OA Celebrex preference study (908-OA). | 4Q2001 | **Objectives:** The primary hypothesis of this study is to show better efficacy (WOMAC questionnaire and global assessment scales), number of patients with good to excellent response and patient preference. **Design:** Patients with OA will be washed out then randomized to treatment with either VIOXX 25mg qd or celecoxib 200mg qd and treated for 2 weeks then crossed over with no washout to the other treatment group for another 2 weeks. N=500, FPI:4Q01. Discussions are ongoing about the chance of success of such a study based on the results of recent comparator studies. As of Apr-01, possible study designs are still being reviewed. The results from the switch study are being awaited. |
| Clinical Development - CDSP | Initiate a Low Back Pain Study. | 4Q2001 | The study design is being discussed. N=500-600, VIOXX 25mg QD, Acetaminophen 4000mg QD. Timelines for start-up are being developed. |

Confidential - Subject To Protective Order

MRK-ABP0017326

**CRRC CRITICAL ACTIVITIES**
HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **sNDA Submission - 02/28/2001 sIMA Submission -04/10/2001** | | |
| Project Team | File sNDA for Rheumatoid Arthritis. | A-2/28/2001 | The Team had developed timelines that would allow for the RA submission to be completed by 12/00 but due to slow enrollment in the efficacy trials the WMA filing was moved to T-1Q01. A pre-NDA meeting with the FDA was held A-2/8/00 for the RA submission. The target date for filing the sNDA is 28 February 01 and March 01 for the sIMA. Current plan is to cut-off the pivotal phase III studies at 14 weeks (LPO A-7/00) and submit that data along with the accrued safety data up until the WMA cutoff date. The major studies in the submission include the two pivotal efficacy studies, protocols 096 (US) and 097 (Int'l), the endoscopy study Protocol 098(US)/103(Int'l), the Phase IIb DRF study, Protocol 068 + extensions, the synovial fluid studies, Protocol 049/081, and a few clinical pharmacology studies (methotrexate interaction and gastric biopsy study). As of 2/00, the JRA PK studies will be included in this submission. Given the 14wk cut-off for the efficacy trials the program will just meet the ICH requirements for 100 pts for 1yr (majority of this will come from Prot 068 ext) at the selected dose and will not meet the requirement of 300-400 pts at 6 months (current estimate is just under 300 pts at 6 months). The Team plans to reference the VIGOR trial in the RA submission and use the longer term exposure at 50mg to bolster the exposure data in the RA application. This should be acceptable for the US since the dose in VIGOR is higher than the RA projected dose (25mg). In the US the VIGOR trial was submitted before the RA submission. The strategy for the international review of the VIGOR submission is under discussion but the current plan is submit prior to the RA filing. A letter outlining the international submission strategy (VIGOR before RA) was sent to the MCA 2/17/00. Regulatory affairs received a response 5/00 (3/00). RA-E spoke with the head of the MCA post licensing area on 5/5/00 regarding the MSD letter sent in 2/00 and the MCA requested additional information (specific proposed SPC changes, timing for submission). Subsequent to that, MRL agreed to send the assessor the cardiovascular overview document from the VIGOR submission. The sNDA was completed on 28-February-01 and was delivered to FDA on 01-March-01. |

