# EXHIBIT 19

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996



OP – Redacted – other product

PRIVILEGE REDACTION

P1.0122

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048699

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996

2


OP -- Redacted -- other product

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048700

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996

3



OP – Redacted – other product

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048701

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996

4



OP – Redacted – other product

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048702

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996

5



OP – Redacted – other product

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048703



CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048704

RESEARCH MANAGEMENT COMMITTEE NO. 96-10--BLUE BELL
Thursday, October 10, 1996

7

NPS – Redacted – non-product specific information

## OTHER SCHEDULED AGENDA ITEMS

NPS – Redacted – non-product specific information

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

MRK-ABC0048705

NPS – Redacted – non-product specific information

3.  **MK-966 UPDATE**

   Clinical trial protocol 017 was reviewed (this was a Phase II RA trial in patients who met disease activity and flare criteria following an NSAID washout). The treatment period was six weeks vs. placebo. The initial dose of MK-966 as 175 mg, but in mid-study, the dose was lowered to 125 mg. The primary endpoint was patient assessment of disease activity.

   Adverse events of most concern were in the cardiovascular system (e.g., MI, unstable angina, rapid fall in hemoglobin and hematocrit in some subjects, and a small increase in blood pressure). We plan to evaluate MK-966 in a study where subjects are also given low dose aspirin.

   Clinical efficacy data were clearly positive, and there were only four discontinuations of patients on MK-966.

   There was a brief discussion concerning the MK-966 formulation studies. The Biopharm Reviewer at FDA and Sweden (informal) have both agreed that formulation C is registerable, although the AUC and $C_{max}$ is less than formulation B. We will discuss the data at the October CDOC to decide on the formulation for Phase III. If formulation C shows dose proportionality and the expected slightly lower steady state AUC vs. formulation B, the Project Team will recommend activating the remaining clinical OA and GI safety studies with formulation C, and repeating the dental pain dose ranging study with this formulation.

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER                                    MRK-ABC0048706