# EXHIBIT 20

Case 2:05-md-01657-EEF-DEK   Document 36595-21   Filed 03/09/10   Page 2 of 5

MK-0966                                                                    E-676
Clinical Documentation
E.  Clinical Safety
5.  Safety Experience From Other Indications—Rheumatoid Arthritis

### 5. Safety Experience From Other Indications—Rheumatoid Arthritis

This section discusses the safety experience with MK-0966 in patients with rheumatoid arthritis. The majority of the experience derives from the Phase IIa Pilot Study in Rheumatoid Arthritis and its extensions (Protocol 017 + extensions). The discussion will focus on this study.

Two Phase I/Clinical Pharmacology studies (Protocols 011 and 030) were conducted in rheumatoid arthritis patients. These were short-term, 10-day, methotrexate interaction studies. Safety results from these 2 studies are in their respective clinical study reports [P011; P030]. They are not included in this summary due to the short duration of therapy with MK-0966. The safety data from these 2 studies is consistent with the Phase IIa pilot rheumatoid arthritis study.

The doses of MK-0966 used in the pilot rheumatoid arthritis studies was markedly higher than the osteoarthritis clinical dose range (12.5 and 25 mg). The pilot study treated patients with 125 or 175 mg for the first 6 weeks. This was followed by a 16-week extension at 125 mg and a second 30-week extension at 75 mg.

This discussion will focus exclusively on the MK-0966 data from the Phase IIa pilot rheumatoid arthritis study and its extensions. The placebo-group patients have a much shorter duration of treatment, the first 6 weeks (base study) only. The ibuprofen group consisted of 16 patients which is too small for meaningful comparisons. Therefore, no comparison to either the placebo or ibuprofen groups is made.

Confidential - Subject To Protective Order                         MRK-ABS0067365

Case 2:05-md-01657-EEF-DEK   Document 36595-21   Filed 03/09/10   Page 3 of 5

MK-0966  
Clinical Documentation  
E.  Clinical Safety  
5.  Safety Experience From Other Indications—Rheumatoid Arthritis

E-677



### 5. Safety Experience From Other Indications-Rheumatoid Arthritis (Cont.)

The safety profile of MK-0966 in the Phase IIa Pilot Rheumatoid Arthritis Study is consistent with the experience in OA studies [P017]. There were no findings of new clinically important adverse experiences at these high doses (75 to 175 mg) of MK-0966. At these high doses, there were episodes of lower extremity edema (4.3%) and hypertension-related (2.9%) adverse experiences. The rates for these adverse experiences were similar to the 50-mg dose of MK-0966 in the 6-Week OA Studies (5.2 and 2.1% for lower extremity edema and hypertension-related adverse experiences, respectively). There were no episodes of PUBs during the 1 year of this study. The rate of digestive system adverse experience was similar to the 50-mg dose of MK-0966 in the 6-Month OA Studies.

Four MK-0966 patients had laboratory adverse experiences of aminotransferase elevations in the extension (all determined by the investigator not to be drug related). All occurred in the first extension. AN 181 (125 mg) had evidence of hepatitis C infection which was revealed with subsequent evaluation. With AN 179 (125 mg), the rise in serum transaminases coincided with the diagnosis of pulmonary embolism and thus may have been due to increased central venous pressure. AN 19 (125 mg) showed a rise in ALT to approximately twofold above the upper limit of normal (ULN). A repeat value, however, obtained while still on therapy was within normal limits. AN 95 (125 mg) had an increase in serum ALT approximately fourfold above the ULN following 12 weeks



MK-0966  
Clinical Documentation  
E. Clinical Safety  
5. Safety Experience From Other Indications—Rheumatoid Arthritis

### 5. Safety Experience From Other Indications-Rheumatoid Arthritis (Cont.)

of extension therapy. Though there was no explanation for the elevation, values normalized while the patient continued on therapy with MK-0966.

In conclusion, the safety profile in patients with rheumatoid arthritis treated with high doses of MK-0966 for up to 1 year was similar to the experience in the osteoarthritis population with the 50-mg dose (2 to 4 times the clinical dose range). There were no findings of new clinically important adverse experiences at these high doses of MK-0966.

Table E-152 contains a listing of serious adverse experiences in the rheumatoid arthritis population.

Confidential - Subject To Protective Order MRK-ABS0067367

MK-0966
Clinical Documentation

E. Clinical Safety
5. Safety Experience From Other Indications—Rheumatoid Arthritis

### 5. Safety Experience From Other Indications-Rheumatoid Arthritis (Cont.)

Table E-152

Listing of Patients With Nonfatal Serious Clinical Adverse Experiences
Rheumatoid Arthritis Studies

| AN | Study Number | Gender | Race | Age | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Serious | Drug Relationship | Action Taken[†] | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assigned Therapy: Placebo** | | | | | | | | | | | | | |
| 7 | 017011 | M | White | 55 | 2 | Basal cell carcinoma | 0.17 hours | 155 | Severe | Y | Definitely not | PRx continued | Recovered |
| **Assigned Therapy: MK-0966 (125 mg except where footnoted)** | | | | | | | | | | | | | |
| 8[‡] | 011001 | F | White | 69 | 5 | Vestibular disorder | 2.00 days | 5 | Severe | Y | Possibly | Discontinued PRx | Recovered |
| 41 | 017002 | M | White | 73 | 8 | Acute myocardial infarction | 7.00 days | 8 | Severe | Y | Definitely not | Discontinued PRx | Recovered |
| 63 | 017008 | M | White | 70 | 51 | Bursitis | 4.00 days | 97 | Severe | Y | Possibly | Interrupted PRx | Recovered |
| 63 | 017008 | M | White | 70 | 51 | Cellulitis | 4.00 days | 97 | Severe | Y | Possibly | Interrupted PRx | Recovered |
| 63 | 017008 | M | White | 70 | 108 | Unstable angina | 10.00 days | 97 | Severe | Y | Definitely not | PRx continued | Recovered |
| 179 | 017016 | M | White | 65 | 47 | Pulmonary embolism | 1.00 day | 47 | Severe | Y | Definitely not | Discontinued PRx | Recovered |

[†] PRx = Prime therapy (study drug).
[‡] 250 mg MK-0966.

[P017; P017C; P011]

/MK-0966/WMA/RW1341.DOC   APPROVED--26OCT98

E-679

Confidential - Subject To Protective Order

MRK-ABS0067368