# EXHIBIT 21

# EXHIBIT 13

CLINICAL GASTROENTEROLOGY AND HEPATOLOGY 2007;5:818–828

# ORIGINAL ARTICLES—ALIMENTARY TRACT

## Gastrointestinal Safety of Cyclooxygenase-2 Inhibitors: A Cochrane Collaboration Systematic Review

ALAA ROSTOM,* KATHERINE MUIR,‡ CATHERINE DUBÉ,* EMILIE JOLICOEUR,§ MICHEL BOUCHER,¶ JANET JOYCE,¶ PETER TUGWELL,|| and GEORGE W. WELLS#

*University of Calgary, Calgary, Alberta; ‡Dalhousie University, Halifax, Nova Scotia; §Montfort Hospital, University of Ottawa, Ottawa, Ontario; ¶The Canadian Agency for Drugs and Technologies in Health (CADTH), Ottawa, Ontario; ||Director for the Centre for Global Health, Institute of Population Health, and #Epidemiology & Community Medicine, University of Ottawa, Ottawa, Ontario, Canada

**See CME exam on page 768.**

***Background & Aims:*** **Nonselective non-steroidal anti-inflammatory drugs (NSAIDs) and cyclooxygenase-2 inhibitors (COX-2s) are used to treat a variety of arthritic and inflammatory conditions. The aim of this study was to assess the upper gastrointestinal (GI) harms of the long-term use of COX-2s, compared with nonselective NSAIDs and placebo, in arthritis sufferers.** ***Methods:*** **A systematic review of randomized controlled trials (RCTs) was conducted. Searches were conducted in (1) Cochrane Central Register of Controlled Trials (CENTRAL), (2) the Cochrane Collaboration Library (2005), (3) MEDLINE (to December 2006), and (4) Excerpta Medica Database (EMBASE) (to June 2005). Reference lists from trials and abstracts of conference proceedings were searched by hand, and experts were contacted to identify further relevant trials. RCTs of celecoxib, rofecoxib, etoricoxib, valdecoxib, and lumiracoxib were included if they reported on endoscopic ulcers, clinically important ulcer complications, or adverse gastrointestinal (GI) symptoms with the use of these COX-2s, compared with placebo or with nonselective NSAIDs. Study selection and data extraction were performed in duplicate by independent reviewers. Data were analyzed by using Review Manager 4.2 in accordance with accepted meta-analysis techniques.** ***Results:*** **Compared with nonselective NSAIDs, COX-2s produced significantly fewer gastroduodenal ulcers (relative risk, 0.26; 95% confidence interval, 0.23–0.30) and clinically important ulcer complications (relative risk, 0.39; 95% confidence interval, 0.31–0.50), as well as fewer treatment withdrawals caused by GI symptoms. The co-administration of acetylsalicylic acid appears to reduce the GI safety of COX-2s in subgroup analyses.** ***Conclusions:*** **COX-2s appear to offer greater upper GI safety and are better tolerated than nonselective NSAIDs. The co-administration of acetylsalicylic acid might reduce the safety advantage of COX-2s over that of nonselective NSAIDs.**

Traditional nonselective non-steroidal anti-inflammatory drugs (NSAIDs) and cyclooxygenase type 2 selective NSAIDs (COX-2s) are commonly used to treat arthritic and inflammatory conditions as well as acute and chronic pain. However, nonselective NSAIDs can cause a variety of gastrointestinal (GI) toxicities.[1–12] Their use is commonly associated with symptoms such as nausea and dyspepsia, which correlate poorly with serious adverse GI events.[11,13] Endoscopic ulcers occur in as many as 40% of chronic NSAID users,[2] but up to 85% of these ulcers might never become clinically important.[11,14] Serious NSAID-induced complications such as hemorrhage, perforation, or death occur collectively with an incidence of about 2% per year in average-risk NSAID users and up to 10% per year in high-risk patients.[11] Because large numbers of individuals use NSAIDs, even low rates of clinically important adverse events can result in substantial health care utilization.[4,15]

The use of prophylactic agents such as misoprostol and proton pump inhibitors appears to be effective at reducing the risk of NSAID-induced upper GI toxicity.[16] Routine use of prophylactic therapy is recommended for patients at higher risk for NSAID-related peptic ulcer.[7] Selective inhibition of the COX-2 isoform by COX-2s promised similar efficacy and improved GI safety over nonselective NSAIDs by sparing COX-1–mediated prostaglandin synthesis, a theory that is supported by mounting numbers of clinical studies.[16]

Since the release of the first COX-2s in the late 1990s, the market share of these agents increased dramatically until rofecoxib was voluntarily withdrawn from the market on the basis of evidence of increased cardiovascular toxicity from a long-term polyp prevention trial (APPROVe).[16,17] Evidence of increased cardiovascular toxicity was also seen with celecoxib and valdecoxib. The latter was withdrawn in early 2005.[17,18] These events have thrown the NSAID field into a state of flux, making accurate assessment of the safety of COX-2s essential to allow practitioners and patients to weigh the pros and cons of using these agents.

*Abbreviations used in this paper:* ARR, absolute risk reduction; ASA, acetylsalicylic acid; CI, confidence interval; CLASS, Celecoxib Long-term Arthritis Safety Study; COX-2, cyclooxygenase-2; FDA, Food and Drug Administration; GI, gastrointestinal; NSAID, non-steroidal anti-inflammatory drug; POB, perforation, obstruction, or bleeding; PUB, perforation, obstruction, bleeding, or the presence of a symptomatic ulcer; RCT, randomized controlled trial; RR, relative risk; RRR, relative risk reduction.

© 2007 by the AGA Institute
1542-3565/07/$32.00
doi:10.1016/j.cgh.2007.03.011

**Table 1.** Literature Search, Study Selection, and Data Abstraction

| | |
|---|---|
| **Literature search** | |
| Search strategy | Combination of MESH subject headings and text words relating to the use of COX-2s and nonselective NSAIDs in the treatment of osteoarthritis or rheumatoid arthritis |
| | Standard Cochrane search strategy filter for identifying RCTs was applied to all searches |
| | No language restriction (see Appendix 1) |
| Electronic databases | Cochrane Central Register of Controlled Trials - CENTRAL (includes the Cochrane Upper Gastrointestinal and Pancreatic Diseases (UGPD) Group Trials Register) |
| | Cochrane Collaboration Library (issue 2, 2005) |
| | MEDLINE (1966–December 2006) |
| | EMBASE (1980–June 2005 |
| Hand search | Reference lists from all potentially relevant articles |
| | Published abstracts from conference proceedings from the United European Gastroenterology Week and Digestive Disease Week from January 1998–April 2005 |
| Others | Contacted members of the Cochrane UGPD Group and experts in the field to obtain details of outstanding clinical trials and identification of any relevant unpublished materials |
| **Study identification** | |
| 1. Screening of the output of the electronic search to ensure that relevant articles were captured (M.B., A.R., K.M.) | |
| 2. Abstracts of the identified articles were assessed for potential inclusion by 2 independent reviewers (A.R., C.D., K.M.) | |
| 3. Eligibility was determined in duplicate by independent reviewers using the full reports of the potential studies (A.R., E.J., C.D., K.M.) | |
| 4. Differences were resolved by consensus and, if needed, by referring to an independent gastroenterology or statistics expert | |
| **Data abstraction** | |
| 1. Creation of predetermined extraction forms | |
| 2. Duplicate data abstraction by independent reviewers using the full study reports (A.R., E.J., C.D., K.M.) | |
| 3. Differences were resolved by consensus and, if needed, by referring to an independent gastroenterology or statistics expert. | |
| **Handling of unpublished literature** | |
| It was necessary to obtain data for 2 unpublished RCTs and to supplement the data for several published trials from the FDA website | |

The purpose of this study was to systematically review the upper GI toxicity of COX-2s compared with that of nonselective NSAIDs and with placebo in chronic arthritis sufferers.

## Methods

### *Literature Search Strategy*

Details of the literature search, study identification, data abstraction, and quality assessment are presented in the Appendix and Table 1.

### *Inclusion Criteria*

**Types of studies.** Randomized controlled trials (RCTs) of COX-2s (celecoxib [Celebrex, Pfizer, New York, NY], meloxicam [Mobicox, Boehringer Ingelheim, Ingelheim Germany], rofecoxib [Vioxx, Merck & Co, Inc, Whitehouse Station, NJ], etoricoxib [Arcoxia, Merck & Co, Inc, Whitehouse Station, NJ], valdecoxib [Bextra, Pfizer, New York, NY], and lumiracoxib [Prexige Novartis Pharmaceuticals Co, East Hanover, NJ]) were considered eligible for inclusion if the upper GI toxicity of these agents was compared with that of a nonselective NSAID or with placebo. Also the RCTs had to meet the following additional criteria. Participants were 18 years or older and had osteoarthritis, rheumatoid arthritis, or another arthritic condition; NSAID exposure was 4 weeks or longer (chronic NSAID exposure); the proportion of patients with endoscopic ulcers, significant clinical GI events (eg, perforation, obstruction, bleeding, symptomatic ulcers), and/or symptom-based clinical events (adverse GI symptoms, withdrawals caused by GI symptoms) could be determined; endoscopic ulcers were defined as being at least 3 mm in diameter or could be distinguished from erosions on the basis of the authors' descriptions; and it was noted whether endoscopy was performed on the basis of symptoms or as part of a protocol.

