# EXHIBIT 22

CURRENT MEDICAL RESEARCH AND OPINION®
VOL. 20, NO. 10, 2004, 1539–1548

© 2004 LIBRAPHARM LIMITED

0300-7995
doi:10.1185/030079904X3078

ORIGINAL ARTICLE

# The upper gastrointestinal safety of rofecoxib vs. NSAIDs: an updated combined analysis*

Douglas J. Watson, Qinfen Yu, James A. Bolognese, Alise S. Reicin and Thomas J. Simon

*Merck Research Laboratories, West Point, PA, USA, and Rahway, NJ, USA*

*Address for correspondence:* Dr Douglas J. Watson, Director, Epidemiology, Merck Research Laboratories, 10 Sentry Parkway (BL1-12), Blue Bell, PA, 19422, USA. Tel.: +1-484-344-2601; Fax: +1-484-344-2437; email: douglas_watson@merck.com

*Key words:* COX-2 inhibitors – Gastroduodenal ulcers – Gastrointestinal adverse effects – Gastrointestinal bleeding – Nonsteroidal anti-inflammatory drugs (NSAIDs)

## SUMMARY

*Background:* Nonsteroidal anti-inflammatory drugs (NSAIDs) are nonspecific cyclo-oxygenase (COX-1/COX-2) inhibitors and are associated with gastrointestinal (GI) toxicity attributable to COX-1 inhibition. Rofecoxib, a COX-2 specific inhibitor, was developed to provide similar efficacy and less GI toxicity than NSAIDs.

*Objective:* To update the results of a previously performed analysis of the incidence of upper GI perforations, symptomatic gastroduodenal ulcers, and upper GI bleeding (PUBs) with rofecoxib compared with non-selective NSAIDs.

*Research design and methods:* We compared the incidence of PUBs in a combined analysis of 20 randomized, double-blind, clinical trials of rofecoxib versus NSAIDs. Men and women (*N* = 17 072) from multinational trial sites with osteoarthritis or rheumatoid arthritis were studied. There was no upper age limit in any of the trials. Investigator-reported PUBs were reviewed by a blinded, external adjudication committee using pre-specified criteria. The incidence of confirmed PUBs, the main outcome measure, among patients treated with rofecoxib 12.5 mg, 25 mg, or 50 mg (combined, *N* = 10 026) was compared to that among patients treated with ibuprofen, diclofenac, nabumetone, or naproxen (combined, *N* = 7046).

*Results:* The incidence of PUBs over 24.8 months was significantly lower with rofecoxib vs. NSAIDs (cumulative incidence 1.6% vs. 3.1%, $p < 0.001$; rate/100 patient-years 0.74 vs. 1.87; relative risk 0.36, 95% CI 0.24, 0.54). Results of subgroup analyses and comparisons of rofecoxib with individual NSAID comparators were consistent with the primary result, as was an analysis in patients with no PUB risk factors.

*Discussion:* The analysis demonstrated a consistently lower incidence of confirmed PUBs with rofecoxib than with NSAIDs over 24.8 months. These results confirm those of a previous smaller combined analysis of clinical trials with rofecoxib vs. non-selective NSAIDs in OA patients only, in which the risk reduction for confirmed PUBs was approximately 50%. In addition, this analysis demonstrated risk reductions with rofecoxib vs. NSAIDs in risk subgroups and in patients who did not have any known risk factors for PUBs consistent with the primary result. Some of the studies in this analysis required scheduled endoscopies. Asymptomatic upper GI ulcers or bleeding diagnosed during scheduled procedures were not included in the primary endpoint, which may have caused a bias against rofecoxib.

*Conclusions:* Treatment with rofecoxib was associated with a statistically significantly ($p < 0.001$) lower incidence of PUBs than was treatment with NSAIDs. The difference was maintained in subgroups of patients with risk factors, as well as in those with no risk factors, for PUBs.



Copyright LibraPharm Ltd 2004. Not for sale or commercial distribution. Unauthorised use prohibited. Authorised users can download, display, view and print a single copy for personal use

---

*This manuscript was presented at the United European Gastroenterology Week Conference, Madrid, Spain, 5 November 2003

## Introduction

Two isoforms of cyclo-oxygenase (COX), COX-1 and COX-2 catalyze human prostaglandin synthesis[1-4]. COX-2 is induced at sites of inflammation throughout the body and generates prostaglandins that mediate inflammation and pain[5]. The anti-inflammatory effects of non-steroidal anti-inflammatory drugs (NSAIDs) appear to be mediated via inhibition of COX-2[6]. Most NSAIDs, such as ibuprofen and diclofenac, are non-selective in their inhibition of COX isoforms[7]. Rofecoxib (VIOXX†) specifically inhibits COX-2[8-9]; at doses of up to 375 mg daily for 12 days[10] and up to 1000 mg in single doses[8] which had no effect on COX-1 isoenzyme activity. Other COX-2 selective inhibitors currently marketed include etoricoxib, celecoxib, parecoxib, and valdecoxib.

