# EXHIBIT 24 Part 3

inhibitor may demonstrate comparable or possibly greater clinical efficacy than existing NSAIDs for a variety of clinical disorders.

Currently available NSAIDs are dual COX-1/COX-2 inhibitors.(Meade 1993, Mitchel 1994)  NSAID-related GI toxicity, which may be attributable to COX-1 inhibition, represents a significant source of morbidity and mortality in the treatment of arthritis and other inflammatory disorders.  Its manifestations are varied and include subepithelial petechiae or hemorrhages, gastric erosions, gastric/duodenal ulcers, and less commonly, intestinal inflammation, erosions, ulceration, and stricture formation.(Weinstein 1991, Bjarnason 1993)  In aggregate, NSAID gastropathy (GI bleeding, ulcer, perforation) is considered to be the most common serious drug adverse event among industrialized nations. While the propensity for GI mucosal toxicity may vary from drug to drug (Singh 1994), all NSAIDs to date have been associated with it to some degree.(Lanza 1993)  A selective COX-2 inhibitor may be associated with a reduced incidence of such events.

B.      Epidemiology of NSAID-related GI events

The use of NSAIDs is associated with an increased risk of serious GI events, including perforations, ulcers, and bleeding (PUBs).  A meta-analysis of sixteen primary epidemiological studies (9 case-control and 7 cohort) estimated an overall odds ratio (relative risk) of serious GI complications due to use of non-aspirin NSAIDs of 2.7.(Gabriel 1991)

Factors which have been shown to be positively associated with NSAID-associated GI events are age, recent use of NSAID, dose of NSAID, use of more than one NSAID, history of previous NSAID-associated GI events, corticosteroid use, and possibly smoking and alcohol consumption.(Griffin 1991, Fries 1991, Hollander 1994).

Although the prevalence of gastric ulcerations in endoscopy studies of NSAID users has been reported to be between 12 and 30%, and  that of the duodenum is between 2 and 19%.(Hollander 1994), the observed incidence of GI PUBs in patients on chronic NSAID therapy is lower in routine clinical practice.  In a retrospective analysis of an administrative claims database (Lanza 1995), peptic ulcer or upper GI bleed was estimated to occur at a rate of 0.2%/yr. in NSAID users.  An open label study of 4411 patient with OA or RA randomized to nabumetone or one of four active comparators (diclofenac, naproxen, piroxicam, and ibuprofen) for 12 weeks had an overall PUB cumulative incidence of 0.16/100 patients/12 weeks (7 patients) or approximately 0.5%/year.(Eversmeyer 1993)  In a randomized clinical trial of NSAID plus either misoprostol or placebo, the incidence of PUBs in the NSAID plus placebo arm was 0.52/100/6 months (42/4439) or about 1.0%/yr.(Silverstein 1995)

4

Confidential - Subject To Protective Order

MK-0966 GI Clinical Event Monitoring Plan                                   August 30, 1996

**C.**    Prior Clinical Experience and Anticipated Effects of MK-0966 in Man

Over 140 patients have received a single dose of MK-0966 ranging from 5 mg to 750 mg. A total of 271 subjects have received multiple dosages of MK-0966 for 7 to 42 days. Clinical studies have included single- and multiple-dose safety studies in healthy young male volunteers, a single-/multiple-dose safety study in healthy elderly men and women, a study of clinical efficacy in the treatment of postoperative dental pain and a pilot study of clinical efficacy in patients with osteoarthritis of the knee, a ADME study using radiolabeled MK-0966, and an upper GI safety study monitored by endoscopy.

Overall, MK-0966 has been generally well tolerated. Adverse experiences observed with single- and multiple-dose administration of MK-0966 considered possibly related to study drug include heartburn, loose stools, gastrointestinal pain and discomfort, nausea, vomiting, drowsiness, mouth ulcers, headache, and peripheral edema. Certain of these adverse events have been reported in association with administration of placebo. There have been two reports of transient ischemic attacks and one report of cholestatic hepatitis. One episode of GI bleeding in association with multiple-dose administration of 125 mg has also been observed.

Using ex vivo assays of COX-1 and COX-2 activity (LPS induced PGE2, serum TXB2), selective inhibition of COX-2 by MK-0966 in humans has been confirmed. Bleeding time is unaffected by treatment with MK-0966.

A preliminary analysis of efficacy data demonstrates that MK-0966 is effective in the treatment of postoperative dental pain and osteoarthritis of the knee.

Ongoing clinical studies include pharmacokinetic interaction studies with oral contraceptives, a 6-week safety and pilot efficacy study in patients with rheumatoid arthritis, a 6-week dose-ranging study in patients with osteoarthritis, and studies to specifically evaluate the effects of MK-0966 on glomerular filtration rate and renal sodium excretion.

