# EXHIBIT 24 Part 4

*September 20, 1996*

<u>Design Advantages:</u>  This design avoids the criticism that nabumetone is excluded as a comparator and makes the comparator NSAIDs more representative of drugs in common use in the USA.

<u>Design Disadvantages:</u> It is very unlikely (even with an extremely large study) that it will be possible to demonstrate superior GI safety (reduced PUBs) compared to nabumetone.  Consequently, its inclusion may be of limited value.  Again, the lack of a placebo arm may leave us without sufficiently strong support for the goal of complete elimination of the NSAID warning label.  With regard to the aim of obtaining comparative data vs. "standard" (higher GI toxicity) NSAIDs, the addition of nabumetone will substantially increase the numbers of patients required and consequently the costs of the study.  Potential use of antiulcer agents remains a dilemma, as in scenario 1, and very high drop-out rates can again be anticipated.

3.    <u>Scenario 3</u>



This would be an MK-0966 vs. placebo study in an elderly population (≥70?) with two co-primary endpoints, (a) addressing the efficacy of MK-0966 for the prevention of Alzheimer's disease (AD) and (b) comparing the incidence of serious GI complications in the two treatment groups.  Based on recent indications from the FDA, a potentially acceptable definition of "equivalence" for MK-0966 and placebo for endoscopic ulcers would be demonstration of point estimates for the two groups which are within 40% of each other in an appropriately sized study.  Extrapolating similar criteria to a clinical trial and assuming true annual rates for PUBs of 0.5% for both the placebo and MK-0966 groups, a sample size of 6,700 patients per

Confidential - Property of Merck and Co., Inc.

*September 20, 1996*

group (not counting dropouts) would be required for 95% power to demonstrate this result. Those elderly patients screened who have OA and require NSAIDs during the following year could be assigned to an observational arm, for purposes of assessment of PUB rates in patients taking comparator NSAIDs in a parallel population.

The justification for randomization of elderly subjects to MK-0966 vs. placebo rests on the mounting evidence from more than 17 epidemiologic and clinical studies that the use of anti-inflammatory agents and, specifically, NSAIDs is associated with diminished risk for AD (odds ratio 0.19-0.66). This includes findings from identical twin and high risk sibling studies (the latter showing a hazard ratio for >1 year NSAID use of 0.075 (95% CI 0.02-0.26, p=0.001), compelling findings from the Baltimore Longitudinal Study of Aging where data was collected prospectively (RR=0.53 (p<0.01) for NSAID use vs. 1.11 for acetaminophen use), and a small, 6 month, double-blind treatment study claiming statistically significant benefit in subjects with mild AD randomized to indomethacin vs. placebo. The National Institute of Aging is sponsoring a large trial at UC San Diego comparing placebo and low-dose prednisone in women with mild-moderate AD.

There is increasing evidence that AD is associated with potentially pathologic inflammatory and immune processes. It has been hypothesized that COX inhibition is the mechanism whereby NSAIDs may exert a beneficial effect on the clinical onset of AD. If this hypothesis is correct, it is very likely that inhibition of COX-2, as opposed to COX-1, is central to the mechanism of action.

A Data & Safety Monitoring Committee would be used to monitor the results of interim analyses for pre-specified endpoints, following guidelines which would allow the study to continue if necessary beyond the point when the needed numbers of GI events are reached (barring safety problems), for purposes of addressing the AD hypothesis.

Design Advantages: AD is currently the focus of intense research and if the findings are positive, early development of this compound for an AD prevention indication would obviously represent an important achievement. Elderly patients, by virtue of age alone, are at increased risk for a serious GI complications. Since conventional NSAIDs are not being used, high risk patients (prior bleeds, use of anticoagulants, etc.) could be entered. The placebo incidence rates of PUBs would therefore be increased and since the duration of the GI component of the study will be event driven, there would be the potential for obtaining conclusive data on GI outcomes at an earlier time point. If results are positive, the demonstration of similar

Confidential - Property of Merck and Co., Inc.

September 20, 1996

MK-0966/placebo serious GI rates would provide the strongest labeling and promotion position. Data collected from the observational arm would provide information on health care resource utilization and serious GI complications in patients of the same age taking NSAIDs.

<u>Design Disadvantages:</u>  It is uncertain whether the FDA would approve of an AD prevention study using a COX-2 inhibitor prior to approval of the drug. However, a large amount of safety data will have already been collected for MK-0966 by the time the study would begin. Some preliminary data (e.g. MK-0966 levels achieved in the CSF) would likely be required. Should the FDA insist on more stringent criteria for "equivalency" with respect to serious GI complications than those cited above, a larger trial may be needed (or alternatively, higher risk patients enrolled or endpoint definitions "loosened"). Since in this scenario, MK-0966 will be studied in a population which does not require NSAIDs for an underlying diagnosis of OA, an important question is whether regulatory agencies and the medical community will accept the concept that GI outcomes arising from this study population can be extrapolated to the general MK-0966 treatment population. Perhaps most importantly, MK-0966 may not be entirely devoid of increased risk for serious GI complications, therefore it is possible that equivalency to placebo may not be demonstrated. It is questionable whether the comparisons made possible by the incorporation of an NSAID-requiring observational arm would provide an adequate fall-back position. Finally, the logistics of the study would be complicated by the need to include measurements of cognitive function and working with an elderly population.

4.    <u>Scenario 4</u>



In this design an OA population would be used and patients would be randomized to MK-0966, blinded acetaminophen (providing a "quasi-placebo" group) or one or more NSAID comparator agents.

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

MRK-NJ0232066

*September 20, 1996*

<u>Design Advantages:</u> If the study were sufficiently large, it might be possible to demonstrate GI safety equivalence to acetaminophen as well as superiority and cost advantages to NSAID therapy in an OA population. If, as is likely, the FDA accepted that acetaminophen is no different from placebo in terms of GI toxicity, then the data may provide strong evidence to corroborate the endoscopy study findings and support elimination of the NSAID class warning label. There would be the option of addressing the Alzheimer's question in the study population, however the design is less optimal than scenario 3 for this, and forces comparison with standard NSAIDs.

<u>Design Disadvantages:</u> Acetaminophen may not be adequately efficacious in this population and therefore the drop-out rate may be unacceptably high, making the study unfeasible in practice. An extremely large study would be required, particularly if comparative data vs. standard NSAIDs were sought in conjunction with the MK-0966 vs. acetaminophen arms. As in scenario 3, MK-0966 may not be entirely devoid of increased risk for serious GI complications, therefore equivalency to acetaminophen may not be demonstrable. Conversely, since there are a few claims in the literature that high doses of acetaminophen may carry a small increased risk for PUBs, it is possible that the FDA may not accept equivalency to acetaminophen as favorably as equivalency to placebo. Finally, a head to head comparison of MK-966 and acetaminophen, while almost certain to show superior efficacy for MK-966, may not represent a strategically wise design from a marketing perspective.

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

MRK-NJ0232067

QUESTIONS (2)

Confidential - Subject To Protective Order

MRK-NJ0232068

# MK-0966 (COX-2 INHIBITOR) CONSULTANTS MEETING:
## PHASE III MONITORING OF GI CLINICAL EVENTS

### GI Outcomes Mega-Trial:
### Questions For Consultants

1.  Merck favors an active comparator design for this study (i.e. scenario 1, 2 or 4, not scenario 3). Which comparator design would best support the goals of the program?

    a.  Should there be one or several comparator agents (e.g. naproxen, ibuprofen, diclofenac)? Should nabumetone be included?

    b.  Should the study be open-label or double-blind?

    c.  Should antiulcer agents (e.g., misoprostol, H2 blockers, proton pump inhibitors, sucralfate) be allowed?

    d.  Should "rescue" medication (e.g., acetaminophen) be incorporated into the study design to foster patient retention? Similarly, should switching of NSAID comparator agents be permitted for individual patients?

    e.  What would be the estimated drop-out rate for a 1-year trial?

    f.  How should the potential bias resulting from better compliance in the MK-0966 group vs. b.i.d. or t.i.d. comparator NSAIDs be handled?

    g.  Is a comparator study likely to provide data of the type and strength needed to support elimination of the NSAID GI warning?

2.  We are considering including a broader range of GI events as endpoints. This may increase the number of observed GI events and potentially decrease the sample size. For example:

    *   all patients who discontinue due to dyspepsia could be asked to undergo endoscopy

    *   all patients screened and detected to have a fall in hct of >6 points or heme-positive stool could be asked to undergo work-up (including endoscopy)

    *   a fall in hct of >6 points could itself be included as an event category within the primary endpoint

    Which, if any, of these approaches would be advisable? Might they compromise the clinical relevance of the findings and/or outcomes analyses?

3.  What additional outcomes data would be most useful to collect (e.g., health care utilization/cost data, OA efficacy, quality of life)?

Confidential - Property of Merck and Co., Inc.

Confidential - Subject To Protective Order

MRK-NJ0232069

LITERATURE

Confidential – Subject To Protective Order

MRK-NJ0232070

*September 20, 1996*

# MK-0966 (COX-2 INHIBITOR) CONSULTANTS MEETING
## PHASE III MONITORING OF GI CLINICAL EVENTS

## RELEVANT LITERATURE

1. Barner A.  A Review of Clinical Trials: Benfit/Risk Ratio of Meloxicam.  J Rheum 1996; 25 (Supp. 102):29S-37S.

2. Eversmeyer W, Poland M, DeLapp RE, Jensen CP.  Safety Experience with Nabumetone Versus Diclofenac, Naproxen, Ibuprofen, and Piroxicam in Osteoarthritis and Rheumatoid Arthritis. Ann Intern Med 1993; 95 (Supp. 2A):10S-18S.

3. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS.  Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs: A Randomized, Double-Blind, Placebo-Controlled Trial. Ann Int Med 1995;123:241-9.

Confidential - Property of Merck and Co., Inc.

Scand J Rheumatol 1996; 25 (Suppl 102): 29–37

# Review of Clinical Trials and Benefit/Risk Ratio of Meloxicam

**A. Barner**

*Boehringer Ingelheim, Ingelheim am Rhein, Germany*

NOTICE: This material may
be protected by copyright law
(Title 17 U.S. Code.)

Meloxicam is a new once daily non-steroidal anti-inflammatory drug (NSAID). Double-blind trials in over 5000 patients with osteoarthritis and rheumatoid arthritis have shown that meloxicam 7.5 mg and 15 mg are significantly more effective than placebo and comparable in efficacy to standard NSAIDs such as naproxen 750–1000 mg, piroxicam 20 mg and diclofenac 100 mg slow release. In a global safety analysis, both meloxicam doses produced significantly fewer gastrointestinal (GI) side effects than the comparators (p < 0.05). Severe GI side effects, discontinuations due to GI side effects and less serious events such as dyspepsia and abdominal pain were also significantly less frequent with meloxicam. Perforations, ulcerations and bleedings occurred in 0.1%, 0.2%, 1.2%, 0.6% and 2.1% of meloxicam 7.5 mg, 15 mg, piroxicam, diclofenac and naproxen patients respectively (p < 0.05 for piroxicam and naproxen compared with meloxicam). This improved safety profile is likely to be due to meloxicam's selective inhibition of COX-2 relative to COX-1.

*Key words:* meloxicam, NSAIDs, GI safety, cyclooxygenase, clinical studies

Non-steroidal anti-inflammatory drugs (NSAIDs) are the most common pharmacological treatment for rheumatic disease; their use, however, is limited by the associated high incidence of side effects, particularly in the gastrointestinal (GI) tract. The estimated incidence of NSAID-related GI hospitalizations in arthritis patients is between 0.4 and 1.3% per year (1), although the most common side effects are less serious, with symptoms being described as dyspeptic in about half of affected patients (2). Development, registration and marketing of new NSAIDs can only be justified if a sound medical and scientific rationale is provided. Clearly, a drug with equal efficacy to existing NSAIDs, but with improved safety, would meet this criterion. The development of meloxicam, an NSAID of the enolic acid class from Boehringer Ingelheim, was based on such considerations. Firstly, animal models indicated a superior GI tolerability for meloxicam, when compared with equipotent doses of standard NSAIDs, such as piroxicam, diclofenac and naproxen. Secondly, the pharmacokinetic half-life of meloxicam was found to be around 20 hours, which allows once daily dosing (3). This half-life is relatively short in comparison with other once daily NSAIDs. In the management of adverse events, this shorter half-life of meloxicam could translate into clinical benefit.

The present paper reviews the data obtained from pharmacokinetic studies and clinical evaluations involving more than 5200 patients treated with an oral formulation of meloxicam, the vast majority of whom were suffering from osteoarthritis (OA) or rheumatoid arthritis (RA). Comparators included both placebo and active drugs, such as diclofenac, piroxicam and naproxen. Of particular interest was the assessment of GI side effects, especially the risk of perforation, ulceration and bleeding, and consideration of the reasons for differences in profile between various agents.

## Pharmacokinetics

The elimination half-life of meloxicam was found to be 20 hours (3), ideal for once daily dosing. Other once daily NSAIDs, such as piroxicam and tenoxicam, were found to have much longer half-lives: ca.45 and ca.70 hours respectively (4, 5). As indicated earlier, this could have significant clinical implications. Pharmacokinetic studies also showed that meloxicam is excreted approximately 50% by the kidney and 50% in the feces (3). No dose adjustments are necessary in patients with hepatic impairment or mild-to-moderate renal impairment. In addition, no clinically relevant pharmacokinetic drug interactions have yet been detected.

Studies in healthy volunteers have also shown that the pharmacokinetic profile of meloxicam is remarkably homogeneous between individuals, with much less variation than would be expected with diclofenac or other enteric coated NSAIDs. Examination of the relationship between age and elimination half-life showed no clinically significant variation

Correspondence: A. Barner, Boehringer Ingelheim, Ingelheim am Rhein, D-55216, Germany.

