# EXHIBIT 27

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97



### PATIENT CONSENT FORM

#### INTRODUCTORY STATEMENT

The following information will describe the study and your role as a participant. The investigator will answer any questions you may have about this form or about the study. Please read this form carefully and ask anything about the information provided.

#### STUDY TITLE

A Multicenter, Randomized, Parallel Group, Active- and Placebo-Controlled, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Determine the Incidence of Gastroduodenal Ulceration After 12 Weeks of Treatment With MK-0966, Ibuprofen, or Placebo With a 12-Week Continuation Period

#### PURPOSE OF THE STUDY

Osteoarthritis is a degenerative joint disease accompanied by pain and stiffness. Nonsteroidal anti-inflammatory drugs (NSAIDs), such as ibuprofen, are often used for pain relief. However, some toxicity, particularly to the gastrointestinal tract, has been associated with currently used NSAIDs.

MK-0966 is an investigational drug which is being tested for the relief of pain and for the treatment of arthritis and inflammatory diseases. An investigational drug is one which has not been approved by the U.S. Food and Drug Administration (FDA).

The purpose of this study is to determine the safety and tolerability of MK-0966 compared to ibuprofen and placebo (inactive substance) when administered to patients with osteoarthritis.

#### PRIOR EXPERIENCE

MK-0966 has been tested in 438 individuals in either single or multiple doses between 5 and 1000 mg. Multiple doses have been administered to 88 subjects who received MK-0966 25 to 375 mg once daily for 6 to 18 days, and arthritis patients who were treated with MK-0966 25 to 250 mg once daily for 10 to 42 days.

#### EXCLUSIONS

You are not permitted to enter this study if you:
- have not been diagnosed with osteoarthritis
- are less than 50 years of age
- are pregnant. If you are a woman of childbearing potential, you must agree to remain abstinent, use oral contraceptives, or use double barrier contraception (e.g. partner uses condom and you use diaphragm, contraceptive sponge, or IUD) beginning 1 week prior to the preliminary screening visit and continuing at least 14 days after the follow-up visit or discontinuation visit.

CNST_US.DOC                                                                                      Page 1 of 7

MRK-ABS0187245

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97

- are mentally or legally incapacitated
- are unable to give informed consent
- participated in another investigational drug study within 4 weeks of entering this study.
- have any of the following medical conditions/needs:
    - bleeding tendency or requirement for anticoagulant therapy
    - unstable heart, kidney, or liver disease or uncontrolled diabetes
    - a gastric, esophageal, and/or duodenal ulcer present at initial endoscopy or an endoscopically evident pyloric obstruction or erosive esophagitis
    - a positive result for fecal occult blood screening test at baseline
    - history of neoplastic disease (cancer). Strict exceptions are outlined by the study plan; you may ask the investigator about these.
    - history of inflammatory bowel disease.
    - history of esophageal or gastric surgery, except simple closure of a perforation greater than 3 months prior to beginning the study.
    - history of active cerebrovascular disease (stroke or transient ischemic attack/TIA) within the previous 2 years.
    - history of renal compromise as measured by serum creatinine and/or estimated creatinine clearance.
- have allergy or hypersensitivity to acetaminophen (paracetamol), ibuprofen, aspirin, or other NSAIDs.
- have had any other serious complication of NSAID therapy associated with the use of ibuprofen.
- are currently a user (including "recreational use") of any illicit drugs or have a history (within the last 5 years) of alcohol or drug abuse.
- have used any of the following medications within 1 month of entering:
    - regular doses of "low-dose"aspirin (325 mg or less, daily or every other day)
    - intravenous, intramuscular, or oral corticosteroids
    - warfarin or other anticoagulants
    - ticlopidine
- have previously been exposed to MK-0966 in a clinical study.

There may be other reasons why you cannot participate in the study which will be discussed with you by the investigator or his/her staff.

**PROCEDURES TO BE FOLLOWED**

You will be one of approximately 660 osteoarthritis patients at approximately 25 sites taking part in this research study. Approximately 28 patients will be participating at this site. Your own participation in this study will last about 4½-6½ months, during which you will receive either MK-0966 25 mg once per day, MK-0966 50 mg once per day, ibuprofen 800 mg three times per day, or placebo daily for 16-24 weeks. Neither you nor the research study staff will be aware of the identity of the study medication you receive during the study. However, this information is available if needed.

Prior to starting treatment, the investigator and his/her staff will determine your eligibility to participate based on your medical history and results of several tests, including a physical exam, electrocardiogram, stool Hemoccult, and blood and urine tests. These tests will be performed at a prestudy visit to the clinic. You will have to fast for at least 8 hours preceding this visit.

MRK-ABS0187246

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97

At the conclusion of your prestudy visit, you will be provided with acetaminophen and an antacid (Gelusil®). The acetaminophen tablets may be taken as needed, up to 8 tablets per day, to relieve arthritis pain. The antacid is to be used only if needed to relieve minor upper gastrointestinal discomfort. You should take no other antacids throughout the study. The study staff will review the use of these medications with you.

