UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, ex rel.<br>JAMES D. CALDWELL,<br>ATTORNEY GENERAL<br>　　　　　　Plaintiff<br><br>versus<br><br>MERCK SHARP & DOHME CORP.<br><br>Case No. 05-3700 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

**DECLARATION OF JENNIFER GROSS IN SUPPORT OF
PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE EXPERT
TESTIMONY, OR IN THE ALTERNATIVE, TO EXCLUDE**

I, Jennifer Gross, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the List of Materials Reviewed served with the expert report of Clement Eiswirth, M.D., dated December 7, 2009.

3. Attached hereto as Exhibit 2 is a true and correct copy of the List of Materials Reviewed by Clement Eiswirth, M.D., served on Plaintiff on January 21, 2010.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Clement Eiswirth, M.D.

860482.1

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcription of the January 22, 2010 deposition of Clement Eiswirth, M.D.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of the transcription of the January 11, 2010 deposition of John D. Abramson, M.D.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Expert Report of John D. Abramson, M.D.

8. Attached hereto as Exhibit 7 is a true and correct copy of the List of Materials Reviewed by John D. Abramson, M.D.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the transcription of the January 13, 2010 deposition of Neil Julie, M.D.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of Neil Julie, M.D.

11. Attached hereto as Exhibit 10 is a true and correct copy of the List of Materials Reviewed by Neil Julie, M.D.

12. Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the transcription of the January 15, 2010 deposition of David Y. Graham, M.D.

13. Attached hereto as Exhibit 12 is a true and correct copy of the Expert Report of David Graham, M.D.

14. Attached hereto as Exhibit 13 is a true and correct copy of excerpts of the transcription of the January 21, 2010 deposition of David A. Kessler, M.D.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Expert Report of David A. Kessler, M.D

I declare under penalty of perjury that the foregoing is true and correct.

860482.1

Dated: March 9, 2010            s/Jennifer Gross
                                               Jennifer Gross
                                               Lieff, Cabraser, Heimann & Bernstein, LLP
                                               250 Hudson Street, 8th Floor
                                               New York, New York  10013-1413
                                               Telephone:  (212) 355-9500
                                               Facsimile:  (212) 355-9592