# EXHIBIT 3

**Report of Clement C. Eiswirth, Jr., MD**

My name is Clement C. Eiswirth Jr. and I am a medical doctor currently licensed to practice medicine in the State of Louisiana.  I am certified in Internal Medicine and Cardiovascular Disease.  Presently, I am a partner in Cardiovascular Specialists Inc. and have practiced cardiology since 1986.  My residency was performed at Ochsner Clinic from 1980 to 1983. I achieved Board Certification on 9/14/83 by the American Board of Internal medicine while I was continuing my studies at Ochsner as a cardiology fellow.  I completed my fellowship there in 1985 and was certified by the American Board of Internal Medicine in Cardiovascular disease on 11/20/85.  I continued my fellowship in medical research and congestive heart failure and cardiac transplantation at the University of Utah in Salt Lake City, Utah from 1985 to 1986.  After my fellowship I returned to Ochsner Foundation Hospital as a member of the staff in the Department of Cardiology.  I served as the first medical director for the cardiac transplant and congestive heart failure program and founded the Cardiovascular Advanced Therapy Clinic. In addition to my heart failure and transplant duties, I performed all phases of general cardiology including invasive and noninvasive cardiology procedures. I elected to leave Ochsner and have been in practice at East Jefferson General Hospital since June 1, 1988.

I also served as the interim medical director of the Tulane University School of Medicine cardiac transplant program while continuing in private practice in 2004-2005.  I currently serve as the co-medical director of the program and am an assistant professor of clinical

cardiology at Tulane. For additional information, please see the attached curriculum vitae.

In the course of my practice, I deal with the evaluation and management of patients with cardiovascular disease. Some of these patients are asymptomatic and seek advice regarding their cardiovascular risk profile, or undergo evaluation for the possibility of cardiovascular disease. Other patients are highly symptomatic and at various stages in the atherosclerotic disease process. I am intimately familiar with the disease process of atherosclerosis and the relative role of various risk factors associated with the development and progression of this disease as well as its treatment including risk factor modification. Further, my practice involves the treatment of patients on Medicaid assistance in the State of Louisiana, and I am familiar with the Medicaid prescription drug program in the State of Louisiana.

The literature and materials I have reviewed and relied upon in forming my opinions for this report is attached. In addition to the literature and data reviewed for the specific purpose of preparing this report, I have also relied upon my education, training and experience as a cardiologist when forming the opinions expressed.

## I.   ATHEROSCLEROSIS

Atherosclerosis is the leading cause of death in the United States. It results in coronary artery disease, cerebrovascular disease, and peripheral vascular disease and plays a predominant role in the development of aneurysms. This disease is manifested by lipid

deposition within the blood vessel, accompanied by infiltration of inflammatory cells, platelets and fibrous tissue. Atherosclerosis is a very complex process that over years leads to progressive narrowing of blood vessels. Many risk factors contribute to the development and growth of these lesions. The accepted major risk factors associated with atherosclerosis include smoking, elevation of the low-density cholesterol, reduced high-density cholesterol, diabetes mellitus, hypertension, gender, advancing age and family history. Other factors include obesity, poor physical activity, elevation of the triglycerides, the density of the low-density lipoprotein molecules, apolipoproteins, lipoprotein-A, homocysteine levels, fibrinogen levels, high sensitivity C-reactive protein, genetic factors, chronic inflammatory diseases, etc.

Coronary artery disease reigns as the major cause of morbidity and mortality in the United States. It is estimated that 5.4 million Americans develop coronary artery disease each year with 1.2 million myocardial infarctions and 550,000 deaths each year attributed to this entity. Despite these high numbers, there has clearly been a decline in the death rate over the past 25 years due to improvements in medical technology and treatments of cardiovascular risk factors.

## II.   VIOXX AND SELECTIVE AND NON-SELECTIVE COX-2 INHIBITORS

**Phase IIb/III Clinical Trial Data**

A review by Reicin of 5435 patients, mean age 63 years, enrolled in eight Phase IIB/III trials of patients with osteoarthritis treated for a median of 3.5 months was published in

3

2002. These trials were the basis for the regulatory approval in the United States. The authors looked at individual event outcome, thrombotic outcomes, as well as the anti-platelet trialist collaboration (APTC) outcomes, a commonly accepted measure when looking at whether a drug affects thrombosis.

In the trials comparing Vioxx to other non-steroidal anti-inflammatory drugs, 0.27% of the Vioxx users had myocardial infarctions compared to 0.26% of the NSAID users. In the trials comparing Vioxx to placebo, 0.13% of the Vioxx users had myocardial infarctions compared to 0.28% of those taking placebo. For thrombotic cardiovascular events, the rate was 1.93 per 100 patient years in the Vioxx group versus 2.27 per 100 patient years in the combined non-steroidal anti-inflammatory drug group. Thrombotic cardiovascular events occurred in 2.71 per 100 patient years in the Vioxx group versus 2.57 per 100 patient years in the placebo group. In the trials comparing Vioxx to other non-steroidal anti-inflammatory drugs the APTC end-point occurred at a rate of 0.96 per 100 patient years in the Vioxx group versus 1.42 per 100 patient years in the combined non-steroidal anti-inflammatory drug group. In trials comparing Vioxx to placebo, the APTC end-point occurred at a rate of 1.36 per 100 patient years in the Vioxx group versus 1.93 per 100 patient years on placebo. The 8.2% of patients who met the criteria for aspirin prophylaxis but did not receive this treatment accounted for 30% of the observed thrombotic cardiovascular events. In the trials comparing Vioxx to other non-steroidal anti-inflammatory drugs in this subgroup, the event rate per 100 patient years was 8.27 in the Vioxx group and 12.47 in the combined non-steroidal anti-inflammatory group. In the trials comparing Vioxx to placebo in this subgroup, the event rate in the

4

Vioxx group was 7.99 versus 9.92 in the placebo group. Thus there was no difference in cardiovascular thrombotic risks between Vioxx and non-selective NSAIDs or placebo.

