# EXHIBIT 7

**Exhibit B: Materials Reviewed John Abramson, M.D.**

ACR Poster Discussion OA Clinical Treatment, October 26, 2002. 484 An updated Combines Analysis of Upper-GI Events in Clinical Trials with Refecoxib (Vioxx) vs Nonselective Cyclooxygenase Inhibitors.   485 Cardiovasular Thrombotic Events are no Increases on Cyclooxygenase-2 Inhibitor Celecoxib.

Adapted from: Juni P, Rutjes AS, Dieppe PA, Are selective COX 2 inhibitors superior to traditional non steroidal anti-inflammatory drugs, *British Medical Journal,* 2002;324:1287-8.

Als-Neilsen B, Chen W, Glen C, Kiaergard LL, Association of Funding and Conclusions in Randomized Drug Trials, *JAMA,* 2003; 290:921-928.

Altman, LK, For Sciences Gatekeepers, A Credibility Gap, *New York Times* F-l (May 2, 2006).

Annotation Report MDL 1657 Gertz Testimony Class Effect, February 20, 2006.

Antidepressant Medications in Children and Adolescents, *Therapeutics Letter,* 2004;Issue 52 http://www.ti.ubc.ca/pages/letter52.htm (accessed 7/25/07).

Antman E, Bennett J, Daugherty A, Furberg C, Roberts H, Taubert K, *Use of Nonsteroidal Anti-inflammatory Drugs: An Update for Clinicians : A Scientific Statement From the American Heart Association,* www.circ.ahajournals.org, June 20, 2008.

Armstrong D, How the New England Journal Missed Warning Signs on Vioxx, Wall Street Journal A-I (May 15, 2006).

Baron J, Sandler R, Bresalier R, Lanas A, Morton D, Riddell R, Iverson E, DeMets D, *Cardiovascular events associated with refecoxib: final analysis of the approved trial,* www.thelancet.comn October 14, 2008.

Beardan Deposition Exhibit #12 pages 5,5, and 11.

Beardan Deposition Exhibit #8.

Berenson A, Evidence in Vioxx Suits Shows Intervention by Merck Officials, NY Times, April 24, 2005.

Berenson A, Evidence in Vioxx Suits Shows Intervention by Merck Officials, *NY Times,* April 24, 2005.

Bi-Weekly Bulletin for Vioxx December 16, 1999. No. COX 99-106.

Bjarnason I, *Ibuprofen and Gastrointestal Safety: A Does-Duration-Dependant Phenomenon,* Journal of The Royal Society of Medicine, Supplement No. 48 Vol. 100, 2007.

BlueCross BlueSheild of Louisiana Third Amended Complaint.

Bodenheimer T. Uneasy alliance - clinical investigators and pharmaceutical industry.*New England Journal of Medicine.* 2000;342: 1539-1544.

Bombardier C, Laine L, Burgos-Vargas R, et al, Response to Expression of Concern Regarding VIGOR Study. *NEJM,* 2006;354:1196-8.

Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of refecoxib and naproxen in patients with rheumatoid arthritis. *N Eng J Med.* 2000;343: 1520-1528.

Bombardier C, Laine L, Reicin A, Shapiro D, Vargas R, Davis B, Day R, Ferraz M, Hawkey C, Hochberg M, Kvien T, Schnitzer T, *Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients With Rheumatoid Arthritis,* The New England Journal of Medicine November 23, 2000.

Bombardier C, Laine L, Reicine, Et al. Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis, *New England Journal of Medicine,* 2000;343:1520-8.

Bombardier C, letter to Dr. Marshall Kaplan (200NEMJ 000028)

Bonbardier C, Laine L, Recicin A, Shapiro D, Burgos-Vargas R, David B, for the VIGOR Study Group, Nouvelles *COX-2 Inhibitors and Gastrointestinal Toxicity,* JAMC 17 AVR. 2001; 164

Bulletin for Managed Care- Whelton Study of Background Packet April 20, 2001.

Bulletin for Vioxx- Background Information Only "Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteroidal Anti-Inflammatory Drugs (Ibuprofen, Dicofenac, and Nabumetone).

Bulletin for Vioxx: Action Required- Obstacle Response for Whelton abstract at American College of Cardiology (AAC) March 30, 2004.

Bulletin for Vioxx: Recent Press and New Issue Responses October 8, 2004.

Bulletin for Vioxx: VIOXX Gastrointestinal Outcomes Research Study and CLASS Study for Celebrex May 25, 2000.

Chan A, Giovannucci E, Meyerhardt J, Schernhammer E, Curhan G, Fuchs C, *Long-term Use of Aspirin Nonsteroidal Anti-inflammatory Drugs and Risk of Colorectal Cancer,* Americak Medical Association 2005- Vol 294. No. 8.

Chan F, Hung L, Suen B, Wu J, Lee K, Leung V, Hui A, Ka F, Leung W, Wong V, Chung S, Sung J, *Celecoxib Versus Diclofenac and Omeprazole In Reducing The Risk of Recurrent Ulcer Bleeding in Patients with Arthritis.* The New England Journal of Medicine July 3, 2008.

2

Chan F, *Primer: managing NSAID- induced ulcer complications-balancing gastrointestinal an cardiovascular risks,* Nature Clinical Practice Gastroenterology & Hepartology October 2006 Vol 3 No. 10.

Chan F, Wong V, Suen B, Wu J, Ching J, Hung L, Hui A, Leung V, Lee V, Lai L, Wong G, Show D, To K, Leung W, Chiu P, Lee Y, Lau J, Chan H, Ng E, Sung J, *Combination of a cyclo-oxygenase- 2 inhibitor and a proton-pump inhibitor for prevention of recurrent ulcer bleeding in patients at very high risk: a double-blind, randomized trial,* www.thelancet.com Vol. 369 May 12, 2007.

