# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX Products         :MDL   1657

Liability Litigation           :

This Document Relates to       :

STATE OF LOUISIANA et rel. :Section L

JAMES D. CALDWELL, Attorney:

General,                       :Honorable Eldon E. Fallon

       Plaintiff           :Magistrate Judge Knowles

v.                             :

MERCK SHARP & DOHME CORP., :Case No.:   05-3700

       Defendant           :

----------

Deposition of NEIL JULIE, M.D.

Bethesda, Maryland

Wednesday, January 13, 2010

9:08 a.m.

Pages:   1 - 328

Reported By:  Dawn M. Hart, Notary Public, RPR/RMR

Page 12

1    Exhibit 20.  Have you seen that before?

2         A    Let me look at it.

3              (Reviewing.)

4              Yeah, I've actually seen not the paper

5    document, but I've seen it electronically.

6         Q    And when did you see that document for the

7    first time?

8         A    Yesterday.

9         Q    Okay.  Great.

10             (Exhibit 2 was marked for identification and

11   was attached to the transcript.)

12   BY MR. TOMASELLI:

13        Q    I'm marking as Deposition Exhibit 2 the

14   document that's labeled Curfman Exhibit 20 that you

15   said you received for the first time yesterday,

16   correct?

17        A    Correct.

18        Q    Are you basing your opinions in this case

19   based on the documents you received yesterday?

20        A    My opinions are stated in my report, and to

21   some extent they may be modified in terms of comments

22   based on additional information that I received

23   yesterday.  But my opinions remain the core that were

24   stated here.

```
 1      Q    Your reports were generated prior to
 2   receiving Exhibit 2, correct?
 3      A    That is correct.
 4           (Exhibit 3 was marked for identification and
 5   was attached to the transcript.)
 6   BY MR. TOMASELLI:
 7      Q    And can you tell me what is Julie Exhibit 3?
 8      A    Julie Exhibit 3 is the list of cases
 9   reviewed by the adjudication committee that are then
10   listed for the VIGOR study.
11      Q    For the VIGOR study?
12      A    Right.
13      Q    When did you first receive that document?
14      A    I received this document yesterday.
15      Q    And in preparing your reports, did you rely
16   on that document?
17      A    In preparing my reports, I had prepared my
18   reports before I saw this document, but these reports
19   are informative to the contents of the statements I
20   made in my documents, in my report.
21      Q    Any specific opinions in your reports that
22   you're going to be relying upon that document as you
23   saw it yesterday?
24           MR. ARBITBLIT:  Object to form.
```