# EXHIBIT 10

**Exhibit B: Materials reviewed by Neil Julie, M.D.**

Bjarnason, Ingvar, *J R Soc Med* 2007; 100 (Suppl. 48): 11-14, Ibuprofen and gastrointestinal safety: a dose-duration-dependent phenomenon

Bombardier C. (Nov. 23, 2000). Comparison of UGI toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. *NEJM*; 343:1520-28

Chan, Francis K. L., *Gastroenterology* 2004;127:1038–1043, Celecoxib Versus Diclofenac Plus Omeprazole in High-Risk Arthritis Patients: Results of a Randomized Double-Blind Trial

Chan, Francis K.L., *N. Engl. J. Med.* December 26, 2002, Vol. 347, No. 26; 2104-2110, Celecoxib Versus Diclofenac and Omeprazole in Reducing the Risk of Recurrent Ulcer Bleeding in Patients with Arthritis

Chen, Y-F, *Health Technology Assessment* 2008; Vol. 12: No. 11, Cyclooxygenase-2 selective non-steroidal anti-inflammatory drugs (etodolac, meloxicam, celecoxib, rofecoxib, etoricoxib, valdecoxib and lumiracoxib) for osteoarthritis and rheumatoid arthritis: a systematic review and economic evaluation

Cox, et al., Verification of a Decision Analytic Model, *Am. J. Manag Care* 2003; 9:785-794.

Cryer, Byron, *Gastroenterology* 2004;127:1256–1262, COX-2–Specific Inhibitor or Proton Pump Inhibitor Plus Traditional NSAID: Is Either Approach Sufficient for Patients at Highest Risk of NSAID-Induced Ulcers?

Cryer, B. (2005). NSAID-associated deaths: the rise and fall of NSAID-associated GI mortality. *Am J Gastroenterol*, 100(8), 1694-5

Doshi, Jalpa A., *Health Affairs-Web Exclusive*, February 18, 2004, The Impact Of Drug Coverage On COX-2 Inhibitor Use In Medicare

Fries, et al.; *J. Rheumatol* 2004, letters to editor and Fries' Reply

Fries, James F., *Arthritis & Rheumatism* Vol. 50, No. 8, August 2004, pp 2433–2440, The Rise and Decline of Nonsteroidal Antiinflammatory Drug-Associated Gastropathy in Rheumatoid Arthritis

Fries, James F., *The Journal of Rheumatology* 2003; 30:10, Rates of Serious Gastrointestinal Events from Low Dose Use of Acetylsalicylic Acid, Acetaminophen, and Ibuprofen in Patients with Osteoarthritis and Rheumatoid Arthritis

Goldstein, Jay L., *Clinical Gastroenterology and Hepatology* 2007;5:1167–1174, Celecoxib Plus Aspirin Versus Naproxen and Lansoprazole Plus Aspirin: A Randomized, Double-Blind, Endoscopic Trial

Graham, David Y., M.D., *N. Engl. J. Med.* December 26, 2002, Vol. 347, No. 26; 2162-2164, NSAIDs, Helicobacter Pylori, and Pandora's Box

Helmick, Charles, and Lawrence, Reva, et al., Estimates of the Prevalence of Arthritis and Other Rheumatic Conditions in the United States, *Arthritis and Rheumatism* 2008 (Parts I and II); 58:15-35.

Hippisley-Cox, J. (2005). Risk of adverse gastrointestinal outcomes in patients taking Cox-2 inhibitors or conventional NSAIDs: population based nested case-control analysis. *BMJ* 331(7528):1310-1316

Hooper, Lee, *BMJ*, doi:10.1136/bmj.38232.680567.EB (published 8 October 2004), The effectiveness of five strategies for the prevention of gastrointestinal toxicity induced by non-steroidal anti-inflammatory drugs: systematic review

Hrachovec, Jennifer Berg, PharmD, MPH, *JAMA*, November 21, 2001-Vol. 286, No. 19 (Reprinted), Reporting of 6-Month vs 12-Month Data in a Clinical Trial of Celecoxib

Kellstein, DE. The safety profile of nonprescription ibuprofen in multiple dose use: A meta-analysis. *J Clin Pharmacol.* 1999; 39:520-532

Lai, Kam-Chuen, MD, *The American Journal of Medicine* (2005) 118, 1271-1278, Celecoxib compared with lansoprazole and naproxen to prevent gastrointestinal ulcer complications

Laine, Loren, *Gastroenterology* 2001;120:594–606, Approaches to Nonsteroidal Anti-inflammatory Drug Use in the High-Risk Patient

Laine, Loren, *Gastroenterology* 2004;127:395-402, Ulcer Formation With Low-Dose Enteric-Coated Aspirin and the Effect of COX-2 Selective Inhibition: A Double-Blind Trial

Lanas, A. (2005). A Nationwide Study of Mortality Associated with Hospital Admission Due to Severe Gastrointestinal Events and Those Associated with Non-steroidal Anti-inflammatory Drug Use. *Am J Gastoenterol*; 100: 1685-1693

Lanas, A. (2007). Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. *Gastroenterology*, 132(2), 490-7

