# EXHIBIT 11

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL No. 1657 |
| Products Liability | § | |
| Litigation | § | SECTION L |
| | § | |
| | § | |
| STATE OF LOUISIANA, | § | |
| ex rel. JAMES D. CALDWELL, | § | JUDGE ELDON E. |
| JR., Attorney General, | § | FALLON |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | MAGISTRATE |
| | § | JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | § | |
| | § | |
| Defendant. | § | Case No. |
| | § | 05-3700 |
| | § | |

FRIDAY, JANUARY 15, 2010
- - -

Oral deposition of DAVID Y. GRAHAM, M.D., held in the offices of Matthews & Associates, 2905 Sackett Street, Houston, Texas 77098, Houston, Texas commencing at 9:30 a.m., on the above date, before Minnie Cadena-Meche, Registered Merit Reporter.

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

David Y. Graham, M.D.

Page 24

1  Q. Now, if you turn to Exhibit 7
2  and you look at the back of it --
3  A. Yes.
4  Q. -- you will see a reference
5  list. Now, what is represented by that
6  reference list?
7  A. That list is a list of
8  references included in that rebuttal report.
9  Q. Okay. As far as the original
10 report, which is Exhibit 6, is it correct
11 that the references are contained within the
12 report itself as opposed to a list at the
13 end?
14 A. Yes.
15 Q. All right. Now, let me ask you
16 this: I've just some basic questions: Did
17 you know or have you worked with any of the
18 defense consultants whose names you list on
19 Exhibit 7? You say Dr. Silvers, Dr. Sales,
20 Dr. Curtis and Dr. Parnell.
21 A. Dr. Silvers.
22 Q. All right. And what had you --
23 what had you done with Dr. Silvers?
24 A. He was one of my Fellows that