# EXHIBIT 12

## Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

### Education and Professional Experience

1.      I, DAVID Y. GRAHAM, am a Professor of Medicine and Molecular Virology and Microbiology at Baylor College of Medicine in Houston, Texas. I am a member of the Digestive Disease Division in the Department of Medicine at Baylor College of Medicine and the Gastroenterology Section at the Michael E. DeBakey Veterans Affairs Medical Center in Houston, Texas.

2.      I attained my M.D. Degree from Baylor University College of Medicine in 1966. My post-graduate training included: Internship at Ben Taub General Hospital and Veterans Administration Hospital, Houston, Texas in 1966-1967; Residency in Internal Medicine at Baylor Affiliated Hospitals, Houston, Texas in 1969-1971; and a Fellowship in Gastroenterology at Baylor Affiliated Hospitals, Houston, Texas in 1972-1973. I was certified by the American Board of Internal Medicine in 1972 and by the Subspecialty Board, Gastroenterology in 1975.

3.      I have held the title of Professor of Medicine at Baylor College of Medicine since 1983 and Professor of Molecular Virology and Microbiology at Baylor College of Medicine since 1989. From 1983 to 1989 I held the title of Professor of Virology at this same institution. Prior to my appointment as a Professor, I served as an Associate Professor (1977-1983) and Assistant Professor (1973-1977) of Medicine, also at Baylor College of Medicine.

4.      I held the title of Chief, Gastroenterology Section, Veterans Affairs Medical Center from 1976 to 2007 and Chief, Digestive Disease Division, Department of Medicine, Baylor College of Medicine from 1988 to 2007.

5.      I am a member of numerous societies, including: the American Association for the Advancement of Science (Fellow); American College of Gastroenterology (Master); American College of Physicians (Fellow); American Society of Microbiology; American Gastroenterology Association, Infectious Diseases Society of America (Fellow); and World Innovation Foundation (Fellow). I am also the recipient of numerous honors and awards, including: the Henry Baker Lecture awarded by the American College of Gastroenterology (May 1983); President of the American College of Gastroenterology (1990-1991); the Joseph B. Kirsner Award from the

American Gastroenterology Association for Excellence in Clinical Research (May 1994); Member of the Japanese Society of Gastroenterology (since 1994); the Michael E. DeBakey, M.D. Award for Excellence in Research, Baylor College of Medicine (November 1994); Advisor to Japanese Research Society for H. pylori Related Gastroduodenal Diseases (since 1995); Janssen Award for Special Achievement in Gastroenterology, American Gastroenterology Association (May 1995); American College of Gastroenterology Distinguished Lecture, Annual Meeting of the American College of Gastroenterology (October 1995); Clinical Achievement Award, American College of Gastroenterology (October 1995); Hugh R. Butts Fellows' Choice Visiting Professor in Gastroenterology, Mayo Medical School (March 1996); American College of Gastroenterology Governor's Award for excellence in Clinical Research (October 1998); the Frank Brown Berry Prize in Federal Medicine (August 2000); an Annual lecture at the annual meeting of the American College of Gastroenterology is named the David Y. Graham Lecture starting in 2004; the 2005 Samuel S. Weiss Award in Recognition of Outstanding Career Service to the American College of Gastroenterology; the endoscopy unit at the Michael E. DeBakey VA Medical Center was officially named The David Y. Graham Gastrointestinal Endoscopy Unit in September 2008, and in September 2008 I was awarded the Marcel Patterson & Robert Nelson Award by the Texas Society for Gastroenterology and Endoscopy.

6.       I am also listed as among the Top 50 Most Influential Gastroenterology Professionals of the 20th Century by Gastroenterology.com and have been honored as one of the Best Doctors in America yearly since 1997.

7.       I am currently on the editorial board for a number of journals. I am a reviewer for numerous others including: Lancet, New England Journal of Medicine, Annals of Internal Medicine, American Journal of Gastroenterology, Gastroenterology, Helicobacter (Editor), Journal of Laboratory and Clinical Medicine, Journal of Clinical Investigation, Journal of Clinical Gastroenterology, Journal of Infectious Diseases, Pediatric Gastroenterology and Nutrition, and the Scandinavian Journal of Gastroenterology.

