# EXHIBIT 13

Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
---oOo---

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) MDL No. 1657 |
| This Document Relates To: | ) SECTION L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, JR. Attorney General, | ) ) ) JUDGE ELDON E. FALLON |
| Plaintiffs, | ) MAGISTRATE JUDGE ) KNOWLES |
| vs. | ) |
| MERCK SHARP & DOHME CORP., | ) Case No. 05-3700 |
| Defendants. | ) |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
THURSDAY, JANUARY 21, 2010

Deposition of DAVID A. KESSLER, M.D., held at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California, commencing at approximately 7:03 a.m., before KIMBERLEE SCHROEDER, CCRR, CSR No. 11414.

Confidential - Subject to Protective Order

Page 51

1   Q.   And what directed you to the Villalba
2   presentation to answer that question?
3   A.   I don't know how I actually went directly to
4   it, but I found -- I mean, I was trying to understand
5   how FDA saw the matter, what it did in sort of
6   retrospective.  So I looked at that.
7   Q.   Is that something you sought out on your own
8   and found it on the internet, or is that something the
9   Plaintiff's lawyers provided you?
10  A.   No.  I believe I found that.
11  Q.   When did you review the Villalba 2005
12  presentation?
13  A.   It was probably weeks ago.
14  Q.   I'm sorry?
15  A.   It was prior to this week.  I don't remember
16  when it was.
17  Q.   Subsequent to the issuance of your expert
18  report?
19  A.   Yeah.  "Issuance" meaning when I signed it,
20  yes.
21  Q.   Other than the 2005 Villalba presentation, is
22  there any other material you reviewed for the purposes
23  of your opinions in this case that are not on Exhibit 4?
24       MR. ARBITBLIT:  Object to form.
25       THE WITNESS:  I read some general news story,

Confidential - Subject to Protective Order

Page 52

1  I believe. Not specifically for preparation of this
2  report or my opinion. I believe it was a Krumholz
3  paper that got cited and got picked up in November or
4  December.
5          I know Harlan from Yale. And I read about
6  that. I don't believe I read the original paper.
7          MR. ISMAIL: Q. Okay. Is there anything
8  other than the 2005 Villalba presentation and the news
9  report of Dr. Krumholz's article that you reviewed in
10 connection with your opinions in this case, other than
11 those that are listed --
12     A.   No. That's what I have a recollection.
13     Q.   If you turn to page 3 of the exhibit, there's
14 a report of John MacGregor.
15     A.   Yes.
16     Q.   Who's John MacGregor?
17     A.   He's a plaintiff expert, I believe.
18     Q.   Do you know Dr. MacGregor?
19     A.   I don't know him personally.
20     Q.   Why did you review the report of
21 Dr. MacGregor?
22     A.   I was interested in understanding for the
23 osteoarthritis -- for all the osteoarthritis clinical
24 trials that Merck had done for that -- use the term
25 study block of studies -- what those data would show.