UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP., Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING ADDITIONAL PAGES TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES PLAINTIFF, James D. Caldwell, Jr., Attorney General, for and on behalf of the State of Louisiana and the Louisiana Department of Health and Hospitals, by and through undersigned counsel, who respectfully moves this Court for an Order granting an additional 28 pages, excluding Title Page, Table of Contents and Table of Authorities, for its Memorandum In Opposition To Defendant's Motion For Summary Judgment. As the sheer complexity of this case has generated a multitude of complex and interrelated issues, Plaintiff's Opposition to Defendant's Motion for Summary Judgment cannot be fully addressed within the page limitations set by the Court.

WHEREFORE, Plaintiff respectfully requests that an Order be granted allowing an additional 28 pages in the brief of its Memorandum In Opposition To Defendant's Motion For Summary Judgment, excluding Title Page, Table of Contents and Table of Authorities.

Respectfully submitted, this 9th day of March, 2010.

/s/ Stephen B. Murray, Jr.
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100

James D. Caldwell, Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiff

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Ex Parte Motion and Incorporated Memorandum for Order Granting Additional Pages to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 9th day of March, 2010.

                                                                */s/ Stephen B. Murray, Jr.*