UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates To: | MDL No. 1657<br><br>SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP., Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF STEPHEN B. MURRAY, JR.**
**IN SUPPORT OF PLAINTIFFS' STATEMENT OF CONTESTED FACTS**

I, Stephen B. Murray, hereby declare as follows:

1. I am an attorney with the Murray Law Firm, appearing as counsel for the State of Louisiana, ex rel. James D. Caldwell, Jr., Attorney General.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter from the Food and Drug Administration to Robert E. Silverman, previously marked as Kessler Exhibit 5.

3. Attached hereto as Exhibit 2 are excerpts from the deposition transcript of David A. Kessler, M.D., January 21, 2010; pp. 132:8-134:14.

4. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of David A. Kessler, M.D.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document entitled "Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) Osteoarthritis Clinical Trials," dated December 30, 1997, previously marked as Watson Exhibit 8.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Cardiovascular Task Force Agenda, dated December 3, 1997, bearing bates number MRK-ABY0199809.

7. Attached hereto as Exhibit 6 is a true and correct copy of a memorandum dated November 21, 1996, entitled "Estimates of Cardiovascular Disease Incidence for Planning GI Outcomes Mega-trial," previously marked as Musliner Exhibit 8.

8. Attached hereto as Exhibit 7 are excerpts from the deposition transcript of Douglas J. Watson, Ph.D., February 9, 2005; pp. 64:18-65:15; 68;21-69:14; 118:22-120:13

9. Attached hereto as Exhibit 8 is a true and correct excerpt from the Merck NDA Integrated Safety Summary, dated October 26, 1996.

10. Attached hereto as Exhibit 9 is a true and correct copy of a Vioxx study, Protocol 045.

11. Attached hereto as Exhibit 10 is a true and correct copy of an article by Christopher Hawkey, et al., entitled "Comparison of the Effect of Rofecoxib (A Cyclooxygenase 2 Inhibitor) Ibuprofen, and Placebo on the Gastroduodenal Mucosa of Patients with Osteoarthritis," published in Arthritis & Rheumatism, February 2000, previously marked Sales Exhibit 27.

12. Attached hereto as Exhibit 11 is a true and correct copy of the affidavit and expert report of John Abramson, M.D.

13. Attached hereto as Exhibit 12 is a true and correct copy of an article by Claire Bombardier, M.D., et al., entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" published in The New England Journal of Medicine, November 23, 2000, previously marked as Curtis Exhibit 18.

14. Attached hereto as Exhibit 13 are excerpts from the deposition transcript of Fran Kaiser, M.D., January 29, 2010; pp. 116:1-126:2; 124:3-10; 126:4-129:12; 129:14-131:19; 134:10-136:4; 164:7-167:11; 169:12-173:8; 178:21-190:2; 184:4-8, 184:12; 199:8-21; 201:9-20.

15. Attached hereto as Exhibit 14 is a true and correct copy of the Vioxx Interim Review dated May 17, 2000, previously marked as Kaiser Exhibit 39.

16. Attached hereto as Exhibit 15 is a true and correct copy of Vioxx Project Team Minutes, dated May 12, 1998, previously marked as Daniels Exhibit 6.

17. Attached hereto as Exhibit 16 is a true and correct copy a memo from Karen Grosser entitled "Arthritis & Analgesia Core Franchise Team Meeting," dated April 12, 2001, previously marked as Kaiser Exhibit 18.

18. Attached hereto as Exhibit 17 is a true and correct copy of a memo from Joshua Chen to Raymond P. Bain, dated April 8, 2001, previously marked as Kaiser Exhibit 19.

19. Attached hereto as Exhibit 18 is a true and correct copy of a press release, previously marked as Kaiser Exhibit 21.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Scientific Communication Plan for Vioxx dated March 27, 2001, previously marked as Laine Exhibit 28.

21. Attached hereto as Exhibit 20 is a true and correct copy of the report of expert John MacGregor, M.D.

22. Attached hereto as Exhibit 21 is a true and correct copy of an article by Bruce M. Psaty and Richard A. Kronmal, entitled "Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment: A Case Study Based on Documents from Rofecoxib Litigation" published in the Journal of the American Medical Association, 2008; 299:1813-17, previously marked as Kaiser Exhibit 22.

