UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.  1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, <br> Plaintiffs <br><br> v. <br><br> MERCK SHARP & DOHME CORP., <br> Defendants | JUDGE ELDON E.  FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> Case No.  05-3700 |

**DOCUMENTS FILED UNDER SEAL**

Exhibits 1 through 95 to the Declaration of Stephen B. Murray, Jr. in Support of Plaintiff's Statement of Contested Facts.