# EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*********************************

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | Section L |
| This Document Relates To: STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, JR., Attorney General, Plaintiffs, | Judge Eldon E. Fallon |
| v. | Magistrate Judge Knowles |
| MERCK SHARP & DOHME CORP., Defendant. | Case No. 05-3700 |

*********************************

DEPOSITION OF JEFFREY E. HARRIS, M.D., Ph.D.
Friday, January 29th, 2010
10:08 a.m.


Held At:
Hagens Berman Sobol Shapiro, LLP
55 Cambridge Parkway
Cambridge, Massachusetts


REPORTED BY:
Maureen O'Connor Pollard, RPR, CLR, CSR

Golkow Technologies, Inc. - 1.877.370.DEPS

Jeffrey E. Harris, M.D., Ph.D.

Page 14

1   or check a statement made by Professor Wiggins
2   in his report.
3           And fourth, I had several
4   conversations with counsel after receipt of
5   Professor Wiggins's report up until today.
6       Q.   How much time would you estimate
7   you've spent preparing for the deposition in
8   those four categories you just described?
9       A.   Fifteen or twenty hours.
10      Q.   What was the calculation of
11  Dr. Wiggins you attempted to check or refute?
12      A.   I can respond either by describing it
13  qualitatively or showing you the calculation,
14  because I brought a paper copy with me.
15      Q.   Why don't you describe it
16  qualitatively.
17      A.   On a specific page of Professor
18  Wiggins's report, he makes an assertion that I
19  had made a programming error in connection with
20  a specific calculation, and as further evidence
21  of the programming error my calculation produces
22  a data file in which Vioxx appears implausibly
23  and incorrectly to continue to be sold after it
24  was withdrawn from the market in September,

Jeffrey E. Harris, M.D., Ph.D.

Page 15

1    2004.
2             I loaded on the computer the very same
3    file which contained the purported programming
4    error and which I had submitted in connection
5    with my report, and ran a tabulation of Vioxx
6    sales with respect to the month of service, and
7    determined that there were no Vioxx sales after
8    September, 2004.
9        Q.   Is this the issue relating to the
10   infinity date programming error that was
11   described?
12       A.   I'm not sure I would characterize it
13   as an error, because at this point given the
14   available time I've had, given the limited
15   information I've been given, and given the
16   results that I've obtained independently, I'm
17   not sure there is an error.  And although I
18   understand in programming what infinity date
19   means, I don't think I can be any more
20   responsive.
21       Q.   But just so I'm clear, the error that
22   you think Dr. Wiggins ascribed to your analyses
23   related to the Vioxx cohort, correct, as opposed
24   to your Bextra-Celebrex cohort?

Jeffrey E. Harris, M.D., Ph.D.

Page 16

```
 1        A.    No.   The error that Dr. Wiggins
 2   referred to was with respect to the
 3   Bextra-Celebrex cohort.
 4        Q.    Dr. Wiggins didn't actually charge in
 5   his report that you made the same error in your
 6   Vioxx cohort, correct?
 7        A.    No, he did not.
 8        Q.    Did you check to see whether
 9   Dr. Wiggins was correct, that, in fact, you did
10   have an error in your Bextra-Celebrex cohort?
11        A.    That's exactly the answer I gave in
12   the previous question.
13        Q.    Actually you said Vioxx sales.
14        A.    Then I was incorrect.
15              But no, in order to answer fully I
16   would have to show you the --
17        Q.    Then let's do that.
18        A.    -- the calculation and the sentence in
19   Professor Wiggins's report.
20        Q.    Why don't you get out what you did.
21        A.    Since this isn't on videotape, I have
22   a folder of copies of various materials that I'm
23   opening, and in particular I'm looking at the
24   expert report of Steven Wiggins which I printed
```

Page 18

1  "Further evidence of this error can be
2  demonstrated by observing Vioxx expenditures
3  long after Vioxx was withdrawn in September,
4  2004."
5           It is the latter sentence that I
6  checked, or its accuracy is what I checked by
7  running a program that I just described.
8           BY MR. ISMAIL:
9      Q.   All right.  Let's go ahead and mark
10 your copy of the report as Exhibit 2.
11          (Whereupon, Harris Exhibit Number 2
12          was marked for identification.)
13          MR. ISMAIL:  And let's mark whatever
14 tabulation you ran as Exhibit 3.
15          (Whereupon, Harris Exhibit Number 3
16          was marked for identification.)
17          BY MR. ISMAIL:
18     Q.   You only have one copy of it?
19     A.   Yes.
20     Q.   Let me take a look.
21          So Exhibit 3 is the tabulation,
22 printout of the tabulation that you ran to check
23 the statement of Paragraph 96 of Dr. Wiggins's
24 report that Vioxx expenditures can be observed

Jeffrey E. Harris, M.D., Ph.D.

Page 19

1   after September of 2004, correct?
2        A.    Correct.
3        Q.    And so you have in column one "T
4   month," then you've got summary of payment, and
5   it goes out to month 70 with values in the mean
6   summary of payment for that month?
7        A.    Correct.
8        Q.    And then month 70 corresponds to what
9   calendar month?
10       A.    There's a line in the computer program
11  indicating that it is September, 2000 -- not in
12  the computer program but in the results which I
13  believe are on the last page, indicating that it
14  is September, 2004.
15       Q.    Did you check Dr. Wiggins's statement
16  that you have a mismatch between your
17  Bextra-Celebrex expenditures and calendar
18  months?
19       A.    I was not in a position to do so given
20  the time available and the limited materials
21  supplied to me.
22       Q.    Well, Dr. Wiggins went into your
23  backup materials and identified dates that don't
24  match the right calendar months; for example,