# EXHIBIT B

```
clear
set mem 400m
set more off
cd ~/Desktop
log using "Check on Wiggins Report Page 39.log"
* At the end of paragraph 96 on page 39, Prof. Wiggins notes,
* "Further evidence of this error can be demonstrated by observing
* Vioxx expenditures long after Vioxx was withdrawn in September 2004."
cd "~/Documents/Vioxx/Louisiana Medicaid Data Analysis"
* Use original file submitted with my report
use "LA Medicaid Bextra-Celebrex Cohort 12 Month Follow-Up.dta"
* Tabulate Vioxx Expenditures by Month
label list medclass
tab tMonth if medClass == 1, sum(Payment)
* Identify the time interval with positive Vioxx expenditures
tab tYear if tMonth == 6
tab tYear if tMonth == 70
log close
```



EXHIBIT 3
WIT: Toms
DATE: 1/29/10
MAUREEN O. POLLARD

```
-------------------------------------------------------------------------------
      log:  /Users/jeffrey/Desktop/Check on Wiggins Report Page 39.log
 log type:  text
 opened on:  28 Jan 2010, 19:49:48

. * At the end of paragraph 96 on page 39, Prof. Wiggins notes,
. * "Further evidence of this error can be demonstrated by observing
. * Vioxx expenditures long after Vioxx was withdrawn in September 2004."
. cd "~/Documents/Vioxx/Louisiana Medicaid Data Analysis"
/Users/jeffrey/Documents/Vioxx/Louisiana Medicaid Data Analysis/

. * Use original file submitted with my report
. use "LA Medicaid Bextra-Celebrex Cohort 12 Month Follow-Up.dta"

. * Tabulate Vioxx Expenditures by Month
. label list medclass
medclass:
           0 NSAID
           1 Vioxx
           2 Celebrex
           3 Bextra
           4 PPI
           5 Missing

. tab tMonth if medClass == 1, sum(Payment)

             |      Summary of Payment
      tMonth |        Mean   Std. Dev.        Freq.
-------------+------------------------------------
           1 |           0           0          148
           2 |           0           0         1017
           3 |           0           0         2739
           4 |           0           0         4196
           5 |           0           0         5221
           6 |   2.8709159    16.73899         6289
           7 |   5.3855612     21.4036         7349
           8 |   6.9391824   23.718524         8453
           9 |   7.3096069   24.423982         9516
          10 |   7.5165872    24.54201        10543
          11 |   8.3829413   26.837894        11508
          12 |   9.1173055   27.707988        12344
          13 |   9.0115709   26.975859        13221
          14 |   8.8362642   26.092696        14018
          15 |   10.407902    30.75902        13844
          16 |   9.2295884   28.526267        12441
          17 |   9.4585792    28.41537        11394
          18 |    8.668875   26.980547        10781
          19 |   8.3737306   26.000737        10240
          20 |   8.1982792   26.033133         9913
```

| | | | |
|---|---|---|---|
| 21 | | 7.7120853 | 25.740622 | 9563 |
| 22 | | 8.0758379 | 25.781293 | 9209 |
| 23 | | 7.5835046 | 25.241786 | 8840 |
| 24 | | 7.6298287 | 25.634593 | 8474 |
| 25 | | 8.2586133 | 26.699035 | 8337 |
| 26 | | 7.4670638 | 25.453173 | 8164 |
| 27 | | 7.9531419 | 26.197203 | 7893 |
| 28 | | 7.3206257 | 25.234313 | 7606 |
| 29 | | 7.9877967 | 26.538028 | 7512 |
| 30 | | 7.4794321 | 26.222242 | 7257 |
| 31 | | 6.8966814 | 24.713484 | 7166 |
| 32 | | 7.0765036 | 24.932496 | 7056 |
| 33 | | 6.2315342 | 23.281852 | 6785 |
| 34 | | 7.1309447 | 25.920107 | 6648 |
| 35 | | 6.3865228 | 24.047586 | 6396 |
| 36 | | 5.8001474 | 23.384895 | 6311 |
| 37 | | 6.25282 | 23.845037 | 6344 |
| 38 | | 5.4303278 | 22.103251 | 6224 |
| 39 | | 5.0979493 | 21.832419 | 6310 |
| 40 | | 5.0044082 | 21.479753 | 6438 |
| 41 | | 4.4333989 | 20.666971 | 6661 |
| 42 | | 2.0540478 | 13.86711 | 7036 |
| 43 | | 1.4756908 | 11.747465 | 7730 |
| 44 | | 1.0106118 | 9.8120115 | 8238 |
| 45 | | .86773007 | 10.22334 | 8780 |
| 46 | | .99300929 | 10.245172 | 9361 |
| 47 | | .82795926 | 8.9387729 | 9722 |
| 48 | | .91232085 | 9.6094671 | 10048 |
| 49 | | 1.113691 | 10.615117 | 10428 |
| 50 | | 1.1265317 | 10.734274 | 10593 |
| 51 | | 1.082292 | 10.308429 | 10816 |
| 52 | | 1.2690022 | 11.422008 | 10914 |
| 53 | | 1.1334653 | 11.064481 | 10885 |
| 54 | | 1.1493102 | 10.601241 | 10743 |
