# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

## DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

I, Donald C. Arbitblit, hereby declare as follows:

1. I am an attorney and partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. I have personal knowledge of the matters set forth herein. Lieff, Cabraser, Heimann & Bernstein is a member of the Plaintiffs' Steering Committee and the Government Action Executive Committee in this matter.

2. In January 2005, David Buchanan of the Lead Counsel firm Seeger Weiss forwarded to our firm a CD containing the Merck Worldwide Adverse Event System (WAES) database, which was provided by Merck in response to discovery requests.

3. The WAES database is searchable according to data fields that provide information about the adverse events reported to Merck. In February 2010, I directed that the

- 1 -

861628.1

WAES database be searched for events matching to the terms used in the Vioxx clinical trials for gastrointestinal (GI) serious adverse events, specifically, perforations, ulcers, and hemorrhages or bleeds. The search was conducted by a registered nurse paralegal at our firm, Juliette Kruse, R.N., M.S., acting under my direction and supervision. Ms. Kruse informed me that the database identified thousands of events meeting the initial search criteria. In light of time constraints, I directed Ms. Kruse to apply an additional search criterion in order to retrieve only fatal events.

4. I have personally reviewed the WAES database output of the search according to the criteria described above. This search resulted in the sets of adverse event reports (AERs) attached as Exhibits 1 and 2 to this Declaration.

5. Exhibit 1 consists of 75 reports of perforations, ulcers and bleeds, with fatalities reported, where the report indicates that the person who notified Merck of the event stated that it was "related," "probably related," or "definitely related" to rofecoxib (Vioxx). These reports indicate dates of receipt beginning in September 1999 and continuing through 2004.

6. Exhibit 2 is a set of 176 AERs involving perforations, ulcers and bleeds with fatalities, in which the reporting individual stated that the event was "possibly" related to Vioxx; or that the reporting individual was "unsure" of the relationship to Vioxx; or that Vioxx was a "suspect" drug; or reports in which no statement of drug relationship is provided.

7. The search described above also resulted in approximately 50 AERs in which the reporting individual attributed the perforation, ulcer or bleed to causes other than Vioxx, or in which the AER was the result of a clinical trial in which the particular study therapy to which the patient was exposed was unknown. The search also resulted in approximately 25 additional AERs in which a perforation, ulcer or bleed was an incidental finding, where death was attributed to another cause.

861628.1

8. In my review of the AERs, I have attempted to identify and include in the exhibits only those described above, that is, those where the drug was "related" to the adverse events (Exhibit 1), and those where drug relationship was either "possible" or unstated.

9. In a medical officer review by the FDA for the period ending March 30, 2001, the reviewing officer stated: "The post-marketing safety profile of rofecoxib is similar to other NSAIDs, including the risk of GI bleeding. From May 1999 to October 2000, the FDA post-marketing AER system received 37 unduplicated reports of deaths due to gastrointestinal complications associated with the use of rofecoxib." (Exhibit 3).

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 9, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT

861628.1