SHAHIN DAROOGAR,                          )
                                          )        **IN THE UNITED STATES**
            Plaintiff,                    )        **DISTRICT COURT FOR THE**
                                          )        **EASTERN DISTRICT OF**
                                          )        **LOUISIANA**
v.                                        )
                                          )        **Case Code No: 1657**
                                          )        **Docket No: 2:06-cv-03976-EEF-DEK**
MERCK & CO., INC., et al.,                )
                                          )        **STIPULATION OF DISMISSAL**
            Defendants.                   )        **WITH PREJUDICE**
_____)        **AS TO ALL DEFENDANTS**

      Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Shahin Daroogar** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


Jennifer Gross                            Stephen G. Strauss
Lieff, Cabraser, Heimann &                Bryan Cave LLP
    Bernstein, LLP                        211 N. Broadway, Suite 3600
780 Third Avenue, 48th Floor              St. Louis, MO 63102
New York, NY 10017-2024                   (314) 259-2000 Tel
Telephone: (212) 355-9500                 (314) 259-2020 Fax
Facsimile: (212) 355-9592
                                          Phillip A. Wittmann
                                          Dorothy H. Wimberly
                                          Stone Pigman Walther
                                          Wittmann LLC
                                          546 Carondelet Street
                                          New Orleans, LA 70130
                                          (504) 581-3200 Tel
                                          (504) 581-3361 Fax
Dated:  11 / 05 / 08

                                          c. Attorneys for Merck & Co., Inc

                                          _  Dated: 3-8-10 _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.