**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*

**MACDONALD, ROTHWEILER,**
**EISENBERG LLP**
1 Bowdoin Square
8th Floor
Boston, MA  02114
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE K. MADDEN,** Individually and as Personal Representative of the Estate of DANIEL F. MADDEN, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | Case No.:  2:07-cv-08062-EEF-DEK<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**MOTION FOR LEAVE TO FILE PETITION UNDER SEAL** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff, Katherine K. Madden respectfully requests this Court to file Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, Exhibits A through O, and Proposed Order Granting Distribution of Wrongful Death Proceeds <u>under seal</u> as these documents contain confidential information, and/or information in which the Plaintiff, Katherine K. Madden, Individually and as Personal Representative of the Estate of Daniel K. Madden, Jr. Deceased, have an expectation of privacy.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger, Esq. in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, accompanying exhibits, and a Proposed Order Granting Distribution of Wrongful Death Proceeds accompanies this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached herewith.

Respectfully submitted,

SEEGER WEISS LLP


BY: _/s/ Christopher A. Seeger_____
   CHRISTOPHER A. SEEGER, ESQUIRE
   DAVID R BUCHANAN, ESQUIRE
   SINDHU S. DANIEL, ESQUIRE
   *Attorneys for Plaintiffs*

   -and-

   MACDONALD, ROTHWEILER,
   EISENBERG LLP
   1 Bowdoin Square
   8th Floor
   Boston, MA  02114
   *Attorneys for Plaintiff*

Date:   March 11, 2010

2