**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*

**MACDONALD, ROTHWEILER,
EISENBERG LLP**
1 Bowdoin Square
8th Floor
Boston, MA  02114
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KATHERINE K. MADDEN,** Individually and as Personal Representative of the Estate of DANIEL F. MADDEN, JR., Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | Case No.:  2:07-cv-08062-EEF-DEK<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PETITION UNDER SEAL** |

THIS MATTER, having been opened to the Court by Seeger Weiss LLP, attorneys for Plaintiff Katherine K. Madden for an Order granting Leave to File Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, Exhibits A through O, and Proposed Order Granting Distribution of Wrongful Death Proceeds under seal; and for good cause shown;

IT IS on this _____ day of _____ 2010, ORDERED that the Plaintiff's Motion for Leave to File Petition under seal is hereby GRANTED and that the following documents will be submitted under seal:

1) Plaintiff's Notice of Petition to Approve Wrongful Death Settlement,

2) Certification of Christopher A. Seeger, Esq. in Support of Plaintiff's Petition to Approve Wrongful Death Settlement,

3) Exhibits A through O,

4) Proposed Order Granting Distribution of Wrongful Death Proceeds.

BY THE COURT:

_____
The Honorable Eldon E. Fallon

( ) opposed

( ) unopposed