UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP.,<br>　　　　　Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

O R D E R

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Additional Pages to Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment:

IT IS ORDERED that Plaintiff is hereby granted an additional 28 pages in the brief of its Memorandum In Opposition To Defendant's Motion For Summary Judgment, excluding Title Page, Table of Contents and Table of Authorities

NEW ORLEANS, LOUISIANA, this __10th__ day of March, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE