UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP.,<br>　　　　　Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>Case No. 05-3700 |

**DOCUMENTS FILED UNDER SEAL**

　　Exhibits 1 through 95 to the Declaration of Stephen B. Murray, Jr. in Support of Plaintiff's Statement of Contested Facts.