UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| | JUDGE FALLON |
| Bill Black, et al. v. Merck & Co., Inc. Case No. 2:05cv4452, *specifically: Deborah H. Collier.* | |
| | MAGISTRATE JUDGE KNOWLES |

ORDER

The Court having considered the Motion to Withdraw and declare as follows:

IT IS HEREBY ORDERED that the Motion of Robert L. Salim, Ronald Corkern, Jr., and Kenneth T. Fibich to withdraw as counsel of record for the Plaintiff, Deborah H. Collier, in the above captioned matter is GRANTED.

The Plaintiff shall have _____ days to locate substitute counsel, and all pending deadlines related to this matter shall be tolled during this period.

_____
UNITED STATES DISTRICT COURT JUDGE