| | |
|---|---|
| Corine Passmore<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL DOCKET NO. 1657<br><br>MDL CIVIL ACTION # 2:06-cv-00546<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, Corine Passmore against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| _/s/_ | _/s/_ | |
| Grant Kaiser | Stephen G. Strauss | Phillip A. Wittmann |
| The Kaiser Firm, L.L.P. | Bryan Cave LLP | Dorothy H. Wimberly |
| 8441 Gulf Freeway, Suite 600 | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| Houston, Texas 77017-5001 | St. Louis, MO 63102 | Wittmann LLC |
| 713-223-0000 | (314) 259-2000 Tel | 546 Carondelet Street |
| | (314) 259-2020 Fax | New Orleans, LA 70130 |
| | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |
| Dated: FEB 2 7 2008 | Attorneys for Merck & Co., Inc.<br><br>Dated: 3-8-10 | |

26657 FL
1102620


V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.