**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®** **Product Liability Litigation** | * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| ***Barbara Middleton, et al.*** ***v.*** ***Merck & Co., Inc., et al.*** | * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** ***Barbara Middleton, individually and as representative of the estate of Virginia Nickson*** | * * * * | |
| | * | |
| ***Docket No. 2:05-cv-03416*** | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Barbara Middleton, individually and as representative of the estate of Virginia Nickson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of March, 2010.

Eldon E Fallon

DISTRICT JUDGE