UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FINDING OF SPECIAL MASTER UNDER PROVISIONS OF
ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING
TO THE CLAIM OF OSCAR WILLIAMS VCN #1056337**

The claimant did not elect to appear at the scheduled hearing set for March 12, 2010 as required by the Notice of the Special Master dated March 2, 2010 and did not make any written submissions in response to the Section 10.1.3 Audit Notice.

Based on my review of the findings of the Section 10.1.3 Audit Notice and the testimony of Roma Petkauskas of Brown Greer, PLC, the medical expenses of Tops Pharmacy, which was submitted by Oscar Williams, is not a valid document of Tops Pharmacy and that such a submission institutes a gross deception of the actual records.  Under the provisions of Article 10.4.2 of the Settlement Agreement, the claim of Oscar Williams, VCN #1056337 is denied and Oscar Williams shall cease to have any further rights under the Program.  Oscar Williams' Dismissal, with prejudice, Stipulation and Release shall be delivered to Merck.

New Orleans, Louisiana, this 12th day of March, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and/or faxed the foregoing Finding and the notice of electronic filing to the following:

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Oscar Williams
1765 Marwell Blvd.
Hudson, OH 44236
(U.S. Mail and Via Federal Express)

Lafayette, Louisiana, this 12th day of March, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com