• AG-LA Omnibus MIL Opposition

[1405:1] - [1406:3]   12/4/2006   Dedrick Trial v.07 (pp. 1405-1662)(Scolnick, Furman)

```
page 1405
1                     UNITED STATES DISTRICT COURT
2                     EASTERN DISTRICT OF LOUISIANA
3
4
5       IN RE: VIOXX PRODUCTS         *    MDL DOCKET NO. 1657
        LIABILITY LITIGATION          *
6                                     *
        * * * * * * * * * * * * * * * *
7                                     *
        THIS DOCUMENT RELATES TO:     *    DECEMBER 4, 2006, 8:30 A.M.
8                                     *
        ANTHONY WAYNE DEDRICK V.      *    CASE NO. 05-CV-2524-L
9          MERCK & CO., INC.          *
        * * * * * * * * * * * * * * * *
10
11
12                            VOLUME VII
                           JURY TRIAL BEFORE THE
13                       HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE
14
15
        APPEARANCES:
16
17      FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
                                        PORTIS & MILES
18                                    BY:  ANDY D. BIRCHFIELD JR., ESQ.
                                           P. LEIGH O'DELL, ESQ.
19                                    234 COMMERCE STREET
                                      MONTGOMERY, ALABAMA 36104
20
21      FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                        PALENCHAR & SCOTT
22                                    BY:  PHILIP S. BECK, ESQ.
                                           MARK OUWELEEN, ESQ.
23                                         CARRIE A. JABLONSKI, ESQ.
                                      54 W. HUBBARD STREET, SUITE 300
24                                    CHICAGO, ILLINOIS 60601
25
page 1406
1       OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                      TONI DOYLE TUSA, CCR, FCRR
2                                     500 POYDRAS STREET, ROOM HB-406
                                      NEW ORLEANS, LOUISIANA 70130
3                                     (504) 589-7778
```

[1552:11] - [1553:13]   12/4/2006   Dedrick Trial v.07 (pp. 1405-1662)(Scolnick, Furman)

```
page 1552
11      Q.   I'M HANDING YOU DEFENSE EXHIBIT 338, WHICH I BELIEVE IS
12      ALREADY IN EVIDENCE.  THIS IS AN APRIL 6, 2005, MEMORANDUM FROM
13      SOME SENIOR PEOPLE AT THE FDA.  HAVE YOU SEEN THIS BEFORE?
14      A.   YES.
15      Q.   DO YOU KNOW, SIR, THAT, IN THIS MEMORANDUM FROM THE FDA,
16      THEY RAISE SIGNIFICANT DOUBTS ABOUT WHETHER THE FITZGERALD
17      HYPOTHESIS IS, IN FACT, A VALID EXPLANATION FOR WHAT YOU'VE
18      DESCRIBED?
19      A.   THEY DON'T CALL IT THE FITZGERALD HYPOTHESIS; THEY CALL IT
20      THE COX-2 HYPOTHESIS.
21      Q.   BUT YOU KNOW THEY ARE TALKING ABOUT THE SAME EXACT THING;
22      RIGHT?
23      A.   RIGHT.  YES, AND I DISAGREE WITH THEM.  WHAT THEY DON'T
24      SAY IS HOW THEY ARRIVED AT THAT CONCLUSION, WHAT DATA THEY
25      LOOKED AT.
page 1553
1       Q.   LET ME BACK UP.  LET'S JUST TAKE IT IN SMALL STEPS.  YOU
2       RECOGNIZE THAT THIS EXHIBIT 338 WAS A MEMORANDUM BY SENIOR
```

• **AG-LA Omnibus MIL Opposition**

```
 3      PEOPLE AT THE FDA WITH A GREAT DEAL OF INPUT FROM SEVERAL
 4      DIFFERENT DIVISIONS WITH THE FDA AS WELL AS OUTSIDE SCIENTISTS;
 5      RIGHT?
 6      A.   I DON'T KNOW THAT.  ALL I KNOW IS IT IS A MEMORANDUM FROM
 7      JOHN K. JENKINS, M.D., DIRECTOR, OFFICE OF NEW DRUGS, AND PAUL
 8      J. SELIGMAN.  I DON'T KNOW WHO THEY CONSULTED.
 9               MR. BECK:  YOUR HONOR, WE OFFER 338.
10               MR. BIRCHFIELD:  YOUR HONOR, WE OBJECT ON THE SAME
11      GROUNDS THAT WE HAVE RAISED BEFORE.
12               THE COURT:  I OVERRULE THE OBJECTION AND WILL ALLOW
13      IT.
```