Exhibit D

- AG-LA Omnibus MIL Opposition

| | | |
|---|---|---|
| [407:1] - [408:4] | 11/1/2006 | Mason Trial v.03 (pages 407-675) (Sander, Graham) |

```
page 407
1                          UNITED STATES DISTRICT COURT
2                          EASTERN DISTRICT OF LOUISIANA
3
4
5       IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
        LIABILITY LITIGATION           *
6                                      *
                                       *
7
        THIS DOCUMENT RELATES TO:      *    NOVEMBER 1, 2006, 8:30 A.M.
8                                      *
        CHARLES LARON MASON V. MERCK   *    CASE NO. 06-CV-810-L
9         & CO., INC.                  *
        * * * * * * * * * * * * * * *
10
11
12                                  VOLUME III
                                JURY TRIAL BEFORE THE
13                            HONORABLE ELDON E. FALLON
                              UNITED STATES DISTRICT JUDGE
14
15
        APPEARANCES:
16
17      FOR THE PLAINTIFF:             BLIZZARD, MCCARTHY & NABERS
                                       BY:  EDWARD F. BLIZZARD, ESQ.
18                                          J. SCOTT NABERS, ESQ.
                                            REBECCA B. KING, ESQ.
19                                     440 LOUISIANA STREET, SUITE 1710
                                       HOUSTON, TEXAS 77002
20
21      FOR THE DEFENDANT:             BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
22                                     BY:  PHILIP S. BECK, ESQ.
                                            TAREK ISMAIL, ESQ.
23                                          BRIAN P. O'DONOGHUE, ESQ.
                                            SHAYNA S. COOK, ESQ.
24                                     54 W. HUBBARD STREET, SUITE 300
                                       CHICAGO, ILLINOIS 60601
25
page 408
1       OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                      TONI DOYLE TUSA, CCR, FCRR
2                                     500 POYDRAS STREET, ROOM HB-406
                                      NEW ORLEANS, LOUISIANA 70130
3                                     (504) 589-7778
4
```

| | | |
|---|---|---|
| [534:9] - [534:24] | 11/1/2006 | Mason Trial v.03 (pages 407-675) (Sander, Graham) |

```
page 534
9       Q.   HAVE YOU SEEN AN FDA MEMORANDUM THAT SAYS THAT THE
10      IMBALANCE THEORY DOES NOT LOOK LIKE AN EXPLANATION FOR WHAT'S
11      GOING ON HERE?
12      A.   I HAVE NOT SEEN THAT.
13      Q.   I'M HANDING YOU WHAT WE'VE MARKED AS DEFENDANT'S EXHIBIT
14      338, WHICH IS AN APRIL 6, 2006, MEMORANDUM FROM SOME SENIOR
15      PEOPLE AT THE FDA.  HAVE YOU EVER SEEN THIS DOCUMENT BEFORE,
16      SIR?
17      A.   YES.
18      Q.   WHEN DID YOU SEE IT?
19      A.   SEVERAL DAYS AGO, AT LEAST.  PERHAPS BEFORE THEN.
20              MR. BECK:  WE OFFER DEFENDANT'S EXHIBIT 338,
21      YOUR HONOR.
22              THE COURT:  OBJECTION?
23              MR. NABERS:  I HAVE NO OBJECTION, YOUR HONOR.
24              THE COURT:  LET IT BE ADMITTED.
```