- AG-LA Omnibus MIL Opposition

| | | |
|---|---|---|
| [1542:1] - [1543:4] | 9/18/2006 | Smith Trial v.07 (pp. 1542-1790) (Sander, Moye, Blake, Cannell) |

```
page 1542
 1                       UNITED STATES DISTRICT COURT
 2                       EASTERN DISTRICT OF LOUISIANA
 3
 4
 5       IN RE: VIOXX PRODUCTS         *    MDL DOCKET NO. 1657
         LIABILITY LITIGATION          *
 6                                     *
                                       *
 7       THIS DOCUMENT RELATES TO      *    SEPTEMBER 18, 2006, 8:30 A.M.
                                       *
 8                                     *
         ROBERT G. SMITH V. MERCK      *    CASE NO. 05-CV-4379-L
 9         & CO., INC.                 *
         * * * * * * * * * * * * * * *
10
11
12                            VOLUME VII
                           JURY TRIAL BEFORE THE
13                       HONORABLE ELDON E. FALLON
                       UNITED STATES DISTRICT JUDGE
14
15       APPEARANCES:
16
         FOR THE PLAINTIFF:            WATTS LAW FIRM
17                                     BY:  MIKAL WATTS, ESQ.
                                       TOWER II BUILDING, 14TH FLOOR
18                                     555 NORTH CARANCAHUA STREET
                                       CORPUS CHRISTI, TEXAS 78478
19
         FOR THE PLAINTIFF:            WILLIAMS BAILEY LAW FIRM
20                                     BY:  JOHN T. BOUNDAS, ESQ.
                                            STEVEN J. KHERKHER, ESQ.
21                                     8441 GULF FREEWAY, SUITE 600
                                       HOUSTON, TEXAS   77017
22
         FOR THE DEFENDANT:            BARTLIT BECK HERMAN
23                                       PALENCHAR & SCOTT
                                       BY:  PHILIP S. BECK, ESQ.
24                                          ANDREW L. GOLDMAN, ESQ.
                                            CARRIE A. JABLONSKI, ESQ.
25                                     54 W. HUBBARD STREET, SUITE 300
                                       CHICAGO, ILLINOIS 60601
page 1543
 1
 2       OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                       TONI DOYLE TUSA, CCR, FCRR
 3                                     500 POYDRAS STREET, ROOM HB-406
                                       NEW ORLEANS, LOUISIANA 70130
 4                                     (504) 589-7778
```

| | | |
|---|---|---|
| [1740:21] - [1742:20] | 9/18/2006 | Smith Trial v.07 (pp. 1542-1790) (Sander, Moye, Blake, Cannell) |

```
page 1740
21       Q.   DO YOU RECOGNIZE WHAT I HAVE MARKED AS DEFENSE
22       EXHIBIT 338?
23       A.   I DO.
24       Q.   IS DEFENSE EXHIBIT 338 A MEMORANDUM THAT WAS ISSUED BY THE
25       FOOD & DRUG ADMINISTRATION ON APRIL 6, 2005, CONCERNING THE
page 1741
 1       RISKS OF NONSTEROIDAL ANTI-INFLAMMATORY DRUGS AND COX-2
 2       INHIBITORS?
 3               MR. BOUNDAS:  JUDGE, I AM GOING TO OBJECT TO THIS AS
 4       BEYOND THE SCOPE.  ALSO, WE HAD A PREVIOUS OBJECTION TO THIS.
 5               THE COURT:  THERE'S A CERTAIN AMOUNT OF CREDIBILITY
 6       THAT I'M FLEXIBLE TO, BUT WE ARE GOING FURTHER THAN I SEE AS
 7       NECESSARY.
 8               MR. BECK:  WELL, YOUR HONOR, THIS IS ACTUALLY
```

• **AG-LA Omnibus MIL Opposition**

```
 9          RESPONSIVE TO THE SUBSTANCE OF THE DIRECT EXAMINATION WHERE
10          THEY HAD LENGTHY TESTIMONY ABOUT THE SAFETY OF VIOXX COMPARED
11          TO OTHER DRUGS, AND THIS MEMORANDUM FROM THE FEDERAL GOVERNMENT
12          ADDRESSES THAT PRECISE SUBJECT.  I THINK I'M ENTITLED TO
13          CROSS-EXAMINE THE DOCTOR CONCERNING THE CONTENTS OF AN OFFICIAL
14          MEMORANDUM FROM THE U.S. GOVERNMENT ON THIS.
15                  MR. BOUNDAS:  JUDGE, I WOULD RESPOND THAT WE ACTUALLY
16          ASKED DR. MOYÉ TO TALK ABOUT THE FDA ADVISORY COMMITTEE, THE
17          VOTE THEY TOOK, AND MR. BECK OBJECTED AND YOU SUSTAINED THAT.
18          SO I WASN'T ALLOWED TO TALK ABOUT THAT.  I THINK FAIR IS FAIR
19          AT THIS POINT.
20                  MR. BECK:  THIS ISN'T AN ADVISORY COMMITTEE.  THIS IS
21          THE REAL DEAL HERE.
22                  THE COURT:  THIS IS MORE SUBSTANTIVE THAN I THOUGHT.
23          DOES THAT HELP YOU, DOCTOR?
24          BY MR. BECK:
25          Q.   YOU HAVE REVIEWED THIS IN CONNECTION WITH YOUR WORK ON THE
page 1742
 1          VIOXX LITIGATION, HAVE YOU NOT?
 2          A.   CERTAINLY.  I HAVE REVIEWED IT, YES.
 3                  THE COURT:  I'LL OVERRULE THE OBJECTION AND ALLOW IT.
 4          BY MR. BECK:
 5          Q.   ARE YOU FAMILIAR WITH THE FACT, SIR, THAT MANY DIFFERENT
 6          OFFICES AND GROUPS WITHIN THE FDA WERE CONSULTED BEFORE THE FDA
 7          ISSUED THIS MEMORANDUM?
 8          A.   YES.
 9          Q.   THEN MOVING BACK TO THE MEMORANDUM, IT IS FROM JOHN
10          JENKINS, DIRECTOR OF THE OFFICE OF NEW DRUGS.  IS THAT A PRETTY
11          SENIOR POSITION IN THE FDA?
12          A.   IT IS.
13          Q.   ALSO FROM PAUL SELIGMAN, MD, DIRECTOR OF THE OFFICE OF
14          PHARMACOEPIDEMIOLOGY AND STATISTICAL SCIENCE.  IS THAT A SENIOR
15          POSITION WITHIN THE FDA?
16          A.   IT IS.
17          Q.   YOU KNOW FROM THE DATE AS WELL AS HAVING READ THE
18          MEMORANDUM BEFORE THAT THIS CAME AFTER VIOXX HAD BEEN
19          VOLUNTARILY WITHDRAWN FROM THE MARKET BY MERCK?
20          A.   THAT'S CORRECT.
```