- **AG-LA Omnibus MIL Opposition**

| | | |
|---|---|---|
| [2568:1] - [2569:5] | 9/22/2006 | Smith Trial v.11 (pages 2568-2796)(Pratt) |

```
page 2568
1                          UNITED STATES DISTRICT COURT
2                          EASTERN DISTRICT OF LOUISIANA
3
4
5         IN RE: VIOXX PRODUCTS           *   MDL DOCKET NO. 1657
          LIABILITY LITIGATION            *
6                                         *
                                          *
7         THIS DOCUMENT RELATES TO        *   SEPTEMBER 22, 2006, 8:45 A.M.
                                          *
8                                         *
          ROBERT G. SMITH V. MERCK        *   CASE NO. 05-CV-4379-L
9           & CO., INC.                   *
          * * * * * * * * * * * * * * *
10
11
12                              VOLUME XI
                            JURY TRIAL BEFORE THE
13                         HONORABLE ELDON E. FALLON
                         UNITED STATES DISTRICT JUDGE
14
15        APPEARANCES:
16
          FOR THE PLAINTIFF:              WATTS LAW FIRM
17                                        BY:  MIKAL WATTS, ESQ.
                                          TOWER II BUILDING, 14TH FLOOR
18                                        555 NORTH CARANCAHUA STREET
                                          CORPUS CHRISTI, TEXAS 78478
19
          FOR THE PLAINTIFF:              WILLIAMS BAILEY LAW FIRM
20                                        BY:  JOHN T. BOUNDAS, ESQ.
                                               STEVEN J. KHERKHER, ESQ.
21                                        8441 GULF FREEWAY, SUITE 600
                                          HOUSTON, TEXAS   77017
22
          FOR THE DEFENDANT:              BARTLIT BECK HERMAN
23                                          PALENCHAR & SCOTT
                                          BY:  PHILIP S. BECK, ESQ.
24                                             ANDREW L. GOLDMAN, ESQ.
                                               CARRIE A. JABLONSKI, ESQ.
25                                        54 W. HUBBARD STREET, SUITE 300
                                          CHICAGO, ILLINOIS 60601
page 2569
1         OFFICIAL COURT REPORTERS:      CATHY PEPPER, CCR, RPR, CRR
                                         TONI DOYLE TUSA, CCR, FCRR
2                                        500 POYDRAS STREET, ROOM HB-406
                                         NEW ORLEANS, LOUISIANA 70130
3                                        (504) 589-7778
4
5
```

| | | |
|---|---|---|
| [2792:5] - [2792:10] | 9/22/2006 | Smith Trial v.11 (pages 2568-2796)(Pratt) |

```
page 2792
5                   MS. CARTER:  GIVEN THE COURT'S RULINGS, WE DON'T HAVE
6         OBJECTIONS TO ANY OF THE OTHER EXHIBITS BEING OFFERED BY THE
7         DEFENDANT.
8                   MR. GOLDMAN:  DX-338, DX-426, DX-917, DX-942, AND
9         DX-946, AND HERE THEY ARE.
10                  THE COURT:  ADMITTED.
```