- **AG-LA Omnibus MIL Opposition**

| | | |
|---|---|---|
| [740:1] - [741:13] | 12/2/2005 | Irvin Plunkett Trial - Ray, Weeks, Irvin A, Raffa, S |

```
page 740
 1                          UNITED STATES DISTRICT COURT
 2                          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
         IN RE: VIOXX PRODUCTS            *
 6       LIABILITY LITIGATION             *   MDL DOCKET NO. 1657
                                          *
 7                                        *
         THIS DOCUMENT RELATES TO         *   HOUSTON, TEXAS
 8       CASE NO. 05-4046:                *
                                          *
 9       EVELYN IRVIN PLUNKETT, ET AL     *   DECEMBER 2, 2005
                                          *
10       VERSUS                           *
                                          *   8:30 A.M.
11       MERCK & CO., INC.                *
         * * * * * * * * * * * * * * * *
12
13
                                   VOLUME IV
14                            JURY TRIAL BEFORE THE
                            HONORABLE ELDON E. FALLON
15                         UNITED STATES DISTRICT JUDGE
16
17       APPEARANCES:
18
         FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
19                                       PORTIS & MILES
                                       BY:  JERE LOCKE BEASLEY, ESQ.
20                                          ANDY D. BIRCHFELD, JR., ESQ.
                                            J. PAUL SIZEMORE, ESQ.
21                                     234 COMMERCE STREET
                                       POST OFFICE BOX 4160
22                                     MONTGOMERY, ALABAMA 36103
23
         FOR THE PLAINTIFF:            ROBINSON, CALCAGNIE & ROBINSON
24                                     BY:  MARK P. ROBINSON, JR., ESQ.
                                       620 NEWPORT CENTER DRIVE
25                                     NEWPORT BEACH, CALIFORNIA 92660
page 741
 1       APPEARANCES, (CONTINUED):
 2
         FOR THE PLAINTIFF:            ABRAHAM, WATKINS, NICHOLS,
 3                                       SORRELS, MATTHEWS & FRIEND
                                       BY:  DAVID P. MATTHEWS, ESQ.
 4                                     800 COMMERCE STREET
                                       HOUSTON, TEXAS 77002
 5
 6       FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
 7                                     BY:  PHILIP S. BECK,  ESQ.
                                            TAREK ISMAIL, ESQ.
 8                                     54 W. HUBBARD STREET, SUITE 300
                                       CHICAGO, ILLINOIS 60601
 9
10       OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
                                       TONI DOYLE TUSA, CCR
11                                     500 POYDRAS STREET, ROOM HB-406
                                       NEW ORLEANS, LOUISIANA 70130
12                                     (504) 589-7778
13
```

| | | |
|---|---|---|
| [818:16] - [818:19] | 12/2/2005 | Irvin Plunkett Trial - Ray, Weeks, Irvin A, Raffa, S |

```
page 818
16                   MR. BECK:   WE OFFER DEFENDANT'S EXHIBIT 338 INTO
```

- **AG-LA Omnibus MIL Opposition**

```
17      EVIDENCE.
18              THE COURT:  I'LL ADMIT IT INTO EVIDENCE UNDER 8038 OF
19      THE RULES OF EVIDENCE.
```