- **AG-LA Omnibus MIL Opposition**

| | | |
|---|---|---|
| [1961:1] - [1962:3] | 8/11/2006   Barnett Trial v.10 (pages 1961-2220)  (Morrison, Bryan) | |

```
page 1961
 1                          UNITED STATES DISTRICT COURT
 2                          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5          IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
            LIABILITY LITIGATION           *
 6                                         *
                                           *
 7          THIS DOCUMENT RELATES TO       *    AUGUST 11, 2006, 8:30 A.M.
                                           *
 8                                         *
            GERALD BARNETT V. MERCK        *    CASE NO. 06-CV-485-L
 9            & CO., INC.                  *
            * * * * * * * * * * * * * * *
10
11
                                    VOLUME X
12                             JURY TRIAL BEFORE THE
                             HONORABLE ELDON E. FALLON
13                         UNITED STATES DISTRICT JUDGE
14
            APPEARANCES:
15
16          FOR THE PLAINTIFF:             ROBINSON, CALCAGNIE & ROBINSON
                                           BY:  MARK P. ROBINSON JR., ESQ.
17                                         620 NEWPORT CENTER DRIVE
                                           NEWPORT BEACH, CALIFORNIA 92660
18
19          FOR THE PLAINTIFF:             BEASLEY ALLEN CROW METHVIN
                                             PORTIS & MILES
20                                         BY:  ANDY D. BIRCHFELD JR., ESQ.
                                           234 COMMERCE STREET
21                                         POST OFFICE BOX 4160
                                           MONTGOMERY, ALABAMA 36103
22
23          FOR THE DEFENDANT:             BARTLIT BECK HERMAN
                                             PALENCHAR & SCOTT
24                                         BY:  PHILIP S. BECK, ESQ.
                                                ANDREW L. GOLDMAN, ESQ.
25                                         54 W. HUBBARD STREET, SUITE 300
                                           CHICAGO, ILLINOIS 60601
page 1962
 1
            OFFICIAL COURT REPORTERS:      CATHY PEPPER, CCR, RPR, CRR
 2                                         TONI DOYLE TUSA, CCR, FCRR
                                           500 POYDRAS STREET, ROOM HB-406
 3                                         NEW ORLEANS, LOUISIANA 70130
                                           (504) 589-7778
```

| | | |
|---|---|---|
| [1991:6] - [1991:12] | 8/11/2006   Barnett Trial v.10 (pages 1961-2220)  (Morrison, Bryan) | |

```
page 1991
 6                   THERE WAS, YOU KNOW, THESE QUESTIONS ABOUT:  WILL THE
 7          DRUG WORK FOR OTHER DISEASES?  FOR ALZHEIMER'S DISEASE OR FOR
 8          RHEUMATOID ARTHRITIS OR FOR CANCER?  OR SO THERE MAY BE MORE
 9          ANIMAL AND BASIC SCIENCE EXPERIMENTS THAT SCIENTISTS ARE DOING
10          TO FIGURE OUT IS THAT POSSIBLY TRUE?  SO THAT GOES ON FOR A
11          LONG TIME IN ADDITION TO THE ONES THAT WE TALKED ABOUT JUST
12          BEFORE FILING THE IND.
```

| | | |
|---|---|---|
| [1999:9] - [1999:16] | 8/11/2006   Barnett Trial v.10 (pages 1961-2220)  (Morrison, Bryan) | |

```
page 1999
 9          Q.   AND DID THOSE PHASE II CLINICAL TRIALS ALSO SPAN A LITTLE
10          BIT OF TIME, AS LATE AS JULY OR JUNE OF 2001?
11          A.   YES.  SO THAT -- AS I SAID, THE PHASE II STUDY IS TO ASK:
```

- **AG-LA Omnibus MIL Opposition**

```
                          12      DOES IT WORK?  SO THE FIRST ONES ARE:  DOES IT WORK FOR
                          13      OSTEOARTHRITIS?  DOES IT WORK FOR THE PAIN AFTER YOU HAVE YOUR
                          14      WISDOM TEETH TAKEN OUT?  AND THERE ARE OTHER THINGS:  DOES IT
                          15      WORK FOR RHEUMATOID ARTHRITIS?  DOES IT WORK FOR MIGRAINE?
                          16      DOES IT WORK FOR TREATMENT OR PREVENTION OF CANCER?
```

[2033:14] - [2033:18]     8/11/2006    Barnett Trial v.10 (pages 1961-2220)  (Morrison, Bryan)

```
                          page 2033
                          14      A.    I CAME OFF THE PROJECT TEAM.  I WAS STILL INVOLVED WITH
                          15      VIOXX RELATED -- AND WE MAY TALK ABOUT THIS AT THE END --
                          16      RELATED TO STUDIES LOOKING AT ITS ABILITY TO TREAT OR PREVENT
                          17      CANCER.  SO THERE'S A WHOLE DIFFERENT PART OF THAT.  BUT I
                          18      WASN'T OFFICIALLY PART OF THE PROJECT TEAM.
```