- AG-LA Omnibus MIL Opposition

[1492:1] - [1493:13]     2/14/2006   Plunkett II Trial - Vol. 07 - Morrison

```
page 1492
1                        UNITED STATES DISTRICT COURT
2                        EASTERN DISTRICT OF LOUISIANA
3
4
5
         IN RE: VIOXX PRODUCTS          *
6        LIABILITY LITIGATION           *    MDL DOCKET NO. 1657
                                        *
7                                       *
         THIS DOCUMENT RELATES TO       *    NEW ORLEANS, LOUISIANA
8        CASE NO. 05-4046:              *
                                        *
9        EVELYN IRVIN PLUNKETT, ET AL   *    FEBRUARY 14, 2006
                                        *
10       VERSUS                         *
                                        *    8:30 A.M.
11       MERCK & CO., INC.              *
         * * * * * * * * * * * * * * * *
12
13
                         VOLUME VII - DAILY COPY
14                       JURY TRIAL BEFORE THE
                        HONORABLE ELDON E. FALLON
15                      UNITED STATES DISTRICT JUDGE
16
17       APPEARANCES:
18
         FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
19                                       PORTIS & MILES
                                       BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                          LEIGH O'DELL, ESQ.
                                       234 COMMERCE STREET
21                                     POST OFFICE BOX 4160
                                       MONTGOMERY, ALABAMA 36103
22
23       FOR THE PLAINTIFF:            LEVIN, PAPANTONIO, THOMAS,
                                         MITCHELL, ECHSNER & PROCTOR
24                                     BY:  TROY RAFFERTY, ESQ.
                                       316 SOUTH BAYLEN STREET, SUITE 600
25                                     PENSACOLA, FLORIDA 32502
page 1493
1        APPEARANCES, (CONTINUED):
2
         FOR THE PLAINTIFF:            GAINSBURGH, BENJAMIN, DAVID,
3                                        MEUNIER & WARSHAUER
                                       BY:  GERALD MEUNIER, ESQ.
4                                      1100 POYDRAS STREET, SUITE 2800
                                       NEW ORLEANS, LOUISIANA 70163
5
6        FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                         PALENCHAR & SCOTT
7                                      BY:  PHILIP S. BECK,  ESQ.
                                            TAREK ISMAIL, ESQ.
8                                      54 W. HUBBARD STREET, SUITE 300
                                       CHICAGO, ILLINOIS 60601
9
10       OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RPR, CRR
                                       TONI DOYLE TUSA, CCR
11                                     500 POYDRAS STREET, ROOM HB-406
                                       NEW ORLEANS, LOUISIANA 70130
12                                     (504) 589-7778
13
```

[1517:11] - [1520:9]     2/14/2006   Plunkett II Trial - Vol. 07 - Morrison

```
page 1517
11       Q.   IF YOU COULD, JUST BRIEFLY DESCRIBE YOUR DUTIES AS
```

- **AG-LA Omnibus MIL Opposition**

