• **AG-LA Opposition to MILs 2, 12 and 17**

[2304:1] - [2305:4]     9/21/2006    Smith Trial v.10 (pages 2304-2567)(Reicin, Arrowsmith-Lowe)

```
page 2304
1                              UNITED STATES DISTRICT COURT
2                              EASTERN DISTRICT OF LOUISIANA
3
4
5        IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
         LIABILITY LITIGATION           *
6                                        *
                                         *
7        THIS DOCUMENT RELATES TO        *    SEPTEMBER 21, 2006, 8:45 A.M.
                                         *
8                                        *
         ROBERT G. SMITH V. MERCK        *    CASE NO. 05-CV-4379-L
9          & CO., INC.                   *
         * * * * * * * * * * * * * * *
10
11
12                                  VOLUME X
                              JURY TRIAL BEFORE THE
13                          HONORABLE ELDON E. FALLON
                          UNITED STATES DISTRICT JUDGE
14
15       APPEARANCES:
16
         FOR THE PLAINTIFF:          WATTS LAW FIRM
17                                   BY:  MIKAL WATTS, ESQ.
                                     TOWER II BUILDING, 14TH FLOOR
18                                   555 NORTH CARANCAHUA STREET
                                     CORPUS CHRISTI, TEXAS 78478
19
         FOR THE PLAINTIFF:          WILLIAMS BAILEY LAW FIRM
20                                   BY:  JOHN T. BOUNDAS, ESQ.
                                          STEVEN J. KHERKHER, ESQ.
21                                   8441 GULF FREEWAY, SUITE 600
                                     HOUSTON, TEXAS   77017
22
         FOR THE DEFENDANT:          BARTLIT BECK HERMAN
23                                     PALENCHAR & SCOTT
                                     BY:   PHILIP S. BECK, ESQ.
24                                         ANDREW L. GOLDMAN, ESQ.
                                           CARRIE A. JABLONSKI, ESQ.
25                                   54 W. HUBBARD STREET, SUITE 300
                                     CHICAGO, ILLINOIS 60601
page 2305
1        OFFICIAL COURT REPORTERS:   CATHY PEPPER, CCR, RPR, CRR
                                     TONI DOYLE TUSA, CCR, FCRR
2                                    500 POYDRAS STREET, ROOM HB-406
                                     NEW ORLEANS, LOUISIANA 70130
3                                    (504) 589-7778
4
```

[2505:20] - [2507:12]    9/21/2006    Smith Trial v.10 (pages 2304-2567)(Reicin, Arrowsmith-Lowe)

```
page 2505
20              MR. BECK:  YOUR HONOR, IN LIGHT OF THE
21       CROSS-EXAMINATION OF DR. REICIN, WE ASK THAT WE BE ALLOWED TO
22       ASK HER WHETHER SHE TOOK VIOXX FOR PERSONAL USE.  WE THINK IT
23       IS RELEVANT TO HER CREDIBILITY.  THERE'S BEEN A DIRECT ATTACK
24       ON HER CREDIBILITY.  IN FACT, MOST OF IT HAS BEEN AN ATTACK ON
25       CREDIBILITY.  SO WE ASK TO BE ALLOWED TO ASK HER IF SHE TOOK
page 2506
1        VIOXX.
2               MR. WATTS:  JUDGE, NUMBER 1, YOU RULED ON THIS IN
3        PRETRIAL, AND WE WILL RELY UPON THAT RULING.  NUMBER 2, WE DID
4        NOT COME CLOSE TO APPROACHING THIS ISSUE.
5               MR. BECK:  I DIDN'T SAY --
6               MR. WATTS:  THE FATHER AND THE FACT SHE DOESN'T TAKE
7        ASPIRIN, WE APPROACHED THE BENCH AND STAYED AWAY FROM IT.
```

• **AG-LA Opposition to MILs 2, 12 and 17**

```
8                    MR. BECK:  I DIDN'T ARGUE.  HE OPENED THE DOOR.  I
9          SAID HE ATTACKED THE CREDIBILITY, AND THE REASON I'M
10         APPROACHING NOW IS BECAUSE YOU DID RULE ON IT BEFORE, AND
11         THAT'S WHAT THE MOTION IN LIMINE IS.  I CAN'T RAISE IT UNLESS I
12         ASK.
13                   MR. WATTS:  MY CROSS IS NOW OVER, NUMBER 1, AND I DID
14         CROSS IN A CERTAIN WAY SO IT WOULD NOT COME UP.  NUMBER 2, IT
15         SHOULDN'T BE ALLOWED TO COME UP FOR THE FIRST TIME NOW BECAUSE
16         IT PREJUDICES ME AND THE WAY -- I HAVE COMPLETED CROSS ON THIS.
17         IF I HAD KNOWN ABOUT IT --
18                   MR. BECK:  JUDGE, WE HAVE BEEN TALKING ABOUT IT SINCE
19         BEFORE THE CASE, AND THE MOTION IN LIMINE SAYS WE CAN'T RAISE
20         IT UNLESS WE COME UP.  YOUR HONOR SAID THAT'S A CREDIBILITY
21         ISSUE AND I HAVE TO WAIT UNTIL AFTER THE CROSS.  THIS IS AFTER
22         THE CROSS.
23                   MR. WATTS:  THE CROSS DIDN'T COME CLOSE TO IT.
24                   THE COURT:  I UNDERSTAND THE ISSUE.  I'LL ALLOW A
25         COUPLE QUESTIONS ON THAT.
page 2507
1                    MR. WATTS:  DO I GET TO CROSS-EXAMINE HER ABOUT IT?
2                    THE COURT:  NO.  THAT'S IT.
3                    (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
4          OPEN COURT.)
5                    THE COURT:  RECROSS ON ONE ISSUE, AND I WOULD LIKE IT
6          TO BE DONE IN A QUESTION OR TWO.
7                    MR. GOLDMAN:  YES.  REDIRECT.
8                    THE COURT:  I'M SORRY.  REDIRECT.
9                            REDIRECT EXAMINATION
10         BY MR. GOLDMAN:
11         Q.   DR. REICIN, DID YOU USE VIOXX YOURSELF?
12         A.   YES, I DID; OFTEN FOR PROLONGED PERIODS OF TIME.
```