- AG-LA Opposition to MILs 2, 12 and 17

| | | |
|---|---|---|
| [1894:1] - [1895:4] | 11/9/2006 | Mason Trial v.09 (pages 1894-2139) (Reicin, Keep) |

```
page 1894
 1                      UNITED STATES DISTRICT COURT
 2                      EASTERN DISTRICT OF LOUISIANA
 3
 4
 5       IN RE: VIOXX PRODUCTS          *    MDL DOCKET NO. 1657
         LIABILITY LITIGATION           *
 6                                      *
         * * * * * * * * * * * * * * *
 7                                      *
         THIS DOCUMENT RELATES TO:      *    NOVEMBER 9, 2006, 8:30 A.M.
 8                                      *
         CHARLES LARON MASON V. MERCK   *    CASE NO. 06-CV-810-L
 9         & CO., INC.                  *
         * * * * * * * * * * * * * * *
10
11
12                                  VOLUME IX
                                JURY TRIAL BEFORE THE
13                            HONORABLE ELDON E. FALLON
                             UNITED STATES DISTRICT JUDGE
14
15
         APPEARANCES:
16
17       FOR THE PLAINTIFF:             BLIZZARD, MCCARTHY & NABERS
                                        BY:  EDWARD F. BLIZZARD, ESQ.
18                                           J. SCOTT NABERS, ESQ.
                                             REBECCA B. KING, ESQ.
19                                      440 LOUISIANA STREET, SUITE 1710
                                        HOUSTON, TEXAS 77002
20
21       FOR THE DEFENDANT:             BARTLIT BECK HERMAN
                                          PALENCHAR & SCOTT
22                                      BY:  PHILIP S. BECK, ESQ.
                                             TAREK ISMAIL, ESQ.
23                                           BRIAN P. O'DONOGHUE, ESQ.
                                             SHAYNA S. COOK, ESQ.
24                                      54 W. HUBBARD STREET, SUITE 300
                                        CHICAGO, ILLINOIS 60601
25
page 1895
 1       OFFICIAL COURT REPORTERS:      CATHY PEPPER, CCR, RPR, CRR
                                        TONI DOYLE TUSA, CCR, FCRR
 2                                      500 POYDRAS STREET, ROOM HB-406
                                        NEW ORLEANS, LOUISIANA 70130
 3                                      (504) 589-7778
 4
```

| | | |
|---|---|---|
| [2090:5] - [2090:7] | 11/9/2006 | Mason Trial v.09 (pages 1894-2139) (Reicin, Keep) |

```
page 2090
 5          THINGS.  I UNDERSTAND COUNSEL'S POSITION, AND I WANTED HIM TO
 6          PUT IT ON THE RECORD BECAUSE I THINK THAT 403 IS ALWAYS A CLOSE
 7          CALL.  THESE THINGS ARE DEFINITELY RELEVANT.  THE ISSUE OF 403
```

| | | |
|---|---|---|
| [2090:14] - [2090:25] | 11/9/2006 | Mason Trial v.09 (pages 1894-2139) (Reicin, Keep) |

```
page 2090
14                    I ALLOWED IT LAST TIME BECAUSE I THOUGHT THEY
15          MADE HER LOOK LIKE A CANNIBAL, OR AT LEAST THEY SAID SHE WAS A
16          CANNIBAL, IN EFFECT, AND I FELT THAT THAT WAS A DEFINITE
17          PERSONAL ATTACK.  I DIDN'T SEE A PERSONAL ATTACK ON THIS ONE,
18          SO I'M GOING TO EXCLUDE HER USE ON IT.  THE RECORD SHOULD
19          REFLECT THAT IF SHE WERE CALLED TO TESTIFY ON THAT, SHE WOULD
20          TESTIFY THAT SHE USED IT, 25 MILLIGRAMS, FOR A RATHER LONG
21          PERIOD OF TIME, AND SHE GOT GOOD USE OUT OF IT.  I ALSO THINK
```

• **AG-LA Opposition to MILs 2, 12 and 17**

```
                         22       THAT HER MOTHER USED IT OR RELATIVES USED IT.
                         23              MR. BECK:  RIGHT.  AND HER HUSBAND, A MALE WITH A
                         24       DIFFERENT RISK FACTOR, USED IT.
                         25              THE COURT:  YES.
```

[2091:22] - [2092:5]    11/9/2006    Mason Trial v.09 (pages 1894-2139) (Reicin, Keep)

```
                         page 2091
                         22              THE COURT:  SURE.  I SEE THAT.  THE DIFFICULTY THAT I
                         23       HAVE IN THESE TYPES OF CASES IS THAT THEY ARE SO FACT-SPECIFIC,
                         24       THAT FOR ME TO THEN LET THAT IN, I WOULD HAVE TO LET THE
                         25       PLAINTIFF GO INTO HER MEDICAL BACKGROUND, GO INTO THE MEDICAL
                         page 2092
                         1        BACKGROUND OF EACH OF THE FAMILY MEMBERS, AND TO GO INTO THE
                         2        MEDICAL EXPERIENCE OF THEIR DOCTORS WHO PRESCRIBED IT FOR THEM.
                         3        I WOULD HAVE A TRIAL WITHIN A TRIAL WITHIN A TRIAL.  SO I JUST
                         4        HAVE TO MAKE THESE CUTS.  THINKING ABOUT IT ALL, IT'S
                         5        PROBLEMATIC TO PUT IT IN AND THAT'S THE REASON I KEPT IT OUT,
```