EXHIBIT L

• AG-LA Opposition to MILs 2, 12 and 17

[1793:1] - [1794:13]    2/15/2006    Plunkett II Trial - v.08 - Rayburn, Reicin

```
page 1793
 1                          UNITED STATES DISTRICT COURT
 2                          EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
         IN RE: VIOXX PRODUCTS           *
 6       LIABILITY LITIGATION            *    MDL DOCKET NO. 1657
                                         *
 7                                       *
         THIS DOCUMENT RELATES TO        *    NEW ORLEANS, LOUISIANA
 8       CASE NO. 05-4046:               *
                                         *
 9       EVELYN IRVIN PLUNKETT, ET AL    *    FEBRUARY 15, 2006
                                         *
10       VERSUS                          *
                                         *    8:30 A.M.
11       MERCK & CO., INC.               *
         * * * * * * * * * * * * * * * *
12
13
                            VOLUME VIII - DAILY COPY
14                             JURY TRIAL BEFORE THE
                             HONORABLE ELDON E. FALLON
15                          UNITED STATES DISTRICT JUDGE
16
17       APPEARANCES:
18
         FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
19                                     PORTIS & MILES
                                     BY:  ANDY D. BIRCHFELD, JR., ESQ.
20                                        LEIGH O'DELL, ESQ.
                                     234 COMMERCE STREET
21                                   POST OFFICE BOX 4160
                                     MONTGOMERY, ALABAMA 36103
22
23       FOR THE PLAINTIFF:          LEVIN, PAPANTONIO, THOMAS,
                                       MITCHELL, ECHSNER & PROCTOR
24                                   BY:  TROY RAFFERTY, ESQ.
                                     316 SOUTH BAYLEN STREET, SUITE 600
25                                   PENSACOLA, FLORIDA 32502
page 1794
 1       APPEARANCES, (CONTINUED):
 2
         FOR THE PLAINTIFF:          GAINSBURGH, BENJAMIN, DAVID,
 3                                     MEUNIER & WARSHAUER
                                     BY:  GERALD MEUNIER, ESQ.
 4                                   1100 POYDRAS STREET, SUITE 2800
                                     NEW ORLEANS, LOUISIANA 70163
 5
 6       FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                                       PALENCHAR & SCOTT
 7                                   BY:  PHILIP S. BECK,  ESQ.
                                          TAREK ISMAIL, ESQ.
 8                                   54 W. HUBBARD STREET, SUITE 300
                                     CHICAGO, ILLINOIS 60601
 9
10       OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                                     TONI DOYLE TUSA, CCR
11                                   500 POYDRAS STREET, ROOM HB-406
                                     NEW ORLEANS, LOUISIANA 70130
12                                   (504) 589-7778
13
```

[2053:12] - [2053:21]    2/15/2006    Plunkett II Trial - v.08 - Rayburn, Reicin

```
page 2053
12                   MR. Ismail:  YOUR HONOR, I HAD ASKED MR. BIRCHFIELD
```

**• AG-LA Opposition to MILs 2, 12 and 17**

```
13        IF HE HAD AN OBJECTION IF WE ASK ABOUT PERSONAL USE, AND GIVEN
14        WHAT WE DISCUSSED IN CHAMBERS, I JUST ASKED ANDY IF HE HAD A
15        PROBLEM WITH THAT.
16                MR. BIRCHFIELD:  AND I JUST WANTED TO PUT MY
17        OBJECTION ON THE RECORD UNDER 403.
18                THE COURT:  THE WAY I SEE IT IS THAT SHE HAS NOW BEEN
19        ATTACKED RATHER FORCEFULLY, OR WILL BE ATTACKED RATHER
20        FORCEFULLY, AND THIS GOES TO CREDIBILITY, SO I'LL OVERRULE THE
21        OBJECTION.
```