**EXHIBIT M**

- **AG-LA Opposition to MILs 2, 12 and 17**

| | |
|---|---|
| [1156:1] - [1156:25] | 12/5/2005   Irvin Plunkett Trial |

```
page 1156
 1                         UNITED STATES DISTRICT COURT
 2                         EASTERN DISTRICT OF LOUISIANA
 3
 4
 5     IN RE: VIOXX PRODUCTS              *
       LIABILITY LITIGATION               *  MDL DOCKET NO. 1657
 6                                        *
                                          *
 7     THIS DOCUMENT RELATES TO           *  HOUSTON, TEXAS
       CASE NO. 05-4046:                  *
 8                                        *
       EVELYN IRVIN PLUNKETT, ET AL       *  DECEMBER 5, 2005
 9                                        *
       VERSUS                             *
10                                        *  8:30 A.M.
       MERCK & CO., INC.                  *
11     * * * * * * * * * * * * * * * * *
12
13                               VOLUME VI
                             JURY TRIAL BEFORE THE
14                        HONORABLE ELDON E. FALLON
                          UNITED STATES DISTRICT JUDGE
15
16
       APPEARANCES:
17
18     FOR THE PLAINTIFF:             BEASLEY ALLEN CROW METHVIN
                                         PORTIS & MILES
19                                    BY:  JERE LOCKE BEASLEY, ESQ.
                                           ANDY D. BIRCHFELD, JR., ESQ.
20                                         LEIGH O'DELL, ESQ.
                                           J. PAUL SIZEMORE, ESQ.
21                                         FRANK WOODSON, ESQ.
                                      234 COMMERCE STREET
22                                    POST OFFICE BOX 4160
                                      MONTGOMERY, ALABAMA 36103
23
24     FOR THE PLAINTIFF:             ROBINSON, CALCAGNIE & ROBINSON
                                      BY:  MARK P. ROBINSON, JR., ESQ.
25                                    620 NEWPORT CENTER DRIVE
                                      NEWPORT BEACH, CALIFORNIA 92660
```

| | |
|---|---|
| [1354:11] - [1355:2] | 12/5/2005   Irvin Plunkett Trial |

```
page 1354
11      Q.   BEFORE THE VIGOR RESULTS CAME OUT, HAD YOU USED VIOXX
12      PERSONALLY?
13      A.   YES.
14      Q.   FOR WHAT CONDITION?
15      A.   I HAVE A CHRONIC SCIATIC NERVE PROBLEM DUE TO A DISK AND A
16      BACK FUSION THAT WAS DONE IN THE LATE '70S.
17      Q.   HOW OFTEN DID YOU TAKE VIOXX BEFORE THE VIGOR RESULTS CAME
18      OUT?
19      A.   ON THE AVERAGE, ONCE OR TWICE A WEEK, SOMETIMES SEVERAL
20      DAYS IN A ROW WHEN I TRAVELED, BUT ON THE AVERAGE, ONCE OR
21      TWICE A WEEK.
22      Q.   AFTER THE VIGOR RESULTS CAME OUT AND SHOWED A DIFFERENCE
23      BETWEEN VIOXX AND NAPROXEN, DID YOU STOP TAKING VIOXX?
24      A.   NO.  I USED IT IN THE SAME WAY.
25      Q.   DID YOU HAVE ANY CONCERN THAT YOU WERE PUTTING YOUR HEALTH
page 1355
 1      AT RISK BY TAKING VIOXX?
 2      A.   NO, I DID NOT.
```