| | |
|---|---|
| CAROL O'REGAN<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>NEW ORLEANS DIVISION<br><br>MDL 1657<br><br>CIVIL ACTION NO.: 05-6272<br><br>SECTION L, MAG 3<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

Pursuant to FRCvP 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, CAROL O'REGAN, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____      _____
Attorney for Plaintiff                                       Stephen G. Strauss
                                                                        Bryan Cave LLP
Allan Berger and Associates                       211 N. Broadway, Suite 3600
4173 Canal Street                                         St. Louis, MO 63102
New Orleans, Louisiana 70119                 (314) 259-2000 Tel
(504) 486-9481                                            (314) 259-2020 Fax

                                                                        Phillip A. Wittmann
Dated:  March 4, 2008                               Dorothy H. Wimberly
                                                                        Stone Pigman Walther
                                                                        Wittmann LLC
                                                                        546 Carondelet Street
                                                                        New Orleans, LA 70130
                                                                        (504) 581-3200 Tel
                                                                        (504) 581-3361 Fax

                                                                        Attorneys for Merck & Co., Inc.

                                                                        Dated: 3-8-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.