UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| Norma Hubbard, et al. v. Merck & Co., Inc., et al. | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Only with regard to: James Shelton | * * * | |
| Docket No. 2:05-cv-03813 | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff James Shelton in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of _____March_____, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE