# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * | |
| *Sam Akroush* <br> *v.* <br> *Merck & Co., Inc.* | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-02817* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sam Akroush in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of March, 2010.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE