UNITED STATES District Court
EASTERN District of Louisiana

STANLEY BETHEA　　　　　　　　3-10-2010

　　　　PLAINTIFF　　NO: 05-6775

　　　　　　　　　　　　05-MDL-1657 L(3)

VS,

MERCK + Co. Inc.

DEFENDANT

Vioxx claim NO: (VCN) 1056191

## Notice of Appeal

THIS IS TO NOTIFY THE DEFENDANT AND COURT THAT I'm APPEALING COURT ORDER DATED BY Judge FALLON ON FEB 9, 2010. DENIED PLATIFF motion FOR LEAVE TO AMEND HIS COMPLAINT.

Respectfully Submitted

Stanley Bethea
STANLEY BETHEA

TENDERED FOR FILING
MAR 11 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED MAR 11 2010
LORETTA G. WHYTE
Clerk

Fee ___
Process ___
X Dktd ___
X CtRmDep ___
Doc No. ___

CERTIFICATION OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF APPEAL WAS SERVED UPON THE DEFENDANT BY FIRST CLASS MAIL POSTAGE PREPAID.

ELIZABETH BALAKHANI ESQ.
2929 ARCH STREET
PHILADELPHIA, PA, 19104-2808

And

DIANN BATES
P.O. BOX 85031
RICHMOND, VIRGINIA 23285-5031

Stanley Bethea
STANLEY BETHEA

STANLEY BETHEA
P.O. BOX 704
HBG, PA 17108

Clerk of Court
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130



HARRISBURG PA 171
01 MAR 2010 PM 4