UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, Attorney General, Plaintiffs | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., Defendant | |
| Case No. 05-3700 | |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 6 TO EXCLUDE EVIDENCE OR ARGUMENT ABOUT MERCK'S ALLEGED CONDUCT WITH NO NEXUS TO THIS CASE**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion To Exclude Evidence Or Argument About Merck's alleged Conduct With No Nexus To This Case.

3. The following documents are attached hereto in support of this motion:

1

Exhibit A – Second Set Of Responses And Objections Of Merck & Co., Inc. To Government Action Plaintiffs' First Set of Master Interrogatories As They Relate To The Claims Of The Louisiana Attorney General;

Exhibit B – Second Set Of Responses And Objections Of Merck & Co., Inc. To Government Action Plaintiffs' First Set of Master Document Requests As They Relate To The Claims Of The Louisiana Attorney General;

Exhibit C – Excerpts from the transcript of the December 18, 2009 Deposition of Warren Lambert;

Exhibit D – Excerpts from the transcript of the November 18, 2009 Deposition of Stephen Shearer;

Exhibit E – Excerpts from the transcript of the November 15, 2009 Deposition of Allan Goldberg;

Exhibit F – Excerpts from the transcript of the October 12, 2009 Deposition of Ben Bearden;

Exhibit G – Excerpts from the transcript of the December 16, 2009 Deposition of Mary Ogle.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2010

/s/ Douglas R. Plymale _____
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs