# EXHIBIT D

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA


In Re:   VIOXX

Products Liability Litigation

STATE OF LOUISIANA, ex rel.
JAMES D. CALDWELL,         MDL NO. 1657
ATTORNEY GENERAL               SECTION L
         Plaintiff
                               Case No.
   versus                      05-3700

MERCK & CO., INC.,
         Defendant


                HIGHLY CONFIDENTIAL
```

Oral deposition of STEPHEN W. SHEARER, taken at the law offices of DECHERT, LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania, on Wednesday, November 18, 2009, commencing at 9:33 a.m., before Dianna R. Pugliese, Registered Merit Reporter, Certified Realtime Reporter, Certified Shorthand Reporter (NJ & DE), and Notary Public, pursuant to notice.

1     Q.    Would your contacts with
2  Provider Synergies have followed the
3  description of responsibilities for
4  providing access and assuring
5  appropriate utilization that you gave
6  me generally with respect to your
7  role as a National Account Executive?
8           MR. SALES:  Objection to
9  form.
10          THE WITNESS:  In general.
11 It's been a long time ago.  In
12 general, yes, it would have.
13 BY MR. MURRAY:
14    Q.    And in particular with
15 respect to providing information to
16 help ensure access, again, focusing
17 on Provider Synergies, would you have
18 obtained the information that you
19 provided from corporate offices at
20 Merck?
21          MR. SALES:  Objection.
22 Assumes facts not in evidence.
23          THE WITNESS:  Any
24 information that I would have

```
 1   provided to Provider Synergies would
 2   have been consistent with the
 3   FDA-approved label of whatever drug I
 4   was talking to them about.
 5             Any materials I would have
 6   shown them or left with them or
 7   talked to them about would have been
 8   FDA approved.
 9   BY MR. MURRAY:
10      Q.   And again, would those
11   materials have come from Merck
12   corporate offices?
13      A.   Yes, they would have.
14      Q.   With respect to Provider
15   Synergies -- let me back up.
16             In terms of materials that
17   you provided to your healthcare
18   customers, and I'm not just limiting
19   it to Provider Synergies now, I'm
20   just asking you generally, did you
21   ever have materials that you were
22   instructed not to leave with the
23   customer?
24             MR. SALES:  Objection to
```