# EXHIBIT E

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


In Re:  VIOXX
Products Liability Litigation
STATE OF LOUISIANA, ex rel.
                          MDL NO. 1657
JAMES D. CALDWELL,
ATTORNEY GENERAL,          SECTION L
         Plaintiff
                          Case No.
   versus                 05-3700


MERCK & CO., INC.,
         Defendant


              HIGHLY CONFIDENTIAL
         Oral deposition of ALLAN I.
GOLDBERG, M.D., taken at the law
offices of DECHERT, LLP, Cira Centre,
2929 Arch Street, Philadelphia,
Pennsylvania, on Thursday, November
5, 2009, commencing at 9:33 a.m.,
before Dianna R. Pugliese, Registered
Merit Reporter, Certified Realtime
Reporter, Certified Shorthand
Reporter (NJ & DE), and Notary
Public, pursuant to notice.
```

```
 1   BY MR. MURRAY:
 2       Q.   Do you know who some of the
 3   investigative sites were, or do you
 4   recall any of the investigative
 5   sites, rather?
 6       A.   Sure, I do.
 7       Q.   And who were some of
 8   those?  Who were the ones that you
 9   worked with most often, that you
10   recall the most?
11       A.   Dr. Michael Weber,
12   Dr. Dominick Sica, Dr. Michael
13   Alderman, Dr. Neil Cutler, Dr. Melvin
14   Tonkin.
15       Q.   Would these -- are there
16   any others that you can think of as
17   you -- those are the ones that you
18   remember prominently?
19       A.   It's literally hundreds of
20   sites that we work with.  And the
21   trials are worldwide, frequently.
22       Q.   Okay.
23       A.   So it would be U.S. and
24   ex-U.S.
```

1    Q.   Maybe help me out with
2  that.
3         What do you mean by
4  investigative sites?
5    A.   The PI, or primary --
6  principal investigator, primary
7  investigator, is tasked with
8  recruitment of patients, appropriate
9  patients into the clinical trials per
10 the protocol that we write and
11 follows the protocol to its
12 conclusion and then submits the data
13 from the trial back to the company
14 for summarization.
15   Q.   You said that the
16 investigator -- the investigative
17 sites would conduct the
18 investigations per protocols drafted
19 by Merck.
20        Was that always the case?
21        MR. GOLDMAN:  Object to the
22 form.  Lacks foundation.
23 BY MR. MURRAY:
24   Q.   In your experience in the

1  marketing -- I'm sorry, in Merck
2  Research Labs.
3            MR. GOLDMAN:  Same
4  objection.  Lacks foundation.
5            THE WITNESS:  We would
6  draft the protocols.
7  BY MR. MURRAY:
8       Q.   You're not aware of any
9  instance where the protocol was
10 drafted by a party other than
11 Merck --
12      A.   No.
13      Q.   -- for a trial sponsored by
14 Merck?
15      A.   No, not in my experience.
16      Q.   Did project teams have
17 responsibility for drafting
18 protocols?
19      A.   No.
20      Q.   Did they have input into
21 the drafting of protocols, project
22 teams?
23      A.   Not really.  It's not the
24 construct.