# EXHIBIT F

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

- - -

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS | : MDL NO. 1657 |
| LIABILITY LITIGATION | : |
| | : SECTION L |
| This Document Relates to: | : |
| | : JUDGE ELDON |
|     STATE OF LOUISIANA, ex rel. | : E. FALLON |
|     JAMES D. CALDWELL, JR., | : |
|     Attorney General, | : MAGISTRATE |
|         Plaintiff, | : JUDGE KNOWLES |
| | : |
|     versus | : |
| | : |
|     MERCK & CO., INC., | : |
|         Defendant. | : NO. 05-3700 |

- - -

Monday, October 12, 2009

- - -

Videotaped deposition of BEN BEARDEN, held at LOUISIANA DEPARTMENT OF HEALTH & HOSPITALS, 627 North 4th Street, Baton Rouge, Louisiana, commencing at approximately 9:32 a.m., before Rosemary Locklear, a Registered Professional Reporter, Certified Realtime Reporter, Certified Court Reporter (NJ) and Notary Public.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 971.591.5672  Fax
deps@golkow.com

Page 56

1  time.  David really carried the weight of this
2  as far as testifying before committees and --
3  and working with the governor on this issue to
4  try to get it in.
5           It was very controversial with the
6  legislature.  It was a lot of lobbying being
7  done by Pfizer and others to keep an open
8  formulary.  And there was some opposition within
9  the legislature itself to it.
10          So -- but, anyway, the medical
11 society got on board and supported it and that
12 was the key thing in us getting the preferred
13 drug list.
14     Q.    Did I understand you correctly
15 that one of the models for the State with
16 regard to moving from an open to a closed
17 formulary was the system that the State of
18 Florida had?
19     A.    Correct.
20     Q.    Did you have any interaction
21 with the individuals at the Florida --
22 your counterparts within the State of
23 Florida?
24     A.    At one point we did with their

1   pharmacy director, who later went to
2   Provider Synergies, who was a company we
3   contracted with to -- to administer our
4   supplemental rebate program.
5        Q.   Do you recall the name of that
6   individual?
7        A.   No.  Kitchens, seemed like.
8   George Kitchens, seemed -- but I'm not
9   really sure.
10       Q.   Did you have a sort of a
11  director-to-director dialogue at all with
12  the Florida folks?
13       A.   No.  Florida -- about that
14  time, we had annual -- biannual Medicaid
15  directors' meetings and then we had the
16  southern consortium where we would meet
17  with the directors from the Dallas region
18  and the Atlanta region, but Florida kept
19  changing their directors.
20            There's very few Medicaid directors
21  that stay very long.  Most of them report
22  directly to the governor so they go out when the
23  governor goes out.  When I was director, the
24  average tenure of a Medicaid director was 18

Ben Bearden

Page 112

```
 1   preferred drug list, who would be responsible
 2   for maintaining those records?
 3        A.    M. J. Terrebonne.
 4        Q.    All right.  At some point the
 5   P&T Committee decided to bring in a third
 6   party to help develop the preferred drug
 7   list?
 8              And that's this Provider Synergies
 9   you've referred to before?
10        A.    Correct.
11        Q.    Why was that decision made?
12        A.    They were doing Florida's at
13   the time and we felt they were doing a
14   good job in Florida from the feedback we
15   got, and so a decision was made to
16   contract with them to do it for us.  They
17   already knew the process.
18        Q.    Do you recall getting
19   information from Florida itself regarding
20   what Provider Synergies was able to do?
21        A.    I didn't personally get it.  M.
22   J. may have.
23              This is something I've mentioned
24   earlier.  David Hood really, as the secretary,
```

Ben Bearden

Page 113

1  took a major role in this, and I know he -- he
2  was the one that, actually, I think negotiated
3  the contract with Provider Synergies.
4      Q.    So I think you mentioned
5  earlier that the State of Louisiana was
6  using Florida as a model.
7      A.    Correct.
8      Q.    For the implementation,
9  preferred drug list?
10     A.    Correct.
11     Q.    And that extended to deciding
12 which third-party consultant would help
13 educate the P&T committees regarding the
14 preferred drug lists?
15     A.    Correct.
16           MR. ISMAIL:  Why don't we go ahead
17 and break now, switch tape.
18           VIDEO OPERATOR:  Time now is
19 approximately 11:29 a.m., and we are now off the
20 record.
21           (Discussion off the record.)
22           VIDEO OPERATOR:  This is the
23 beginning of Tape 3 of the videotaped deposition
24 of Mr. Ben Bearden.