# EXHIBIT G

ORAL DEPOSITION OF MARY OGLE, 12/16/2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX

Products Liability Litigation

STATE OF LOUISIANA, ex rel.

JAMES D. CALDWELL,          MDL No. 1657
ATTORNEY GENERAL,              SECTION L
         Plaintiff
    versus                    Case No.
                              05-3700
MERCK & CO., INC.,
         Defendant

HIGHLY CONFIDENTIAL

Oral deposition of MARY OGLE, taken at the law offices of Dechert, LLP, Cira Centre, 2929 Arch Street, Philadelphia, Pennsylvania, on Wednesday, December 16, 2009, commencing at approximately 9:41 a.m., before Barbara McKeon Quinn, a Registered Merit Reporter and Notary Public, pursuant to notice.

1      Q.    The next thing Mr. Lambert
2   goes on to discuss is, he writes,
3   Mary and John.  I'm presuming that's
4   you and John Fevurly?
5      A.    I'm presuming as well, yes.
6      Q.    The State of Louisiana has
7   passed prior authorization
8   legislation that is scheduled to take
9   effect in January 2002.
10           Holly is working the system
11   to help us understand what
12   implications this may have on Merck's
13   interest.
14           Do you know what
15   Mr. Lambert was referring to there
16   when he says Holly is working the
17   system?
18      A.    I do not, no.
19      Q.    And he goes on to write, In
20   Florida, your colleagues in managed
21   care and government affairs mounted a
22   response to the Pfizer proposition.
23           Please contact them to
24   learn about the situation and of any

1   proactive steps to protect the states

2   in our responsibility.

3         He writes, Contact Kathy

4   Arenson at, and then there's a number

5   provided, on your availability for an

6   8:00 a.m. teleconference on August

7   20.  Your expertise is greatly

8   appreciated.

9         Do you recall working with

10  Kathy Arenson with respect to any

11  kind of response to the prior

12  authorization legislation?

13     A.   No, I do not.

14     Q.   Do you know who Kathy

15  Arenson was?

16     A.   I can't think offhand.  I

17  can't even picture her face.  I don't

18  remember.

19     Q.   We'll move on to a document

20  that we'll mark as Ogle Number 3.

21         Actually I'm not going --

22  we won't mark that one as Ogle 3.

23         MR. ISMAIL:  Okay.

24         MR. MURRAY:  Looking at it