UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

**DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 9 TO EXCLUDE EVIDENCE OF AND REFERENCE TO POST-MARKETING ADVERSE EVENT REPORTS**

I, Donald C. Arbitblit, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order in *Dedrick v. Merck and Co. (In re Vioxx Products Liability Litigation)*, MDL 1657, filed November 22, 2006.

3. Attached hereto as Exhibit 2 is a true and correct copy of an article by Loren Laine, *et al.*, entitled "Alimentary Tract – A Randomized Trial Comparing the Effect of Rofecoxib, a Cyclooxygenase 2 – Specific Inhibitor, with that of Ibuprofen on the Gastroduodenal Mucosa of Patients with Osteoarthritis" published in *Gastroenterology*, 1999.

4. Attached hereto as Exhibit 3 is a true and correct copy of the April 2003 Monograph, prepared by Provider Synergies, previously marked as Kaiser Exhibit 30.

5. Attached hereto as Exhibit 4 is a true and correct copy of the April 2003 Monograph, prepared by Provider Synergies, previously marked as Kaiser Exhibit 36.

6. Attached hereto as Exhibit 5 is a true and correct copy of the February 2002 Monograph, prepared by Provider Synergies, previously marked as Kaiser Exhibit 40.

7. Attached hereto as Exhibit 6 is a true and correct copy of seventy-five reports of perforations, ulcers and bleeds, with fatalities reported, where the report indicates that the person who notified Merck of the event stated that it was "related," "probably related," or "definitely related" to rofecoxib (Vioxx). These reports indicate dates of receipt beginning in September 1999 and continuing through 2004.

8. Attached hereto as Exhibit 7 is a true and correct copy of a set of 176 AERs involving perforations, ulcers and bleeds with fatalities, in which the reporting individual stated that the event was "possibly" related to Vioxx; or that the reporting individual was "unsure" of the relationship to Vioxx; or that Vioxx was a "suspect" drug; or reports in which no statement of drug relationship is provided.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Food and Drug Administration Medical Officer Review regarding Vioxx, dated November 5, 2005.

10. Attached hereto as Exhibit 9 is a true and correct copy of a chapter by Bengt-Erik Wilholm and Sten Olsson entitled: *"Spontaneous Reporting Systems Outside the United States"* published in *Pharmacoepidemiology*, edited by Brian Strom (1989).

11. Attached hereto as Exhibit 10 is a true and correct copy of a letter from the Food and Drug Administration to Robert E. Silverman, dated May 20, 1999, previously marked as Kessler Exhibit 5.

12. Attached hereto as Exhibit 11 is a true and correct copy of the "Plaintiff's Memorandum in Opposition to Defendant's Motions *in Limine* to Scientifically Unreliable and Irrelevant Medical and Scientific Evidence, David Graham Estimates, and Adverse Event Data," filed in *Irvin v. Merck,* MDL 1657, filed November 11, 2005.

13. Attached hereto as Exhibit 12 are excerpts from the deposition transcript of Thomas Bold, M.D., July 29, 2005, pp. 279:3-281:3; 447:21-453:22; 463:25-464:21; 464:1-465:19.

14. Attached hereto as Exhibit 13 is a true and correct copy of a news release dated March 27, 2000.

- 2 -

862147.1

15. Attached hereto as Exhibit 14 is a true and correct copy of the FDA Advisory Committee Background Information presented to the Arthritis Advisory Committee, dated February 8, 2001.

16. Attached hereto as Exhibit 15 is a true and correct copy of a screen shot showing in the lower left corner 3,886 results meeting the search criteria for perforations, ulcers and bleeds in the WEAS database.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 12, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT

862147.1