*EXHIBIT 4*

# Nonsteroidal Anti-inflammatories (NSAIDs) Review

## Overview

Nonsteroidal anti-inflammatory drugs (NSAIDs) are commonly used to treat rheumatoid arthritis (RA), osteoarthritis (OA) and pain from different etiologies. NSAIDs are the most widely used drugs in the United States.[1] In 2000, about 111 million NSAID prescriptions were filled, and OTC use is estimated at five to seven times prescription use.[2,3] Gastrointestinal (GI) side effects induced by NSAIDs lead to significant morbidity and mortality. Ulcers are found by endoscopy in 15-30 percent of patients who are using NSAIDs regularly, and their incidence of upper GI clinical events is 2.5-4.5 percent. In the United States, GI side effects due to NSAIDs in patients with arthritis account for approximately 107,000 hospitalizations and result in 16,500 deaths each year.[4] Three agents that specifically inhibit the cyclooxygenase-2 (COX-2) enzyme, celecoxib (Celebrex®), rofecoxib (Vioxx®) and valdecoxib (Bextra®) have equal efficacy to many of the other NSAIDs, but the issue of a better safety profile is less clear. Products designed to lessen NSAID adverse reactions (Arthrotec®, Prevacid NapraPAC®) are also making their way to the market.

## Pharmacology

NSAIDs work by blocking COX-1 and COX-2, which prevents the synthesis of various prostaglandins. These prostaglandins are partially responsible for the development of pain and inflammation in a number of medical conditions. COX-2 activity is rapidly upregulated during inflammatory pain conditions and may be involved in the pathogenesis of some malignancies.[5,6,7,8,9] Celecoxib, rofecoxib, and valdecoxib are selective for the COX-2 enzyme inhibition. *In vitro* studies show that celecoxib has a 375-fold selectivity for COX-2 over COX-1, and rofecoxib has selectivity >800.[10,11] COX-2 inhibitors provide anti-inflammatory and pain controlling mechanisms while theoretically producing fewer side effects than the NSAIDs. The following chart shows where COX-1 and COX-2 sites are located in the body:[12,13,14]

| Location | COX-1 | COX-2 |
|---|---|---|
| Brain | | X |
| Breast cancer | | X |
| Colorectal adenomas and carcinomas | | X |
| Endothelial cells | X | |
| Gastrointestinal tract | X | |
| Head and neck cancer | | X |
| Liver | X | |
| Lung | X | |
| Platelets | X | |
| Renal cortex and medullary interstitial cells | | X |
| Renal medullary collecting ducts and interstitium | X | |
| Site of inflammation | | X |
| Spleen | X | |
| Synovial tissue | | X |



EXHIBIT 36 Kaiser

EXHIBIT 19
Witness: M. Terrebonne
C. Sletta CCR, RPR   11-9-09

LaAG-VIOXX-003353

Nonsteroidal Anti-inflammatories (NSAIDs)

## *Indications*

| Drug | Manufacturer | Indications |
|---|---|---|
| celecoxib (Celebrex) | Pfizer | For relief of signs and symptoms of osteoarthritis<br><br>For relief of signs and symptoms of rheumatoid arthritis in adults<br><br>To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP) as an adjunct to usual care. Efficacy and safety for this indication has not been studied beyond six months<br><br>For management of acute pain in adults<br><br>For treatment of primary dysmenorrhea |
| diclofenac/ misoprostol (Arthrotec) | Pfizer | For relief of signs and symptoms of osteoarthritis and adult rheumatoid arthritis in patients who are high risk for developing NSAID induced gastric or duodenal ulcers and their complications |
| lansoprazole/ naproxen (Prevacid NapraPAC) | TAP | For reducing risk of NSAID-associated gastric ulcers in patients with a history of documented gastric ulcer who require an NSAID for treatment of signs and symptoms of rheumatoid arthritis, osteoarthritis, and ankylosing spondylitis |
| mefenamic acid (Ponstel®) | First Horizon | Mild to moderate pain (treatment limited to < 7 days)<br>Treatment of primary dysmenorrhea |
| meloxicam (Mobic®) | Boehringer Ingleheim | For relief of the signs and symptoms of osteoarthritis |
| rofecoxib (Vioxx) | Merck | For relief of signs and symptoms of osteoarthritis<br><br>For relief of the signs and symptoms of rheumatoid arthritis in adults<br><br>For management of acute pain in adults<br><br>For treatment of primary dysmenorrheal<br><br>For the acute treatment of migraine attacks with or without aura in adults |
| valdecoxib (Bextra) | Pfizer | For relief of signs and symptoms of osteoarthritis<br><br>For relief of signs and symptoms of adult rheumatoid arthritis<br><br>For treatment of primary dysmenorrhea |

LaAG-VIOXX-003354

Nonsteroidal Anti-inflammatories (NSAIDs)

**Pharmacokinetics**

| Drug | Bioavailability (%) | Half-Life (hr) | Metabolites | Excretion (%) |
|---|---|---|---|---|
| celecoxib (Celebrex)[15] | -- | 11.2 | Yes, three inactive | Renal: 27 Feces: 57 |
| diclofenac/ | 50 | 2 | Yes, several | Renal: 65 Feces: 35 |
| misoprostol (Arthrotec)[16] | -- | 0.5 | Yes, misoprostol acid | Renal: 70 |
| lansoprazole/ | >80 | 1.5 | Yes, inactive | Renal: 33 Feces: 67 |
| naproxen (Prevacid NapraPAC)[17] | 95 | 12-17 | Yes, one metabolite | Renal: 95 |
| meloxicam (Mobic)[18] | 89 | 15-20 | Yes, four inactive | Renal: 50 Feces: 50 |
| rofecoxib (Vioxx)[19] | 93 | 17 | Yes, at least three inactive | Renal: 72 Feces: 14 |
| valdecoxib (Bextra)[20] | 83 | 8-11 | Yes, one active | Predominantly Hepatic |

**Clinical Trials**

celecoxib (Celebrex) and ibuprofen and diclofenac
CLASS trial: A total of 8,059 patients with OA and RA were enrolled in the double-blind, randomized, controlled study of Celecoxib Long-Term Arthritis Safety Study (CLASS).[21] A total of 4,573 patients received treatment for six months. Patients were randomly assigned to receive celecoxib 400 mg twice daily, ibuprofen 800 mg three times daily or diclofenac 75 mg twice daily. Aspirin use (≤ 325 mg daily) for cardiovascular prophylaxis was permitted and used by 20 percent of patients. Patients with active GI disease, renal, hepatic or coagulation disorders were excluded. GI toxicity included upper GI ulcers and ulcer complications including bleeding, perforation and obstruction. For the entire patient population, the yearly incidence of upper GI complications was 0.76 percent and 1.45 percent, for celecoxib and NSAIDs, respectively. The overall incidence of upper GI ulcer complications was not statistically significantly different among the groups. When the upper GI complications data were combined with symptomatic gastroduodenal ulcers, celecoxib was found to have a lower annual incidence compared to the NSAIDs (2.08 percent versus 3.54 percent, respectively; p=0.02). For patients not taking aspirin, the yearly incidence of upper GI ulcer complications was significantly lower in the celecoxib group (0.44 percent) versus NSAIDs group (1.27 percent) (p=0.04). The rate of upper GI ulcer complications and symptomatic ulcers in patients not receiving aspirin was significantly less in the celecoxib group (1.4 percent) than the NSAIDs group (2.91 percent). In the patients taking aspirin, the annualized rate was two percent regardless of which treatment arm was assigned, and the yearly incidence was higher

