*EXHIBIT 5*

## Selective Cyclooxygenase (COX)-2 Inhibitors

*Overview*

Nonsteroidal anti-inflammatory drugs (NSAIDs) are commonly used to treat rheumatoid arthritis, osteoarthritis and pain from different etiologies. Gastrointestinal (GI) side effects induced by NSAIDs lead to significant morbidity and mortality. In the United States, GI side effects due to NSAIDs in patients with arthritis account for approximately 107,000 hospitalizations and result in 16,500 deaths each year.[1] Three new agents that specifically inhibit the COX-2 enzyme; celecoxib (Celebrex™), rofecoxib (Vioxx®) and valdecoxib (Bextra®) have been shown to have lower rates of adverse GI effects in clinical trials.

*Pharmacology*

Nonsteroidal anti-inflammatory agents work by blocking cyclooxygenase (COX-1 and -2) which prevents the synthesis of various prostaglandins. These prostaglandins are partially responsible for the development of pain and inflammation in a number of medical conditions. COX-2 activity is rapidly upregulated during inflammatory pain conditions and may be involved in the pathogenesis of some malignancies.[2,3,4,5,6]

Celecoxib, rofecoxib, and valdecoxib are selective for the COX-2 enzyme inhibition. In vitro studies show that celecoxib has a 375-fold selectivity for COX-2 over COX-1 and rofecoxib has a selectivity > 800.[7,8,9]

COX-2 inhibitors provide the anti-inflammatory and pain controlling mechanisms while theoretically producing fewer side effects than the NSAIDs. The following chart shows where COX-1 and COX-2 sites are located in the body:[10,11,12]

| Location | COX-1 | COX-2 |
|---|---|---|
| Brain | | X |
| Breast cancer | | X |
| Colorectal adenomas and carcinomas | | X |
| Endothelial cells | X | |
| Gastrointestinal tract | X | |
| Head and neck cancer | | X |
| Liver | X | |
| Lung | X | |
| Platelets | X | |
| Renal cortex and medullary interstitial cells | | X |
| Renal medullary collecting ducts and interstitium | X | |
| Site of inflammation | | X |
| Spleen | X | |
| Synovial tissue | | X |

EXHIBIT 9
Witness: M. Terrebonne
C. Sletta CCR, RPR   11-9-09

EXHIBIT 40
Kaiser

## Selective Cyclooxygenase (COX)-2 Inhibitors

### Indications

| Drug | Manufacturer | Indications |
|---|---|---|
| celecoxib (Celebrex) | Pharmacia<br>Pfizer | • For relief of signs and symptoms of osteoarthritis<br>• For relief of signs and symptoms of rheumatoid arthritis in adults<br>• To reduce the number of adenomatous colorectal polyps in familial adenomatous polyposis (FAP) as an adjunct to usual care. Efficacy and safety for this indication has not been studied beyond six months.<br>• For management of acute pain in adults<br>• For treatment of primary dysmenorrhea |
| rofecoxib (Vioxx) | Merck | • For relief of signs and symptoms of osteoarthritis<br>• For management of acute pain in adults<br>• For treatment of primary dysmenorrhea |
| valdecoxib (Bextra) | Pharmacia<br>Pfizer | • For relief of signs and symptoms of osteoarthritis<br>• For relief of signs and symptoms of adult rheumatoid arthritis<br>• For treatment of primary dysmenorrhea |

### Pharmacokinetics

| Drug | Bioavailability | Half-Life (hr) | Metabolites | Excretion |
|---|---|---|---|---|
| celecoxib (Celebrex)[13] | -- | 11.2 | Yes, 3 inactive | Renal: 27%<br>Feces: 57% |
| rofecoxib (Vioxx)[14] | 93 % | 17 | Yes, at least 3 inactive | Renal: 72%<br>Feces: 14% |
| valdecoxib (Bextra)[15] | 83 % | 8-11 | Yes, 1 active | Predominantly Hepatic |

Selective Cyclooxygenase (COX)-2 Inhibitors

*Clinical Trials*

celecoxib (Celebrex)

Celecoxib has been compared to naproxen in three 12-week, double-blind, placebo-controlled, randomized trials in patients with osteoarthritis. All three trials had similar results to the one outlined below.[16]

