*EXHIBIT 14*



# MERCK
## Research Laboratories

# NDA 21-042: VIOXX™ Tablets
# NDA 21-052: VIOXX™ Oral Suspension
## (Rofecoxib)

VIOXX™ Gastrointestinal Outcomes Research Study (**VIGOR**)

# FDA Advisory Committee
# Background Information

Presented to:
Arthritis Advisory Committee

February 8, 2001

Rofecoxib 97
FDA Advisory Committee Background Information

The observation of a cardioprotective effect of naproxen in VIGOR may have been influenced by several protocol design factors. First, there was a high rate of compliance with study therapy in VIGOR, in part because patients were frequently reminded by telephone to take study medicine and were encouraged to comply at study visits when pill counts were performed. Thus, patients taking naproxen were unlikely to experience periods in which antiplatelet effects were absent. Although naproxen's antiplatelet effects are maintained throughout the dosing interval, naproxen is a reversible inhibitor of platelet COX-1. Naproxen's antiplatelet effects would be expected to wane if therapy is interrupted.

Second, VIGOR was conducted exclusively in RA patients. Cardiovascular mortality is increased in patients with RA [82-84]. Although markers for increased risk of cardiovascular disease are qualitatively similar in patients with and without RA, the frequency of finding elevated markers such as C-reactive protein [85 to 88] or anticardiolipin antibodies [89 to 94] may be higher in patients with RA. In this regard, RA patients represent a relatively high-risk population for cardiovascular thrombotic events. The ability to demonstrate a cardioprotective effect of antiplatelet agents is facilitated by the study of high-risk populations [75; 76]. Importantly, in another high risk population, the elderly with early Alzheimer's Disease, the incidence of thrombotic cardiovascular serious adverse experiences was similar in patients taking rofecoxib or placebo, consistent with a lack of prothrombotic effect of rofecoxib even in high risk populations.

### 4.3.6  Rofecoxib Postmarketing Experience

Rofecoxib was first approved outside the U.S. for marketing on 01-Feb-1999 and by the FDA on 20-May-1999. Based on drug distribution data, assuming a single unit dose per day irrespective of the dosage strength, a total of 967,000 patient-treatment years of rofecoxib had been distributed worldwide as of 31-Jan-2000.

As of 13-Mar-2000, the company's Worldwide Adverse Experiences Surveillance (WAES) database for rofecoxib contained a total of 5576 spontaneous marketed-use adverse experience reports. Of these, 3491 were received from sources in the U.S. and 2085 from outside of the U.S. Among the 5576 total reports there were 617 (11.1%) which contained one or more adverse experiences codes mapping to the cardiovascular body system in the company's medical codes dictionary: 431 were received from sources in the U.S. and 186 were received from sources outside of the U.S. Seventy-eight of the 617 reports containing 1 or more cardiovascular adverse experience (1.4% of all reports) contained thrombotic adverse experiences terms as used throughout this report. There were 15 reports of myocardial infarction and 16 reports of cerebrovascular accidents.

Based on the above estimated distribution data, the 78 reports represent a reporting rate of 8.1 reports per 100,000 patient-treatment-years distributed. These reports are small in number relative to the background occurrence of such events in the age-group of patients in which rofecoxib is predominately prescribed. These data indicate that there is no signal of an unexpectedly high incidence of these types of events among the general population of patients taking rofecoxib.

RA patients present a higher risk group of patients for thrombotic cardiovascular serious adverse experiences. To determine if patients with RA are disproportionately represented among these 78 cases, the cases were reviewed and data were obtained about the use of rofecoxib in RA. Audited data from IMS, Inc. indicates that, in the U.S., 4.5% of rofecoxib use is in patients with RA. Review of the 78 reports described above indicates that a diagnosis of RA was reported in 4 patients (5.1% of 78). Thus, there is no evidence in these data for a disproportionate incidence in RA patients of thrombotic adverse experiences during the use of rofecoxib.

Patients with systemic lupus erythematosus are another group of patients at high risk for thrombotic cardiovascular serious adverse experiences who may have receive rofecoxib. In fact, Crofford et al. [95] reported a series of 3 patients with antiphospholipid antibody syndrome (APS) who developed acute peripheral thromboses and 1 who developed a pulmonary embolus shortly after starting treatment with celecoxib, another COX-2 selective inhibitor. These cases were in patients with multiple risk factors for thrombosis who were not receiving antiplatelet therapy. Because 20 to 35% of patients with systemic lupus erythematosus (SLE) are estimated to have APS, SLE patients were considered a population that merited additional investigation. Data from IMS, Inc. indicated that, through the end of Mar-2000, at least 31,000 patients in the U.S. received at least one prescription for rofecoxib for the indication "SLE". A search of the Merck WAES database (on 15-Jun-2000) for lupus-related terms identified 33 cases. There were 2 possible cases of thrombosis; in both a relationship with rofecoxib could not be established. One occurred in a patient with APS on long-term anticoagulation for recurrent pulmonary emboli who, 2 weeks after being hospitalized for correction of a highly elevated INR, had another pulmonary embolus. In this case, the correction of the INR and possible reversal of anticoagulation is the most likely cause of the recurrence of pulmonary emboli. The other report was of a patient with scleroderma who, in the setting of accelerated hypertension, had a trace elevated troponin-1 level which was thought to indicate a possible small MI. However, patients with scleroderma have microvascular disease and this type of event is typical of the course of the underlying disease process. A manual review of cases that included thrombotic terms failed to identify additional patients reported to have SLE, APS, or related syndromes.

Thus, even in populations of patients at increased risk for thrombotic cardiovascular events, no signal for a prothrombotic effect of rofecoxib has been identified in postmarketing adverse experience reports.

### 4.3.7 Conclusions—Cardiovascular Events

- The rates of thrombotic cardiovascular serious adverse experiences in patients taking rofecoxib are similar to those in patients taking the nonselective NSAIDs ibuprofen, diclofenac, or nabumetone.

- The rates of thrombotic cardiovascular serious adverse experiences in patients taking rofecoxib are similar to those in patients taking placebo, including elderly patients at relatively high risk for thrombotic cardiovascular serious adverse experiences.