Case 2:05-md-01657-EEF-DEK   Document 37041-1   Filed 03/12/10   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>        Plaintiffs<br><br>    v.<br><br>MERCK SHARP & DOHME CORP.,<br>        Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>Case No. 05-3700 |

## DOCUMENTS FILED UNDER SEAL

Exhibits 1 through 13 to Plaintiff's Opposition to Motion *in Limine* No. 3 to Exclude Evidence or Argument Regarding Unrelated Marketing and Promotional Materials.