UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

### DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTIONS *IN LIMINE* NUMBERS 1 AND 13 (TO EXCLUDE EVIDENCE OR ARGUMENT CRITICIZING THE FOOD AND DRUG ADMINISTRATION OR ITS APPROVAL OF VIOXX, AND THAT MERCK MISLED THE FDA)

I, Donald C. Arbitblit, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Order in *Mason v. Merck and Co. (In re Vioxx Products Liability Litigation)*, MDL 1657, filed October 13, 2006.

- 2 -

3. Attached hereto as Exhibit 2 are excerpts from the deposition transcript of David A. Kessler, M.D., January 21, 2010; pp. 132:8-134:14.

4. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of David A. Kessler, M.D.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 12, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT