UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

**DECLARATION OF DONALD C. ARBITBLIT IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION *IN LIMINE* NO. 5 TO EXCLUDE TESTIMONY OR ARGUMENT THAT MERCK SHOULD HAVE CHANGED THE VIOXX LABEL PRIOR TO APRIL 2002**

I, Donald C. Arbitblit, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of David A. Kessler, M.D.

3. Attached hereto as Exhibit 2 are excerpts from the deposition transcript of Thomas Bold, M.D., July 29, 2005, pp. 279:3-281:3; 447:21-453:22; 463:25-464:21; 464:1-465:19.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 12, 2010, at San Francisco, California.

_____
DONALD C. ARBITBLIT