*EXHIBIT 2*

Confidential - Subject to Protective Order

Page 222

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - ATLANTIC COUNTY

- - -

IN RE:    VIOXX LITIGATION : CASE NO. 619

- - -

CONFIDENTIAL

SUBJECT TO PROTECTIVE ORDER

- - -

July 29, 2005

- - -

    Continued videotape deposition of THOMAS BOLD, M.D., held in the offices of Morgan Lewis, 1701 Market Street, Philadelphia, Pennsylvania 19103, commencing at 9:07 a.m., on the above date, before Linda L. Golkow, a Federally-Approved Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

Confidential - Subject to Protective Order

Page 379

```
 1                MRK-ACO0007285; MRK-ACO0007287;
 2                MRK-ACO0007289; MRK-ACO0007292;
 3                MRK-ACO0007299; MRK-ACO0007306;
 4                MRK-ACO0007308; MRK-ACO0007310;
 5                MRK-ACO0007313; MRK-ACO0007315;
 6                MRK-ACO0007321; MRK-ACO0007330 -
 7                MRK-ACO0007333; MRK-ACO0007336;
 8                MRK-ACO0007338; MRK-ACO0007341;
 9                MRK-ACO0007343; MRK-ACO0007345;
10                MRK-ACO0007351; MRK-ACO0007356 , was
11                marked for identification.)
12                        - - -
13                THE VIDEOTAPE TECHNICIAN:  We're back
14   on record at 2:23.  This is the beginning of Tape
15   Number 3.
16   BY MR. ARBITBLIT:
17        Q.      Doctor, Exhibit 44 is an excerpt of a
18   longer document that says "carneyro."  Is that
19   Roseanne Carney?
20        A.      Correct.
21        Q.      That's her password or something to
22   get into your database?  What does that represent?
23        A.      Yeah, that's her name identification.
24   That's not the password, but it's the identification
25   name.
```

Confidential - Subject to Protective Order

Page 380

1    Q.    I've seen another password on some of
2  these documents that's spelled M-A-L-A-T-E-S-T.  Do
3  you know what that is?
4    A.    M-A-L-L.
5    Q.    M-A-L-A-T-E-S-T.  Does that refer to
6  a person?  It looks similar to this in a box on the
7  front of a database report.
8    A.    No.
9    Q.    It doesn't ring a bell?
10    A.    No.
11    Q.    Okay.
12          This is dated November 23rd, 2001,
13  and it says, "vioxx hypertensive crisis hcp."  Does
14  that refer to searching the database for
15  hypertensive crisis reports from healthcare
16  professionals?
17    A.    That is correct.
18    Q.    Was this something that was reviewed
19  by you in connection with the December 10, 2001 AERT
20  meeting?
21    A.    Most likely.
22    Q.    That, in turn, led to your
23  recommendation that the WPCRC include that in their
24  discussions?
25    A.    Most likely.  Can't be 100 percent

Page 381

1    positive that those are exactly the reports we
2    reviewed, but given the time frame, it --
3         Q.    That's how the process worked in
4    general?
5         A.    That's how the process works. The
6    reports are being sent out, and those are the
7    reports, so...
8         Q.    Just to complete the documentation on
9    this particular issue.
10                - - -
11            (Whereupon, Deposition Exhibit Bold-45,
12            Memo, 2-27-02, "AE Review Team meeting
13            for Vioxx," MRK-ACO0064474, was marked
14            for identification.)
15                - - -
16            MR. ARBITBLIT:  What document is
17   that?
18            THE COURT REPORTER:  45.
19   BY MR. ARBITBLIT:
20        Q.    Exhibit 45 is a February 27, 2002
21   memo to file from Roseanne Carney, and the AE review
22   team terms reviewed are listed, including
23   hypertensive crisis, CVA, TIA, and "The following
24   terms were selected for discussion at WPCRC:
25   Hypertensive crisis and CVA/TIA."  That's how the

