UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

### DECLARATION OF JENNIFER GROSS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S OMNIBUS MOTION TO EXCLUDE EVIDENCE AND TESTIMONY RAISED BY PRIOR MOTIONS BEFORE THIS COURT

I, Jennifer Gross, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of Curfman, *et al.*, "Expression of Concern." *New England Journal of Medicine* 2005;353(26):2813-14.

3. Attached hereto as Exhibit 2 is a true and correct copy of Curfman, *et al.*, "Expression of Concern Reaffirmed." *New England Journal of Medicine* 2005;354(11):1193.

4. Attached hereto as Exhibit 3 is a true and correct copy of the June 28, 2006 Order in *Barnett v. Merck.*

862201.1

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the Sept. 6, 2006 Order in *Smith v. Merck.*

6. Attached hereto as Exhibit 5 is a true and correct copy of the Oct. 16, 2006 Order in *Mason v. Merck.*

7. Attached hereto as Exhibit 6 is a true and correct copy of the Nov. 22, 2006 Order in *Dedrick v. Merck.*

8. Attached hereto as Exhibit 7 is a true and correct copy of excerpts of the Trial Transcript of Aug. 14, 2006 in *Barnett v. Merck.*

9. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of John Abramson, M.D.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Expert Report of David Kessler, M.D.

11. Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the transcript of the January 15, 2010 deposition of Valerie Taylor.

12. Attached hereto as Exhibit 11 is a true and correct copy of a printout of the New England Journal of Medicine website, printed on March 12, 2010.

13. Attached hereto as Exhibit 12 is a true and correct copy of the September 17, 2001 DDMAC Warning Letter to Raymond V. Gilmartin.

14. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiff's Opposition to Motion in Limine No. 4, *Plunkett v. Merck*, Nov. 11, 2005.

15. Attached hereto as Exhibit 14 is a true and correct copy of Plaintiff's Opposition to Motion in Limine No. 2, *Barnett v. Merck*, June 19, 2006.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Order of Nov. 21, 2005, *Plunkett v. Merck*.

17. Attached hereto as Exhibit 16 is a true and correct copy of Plaintiff's Opposition to Motion to Exclude Testimony of Eric. J. Topol, M.D, *Barnett v. Merck & Co.*

18. Attached hereto as Exhibit 17 is a true and correct copy the Order of Feb. 6, 2006, *Plunkett v. Merck*.

19. Attached hereto as Exhibit 18 is a true and correct copy of the excerpts of the transcript of the January 24, 2006 deposition of Dr. Gregory Curfman.

Date: March 12, 2010

Respectfully submitted,

s/Jennifer Gross

Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592