# EXHIBIT 2

EDITORIALS

blastocyst-stage versus single cleavage-stage embryos. N Engl J Med 2006;354:1139-46.

13. Practice Committee, Society for Assisted Reproductive Technology, American Society for Reproductive Medicine. Guidelines on the number of embryos transferred. Fertil Steril 2004;82:773-4.

14. Milki AA, Jun SH, Hinckley MD, Behr B, Giudice LC, West-

phal LM. Incidence of monozygotic twinning with blastocyst transfer compared to cleavage-stage transfer. Fertil Steril 2003;79:503-6.

15. Jacob S, Moley KH. Gametes and embryo epigenetic reprogramming affect developmental outcome: implication for assisted reproductive technologies. Pediatr Res 2005;58:437-46.

*Copyright © 2006 Massachusetts Medical Society.*

# Expression of Concern Reaffirmed

Gregory D. Curfman, M.D., Stephen Morrissey, Ph.D., and Jeffrey M. Drazen, M.D.

On December 8, 2005, we published an expression of concern[1] regarding an article by Bombardier et al. on the Vioxx Gastrointestinal Outcomes Research (VIGOR) study that was published in the *Journal* on November 23, 2000.[2] Our expression of concern was prompted by evidence that the VIGOR article did not accurately represent the safety data available to the authors when the article was being reviewed for publication.

More than four months before the article was published, at least two of its authors were aware of critical data on an array of adverse cardiovascular events that were not included in the VIGOR article. These data, which should have raised concern about potential cardiovascular toxicity of rofecoxib, are part of an internal Merck memorandum.[3] Two tables and a figure that are representative of the data in that document are shown in Supplementary Appendix 1 (available with the full text of this article at www.nejm.org). The data indicate that there were 47 confirmed serious thromboembolic events in the rofecoxib (Vioxx) group and 20 in the naproxen group. The VIGOR article reported 56 upper gastrointestinal events in the rofecoxib group and 121 in the naproxen group. Thus, the prevention of 65 upper gastrointestinal events (of which 21 were complicated — i.e., perforation, obstruction, or severe upper gastrointestinal bleeding) came at the cost of 27 additional serious thromboembolic events in the rofecoxib group (see Supplementary Appendix 2). Prevention of one complicated gastrointestinal event was offset by the occurrence of about one serious thromboembolic event.

Although the information in the internal Merck memorandum[3] was reported to the FDA and posted on its Web site[4] three months after publication of the VIGOR article, it was not made available to the *Journal* editors during the manuscript review process. Because these data were not included in the published article, conclusions regarding the safety of rofecoxib were misleading.

We wrote to the authors explaining the reasons for our concern and requested a written response. The authors' responses appear unedited elsewhere in this issue of the *Journal*.[5,6]

As part of our expression of concern, we also pointed out that three myocardial infarctions in the rofecoxib group were not included in the data submitted to the *Journal*. The authors state that these events did occur during the trial but did not qualify for inclusion in the article because they were reported after a "prespecified cutoff date" for the reporting of cardiovascular events. This date, which the sponsor selected shortly before the trial ended, was one month earlier than the cutoff date for the reporting of adverse gastrointestinal events. This untenable feature of trial design, which inevitably skewed the results, was not disclosed to the editors or the academic authors[5] of the study.

The information we have indicates that the VIGOR article, because it did not contain relevant safety data available to the authors more than four months before publication, did not accurately reflect the potential for serious cardiovascular toxicity with rofecoxib. We therefore reaffirm our expression of concern.

1. Curfman GD, Morrissey S, Drazen JM. Expression of concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis," N Engl J Med 2000;343:1520-8. N Engl J Med 2005;353:2813-4.

2. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.

3. Shapiro D. Cardiovascular update — VIGOR. MRL memo to Alise Reicin, Eliav Barr, and Dennis Erb. July 5, 2000.

4. Memorandum from Shari L. Targum, M.D., on the cardiovascular safety of rofecoxib. (Accessed February 23, 2006, at http://www.fda.gov/ohrms/dockets/ac/01/briefing/3677b2_06_cardio.pdf.)

5. Bombardier C, Laine L, Burgos-Vargas R, et al. Response to expression of concern regarding VIGOR study. N Engl J Med 2006;354:1196-8.

6. Reicin A, Shapiro D. Response to expression of concern regarding VIGOR study. N Engl J Med 2006;354:1198-9.

*Copyright © 2006 Massachusetts Medical Society.*

Downloaded from www.nejm.org on March 12, 2010 . For personal use only. No other uses without permission.
Copyright © 2006 Massachusetts Medical Society. All rights reserved.

# Supplementary Appendix 1

Supplement to: Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006;DOI:10.1056/NEJMe068054.

The following are Tables 3 and 4 (of nine) and Figure 1 (of two) of "Cardiovascular Update — VIGOR," an internal Merck memorandum[1] between authors of the VIGOR study.

