# EXHIBIT 7

Page 2221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS           *    MDL DOCKET NO. 1657
LIABILITY LITIGATION            *
                                *
                                *
THIS DOCUMENT RELATES TO        *    AUGUST 14, 2006, 8:30 A.M.
                                *
                                *
GERALD BARNETT V. MERCK         *    CASE NO. 06-CV-485-L
  & CO., INC.                   *
* * * * * * * * * * * * * * * *
```

VOLUME XI
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF:          ROBINSON, CALCAGNIE & ROBINSON
                            BY:  MARK P. ROBINSON JR., ESQ.
                            620 NEWPORT CENTER DRIVE
                            NEWPORT BEACH, CALIFORNIA 92660


FOR THE PLAINTIFF:          BEASLEY ALLEN CROW METHVIN
                              PORTIS & MILES
                            BY:  ANDY D. BIRCHFELD JR., ESQ.
                            234 COMMERCE STREET
                            POST OFFICE BOX 4160
                            MONTGOMERY, ALABAMA 36103


FOR THE DEFENDANT:          BARTLIT BECK HERMAN
                              PALENCHAR & SCOTT
                            BY:  PHILIP S. BECK, ESQ.
                                 ANDREW L. GOLDMAN, ESQ.
                            54 W. HUBBARD STREET, SUITE 300
                            CHICAGO, ILLINOIS 60601

**DAILY COPY**

```
 1   AN UPDATED PUBLICATION WHERE WE PUT THE UPDATED RESULTS.
 2   Q.   WELL, ARE YOU AWARE THAT THE NEW ENGLAND JOURNAL PUBLISHED
 3   A DOCUMENT --
 4            MR. GOLDMAN:  OBJECTION, YOUR HONOR.  CAN WE APPROACH
 5   ABOUT THIS?
 6            THE COURT:  YES.
 7            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT
 8   THE BENCH.)
 9            MR. GOLDMAN:  YOUR HONOR, HE IS ABOUT TO GET INTO THE
10   "EXPRESSION OF CONCERN" WHICH YOUR HONOR EXCLUDED FROM THE
11   PLUNKETT TRIAL.
12            MR. ROBINSON:  HE DIDN'T EXCLUDE IT HERE.  IT'S
13   CROSS-EXAMINATION, YOUR HONOR.  I MEAN, I THINK SHE KNEW.  SHE
14   SAW THIS.  IT GOES TO --
15            THE COURT:  NOT SO LOUD.  I CAN HEAR YOU.
16            MR. ROBINSON:  YOUR HONOR, IT SHOWS THAT, BASICALLY,
17   WHAT SHE IS SAYING IS -- SHE JUST SAID, "IT'S OKAY.  IT'S OKAY
18   IF I PUBLISHED THIS BECAUSE OF THE PRE-SPECIFIED POINT."  THEY
19   GO IN THERE AND THEY GO, "NO, THAT'S HER EXCUSE, BUT WE DON'T
20   THINK THAT'S RIGHT.  WE WOULD HAVE ACCEPTED" --
21            MR. GOLDMAN:  JUDGE, THIS IS A HEARSAY DOCUMENT
22   THAT'S PUBLISHED BY THE NEW ENGLAND JOURNAL OF MEDICINE.  IT IS
23   NOT A PEER-REVIEWED ARTICLE.  IT CANNOT BE USED TO IMPEACH HER.
24   IT'S AN OPINION OF DR. CURFMAN AND DR. DRAZEN.  IT IS NOTHING
25   MORE THAN HEARSAY, AND IT DOESN'T GO TO IMPEACH HER AT ALL.
```

Page 2390

1   THE COURT: THAT'S A CLOSE ONE, IT HONESTLY IS. I'LL
2   OVERRULE THE OBJECTION AND ALLOW IT. IT'S A CLOSE ONE. I DO
3   IT BECAUSE SHE KNOWS ABOUT IT. THIS IS SOMETHING THAT SHE HAS
4   GOT TO BE ABLE TO RESPOND TO.
5   MR. BECK: YOUR HONOR, ARE YOU SAYING HE CAN ASK HER
6   QUESTIONS ABOUT IT? HE CERTAINLY CANNOT PUT THE DOCUMENT IN.
7   THE COURT: NO, YOU CAN'T PUT THE DOCUMENT IN. JUST
8   ASK IF SHE KNOWS --
9   MR. ROBINSON: CAN I HAVE HER READ THE DOCUMENT?
10  MR. BECK: ASK HER IF SHE KNOWS IT AND SHE CAN
11  EXPLAIN.
12      (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
13  OPEN COURT.)
14  BY MR. ROBINSON:
15  Q. ARE YOU AWARE THAT LAST DECEMBER, DECEMBER 2005, THE
16  NEW ENGLAND JOURNAL OF MEDICINE PUBLISHED AN ARTICLE CALLED
17  "EXPRESSION OF CONCERN" SAYING THAT THERE WERE THREE MYOCARDIAL
18  INFARCTIONS ALL IN THE ROFECOXIB GROUP WERE NOT INCLUDED IN THE
19  DATA SUBMITTED TO THE JOURNAL?
20  A. I AM AWARE OF THAT.
21  Q. ARE YOU AWARE THEY SAID THAT, UNTIL THE END OF
22  NOVEMBER 2005, JUST LAST YEAR, THEY BELIEVED THAT THESE WERE
23  LATE EVENTS THAT WERE NOT --
24  MR. GOLDMAN: OBJECTION, YOUR HONOR. HE IS READING
25  FROM THE DOCUMENT.