# EXHIBIT 11

Case 2:05-md-01657-EEF-DEK   Document 37047-13   Filed 03/12/10   Page 2 of 2

NEJM -- Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis   Page 1 of 7



Advertisement

Try the Journal for 8 weeks FREE.

Get 8 Weeks FREE CLICK HERE



The **NEW ENGLAND JOURNAL** of **MEDICINE**

| FREE NEJM E-TOC | HOME | SUBSCRIBE | CURRENT ISSUE | PAST ISSUES | COLLECTIONS | Keyword, citation, or author | Advanced Search |

Sign in | Get NEJM's E-Mail Table of Contents — Free | Subscribe

**An Expression of Concern has been published:** Curfman et al., N Engl J Med 2005;353(26):2813-2814.

◄ Previous   Volume 343:1520-1528   **November 23, 2000**   Number 21   Next ►

**ORIGINAL ARTICLE**

# Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis

*Claire Bombardier, M.D., Loren Laine, M.D., Alise Reicin, M.D., Deborah Shapiro, Dr.P.H., Ruben Burgos-Vargas, M.D., Barry Davis, M.D., Ph.D., Richard Day, M.D., Marcos Bosi Ferraz, M.D., Ph.D., Christopher J. Hawkey, M.D., Marc C. Hochberg, M.D., Tore K. Kvien, M.D., Thomas J. Schnitzer, M.D., Ph.D., for The VIGOR Study Group*

## ABSTRACT

*Background* Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis.

*Methods* We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events

NEJM's E-Mail Table of Contents
SIGN UP NOW FREE

**THIS ARTICLE**
▲ Full Text
▲ PDF
▲ Supplementary Disclosure

**COMMENTARY**
▲ Editorial