# EXHIBIT 17



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT
EASTERN DIST
2006 FEB -6 AM 9:04
LORETTA G. WHYTE
CLERK

|   |   |   |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO
*Plunkett v. Merck & Co., Inc.*, 05-4046

## ORDER

Pending before the Court are two Motions in Limine filed by Merck & Co., Inc. The first motion in limine seeks to exclude the testimony of Dr. Eric Topol (Rec. Doc. 3040). The second motion in limine seeks to exclude the testimony of Dr. Michael Alan Graham (Rec. Doc. 3041). The Court makes the following rulings as indicated on the attached.

New Orleans, Louisiana, this ___3rd___ day of ___February___, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep____
___ Doc. No._____

| **MERCK'S MOTIONS IN LIMINE** | **COURT'S RULING** |
|---|---|
| 1. Testimony of Eric J. Topol, M.D. (Rec Doc 3040) <br><br> Merck has filed a Motion in Limine to exclude the testimony of Eric J. Topol, M.D. Merck seeks to exclude this testimony because it is irrelevant; overly prejudicial; inadmissible expert testimony; and the Plaintiff failed to file an expert report. | Denied 401, not excludably 403. no prejudicial report. |
| 2. Testimony of Michael Alan Graham, M.D. (Rec Doc 3041) <br><br> Merck has filed a Motion in Limine to exclude the testimony of Michael Alan Graham, M.D. Merck seeks to exclude this testimony on two grounds: (1) the Plaintiff failure to disclose Dr. Graham's Final Report From *Plunkett I* precludes him from testifying in *Plunkett II*; and (2) Judicial Estoppel prevents the Plaintiff from offering Dr. Graham's opinion on plaque rupture. false. | See court's minute entry (Rec Doc 3116) |