# EXHIBIT 18

Confidential - Subject to Protective Order

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX LITIGATION:   MDL DOCKET
                           NO. 1657

-------------------------------------

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION - ATLANTIC COUNTY

- - -

IN RE: VIOXX LITIGATION : CASE NO. 619
-------------------------------------
CROSS NOTICED IN VARIOUS OTHER ACTIONS
-------------------------------------

- - -

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

- - -

January 24, 2006

- - -

Videotape deposition of GREGORY D. CURFMAN, M.D., held in the offices of Brown Rudnick, Berlack, Israels, LLP, One Financial Center, Boston, Massachusetts 02111, commencing at 10:20 a.m., on the above date, before Linda L. Golkow, a Federally-Approved Registered Diplomate Reporter and Certified Shorthand Reporter.

- - -

GOLKOW LITIGATION TECHNOLOGIES
Four Penn Center
1600 John F. Kennedy Boulevard
Suite 1210
Philadelphia, Pennsylvania 19103
(215) 988-9191

Confidential - Subject to Protective Order

Page 2

```
 1   A P P E A R A N C E S :
 2
         LIEFF, CABRASER, HEIMANN &
 3       BERNSTEIN, LLP
         BY:  DONALD C. ARBITBLIT, ESQUIRE
 4       Embarcadero Center West
         275 Battery Street - Suite 3000
 5       San Francisco, CA   94111-3339
         (415) 956-1000
 6                   and
         LIEFF, CABRASER, HEIMANN &
 7       BERNSTEIN, LLP
         BY: JENNIFER GROSS, ESQUIRE
 8       48th Floor - 780 Third Avenue
         New York, New York 10017-2024
 9       (212) 355-9500
         Counsel for Plaintiffs
10
11
         BEASLEY, ALLEN, CROW, METHVIN,
12       PORTIS & MILES
         BY:  W. ROGER SMITH, ESQUIRE
13       218 Commerce Street
         Montgomery, Alabama 36103-4160
14       (334) 269-2343
         Counsel for Plaintiffs
15
16
         WILENTZ GOLDMAN & SPITZER
17       BY: ERIC H. WEINBERG, ESQUIRE
         90 Woodbridge Center Drive
18       Woodbridge, New Jersey 07095
         (732) 636-8000
19       Counsel for Plaintiffs
20
21       PHILIP F. MULVEY, JR., Ph.D., J.D.
         536 Main Street
22       Falmouth, Massachusette 02540
         (508) 457-0998
23       Counsel for Plaintiffs
24
                      - - -
```

Confidential - Subject to Protective Order

Page 3

```
 1   A P P E A R A N C E S:   (CONTINUED)
 2
 3        GOFORTH LEWIS SANFORD LLP
          BY:  MARCUS L. STEVENSON, J.D.,
 4        L.L.M.
          Suite 2200
 5        1111 Bagby
          Houston, Texas 77002
 6        (713) 650-0022
          Counsel for Plaintiffs
 7        (By Telephone)
 8
 9        THE BEASLEY FIRM LLC
          BY:  SCOTT D. LEVENSTEN, ESQUIRE
10        1125 Walnut Street
          Philadelphia, Pennsylvania 19107
11        (215) 592-1000
          Counsel for Plaintiffs
12        (By Telephone)
13
14        BROWN RUDNICK BERLACK ISRAELS LLP
          BY:   PAUL W. SHAW, ESQUIRE
15                   and
              SETH N. STRATTON, ESQUIRE
16                   and
              RACHEL A. LIPTON, ESQUIRE
17                   and
              GREGORY T. ARNOLD, ESQUIRE
18        One Financial Center
          Boston, Massachusetts 02111
19        (617) 856-8200
          Counsel for the New England of
20        Medicine, and the Witness, Gregory
          D. Curfman, M.D.
21
22
23                  - - -

24
```

