UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, | JUDGE ELDON E. FALLON |
| Plaintiffs, | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., | Case No. 05-3700 |
| Defendants. | |

### DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S PLAINTIFFS' MEMORANDUM IN OPPOSITION TO MOTION *IN LIMINE* NO. 12 TO EXCLUDE EVIDENCE OR TESTIMONY REGARDING REPORTS OF NICHOLAS JEWELL

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

862204.1

2.      Attached hereto as Exhibit 1 are excerpts from the hearing transcript in *Barnett v. Merck (In re Vioxx Products Liability Litigation)*, MDL 1657, dated July 6, 2006; pp. 82:22-83:2.

3.      Attached hereto as Exhibit 2 are excerpts from the deposition transcript of David J. Sales, M.D., pp. 23:19-25:10; 35:4-48:16; 38:7–41:24; 43:17-20; 45:18; 46:12-48:16.

4.      Attached hereto as Exhibit 3 is a true and correct article by David Y. Graham, *et al.*, entitled "Ulcer Prevention in Longer-term Users of Nonsteroidal Anti-inflammatory Drugs," published by the *Journal of the American Medical Association*, January 28, 2002.

5.      Attached hereto as Exhibit 4 are excerpts from the deposition transcript of Neil Julie, M.D., January 13, 2010; pp. 135:19-136:11; 139:12-140:3.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Plaintiffs' Memorandum in Opposition to Motion to Exclude Testimony of David Y. Graham, M.D., filed in MDL 1657, on March 1, 2010.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the Plaintiffs' Memorandum in Opposition to Motion to Exclude Testimony of Neil Julie, M.D., filed in MDL 1657, on March 1, 2010

8.      Attached hereto as Exhibit 7 is a true and correct copy of the Plaintiffs' Memorandum in Opposition to Motion to Exclude Testimony of John MacGregor, M.D., filed in MDL 1657, on March 1, 2010.

9.      Attached hereto as Exhibit 8 are excerpts of the deposition transcript of Loren Laine, M.D., February 2, 2010, pp. 96:12-97:2; 97:10-98:6; 98:8-14; 98:22-99:18; 100:18-23; 100:25-101:10; 101:12-15; 103:7-18; 104:15-105:5; 106:7-13; 120:7-11, 14-15; 121:5-6, 11-12, 21-23; 122:9-15; 122:19-123:5.

862204.1

- 3 -

10.    Attached hereto as Exhibit 9 is a true and correct copy of the report of David Y. Graham, M.D.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 12, 2010, at San Francisco, California.

_____
SARAH R. LONDON

862204.1