# Exhibit 2

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                             )
Products Liability Litigation             )
                                          )
This Document Relates to:                 )
                                          )
    STATE OF LOUISIANA, ex rel.           )
    JAMES D. CALDWELL,                    )
    ATTORNEY GENERAL                      )
                                          )
            Plaintiff,                    )
                                          )
    vs.                                   )
                                          )
    MERCK SHARP & DOHME CORP.,            )
                                          )
            Defendant.                    )

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF COOK       )
```

The deposition of DAVID J. SALES, M.D., called by the Plaintiffs for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Kelly A. Siska, Certified Shorthand Reporter and Notary Public, at One North Franklin Street, Suite 625, Chicago, Illinois, commencing at 9:30 a.m. on the 26th day of January, A.D., 2010.

```
 1    epidemiologist?
 2        A.    No, I do not.
 3        Q.    Do you consider yourself an expert in
 4    cardiology?
 5        A.    No.
 6        Q.    Your report does not mention any issues
 7    bearing on cardiovascular risk of VIOXX or other drugs
 8    in its class; correct?
 9        A.    That's correct.
10        Q.    Is it correct that you do not plan to offer
11    any opinions on cardiovascular risk of VIOXX at trial?
12        A.    Only to the extent if I were to be asked
13    about the relative risk and benefits, vis-a-vis, the
14    gastrointestinal risk.  But no, I do not plan to give
15    a cardiology expert opinion.
16        Q.    Are there any opinions in your report that
17    refer to cardiovascular risk?
18        A.    No.
19        Q.    What is a test of interaction?
20        A.    It's a statistical test to determine
21    whether or not two populations are different as a
22    result of a particular factor.
23        Q.    Have you ever performed a test of
24    interaction?
```

```
 1        A.    No, I have not.
 2        Q.    Has a test of interaction ever been
 3   performed in a study in which you participated as an
 4   investigator?
 5        A.    I have no doubt that these tests were
 6   performed.
 7        Q.    Why do you say that?
 8        A.    Because it's -- it's one of the statistical
 9   analyses that are done on data sets.
10        Q.    Are tests of interaction commonly done on
11   data sets of clinical trials?
12        MR. BAUM:  Objection.
13   BY THE WITNESS:
14        A.    I don't know.
15        Q.    In the 130 or so trials that you've been
16   involved in, can you give an example of where an
17   interaction test was done?
18        A.    Not that I can recall today.
19        Q.    You recall that they were done.  You just
20   don't recall the details?
21        A.    I assume they were done, but I can't list
22   you a specific one, no.
23        Q.    Why do you assume they were done?
24        A.    Because in the course of analysis of trials
```

```
 1    that include various factors, one of the things that
 2    investigators wish to do is to see if there's an
 3    interaction of one factor with another.
 4         Q.   And why?
 5         A.   Because if a secondary factor may be
 6    influencing the data, they'd like to know that.
 7         Q.   Why would they like to know that?
 8         MR. BAUM:  Objection, speculation.
 9    BY THE WITNESS:
10         A.   It may change their conclusion.
11         Q.   Does a test of interaction showing a
12    difference between two populations exposed to a risk
13    factor affect the clinician's knowledge base in
14    deciding which patients may benefit or be exposed to
15    risk from a particular drug?
16         MR. BAUM:  Objection.
17    BY THE WITNESS:
18         A.   That's way too general.  I can't answer
19    that.
20         MR. BAUM:  That's my objection, retroactively.
21         MR. ARBITBLIT:  That's fine.  You have the same
22    objection, you and your witness.
23    BY MR. ARBITBLIT:
24         Q.   Do you know what subgroups were
```

```
 1        Q.    And did you find anything referring to
 2   that?
 3        A.    No, I did not.
 4        Q.    Doctor, when the issue arose about the
 5   steroid versus nonsteroid subgroups after you reviewed
 6   that Dr. Graham and Julie reports, did you ask Merck's
 7   counsel for documents on that subject?
 8        A.    I asked for the numbers.  Yes, I did.
 9        Q.    And the document marked as Exhibit 6 with
10   the confirmed PUBs tables and the last one being the
11   confirmed complicated PUBs for study location
12   interaction, is that something that you've received in
13   response to your inquiry after the plaintiff's reports
14   were provided to you?
15        A.    Yes.
16        Q.    Did you have a discussion with Merck's
17   counsel about whether the analysis for the confirmed
18   complicated PUBs endpoint had ever been performed by
19   Merck for the steroid versus nonsteroid subgroup?
20        A.    Not that I recall.
21        Q.    When you say you asked them for the
22   numbers, what numbers did you ask them for?
23        A.    I asked them for the number of confirmed
24   complicated PUBs that had occurred in patients who had
```

