# Exhibit 4

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX Products      :MDL  1657

Liability Litigation        :

This Document Relates to    :

STATE OF LOUISIANA et rel. :Section L

JAMES D. CALDWELL, Attorney:

General,                    :Honorable Eldon E. Fallon

      Plaintiff          :Magistrate Judge Knowles

v.                          :

MERCK SHARP & DOHME CORP., :Case No.:  05-3700

      Defendant          :

----------

Deposition of NEIL JULIE, M.D.

Bethesda, Maryland

Wednesday, January 13, 2010

9:08 a.m.

Pages:  1 - 328

Reported By:  Dawn M. Hart, Notary Public, RPR/RMR

Neil Julie, M.D.

Page 135

1   differential in subgroups where the risk in the, in
2   the steroid users is 27 patients versus seven
3   patients, and in the non-steroid users the difference
4   is 10 to nine, then you know, you need to, you need to
5   address that data.
6           And in addition there were questions that
7   were raised by the editorial reviewers of the New
8   England Journal and Reviewer B raised specific
9   questions about steroids, and Merck was dissembling
10  about the importance of that.  So those numbers should
11  have been reviewed.
12       Q   Do you remember my question?
13       A   Yes.
14       Q   Okay.  My question was were subgroup
15  analyses prespecified in VIGOR off of the POB
16  endpoint, the complicated endpoint?
17       A   I'd have to check that document, but I think
18  they probably were not.
19       Q   Okay.  Was -- you obviously rely on Doctor
20  Jewell's analysis of this steroid issue off of the
21  complicated endpoint, correct?
22       A   Well, I mean I did the data count in terms
23  of numbers, you know, 27 versus seven, 10 versus nine.
24  I verified that by looking at the SAS sheets myself,

Neil Julie, M.D.

Page 136

1   but the statistics --
2        Q    I'm sorry.
3        A    The statistics, I'm sure he then went and
4   did his own counts.  But the statistics that he
5   calculated on the basis of that, I rely on him on.
6        Q    And obviously his statistical analysis is an
7   integral part of your report?
8             MR. ARBITBLIT:  Object to form.
9        A    It is a part of my report, but it is
10  basically, for a good statistician, a fairly
11  straightforward numerical calculation.
12       Q    And why didn't you attach Doctor Jewell's
13  report to your report?
14       A    Why?  I have it listed in my bibliography.
15       Q    Did you instruct the Plaintiff's lawyers to
16  make sure that they provided the Jewell report when
17  they served your report?
18       A    Well, you know, this is kind of where the
19  line between being a doctor and being a lawyer, you
20  know, can create an obstacle.  I didn't feel any sense
21  of obligation to tell somebody to provide you with a
22  document that I thought you might have had.
23       Q    When did you -- let see.  When did you --
24            MR. TOMASELLI:  Let's mark this.  Hold on.

```
 1            MR. ARBITBLIT:  Object to form.
 2      A     I think the law firm.
 3      Q     How much does he make an hour?
 4      A     I have no idea.
 5      Q     How much has he been paid from Plaintiffs
 6  lawyers suing manufacturers of Cox-2 selective
 7  inhibitors?
 8      A     I have no idea.
 9      Q     Would that matter to you?
10      A     It would be of curiosity.  I don't really
11  want to know.  I don't care.
12      Q     You wouldn't want to know if Doctor Jewell's
13  made hundreds of thousands of dollars from Plaintiff's
14  law firms or even tens of thousands of dollars from
15  Plaintiff's law firms suing manufacturer of Cox-2
16  selective inhibitors?
17            MR. ARBITBLIT:  Object to form.
18      A     Well, it would be of marginal interest.
19            I mean the thing is, though, I want to say
20  about this report is he is applying simple
21  statistical/biostatistical analytic tools.  So the
22  numbers should not really lie.  So I don't really
23  think that I'm not really asking him for -- I'm not
24  really relying on his opinions, I'm relying on his
```

Neil Julie, M.D.

Page 140

1  numbers.  And, you know, I don't think that he is --
2  you know, I don't suspect that there's anything wrong
3  here.
4     Q    Do you know if Doctor Jewell has done any
5  other analyses of Vioxx data --
6     A    Don't know.
7     Q    -- regarding GI risks or cardiovascular
8  risks or anything?
9     A    Don't know.
10    Q    Don't know.  And if Doctor Jewell had done
11 analyses of Vioxx data and had used different methods
12 than the ones you told him to use, would expect him --
13 would you have expected him to tell you that?
14         MR. ARBITBLIT:  Object to form.
15    A    It would be useful information.
16    Q    So if for example he used prespecified
17 Merck, Merck -- withdrawn.
18         If he used Merck-prespecified statistical
19 analyses for some of his other analyses and then used
20 different analyses for the analyses that you asked him
21 to do, would you expect him to tell you that?
22         MR. ARBITBLIT:  Object to form.
23    A    It would be useful information.
24    Q    Back to your report, Exhibit 8, the first