UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION<br>This Document Relates To: | MDL No.  1657<br><br>SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>            Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br>            Defendants | JUDGE ELDON E.  FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br>Case No.  05-3700 |

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTIONS *IN LIMINE* NO. 7 AND NO.10

Plaintiff opposes Motions *in limine* No. 7 and No. 10 and incorporates oppositions by reference from the Irvin, Mason and Dedrick cases, and respectfully requests that the Court adopt prior briefs and its prior rulings as to each.

Date:  March 12, 2010                     Respectfully submitted,

/s/ *James R. Dugan, II*
James R. Dugan, II
THE DUGAN LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181

–1–

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Opposition to Defendant's Motions *In Limine* No. 7 and No. 10, has been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 12th day of March, 2010.

          */s/ Justin Bloom*
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181
Email:  jbloom@dugan-lawfirm.com