UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>Product Liability Litigation<br><br>Gene Weeks,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>Case No. 2:05-cv-04578-EEF-DEK<br><br>Judge Fallon |

## ATTORNEY FEES AND COST LEIN

  COMES NOW, Maria Tejedor, and files this Notice of Lien for Attorney's Fees and Costs for professional services rendered in the above-referenced claim and as good grounds would state the following:

  1. Maria Tejedor entered into representation of the Plaintiff, Gene Weeks on or about March 10, 2005, in order to pursue a claim against Merck, Co. for the drug Vioxx. Mr. Weeks knowingly and voluntarily entered into the written representation agreement hiring the law firm of Diez-Arguelles & Tejedor and Maria Tejedor as Counsel to represent him in a claim against Merck for the damages he suffered as a result of ingesting the prescription drug Vioxx.

  2. The contract signed by Mr. Weeks and Attorney Maria Tejedor specifically delineates the method of payment for fees and costs relating to Counsel's legal services. This contract follows the standard Florida Contingency fee contract, which provides for fees of thirty-three (33%) pre-suit and forty percent (40%) in suit if the defendant denies responsibility for the injuries.

  3. This law firm relied on the provisions of the written agreement and therefore represented Mr. Weeks diligently since March 04, 2005, and throughout the entire Multi District

Litigation process. Mr. Weeks also elected to participate in the Vioxx settlement program and signed documentation agreeing to enter into the settlement program.

6. On May 08, 2009, after more than four (4) years of litigation, and after the appeal of Mr. Weeks original notice of ineligibility from Vioxx, we successfully won an appeal and obtained a Notice of Points Award and forwarded the same to Mr. Weeks' attention. (Mr. Weeks was awarded 120.74 points for an award of approximately $229,406.00.

7. Upon reviewing Mr. Weeks' Notice of Points Award, the law firm realized that there was a deduction error made by the Defendant resulting in a twenty (20) percent decrease in total points awarded. The law firm filed a Notice of Points Award Appeal, which successfully resulted in a substantial points increase for Mr. Weeks, significantly benefiting Mr. Weeks and changing his settlement amount from approximately $229,406.00 to $286,834.00.

8. Maria D. Tejedor at all times acted as Mr. Weeks attorney and provided representation to him in his claim against Vioxx. Further, as Mr. Week's counsel, Ms. Tejedor fully met her contingency requirement when Gene Weeks settled with Merck for $286,834.00. Therefore this law firm is justified to rely upon the provisions of the written contingency fee contract to determine the amount of the fee. It should also be noted that as a result of participating in the Vioxx settlement program, the Court's ruling in these cases was that all attorney's fees should be capped at thirty-two (32) percent. Therefore, in regards to attorney's fees, Mr. Weeks is actually obligated to pay Attorney Tejedor less than the contractual agreement in which he entered. Attorney Maria Tejedor is entitled to be compensated with a fee of twenty-four (24) percent as the Vioxx common benefit fees which Mr. Weeks is required to provide and which are automatically deducted from his settlement amount is eight (8) percent.

9. The fact that Mr. Weeks is now being represented by Ronald Benjamin, Esq., does not alter the contract between our firm and Mr. Weeks. Mr. Weeks was represented by our law firm during the litigation of Mr. Weeks' case against Vioxx and after a settlement agreement was reached between Gene Weeks and Merck. Mr. Benjamin's presentation as counsel to Mr. Weeks occurred

after the settlement of Mr. Weeks' case with Vioxx and after this settlement was accepted. Moreover, Mr. Benjamin has never acted on Mr. Weeks' behalf in regards to the multidistrict litigation and to date is not recognized by the Vioxx claims administrators as counsel to Mr. Weeks. As Mr. Benjamin's presentation into this matter is post-settlement, he is not entitled to any of the attorney fees and costs stemming from said settlement. Mr. Benjamin has not provided any type of representation or any work that assisted or in any way obtained the recovery had to Mr. Weeks nor did he advance any funds in order to obtain said recovery. Mr. Benjamin apparently represented Mr. Weeks in a separate, distinct class action lawsuit, which was filed AFTER Mr. Week's settlement of his MDL Vioxx case, wherein Mr. Weeks has made zero recovery to date. In the event that there is a recovery from this separate case, Mr. Benjamin would be entitled to the same. Mr. Benjamin's recovery from the MDL Vioxx case would be unjust and inequitable.

WHEREFORE, Plaintiff's Counsel respectfully request to have this Court to enter an order allowing Plaintiff's Counsel, Maria Tejedor and the law firm of Diez-Arguelles & Tejedor to collect the attorney's fees and costs advanced per the contingency agreement.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of March, 2010, I electronically filed the foregoing with the Clerk of the Court by utilizing the CM/ECF system, which will send a notice of electronic filing, and via USPS mail to Plaintiff's Liaison Counsel, Russ M. Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, LA 70113, Defendants' Liaison Counsel, Phillip A. Wittman, Esq., Stone, Pigman, Walther, Wittman, LLC, 546 Carondelet Street, New Orleans, LA 70130, Ronald R. Benjamin, Esq., 126 Riverside Dr., P.O. Box 607, Binghamton, NY 13902-0607, and a courtesy copy via U.S. Mail to Mr. Gene Weeks, 35241 CR 439 Eustis, FL 32736

/S/ Maria D. Tejedor
Maria D. Tejedor, Esq.
FBN: 0095834
Diez-Arguelles & Tejedor
520 N. Semoran Blvd., Ste. 200
Orlando, FL 32807
(407) 705-2880