UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|       PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:** 249 particular Vioxx claimants for whom Sol. H. Weiss is registered as primary counsel with the Vioxx Claims Administrator and 31 particular claimants for whom James C. Peterson is registered as primary counsel with the Vioxx Claims Administrator.

### ORDER

IT IS ORDERED that Plaintiff's Motion to Dismiss Toriseva Attorney Fee Lien Claim and Order the Claims Administrator to Release Money Being Withheld Because of the Claim by Plaintiff.(Rec. Doc. No. 35994) and Plaintiff's Supplemental Motion to Dismiss Attorneys Charging Lien Filed on Behalf of Teresa Toriseva (Rec. Doc. Nos. 27172, 34649) are hereby CONTINUED WITHOUT DATE pending further orders of this Court.

New Orleans, Louisiana, this 12th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

cc:
Sol H. Weiss
1710 Spruce Steet
Philadelphia, PA 19103

James C. Peterson
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311

Vioxx Claims Administrator
BrownGreer PLC
115 S. 15th St, Suite 400
Richmond, VA 23219