# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* MAG: JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Motion to Dismiss With Prejudice;

It is ORDERED that the motion is GRANTED and the claim of plaintiff Sandra Hurst against defendant Merck & Co, Inc. is hereby DISMISSED WITH PREJUDICE, with plaintiff Sandra Hurst reserving all rights to pursue her claim against Michael D. Riley and Continental Casualty Company in the previously filed state court proceeding in Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 09-5852, Division D.

NEW ORLEANS, LOUISIANA this __12th__ day of _____March_____, 2010.

_____
UNITED STATES DISTRICT JUDGE