# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                                    *        MDL Docket No. 1657
**Product Liability Litigation**                  *
                                                  *        SECTION L
**This document relates to:**                     *
                                                  *
*John Hodges, et al.*                             *        JUDGE FALLON
*v.*                                              *
*Merck & Co., Inc., et al.*                       *        MAGISTRATE JUDGE KNOWLES
                                                  *
*Only with regard to:*                            *
*Mary Creason*                                    *
                                                  *
                                                  *
*Docket No. 2:05-cv-03803*                        *
**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary Creason in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


_____
                    DISTRICT JUDGE