UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:

Plaintiff's Name:   Larry L. Smith

Case Name:   Larry L. Smith vs. Merck & Company, Inc.

Case Number:   2:08-cv-04639

### RESPONSE TO ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

Plaintiff, Larry L. Smith ("Plaintiff"), responds to the Court's Order to Show Cause and States that Plaintiff's Complaint should not be dismissed as Plaintiff's case-specific expert report was served on Defendant's counsel on November 5, 2009. In addition, all pharmaceutical and medical records have been produced to Defendant. Finally, Plaintiff is filing the required Affidavit of Completeness by March 23, 2010. Accordingly, Plaintiff has cured all of the PTO 29 deficiencies and requests that the case not be dismissed.

/s/ Amy L. Drushal
JOHN D. GOLDSMITH
Fla. Bar No. 444278
jdgoldsmith@trenam.com
AMY L. DRUSHAL
Fla. Bar No. 546895
aldrushal@trenam.com
TRENAM, KEMKER, SCHARF, BARKIN,
FRYE, O'NEILL & MULLIS, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida  33602
Tel:  (813) 223-7474
Fax:  (813) 229-6553
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Plaintiff's Response to Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), on this 15th day of March, 2010.

                                                  /s/ Amy L. Drushal
                                                     Attorney

4206988v1