UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------x

In re: VIOXX PRODUCTS LIABILITY LITIGATION

-----------------------------------------------------------------x    05-MD-1657

THIS DOCUMENT RELATES TO ALL ACTIONS

-----------------------------------------------------------------x

Eldon E. Fallon, Senior United States District Judge

## PETITION TO ESTABLISH AN END DATE FOR NOTIFYING THE LIEN RESOLUTION ADMINISTRATOR OF OTHER GOVERNMENTAL STATUTORY OBLIGATIONS

Petitioner, The Garretson Law Firm, LLC (the "Garretson Firm") which has been appointed by the Court as Lien Resolution Administrator ("LRA") to facilitate reimbursements to Medicare, the Single State Medicaid Agencies and certain other Governmental Authority Third Party Payor/Providers related to the Claimants who are settling their Vioxx claims, respectfully petitions this Court and represents as follows:

1. The Department of Defense, Department of Veterans' Affairs, TRICARE, Indian Health Services are Other Governmental Authority Third Party Payor/Providers with statutory liens/reimbursement claims as defined in the Vioxx Settlement Program.

2. Upon its appointment as LRA on January 18, 2008, the Garretson Firm began receiving notifications of Other Governmental statutory obligations

3. The Garretson Firm aggregated notifications that had been received since January 18, 2008, and first put the respective government agencies on notice on July 8, 2008.

4. The Garretson Firm has worked closely with the respective government agencies and

followed up periodically to receive updates on previously submitted cases, as well as submitting new notifications as they were received.

5.Petitioner reasonably believes that it is in the best interest of all parties to the Vioxx Settlement Program to establish an end date of March 18, 2010, to apply to all participating Claimants, regardless of their status as having been awarded points, to allow the LRA to complete the verification and submission process for such Other Governmental statutory obligations, thereby permitting the LRA sufficient time to request, receive, audit and satisfy a final list of such obligations, which may take upwards of twelve months to complete. As support for this request, the LRA notes that in the case of final "Myocardial Infarction" payments, the LRA has received belated notifications of such statutory obligation well after the Claims Administrator released funds. As a result, the LRA now is required to work with affected Claimants' counsel to recover certain funds to satisfy such obligations.

6.An end date is intended to provide the LRA adequate time to coordinate a "holdback" on settlement funds with the Claims Administrator and to allow the LRA to resolve such statutory claims prior to final "Ischemic Stroke" payments as part of the Vioxx Settlement Program. At the same time, a final submission date is needed for all payments, whether "Myocardial Infarction" or "Ischemic Stroke", to promote the interests of judicial economy.

WHEREFORE, Petitioner prays that the Court enter an order to establish an end date to protect the interests of all parties involved in this Settlement Program, and other such relief as the Court finds appropriate.

DATED this  10Th  day of March, 2010.

Respectfully Submitted:

*[signature]*

Sylvius H. von Saucken, Esq.
The Garretson Law Firm, LLC
7775 Cooper Road
Cincinnati, Ohio  45242
(tel) (513) 794-0400
(fax) (513) 575-7201
svs@garretsonfirm.com

I, Sylvius H. von Saucken, on behalf of The Garretson Law Firm, LLC, Petitioner, being first duly sworn, declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge.

*[signature]*

Sylvius H. von Saucken, Esq.

SUBSCRIBED AND SWORN to before me this 10 day of March, 2010.

*[signature]*

NOTARY PUBLIC
Residing in Ohio

**CHRISTINE ANN ABLE**
Notary Public, State of Ohio
My Commission Expires
February 16, 2014