UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x

In re: VIOXX PRODUCTS LIABILITY LITIGATION

------------------------------------------------------------------x   MDL-1657

THIS DOCUMENT RELATES TO ALL ACTIONS

------------------------------------------------------------------x

Eldon E. Fallon, Senior United States District Judge

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 12 AM 11: 56

LORETTA G. WHYTE
CLERK

### ORDER TO ESTABLISH END DATE FOR NOTIFYING THE LIEN RESOLUTION ADMINSITRATOR OF OTHER GOVERNMENTAL STATUTORY OBLIGATIONS

The Garretson Law Firm, LLC, as the Lien Resolution Administrator filed a Petition for authority to establish an end date for Vioxx Settlement Program Claimants and/or their counsel to notify the Lien Resolution Administrator ("LRA") of Other Governmental Statutory Obligations, such as Veterans Affairs, TRICARE, Department of Defense, or Indian Health Services. After consideration of the supporting arguments contained in the Petition, this Court finds the Petition well taken. This Court finds that:

1. It is not the intent of the Petition or this Order to summarily discharge these obligation(s); rather this Order places an end date on the scope of service for the LRA with respect to these obligations. Following this end date, Plaintiffs or their counsel will remain obligated to verify, satisfy and resolve any outstanding Other Governmental Statutory Obligations that were not reported to the LRA prior to this end date.

2. Setting an end date will ensure prompt notification of any remaining Other Governmental Statutory Obligations that have not yet been reported by Claimants or their

counsel to the LRA, which will, in turn, permit the LRA to pursue the satisfaction and discharge of such claim(s) which have been provided to the LRA prior to the end date.

3. An end date is intended to provide the LRA adequate time to coordinate a "holdback" on settlement funds with the Claims Administrator and to allow the LRA to resolve such statutory claims prior to final "Ischemic Stroke" payments as part of the Vioxx Settlement Program, as well as provide a final submission date for all other payments made as part of the Vioxx Settlement Program to promote judicial economy.

4. That this Court has subject matter jurisdiction over the Vioxx Settlement Program, and as such, has the authority to establish an end date for notifying the LRA of Other Governmental Statutory Obligations, following federal statutes.

5. That an end date should apply to all participating Claimants, even ones whose points have not yet been awarded, to ensure that the LRA can close the list of Other Governmental Statutory Obligations to be verified, satisfied and resolved.

THE COURT, BEING WELL AND SUFFICIENTLY ADVISED, further finds that it is in the best interest of all parties to the Vioxx Settlement Program that the end date for notice by Claimants or their counsel to the LRA of Other Governmental Statutory Obligations be set for **March 18, 2010**.

IT IS SO ORDERED this 12 day of March, 2010.

Judge Eldon E. Fallon,
Senior United States District Judge

**CERTIFICATION BY COURT:**