UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Elaine Bossell, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Shirley Wilkey and Peggy Ramsey, individually and as successors-in-interest of the estate of Clarice Elizabeth Ball* | * * * * * | |
| *Docket No. 2:05-cv-04132* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Shirley Wilkey and Peggy Ramsey, individually and as successors-in-interest of the estate of Clarice Elizabeth Ball, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE