UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 12  AM 11: 54

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: *Michael Heavrin, et al. v. Merck & Co., Inc.,*
Case No. 05-00458 (only as to Plaintiff Janice Baum)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum.

IT IS ORDERED that the correspondence be entered into the record.  In addition, a copy of the

correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take

whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 9th day of March, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Ms. Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

____ Fee_____
____ Process_____
_X_ Dktd_____
____ CtRmDep_____
____ Doc. No._____