Confidential - Subject To Protective Order

MRK-ABP0017327

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase V                                                                                                        Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **sNDA Submission - 02/28/2001** **sIMA Submission -04/10/2001** | | |
| Project Team | Obtain Approval of the VIGOR sNDA. | 2Q2001 | <u>US:</u> A pre-NDA meeting with the FDA was held A-4/10/00 for the VIGOR submission.  At this meeting, it was agreed that three additional studies will be included in the VIGOR submission to support a label change for concomitant use of aspirin. These studies are the MRL elderly study (protocol 058) and the 2 CDP nabumetone comparison studies (protocols 085 and 090). There have also been consultations with the Reference Member State -UK.  The VIGOR sNDA was released on target on 6/29/00.  The FDA did not grant a priority review for VIGOR.  MRL discussed this with the agency and both parties agreed to the standard review.   The background package was due to WRC for VP review on 11/15/00 and was sent to the Agency on 01/04/01. |
|  |  |  | VIGOR SUR was sent to FDA on 13 October 00. |
|  |  |  | The Advisory Committee Meeting for VIGOR was held on 8-Feb-01 and on 7-Feb-01 for for CLASS.  The outcome of the Advisory Committee Meeting was positive and has been presented at 09-February-01 CRRC meeting.  The Advisory Committee agreed that results of the GI outcome study should be included in the labeling, as well as the data on cardiovascular events.  A revised label was sent to FDA on 02 March 01. A face-to-face meeting is scheduled with FDA on 11 April 01 to discuss the inclusion of the data from PN 069.  At the 11-April-01 meeting, FDA was reluctant to accept inclusion of the data from PN 069, as currently proposed by MRL.  Nonetheless, the Agency would be willing to review another proposal that would be briefer and contain less data from this protocol.  An approvable letter was received on 06-April-01. In this letter, FDA reiterated that the VIGOR application may be approved only when the review of the ADVANTAGE trial (CSR, Item 11, and Item 12) is completed.  The CSR for ADVANTAGE was submitted to FDA on 30-March-01 and Item 11 on 16-April-01. Item 12 (790 patients) is on target for completion on 30-April-01.  In addition to the ADVANTAGE complete report, FDA, in its approval letter, requested updated safety information .  Discussions on the extent of the safety update report are ongoing within MRL.  This safety report will likely include the CV meta-analysis updated with new placebo-controlled data obtained mainly from the Alzheimer's Disease studies and from the Pilot Prostatitis study (PN 118).  In addition, updated SAEs from all studies that achieved frozen file will be provided.  The studies to include are the Bone Metabolism study (PN 083), the Sodium Retention study (PN 905), the Octogenerian study (PN 058), and the OA extension studies (PN 029, 034, and 35) .  A proposal to update the safety information will be shared with FDA within a week or two (end-of April).   Labeling negotiations with FDA will continue. |
|  |  |  | <u>Int'l:</u> The sNDS was submitted to the HPB (Canada) on 8/17/00. A priority review request had been submitted on 7/19/00 and was turned down.  Merck Frosst estimates a 10 month review.   Three Expert Reports have being written for the EU: A. Reicin wrote the GI Expert Report (ER), E. Barr the CV Expert Report, and R. Collins (Oxford University, UK) the external report.  Dr. Collins requested a meta-analysis of CV data for his Expert Report.  This analysis was provide to Prof. Collins in  Nov-00.  This expert report will be available if needed, during agency reviews of VIGOR.  MCA's feedback on the outcome of the assessment of the cardiovascular results from VIGOR was received on 20-Oct-00.  MCA requested only a minor modification of one sentence in the SPC and recommended to proceed with the submission of a Type II variation to include the new statement into the SPC.  This Type II variation supported by a brief expert report authored by RA-I was submitted to the MCA on 7-Nov-00 (9/00). (Continued) |