**Types of interventions.** The interventions included the following COX-2s: celecoxib [(Celebrex, Pfizer)], meloxicam [(Mobicox, Boehringer Ingelheim)], rofecoxib [(Vioxx, Merck & Co, Inc)], etoricoxib [(Arcoxia, Merck & Co, Inc)], valdecoxib [(Bextra, Pfizer)], and lumiracoxib [(Prexige, Novartis Pharmaceuticals Co)]). For this review, low-dose COX-2s were defined as celecoxib 200 mg twice a day or less, rofecoxib 25 mg daily or less, meloxicam 7.5 mg daily, etoricoxib 60 mg daily or less, valdecoxib 10 mg daily or less, and lumiracoxib 100–200 mg. High-dose COX-2s were defined as celecoxib 400 mg twice a day, rofecoxib 50 mg daily, meloxicam 15 mg daily, etoricoxib 90 mg daily or more, valdecoxib 20 mg daily or more, and lumiracoxib 400 mg or more.

**Types of outcome measures.** The primary outcomes were endoscopically detected ulcers in endoscopy trials and clinical GI events. Clinically important adverse events were categorized in 2 ways: (1) strict ulcer complications, which are referred to as POB (perforation, obstruction, or bleeding), and (2) ulcer complications and/or ulcer-related symptoms that lead to the identification of an ulcer (so-called symptomatic ulcer), which are referred to as PUB (perforation, obstruction, bleeding, or the presence of a symptomatic ulcer). Efficacy/tolerability trials were defined as studies that focused on clinical efficacy or effectiveness of COX-2s but also reported on adverse symptoms or other clinical adverse events. Secondary outcomes were adverse GI symptoms (dyspepsia, nausea, abdominal pain, or diarrhea) and treatment withdrawals as a result of GI symptoms.

**Quality assessment.** All RCTs were scored for quality by 2 independent reviewers using the Jadad scale.[19] The quality of allocation concealment was also assessed.[20] Differences were resolved by consensus.

### *Statistical Analysis*

Data were analyzed by using Review Manager (RevMan; Cochrane Collaboration) version 4.2. Endoscopic, clinical, and symptom-based outcomes were analyzed separately. The primary analyses were expressed as relative risks (RRs) by using a fixed effects model. A random-effects model was used to combine "heterogeneous trials" only if it was clinically and statistically appropriate. The absolute risk reduction (ARR) and the number needed to treat were calculated for appropriate clinical endpoints.

### *Subgroup Analyses*

Studies were grouped by interventions (COX-2s vs nonselective NSAIDs and COX-2s vs placebo), dosage (low-dose and high-dose), and duration of therapy. In addition, within each of the 3 main outcome analyses (endoscopic ulcer, clinical ulcer, and symptoms), studies were analyzed as all COX-2s versus all nonselective NSAIDs, individual COX-2s versus all comparator nonselective NSAIDs, individual nonselective NSAIDs versus all comparator COX-2s, and individual COX-2s versus individual nonselective NSAIDs.

### *Heterogeneity*

Sources for clinical and statistical heterogeneity were sought before statistical analyses. Logical analyses subgroups were created (see above) to allow for more homogeneous analyses groups. Heterogeneity was tested by using the $I^2$ statistic and a $\chi^2$ test. An $I^2 > 50\%$ or a $\chi^2$ $P$ value $< .10$ is considered to be evidence of statistical heterogeneity.[21]

### *Sensitivity Analyses*

In addition to the published reports, unique studies were identified from the Food and Drug Administration (FDA) website and in the form of published "combined analyses" studies. The latter studies combined published and unpublished primary patient data from the endoscopic studies and the safety and tolerability studies to allow sample sizes large enough to comment on clinical ulcer complications. We carefully examined these studies by their ID number, their sample size, patient demographics, and list of authors and cross-referenced them with the FDA website to ensure that their use in the ulcer complication analyses would not create duplication of individual patient data. Sensitivity analyses were conducted, removing or adding FDA studies and the combined analyses studies. In addition, sensitivity analyses were used to assess the impact of supplemental FDA data on published study results when available (eg, Celecoxib Long-term Arthritis Safety Study [CLASS] study). Sensitivity analysis was also performed, removing studies with quality scores of 2 or less.

## Results

The search strategy identified 1169 studies. Of these, 255 references were rated as potentially relevant, and the full articles were retrieved. Sixty-nine studies met the inclusion criteria, including 4 unique studies obtained from the new drug submission documents on the FDA website.[22–26] An additional 5 combined analyses studies were identified by the search strategy and were included for the clinical ulcer complication endpoint (Figure 1).[27–31] Supplementary Table 1 shows included studies.

Quality scores of the 69 included trials ranged between 4–5 in 47 and between 2–3 in 22 studies. Removal of quality score 2 studies did not influence overall results. The use of allocation concealment was implied in all of the included trials, but it was adequately described in only 6 studies.

Endoscopic ulcers were the measured endpoints of 17 studies.[22–24,26,32–44] Eleven COX-2 studies[41,45–54], 9 meloxicam efficacy/tolerability trials,[33,55–63] and 5 combined analyses[28–31,64] reported on the outcome of clinical GI events (POB or PUB).

The remaining trials were either safety or tolerability studies or examined the clinical efficacy of COX-2s compared with nonselective NSAIDS, but they allowed for extraction of GI tolerability data.[25,30,51,63,65–82]

FDA study data are only presented as part of sensitivity analyses. Results specifically pertaining to meloxicam are not included herein.

### *Endoscopic Ulcer Trials*

**Cyclooxygenase-2s vs nonselective nonsteroidal anti-inflammatory drugs.** Seventeen studies with more than 10,000 patients assessed the proportion of patients who developed endoscopic ulcers while taking a COX-2 compared with those taking a nonselective NSAID.[22–24,26,32–44] There were 7 studies that assessed celecoxib,[22,23,32–34,38,44] 3 that assessed rofecoxib,[35–37] 2 that assessed etoricoxib,[41,42] 5 that assessed valdecoxib,[24,26,39,40,43] and 2 that assessed lumiracoxib.[38,44] Some studies assessed more than 1 intervention.[38,44]

**Endoscopically detected gastroduodenal ulcers.** Thirteen studies with a total of 7839 patients showed a 74% relative risk reduction (RRR) in combined gastroduodenal ulcers with COX-2s versus nonselective NSAIDs (RR, 0.26; 95% confidence interval [CI], 0.23–0.30).[32–43,83] This represented a 16% absolute risk reduction (ARR). Addition of the FDA studies did not significantly alter the results (RR, 0.28; 95% CI, 0.24–0.32).

Eleven studies with a total of 6726 patients compared the safety of a COX-2 with a comparator nonselective NSAID for endoscopic gastric ulcers.[32–40,43,83] The use of a COX-2 in this setting was associated with a 79% RRR in gastric ulcers (RR, 0.21; 95% CI, 0.18–0.25) (Figure 2). This represented a 14% ARR in gastric ulcers with the use of COX-2s compared with nonselective NSAIDs. Addition of the FDA studies did not significantly alter the results (RR, 0.26; 95% CI, 0.22–0.30).

The same 11 studies also compared the proportions of duodenal ulcers that occurred while using a COX-2 versus a nonselective NSAID.[32–40,43,83] Compared with using a nonselective NSAID, the use of a COX-2 was associated with a 66% RRR in duodenal ulcers (RR, 0.34; 95% CI, 0.25–0.45) (Figure 2). This represented a 3% ARR. Addition of the FDA studies did not significantly alter the results (RR, 0.29; 95% CI, 0.23–0.38). Keeping in mind that NSAID-related gastric ulcers were more commonly observed than duodenal ulcers, a trend was observed for greater RRR and ARR in gastric ulcers than for duodenal ulcers with COX-2s, compared with nonselective NSAIDs (RR, 0.21 vs 0.34; ARR of 14% vs 3%). This trend was consistent when celecoxib, rofecoxib, and valdecoxib were analyzed separately.

**Analyses by duration.** The data presented above are for any dose and duration up to 6 months. Subgroup analysis




**Figure 1.** Description of study selection.

of these studies on the basis of duration (1–3 months and 3–6 months) did not significantly alter the results.

**Analysis by cyclooxygenase-2.** *Celecoxib.* Five studies with a total of 2439 patients compared celecoxib with nonselective NSAIDs, showing a 79% RRR in total gastroduodenal ulcers (RR, 0.21; 95% CI, 0.16–0.28) with celecoxib.[32–34,38,83] Similar RRRs were observed for gastric ulcers (RR, 0.20; 95% CI, 0.14–0.28) and duodenal ulcers alone (RR, 0.29; 95% CI, 0.18–0.47), as well as when the FDA studies were included (RR, 0.26; 95% CI, 0.21–0.32).

*Rofecoxib.* Three studies with a total of 1526 patients compared rofecoxib with nonselective NSAIDs.[35–37] In this case, a 74% RRR was seen with rofecoxib (RR, 0.26; 95% CI, 0.21–0.32). The results were similar when FDA studies were added to the analysis as well as when the analysis was done only for gastric ulcers (RR, 0.20; 95% CI, 0.15–0.26) and duodenal ulcers alone (RR, 0.36; 95% CI, 0.14–0.93, random effects).