The GI safety profile of rofecoxib has been demonstrated at doses of 25 mg and 50 mg once daily as measured by intestinal permeability[11] and fecal red blood cell loss[12], and by endoscopic assessment of gastroduodenal mucosal injury in both healthy volunteers (at 250 mg once daily)[13] and osteoarthritis patients (at 25 mg and 50 mg once daily)[14]. Rofecoxib has also demonstrated a lower incidence of GI-related clinical outcomes relative to non-selective NSAIDs in a prior combined analysis and in the VIOXX GI Outcomes Research (VIGOR) trial[15,16]. The prior combined analysis with rofecoxib included eight trials in patients ($N$ = 5435) with osteoarthritis (OA). Those trials, which are included in this combined analysis as well, varied in length from 6 weeks to 3 years. In that combined population the patients were on average 68 years old, 73% were women, 80% were white, 44% were smokers, 10% had a prior history of upper GI clinical event, 43% had evidence of *H. pylori* infection, and 90% were prior NSAID users at baseline. The VIGOR trial, which was conducted with patients with rheumatoid arthritis (RA), was a GI clinical endpoint study designed to test the hypothesis that rofecoxib, at twice the recommended maximum chronic dose, had a lower incidence of upper GI clinical events than the maximum recommended chronic dose of naproxen. The primary endpoint was identical to that of the previous combined analysis of OA trials. The VIGOR population ($N$ = 8076) was on average 58 years old, 80% female and 68% white. Fifty per cent had a history of RA of 2 years–10 years and 39% had a history of greater than 10 years; 52% were prior NSAID users at baseline, 56% were on steroids, and 8% had a history of upper GI clinical event. The median duration of follow-up in VIGOR was 9 months. In the prior combined analysis of OA trials and VIGOR, respectively, there was a statistically significant 49% ($p < 0.05$) and 50% ($p < 0.001$) reduction in the incidence of confirmed upper GI perforations, symptomatic gastroduodenal ulcers, and upper GI bleeds (PUBs) with rofecoxib versus the comparator NSAIDs.

The objective of this study was to update and extend the previous combined analysis[15] by determining the incidence of upper GI PUBs with rofecoxib compared with non-selective NSAIDs in 20 randomized controlled clinical trials with rofecoxib. We hypothesized that the incidence of PUBs would be lower with rofecoxib (all doses combined) than with non-selective NSAIDs (all types and doses combined). We also examined whether GI safety was maintained beyond 1 year, compared the incidence of PUBs in subgroups of patients, and compared rofecoxib to each individual non-selective NSAID included in the analysis.

## Patients and methods

This *post-hoc* analysis used pooled, patient-level data from 20 randomized, double-blind clinical trials of rofecoxib performed by Merck & Co., Inc. About half of the trials were conducted in the US, while the rest were conducted in multiple countries outside of the US. At the time the analysis was performed, the 20 trials represented all but one of the completed trials of rofecoxib in patients with osteoarthritis (OA; 15 trials) or rheumatoid arthritis (RA; 5 trials)[14,17-32] (Table 1). We excluded the VIGOR trial (described above) from the analysis. It was specifically designed and powered to test the same hypothesis as this analysis at twice the maximum recommended chronic dose of rofecoxib. As such, it was an independent test of the COX-2 GI safety hypothesis at a supra-therapeutic dose. It was not included in this analysis because by virtue of its size it would have had a large influence on the outcome.

Patients were included in the trials regardless of PUB risk; those with a history of PUB were allowed to enroll except those with an event in the recent past (generally in the 3–6 months before enrollment). All patients gave signed informed consent in each study and an institutional review board approved each protocol. The research design and methods closely followed those of the previously published combined analysis[15]. Data from studies or phases of studies in which there was an active NSAID comparator were utilized.

Prior to the start of any of the trials, a standard procedure was put in place for investigators in all trials with rofecoxib to report suspected PUBs for adjudication. This standard procedure and the criteria used have been described previously[16]. Clinical source

---

† VIOXX is a registered trade name of Merck & Co., Inc., Whitehouse Station, NJ, USA