**IV.    GI Clinical Event Monitoring Plan**

The GI Clinical Event Monitoring Plan will systematically collect information about three distinct types of important clinical events. Events are classified into three categories, designated Class I through III. Class I events consist of gastric and duodenal ulcers, clinically significant GI bleeding, and upper GI (gastric or duodenal) perforations. Class II events are NSAID-related GI symptoms (dyspepsia, heartburn, epigastric pain, and nausea). Class III events are discontinuations from study therapy due to a Class I or II event.

Each type of event is a different aspect of the GI safety and tolerability of MK-0966. This section describes the definitions of events and related terms, the required documentation for each type of event, and aspects of the implementation of the plan.

5

Confidential - Subject To Protective Order                                    MRK-NJ0232040

MK-0966 GI Clinical Event Monitoring Plan

August 30, 1996

A.    Definitions

GI clinical event definitions were established with the following two principles in mind:

1. The effort required by clinical investigators for collection, documentation, and reporting of data should be reasonable.
2. The process by which a relevant event is identified should assure consistent standards of evidence and documentation , and utilize clinical observations by investigators to the maximum extent possible.

Appendix A shows the classification of events, the definitions, and the diagnostic criteria for diagnosis of the events of interest.

For Class I events, definitive diagnostic criteria have been developed. (see Appendix A). It is anticipated that some suspected Class I events will not meet definitive diagnostic criteria. These types of events will be classified as indefinite. The rationale for such criteria are to allow for analysis of both definite events alone, and all Class I (definite and indefinite) events combined.

Class II and III events do not require definitive "diagnostic" criteria. They will be defined and reported as follows:

- Class II events (NSAID-related GI symptoms) are spontaneously-reported adverse events for which the verbatim term maps to one of the designated dictionary terms of dyspepsia, heartburn, epigastric pain, or nausea. These terms were selected because of their frequency in association with non-selective NSAID therapy. Class II events are reported on the standard Adverse Event Form of the workbook.

- Class III events (discontinuations due to Class I or II Event) will be reported on a standard Patient Status Form indicating that the reason for discontinuation was an event meeting the Class I or II definitions.

In protocols 033, 034, 035 and 040, all events meeting the above definitions will be included in the pooled analysis. In the Phase III OA Endoscopy Trials, ulcers discovered during an evaluation for cause (ie. because of symptoms or clinical signs independent of scheduled endoscopy) will also be included. However, ulcers discovered solely during protocol-scheduled endoscopy and classified as a study endpoint will not be counted as a GI clinical event for purposes of this plan. The data collection forms in the endoscopy trials will contain space for the investigators to note whether the endoscopy was done for cause or as a scheduled evaluation.

6

Confidential – Subject To Protective Order

MRK-NJ0232041

The terms used in the event definitions and criteria are self-explanatory, with a few exceptions. The definitions for these terms are as follows:

- Melena - passage of dark-colored, tarry stools, due to the presence of blood altered by the intestinal juices.
- Hematemesis - vomiting of blood.
- Physician documented - An event directly observed by the investigator or reported to the investigator in written or oral form by a physician (information reported to a physician, and subsequently reported to the investigator, by another healthcare professional that the physician judges to be fully credible will be acceptable).
- Orthostatic changes, sitting to standing or lying to sitting. (one or more of the following):
    a) pulse rate increase of $\geq$ 20 BPM
    b) decrease in SBP $\geq$ 20 mmHg
    c) decrease in DBP $\geq$ 10 mm Hg
- Reduced circulatory volume – Shock, or significant hypotension corrected by volume replacement.

B.  <u>Documentation</u>

Documentation of GI clinical events covered under this plan (regardless of class) does not replace the documentation required on the standard MRL data collection tools. Wherever possible, the same documentation will serve both purposes of AE reporting and categorization of events for pooled analysis.

Class I events will require separate documentation from that reported on standard data collection tools. Documentation to be obtained by the investigator will include, but not be limited to:

- Hospital admission and discharge reports
- Endoscopy, surgical or radiographic reports. For endoscopy the location, size, and number of lesions should be recorded.
- Emergency (Causality) Ward reports
- Physician notes
- Laboratory and pathology reports

Information obtained by the investigator or coordinator through telephone/oral conversations will be documented in writing. The document will report the information obtained and the name and title of the person who reported the information was obtained. The clinical site or MRL staff member · obtaining this information will sign and date the document.

7

Confidential - Subject To Protective Order

MRK-NJ0232042

MK-0966 GI Clinical Event Monitoring Plan

August 30, 1996

C.   Implementation

All investigators will be given, as part of the field procedures manual, instructions as to how to report, collect, document, and store records related to events covered under this plan. The field procedures instructions are shown in Appendix B and are summarized in this section.

1.   Data collection

In addition to the usual AE Report Forms, a separate CRF called Significant GI Event Form (GICL) will be completed by the investigator (Appendix C). This form will be part of a standard CRISP module and will be managed in the same manner as all other clinical data for the trial.

2.   Monitoring

Any Class I Event that occurs in a patient participating in the Phase III studies will be immediately reported to the Clinical Monitor (US studies) or the Local Medical Monitor (international studies). Even if the event does not result in an SAE, the investigator must still report it to the monitor.