Confidential - Subject To Protective Order

MRK-NJ0232072

global evaluation of efficacy, as assessed by the investigator), meloxicam 15 mg was comparable to both diclofenac slow-release (SR) 100 mg and piroxicam 20 mg. The results for pain on movement are shown in Fig. 1. With regard to the safety evaluations, the profiles of meloxicam 15 mg and piroxicam 20 mg were similar. In comparison with diclofenac 100 mg SR, patients treated with meloxicam 15 mg demonstrated a lower rate of GI adverse events, as shown in Fig. 2.

In the two 6-month studies, comparing meloxicam 7.5 mg daily with diclofenac 100 mg SR daily, and meloxicam 15 mg daily with piroxicam 20 mg daily, the treatment regimens were again found to be comparable in terms of efficacy (Fig. 1). In the piroxicam study, premature discontinuation of treatment due to adverse events, and the occurrence of adverse events (specifically of GI adverse events, 30.2% versus 24.2%), were all more frequent in the piroxicam group, when compared with the meloxicam-treated patients. This superior tolerability was confirmed by the patients global assessment of tolerability on a VAS, which was statistically significantly better for meloxicam than for piroxicam. In the diclofenac study, overall adverse events and GI adverse events occurred with similar frequency in both the meloxicam 7.5 mg and

diclofenac 100 mg SR groups. However, the percentage discontinuing treatment prematurely due to adverse events was higher in the diclofenac group (18.7% for diclofenac compared with 12.4% for meloxicam).

The studies in OA demonstrated that meloxicam, at doses of 7.5 and 15 mg daily, is significantly superior to placebo, and comparable in efficacy to piroxicam 20 mg and diclofenac 100 mg SR daily. Furthermore, consistently fewer GI adverse events were observed with either of the two meloxicam doses, compared with both piroxicam and diclofenac 100 mg SR. It is therefore reasonable to conclude that meloxicam offers a good risk/benefit ratio, comparable or superior to that of standard NSAIDs, in OA.

## Rheumatoid Arthritis

Approximately 2500 patients have been enrolled in controlled, double-blind, positive or placebo-controlled trials, to evaluate meloxicam in RA. Short-term trials of 3 weeks' duration and long-term trials of 6 months' duration have been employed. Open-label, long-term studies of up to 18 months' duration have also been undertaken.

Table III summarizes the global efficacy results obtained with placebo and meloxicam 7.5 and



*Figure 1:* Improvement in pain on movement in the target joint (four comparative studies in OA).

Confidential - Subject To Protective Order

A. Borner

Table III:  Global evaluation of efficacy assessed by the investigator in a placebo-controlled trial in RA (percentage of patients).

|  | Placebo | Meloxicam 7.5 mg | Meloxicam 15 mg |
|---|---|---|---|
| Good (++) | 7.4% | 13.8% | 30.8% |
| Good (+) | 44.2% | 54.0% | 41.9% |
| Poor (−) | 18.3% | 18.2% | 10.4% |
| Poor (−−) | 22.4% | 8.1% | 10.4% |

<-- p < 0.02 -->  <-- p < 0.01 -->

<-- p < 0.001 -->

15 mg daily, in a 3-week, placebo-controlled, dose-ranging study, which involved approximately 150 patients per group. The study demonstrated unequivocally the efficacy of meloxicam 7.5 and 15 mg daily in RA, reaching statistical significance in comparison with placebo in the majority of parameters assessed (disease activity, painful/tender or swollen joints, pain, morning stiffness and grip strength). In particular, the overall patient and investigator assessment of efficacy (known to be a very sensitive parameter) suggests a dose-response relationship.  Frequencies of discontinuation of therapy due to lack of efficacy were similar in the two meloxicam groups and much higher in the placebo group.  Discontinuations due to adverse events were similar in all three groups.

A 3-week trial of meloxicam 15 mg and piroxicam 20 mg in 272 patients showed comparable results between the two treatments for the efficacy



Figure 2:  Percentage of patients experiencing GI adverse events (comparative study versus diclofenac in OA).

32

Confidential - Subject To Protective Order

endpoints of pain (at night and in the morning, at rest and over the previous 2 days), global efficacy, Ritchie joint index and morning stiffness. The results for pain over the previous 2 days are shown in Fig. 3. The GI safety of meloxicam was superior to that of piroxicam. In a 6-month, comparative study of meloxicam 7.5 mg against naproxen 750 mg daily in 379 patients, comparable efficacy was demonstrated between the two treatments, with both being rated effective by patients and investigators. However, GI tolerability was statistically significantly superior for meloxicam, in comparison with naproxen, with 6.0% and 12.6% patients in the meloxicam and naproxen groups respectively, discontinuing treatment due to GI adverse events.

Overall, it can be concluded that meloxicam in doses of 7.5 and 15 mg daily is significantly superior to placebo in the treatment of RA. Studies in RA patients against active comparators suggest that the efficacy of meloxicam is similar to that of standard NSAIDs, such as piroxicam and naproxen. GI safety of meloxicam appears to be superior to that of the standard NSAIDs investigated, as was the case in the OA studies.

## Global Analysis of Gastrointestinal Safety

While aspects of meloxicam's safety have been commented on earlier, the overall issue of safety of NSAIDs is of such importance that it merits specific consideration, based on examination of the complete database. This comprised data from more than 5200 patients on different doses of meloxicam, suffering chiefly from either OA or RA, with a mean exposure to the drug of 98 days (median 23 days); approximately one-third of these patients



Pain assessed by the patient using a visual analogue scale
(0 mm = no pain, 100 mm = unbearable pain)

*Figure 3:* Mean percentage change from baseline in pain over the previous 2 days (comparative study versus piroxicam in RA).

Confidential - Subject To Protective Order

A. Barner

were older than 65 years. Non-GI adverse events occurred with a similar incidence in the meloxicam, diclofenac, piroxicam and naproxen groups. GI adverse events, however, were much less frequent with meloxicam than with the comparator NSAIDs. Data from double-blind studies in OA and RA have been analyzed most extensively because these are the two most common indications for NSAIDs, and double-blind studies are clearly the best controlled and most reliable.

The incidence and breakdown of GI adverse events is shown in Table IV. Both doses of meloxicam were significantly superior to all comparators (p < 0.05, Fig. 4) for total GI adverse events. Dyspepsia, abdominal pain, nausea and diarrhoea were the most common non-serious GI adverse events, occurring significantly less often with meloxicam than with the other NSAIDs (p < 0.05, Table IV). Similarly, there were significantly fewer severe GI adverse events with meloxicam and fewer meloxicam-treated patients discontinued due to GI adverse events (p < 0.05, Table IV).

Meloxicam was also better tolerated than the standard NSAIDs regarding various sub-types of GI events, i.e. abdominal pain, dyspepsia and upper GI events (duodenal ulcer, dyspepsia, eructation, nausea, vomiting, gastric ulcer, hematemesis, melaena), as shown in Table IV. The most serious and life-threatening of NSAID-associated GI adverse events, perforation, ulceration and bleed-

ing (PUB), also occurred less frequently with both doses of meloxicam than with comparators (Table IV and Fig. 5). This reached statistical significance versus piroxicam and naproxen (p < 0.05). On average, there was a six- to nine-fold risk reduction for meloxicam 7.5 mg compared with diclofenac and piroxicam respectively. With the 15 mg dose of meloxicam, the corresponding risk reductions were two- and three-fold respectively. Compared with naproxen, the differences were even more striking. Gastric and duodenal ulcers were the most common PUBs recorded. Not surprisingly, there was a higher incidence of PUB in the elderly (older than 65 years) than in younger patients. However, the increase in incidence for elderly versus younger patients was less for meloxicam 15 mg than for diclofenac, piroxicam and naproxen (Fig. 6). No elderly patient experienced a PUB when treated with meloxicam 7.5 mg.

## Renal Safety of Meloxicam

From the global analysis of safety, 0.4% of the patients who received meloxicam 7.5 mg or 15 mg showed significantly abnormal renal function during treatment. This compared with 0.9% for piroxicam 20 mg, 0.3% for diclofenac 100 mg, 0.4% for naproxen 750–1000 mg and 0.2% for placebo. A 6-month trial in RA comparing meloxicam 7.5 mg

*Table IV:* Incidence of GI adverse events in double-blind studies in RA and OA.

| Adverse event | Meloxicam 7.5 mg n=881 | Meloxicam 15 mg n=1590 | Piroxicam 20 mg n=689 | Diclofenac 100 mg SR n=324 | Naproxen 750–1000 mg n=243 |
|---|---|---|---|---|---|
| Total GI adverse events % (n) | 17.0 (150) | 18.9 (301) | 24.5 (169)*# | 26.5 (86)*# | 36.6 (89)*# |
| Non-serious GI adverse event % (n) | 16.9 (149) | 18.8 (299) | 24.1 (166)*# | 26.2 (85)*# | 36.2 (88)*# |
| Severe GI adverse events % (n) | 1.7 (15) | 1.7 (27) | 4.9 (34)*# | 4.9 (16)*# | 7.8 (19)*# |
| Discontinuations due to GI adverse events % (n) | 3.5 (31) | 4.8 (76) | 6.7 (46)* | 10.5 (34)*# | 10.7 (26)*# |
| Abdominal pain % (n) | 2.7 (24) | 3.0 (47) | 5.7 (39)*# | 7.1 (23)*# | 11.9 (29)*# |
| Dyspepsia % (n) | 5.1 (45) | 7.4 (117) | 9.7 (67)* | 9.9 (32)* | 14.8 (36)*# |
| Upper GI adverse events % (n) | 4.5 (40) | 5.7 (91) | 5.5 (38) | 7.1 (23)* | 11.5 (28)*# |
| Perforation, ulceration and bleeding % (n) | 0.1 (1) | 0.2 (3) | 1.2 (8)*# | 0.6 (2) | 2.1 (5)*# |

n = no. of events. % = incidence in percent of treated patients.
*p < 0.05 compared with meloxicam 7.5 mg.
#p < 0.05 compared with meloxicam 15 mg.

Non-serious adverse events: events other than immediately life-threatening, severely or permanently disabling or requiring prolonged hospitalization.
Severe adverse events: incapacitating, with inability to do work or usual activity or causing the patient to discontinue the trial.

Confidential - Subject To Protective Order

MRK-NJ0232076

*Review of Clinical Trials*

and naproxen 750 mg showed significant (p < 0.05) increases in creatinine and urea for naproxen compared with baseline. No such changes were observed in the meloxicam-treated patients.

Renal side effects associated with NSAIDs are more likely to occur in patients who already have some degree of renal impairment and the effects of meloxicam have therefore been specifically investigated in these patients. In a study of 25 patients (aged 43–78 years) with rheumatoid disease and renal impairment, there was no change in creatinine clearance after 14 and 28 days' treatment with



*p<0.05 compared with meloxicam

*Figure 4:* GI adverse events over time in double-blind studies in RA and OA.



*p<0.05 compared with meloxicam

*Figure 5:* PUB over time in double-blind studies in RA and OA.

35

Confidential - Subject To Protective Order

MRK-NJ0232077

A. Barner

meloxicam 15 mg compared with baseline.

In an investigation of the effects of meloxicam on renal prostaglandin excretion, 10 healthy female volunteers received meloxicam 7.5 mg once daily in an open crossover study versus indomethacin 75 mg per day. Indomethacin caused a statistically significant reduction (about 50%) in prostaglandin $E_2$ production, whereas meloxicam had no significant effect on this parameter (reduction of about 10%).

## Discussion

There is a clear need for a new NSAID which combines the usual efficacy of this class of drug with an improved safety profile. The clinical trial program reported here has shown that meloxicam 7.5 mg and 15 mg have equal efficacy in RA and OA to standard doses of established NSAIDs such as naproxen, diclofenac and piroxicam. The benefit of meloxicam lies in its superior GI safety profile, with respect to both serious and less serious events. Although not life-threatening, events such as dyspepsia, abdominal pain and nausea can be extremely unpleasant for the patient and may reduce compliance and continued use of therapy. PUBs are the most serious NSAID-associated GI adverse

events and, although experienced relatively rarely, are a significant clinical and economic problem.

Despite preclinical data indicating good tolerability, the superior GI safety profile of meloxicam in the clinical studies had not been anticipated. However, recent advances in cyclooxygenase research help to clarify this. It has been shown that there are two isoforms of the COX enzyme (6). The non-inducible form, COX-1, is required for normal physiological processes. COX-2 is induced by inflammatory mediators. Inhibition of COX-2 appears to be necessary to exert anti-inflammatory activity, while COX-1 inhibition may be related to adverse effects and, in particular, to GI or renal adverse events (7). The ratio of COX-2 to COX-1 inhibition may therefore be very important in determining the benefit/risk ratio of a new NSAID, as NSAIDs which inhibit COX-2 more potently than COX-1 might be expected to show an improved safety profile (7).

The concentration of different NSAIDs required to inhibit COX-1 and COX-2 has been measured in a lipopolysaccharide-activated guinea-pig peritoneal macrophage model and an $IC_{50}$ ratio (COX-2/COX-1) calculated ($IC_{50}$ is the dose of NSAID required to inhibit COX by 50%) (8). A



*Figure 6:* Upper GI PUBs according to age in double-blind studies in RA and OA.