You will receive an identification card which states that you are a participant in an investigational drug study, and lists emergency telephone contact numbers.

You will return to the clinic 12 to 16 days later. If all other eligibility requirements are satisfied, you will provide additional blood and urine samples for your baseline measurement. The investigator will perform an endoscopy to examine your esophagus and stomach, and will biopsy (take tiny samples from) the lining of the stomach. One biopsy will be taken for urease testing and three additional biopsies will be taken for histologic evaluation. You will be given appropriate anesthetic and/or sedative to ease potential discomfort from this procedure.

If the investigator determines that you are eligible to proceed, you will receive blister cards containing study medication: MK-0966 25 mg, MK-0966 50 mg, ibuprofen 2400 mg (3 x 800 mg), or placebo. Therefore you have a 25% chance of receiving placebo as your study medication. Each blister card contains a one-week supply of study medication. You will have to take 5 tablets by mouth with water each day. You will be instructed by the study staff on the proper way to take the study medication.

You will be asked to visit the clinic again at 3, 6, 9, 12, and 16 weeks after the baseline visit (5 visits). You will have to fast for 8 hours prior to each scheduled visit. At each of these visits, you will undergo a physical examination, and you will have blood drawn and provide a urine sample. Women of childbearing potential will provide urine for pregnancy testing at each visit. At the Week 6 and Week 12 visits, you will undergo endoscopy again; biopsies are not required for the study at these visits.

At Week 16, 95% of patients in the placebo group and 5% of patients in the other treatment groups will be discontinued from the study in blinded fashion. Neither you nor the research study staff will be told which patients will be discontinued until the Week 16 visit. Therefore at the Week 16 visit, your participation in the study may be ended. In this case you will need to visit the clinic only once more at Week 18 for a follow-up visit for your safety. If your participation is ended, you will not be told which medication you were receiving at that time.

If you are assigned to continue in the study beyond Week 16, you will be asked to visit the clinic again at 20 and 24 weeks after the baseline visit. At each of these visits, you will undergo a physical examination, and you will have blood drawn and provide a urine sample. Women of childbearing potential will provide urine for pregnancy testing at each visit. At the Week 24 visit, you will undergo endoscopy again; biopsies are not required for the study at this visit.

Supplies of study medication will be provided at each visit to carry you to the next visit. If your participation in the study is ended at the Week 16 visit, you will stop taking study medication at the end of Week 16. If your participation continues beyond the Week 16 visit, you will stop taking study medication at the end of Week 24.

MRK-ABS0187247

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97

In addition to the cards of study medication, you will receive supplies of acetaminophen and antacid at each visit. As outlined above, these are to be taken on an as needed basis only. The study staff will instruct you as to the proper use of these medications. For each visit, you will be required to bring your used and unused supplies of study medication, acetaminophen, and antacid. The study staff will count amounts of medications remaining.

If your participation in the study continues through to the Week 24 visit, you will be asked to return for a follow-up visit at Week 26 for your safety. This is the last scheduled visit.

## DISCOMFORTS AND RISKS

Certain side effects and discomforts have been associated with the drugs you may take in this study. Side effects from ibuprofen may include nausea, vomiting, epigastric pain, abdominal cramps or pain, abdominal distress, heartburn, indigestion, diarrhea, constipation, excess gas, bloating, edema, fluid retention, dizziness, ringing in the ears, rash, itching, headache, nervousness, and decreased appetite. Gastrointestinal ulcer, gastrointestinal bleeding, gastrointestinal perforation, blurred and/or diminished vision, scotomata, changes in color vision, liver effects, kidney problems, effects on hemoglobin levels, aseptic meningitis, inhibition of platelet aggregation, and serious allergic reactions which could be life threatening have occurred with ibuprofen.

Side effects from acetaminophen are uncommon and may include rash, hypersensitivity reactions, nausea, vomiting, blood dyscrasias (neutropenia, pancytopenia, leukopenia), anemia, analgesic nephropathy, and nephrotoxicity with chronic overdose. Side effects from Gelusil® may include constipation, chalky taste, stomach/abdominal cramps, fecal impaction, nausea, vomiting, discoloration of feces, hypotension, diarrhea, hypermagnesemia, muscle weakness and respiratory depression. Other side effects from NSAIDS (i.e., ibuprofen), acetaminophen, and Gelusil® have been reported. The investigator or his/her staff will discuss these with you.

Side effects which have been noted in patients or subjects receiving MK-0966 include heartburn, loose stools, abdominal pain or discomfort, nausea, vomiting, drowsiness, mouth ulcers, headache, peripheral fluid retention, dizziness, dry throat, shortness of breath, transient ischemic attack, GI bleeding, elevated liver function tests, and hypertension. There may also be side effects and discomforts which are not yet known. Because the possible side effects to a fetus or embryo are not yet known, women of childbearing potential in this study will be required to practice adequate birth control during the study and will be tested regularly for pregnancy. This is discussed above under EXCLUSIONS. The investigator or his/her staff will discuss adequate birth control with women of childbearing potential.