**VIGOR**

The VIGOR study was published in 2000. The purpose of this study was to perform a large gastrointestinal safety outcome trial studying rheumatoid arthritis patients treated with naproxen 500 mg twice daily versus Vioxx 50 mg daily. The supratherapeutic dose of Vioxx was chosen in an attempt to better determine its safety profile for adverse GI events. Patients in this trial were at least 50 years of age and had a history of rheumatoid arthritis, or at least 40 years of age and on chronic prednisone therapy for rheumatoid arthritis. The trial was powered to detect a difference in GI events between the two treatment groups. An independent committee assessed cardiovascular events for a future meta-analysis. There were 8,076 patients randomized, with 4,029 prescribed naproxen, and 4,047 prescribed Vioxx. Median follow-up was 9 months and 99% of the patients took the treatment for at least 75% of the study days. While reviewing this data one must remember that people with rheumatoid arthritis are at increased risk of having a cardiovascular event and that patients who should have received aspirin for prophylaxis against thrombotic cardiovascular events were supposed to have been excluded from the trial.

A 54% reduction in GI events in fact was observed in the Vioxx group. In VIGOR, the mortality rate was 0.5% in the Vioxx group and 0.4% in the naproxen group, death from cardiovascular disease was 0.2% in both groups and ischemic cerebrovascular events

were 0.2% in both groups.  There was a difference in the risk of non-fatal myocardial infarction, with 20 occurring in the Vioxx group and 4 in the naproxen group (RR=0.2). It is interesting to note that 4% of the total patients enrolled in this trial met the criteria for aspirin prophylaxis and therefore were supposed to have been excluded from the trial. These 4% of patients accounted for 38% of patients suffering myocardial infarctions.

Looking at the VIGOR trial in isolation, since there was no placebo arm, there were three possible explanations for its cardiovascular results: first, chance; second, an aspirin-like protective effect of naproxen; third, a prothrombotic effect of Vioxx (or possibly some combination of these factors).  These potential mechanisms were widely debated by the medical community following the VIGOR publication.

I will briefly review the mechanism of platelet inhibition to assist interested parties attempting to analyze these possibilities.

Non-steroidal anti-inflammatory drugs (NSAIDs) act by inhibiting the enzyme cyclo-oxygenase (COX), which catalyzes arachadonic acid to prostaglandin-H2.  Cyclo-oxygenase-1 produces prostaglandins responsible for the protection of the gastrointestinal mucosa, maintenance of renal perfusion and platelet aggregation.  COX-2 is expressed at sites of inflammation and is induced to generate prostaglandins that mediate the inflammatory response and pain perception.  Non-selective, non-steroidal anti-inflammatory drugs like naproxen inhibit both COX-1 and COX-2 isoenzymes. Therefore, they not only assist with inflammation and pain control (COX-2 mediated

6

functions) but also can interfere with platelet function (COX-1 mediated). Aspirin is the only non-steroidal anti-inflammatory drug that irreversibly inhibits the COX-1 enzyme within platelets. The other non-steroidal anti-inflammatory drugs reversibly inhibit this COX-1 enzyme to varying degrees. Hence, platelet function returns to normal as drug concentration falls and COX-1 inhibition lessens. The determining factor for these drugs to inhibit platelet aggregation therefore depends upon their inhibition of the COX-1 enzyme contained within the megakaryocytes or platelets. Therefore, to equal the aspirin effect on platelets requires these agents be dosed repetitively and at a sufficient dosage to impair platelet aggregation.

Several studies have looked at the anti-platelet effects of naproxen.

A study by Tuleja found an increased bleeding time and reduced thromboxane production in people treated with naproxen and aspirin, while Vioxx had no effect. Panels A and B of Figure 1 in Tuleja reflect that aspirin and naproxen similarly reduced thromboxane and prostacyclin synthesis, while Vioxx had no effect on these substances. This study supports the idea that naproxen has an aspirin-like protective effect when dosed at 500 mg every 12 hours. Also, since aspirin selectively inhibits COX-1, this result indicates that COX-1 as opposed to COX-2 is responsible for the source of prostacyclin in the human vasculature. This study further refutes the notion one can use studies of prostacyclin receptor deficient mice as a model for selective COX-2 inhibitors and their effects since it is clear that COX-1 contributes to the endothelial synthesis of prostacyclin.

7

A study by Van Hecken also looked at naproxen's effect on thromboxane. Van Hecken demonstrated that naproxen significantly inhibited thromboxane and prolonged bleeding time when dosed at 500 mg every 12 hours, and that Vioxx had no such effect. This study demonstrates the need for chronic repetitive dosing of a medicine like naproxen to consistently inhibit platelet function since its effect on the COX-1 enzyme within the platelets is reversible and dependent upon drug concentration within the plasma. Naproxen dosed at 500 mg every 12 hours, inhibits platelet aggregation by 93%, similar to aspirin 92%, while Ibuprofen is 80% and Diclofenac is 40%.

A study by Capone similarly found a 94% reduction in thromboxane activity with naproxen 500 mg twice daily compared to 99% with aspirin 100 mg daily. As Capone concluded, "the chronic administration of a therapeutic anti-inflammatory dose of naproxen (500mg BID) to healthy subjects caused a persistent and almost complete suppression of platelet thromboxane production throughout the 12 hour dosing interval that was indistinguishable from that of low dose aspirin (100mg/day)." The authors further conclude that "although our results are mechanistically informative of what may happen under the best case scenario of a randomized clinical trial of regular, prolonged use of a high dose reversible COX inhibitor, practicing physicians should not assume that the same holds true in the less than ideal circumstances of real life use of these drugs, which is neither regular nor continuous nor necessarily at high doses."