Cheng Y, *Role of Prostacyclin in the Cardiovascular Response to Thromboxane A ,* www.usbweb.com Sceince 296,539 (2002)

*Companies Debate Arthritis Drug Safety at FDA,* WedMDHealth, http://my.webmd.com/content/Article/100/105880.htm?pagenumber=2 February 27, 2005

Cox E, Motheral B, Frisse M, Behm A, Mager D, *Prescribing COX-2s for Patients New of Cyclo-oxygenase Inhibition Therapy,* The American Journal of Managed Care Vol 9, No 11, September 2000.

Cox E, Motheral B, Mager D, *Verification of a Decision Analytic Model Assumption Using Real-World Practice Data: Implications for the Cost Effectiveness of Cyclo-Oxygenase 2 Inhibitors (COX-2s),* The American Journal of Managed Care, Vol 9, No 12.

Cox RC, Motheral B, Mager D, Verification of the decision analytic model assumption using real – world practice data: Implications for the cost effectiveness of cyclo-oxygenase 2 inhibitors (COX-2s), *American Journal of Managed Care,* 2003;9:785-94.

Cryer B, *Cox-2-specific Inhibitor or Proton Pump Inhibitor Plus Traditional NSAIDS: Is Either Approach Sufficient for patient Highest Rosj of NSAID-Induced Ulcers?* American Gastroenterological Association Vol. 127, No. 4.

Curfman deposition, 11/21/05, Exhibit 42; Armstrong D, How the New England Journal Missed Warning Signs on Vioxx, Wall Street Journal A-1 (May 15, 2006).

Curfman GD, Morrissey S, Drazen JM, Expression of Concern Reaffirmed, N Engl J Med, 2006;354:1193 and Supplementary Appendix 1.

Curfman GD, Morrissey S, Drazen JM, Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343: 1520-8, 2005;353:2813-4

CV card, http://oversight.house.gov/features/vioxxlTab5.pdf

3

Dana J. Loewenstein G, "A Social Science Perspective on Gifts to Physicians from Industry,]" *Journal ofthe American Medical Association* 290:252, 2003.

Data suggest that the use of prophylactic ASA may not eliminate the excess of cardiovascular events on rofecoxib compared to naproxen.

Davidoff F, DeAngelis DC, Drazen JM, et al. Sponsorship, Authorship, and Accountability, *N Engl J Med.* 2001; 345: 825-7.

DDMAC Warning Letter to Pharmacia RE: NDA 20-998, Celebrex (celecoxib) Capsules, MACMIS ID# 8432, February 1, 2001.

Dear Healthcare Professional letter, Merck, April 2002.

Deposition of Deborah Shapiro, 4/29/04 p 227-274

Deposition Transcript of Gegory D, Cufman, M.D., January 17, 2007.

Dramatic Growth of Research and Development, Pharmaceutical Research andManufacturers of America (PhRMA), *Pharmaceutical Industry Profile 2003* (Washington, DC: PhRMA, 2003).

Excel Spreadsheet of Reicin Cross Documents

Executive Summary NDA #21-042 &21-052, s007- Vioxx GI Safety

Expert Report of Cornelia Pechmann, p 20-56

Expert Report of Nicholas P. Jewell

FDA Advisory Committee Background Information February 18, 2001.

FDA Advisory Committee Briefing Document, Vioxx Gastrointestinal Safety, February 8, 2001, http://www.accessdata.fda.gov/drugsatfda_docs/nda/99/021042_52_vioxx_statr_P2.pdf (accessed May 14, 2008) p. 19.

FDA Medical Officer Review NDA 21-042/s007 VIOXX

FDA Medical Officer's Gastroenterology Advisory Committee Briefing Document, **NDA 20,998: Supplement # 9, Sponsor: Searle. P http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b1_05_gi.doc** Access verified July 16, 2009.

FDA Medical Review, Celebrex NDA 20-998/S-009, September 20, 2000 p. 82.

FDA Statistical Review Vioxx NDA, May 19. 1999, p. 15. http://www.accessdata.fda.gov/drugsatfda_docs/nda/99/021042_52_vioxx_statr_P2.pdf, accessed October 9, 2009.

Ferguson RP, Rhim E. Belizaire W. et al. Encounters with Pharmaceutical Representatives among Practicing Internists, *Am J Med,* 1999; 107: 149-152

FitzGerald G, Patrono C, *The Coxibs, Selective Inhibitors of Cyclooxygenase- 2,* The New England Journal of Medicine, Vol 345, No. 6 August 9, 2001.

FitzGerald GA, Patrono C, The Coxibs, Selective Inhibitors of Cyclooxygenase-2, New England Journal of Medicine, 2001;345:433-42.

FitzGerald GA, Patrono C. The Coxibs, Selective Inhibitors of Cyclooxygenase-2. *N Eng J Med, 2001;345:433-42.*

Fletcher RH, Adverts in Medical Journals: Caveat Lector. *Lancet.2003;361:* 10-11.

Fries J, Bruce B, *Rate Of Serious Gastrointestinal Events from Low Does Use of Acetylsalicylic Acid, Acetaminophen, and Ibuprofen in Patients with Osteoarthritis and Rheumatoid Arthritis,* The Journal of Rheumatology 2003; 30:10.