Langman, Michael J., MD, *JAMA*, November 24, 1999-Vol. 282; No. 20, Adverse Upper Gastrointestinal Effects of Rofecoxib Compared With NSAIDs

Maetzel, Andreas, *Arthritis & Rheumatism* (Arthritis Care & Research), Vol. 49, No. 3, June 15, 2003, pp 283–292, The Cost Effectiveness of Rofecoxib and Celecoxib in Patients With Osteoarthritis or Rheumatoid Arthritis

Marshall, John K., *PharmacoEconomics*: Volume 19(10) 2001 pp 1039-1049, Incremental Cost-Effectiveness Analysis Comparing Rofecoxib with Nonselective NSAIDs in Osteoarthritis: Ontario Ministry of Health Perspective

Moore, et al., Health Economic Comparisons, *J. of Med. Economics*, 2001; 4:1.

*Prescrire International* December 2002/Volume 11 No. 62; 190-191, Translated from *Rev Prescr*, September 2002; 22 (231): 623-624, Celecoxib and the CLASS trial: data massaging by industry

Piper, J. (1991). Corticosteroid use and peptic ulcer disease: role of nonsteroidal anti-inflammatory drugs. *Ann Intern Med*, 114(9):735-40

Ray, W.A., Risk of peptic ulcer hospitalizations in users of NSAIDs with gastroprotective cotherapy versus coxibs. *Gastroenterology* (2007);133: 790-798 / Lanas, A., Effects of anti-secretory drugs and nitrates on the risk of ulcer bleeding associated with NSAIDs, anti-platelet agents and anticoagulants; *American Journal of Gastroenterology* (2007) 102:507-515

Silverstein, Fred E., *JAMA*. 2000;284(10):1247-1255 (doi:10.1001/jama.284.10.1247), Gastrointestinal Toxicity with Celecoxib vs Nonsteroidal Anti-inflammatory Drugs for Osteoarthritis and Rheumatoid Arthritis: The CLASS Study: A Randomized Controlled Trial

Singh, G.; GI Score: A Simple Self-Assessment Instrument, *Arthr. and Rheumatism* 1998 (Supp.) S75, #256.

Singh, G.; Triadafilopoulos, G. Epidemiology of NSAID induced Gastrointestinal complications. *J of Rheum.* 1999; 26 Suppl 26:18-24

Singh, G. (1998). Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. *Am J Med*, 105(1B), 31S-38S

Spence, Michele M., *Med Care Res Rev* 2005; 62; 544, Direct-to-Consumer Advertising of COX-2 Inhibitors: Effect on Appropriateness of Prescribing

Watson, Douuglas, *Curr. Med. Res. Op.* 2004; 20:1539-48.

Wolfe, Frederick, *J Rheumatol v27 n7 2000 p.1668-73*, The Comparative Risk and Predictors of Adverse Gastrointestinal Events in Rheumatoid Arthritis and Osteoarthritis: A Prospective 13 Year Study of 2131 Patients

Wolfe, M. Michael, M.D., *N. Engl. J. Med.* 1999;341:548, Gastrointestinal Toxicity Of Nonsteroidal Antiinflammatory Drugs

*Food and Drug Administration*, Division of Anti-Inflammatory, Analgesic and Opthalmic Drug Products – HFD-550, <u>Medical Officer Review</u>, NDA 21-042 and NDA 21-052 (Rofecoxib tablets and rofecoxib oral solution), Submitted July 21, 2001, End of Review Date November 28, 2001.

*Food and Drug Administration*, Division of Anti-Inflammatory, Analgesic and Opthalmic Drug Products – HFD-550, <u>Medical Officer Review</u>, Vioxx (Rofecoxib), NDA 21-042 (capsules) and NDA 21-052 (oral solution), S 007 (Gastrointestinal Safety), Submitted June 29, 2000, End of Review Date March 30, 2001.

http://www.cdc.gov/arthritis/data_statistics/arthritis_related_statistics.htm

JAB 02250-02362

Merck, FDA Advisory Committee Background Information, Vioxx™ Gastrointestinal Outcomes Research Study (VIGOR), 1/2/01; Presented to Arthritis Advisory Committee, 2/8/01.

MRK-AFV0088960-89084

MRK-NJ0214739-742

MRK-ABS0415816

MRK-AB00000257

MRK-ABX0042064

MRK-AAD0106697-6846

MRK-ABI0008139-8214

MRK-ABL001224

MRK-AFV0451455-779

MRK-99420021411-1434

MRK-AHO0005433-34

MRK-AAD0226839-902

MRK-I2690007833-8224

MRK-OS420124339-377

MRK-ZAA0000097, 99, 119

MRK-EAK0000063-141

- 5 -

MRK-PUBLIC0000249-254

MRK-8940042990

MRK-I8940043013

Deposition of Gregory Curfman, 1/17/07

Statistical Report of Nicholas Jewell, Ph.D., 9/17/09

Vioxx August 2003 Label

Vioxx 2002 Label
MRK-LBL0000067-70

VIOXX entries, PDR 2003, 2004 and supplements