8.       My research interests include peptic ulcer disease caused by nonsteroidal inflammatory drugs (NSAIDs) or H. pylori infections. I have authored more than 800 scientific articles, over 60 letters, and have contributed to more than 100 books. I have worked in the field of the effects

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx).

of NSAIDs on the gastrointestinal tract since the mid-1980's and have continued to publish in this area until the present.

9.      A copy of my *curriculum vitae* is attached as **Exhibit A** to my affidavit.

10.     Based on my education, experience and qualifications, I consider myself competent to give the opinions set out in my affidavit. The fundamental questions I seek to address are whether rofecoxib is damaging or toxic to the gastrointestinal tract and if it is, whether it differs substantially from other NSAIDs.

11.     In way of background, until relatively recently one of the major concerns of Medicine as it relates to the gastrointestinal tract was peptic ulcer disease and its complications. Until recently the cause(s) was unknown. We now know that the more common causes are infection with the bacterial pathogen *Helicobacter pylori* and the use of NSAIDs, Aspirin was introduced into medical practice in the late 1800's and rapidly became one of most widely used drugs of all time. By the 1940's it was recognized that aspirin could cause damage to the lining of the stomach. Until the 1980's aspirin was the most commonly used NSAID for relief of arthritis and pain. In 1986 we reviewed the data regarding the effects of aspirin on the stomach. We emphasized the dose-response characteristics of the adverse effects of aspirin, such as the association of the use of larger does with risk of developing gastric ulcers. "The increased incidence of gastric ulcer, and presumed increase in the incidence of gastrointestinal hemorrhage, however, should not necessarily cause one to choose another nonsteroidal anti-inflammatory agent. Aspirin costs the least of all available anti-arthritic drugs, and the limited available data do not suggest that newer anti-arthritic drugs are safer or that the risk of bleeding or chronic ulcer is less." (Graham DY, Smith JL. Aspirin and the stomach. Ann Intern Med 1986;104:390-8.). The 1970's and 1980's saw many studies using gastrointestinal endoscopy to compare the damaging effects of aspirin with the newly introduced NSAIDs or with acetaminophen. This type of research was largely pioneered by Frank Lanza who also developed the widely used "Lanza scale" to assess mucosal damage. This approach has been used in the study of each new agent. This type of study was also extended to examine the effect of new potential gastroprotective strategies and agents such as the histamine-2 receptor antagonists and misoprostol. Many, if not most, of these studies were supported by pharmaceutical companies

seeking to test hypotheses regarding approaches to reduce visible mucosal damage or to show a presumed advantage in terms of mucosal damage (ie, by comparing their new drug to an established drug). Most were of short duration and were never followed up with clinical studies to confirm the finding in terms of relative safety or to examine whether the findings had clinical relevance. The degree of damage was largely related to the local solubility of the drugs in the gastric contents and to their intrinsic damaging ability. Interest in this model was reduced with it became clear that frank gastroduodenal ulcers could be produced by administration of NSAIDs by parenteral or rectal routes or by enteric coating (ie, methods that completely bypassed the stomach). These observations were most consistent with the notion that clinical ulcers were largely due to the systemic effects of the NSAIDs and were a consequence of their ability to inhibit mucosal prostaglandins which are believed to protect the mucosa. This concept also dovetailed with the experiments of Dr. Andre Robert who championed prostaglandins and prostaglandin replacement as mucosal protective. The concept was further advanced following a double blind trial where an orally administered prostaglandin, misoprostol, was able to reduce NSAID-induced complications.

12.    Until the mid 1980's the level of risk associated with NSAID use remained controversial (eg, Kurata JH, et al. Inadequacy of the literature on the relationship between drugs, ulcers, and gastrointestinal bleeding. Gastroenterology 1982;82:373-376. & Somerville K, et al. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986;1:462-464). Increasing data confirmed the conclusion that NSAID-associated ulcer complications were a significant public health problem and resulted in a large number of studies examining the relative risks of different features related to NSAID-induced complications such as patient age, sex, NSAID dose, number of NSAIDs, concomitant use of anticoagulants and anti-platelet drugs, etc.