23. Attached hereto as Exhibit 22 is a true and correct copy of the April 2002 Vioxx package insert, previously marked as Kessler Exhibit 11.

24. Attached hereto as Exhibit 23 is a true and correct copy of the expert report of Neil Julie, M.D.

25. Attached hereto as Exhibit 24 is a true and correct copy of the report of David Y. Graham, M.D.

26. Attached hereto as Exhibit 25 are excerpts from the deposition transcript of David J. Sales, M.D., pp. 38:6-41:11; 45:18-46:7; 82-96; 131:14-17, 207:8-15; 190:9-196:21; 198:2-199:3.

27. Attached hereto as Exhibit 26 is a true and correct copy of a memo from Qinfen Yu, "Combined Analysis of PUBs in Vioxx Studies (except Vigor) – Final Update for the MK vs. NSAIDs Comparison," dated February 27, 2003, previously marked as Sales Exhibit 37.

28. Attached hereto as Exhibit 27 are excerpts of the deposition transcript of David Curtis, M.D., January 18, 2010, pp. 103:5-104:1; 108:2-11; 111:13-18; 161:13-162:12; 245:5-249:10.

29. Attached hereto as Exhibit 28 is a true and correct copy of the VIGOR Protocol.

30. Attached hereto as Exhibit 29 is a true and correct copy of an article by David Henry, et al., entitled "Variability in risk of gastrointestinal complications with individual non-steroidal

anti-inflammatory drugs: results of a collaborative meta-analysis," published in BMJ, June 22, 1996, previously marked as Curtis 16.

31. Attached hereto as Exhibit 30 is a true and correct copy of an article by Loren Laine, et al., entitled "Alimentary Tract – A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 – Specific Inhibitor, with that of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis" published in The American College of Rheumatology, 1999.

32. Attached hereto as Exhibit 31 are excerpts of the deposition transcript of Loren Laine, M.D., February 2, 2010, pp. 93:17-107:1, 110:18-119:21; 129:9-136:22; 270:6-12; 272:15-17.

33. Attached hereto as Exhibit 32 is a true and correct copy of the Merck, Consultants Meeting, 10-24-1996; Minutes for the MK-0966 Consultants Meeting to Discuss the Design of the GI Clinical Outcomes Mega-trial, previously marked as Sales Exhibit 24.

34. Attached hereto as Exhibit 33 is a true and correct copy of an article by Michael J. Langman, MD, et al., entitled "Adverse Upper Gastrointestinal Effects of Rofecoxib Compared with NSAIDs," published in JAMA, November 24, 1999, previously marked as Sales Exhibit 31.

35. Attached hereto as Exhibit 34 is a true and correct copy of an article by Paul Emery, MD, et al., entitled "Dose-Effect Relationships of Nonsteroidal Anti-inflammatory Drugs: A Literature Review," published in Clinical Therapeutics, June 25, 2002, previously marked as Sales Exhibit 40.

36. Attached hereto as Exhibit 35 is a true and correct copy of an article entitled "Rofecoxib A Disappointing NSAID Analgesic," published in Prescrire International, December 2000.

37. Attached hereto as Exhibit 36 is a true and correct copy of an article by Marc C. Hochberg, et al., entitled "The American College of Rheumatology 1991 Revised Criteria for the Classification of Global Functional Status in Rheumatoid Arthritis," published in Arthritis & Rheumatism, May 1992, previously marked Curtis Exhibit 13.

38. Attached hereto as Exhibit 37 is a true and correct copy of an article by Kenneth Saag, MD, MSc, et al., entitled "Rofecoxib, a New Cyclooxygenase 2 Inhibitor, Shows Sustained Efficacy, Comparable With Other Nonsteroidal Anti-inflammatory Drugs," published in Arch Fam Med, November/December 2000, previously marked Sales Exhibit 39.

39. Attached hereto as Exhibit 38 are excerpts of the deposition transcript of Melvin L. Parnell, M.D., January 21, 2010, pp. 186:3-8, 187:7-188:6.

40. Attached hereto as Exhibit 39 is a true and correct copy of the rebuttal of David Y. Graham, M.D.

41. Attached hereto as Exhibit 40 is a true and correct copy of the VIGOR Data Analysis Plan, dated January 9, 2004.

42. Attached hereto as Exhibit 41 are excerpts of the deposition transcript of Valerie Taylor, M.D., January 15, 2010; pp. 19:8-14.