| 55 | | 2.1498318 | 14.320037 | 10400 |
| 56 | | 3.446763 | 18.846877 | 9799 |
| 57 | | 4.4485193 | 21.975052 | 9333 |
| 58 | | 4.6114431 | 22.46426 | 8856 |
| 59 | | 3.4348403 | 19.184247 | 8293 |
| 60 | | 4.1367765 | 21.303784 | 7892 |
| 61 | | 3.8070921 | 19.865353 | 7586 |
| 62 | | 3.6393005 | 19.711274 | 7219 |
| 63 | | 3.5912318 | 19.385295 | 7047 |
| 64 | | 3.8367387 | 20.531997 | 6804 |
| 65 | | 3.1997327 | 18.267919 | 6510 |
| 66 | | 2.7310168 | 16.751186 | 6265 |
| 67 | | 3.2642961 | 18.930737 | 6080 |
| 68 | | 2.5808023 | 16.770592 | 5921 |
| 69 | | 2.3925533 | 15.954114 | 5816 |

```
 70 |    .01469731    1.1159316       5765
 71 |            0            0       5514
 72 |            0            0       5233
 73 |            0            0       4843
 74 |            0            0       4417
 75 |            0            0       3997
 76 |            0            0       3485
 77 |            0            0       3068
 78 |            0            0       2682
 79 |            0            0       2297
 80 |            0            0       1947
 81 |            0            0       1600
 82 |            0            0       1220
 83 |            0            0        726
 84 |            0            0        465
 85 |            0            0        302
 86 |            0            0        254
 87 |            0            0        218
 88 |            0            0        193
 89 |            0            0        202
 90 |            0            0        206
 91 |            0            0        201
 92 |            0            0        211
 93 |            0            0        217
 94 |            0            0        205
 95 |            0            0        193
 96 |            0            0        198
 97 |            0            0        202
 98 |            0            0        209
 99 |            0            0        223
100 |            0            0        230
101 |            0            0        225
102 |            0            0        224
103 |            0            0        224
104 |            0            0        233
105 |            0            0        234
106 |            0            0        261
107 |            0            0        280
108 |            0            0        298
109 |            0            0        324
110 |            0            0        354
111 |            0            0        360
112 |            0            0        368
113 |            0            0        375
114 |            0            0        397
115 |            0            0        404
116 |            0            0        412
117 |            0            0        406
118 |            0            0        406
```

```
         119 |          0          0        364
         120 |          0          0        330
         121 |          0          0        300
         122 |          0          0        262
         123 |          0          0        216
         124 |          0          0        189
         125 |          0          0        156
         126 |          0          0        126
         127 |          0          0         92
         128 |          0          0         67
         129 |          0          0         46
         130 |          0          0         27
         131 |          0          0          4
-------------+-----------------------------------
       Total |  4.7055341  20.758343     628171

. * Identify the time interval with positive Vioxx expenditures
. tab tYear if tMonth == 6

       tYear |      Freq.    Percent       Cum.
-------------+-----------------------------------
    1999.417 |     35,928     100.00     100.00
-------------+-----------------------------------
       Total |     35,928     100.00

. tab tYear if tMonth == 70

       tYear |      Freq.    Percent       Cum.
-------------+-----------------------------------
     2004.75 |     32,606     100.00     100.00
-------------+-----------------------------------
       Total |     32,606     100.00

. log close
      log:  /Users/jeffrey/Desktop/Check on Wiggins Report Page 39.log
 log type:  text
 closed on: 28 Jan 2010, 19:50:00
-------------------------------------------------------------------------------
```