```
12            VICE-PRESIDENT WITH MERCK.
13            A.   WELL, RIGHT NOW, I RUN A GROUP THAT DOES CLINICAL TRIALS
14            FOR THE DISCOVERY OF NEW CANCER MEDICINE.  SO I OVERSEE A LARGE
15            GROUP OF PEOPLE WHO ARE LOOKING FOR AND DOING CLINICAL STUDIES
16            ON POTENTIAL NEW MEDICINES FOR CANCER.
17            Q.   WHERE DO YOU LIVE AND WORK, SIR?
18            A.   I LIVE IN NEW JERSEY, AND I HAVE AN OFFICE BOTH IN NEW
19            JERSEY AND IN PENNSYLVANIA.
20            Q.   ARE YOU MARRIED?
21            A.   I AM.
22            Q.   WITH CHILDREN?
23            A.   I HAVE THREE BOYS.
24            Q.   DOCTOR, I'D LIKE TO BRIEFLY REVIEW YOUR BACKGROUND FOR A
25            MINUTE.  CAN YOU, JUST STARTING FROM COLLEGE, DESCRIBE YOUR
page 1518
1             EDUCATIONAL AND MEDICAL TRAINING.
2             A.   SURE.  I WENT TO GEORGETOWN UNIVERSITY FOR COLLEGE IN
3             WASHINGTON, DC.  AFTER THAT, I WENT TO THE UNIVERSITY OF
4             CONNECTICUT MEDICAL SCHOOL.  AFTER MEDICAL SCHOOL, I DID A
5             RESIDENCY -- INTERNSHIP AND RESIDENCY IN INTERNAL MEDICINE,
6             WHICH IS GENERAL ADULT MEDICINE, AND DID THAT IN BOSTON, AT THE
7             MASSACHUSETTS GENERAL HOSPITAL.  AND AFTER THAT, I DID A
8             FELLOWSHIP IN ONCOLOGY IN CANCER AT THE DANA FARBER CANCER
9             INSTITUTE THAT WAS ALSO IN BOSTON.  AFTER THAT I SPENT ABOUT
10            FOUR OR FIVE YEARS IN A BASIC RESEARCH LABORATORY STUDYING
11            BREAST CANCER.
12            Q.   AND HOW MANY YEARS IN TOTAL DID YOU HAVE IN PRACTICE
13            TREATING PATIENTS?
14            A.   ABOUT TEN.
15            Q.   AND WERE YOU EVER BOARD-CERTIFIED?
16            A.   BOARD-CERTIFIED IN INTERNAL MEDICINE, GENERAL ADULT
17            MEDICINE, AND IN CANCER.
18            Q.   AND WHEN DID YOU JOIN MERCK, SIR?
19            A.   NOVEMBER 1995.
20            Q.   AND WHY DID YOU LEAVE THE PRACTICE OF MEDICINE TO JOIN
21            MERCK?
22            A.   WELL, WHEN I CAME TO MERCK, I WAS DOING A NUMBER OF
23            DIFFERENT THINGS.  I WAS RUNNING A BASIC RESEARCH LABORATORY,
24            STUDYING WAYS THAT WE CAN USE THE IMMUNE SYSTEM TO ATTACK
25            CANCER.  I WAS SEEING PATIENTS.  I WAS WHAT WE CALL
page 1519
1             "MOONLIGHTING," WHICH IS I USED TO WORK IN EMERGENCY ROOMS ALL
2             AROUND THE BOSTON AREA, TAKING CARE OF PATIENTS IN EMERGENCY
3             ROOMS, AND I WAS TRYING TO DECIDE WHAT IT WAS I WANTED TO DO
4             WITH ALL OF THIS TRAINING.
5                      I HAD A CHOICE OF BEING A PRACTICING ONCOLOGIST, OF
6             BEING JUST A BASIC RESEARCH SCIENTIST, AND I DECIDED THAT I
7             WANTED TO COME TO MERCK BECAUSE I THOUGHT THAT, IN MY FIELD OF
8             CANCER, MOST OF THE MEDICINES THAT WE HAD THAT WE USE TO TREAT
9             CANCER PATIENTS ARE NOT PARTICULARLY EFFECTIVE AND THEY ARE NOT
10            PARTICULARLY SAFE, AND I THOUGHT IT WOULD BE AN EXCITING CAREER
11            TO WORK ON DEVELOPING NEW MEDICINES THAT ARE BOTH MORE
12            EFFECTIVE AND SAFER FOR PATIENTS.
13            Q.   AND WHEN YOU ARRIVED AT MERCK IN NOVEMBER OF 1995, JUST
14            FOCUSING IMMEDIATELY IN THAT PERIOD THEREAFTER, WHAT DID YOU
15            BEGIN TO WORK ON?
16            A.   WHEN I CAME TO MERCK IN 1995, I HAD -- MY PRIMARY
17            RESPONSIBILITY WAS WORKING ON VIOXX, AND ABOUT 20 PERCENT OF MY
18            EFFORT WAS WORKING WITH THE BASIC RESEARCH SCIENTISTS AT MERCK
19            WHO WERE TRYING TO DEVELOP CANCER DRUGS.
20            Q.   CAN YOU JUST BRIEFLY DESCRIBE YOUR -- JUST GIVE AN
21            OVERVIEW OF THE PROJECTS THAT YOU WORKED ON WITH RESPECT TO
22            VIOXX AND WHAT PERIOD OF TIME YOU WORKED ON THOSE.
23            A.   RIGHT.  SO WHEN I FIRST CAME IN 1995 -- AND I THINK WE'LL
24            TALK ABOUT THIS MORE -- VIOXX WAS IN WHAT WE CALL "PHASE II."
25            SO IT WAS ALREADY IN PATIENTS.  WE WERE TRYING TO TEST WHETHER
page 1520
1             THIS IDEA THAT IT WOULD BE SAFER ON THE STOMACH AND STILL TREAT
2             PAIN WAS TRUE.  SO THAT WAS GOING ON.
3                      MY PRIMARY ROLE WAS IN DESIGNING AND CONDUCTING
4             STUDIES HAVING TO DO WITH THE PAIN INDICATION FOR VIOXX, AS
```

• **AG-LA Omnibus MIL Opposition**

```
                          5           WELL AS ONE OF THE OSTEOARTHRITIS TRIALS.  AND THERE IS ONE
                          6           WHICH WE CALL "CLINICAL PHARMACOLOGY" WHICH STUDIES HOW THE
                          7           DRUGS WORKS THAT I WORKED ON.  THEN, LATER IN THE PROGRAM, I
                          8           WORKED ON A NUMBER OF STUDIES LOOKING TO SEE IF VIOXX WOULD
                          9           ACTUALLY WORK IN THE PREVENTION OR TREATMENT OF CANCER.


[1604:2] - [1607:13]      2/14/2006   Plunkett II Trial - Vol. 07 - Morrison