Nonsteroidal Anti-inflammatories (NSAIDs)

than those not taking aspirin. Chronic GI blood loss, GI intolerance, renal or hepatic toxicity occurred less frequently in the celecoxib group. No difference in cardiovascular events was noted between celecoxib and NSAIDs, despite aspirin use.

celecoxib (Celebrex) and naproxen

In a randomized, double-blind trial enrolling 1,149 patients with symptomatic RA, the efficacy of celecoxib as an anti-inflammatory and analgesic with reduced gastrointestinal (GI) tract muscosal damage was compared to naproxen.[22] Patients were randomized to celecoxib 100 mg, 200 mg or 400 mg twice a day, naproxen 500 mg twice daily or placebo for twelve weeks. All dosages of celecoxib and naproxen significantly improved the signs and symptoms of RA compared with placebo. The incidence of endoscopically determined gastroduodenal ulcers in placebo treated patients was four percent, and the incidence across all dosages of celecoxib were not significantly different: six percent (100 mg twice daily), four percent (400 mg twice daily), and six percent (400 mg twice daily). The incidence with naproxen was 26 percent, significantly greater than celecoxib or placebo.

celecoxib (Celebrex) versus rofecoxib (Vioxx)

In a double-blind, placebo controlled trial comparing celecoxib 200 mg daily and rofecoxib 25 mg daily in OA of the knee, 182 patients were randomized and evaluated for OA signs and symptoms at baseline, week three and week six.[23] Arthritis evaluations included pain assessment, global assessment by the patient and physician, osteoarthritis severity index, and the Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC). All groups were similar at baseline. Both celecoxib and rofecoxib patients experienced significantly more improvement in pain scores, global assessment, and WOMAC scores than the placebo group at week six. Both drugs had similar efficacy for OA. More rofecoxib patients experienced an adverse event than the placebo and celecoxib patients did, however the withdrawal rates were similar between celecoxib and rofecoxib.

In a randomized parallel group, double-blind trial, celecoxib, rofecoxib and acetaminophen were compared in 382 patients with OA of the knee over six weeks.[24] Patients were randomized to celecoxib 200 mg daily, rofecoxib 12.5 mg or 25 mg daily or acetaminophen 4,000 mg total daily. Patients were assessed during the first week and at week six for pain on walking or at rest, night pain, and morning stiffness based on the visual analog scale. Only 79 percent of patients completed the study. Acetaminophen had significantly more early discontinuations due to a lack of efficacy. Over six weeks, rofecoxib 25 mg had the greatest mean reductions on the VAS response compared to the other agents for night pain and rest pain. The percentage of patients reporting a good to excellent response at the end of six weeks were 60 percent for rofecoxib 25 mg, 56 percent for rofecoxib 12.5 mg, 46 percent for celecoxib 200 mg and 39 percent for acetaminophen. All agents were well tolerated.

In a single-dose, double-blind study comparing the analgesic efficacy of rofecoxib 50 mg, celecoxib 200 mg, ibuprofen 400 mg, and placebo in postoperative dental pain, 272 patients with at least two third-molar extractions were enrolled.[25] The primary endpoint was total pain relief over eight hours. Overall, rofecoxib had superior time to onset of analgesia, peak analgesic effect, and duration of analgesia over celecoxib. Rofecoxib's analgesic efficacy was similar to ibuprofen in terms of onset and peak effect, but ibuprofen had a significantly shorter duration. All therapies were well tolerated.

Nonsteroidal Anti-inflammatories (NSAIDs)

In a similar trial by the same investigators, rofecoxib 50 mg was compared to celecoxib 200 mg and 400 mg and ibuprofen 400 mg or placebo in a single-center, randomized, double-blind trial with 482 patients undergoing at least two third molar extractions.[26] Total pain relief over eight hours was significantly greater with rofecoxib 50 mg compared to celecoxib 200 mg and 400 mg (p<0.001, p<0.05, respectively). Times to pain onset and peak analgesic effect were similar between rofecoxib 50 mg and celecoxib 400 mg. Rofecoxib 50 mg had similar analgesic effect to ibuprofen 400 mg although pain relief duration was longer with rofecoxib (p<0.001). All single doses were well tolerated.

<u>diclofenac/misoprostol (Arthrotec) versus diclofenac</u>

Diclofenac was compared to the combination of diclofenac and misoprostol for efficacy, safety and incidence of endoscopic upper GI ulcers in a six-week trial enrolling 572 patients with OA and a history of ulcers or erosions.[27] Patients were randomized to diclofenac 75 mg twice daily, diclofenac 50 mg/misoprostol 200 mcg three times daily, diclofenac 75 mg/misoprostol 200 mg twice daily or placebo. All active treatment groups were more effective than placebo in relief of arthritis symptoms. Endoscopic ulcer rates (both gastric and duodenal ulcers) were the following after the six week course of treatment: diclofenac monotherapy (17 percent), diclofenac 50 mg with misoprostol (eight percent), diclofenac 75 mg with misoprostol (seven percent) and placebo (four percent). A higher incidence of flatulence was seen in the diclofenac 75 mg with misoprostol whereas diclofenac 50 mg with misoprostol had a higher incidence of diarrhea.

<u>diclofenac/misoprostol (Arthrotec) versus nabumetone (Relafen)</u>

In a six-week trial, diclofenac sodium 75 mg with misoprostol 200 mcg (Arthrotec 75) twice daily was compared to nabumetone 1,500 mg once daily or placebo for ulcer rates in 1,203 patients with symptomatic OA of the hip or knee.[28] All patients enrolled had a history of endoscopically proven ulcers or erosions. Patients were evaluated by endoscopy at baseline, at withdrawal or at the end of the six-week time period. The incidence of duodenal and gastric ulcers confirmed with endoscopically was significantly lower in the Arthrotec 75 group (four percent) compared to nabumetone (11 percent). Duodenal ulcers were similar between the two active treatments. Gastric ulcers were significantly less with Arthrotec 75 (one percent) compared to nabumetone (nine percent).