A randomized, double-blind, placebo-controlled study enrolling 1,004 patients with a flare of osteoarthritis of the knee was conducted. Patients were given celecoxib 50, 100, or 200mg, naproxen 500mg, or placebo twice daily for up to 12 weeks. The effectiveness of the agent in controlling the disease was based on the patient and physician global assessments, patient assessment of pain, and Osteoarthritis Severity Index. The 50mg dose of celecoxib was better than placebo, but not as effective as naproxen or the higher doses of celecoxib. The celecoxib 100 and 200mg dose and naproxen therapy were equally effective.[17]

Two 12-week, double-blind, placebo-controlled, randomized trials were conducted comparing celecoxib to naproxen in patients with rheumatoid arthritis. Results were similar in both trials.[18]

The first rheumatoid arthritis study compared celecoxib 100mg twice daily (240 patients), celecoxib 200mg BID (235 patients), celecoxib 400mg BID (217 patients), naproxen 500mg BID (225 patients) and placebo (231 patients) for 12 weeks. Upper GI endoscopy was performed at baseline and at week 12. Celecoxib at all dosages and naproxen achieved equivalent reductions in the number of swollen joints and in the number of tender/painful joints.[19]

In a randomized, double-blind trial enrolling 1,149 patients with symptomatic rheumatoid arthritis, the efficacy of celecoxib as an anti-inflammatory and analgesic with reduced gastrointestinal (GI) tract muscosal damage compared to naproxen was studied. Patients were randomized to receive celecoxib 100mg, 200mg, or 400mg twice a day or naproxen 500mg twice daily. All dosages of celecoxib and naproxen significantly improved the signs and symptoms of arthritis compared with placebo. The incidence of endoscopically determined gastroduodenal ulcers in placebo treated patients was four percent, and the incidence across all dosages of celecoxib were not significantly different: six percent (100mg BID), four percent (400mg BID), and six percent (400mg BID). The incidence with naproxen was 26 percent, significantly greater than celecoxib or placebo.[20]

Selective Cyclooxygenase (COX)-2 Inhibitors

A total of 8,059 patients with osteoarthritis and rheumatoid arthritis were enrolled in the double-blind, randomized, controlled study of Celecoxib Long-Term Arthritis Safety Study (CLASS). A total of 4,573 patients received treatment for six months. Patients were randomly assigned to receive celecoxib 400mg twice a day, ibuprofen 800mg three times a day, or diclofenac 75mg twice daily. Aspirin use ($\leq$ 325mg daily) for cardiovascular prophylaxis was permitted. Patients with active GI disease, renal, hepatic or coagulation disorders were excluded. GI toxicity included upper GI ulcers and ulcer complications including bleeding, perforation, and obstruction. Symptoms and complications of gastrointestinal ulcers occurred 59 percent more often in patients given standard dosages of ibuprofen or diclofenac than in patients who received celecoxib at two to four times the recommended daily dose. For all patients, the yearly incidence of upper GI toxicity was 0.76 percent and 1.45 percent, for celecoxib and NSAIDs, respectively. The overall incidence was not statistically significantly different among the groups. For patients not taking aspirin, the yearly incidence was significantly lower in the celecoxib group (0.44 percent) versus NSAIDs (1.27 percent). In the patients taking aspirin, the annualized rate was two percent regardless of which treatment arm was assigned and the yearly incidence was higher than those not taking aspirin. Chronic GI blood loss, GI intolerance, renal or hepatic toxicity occurred less frequently in the celecoxib group. No difference in cardiovascular events was noted between celecoxib and NSAIDs, despite aspirin use. Of interest, the inclusion of low dose aspirin provided cardiovascular protection, but potentially increased the risk for GI complications. Celecoxib was used at the twice the maximum dose for rheumatoid arthritis.