Confidential - Subject to Protective Order

Page 382

1  process worked; right?
2      A.    That is correct.
3      Q.    Now, you were asked to provide a
4  report on hypertensive crisis.
5                - - -
6           (Whereupon, Deposition Exhibit Bold-46,
7           Memo, 4-3-02, "Hypertensive crisis,"
8           MRK-ACO0007672 - MRK-ACO0007673" was
9           marked for identification.)
10               - - -
11 BY MR. ARBITBLIT:
12     Q.    Exhibit 46 is the report that you
13 forwarded to Bea Loran on April 3rd --
14           MR. VAN KIRK:  Object to the --
15 BY MR. ARBITBLIT:
16     Q.    -- 2002; is that right?
17           MR. VAN KIRK:  It doesn't look like
18 he forwarded it.
19 BY MR. ARBITBLIT:
20     Q.    I'm sorry.  This was a report copied
21 to you.  Maybe I've got it wrong.
22           Did you prepare a report on
23 hypertensive crisis for Merck as part of your
24 review?
25     A.    I would have done that.  None of the

1  people, Ann Strauss or Bea Loran, would have done
2  that, so, this is an expert report, which is coming
3  from our department.  It's coming from me.
4       Q.     Do you see in that "The company has
5  added Hypertensive crisis to the list of side
6  effects in the CCDS."
7       A.     Yes, I see that.
8       Q.     Say again what that stands for.
9       A.     That stands for company core data
10 sheet.
11      Q.     Company core data sheet, which is
12 equivalent to?
13      A.     Which is equivalent to the WPC.
14      Q.     The worldwide product circular?
15      A.     Worldwide product circular.
16      Q.     How does a worldwide product circular
17 relate to a product circular for the United States?
18      A.     Well, the company core data sheet, as
19 the name kind of indicates, is the core information
20 the company believes to be represented in the
21 product circulars on a worldwide basis.  So, this is
22 the core information.  It doesn't mean that there
23 can be additional information in individual
24 circulars all over the world including the U.S., but
25 basically the information, although it doesn't have

Confidential - Subject to Protective Order

Page 384

1  to be verbatim, but the information, the content of
2  what is in the company core data sheet should be the
3  basis for local product circulars including the U.S.
4        Q.    Okay.
5              Now, in the first full paragraph on
6  your report on hypertensive crisis, you see it says,
7  "A small number of hypertensive patients may present
8  with hypertensive crisis.  In these patients blood
9  pressure is usually markedly elevated and there may
10 be evidence of acute dysfunction in the
11 cardiovascular, neurologic, or renal organ system."
12 Did I read that correctly?
13       A.    Yes, you did.
14       Q.    Could you read the next sentence into
15 the record, please?
16       A.    "Common clinical presentations of
17 acute target organ disease include hypertensive
18 encephalopathy, myocardial ischemia/infarction,
19 pulmonary edema, aortic dissection and acute renal
20 failure."
21       Q.    Did you actually present a report
22 about hypertensive crisis to the WPCRC or was it
23 more of a discussion among all of the attendees?
24       A.    Well, typically, what happens is a
25 summary is being presented, a verbal summary is

1  being presented summarizing the discussion at AERT
2  to WPCRC.  And typically I would do that, since AERT
3  is the specific process dealing with spontaneous
4  adverse experience reports, and that's -- AERT is
5  solely dealing with the monitoring of spontaneous
6  reports.  AERT is not the process for any other
7  changes which would involve the WPCRC.
8          Q.      Did you present your information
9  about hypertensive crisis to the committee?
10         A.      Yes.
11         Q.      And the response was to add
12 hypertensive crisis to the label?
13         A.      The response was that the committee
14 concurred with the recommendation of AERT, and as a
15 consequence, hypertensive crisis was added to the
16 list of side effects in the company core data sheet.
17              MR. ARBITBLIT:  Could we mark this
18  the next document, please?
19                      - - -
20              (Whereupon, Deposition Exhibit Bold-47,
21              Memo 4-5-02, "Vioxx - Post-marketing AE
22              Update for HQ, US and EU,"
23              MRK-ACO0007709, was marked for
24              identification.)
25                      - - -