1.  Shapiro D. Cardiovascular Update — VIGOR. MRL memo to Alise Reicin, Eliav Barr, and Dennis Erb, July 5, 2000.

Table 3
Summary of Adjudicated Thromboembolic Cardiovascular Serious Adverse Experiences
Safety Update Report

| Event | Rofecoxib (N=4047) n (%) | | Naproxen (N=4029) n (%) | |
|---|---|---|---|---|
| Any Thromboembolic Event[1] | 47 | ( 1.2) | 20 | ( 0.5) |
| Thromboembolic arterial event[1] | 42 | ( 1.0) | 19 | ( 0.5) |
| Thromboembolic venous event | 5 | ( 0.1) | 1 | ( 0.0) |
| Cardiovascular Death[1] | 6 | ( 0.1) | 6 | ( 0.1) |
| Fatal acute myocardial infarction | 2 | ( 0.0) | 0 | ( 0.0) |
| Fatal hemorrhagic stroke | 1 | ( 0.0) | 1 | ( 0.0) |
| Fatal ischemic cerebrovascular stroke | 0 | ( 0.0) | 1 | ( 0.0) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| Cardiac Events (Fatal/Nonfatal) | 28 | ( 0.7) | 10 | ( 0.2) |
| Acute myocardial infarction | 20 | ( 0.5) | 4 | ( 0.1) |
| Sudden cardiac death | 3 | ( 0.1) | 4 | ( 0.1) |
| Unstable angina pectoris | 5 | ( 0.1) | 3 | ( 0.1) |
| Cerebrovascular Events (Fatal/Nonfatal) [1] | 13 | ( 0.3) | 9 | ( 0.2) |
| Hemorrhagic stroke | 2 | ( 0.0) | 1 | ( 0.0) |
| Ischemic cerebrovascular stroke | 9 | ( 0.2) | 8 | ( 0.2) |
| Transient ischemic attack | 2 | ( 0.0) | 0 | ( 0.0) |
| Peripheral Vascular Events (Fatal/Nonfatal) | 6 | ( 0.1) | 1 | ( 0.0) |
| Peripheral arterial thrombosis | 1 | ( 0.0) | 0 | ( 0.0) |
| Peripheral venous thrombosis | 5 | ( 0.1) | 1 | ( 0.0) |

[1] Includes hemorrhagic stroke

Note: Patients may be counted in more than one row, but are only counted once within a row.

5

Table 4

Summary of Adjudicated Thromboembolic Serious AEs in Selected Subgroups of Patients

with Rheumatoid Arthritis in VIGOR

Safety Update Report

| Subgroup | Trmt | N | Patients with Events | PYR[1] | Rates[2] | Relative Risk[3] | |
|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI |
| All patients | Rofecoxib | 4047 | 45 | 2697 | 1.67 | | |
| | Naproxen | 4029 | 19 | 2698 | 0.70 | 0.42 | (0.25, 0.72) |
| Aspirin Indicated[4,5] | Rofecoxib | 170 | 15 | 105 | 14.29 | | |
| | Naproxen | 151 | 3 | 102 | 2.94 | 0.20 | (0.06, 0.71) |
| Aspirin Not Indicated[4] | Rofecoxib | 3877 | 30 | 2592 | 1.16 | | |
| | Naproxen | 3878 | 16 | 2596 | 0.62 | 0.53 | (0.29, 0.97) |

[1] Patient-years at risk

[2] Per 100 PYR

[3] Relative risk of naproxen with respect to Rofecoxib from unstratified Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates.

[4] The "Aspirin Indicated" cohort represents those patients with a past medical history of cerebrovascular accident, transient ischemic attack, myocardial infarction, unstable angina, stable angina, coronary artery bypass graft surgery, or percutaneous coronary intervention (1247). The "Aspirin Not Indicated" cohort represents those patients who did not have a past medical history of any of these diseases.

[5] Treatment-by-aspirin indicated subgroup interaction test, p=0.177.

Figure 1
Confirmed Thromboembolic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Safety Update Report



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3405 | 3177 | 2806 | 1067 531 |
| Naproxen | n=4029 | 3647 | 3395 | 3172 | 2798 | 1073 514 |

4

# Supplementary Appendix 2

Supplement to: Curfman GD, Morrissey S, Drazen JM. Expression of concern reaffirmed. N Engl J Med 2006;DOI:10.1056/NEJMe068054.

1.  Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000;343:1520-8.
2.  Shapiro D. Cardiovascular update — VIGOR. MRL memo to Alise Reicin, Eliav Barr, and Dennis Erb. July 5, 2000.

**Table 1. Risks and Benefits of Rofecoxib Therapy in the VIGOR Trial.***

| Variable | Rofecoxib Group | Naproxen Group | Difference[†] |
|---|---|---|---|
| | *number of events* | | |
| All gastrointestinal events | 56 | 121 | −65 |
| Complicated events[‡] | 16 | 37 | −21 |
| Serious thromboembolic events | 47 | 20 | +27 |

* Data on gastrointestinal events are from Bombardier et al.[1] Data on serious thromboembolic events are from Shapiro.[2]

† A minus sign indicates fewer events in the rofecoxib group, and a plus sign more events in the rofecoxib group.

‡ Complicated events were defined as perforation, obstruction, or severe upper gastrointestinal bleeding.[1]