Confidential - Subject to Protective Order

Page 4

```
 1   A P P E A R A N C E S (CONTINUED)
 2
 3       BARTLIT BECK HERMAN
         BY:  PHILIP S. BECK, ESQUIRE
 4                and
              CARRIE A. JABLONSKI, ESQUIRE
 5       54 West Hubbard Street
         Chicago, Illinois 60610
 6       (312) 494-4451
         Counsel for Merck and Co., Inc.
 7
 8
         O'BRYAN, BROWN & TONER, PLLC
 9       BY:  DONALD K. BROWN, JR., ESQUIRE
                   and
10            JOSEPH C. KLAUSING, ESQUIRE
         Suite 1500 Starks Building
11       Louisville, Kentucky 40202
         (502) 585-4700
12       Counsel for various Kentucky
         physicians
13
14
         JOHNSON, SPALDING, DOYLE, WEST &
15       TRENT
         BY:  JOHN E. SPALDING, ESQUIRE
16       Suite 1700 - 910 Travis Street
         Houston, Texas 77002
17       (713) 222-2323
         Counsel for various physicians
18
19
         PHILLIPS PARKER ORBERSON & MOORE,
20       P.L.C.
         BY:  SEAN RAGLAND, ESQUIRE
21       Suite 300 - 716 West Main Street
         Louisville, Kentucky 40202
22       (502) 583-9900
         Counsel for AHS Samaritan Hospital
23       LLC d/b/a Samaritan Hospital
         (By Telephone)
24
```

Confidential - Subject to Protective Order

Page 77

1  THE WITNESS: The truth of
2  the matter is that we released the
3  Expression of Concern when we had
4  all of the data assembled, when we
5  had deliberated, we had the facts
6  in hand. We very carefully
7  deliberated. The editors had come
8  together, reviewed all the
9  information that we had, including
10 information that we obtained on
11 November 21st, 2005. We made our
12 best judgment as editors of the
13 New England Journal of Medicine
14 with many years of experience
15 collectively, and we sat down and
16 wrote the document, the Expression
17 of Concern. We worked very hard
18 on every word of that document.
19 Every word was a focus.
20    We then had the document
21 peer reviewed by someone who we
22 have a lot of respect for and who
23 is very good with numbers and
24 statistical analysis, who went

Golkow Litigation Technologies

1227360a-cb9d-4ab7-bc2e-6ca430e14cf7

Confidential - Subject to Protective Order

Page 78

1   over things for us. And when we
2   finally reached what we considered
3   to be a final version after going
4   through many versions of the
5   Expression of Concern we released
6   it, which is our responsibility as
7   editors under the uniform
8   requirements of the International
9   Committee of Medical Journal
10  Editors. And that's what we did.
11  We followed the standard protocol
12  that we've followed in the past,
13  and we released the information
14  when we had it ready in order to
15  inform the medical community that
16  we had some concerns about this
17  work and had referred these
18  concerns to the authors of the
19  article for a response.
20           MR. BECK: Now, again, I got
21  a two-page answer or statement
22  that does not answer my question,
23  which was, were you asked why from
24  the media you released the

Confidential - Subject to Protective Order

Page 328

# CERTIFICATE

I, LINDA L. GOLKOW, a Notary Public and Certified Shorthand Reporter of the State of New Jersey, do hereby certify that prior to the commencement of the examination, GREGORY D. CURFMAN, M.D. was duly sworn by me to testify to the truth, the whole truth and nothing but the truth.

I DO FURTHER CERTIFY that the foregoing is a verbatim transcript of the testimony as taken stenographically by and before me at the time, place and on the date hereinbefore set forth, to the best of my ability.

I DO FURTHER CERTIFY that I am neither a relative nor employee nor attorney nor counsel of any of the parties to this action, and that I am neither a relative nor employee of such attorney or counsel, and that I am not financially interested in the action.

---

LINDA L. GOLKOW, CSR
Notary Number: 1060147
Notary Expiration: 1-2-08
CSR Number: 30XI176200
Dated: January 29, 2006

Golkow Litigation Technologies

1227360a-cb9d-4ab7-be2e-5ca430e14cf7