```
 1    received both VIOXX or naproxen and had or not
 2    received steroids.
 3         Q.    What did they tell you?
 4         A.    They gave me the numbers.
 5         Q.    Did you write them down?
 6         A.    Somewhere.
 7         Q.    Are they in your file?
 8         A.    I believe they are, but I'm having
 9    difficulty finding them right now.
10         Q.    Did they tell you that in the nonsteroid
11    users there were nine complicated PUBs in the VIOXX
12    group and ten in the naproxen group?
13         MR. BAUM:  Objection.
14    BY THE WITNESS:
15         A.    Yes.
16         Q.    Did they tell you that in the steroid at
17    baseline group that there were seven complicated
18    confirmed PUBs in the VIOXX group and 27 in the
19    naproxen group?
20         MR. BAUM:  Objection.
21    BY THE WITNESS:
22         A.    Say that again, please.
23         Q.    Did Merck's counsel tell you that for the
24    steroid users at baseline in the VIGOR study there
```

1   were seven confirmed complicated PUBs in the VIOXX
2   group and 27 in the naproxen group?
3           MR. BAUM:  Same objection.
4   BY THE WITNESS:
5           A.   Sounds about right, but I can't tell you
6   that that's exactly the number they gave me.
7           Q.   Did Merck's counsel tell you that Merck had
8   performed an analysis of the confirmed complicated
9   PUBs for the steroid versus nonsteroid at baseline
10  subgroups in the VIOXX versus naproxen treatment
11  groups at some point in the past?
12          MR. BAUM:  Objection, asked and answered.
13  BY THE WITNESS:
14          A.   I'm sorry repeat that again.  These are
15  complicated questions.
16          Q.   Sure.  Can you explain as best you can what
17  it is you are looking for in your file that you have a
18  recollection of seeing previously on the subject of
19  the steroid versus nonsteroid subgroups for the
20  confirmed complicated PUBs in the VIGOR study?
21          A.   I had reviewed the numbers that you had
22  just mentioned to me, and I was looking for the source
23  document that listed those numbers.
24          Q.   Do you have Dr. Julie's report?

1     A.    Yes, I do.
2     Q.    Can you get that out, please?
3     A.    (Tenders.)
4                 (Deposition Exhibit No. 9 was so
5                 marked.)
6  BY MR. ARBITBLIT:
7     Q.    Doctor, the court reporter has marked as
8  Exhibit No. 9 the report of Neil Julie and there's
9  handwriting on this document.  In particular at
10 page 34, there's a reference to the confirmed
11 complicated PUBs endpoint.  Does this appear to be the
12 document that you've seen prior to today that sets
13 forth the numbers of confirmed complicated PUBs in
14 this steroid versus nonsteroid users for the VIOXX
15 versus naproxen treatment groups in the VIGOR study?
16    A.    Yes.
17    MR. BAUM:  I'm just going to point out it's
18 page 11, paragraph 34.
19    MR. ARBITBLIT:  Page 11, paragraph 34.  Thank
20 you, Counsel.
21 BY MR. ARBITBLIT:
22    Q.    I don't know if the court reporter heard
23 your answer, sir?
24    A.    Yes.

```
 1         Q.    Is that -- now that you've seen the
 2   document, does that refresh your recollection that
 3   that is the only document that you've seen that sets
 4   forth the numbers of confirmed complicated PUBs in the
 5   steroid versus nonsteroid at baseline subgroups for
 6   the VIOXX versus naproxen treatment groups in the
 7   significant study?
 8         MR. BAUM:  Objection.
 9   BY THE WITNESS:
10         A.    No.
11         Q.    You think there's another document?
12         A.    I think there is, but I don't know.  I
13   can't find it right now.
14         Q.    You agree that it's not in Exhibit 6 which
15   is an excerpt from the MK-0966 or VIOXX -- I'll
16   withdraw the question.
17               Do you know what MK-0966 is?
18         A.    I think that's VIOXX.
19         Q.    And do you know what protocol No. 088/089
20   is?
21         A.    It's VIGOR.
22         Q.    And Exhibit 6 is a June 20, 2000, dated
23   document setting forth analyses of data from the VIGOR
24   trial; right?
```