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **sNDA Submission - 02/28/2001 sIMA Submission -04/10/2001** | | |
| Project Team | Obtain Approval of the VIGOR sNDA (cont'd). | 2Q2001 | (Continued)<br>MCA recommended approval of the SPC, and the deadline for comments from the CMS was 24 Jan 01. However, the other EU Agencies requested that an additional paragraph describing the CV findings be added to the label. The proposed paragraph in SPC section 5.1 has been revised to reflect more detailed information on the VIGOR CV results. Additionally, a precaution section is proposed on the lack of anti-platelet effect per Rofecoxib. **The SPC paragraph modified per UK assessor's comments was submitted to all 14 Agencies on 30-Mar-01. The MCA restarted the clock on 03-April-01. The deadline for CMS comments is 28-Apr-01.**<br>The CV variation was followed by an additional Type II variation for the GI outcome of VIGOR. This second variation was submitted to the EU end of Jan 01. **The UK preliminary assessment report for the VIGOR GI variation was received on 05-Apr-01. The MCA assessor proposes minor changes to the SPC text. Additional comments from CMS are expected by 23-Apr-01. VIGOR release to the ROW was completed on 21-Dec-00.** |
| Project Team | File sIMA for Rheumatoid Arthritis. | A-4/2001 | The EU Type II variation for Rheumatoid Arthritis will be submitted in April 2001 (March 01). The ISS and ISE from the sNDA are being combined into a WCS and condensed to meet the WCS 100 pages requirement. The Team agreed to combine the authors' management and the VP review cycles since no new information was provided in the document. The WCS entered this review cycle on 09-Feb-01 and entered the WCQAR review and VP approval cycle on 01-Mar-01. **The WCS was WCQAR approved on 26-March-01; the Clinical Expert Report on 03-April-01. The Type II variation was filed in the UK on 09-April-01 and on 17-Apr-01 in the CMS; the sIMA was released to the ROW on 11-April-01. The estimated date for approval is Oct-01.** |
| Project Team | File Safety Update Report for RA. | 6/28/2001 | The Safety Update Report (SUR) for RA is due T-06/28/01. This report will include protocols 068-10,20; 096; 097; and 098/103. Because 06/29/01 is the filing date for MK-663 NDA, the Team agreed to target the filing date of the SUR for T-06/22/01. Patient visit cut-off date occurred on 21 Nov 00. Last patient submitted for review was completed on 04 Dec 00 for Prot. 097 and on 12 Jan 01 for Prot. 096 and 068. Medical review by patient was completed on 26 Jan 01. All files were frozen by 22-Feb-01 (19-Feb-01). **All the safety tables, except the table for hypertension, were delivered to clinical on 09-Apr-01. The CSR is targeted to enter Authors' Management review on 02-May-01, Subsection review on 18-May-01, and Subsection approval on 04-Jun-01. The target date for SUR Approved is 08-Jun-01.** |
| Project Team | File a second SUR for VIGOR | TBD | VIGOR SUR was sent to FDA on 13 October 00. **In its approvable letter received by MRL on 06-April-01, FDA requests updated safety information. Discussions on the extent of the safety update report are ongoing within MRL. This safety report will likely include the CV meta-analysis updated with new placebo-controlled data obtained mainly from the Alzheimer's Disease studies and from the Pilot Prostatitis study (PN 118). In addition, updated SAEs from all studies that achieved frozen file will be provided. The studies to include are the Bone Metabolism study (PN 083), the Sodium Retention study (PN 905), the Octogenerian study (PN 058), and the OA extension studies (PN 029, 034, and 35). A proposal to update the safety information will be shared with FDA within a week or two (end-of April). An achievable target date for the submission of this SUR will be determined once the Team has a better understanding of the extent of this massive effort and the resource needed and available to complete this SUR.** |

Prepared: 4/24/01

Page 135

Confidential - Subject To Protective Order

MRK-ABP0017329

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **sNDA Submission - 02/28/2001**<br>**sIMA Submission -04/10/2001 ,** | | |
| Basic Research | Complete studies in pro-thrombotic animal model. | | Based on the clinical results of the VIGOR trial the FDA requested more data on thrombosis using an animal model. Basic Research has done preliminary studies to evaluate which model to use and the monkey was selected. They are currently determining dosing for VIOXX, NSAIDS, and Celebrex and once established will review the proposed protocol with Clinical as well as regulatory. The Team would like to have data in time for the VIGOR advisory committee meeting; this request was accommodated by rolling out data from priority treament groups first. |
| Clinical Research | Complete the CSR for the PK extension study in juvenile RA patients, 2-5 yr old (US-109/intl-110). | 3Q2001 | The preliminary decision on doses for the younger children (2-5 yr olds) is 0.35mpk/day and 0.7mpk/day. However, additional PK data in children (2-5 yr olds) were required to finalize the dosing for this age group. Eight patients were enrolled: three patients in the U.S. and five in Peru in Nov00. These confirmatory data will be filed with the efficacy trial (PN 134 &135). Drug metabolism results for the 2-5 yr-old extension were available on 19-Dec-00. The results demonstrated that the upper dose had to be reduced from 0.7 to 0.6 mpk/day and the lower dose from 0.35 to 0.30 mpk/day to match the 25 mg dose recommended for RA in adults.<br>**Status of the CSR:** Last patient submit for review was complete on 26-Jan-01. Complete file occurred on 07-Mar-01 and Frozen Files on 09-Mar-01. Statistical analysis is targeted for delivery to clinical on 04-May-01. |
| Clinical Research | LPO into Extension #2 to Phase IIb DRF study in RA (#068-20). | 7/2001 | FPI A-12/21/99, LPI: Jul-00, LPO: 07-Jul-01. |
| Clinical Research | LPO Part II (13-52 weeks) & 1yr Extension Phase III RA study vs Naproxen (US) (#097). | 2/2002 | LPI (base): 18-Feb-00; LPO (1 yr extension): Feb-02. |
| Clinical Research | LPO Part II (13-52 weeks) & 1 yr Extension Phase III RA study vs Naproxen (US) (#096). | 4/2002 | LPI (base): 14-April-00; LPO (base): T-Apr-01; LPO (1-yr Extension): T-Apr-02. |
| Clinical Research - Phase V | Meta-Analysis of Cardiovascular/Thrombotic Events Rates. | A-12/2000 | This analysis is conducted to determine the incidence of cardiovascular/thrombotic events in patients treated with COXIBs (Rofecoxib and Etoricoxib) compared with patients treated with non-selective NSAIDS, placebo, and Naproxen. The DAP was presented to CDOC on 04-Oct-00. An exploratory analysis will be conducted as background information for the VIGOR Advisory Committee meeting. This analysis showed that the rates of CV events were similar on Rofecoxib compared with placebo and non naproxen NSAIDs. |