*Etoricoxib.* Two studies with a total of 900 patients compared etoricoxib with nonselective NSAIDs by using the endpoint

| | Study or sub-category | Treatment n/N | Control n/N | Weight % | RR (fixed) 95% CI |
|---|---|---|---|---|---|
| | 07 Gastric ulcers Total | | | | |
| Gastric Ulcer | Emery 1999 | 5/212 | 24/213 | 4.40 | 0.21 [0.08, 0.55] |
| | Laine 1999 | 17/364 | 40/167 | 10.20 | 0.19 [0.11, 0.33] |
| | Simon 1999 | 17/423 | 29/137 | 8.15 | 0.19 [0.11, 0.33] |
| | Hawkey 2000 | 30/369 | 85/187 | 20.99 | 0.18 [0.12, 0.26] |
| | Goldstein 2001 | 13/269 | 76/257 | 14.19 | 0.17 [0.10, 0.30] |
| | Kivitz 2002 | 16/547 | 16/183 | 4.46 | 0.33 [0.17, 0.66] |
| | Sikes 2002 | 11/299 | 40/294 | 7.50 | 0.27 [0.14, 0.52] |
| | Hawkey 2003 | 13/219 | 48/220 | 8.91 | 0.27 [0.15, 0.49] |
| | Pavelka 2003 | 10/483 | 31/239 | 7.71 | 0.16 [ 0.08, 0.32] |
| | Hawkey 2004 | 20/763 | 22/248 | 6.18 | 0.30 [0.16, 0.53] |
| | Kivitz 2004 | 14/419 | 29/199 | 7.31 | 0.23 [0.12, 0.42] |
| | Subtotal (95% CI) | 4367 | 2359 | 100.00 | 0.21 [0.18, 0.25] |
| | Total events: 166 (Treatment), 440 (Control) | | | | |
| | Test for heterogeneity: ChF = 6.54, df = 10 (P =0.77), F = 0% | | | | |
| | Test for overall effect: Z = 17.28 (P < 0.0001) | | | | |
| | 08 Duodenal ulcers Total | | | | |
| Duodenal Ulcer | Emery 1999 | 4/212 | 15/218 | 9.73 | 0.27 [0.09, 0.81] |
| | Laine 1999 | 5/364 | 10/167 | 9.02 | 0.23 [0.08, 0.66] |
| | Simon 1999 | 6/423 | 8/137 | 7.95 | 0.24 [0.09, 0.69] |
| | Hawkey 2000 | 15/369 | 10/187 | 8.73 | 0.76 [0.35, 1.66] |
| | Goldstein 2001 | 9/269 | 19/267 | 12.55 | 0.47 [0.22, 1.02] |
| | Kivitz 2002 | 5/547 | 2/183 | 1.97 | 0.84 [0.16, 4.27] |
| | Sikes 2002 | 3/299 | 13/294 | 8.63 | 0.23 [0.07, 0.79] |
| | Hawkey 2003 | 2/219 | 11/220 | 7.22 | 0.18 [0.04, 0.81] |
| | Pavelka 2003 | 12/483 | 14/239 | 12.33 | 0.42 [0.20, 0.90] |
| | Hawkey 2004 | 9/763 | 20/248 | 19.86 | 0.15 [0.07, 0.32] |
| | Kivitz 2004 | 4/632 | 2/199 | 2.00 | 0.63 [0.12, 3.41] |
| | Subtotal (95% CI) | 4580 | 2359 | 100.00 | 0.34 [0.25, 0.45] |
| | Total events: 74 (Treatment), 124 (Control) | | | | |
| | Test for heterogeneity: ChP = 13.49, df = 10 (P = 0.20), P = 25.9% | | | | |
| | Test for overall effect: Z = 7.38 (P < 0.00001) | | | | |

RR(fixed) 95% CI axis: 0.1 0.2 0.5 1 2 5 10 — Favours treatment / Favours control

**Figure 2.** Endoscopically detected ulcers. Summary RR associated with the use of COX-2s (*left*) vs nonselective NSAIDs (*right*). Overall, the use of low- or high-dose COX-2s is associated with significantly reduced RR of endoscopic ulcers.




**Figure 3.** Endoscopically detected gastroduodenal ulcers. Summary RR associated with the use of COX-2s (*left*) vs placebo (*right*). Overall, the use of low-dose COX-2s is not statistically different than placebo (fixed effects). High-dose COX-2s demonstrated a trend toward a greater RR of endoscopic ulcers than placebo (heterogeneity – random effects).

of endoscopic gastroduodenal ulcers.[41,42] These trials demonstrated a 64% RRR (RR, 0.37; 95% CI, 0.18–0.77, random effects) with etoricoxib.

*Valdecoxib.* Three studies compared valdecoxib with nonselective NSAIDs in 2045 patients and demonstrated a 70% RRR in gastroduodenal ulcers (RR, 0.29; 95% CI, 0.21–0.39) with valdecoxib.[39,40,43] Similar RRRs were observed when the analysis was done for gastric ulcers (RR, 0.24; 95% CI, 0.18–0.37) and duodenal ulcers alone (RR, 0.39; 95% CI, 0.21–0.70), and when the FDA studies were included in the gastroduodenal ulcers analysis (RR, 0.30; 95% CI, 0.24–0.39).

*Lumiracoxib.* Two studies with a total of 1376 patients compared lumiracoxib with nonselective NSAIDs.[83,84] Lumiracoxib was associated with a 74% RRR in gastroduodenal ulcers (RR, 0.26; 95% CI, 0.18–0.39). Similar results were observed for gastric ulcers (RR, 0.25; 95% CI, 0.16–0.40) and duodenal ulcers (RR, 0.20; 95% CI, 0.09–0.43) when they were considered alone.

**Analysis by comparator nonsteroidal anti-inflammatory drugs.** *Naproxen.* Five studies compared either celecoxib or valdecoxib with naproxen in 2734 patients. These showed a 75% RRR in endoscopic gastroduodenal ulcers in favor of the COX-2s (RR, 0.25; 95% CI, 0.20–0.32). Results were similar when the FDA studies were included in the analysis (RR, 0.27; 95% CI, 0.22–0.32).[32,34,37,42,43]

*Ibuprofen.* Six studies that enrolled more than 3800 patients (2 rofecoxib,[35,36] one etoricoxib,[41] two lumiracoxib,[83,84] and one valdecoxib[39]) showed a 73% RRR in gastroduodenal ulcers with COX-2s compared with ibuprofen (RR, 0.27; 95% CI, 0.23–0.32). Results were similar when the FDA studies were included in the analysis (RR, 0.28; 95% CI, 0.23–0.32).

*Diclofenac.* Three studies that enrolled a total of 1596 patients demonstrated a 75% RRR in gastroduodenal ulcers with COX-2s compared with diclofenac (RR, 0.25; 95% CI, 0.18–0.35). This effect was somewhat reduced when the FDA studies were included in the analysis (RR, 0.36; 95% CI, 0.27–0.47).[33,39,40]

Similar results were obtained when individual COX-2s were compared with the individual nonselective NSAIDs.

**Cyclooxygenase-2s vs placebo.** Eight studies with a total of 4081 patients compared low-dose and high-dose COX-2s with placebo.[34–37,39,41–43] Low-dose COX-2s appeared to demonstrate no greater risk of gastric or gastroduodenal ulcers than placebo. However, high-dose COX-2s appeared to raise the RR of gastric (RR, 1.22; 95% CI, 0.83–1.80), duodenal (RR, 1.29; 95% CI, 0.63–2.66), and combined gastrodudenal ulcers (RR, 1.57; 95% CI, 0.96–2.56, random effects), although these trends missed statistical significance (Figure 3).

### *Clinical Gastrointestinal Events*

**Cyclooxygenase-2s vs nonselective nonsteroidal anti-inflammatory drugs.** Eight studies with a total of 73,449 patients assessed the safety of COX-2s by using the clinically important endpoint of ulcer complication, POB.[28,29,31,45,46,64,85] Three of these trials studied celecoxib,[45,64] two studied rofecoxib,[29,46] whereas 3 distinct trials evaluated etoricoxib,[31] valdecoxib,[28] and lumiracoxib[85] separately. Overall, the use of these COX-2s was associated with a 61% RRR in POBs (RR, 0.39; 95% CI, 0.31–0.50), compared with using nonselective NSAIDs (Figure 4). Removal of the combined analyses studies had no influence on the result (RR, 0.39; 95% CI, 0.29–0.53), and the inclusion of the FDA 12-month CLASS study data[86] did not either (RR, 0.42; 95% CI, 0.33–0.54). The 60% RRR in these analyses represent an ARR of 0.4%.

Thirteen studies compared COX-2s with nonselective NSAIDs by using PUB as the study endpoint.[28,29,31,41,45,46,50–53,64,85] In this analysis, the use of a COX-2 was associated with a 59% RRR in PUBs (RR, 0.41; 95% CI, 0.33–0.52, random effects) (Figure 4). Removal of the combined analyses studies eliminated the observed heterogeneity but had little effect on the point estimate (RR, 0.49;




**Figure 4.** Clinical ulcer complications with COX-2s vs nonselective NSAIDs. COX-2s are associated with a lower RR of POBs and PUBs (random effects) compared with traditional NSAIDs.

95% CI, 0.41–0.58). Similarly, the use of the FDA CLASS data did not significantly alter the estimate (RR, 0.42; 95% CI, 0.33–0.53, random effects).

**Analyses stratified by cyclooxygenase-2s.** *Celecoxib.* Four studies with 31,106 subjects assessed the effect of celecoxib versus nonselective NSAIDs on clinical GI events (POBs or PUBs).[45,52,64] Celecoxib use was associated with a 77% RRR in POBs (RR, 0.23; 95% CI, 0.07–0.76, random effects) and a 61% RRR in PUBs (RR, 0.39; 95% CI, 0.21–0.73, random effects). Removal of the combined analyses study[64] eliminated the heterogeneity observed in both the POB (RR, 0.42; 95% CI, 0.22–0.80) and PUB (RR, 0.34; 95% CI, 0.22–0.80) analyses. The use of the FDA 12-month CLASS data did not alter the RR estimates for POBs or PUBs significantly.

*Rofecoxib.* Four studies with 19,288 patients assessed the effect of rofecoxib versus nonselective NSAIDs on clinical GI events (POBs or PUBs).[29,46,51,53] Rofecoxib use reduced the RR of POBs by 58% (RR, 0.42; 95% CI, 0.24–0.73) and the RR of PUBs by 56% (RR, 0.44; 95% CI, 0.34–0.58). Removal of the combined analysis study did not alter the point estimates.

*Valdecoxib.* One combined analysis study with 6461 patients evaluated the effect of valdecoxib on POBs and PUBs.[28] Valdecoxib reduced the RR of POBs by 65% (RR, 0.35;95% CI, 0.14–0.87) and the RR of PUBs by 77% (RR, 0.23; 95% CI, 0.15–0.36).