*Table 1. Features of studies included in the combined analysis*

| Protocol number | Design* | Duration† | Rofecoxib daily dose(s) | NSAID comparator and daily dose | No. of patients‡ |
|---|---|---|---|---|---|
| **Osteoarthritis trials** | | | | | |
| 029[17] | Active comparator- and placebo-controlled dose ranging in patients with knee or hip osteoarthritis | Up to 3 years | 5 mg, 12.5 mg, 25 mg, or 50 mg | Diclofenac 150 mg | 571 |
| 033[18] | Active comparator- and placebo-controlled, safety and efficacy in patients with knee or hip osteoarthritis | 6 weeks | 12.5 mg or 25 mg | Ibuprofen 2400 mg | 667 |
| 034[18] | Active comparator-controlled, safety and efficacy in patients with knee or hip osteoarthritis | Up to 2 years | 12.5 mg or 25 mg | Diclofenac 150 mg | 693 |
| 035[19,33] | Active comparator-controlled, safety and efficacy in patients with knee or hip osteoarthritis | Up to 2 years | 12.5 mg or 25 mg | Diclofenac 150 mg | 784 |
| 040[20] | Active- and placebo-controlled, safety and efficacy in patients with knee or hip osteoarthritis | 6 weeks | 12.5 mg or 25 mg | Ibuprofen 2400 mg | 735 |
| 044[14] | Active comparator- and placebo-controlled, parallel-group, endoscopic surveillance in patients with osteoarthritis | Up to 6 months | 25 mg or 50 mg | Ibuprofen 2400 mg | 565 |
| 045[14] | Active comparator- and placebo-controlled, parallel-group, endoscopic surveillance in patients with osteoarthritis | Up to 6 months | 25 mg or 50 mg | Ibuprofen 2400 mg | 581 |
| 058[21] | Active comparator- and placebo-controlled, efficacy, safety and tolerability in patients aged 80 years and over with knee and hip osteoarthritis | Up to 7.5 months | 12.5 mg or 25 mg | Nabumetone 1500 mg | 327 |
| 083[24] | Active comparator- and placebo-controlled, bone turnover and density in patients with osteoarthritis | 15 months | 25 mg | Ibuprofen 2400 mg | 284 |
| 085[25] | Active comparator- and placebo-controlled efficacy and safety in patients with osteoarthritis of the knee | 6 weeks | 12.5 mg | Nabumetone 1000 mg | 834 |
| 090[26] | Active comparator- and placebo-controlled efficacy and safety in patients with osteoarthritis of the knee | 6 weeks | 12.5 mg | Nabumetone 1000 mg | 782 |
| 102[30] | Active comparator-controlled tolerability and efficacy in patients with osteoarthritis | 3 months | 25 mg | Naproxen 1000 mg | 5402 |
| 901[31] | Active comparator-controlled, efficacy and safety in patients with knee and hip osteoarthritis | 6 weeks | 12.5 mg | Naproxen 1000 mg | 943 |
| 902[32] | Active-comparator-controlled study to compare tolerability in patients with osteoarthritis | 6 weeks | 12.5 mg | Diclofenac 100 mg (plus misoprostol 400 µg) | 909 |
| 903[30] | Active comparator-controlled tolerability and efficacy in patients with osteoarthritis | 3 months | 25 mg | Naproxen 1000 mg | 155 |
| **Rheumatoid arthritis trials** | | | | | |
| 068[22,23] | Active comparator- and placebo-controlled dose ranging, efficacy and safety in patients with rheumatoid arthritis | 52 weeks | 5 mg, 12.5 mg, 25 mg, or 50 mg | Naproxen 1000 mg | 597 |
| 096[27] | Active comparator- and placebo-controlled, safety and efficacy in rheumatoid arthritis patients | 52 weeks | 12.5 mg, 25 mg, or 50 mg | Naproxen 1000 mg | 808 |

Table 1. (Continued)

| Protocol number | Design* | Duration† | Rofecoxib daily dose(s) | NSAID comparator and daily dose | No. of patients‡ |
|---|---|---|---|---|---|
| 097[28] | Active comparator- and placebo-controlled, safety and efficacy in rheumatoid arthritis patients | 52 weeks | 25 mg or 50 mg | Naproxen 1000 mg | 996 |
| 098[29] | Active comparator- and placebo-controlled studies to determine the incidence of gastroduodenal ulcers in patients with rheumatoid arthritis | 12 weeks | 50 mg | Naproxen 1000 mg | 93 |
| 103[29] | Active comparator- and placebo-controlled studies to determine the incidence of gastroduodenal ulcers in patients with rheumatoid arthritis | 12 weeks | 50 mg | Naproxen 1000 mg | 346 |

*All studies were randomized, double-blind, controlled trials
†Some trials had initial placebo-controlled phases followed by active comparator-controlled phases or extensions. Duration shown is that of the active-comparator phases or extensions
‡Shown are the numbers of patients from each trial that were included in the analysis. Patients treated with placebo, and patients in multi-part studies who were started on placebo or rofecoxib 5 mg and who did not continue into the active controlled period or extension were not included in the analysis

documentation for suspected PUBs was reviewed by a blinded, external adjudication committee. The committee determined whether or not a suspected PUB was confirmed, and whether it constituted a complicated event by virtue of the presence of serious bleeding, obstruction, or perforation, using pre-defined criteria.

In all studies, investigators were instructed to report all laboratory and clinical adverse events (AEs), including PUBs, occurring during treatment and within 14 days of study drug discontinuation. In all the studies, a final patient contact/evaluation was scheduled for 14 days following completion or discontinuation. Patients were followed in each study until (1) final evaluation after completion of study therapy or after early discontinuation for any reason (e.g., diagnosis of PUB, an AE other than PUB, lack of treatment efficacy, withdrawal of consent, etc.), (2) death, or (3) loss to follow-up. Active surveillance of reported AEs was performed while the studies were ongoing to identify potential PUBs that had not been reported by investigators. In such circumstances the responsible investigator was queried as to whether a PUB had occurred. However, final determination as to whether an AE represented a potential PUB was made by the investigator. Four of the included studies were endoscopic surveillance studies. As was pre-specified in the protocols, patients from these studies with asymptomatic non-bleeding ulcers diagnosed within a ± 7-day window surrounding the scheduled surveillance procedure dates were not reported for adjudication. However, patients with bleeding ulcers at any time and patients whose lesions were diagnosed during endoscopies done for clinical reasons were submitted for adjudication and included in the analysis.