3.   Auditing

Auditing of the data collected on the GICL will be done in the same manner as that for other, routine clinical data collected as part of the studies. All reported Class I events will be verified by inspection of supporting documentation at clinical sites. Class II and III events will be verified per routine audits of study records and AE reports.

4.   Site Documentation

All documents related to GI clinical events covered under this plan will be sought and retained with the other source documents for the patient at the site.

Investigators will write a summary narrative about Class I events and its clinical evaluation. The narratives and copies of source documents (e.g., laboratory, endoscopy, and radiology reports), hospital summaries and any other diagnostic evidence for such events will be requested from investigators for MRL files

5.   Review and Adjudication of Class I Events

An external review board will be established for review of reported Class I events. The board will review the adequacy of the investigator's summary narrative and source documentation with respect to definitive Class I diagnostic criteria. In the event that the board disagrees with an investigator as to the classification of an event, the board will adjudicate

8

MRK-NJ0232043

MK-0966 GI Clinical Event Monitoring Plan                                    August 30, 1996

the case. It is anticipated that adjudication of Class I events will be an infrequent event. The review process will be performed blinded to treatment allocation.

## V.    Data Analysis

A detailed analysis plan will be developed at a future time. Several important analytic issues are briefly mentioned here.

The purpose of the GI Clinical Event Monitoring Plan is to provide for a pooled analysis of GI clinical events from 6 phase III studies. Therefore power calculation for determining sample size is not applicable. Estimated pooled sample sizes for individual treatment groups are given as follows:

### Sample Sizes and Durations

| Treatment | N | Duration |
|-----------|-----|----------|
| Placebo | 300 | 3 months |
| MK-0966 12.5 mg qd. | 800 | 6 weeks, 3 months or 12 months |
| MK-0966 25 mg qd. | 1100 | 6 weeks, 3 months, 6 months or 12 months |
| MK-0966 50 mg qd. | 300 | 6 months |
| Diclofenac 50 mg tid | 400 | 12 months |
| Ibuprofen 800 tid | 700 | 6 weeks, 3 months or 12 months |

Durations of treatment vary from study to study and from treatment group to treatment group. Details for these can be found from individual protocols.

Since different treatment groups and studies have different durations, and the time to an event will be known for all of the three classes of events, a life-table type analysis will be used to analyze the time to event data. This analysis approach should be more sensitive than an analysis of the proportion of patients who have the events during the studies; however, the latter approach will also be carried out.

It is possible that patients will experience NSAID-related GI symptoms (Class II Event) before developing a PUB (Class I event) and/or before they discontinue treatment (Class III Event). Also, a substantial portion of patients will discontinue or alter their treatment course before they develop a Class I Event. Thus Class I (PUBs) and Class III (Study Discontinuation) events are "competing risks". For this reason, it is recommended that patients who discontinue due to a Class II Event be followed, until the end of their respective studies, for subsequent development of a Class I event. This would allow for a marginal analysis on Class I events (in the sense of intention-to-treat).

There are several difficult issues to be resolved in the final analysis plan. Because of the rarity of Class I events (< 1.0%/year), at most 20 patients (of the approximately 2025 patient-years in the total of 6 phase III studies) can be expected to develop Class I events. It is therefore uncertain whether there is enough power to detect a difference between MK-0966 (pooling all the doses) and NSAIDs (diclofenac and ibuprofen combined) based on

9

Confidential - Subject To Protective Order                                    MRK-NJ0232044

MK-0966 GI Clinical Event Monitoring Plan                                      August 30, 1996

Class I events.  Alternative hypotheses will need to be explored.  In addition, the three Classes of events are not mutually exclusive.  Thus a stratified analysis on time to event data using class as stratification factor is not possible.  If appropriate methods can be derived or found in published literature, a three dimensional correlated multiple endpoint survival analysis, having the ability to incorporate the 'competing risks', may be considered as the primary analysis.  Between-treatment comparisons on individual classes could be considered as the secondary analyses.

10

Confidential - Subject To Protective Order

MRK-NJ0232045

MK-0966 GI Clinical Event Monitoring Plan

August 30, 1996

**Appendix A**
**GI Event Classification, Definitions, and Criteria**

| GI EVENT CLASS | DEFINITIVE EVENT | INDEFINITE EVENT |
|---|---|---|
| **CLASS I**<br>**Significant NSAID-related Upper-GI Complications** | | |
| 1. Upper-GI Perforation | Report of upper GI perforation confirmed by any one or more of the following:<br><br>1. Endoscopy<br>2. Surgery<br>3. Autopsy<br>4. Unequivocal radiographic results consistent with free intraperitoneal air or extravasation of contrast media on UGI series. | All reports of upper GI perforation not satisfying these criteria. |
| 2. Development of Active Gastric or Duodenal Ulcer | Report of GU or DU confirmed by any one or more of the following<br><br>1. Endoscopy<br>2. Surgery<br>3. Unequivocal radiological evidence of gastric or duodenal ulcer on upper-GI series with contrast.<br>4. Autopsy | All reports of gastric or duodenal ulcer having clinical diagnosis without confirmatory endoscopy, surgery, unequivocal radiological evidence, or autopsy. |