36

Confidential - Subject To Protective Order

MRK-NJ0232078

ratio of 0.33 was obtained for meloxicam, indicating that meloxicam is a more potent inhibitor of COX-2 than of COX-1. Ratios of 2.2, 33 and 30 were obtained for diclofenac, piroxicam and indomethacin respectively, indicating more potent inhibition of COX-1 (8). In several models designed to investigate the COX selectivity of various NSAIDs, meloxicam has shown selectivity towards COX-2 (8–10). In contrast, NSAIDs such as diclofenac, piroxicam, indomethacin and naproxen either inhibited both COX isoforms to a similar degree or inhibited COX-1 more potently than COX-2 (9–12).

The medical relevance of differences in COX-2/COX-1 ratios was explored by studying the numbers of adverse events spontaneously reported to the UK Committee on Safety of Medicines (CSM) for particular NSAIDs (13), and by considering data on NSAID-related upper GI bleeding or perforation from two large case-control studies, published in early 1994 (14,15). For example, odds ratios for the risk of experiencing an upper GI bleeding and/or perforation from two case-control studies were 18.0 and 13.7 for piroxicam, compared with odds ratios of 3.9 and 4.2 for diclofenac and 3.1 and 9.1 for naproxen (14,15). A similar ranking in the relative incidence of PUBs in CSM spontaneous adverse event reports between these agents was recorded (13). In this respect, there is a clear link between lower GI toxicity and more potent inhibition of COX-2 relative to COX-1 by these NSAIDs (8,11). As meloxicam consistently demonstrates a lower COX-2/COX-1 ratio than these standard NSAIDs, it might be expected that this would be reflected in a superior GI safety profile. The results of the clinical trial program reported here provide good evidence that this is the case.

## Conclusions

Clinical studies have shown that, in doses of 7.5 and 15 mg daily, meloxicam is comparable in efficacy to standard NSAIDs, such as piroxicam, diclofenac and naproxen, in both OA and RA. The drug has a half-life which is ideal for once daily dosing. While GI adverse events will not be eliminated with meloxicam, it does appear to offer the distinct advantage of superior GI tolerability compared with other, established NSAIDs at equipotent doses.

These conclusions merit further studies, including large-scale clinical trials to evaluate further the

safety of meloxicam in the GI tract and other system organ classes, e.g. kidney. In addition, further trials are needed to investigate the effects of the drug in ankylosing spondylitis and other rheumatic conditions. Further formulations of meloxicam, both parenteral and topical, are also under development.

## References

1. Fries J. NSAID gastropathy: the second most deadly rheumatic disease? Epidemiology and risk appraisal. J Rheumatol 1991; 18(Suppl 28):6–10.
2. Giercksky KE, Huseby G, Rugstad HE. Epidemiology of NSAID-related gastrointestinal side effects. Scand J Gastroenterol 1989; 24(163):3–8.
3. Türck D, Busch U, Heinzel G, Narjes H. Clinical pharmacokinetics of meloxicam. Eur J Rheumatol Inflamm 1995; 15:23–30.
4. Verbeeck RK, Richardson CJ, Blocka KLN. Clinical pharmacokinetics of piroxicam. J Rheumatol 1986; 13:789–96.
5. Crevoisier Ch, Heizmann P, Forgo I, Durbach UC. Plasma tenoxicam concentrations after single and multiple oral doses. Eur J Drug Metab Pharmacokin 1989; 14:23–7.
6. Xie W, Robertson DL, Simmons DL. Mitogen-inducible prostaglandin G/H synthase: a new target for nonsteroidal antiinflammatory drugs. Drug Dev Res 1992; 25(4):249–65.
7. Vane J. Towards a better aspirin. Nature 1994; 367:215–6.
8. Engelhardt G. Meloxicam, a potent inhibitor of COX-2. Abstract presented at the 9th International Conference on Prostaglandins and Related Compounds, Florence, Italy, 6–10 June 1994.
9. Churchill L, Graham A, Farina P, Grob P. Inhibition of human cyclooxygenase-2 (COX-2) by meloxicam. Rheumatol Eur 1995; 24(Suppl 3):272.
10. Pairet M, Engelhardt G, Lidbury P, Vane JR. Differential inhibition of cyclooxygenase-1 (COX-1) and cyclooxygenase-2 (COX-2) by meloxicam and its 4 isomer. Submitted for publication.
11. Mitchell JA, Akarasereenont P, Thiemerman Chr, Flower R, Vane JR. Selectivity of non-steroidal anti-inflammatory drugs as inhibitors of constitutive and inducible cyclooxygenase. Proc Natl Acad Sci USA 1994; 90:11693–7.
12. Meade EA, Smith WL, DeWitt DL. Differential inhibition of prostaglandin endoperoxide synthase (cyclooxygenase) isozymes by aspirin and other non-steroidal antiinflammatory drugs. J Biol Chem 1993; 268:6610–4.
13. CSM update. Non-steroidal anti-inflammatory drugs and serious gastrointestinal adverse reactions — 2. Br Med J 1986; 292:1190–1.
14. Langman MJ, Weil J, Wainwright P, et al. Risks of bleeding peptic ulcer associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994; 343:1075–8.
15. Garcia Rodriguez LA, Jick H. Risks of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs. Lancet 1994; 343:769–72.

Confidential - Subject To Protective Order

MRK-NJ0232079

# Safety Experience With Nabumetone Versus Diclofenac, Naproxen, Ibuprofen, and Piroxicam in Osteoarthritis and Rheumatoid Arthritis

WALTER EVERSMEYER, M.D., *Metairie, Louisiana,* MARCIA POLAND, M.D., RALPH E. DeLAPP, M.S., COLLEEN P. JENSEN, B.S.M.T. (A.S.C.P.) *King of Prussia, Pennsylvania*

The comparative safety of nabumetone (1,000–2,000 mg/day) versus diclofenac (100–200 mg/day), naproxen (500–1,500 mg/day), piroxicam (10–20 mg/day), and ibuprofen (1,200–3,200 mg/day) was evaluated in a 12-week, randomized, open-label, multicenter study. Patients with osteoarthritis (OA) or rheumatoid arthritis (RA) were enrolled in a 3:1 ratio (nabumetone:one of the four comparator NSAIDs). The incidence of $\geq 1$ adverse event considered by the investigator to be related or probably related to therapy was similar in all groups. However, significantly (p <0.02) more diclofenac-treated patients experienced abdominal pain and/or gastritis than nabumetone-treated patients. Naproxen-treated patients experienced significantly (p <0.002) more dyspepsia as compared with patients treated with nabumetone or ibuprofen and significantly (p $\leq$0.001) more nabumetone-treated patients experienced diarrhea than patients treated with naproxen, ibuprofen, or piroxicam. Ulcers occurred in one (0.03%) nabumetone-treated patient versus six (0.5%) patients treated with one of the comparator NSAIDs (p = 0.001). A decrease in hemoglobin $\geq$1.5 g/dL occurred in fewer nabumetone-treated patients than in patients treated with diclofenac (p <0.04), ibuprofen (p $\leq$0.04), or piroxicam (p = 0.055). Finally, a similar percentage of patients in all treatment groups withdrew from the study because of adverse events related or probably related to treatment. More (p <0.001) diclofenac-treated patients withdrew because of elevated hepatic transaminases than patients

treated with the other agents. Withdrawal because of gastritis was also noted for more diclofenac-treated patients than nabumetone-treated patients (p <0.04). In conclusion, nabumetone was demonstrated to be at least as safe as diclofenac, piroxicam, ibuprofen, and naproxen as related to subjective complaints, such as dyspepsia or gastritis. However, more serious events, such as ulcers or meaningful decreases in hemoglobin, seem to occur less often with nabumetone.

Endoscopy studies have suggested that nabumetone has a lower propensity to cause irritation to the gastric mucosa than indomethacin, ibuprofen, or naproxen [1,2]. Microbleeding studies assessed by radioactive chromium ($^{51}$Cr) have shown that fecal blood loss with nabumetone (1,000 mg/day and 2,000 mg/day) was comparable to blood loss with placebo and significantly (p <0.001) less than with aspirin (3,600 mg/day) [3,4]. In clinical trials, the side-effect profile of nabumetone (1,000 mg/day) has been shown to be similar to those of naproxen (500 mg/day) and ibuprofen (1,600 mg/day) and better than aspirin (3,600 mg/day) and sustained-release diclofenac (100 mg/day) [5–12]. In addition, 2,000 mg/day of nabumetone was better tolerated than 1,000 mg/day of naproxen or up to 150 mg/day of indomethacin [13,14].

Ibuprofen, naproxen, diclofenac, and piroxicam are widely used in clinical practice for the treatment of rheumatoid arthritis (RA) or osteoarthritis (OA). Often, controlled studies in the treatment of OA or RA do not adequately reflect clinical practice where, for example, patients are switched from one nonsteroidal antiinflammatory drug (NSAID) to another without any washout period. The primary objective of this 12-week, open-label, randomized study was to evaluate, in an epidemiologic fashion the comparative safety of nabumetone in patients with RA or OA who require antiinflammatory treatment. In this study—designed to mimic clinical practice as closely as possible—nabumetone

From the Department of Medicine, Browne McHardy Clinic, and Department of Medicine, Louisiana State University of Medicine, Metairie, Louisiana; and SmithKline Beecham Pharmaceuticals, King of Prussia, Pennsylvania.
This work was supported by SmithKline Beecham Pharmaceuticals.
Requests for reprints should be addressed to: Walter Eversmeyer, M.D., Browne McHardy Clinic, 4315 Houma Boulevard, Metairie, Louisiana, 70006.

Confidential - Subject To Protective Order

MRK-NJ0232080

was compared versus four widely prescribed NSAIDs (diclofenac, naproxen, ibuprofen, or piroxicam).

## METHODS

Eligible patients were ≥18 years old, able to provide written informed consent, and had clinical and radiographic evidence of RA or OA. Patients were excluded if they had a history of liver disease or blood dyscrasia, uncontrolled hypertension, abnormal laboratory values, recent myocardial infarction, uncompensated congestive heart failure, or functional class IV arthritis. Patients were also excluded if they were pregnant or lactating, not practicing contraception, had an active gastrointestinal (GI) bleed or peptic ulcer within 1 month, had a hypersensitivity reaction to aspirin or NSAIDs, recently used investigational drugs, or needed coumadin, anticonvulsants, hydantoins, or >1 NSAID.

All eligible patients were randomized to receive nabumetone (n = 3,315) or one of the comparator NSAIDs (diclofenac [n = 296], ibuprofen [n = 235], piroxicam [n = 286], or naproxen [n = 279]) in a 3:1 ratio. No washout phase preceded randomization. Patients were treated for 12 weeks or until withdrawal, beginning with the lowest dose and increasing, as needed, after 2 weeks of therapy. The doses used were as follows: nabumetone, 1,000–2000 mg/day; diclofenac, 100–200 mg/day; naproxen, 500–1,000 mg/day for OA patients or 1,500 mg/day for RA patients; piroxicam, 10–20 mg/day; and ibuprofen, 1,200–3,200 mg/day.

Disease-modifying antirheumatic drugs (D-MARDs) or prednisone (up to 10 mg/day) were permitted for RA patients as long as therapy had been started at least 3 months previously and the dose was stabilized. Furthermore, the patients were permitted to continue using histamine-2 receptor antagonists, misoprostol, or omeprazole. Intraarticular corticosteroid use was also permitted.

Safety assessments were performed at pre-entry (baseline) and at 4 and 12 weeks. The occurrence of adverse events was elicited by the investigator. Details as to the nature and severity of the event, action taken, attribution to study medication (unrelated, probably unrelated, probably related, or related), and outcome were recorded. Each adverse event for any given patient was tabulated only once and in the worst severity, even though it may have occurred on several occasions. Clinical safety parameters included incidence of adverse events, incidence of withdrawal for adverse events, severity of adverse events, and adverse events and withdrawal due to adverse events by dose, age, and arthritic condition. Any patient suffering a serious

adverse event, whether related or unrelated to treatment, was automatically withdrawn from the study. Withdrawal for less serious adverse events was at the discretion of the investigator.

Gastrointestinal (GI) distress was measured on a 10-cm visual analog scale (VAS) (0 = no GI trouble; 10 = a lot of GI trouble). Laboratory assessments, which were performed at baseline and at the conclusion of the study, included complete blood count, platelet count, routine chemistries, and urinalysis. In addition, a complete blood count and chemistry panel were taken at 4 weeks.

The data were stored and analyzed using INGRES data-management software and Statistical Analysis Software (SAS). All analyses were conducted on an intent-to-treat basis including all patients randomized. Statistical analyses to compare treatments were performed at each visit and at endpoint. Endpoint was defined as the last observed evaluation for a patient. All safety variables were assessed using descriptive statistics. Proportions of patients with adverse events were compared using Fisher's exact test, two-tailed. The patients' assessments of GI discomfort were analyzed using ANOVA of the scores recorded on a 10-cm VAS, to compare treatments in terms of change from baseline to endpoint. The analyses assessed overall treatment differences and nabumetone versus the pooled comparator NSAID groups.