During the study, there is also a chance you will receive placebo, which contains no active medication.

During this study, you will undergo a procedure called endoscopy so that the investigator can examine your upper gastrointestinal tract. This procedure occasionally involves some discomfort or complications. Some patients experience a mild sore throat after endoscopy. Complications might include perforation and/or bleeding of the esophagus, stomach, or intestine that could require surgery. Aspiration (inhaling of fluid or stomach contents into the lungs) is also a rare complication. When a biopsy (sample tiny piece of the stomach lining) is drawn during endoscopy, significant bleeding from the biopsy site may occur.

MRK-ABS0187248

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97

The anesthetic spray used prior to endoscopy can rarely cause an allergic reaction or irritation to the mouth or throat. Likewise, an allergic reaction may occur from the sedative. Severe allergic reactions could be life-threatening. Since the sedative given prior to endoscopy may cause drowsiness, lack of coordination or decreased reaction time during the immediate recovery period, you should exercise special caution when driving or using machinery after this procedure. You may want to have alternate plans in place for your travel home after the endoscopy procedure.

There may be minimal pain and/or bruising at the site where blood is drawn.

### ALTERNATIVES

If you decide not to participate in this study, there are alternative treatments for osteoarthritis. These treatments include standard over-the-counter oral medications such as aspirin or acetaminophen products. Your doctor may also prescribe other pain relieving medications available as prescription products. You do not need to participate in this study to receive relief for your pain due to arthritis.

### BENEFIT TO PARTICIPANTS

Although this study is not intended to evaluate the efficacy of MK-0966 in the treatment of osteoarthritis, you may receive therapeutic or direct health benefits from participation in this study, such as reduction in the pain associated with osteoarthritis. Society as a whole may also benefit from the information obtained based on your response to the study medication. It is possible, however, that no therapeutic or other direct health benefits may result during or following completion of this study.

### PAYMENT FOR PARTICIPATION IN STUDY

You will be paid for participation in this study as follows. Patients will receive compensation for transportation and parking in the amount of ($____) for each office visit they attend and ($____) for each endoscopy they undergo. Therefore, patients who complete this study through the Week 26 visit will receive compensation in the amount of ($____) (10 office visits and 4 endoscopies). Patients whose participation is ended by the sponsor at Week 16 and who return for the Week 18 follow-up visit will receive ($____). All other patients who do not complete this study will receive compensation on a pro rata basis (compensation only for those office visits they attend and the endoscopies they undergo).

### COMPENSATION FOR INJURY

If you suffer any adverse drug experience resulting directly from the Merck study drug, Merck & Co., Inc. will provide reimbursement for the reasonable costs of medical treatment to the extent such costs are not covered by your medical or hospital insurance or by third-party or governmental programs providing such coverage. No other form of compensation is available.

MRK-ABS0187249

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97

## CONFIDENTIALITY

Unless required by law, only the investigator, the sponsor, Merck & Co., Inc., and government regulatory agencies will have access to confidential data which identifies you by name. You will not be identified in any reports or publications resulting from the study.

## NEW FINDINGS

You will be told of any significant new findings developed during the course of this study which may relate to your willingness to continue your participation.

## PARTIES TO CONTACT

If you have additional questions during the course of this study about the research or your rights as a research subject, you may address them to _____ at _____.

In the event that you experience a research-related injury or if any other problems arise, please contact:   Investigator_____
            Address_____
            _____
            Telephone_____.

Do not sign this form unless you have had the opportunity to ask questions and have received satisfactory answers to all your questions.

## VOLUNTARY PARTICIPATION

Your participation in this study is voluntary. You may refuse to participate or may discontinue participation at any time during the entire duration of the study without penalty or loss of benefits to which you are otherwise entitled. If you end your participation, you may receive a standard medication and no prejudice will be shown toward you for medical care or participation in future research studies. In addition, your participation may be ended by the sponsor or the investigator without regard to your consent if you need additional medication, violate the study plan, experience a study-related injury, or for administrative reasons. Any time your participation is ended you will be asked to go through the termination procedures--physical exam, blood and urine tests, etc.--for your own safety.

*If your participation ends prior to the planned completion of your participation in the study, the study doctor will contact you by telephone up to two times during the remainder of the study period. This will be a brief contact to update the doctor regarding a few specific health questions related to the study.*

MRK-ABS0187250

MK-0966 Protocol 045 - U.S. sites
Version date: 30Apr97
Previous Version: 21Feb97
**CONSENT**

I have read and understand this consent form. My questions have been answered. I voluntarily consent to participate. I will be provided a copy of the signed consent form.

_____     _____
(signature of volunteer)                        (date)

_____     _____
(signature of witness)                          (date)

_____     _____
(signature of investigator)                     (date)

CNST_US.DOC                                                                  Page 7 of 7

MRK-ABS0187251