The magnitude of the 80% reduction in myocardial infarctions in VIGOR, considering the small numbers involved and the wide confidence intervals, is consistent with reductions seen in other studies with anti-platelet agents. The Physician's Health Study consisted of 22,071 participants aged 40 to 84 years and randomized to receive aspirin 325 mg every other day versus placebo. The trial was stopped prematurely due to the finding of a 44% reduction in the risk of myocardial infarction. The benefit was seen in patients over 50 years of age. A subgroup analysis of 543 men who subsequently developed myocardial infarction, stroke or venous thrombosis revealed the benefit to be related to C-reactive protein (CRP) levels. This is a marker of any inflammatory process and thus is elevated in patients with rheumatoid arthritis as well as a multitude of other conditions for which non-steroidal anti-inflammatory drugs are prescribed. Ridker found that aspirin resulted in a 55.7% reduction in myocardial infarction risk in patients within the highest quartile of CRP levels but only an insignificant 13.9% reduction in those within the lowest quartile. It is the correlation of cardiovascular events and CRP levels that resulted in the proposition that anti-inflammatory drug use in patients with chronic inflammation may actually lessen the risk of adverse cardiovascular events. Other studies of platelet-inhibiting NSAIDs (flurbiprofen and indobufen) have also found 71% and 65% reductions in myocardial infarctions and thromboembolic events, respectively (Brochier; Fornaro).

Since naproxen when dosed at 500 mg twice daily inhibits thromboxane production and platelet aggregation similar to aspirin, the anti-platelet effect of naproxen offers a reasonable explanation for the VIGOR findings. As Patrono, Fitzgerald and others

concluded in September 2004 in The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy published in CHEST, "a combination of some cardioprotective effect of naproxen and the play of chance does seem to offer a plausible explanation for these unexpected findings" in VIGOR.

It is critical to note that the only irreversible platelet inhibitor is aspirin. Naproxen has to be dosed repetitively and at a sufficient dosage to achieve adequate platelet aggregation. Naproxen is considered a non-steroidal anti-inflammatory drug similar to aspirin in terms of its anti-thrombotic protection when dosed at 500 mg twice daily. Aspirin remains the standard of care for inhibiting platelet aggregation. While platelet aggregation is impaired and bleeding time prolonged by both aspirin and naproxen, only aspirin inhibition of the COX-1 enzyme is irreversible, therefore blocking thromboxane production for the life of the platelet. Aspirin is rapidly absorbed from the GI tract and has a measurable inhibition on platelet function within 60 minutes. The plasma half-life of aspirin is only 20 minutes. The platelet has no nucleus and hence its ability to produce thromboxane is eliminated for the life of the platelet, i.e. 10 days. Aspirin 81 mg daily also has less adverse effects on the GI tract than naproxen 500 mg twice daily.

**Pooled Analyses:**

In 2001 Konstam and others reviewed 23 phase IIb-V Vioxx randomized clinical trials including more than 28,000 patients and representing over 14,000 patient years of treatment.

10

Using the APTC combined end-point, Konstam reported a reduced relative risk of 0.84 when comparing Vioxx to placebo and 0.79 comparing Vioxx to non-steroidal anti-inflammatory drugs, excluding naproxen; in patients treated with Vioxx versus naproxen, Konstam reported an increased relative risk of 1.69. These results did not change when looking only at patients in studies greater than 6 months duration. This data provides no evidence for an excess of cardiovascular events for Vioxx relative to either placebo or the non-naproxen non-steroidal anti-inflammatory drugs studied.

Weir published a review article in 2003 updating the data reported by Konstam to more than 30,000 patients. Weir reported results and conclusions similar to Konstam.

Merck submitted to the FDA in March 2004 a further update of the data originally published by Konstam and Weir. This update included all of the randomized clinical trial data involving Vioxx, except for the three ongoing cancer trials. The results were similar to that reported by Konstam and Weir. The cardiovascular thrombotic event data concerning more than 12,000 placebo-controlled patients are set forth in Table 12, and they reflect no significant increased risk with Vioxx compared to placebo.

These placebo-controlled, non-naproxen NSAID-controlled, and naproxen-controlled data, when considered together with the above data concerning naproxen, indicate that the VIGOR results most likely reflected the beneficial effects of naproxen. As the FDA concluded in the April 2002 label for Vioxx, the significance of the VIGOR cardiovascular data, when considered in light of the other available data, is "unknown."

11

**Lisse (ADVANTAGE)**

Lisse in 2003 published a study comparing Vioxx 25 mg daily to naproxen 500 mg twice daily while allowing the use of aspirin as a routine medication. There were 5,557 patients randomized with an average age of 63 years. The duration of the trial was 12 weeks. There were 9 thrombotic events (0.3%) in the Vioxx group and 12 thrombotic events (0.4%) in the naproxen group, an insignificant difference in events, p>0.2. Five myocardial infarctions occurred in the Vioxx group and one in the naproxen group, also an insignificant difference, p>0.2. No strokes occurred in patients taking Vioxx while in the naproxen group there were 6 thrombotic strokes. This study demonstrates a statistically significant reduction in thrombotic strokes in patients treated with Vioxx, p=0.015. I would caution against concluding Vioxx is protective against thrombotic stroke as this benefit, while statistically significant, is likely due to chance. This study demonstrates the need for observers to be cautious in interpreting small numbers, and to prudently review multiple studies and all of the available data before drawing conclusions from published data.

**Alzheimer's Trials**

Reines and Thal reported in 2004 and 2005, respectively, the results of two long-term placebo-controlled trials in elderly populations with Alzheimer's disease or mild cognitive impairment.

Reines studied the effect of Vioxx 25 mg daily given for one year versus placebo on the progression of dementia in 692 patients diagnosed as suffering from Alzheimer's disease. The mean age was 75-76 years, with 88% of patients over the age of 65 years. There were 4 adverse cardiovascular thrombotic events in the Vioxx group and 11 in the placebo group.