Gertz B, Krupa D, Bolognese J, Sperling R, Reicin, A, A Comparison Adverse Renovasular Experiences Among Osteoarthritis Patients Treated with Rofecoxib and Comparator Non-Selective Non-Steroidal Anti-inflammatory Agents, *Current Medical Research and Opinions,* Vol 18, November 2, 2002 P. 82-91

Gertz BJ, Krupa D, Bolognese, JA, et al, A Comparison of Adverse Renovascular Experiences Among Osteoarthritis Patients Treated with Rofecoxib and Comparator Non-selective Non-steroids Anti-inflammatory Agents, Current Medical Research and Opinion, 2002;2:82-91.

Graham DJ, Campen D, Hui R, et al, Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study, The Lancet, 2005;365:475-81.

*Guidelines promote COX-2 Inhibitors for Managing Chorionic Pain,* The American Journal Health-Syst Pharma- Vol 59 July 15, 2002.

Hassan F, FDA Celebrex Warning Letter, February 1, 2001.

Hawkey C.J., Cullen D.J., Pearson G, Holmes S, Doherty M, Wilson J.V, Garrus P, Garner S, Maynard A, Logan R.F.A, *Ibuprofen versus other non-steroidal anti-inflammatory drugs: use in general practice and patient perception*, Blackwell Science October 18, 1999.

Hawkey CJ, Cullen DJE, Pearson G, et al, Ibuprofen versus other non-steroidal anti-inflammatory drugs: use in general practice and patient perception, Aliment Pharmacol, 2000;14:187-91.

Healy D, Cattell D, Interface between authorship, industry and science in the domain of therapeutics, *Br J Psych*, 2003; 183:22-27.

Henry D, Lim L L-Y, Rodriguez LAG, et al, Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis, British Medical Journal, 1996;1563-6.

Henry D, Lim L, Rodriguez A, Gutthann S, Carson J, Griffin M, Savage R, Logan R, Moride Y, Hawkey C, Hill S, Fries J, *Variability Risk of Gastrointestinal Complications With Individual Non-Steroidal Anti-Inflammatory Drugs: Results of a Collaborative Meta-Analysis*, BMJ Vol 312, June 2, 1996.

http://nihcm.org/~nihcmor/pdf/DTCbrief2001.pdf Accessed November 1,2009

http://oversight.house.gov/features/Vioxx/Tab5.pdf (accessed May 14, 2008).

http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b1_05_gi.doc  P. 23 Access verified July 15, 2009.

http://www.fda.gov/ohrms/dockets/AC/05/briefing/2005-4090B1_09_J-FDA-Tab-F-1.htm (Accessed May 14, 2008).

http://www.kff.org/rxdrugslloader.cfm?url=/commonspot/security/getfile.cfm&PageID=13965 accessed 7/25/07.

Jefferson T, Alderson P, Wagner E, DavidoffF, Effects of Iditorial Peer Review, *JAMA*, 2002;287:2784-86.

Jick SS, The Risk of Gastrointestinal Bleed, Myocardium Infarction, and Newly Diagnosed Hypertension in Users of Meloxicam, Diclofenac, Naproxen, and Piroxicam, *Pharmacotherapy, 2000;20:741-744.* www.fda.gov.li1ac.une.edu/ohrms/dockets/ac/01/slides/3677s2  06  villalba. PPT (link no longer acrtive).

Jorgensen AW, Hilden J, Gotsche PC, Cochrane reviews compared with industry supported meta-analyses and other meta-analyses of the same drugs: systematic review, *Br Med J,* 2006 Oct 14:333(7572):782. Epud 2006 Oct 6. Review.

Juni P, Rutjes A, Diepee P, *Are Selective COX 2 Inhibitors Superior to Traditional Non Steroidal Anti-Inflammatory Drugs?* www.bmj.com (BMJ 2002;324;1287-1288)

Kim    PS,    An    Open    Letter    from    Merck,    December    15,    2005. http://www.merck.com/newsroom/Vioxx_withdrawal/Merck_Letter.swf (accessed    May    14, 2008).

6

Kim PS, An Open Letter from Merck, December 15,2005. http://www.merck.com/newsroom/vioxx withdrawal/Merck Letter.swf (accessed July 26,2007).

Knox RA, "Science and Secrecy: A new Rift Proprietary Interests Found to Intrude on Research Disclosure," *Boston Globe,* March 30, 1999.

Konstam M, Weir M, Reicin A, Shapiro D, Sperling R, Barr E, Gertz B, Cardiovascular Thrombotic events in Controlled, Clinical Trial of Rofecoxib, from the Division of Cardiology, New England medical Center, Boston, Massachusetts October 3, 2001 P. 2280-2288.

Konstam MA, Weir MR, Reicin, A et al, Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib, *Circulation,* 2001; 104: 2280-8.

Krumholz H, Ross J, Presler A, Egilman D, *What have we learnt from Vioxx?,* www.bmj.com (BMJ 2007;334;120-123).

L-286. Sales Rep Instructions, 2002.

Laine L Bombardier C, Reicin A, et al, Gastrointestinal (GI) co-therapy, procedures, and hospitalizations in a GI outcomes study of rofecoxib vs. naproxen in rheumatoid arthritis, *American Journal of Gastroenterology,* 2000; 95(9): 762.

Laine L, Bomardier C, Hawkey C, Davis B, Shapiro D, Brett C, Reicin A, *Stratifying the Risk of NSAID- Related Upper Gastrointestinal Clinical Events: Results of a Double Blind Outcome Study in Patients with Rheumatoid Arthritis.* The American Gastroenterological Association 2002.

Laine L, Bombardier C, Hawkey CJ, et al, Stratifying the Risk of NSAID-Related Upper Gastrointestinal Clinical Events: Results of Double-Blind Outcomes Study in Patients with Rheumatoid Arthritis, Gastroenterology, 2002;123:1006-12.