13.    Proof that the risk could be reduced by replacement of mucosal prostaglandins with misoprostol provided strong support to the hypothesis that inhibition of prostaglandin synthesis was a key factor in producing the mucosal damage and ulcers. The discovery that prostaglandin synthesis was controlled by two different isoforms of cyclooxygenase, COX-1 and COX-2, and the hypothesis that that COX-1 was responsible for mucosal integrity whereas COX-2 was related to inflammation led investigators to search for selective inhibitors based on the premise that selective inhibition of COX-2 would prevent NSAID-induced mucosal damage while

maintaining the anti-pain and inflammatory effects of NSAIDs. Rofecoxib is one of the highly specific COX-2 inhibitors that emerged from that research. The availability of highly selective COX-2 inhibitors allowed testing of the hypothesis that, for first time, relief of pain and inflammation could be separated from the gastrointestinal untoward effects of NSAIDs. There was great hope that these hypotheses would prove correct as they seemed to be based on sound physiologic principles.

14. Clinical trials in patients with arthritis and pain showed that rofecoxib was essentially equivalent (ie, not superior) to traditional NSAIDs such as ibuprofen or naproxen in terms of analgesia and anti-inflammatory activity. The questions of whether it was safer (or equivalent to placebo in terms of gastrointestinal safety) was more difficult to test in that the lack of validated surrogate markers required large clinical trials with clinically significant endpoints such as upper GI bleeding. These data are discussed below.

15. Despite the long history of using endoscopic studies that examined the gastric mucosa to assess gastroduodenal damage following ingestion of potentially gastrotoxic compounds, this approach has never been validated as a surrogate marker for clinically significant endpoints such as complicated ulcer disease (bleeding or perforated). The requirements for identifying reliable and validated surrogate markers have been discussed in a number of recent papers (eg, those by Thomas R. Fleming(Fleming TR, DeMets DL. Surrogate end points in clinical trials: are we being misled? Ann Intern Med 1996;125:605-613; Fleming TR, DeGruttola V, DeMets DL. Surrogate endpoints. AIDS Clin Rev 1997;129-143; Fleming TR. Surrogate endpoints and FDA's accelerated approval process. Health Aff (Millwood ) 2005;24:67-78) and are reviewed in a recent editorial I wrote entitled "Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*" that was written in response to an article largely derived from a "white paper" commissioned by Pfizer and authored by members of a Pfizer advisory group.

16. The three most common clinically important gastrointestinal complications of NSAID use are gastroduodenal bleeding from ulcers, perforated ulcer, and clinical symptomatic ulcer disease. The first two are most important as they carry a definite risk of hospitalization and mortality. Symptomatic ulcers are somewhat problematic as they typically represent an

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

inconvenience to the patient and may be difficult or impossible to distinguish from acute mucosal damage and endoscopic ulcers. The criteria for "sufficient symptoms" to prompt endoscopy in clinical trials not been standardized and thus ulcers that are found are likely to represent a combination of clinical ulcers and endoscopic ulcers. As such "ulcers" appear to be more common in clinical trials than in clinical practice. To try to overcome this problem, Merck protocol 069 "Langman" study defined complicated ulcers as a gastric ulcer $\geq 3$ cm in diameter or a duodenal ulcer $\geq 2$ cm in diameter (Table 1 under 6. evaluation criteria) (Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.) (see paragraphs 23 through 26 for details). A second problem is when one examines the gastric mucosa for the presence of injury one must be aware of the phenomenon called gastric adaptation that describes the observation that initially topically damaging drugs such as aspirin may cause widespread injury but after a few days to weeks this lessens or disappears and only later with continued usage do some individuals develop a typical chronic appearing, often large, ulcer. These chronic appearing ulcers are thought to be the basis for most of the significant complications. Short term studies, especially those using topically toxic agents at high doses reproducibly cause considerable endoscopic injury of unknown clinical significance that, as noted above, has been used, for marketing different agents. Topically gastrotoxic agents such as higher doses of aspirin, naproxen, or ibuprofen cause visible damage very rapidly and then tends to resolve (adaptation). Thus, endoscopy done in the first weeks after starting the drug are likely to show damage (ie, endoscopic ulcers) and provide a false impression of the difference in safety for the long term use of two drugs, one of which is minimally topically gastrotoxic. Examination of the survival analysis plot in the Langman study shows the majority of the difference between the traditional NSAIDs and rofecoxib was in the first month after starting medication.