43. Attached hereto as Exhibit 42 is a true and correct copy of the 2003 Monograph, previously marked as Taylor Exhibit 15.

44. Attached hereto as Exhibit 43 is a true and correct copy of the 2004 Monograph, previously marked as Kessler Exhibit 11.

45. Attached hereto as Exhibit 44 is a true and correct copy of the 2002 Merck Customer Profile for the State of Louisiana; MRK-AGLAAB0000287-MRK-AGLAAB0000295.

46. Attached hereto as Exhibit 45 is a true and correct copy of the 2003 Merck Customer Profile for the State of Louisiana; MRK-AGLAAD0000706-712.

47. Attached hereto as Exhibit 46 is a true and correct copy of August 1, 2002 email from Holly Jacques to Allan Goldberg re PIR request; MRK-MEH0016615-618.

48. Attached hereto as Exhibit 47 is a true and correct copy of May 28, 2005 Memo from Mary Ogle to Marc Dervishian re Push-Through and Pull-Through tactical plans for LA Medicaid; MRK-AGLAAD0020006.

49. Attached hereto as Exhibit 48 is a true and correct copy of Mary Ogle's 2003 Updated Tactical Plan for the Louisiana Medicaid Market MRK-AGLAAD0020750-752.

50. Attached hereto as Exhibit 49 is a true and correct copy of 8/16/02 e-mail from Holly Jacques to Lance Stewart re Vioxx and Medicaid DUR Board; MRK-MEH0016700-01.

51. Attached hereto as Exhibit 50 is a true and correct copy of January 24, 2002 Memo from Warren Lambert re Louisiana Medicaid – Action Required; MRK-EBES0031269-70.

52. Attached hereto as Exhibit 51 is a true and correct copy of April 3, 2003 e-mail to Mary Ogle from Holly Jacques re LA Medicaid P&T Committee; MRK-AGLAAD0010034.

53. Attached hereto as Exhibit 52 is a true and correct copy of memo from Mary Ogle; MRK-AGLAAD0020006.

54. Attached hereto as Exhibit 53 is a true and correct copy of Merck's Louisiana Tactical Plan; MRK-AGLAAD0001024.

55. Attached hereto as Exhibit 54 is a true and correct copy of Spreadsheet of sales rep. contacts with P&T Committee members and supporting declaration of David Franco.

56. Attached hereto as Exhibit 55 is a true and correct copy of Merck Customer Profile for Provider Synergies, L.L.C.; MRK-AGLAB0000399-400.

57. Attached hereto as Exhibit 56 is a true and correct copy of memo re providing dossiers to Provider Synergies; MRK-MEH0013314-17.

58. Attached hereto as Exhibit 57 is a true and correct copy of excerpts of deposition of Kerry Edwards at 81:4-82:5.

59. Attached hereto as Exhibit 58 is a true and correct copy of Affidavit of Dr. Vincent Culotta, M.D.

60. Attached hereto as Exhibit 59 is a true and correct copy of Affidavit of Dr. Richard Doskey, M.D.

61. Attached hereto as Exhibit 60 is a true and correct copy of Affidavit of Dr. Brobson Lutz, M.D.

62. Attached hereto as Exhibit 61 is a true and correct copy of "National Cross-Function Team Meeting for Vioxx; MRK-EBES0000190-207.

63. Attached hereto as Exhibit 62 is a true and correct copy of "2001 Tactical Plan for Vioxx ARKLATEX Region"; MRK-EBES0000023-28.

64. Attached hereto as Exhibit 63 is a true and correct copy of "2002 Tactical Plan for Vioxx ARKLATEX Region"; MRK-EBE000001-11.

65. Attached hereto as Exhibit 64 is a true and correct copy of July 14, 2004 e-mail from Michael Peoples to Vioxx Team re LA Medicaid Region Plan; MRK-AGLAAF0002000-1.

66. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from deposition of Warren Lambert deposition at 68:15-71:19.

67. Attached hereto as Exhibit 66 is a true and correct copy of excerpts from deposition at Kerry Edwards, 55:1-23; 109:6-110:15.

68. Attached hereto as Exhibit 67 is a true and correct copy of excerpts from deposition of Stephen Shearer at 24:23-26:8.