                          page 1604
                          2      Q.    AND HOW ABOUT PHASE IV AND V STUDIES.  I DON'T THINK WE'VE
                          3           TALKED ABOUT THOSE, BUT CAN YOU DESCRIBE THOSE AND WHETHER OR
                          4           NOT THEY WERE DONE HERE ON VIOXX?
                          5      A.    PHASE IV STUDIES ARE ESSENTIALLY STUDIES THE FDA ASKS YOU
                          6           TO DO AT THE TIME THAT YOUR DRUG IS APPROVED, AND PHASE V ARE
                          7           SORT OF THESE NEW INDICATIONS.  SO YES, WE WERE DOING PHASE IV
                          8           AND V STUDIES AS WELL.
                          9      Q.    NOW, DOCTOR, YOU SAID -- YOU DESCRIBED THE BACKGROUND IN
                         10           ONCOLOGY AND YOUR WORK ON DEVELOPING CANCER DRUGS.
                         11                   MR. RAFFERTY:  YOUR HONOR, I WOULD LIKE TO APPROACH.
                         12                   (WHEREUPON, THERE WAS A DISCUSSION HELD AT THE
                         13           BENCH.)
                         14                   MR. RAFFERTY:  YOUR HONOR, IN HIS PREVIOUS TESTIMONY,
                         15           THIS IS WHEN THE DOCTOR LAUNCHES INTO A DIATRIBE -- VIOXX IS
                         16           POTENTIALLY THE CURE FOR CANCER.  AND THERE IS ABSOLUTELY NO
                         17           SCIENTIFIC BASIS FOR IT.  IT WOULD BE INAPPROPRIATE AND
                         18           PREJUDICIAL FOR HIM TO NOW TALK ABOUT THIS IS SOMEHOW A CANCER
                         19           AGENT, LEAVING THE JURY THE IMPRESSION THAT VIOXX HAS -- IT'S
                         20           EXTREMELY PREJUDICIAL.
                         21                   MR. ISMAIL:  DR. MORRISON HAS A PATENT FOR THE USE
                         22           OF VIOXX IN TREATING COLON CANCER.  HE DESIGNED THE VICTOR
                         23           TRIAL, WHICH WAS AN OUTCOME MORTALITY TRIAL ON CANCER.  HE WAS
                         24           KNOWN FOR THE APPROVE STUDY, AND VIOXX DOES HAVE STATISTICALLY
                         25           SIGNIFICANT EFFICACY IN THE REDUCTION OF PRECANCEROUS POLYPS SO
                          page 1605
                          1           ALL THAT AND HE'S FAMILIAR WITH IT AS AN ONCOLOGIST.
                          2                   THE COURT:  IT'S A QUESTION OF FACT TO SOME EXTENT.
                          3           THERE HAS BEEN SOME TESTIMONY THAT CANCER FOR SOME PEOPLE
                          4           ASSOCIATED WITH SOME OF THE INFORMATION, THAT THIS DRUG MAY
                          5           HAVE SOME EFFECT OVER THE USE OF INFLAMMATION, THEREFORE MAY
                          6           HAVE SOME EFFECT ON CANCER, BUT IT'S AN EARLY STAGE AND I'LL
                          7           LET YOU GO ON CROSS-EXAMINATION.  IT IS SOMEWHAT IRRELEVANT IN
                          8           THIS SITUATION.  SO LET'S NOT SPEND A LOT OF TIME.
                          9                   MR. RAFFERTY:  THANK YOU, YOUR HONOR.
                         10           BY MR. ISMAIL:
                         11      Q.    DOCTOR YOU DESCRIBED YOUR BACKGROUND AS AN ONCOLOGIST, HOW
                         12           DID YOU, WHEN YOU CAME TO MERCK, END UP ON THE VIOXX TEAM WITH
                         13           YOUR BACKGROUND?
                         14      A.    SO WE TALKED ABOUT WHEN I WENT TO MEDICAL SCHOOL, WE ONLY
                         15           THOUGHT THERE WAS ONE CYCLOOXYGENASE, AND EVENTUALLY WE FOUND