<u>diclofenac/misoprostol (Arthrotec) and celecoxib (Celebrex) and rofecoxib (Vioxx)</u>

An observational study compared the rates of upper GI hemorrhage in non-selective NSAIDs, celecoxib, rofecoxib or diclofenac/misoprostol.[29] The patients were 43,969 elderly patients (≥ 66 years) and 100,000 NSAID-naïve patients from Ontario, Canada. The celecoxib and rofecoxib users had more frequently undergone an upper GI diagnostic procedure or received previous gastroprotective agents. The celecoxib and rofecoxib groups had similar characteristics. The primary endpoint was the rate ratio of hospitalization for upper GI bleeding when adjusted for confounders. The adjusted rate ratios for hospitalization due to GI hemorrhage were 1 for the control group, 4 for the non-selective NSAID users, 3 for diclofenac plus misoprostol, 1.9 for rofecoxib and 1 for celecoxib. Limitations of this study included the observational study design, difficulty in controlling for confounders, difficulty in assessing adherence and difficulty in identifying appropriate use of the agents.

<u>lansoprazole (Prevacid) and misoprostol (Cytotec)</u>

This was a prospective, double-blind, multicenter, active- and placebo-controlled study among 537 patients without *H. pylori* who were long-term users of NSAIDs and who had a history of

Nonsteroidal Anti-inflammatories (NSAIDs)

gastric ulcer documented by endoscopy.[30] Patients were randomized to receive placebo, misoprostol 200 mcg four times a day, or lansoprazole 15 or 30 mg once daily for 12 weeks. Patients receiving lansoprazole (15 or 30 mg) remained free from gastric ulcer longer than those who received placebo (p<0.001) but for a shorter time than those who received misoprostol. By week 12, the percentages of gastric ulcer-free patients were as follows: placebo, 51 percent; misoprostol, 93 percent; lansoprazole 15 mg, 80 percent; and lansoprazole 30 mg, 82 percent. A significantly higher proportion of patients in the misoprostol group reported treatment-related adverse events and early withdrawal from the study. Therapy was successful for 69 percent for each of the active treatment groups and 35 percent for the placebo group. Proton pump inhibitors such as lansoprazole are superior to placebo for the prevention of NSAID-induced gastric ulcers but not superior to misoprostol 800 mcg per day. When the poor compliance and potential adverse effects associated with misoprostol are considered, however, proton pump inhibitors and full-dose misoprostol are clinically equivalent.

mefenamic acid (Ponstel)
No significant clinical trials in peer-reviewed medical literature have been published since 1995.

meloxicam (Mobic) and diclofenac
In a 12 week, double-blind, placebo controlled trial with 774 patients, meloxicam (at dosages of 3.75 mg, 7.5 mg or 15 mg daily) was compared to diclofenac 50 mg twice daily to evaluate the safety and efficacy in the treatment of OA of the hip or knee.[31] The incidence of adverse events was lower at all dosages of meloxicam than diclofenac, but greater than placebo. GI adverse events and dropout rates for meloxicam were similar to placebo. Meloxicam 7.5 mg and 15 mg and diclofenac were more effective than placebo for all endpoints.

meloxicam (Mobic) and diclofenac SR
The Meloxicam Large-scale International Study Safety Assessment (MELISSA) was performed to assess the tolerability of meloxicam 7.5 mg daily compared to diclofenac SR 100 mg daily over 28 days in patients with symptomatic OA.[32] In the 9,323 patients, meloxicam was reported to have fewer overall adverse events than diclofenac. Fewer GI adverse events were reported in the meloxicam group (13 percent) compared to the diclofenac group (19 percent). Significantly more hospitalizations occurred in the diclofenac group. More patients withdrew from meloxicam therapy than diclofenac due to a lack of efficacy, but efficacy between the two agents was similar overall.

meloxicam (Mobic) and piroxicam
In the SELECT trial evaluating GI tolerability and efficacy of meloxicam 7.5 mg and piroxicam 20 mg daily for the treatment of OA, over 8,600 patients were enrolled and evaluated for 28 days.[33] The incidence of GI adverse events was significantly less in the meloxicam group (meloxicam 10.3 percent, piroxicam 15.4 percent). The following types of GI events occurred less frequently in the meloxicam group: dyspepsia, nausea/vomiting, abdominal pain, and perforation, bleeding and ulceration. The efficacy of both drugs was equal.

meloxicam (Mobic) and other NSAIDs
A meta-analysis of twelve randomized clinical trials was performed to evaluate the frequency and severity of adverse GI events due to meloxicam and found meloxicam to have fewer GI adverse events than other NSAIDs.[34] Patients in the meloxicam groups experienced less dyspepsia, fewer peptic ulcer bleeds, and had less discontinuation of NSAID due to GI toxicity.

LaAG-VIOXX-003358

Nonsteroidal Anti-inflammatories (NSAIDs)

Most of the trials included in the analysis used meloxicam 7.5 mg so the incidence or severity of adverse events for meloxicam 15 mg may be greater.

In a large British study evaluating the rate of adverse effects due to meloxicam and to stratify the risk factors for adverse events, 19,087 patients were followed during the first six months of drug use.[35] The rate of dyspepsia in the first month of exposure was 28.3 per 1,000 patient-months. Thirty-three reports of GI hemorrhage were reported. Risk factors for GI adverse events included history of a GI disorder within the last year and concurrent gastroprotective agents. For patients who had prior experience with another NSAID, the rate of dyspepsia and abdominal pain was 20 to 30 percent lower on meloxicam.

rofecoxib (Vioxx)
The efficacy of rofecoxib in the acute treatment of migraine headaches was demonstrated in two double-blind, placebo-controlled, outpatient trials.[36] Doses of 25 mg and 50 mg were compared to placebo in the treatment of one migraine attack. A second dose of rofecoxib was not allowed in either trial. Other medications, with the exception of NSAIDs or combination medications that contained NSAIDs, were permitted once two hours had passed from the dose of study medication. In both trials, the percentage of patients achieving headache relief two hours after treatment was significantly greater (p<0.0001) among patients receiving rofecoxib at 25 mg (54 and 60 percent) and 50 mg doses (57 and 62 percent) compared to those who received placebo (34 and 30 percent). There were no statistically significant differences between the 25 mg and 50 mg dose groups in either trial.

rofecoxib (Vioxx) and ibuprofen

A total of 742 patients with OA without ulcer on baseline endoscopy were randomly assigned to receive rofecoxib (25 or 50 mg daily), ibuprofen (800 mg three times daily) or placebo.[37] Endoscopy was repeated at six, 12 and 24 weeks. At both 12 and 24 weeks, ulcer rates were significantly lower in the rofecoxib groups compared to ibuprofen (at 24 weeks, rofecoxib 25 mg, 9.6 percent; rofecoxib 50 mg, 14.7 percent; and ibuprofen, 45.8 percent). Ulcer rates for rofecoxib were comparable to rates with placebo.