The efficacy and tolerability of celecoxib (Celebrex) 200mg, hydrocodone 10mg with acetaminophen 1000mg and placebo in the treatment of post-operative pain in ambulatory orthopedic surgery were compared in 418 patients in both single dose and multiple dose evaluations[21]. Patients were randomized to one of the three arms and then evaluated the first eight hours after the first dose in the single dose study. Pain intensity, use of rescue medication, and time to onset of analgesia were the measures of efficacy. The single dose study found that both active treatment groups had a quicker onset of analgesia and decreased pain intensity over eight hours following dosing. The pain intensity scores were significantly better in the celecoxib group than the hydrocodone/acetaminophen group at hours seven and eight. In the multiple dosing evaluation, patients continued on the assigned treatment arm and the patients originally given placebo were randomized to active treatment and evaluated for five days. Celecoxib 200mg and hydrocodone/acetaminophen 10mg/1000mg were administered up to three times daily. In the multiple dosing evaluation, the celecoxib group required fewer doses over five days, had better pain intensity scores, and required less rescue medication. Significantly fewer adverse effects were reported in the celecoxib group.

rofecoxib (Vioxx)

In a double-blind, randomized, placebo and active-comparator clinical trial, 127 patients with primary dysmenorrhea received placebo, rofecoxib 25mg daily as needed or naproxen sodium 550mg every 12 hours as needed for up to three days. Rofecoxib provided analgesic efficacy greater than placebo and similar to naproxen sodium.[22]

A total of 742 patients with osteoarthritis without ulcer on baseline endoscopy were randomly assigned to receive rofecoxib (25 or 50mg daily), ibuprofen (800mg TID) or placebo. Endoscopy was repeated at 6, 12 and 24 weeks. At both 12 and 24 weeks, ulcer rates were significantly lower in the rofecoxib groups compared to ibuprofen (at 24 weeks, rofecoxib 25mg, 9.6 percent; rofecoxib 50mg, 14.7 percent; and ibuprofen, 45.8 percent). Ulcer rates for rofecoxib were comparable to rates with placebo.[23]

Selective Cyclooxygenase (COX)-2 Inhibitors

The VIGOR study compared the effect of rofecoxib 50mg daily (n=4,047) and naproxen 500mg twice daily (n=4,029) in patients who had rheumatoid arthritis (RA) on the incidence of upper gastrointestinal events.[24] Low dose aspirin for cardiovascular prophylaxis was not permitted. Rofecoxib and naproxen had similar efficacy against RA, although the optimal dose of rofecoxib in RA has yet to be determined. After a median of nine months, rofecoxib had 2.1 confirmed GI events per 100 patient-years compared with 4.5 events per 100 patient-years with naproxen. Rates of serious GI events, including perforation, obstruction, and severe upper GI bleeding, were 0.6 and 1.4 events per 100 patient years in the rofecoxib and naproxen groups, respectively. The incidence of myocardial infarction was lower in the naproxen group (0.1 percent) than the rofecoxib group (0.4 percent), but the overall mortality rate and rate of death from cardiovascular causes was similar in both groups. Of interest, the incidence of MI in the rofecoxib group was four times the rate in the NSAID group. Low dose aspirin for cardiovascular prophylaxis was not permitted, and patients requiring aspirin for cardiovascular prophylaxis were excluded. Rofecoxib (Vioxx) was used for rheumatoid arthritis at 50mg daily.

Rofecoxib 50mg, ibuprofen 400mg or placebo in a single dose was given to 151 patients with moderate-to-severe pain after dental surgery. Patients were assessed for up to 24 hours for analgesic efficacy. Rofecoxib exhibited overall analgesic effects, onset of analgesia and peak analgesic effects that were not significantly different from those of ibuprofen 400mg. Rofecoxib also exhibited a longer duration of action. Rofecoxib was more effective than placebo on all measures of analgesic efficacy.[25]

Rofecoxib was evaluated for efficacy in treating primary dysmenorrhea in a double-masked, randomized, placebo and active comparator-controlled trial[26]. Patients were randomized to placebo, rofecoxib 25 or 50mg then 25mg every daily as needed, or naproxen sodium 550mg every twelve hours for up to three days. All 127 patients took all four regimens. Efficacy was determined by patients' reports of analgesia and adverse events, physical examinations, and laboratory tests. Both doses of rofecoxib provided more analgesia than the placebo, but similar analgesia to the naproxen sodium. All treatments were well tolerated.