Confidential - Subject to Protective Order

Page 386

1   BY MR. ARBITBLIT:

2       Q.      Doctor, Exhibit 47 is a memorandum
3   from Dawn Chitty to a group of Merck employees and
4   officers, and you are cc'd at the bottom.  This is
5   dated April 5th, 2002, MRK-ACO0007709.  You've seen
6   this document before; correct?
7       A.      Not -- well, I was cc'd on the
8   document, but I'm not one of the addressees of this
9   document.
10      Q.      Okay.
11              So, you received it as a cc?
12      A.      Yes.
13      Q.      It confirms what you just stated, the
14  "BACKGROUND:  Based on the review of the WAES
15  database, WPCRC agreed that the HQ, US and EU
16  documents should include the following terms:
17  'blurred vision, insomnia, hypertensive crisis.'"
18  Do you see that?
19      A.      I see that.
20      Q.      What does the "HQ" document refer to?
21  Is that the core document?
22      A.      Yes.  That is basically the
23  headquarter document, yes.
24      Q.      "EU" is the European Union countries?
25      A.      That is correct.

Confidential - Subject to Protective Order

Page 387

1  Q. So, under the Adverse Reactions
2  section, "'hypertensive crisis' was added under
3  'Cardiovascular.'"
4  A. Correct.
5  Q. And the method of submission is
6  "Changes Being Effected." Is that right?
7  A. In this case, I believe so, "Changes
8  Being Effected," yes.
9  Q. What does that refer to?
10  A. I'm not -- I really can't speak with
11  authority with regard to the methods, how the
12  changes are being made effective in the sense, how
13  the information is being added and how this
14  information is being provided to FDA. That is done
15  basically by the clinical development -- not
16  clinical, sorry, by the regulatory affairs
17  department domestically in this case. This term
18  "Changes Being Effected" is a domestic term relating
19  to FDA interactions.
20              - - -
21         (Whereupon, Deposition Exhibit Bold-48,
22         "Code of Federal Regulations Title 21 --
23         Food and Drugs Chapter I -- Food and
24         Drug Administration, Department of
25         Health and Human Services, SubChapter D

Page 388

1              -- Drugs for Human Use Part 314 --
2              Applications for FDA Approval to Market
3              A New Drug Subpart B - Applications," (5
4              pages), was marked for identification.)
5                   - - -
6    BY MR. ARBITBLIT:
7         Q.     Doctor, Exhibit 48 is the 21 Code of
8    Federal Regulations 314.70 referring to
9    "Applications For FDA Approval to Market a New
10   Drug."  Page 2 going over -- excuse me, Page 3 at
11   Paragraph 6, there's a statement that, "The agency
12   may designate a category of changes for the purpose
13   of providing that, in the case of a change in such
14   category, the holder of an approved application may
15   commence distribution of the drug product involved
16   upon receipt by the agency of a supplement for the
17   change.  These changes include, but are not limited
18   to."
19              And then if you go down to item iii:
20   "Changes in the labeling to accomplish any of the
21   following," and then capital A underneath states,
22   "To add or strengthen a contraindication, warning,
23   precaution or adverse reaction."  Do you see that?
24        A.     I see that.
25        Q.     Did I read it correctly?

Confidential - Subject to Protective Order

Page 389

1      A.      You read it correctly.
2      Q.      Is that your understanding of the
3  changes being effected regulation that was referred
4  to in the changes being effected method of
5  submission --
6              MR. VAN KIRK: Objection.
7  BY MR. ARBITBLIT:
8      Q.      -- in the April 5th memo?
9              MR. VAN KIRK: Objection, calls for a
10 legal conclusion.
11             THE WITNESS: As I stated before, I
12 am not -- my area of expertise, I'm not involved in
13 the submission of this information to FDA and the
14 regulatory interaction with FDA. So, I'm not an
15 expert in that. So, I'm not sure I can really
16 answer your question.
17 BY MR. ARBITBLIT:
18     Q.      Well, let's put it this way.
19             You didn't submit a proposed label
20 including hypertensive crisis and then wait for the
21 FDA to tell you it was okay, did you?
22     A.      It doesn't appear that way.
23     Q.      Was the method of submission a
24 subject of discussion at the WPCRC meeting that you
25 attended on hypertensive crisis or was that