```
 1        A.    Yes.
 2        Q.    We've confirmed that all of those apply
 3   only to the confirmed PUB endpoint except for the last
 4   one which is confirmed complicated PUBs analysis of
 5   treatment by study region interaction; correct?
 6        A.    Correct.
 7        Q.    So there's nothing about the steroid user
 8   confirmed complicated PUBs in this document that Merck
 9   prepared; is there?
10        A.    That's correct.
11        Q.    And there's nothing about the confirmed
12   complicated PUBs by steroid use endpoint in the
13   submission to the FDA that you looked at previously
14   which was marked --
15        MR. BAUM:   Exhibit 8.
16   BY MR. ARBITBLIT:
17        Q.    -- as Exhibit 8; correct?
18        A.    Correct.
19        Q.    And it's correct also, Doctor, that the
20   VIGOR study itself did not mention the data for the
21   confirmed complicated endpoint by steroid versus
22   nonsteroid use; did it?
23        MR. BAUM:   Objection, vague.  You mean the
24   publication?
```

```
 1              MR. ARBITBLIT:  Withdrawn.
 2       BY MR. ARBITBLIT:
 3              Q.    It's correct, Doctor, that the published
 4       article by Bombardier, Reicin, et al. in November,
 5       2000, did not provide the reader with the data for the
 6       confirmed complicated endpoint broken out by steroid
 7       versus nonsteroid use; right?
 8              A.    Correct.
 9              Q.    And before you saw Dr. Julie's report, you
10       had never seen that data; correct?
11              A.    I don't believe I had.
12              Q.    So after you saw Dr. Julie's report, you
13       asked counsel for Merck for information about that
14       data; right?
15              A.    Yes, I did.
16              Q.    And they never told you that Dr. Julie's
17       numbers were wrong; did they?
18              A.    No.
19              Q.    Did you do any statistical analyses of
20       these numbers yourself?
21              A.    I looked at the number of events and the
22       number of patient years and did a calculation of the
23       number of events per patient year.  I did no further
24       statistical analysis beyond that.
```

```
 1        Q.   Did you use the patient years to determine
 2   the rate of events in each subgroup?
 3        A.   Yes, I did.
 4        Q.   Did you do that on a calculator or
 5   computer?
 6        A.   On a calculator.
 7        Q.   Did the calculator print out the results?
 8        MR. BAUM:  Objection, vague.
 9        MR. ARBITBLIT:  Withdrawn.
10   BY MR. ARBITBLIT:
11        Q.   Did you print out the results?
12        A.   I wrote them down.
13        Q.   Where are they?
14        A.   I can't find them.  I think they're at
15   home.
16        Q.   They're part of your file in this case,
17   sir; aren't they?
18        A.   They weren't in any of these documents that
19   were here.  I wrote it down on a piece of paper.
20        Q.   Can you find that piece of paper?
21   Withdrawn.
22        A.   It's not with me today.
23        Q.   Right.  I understand.  Do you have a file
24   at home where you keep documents relating to your
```

```
 1    retention on VIOXX that is not with you here today?
 2         A.    No.
 3         Q.    Where at home is the piece of paper where
 4    you wrote down the rates of events in the complicated
 5    confirmed PUBs by steroid versus nonsteroid use?
 6         MR. BAUM:   Objection, lack of foundation.
 7    BY THE WITNESS:
 8         A.    I don't know where it was.  I thought I had
 9    brought everything here today.
10         Q.    But do you have a recollection as you sit
11    here today that you wrote it on a piece of paper?
12         A.    Yes.
13         Q.    And what you wrote was for steroid users in
14    the VIOXX group seven over the number of patient years
15    versus 27 over the number of patient years?
16         A.    Yes.
17         Q.    And did you use Table 12.3-6 to get the
18    number of patient years to get the steroid versus
19    nonsteroid patients?
20         A.    Yes, I did.
21         Q.    What are those?
22         A.    Shall I read them?
23         Q.    Yes, please.
24         A.    For patients who had no baseline steroid
```

```
 1   use, the VIOXX patients were 1,184 patient years.  The
 2   naproxen they were 1,178 patient years.  For baseline
 3   for steroid use they were 1,513 patient years.  And
 4   for naproxen 1,516 patient years.
 5        Q.   Doctor, I'd like you to perform the
 6   calculation with the data that you performed at home
 7   on the piece of paper that you don't have with you?
 8        A.   Okay.
 9                      (Witness performing calculation.)
10   BY THE WITNESS:
11        A.   This is very similar to what I calculated.
12        MR. ARBITBLIT:  Can we get that marked, please.
13                      (Deposition Exhibit No. 10 was so
14                       marked.)
15   BY MR. ARBITBLIT:
16        Q.   Can you explain what Exhibit 10 is, Doctor?
17        A.   Yes.  It's a table that separates out
18   patients who had or not received steroids along with
19   these medicines.  I wrote down POB's which are
20   complicated PUBs.  I divided by the number of patient
21   years and then multiplied by either 100 or 1,000 to
22   get the number of PUBs per 100 or 1,000 patient years.
23        Q.   What are the results?
24        A.   The results are for patients without
```