Confidential - Subject To Protective Order

MRK-ABP0017330

**CRRC CRITICAL ACTIVITIES**
HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Rheumatoid Arthritis)** | **sNDA Submission - 02/28/2001 sIMA Submission -04/10/2001** | | |
| Regulatory Affairs | Request for pediatric exclusivity. | A-7/1999 | An initial written request was sent to the Agency on 7/29/99 and the FDA responded early 12/99. The FDA denied our request to use the two PK studies for a pediatric claim and requested that we do efficacy trials. Regulatory Affairs submitted a package with a response by 2/25/00 (2/10/00) to request a waiver to the pediatric rule. In addition, they will need to submit the efficacy protocol along with a timeline for RA efficacy trials for exclusivity.  The finalized protocol for pediatric efficacy was sent to the Agency (31 August 00), along with a prompt for a written request. Merck's proposal is to submit data from the 12-week base study along with proposed draft pediatric labeling for VIOXX by 10/1/01.  There is interest in obtaining a request for exclusivity in acute analgesia in children (b/c we already have an indication for this in adults). Regulatory, Clinical and Legal will be discussing further to determine the strategy. As of 13 Dec 00, the FDA review division had not completed the review, and thus the request had not yet been forwarded to the Pediatric Task Force division.  Enrollment was intiated Dec 00 to meet 01 October 01 filing date; consequently, FPI occurred before receipt of FDA written request.  At the teleconference held 17 Jan 01 with FDA to discuss several issues related to the Cox-2 inhibitor programs,  the FDA stated that the Written Request will be ready end of April 01.  Because of the delay in providing the team with the Written Request, the Agency committed to extending accordingly the team deadline for filing the JRA studies. Because MRL does not have an approved adult RA indication, the written request will not be issued before approval of the adult RA application.  The adult RA application arrived at FDA on 01-March-01, and therefore  the written request will not be issued before end of December 01,  estimated date for the approval of the adult RA indication, provided that the application is granted a 10-month review.  Discussions with FDA are ongoing. |