*Etoricoxib.* Three studies with 10,856 patients evaluated the effect of etoricoxib on POBs[31] and PUBs.[41,50] Etoricoxib demonstrated a nonsignificant trend in reducing the risk of POBs (RR, 0.57;95% CI, 0.31–1.04), but it significantly reduced the RR of PUBs by 50% (RR, 0.5; 95% CI, 0.33–0.75).

*Lumiracoxib.* One study with 18,244 patients demonstrated a significant 64% RRR in POBs (RR, 0.36; 95% CI, 0.24–0.55) and a 44% RRR in PUBs (RR, 0.56; 95% CI, 0.41–0.78) with the use of lumiracoxib, compared with using nonselective NSAIDs.[85]

**Analysis by comparator nonsteroidal anti-inflammatory drugs.** In general, COX-2s appeared to maintain their safety advantage regardless of the comparator nonselective NSAID. COX-2s were statistically superior to naproxen (RR, 0.34; 95% CI, 0.24–0.48) and ibuprofen (RR, 0.46; 95% CI, 0.30–0.71) for the POB endpoint. The data comparing COX-2s with diclofenac are predominantly derived from 2 studies and heavily influenced by the CLASS trial data, which showed no significant difference between celecoxib versus diclofenac.[45,64] In the current analysis, celecoxib demonstrated a nonsignificant trend toward fewer POBs than diclofenac (RR, 0.31; 95% CI, 0.06–1.61), whereas a statistically significant 59% RRR in PUBs was observed (RR, 0.41; 95% CI, 0.30–0.55).

**Cyclooxygenase-2s vs placebo.** There are limited data, mostly derived from the combined analyses studies, comparing COX-2s with placebo for the clinical outcomes of POBs[28,64] and PUBs.[28,29,50,52,64] In these analyses, the use of COX-2s was associated with nonsignificant trends toward an increased RR of POBs (RR, 2.66; 95% CI, 0.34–20.95) and PUBs (RR, 2.26; 95% CI, 0.96–5.33).

**Influence of acetylsalicylic acid co-administration on clinically important ulcer complications.** Four trials allowed assessment of the effects of the co-administration of acetylsalicylic acid (ASA) with a COX-2.[28,45,54,85] In a pooled subgroup analysis of nearly 7000 patients taking ASA, there was

no statistically significant difference in the RR of ulcer complications (POBs or PUBs) between those in the COX-2 arms and those in the nonselective arms of these trials (RR, 0.89; 95% CI, 0.52–1.53 for POBs). A small advantage of COX-2s over nonselective NSAIDs cannot be ruled out by these results because this subgroup analysis might be underpowered. However, with the observed risk difference, 669 low-dose ASA users requiring an NSAID would need to be treated with a COX-2 to prevent 1 POB. In more than 21,000 patients in the COX-2 arms, patients taking ASA had a 4.12 (95% CI, 2.40–7.06) greater RR of POBs than COX-2 users not taking ASA. Among 17,000 patients in the nonselective NSAID arms of these studies, those taking ASA had a 1.27 greater RR of POBs than those not taking ASA, although this result did not reach statistical significance (95% CI, 0.88–1.83). One must keep in mind that these are post hoc subgroup analyses that might be subject to bias. Furthermore, the subgroup analysis within an NSAID treatment group (eg, COX-2 vs COX-2 + ASA) represents a nonrandomized comparison in which differences could be influenced by factors other than ASA use.

### *Symptoms and Treatment Withdrawals*

**Treatment withdrawals as a result of gastrointestinal side effects: Cyclooxygenase-2s vs nonselective nonsteroidal anti-inflammatory drugs.** Twenty-one studies with close to 47,000 patients assessed the effect of COX-2s on patient withdrawals as a result of GI symptoms.[24,32–34,42,45,46,50–53,66,69,72,77,81,82,87–89] Overall, compared with nonselective NSAIDs, COX-2s were associated with a significantly lower RR of withdrawals as a result of GI side effects (RR, 0.65; 95% CI, 0.57–0.73, random effects), as a result of dyspepsia (RR, 0.37; 95% CI, 0.18–0.74), and as a result of abdominal pain (RR, 0.25; 95% CI, 0.13–0.49). Compared with placebo, low-dose COX-2s showed no statistically significant difference for these same endpoints, whereas high-dose COX-2s were associated with a small but significantly increased RR risk of dropouts as a result of GI side effects (RR, 1.74; 95% CI, 1.13–2.68).

**Adverse gastrointestinal symptoms with cyclooxygenase-2s compared with nonselective nonsteroidal anti-inflammatory drugs.** Twenty-eight studies with close to 60,000 patients assessed the effect of low-dose or high-dose COX-2s compared with nonselective NSAIDs for treatment-related overall GI side effects, dyspepsia, nausea, and abdominal pain.[32,33,38–40,45,49,50,52,53,67–69,72,75,77,78,82,83,85,88,90] Low-dose COX-2s were associated with a lower RR of GI symptoms (RR, 0.78; 95% CI, 0.74–0.82); dyspepsia (RR, 0.83; 95% CI, 0.75–0.90); nausea (RR, 0.72; 95% CI, 0.64–0.82); and abdominal pain (RR, 0.64; 95% CI, 0.58–0.70). The results for high-dose COX-2s were similar.

**Adverse gastrointestinal symptoms with cyclooxygenase-2s compared with placebo.** Twenty studies with more than 10,000 patients compared the occurrence of adverse GI symptoms between COX-2s and placebo. Low-dose COX-2s were associated with a slight but statistically significant increased RR of overall GI symptoms (RR, 1.26; 95% CI, 1.13–1.42); dyspepsia (RR, 1.28; 95% CI, 1.08–1.51); nausea (RR, 1.24; 95% CI, 1.01–1.53); and abdominal pain (RR, 1.24; 95% CI, 1.02–1.52).[39,43,49,50,52,53,65,67,68,70,71,75,77–79,88–92] The results for high-dose COX-2s were similar.

## Discussion

COX-2s were developed with the promise of reduced upper GI toxicity because of their ability to spare the constitutively expressed COX-1 isoform. The clinical studies assessed in this review add weight to these assertions. These studies demonstrated remarkable consistency in results showing a 75% RRR in endoscopically detected ulcers and approximately 60% RRR in clinically important ulcer complications (POB). For endoscopically detected ulcers, the results were similar whether COX-2s were evaluated separately or compared, as a group, with individual nonselective NSAIDs. For clinical ulcer complications, the results were also similar, regardless of COX-2 and when COX-2s were compared with ibuprofen and naproxen. In endoscopic ulcer trials, COX-2s offered greater safety than diclofenac. However, in the analysis of POBs (driven mostly by the CLASS study), COX-2s were not statistically different from diclofenac, although the analysis showed a trend in favor of celecoxib. Our review demonstrated nonsignificant trends toward a greater risk of endoscopically detected ulcers and clinical ulcer complications with COX-2s compared with placebo. These findings are supported by the APPROVe study, which demonstrated that during a 3-year period, rofecoxib was associated with a statistically significant 4.9-fold increased risk of clinical ulcer complications compared with placebo.[93]

The GI safety advantage of COX-2s over nonselective NSAIDs, as well as aggressive marketing, led to COX-2s prescriptions rapidly overtaking prescriptions for nonselective NSAIDs.[16,17] An increase in overall NSAIDs prescriptions in the face of declining nonselective NSAIDs prescriptions suggested that along with an increased prevalence of arthritis as a result of the aging of the population, practitioners were feeling more confident in prescribing COX-2s to patients who were not previously taking NSAIDs. Sales of COX-2s continued to increase until the fall of 2004, when rofecoxib was voluntarily withdrawn from the market on the basis of evidence of increased cardiovascular toxicity from a long-term polyp prevention trial (APPROVe). Evidence of increased cardiovascular toxicity was also evident for celecoxib and valdecoxib.[17,18] The data from these trials threw the understanding of the cardiovascular harms of COX-2s and nonselective NSAIDs in a state of rapid flux. Recently, a meta-analysis with an extensive set of RCT data derived from published and unpublished studies has suggested that, as a group, COX-2s are associated with an increased risk of cardiovascular outcomes when compared with placebo or naproxen but not when compared with non-naproxen/non-ASA NSAIDs.[18]

In light of the emerging cardiovascular harm data relating to COX-2s, it is tempting to suggest combining these agents with ASA. However, the available data from this meta-analysis suggest that this strategy would likely undermine the GI safety advantage of COX-2s. In patients taking ASA, we found no statistically significant difference in POBs or PUBs in patients randomized to a COX-2 or a nonselective NSAID; however, the analyses did not stratify the randomization for ASA use. Thus, it is possible that other patient-related factors played a role in this result. Furthermore, although the analysis included about 7000 patients, it is still possible that a protective effect of COX-2s over nonselective NSAIDs in this setting is present but not detected because of insufficient statistical power. Nevertheless, with the observed risk difference, 669 low-dose ASA users requiring an NSAID would need to be treated with a COX-2 to

prevent 1 POB. We also found that the addition of ASA to a COX-2 significantly increased the risk of a POB 4.12 times over a COX-2 alone, and that the addition of ASA to a nonselective NSAID demonstrated a nonsignificant 1.27 increased risk of POBs over the use of a nonselective NSAID alone. One needs to note that these analyses represent nonrandomized comparisons, and that the group sizes were somewhat uneven (more patients in the COX-2 or NSAID alone groups than in the groups with ASA). Nonetheless, the results are not entirely unexpected, because it has been known for some time that concomitant use of multiple NSAIDs increases the risk of GI complications over a single NSAID alone. These results are also in keeping with an RCT by Laine et al[94] revealing that the incidence of endoscopically detected ulcers with rofecoxib and low-dose ASA was not lower than that seen with ibuprofen alone. However, it is clear that further study in this area is required to verify the above findings, such as through a dedicated RCT or from individual patient data systematic reviews.