The primary endpoint was the incidence of confirmed PUBs. We compared the incidence in patients treated with rofecoxib (12.5 mg 25 mg, or 50 mg daily, combined) with that in patients treated with one of the non-selective NSAIDs shown in Table 1 (all groups combined). Rofecoxib 12.5 mg and 25 mg daily are both approved doses for chronic indications, whereas 50 mg daily is twice the maximum approved chronic dose. The comparator NSAIDs used in the trials were all within the approved dose range.

We also analyzed all investigator-reported PUBs (whether confirmed by adjudication or not), and the subsets of confirmed and complicated PUBs, and all investigator-reported complicated PUBs. All analyses were conducted according to the intention-to-treat principle, without imputation of missing data due to discontinuation. Patients were included in the treatment group to which they were randomized, and all patients who received study drug were included in the analyses. Patient information was censored on the 14th day after the last day on study medications. Event rates were summarized by number per 100 person-years, along with 95% confidence intervals. Modified Kaplan–Meier survival plots (one minus the Kaplan–Meier estimate) were used to display the event occurrence over time. Consistent with survival analysis methods, only the first event for each individual patient that occurred between the start of study drug and the censoring date was included. Because Kaplan–Meier estimates could become imprecise when the number of patients at risk was small, displays of cumulative incidence were truncated at the last time point at which there were still at least 200 patients left at risk in each of the treatment groups. Relative risk estimates and associated 95% CIs and $p$-values were obtained using the

Table 2. Baseline patient characteristics*

| Patient characteristic | Rofecoxib (n = 10026) | | NSAIDs combined (n = 7046) | | Total (n = 17072) | |
|---|---|---|---|---|---|---|
| Indication | | | | | | |
| OA (%) | 8016 | (80.0) | 6216 | (88.2) | 14232 | (83.4) |
| RA (%) | 2010 | (20.0) | 830 | (11.8) | 2840 | (16.6) |
| Age (years) | | | | | | |
| Mean | 61.4 | | 62.0 | | 61.6 | |
| Range | 20–97 | | 21–92 | | 20–97 | |
| ≥ 65 years (%) | 4082 | (40.7) | 2971 | (42.2) | 7053 | (41.3) |
| Female (%) | 7357 | (73.4) | 5123 | (72.7) | 12480 | (73.1) |
| Race | | | | | | |
| White (%) | 8062 | (80.4) | 5635 | (80.0) | 13697 | (80.2) |
| Hispanic (%) | 735 | (7.3) | 474 | (6.7) | 1209 | (7.1) |
| Black (%) | 602 | (6.0) | 445 | (6.3) | 1047 | (6.1) |
| Other (%) | 627 | (6.3) | 492 | (7.0) | 1119 | (6.6) |
| History of PUB (%) | 670 | (6.7) | 383 | (5.4) | 1053 | (6.2) |
| ASA use (%) | 629 | (6.3) | 582 | (8.3) | 1211 | (7.1) |
| Steroid use (%) | 1038 | (10.4) | 523 | (7.4) | 1561 | (9.1) |
| NSAID at baseline (%) | 8586 | (85.6) | 5958 | (84.6) | 14544 | (85.2) |
| Current smoker (%)† | 970 | (13.4) | 530 | (12.4) | 1500 | (13.0) |
| H. pylori + (%)‡ | 453 | (45.9) | 276 | (46.2) | 729 | (46.0) |

*Data displayed are number (%) unless otherwise indicated
†Total n = 11515; studies 102 and 903 did not collect smoking data
‡Total n = 1585, from endoscopy studies 044, 045, 098 and 103 only

Cox model with the treatment group as the single explanatory variable and stratified by individual protocol; tests of the model's proportionality assumption were performed using a $p$-value of 0.05 as the critical value and by examining the shapes of the Kaplan–Meier curves.

Two sensitivity analyses were performed. The first was done because the stratification of the Cox model by 20 protocols with only 114 events may have produced unstable estimates. It used four study blocks, defined by indication or type of study as a stratification factor in the Cox model. The second sensitivity analysis used protocol duration (3 categories) as a stratification factor in the Cox model in order to assess the effect of time of follow-up on rates of outcomes.

Subgroup analyses were also carried out to examine the consistency of the direction of treatment effect across levels of the subgroups, including gender, age (< 65 years, ≥ 65 years), indication (OA, RA), history of PUB, NSAID use prior to study (yes vs. no), use of steroids at baseline, and in those with one or more risk factor for PUB (age > 65, history of PUB, or steroid use at baseline) vs. none. A small proportion of patients were using aspirin while on study; however, the number of events in that subgroup (6 reported, 5 confirmed) precluded meaningful analysis according to aspirin use.

Lastly, separate exploratory analyses comparing rofecoxib with each individual NSAID comparator were performed. These analyses were carried out by combining data from the trials containing diclofenac, from those containing ibuprofen, and from those containing naproxen, respectively. This was not done for trials containing nabumetone because the total person-time on the drug (194 person-years) and number of events (3 total) was too low to provide meaningful analysis.