Confidential - Subject To Protective Order

MRK-NJ0232046

MK-0966 GI Clinical Event Monitoring Plan

August 30, 1996

Appendix A (cont.)

| GI EVENT CLASS | DEFINITE EVENT | INDEFINITE EVENT |
|---|---|---|
| **CLASS I (cont.)**<br><br>2.  Development of Clinically Significant Upper-GI Bleeding | Report of upper GI bleeding fulfilling any one or more of the following:<br><br>1.  Physician-documented hematemesis.<br>2.  Physician-documented melena.<br>3.  Heme-positive stool proven to be from upper GI source and evidence of significant blood loss (see below).<br>4.  Patient report of hematemesis or melena, and evidence of significant blood loss (see below).<br><br>Evidence for significant blood loss = one or more of the following which is temporally related to 3 or 4 above:<br>a)  Decrease in hematocrit $\geq$ 5 %.<br>b)  Evidence of orthostatic pressure changes (one or more of):<br>   i.  pulse rate increased (sitting to standing) of $\geq$ 20 BPM.<br>   ii.  decrease in SBP $\geq$ 20 mm Hg<br>   iii.  decrease in DBP $\geq$ 10 mm Hg<br>c)  Other evidence of significantly reduced circulatory volume (e.g. shock, or significant hypotension corrected by volume replacement.) | All reports of upper GI bleeding not fulfilling criteria for a definite event, such as:<br><br>1.  Heme positive stool not proven to be from upper GI source, with or without significant blood loss.<br>2.  Heme positive stool proven to be from upper GI source without evidence of significant blood loss.<br>3.  Patient report of hematemesis or melena without evidence of significant blood loss. |

MRK-NJ0232047

MK-~/.~~ GI Clinical Event Monitoring Plan

August 30, 1996

## Appendix A (cont.)

| GI EVENT CLASS | DEFINITE EVENT | INDEFINITE EVENT |
|---|---|---|
| **CLASS II**<br>**NSAID-related GI symptoms** | Spontaneously reported AE mapped to one of the following Merck (CRISP) dictionary terms:<br>1. Dyspepsia<br>2. Heartburn<br>3. Epigastric pain<br>4. Nausea | NA |
| **CLASS III**<br>**Discontinuations due to Class I or II Event** | Discontinuation due to Class I or II event, as defined above, documented on Case Report Form. | NA |

Confidential - Subject To Protective Order

MRK-NJ0232048

MK-0966 GI Clinical Event Monitoring Plan                                                    August 30, 1996

## Appendix B
### Field Procedures for GI Clinical Event Data Collection

**Reporting Significant GI Events-PUBs.**

**Procedure:** Any episode of perforation, ulcer or upper GI bleeding (PUB) that occurs in a patient participating in this study should be immediately reported to the Local Medical Monitor. Even if the event does not result in a SAE, the investigator must still report it to the Local Medical Monitor. In addition to the usual SAE/NSAE report forms, a separate CRF called Significant GI Event Form (GICL) needs to be completed by the investigator. The rest of this section details guidelines for the completion of the GICL CRF.

**Definitions:**

- Melena-passage of dark-colored, tarry stools, due to the presence of blood altered by the intestinal juices.
- Hematemesis-Vomiting of blood.
- Physician documented-An event directly observed by the investigator or reported to the investigator in written or oral form by a physician.
- Orthostatic Changes ( one or both of the following)
  - pulse rate increase, sitting to standing or lying to sitting ; of $\geq$ 20 BPM.
  - decrease in SBP $\geq$ 20 mm Hg or decrease in DBP $\geq$ 10 mm Hg, sitting to standing or lying to sitting.
- Reduced circulatory volume-Shock, or significant hypotension corrected by volume replacement.

**Completing the GICL:** The investigator, not the study coordinator, is responsible for completing the GICL. The form should be completed using all available data concerning an episode.

Please check all relevant boxes in the left column under the heading Type of Event.  Please consolidate an entire clinical episode onto a single GICL. You can report several different events on a single patient as long as the events constitute a single episode. For example, a patient with a penetrating posterior ulcer would have the episode reported as a perforation and an ulcer. If a patient develops both a gastric and duodenal ulcer check both boxes.

For each event (perforation , ulcer or upper GI bleeding) indicate in the right hand column the clinical evidence used to support the diagnosis. If multiple pieces of evidence are acquired, check all Clinical Evidence boxes that apply for the diagnosis. For upper GI bleeding please complete the associated box at the bottom of the form by checking all the appropriate boxes.