## RESULTS

### Patients

Demographically, all treatment groups were similar with regard to age, race, sex, diagnosis, previous NSAID use, and concomitant DMARD or corticosteroid use; these data are presented in detail elsewhere in these proceedings [15]. At baseline, 31.5% of patients in the nabumetone group and 31.2% in the pooled comparator NSAID group had a history (within the previous 3 months) of ≥1 GI symptom. A similar percentage of patients in each group had a history of dyspepsia, epigastric pain, hiatal hernia, or reflux esophagitis (Table I). Approximately 1% of patients treated with nabumetone or one of the comparator NSAIDs had a history of peptic ulcer or NSAID-induced peptic ulcer within 3 months prior to entry into the study (Table I). In addition, 353 (10.6%) patients in the nabumetone group and 104 (9.5%) patients in the pooled comparator NSAID group had a lifetime history of peptic ulcer. A similar percentage of patients in the nabumetone or comparator NSAID groups were taking antiulcer medications (cimetidine, famotidine, misoprostol, nizatidine, omeprazole, ranitidine, or sucralfate) or antacids within 3

Confidential - Subject To Protective Order

MRK-NJ0232081

### TABLE I

Number and Percentage of Patients with a History of GI Symptoms or Disease within 3 Months of Study Entry

| | Number of Patients (%) | | | |
|---|---|---|---|---|
| Symptom/Disease | Nabumetone (n = 3,315) | | Comparator NSAIDs (n = 1,096) | |
| Dyspepsia | 676 | (20.4) | 227 | (20.7) |
| Epigastric pain | 309 | (9.3) | 106 | (9.7) |
| Hiatal hernia | 345 | (10.4) | 106 | (9.7) |
| Reflux esophagitis | 221 | (6.7) | 70 | (6.4) |
| Ulcer | | | | |
| Peptic | 35 | (1.0) | 13 | (1.2) |
| NSAID-induced peptic | 25 | (0.8) | 6* | (0.5) |

*Includes two patients each in the diclofenac and piroxicam groups and one patient each in the naproxen and ibuprofen groups. (Patients could be included in >1 category.)
GI = gastrointestinal; NSAID = nonsteroidal antiinflammatory drug.

months of study entry (antiulcer/antacid: nabumetone, 3.8%/0.3%; comparator NSAIDs, 3.4%/0.3%) or as maintenance therapy prior to and during the study (antiulcer/antacid: nabumetone, 19.7%/5.6%; comparator NSAIDs, 18.2%/4.9%).

In the nabumetone group, 954 (29%) patients had a history of hypertension, 508 of whom were receiving a diuretic. Similarly, 328 (30%) patients randomized to receive one of the comparator NSAIDs reported a history of hypertension and 162 were receiving a diuretic. In addition, 543 (36%) of 1,509 nabumetone-treated patients with RA and 169 (33%) of 515 comparator NSAID-treated patients with RA received concomitant methotrexate.

## Adverse Events

RELATED OR PROBABLY RELATED TO TREATMENT: Of the patients treated with nabumetone, 33.3% experienced at least one adverse event that was considered by the investigator to be related or probably related to therapy as did 38.9% of patients treated with diclofenac, 33.7% with naproxen, 25.5% with ibuprofen, and 25.9% treated with piroxicam (Table II). A total of 14 adverse events related or probably related to treatment occurred in at least 1% of patients treated with one of the five NSAIDs, the most frequent of which were GI events (Table II). There was no significant difference among treatment groups with regard to the development of adverse events in general, but significant differences among treatment groups did occur for specific GI events.

Significantly more diclofenac-treated patients developed abdominal pain (p <0.002) or clinically diagnosed gastritis (p <0.02) than nabumetone-treated patients (abdominal pain, 8.8 vs 4.3%; gastritis, 1.7 vs 0.4%, respectively; Table II). In addition, abnormal hepatic function (primarily due to elevated transaminases) was reported more (p <0.01) often with diclofenac (3.7%) than with any other NSAID (nabumetone, 0.5%; piroxicam, 0.4%; naproxen and ibuprofen, 0%). More (p <0.002) patients treated with naproxen (12.2%) developed dyspepsia than patients treated with nabumetone (6.6%) or ibuprofen (4.3%). Diarrhea, however, occurred in more (p <0.003) patients

### TABLE II

Related or Probably Related Adverse Events that Occurred in ≥1% of Patients in ≥1 Treatment Group

| | Percentage of Patients | | | | |
|---|---|---|---|---|---|
| Adverse Event | Nabumetone (n = 3,315) | Diclofenac (n = 296) | Naproxen (n = 279) | Ibuprofen (n = 235) | Piroxicam (n = 286) |
| Abdominal pain | 4.3 | 8.8* | 5.7 | 6.8 | 4.5 |
| Abnormal hepatic function | 0.5 | 3.7‡ | 0 | 0 | 0.4 |
| Arthralgia | 0.6 | 0.3 | 0.7 | 0.9 | 1.0 |
| Constipation | 1.7 | 1.7 | 1.1 | 0.9 | 1.0 |
| Diarrhea | 7.0‡ | 5.4 | 2.5 | 0.9 | 2.1 |
| Dizziness | 0.9 | 1.4 | 0.7 | 1.7 | 0.7 |
| Dyspepsia | 6.6 | 8.4 | 12.2§ | 4.3 | 8.4 |
| Edema | 1.7 | 1.4 | 2.5 | 3.0 | 1.0 |
| Flatulence | 2.8 | 1.4 | 1.4 | 1.7 | 3.1 |
| Gastritis | 0.4 | 1.7‖ | 0 | 1.3 | 0.4 |
| Headache | 2.4 | 2.7 | 1.4 | 1.3 | 0.7 |
| Nausea | 4.0 | 4.1 | 5.4 | 4.3 | 3.1 |
| Rash | 1.3 | 1.4 | 0.7 | 0.9 | 0.7 |
| Vomiting | 0.5 | 0.3 | 1.1 | 0.4 | 1.4 |
| Any event | 33.3 | 38.9 | 33.7 | 25.5 | 25.9 |

*p < 0.002 versus nabumetone.
‡p < 0.01 versus all other NSAIDs combined.
‡p < 0.003 versus naproxen, ibuprofen, and piroxicam.
§p < 0.002 versus nabumetone and ibuprofen.
‖p < 0.02 versus nabumetone.

Confidential - Subject To Protective Order

MRK-NJ0232082

treated with nabumetone (7%) than in patients treated with naproxen (2.5%), ibuprofen (0.9%), or piroxicam (2.1%), but not diclofenac (5.4%).

For several of the more common adverse events, the incidences were determined by the dose at which the event first occurred and plotted according to the lowest and highest doses of each drug used (some doses were grouped; Figure 1). For abdominal pain and nausea, a linear dose–response relationship was observed with all of the NSAIDs except nabumetone. With naproxen there was a significant (p <0.02) increase in the incidence of dyspepsia from the low dose (500 mg/day, 5.3%) to the high dose (≥1,000 mg/day, 12%; Figure 1). Doubling the dose resulted in at least a proportional (≥100%) increase in the incidence of abdominal pain in patients treated with naproxen, ibuprofen, or piroxicam (Table III). A 68% increase was observed with diclofenac, but no increase occurred with nabumetone. Although diarrhea was the most frequent adverse event related or probably related to therapy with nabumetone, there was no significant increase in the incidence of diarrhea from the low dose (1,000 mg/day, 3.5%) to the high dose (2,000 mg/day, 5.2%).

PERFORATIONS, ULCERS, AND BLEEDS: Seven perforations, ulcers, or bleeds occurred during the 12-week study (Table IV). In addition, one patient was reported to have developed an esophageal ulcer, which was determined to be secondary to biopsy-proven Barrett's esophagitis. The one nabumetone-treated (1,000 mg/day for 52 days) patient who developed a gastric ulcer was a 72-year-old female with RA. She was not receiving corticosteroids and had no prior history of peptic ulcer disease. However, she did have a history of gastritis and had been taking sucralfate for 3 years prior to study entry. She was admitted to the hospital complaining of extreme fatigue and dyspnea, and her hemoglobin decreased from 10.8 g/dL at baseline to 9.5 g/dL upon admission. Urine cultures revealed *Pseudomonas* urosepsis.

Of the six patients in the comparator NSAID group who developed perforations, ulcers, or bleeds, three were elderly (73–80 years of age), two were RA patients taking concomitant corticoste-



Figure 1. Incidence of abdominal pain, nausea, dyspepsia, or diarrhea considered related or probably related to treatment with the lowest and highest doses of each NSAID used. Low and high doses were as follows: nabumetone (1,000 mg/day, 2,000 mg/day); diclofenac (100 mg/day, 200 mg/day); naproxen (500 mg/day, ≥1,000 mg/day); ibuprofen (800–1,200 mg/day, ≥2,400 mg/day); piroxicam (10 mg/day, 20 mg/day). A linear dose–response relationship was demonstrated with all NSAIDs, except nabumetone, for abdominal pain and nausea.

Confidential - Subject To Protective Order

MRK-NJ0232083

TABLE III

Percentage of Patients Who Reported Dyspepsia, Abdominal Pain, Nausea, or Diarrhea (the Four Most Frequently Occurring Adverse Events Considered Related or Probably Related to Treatment) by Dose at First Occurrence and the Percent Increase from the Lower to Higher Dose

| Treatment | Dose (mg/day) | n | Percentage of Patients (% Increase) | | | |
|---|---|---|---|---|---|---|
| | | | Dyspepsia | Abdominal Pain | Nausea | Diarrhea |
| Nabumetone | 1,000 | 3,304 | 3.4 | 2.8 | 2.3 | 3.5 |
| | 2,000 | 1,383 | 5.1 | 2.5 | 2.8 | 5.2 |
| | | | (50) | (NA) | (22) | (49) |
| Diclofenac | 100 | 293 | 5.1 | 4.4 | 2.4 | 2.7 |
| | 200 | 68 | 5.9 | 7.4 | 4.4 | 2.9 |
| | | | (16) | (68) | (83) | (7) |
| Naproxen | 500 | 264 | 5.3 | 2.3 | 2.7 | 0.8 |
| | 1,000 | 142 | 9.2 | 4.9 | 4.9 | 2.1 |
| | | | (74) | (113) | (81) | (163) |
| Ibuprofen | 1,200 | 209 | 3.8 | 2.9 | 1.9 | 0 |
| | 2,400 | 77 | 0 | 6.8 | 1.4 | 0 |
| | | | (NA) | (134) | (NA) | (NA) |
| Piroxicam | 10 | 267 | 4.9 | 1.9 | 1.5 | 1.5 |
| | 20 | 198 | 5.1 | 4.0 | 2.5 | 1.0 |
| | | | (4) | (111) | (67) | (NA) |

NA = not applicable.

roids (and elderly), and four (two of whom were elderly) had a history of peptic ulcer disease. The naproxen-treated patients were both elderly (73 and 75 years of age) females with RA. One was receiving 1,500 mg/day of naproxen at the time of ulcer detection (86 days into the study), had a history of peptic ulcer disease, and a hemoglobin level that decreased from 12.4 g/dL to 10.6 g/dL. It was determined that she had a perforated duodenal ulcer and other peptic ulcers that were secondary to a complex critical illness and possibly related to naproxen therapy. The second patient had no history of peptic ulcer disease, but developed a 1-cm gastric ulcer after 30 days of naproxen (500 mg/day). She had no gastrointestinal complaints but presented with a dramatic decrease in hemoglobin from 11.6 g/dL to 6 g/dL.

One of the ibuprofen-treated (1,200 mg/day for 45 days) patients who developed a mild gastric ulcer was a 52-year-old female with OA. She had a his-

tory of "GI upset," but no peptic ulcer disease. This patient was continued on 1,200 mg/day of ibuprofen and prescribed cimetidine. The other patient was an 80-year-old male with OA who had received 1,200 mg/day of ibuprofen for 15 days. He complained of epigastric pain and was found to have a 2.1 g/dL hemoglobin decrease (from 12.7 to 10.6 g/dL). After diagnosis, the patient remembered having a GI bleed 15 years previously. One 44-year-old woman with OA developed hemorrhagic gastritis with active bleeding after 22 days on 100 mg/day of diclofenac; her hemoglobin decreased from 13.5 g/dL at baseline to 12.8 g/dL upon admission. She had a history of gastritis for which she was taking ranitidine. Finally, the last patient in the comparator NSAID group who developed a perforation, ulcer, or bleed was a 53-year-old female with RA and a history of dyspepsia for which she was taking sucralfate. Endoscopy performed after she received piroxicam (20 mg/day) for 42 days revealed a gastric ulcer; her hemoglobin did not decrease (12.5 g/dL at baseline, 12.7 g/dL at endpoint).

Four patients who received nabumetone were determined to have ulcers (three gastric, one gastric/duodenal) after completing the study, none of which were considered by the investigators to be related to nabumetone therapy. They were 50–69 years of age, two were female, three had RA, and none experienced GI symptoms or decreased hemoglobin levels while taking nabumetone. At the time of ulcer detection, three of the patients were receiving prednisone, diclofenac, or naproxen. The fourth patient experienced severe GI distress, for

TABLE IV

Incidence of Perforations, Ulcers, and Bleeds (PUBs)

| Treatment Group | n | Number of PUBs (%) |
|---|---|---|
| Nabumetone | 3,315 | 1 (0.03) |
| Comparator NSAIDs | 1,096 | 6 (0.5)* |
| Naproxen | 279 | 2 (0.7)‡ |
| Ibuprofen | 235 | 2 (0.9)‡ |
| Diclofenac | 296 | 1 (0.3) |
| Piroxicam | 286 | 1 (0.3) |

*p = 0.001 versus nabumetone.
‡p < 0.02 versus nabumetone.
NSAID = nonsteroidal antiinflammatory drug.

Confidential - Subject To Protective Order

MRK-NJ0232084

which she received misoprostol, during the first 3 days of flurbiprofen therapy. On day 4, she was hospitalized because of a verbal description of melena; a hemoglobin decrease from 11.2 g/dL to 6.9 g/dL was detected.