Thal studied Vioxx 25 mg daily in 725 patients versus placebo in 732 patients followed for up to 4 years. The study group consisted of patients aged 65 years or older with mild cognitive impairment. Mean age was 75 years and approximately half of the patients were older than 75 years. Serious thrombotic vascular events on drug occurred in 38 patients on Vioxx and 36 on placebo. There were 6 ischemic strokes and 1 hemorrhagic stroke in patients on Vioxx and 13 ischemic strokes and 2 hemorrhagic strokes in the placebo group. There were 13 nonfatal myocardial infarctions in the Vioxx group and 10 in the placebo group.

These studies in elderly patients showed no difference in cardiovascular event rates whether they received Vioxx 25 mg daily or a placebo.

* * *

The above data reflects the totality of the randomized clinical trial data concerning Vioxx as of 2004, prior to the reporting of the APPROVE trials results in September 2004. While Vioxx was being marketed the totality of the data suggested that there was no

13

difference between Vioxx and placebo or Vioxx and non-naproxen NSAIDs in thrombotic cardiovascular event rates. A difference was noted between Vioxx and naproxen 500 mg twice daily. As Patrono, Fitzgerald, and others concluded in The Seventh ACCP Conference on Antithrombotic and Thrombolytic Therapy published in CHEST in September 2004, "there is currently little evidence in humans to support a prothrombotic effect for coxibs." This conclusion was echoed by the FDA in December 2004, when an internal reviewer who had been involved in reviewing Vioxx clinical trial data wrote in an Interim Review: "it appears that up to the time of the APPROVe study the cardiovascular safety signal with Vioxx did not warrant regulatory action by FDA."

## APPROVe

The only randomized controlled trial demonstrating a statistical association between Vioxx and increased cardiovascular thrombotic events in patients receiving Vioxx compared to placebo was published in the New England Journal of Medicine of February 2005. The APPROVe study was designed to determine if the selective inhibition of COX-2 would reduce the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas. In this study 2,586 patients were randomized to Vioxx 25 mg daily (N=1,287) versus placebo (N=1,299). An external committee adjudicated adverse events that represented potential thrombotic cardiovascular events in a blinded fashion.

Forty-six patients in the Vioxx group had a confirmed thrombotic event during 3,059 patient years of follow-up corresponding to an event rate of 1.5 events per 100 patient

14

years. In the placebo group there were 26 such events during 3,327 patient years of follow-up corresponding to an event rate of 0.78 events for 100 patient years. The corresponding relative risk was 1.92, p=0.008. The event rate did not show separation between the two groups until after 18 months of therapy, and it did not become significant until after 30 months of continuous use. In fact, within the first 18 months the event rate of the Vioxx group was 1.33 per 100 patient years (22 events) versus the control group of 1.13 per 100 patient years (20 events). For the next 18 months of follow-up the event rate was 1.71 events per 100 patient years (24 events) for Vioxx and fell to 0.38 per 100 patient years (6 events) for the placebo group. This is particularly important to note since one would typically expect an equal or an increased cardiovascular event rate as the study progressed due simply to the aging of the population. It was this drop in the placebo group event rate that accounted for the statistical significance of this result.

A subsequent publication of the APPROVe trial looking at APTC events after one year of additional follow-up was published in Lancet October, 2008. During the first year off treatment, 23 APTC events occurred in the Vioxx group and 12 events in the placebo group. After the first year of follow-up off treatment 9 events occurred in the Vioxx group and 8 in the placebo group. Thus, there was no evidence of a persistent increased risk in patients who received Vioxx.

The APPROVe trial contrasts with two long-term placebo controlled trials in elderly patients with Alzheimer's disease. There is no apparent reason for the discrepancy

15

between these studies. For whatever reason, there was a marked but unexplained drop in the placebo group event rate in the second half of the APPROVe trial, which accounts for its finding. Moreover, it is interesting to note that a study of low-dose aspirin in a similar patient population to APPROVe yielded a marked numeric imbalance in myocardial infarctions and thrombotic strokes (10:1) between aspirin and placebo (Baron 2003), demonstrating how one should not conclude from a study with a small number of events that an agent causes an effect.

## ViP

The ViP trial was designed to determine if Vioxx dosed at 25 mg per day would result in a lower incidence of prostatic cancer compared to placebo over 6 years of treatment. This trial was terminated when Vioxx was withdrawn from the market on September 30, 2004. When the trial was stopped, 2,369 patients had been randomized to 25 mg Vioxx v. 2,372 patients to placebo. Mean duration of treatment was 4.14 months, range 0.03-15.9 months. The mean age of was 63.6 years. In ViP, there were 14 thrombotic events on Vioxx (0.59%) v. 15 on placebo (0.63%). There were 8 APTC events (0.34%) in the Vioxx group and 9 (0.38%) on placebo. There were 6 myocardial infarction in the Vioxx group and 5 on placebo. Thus in this short term trial there was no difference in thrombotic or APTC event rates.

## VICTOR

This was a trial of patients with colorectal carcinoma randomized to Vioxx 25 mg per day (N=1,167) or placebo (N=1,160). This trial was stopped when Vioxx was withdrawn

16

from the market. The mean duration of treatment was 7.4 months with 33% of patients treated for at least 12 months. Follow-up was for a median of 33 months. There were more diabetics in the Vioxx arm (102, 8.7%) than the placebo arm (65, 5.6%), which was statistically significant p=0.003. While 15 (1.3%) cardiovascular thrombotic events occurred in the Vioxx group and 6 (0.5%) in the placebo group during or within 14 days after treatment ended, the APTC end-point was no different in the two groups with 9 events v. 6 events. Extending the follow-up to 24 months after trial closure, cardiovascular events occurred in 21 patients (1.8%) v. 14 (1.2%) and the APTC end-point occurred in 13 (1.1%) v. 10 (0.9%). After adjustment for differences in baseline risk, there were no significant differences between Vioxx and placebo for all thrombotic or APTC events.