Laine L, Maller E, Yu C, Quan H, Simon T, *American Gastroenterological Association* Ulcer Formation With Low-Dose Enteric-Coated Aspirin and the Effect of COX-2 Selective Inhibition: A Double-Blind Trial. 2004.

Laine video clip (Merck Promotional Video)

Landfeld CS, Commercial Support and Bias in Pharmaceutical Research, *Am J Med,* 2004: 117:876-8.

Langman M, Jensen D, Watson D, *Adverse gastrointestinal Effects of Rofecoxib Compared With NSAIDs,* www.jama.com at Harvard University October 22, 2009.

Langman M, Jensen D, Watson D, Harper S, Zhao P, Quan H, Bolognese J, Simon T, *Adverse Upper Gastrointestinal Effects of Refecoxib Compared With NSAIDs.* American Medical Association, JAMA November 24, 1999- Vol 282, No 20.

Langman M.J., *Ulcer complications associated with anti-inflammatory drug use. What is the extent of the disease burden?* Pharmacoepidemiology and Drug Safety, July 11, 2000.

Layton D, Riley J, Wilton L, Shakir S, *Safety profile of rofecoxib as used in general practice in England: results of a prescription-event monitoring study,* Blackwell Sceince 55, 166-174 (2003).

Letter from Andrew S. T. Haffer, Pharm.D., Regulatory Review Officer, DDMAC, July, 2001. http://www.fda.gov/cder/warn/200119607.pdf (accessed 7/25/07).

Letter from Thomas W. Abrams dated 9-17-01, Director, DDMAC, FDA to Raymond Gilmartin, President and CEO Merck & Co., Inc.

Li Q, Statistical Reviewer Briefing Document for Advisory Committee, Rofecoxib, N21-042 s-007 (Period of Review June-December 2000).

Lisse JR, Perlman M, Johansson G, et al, Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis, *Annals of Internal Medicine,* 2003;139:539-546. http://www.fda.gov/ohrms/dockets/AC/05/briefingI2005-4090B1_09_J-FDA-Tab-F1. htm (Accessed July 26,2007)

Louisiana Attorney General's Motion for Leave to File First Supplement and Amending Complaint with Incorporated memorandum In Support Thereof.

Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, February 19, 2003

Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, May 8, 2002.

Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, May 5, 2004.

Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting Minutes, March 6, 2002.

Marshall, JK, Pellissier JM, Attard CL, et al, Incremental cost – effectiveness analysis comparing rofecoxib with nonselective NSAIDs in osteoarthritis: Ontario Ministry of Health Perspective, *PharmacoEconomics,* 2001;19:1039-1049.

8

Mello MM, Clarridge BR, Studdert DM, Academic medical centers' standards for clinical-trial agreements with industry, *N Engl J Med,* 2005; 352:2202-10.

Merck 1999 Annual Report

Merck Dear Doctor letter re: Hypertension & Endema, August 16, 2004.

Merck Dear Doctor letter re: Prescribing information for Vioxx and The Vioxx GI clinical Outcomes Research, August 15, 2004.

Merck Dear Doctor letter re: VIGOR, Prescribing information for Vioxx and The Vioxx GI clinical Outcomes Research, August 10, 2004.

Merck Dear Healthcare Professional letter re: Vioxx label change, sent April 2002.

Merck letter "Important Prescribing Information" April 2002.

Merck Seeking Vioxx Claims of Placebo-Level Endoscopic Ulcer Rate, April 26, 1999 P. 9.

Mittelmark M, Pstay B, Rautaharju P, Fried L, Borhani N, Tracy R, Gardin J, O'Leary D, *Prevalence of Cardiovascular Disease Among Older Adults,* American Journal of Epidemiology Vol. 137, No. 3.

Moore RA, Phillips CJ, Pellissier JM, Kong SX, Health economic comparisons of rofecoxib vs. conventional nonsteroidal anti-inflammatory drugs for osteoarthritis in the United Kingdom, *Journal of Medical Economics,* 2001;4:1-17.

Morgan R, *Gastrointestinal Toxicity of Nonsteroidal Anti-inflammatory Drugs,* The New England Journal of Medicine Vol. 341:1397-1399 October 28, 1999.

Morrison B, Christensen S, Weiying Y, Brown J, Amlani S, Seidenberg B, *Analgesic Efficacy of the Cyclooxygenase-2-Specfic Inhibitor Rofcoxib in Post-Dental Surgery Pain: A Randomized, controlled Trial,* Clinical Therapeutics Vol 21, No. 6, 1999.

Morrison BW, Christensen S, Yuan W, et al, Analgesic Efficacy of the Cyclooxygenase-2-Specific Inhibitor Rofecoxib in Post-Dental surgery Pain: A Randomized, Controlled Trial, Clinical Therapeutics, 1999;21:943-53.

Moynihan R. Who Pays for the Pizza? Redefining the Relationship Between Doctors and Drug Companies. 1: Entanglement. *British Medical Journal.* 2003; 326: 1189-92

Mukherjee D, et al. Scientific Evidence Critical Analysis of Scientific Paper, Risk of Cardiovascular events Associated With Selective COX-2 Inhibitors JAMA 2007:286:954959.

Mukherjee D, Nissen S, Topol E, *Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors,* American Medical Association 2001- Vol 286 No. 8.

9

Mukherjee D, Nissen S, Topol E, *Risk of Cardiovascular Events Assocatied with Selective COX-2 Inhibitors*, www.jama.com at Harvard University July 20, 2007.