17.     I will briefly discuss the role of NSAID dose and its relation to gastrotoxicity. As noted in paragraph 11, we were among the first to call attention to the importance of drug dose and gastrointestinal toxicity. This concept has generally held up with higher doses being related to an increased risk of clinically important PUBs. The rule-of-thumb for the use of NSAIDs is to use the lowest dose that is effective for that person and for the shortest time. NSAIDs have both analgesic and an anti-inflammatory effects. For some NSAIDs (eg, ibuprofen) increasing the dose will often increase the amount of anti-inflammatory activity over a large dose range. In

contrast, 200 mg of ibuprofen is a very effective analgesic dose; 400 mg provides maximum analgesic effect (Graham DY. Nonsteroidal anti-inflammatory drugs, *Helicobacter pylori*, and ulcers: where we stand. Am J Gastroenterol. 1996;91:2080-6.).   Physicians can thus tailor therapy based on whether their primary goal is to provide analgesia (eg, dental pain, osteoarthritis) ranging up to conditions where strong anti-inflammatory effect is needed (active rheumatoid arthritis).   NSAIDs vary in terms of GI risk and in most there is a clear dose response.   In the first large study that looked at risk in terms of dose in the elderly, a standard dose of ibuprofen for rheumatoid arthritis was 1,200 mg and for naproxen 500 mg (Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991;114:257-263.). This study was followed by a number of additional studies evaluating individual NSAIDs and NSAID doses. For example, in 1994 Garcia Rodriguez published a study of 1457 cases of UGIB and 10,000 control subjects identified from general practitioners in the UK.   The risk of high-dose ibuprofen was substantially greater for than low-dose ibuprofen users. Eighty percent of uses of ibuprofen were in the low daily dose category (<1,500 mg) (Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs Lancet 1994;343:769-772). The highest recorded dose of ibuprofen was 2400 mg daily, prescribed to only 2 subjects in the whole study population. There have been many recent papers regarding the dose response effect such as (Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.)(Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. Arch Intern Med 2000;160:2093-2099).   The dose-risk association has been regularly confirmed with standard dose ibuprofen being considered 1,200 mg and naproxen 750 mg.  The doses in the rofecoxib studies were 2,400 mg of ibuprofen and 1,000 mg of naproxen per day.

18.      Proof that rofecoxib was not toxic to the gastrointestinal tract (ie, equal to placebo) would require double blind placebo controlled studies using reliable endpoints.  Proof that it was safer than traditional NSAIDs would require a meaningful reduction in significant GI complications (eg, upper gastrointestinal bleeding or bleeding or perforation) again demonstrated in blinded

clinical trials and would need to also take into account the choice of comparator and dose (ie, it may be safer than piroxicam but more toxic than ibuprofen).

19.    There are data addressing the hypothesis whether rofecoxib is equivalent to placebo in terms of gastrointestinal toxicity. There are two large randomized placebo controlled trials which collected outcome data. The fact that rofecoxib was significantly more likely than placebo to lead to PUBs was shown in Merck protocol 078 in which 25 mg of rofecoxib or placebo was used in the treatment of mild cognitive impairment and to prevent conversion to Alzheimer's disease. This was a 4 year randomized study of 1457 patients. Suspected GI PUBs were reviewed by an independent expert adjudication board. Both confirmed and confirmed complicated events were significantly more common among rofecoxib users compared to placebo (see 078 study report, Table 63). The analysis of all confirmed PUBs in the same patients by Dr. Jewell yielded an IRR of 4.02, P = 0.009 (ie, significantly higher with Vioxx compared to placebo) Of interest, according to the summary report of the protocol, it was completed in April 2003 and the fact that rofecoxib was significantly inferior to placebo was not rapidly published As a result, those prescribing the drug and those writing about the risks of rofecoxib remained unable to update their thinking or practices.