69. Attached hereto as Exhibit 68 is a true and correct copy of excerpts from deposition of Mary Ogle at 330:11-332:14.

70. Attached hereto as Exhibit 69 is a true and correct copy of 2002 Provider Synergies clinical monograph.

71. Attached hereto as Exhibit 70 is a true and correct copy of Kaiser exhibit 30.

72. Attached hereto as Exhibit 71 is a true and correct copy of Kaiser exhibit 36.

73. Attached hereto as Exhibit 72 is a true and correct copy of Kaiser exhibit 40.

74. Attached hereto as Exhibit 73 is a true and correct copy of Response of Dr. Neil Julie.

75. Attached hereto as Exhibit 74 is a true and correct copy of May 8, 2002 P&T Committee Meeting Minutes.

76. Attached hereto as Exhibit 75 is a true and correct copy of December 17, 2003 P&T Committee Meeting Transcript.

77. Attached hereto as Exhibit 76 is a true and correct copy of PIR Request from Valerie Taylor; MRK-AHN0050573-4.

78. Attached hereto as Exhibit 77 is a true and correct copy of the Affidavit of LDHH Secretary David W. Hood.

79. Attached hereto as Exhibit 78 is a true and correct copy of excerpts of deposition of Melwyn Wendt at 34:12-17, 195:21-14, 36:10-14, 37:18-22, 178:20-25, 178:20-25, 180:17-19, 189:7-15, 185:10-25, 189:19-24, 111:5-116:8.

80. Attached hereto as Exhibit 79 is a true and correct copy of LDHH DUR Annual Report 10/1/00 through 9/30/01; Vioxx-LaAG-004653-966.

81. Attached hereto as Exhibit 80 is a true and correct copy of the report of Dr. Jeffrey Harris, M.D., PhD.

82. Attached hereto as Exhibit 81 is a true and correct copy of the Affidavit of Terry Leach.

83. Attached hereto as Exhibit 82 is a true and correct copy of MRK-AGLAAF0001609-10.

84. Attached hereto as Exhibit 83 is a true and correct copy of MRK-MEH0016617-18.

85. Attached hereto as Exhibit 84 is a true and correct copy of MRK-EBE0027930.

86. Attached hereto as Exhibit 85 is a true and correct copy of MRK-AGLAAD0012178.

87. Attached hereto as Exhibit 86 is a true and correct copy of September 30, 2004 Merck Press Release JAB00221-222.

88. Attached hereto as Exhibit 87 is a true and correct copy of the Affidavit of Jeff Raymond.

89. Attached hereto as Exhibit 88 is a true and correct copy of memo from John Harrington to Jacqueline McCarty and attached analysis of 2002 impact of PDL on Medicaid Sales; MRK-AGLAAD0009918-9942.

90. Attached hereto as Exhibit 89 is a true and correct copy of memo from Michael Peoples to Vioxx Team and attached updated Vioxx Medicaid Action Plan; MRK-AGLAAF0001588-1597.

91. Attached hereto as Exhibit 90 is a true and correct copy of memo from Mary Ogle re impact of prior authorization; MRK-AGLAAD0021844.

92. Attached hereto as Exhibit 91 is a true and correct copy of Deposition of Wendy Lepore, pp. 21-31.

93. Attached hereto as Exhibit 92 is a true and correct copy of excerpts of deposition of Dr. Gina Biglane, 91:11-22.

94. Attached hereto as Exhibit 93 is a true and correct copy of excerpts of deposition of Ben Bearden, 200:19-202:15.

95. Attached hereto as Exhibit 94 is a true and correct copy of the document retrieved from www.accessdata.fda.gov/drugsatfda_docs/label/2005/020998s018,019lbl.pdf (last visited 3/5/10).

96. Attached as Exhibit 95 is a true and correct copy of the document retrieved from www.dhh.louisiana.gov/offices/publications/pubs-134/8.17.05%20P%20&%20T%20Approved%20Minutes.pdf (last visited 3/5/10).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 11, 2010, at New Orleans, Louisiana.

Respectfully submitted, this 11th day of March, 2010.

*<u>/s/ Stephen B. Murray, Jr.</u>*
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Email: smurrayjr@murray-lawfirm.com

James D. Caldwell, Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Declaration of Stephen B. Murray, Jr. In Support of Plaintiffs' Statement of Contested Facts has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 11th day of March, 2010.

*/s/ Stephen B. Murray, Jr.*