                         16           OUT THERE WERE TWO.  WELL, ONE OF THE SCIENTISTS WHO WAS ONE OF
                         17           THE FIRST ONES TO IDENTIFY THIS SECOND FORM WAS A CANCER
                         18           RESEARCHER.  AND WHAT THE CANCER RESEARCHER WAS TRYING TO
                         19           FIGURE OUT WAS ARE -- IS THERE ANYTHING AT ALL IN A CANCER CELL
                         20           THAT'S NOT IN A NORMAL CELL.  AND HIS LOGIC WAS, IF THERE IS A
                         21           SPECIFIC MACHINERY IN A CANCER CELL THAT'S NOT IN A NORMAL
                         22           CELL, MAYBE I CAN MAKE A DRUG AGAINST THAT, AND THAT WOULD
                         23           TREAT CANCER WITHOUT DAMAGING NORMAL CELLS.  AND WHEN HE WENT
                         24           LOOKING FOR THINGS THAT ARE IN CANCER CELLS BUT NOT NORMAL
                         25           CELLS HE FOUND COX-2.
                          page 1606
                          1                   SO AT THE VERY BEGINNING OF THE DISCOVERY OF COX-2,
                          2           THERE WERE PEOPLE WHO THOUGHT THAT COX-2 ACTUALLY HAD SOMETHING
                          3           TO DO WITH THE FORMATION OF CANCER, AND THERE WERE RESEARCH
                          4           SCIENTISTS AT MERCK WORKING ON THIS.  THERE WERE RESEARCH
                          5           SCIENTISTS ALL OVER THE WORLD WORKING ON THIS.  A COLLEAGUE OF
                          6           MINE AND I EVENTUALLY FILED A PATENT AND OBTAINED THE PATENT
                          7           FOR THE USE OF VIOXX TO PREVENT PROSTATE CANCER.
                          8                   AND WHEN I CAME TO MERCK, I REMEMBER MY INTERVIEW
                          9           WITH ALAN NIES, WHO SAID TO ME, THERE IS THIS WHOLE IDEA THAT
                         10           THESE THINGS MIGHT WORK IN CANCER.  AS PART OF YOUR ASSIGNMENT
                         11           HERE, WE WOULD LIKE YOU TO, YOU KNOW, LOOK INTO THAT AND HELP
```

**• AG-LA Omnibus MIL Opposition**

```
12        US THINK ABOUT HOW WE MIGHT BE ABLE EITHER PROVE THAT'S TRUE OR
13        NOT TRUE.
14        Q.   AND DID YOU WORK DESIGNING CLINICAL TRIALS THAT WOULD
15        HOPEFULLY ADDRESS THAT QUESTION?
16        A.   YES.
17        Q.   AND WHAT TRIAL WAS THAT?
18        A.   THE BIGGEST ONE THAT I WORKED ON WAS A TRIAL CALLED
19        VICTOR.  AND VICTOR WAS A TRIAL THAT WE WORKED WITH A GROUP IN
20        ENGLAND TO SET UP.  AND THE TRIAL WAS, AGAIN, ONE OF THESE
21        OUTCOMES TRIALS.  WHAT IT WAS PEOPLE WHO HAD COLON CANCER, THEY
22        WOULD HAVE SURGERY, THEY WOULD RECEIVE CHEMOTHERAPY, WHATEVER
23        THE STANDARD OF CARE WAS IN ENGLAND AT THE TIME, AND THEN THEY
24        WOULD BE RANDOMIZED TO VIOXX VERSUS PLACEBO.  AND THE QUESTION
25        WAS, COULD VIOXX PREVENT THEM FROM HAVING THEIR CANCER COME
page 1607
1         BACK?
2         Q.   IN YOUR WORK WITH THE RESEARCHERS IN ENGLAND, WHAT WAS THE
3         HOPED-FOR PROMISE WITH THAT THERAPY?
4         A.   PEOPLE WERE PRETTY EXCITED ABOUT COX-2'S, COX-2 INHIBITORS
5         AS A POTENTIAL EFFECTIVE CANCER THERAPY, AND CERTAINLY FROM A
6         SAFETY POINT OF VIEW, COMPARED TO THE TRADITIONAL CANCER
7         MEDICINES, THEY HAVE A LOT OF SIDE EFFECTS, IF THIS WERE TRUE
8         THAT THIS COULD PREVENT OR TREAT CANCER, PEOPLE WERE VERY
9         EXCITED IT.
10        Q.   AND ULTIMATELY WERE YOU ABLE TO GET AN ANSWER TO THAT
11        QUESTION IN THE VICTOR TRIAL?
12        A.   NO, THE VICTOR TRIAL WAS STOPPED EARLY WHEN THE DRUG WAS
13        TAKEN OFF THE MARKET.
```