rofecoxib (Vioxx) and naproxen
The VIGOR study compared the effect of rofecoxib 50 mg daily (n=4,047) and naproxen 500 mg twice daily (n=4,029) in patients who had RA on the incidence of upper GI events.[38] Low dose aspirin for cardiovascular prophylaxis was not permitted. Rofecoxib and naproxen had similar efficacy against RA. After a median of nine months, rofecoxib had 2.1 confirmed GI events per 100 patient-years compared with 4.5 events per 100 patient-years with naproxen (p<0.001). Rates of serious GI events, including perforation, obstruction, and severe upper GI bleeding, were 0.6 and 1.4 events per 100 patient years in the rofecoxib and naproxen groups, respectively (p=0.005). The incidence of myocardial infarction was lower in the naproxen group (0.1 percent) than the rofecoxib group (0.4 percent).

In study with 660 patients with RA, rofecoxib 50 mg daily, naproxen 500 mg twice daily and placebo were evaluated for the incidence of endoscopically detected gastroduodenal ulcers over 12 weeks.[39] Patients underwent endoscopy at baseline, six weeks and 12 weeks. The incidence of endoscopically identified ulcers was 25.5 percent with naproxen, 6.8 percent with rofecoxib, and 2.9 percent in the placebo group. Rofecoxib did not differ from placebo in the incidence of identified gastric or duodenal ulcers. Adverse events were similar among the groups.

Nonsteroidal Anti-inflammatories (NSAIDs)

In two identical, six week studies, rofecoxib 12.5 mg daily and naproxen 500 mg twice daily were compared in 944 patients with knee or hip OA.[40] For all endpoints including pain on walking on a flat surface and patient's and investigator's global assessment of response to therapy, rofecoxib and naproxen had similar efficacy. Both therapies were well tolerated.

In a large tolerability study, rofecoxib 25 mg daily was compared to naproxen 500 mg twice daily in 5,557 patients with osteoarthritis.[41] The primary outcome was the rate of discontinuation due to GI adverse events with secondary outcome parameters of the rate of use of medications to treat GI complaints and discontinuations due to lack of efficacy. Patients were permitted to use aspirin and were evaluated at baseline, six and 12 weeks. The cumulative rate of discontinuation due to GI complaints was 5.9 percent with rofecoxib and 8.1 percent with naproxen (p=0.005). More naproxen patients (11.2 percent) used medications to treat GI complaints compared to rofecoxib (9.1 percent; p=0.014). Patients taking low dose aspirin (13 percent of the total population) had similar results to the total population for all parameters. Discontinuations due to lack of efficacy were similar between the groups.

Rofecoxib was evaluated for efficacy in treating primary dysmenorrhea in a double-masked, randomized, placebo and active comparator-controlled trial.[42] Patients were randomized to placebo, rofecoxib 25 or 50 mg then 25 mg daily as needed, or naproxen sodium 550 mg every twelve hours for up to three days. All 127 patients took all four regimens. Efficacy was determined by patients' reports of analgesia and adverse events, physical examinations, and laboratory tests. Both doses of rofecoxib provided more analgesia than the placebo, but similar analgesia to the naproxen sodium. All treatments were well tolerated.

Rofecoxib 50 mg daily and naproxen 500 mg twice daily were compared for rates of serious GI clinical events in 8,076 patients with RA who were expected to be on NSAIDs for greater than one year.[43] In this double-blind, randomized trial, serious GI clinical events were defined as bleeding with a two gram/dL decrease in hemoglobin or hospitalization or hospitalization due to perforation, obstruction, ulceration or diverticulitis. For rofecoxib, the rate of serious GI complications was 0.41 per 100 patient-years and 0.89 for naproxen (p=0.032).

<u>valdecoxib (Bextra) and diclofenac SR</u>
Valdecoxib and diclofenac slow release (SR) were compared in 722 patients with RA for efficacy and safety over 26 weeks in a randomized, multicenter, double-blind, parallel-group study.[44] Low dose aspirin was permitted with less than six percent of patients in each group using aspirin. Patients were randomized to valdecoxib 20 or 40 mg daily or diclofenac SR 75 mg twice daily. Efficacy was similar among the groups based on the Patient's Assessment of Arthritis Pain on a visual analog scale and the modified Health Assessment Questionnaire. The incidence of duodenal ulcers as identified by endoscopy at 26 weeks was lower with valdecoxib (20 mg, six percent; 40 mg, four percent) than diclofenac SR (16 percent, p<0.001). Valdecoxib 20 mg daily had significantly better tolerability than diclofenac SR (p=0.035).

<u>valdecoxib (Bextra) and naproxen</u>
A 12 week, multicenter, randomized, double-blind, placebo controlled study compared the efficacy and safety of valdecoxib 5 and 10 mg daily and naproxen 500 mg twice daily in over 400 patients with OA of the hip.[45] Valdecoxib 5 and 10 mg daily were comparable to naproxen in improvement of both patient's and physician's global assessment. A lower incidence of GI related adverse effects was observed in the valdecoxib groups compared to the naproxen group.

Nonsteroidal Anti-inflammatories (NSAIDs)

Valdecoxib and naproxen were compared for efficacy and GI safety in moderate to severe OA of the knee.[46] Patients were randomized to valdecoxib 5, 10 or 20 mg daily, naproxen 500 mg twice daily or placebo for twelve weeks. Efficacy was assessed by the WOMAC scores and patient's and physician's global assessment. Safety was determined by pre- and post-endoscopy findings. Valdecoxib 10 and 20 mg daily and naproxen 500 mg twice daily had similar efficacy and had significantly more improvement than placebo for all tested scales including WOMAC and global assessments ($p<0.05$). Naproxen had significantly more endoscopically identified ulcers compared to valdecoxib 5 and 10 mg, but a non-significant difference compared to valdecoxib 20 mg. All three valdecoxib doses had similar ulcer rates to placebo.

Valdecoxib and naproxen were compared for efficacy and safety in a multicenter, randomized, double-blind, placebo-controlled trial with 1,090 RA patients over 12 weeks.[47] Patients were randomized to valdecoxib 10 mg, 20 mg, or 40 mg daily, naproxen 500 mg twice daily or placebo. Efficacy was assessed by the ACR-20. Valdecoxib significantly improved ACR-20 at all assessments compared to placebo. Naproxen and valdecoxib (all doses) had a similar response rate. All treatments were well tolerated.