celecoxib (Celebrex) versus rofecoxib (Vioxx)

In a double-blind, placebo controlled trial comparing celecoxib 200mg daily and rofecoxib 25mg daily in osteoarthritis of the knee, 182 patients were randomized and evaluated for osteoarthritis signs and symptoms at baseline, week three and week six[27]. Arthritis evaluations included pain assessment, global assessment by the patient and physician, osteoarthritis severity index, and the Western Ontario and McMaster Universities Osteoarthritis Index (WOMAC). All groups were similar at baseline. Both celecoxib and rofecoxib patients experienced improvement in pain scores, global assessment, and WOMAC scores more significantly than the placebo group at week six. Both drugs had similar efficacy for osteoarthritis. More rofecoxib patients experienced an adverse event than the placebo and celecoxib patients.

In a single-dose double-blind study comparing the analgesic efficacy of rofecoxib 50mg, celecoxib 200mg, ibuprofen 400mg, and placebo in postoperative dental pain in 272 patients with at least two third molar extractions[28]. The primary endpoint was total pain relief over eight hours. Overall, rofecoxib had superior time to onset of analgesia, peak analgesic effect, and duration of analgesia over celecoxib. Rofecoxib's analgesic efficacy was similar to ibuprofen in terms of onset and peak effect, but ibuprofen had a significantly shorter duration. All therapies were well tolerated.

## Selective Cyclooxygenase (COX)-2 Inhibitors

### valdecoxib (Bextra)

Valdecoxib[29] has been shown to be superior to placebo in the treatment of the signs and symptoms of osteoarthritis of the knee and hip in five double blind, randomized trials with 3,918 patients. In the five trials, valdecoxib was superior to placebo on the WOMAC scores, overall pain assessment, and overall patient global assessment. In two three-month trials for osteoarthritis, valdecoxib 10mg daily had similar efficacy to naproxen 500mg BID.

In a manufacturer sponsored study[30], valdecoxib was demonstrated to have opioid sparing effects in the treatment of pain associated with hip arthroplasty. One hundred ninety five patients completed the 48 hour study and were randomized to valdecoxib 20mg or 40mg twice daily or placebo in addition to standard care of morphine administered by patient controlled analgesia postoperatively. Valdecoxib was administered one to three hours pre-operatively. Patients receiving valdecoxib required 40 percent less morphine over the study period. Valdecoxib patients reported lower pain intensity and better satisfaction. Patients receiving the 20mg twice daily dose had similar response to the higher dose valdecoxib group.

Valdecoxib[31] has been shown to significantly reduce the signs and symptoms of RA over three to six months more than placebo. Valdecoxib 10mg and 20mg daily were compared to naproxen 500mg BID in 3,444 patients with rheumatoid arthritis with favorable results. Response rates for valdecoxib 10mg and 20mg daily and naproxen 500mg BID were not significantly different (44 to 53 percent).

In primary dysmenorrhea[32], valdecoxib 20mg daily and naproxen sodium 550mg BID had similar efficacy.

### *Cardiovascular Concerns*

#### Cardiovascular Events

In a review of the COX-2 inhibitors and risk of cardiovascular events in JAMA in August 2001[33], authors concluded that a prospective trial may be necessary to evaluate the potential risk of cardiovascular events with these agents. The review included the data from the VIGOR and CLASS trials as well as data submitted to the FDA regarding the cardiovascular safety of the agents. In the meta-analysis, VIGOR and CLASS data were compared to the placebo groups from the US Physicians' Health Study, the UK Doctors Study, the Thrombosis Prevention Trial, and the Hypertension Optimal Treatment trials. The annualized rate of myocardial infarction was reported as 0.52 percent in the placebo groups from the selected aspirin studies, 0.74 percent in the VIGOR study and 0.8 percent in the CLASS study. The trials included in the meta-analysis were not designed to evaluate the cardiovascular safety nor were the inclusion and exclusion criteria similar in each of the trials. Researchers also did not remove the aspirin patients' data from the CLASS study when they calculated the rate of MI. Caution should be used in interpreting the meta-analysis results. Another analysis of celecoxib information found that there is no increase in adverse effects on the cardiovascular system.[34]