```
 1    baseline steroid use VIOXX patients had a POB rate of
 2    7.6.  Naproxen was a rate of 8.4.  For patients with
 3    baseline steroid use VIOXX yielded a POB of 4.6 per
 4    1,000 patient years and naproxen 17.8 per 1,000
 5    patient years.
 6         Q.    When did you do the similar calculation at
 7    home -- I'll withdraw that.
 8               When did you do the similar calculation
 9    that's represented on that piece of paper that you
10    have at home?
11         A.    After I received Dr. Julie's report.
12         Q.    Did you do it sometime before you completed
13    your own report?
14         A.    I did it -- yes.
15         Q.    You did not include it in your own report;
16    did you?
17         A.    No, I did not.
18         Q.    Did you in your mind perform a rough
19    calculation of what the relative risks were in the two
20    subgroups, steroid and nonsteroid at baseline, after
21    you had done the calculations on Exhibit 10?
22         A.    I don't understand your question.
23         Q.    Did you see that the incident rate ratios
24    for the steroid group and nonsteroid group were shown
```

```
 1    in Dr. Julie's report as 3.85 for the steroid users
 2    and 1.12 for the nonsteroid users?
 3         A.    Yes, I did.
 4         Q.    And did you see in your own calculations
 5    that those appeared to square with the data that you
 6    calculated?
 7         A.    They were approximately the same, yes.
 8         Q.    Did you write the text alongside
 9    paragraph 34 that says, What is an interaction fee
10    value?
11         A.    Yes, I did.
12         Q.    Had you ever heard of an interaction P
13    value before?
14         A.    Yes.
15         Q.    And why did you write that text?
16         A.    I wanted to remind myself to review it.
17         Q.    What did you do to review it?
18         A.    I actually asked my son who's a statistics
19    graduate student.
20         Q.    What did your son tell you?
21         A.    I can't remember exactly what he told me.
22         Q.    Generally what did he tell you?
23         A.    He told me that it's a measure, as you had
24    asked me earlier if it's significant, to show that
```

```
 1   there are differences between two populations.
 2        Q.    Did he tell you something along the lines
 3   that if the P value for interaction is statistically
 4   significant, then that provides evidence that there is
 5   a real difference between the populations according to
 6   the risk factor to which they're exposed?
 7        MR. BAUM:  Objection, vague.
 8   BY THE WITNESS:
 9        A.    No, he did not.
10        Q.    What did he tell you more specifically?
11        A.    He told me that it was a method of looking
12   at different populations and that the P value is a
13   measure of whether or not, if these studies were done
14   repeatedly what the chance was that you would get the
15   similar results.
16        Q.    And did he tell you -- Withdraw that.
17              In your own experience, is a P value of
18   less then 0.05 statistically significant?
19        A.    Yes, it is.
20        Q.    Did you discuss with your son the P Value
21   of 0.047 for the comparison of the steroid versus
22   nonsteroid users at baseline in the confirmed
23   complicated PUBs endpoint?
24        A.    No, I did not.
```

```
 1       Q.    Did you recognize the 0.047 P value as
 2   statistically significant at the less than .05 level?
 3       A.    .047 is less than .05.  Yes, it is.
 4       Q.    And did you ask -- did you provide any of
 5   the data to your son to perform an interaction test?
 6       A.    No, I did not.
 7       Q.    Did you provide the data to any
 8   statistician to perform an interactive test?
 9       A.    No, I did not.
10       Q.    Did you discuss with Merck's counsel
11   whether to perform an interaction test on the data?
12       A.    No.
13       Q.    Did you have any reason to challenge the
14   validity of the P value for interaction set forth in
15   paragraph 34 of Dr. Julie's report?
16       A.    No.
17       Q.    At the end of paragraph 34, did you ask to
18   see the statistical report of Dr. Julie?
19       A.    Yes, I did.
20       Q.    And did counsel provide it to you?
21       A.    Yes.  Last week.
22       Q.    When did you first ask them if they could
23   get it for you?
24       A.    Shortly after I received Dr. Julie's
```