Confidential - Subject To Protective Order

MRK-ABP0017331

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                CRRC Meeting: 05/03/2001
Phase V                                                                                   Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Cancer)** | | | |
| Project Team Objectives | Complete 75% enrollment in the Familial Adenomatous Polyposis (FAP) # 129. | 4Q2001 | FPI: C-Oct-00. |
| Project Team Objectives | Complete enrollment in the colon polyps study (#122). | 4Q2001 | This is a MRL Laboratory objective. |
| Clinical Research - Phase V | Initiate FAP trial (#129). | A-9/2000 | **Objective:** Evaluate efficacy compared with Placebo in treatment of rectal adenomas. **Endpoints:** Primary - rectal polyp numbers, Secondary - rectal polyp size and global assessment of rectum. **Design:** N~ 70. Familial adenomatous polyposis (FAP) is an autosomal dominant disorder characterized by the formation of hundreds of colorectal adenomas in young adults. Virtually all patients with FAP will have colorectal cancer by the fifth decade of life if prophylactic colorectomy is not performed.  Searle has already received accelerated approval for an FAP where they demonstrated that a relatively high dose of celebrex (400mg bid) was effective in the treatment of FAP. The study conducted by MRL with VIOXX 25mg  vs placebo will be used for publication only. Patients must have >= 5 assessable polyps to be eligible for the study and once enrolled they will be treated for  6 months.  The protocol was reviewed at the 4/5/00 CDOC and has been finalized. The protocol was amended to allow the use of low dose aspirin for cardiac prophylaxis, and the number of evaluable polyps has been changed to read "minimum of 5" instead of "5", at the statistician's request. **Status:** Clinical/CROPS have identified 11 sites (1 in Canada, 9 in US, 1 in Brussels).  Identifying sites has been difficult due to the lack of available FAP patients. Eight domestic sites and two international sites (Belgium and Canada) will participate in the study.  FPI A-10/00 in the U.S. LPO: 2Q02. Canada began screening in Nov 00, and Belgium targets to begin screening in Jan 01. The study is on target to achieve 75% enrollment by 4Q01.  **As of 19-April-01, 7 patients have been enrolled.  Additional international sites will be added to the study due to poor enrollment.  One investigator in the UK is interested in participating in the study and will be able to enroll 30-40 patients starting in Oct-01.   Sites in Italy, Brazil, and Sweden will likely be added as well.** |
| Clinical Research - Phase V | Initiate study to evaluate effectiveness of VIOXX to prevent recurrence of colorectal cancer (intl) (VICTOR Trial) (#145). | 2Q2001 | This is a proposal from Prof. Langman (UK) for which  the primary objective is to assess the ability of VIOXX to decrease the incidence of recurrent colorectal cancer in patients with a prior diagnosis of Dukes Stage B or C colorectal cancer following completion of primary chemotherapy. The study will be a large  (N=7000) multi-center placebo-controlled trial of VIOXX vs placebo. Patients will be treated for two years with annual follow-up for determination of cancer recurrence or death.  The study will be managed by the QUASAR group ( a multicenter center group of oncologists in the UK with experience in conducting large-scale clinical trials) and Merck will provide funding and clinical supplies for this study.  The concept for this study was agreed to at the 2/17/00 RPRC review of VIOXX. The protocol was reviewed at the 6/7/00 CDOC meeting; the concept was approvable, however, there are several logistical issues which need to be worked out. **Status:** FPI: T-2Q01 (4Q00); LPO: T-2Q11. The protocol has been finalized and approved by the MCA, but issues about budget and monitoring are pending. The protocol was presented at the Intergroup meeting in September 00.  If other groups from the Intergroup decide to participate in the study, the study will then be conducted with the NCI which would speed up enrollment.  The protocol may then need to be altered since NCI will also want to look at polyp recurrence.  The extent of U.S. participation is still being discussed.  The North Central Cancer Treatment Group will participate. **NCI will likely participate in the trial.** |

Confidential - Subject To Protective Order                                      MRK-ABP0017332

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase V                                                                                                      Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| | | | |

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor)**
**(Cancer)**

| Clinical Research -
Phase V | Initiate prevention of progression of prostate cancer study following radical prostatectomy. | **5/2001** | This proposed MRL study is a multicenter trial to evaluate the effect of VIOXX, finasteride, VIOXX + finasteride and Pbo on the recurrence of prostate cancer in men who have undergone radical prostatectomy and are at high risk for recurrence. This proposal was agreed to at the 2/17/00 RPRC review. This will be a 2 year study in approx. 200 men and should take approx. 1-2 years to recruit. This study will be managed by the Proscar PDT.  At 09-Feb-01 CRRC, it was decided that the finasteride arm will be removed.
FPI may not be achieved until May-01; LPI: 2Q03; LPO: 2Q05. |

Confidential - Subject To Protective Order                                        MRK-ABP0017333

**CRRC CRITICAL ACTIVITIES**
HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY
Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| | | | |

**VIOXX (MK-0966**
**Cyclooxygenase-2**
**Inhibitor)**
**(Cancer)**

Clinical Research - Phase V | Complete enrollment of the Colon Polyps Study (US/intl) (#122). | 12/2001 |