The discussion above is predicated on the assumption that the addition of ASA to a COX-2 would alleviate the observed cardiovascular harms of a COX-2 alone. However, this hypothesis also requires further study because there are suggestions that the use of a nonselective NSAID might interfere with the action of ASA in this setting, although there appears to be less interference with selective COX-2s.[95–99]

Therefore, clinicians wanting to prescribe an NSAID chronically have several facts to consider before deciding on a particular agent or strategy. A patient's risk of GI bleeding, as well as their cardiovascular risk factors, need to be considered and weighed, and a strategy that balances both is then chosen. On the basis of GI safety alone, this systematic review has demonstrated a clear advantage of COX-2s over nonselective NSAIDs. COX-2s and higher doses of nonselective/non-naproxen NSAIDs appear to share similar cardiovascular risk.[18] Therefore, in the setting of average cardiovascular risk, there likely is little advantage of using a nonselective/non-naproxen NSAID with a gastroprotective agent such as a proton pump inhibitor over the use of a COX-2 alone. When cardiovascular risk is a concern, the picture is less clear because the available data comparing the possible strategies are incomplete, and further study in this area would help guide decision making. Patients at higher cardiovascular risk tend also to be at a higher risk of GI complications because of their comorbidities and ASA use. Therefore, the "best" strategy would be to avoid the chronic use of an NSAID or COX-2 inhibitor in this setting if possible. If such use cannot be avoided, then the clinician will have to choose among the use of naproxen with a gastroprotective (eg, proton pump inhibitor), a COX-2 with ASA, or a COX-2 with another antiplatelet agent. It should be kept in mind that if the ASA subgroup analyses presented in this review are reproduced further, a strategy of a COX-2 with ASA might require the use of a gastroprotective agent; and this strategy assumes that selective-COX-2s do not interfere with the antiplatelet effect of ASA.

In conclusion, selective COX-2s offer a clear GI safety advantage over nonselective NSAIDs and are better tolerated than these older agents. However, the emergence of data suggesting increased cardiovascular harms with COX-2s and non-naproxen NSAIDs warrants that clinicians keep up with this literature and carefully assess the pros and cons of using a COX-2 on an individual patient basis.

## References


1. Fries JF, Miller SR, Spitz PW, et al. Identification of patients at risk for gastropathy associated with NSAID use. J Rheumatol Suppl 1990;20:12–19.
2. Stalnikowicz R, Rachmilewitz D. NSAID-induced gastroduodenal damage: is prevention needed? a review and meta-analysis. J Clin Gastroenterol 1993;17:238–243.
3. Smalley WE, Griffin MR. The risks and costs of upper gastrointestinal disease attributable to NSAIDs. Gastroenterol Clin North Am 1996;25:373–396.
4. Fries JF. NSAID gastropathy: the second most deadly rheumatic disease? epidemiology and risk appraisal. J Rheumatol Suppl 1991;28:6–10.
5. Bollini P, Rodriguez G, Gutthann S. The impact of research quality and study design on epidemiologic estimates of the effect of nonsteroidal anti-inflammatory drugs on upper gastrointestinal tract disease. Arch Intern Med 1992;152:1289–1295.
6. McMahon AD, Evans JM, White G, et al. A cohort study (with re-sampled comparator groups) to measure the association between new NSAID prescribing and upper gastrointestinal hemorrhage and perforation. J Clin Epidemiol 1997;50:351–356.
7. Gabriel S, Jaakkimainen L, Bombardier C. Risk for serious gastrointestinal complications related to use of non-steroidal anti-inflammatory drugs: a meta-analysis. Ann Intern Med 1991;115:787–796.
8. Langman MJ, Weil J, Wainwright P, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994;343:1075–1078.
9. MacDonald T, Morant S, Robinson G. Association of upper gastrointestinal toxicity of non-steroidal anti-inflammatory drugs with continued exposure: Cohort Study. BMJ 1997;315:1333–1337.
10. Armstrong C, Blower A. Nonsteroidal antiinflammatory drugs and life threatening complications of peptic ulceration. Gut 1987;28:527–532.
11. Silverstein FE, Graham DY, Senior JR, e al. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs: a randomized, double-blind, placebo-controlled trial. Ann Intern Med 1995;123:241–249.
12. Griffin MR, Ray WA, Schaffner W. Nonsteroidal anti-inflammatory drug use and death from peptic ulcer in elderly persons. Ann Intern Med 1988;109:359–363.
13. Larkai E, Smith J, Lidsky M. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic non-steroidal anti-inflammatory drug use. Am J Gastroenterol 1987;82:1153–1158.
14. Maetzel A, Ferraz MB, Bombardier C. The cost-effectiveness of misoprostol in preventing serious gastrointestinal events associated with the use of nonsteroidal antiinflammatory drugs. Arthritis Rheum 1998;41:16–25.
15. Mamdani M, Warren L, Kopp A, et al. Changes in rates of upper gastrointestinal hemorrhage after the introduction of cyclooxygenase-2 inhibitors in British Columbia and Ontario. CMAJ 2006;175:1535–1538.
16. Rostom A, Dubé C, Jolicoeur E, et al. Gastroduodenal ulcers associated with the use of non-steroidal anti-inflammatory drugs: a systematic review of preventive pharmacological interventions—technology report no 37. Ottawa: Canadian Coordinating Office for Health Technology Assessment; 2003.
17. Health Canada. Expert Advisory Panel on selective COX- 2 inhibitor NSAIDs. Available at: http://www.hc-sc.gc.ca/dhp-mps/prodpharma/activit/sci-consult/cox2/index_e.html. 2005; Accessed April 16, 2007.
18. Kearney PM, Baigent C, Godwin J, et al. Do selective cyclooxygenase-2 inhibitors and traditional non-steroidal anti-inflam-

matory drugs increase the risk of atherothrombosis? meta-analysis of randomised trials. Br Med J 2006;332:1302–1308.

19. Jadad AR, Moore RA, Carroll D, et al. Assessing the quality of reports of randomized clinical trials: is blinding necessary? Control Clin Trials 1996;17:1–12.
20. Schulz K, Chalmers I, Hayes R, et al. Empirical evidence of bias: dimension of the methodological quality associated with estimates of treatment effects in controlled trials. JAMA 1995;273:408–412.
21. Petitti D. Approaches to heterogeneity in meta-analysis. Stat Med 2001;20:3625–3633.
22. FDA. Study 21: Celebrex. Available at: http://www.fda.gov/cder/foi/adcomm/98/celebrex.htm. 1998.
23. FDA. Study 71: Celebrex. Available at: http://www.fda.gov/cder/foi/adcomm/98/celebrex.htm. 1998.
24. FDA. Study 47: FDA review (ND21-341)—Bextra. Available at: http://www.fda.gov/cder/foi/nda/2001/21-341_Bextra.htm. 2006.
25. FDA. Study 61: FDA drug review (ND21-341): Bextra. Available at: http://www.fda.gov/cder/foi/nda/2001/21-341_Bextra.htm. 2006.
26. FDA. Study 63: FDA drug review (ND21-341)—Bextra. Available at: http://www.fda.gov/cder/foi/nda/2001/21-341_Bextra.htm. 2001.
27. Goldstein JL, Silverstein FE, Agrawal NM, et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000;95:1681–1690.
28. Goldstein JL, Eisen GM, Agrawal N, et al. Reduced incidence of upper gastrointestinal ulcer complications with the COX-2 selective inhibitor, valdecoxib. Aliment Pharmacol Ther 2004;20:527–538.
29. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929–1933.
30. Distel M, Mueller C, Bluhmki E. Global analysis of gastrointestinal safety of a new NSAID, meloxicam. Inflammopharmacology 1996;4:71–81.
31. Ramey DR, Watson DJ, Yu C, et al. The incidence of upper gastrointestinal adverse events in clinical trials of etoricoxib vs non-selective NSAIDs: an updated combined analysis. Curr Med Res Opin 2005;21:715–722.
32. Goldstein JL, Correa P, Zhao WW, et al. Reduced incidence of gastroduodenal ulcers with celecoxib, a novel cyclooxygenase-2 inhibitor, compared to naproxen in patients with arthritis. Am J Gastroenterol 2001;96:1019–1027.
33. Emery P, Zeidler H, Kvien TK, et al. Celecoxib versus diclofenac in long-term management of rheumatoid arthritis: randomised double-blind comparison. Lancet 1999;354:2106–2111.
34. Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA 1999;282:1921–1928.
35. Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis: Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999;117:776–783.
36. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial: the Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000;43:370–377.
37. Hawkey CJ, Laine L, Simon T, et al. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study [erratum appears in Gut 2003;52:1800]. Gut 2003;52:820–826.
38. Hawkey CC, Svoboda P, Fiedorowicz-Fabrycy IF, et al. Gastroduodenal safety and tolerability of lumiracoxib compared with Ibuprofen and celecoxib in patients with osteoarthritis. J Rheumatol 2004;31:1804–1810.
39. Sikes DH, Agrawal NM, Zhao WW, et al. Incidence of gastroduodenal ulcers associated with valdecoxib compared with that of ibuprofen and diclofenac in patients with osteoarthritis. Eur J Gastroenterol Hepatol 2002;14:1101–1111.
40. Pavelka K, Recker DP, Verburg KM. Valdecoxib is as effective as diclofenac in the management of rheumatoid arthritis with a lower incidence of gastroduodenal ulcers: results of a 26-week trial. Rheumatology 2003;42:1207–1215.
41. Hunt RH, Harper S, Watson DJ, et al. The gastrointestinal safety of the COX-2 selective inhibitor etoricoxib assessed by both endoscopy and analysis of upper gastrointestinal events. Am J Gastroenterol 2003;98:1725–1733.
42. Hunt RH, Harper S, Callegari P, et al. Complementary studies of the gastrointestinal safety of the cyclo-oxygenase-2-selective inhibitor etoricoxib. Aliment Pharmacol Ther 2003;17:201–210.
43. Kivitz A, Eisen G, Zhao WW, et al. Randomized placebo-controlled trial comparing efficacy and safety of valdecoxib with naproxen in patients with osteoarthritis. J Fam Pract 2002;51:530–537.
44. Kivitz AJ, Nayiager S, Schimansky T, et al. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004;19:1189–1198.
45. Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study—a randomized controlled trial—Celecoxib Long-term Arthritis Safety Study. JAMA 2000;284:1247–1255.
46. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis: VIGOR Study Group. N Engl J Med 2000;343:1520–1528.
47. Dequeker J, Hawkey C, Kahan A, et al. Improvement in gastrointestinal tolerability of the selective cyclooxygenase (COX)-2 inhibitor, meloxicam, compared with piroxicam: results of the Safety and Efficacy Large-scale Evaluation of COX-inhibiting Therapies (SELECT) trial in osteoarthritis. Br J Rheumatol 1998;37:946–951.
48. Hawkey C, Kahan A, Steinbruck K, et al. Gastrointestinal tolerability of meloxicam compared to diclofenac in osteoarthritis patients: International MELISSA Study Group—Meloxicam Large-scale International Study Safety Assessment [erratum appears in Br J Rheumatol 1998;37:1142]. Br J Rheumatol 1998;37:937–945.
49. Schnitzer TJ, Fricke J Jr, Gitton X, et al. Lumiracoxib in the treatment of osteoarthritis, rheumatoid arthritis and acute postoperative dental pain: results of three dose-response studies. Curr Med Res Opin 2005;21:151–161.
50. Leung AT, Malmstrom K, Gallacher AE, et al. Efficacy and tolerability profile of etoricoxib in patients with osteoarthritis: a randomized, double-blind, placebo and active-comparator controlled 12-week efficacy trial. Curr Med Res Opin 2002;18:49–58.
51. Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med 2003;139:539–46.
52. Zhao SZ, McMillen JI, Markenson JA, et al. Evaluation of the functional status aspects of health-related quality of life of patients with osteoarthritis treated with celecoxib. Pharmacotherapy 1999;19:1269–1278.