An additional PUB was belatedly reported by an investigator following completion of the analysis; the case review committee confirmed the case. The primary analysis was re-run including this case and the results did not change from those presented in this report. All analyses were done using SAS software (SAS Institute Inc., Cary, NC).

## Results

Seventeen thousand and seventy-two patients were included in this *post-hoc* combined analysis of 20 trials; 10026 patients were treated with rofecoxib (3007, 5314, and 1216 received 12.5 mg, 25 mg, and 50 mg, respectively; another 489 patients received more than one dose of rofecoxib in a given study due to dose switching by design) and 7046 patients were treated with NSAIDs (995 received ibuprofen 800 mg three times daily, 1046 diclofenac 50 mg three times daily, 4075 naproxen 500 mg twice daily, and 930 nabumetone 1500 mg once daily). The average dose of rofecoxib was 28.5 mg once daily. Total-patient years of exposure were 5849 and 2889; median patient months of exposure were 3.2 and 3.0 in the rofecoxib and NSAIDs groups, respectively, and maximum follow-up was 38.9 months and 37.0 months, respectively.



**Figure 1.** Confirmed upper GI perforations, symptomatic ulcers, and upper GI bleeding, by combined treatment groups. Relative risk with rofecoxib vs. NSAIDs = 0.36 (95% CI 0.24, 0.54). Cumulative incidence display truncated at the last time point at which there were still at least 200 patients left at risk in each of the treatment groups

There were no clinically meaningful differences in baseline characteristics between groups (Table 2). Mean age overall was 62 years (range 20 years–97 years), 41% were age 65 years or older, and 73% were female. Most patients (85%) had previously used NSAIDs for their arthritis. Approximately 6% of the patients in each group had a medical history of PUB, and 7% used aspirin 50% or more of the time during the treatment period.

Although all treatments were generally well tolerated, rofecoxib was better tolerated than NSAIDs. The incidence of discontinuation due to a clinical AE was 20.7 and 31.5 per 100 patient-years for rofecoxib and NSAIDs, respectively (RR 0.65, 95% CI 0.60–0.71). A similar difference in rates of discontinuation due to laboratory AEs was also observed. One hundred and thirty patients with potential upper GI PUBs were submitted by investigators and adjudicated; 16 were ineligible for analysis because the event occurred before receiving the study drug or > 14 days after study drug discontinuation. Of the remaining 114 reported patients with events, 97 (43 rofecoxib, 54 NSAIDs) were adjudicated as having at least one confirmed PUB, and 17 (6 rofecoxib, 11 NSAIDs) were adjudicated as having unconfirmed PUBs. Of those with confirmed PUBs, 25 (12 rofecoxib, 13 NSAIDs) patients had one or more complicated events. Twenty-eight patients had more than one PUB (10 with rofecoxib, 18 with NSAIDs).

The cumulative incidence of confirmed PUBs at 24.8 months (last time point at which there were ≥ 200 patients left in each treatment group) with rofecoxib was significantly lower (1.6% vs. 3.1%, $p < 0.001$) than with NSAIDs (Figure 1). The rates per 100 patient-years were 0.74 and 1.87 for rofecoxib and NSAIDs, respectively. The overall relative risk for rofecoxib vs. NSAIDs was 0.36 (95% CI 0.24, 0.54). Within the first week of therapy, there were three confirmed PUBs with NSAIDs and none with rofecoxib; within the first 2 weeks of therapy, there were 9 confirmed PUBs with NSAIDs and 2 with rofecoxib (2 week RR = 0.16; 95% CI 0.04, 0.76). Similar results were seen with all investigator-reported PUBs (whether confirmed by adjudication or not), and the subsets of confirmed and complicated PUBs, and all investigator-reported complicated PUBs (Table 3). Tests of the proportional hazards assumption were not rejected at the $\alpha = 0.05$ level. The results of sensitivity analyses with stratified COX models: (1) by indication and study type (RR = 0.37; 95% CI 0.25, 0.56) and (2) by protocol duration (RR = 0.41; 95% CI 0.27, 0.62) yielded similar results.

In subgroup analyses, the effect of rofecoxib was maintained, and in none was a test for treatment-by-subgroup interaction statistically significant. In all subgroups, except male patients, the relative risks for confirmed PUBs were in the range of 0.3–0.5 and significantly less than 1.0 (Figure 2). In patients with no

Table 3. Incidence rates and relative risk of PUBs with rofecoxib compared with NSAIDs

| Treatment | No. of events/ total N | Person-years | Rate* (95% CI) | Relative risk† (95% CI) | p-value‡ |
|---|---|---|---|---|---|
| Confirmed PUBs | | | | | |
| Rofecoxib | 43/10 026 | 5849 | 74 (53, 99) | 0.36 (0.24, 0.54) | < 0.001 |
| NSAIDs | 54/7046 | 2889 | 187 (140, 244) | | |
| All investigator-reported PUBs | | | | | |
| Rofecoxib | 49/10 026 | 5848 | 84 (62, 111) | 0.35 (0.24, 0.52) | < 0.001 |
| NSAIDs | 65/7046 | 2889 | 225 (174, 287) | | |
| Confirmed complicated PUBs | | | | | |
| Rofecoxib | 12/10 026 | 5850 | 21 (11, 36) | 0.40 (0.18, 0.90) | 0.03 |
| NSAIDs | 13/7046 | 2891 | 45 (24, 77) | | |
| All investigator-reported complicated PUBs | | | | | |
| Rofecoxib | 13/10 026 | 5850 | 22 (12, 38) | 0.32 (0.16, 0.67) | < 0.01 |
| NSAIDs | 18/7046 | 2890 | 62 (37, 98) | | |