**Source Documents:** The investigator and coordinator will collect all pertinent source documents or copies of such documents that pertain to the event(s) reported on the GICL. Source documents should be maintained at the study site for review by the Local Medical Monitor. Source documents consist of  but are not limited to the following:

Confidential - Subject To Protective Order

MK-0966 GI Clinical Event Monitoring Plan                    August 30, 1996

- Hospital admission and discharge reports
- Endoscopy, surgical or radiographic reports. For endoscopy the location, size, and number of lesions should be recorded.
- Emergency (Causality) Ward reports
- Physician notes
- Laboratory and pathology reports

Information obtained by the investigator or coordinator through telephone/oral conversations should be documented in writing. The document should report the information obtained and the name and title of the person from whom the information was obtained. Retain this document with the other source documents. The person obtaining this information will sign and date the document.

Confidential - Subject To Protective Order                                              MRK-NJ0232050

MK-0966 GI Clinical Event Monitoring Plan

August 30, 1996

Appendix C
Significant GI Event Form (GICL)

Confidential – Subject To Protective Order

MRK-NJ0232051

## REFERENCES

Bjarnason I, Hayllar J, MacPherson AJ, Russell AS. Side Effects of Non-steroidal Anti-Inflammatory Drugs on the Small and Large Intestine in Humans. *Gastroenterology 1993;104:1832-47.*

Blower PR. Non-steroidal Anti-Inflammatory Drugs. *Br. J Rheum 1993;*32 (suppl. 4):35-8.

Eversmeyer W, Poland M, DeLapp RE, Jensen CP. Safety Experience with Nabumetone Versus Diclofenac, Naproxen, Ibuprofen, and Piroxicam in Osteoarthritis and Rheumatoid Arthritis. *Ann Intern Med 1993; 95 (Supp. 2A):10S-18S.*

Fries JF, Williams CA, Bloch DA. Nonsteroidal Anti-Inflammatory Drug-associated Gastropathy: Incidence and Risk Factor Models. *Am J Med 1991;*91:213-22.

Gabriel SE, Jaakkimainen L, Bombardier C. Risk for Serious Gastrointestinal Complications Related to the Use of Nonsteroidal Anti-Inflammatory Drugs. A Meta-analysis. *Ann Intern Med 1991;*115(10):787-96.

Griffin MR, Piper JM, Daugherty JR, Snowden M. Nonsteroidal Anti-Inflammatory Drug Use and Increased Risk for Peptic Ulcer Disease in Elderly Persons. *Ann Int Med 1991;*114:257-63.

Hollander D. Gastrointestinal Complications of Nonsteroidal Anti-Inflammatory Drugs: Prophylactic and Therapeutic Strategies. *Am J Med 1994;*96:274-81.

Lanza, FL, Gastrointestinal Toxicity of Newer NSAIDs. *Am J Gastroenterology 1993;*88(9):1318-23.

Lanza, LL, Dreyer NA, Schultz NJ, Walker AM. Use of Insurance Claims in Epidemiologic Research: Identification of Peptic Ulcers, GI Bleeding, Pancreatitis, Hepatitis, and Renal Disease. *Pharmacoepidemiology and Drug Safety 1995;4:239-48.*

Lee, S. H.; Soyoola, E.; Chanmugam, P.; Hart, S.; Sun, W.; Zhong, H.; Liou, S.; Simmons, D., and Hwanag, D.: Selective Expression of Mitogen-Inducible Cyclooxygenase in Macrophages Stimulated With Lipopolysaccharide. *J Biol Chem 1992;*267: 25934-8.

Levi S, Shaw-Smith C. Non-steroidal Anti-Inflammatory Drugs: How do they Damage the Gut? *Br. J Rheum 1993;*33:605-12.

Lyons-Giordano, B. L.; Pratta, M. A.; Galbraith, W.; Davis, G. L., and Arner, E. C.: Interleukin-1 Differentially Modulates Chondrocyte Expression of Cyclooxygenase-2 and Phospholipase A2. *Exp Cell Res 1993;*206:58-62.

Meade, E. A.; Smith, W. L., and DeWitt, D. L.: Differential Inhibition of Prostaglandin Endoperoxide Synthase (Cyclooxygenase) Isozymes by Aspirin and Other Nonsteroidal Anti-Inflammatory Drugs. *J Biol Chem 1993;*268:6610-6614.

Mitchel, J. A.; Akarasereenont, P.; Thiemermann, C.; Flower, R. J., and Vane, J. R.: Selectivity of Nonsteroidal Anti-Inflammatory Drugs as Inhibitors of Constitutive and Inducible Cyclooxygenase. *Proc Natl Acad Sci USA 1994;*90:11693-7.

Confidential - Subject To Protective Order                                    MRK-NJ0232052

MK-0966 GI Clinical Event Monitoring Plan                                      August 30, 1996

Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS. Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs: A Randomized, Double-Blind, Placebo-Controlled Trial. *Ann Int Med 1995;123:241-9.*

Singh G, Ramey D, Morfeld D, Fries JF. Comparative Toxicity of Non-Steroidal Anti-Inflammatory Agents. *Pharmac Ther* 1994;62:175-191.