HOSPITALIZATIONS: Seven (0.2%) nabumetone-treated patients were hospitalized for medical conditions considered at least possibly related to treatment, other than peptic ulcers or bleeds. The reasons for hospitalization were as follows: bowel spasms; petechial rash, nausea, vomiting, dehydration, and acute renal failure (probably secondary to volume depletion); gastroenteritis (probably viral); rash and blisters (probably poison ivy); acute gastroenteritis, labyrinthitis, and syncope (probably viral); hives with tightening in the throat; and edema, rash, congestive heart failure, and vaginal infection. In comparison, two (0.9%) ibuprofen-treated patients were hospitalized, one for severe vomiting and the other for left ramus pelvic fracture following a fall. One (0.3%) piroxicam-treated patient was hospitalized for diverticulosis and possibly drug-related abdominal pain and one (0.3%) diclofenac-treated patient was hospitalized for bilateral pneumonitis with pleural effusion.

## Degree of GI Distress

At baseline, the mean degree of GI distress was in the mild range (1.7–1.9, based on a 10-cm VAS).

For all patients treated, the percent change from baseline in GI distress was 14% with both nabumetone and ibuprofen, 39% with diclofenac, 24% with naproxen, and 22% with piroxicam. There was no statistically significant difference among treatment groups because both nabumetone and ibuprofen caused only modest increases in the degree of GI distress. However, when ibuprofen-treated patients were not included in the analysis, nabumetone (14%) caused significantly (p = 0.04) less GI distress than when the diclofenac (39%), naproxen (24%), and piroxicam (22%) groups were averaged.

## Laboratory Assessment

HEMOGLOBIN: Significantly fewer nabumetone-treated patients experienced a hemoglobin decrease $\geq 1.5$ g/dL than patients treated with diclofenac or ibuprofen (2.3%, 4.4%, and 5.4%, respectively; p <0.04; Figure 2). A trend was also demonstrated (p = 0.055) with piroxicam (4.3%) versus nabumetone.

LIVER TRANSAMINASE TESTS: There were essentially no changes in the mean serum glutamic oxalacetic transaminase (SGOT) or serum glutamic pyruvate transaminase (SGPT) levels following therapy with any NSAID except diclofenac. Significantly (p <0.04) more diclofenac-treated patients (1.1%) had on-therapy elevations two to three times the upper limit of normal in SGOT than nabumetone-



Figure 2. Percentage of patients with a hemoglobin decrease of ≥1.5 g/dL.

*p<0.04 versus nabumetone.
**p= 0.055 versus nabumetone.

Confidential - Subject To Protective Order

MRK N.I0232085

treated patients (0.2%; Figure 3). In addition, significantly (p <0.01) more patients taking diclofenac (4%) had elevated SGPT levels than patients in any other treatment group (nabumetone, 0.7%; naproxen, 0.4%; ibuprofen, 0%; piroxicam, 0.4%; Figure 3). In diclofenac-treated patients with OA, the mean SGOT level increased 4.8 μg/L and SGPT increased 9.8 μg/L. Similar results were seen in diclofenac-treated RA patients (mean increases in SGOT and SGPT were 3 and 7.7 μg/L, respectively).

Of the 543 nabumetone-treated patients who received methotrexate, 14 (2.6%) had an elevation of SGPT to greater than twice the upper limit of normal. Similarly, 20 (2.1%) of 966 RA patients treated with nabumetone, but not methotrexate, experienced increased SGPT levels. Clinical conclusions cannot be made for RA patients who received methotrexate concomitantly with one of the comparator NSAIDs, because of the small sample sizes.

RENAL FUNCTION: There were no clinically significant changes in serum creatinine or blood urea nitrogen (BUN) in any of the treatment groups. Azotemia (BUN >30 mg/dL at baseline and increased, or BUN normal at baseline and increased) occurred in 0.9% of nabumetone-treated, 1.8% of diclofenac-treated, 0.4% of naproxen-treated, 1.5% of ibuprofen-treated, and 1.6% of piroxicam-treated patients. Serum creatinine increased to >2 mg/dL in 0–0.5% of all patients treated. In patients with hypertension, as well as hypertensive patients receiving a diuretic, there was essentially no change in mean serum creatinine or BUN levels with any of the NSAIDs.

## Withdrawals for Adverse Events

A similar percentage of patients from each treatment group withdrew for adverse events related or probably related to treatment (nabumetone, 10.7%; diclofenac, 10.1%; naproxen, 11.5%; ibuprofen, 8.1%; piroxicam, 9.1%; Table V). Adverse GI events were the most frequent cause for withdrawal. However, the only significant differences in the incidence of withdrawal were for clinically diagnosed gastritis and abnormal hepatic function. For both of these adverse events, diclofenac caused significantly (p <0.04) more patients to withdraw than nabumetone (Table V).

Linear dose–response relationships were demonstrated for naproxen and ibuprofen for withdrawals due to abdominal pain (naproxen: 500 mg/day, 1.9%; 1,000–1,500 mg/day, 3.5–4%; ibuprofen: 1,200 mg/day, 1%; 1,600–2,000 mg/day, 1.9%, and ≥2,400 mg/day, 2.7%). In addition, naproxen exhibited a dose–response relationship for withdrawal due to nausea (500 mg/day, 1.5%; 1,000 mg/day, 2.1%; and 1,500 mg/day, 4%). Ibuprofen, 1,200 mg/day, caused 1% of patients to withdraw because of nausea. With 1,600–2,000 mg/day of ibuprofen, 5.8% withdrew, but no patient treated with at least 2,400 mg/day withdrew because of nausea.



Figure 3. Percentage of patients with on-therapy elevations in SGOT or SGPT two and three times the upper limit of normal (normal: SGOT, 0–50 μg/L for nonelderly and 0–65 μg/L for elderly; SGPT, 0–55 μg/L). SGOT = serum glutamic oxalacetic transaminase; SGPT = serum glutamic pyruvate transaminase.

Confidential - Subject To Protective Order

MRK-NJ0232086

TABLE V

Adverse Events Related or Probably Related to Therapy Leading to Withdrawal of ≥1% of Patients in Any Treatment Group

| Adverse Event Leading to Withdrawal | Percentage of Patients | | | | |
|---|---|---|---|---|---|
| | Nabumetone (n = 3,315) | Diclofenac (n = 296) | Naproxen (n = 279) | Ibuprofen (n = 235) | Piroxicam (n = 286) |
| Abdominal pain | 2.1 | 2.7 | 4.3 | 2.6 | 2.1 |
| Abnormal hepatic function | 0.1 | 1.7* | 0 | 0 | 0.4 |
| Diarrhea | 2.7 | 1.7 | 1.4 | 0.9 | 1.1 |
| Dizziness | 0.4 | 1.0 | 0.4 | 0.9 | 0.4 |
| Dyspepsia | 1.8 | 1.4 | 1.8 | 2.1 | 2.8 |
| Edema | 0.6 | 0.3 | 1.1 | 0 | 0.7 |
| Flatulence | 0.6 | 0.3 | 0.4 | 0.4 | 1.4 |
| Gastritis | 0.2 | 1.0† | 0 | 0 | 0.4 |
| Headache | 1.1 | 1.0 | 1.1 | 0.9 | 0.4 |
| Nausea | 1.5 | 2.0 | 2.9 | 2.1 | 2.1 |
| Rash | 0.7 | 1.4 | 0.7 | 0.4 | 0.7 |
| Any event | 10.7 | 10.1 | 11.5 | 8.1 | 9.1 |

*p < 0.001 versus nabumetone.
†p < 0.04 versus nabumetone.

## CONCLUSION

Although the incidences of patients who report at least one adverse event are similar for all five NSAIDs, there were differences in the incidences of specific adverse events. Nabumetone-treated patients reported significantly less abdominal pain and/or clinical symptoms of gastritis than did diclofenac-treated patients. This finding is similar to the results of a double-blind study of nabumetone (1,000 mg/day) and sustained-release diclofenac (100 mg/day), where significantly fewer patients reported abdominal pain with nabumetone than diclofenac (3 vs 11%; p <0.02) [9].

In this study, dyspepsia was reported by significantly fewer patients treated with nabumetone than naproxen. This is also similar to the findings of a double-blind study where patients treated with naproxen reported twice as much dyspepsia as those treated with nabumetone (13 vs 6%) [14]. Finally, in this study significantly more nabumetone-treated patients reported diarrhea than did patients treated with naproxen, ibuprofen, or piroxicam, but not diclofenac. In the present study of 3,315 patients treated for 12 weeks, similar incidences of diarrhea (7%) and withdrawal because of diarrhea (2.7%) were found as in previously reported double-blind clinical trials of nabumetone in 930 patients (diarrhea, 7.4%; withdrawal because of diarrhea, 1.2%) [8].

One (0.03%) nabumetone-treated patient developed an ulcer during this 12-week study versus six (0.5%) patients treated with one of the comparator NSAIDs (p = 0.001). This compares favorably with previously published data on the ulcer incidence associated with nabumetone. In double-blind clinical trials in the United States lasting 6 weeks to 6 months, only 1 (0.1%) of 930 nabumetone-treated patients developed an ulcer [16]. Furthermore, in open-label studies that lasted up to 8 years, 16 (0.95%) of 1,677 patients treated with nabumetone developed ulcers [16]. In addition to the infrequent ulcer occurrence in this study, a decrease in hemoglobin ≥1.5 g/dL occurred in fewer nabumetone-treated patients (2.3%) than in patients treated with diclofenac (4.4%), naproxen (5.4%), or piroxicam (4.3%).

Although not common, renal function alterations are serious potential adverse events associated with NSAIDs. In this study, no clinically significant changes in renal function occurred with nabumetone or any other treatment, even in hypertensive patients receiving diuretic therapy. Similarly, Aronoff [17] reported that <1% of patients treated in short-term, double-blind or in long-term (up to 8 years), open-label studies with nabumetone experienced clinically significant adverse renal events.

In conclusion, nabumetone was demonstrated to be as safe as diclofenac, piroxicam, ibuprofen, and naproxen. However, nabumetone may be preferred in some patients because of the lower incidence of abdominal pain, dyspepsia, gastritis, GI distress, ulcers, and clinically meaningful decreases in hemoglobin. Furthermore, it is evident that the dose of nabumetone can be increased as needed to control symptoms without a concordant increase in the incidence of adverse events.

Confidential - Subject To Protective Order

MRK-NJ0232087

## REFERENCES

1. Greb WH, von Schrader HW, Cerlek S, Dominis M, Hauptmann E, Zenic N. Endoscopic studies of nabumetone in patients with rheumatoid arthritis: a comparative endoscopic and histologic evaluation. Am J Med 1987; 83 (Suppl 4B): 19–24.

2. Roth SH. Endoscopy-controlled study of the safety of nabumetone compared with naproxen in arthritis therapy. Am J Med 1987; 83 (Suppl 4B): 25–30.

3. Lussier A, LeBel E. Radiochromium (chromium-51) evaluation of gastrointestinal blood loss associated with placebo, aspirin, and nabumetone. Am J Med 1987; 83 (Suppl 4B): 15–8.

4. Lussier A, Davis A, Lussier Y, Eng P, LeBel E. Comparative gastrointestinal loss associated with placebo, aspirin, and nabumetone as assessed by radiochromium ($^{51}$Cr). J Clin Pharmacol 1989; 29: 225–9.

5. Appelrouth DJ, Baim S, Chang RW, et al. Comparison of the safety and efficacy of nabumetone and aspirin in the treatment of osteoarthritis in adults. Am J Med 1987; 83 (Suppl 4B): 60–4.

6. Bernhard GC. Worldwide safety experience with nabumetone. J Rheumatol 1992; 19 (Suppl 36): 48–57.

7. Bernhard GC, Appelrouth DJ, Bankhurst AD, et al. Long-term treatment of rheumatoid arthritis comparing nabumetone with aspirin. Am J Med 1987; 83 (Suppl 4B): 44–9.

8. Fleischmann RM. Clinical efficacy and safety of nabumetone in rheumatoid arthritis and osteoarthritis. J Rheumatol 1992; 19 (Suppl 36): 32–40.

9. Laws D, Saul S, Fehily B. A microcomputer-assisted study of nabumetone and slow-release diclofenac in osteoarthritis. Drugs 1990; 40 (Suppl 5): 29–33.

10. Pisko EJ, Bockow BI, Box P, et al. Six-month multicenter study comparing nabumetone with naproxen in the treatment of osteoarthritis. Am J Med 1987; 83 (Suppl 4B): 86–91.

11. Shadforth MF, Crook PR. Study comparing nabumetone and ibuprofen in osteoarthritis of the knee. In: Panayi GS, Price JD, Rotman H, editors. Nabumetone: a novel anti-inflammatory, vol. 69. London: Royal Society of Medicine International Congress and Symposium Series, 1985: 133–8.

12. Vasey FB, Germain BF, Espinoza LR, et al. Controlled evaluation of nabumetone in the treatment of active adult rheumatoid arthritis: nabumetone versus naproxen, a double-blind parallel study. Am J Med 1987; 83 (Suppl 4B): 55–9.

13. Carle WK, Wade AG, Kill DC, Poland M. Nabumetone compared with indomethacin in the treatment of osteoarthritis in general practice. J Rheumatol 1992; 19 (Suppl 36): 58–62.

14. Emery P, Clarke A, Williams P, et al. Nabumetone compared with naproxen in the treatment of rheumatoid arthritis: a multicenter, double-blind, randomized, parallel-group trial in hospital outpatients. J Rheumatol 1992; 19 (Suppl 36): 41–7.

15. Lister BJ, Poland M, DeLapp RE. Efficacy of nabumetone versus diclofenac, naproxen, ibuprofen, and piroxicam in osteoarthritis and rheumatoid arthritis. Am J Med 1993; 95 (Suppl 2A): 2–9.

16. Roth SH. Upper gastrointestinal safety with nabumetone. J Rheumatol 1992; 19 (Suppl 36): 74–9.

17. Aronoff GR. Therapeutic implications associated with renal studies of nabumetone. J Rheumatol 1992; 19 (Suppl 36): 25–31.