**FDA April 2005 Decision Memorandum**

The Food and Drug Administration issued a Decision Memorandum dated April 6, 2005 regarding non-steroidal anti-inflammatory drugs and cardiovascular risks. The FDA stated that:

- Short-term use of NSAIDs, with the exception of valdecoxib, to relieve acute pain, particularly at low doses, does not appear to confer an increased risk of serious adverse cardiovascular events;

- While short-term use does not appear to increase cardiovascular risk (with the exception of valdecoxib), the three COX-2 inhibitors are associated with an increased risk of serious adverse cardiovascular events compared to placebo, but the data underlying this conclusion concerning long-term use are conflicting,

including for Vioxx, where long-term placebo-controlled trials of equal or greater duration (the Alzheimer's treatment trials) did not replicate the APPROVe findings;

- One cannot rank order the approved COX-2 selective drugs – Vioxx, Celebrex, and Bextra – in terms of their cardiovascular risk; and

- It is not possible to conclude that the COX-2 selective drugs confer an increased risk over the non-selective NSAIDs in chronic use.

### Recent Publications Regarding CV Risk With NSAIDs

Several publications in recent years have investigated the potential cardiovascular risks with the use of NSAIDs. Uniformly, the various investigators have concluded that the randomized trials to date do not suggest any difference in cardiovascular thrombotic events between the various coxibs, or between coxibs and non-selective NSAIDs. The one exception, not surprisingly, is that naproxen when dosed at 500 mg twice daily appears to have a different risk profile than other NSAIDs. See, e.g., Kearney 2006, Chen 2006, Chen 2007. These findings are consistent with the findings of earlier pooled analyses discussed above. Thus, based upon the best available evidence (large randomized trial data), there does not appear to be any difference in cardiovascular thrombotic risks between Vioxx and other NSAIDs, with the exception of naproxen.

### Summary of the Randomized Clinical Trial Data

The clinical trial data with respect to the short-term use of Vioxx does not reflect an increased risk of cardiovascular thrombotic events. The results of the more than 12,000

18

patients in the placebo-controlled data set forth in the March 2004 update submitted to the FDA (Table 12), and the 4,741 patients in the placebo-controlled ViP trial do not support a finding of increased risk with short-term use. The results from the first 18 months of Vioxx use in the APPROVe trial (22 thrombotic events in the Vioxx group, 20 in placebo) are consistent with this data. Although the unadjusted VICTOR trial suggested the possibility of an early risk, this was not noted after adjustment for baseline risk and furthermore is not supported by the vast majority of the clinical trial data.

The data reflecting long-term, continuous use of Vioxx appears to be inconsistent. The association with increased thrombotic events reported in APPROVe is inconsistent with the results of the more than 2,000 patients in the placebo-controlled Alzheimer's trials.

Based on the totality of the clinical trial data, including most importantly the placebo-controlled data, one cannot conclude to a reasonable degree of medical certainty that Vioxx causes cardiovascular thrombotic events. The statistical association reported in APPROVe, when considered in light of the totality of data, including in particular the placebo-controlled data, is a weak association, which should not be considered proof of a cause-and-effect.

Patients in pain require treatment and thus placebo is not an option. Regardless of any potential increased risk versus placebo, the best data to date suggest that there is no difference in cardiovascular thrombotic risks among the NSAIDs, with naproxen 500 mg twice daily being the exception. Thus, for patients who must obtain symptomatic relief

19

with NSAID therapy, there appears to be little evidence for any differential risks with the exception of naproxen.

**Retrospective Studies**

There have been a number of retrospective reviews to assess the cardiovascular risks associated with the use of Vioxx and other NSAIDs. Retrospective reviews do not control for differences in the populations studied and hence, must be interpreted with caution. Some have reported an increased cardiovascular risk, while others have found no increased risk in patients receiving Vioxx. Multiple studies have found no increased risk with Vioxx at the 25 mg dose, the maximal recommended daily dose. Further, multiple retrospective studies have shown that any risk associated with Vioxx is no different than what is found with commonly used NSAIDs, such as Ibuprofen and Diclofenac. The retrospective studies as a whole are inconsistent. Moreover, the relative risks reported by virtually all of these studies are less than the 3.0 that typically is considered necessary given the uncontrolled variables in retrospective studies (Taubes).

**Pharmacy and Therapeutics Committee of State of Louisiana**

I have reviewed the monographs prepared by Provider Synergies (that contained detailed clinical information) for use by the Louisiana Medicaid Pharmacy & Therapeutics Committee. I have also reviewed the depositions of Mr. Bearden and Ms. Terrebonne regarding their interactions with the P&T Committee. With respect to NSAIDs, prior to 2002, there was an open formulary in the State of Louisiana. In June of 2002, the Preferred Drug List and prior authorization program became effective for COX-2

selective inhibitors. When the P&T Committee made its decisions regarding which drugs to place on the PDL (and which drugs require prior authorization), the P&T Committee was provided and actually considered information pertaining to the potential cardiovascular risks of Vioxx. Specifically, with respect to the inquiry of potential risks of Vioxx versus other NSAIDs, the P&T Committee was provided information regarding the differences in risk between Vioxx and naproxen (as noted in the VIGOR study and other pooled analyses), as well as the fact that there was no difference in risk between Vioxx and other non-naproxen NSAIDs based on the pooled data (see Konstam 2001). In my opinion, the cardiovascular information provided to the P&T Committee through the monographs prepared by Provider Synergies accurately reflected the scientific knowledge regarding the potential cardiovascular risks with Vioxx and other NSAIDs during the relevant time period, and was adequate to inform the P&T Committee of the potential cardiovascular risks of Vioxx and other NSAIDs. Based on the information, I am in agreement with the P&T Committee's recommendation to place Vioxx on the PDL, effective July of 2003, and to keep it on the PDL until the product was voluntarily withdrawn from the market by Merck.

## III.   VIOXX AND THE VASCULATURE

I also have looked at studies concerning the effect, if any, of Vioxx on the endothelium and human vasculature.