Mukherjee D, Nissen SE, Topol EJ, Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors, *JAMA*, 2001;286:954-59.

National Survey of Physicians *Part II: Doctors and Prescription Drugs,* The Kaiser Family Foundation,March2002.
http://www.kff.org/rxdrugs/loader.cfm?url=/commonspot/security/getfile.cfm&PageID=13965 accessed 1/8/07

National Survey of Physicians *Part II: Doctors and Prescription Drugs,* The Kaiser Family Foundation, March 2002.

Nies A, Spielberg S, *Goodman & Gilman's The Pharmacological Basis of Therapeutics* Ninth Edition, Chapter 3 *Principals of Therapeutics* P. 43-61 1996.

Ovid                              Products                       and                       Services:
http://www.ovid.com/site/catalog/Journal/624.jsp?top=2&mid=3&bottom=7&subsection=12 (accessed 5/14/08).

Ovid                              Products                       and                       Services:
http://vvww.ovid.com/site/catalog/Journal/624.jsp?top=2&mid=3&bottom=7&subsection   =12 (accessed 7/25/07).

Patsopoulos NA, lonnidis JPA, Analatos AA, Origin and funding of the most frequentlycited papers in medicine: database analysis, *BMJ* 2006;332; 1061-1064.

Pellisier JM, Straus WL, Watson, et al, Economic evaluation of rofecoxib vs. nonselective nonsteroidal anti- inflammatory drugs for the treatment of osteoarthritis, *Clinical Therapeutics,* 2001, 23:1061-79.

Perlis RH, Perlis CS, Wu Y, et al, Industry Sponsorship and Financial Conflict of Interest in the Reporting of Clinical Trials in Psychiatry, *Am J Psychiatry, 2005;162:1957-1060.*

Petersen M, Doubts are Raised on Safety of 2 Popular Arthritis Drugs, *New York Times,* May 22, 2001. P. C1.

Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Trials, December 30, 1997; MRK-ABS0037036. pp. MRK-ABS0037040, MRK-ABS0037043.

Pre-trial Order No. 38

Provider Synergies, LLC, Louisiana Medicaid PDL Program Overview & Results, March 18, 2004.

Psaty B, Kronmal R, *Reporting Morality Findings in trials of Refecoxib for Alzheimer Disease for Cognitive Impairment: A Case Study bases on documents From Rofecoxib Litigation,* www.jama.com at Harvard University September 12, 2008.

Psaty BM, Kronmal RA, Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment, Journal of the American Medical Association, 2008;299:1813-17.

Psaty BM, Kronmal RA, Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment: A Case Study Based on Documents from Rofecoxib Litigation, *JAMA*, 2008 ;299(15):1813-17.

Reicin A, Brown J, Jove M, deAndrade R, Bourne M, Krupa D, Walters D, Seidenberg, *Efficacy of Single-Dose and Multidose Rofecoxib in the Treatment of Post-Orthopedic Surgery Pain,* January 2001.

Reicin A, Shapiro D, Sperling R, Barr E, Yu Q, Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated with Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone), *The American Journal of Cardiology* Vol. 89 January 15, 2002. P. 204-209

Reines S.A, Block G.A, Morris J.C., Liu G., Nessly M.L., Lines C.R., and Norman B.A., *No Effect on Alzheimer's Disease in a 1-yearRandomized, Blinded Controlled Study,* AAN Enterprises, Inc. 2004.

Rep. Henry A. Waxman, Memorandum re: The Marketing of Vioxx to Physicians, May 5, 2005, p. 17. http://oversight.house.gov/documents/20050505114932-41272.pdf Accessed July 15, 2009.

Report of John S. Martin, Jr, *Communication of Vioxx cardiovascular safety Data to Physicians,* September 5, 2006.

Ross J, Hill K, Egilman D, *Guest Authorship and Ghostwriting in Publications Related to Rofecoxib: A Case Study of Industry Document From Rofecoxib Litigation,* www.jama.con at Harvard University September 12, 2008.

Scheiman J, *Gastrointestinal Outcomes: Evidence for Risk Reduction in Patients Using Coxibs;* The American Journal of Managed Care, November 2002.

Schnitzer, T *Update on guidelines for the treatment of chronic musculoskeletal pain,* Clinical Rheumatology January 11, 2006.

Schnitzer, T, *Proceedings from the Symposium "The Evolution of Anti-Inflammatory Treatments in Arthritis: Current and Future Perspectives; Update of ACR Guidelines for Osteoarthritis: Roles of the Coxibs,* Journal of Pain and Symptom Management Vol 23 No. 4S April 2002.

11

Scientific Evidence Critical Analysis of Scientific Paper September 16, 2005.

Scott Hensley, "As Drug-Sales Teams Multiply, Doctors Start to Tune Them Out, *Wall Street Juornal,* June 13,2003.

Sean P. Wajert, Dechert LLP, Assessing the Impact of Medical and Scientific Journals on Drug and Device Litigation-Part one (of Three).

Selective Cyclooxygenace (COX)-2 Inhibitors, Provider Synergies, LLC, February 2002.

Silverstein FE, Faich G, Goldstein LS, et al, gastrointestinal Toxicity with Celecoxib vs Nonsteroids Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis, *Journal of the American Medical Association,* 2000;284:1247-55.

Simon L, waever A, Graham D, Kivitz A, Lipsky P, Hubbard R, Isakson P, Verburg K, Yu S, Zhao, Geis S, *Anti-Inflammatory and Upper Gastrointestinal Effects of Celecoxib in Rheumatoid Arthritis.* www.jama.com at Harvard university Library October 30, 2006.