20.    The fact that rofecoxib was inferior to placebo was confirmed in the APPROVe (Adenomatous Polyp Prevention On Vioxx) study which was a three year trial with the primary aim of evaluating the efficacy of rofecoxib for the prophylaxis of colorectal polyps. Rofecoxib (25 mg) or placebo was given to 2587 patients (Lanas A, Baron JA, Sandler RS, Horgan K, Bolognese J, Oxenius B, Quan H, Watson D, Cook TJ, Schoen R, Burke C, Loftus S, Niv Y, Ridell R, Morton D, Bresalier R. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007;132:490-497.). The study was stopped prematurely because of concern of cardiovascular events. An independent expert adjudication board reviewed the investigator reports of upper gastrointestinal PUBs as part of the Gastrointestinal Clinical Event Monitoring Plan. The study clearly demonstrated a significant increase in confirmed PUBs and in confirmed and unconfirmed PUBs among rofecoxib users compared to those receiving placebo with relative risks of 4.9 and 3.76, respectively.

8

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

21.    Together, these two large placebo controlled trials clearly showed that rofecoxib was significantly more-likely than placebo to produce clinically significant gastrointestinal damage. One can conclude that rofecoxib is gastrotoxic and significantly more likely to produce gastrointestinal damage than placebo.

22.    There are also data concerning whether rofecoxib is safer than traditional NSAIDs in terms of clinically significant PUBs. Two studies that address this question are: Merck protocol 069 (ie, Langman MJ, et al.. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-1933) and Merck protocols 088/089 (ie, VIGOR Bombardier C. et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000;343:1520-8).

23.    Merck protocol 069 "Langman study". This was an analysis of 8 randomized controlled trials comparing rofecoxib, placebo, and a variety of traditional NSAIDs. Placebo, when used was not continued for the full duration of therapy. The analyses were complicated in that some protocols included regular scheduled endoscopies which potentially could increase the incidence of ulcers as an end point. The authors attempted to deal with this by excluding those ulcers that were found in a window around the scheduled endoscopy date. The lack of validated criteria to identify which patients potentially had symptomatic ulcers likely also produced a bias. The end result was likely that the ulcers that were identified consisted of a combination of complicated events (PUBs) and symptomatic ulcers some of which were undoubtedly endoscopic and not clinical ulcers. They hoped the problem of overestimate of risk could be partially overcome by relying more on complicated PUBs which only included large ulcers.

24.    The study had a number of technical problems that make the interpretation difficult including the fact that many had *H. pylori* infections. The study was done before treatment of *H. pylori* was commonly done and consisted of older patients where the prevalence of the infection in the population was known to be high. Other high risk groups included patients with prior PUBs (some of which were undoubtedly related to *H. pylori*, some to NSAIDs, and some to both). Finally, there was no placebo group throughout the entire study duration.

25.    Their analysis suggested an approximately 50% reduction in PUBs in the rofecoxib users compared to users of traditional NSAIDs. Because the incidence of PUBs is typically higher in

9

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

endoscopy studies, an analysis was done of the non-scheduled endoscopy protocols. No confirmed upper GI PUBs were identified in the placebo group. The cumulative incidence among rofecoxib users was 1% compared to 1.39% among NSAID users. The difference was not significant.

26.     As noted above, complicated PUBs (Table 1 under 6. evaluation criteria) were defined as a gastric ulcer $\geq$3 cm in diameter, a duodenal ulcer $\geq$2 cm in diameter, stigmata of bleeding (active bleeding or visible vessel at endoscopy), obstruction due to an active gastric or duodenal ulcer, or confirmed clinically significant hemorrhage which was upper GI hemorrhage with 1) significant bleeding/volume loss, 2) transfusion of blood or packed red blood cells. The results in what I believe to be the most reliable group (ie, confirmed upper GI PUBs that were complicated) were a cumulative incidence among rofecoxib users of 0.45% compared to 55% (P = 0.263 by log rank).