In a small study, 118 patients with primary dysmenorrhea were randomized to placebo, valdecoxib 20 or 40 mg twice daily as needed or naproxen sodium 550 mg twice daily as needed in a double blind, crossover study comparing the efficacy and safety of a single dose.[48] Patients were offered the option to redose therapy for up to three days if needed for all treatment types. Valdecoxib 20 and 40 mg provided superior pain relief at eight and 12 hours post dose compared to placebo. Both doses of valdecoxib were comparable to naproxen sodium for pain relief.

Nonsteroidal Anti-inflammatories (NSAIDs)

## Drug Interactions[49,50,51,52,53,54,55]

| Drug | ACE inhibitors | Fluconazole | Lithium | Rifampin | Warfarin |
|---|---|---|---|---|---|
| celecoxib (Celebrex) | use caution | Concomitant administration with fluconazole ↑ celecoxib plasma conc. two-fold – use lowest dose of celecoxib | Lithium AUC ↑ 17 percent – monitor Li levels when celecoxib is started or stopped | | Monitor INR when initiating or changing celecoxib therapy |
| diclofenac/ misoprostol (Arthrotec) | use caution | | Lithium AUC ↑ – monitor Li levels | | |
| lansoprazole/ naproxen (Prevacid NapraPAC) | use caution | | | | Monitor INR when initiating or changing lansoprazole/ naproxen therapy |
| mefenamic acid (Ponstel) | use caution | | Lithium AUC ↑ – monitor Li levels | | |
| meloxicam (Mobic) | use caution | | Lithium AUC ↑ 21 percent – monitor Li levels when meloxicam is started or stopped | | Monitor INR when initiating or changing meloxicam therapy |
| rofecoxib (Vioxx) | use caution | | Look for signs of Li toxicity | 50 percent ↓ in rofecoxib conc. Use 25 mg of rofecoxib for OA | Monitor INR when initiating or changing rofecoxib therapy |
| valdecoxib (Bextra) | use caution | Concomitant admin. with fluconazole ↑ valdecoxib plasma conc. by 62 percent | Lithium AUC ↑ 34 percent – monitor Li levels when valdecoxib is started or stopped | | Monitor INR when initiating or changing valdecoxib therapy |

LaAG-VIOXX-003362

Nonsteroidal Anti-inflammatories (NSAIDs)

*Adverse Effects*

| Drug | Abd pain | Diarrhea | Dyspepsia | Nausea | Headache | Rash | Edema |
|---|---|---|---|---|---|---|---|
| celecoxib (Celebrex) | 4.1 | 5.6 | 8.8 | 3.5 | 15.8 | 2.2 | 2.1 |
| diclofenac/ misoprostol (Arthrotec) | 21 | 19 | 14 | 11 | reported | reported | - |
| lansoprazole/ naproxen (Prevacid NapraPAC) | 2.1 | 3.8 | <1 | 1.3 | reported | reported | - |
| | 3-9 | <3 | 1-3 | 3-9 | 3-9 | reported | 3-9 |
| mefenamic acid (Ponstel) | 1 - 10 | 1 - 10 | 1 - 10 | 1 - 10 | - | 1 - 10 | 1 - 10 |
| meloxicam (Mobic) | 2.9 - 4.2 | 2.6 - 5.9 | 8.9 - 9.5 | 4.7 - 7.2 | 2.6 - 3.6 | 1.3 - 3 | 1.6 - 2.4 |
| rofecoxib (Vioxx) | 3.4 | 6.5 | 3.5 | 5.2 | 4.7 | >0.1 - 1.9 | 3.7 |
| valdecoxib (Bextra) | 7 - 8.2 | 5.4 - 6 | 7.9 - 8.7 | 6.3 - 7 | 4.8 - 8.5 | 1.4 - 2.1 | 2.4 - 3 |

Adverse effects are reported as a percentage. Adverse effects are taken from product package information and therefore, should not be considered comparative.

LaAG-VIOXX-003363

Nonsteroidal Anti-inflammatories (NSAIDs)

## Dosages

| Drug | Dosage Forms | Dosage | |
|---|---|---|---|
| celecoxib (Celebrex) | 100, 200, 400 mg capsules | OA:<br>RA:<br>Dysmenorrhea and pain:<br>FP: | 200 mg daily or 100 mg BID<br>100-200 mg BID<br>400 mg X1, then 200 mg BID<br>400 mg BID |
| diclofenac/misoprostol (Arthrotec) | 50 mg or 75 mg with 200 mcg tablets | OA:<br>RA: | 50 mg BID – TID or 75 mg BID<br>50 mg BID – QID or 75 mg BID |
| lansoprazole /naproxen (Prevacid NapraPAC) | 15 mg capsules with 375 mg or 500 mg tablets | One Prevacid capsule and one Naprosyn tablet in the morning before eating, and the other Naprosyn in the evening | |
| mefenamic acid (Ponstel) | 250 mg capsules | Pain:<br><br>Dysmenorrhea: | 500 mg X1; then 250 mg Q6hrs prn (max 7 days)<br>500 mg X1; then 250 mg Q6hrs prn x 2 - 3 days |
| meloxicam (Mobic) | 7.5, 15 mg tablets | OA: | 7.5 – 15 mg daily |
| rofecoxib (Vioxx) | 12.5, 25, 50 mg tablets<br>12.5 mg/5ml, 25 mg/5ml suspension | OA:<br>RA:<br>Dysmenorrhea and pain:<br>Migraine: | 12.5 – 25 mg daily<br>25 mg daily<br>50 mg daily prn x 5 days<br>25 mg daily (chronic use not recommended) |
| valdecoxib (Bextra) | 10, 20 mg tablets | OA/RA:<br>Dysmenorrhea: | 10 mg daily<br>20 mg twice daily as needed |

### GI toxicity and Warnings
Serious GI toxicity can occur with or without warning with all NSAIDs. The package information for the traditional NSAIDs and the newer COX-2 inhibitors contain this warning. Patients at higher risk for the development of GI toxicity would include patients on corticosteroids, anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, poor health status, and older age.

celecoxib (Celebrex) – From the CLASS trial data at nine months, the rate of complicated and symptomatic ulcers was 0.78 in the celecoxib group (n=3,105) and 2.19 in the celecoxib plus aspirin group (n=882). The difference in rate of events between celecoxib monotherapy and celecoxib plus aspirin may be due to the increase risk associated with aspirin.[56] The rate of complicated ulcers did not differ between celecoxib and the combined group of ibuprofen and

Nonsteroidal Anti-inflammatories (NSAIDs)

diclofenac.[57] Celecoxib (Celebrex) is contraindicated in patients with a documented allergic-type reaction to sulfonamides.[58]
rofecoxib (Vioxx) – The product package information states that the risk of GI toxicity is not completely eliminated with the use of rofecoxib, but the risk appears to be less for rofecoxib 50 mg daily compared to naproxen 500 mg twice daily.[59]

Valdecoxib (Bextra) has a statement in the product package information that is similar to the standard NSAID GI toxicity statement contained in most NSAID product information.[60] Valdecoxib (Bextra) is contraindicated in patients with a documented allergic-type reaction to sulfonamides.[61] Serious skin reactions have been reported with valdecoxib.