Selective Cyclooxygenase (COX)-2 Inhibitors

## Hypertension and Edema

In a six week, randomized, parallel-group, double-blind trial with 810 patients with osteoarthritis who were older than 65 years of age on antihypertensive medications, the use of rofecoxib and celecoxib were compared for the effects on systolic and diastolic blood pressure and the development of edema. Patients were randomized to rofecoxib 25mg or celecoxib 200mg daily. The primary endpoints were the development of edema and changes in blood pressure. Edema occurred in 9.5 percent of rofecoxib patients compared to 4.9 percent of celecoxib patients. Systolic blood pressure significantly increased in 17 percent of the rofecoxib group versus 11 percent of the celecoxib group. Diastolic blood pressure changes were not statistically different in either group. At week six, the mean systolic blood pressure change in the rofecoxib group was 2.6 mmHg and −0.5 mmHg in the celecoxib group[35].

Monitoring patients with hypertension and patients at risk for the development of edema is recommended with the COX-2 agents as well as therapy with the traditional NSAIDs.

### Warnings

Celecoxib (Celebrex) is contraindicated in patients with a documented allergic-type reaction to sulfonamides.

### Drug Interactions

| Drug | ACE inhibitors | Fluconazole | Lithium | Rifampin | Warfarin |
|---|---|---|---|---|---|
| celecoxib (Celebrex) | Use caution | Concomitant administration with fluconazole ↑ celecoxib plasma conc. two-fold – use lowest dose of celecoxib | Lithium AUC ↑ 17% -- monitor Li levels when celecoxib is started or stopped | | Monitor INR when initiating or changing celecoxib therapy |
| rofecoxib (Vioxx) | Use caution | | Look for signs of Li toxicity | 50% ↓ in rofecoxib conc. Occurs with rifampin – use 25mg of rofecoxib for OA | Monitor INR when initiating or changing rofecoxib therapy |
| valdecoxib (Bextra)[36] | Use caution | Concomitant administration with fluconazole ↑ valdecoxib plasma conc. by 62 percent | Lithium AUC ↑ 34% -- monitor Li levels when valdecoxib is started or stopped | | Monitor INR when initiating or changing valdecoxib therapy |

Selective Cyclooxygenase (COX)-2 Inhibitors

*Adverse Effects*

| Drug | Abd. pain | Diarrhea | Dyspepsia | Nausea | Headache | Rash | Edema |
|---|---|---|---|---|---|---|---|
| celecoxib (Celebrex)[37] N=4146 | 4.1 | 5.6 | 8.8 | 3.5 | 15.8 | 2.2 | 2.1 |
| rofecoxib (Vioxx)[38] N=2829 | 3.4 | 6.5 | 3.5 | 5.2 | 4.7 | >0.1 to 1.9 | 3.7 |
| valdecoxib (Bextra)[39] N=2572 | 7-8.2 | 5.4-6 | 7.9-8.7 | 6.3-7 | 4.8-8.5 | 1.4-2.1 | 2.4-3 |

Adverse effects are reported as a percentage. Adverse effects are taken from product package information and therefore, should not be considered comparative.

With the increasing use of the COX-2 inhibitors, celecoxib (Celebrex), rofecoxib (Vioxx), and valdecoxib (Bextra) for the treatment of osteoarthritis, rheumatoid arthritis, and acute pain, the report of possible adverse effects and concerns have been raised. The post marketing surveillance and recent trials seem to support at least equal or perhaps improved gastrointestinal safety of the COX-2 Inhibitors over the traditional NSAIDs. Celecoxib (Celebrex), rofecoxib (Vioxx) and valdecoxib (Bextra) product information have the standard Nonsteroidal anti-inflammatory drug (NSAID) class warning which states that serious gastrointestinal toxicity is possible at anytime without warning.[40,41,42] The drugs also have a statement stating that whether or not these drugs have the same risk as traditional NSAIDs is unknown. Use these drugs with caution in patients who are at high risk for the development of GI toxicity including patients with a history of gastrointestinal ulcers and GI bleeding[43]. Others at risk include patients on corticosteroids, anticoagulants, longer duration of NSAID therapy, smoking, alcoholism, poor health status, and older age. It has been demonstrated that upper GI ulcers, gross bleeding or perforation, caused by NSAIDs, appear to occur in approximately one percent of patients treated for three to six months, and in about two to four percent of patients treated for one year.[44,45]