**Objectives:** The primary objective is to determine the cumulative incidence of recurrence of colorectal adenomas during 156 weeks of treatment.
**Endpoints:** Primary endpoint is the development of a colorectal adenoma defined as a polyp at least 5mm in its greatest dimension with confirmed neoplastic changes on histologic exam by the referral laboratory. An interim analysis will be done at year 1.
**Study design:** To assess the effect of 156wks of treatment with 50mg MK-0966, 25mg MK-0966 or pbo on the recurrence of colorectal adenomas. ~40-50 US sites will participate and enroll ~1550pts patients (require 1236 evaluable pts). Approx. 45 sites in 35 countries are participating. Study will have a 12mo enrollment period. Colonoscopy will be done at baseline, week 52 and week 156 or at the time of discontinuation. A consultants meeting was held on 8/3/98 (6/98). Study start was delayed to 4Q99 due to budgetary constraints. The protocol was reviewed at the 9/1/99 CDOC meeting. The investigator meeting was held 12/1-2/99. After release of the preliminary VIGOR results, a decision was made to drop the 50mg treatment arm in favor of allowing up to 20% of patients on concomitant low dose aspirin. This increased the sample size in the remaining 2 treatment groups but does not change the total N for the study.
**Status:**
**US:** FPI A-12/99 in the US. LPI T-2Q01, LPO T-2Q04. The US increased the number of sites to 40 to ensure rapid enrollment. A second and third US investigators' meeting were held February 00 and 18-19 October 00, respectively. An interim US investigator meeting was held 5-7 Jan-01. The issue of patient retention was addressed at this meeting. **As of 03-Apr-01, 1009 patients have been screened and 699 enrolled at 41 active sites; 40 discontinuations and 37 SAEs (one of them drug-related) were reported. Eleven of the 12 sites that were added in Oct 00 have been activated.**
**Intl:** FPI A-5/28/00. LPI T-3Q01, LPO T-3Q04. An int'l investigators' meeting was held 3/21-22/00 in Rome. There are a total of 57 int'l sites. **As of 03-Apr-01, 855 patients have been screened and 540 enrolled at 61/68 sites in 27/29 countries; 21 discontinuations and 11 SAEs (two of them drug-related) were reported.** A follow-up investigators' meeting was held on 21 Feb 01. Interim analysis should be available T-1Q03.
The background package for the EMEA (European Medicines Evaluation Agency) requesting scientific advice was sent on 6/5/00. The response from the EMEA was received on September 21th.

**While FDA had previously agreed to the study design in Oct 00, the Gastrointestinal division of FDA provided its recommendation on the protocol only on 17-April-01. The recommendations are 1) not to perform an interim analysis; 2) to perform a follow up endoscopy at year 8; 3) to change the primary endpoint to the proportion of individuals with new adenomas at year 3 and/or 8; 4) to perform a safety analysis of CV, edema, hypertension, thromboembolic, renal, hepatic, and upper GI AEs as well as an analysis of all SAEs; 5) to exclude from the study patients with solitary adenomas less than 1 cm at baseline with no prior history of polyp formation. MRL expressed some serious concerns about being able to sufficiently power the study if patients with adenomas less than 1 cm are excluded from the study, as requested by FDA. MRL will address this issue with the Agency.**

Confidential - Subject To Protective Order

MRK-ABP0017334

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                                CRRC Meeting: 05/03/2001
Phase V                                                                                                                                         Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Pediatric program)** | | | |
| Project Team | File sWMA for JRA. | TBD | To meet the sunset date for the FDAMA rule for patent exclusivity the efficacy study must be filed with the FDA 90days prior to the sunset date. Therefore, the sNDA for JRA is targeted for 01-Oct-01. However, because at the 17-Jan-01 teleconference FDA mentioned that the Written Request will not be ready before the end of April 01, the filing may be delayed accordingly.   FDA committed to providing the team with an extension that will reflect FDA's delay in responding to the team's request for the written document.  The enrollment was extended until at least the end of March.  Because it is highly unlikely that FDA will provide a written request before the end of December 01, the filing of the JRA studies will be delayed accordingly.  Therefore, the MRL Lab Objective which is to file the sWMA in 4Q01 will not be met.  Regulatory is actively pursuing discussions with FDA.   **The written request has been reviewed by the FDA's internal review committee on 18-April-01; therefore, feedback from FDA should be received within the next week or two.** |
| Clinical Research - Phase V | JRA consultants meeting. | A-1/2000 | A consultants meeting was held on 1/24/00 to discuss efficacy trial design for the JRA program. The consultants agreed that a placebo controlled trial would not be feasible and that an active comparator control would be required. The study design would be 2 doses of VIOXX vs naproxen suspension. Patients ages 2-17yrs will be randomized into the trial. |

Confidential - Subject To Protective Order                                                            MRK-ABP0017335