Case 2:05-md-01657-EEF-DEK Document 36595-22 Filed 03/09/10 Page 12 of 18




53. Geusens PP, Truitt K, Sfikakis P, et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scand J Rheumatol 2002;31:230–238.
54. Singh G, Fort JG, Goldstein JL, et al. Celecoxib versus naproxen and diclofenac in osteoarthritis patients: SUCCESS-I Study. Am J Med 2006;119:255–266.
55. Furst DE, Kolba KS, Fleischmann R, et al. Dose response and safety study of meloxicam up to 22.5 mg daily in rheumatoid arthritis: a 12 week multicenter, double blind, dose response study versus placebo and diclofenac. J Rheumatol 2002;29: 436–446.
56. Goei THS, Lund B, Distel MR, et al. A double-blind, randomized trial to compare meloxicam 15 mg with diclofenac 100 mg in the treatment of osteoarthritis of the knee. Osteoarthritis Cartilage 1997;5:283–288.
57. Hosie J, Distel M, Bluhmki E. Meloxicam in osteoarthritis: a 6-month, double-blind comparison with diclofenac sodium. Br J Rheumatol 1996;35(Suppl 1):39–43.
58. Hosie J. Efficacy and tolerability of meloxicam versus piroxicam in patients with osteoarthritis of the hip or knee: a six-month double-blind study. Clin Drug Invest 1997;13:175–184.
59. Lemmel EM, Bolten W, Burgos-Vargas R, et al. Efficacy and safety of meloxicam in patients with rheumatoid arthritis. J Rheumatol 1997;24:282–290.
60. Linden B, Distel M, Bluhmki E. A double-blind study to compare the efficacy and safety of meloxicam 15 mg with piroxicam 20 mg in patients with osteoarthritis of the hip. Br J Rheumatol 1996;35(Suppl 1):35–38.
61. Lund B, Distel M, Bluhmki E. A double-blind, randomized, placebo-controlled study of efficacy and tolerance of meloxicam treatment in patients with osteoarthritis of the knee. Scand J Rheumatol 1998;27:32–37.
62. Wojtulewski JA, Schattenkirchner M, Barcelo P, et al. A six-month double-blind trial to compare the efficacy and safety of meloxicam 7.5 mg daily and naproxen 750 mg daily in patients with rheumatoid arthritis. Br J Rheumatol 1996;35(Suppl 1): 22–28.
63. Yocum D, Fleischmann R, Dalgin P, et al. Safety and efficacy of meloxicam in the treatment of osteoarthritis: a 12-week, double-blind, multiple-dose, placebo-controlled trial: the Meloxicam Osteoarthritis Investigators. Arch Intern Med 2000;160:2947–2954.
64. Goldstein JL, Silverstein FE, Agrawal NM, et al. Reduced risk of upper gastrointestinal ulcer complications with celecoxib, a novel COX-2 inhibitor. Am J Gastroenterol 2000;95:1681–1690.
65. Williams GW, Ettlinger RE, Ruderman EM, et al. Treatment of osteoarthritis with a once-daily dosing regimen of celecoxib: a randomized, controlled trial. J Clin Rheumatol 2000;6:65–74.
66. Bensen WG, Fiechtner JJ, McMillen JI, et al. Treatment of osteoarthritis with celecoxib, a cyclooxygenase-2 inhibitor: a randomized controlled trial. Mayo Clin Proc 1999;74:1095–1105.
67. Truitt KE, Sperling RS, Ettinger WH Jr, et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging Clin Exp Res 2001;13:112–121.
68. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs ibuprofen in patients with osteoarthritis: Rofecoxib/Ibuprofen Comparator Study Group. Arch Intern Med 2000;160:1781–1787.
69. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip—Rofecoxib Phase III Protocol 035 Study Group. Arthritis Rheum 2000;43:978–987.
70. Ehrich EW. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26:2438–2447.
71. Schnitzer TJ. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clinical Ther 1999;21:1688–1702.
72. Saag K, van der Heijde D, Fisher C, et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis—Osteoarthritis Studies Group. Arch Fam Med 2000;9:1124–1134.
73. Geba GP, Weaver AL, Polis AB, et al. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial [erratum appears in JAMA 2002;287:989]. JAMA 2002;287:64–71.
74. Whelton A. Cyclooxygenase-2–specific inhibitors and cardiorenal function: a randomized, controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. Am J Ther 2001;8:85–95.
75. McKenna F, Borenstein D, Wendt H, et al. Celecoxib versus diclofenac in the management of osteoarthritis of the knee. Scand J Rheumatol 2001;30:11–18.
76. McKenna F. COX-2 specific inhibitors in the management of osteoarthritis of the knee: a placebo-controlled, randomized, double-blind study. J Clin Rheumatol 2001;7:151–159.
77. Makarowski W, Zhao WW, Bevirt T, et al. Efficacy and safety of the COX-2 specific inhibitor valdecoxib in the management of osteoarthritis of the hip: a randomized, double-blind, placebo-controlled comparison with naproxen. Osteoarthritis Cartilage 2002;10:290–296.
78. Bensen W, Weaver A, Espinoza L, et al. Efficacy and safety of valdecoxib in treating the signs and symptoms of rheumatoid arthritis: a randomized, controlled comparison with placebo and naproxen. Rheumatology 2002;41:1008–1016.
79. Gottesdiener K, Schnitzer T, Fisher C, et al. Results of a randomized, dose-ranging trial of etoricoxib in patients with osteoarthritis [erratum appears in Rheumatology (Oxford) 2003;42: 814]. Rheumatology 2002;41:1052–1061.
80. Zacher J, Feldman D, Gerli R, et al. A comparison of the therapeutic efficacy and tolerability of etoricoxib and diclofenac in patients with osteoarthritis [erratum appears in Curr Med Res Opin 2004;20:1689]. Curr Med Res Opin 2003;19:725–736.
81. Collantes E, Curtis SP, Lee KW, et al. A multinational randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis [ISRCTN25142273]. BMC Family Practice 2002;3:10.
82. Matsumoto AK, Melian A, Mandel DR, et al. A randomized, controlled, clinical trial of etoricoxib in the treatment of rheumatoid arthritis. J Rheumatol 2002;29:1623–1630.
83. Kivitz AJ, Nayiager S, Schimansky T, et al. Reduced incidence of gastroduodenal ulcers associated with lumiracoxib compared with ibuprofen in patients with rheumatoid arthritis. Aliment Pharmacol Ther 2004;19:1189–1198.
84. Hawkey CC, Svoboda P, Fiedorowicz-Fabrycy IF, et al. Gastroduodenal safety and tolerability of lumiracoxib compared with ibuprofen and celecoxib in patients with osteoarthritis. J Rheumatol 2004;31:1804–1810.
85. Schnitzer TJ, Burmester GR, Mysler E, et al. Comparison of lumiracoxib with naproxen and ibuprofen in the Therapeutic Arthritis Research and Gastrointestinal Event Trial (TARGET), reduction in ulcer complications: randomised controlled trial. Lancet 2004;364:665–674.
86. US Food and Drug Administration. Arthritis Drugs Advisory Committee meeting 12/1/1998. CLASS: 12 month data. 1998.
87. Myllykangas-Luosujarvi R, Lu HS, Chen SL, et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis: results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002;31:337–344.