*Events per 10 000 person-years. CI = confidence interval
†Relative risk for an event with rofecoxib compared with NSAIDs estimated with Cox model
‡Based on the Cox model



Figure 2. Relative risk and 95% confidence interval for confirmed PUBs in subgroups. (Estimated using Cox proportional hazards model)

PUB risk factors, the rates of confirmed PUB per 100 patient-years were 0.42 on rofecoxib and 0.94 on NSAIDs (RR = 0.40, 95% CI 0.18, 0.88), whereas in patients with one or more risk factors they were 1.03 and 2.73, respectively (RR = 0.35, 95% CI 0.22, 0.57). Results of analyses comparing rofecoxib with the individual NSAID comparators ibuprofen, naproxen, and diclofenac were consistent with the combined results (Figure 3).

## Discussion

This study was an updated combined analysis of the incidence of PUBs with rofecoxib compared with non-selective NSAIDs using pooled patient-level data from 20 randomized, double-blind, clinical trials in patients with OA and RA. The combined population included patients at high risk of PUBs (e.g., those with a history of PUB, using steroids, and/or age ≥ 65 years). The analysis demonstrated a consistently lower incidence of



Figure 3. *Relative risk and 95% confidence interval for confirmed PUBs in comparison with individual NSAIDs. (Estimated using Cox proportional hazards model)*

confirmed PUBs with rofecoxib than with NSAIDs over 24.8 months, during which the overall relative risk for rofecoxib vs. NSAIDs was 0.36 (95% CI 0.24, 0.54). The reduction in the risk of an event was evident within the first 2 weeks of therapy, providing evidence that even with short term use, rofecoxib has superior GI safety to non-selective NSAIDs. Similar results were obtained when the outcome studied was PUBs complicated by perforation, obstruction, or serious bleeding. The overall rates of discontinuation due to clinical or laboratory adverse experiences were favorable for rofecoxib compared with NSAIDs.

These results confirm those of a previous smaller combined analysis of clinical trials with rofecoxib vs. non-selective NSAIDs in OA patients only, and those of VIGOR, a large GI outcomes trial of 50 mg rofecoxib daily vs. naproxen in RA patients; in both, the risk reduction for confirmed PUBs was approximately 50%[15,16]. The risk reduction for the other endpoints of all investigator-reported PUBS, and for confirmed and all-investigator reported complicated PUBs, was also similar in this analysis to that of previous studies. We did not include the VIGOR data in this analysis for reasons stated earlier; had we done so, the resulting reduction in risk of confirmed PUB with rofecoxib would have been somewhere between the 50% reduction seen in VIGOR and the 64% seen in this analysis.

This analysis also had sufficient numbers of patients to examine risk in many important risk subgroups and in patients who did not have any known risk factors for PUBs. In these analyses, the results were consistent with the primary result. In some of the above subgroups there was insufficient power to show a statistically significant magnitude of effect; however, in all subgroups examined, the relative risk estimates were less than one, and there was no statistical indication of a treatment by subgroup interaction in any of the subgroups examined. In addition, although the analysis did not have sufficient statistical power to show a significant reduction in PUB incidence with rofecoxib versus each individual NSAID comparator, the results of these analyses were also generally consistent with the primary results.

In this analysis there is evidence of a 50%–75% decreased risk of upper GI PUBs with rofecoxib compared with naproxen, ibuprofen, and diclofenac, both when these NSAIDs were combined and when compared separately to rofecoxib. The result of the comparison of rofecoxib with diclofenac in this analysis is in contrast with that in the CLASS study[34]. CLASS enrolled both OA (63%) and RA (27%) patients, with 20% of patients using concurrent aspirin and 30% using concurrent steroids. Otherwise the study population in this analysis and that of CLASS are similar. The CLASS study protocol also included a pre-specified algorithm for the evaluation of patients with certain presenting signs and symptoms suggestive of an ulcer or GI bleeding. Our studies relied on the investigators judgment, according to their standard practice, as to how and when to evaluate patients for GI outcomes. In CLASS, among non-users of aspirin, the cumulative incidence of the secondary composite endpoint of symptomatic and complicated ulcers over the entire study period was 1.13% with celecoxib and 0.93% with diclofenac (1.16 and 1.19 events per 100 patient-years, respectively)[35]. These rates were not statistically significantly different. The reasons for the discrepancy

between this analysis and that for CLASS are unknown, but may be related to differences in the populations studied, the degree of COX-2 selectivity of rofecoxib compared with celecoxib or the manner in which dyspepsia and suspected upper GI ulcers and ulcer complications were handled in the two studies.