Weinstein WM. Differentiation of Nonsteroidal Anti-Inflammatory Drug-associated and "Ordinary" Peptic Ulcers, pp. 309-11. In: Soll AH, moderator. Nonsteroidal Anti-Inflammatory Drugs and Peptic Ulcer Disease. *Ann Int Med 1991*:114:307-19.

Confidential – Subject To Protective Order

QUESTIONS (1)

Confidential – Subject To Protective Order

MRK-NJ0232054

*September 20, 1996*

# MK-0966 (COX-2 INHIBITOR) CONSULTANTS MEETING
## PHASE III MONITORING OF GI CLINICAL EVENTS

### GI Clinical Event Monitoring Plan:
### Questions For Consultants

<u>With respect to Class I events:</u>

1. Are the included events and the criteria for definitiveness appropriate? If not, what other/additional events or criteria should be considered?

2. The misoprostol study (Silverstein et al), included a category for ulcer with obstruction (distinct from ulcer with bleed) which occurred less often with misoprostol than placebo. We do not plan to include this type of event in our Class I category. Should we?

3. Are the criteria for indefinite events (especially that for UGI bleed) appropriate? If not, what other/additional criteria should be considered?

<u>With respect to Class II Events:</u>

1. We have proposed that this class of events be composed of a pre-specified set of GI symptoms which are typically associated with NSAIDs. The symptoms (dyspepsia, heartburn, epigastric pain, nausea) are being collected as spontaneously reported adverse events. Do you agree with this plan? Are the included symptoms appropriate?

<u>With respect to hypotheses and analysis:</u>

1. Our primary hypotheses is that the incidence of definite Class I events (GI perforation, ulcer or bleed) will be less with MK-0966 than with active comparators. Is this hypothesis appropriate?

2. With respect to the analysis approach:

   * We plan to analyze the number of patients having one or more Class I events. Do you agree with this proposal? Should we also analyze the types of Class I events separately? If so, what hierarchy of Class I events would you use?

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

*September 20, 1996*

- Its possible that an analysis of the different types of Class I events would yield discrepant results. From a clinical perspective, which type of event do you consider to be of greatest importance?

- We are considering an analysis that combines patients having either a Class I or Class II event. Would you recommend doing so?

3. Our preliminary power calculations show that we have approximately 50% power to show a difference in the Class I event rate that is typical of non-NSAID versus NSAID users. Therefore, it is likely that an analysis of the Class I events would show a statistically non-significant result in favor of MK-0966. In your opinion, would we be doing ourselves more harm than good by carrying out such an analysis?

4. Two of the phase III trials have scheduled endoscopies, while four of them do not. We plan to include all six studies in the pooled analysis. However, we would exclude from the pooled analysis ulcers discovered solely during protocol-scheduled endoscopy and classified as a study endpoint. Do you think that we can reliably and validly distinguish between these ulcers and those discovered during an evaluation for cause (ie. because of symptoms or clinical signs, independent of scheduled endoscopy)?

### With respect to Procedures:

1. We plan to use an external board to perform blinded reviews of investigator narratives, adverse event reports , case report forms, and supporting documentation of Class I events. Do you agree with this plan?

2. Are the procedures for event documentation appropriate and sufficiently rigorous?

Confidential - Property of Merck and Co., Inc.

MEGA-TRIAL
PLAN

Confidential - Subject To Protective Order

MRK-NJ0232057

*September 20, 1996*

# MK-0966 (COX-2 INHIBITOR) CONSULTANTS MEETING: PHASE III MONITORING OF GI CLINICAL EVENTS

## GI Outcomes Mega-Trial

I.  Purpose

One of the main goals in the development strategy of MK-0966 is to avoid the standard NSAID GI label warning generally mandated by the FDA for the NSAID class of drugs (i.e., risk of PUBs of approximately 2-4% per year). During initial discussions with the FDA, they have indicated a willingness to consider eliminating the standard NSAID warning if equivalence to placebo (for endoscopic ulcers) is adequately supported by data from larger endoscopy studies. The design of these studies is currently under discussion with the FDA. Because endoscopy findings generally do not correlate closely with NSAID-induced GI clinical events, and because it may not be feasible within the Phase III endoscopy program to demonstrate to the FDA's satisfaction that the GI toxicity of MK-0966 is sufficiently low to justify complete elimination of the standard NSAID warning, it is our working premise that an outcomes trial assessing clinical endpoints of serious GI events will be required to corroborate endoscopy findings in order to achieve removal of the NSAID GI warning. Direct discussions with the FDA concerning an outcomes study have not yet been undertaken.