Confidential · Subject To Protective Order

MRK-NJ0232088

15 August 1995                     Volume 123                              Number 4

# Annals of Internal Medicine

# Misoprostol Reduces Serious Gastrointestinal Complications in Patients with Rheumatoid Arthritis Receiving Nonsteroidal Anti-Inflammatory Drugs

A Randomized, Double-Blind, Placebo-Controlled Trial

Fred E. Silverstein, MD; David Y. Graham, MD; John R. Senior, MD; Helen Wyn Davies, MBBS, MRCP; Barbara J. Struthers, PhD; Richard M. Bittman, PhD; and G. Steven Geis, PhD, MD

■ *Objective:* To investigate whether concurrent administration of misoprostol reduces the occurrence of serious upper gastrointestinal complications, such as perforation, gastric outlet obstruction, or bleeding, in patients with rheumatoid arthritis who are receiving nonsteroidal anti-inflammatory drugs (NSAIDs).

■ *Design:* 6-month randomized, double-blind, placebo-controlled trial.

■ *Setting:* 664 clinical practices of family medicine, internal medicine, or rheumatology in the United States and Canada.

■ *Patients:* 8843 men and women (mean age, 68 years) receiving continuous therapy with any of 10 specified NSAIDs for control of symptoms of rheumatoid arthritis. Patients were enrolled between July 1991 and August 1993.

■ *Intervention:* Patients were randomly assigned to receive 200 μg of misoprostol or placebo four times a day.

■ *Measurements:* Development of serious upper gastrointestinal complications detected by clinical symptoms or findings (not by scheduled endoscopy).

■ *Results:* Serious upper gastrointestinal complications were reduced by 40% (odds ratio, 0.598 [95% CI, 0.364 to 0.982; *P* = 0.049]) among patients receiving misoprostol (25 of 4404 patients) compared with those receiving placebo (42 of 4439 patients). During the first month, more patients receiving misoprostol (20%) than placebo (15%) withdrew from the study, primarily because of diarrhea and related problems (*P* < 0.001). Risk factors for serious upper gastrointestinal complications were increasing age, history of peptic ulcer or bleeding, and cardiovascular disease. Patients with all four risk factors would have a 9% risk for a major complication in 6 months.

■ *Conclusions:* In older patients with rheumatoid arthritis, misoprostol reduced serious NSAID-induced upper gastrointestinal complications by 40% compared with placebo.

*Ann Intern Med.* 1995;123:241-249.

For author affiliations and current author addresses, see end of text.

Approximately 14 million patients in the United States regularly take nonsteroidal anti-inflammatory drugs (NSAIDs) for various types of arthritis (1) for relief of pain, stiffness, and other symptoms. However, these benefits are obtained at a price. Use of NSAIDs is associated with various gastrointestinal side effects. Minor side effects such as nausea, dyspepsia, anorexia, abdominal pain, flatulence, and diarrhea may affect 10% to 60% of patients (2). Symptomatic ulcers and potentially life-threatening ulcer complications such as upper gastrointestinal bleeding, perforation, and gastric outlet obstruction are reported in 2% to 4% of patients who take NSAIDs for a year (3). The chance of hospitalization or death from a gastrointestinal adverse event is 1.3% to 1.6% per year in patients with rheumatoid arthritis (4). These infrequent but potentially serious gastrointestinal side effects of NSAIDs have become a major health care problem because of the many patients at risk (5).

General physicians and rheumatologists caring for patients with symptoms of chronic arthritis may be reluctant to abandon using NSAIDs, which help most of these patients, in order to protect the few who may develop serious complications from use of these drugs. On the other hand, gastroenterologists see fewer patients for arthritis but many with serious gastrointestinal complications. Life-threatening events such as perforation or serious hemorrhage from NSAID-induced ulcers, which often develop with little or no warning (6), are a real problem because of the many patients at risk.

Various agents have been used in attempts to reduce the incidence of NSAID-induced gastrointestinal lesions. In one endoscopic study, cimetidine at a dose of 300 mg four times a day showed no benefit in healing NSAID-related lesions compared with placebo, and 400 mg at bedtime provided no benefit in preventing these lesions compared with placebo (7). Antacids (magnesium-aluminum hydroxide, 10 to 20 mL as needed to a dose as high as 60 mL daily) and sucralfate have recently been re-

See editorial comment on pp 309–310.

© 1995 American College of Physicians     241

Confidential - Subject To Protective Order

MRK-NJ0232089

ported to reduce dyspeptic symptoms in arthritic patients receiving NSAIDs in whom gastropathic lesions (but not ulcers) were shown endoscopically (8, 9). The surface-active antiulcer drug sucralfate was ineffective in preventing ulcers in persons receiving NSAIDs (10, 11), and the histamine–2–receptor antagonist ranitidine did not prevent gastric ulcers but did reduce the frequency of duodenal ulcers (12, 13). Results of preliminary studies indicate that the effects of omeprazole parallel those of ranitidine (14). A recent study (15) in achlorhydric patients showed that NSAID-induced ulcers develop in the absence of gastric acid. In contrast, several clinical trials have shown that the incidence of endoscopically visible erosions and ulcers associated with NSAID use can be reduced by cotherapy with the synthetic prostaglandin misoprostol (16–19). However, it was not proved that preventing endoscopic lesions would prevent clinically serious complications of NSAID-induced gastrointestinal ulcers (20).

Our objective was to determine whether concurrent therapy with misoprostol reduces the incidence of serious upper gastrointestinal complications in older patients with chronic rheumatoid arthritis who are taking NSAIDs. Because most patients taking NSAIDs do not routinely have endoscopy, we investigated the incidence of these complications during clinical care as actually practiced. A second goal was to better define which patients were at increased risk for development of serious NSAID-induced upper gastrointestinal complications.

## Methods

### Patients

Ambulatory patients at least 52 years of age who had chronic rheumatoid arthritis, defined by American College of Rheumatology criteria (21), and who were expected to be taking 1 of 10 specified NSAIDs at predefined minimum doses for 6 months were sought from practices of family medicine, internal medicine, or rheumatology. Of these practices, 661 in the United States and 3 in Canada enrolled at least one patient between July 1991 and August 1993. For all patients, a medical history was elicited, a physical examination was done, and a modified Health Assessment Questionnaire that included eight items on activities of daily living was administered (22). Patients were excluded if they had had active peptic ulcer disease within 30 days of study enrollment; were taking or expected to need antiulcer medication (histamine-2 blockers, sucralfate, omeprazole) or any experimental medication during the study; had the Zollinger-Ellison syndrome, pyloric or duodenal obstruction, previous gastric resection or vagotomy, gastroesophageal reflux disease, varices, or cirrhosis; had a history of inflammatory bowel disease, upper gastrointestinal tract malignancies, hepatitis, alcoholism, or bleeding diathesis; were estimated to have a life expectancy of less than 8 months or had do-not-resuscitate status; were women of child-bearing potential; or could not tolerate misoprostol or any prostaglandin. The following were the minimum NSAID doses (mg/d) allowed: aspirin, 2000; diclofenac, 100; flurbiprofen, 200; ibuprofen, 1200; indomethacin, 75; ketoprofen, 150; naproxen, 750; piroxicam, 20; sulindac, 200; or tolmetin, 1200. Patients were allowed to receive more than one NSAID.

### Intervention

Eligible patients were randomly assigned to receive either misoprostol or placebo in the form of 200-µg tablets from coded bottles supplied by the manufacturer. Patients were randomly assigned in blocks of four, so that in each block, half the patients would receive misoprostol and half would receive placebo. Because blocks were assigned to investigators, patients were randomly assigned within the individual centers. Investigators were

not informed about the randomization procedure but were told only that the study was randomized and double-blind. Patients were instructed to begin taking half a tablet with meals and at bedtime each day for 10 days and then, if the drug was tolerated, to increase the dose to a whole tablet four times a day for the rest of the study. If the drug was not tolerated, the patients were instructed to reduce the dose back to half a tablet four times a day. Patients could continue therapy with arthritis disease–modifying agents (such as gold or corticosteroids) and were allowed to take antacids that did not contain magnesium. Patients purchased their own arthritis medications or antacids and reported their consumption when seen monthly for examination and counts of study medication tablets. Physicians were instructed to watch closely for clinical signs of gastrointestinal bleeding or other possible gastrointestinal complications, to inquire about symptoms, and to investigate suspicious episodes by appropriate clinical procedures.

### Outcome Measures

All suspicious events, regardless of presumed cause, were to be reported, along with all available patient data, to the study medical officer (HWD) and then to an external review committee. This committee consisted of a gastroenterologist (FS), a rheumatologist (Kenneth Brandt, MD, Indiana University), and an epidemiologist (Marie Griffin, MD, MPH, Vanderbilt University). The committee determined, without unblinding the randomization code, whether the patient had upper gastrointestinal bleeding; other ulcer complications; or a problem such as hemorrhoids, diverticulitis, colon polyps, or cancer. It developed definitions of what were considered to be complications related to NSAID use and categories of such complications. The committee reached consensus and assigned such events to one of the following categories of definite upper gastrointestinal complications:

1. perforated ulcer, proved at surgery;
2. gastric outlet obstruction caused by proven ulceration and stricture, proved by endoscopy;
3. hematemesis, with endoscopically proven gastric or duodenal ulceration or erosion;
4. active or recent visualized bleeding from endoscopically proven ulceration or erosion;
5. melena, with endoscopically proven ulceration or erosion;
6. heme-positive stool, with endoscopically proven ulceration or erosion, plus either a) a decrease in hematocrit of at least 0.05 or b) orthostatic change in the pulse rate (from sitting to standing) of at least 20 beats per minute or decrease in systolic blood pressure of at least 20 mm Hg and a decrease in diastolic blood pressure of 10 mm Hg;
7. hematemesis, without endoscopically proven ulceration or erosion; and
8. melena, with heme-positive stool and without endoscopically proven ulceration or erosion.

The committee also defined categories of events not involving clinically significant bleeding:

9. report of melena with no other data;
10. heme-positive stools, with endoscopically proven ulceration or erosion and without active bleeding; and
11. report of melena and heme-negative stools when the stools were tested.

### Sample Size Calculation and Statistical Methods

The placebo group was expected to have an incidence of serious NSAID-induced upper gastrointestinal complications of about 2% per year or about 1% during the 6-month study period. We estimated that the misoprostol group might have 40% to 50% fewer complications and that 60% to 70% of patients would complete the study. Given an α less than 0.05 and power greater than 0.80, we planned in the protocol to assess the number of such complications observed, without unblinding the study, after 7500 patients had been followed. We did this to confirm the incidence assumptions and adjust the study size if necessary. We used the Fisher exact test to compare occurrence of events in the treatment groups. To identify risk factors, we evaluated the relation between the occurrence of serious upper gastrointestinal complications and patient characteristics using

Confidential - Subject To Protective Order

MRK-NJ0232090

logistic regression. Supplementary time-to-event analyses were done using the log-rank test and Kaplan-Meier curves.

The study was supported by a grant from G.D. Searle & Co. Data collection and statistical analyses were done by the Quintiles Transnational Corporation.

## Results

After 2 years of study conduct, the review committee identified 67 "definite" upper gastrointestinal complications, as defined in categories 1 to 8, from 242 suspected events reported among 8843 patients enrolled. The combined event incidence was 0.76% in 6 months, or about 1.5% per year. Because these numbers were deemed sufficient for a statistically significant result if the prestudy assumptions were correct, we discontinued study enrollment. Of the 8843 patients randomly assigned, 4439 had been allocated to placebo and 4404 to misoprostol. Analysis of the prestudy characteristics of the two randomized groups showed that they were similar in all of the variables assessed (Table 1).

Within the first month of treatment, withdrawal because of diarrhea, abdominal pain, or flatulence was greater ($P < 0.001$) in the misoprostol group (20%) than in the placebo group (15%), but other problems were not. Similar numbers of patients in both groups withdrew from the study after the first month. Overall, 39% of the patients withdrew prematurely; significantly more patients in the misoprostol group (42%) than in the placebo group (36%) withdrew. This difference was attributable to the diarrheal symptoms associated with misoprostol use (Table 2). The increased incidence of these symptoms in some of the patients was consistent with previous experience. Analysis of the prestudy characteristics of patients who withdrew prematurely showed no clear predictive factors, but more patients (19%) in the subset who withdrew because of adverse side effects had a history of peptic ulcer when compared those who completed the trial (13%). The characteristics and risk factors of patients who withdrew from the trial and of patients who completed the study did not otherwise significantly differ between the two study groups or from those of all enrolled patients.

For the 242 suspicious gastrointestinal problems reported by the investigators, the external review committee identified 49 patients with problems in categories 1 to 6 (serious ulcer complications), 18 more with problems in categories 7 and 8 (bleeding, but no ulcer or erosion found or proved), and another 28 with problems in categories 9 to 11 (possible previous but not active bleeding). The committee excluded 147 patients who had alternative causes for the events, primarily various types of lower gastrointestinal bleeding (Table 3).

Patients receiving placebo had more serious ulcer complications confirmed by surgery, endoscopy, or radiographic evidence (events in categories 1 to 6): 16 of 4404 patients receiving misoprostol compared with 33 of 4439 patients receiving placebo (odds ratio, 0.487 [95% CI, 0.268 to 0.886; $P = 0.021$]), a reduction of 51% (Table 4). The number of perforated ulcers and gastric outlet obstructions (events in categories 1 and 2) was reduced 10-fold: 1 of 4404 misoprostol recipients compared with 10 of 4439 placebo recipients (odds ratio, 0.101 [CI, 0.013 to 0.787; $P = 0.012$]). One patient receiving misoprostol had a perforated duodenal ulcer; of the 7 perforations among patients receiving placebo, 4 were prepyloric, 2 were duodenal, and 1 was not specified in the surgical report. Five of the patients with perforations (1 in the misoprostol group and 4 in the placebo group) had no history of ulcers. The time-to-event analysis for events in categories 1 to 6 (Figure 1) showed an advantage for misoprostol ($P = 0.031$).