Fitzgerald reported in persons taking Vioxx and Celebrex, another COX-2 inhibitor, a 60% reduction in a metabolite of systemic prostacyclin in urine. Prostacyclin, however, is made in many parts of the body. Fitzgerald does not indicate where in the body the reduction of prostacyclin he observed was occurring or whether such a partial reduction was clinically significant. In fact, he concluded when reporting his results that the implications of prostacyclin suppression in vivo are "unclear."

Numerous studies reflect that Fitzgerald's urine metabolite study likely was not measuring a reduction of prostacyclin in blood vessels. The Tuleja study found that Vioxx did not affect prostacyclin in human microvasculature (Fig. 1, Panel A). A study in people with known atherosclerotic disease produced similar results; that is, no reduction in prostacyclin in patients taking Vioxx (Kuklinska 2005). Similar findings were noted in a comparable patient population taking the selective COX-II inhibitor, celecoxib (Chenevard 2003). Further, an animal study by Wong found that Vioxx did not affect prostacyclin production in normal or atherosclerotic rabbit aortas. Interestingly, studies of low-dose aspirin, a highly selective COX-1 inhibitor, have found that low-dose aspirin significantly decreases prostacyclin in human blood vessels, including in the aorta (for example, Tsang). These studies strongly suggest that prostacyclin production in blood vessels is COX-1 mediated.

The endothelium produces many potent anti-platelet and vasodilator factors that are not dependent upon the cyclo-oxygenase system for their generation. One of the most important is nitric oxide. The redundancy within the systems of the human body to

22

prevent platelet aggregation and promote vasodilation minimizes the importance of any single factor. As Jaffe and Weksler reported in the 1970s, a small fraction of the productive capacity for prostacyclin (e.g., 10%) in normal blood vessels should result in more than enough prostacyclin to inhibit platelet function.

Studies of the effects of Vioxx on lesion development in animals have uniformly shown that Vioxx does not increase lesion size or accelerate lesion development; in fact, multiple animal studies report that lesion size diminishes with Vioxx use (Burleigh; Heeschen). The vast majority of animal studies looking at lesion development demonstrate a neutral or improved outcome with selective COX-2 inhibition, suggesting that COX-2 inhibition does not adversely affect atherosclerosis. This may be due to a direct inhibition of the COX-2 enzyme in the atherosclerotic lesion. Studies have shown that COX-2 expression in atherosclerotic plaques is up-regulated and that pro-inflammatory cytokines and growth factors enhance COX-2 expression in macrophages and monocytes in proximity to atherosclerotic plaques. This is associated with the up-regulation of nitric oxide synthesis and the increased synthesis of this potent vasodilator and its actions are independent of COX activity. One would expect that COX-2 inhibitors would be beneficial in this setting, resulting in a reduction in inflammation within the vasculature and stabilization of atherosclerotic plaques. Animal studies using genetically altered mice with COX-2 deficient macrophages exhibit less atherosclerosis and the administration of COX-2 inhibitors demonstrate similar findings.

Multiple studies also have found that Vioxx (as well as other COX-2 inhibitors) do not affect endothelial function in humans, suggesting no adverse effect on a marker of atherosclerosis. An interesting trial was published by Chenevard, et al in 2003 evaluating COX-2 inhibition in 14 male patients with severe coronary artery disease on routine medical therapy including aspirin and statin therapy. Celebrex 200 mg twice daily v. placebo was administered for 2 weeks and patients were then crossed over to the other arm. Celebrex significantly improved endothelial-dependent vasodilation compared to placebo but had no effect on endothelium-independent vasodilation. High sensitivity CRP and oxidized LDL was significantly lower with Celebrex but the assays for prostaglandin E2, I2 and thromboxane were not affected by the administration of Celebrex. This study demonstrated that a COX-2 inhibitor when administered with low dose aspirin and statin therapy improves endothelial function and reduces markers of inflammation and oxidative stress in patients with severe coronary artery disease.

A trial using the COX-2 inhibitor meloxicam in patients with unstable coronary syndrome without ST elevation was published by Altman et al in 2002. They studied the effect of meloxicam added to standard therapy with aspirin and heparin admitted to the CCU followed by meloxicam and aspirin v. aspirin only prescribed for 30 days after the CCU stay. The primary end-point was the combined incidence of recurrent angina, myocardial infarction or death. The secondary end-point was the combination of coronary revascularization, MI and death. In the CCU the primary end-point occurred in 15.0% v. 38.3% (p=0.007) while the secondary end-point occurred in 10.0% v. 26.7 % (p=0.034) in favor of meloxicam. At 90 days, the primary end-point occurred in 21.7%

v. 48.3% (p=0.004) while the secondary end point occurred in 13.3% v. 33.3 % (p=0.025) also in favor of meloxicam.

Thus, basic science and mechanistic studies looking at the effect of Vioxx and other COX-2 inhibitors in the vasculature of humans and animals do not provide mechanistic evidence of an adverse effect. In fact, there is data to support ongoing trials to determine if a beneficial effect can be demonstrated in selected populations.

I hold the foregoing opinions to a reasonable degree of medical certainty, and I reserve the right to supplement these opinions should additional data become available.

Clement C. Eiswirth, Jr., M.D., F.A.C.C., F.A.S.E.

December, 2009

Previous Testimony as Expert Witness within the past 4 years:

A. Court testimony: none

B. Deposition:

1. Fred Allen Ohler, et al v. John Doe, et al; 24th JDC #2001-6407, Division D; medical malpractice case, approximately September 2002.

2. Earl Thonn; medical malpractice case. Plaintiff attorney Joseph Kott and Defendant insurance was LAMICCO; Deposition approximately December 5, 2005.

3.  Vicki Populis v. Home Depot; plaintiff attorney Ben Clayton; Deposition
approximately May 2007.

4.  Thelma Portier Hymel wife of George Leon Hymel v. U.S. Fidelity &
Guaranty Co., Lexington Insurance and Kobel E. Gregory,29[th] JDC, St. Charles #
62-561 Division E; deposition June 14, 2007.