Simon LS, Weaver AL, Graham DY, et al, Anti-inflammatory and Upper Gastrointestinal Effects of Celecoxib in Rheumatoid Arthritis, *Journal of the American Medical Association,* 1999;282:1921-8.

Singh G, *Recent considerations in Nonsteroidal Anti-inflammatory Drug* Gastropathy, Excerpta Medica, Inc 1998.

Singh G, Scientific Evidence Critical Analysis of Scientific Paper, Recent Considerations in Nonsteroidal Anti-Inflammatory Drug Gastropathy August 4, 2005.

Sliverstein F, Faich G, Goldstein J, Simon L, Pincus T, Whelton A, Makuch R, Eisen G, Agrawal N, Stenson W, Burr A, Zhao W, Kent J, Lefkowith J, Verburg K, Geis S, *Gastrointestinal Toxicity With Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis,* American Medical Association 2000, JAMMA September 13, 200- Vol 284-No. 10.

Smith R. Medical Journals Are an Extension of the Marketing Arm of Pharmaceutical Companies, *PLOS Medicine,* 2005; 2(5):e138 DOl: 1O.1371/journal.pmed.0020138 .

Solomon D, Schneeweiss S, Glynn R, Kiyota Y, Levin R, Mogun H, Avorn J, *Relationship between Selective Cyclooxygenase- 2 Inhibitors and Acute Myocardinal Infraction in Older Adults,* www.circ.ahajournals.or i\at Countway Library of Medicine October 25, 2009.

Spitz B, Abramson J, When Health Policy is the Problem, *Journal ofHealth Politics, Policy,-and Law, 2005;30:327-365.*

12

Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thrombotic Vascular Events in Clinical Trials of COX-2 specific Inhibitors, August 30, 1999, MRK-18940077810; pg MRK-18940077827.

Steinbrook R, Gag Clauses in Clinical-Trial Agreements, *N Eng J Med, 2005;352:21602*.

Stryer D, Bero LA, Characteristics of Materials Distributed by Drug Companies: An Evaluation of Appropriateness, *Journal of General Internal Medicine*, 1996;11:575-583.

Targum SL, FDA Medical Officer Division of Cardio-Renal Drug Products, Consultation NDA 21-042, S-007, Review of cardiovascular safety database, February 1, 2001. pages 12, 20, 24, 28, 29, 31, 34, and 35.

Telecom Minutes January 30, 2002, NDA 21-042/S007,012-NDA 21-052/S-004,007

Telecon Minutes, Labeling Negotiations, February 8, 2002 p. 7.

Thal L, Ferris S, Kirby L, Block G, Lines C, Yuen E, Assaid C, Nessly M, Norman B, Baranak and, C, Reines, *A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment,* Neuropsychopharmacology 2005.

Tutuncu Z, Reed G, Kremer J, Kavanaugh A, *Do Patients with Older-onset Reheumatiod Arthritis Receive Less Aggressive Treatment?*. www.annhaumdis.com . 2006.

Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publication, ICMJE, updated October 2007, http://www.icmje.org/#author (accessed May 14, 2008).

Uniform Requirements for Manuscripts Submitted to Biomedical Journals: Writing and Editing for Biomedical Publication, ICMJE, Feb, 2006. http://www.icmje.org/#author (accessed 7/25/07).

Villalba ML, FDA Advisory Committee Briefing Document, NDA 21-042, s007, Vioxx Gastrointestinal Safety, February 8, 2001, Overall Safety, p. 17.

Villalba ML, Medical Officer Review, Vioxx S007 (Gastrointestinal Safety), March 30, 2001. p. 3.

Vioxx Gastrointestinal Safety Executive Summary NDA 21-042/052, s007

Vioxx Product Label, 1999, 2002.

Watson D, Yu, Bolognese J, Reicin A, Simon T, *The Upper Gastrointestinal Saftey of Rofecoxib vs NSAIDs: An Updated Combines Analysis,* Current Medical Research and Opinion, Vol-20 No. 10 (2004).

Waxman H, The Lessons of Vioxx - Drug Safety and Sales, *NEJM*, 2005;352:2576-8.

Wazna A, Physicians and the Pharmaceutical Industry: Is a Gift Ever Just a Gift?, *JAMA.2000;283:373-380.*

Weir M, Sperling R, Reicin A, Gertz B, Selective COX-2 inhibition and cardiovascular effects: A review of the rofecoxib development program, from the Nephrology Division, University of Maryland Hospital, Baltimore, Maryland May 13, 2009. P. 593-604

www.fda.gov.lilac.une.edu/ohrms/dockets/ac/01/slides/3677s2_06_villalba.PPT (link no longer active).

www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf Accessed July 15, 2009.   P 11: "The SOP for the vascular event monitoring and adjudication can be found in 088c: Category 3: Appendix 3.2.1(pdf. Pages 1678-1691.  Original submission 6/29/00)."

Yelland M.J, Nikles C.J., McNairin N, Del Mar C.B., Schluter P.J., and Brown R.M., *Celecoxib Compared With Sustained- Release Paracetamol for Osteparthritis: A Series of no-of-a Trials,* Rheumatology 2007;46:135-140, Advanced Accesses Publications June 15, 2006.

Yusuf A, Wittes J, Prostfield J, Tyroler H, *Analysis and Interpretation of Treatment Effect in Subgroups of Patients in Randomized clinical Trials*, JAMA, July 3, 1991-Vol 266, No 1.

Merck-vioxx-00793.

MRK- 18940077810- MRK-18940077828

MRK- ABK0156786-MRK-ABK0156808

MRK AGLAAG0018082-MRKAGLAAG0018090

MRK-00420008018; pg MRK-00420008019.