27.     In summary, this study could not take the place of a proper prospective randomized double blind trial examining for clinically significant PUBs. Analysis based on clinically significant PUBs showed a low incidence in both groups that was not significantly lower in the rofecoxib group. However, the study was not powered to examine this directly.

28.     Merck also published two studies using endoscopic ulcers as the end point (Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.; Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000;43(2):370-377). It is important to note that the data from both of these studies was included in the Langman study. As noted above endoscopic ulcers differ from clinical ulcer disease in that they are endoscopically identified mucosal abnormalities with no known clinical significance.  I have discussed the problems with interpretation of endoscopic ulcers a number of articles including in an editorial in the New

England Journal of Medicine (Graham DY. NSAIDs, *Helicobacter pylori*, and Pandora's box. N Engl J Med 2002;347:2162-2164) where the confounding issues of the presence of *Helicobacter pylori*, whether the patient had prior ulcer disease, and COX-2 inhibitors and antisecretory therapy were all reviewed. Both Merck studies used an identical protocol and a placebo arm and compared rofecoxib with high dose ibuprofen. Patients with prior PUBs whether due to either *Helicobacter pylori* or NSAIDs were included. Both $\geq 3$ mm and $\geq 5$ mm endoscopic ulcers were scored. However, this did not eliminate the problem of endoscopic ulcers not being a validated surrogate marker for clinical GI events (see paragraph 15 and "Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print"*). In general, those receiving rofecoxib had a lower incidence of endoscopic ulcers than those taking high dose ibuprofen. The prevalence of endoscopic ulcers was numerically higher among those taking placebo than among those taking rofecoxib. As noted above, these studies were included in the Langman study which expressed concern about the difficulty separating endoscopic ulcers and those that would equate with clinically relevant ulcers such one might see in practice (see paragraphs 16 and 26),. The analysis for complicated ulcers defined on the basis of size (a gastric ulcer $\geq 3$ cm in diameter, a duodenal ulcer $\geq 2$ cm in diameter) was not separately provided in either the Laine or the Hawkey study.

29.     The United States study was accompanied by an editorial (U. Beejay and M. M. Wolfe. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 117 (4):1002-1005, 1999) . The high rate of events in the placebo group was quite unexpected and this was pointed out by the authors of the editorial who suggested the possibility of surreptitious NSAID use which could have been monitored by measuring platelet-derived thromboxane. Beejay and Wolfe did not include the issue of the possibly inaccuracy of the endoscopic test per se (D. Y. Graham and F. K. Chan. Inaccurate endoscopy: a better explanation for placebo-associated endoscopic ulcers. Aliment Pharmacol Ther 30 (9):955-957, 2009). Both issues should probably have been controlled for. The authors of the rofecoxib study were able to show that rofecoxib produced fewer endoscopic ulcers than a traditional NSAID given at known highly gastrotoxic does. They showed a dose related increase in endoscopic ulcers with rofecoxib which would be unexpected if the drug were not gastrotoxic. We and Beejay and Wolfe had concerns about the high rate of endoscopic ulcers among those receiving placebo and

11

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

ostensibly no gastrotoxic medications. Ulcers have causes and are not found in normal patients unless they are taking gastrotoxic drugs, have an *Helicobacter pylori* infection, or have a very rare condition such as a herpes simplex infection of the duodenum. The authors of both Merck studies ignored this issue and simply compared the results with rofecoxib and placebo. After 12 weeks the frequency of larger endoscopic ulcer ($\geq$5 mm) was 8.2% for placebo, 1.8% for rofecoxib 25 mg, 5.5% for rofecoxib 50 mg, and 20.6% for ibuprofen 2,400 mg. Rofecoxib 25 mg was significantly less ulcerogenic than placebo.