### Cardiovascular Concerns

Cardiovascular Events

In a review of the COX-2 inhibitors and risk of cardiovascular events in August of 2001, authors concluded that a prospective trial may be necessary to evaluate the potential risk of cardiovascular events with these agents.[62] The review included the data from the VIGOR and CLASS trials as well as data submitted to the FDA regarding the cardiovascular safety of the agents. In the meta-analysis, VIGOR and CLASS data were compared to the placebo groups from the US Physicians' Health Study, the UK Doctors Study, the Thrombosis Prevention Trial, and the Hypertension Optimal Treatment trials. The annualized rate of myocardial infarction (MI) was reported as 0.52 percent in the placebo groups from the selected aspirin studies, 0.74 percent in the VIGOR study and 0.8 percent in the CLASS study. The trials included in the meta-analysis were not designed to evaluate the cardiovascular safety nor were the inclusion and exclusion criteria similar in each of the trials. Researchers also did not remove the aspirin patients' data from the CLASS study when they calculated the rate of MI. Caution should be used in interpreting the meta-analysis results.

In another review evaluating the CLASS data with celecoxib, aspirin users and nonusers were separated and compared for incidences of serious cardiovascular events related to celecoxib use.[63] The incidences of MI, stroke, cardiovascular death, and peripheral events were similar between celecoxib and the comparative NSAIDs for all patients including those patients not using aspirin. Another analysis of patient data from 18,942 arthritis patients found that celecoxib and comparative NSAIDs (with or without aspirin use) had similar incidences of cardiovascular death, and nonfatal MI and strokes.[64]

Reicin and colleagues reviewed eight phase IIB/III OA studies with rofecoxib for the rate of cardiovascular thrombotic events.[65] Safety data from 5,400 patients were reviewed. In studies with rofecoxib and other NSAIDs, the incidence of thrombotic cardiovascular adverse events was 1.93/100 patient-years for rofecoxib and 2.27/100 patient-years in the NSAIDs group. A more extensive review of rofecoxib phase IIB through V studies with over 28,000 patients found the relative risk for cardiovascular thrombotic events were 0.79 for rofecoxib compared to other non-naproxen NSAIDS and 1.69 for rofecoxib compared to naproxen.[66]

Hypertension and Edema – celecoxib (Celebrex) and rofecoxib (Vioxx)

In a six week, randomized, parallel-group, double-blind trial with 810 patients with OA who were older than 65 years of age on antihypertensive medications, the use of rofecoxib and celecoxib were compared for the effects on systolic and diastolic blood pressure and the development of edema.[67] Patients were randomized to rofecoxib 25 mg or celecoxib 200 mg

Nonsteroidal Anti-inflammatories (NSAIDs)

daily. The primary endpoints were the development of edema and changes in blood pressure. Edema occurred in 9.5 percent of rofecoxib patients compared to 4.9 percent of celecoxib patients. Systolic blood pressure significantly increased in 17 percent of the rofecoxib group versus 11 percent of the celecoxib group. Diastolic blood pressure changes were not statistically different in either group. At week six, the mean systolic blood pressure change in the rofecoxib group was 2.6 mmHg and −0.5 mmHg in the celecoxib group. This study was supported by the manufacturer of celecoxib.

In a similar trial, celecoxib 200 mg daily (n=549) and rofecoxib 25 mg (n=543) daily were compared for effects on blood pressure and edema in a six week study.[68] Enrollment criteria included age greater than 65 years, on antihypertensive medications and a history of OA. Rofecoxib (14.9 percent) patients had significantly more increased systolic blood pressure compared to celecoxib patients (6.9 percent) (change greater than 20 mm Hg plus absolute systolic blood pressure greater than 140 mm Hg). Rofecoxib had the greatest effect in increasing blood pressure in those patients on ACE inhibitors or beta-blockers. Neither agent caused significant increases in blood pressure for patients receiving diuretics or calcium channel blockers.

Rofecoxib 25 mg daily, celecoxib 200 mg twice daily, naproxen 500 mg twice daily and placebo were given to 67 elderly normotensive patients to compare effects on blood pressure after two weeks of therapy.[69] For at least eight days prior to receiving randomized medication, patients were given 200 mEq sodium isocaloric diets. No significant differences in blood pressure were noted between the groups. Two patients experienced elevated blood pressure during the trial – one each from celecoxib and rofecoxib groups. No edema was reported during this short study. After 28 days, the same results were observed.[70] The manufacturer of rofecoxib sponsored the two studies.

In a retrospective study comparing celecoxib with rofecoxib, 960 hypertensive patients were monitored for changes in blood pressure or antihypertensive medications over a six-month time period.[71] Patients were all over age 55 years and received at least 30 days of celecoxib or rofecoxib. A similar number of patients taking celecoxib and rofecoxib were observed to have a 20 mm Hg rise in SBP, a 15 mm Hg rise in DBP or a change in antihypertensive regimens. Rofecoxib patients were more likely to have the dosage of the antihypertensive medication increased and the change occurred sooner than celecoxib (p<0.05). There were no significant differences between the groups for new onset cardiac or renal problems, the number of physician visits, or changes in body weight or laboratory values.

Renovascular adverse effects of rofecoxib, ibuprofen 800 mg three times daily, diclofenac 50 mg three times daily, and nabumetone 1,500 mg daily were evaluated from data of the Phase IIb/III OA clinical trials in over 5,000 patients.[72] The incidence of lower extremity edema and discontinuations due to edema were similar among rofecoxib 12.5 mg and 25 mg and the non-selective NSAIDs. Hypertension requiring discontinuation or medication changes were similar in all groups. Renal failure was reported in only one patient receiving ibuprofen.

Monitoring patients with hypertension and patients at risk for the development of edema is recommended with all NSAIDs.

Nonsteroidal Anti-inflammatories (NSAIDs)

### Conclusion

Celecoxib (Celebrex), rofecoxib (Vioxx), and valdecoxib (Bextra) have been shown to be equally effective to currently available generic NSAIDs for the treatment of osteoarthritis, rheumatoid arthritis and primary dysmenorrhea.