Selective Cyclooxygenase (COX)-2 Inhibitors

*Dosage*

| Drug | Dosage | |
|---|---|---|
| celecoxib (Celebrex) | OA:<br>RA:<br>Dysmenorrhea and Pain:<br>FP: | 200mg QD or 100mg BID<br>100-200mg BID<br>400mg X1, then 200mg BID<br>400mg BID |
| rofecoxib (Vioxx) | OA:<br>Pain: | 12.5 – 25mg QD<br>50mg QD x 5 days |
| valdecoxib (Bextra) | OA/RA:<br>Dysmenorrhea | 10mg daily<br>20mg twice daily as needed |

*Conclusion*

Celecoxib (Celebrex), rofecoxib (Vioxx), and valdecoxib (Bextra) have been shown to be effective in the treatment of osteoarthritis providing similar efficacy to currently available NSAIDs. Celecoxib (Celebrex), rofecoxib (Vioxx) and valdecoxib (Bextra) have been shown to have a lower incidence of ulcer rates than standard NSAIDs. It is logical that the COX-2 inhibitors will become the preferred agents for patients who are at risk of developing gastroduodenal ulcers.

*Recommendation*

Recommendations for the Preferred Drug List (PDL) are the following:

| Drug | PDL Recommendations |
|---|---|
| celecoxib (Celebrex) | On List |
| rofecoxib (Vioxx) | Off List |
| valdecoxib (Bextra) | On List |