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY                    CRRC Meeting: 05/03/2001
Phase V                                                                     Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| **VIOXX (MK-0966 Cyclooxygenase-2 Inhibitor) (Pediatric program)** | | | |
| Clinical Research - Phase V | Initiate efficacy trial in JRA patients (Prot 134-US/135-Int'l). | A-12/2000 | **Endpoints:** Primary endpoint is patient/parent global assessment of overall well being. **Study Design:** An efficacy trial in approx. 225 patients will evaluate 2 doses of VIOXX compared to naproxen oral suspension (15mpk/d taken as BID). Patients from ages 2-17 years were included. Study was 12 weeks followed by an open label extension for 40 weeks. Biopharm data were delivered 5/25/00. A PK results meeting between clinical, BARDs and Drug Metabolism was held on 6/19/00. The consensus for dosing is the following: adolescents 12-17yrs will be given 12.5 -25mg /day (tablets), 6-11 yr olds will be given 0.35mpk/day and 0.7mpk/day of oral suspension. The preliminary decision on doses for the younger children (2-5 yr olds) is 0.35mpk/day and 0.7mpk/day. Additional PK data will be obtained in the 2-5 yr olds before finalizing the dosing for this age group. The results of these additional PK studies were available end of Dec 00. The results demonstrated that the upper dose had to be reduced from 0.7 to 0.6 mg/kg/day and the lower dose from 0.35 to 0.30 mg/kg/day to match the 25 mg dose recommended for RA in adults. The subsidiaries were immediately informed of the need to lower the doses and to inform their IRB and ERC of the changes. Similarly, the protocol was amended to reflect the change in doses. The efficacy protocol was reviewed at the July 19th CDOC. Plan is to use this study to meet the requirements for the pediatric rule and patent exclusivity; therefore, LPI must be met in early 2/01 to meet a filing date of 10/1/01 (90 days before the sunset date for FDAMA). Two similar studies are conducted: one international study (protocol 135) and one domestic study (protocol 134). 20-25 centers will participate internationally. It is estimated that 25 sites will participate in the U.S., 18 or 19 abroad. **Status:** FPI ( 6-17 yr) C-Dec-00 (10/00); FPI (2-5 yr) C-01/01. Enrollment was extended until 30-Mar-01 (was originally 28-Feb-01). LPI C-Apr-01 (01-Mar-01); LPO T-06/01. **As of 04-Apr-01, 314 patients have been screened and 292 randomized. Two patients discontinued. The enrollment has been put on hold, pending further feedback from FDA.** Meetings with international investigators and U.S. investigators were held respectively, 7 -8 Nov-00 and 14-15 Nov 00. **Note:** The FDA written request had not been received when the studies were initiated. Consequently, the studies have been initiated at risk. FPI for the extension occurred end of Feb 01. Clinical was planning for two extension scenarios: one with and one without a two week placebo-controlled period, but was expecting the written request before the study was reaching the extension phase. Now, if the written request is delayed until April, the team will not have any guidance from FDA to determine what is the most appropriate extension scenario. Therefore, whether to temporarily stop the enrollment or slow it down until receipt of FDA written request is being discussed. These issues were discussed at 25 Jan 01 CRRC meeting. CRRC recommended that the contingency extension not be implemented and suggested that enrollment deadline be extended by one month. Regulatory will contact FDA again to emphasize that MRL's assumption when planning for the studies was that the written request would be received within four months of sending the prompt, thus on 31 Dec 00. In addition, Regulatory will attempt to convince FDA to provide a response earlier than end of April. (continued) |

Confidential - Subject To Protective Order                                          MRK-ABP0017336

**CRRC CRITICAL ACTIVITIES**

HUMAN - RESPIRATORY/ALLERGY/IMMUNOLOGY/ANTI-INFLAMMATORY

Phase V

CRRC Meeting: 05/03/2001
Issued: 04/25/2001

| DEPARTMENT | ACTIVITY | TARGET DATE | COMMENT/ISSUE |
|---|---|---|---|
| | | | |

VIOXX (MK-0966
Cyclooxygenase-2
Inhibitor)
(Pediatric program)

| Clinical Research - Phase V | Initiate efficacy trial in JRA patients (Prot 134-US/135-Int'l) (cont'd). | A-12/2000 | (continued)  PRIVILEGE REDACTION PRIVILEGE   FDA informed MRL that the written request may not be provided before the end of Dec01 because MRL does not yet have an adult RA indication, and therefore the pediatric studies cannot be bridged to an adult indication and are, as standing alone studies, insufficient to support a pediatric indication.  The written request has been reviewed by the FDA's internal review committee on 18-April-01; therefore, feedback from FDA should be received within the next week or two. |

Confidential - Subject To Protective Order

MRK-ABP0017337

CRRC CRITICAL ACTIVITIES

OP – Redacted – other product



Confidential - Subject To Protective Order

MRK-ABP0017338