88. Kivitz AJ, Moskowitz RW, Woods E, et al. Comparative efficacy and safety of celecoxib and naproxen in the treatment of osteoarthritis of the hip. J Int Med Res 2001;29:467–479.
89. Wiesenhutter CW, Boice JA, Ko A, et al. Evaluation of the comparative efficacy of etoricoxib and ibuprofen for treatment of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Mayo Clin Proc 2005;80:470–479.
90. Geusens P, Alten R, Rovensky J, et al. Efficacy, safety and tolerability of lumiracoxib in patients with rheumatoid arthritis. Int J Clin Pract 2004;58:1033–1041.
91. Grifka JK, Zacher J, Brown JP, et al. Efficacy and tolerability of lumiracoxib versus placebo in patients with osteoarthritis of the hand. Clin Exp Rheumatol 2004;22:589–596.
92. Lehmann R, Brzosko M, Kopsa P, et al. Efficacy and tolerability of lumiracoxib 100mg once daily in knee osteoarthritis: a 13-week, randomized, double-blind study vs placebo and celecoxib. Curr Med Res Opin 2005;21:517–526.
93. Baron JA, Sandler RS, Bresalier RS, et al. A randomized trial of rofecoxib for the chemoprevention of colorectal adenomas. Gastroenterology 2006;131:1674–1682.
94. Laine L, Maller ES, Yu C, et al. Ulcer formation with low-dose enteric-coated aspirin and the effect of COX-2 selective inhibition: a double-blind trial. Gastroenterology 2004;127:395–402.
95. Catella-Lawson F, Reilly MP, Kapoor SC, et al. Cyclooxygenase inhibitors and the antiplatelet effects of aspirin. N Engl J Med 2001;345:1809–1817.
96. Ouellet M, Riendeau D, Percival MD. A high level of cyclooxygenase-2 inhibitor selectivity is associated with a reduced interference of platelet cyclooxygenase-1 inactivation by aspirin. Proc Natl Acad Sci U S A 2001;98:14583–14588.
97. Baigent C, Patrono C. Selective cyclooxygenase 2 inhibitors, aspirin, and cardiovascular disease: a reappraisal. Arthritis Rheum 2003;48:12–20.
98. Patrono C. Aspirin resistance: definition, mechanisms and clinical read-outs. J Thromb Haemost 2003;1:1710–1713.
99. Cipollone F, Rocca B, Patrono C. Cyclooxygenase-2 expression and inhibition in atherothrombosis. Arterioscler Thromb Vasc Biol 2004;24:246–255.

**Address requests for reprints to: Alaa Rostom, MD, MSc, FRCPC, Associate Professor of Medicine, Division of Gastroenterology, University of Calgary, University of Calgary Medical Clinic, 3330 Hospital Dr NW, Calgary, Alberta, Canada T2N 4N1. e-mail: arostom@ucalgary.ca; fax: (403)-210-9368.**

**Supplementary Table 1.** Included Studies

| Endpoint | Trial | Comparisons: Intervention | Comparisons: Comparator | No. of patients | Mean age (y) | Arthritis type | Follow-up |
|---|---|---|---|---|---|---|---|
| Endoscopic ulcer | **Celecoxib** | | | | | | |
| | Emery 1999 | 200 mg bid | Diclofenac 75 mg bid | 655 | 55 | RA | 24 wk |
| | FDA 021 | 50 mg bid, 100 mg bid, 200 mg bid | Naproxen 500 mg bid; placebo | 1108 | Unknown | OA | 2, 6, 12 wk |
| | FDA 071 | 200 mg bid | Diclofenac 75 mg bid; ibuprofen 800 mg tid | 1097 | Unknown | OA and RA | 4, 8, 12 wk |
| | Goldstein 2001 | 200 mg bid | Naproxen 500 mg bid | 537 | 57 | OA and RA | 4, 8, 12 wk |
| | Simon 1999 | 100 mg bid, 200 mg bid, 400 mg bid | Naproxen 500 mg bid; placebo | 1149 | 54 | RA | 2, 6, 12 wk |
| | **Rofecoxib** | | | | | | |
| | Hawkey 2000 | 25 mg/day, 50 mg/day | Ibuprofen 800 mg tid | 775 | 62 | OA | 6 wk, 3, 6 mo |
| | Hawkey 2003 | 50 mg/day | Naproxen 500 mg bid; placebo | 660 | 51.7 | RA | 3, 6, 9, 12 wk |
| | Laine 1999 | 25 mg/day, 50 mg/day | Ibuprofen 800 mg tid | 742 | 62 | OA | 6 wk, 3, 6 mo |
| | **Etoricoxib** | | | | | | |
| | Hunt 2003, multiple | 120 mg/day | Ibuprofen 800 mg tid | 680 | 62 | OA | 3, 6, 9, 12 wk |
| | Hunt 2003, naproxen | 120 mg/day | Naproxen 500 mg bid; placebo | 742 | 54 | OA and RA | 3, 6, 9, 12 wk |
| | **Valdecoxib** | | | | | | |
| | FDA 047 | 20 mg bid, 40 mg bid | Naproxen 500 mg bid | 1217 | 56 | OA and RA | 26 wk |
| | FDA 063 | 10 mg/day, 20 mg/day | Diclofenac 75 mg bid | 784 | Unknown | OA | 1, 2, 4, 6 wk |
| | Kivitiz 2002 | 5 mg/day, 10 mg/day, 20 mg/day | Naproxen 500 mg tid; placebo | 1019 | 60 | OA | 2, 6, 12 wk |
| | Sikes 2002 | 10 mg/day, 20 mg/day | Ibuprofen 800 mg tid; diclofenac 75 mg bid; placebo | 1052 | 60 | OA | 2, 6, 12 wk |
| | **Lumiracoxib** | | | | | | |
| | Hawkey 2004 | Lumiracoxib 200 mg/day, 400 mg/day; celecoxib 200 mg/day | Ibuprofen 800 mg tid | 1042 | 58.7 | OA | 4, 8, 13 wk |
| | Kivitz 2004 | Lumiracoxib 400 mg/day, 800 mg/day; celecoxib 200 mg bid | Ibuprofen 800 mg tid | 893 | 51.7 | RA | 8, 13 wk |
| | **Meloxicam** | | | | | | |
| | Chang 2001 | 7.5 mg/day | Piroxicam 20 mg/day | 72 | 62 | OA | 2, 4, 8, 12 wk |
| Clinical ulcer complications | **Celecoxib** | | | | | | |
| | Goldstein 2000, combined analysis study | 25–400 mg bid | Naproxen 500 mg bid; diclofenac 75 mg bid; ibuprofen 800 mg tid; placebo | 11,008 | 59 | OA and RA | 2–24 wk |

**Supplementary Table 1.** continued

| Endpoint | Trial | Comparisons: Intervention | Comparisons: Comparator | No. of patients | Mean age (y) | Arthritis type | Follow-up |
|---|---|---|---|---|---|---|---|
| | Silverstein 2000 | 400 mg bid | Diclofenac 75 mg bid; ibuprofen 800 mg tid | 8059 | 60 | OA and RA | 4, 13, 26 wk (1 y FDA) |
| | Singh 2006 Success-1 | 100 mg bid, 200 mg bid | Naproxen 500 mg bid | 13,274 | 62 | OA | 6, 12 wk |
| | Zhao 1999 | 50 mg bid, 100 mg bid, 200 mg bid | Naproxen 500 mg bid; placebo | 1004 | 62.2 | OA | 2, 6, 12 wk |
| | **Rofecoxib** | | | | | | |
| | Bombardier 2000 | 50 mg/day | Naproxen 500 mg bid | 8076 | 58 | RA | 4, 8, 12 mo |
| | Geusens 2002 | 25 mg/day, 50 mg/day | Naproxen 500 mg bid; placebo | 1023 | 53.6 | RA | 2, 4, 8, 12 wk |
| | Langman 1999, combined analysis study | 25 mg/day, 50 mg/day | Ibuprofen 800 mg tid; diclofenac 50 mg tid; nabumetone 1500 mg/day | 5435 | 63 | OA | 6 wk, 4, 6, 12, 24 mo |
| | Lisse 2003 | 25 mg/day | Naproxen 500 mg bid | 5597 | 63 | OA | 3, 6, 9, 12 wk |
| | Saag 2000 – 1, ibuprofen | 12.5 mg/day, 25 mg/day | Ibuprofen 800 mg tid | 736 | 61 | OA | 2, 4, 6 wk |
| | Saag 2000 – 2, diclofenac | 12.5 mg/day, 25 mg/day | Diclofenac 50 mg tid | 693 | 62 | OA | Up to 1 y |
| | **Etoricoxib** | | | | | | |
| | Leung 2002 | 60 mg/day | Naproxen 500 mg bid; placebo | 501 | 63 | OA | 2, 4, 8, 12 wk |
| | Ramey 2005, combined analysis study | 5–120 mg/day | Diclofenac 150 mg/day; naproxen 1000 mg/day; ibuprofen 2400 mg/day | 5441 | 56.7 | OA and RA | Up to 190 wk |
| | **Valdecoxib** | | | | | | |
| | Goldstein 2004, combined analysis study | 5–80 mg/day | Naproxen 500 mg bid; diclofenac 75 mg bid; ibuprofen 800 mg tid; placebo | 7445 | 58.1 | OA and RA | Up to 26 wk |
| | **Lumiracoxib** | | | | | | |
| | Schnitzer – TARGET | 400 mg/day | Naproxen 500 mg bid; ibuprofen 800 mg tid | 18,244 | 63.5 | OA | 4, 13, 20, 26, 39, 52 wk |
| | **Meloxicam** | | | | | | |
| | Dequeker 1998 | 7.5 mg/day | Piroxicam 20 mg/day | 8656 | 61 | OA | 4 wk |
| | Distel 1996, combined analysis study | 7.5 mg/day, 15 mg/day | Piroxicam 20 mg/day; naproxen 1000 mg/day; diclofenac 100 mg/day | 6129 | 59 | OA and RA | Up to 1 y |
| | Furst 2002 | 7.5 mg/day, 15 mg/day, 22.5 mg/day | Diclofenac 75 mg bid; placebo | 894 | 55.9 | RA | 4, 8, 12 wk |
| | Goeithe 1997 | 15 mg/day | Diclofenac 100 mg/day | 258 | 53.5 | OA | 6 wk |
| | Hawkey 1998 | 7.5 mg/day | Diclofenac 100 mg/day | 9323 | 62 | OA | 4 wk |