In this study, the classification of endpoints was based on pre-specified adjudication criteria, and an external, blinded, committee adjudicated all reported PUBs. It included a large number and a broad range of patients, including those with known risk factors for PUB. The doses of NSAID comparators for the included studies were chosen to be within the clinical dose range for treatment of osteoarthritis, while doses of rofecoxib included those at and above the clinical dose range for osteoarthritis. The average dose of rofecoxib in this study was 28.5 mg daily, just above the highest recommended daily dose (25 mg) for OA and RA. The 12.5 mg and 25 mg doses of rofecoxib have been shown to be therapeutically equivalent, in terms of symptom relief, to the doses of the main comparator NSAIDs used in this study for both OA and RA[18-20,23,28,33]. The time-to-event analytic methods took into account the varying lengths of the included studies. Since there was potential for a difference in the underlying PUB risk by type of NSAID, and/or individual study design nested within protocol, the relative risk estimates were adjusted via stratification by protocol in the Cox models.

Inclusion of studies with scheduled endoscopies mandated in their protocols may have caused a bias against rofecoxib. Patients in these studies were systematically discontinued from treatment when they developed endoscopically evident gastroduodenal ulcers ≥ 3 mm in diameter, and a statistically significant higher rate of endoscopically detected ulceration was observed with ibuprofen than with rofecoxib[14]. If discontinued patients had excess potential to develop a PUB (e.g. because of their endoscopic ulcer or a prior history of PUB, which is a strong risk factor for both endoscopic ulcer and clinical PUB), then the inclusion of these two studies may have reduced the observed incidence of PUBs in the ibuprofen groups. In an analysis of ibuprofen-controlled studies that excluded trials with scheduled endoscopies, the incidence of PUBS with rofecoxib was less than that with ibuprofen.

## Conclusion

This analysis confirms the results of previous studies that showed rofecoxib was associated with a lower risk of PUBs relative to NSAIDs. These findings are consistent with the results of studies of intestinal permeability[11], fecal red blood cell loss[12], and upper endoscopy[13-14] with rofecoxib and indicate that risks of GI toxicity associated with NSAIDs can be reduced by COX-2 specific inhibition. Moreover, this risk reduction pertains to some important subgroups of patients with risk factors for PUB, as well as to those with no such risk factors.

## Acknowledgment

This study was funded by Merck & Co., Inc.

## References

1. Crofford LJ, Wilder RL, Ristimaki AP, et al. Cyclooxygenase-1 and -2 expression in rheumatoid synovial tissues. Effects of interleukin-1β, phorbol ester, and corticosteroids. J Clin Invest 1994;93:1095-101
2. Hla T, Neilson K. Human cyclooxygenase-2 cDNA. Proc Natl Acad Sci USA 1992;89:7384-8
3. Holtzman MJ, Turk J, Shornick LP. Identification of a pharmacologically distinct prostaglandin H synthetase in cultured epithelial cells. J Biol Chem 1992;267:21438-45
4. Sirois J, Simmons DL, Richards JS. Hormonal regulation of messenger ribonucleic acid encoding a novel isoform of prostaglandin endoperoxide H synthetase in rat preovulatory follicles. Induction in vivo and in vitro. J Biol Chem 1992;267:11586-92
5. Fosslien E. Adverse effects of nonsteroidal anti-inflammatory drugs on the gastrointestinal system. Ann Clin Lab Sci 1998;28:67-81
6. Mitchell JA, Akarasereenont P, Thiemermann C, Flower RJ, Vane JR. Selectivity of nonsteroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994;90:11693-7
7. Cryer B. Nonsteroidal anti-inflammatory drugs and gastrointestinal disease. In: Feldman M, Scharschmidt BF, Sleisenger MH, editors. Sleisenger and Fordtran's gastrointestinal and liver disease, 6th ed. Philadelphia: Saunders;1998. p.343-57
8. Ehrich EW, Dallob A, De Lepeleire I, et al. Characterization of rofecoxib as a cyclooxygenase-2 isoform inhibitor and demonstration of analgesia in the dental pain model. Clin Pharm Ther 1999;65:336-47
9. Brideau C, Kargman S, Liu S, et al. A human whole blood assay for clinical evaluation of biochemical efficacy of cyclooxygenase inhibitors. Inflamm Res 1996;45:68-74
10. Depre M, Ehrich E, Van Hecken A, et al. Pharmacokinetics, COX-2 specificity, and tolerability of supratherapeutic doses of rofecoxib in humans. Eur J Clin Pharmacol 2000;56:167-74
11. Sigthorsson G, Crane R, Simon T, et al. COX-2 inhibition with rofecoxib does not increase intestinal permeability in healthy subjects: a double blind crossover study comparing rofecoxib with placebo and indomethacin. Gut 2000;47:527-32
12. Hunt RH, Bowen B, Mortensen ER, et al. A randomized trial measuring fecal blood loss after treatment with rofecoxib, ibuprofen, or placebo in healthy subjects. Am J Med 2000;109:201-6
13. Lanza FL, Rack MF, Simon TJ, et al. Specific inhibition of cyclooxygenase-2 with MK-0966 is associated with less gastroduodenal damage than either aspirin or ibuprofen. Aliment Pharmacol Ther 1999;13:761-7
14. Hawkey C, Laine L, Simon T, et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. Arthritis Rheum 2000;43:370-7
15. Langman MJ, Jensen DM, Watson DJ, et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. J Am Med Assoc 1999;282(20):1929-33

16. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. New Engl J Med 2000;343:1520-8
17. Ehrich EW, Schnitzer TJ, McIlwain H, et al. Effect of specific COX-2 inhibition in osteoarthritis of the knee: a 6 week double blind, placebo controlled pilot study of rofecoxib. J Rheumatol 1999;26:2438-47
18. Saag K, van der Heijde D, Fisher C, et al. Rofecoxib, a new cyclooxygenase 2 inhibitor, shows sustained efficacy, comparable with other nonsteroidal anti-inflammatory drugs: a 6-week and a 1-year trial in patients with osteoarthritis. Arch Fam Med 2000;9:1124-34
19. Cannon GW, Krupa D, Sperling R, Truitt K. Two-year efficacy of rofecoxib and diclofenac in treatment of knee and hip osteoarthritis (OA). Ann Rheum Dis 2002;61(Suppl 1):10
20. Day R, Morrison B, Luza A, et al. A randomized trial of the efficacy and tolerability of the COX-2 inhibitor rofecoxib vs. ibuprofen in patients with osteoarthritis. Arch Intern Med 2000;160:1781-7
21. Truitt KE, Sperling RS, Ettinger Jr WH, et al. A multicenter, randomized, controlled trial to evaluate the safety profile, tolerability, and efficacy of rofecoxib in advanced elderly patients with osteoarthritis. Aging 2001;13:112-21
22. Schnitzer TJ, Truitt K, Fleischmann R, et al. The safety profile, tolerability, and effective dose range of rofecoxib in the treatment of rheumatoid arthritis. Clin Ther 1999;21:1688-702
23. Truitt K, Schnitzer T, Fleischmann R, Seidenberg B, Ehrich E. A two-part placebo and active comparator-controlled study of rofecoxib in the treatment of rheumatoid arthritis (RA): one-year experience. Ann Rheum Dis 2000;59(Suppl 1):165
24. Murphy MG, Kivitz AJ, Palmer M, Zeng Q, Bolognese J, Gertz BJ. The effects of rofecoxib, a cyclooxygenase (COX)-2 specific inhibitor, vs. ibuprofen on biochemical indices of bone turnover in patients with osteoarthritis. J Bone Miner Res 1999;14(Suppl 1):S342
25. Geba GP, Polis AB, Dixon ME, et al. Rofecoxib results in superior clinical response compared to nabumetone in the treatment of osteoarthritis. Arthritis Rheum 1999;42(Suppl 9):S144
26. Geba GP, Polis AB, Najarian DK, Dixon ME, Storms WW, Weaver AL. Onset of efficacy and patient assessment of clinical response in osteoarthritis (OA): comparison of rofecoxib to nabumetone. J Am Geriatr Soc 2001;49:S126
27. van Adelsburg J, Truitt KE, DeTora LM, et al. One-year results from an active comparator-controlled trial of rofecoxib in patients with rheumatoid arthritis (RA). Arthritis Rheum 2002;46(Suppl 9):S336-S337
28. Geusens PP, Truitt K, Sfikakis P, et al. A placebo and active comparator-controlled trial of rofecoxib for the treatment of rheumatoid arthritis. Scan J Rheum 2002;31:230-8
29. Hawkey C, Laine L, Quan H, Simon T, Evans JK. Incidence of ulcers with rofecoxib versus naproxen: a double-blind, placebo-controlled endoscopy study in patients with rheumatoid arthritis. Arthritis Rheum 2002;46(Suppl 9):S520
30. Geba GP, Lisse JR, Perlman M, et al. Gastrointestinal tolerability in primary care patients treated with naproxen or rofecoxib for osteoarthritis (OA): the Advantage Trial. Ann Rheum Dis 2001;60(Suppl 1):238
31. Myllykangas-Luosujärvi R, Lu HS, Chen SL, et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol 2002;31:337-44
32. Laurenzi M, Vandormael K, Daniels B, et al. Comparison of the tolerability profile of rofecoxib and arthrotec in patients with osteoarthritis – study design and baseline characteristics. Ann Rheum Dis 2000;59(Suppl 1):134
33. Cannon GW, Caldwell JR, Holt P, et al. Rofecoxib, a specific inhibitor of cyclooxygenase 2, with clinical efficacy comparable with that of diclofenac sodium: results of a one-year, randomized, clinical trial in patients with osteoarthritis of the knee and hip. Arthritis Rheum 2000;43:978-87
34. Silverstein FE, Faich G, Goldstein JL, Simon LS, et al. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS study: a randomized controlled trial. J Am Med Assoc 2000;284:1247-55
35. Goldkind L. Gastrointestinal review. Highlights of the CLASS study. http://www.fda.gov/ohrms/dockets/ac/cder01.htm#Arthritis. Accessed January 23, 2004

CrossRef links are available in the online published version of this paper:
http://www.cmrojournal.com
Paper CMRO-2685, *Accepted for publication*: 21 July 2004
*Published Online:* 19 September 2004
doi:10.1185/030079904X3078