Additional important objectives of this study are to provide evidence for superiority of MK-0966 compared to NSAIDs with regard to GI safety and tolerability, and to collect health resource utilization data to support the presumed cost advantages of MK-0966 relative to NSAIDs (advantages resulting from presumed lower utilization of resources for the diagnosis and treatment of GI AEs). Economic outcomes measures are viewed as critical for justifying inclusion of MK-0966 on restricted formularies

II.  Intended Claim/Label Statement

Labeling statements are sought which will differentiate MK-0966 from NSAIDs as a new class for arthritis therapy. The preferred scenario is complete elimination of the standard NSAID GI warning labeling. If this is not possible, modified wording of this section indicating that MK-0966 has a low incidence of PUBs relative to standard NSAIDs is desired. Nabumetone (Relafen) has already received labeling with favorable modification of the GI warning.

III.  Review of Relevant Prior Studies and Data

    A.  Silverstein et al. Misoprostol reduces serious gastrointestinal complications in patients with RA receiving NSAIDs. Ann Intern Med, 1995 (**see Literature Section**).

Confidential - Property of Merck and Co., Inc.

*Misoprostol*

*September 20, 1996*

*Age 68*

**Design:**
Six-month, randomized, double-blind, placebo controlled. 8843 patients (mean age = 68) with RA, recruited at 664 study sites in US and Canada.

**Treatment groups:**
Patients were taking continuous therapy with one or more of 10 pre-specified NSAIDs at predefined minimum doses. Two treatments arms received 200 µg misoprostol q.i.d. vs. placebo.

**Main Exclusions:**
Patients excluded were those with active peptic ulcer disease within 30 days, GERD, taking or expected to require antiulcer medication (non-magnesium containing antacids allowed), known intolerance to misoprostol

**Endpoints:**
"Suspicious" events (detected by clinical symptoms or findings and not by scheduled endoscopy) were reported by investigators to a blinded external review committee and were categorized as definite or probable upper GI complications on the basis of predefined definitions.

**Results:**
A total of 67 "definite" serious upper GI complications (proven PUBs plus hematemesis, melena or heme-positive stools with no proved lesion) were identified by the endpoint review committee from 242 events submitted by investigators, reflecting a 40% reduction in misoprostol treated patients (Table 1). The overall incidence of definite and probable serious upper GI events plus uncomplicated ulcers was ~1% in the misoprostol group vs. ~2.0% in the placebo group over the six months of the trial (a 48% reduction) (Table 2). Risk factors for serious upper GI complications were increasing age, history of peptic ulcer or bleeding, and cardiovascular disease. Any single risk factor was associated with an approximate two-fold increase in the probability of a serious GI complication (Table 3). Based on a logistic regression model, patients with all four risk factors were predicted to have a 9% risk for serious GI complications in six months. Overall, 39% of patients withdrew from the study prematurely; 42% in the misoprostol group and 36% in the placebo group.

Table 1

|  | Placebo n=4439 | Misoprostol n=4404 |
|---|---|---|
| Definite serious upper GI events   n (%) | 42 (0.95) | 25 (0.57) |
| Projected annual rate:<br>    NSAIDs + misoprostol        = 1.1 %<br>    NSAIDs alone                  = 1.9 % | | |

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

*September 20, 1996*

Table 2

| Probable and definite upper GI events plus uncomplicated ulcers   n (%) | 87 (1.97) | 45 (1.02) |
|---|---|---|
| Projected annual rate:<br>    NSAIDs + misoprostol        = 2.0 %<br>    NSAIDs alone                  = 3.9 % | | |

Table 3

| Risk Factor Analysis: | Odds Ratio (95% CI) |
|---|---|
| age ≥ 75 | 2.5 (1.5-4.1) |
| history of peptic ulcer | 2.3 (1.3-4.1) |
| history of GI bleeding | 2.6 (1.3-5.0) |
| history of cardiovascular disease | 1.8 (1.1-3.2) |
| Predicted annual rate of definite PUB (logistic regression model): | |
| - no risk factor                                  =   0.8% | |
| - any single factor                             =   2.0% | |
| - age ≥ 75 + h/o PUB + bleed         = 10.6% | |
| - all 4 factors                                     = 18.0% | |

B.    Eversmeyer et al., Safety experience with nabumetone vs. diclofenac, naproxen, ibuprofen and piroxicam in OA and RA.  Am. J. Med. 1993  (see **Literature Section**).

Design:
Twelve-week, randomized, open-label trial. 4144 patients with OA or RA (42% ≥ 65 years old).

Treatment groups:
Five treatment groups:  nabumetone (1-2,000 mg/d), diclofenac (1-200 mg/d), naproxen (500-1,500 mg/d), piroxicam (10-20 mg/d), ibuprofen (1,200-3,200 mg/d).  The dose was titrated as needed.  Patients were randomized in a 3:1 ratio -- nabumetone: comparator NSAID.  There was no washout phase.

Main Exclusions:
Patients excluded were those with ulcer or GI bleed within 1 month or those taking anticoagulants.  H2 blockers, misoprostol, omeprazole were permitted.

Endpoints:
Based on AE terms as reported by investigators.