When we considered all patients with definite upper gastrointestinal complications (those in categories 1 to 8), 25 of 4404 patients in the misoprostol group had events compared with 42 of 4439 patients in the placebo group. This represented a 40% reduction with misoprostol (odds ratio, 0.598 [CI, 0.364 to 0.982; $P = 0.049$]); time-to-event analysis showed a supporting trend ($P = 0.077$). If the less certain bleeding events or probable gastrointestinal complications (those in categories 9 to 11) are included with the complications in categories 1 to 8, 95 events occurred—34 in the 4404 misoprostol recipients and 61 in the 4439 placebo recipients. The number of complications was thus reduced by 44% (odds ratio, 0.558 [CI, 0.366 to 0.851; $P = 0.007$]). Time-to-event analysis showed a difference in favor of misoprostol for complications in categories 1 to 11 ($P = 0.016$).

We also did analyses to determine the incidences of proven gastroduodenal ulcers. The data were from the 147 patients with gastrointestinal problems but not definite or probable events, those with events in category 10, and those with events in categories 1 to 6. Thirty-seven of these patients had symptomatic but uncomplicated gastroduodenal ulcers (Table 3): 11 patients in the misoprostol group and 26 in the placebo group. Among patients with events in category 10, ulcers were found in 6 of 8 patients receiving placebo and in the single patient receiving misoprostol. When this finding is considered together with the finding that 49 patients had serious ulcer complications in categories 1 to 6, 93 patients with ulcers were found: 28 receiving misoprostol and 65 receiving placebo (odds ratio, 0.431 [CI, 0.276 to 0.672; $P < 0.001$]). Thus, the number of symptomatic ulcers, whether complicated or uncomplicated, was reduced by 57%.

Eighteen patients with bleeding did not have endoscopic or radiographic confirmation of an ulcer or erosion (categories 7 and 8), either because the patient did not consent to the procedure (8 patients) or because no lesion was seen when the procedure was done (10 patients). The incidence of these category 7 and 8 events did not differ between treatment groups. If the minor and less certain bleeding events, those in categories 9 to 11, are considered, there was no statistically significant difference between treatment groups. When all the defined bleeding events are considered, including 38 patients with events in categories 3 to 6 (ulcers), 18 with events in categories 7 and 8 (no ulcer), and 28 with events in categories 9 to 11 (possible previous but not active bleeding), the events occurred in 33 patients receiving misoprostol and in 51 receiving placebo. This 35% reduction in the incidence of bleeding in patients receiving misoprostol was not statistically significant (odds ratio, 0.650 [CI, 0.418 to 1.009; $P = 0.062$]). Clearly, the reduction in ulcer incidence in this group was more pronounced than the reduction in bleeding events.

Prestudy characteristics of the 67 patients with definite

Confidential - Subject To Protective Order

MRK-NJ0232091

Table 1. Patient Characteristics and Medications*

| Variable | All Patients | Misoprostol Group | Placebo Group | P Value† |
|---|---|---|---|---|
| Enrolled (intention-to-treat), n | 8843 | 4404 | 4439 | |
| Age (years), n | | | | |
|   <52 | 12 | 6 | 6 | |
|   52–59 | 696 | 349 | 347 | |
|   60–64 | 2314 | 1192 | 1222 | |
|   65–69 | 2485 | 1231 | 1254 | >0.20 |
|   70–74 | 1813 | 929 | 884 | |
|   ≥75 | 1419 | 695 | 724 | |
|   Not stated | 4 | 2 | 2 | |
|   Mean ± SD | 67.6 ± 7.0 | 67.6 ± 6.9 | 67.6 ± 7.0 | >0.20‡ |
| Sex, n(%) | | | | |
|   Male | 2570 (29.1) | 1271 (28.9) | 1299 (29.3) | |
|   Female | 6266 (70.9) | 3130 (71.1) | 3136 (70.6) | >0.20 |
|   Not stated | 7 (0.1) | 3 (0.1) | 4 (0.1) | |
| Race, n(%) | | | | |
|   White | 7420 (83.9) | 3707 (84.2) | 3713 (83.6) | |
|   Black | 849 (9.6) | 407 (9.2) | 442 (10.0) | |
|   Hispanic | 433 (4.9) | 225 (5.1) | 208 (4.7) | >0.20 |
|   Asian | 94 (1.1) | 38 (0.8) | 56 (1.3) | |
|   Other | 41 (0.5) | 24 (0.5) | 17 (0.4) | |
|   Not stated | 6 (0.1) | 3 (0.1) | 3 (0.1) | |
| History of gastrointestinal bleeding, n(%) | | | | |
|   Stated | 573 (6.5) | 292 (6.6) | 281 (6.3) | >0.20 |
|   Not stated | 38 (0.4) | 21 (0.5) | 17 (0.4) | |
| History of peptic ulcer, n(%) | | | | |
|   Stated | 1281 (14.5) | 643 (14.6) | 638 (14.4) | >0.20 |
|   Not stated | 9 (0.1) | 2 (0.0) | 7 (0.2) | |
| Modified Health Assessment Questionnaire score | | | | |
|   0 | 2342 (26.5) | 1140 (25.9) | 1202 (27.1) | |
|   0.125–1.0 | 5396 (61.0) | 2719 (61.7) | 2677 (60.3) | |
|   1.125–2.0 | 1013 (11.5) | 497 (11.3) | 516 (11.6) | >0.20 |
|   2.125–3.0 | 68 (0.8) | 36 (0.8) | 32 (0.7) | |
|   Not stated | 24 (0.3) | 12 (0.3) | 12 (0.3) | |
| Mean ± SD duration of rheumatoid arthritis (range), y | 12.9 ± 10.9 (1 to 73) | 13.1 ± 11.1 (1 to 70) | 12.7 ± 10.6 (1 to 73) | 0.075‡ |
| Concomitant use of corticosteroids, n(%) | | | | |
|   Stated | 3758 (42.5) | 1887 (42.8) | 1871 (42.1) | >0.20 |
|   Not stated | 12 (0.1) | 8 (0.2) | 4 (0.1) | |
| Minimum NSAID dose, n(%) | | | | |
|   Naproxen, 750 mg/d | 2002 | 988 (22.4) | 1014 (22.8) | >0.20 |
|   Diclofenac, 100 mg/d | 1728 | 834 (18.9) | 894 (20.1) | 0.15 |
|   Ibuprofen, 1200 mg/d | 1018 | 504 (11.4) | 514 (11.6) | >0.20 |
|   Piroxicam, 20 mg/d | 937 | 473 (10.7) | 464 (10.5) | >0.20 |
|   Flurbiprofen, 200 mg/d | 752 | 367 (8.3) | 385 (8.7) | >0.20 |
|   Sulindac, 200 mg/d | 620 | 309 (7.0) | 311 (7.0) | >0.20 |
|   Aspirin, 2000 mg/d | 632 | 335 (7.6) | 297 (6.7) | 0.09 |
|   Ketoprofen, 150 mg/d | 277 | 146 (3.3) | 131 (3.0) | >0.20 |
|   Indomethacin, 75 mg/d | 231 | 116 (2.6) | 115 (2.6) | >0.20 |
|   Tolmetin, 1200 mg/d | 221 | 112 (2.5) | 109 (2.5) | >0.20 |
|   More than one NSAID | 135 | 75 (1.7) | 60 (1.4) | 0.19§ |
|   Lower doses‖ | 107 | 52 (1.2) | 55 (1.2) | >0.20§ |
|   None of above NSAIDs‖ | 91 | 45 (1.0) | 46 (1.0) | >0.20§ |
|   No NSAID at all‖ | 80 | 40 (0.9) | 40 (0.9) | >0.20§ |
|   Not stated‖ | 12 | 8 (0.2) | 4 (0.1) | >0.20§ |
| Concomitant use of antacids, n(%) | | | | |
|   Stated | 1935 | 979 (22.2) | 956 (21.5) | >0.20 |
|   Not stated‖ | 12 | 8 (0.2) | 4 (0.1) | |
| Misoprostol dose, n(%) | | | | |
|   800 μg/d | | 2974 (67.5) | 3542 (79.8) | <0.001 |
|   400 μg/d | | 1230 (27.9) | 690 (15.5) | |
|   Not stated‖ | | 200 (4.5) | 207 (4.7) | |

* NSAID = nonsteroidal anti-inflammatory drug.
† Unless otherwise stated, comparisons were made by chi-square analysis.
‡ Student t-test.
§ Fisher exact test.
‖ Protocol violation.

gastrointestinal complications (those in categories 1 to 8) showed that patients with the complications were somewhat older than all patients in the study group (mean age of misoprostol recipients, 73 years; mean age of placebo recipients, 71 years), were more likely to have a history of previous peptic ulcer (24% of misoprostol recipients; 43% of placebo recipients), and were more likely to have a history of gastrointestinal bleeding (16% of misoprostol

Confidential - Subject To Protective Order

MRK-NJ0232092

Table 2. Reasons for Premature Withdrawal from the Study

| Variable | All Patients | Misoprostol Group | Placebo Group | P Value* |
|---|---|---|---|---|
| | | n | | |
| Total enrolled | 8843 | 4404 | 4439 | |
| Not eligible by criteria | 272 | 127 | 145 | >0.20 |
| Protocol violation | 1056 | 498 | 558 | 0.07 |
| Adverse events† | 2106 | 1210 | 896 | <0.001 |
| Diarrhea | 623 | 438 | 185 | <0.001 |
| Abdominal pain | 498 | 284 | 214 | <0.001 |
| Dyspepsia | 384 | 202 | 182 | >0.20 |
| Nausea | 358 | 192 | 166 | 0.14 |
| Flatulence | 304 | 183 | 121 | <0.001 |
| Vomiting | 112 | 51 | 61 | >0.20 |
| Constipation | 60 | 23 | 37 | 0.09‡ |
| Died during study | 30 | 14 | 16 | >0.20‡ |
| Lost to follow-up | 4 | 2 | 2 | >0.20‡ |
| Total withdrawn | 3468 (39.2%) | 1851 (42.0%) | 1617 (36.4%) | <0.001 |

* Unless otherwise stated, comparisons were made by chi-square analysis.
† Some patients had more than one type of adverse event causing withdrawal.
‡ Fisher exact test.

recipients; 26% of placebo recipients). However, the racial distribution of these 67 patients was similar to that of all study patients entered (Table 1). These findings suggested that age, history of gastrointestinal bleeding, and history of peptic ulcer are possible risk factors.

Analysis of 18 potential risk factors by logistic regression showed that an age of 75 years or older, history of peptic ulcer, history of gastrointestinal bleeding, and history of cardiovascular disease were all significant indicators of increased risk (Table 5). Other possible risk factors, including corticosteroid use, arthritis disability score, and sex, were not significantly correlated with the occurrence of serious upper gastrointestinal complications. Even after adjustment for all four significant risk factors, misoprostol was found to have significantly reduced the incidence of serious upper gastrointestinal complications ($P = 0.043$). No statistically significant interactions were found between treatment and these four risk factors ($P > 0.20$). When combinations of these risk factors are con-

sidered, the logistic regression model predicts that in 6 months, patients with none of the four factors would have a risk for having one of the defined gastrointestinal complications of only 0.4%; patients with any single factor, a risk of about 1%; and patients with all four factors, a risk of 9%. When age 75 years or older, history of peptic ulcer disease, and history of gastrointestinal bleeding are considered as factors, the risk is 5.3%. When a history of cardiovascular disease and any two of the other three risk factors are considered, the chance of a serious upper gastrointestinal complication occurring within 6 months while patients were receiving NSAIDs would vary from 3.8% to 4.3%. In addition to age dichotomized at 75 years, age was significant when entered as a continuous variable ($P < 0.001$) and as a dichotomous variable with a cut point of 65 ($P = 0.04$). Because 16% of the patients were 75 years of age or older, this cut point was chosen as the primary one.

Among the 67 patients with definite upper gastrointes-

Table 3. Reported Gastrointestinal Complications of Use of Nonsteroidal Anti-inflammatory Drugs

| Variable | All Patients* | Misoprostol Group | Placebo Group |
|---|---|---|---|
| | | n | |
| Gastrointestinal events reported | 242 | 102 | 140 |
| Not meeting definitions of complication | 147 | 68 | 79 |
| Diverticulitis | 21 | 10 | 11 |
| Hemorrhoids or rectal disorder† | 29 | 15 | 14 |
| Colonic polyps, colitis, carcinoma, bowel infarction | 11 | 6 | 5 |
| Esophagitis or esophageal ulcer | 7 | 4 | 3 |
| Gastritis or duodenitis | 14 | 7 | 7 |
| Uncomplicated gastric ulcer‡ | 18 | 5 | 7 |
| Uncomplicated duodenal ulcer‡ | 21 | 7 | 13 |
| Other events§ | 2 | 2 | 0 |
| Undetermined | 29 | 12 | 17 |
| Possible previous but not active bleeding (categories 9 to 11) | 28 | 9 | 19 |
| Bleeding but no ulcer or erosion shown (categories 7 and 8)‖ | 18 | 9 | 9 |
| Ulcer bleeding (categories 3 to 6) | 38 | 15 | 23 |
| Perforation or obstruction (categories 1 and 2) | 11 | 1 | 10 |

* Determined and classified before the randomization code was broken.
† Rectal disorders included anal lesion, rectal polyp, and perianal disease.
‡ One misoprostol recipient and one placebo recipient each had both a gastric ulcer and a duodenal ulcer.
§ Other events include bleeding secondary to ovarian cyst and bleeding secondary to coumadin administration.
‖ Some patients refused endoscopy or other study.