I receive compensation as a medical expert in cardiology when reviewing cases.  My fee
is $350 per hour for the review of records and preparation of the reports.  I have a
minimum charge of $1000 for any review undertaken.  My fee for deposition and court
appearances is $500 per hour with a minimum of $2500.

# CURRICULUM VITAE

**NAME:**                          Clement Camelius Eiswirth, Jr.

**DATE OF BIRTH:**             January 9, 1955

**BUSINESS ADDRESS:**      Cardiovascular Specialists
                                      4224 Houma Boulevard
                                      Metairie, Louisiana  70006
                                      (504) 455-0842

**HOME ADDRESS:**            220 Midway
                                      River Ridge, Louisiana  70123

**MARITAL STATUS:**          Married; four children

**BOARD CERTIFICATION:**

Diplomate in Internal Medicine
American Board of Internal Medicine
September 14, 1983

Diplomate in Cardiovascular Disease
American Board of Internal Medicine
November 20, 1985

Diplomate in Adult Transthoracic & Stress Echocardiography
National Board of Echocardiography
June 1, 2001

**PRESENT POSITION:**

Partner, Cardiovascular Specialists
Clinical Assistant Professor of Medicine, Tulane University,
Department of Cardiology

**PREVIOUS POSITION:**

Partner, Cardiology Consultants of Louisiana

Staff Member, Division of Cardiology
Ochsner Clinic
New Orleans, Louisiana

Director, Cardiac Transplant Program

Director of Cardiovascular Advanced Therapies Clinic

Duties included general cardiology (invasive and non-invasive),
  cardiac transplantation & clinical research in heart failure

*CURRICULUM VITAE*

*EISWIRTH, Clement C. Jr.*

Page 2

## POST-GRADUATE
## TRAINING:

University of Utah Medical Center, 50 No. Medical Drive, Salt Lake City, Utah 84132

> Fellowship:  Clinical Research Fellow in Congestive Heart Failure & Cardiac Transplantation 1985-86

Ochsner Foundation Hospital, 1516 Jefferson Highway, New Orleans, Louisiana  70121

> Fellowship:  Cardiology, 1983-85
> Residency:  Internal Medicine, 1981-83
> Internship:  Internal Medicine, 1980-81

## SOCIETY MEMBERSHIPS:

Alpha Omega Alpha Honor Medical Society, 1979 - present
Fellows Association, Ochsner Foundation Hospital, 1980-85 – President 1984-85
American College of Physicians, 1981-84
Fellow of American College of Cardiology, 1983 - present
Fellow of American Society of Echocardiography 2003-present
Fellow, Louisiana Chapter American College of Cardiology, 1993 - present
Fellow, International Society of Cardiac Transplantation, 1987
Heart Failure Society of America
American Heart Association
American Heart Association, Board member for the U.S. Southeastern affiliate, 2004
American Heart Association, Clinical Cardiology Council
American Heart Association, Cardiopulmonary/Critical Care Council
American Heart Association, Interdisciplinary Working Group on Quality of Care & Outcomes Research
American Medical Association
American Society of Echocardiography
Louisiana State Medical Society
Jefferson Parish Medical Society

## HOSPITAL COMMITTEES:

Cardiology Advisory Committee
> Chairman, 1997
Continuing Education Committee
Coronary Care Unit Committee
> Co-Chairman, 2002
> Chairman 2003-present
Intensive Care Unit Committee
Investigational Review Board, 1990-1997

> Vice-Chairman, 1993-1995
> Chairman, 1996 - 1997

*CURRICULUM VITAE*

*EISWIRTH, Clement C., Jr.*

Page 3

        Medical Staff Appropriateness of Care Committee
                Chairman 1998
        Pharmacy & Therapeutics Committee
        Risk Management Committee
        Utilization Review Committee
                Co-Chairman, 1992-95
                Chairman, 1996-97
                Chairman, 2003-present

**Elected Medical Staff Positions:**

        East Jefferson General Hospital Medical Executive Committee, 1996-2000
        East Jefferson General Hospital Medical Staff Representative-at-Large, 1996
        East Jefferson General Hospital Medical Staff Treasurer, 1997
        East Jefferson General Hospital Medical Staff Vice Chief of Staff, 1998
        East Jefferson General Hospital Medical Staff Chief of Staff, 1999

**East Jefferson Hospital Board of Directors:**

        Board member 2004-2005
        Member Strategic Planning Committee
        Member Medical Staff Joint Conference Committee

**Louisiana Blue Cross, Member of New Orleans Area Physician Committee**
        East Jefferson Physicians Network, Member Utilization Management Committee

**CLINICAL RESEARCH ACCOMPLISHMENTS:**
**PAPERS:**
1.      Cerebrovascular Disease in the 90•s, Eiswirth CC, <u>Journal of the Louisiana State Medical</u> <u>Society</u>, 146(5): 194, May 1994.

2.      Cardioembolic Stroke: Diagnosis and Treatment, Eiswirth CC, Bourgeois RC, <u>Journal of</u> <u>the Louisiana State Medical Society</u>, 146(5): 197-202, May 1994.
3.      Cardiac Transplantation: Role of Endomyocardial Biopsy and Immunosuppressive Agents, Eiswirth CC, Smart FW, <u>Journal of the Louisiana State Medical Society</u>, 145(5): 203-206, May 1993.
4.      Cardiac Transplantation:  An Overview of Recipient Selection, Smart FW, Ventura HO, Stapleton DD, Eiswirth CC, Dumas DH Price HL, <u>Journal of the Louisiana State Medical</u> <u>Society</u>, 145(5): 213-216, May 1993.
5.      Vagal Responses to Adjustable Sutures in Strabismus Surgery, Eustis HS, Eiswirth CC, Smith DR, <u>American Journal  of Ophthalmology</u>, 114(3): 307-310, September 1992.