MRK-12690007833- MRK-12690008224

MRK-18940077810 Dated August 30, 1999 and revised on January 21, 2000.

MRK-18940077810; pg  MRK-18940077828.

MRK-18940077810; pg MRK-18940077815.

MRK-18940080062: pg MRK-18940080095 Table 13.

MRK-18940080062; pg MRK-18940080095.

MRK-18940080062-MRK18940080132

MRK-18940080095 Rofecoxib CV update—data through 10-June '03, Table 13 plus data from Study 010.

MRK-AAC128698-MRK-AAC28699

MRK-AAD0106697; pg  MRK-AAD0106844.

MRK-AAD0106697; pg MRK-AAD0106721.

MRK-AAD0226839; pg MRK-AAD0226846.

MRK-AAR0007240-MRK-AAR0007248

MRK-AAR0007240-MRK-AAR0007248, MRK-AAR0021103-MRK-AAR0021108.

MRK-AAR0007240-MRK-AAR0007248, MRK-AAR0021103-MRK-AAR0021108

MRK-AAR0019055-MRK-AAR0019060

MRK-AAR0019773-MRK-AAR0019786

MRK-AAR0021103-MRK-AAR0021108

MRK-AAR0073250

MRK-AAX0002413 to 2420

MRK-AAX0002413 to 2420.

MRK-AAX0002759 to 2760

MRK-AAX0002759.

MRK-AAX0002760.

MRK-AAX0002761

MRK-AAX0002761

MRK-AAX0002761 to 2766

MRK-AAX0002761; pg MRK-AAX0002761.

MRK-AAX0002908; pg MRK-AAX0002908.

MRK-AB10002269.

MRK-AB10002269; p MRK-AB10002307.

15

MRK-AB10002269; pg MRK-AB10002273, 74.

MRK-ABA0004287-MRK-ABA0004288

MRK-ABC0009947; pg MRK-ABC0009949.

MRK-ABC0009947; pg MRK-ABC0009950.

MRK-ABC0009947-MRK-ABC0009961

MRK-ABC0033401-MRK-ABC0033404

MRK-ABH0017386

MRK-ABH0017386.

MRK-ABI0002269- MRK-ABI0002309

MRK-ABI0002269-MRK-ABI0002309

MRK-ABI0003228.

MRK-ABI0003228-MRK-ABI0003230

MRK-ABI0008139-MRK-ABI0008214

MRK-ABI0011027 to 1081.

MRK-ABI10002126; pg MRK-ABI10002127

MRK-ABIO003228

MRK-ABIO011027 to 1081 [LONG RANGE OPERATING PLAN]

MRK-ABK0311068

MRK-ABK0311068.

MRK-ABK0448221-MRK-ABK0448222

MRK-ABO0000257; pg MRK-ABO0000264.

MRK-ABO0000257-MRKABX0042064

MRK-ABP0015345-MRK-ABP0015390

MRK-ABP0015346; pg MRK-ABP0015352.

MRK-ABP0015346; pg MRK-ABP0015368, data available 2/2000.

MRK-ABP0015346; pg MRK-ABP0015368, data available 4Q99.

MRK-ABP0015346; pg MRK-ABP0015368.

MRK-ABP0015346-MRK-ABP0015390

MRK-ABP0016015; pg MRK-ABP0016061.

MRK-ABP0016015-MRK-ABP0016061

MRK-ABS0027726- MRK-ABS0027728

MRK-ABS0037036; pg MRK-ABS0037039-40.

MRK-ABS0037036-MRK-ABS0037048

MRK-ABS0415816

MRK-ABS-0415816.

MRK-ABT0022913-MRK-ABT0022914

MRK-ABT0079740-MRK-ABT0022914

MRK-ABW0008495; pg MRK-ABW0008497

MRK-ABW0008495; pg MRK-ABW0008503

MRK-ABY0015957-MRK-ABY0084361

MRK-ABY0030000 to 3030

MRK-ABY0030000 to 3030.

MRK-ABY0030000; pg  MRK-ABY0030001.

MRK-ABY0079740-MRK-ABY0079747

MRK-ACC0028499-MRK-ACC0028520

MRK-ACD0089631-MRK-ACD0089632

MRK-ACF0004015

MRK-ACF0004015.

MRK-ACI0013233

MRK-ACI0013234-MRK-ACI0013240

MRK-ACI0013241-MRK-ACI0013246

MRK-ADB0009039-MRK-ADB0009042

MRK-ADJ0042906

MRK-ADJ0042906.

MRK-ADJ0056220-MRK-ADJ0056224

MRK-ADO0040848

MRK-ADW0032098-MRK-ADW-0032901

MRK-AEI0002734- MRK-AEI0002746.

MRK-AEIO002734 TO 2746

MRK-AF10136524 [236 Email from Linda coppola CV car 1 year Revalidation].

MRK-AFI0011320-MRK-AFI0011323

MRK-AFI0041638-MRK-AFI0041641

MRK-AFI0043342-MRK-AFI0043349

MRK-AFI0136524

MRK-AFI0136524.

MRK-AFI0182292-MRK-AFI0182293

MRK-AFI0201415-MRK-AFI0201442

MRK-AFI10279988-MRK-AFI0280008

MRK-AFL0015451-MRK-AFL0015484

MRK-AFL0015457-MRK-AFL0015484

MRK-AFV0081900-MRK-AFV0081915

MRK-AFV0424171-MRK-AFV0424179

MRK-AFV0451455; pg MRK-AFV0451532.

MRK-AFV0451455; pg MRK-AFV0451606.