30.     Overall, the authors from both Merck endoscopic ulcer trials concluded that rofecoxib was equivalent to placebo but did not address the fact that the placebo rate was unexplainably high. This high placebo rate calls the entire study results into question. If the results represent, as Beejay and Wolfe suggest, surreptitious NSAID use, which is not unreasonable as the patient population was one suffering from arthritis, then possibly they showed that rofecoxib was equivalent to surreptitious NSAID use. Clearly, the results differ from the direct clinical trials (APPROVe and the mild cognitive impairment) of placebo and significant clinical outcomes that showed that rofecoxib was significantly inferior (more gastrotoxic) than placebo. Although, they were able to show that rofecoxib was significantly less likely than high dose ibuprofen to cause endoscopic ulcers, endoscopic ulcers have never been validated as a surrogate for clinical outcomes which are the events that safer NSAIDs aim to prevent.

31.     Beejay and Wolfe, the authors of the editorial, noted that "it is imperative that a decrease in ulcer complications (i.e., hemorrhage, perforation, and gastric outlet obstruction) be shown before establishing the safety of any new NSAID". Finally, it is important to note that traditional NSAIDs vary in terms of their association with clinical GI events (Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Griffin M et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.; Henry D, Dobson A, Turner C. Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. Gastroenterology 1993; 105:1078-1088). The dose of ibuprofen used in the two Merck studies was a high dose (eg, more than 1,600 mg) and one that is more often used clinically for rheumatoid arthritis than for osteoarthritis (Henry D, et al Griffin M et al.

Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566).

32.     VIGOR (Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.).   The VIGOR study was a randomized study with 8076 rheumatoid arthritis patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy). Subjects were randomized to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers). The authors concluded "Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow- up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001)". One PUB outcome is symptomatic ulcers. This is a clinical endpoint and difficult to model in prospective studies using endoscopy. It is also the least important endpoint as it represents an inconvenience to the patients whereas complicated confirmed events such as perforation, obstruction, and severe upper gastrointestinal bleeding, have major clinical implications. The discovery of an ulcer depends in part on the threshold for what are significant symptoms that prompt endoscopy. One would expect the threshold for endoscopy to be low in a study specifically designed for this purpose and this hypothesis where in the Study Design of the VIGOR protocol it is noted that "At each visit, patients will be asked questions concerning the occurrence of PUBs. Suspicion of a possible study end point will prompt the retrieval of additional information and source documents, as specified in the Study Operations Manual. ........Between visits, the patient will be encouraged to call the study site if a PUB,....." This approach included all contact with the patient including by phone and the study documents explain the training that should take place to ensure that no events are missed. Naproxen is known to be a gastrotoxic NSAID and thus, as shown with the studies on endoscopic ulcers, endoscopic ulcers were expected to be more commonly present than with rofecoxib. In addition, rofecoxib has been shown to be associated with a lower incidence of GI symptoms which would likely further bias the number of procedures in which endoscopic ulcers were discovered and

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

because of the protocol definitions would be labeled as symptomatic ulcers. Clinically, the important events in VIGOR are complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) and the rates for these were 0.6 per 100 patient-years with rofecoxib and 1.4 per 100 patient-years with naproxen (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005).

33.     However, there were a number of predefined subgroups that deserved to be examined more closely. One was concomitant glucocorticoid use which was known to be associated with an increased risk of serious upper GI events and was listed as one of the prespecified subgroups for analysis (Table 7.5 Subgroup analyses, Interactions, and Associations with the Primary Endpoint) (e.g., Hernandez-Diaz S, Rodriguez LA. Steroids and risk of upper gastrointestinal complications. Am J Epidemiol 2001;153:1089-1093). The published manuscript shows a difference among glucocorticoid users vs. non-users "Patients with no glucocorticoid therapy at baseline (relative risk, 0.7; 95 percent confidence interval, 0.4 to 1.2), and patients with glucocorticoid therapy at base line (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.6)." suggesting that the benefit (ie, reduced risk compared to naproxen may have been limited to those patients who received glucocorticoid therapy. The authors chose to deal with these prespecified subgroups by stating "The relative risks in these subgroups and the other prespecified subgroups (defined according to sex, race or ethnic group, and location of study center) were not significantly different, indicating that there was no significant interaction between the treatments and the subgroups". In addition, in the response to reviewers for manuscript 05-1401, the authors responded to reviewer B who felt that the steroid finding was worthy of comment again, by noted that the finding was not further investigated or of concern in that the interaction was nonsignificant. Considering that these were prespecified subgroups and one had clearly been shown to be important in terms of the clinically important GI events, it seems that further investigations should have been done and the data reported.