Serious GI toxicity, including perforation, bleeding or obstruction, can occur with or without warning with all NSAIDs including the newer COX-2 specific inhibitors. The package information for the traditional NSAIDs and the newer COX-2 inhibitors contain this warning. In the CLASS trial results reviewed by the FDA, rate of complicated ulcers did not differ between celecoxib (Celebrex) and the combined group of ibuprofen and diclofenac. In the VIGOR study, the risk of GI toxicity is not completely eliminated with the use of rofecoxib (Vioxx), but the risk appears to be less for rofecoxib (Vioxx) 50 mg daily compared to naproxen 500 mg twice daily. The addition of misoprostol to diclofenac (Arthrotec) in an attempt to reduce gastrointestinal ulcers is efficacious, more so than the coadministration of lansoprazole and naproxen (Prevacid NapraPAC), but many patients have difficulty tolerating the GI adverse effects including diarrhea associated with misoprostol. This difference renders the two approved therapies equivalent. Other data exists that supports use of any PPI with concurrent NSAID administration, so substitutions may be made.

The VIGOR study raised some questions regarding the cardiovascular safety of rofecoxib (Vioxx). Patients receiving rofecoxib (Vioxx) had a significantly higher risk of developing a cardiovascular thrombotic event compared to patients receiving naproxen. Aspirin for cardiovascular prophylaxis was not permitted in the study, which does not reflect "real world" use of the NSAIDs. Although the significance of this potential cardiovascular risk is unknown, it does raise questions. Hypertension and edema may occur with all NSAIDs, and the COX-2 specific inhibitors also have the potential of these side effects.

Meloxicam (Mobic), with limited indications and clinical trials, has been shown to be efficacious in treating arthritis but does not appear to have any significant safety data over the currently available generic NSAIDs. Mefenamic acid (Ponstel) is primarily used for the treatment of dysmenorrhea, but current clinical literature is lacking.

LaAG-VIOXX-003367

Nonsteroidal Anti-inflammatories (NSAIDs)

## References

[1] Laine L. The role of proton pump inhibitors in NSAID-associated gastropathy and upper gastrointestinal symptoms. Rev Gastroenterol Disord. 2003;3 Suppl 4:S30-39.
[2] El-Serag HB, Graham DY, Richardson P, et al. Prevention of complicated ulcer disease among chronic users of nonsteroidal anti-inflammatory drugs: the use of a nomogram in cost-effectiveness analysis. Arch Intern Med. 2002; 162:2105-2110.
[3] Ruffalo RL, Jackson RL, Ofman JJ. The impact of NSAID selection on gastrointestinal injury and risk for cardiovascular events: identifying and treating patients at risk. P & T. 2002; 27:570-576
[4] Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med. 1998; 105(Suppl 1B):31S-38S.
[5] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.
[6] Needleman P, Isakson PC. The discovery and function of COX-2. J Rheumatol. 1997; 24(Suppl 49):6-8.
[7] Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol. 1997; 24(Suppl 49):9-14.
[8] Lane NE. Pain management in osteoarthritis: The role of COX-2 inhibitors. J Rheumatol. 1997; 24(Suppl 49):20-24.
[9] Ziegler J. Cancer and arthritis share underlying processes. J Natl Cancer Inst. 1998; 90(11):802-803.
[10] Hawkey CJ. COX-2 inhibitors. Lancet. 1999; 353:307-312.
[11] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.
[12] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.
[13] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.
[14] Lipsky PE. Specific COX-2 inhibitors in arthritis, oncology, and beyond: Where is the science headed? J Rheumatol. 1999; 26(Suppl 56):25-30.
[15] Celebrex [package insert]. New York, NY; Pfizer; August 2002.
[16] Arthrotec [package insert]. Chicago, IL; Pharmacia; July 2003.
[17] Prevacid NapraPAC [package insert]. Lake Forest, IL;; TAP; November 2003.
[18] Mobic [package insert]. Ridgefield, CT; Boehringer Ingelheim; January 2003.
[19] Vioxx [package insert]. Whitehouse Station, NJ; Merck; March 2004.
[20] Bextra [package insert]. New York, NY; Pfizer; July 2003.
[21] Silverstein FE, Faich G, Goldstein JL, et al. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis. The CLASS Study: a randomized controlled trial. JAMA. 2000; 284:1247-1255.
[22] Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis. A randomized controlled trial. JAMA. 1999; 282:1921-1928.
[23] McKenna F, Weaver A, Fiechtner JJ, et al. Cox-2 specific inhibitors in the management of osteoarthritis of the knee: a placebo-controlled, randomized, double-blind study. J Clin Rheumatol. 2001; 7:151-159.
[24] Geba GP, Weaver AL, Polis AB, et al. Efficacy of rofecoxib, celecoxib, and acetaminophen in osteoarthritis of the knee: a randomized trial. JAMA. 2002; 287:64-71.
[25] Malmstrom K, Daniels S, Kotey P, et al. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator controlled clinical trial. Clin Ther. 1999; 21:1653-1663.
[26] Malmstrom K, Fricke JR, Kotey P, et al. A comparison of rofecoxib versus celecoxib in treating pain after dental surgery: a single-center, randomized, double-blind, placebo- and active-comparator-controlled, parallel-group, single-dose study using the dental impaction pain model. Clin Ther. 2002; 24(10):1549-60.
[27] Bocanegra TS, Weaver AL, Tindall EA, et al. Diclofenac/misoprostol compared with diclofenac in the treatment of osteoarthritis of the knee or hip: a randomized, placebo controlled trial. Arthrotec Osteoarthritis Study Group. J Rheumatol. 1998; 25(8):1602-11.
[28] Agrawal NM, Caldwell J, Kivitz AJ, et al. Comparison of the upper gastrointestinal safety of Arthrotec 75 and nabumetone in osteoarthritis patients at high risk for developing nonsteroidal anti-inflammatory drug-induced gastrointestinal ulcers. Clin Ther. 1999; 21(4):659-74.
[29] Mamdani M, Rochon PA, Juurlink DN, et al. Observational study of upper gastrointestinal haemorrhage in elderly patients given selective cyclo-oxygenase-2 inhibitors or conventional non-steroidal anti-inflammatory drugs. BMJ. 2002; 325(7365):624.
[30] Graham DY, Agrawal NM, Campbell DR, et al. Ulcer prevention I long-term users of nonsteroidal anti-inflammatory drugs: results of a double-blind, randomized, multicenter, active- and placebo-controlled study of misoprostol vs lansoprazole. Arch Intern Med. 2002; 162(2):169-175.
[31] Yocum D, Fleischmann R, Dalgin P, et al. Safety and Efficacy of Meloxicam in the Treatment of Osteoarthritis. Arch Int Med. 2000; 160:2947-2954.
[32] Hawkey C, Kahan A, Steinbruck K, et al. Gastrointestinal Tolerability of Meloxicam compared to Diclofenac in osteoarthritis patients. Brt J Rheumatology. 1998; 37:937-945.
[33] Dequeker J, Hawkey C, Kahan A, et al. Improvement in gastrointestinal tolerability of the selective cyclo-oxygenase (COX)-2 inhibitor, Meloxicam, compared with piroxicam: Results of the safety and efficacy large-scale evaluation of COX-inhibiting therapies (SELECT) trial in osteoarthritis. Brt J Rheumatology. 1998; 37:946-951.
[34] Schoenfeld P. Gastrointestinal safety profile of meloxicam: a meta-analysis and systematic review of randomized controlled trials. Am J Med. 1999; 107(6A):48S-54S.
[35] Martin RM, Biswas P, Mann RD. The incidence of adverse events and risk factors for upper gastrointestinal disorders associated with meloxicam use amongst 19,087 patients in general practice in England: a cohort study. Br J Clin Pharmacol. 2000; 50(1):35-42.
[36] Vioxx [package insert]. Whitehouse Station, NJ; Merck; March 2004.
[37] Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology. 1999; 117:776-783.
[38] Bombardier C, Laine L; Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000; 343(21):1520-1530.