Selective Cyclooxygenase (COX)-2 Inhibitors

### References

[1] Singh G. Recent considerations in nonsteroidal anti-inflammatory drug gastropathy. Am J Med. 1998; 105(Suppl 1B):31S-38S.
[2] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.
[3] Needleman P, Isakson PC. The discovery and function of COX-2. J Rheumatol. 1997; 24(Suppl 49):6-8.
[4] Lipsky PE, Isakson PC. Outcome of specific COX-2 inhibition in rheumatoid arthritis. J Rheumatol. 1997; 24(Suppl 49):9-14.
[5] Lane NE. Pain management in osteoarthritis: The role of COX-2 inhibitors. J Rheumatol. 1997; 24(Suppl 49):20-24.
[6] Ziegler J. Cancer and arthritis share underlying processes. J Natl Cancer Inst. 1998; 90(11):802-803.
[7] Hawkey CJ. COX-2 inhibitors. Lancet. 1999; 353:307-312.
[8] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.
[9] Warner TD, Giuliano F, Vojnovic, et al. Nonsteroidal drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis. Pharmacology.
[10] Crofford LJ. COX-1 and COX-2 tissue expression: Implications and predictions. J Rheumatol. 1997; 24(Suppl 49):15-19.
[11] McAdam BF, et al. Systemic biosynthesis of prostacyclin by cyclooxygenase (COX)-2: The human pharmacology of a selective inhibitor of COX-2. Proc Natl Acad Sci. 1999; 96:272-277.
[12] Lipsky PE. Specific COX-2 inhibitors in arthritis, oncology, and beyond: Where is the science headed? J Rheumatol. 1999; 26(Suppl 56):25-30.
[13] Celebrex [package insert]. Skokie, IL; Searle;1999.
[14] Vioxx [package insert]. West Point, PA; Merck;1999.
[15] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[16] Data on file, G.D. Searle and Co.
[17] Hubbard R, et al. Efficacy, tolerability, and safety of celecoxib, a specific COX-2 inhibitor, in osteoarthritis [abstract 982]. Arthritis Rheum. 1998; 41(9 Suppl):S196.
[18] Data on file, G.D. Searle and Co.
[19] Geis GS, Hubbard R, Callison D, et al. Safety and efficacy of celecoxib, a specific COX-2 inhibitor, in patients with rheumatoid arthritis [abstract 1990]. Arthritis Rheum. 1998; 41(9 suppl):S364.
[20] Simon LS, Weaver AL, Graham DY, et al. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis. A randomized controlled trial. JAMA. 1999; 282:1921-1928.
[21] Gimbel JS, Brugger A, Zhao W, et al. Efficacy and tolerability of celecoxib versus hydrocodone/acetaminophen in the treatment of pain after ambulatory orthopedic surgery in adults. Clin Ther. 2001; 23:228-241.
[22] Morrison BW, Daniels SE, Kotey P, et al. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol. 1999; 94:504-508.
[23] Laine L, Harper S, Simon T, et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Gastroenterology. 1999; 117:776-783.
[24] Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med. 2000; 343(21):1520-1530.
[25] Morrison BW, Christensen S, Yuan W, et al. Analgesic efficacy of the cyclooxygenase-2-specific inhibitor rofecoxib in post-dental surgery pain: a randomized, controlled trial. Clin Ther. 1999; 21:943-953.
[26] Morrison BW, Daniels SE, Kotey P, et al. Rofecoxib, a specific cyclooxygenase-2 inhibitor, in primary dysmenorrhea: a randomized controlled trial. Obstet Gynecol. 1999; 94:504-508.
[27] McKenna F, Weaver A, Fiechtner JJ, et al. Cox-2 specific inhibitors in the management of osteoarthritis of the knee: a placebo-controlled, randomized, double-blind study. J Clin Rheumatol. 2001; 7:151-159.
[28] Malmstrom K, Daniels S, Kotey P, et al. Comparison of rofecoxib and celecoxib, two cyclooxygenase-2 inhibitors, in postoperative dental pain: a randomized, placebo- and active-comparator-controlled clinical trial. Clin Ther. 1999; 21:1653-1663.
[29] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[30] Camu F, Beecher T, Recker DP, et al. Valdecoxib, a COX-2-Specific inhibitor, is an efficacious, opioid-sparing analgesic in patients undergoing hip arthroplasty. Am J Ther. 2002; 9:43-51.
[31] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[32] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[33] Mukherjee D, Nissen SE, Topol EJ. Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors. JAMA. 2001; 286:954-959.
[34] White WB, Faich G, Whelton A, et al. Comparison of thromboembolic events in patients treated with celecoxib, a cyclooxygenase-2 specific inhibitor, versus ibuprofen or diclofenac. Am J Cardiol 2002; 89:425-430.
[35] Whelton A; Fort JG; Puma JA; et al. Cyclooxygenase-2 specific inhibitors and cardiorenal function: a randomized controlled trial of celecoxib and rofecoxib in older hypertensive osteoarthritis patients. SUCCESS VI Study Group. Am J Ther. 2001; 8(2):85-95.
[36] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[37] Celebrex [package insert]. Skokie, IL; Searle; 1999.
[38] Vioxx [package insert]. West Point, PA; Merck; 1999.
[39] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[40] Celebrex [package insert]. Skokie, IL; Searle; 2001.
[41] Vioxx [package insert]. Whitehouse Station, NJ; Merck; 2001.
[42] Bextra [package insert]. Chicago, IL; Pharmacia; 2001.
[43] Fitzgerald GA, Patrono C. The Coxibs, Selective Inhibitors of Cyclooxygenase-2. N Engl J Med. 2001; 345(6):433-442.
[44] Celebrex [package insert]. Skokie, IL; Searle; 2001
[45] Vioxx [package insert]. Whitehouse Station, NJ; Merck; 2001.

Provider Synergies, L.L.C.

05/08/02

## Louisiana Medicaid
## Pharmacy Therapeutics Committee
### Selective Cyclooxygenase (COX)-2 Inhibitors

| Brand Name | # Rx | Market Share | Relative Cost | PDL Recommendation |
|---|---|---|---|---|
| BEXTRA | 102 | 0.2% | $ | Yes |
| CELEBREX | 33,110 | 57.3% | $ | Yes |
| VIOXX | 24,606 | 42.6% | $ | No |

| Summary | # Rx | Market Share |
|---|---|---|
| PDL | 33,212 | 57.4% |
| Non-PDL | 24,606 | 42.6% |
| Total | 57,818 | 100.0% |

Confidential

October - December 2001

©Provider Synergies, L.L.C.