**Supplementary Table 1.** continued

| Endpoint | Trial | Comparisons: Intervention | Comparisons: Comparator | No. of patients | Mean age (y) | Arthritis type | Follow-up |
|---|---|---|---|---|---|---|---|
| | Hosie 1996 | 7.5 mg/day | Diclofenac 100 mg/day | 335 | 64 | OA | 6 mo |
| | Hosie 1997 | 15 mg/day | Piroxicam 20 mg/day | 455 | 67 | OA | 6 mo |
| | Lemmel 1997 | 7.5 mg/day, 15 mg/day | Placebo | 468 | 54 | RA | 3 wk |
| | Linden 1996 | 15 mg/day | Piroxicam 20 mg/day | 260 | 67 | OA | 6 wk |
| | Lund 1998 | 7.5–30 mg/day | Placebo | 5597 | 63 | OA | 3, 6, 9, 12 wk |
| | Wojtulewski 1996 | 7.5 mg/day | Naproxen 750 mg/day | 718 | 61.5 | OA | 2, 6 wk |
| | Yocum 2000 | 3.75–15 mg/day | Diclofenac 100 mg/day | 774 | 62 | OA | 12 wk |
| Tolerability | **Celecoxib** | | | | | | |
| | Bensen 1999 | 50 mg bid, 100 mg bid, 200 mg bid | Naproxen 500 mg bid; placebo | 1003 | 62 | OA | 2, 6, 12 wk |
| | Geba 2002 | Celecoxib 200 mg/day; rofecoxib 12.5 mg/day, 25 mg/day | Acetaminophen 4000 mg/day | 382 | 63 | OA | 2, 4, 6 wk |
| | Gibofsky 2003 | Celecoxib 200 mg/day; rofecoxib 25 mg/day | Placebo | 475 | 62.9 | OA | 3, 6 wk |
| | Kivitz 2001 | 100 mg/day, 200 mg/day, 400 mg/day | Naproxen 500 mg bid; placebo | 1061 | 62.6 | OA | 2, 6, 12 wk |
| | Mckenna 2001 | 100 mg bid | Diclofenac 50 mg tid; placebo | 600 | 62 | OA | 2, 6 wk |
| | Mckenna 2001, celecoxib vs rofecoxib | Celecoxib 200 mg/day; rofecoxib 25 mg/day | Placebo | 182 | 62 | OA | 3, 6 wk |
| | Whelton 2001 | Celecoxib 200 mg/day; rofecoxib 25 mg/day | None | 811 | 74 | OA | 1, 2, 6 wk |
| | Williams 2000 | 200 mg/day | Placebo | 686 | 63 | OA | 2, 6 wk |
| | Williams 2001 | 100 mg bid, 200 mg/day | Placebo | 718 | 61.5 | OA | 2, 6 wk |
| | **Rofecoxib** | | | | | | |
| | Cannon 2000 | 12.5 mg/day 25 mg/day | Diclofenac 50 mg tid | 784 | 64 | OA | Up to 1 y |
| | Day 2000 | 12.5 mg/day, 25 mg/day | Ibuprofen 800 mg tid | 809 | 64 | OA | 2, 4, 6 wk |
| | Ehrich 1999 | 25–125 mg/day | Placebo | 219 | 64 | OA | 1, 2, 4, 6 wk |
| | Myllykangas 2002 | 12.5 mg/day | Naproxen 500 mg bid | 944 | 61.6 | OA | 2, 4, 6 wk |
| | Schnitzer 1999 | 5–50 mg/day | Placebo | 658 | 55 | RA | 2, 4, 8 wk |
| | Truitt 2001 | 12.5 mg/day, 25 mg/day | Nabumetone 1500 mg/day; placebo | 341 | 83 | OA | 1, 2, 4, 6 wk |
| | **Etoricoxib** | | | | | | |
| | Collantes 2002 | 90 mg/day | Naproxen 500 mg bid; placebo | 891 | 52 | RA | 2, 4, 8, 12 wk |

**Supplementary Table 1.** continued

| Endpoint | Trial | Comparisons: Intervention | Comparisons: Comparator | No. of patients | Mean age (y) | Arthritis type | Follow-up |
|---|---|---|---|---|---|---|---|
| | Gottesdiener 2002 | Part 1: 5–90 mg/day; Part 2: 30 mg/day, 60 mg/day, 90 mg/day | Part 1: placebo; Part 2: diclofenac 50 mg tid | 617 | 60 | OA | 1, 2, 4, 6, 8, 14 wk |
| | Matsumoto 2002 | 90 mg/day | Naproxen 500 mg bid; placebo | 816 | 56 | RA | 2, 4, 8, 12 wk |
| | Wiesenhutter 2005 | 30 mg/day | Ibuprofen 2400 mg/day; placebo | 258 | 61.3 | OA | 1, 2, 4, 6 wk |
| | Zacher 2003 | 60 mg/day | Diclofenac 50 mg tid | 516 | 63 | OA | 2, 4, 6, 8 wk |
| | **Valdecoxib** | | | | | | |
| | Bensen 2002 | 10 mg/day, 20 mg/day, 40 mg/day | Naproxen 500 mg bid; placebo | 1090 | 55 | RA | 4, 8, 12 mo |
| | FDA 061 | 10 mg/day, 20 mg/day, 40 mg/day | Naproxen 500 mg bid; placebo | 1093 | 57 | RA | 12 wk |
| | Makarowski 2002 | 5 mg/day, 10 mg/day | Naproxen 500 mg bid; placebo | 513 | 68 | OA | 3 wk |
| | Pavelka 2003 | 20 mg/day, 40 mg/day | Diclofenac 75 mg bid | 722 | 56 | RA | 2, 6, 8, 12, 18, 26 wk |
| | **Lumiracoxib** | | | | | | |
| | Geusens 2004 | 200 mg/day, 400 mg/day | Naproxen 500 mg bid | 1124 | 71 | RA | 2, 4, 13, 20, 26 wk |
| | Grifka 2004 | 200 mg/day, 400 mg/day | Placebo | 594 | 61.9 | OA | 2, 4, 6 wk |
| | Lehmann 2005 | 100 mg/day, 100 mg/day with 200-mg loading dose for first 2 wk; celecoxib 200 mg/day | Placebo | 1684 | 62.4 | OA | 2, 4, 8, 13 wk |
| | Schnitzer 2005 – OA | 50 mg bid, 100 mg bid, 200 mg bid, 400 mg bid | Diclofenac 400 mg bid; placebo | 583 | 60.3 | OA | 4 wk |
| | Schnitzer 2005 –RA | 50 mg bid, 100 mg bid, 200 mg bid, 400 mg bid | Diclofenac 400 mg bid; placebo | 569 | 54.4 | RA | 2, 6, 12 wk |
| | Sheldon 2005 | 100 mg/day, 100 mg/day with 200-mg loading dose for first 2 wk; celecoxib 200 mg/day | Placebo | 1551 | 60.5 | OA | 2, 4, 8, 13 wk |
| | Tannenbaum 2004 | Lumiracoxib 200 mg/day, 400 mg/day; celecoxib 200 mg/day | Placebo | 1702 | 64.3 | OA | 2, 4, 8, 13 wk |

NOTE. Drug names have been placed in bold.
bid, twice a day; tid, 3 times daily; OA, osteoarthritis, RA, rheumatoid arthritis.

## Appendix 1: MEDLINE Search Strategy Excerpt of Search Terms

1. gastritis!
2. (gastritis OR gastropathy)/ti,ab
3. gastrointestinal hemorrhage!
4. gi(w2)hemorrhage?/ti,ab
5. gi(w2)haemorrhage?/ti,ab
6. gastrointestinal(w2)hemorrhage?/ti,ab
7. gastrointestinal(w2)haemorrhage?/ti,ab
8. gi(w2)bleed?/ti,ab
9. gastrointestinal(w2)bleed?/ti,ab
10. ulcer(w2)hemorrhage?/ti,ab
11. ulcer(w2)haemorrhage?/ti,ab
12. peptic ulcer perforation/de
13. ulcer(w2)perforation?/ti,ab
14. gi(w2)perforation?/ti,ab
15. gastrointestinal(w2)perforation?/ti,ab
16. mucosa?(w2)injur?/ti,ab
17. peptic ulcer!
18. peptic(w2)ulcer?/ti,ab
19. stomach(w2)ulcer?/ti,ab
20. duodenal(w2)ulcer?/ti,ab
21. gastroduodenal(w2)ulcer?/ti,ab
22. gastric(w2)ulcer?/ti,ab
23. pyloric stenosis/de
24. pyloric(w)stenos?s/ti,ab

101. [cyclo()oxygenase()2()inhibit? OR cyclooxygenase()2()inhibit? OR cox()2()inhibit?]/ti,ab
102. [celecoxib OR celebrex]/ti,ab OR rn=169590-42-5
103. [rofecoxib OR vioxx]/ti,ab OR rn=162011-90-7
104. (meloxicam OR mobic OR movalis OR mobec OR movicox OR parocin OR uticox OR mobicox)/ti,ab OR rn=71125-38-7
105. [etoricoxib OR Arcoxia] /ti,ab
106. [valdecoxib OR Bextra] /ti,ab
107. [lumiracoxib OR Prexige] /ti,ab

Also see Rostom A, Dubé C, Jolicoeur E, et al. Gastroduodenal ulcers associated with the use of non-steroidal anti-inflammatory drugs: a systematic review of preventive pharmacological interventions: technology report no 37. Ottawa: Canadian Coordinating Office for Health Technology Assessment, 2003. (Available online)