Confidential - Property of Merck and Co., Inc.

MRK-NJ0232060

*September 20, 1996*

Results:

The twelve-week incidence rate of ulcers in the nabumetone group was significantly (p=0.001) lower compared to the combined NSAID comparator group (Table 4). Incidence of less serious GI problems such as dyspepsia and gastritis were similar among all treatment groups. Significantly fewer patients in the nabumetone group had a decrease in hemoglobin $\geq 1.5$ g/dL as compared to patients treated with diclofenac or ibuprofen (Table 5). No clinically significant changes in renal function occurred in any treatment group. Adverse GI events were the most frequent reason for study discontinuation (~8-12%). In all, the numbers of patients who withdrew for any reason during the 3 month trial ranged from 25-32% for the different treatment groups (no significant between-group differences).

Table 4

| Incidence of PUBs | n (%) | Predicted annual incidence (%) |
|---|---|---|
| nabumetone (n=3315) | 1   (0.03) | 0.12 |
| naproxen (n=279) | 2** (0.7) | 2.8 |
| ibuprofen (n=235) | 2** (0.9) | 3.6 |
| diclofenac (n=296) | 1   (0.3) | 1.2 |
| piroxicam (n=286) | 1   (0.3) | 1.2 |
| Comparator NSAIDs combined | 6*  (0.3) | 1.2 |
| *p=0.001 vs. nabumetone; **p<0.02 vs. nabumetone | | |

Table 5

| Decrease in hemoglobin $\geq 1.5$ g/dL | (%) |
|---|---|
| nabumetone (n=2988) | 2.3 |
| naproxen (n=250) | 3.2 |
| ibuprofen (n=202) | 5.4* |
| diclofenac (n=272) | 4.4* |
| piroxicam (n=253) | 4.3** |
| *p<0.04 vs. nabumetone; **p<0.055 vs. nabumetone | |

IV.    GI Outcome Study Design Scenarios

A.    General

Current plan calls for:
- double-blind, randomized design
- ~1-year trial
- continuation to a specified number of endpoint events

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

*September 20, 1996*

**B.**   Alternatives under consideration

- MK-0966 vs. "standard" NSAID comparators (Scenario 1)
- MK-0966 vs. NSAID comparators including nabumetone (Scenario 2)
- MK-0966 vs. placebo in an elderly population, with co-primary endpoint of deterioration of cognitive function indicative of early Alzheimer's disease (Scenario 3)
- MK-0966 vs. acetaminophen and NSAID comparators in an OA population (Scenario 4)
- Other?

**1.**   Scenario 1:



OA patients currently taking or in need of NSAIDs would be randomized to MK-0966 or NSAID comparators. Assuming an annual NSAID serious GI event rate of 1.5% and a 40-60% drop-out rate it may require ~10,000 patients per group to have 95% power to detect a 50% lower incidence in PUBs for MK-0966 vs. combined NSAID comparators.

Design Advantages: It is highly probable that a positive result will be seen if the comparator NSAIDs consist of those with the usual degrees of GI toxicity (e.g. naproxen, ibuprofen, diclofenac). Conducting the study in an OA population will provide safety and economic outcome data that is directly applicable to the targeted treatment population for MK-0966. Although data will not be available for several years, it is probable that the comparators studied will still be commonly used due to generic formulation/price considerations.

Confidential - Property of Merck and Co., Inc.

*September 20, 1996*

<u>Design Disadvantages</u>: Given that this is not a placebo-controlled study, it is difficult to predict how strong the results will be in terms of supporting endoscopy study data and eliminating the NSAID class GI warning label. It is likely that the observed PUB rates for MK-0966 in a trial of this design will be compared to those NSAIDs with real or perceived lower GI toxicity (e.g. nabumetone). If such an agent is not incorporated into the study design, there will be no comparative data, and because of differences in patient population, concomitant therapy (e.g. use of antiulcer drugs) and chance, it is quite possible that the PUB rate observed with MK-0966 (even if actually equivalent to placebo) may be higher than that reported for nabumetone or other agents. The question of whether or not to allow the use of concomitant antiulcer drugs (e.g., misoprostol, H2 blockers, proton-pump inhibitors, sucralfate) will need to be addressed. Their prohibition would raise ethical and liability issues unless higher risk patients were excluded, in which case the population becomes a selected one and the event rates decrease. If allowed, their use would likely diminish the incidence of PUBs, possibly unequally in the different treatment arms. Very high drop-out rates can be anticipated in the study population in any case.

Design variants could be considered for this scenario (and, in some cases, those which follow) such as randomizing larger numbers of patients to MK-0966 than comparator NSAIDs (similar to the nabumetone study), open-label design, use of high-risk patients to increase event rates, etc.

2.  <u>Scenario 2</u>



OA patients currently taking or in need of NSAIDs would be randomized to MK-0966, nabumetone, and other NSAID(s). Sample size would need to be larger than in scenario 1 (power calculations not yet performed).

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order