Confidential - Subject To Protective Order

MRK-NJ0232093

**Table 4. Definite and Probable Gastrointestinal Events**

| Category of Events | All Patients | Misoprostol Group | Placebo Group | Odds Ratio (95% CI)* | P Value† |
|---|---|---|---|---|---|
| | | *n* | | | |
| **Definite Events** | | | | | |
| 1. Perforated ulcer | 8 | 1 | 7 | | |
| 2. Gastric outlet obstruction | 3 | 0 | 3 | | |
| Subtotal (1 and 2) | 11 | 1 | 10 | 0.101 (0.013 to 0.787) | 0.012 |
| 3. Hematemesis, with ulcer or erosion | 9 | 4 | 5 | | |
| 4. Active bleeding, with ulcer or erosion | 11 | 5 | 6 | | |
| 5. Melena, with ulcer or erosion | 11 | 2 | 9 | | |
| 6. Heme-positive, with ulcer or erosion | 7 | 4 | 3 | | |
| Subtotal (3 to 6) | 38 | 15 | 23 | 0.656 (0.342 to 1.259) | >0.20 |
| Serious ulcer complications (1 to 6) | 49 | 16 | 33 | 0.487 (0.268 to 0.886) | 0.021 |
| 7. Hematemesis, no proved lesion | 8 | 4 | 4 | | |
| 8. Melena or heme-positive stool, no proved lesion | 10 | 5 | 5 | | |
| Subtotal (7 and 8) | 18 | 9 | 9 | 1.008 (0.400 to 2.542) | >0.20 |
| Serious upper gastrointestinal complications (1 to 8) | 67 | 25 | 42 | 0.598 (0.364 to 0.982) | 0.049 |
| **Probable Events** | | | | | |
| 9. Melena, no other data | 18 | 8 | 10 | | |
| 10. Heme-positive stool, with lesion and no bleeding | 9 | 1 | 8 | | |
| 11. Melena, heme-negative stool | 1 | 0 | 1 | | |
| Subtotal (9 to 11) | 28 | 9 | 19 | 0.476 (0.215 to 1.054) | 0.087 |
| Total complications (1 to 11) | 95 | 34 | 61 | 0.558 (0.366 to 0.851) | 0.007 |

* Risk reduction fraction is approximately 1 minus the odds ratio.
† For each grouping of categories (1 and 2, 3 to 6, 1 to 6, and so forth), the Fisher exact test was used to compare the proportion of misoprostol recipients in the grouping out of the total number enrolled with the corresponding proportion of placebo recipients.

tinal complications, the numbers of patients taking each of the NSAIDs and either misoprostol or placebo were too small to show statistically significant differences. However, they did show similar distributions in the two study groups: 14 complications with naproxen (21%; 6 of 25 patients receiving misoprostol and 8 of 42 receiving placebo), 9 with diclofenac (13%; 3 patients receiving misoprostol and 6 receiving placebo), 6 with piroxicam (9%; 3 patients receiving misoprostol and 3 receiving placebo), 4 with ibuprofen (6%; 1 patient receiving misoprostol and 3 receiving placebo), 3 with flurbiprofen (4.5%; 2 patients

receiving misoprostol and 1 receiving placebo), 3 with sulindac (4.5%; 1 patient receiving misoprostol and 2 receiving placebo), 3 with aspirin (4.5%; 3 patients receiving placebo), 1 with indomethacin (1.5%; 1 patient receiving placebo), 2 with tolmetin (3%; 2 patients receiving misoprostol), and none with ketoprofen. Two patients were taking more than one NSAID (3%; 2 patients receiving placebo), and another 2 were taking less than the minimum stated dose (3%; 1 patient receiving misoprostol and 1 receiving placebo). The use of NSAIDs was not reported for 18 patients (27%; 6 patients receiving misoprostol and 12 receiving placebo). The mean doses reportedly taken of each of the 10 NSAIDs were similar in the two study groups and exceeded the minimum doses specified.

Thirty-eight patients died during the study; 8 died within 60 days of their last dose of study medication. The numbers of patients who died in the two groups did not significantly differ (17 of 4404 patients receiving misoprostol and 21 of 4439 patients receiving placebo). Three patients who died (1 receiving misoprostol and 2 receiving placebo) had definite gastrointestinal events; however, only 1 died as a direct result of the event. This patient was an 85-year-old woman in the placebo group who had a bleeding duodenal ulcer and died of massive exsanguination.

## Discussion

Our study is the first randomized, double-blind, placebo-controlled trial using routine clinical criteria to determine the incidence of serious, NSAID-induced upper gastrointestinal complications in arthritic patients, as detected under ordinary clinical practice conditions without routine



**Figure 1. Kaplan-Meier curves for gastrointestinal (GI) events in categories 1 to 6 for the misoprostol and placebo groups.** The difference between the curves is significant. The numbers below the horizontal axis are the numbers of patients in the two groups remaining in the study at the times shown. * = the number of patients in each group remaining in the study at 170 days.

Confidential - Subject To Protective Order

MRK-NJ0232094

Table 5. Risk Factors and Treatment Factor

| Variable | All Patients | Patients with Events 1 to 8 | Odds Ratio (95% CI) | P Value* |
|---|---|---|---|---|
| | | n(%) | | |
| Risk factor | | | | |
| Age ≥75 years | 1419 (16.0) | 23 (34.3) | 2.48 (1.48 to 4.14) | <0.001 |
| History of peptic ulcer | 1281 (14.5) | 24 (35.8) | 2.29 (1.28 to 4.12) | 0.006 |
| History of gastrointestinal bleeding | 573 (6.5) | 15 (22.4) | 2.56 (1.30 to 5.03) | 0.007 |
| History of heart disease | 4831 (54.6) | 48 (71.6) | 1.84 (1.07 to 3.15) | 0.027 |
| Treatment factor | | | | |
| Misoprostol treatment† | 4404 (49.8) | 25 (37.3) | 0.60 (0.36 to 0.98) | 0.043 |

* From final multiple logistic regression model, including the four factors and treatment.
† Statistically significant, even after adjustment for the four risk factors.

endoscopy. The study included mostly elderly patients; more women than men; and a group of chronically ill patients, many of whom were receiving multiple medications and who often had many symptoms and problems. The risk of the enrolled patients was higher than the average risk of the total population of patients with arthritis receiving NSAIDs. This higher risk is attributable to the study patients' greater mean age and to the fact that their underlying disease was more likely to be treated with corticosteroids, gold, or other disease-modifying agents, all of which have their own attendant side effects. However, patients with potentially confounding concurrent diseases were excluded from the study; such patients might have an even higher risk than the selected sample.

The incidence of clinically apparent complications was considerably lower than the incidence of mucosal ulcers or erosions previously reported in serial endoscopic studies of patients taking NSAIDs. This suggests that the practice of waiting for symptoms to appear failed to identify some lesions not producing symptoms or other findings. However, although the relevance of endoscopically proven lesions that do not have clinical manifestations has been questioned (23), serious NSAID-induced ulcer complications may not be preceded by signs or symptoms (2, 6, 24, 25). It is of interest that the 40% to 50% reductions in the various sets of serious clinical gastrointestinal complications observed in the patients receiving misoprostol in our study are similar to the 47% reduction in endoscopically proven gastric or duodenal ulcers in patients with rheumatoid arthritis or osteoarthritis taking diclofenac who received misoprostol or placebo for 6 months in a similarly designed study (16). The reduction in complications is also similar to the 57% reduction in ulcers seen in our study. Although the incidence of endoscopically visible lesions in patients taking NSAIDs is much greater than the incidence of clinically apparent gastrointestinal complications seen in our study, the relative reductions of incidence associated with misoprostol treatment were similar.

The finding that a history of cardiovascular disease is a significant risk factor, in addition to increasing age and history of peptic ulcer or history of gastrointestinal bleeding, confirms and extends the results of previous smaller studies (26–28) and analyses (29, 30). The elderly, especially those with heart disease, do not tolerate the stresses of the gastrointestinal complications of ulcer bleeding, perforation, or obstruction, even if they survive the acute gastrointestinal event. Because there was no statistically

significant interaction between treatment and the four risk factors, the 40% reduction in definite gastrointestinal complications caused by misoprostol is maintained in patients with any of the four risk factors or combination of risk factors. Our study did not address the possibly confounding problem of infection with *Helicobacter pylori*, although it has recently been reported (31) that *H. pylori* does not increase risk for ulcers in arthritic patients receiving NSAIDs. It has previously been noted that NSAID-induced injury to the gastroduodenal mucosa does not increase susceptibility to *H. pylori* infection (32); that NSAID-associated gastric ulcers do not require *H. pylori* infection for their development (33), and that in patients with rheumatoid arthritis but no gastrointestinal symptoms while taking NSAIDs for at least 6 months, mucosal injury is not related to *H. pylori* infection (34).

Our study involved patients with rheumatoid arthritis, and the results cannot necessarily be extrapolated to the larger population of patients with osteoarthritis who are receiving long-term NSAID treatment. Some investigators have found that risks are similar in both types of arthritis (35, 36); others have inferred that risks are similar by considering together patients with rheumatoid arthritis and osteoarthritis in studies on NSAID-induced ulcer risks (24, 28). It has also been stated that patients with rheumatoid arthritis had more ulcers than those with osteoarthritis (37). Reduction by misoprostol of the incidence of NSAID-induced, endoscopically visualized gastroduodenal ulcers or erosions has been shown in patients with either rheumatoid arthritis or osteoarthritis (11, 17, 18) and in healthy volunteers (19). There is no clear proof that the type of arthritis leading to NSAID use affects the risk for gastrointestinal complications (38). In the long-term follow-up of patients with rheumatoid arthritis, however, NSAID-induced mortality plays a relatively minor role in the overall reduction of life expectancy (39).

We observed that misoprostol more clearly reduces the risk for NSAID-induced ulceration than it reduces the risk for gastrointestinal bleeding, especially in patients in whom no ulcer is shown. What caused this difference? It has been shown that aspirin-induced melena or hematemesis of unknown cause was less clearly dose-related than gastroduodenal ulceration (40) and that aspirin can significantly reduce serum thromboxane $B_2$ levels at much lower doses than that needed for inhibition of gastric prostaglandin production and acute mucosal injury (41). It is unknown whether these findings may be true for the other NSAIDs.

Confidential - Subject To Protective Order

MRK-NJ0232095

35. Caruso I, Bianchi Porro G. Gastroscopic evaluation of anti-inflammatory agents. Br J Med. 1980;280:75-8.

36. Farah D, Sturrock RD, Russell RL. Peptic ulcer in rheumatoid arthritis. Ann Rheum Dis. 1988;47:478-80.

37. Silvoso GR, Ivey KJ, Butt JH, Lockard OO, Holt SD, Sisk C, et al. Incidence of gastric lesions in patients with rheumatic disease on chronic aspirin therapy. Ann Intern Med. 1979;91:517-20.

38. Langman MJ. Epidemiologic evidence on the association between peptic ulceration and antiinflammatory drug use. Gastroenterology. 1989;96(2 pt 2 Suppl):640-6.

39. Spector TD, Scott DL. What happens to patients with rheumatoid arthritis? The long-term outcome of treatment. Clin Rheumatol. 1988; 7:315-30.

40. Shorrock CJ, Langman MJS, Warlow C. Risks of upper GI bleeding during TIA prophylaxis with aspirin [Abstract]. Gastroenterology. 1992;102:A165.

41. Lee M, Cryer B, Feldman M. Drug effects of aspirin on gastric prostaglandins and stomach mucosal injury. Ann Intern Med. 1994; 120:184-9.

42. Hillman AL, Bloom BS. Economic effects of prophylactic use of misoprostol to prevent gastric ulcer in patients taking nonsteroidal antiinflammatory drugs. Arch Intern Med. 1989;149:2061-5.

43. Knill-Jones R, Drummond M, Kohli H, Davies L. Economic evaluation of gastric ulcer prophylaxis in patients with arthritis receiving non-steroidal anti-inflammatory drugs. Postgrad Med J. 1990;66:639-46.

44. Gabriel SE, Jaakkimainen RL, Bombardier C. The cost-effectiveness of misoprostol for nonsteroidal antiinflammatory drug-associated adverse gastrointestinal events. Arthritis Rheum. 1993;36:447-59.

45. Lichtenstein DR, Syngal S, Wolfe MM. Nonsteroidal antiinflammatory drugs and the gastrointestinal tract. The double-edged sword. Arthritis Rheum. 1995;38:5-18.

---

Physicians, after all, were practical men, often, indeed, men of business who seldom hesitated to offer their reputations in the market-place in return for a handsome understanding. Open a Boston newspaper and one could see the most eminent men, the very President of Amherst College, Professor Hitchcock, endorse Ayers Cherry Pectoral, professing himself to be "satisfied that is an admirable compound for the relief of laryngial and bronchial difficulties," or Boston's most famous surgeon, Henry Jacob Bigelow, recommend Dr. Egipsier's patent Irrigator or Self-Acting Enema Fountain.

Simon Schama
*Dead Certainties (Unwarranted Speculations)*
New York, Knopf, 1991

Submitted by:
James J. Castles, MD
University of California, Davis, School of Medicine
Davis, CA 95616

Submissions from readers are welcomed. If the quotation is published, the sender's name will be acknowledged. Please include a complete citation, as done for any reference.—*The Editors*

Confidential - Subject To Protective Order

MRK-NJ0232096