*CURRICULUM VITAE*

*EISWIRTH, Clement C Jr.*

Page 4

6.  Current Concepts in the Diagnosis and Treatment of Congestive Heart Failure, Eiswirth, CC, Grand Rounds East Jefferson General Hospital, June 1990.

7.  Beta Adrenergic Supersensitivity of the Transplanted Human Heart is Presynaptic in Origin, Gilbert EM, Eiswirth CC, Mealey PC, Larrabee P, Herrick CM, Bristow MR, Circulation, 79:344-49, February 1989.

8.  Heart Transplantation: The Louisiana Experience, Ochsner JL, Eiswirth CC, Journal of the Louisiana State Medical Society, 140 (6): 34-40, June 1988.

9.  Immunosuppressive Efficacy of Vincristine in Heart Transplantation:  A Preliminary Report, Gilbert EM, Renlund DG, O•Connell JB,Eiswirth CC, Rothstein G, Gay WA, Bristow MR, Journal of Heart Transplantation, 6(6):369-74, November-December 1987.

10. Use of OKT3 Monoclonal Antibody in Cardiac Transplantation: Early Experience with Rejection Prophylaxis and Treatment of Refractory Rejection, Gilbert EM, Eiswirth CC, Renlund DG, Menlove RL, DeWitt CW, Freedman LA, Herrick CM, Gay WA, Transplantation Proceedings, 19 (2): 45-53, April 1987.

11. Treatment of Refractory Cardiac Allograft Rejection with OKT3 Monoclonal Antibody, Gilbert EM, DeWitt CW, Eiswirth CC, Renlund DG, Menlove RL, Freedman LA, Herrick CM, Gay WA, Bristow MR.  American Journal of Medicine, 82(2):202,  February 1987.

12. Rational Approach to Coronary Angioplasty and Bypass Surgery, Eiswirth CC, Mills NL, Waites TF, Postgraduate Medicine, 77(6):97-103, 106, May 1985.

## ABSTRACTS:

1.  Vincristine in Cardiac Transplantation, Gilbert EM, Renlund DG, O•Connell JB, Eiswirth CC, Rothstein G,  Gay WA, Bristow MR.   International Society of the Cardiac Transplantation Meeting, March 1987.

2.  OKT3 Monoclonal Antibody for Early Prophylaxis in Cardiac Transplantation, Gilbert EM, Eiswirth CC, Renlund DG, Herrick CM, Gay WA, Bristow MR,  American College of Cardiology Meeting, New Orleans, Louisiana, March 1987.

3.  Treatment of Adriamycin Cardiomyopathy with Metoprolol Eiswirth CC, Bowden RE, Kazamias T, Fowler M, Bristow MR, American Heart Association Meeting, Dallas, Texas, November 1986.

4.  Aspirin Induced Anaphylaxis in a Child:  Case Report, A) The American College of Allergists, San Francisco, California, April 1984,  B) The Southern Medical Association Meeting, Baltimore, Maryland, November 1983.

5.  Chronic Cerebellar Stimulation in the Management of Behavior, The Southern Medical Association Meeting, Las Vegas, Nevada, November 1979.

## POSTERS:

1.  Chronic Cerebellar Stimulation:  Implantation of Electrodes for the Management of Behavior, A) American Association of Neurological Surgeons, Los Angeles, California, April 1979  B) Congress of Neurological Surgery, Las Vegas, Nevada, October 1979.

*CURRICULUM VITAE*

*EISWIRTH, Clement C Jr.*

Page 5

2.   Transsphenoidal Hypophysectomy, A) The Tulane Department of Physiology and Pharmacology Neuroscience Conference, 1978.  B) The New Orleans Medical Society Meeting, 1978, C) The Louisiana State Medical Society Meeting, 1978.

## FILM:

1.   Chronic Cerebellar Stimulation:  Implantation of Electrodes for the Management of Behavior, Neurosurgical Society of Australia, Darwin, Australia, August 1978.

## MEDICAL EDUCATION:

Tulane University School of Medicine, New Orleans, Louisiana.
Doctor of Medicine degree awarded May 1980.

### Medical School Honors and Activities:

Alpha Omega Alpha Honor Medical Society, 1979
Mosby Scholarship Award, 1980
History of Medicine Society
Phi Chi Medical Fraternity
Sophomore Class Vice-President

### Research Experience:

While in medical school I was interested in the field of neurosurgery and was employed by The Department of Neurosurgery of the Tulane University School of Medicine as an extern during the summers of 1977-79.  In addition, to clinical responsibilities, I also participated in a number of research projects in collaboration with Dr. R.C. Llewellyn, Chairman, Department of Neurosurgery and Dr. A.J. Correa, Associate Professor of Neurosurgery. This research resulted in some of the presentations and projects listed earlier.
Subsequent research was devoted to congestive heart failure and cardiac transplantation.

## UNDERGRADUATE WORK:

Tulane University, New Orleans, Louisiana.
Bachelor of Science in Engineering
Magna Cum Laude, December, 1978.

I had entered medical school after completing three years of undergraduate studies.  The remaining degree requirements were completed concurrent with my medical studies. I did not submit an honors thesis for a Summa Cum Laude degree because of the demands of my medical school curriculum.

***CURRICULUM VITAE***

***EISWIRTH, Clement C Jr.***

Page 6

**Undergraduate Honors and Activities:**

Ernest Lewis Eustis Memorial Scholarship for 1973-74
Phi Eta Signa Honor Society
Biomedical Engineering Society
Alpha Epsilon Delta International Premedical Honor Society
Tau Beta Pi Engineering Honor Society

## HIGH SCHOOL:

East Jefferson High School
Metairie, Louisiana
Graduated May 1973
Valedictorian

## REFERENCES:

Available upon request.

**Clement C. Eiswirth Jr. M.D.**
**July, 2005**