MRK-AFV0451455; pg MRK-AFV0451630

MRK-AFV0451455; pg MRK-AFV0451652

MRK-AFV0451455; pg MRK-AFV0451761

MRK-AFV0451455-MRK-AFV0451779

MRK-AFV0451455-MRK-AFV0451779

MRK-AGLAAD0011438-MRK-AGLAAD0011442

MRK-AGT0007131

MRK-AGV0021318.

MRK-AGV0021318; pg MRK-AGV0021319.

MRK-AGV0021318; pg MRK-AGV0021320.

MRK-AGV0021318; pg MRK-AGV0021323.

MRK-AGV0021318-MRK-AGV0021323

MRK-AHO0005433- MRK-AHD0226902

MRK-AHO0005433-MRK-AAD0226902

MRK-AHR0009546

MRK-AHR0009546.

MRK-AHY0263589- MRK-AHY0263600

MRK-AHY0269626-MRK-AHY0263628

MRK-AIR0041440-MRK-AIR0041458

MRK-AIR0041448-MRK-AIR0041458

MRK-AJA0119085-MRK-AJA0119087.

MRK-AJAOI19085-MRK-AJA0119087

MRK-AJIX0002759

MRK-AJIX0002760

MRK-BDN0000081-MRK-BDN0000098

MRK-BDN000099-MRK-BDN0000102

19

MRK-EAK0000063; pg MRK-EAK0000141

MRK-EAK0000063; pg MRK-EAK0000141.

MRK-EAK0000063-MRK-EAK0000141

MRK-EBER0025527-MRK-EBER0025535

MRK-EBER0025548-MRK-EBER0025558

MRK-EBER0025571-MRK-EBER0025572

MRK-EBES0030779

MRK-EBES0030786

MRK-EBES0030855

MRK-EBES0030855; pg MRK-EBES0030872

MRK-EBES0030855-MRK-EBES0039532

MRK-EBES0039480

MRK-EBES0039480; pg MRK-EBES0039483

MRK-EBES0039480; pg MRK-EBES0039483

MRK-EBES0039480; pg MRK-EBES0039486

MRK-EBES0039480; pg MRK-EBES0039494

MRK-EBES0039480; pg MRK-EBES0039507

MRK-EBES0047057

MRK-EBES0047057; pg MRK-EBES0047058

MRK-EBES005831-MRK-EBES005832

MRK-EBES008371-MRK-EBES00083579

MRK-GUE0035229

MRK-GUE0035229.

MRK-H.10STM001118.

MRK-H.10STM001118; pg MRK-H.10STM001120.

20

MRK-H.10STM001203

MRK-H.3STM001173.

MRK-H.3STMOOl173

MRK-H.lOSTMOOl118

MRK-HND0000922-- MRK-HND0000102

MRK-HND0000922-MRK-HND0000924

MRK-NJ0070364

MRK-NJ0070364.

MRK-NJ0071309

MRK-NJ0071309.

MRK-NJ0189508 to 9509

MRK-NJ0189508 to 9509.

MRK-NJ0244639-MRK-NJ0244641

MRK-NJ0272240-MRK-NJ0272272

MRK-NJ0315892

MRK-NJ0315892 to 5894.

MRK-NJ0315892.

MRK-NJ03158932 to 5894

MRK-NJ0320174

MRK-NJ0320174.

MRK-NJ0346560- MRK-NJ0346503

MRK-NJ0346560.

MRK-NJ0346560; pg MRK-NJ0346574.

MRK-NJ0346560; pg MRK-NJ0346575.

MRK-NJ0346560; pg MRK-NJ0346578.

21

MRK-NJ0346560; pg MRK-NJ0346581.

MRK-NJ0346560; pg MRK-NJ0346589 (statistical significance calculated using openepi.com).

MRK-NJ0408967-MRK-NJ0409020

MRK-NJ048967; pg MRK-NJ048995.

MRK-OS420045785; pg MRK-OS420045791.

MRK-OS420045785-MRK-OS420045793

MRK-OS420124072-MRK-OS420124403

MRK-OS420124401-3

MRK-P0001726

MRK-P0001726.

MRK-P0001815

MRK-P0001815.

MRK-P0002475-MRK-P0002481

MRK-PRL0000114

MRK-PRL0000114; pg MRK-PRL0000115

MRK-PRL0000122. .

MRK-PRL0000122-MRK-PRL0000123

MRK-PRL0000170; pg MRK-PRL0000171.

MRK-PRL0000214

MRK-PRL0000214.

MRK-PRL0000218

MRK-PRL0000218.

MRK-PRL0000241

MRK-PRL0000241.

MRK-PRLOOOO170

Merck-Vioxx-00987.

LaAG-Vioxx-000376-000459

LaAG-Vioxx-000640-000733

LaAG-Vioxx-002454-002457

LaAG-Vioxx-002458-002518

LaAG-Vioxx-002608-002668

LaAG-Vioxx-002687-002698

LaAG-Vioxx-002707-002719

LaAG-Vioxx-002720-002760

LaAG-Vioxx-002775-002798

LaAG-Vioxx-00294-002304

LaAG-VIOXX-003290; pg LaAG-VIOXX-003294.

LaAG-VIOXX-003290; pp LaAG-VIOXX-003293-8.

LaAG-Vioxx-003290-003313

LaAG-VIOXX-003338, pg  LaAG-VIOXX-003347.

LaAG-VIOXX-003338, pg  LaAG-VIOXX-003349.

LaAG-VIOXX-003338.

LaAG-Vioxx-00338-003352

LaAG-Vioxx-003803-003810

LaAG-Vioxx-00793-00809LaAG-Vioxx-00987-01003