34.     Dr. Nicholas P. Jewell performed such an analysis and found that "In the VIGOR trial comparing Vioxx and Naproxen there were 37 confirmed complicated PUBs under Naproxen treatment (in 2694 patient years of follow-up) and 16 under Vioxx (in 2697 patient years). These data yield an estimated Incidence Rate Ratio (IRR) of 2.32, reflecting a more than doubling of the event rates under Naproxen. The two-sided p-value for no difference in the rates in the two

14

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

groups is 0.004 (based on an exact test), suggesting that the rate is significantly higher with Naproxen treatment than under Vioxx. A stratified analysis of this data by baseline use of steroids, a prespecified subgroup variable, presents a more informative interpretation of these results. For those individuals without baseline steroid use, the estimated IRR is 1.12, whereas for those with baseline steroid use, the estimated IRR is 3.85. There is thus very strong effect modification of the impact of Naproxen use (as compared to Vioxx) by baseline steroid use. The (interaction) p-value for testing the same treatment effect (Vioxx as compared to Naproxen) in the two groups (steroid and nonsteroid users) is 0.047, indicating that the noted large difference in IRRs is unlikely to be attributable to chance."

35.    It is unknown whether this comparison or one similar to it was done by Merck but considering the prior known importance of the factor and the fact that the endpoint was prespecified, I can think of no reason why it would not be explored and then reported as it likely would have had a major effect on physician's decisions regarding who would ultimately be candidates for the drug. Having this data would certainly have influenced what was written about rofecoxib in clinical reviews that appeared after VIGOR was reported. For example, our 2004 review would have included the data about effectiveness in patients with and without steroid use (Chan FK, Graham DY. Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications--review and recommendations based on risk assessment. Aliment Pharmacol Ther 2004;19:1051-1061).

36.    In the CLASS trial (celecoxib), significance GI benefit was only found at the 6 month analysis and was lost by 12 months (Henry D, McGettigan P. Selective COX-2 inhibitors: a promise unfulfilled? Gastroenterology 2007; 132(2):790-794). The MEDAL trial which randomized 34,701 patients to the COX-2 inhibitor etoricoxib also found no difference in complicated events among patients randomized to the COX-2 inhibitor or diclofenac (Cannon CP, Curtis SP, FitzGerald GA, Krum H, Kaur A, Bolognese JA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781).

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

37.     In summary, clearly, as noted by Henry and McGettigan (Henry D, McGettigan P. Selective COX-2 inhibitors: a promise unfulfilled? Gastroenterology 2007; 132(2):790-794) selective COX-2 inhibitors in general and more specifically rofecoxib did not live up to expectations. The available studies show that rofecoxib is gastrotoxic and significantly worse than placebo. Its use is also associated with clinically significant upper GI events (PUBs); the most important common PUB is upper gastrointestinal hemorrhage. Rofecoxib like other NSAIDs exhibits a dose response effect with more events as the dose increases. Any potential less toxicity compared to traditional NSAIDs must be assessed in terms of individual NSAID and NSAID dose. The VIGOR study showed an overall reduction in PUBs but this result was largely related to an effect on patients that were concomitant steroid users. Steroid use has long been accepted as a significant factor that enhances the risk of NSAID use and this fact led those who developed the protocol to target them for a prespecified subgroup analysis. The fact that the bulk of the beneficial effect of rofecoxib was confined to steroid users was information that should have, in my opinion, been prominently discussed in the report and the publication. The lack of doing so is unexplained. An important issue for choosing among different drugs is cost effectiveness. The fact that rofecoxib clearly has greater risk compared to placebo and is difficult if not impossible to differentiate from traditional NSAIDs in terms of clinically important upper GI events especially bleeding, makes it difficult to justify the enthusiasm with which it was marketed.

David Y. Graham, M.D.    November 3, 2009

Omit

16