© Provider Synergies, L.L.C.                    Page 16                                    April 2004
Restricted Access – Proprietary and/or Confidential. Do not disseminate or copy without approval.

LaAG-VIOXX-003368

Nonsteroidal Anti-inflammatories (NSAIDs)

[39] Hawkey CJ, Laine L, Simon T, et al. Incidence of gastroduodenal ulcers in patients with rheumatoid arthritis after 12 weeks of rofecoxib, naproxen, or placebo: a multicentre, randomised, double blind study. Gut. 2003; 52(6):820-6.

[40] Myllykangas-Luosujarvi R, Lu HS, Chen SL, et al. Comparison of low-dose rofecoxib versus 1000 mg naproxen in patients with osteoarthritis. Results of two randomized treatment trials of six weeks duration. Scand J Rheumatol. 2002; 31(6):337-44.

[41] Lisse JR, Perlman M, Johansson G, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: A randomized controlled trial. Ann Intern Med. 2003; 139:539-546.

[42] Morrison BW, Daniels SE, Kotey P, et al. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol. 1999; 94:504-508.

[43] Laine L; Connors LG; Reicin A, et al. Serious lower gastrointestinal clinical events with nonselective NSAID or coxib use. Gastroenterology. 2003; 124(2):288-92.

[44] Pavelka K, Recker DP, Verburg KM. Valdecoxib is as effective as diclofenac in the management of rheumatoid arthritis with a lower incidence of gastroduodenal ulcers: results of a 26-week trial. Rheumatology. 2003; 42(10):1207-15.

[45] Makarowski W, Zhao WW, Bevirt T, et al. Efficacy and safety of the COX-2 specific inhibitor valdecoxib in the management of osteoarthritis of the hip: a randomized, double-blind, placebo-controlled comparison with naproxen. Osteoarthritis Cartilage. 2002; 10(4):290-6.

[46] Kivitz A, Eisen G, Zhao WW, et al. Randomized, placebo-controlled trial comparing efficacy and safety of valdecoxib with naproxen in patients with osteoarthritis. J Fam Pract. 2002; 51:530-7.

[47] Bensen W, Weaver A, Espinosa L, et al. Efficacy and safety of valdecoxib in treating the signs and symptoms of rheumatoid arthritis: a randomized, controlled comparison with placebo and naproxen. Rheumatology. 2002; 41:1008-16.

[48] Daniels SE, Talwalker S, Torri S, et al. Valdecoxib, a cyclooxygenase-2-specific inhibitor, is effective in treating primary dysmenorrhea. Obstet Gynecol. 2002; 100:350-8.

[49] Celebrex [package insert]. New York, NY; Pfizer; August 2002.

[50] Arthrotec [package insert]. Chicago, IL; Pharmacia; July 2003.

[51] Prevacid NapraPAC [package insert]. Lake Forest, IL;; TAP; November 2003.

[52] Ponstel [package insert]. Roswell, GA; First Horizon; May 2000.

[53] Mobic [package insert]. Ridgefield, CT; Boehringer Ingelheim; January 2003.

[54] Vioxx [package insert]. Whitehouse Station, NJ; Merck; March 2004.

[55] Bextra [package insert]. New York, NY; Pfizer; July 2003.

[56] Celebrex [package insert]. New York, NY; Pfizer; August 2002.

[57] Celebrex [package insert]. New York, NY; Pfizer; August 2002.

[58] Celebrex [package insert]. New York, NY; Pfizer; August 2002.

[59] Vioxx [package insert]. Whitehouse Station, NJ; March 2004.

[60] Bextra [package insert]. New York, NY; Pfizer; July 2003.

[61] Bextra [package insert]. New York, NY; Pfizer; July 2003.

[62] Mukherjee D, Nissen SE, Topol EJ. Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors. JAMA. 2001; 286:954-959.

[63] White EB, Faich G, Whelton A, et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol. 2002; 89:425-30.

[64] White WB, Faich G, Borer JS, et al. Cardiovascular thrombotic events in arthritis trials of the cyclooxygenase-2 inhibitor celecoxib. Am J Cardiol. 2003; 92(4):411-8.

[65] Reicin AS, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol. 2002; 89(2):204-9.

[66] Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation. 2001; 104:2280-8.

[67] Whelton A, Fort JG, Puma JA, et al. Cyclooxygenase-2 specific inhibitors and cardiorenal function: a randomized controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. SUCCESS VI Study Group. Am J Ther. 2001; 8(2):85-95.

[68] Whelton A, White WB, Bello AE, et al. Effects of celecoxib and rofecoxib on blood pressure and edema in patients > or = 65 years of age with systemic hypertension and osteoarthritis. Am J Cardiol. 2002; 90(9):959-63.

[69] Schwartz JI, Malice MP, Kalyani R, et al. Effect of rofecoxib, celecoxib, and naproxen on blood pressure (BP) in elderly volunteers. Amer J Hypertension. 2001; 14(4 Part 2):P-434.

[70] Schwartz JI, Vandormael K, Malice MP, et al. Comparison of rofecoxib, celecoxib, and naproxen on renal function in elderly subjects receiving a normal-salt diet. Clin Pharmacol Ther. 2002; 72(1):50-61.

[71] Nietert PJ, Ornstein SM, Dickerson LM, et al. Comparison of Changes in Blood Pressure Measurement and Antihypertensive Therapy in Older, Hypertensive, Ambulatory Care Patients Prescribed Celecoxib or Rofecoxib. Pharmacother. 2003; 23(11):1416-1423.

[72] Gertz BJ, Krupa D, Bolognese JA, et al. A comparison of adverse renovascular experiences among osteoarthritis patients treated with rofecoxib and comparator non-selective non-steroidal anti-inflammatory agents. Curr Med Res Opin. 2002; 18(2):82-91.