Janice M. Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

February 22, 2010

RECEIVED

FEB 24 2010

Fed EX

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

US District Judge Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA  70130

VCN 1081541

Honorable Judge Fallon:

Because I haven't heard anything from the curator's office or from any other law firm they referred me to after Price Waicukauski & Riley was released as my legal counsel, please allow the following additional medical journal articles to be added to my legal records.

Though I am very limited on medical knowledge and drug causation, I truly believe the following research studies will show the direct causation of my ongoing medical conditions and my intermittent and continuous Vioxx usage. The first noticeable symptom I developed was extreme fatigue that led to a "treadmill" test by Dr. Mitchell Stucky and is documented in my previously submitted medical records.

<u>While using Vioxx both intermittently & continuously beginning December 1999 through Sept 30, 2004:</u>

| | |
|---|---|
| 2000-2001 | *I developed unusual **fatigue**. |
| Fall 2001 | *Erratic & frequently <u>**spiking hypertension**</u>; many medications |
| 2001-2002 | *Problems <u>**staying awake/fatigue**</u> during work hours |
| June 27, 2003 | *Spider bite; blisters & <u>**extreme edema on right foot/ankle**</u> |
| June 30, 2003 | *Noticed <u>**neuropathy**</u> & <u>**cyanosis**</u> in lower extremities |
| July-Aug '03 | *Many vascular & heart tests given with negative results |
| Aug '03 | *Diagnosed with <u>"**Peripheral Vascular Disease**"</u> |
| Aug. 28, '03 | *Gave me Angioplasty yet <u>**NO blockages**</u> were found. |
| Sept 7, '03 | *Developed <u>**edema in BOTH ankles, feet, lower legs with blisters**</u> |
| Sept 7-12, '03 | *Left foot blister swelled into a "bulla" (large blister) |
| Sept -Oct '03 | *Out Patient 5-6 weeks at <u>St. Joe Burn Unit</u> for <u>**Bulla (large \*blister)**</u> treatment; <u>**Vasculitis**</u> |
| Nov 16-20, '03 | *Sent to Mayo Clinic for increased vascular issues |
| Nov 20, '03 | *Diagnosis:  "You're a mystery, an enigma, an unknown". |
| Sept 30, 2004 | *Vioxx pulled from market for causing vascular issues |
| Oct 1, '04 | *Asked Mayo Clinic: "Could Vioxx cause my vascular issues?" |
| Oct 2, '04 | *Mayo returned call:  "**We don't know; ask your pharmacist.**" |
| Oct 12.'04 | *Contacted Price Waicukauski & Riley; <u>added as "plaintiff"</u> |
| Oct 14, 04 | *PW & Riley used my "Vioxx" case in official "press release" |
| July '07 | *I <u>passed out,</u> "<u>**acute renal failure**</u> 5 days in hospital late July-Aug. 3rd, '07. |
| Nov '07 | *Diagnosed having had a "<u>**silent heart attack**</u>" of unknown timing |
| March '08 | *Sleep study:  NO "sleep apnea"; Ordered <u>**Nocturnal Oxygen**</u> for dangerously low oxygen levels while sleeping |
| Spring '08 | *4 invasive procedures for Acid Reflux; NONE found to be causing <u>**acute hoarseness/loss of voice**</u> for nearly 2 years. |
| Summer '08 | *3 specialists ordered MRI of brain in one day; **TIA's** present |
| August 21, '09 | *Diagnosed with <u>**Pulmonary Hypertension**</u> by world renowned Dr. Harrison Farber of Boston Medical Center who agreed I needed testing for PH with my many "<u>**bolded/underlined**</u>" symptoms listed above…all symptoms of Pulmonary Hypertension |
| '06-'09 | *PW & Riley knowingly pushed my "unqualified" case through OCS |

I began seeking my own answers because Price Waicukauski & Riley refused to investigate other critical health issues other than Merck's Vioxx usage settlement agreement requirements of heart attacks, strokes, or death. I've discovered medical research articles connecting nearly all of my ongoing & critical heath issues to my nearly 5 years of Vioxx usage.

I'm requesting that the following research articles (found under "Cox 2 Inhibitors" instead of Vioxx) also be entered into the record as to how my Vioxx usage led to my present and potentially deadly health condition and allow my Vioxx damage case to move forward without being "dismissed with prejudice" in Merck Pharmaceutical's favor.

I sincerely believe I had a God given message to research the Internet for "Cox 2 Inhibitors". After your dismissal of Price Waicukauski & Riley to represent me further, the only reason this occurred to me was a comment from my daughter regarding Vioxx being a "Cox 2 Inhibitor". She graduated in 1992 from Purdue University School of Pharmacy, and I remembered her calling Vioxx a "Cox 2 Inhibitor" back when Mayo Clinic told me to ask my pharmacist…my daughter.

Thank you, Your Honor, for you assistance and consideration.  I attest that the above timeline of my ongoing health status as connected to my Vioxx usage damage is to the best of my knowledge truthful and accurate and can be all proven in my previously submitted medical records.

Sincerely,

Janice M Baum
VCN 1081541

(260) 466-2568 Cell
(260) 207-5672 Office

**Medical Records-Hospital**

Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000

November 5, 2009

Page 1
Chart Document

JANICE M BAUM
Female DOB 08/30/196... 3663600 ... IN/SELF PAY (STANDARD)

**08/21/2009 - Office Visit: right heart catheterization/CPET**
**Provider: Harrison Farber MD (890)**
**Location of Care: Boston Medical Center Inpatient Units**

### *History of Present Illness*

**Visit Type:** Consult
**Referred by:** self
**Reason:** DOE
**History from:** patient
**Planned Procedure:** right heart catheterization
**Procedure Date** 08/21/2009
**Patients Primary Language** English
**Chief Complaint:** DOE/SOB

Long history of DOE/SOB w/ extensive evaluation - no definite etiology comes to BMC for second opinion and evaluation.

*Borderline (12/08 first diagnosed)*

risks for diastolic dysfunction: age, sex, HTN, (diabetes) dyslipidemia

*Nocturnal desaturations (negative PSG)
*PFTs: normal
*ECHO (4/09): Normal cavities; LVEF 60-65%; PAsp 30
*Nuclear Stress Test (4/09): No evidence of ischemia
*CT (1/09): Essentially normal (linear atelectasis RUL)

comes for right heart cath/CPET

|          | rest (lying) | rest (upright bike) | peak exercise (bike) |
|----------|--------------|---------------------|----------------------|
| RA (CVP) | 12           | 6                   | 11                   |
| RV       | 42/8         |                     |                      |
| PAP      | 40/20 (27)   | 20/7 (14)           | 59/22 (41)           |
| PCWP     | 20           | 7                   | 25                   |
| CO/CI    | 4.7/2.7      | 4.3                 | 8.0                  |
| PVR      | 119          | 130                 | 160                  |
| SVR      | 1717         | 1842                | 1150                 |

Imp: mild HT... ...tion in ... .R. dysfu... ...ary vascular dise... With exercise, marked increase in PAP but again associated with increased PCWP snd normal PVR...

Await CPET (see A/P).



**Medical Records-Hospital**                                     *November 5, 2009*
Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000                                             Chart Document

JANICE M BAUM
Female, DOB

## *Medications:*

HYDROCHLOROTHIAZIDE 12.5 MG CAPS (HYDROCHLOROTHIAZIDE) 1 tab once daily
REQUIP 3 MG TABS (ROPINIROLE HCL) 1 tab once daily (at bedtime)
PLETAL 100 MG TABS (CILOSTAZOL) 1 tab bid
TOPROL XL 100 MG XR24H-TAB (METOPROLOL SUCCINATE) 1 tab bid
METFORMIN HCL 500 MG TABS (METFORMIN HCL) 1 tab once daily
LEVOTHYROXINE SODIUM 50 MCG TABS (LEVOTHYROXINE SODIUM) 1 tab once daily
ZOCOR 20 MG TABS (SIMVASTATIN) 1 tab once daily

## *Allergies:*

No Known Allergies

**Allergies Reviewed during this update**

**WHO GROUP:** II
**NYHA/WHO Functional Class:** II

**REVEAL Registry**
**Does patient qualify for registry?** No
**Is patient enrolled in REVEAL?** No

**Underlying Left Heart disease:** Diastolic dysfunction
**History of DVT/PE/clots:** No
**Anorexigen exposure:** No

## *Past Medical, Family and Social History*

**Past Medical History**

**Family History**

**Substance History**

**Social History**

**Vaccine History**

**Medical Records-Hospital**
Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000

*November 5, 2009*

Page 3
Chart Document

JANICE M BAUM
Female DOB:                              

## Review of Systems
**General:** See HPI
**Nose:** Negative
**Throat:** Negative
**Cardiovascular:** See HPI
**Respiratory:** See HPI
**Gastrointestinal:** Negative
**Genitourinary:** Negative
**Musculoskeletal:** Negative
**Skin:** Negative
**Neurologic:** Negative
**Endocrine:** Negative
**Heme/Immunologic:** Negative
Per discussion with patient, remainder of systems are otherwise negative

## Pain Assessment
**Having Pain?** N

## Vital Signs
**Height / Weight**
**Ht:** 66.5 in.   169 cm.
**Wt:** 145 lbs.   65.9 kg.
**BMI:** 23
**BSA:** 1.76

**Vitals**
**P:** 66  **Rhythm:** regular  **R:** 16

**Blood Pressures**
**#1:** 140 / 76 **HR:** 66

**Oxygen Testing**
**O2 resting 98% O2 L/min:** RA

no previous labs; labs today essentially normal except:
BNP 104

## Impression and Plan

IMPRESSION
1. Normal exercise tolerance as evidenced by a normal VO2 max.
2. Normal anaerobic threshold suggests a non-cardiovascular limitation.
3. Normal O2 pulse and high heart rate reserve suggest normal cardiac function; however, hemodynamics demonstrate an elevated PWP which suggests LV dysfunction.
4. Low breathing reserve and low tidal volume at maximum exertion suggest hyperventilation

**Medical Records-Hospital**

*November 5, 2009*

Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000

Page 4
Chart Document



characterized by rapid, shallow breathing and indicating a ventilatory limitation. It is not clear why her tidal volume is low since her spirometry, single breath volume, and DLCO are all normal.
5. Overall normal values, although suggestion of increased dead space since VE/VCO2 is high normal and relative decrease in VD/VT with peak exercise
is less than expected.
6. No evidence of desaturation, however, a-A gradient is abnormally decreased with peak exercise indicating improved V/Q matching which is not normal.
7. Elevated PA pressures likely reflect elevated WP. The absence of an increased HR with an increased WP is not normal. Given normal cardiac function and no increase in HR, would consider structural hypertrophic or valvular) disease

CONCLUSION
1. Normal exercise tolerance.
2.  Normal cardiac response to exercise.
3. Gas-exchange with exercise shows improved V/Q matching, which is not typical.
5. If clinically indicated would consider full lung volumes to assess for any restriction and echo to assess for structural abnormality.
6. Hemodynamics c/w LV diastolic dysfunction accentuated with exercise.

Will need good control of BP; diabetes and lipids.
Discussed with patient.



### Status of Existing Problems
Assessed PULMONARY HYPERTENSION as comment only - Harrison Farber MD (890)
Assessed DIASTOLIC DYSFUNCTION as comment only - Harrison Farber MD (890)

### Medications added or changed during this visit
HYDROCHLOROTHIAZIDE 12.5 MG CAPS (HYDROCHLOROTHIAZIDE) 1 tab once daily
REQUIP 3 MG TABS (ROPINIROLE HCL) 1 tab once daily (at bedtime)
PLETAL 100 MG TABS (CILOSTAZOL) 1 tab bid
TOPROL XL 100 MG XR24H-TAB (METOPROLOL SUCCINATE) 1 tab bid
METFORMIN HCL 500 MG TABS (METFORMIN HCL) 1 tab once daily
LEVOTHYROXINE SODIUM 50 MCG TABS (LEVOTHYROXINE SODIUM) 1 tab once daily
ZOCOR 20 MG TABS (SIMVASTATIN) 1 tab once daily

### Disposition:
*An active medication list was printed to give to patient or family member.
Make an appt. with PCP in 1 Months

**Medical Records-Hospital**
Medical Records-Hospital
1 Boston Medical Place
Boston, MA 02118
Phone: 617-638-8000

*November 5, 2009*

Page 5
Chart Document

JANICE M BAUM
Female DOB 08/30/1951

]

**Signed by Harrison Farber MD (890) on 09/29/2009 at 9:29 AM**

# PubMed

U.S. National Library of Medicine
National Institutes of Health




Display Settings:     Abstract

Circulation. ███████ 17(16):2114-22. Epub 2008 Apr 7.



A █████████████████████████████████████████████████
pulmonary hypertension and enhances contractility of vascular
smooth muscle cells.

Fredenburgh LE, Liang OD, Macias AA, Polte TR, Liu X, Riascos DF, Chung SW, Schissel SL, Ingber DE, Mitsialis SA, Kourembanas S, Perrella MA.

Division of Pulmonary and Critical Care Medicine, Brigham and Women's Hospital, 75 Francis St, Boston, MA 02115, USA.

BACKGROUND: █████████████████████████ pulmonary artery smooth muscle cells (PASMCs) during ███████████████████████████ in the experimental ███ lung in hypoxia. Selective COX-2 inhibition may have detrimental pulmonary vascular consequences during hypoxia. METHODS AND RESULTS: To investigate the role of COX-2 in the pulmonary vascular response to hypoxia, we subjected wild-type and COX-2-deficient mice to a model of chronic normobaric hypoxia. ███████████████████████████████████████████████████████ ventricular systolic pressure, significant right ventricular hypertrophy, and striking vascular remodeling ███████ hypoxia. pulmonary vascular remodeling in COX-2-deficient mice was characterized by PASMC hypertrophy but not increased proliferation. Furthermore, COX-2-deficient mice had significant upregulation of the endothelin-1 receptor (ET(A)) in the lung after hypoxia. Similarly, selective pharmacological inhibition of COX-2 in wild-type mice exacerbated hypoxia-induced pulmonary hypertension and resulted in PASMC hypertrophy and increased ET(A) receptor expression in pulmonary arterioles. The absence of COX-2 in vascular smooth muscle cells during hypoxia in vitro augmented traction forces and enhanced contractility of an extracellular matrix. Treatment of COX-2-deficient PASMCs with iloprost, a prostaglandin I(2) analog, and prostaglandin E(2) abrogated the potent contractile response to hypoxia and restored the wild-type phenotype. CONCLUSIONS: Our findings reveal that hypoxia-induced pulmonary hypertension and vascular remodeling are exacerbated in the absence of COX-2 with enhanced ET(A) receptor expression and increased PASMC hypertrophy. COX-2-deficient PASMCs have a maladaptive response to hypoxia manifested by exaggerated contractility, which may be rescued by either COX-2-derived prostaglandin I(2) or prostaglandin E(2).

PMID: 18391113 [PubMed - indexed for MEDLINE]

PMCID: PMC2586933

Publication Types, MeSH Terms, Substances, Grant Support

LinkOut - more resources

# COX-2 inhibitor

From Wikipedia, the free encyclopedia
 (Redirected from COX-2 selective inhibitor)

**COX-2 selective inhibitor** is a form of Non-steroidal anti-inflammatory drug (NSAID) that directly targets COX-2, an enzyme responsible for inflammation and pain. Selectivity for COX-2 reduces the risk of peptic ulceration, and is the main feature of celecoxib, rofecoxib and other members of this drug class. COX-2 selectivity does not seem to affect other adverse effects of NSAIDs (most notably an increased risk of renal failure), and some results have aroused the suspicion that there might be an increase in the risk for heart attack, thrombosis and stroke by a relative increase in thromboxane. Rofecoxib (commonly known as Vioxx) was taken off the market in 2004 because of these concerns.

## Contents

- 1 Research history
- 2 Adverse drug reactions and withdrawal of Vioxx
- 3 Early COX-2-inhibiting drugs
- 4 Comparative studies
- 5 Combinations of drugs
- 6 Risks and adverse effects
- 7 Considerations for prescription
- 8 Future of COX-2 Inhibitors
    - 8.1 COX-2 Inhibitors as a treatment for neuroblastomas
    - 8.2 COX-2 Inhibitors as a treatment for cancer
    - 8.3 COX-2 Inhibitors with deleted COX-2-inhibitory function
- 9 See also
- 10 References
- 11 Further information
- 12 Footnotes
- 13 External links

## Research history

*For more details on this topic, see Cyclooxygenase 2 inhibitors: drug discovery and development.*

The COX-2 enzyme was discovered in 1988 by Daniel Simmons, a Brigham Young University researcher formerly of Harvard University. Dr. Simmons immediately understood the importance of his discovery. The same day the enzyme was sequenced, he had his notebook notarized as proof of his discovery. Subsequently, Pfizer, the research firm with whom Simmons had contracted, allegedly broke contract and refused to give Simmons any royalties and profits from his discovery. A lawsuit is currently in progress by Simmons against the drug developers. [1]

In the course of the search for a specific inhibitor of the negative effects of prostaglandins which spared the positive effects, it was discovered that prostaglandins could indeed be separated into two general classes which could loosely be regarded as "good prostaglandins" and "bad prostaglandins", according to the structure of a particular enzyme involved in their biosynthesis, cyclooxygenase.

Prostaglandins whose synthesis involves the cyclooxygenase-I enzyme, or COX-1, are responsible for maintenance and protection of the gastrointestinal tract, while prostaglandins whose synthesis involves the cyclooxygenase-II enzyme, or COX-2, are responsible for inflammation and pain.

The existing non-steroidal anti-inflammatory drugs (NSAIDs) differ in their relative specificities for COX-2 and COX-1; while aspirin is equipotent at inhibiting COX-2 and COX-1 enzymes in vitro and ibuprofen demonstrates a sevenfold greater inhibition of COX-2, other NSAIDs appear to have partial COX-2 specificity, particularly meloxicam (Mobic). Studies of meloxicam 7.5 mg per day for 23 days find a level of gastric injury similar to that of a placebo, and for

meloxicam 15 mg per day a level of injury lower than that of other NSAIDs; however, in clinical practice meloxicam can still cause some ulcer complications.

A search for COX-2-specific inhibitors resulted in promising candidates such as valdecoxib, celecoxib, and rofecoxib (marketed under the brand names Bextra, Celebrex, and Vioxx respectively). Valdecoxib and rofecoxib are about 300 times more potent at inhibiting COX-2, than COX-1, suggesting the possibility of relief from pain and inflammation, without gastrointestinal irritation, and promising to be a boon for those who had experienced such adverse effects previously or had comorbidities that could lead to such complications. Celecoxib is approximately 30 times more potent at inhibiting COX-2 than COX-1.

Although individual reactions to particular NSAIDs vary, in general the efficacy of COX-2 inhibitors has proved similar to that of other NSAIDs, as expected since both classes of drug inhibit the desired target, the action of COX-2 prostaglandins. The drugs effectiveness is similar to that of traditional NSAIDs such as ibuprofen, diclofenac, or naproxen.

## Adverse drug reactions and withdrawal of Vioxx

On September 27, 2004 Vioxx (Rofecoxib) was withdrawn voluntarily from the market, due to an increased risk of myocardial infarction and stroke. At present it is unclear whether this adverse drug reaction pertains also to other drugs of this group or is specific for rofecoxib.

Beasley Allen Law Firm is spearheading the review of over 31,000 claims against the manufacturers of Bextra, Celebrex and Vioxx.

## Early COX-2-inhibiting drugs

Celebrex and Vioxx were introduced in 1999 and rapidly became the most frequently prescribed new drugs in the United States. By October 2000, their US sales exceeded 100 million prescriptions per year for $3 billion, and were still rising, sales of Celebrex alone reaching $3.1 billion in 2001. A Spanish study found that between January 2000 and June 2001, 7% of NSAID prescriptions and 29% of NSAID expenditures were for COX-2 inhibitors. Over the period of the study, COX-2 inhibitors rose from 10.03% of total NSAIDs prescribed by specialty physicians to 29.79%, and from 1.52% to 10.78% of NSAIDs prescribed by primary care physicians (98.23% of NSAIDs and 94.61% of COX-2 inhibitors were prescribed by primary care physicians). For specialty physicians, rofecoxib and celecoxib were third and fifth most frequently prescribed NSAIDs but first and second in cost, respectively; for primary-care physicians they were ninth and twelfth most frequently prescribed NSAIDs and first and fourth in cost.

The cause of the rapid widespread acceptance of Celebrex and Vioxx by physicians was the publication of two large trials, the Celecoxib Long-term Arthritis Safety Study [1] CLASS study in JAMA, and the Vioxx Gastrointestinal Outcomes Research[2] VIGOR study in the New England Journal of Medicine. Both publications concluded that COX-2 specific NSAIDs were associated with significantly fewer adverse gastrointestinal effects. In the CLASS trial comparing Celebrex 800 mg/day to ibuprofen 2400 mg/day and diclofenac 150 mg/day for osteoarthritis or rheumatoid arthritis for six months, Celebrex was significantly associated with fewer upper gastrointestinal complications (0.44% vs. 1.27%, P=0.04), with no significant difference in incidence of cardiovascular events in patients not taking aspirin for cardiovascular prophylaxis. In the VIGOR trial testing Vioxx 50 mg/day versus naproxen for rheumatoid arthritis, Vioxx reduced the risk of symptomatic ulcers and clinical upper gastrointestinal events (perforations, obstructions and bleeding) by 54%, to 1.4% from 3%, the risk of complicated upper gastrointestinal events (complicated perforations, obstructions and bleeding in the upper gastrointestinal tract) by 57%, and the risk of bleeding from anywhere in the gastrointestinal tract by 62%. An enormous marketing effort capitalized on these publications; Vioxx was the most heavily advertised prescription drug in 2000, and Celebrex the seventh, according to IMS Health.

## Comparative studies

In a metaanalysis of eight osteoarthritis studies, the incidence of withdrawal because of adverse gastrointestinal events was 3.5% for Vioxx, compared to 4.8% for ibuprofen, diclofenac, or nabumetone (Relafen). Endoscopic studies of

patients receiving Celebrex 50-400mg twice daily for 12 weeks found rates of upper gastrointestinal complications similar to placebo and significantly lower than naproxen 500 mg twice daily and ibuprofen 800 mg three times daily, but not statistically significantly different from patients receiving diclofenac 75 mg twice daily.[11] The analysis found that Vioxx provided significant gastrointestinal benefits in patients both at high risk and at low risk of developing gastrointestinal problems; patients at low risk still had 88% fewer gastrointestinal problems with Vioxx.

The results of the CLASS study were confirmed by the Successive Celecoxib Efficacy and Safety Studies (SUCCESS) study, which examined the effectiveness and safety of celecoxib 200 mg and 400 mg daily and how well it was tolerated by patients in terms of adverse effects, compared with the most common NSAID regimens in the countries studied (diclofenac 100 mg daily and naproxen 1000 mg daily). SUCCESS showed that celecoxib was as effective as the conventional NSAIDs in controlling the pain of arthritis, and caused fewer gastrointestinal ulcers or ulcer complications (such as perforations or bleeding) and fewer upper gastrointestinal adverse effects, e.g. 29% less chance of having nausea and 22% less chance of abdominal pain. In addition, hospitalization rates for upper gastrointestinal problems were 2 to 4 times lower with celecoxib, and because there were fewer adverse effects, there was 23% less chance of a celecoxib patient stopping treatment. The study also found that there was no real advantage to taking a bigger dose of celecoxib: the 200 mg dose was found to be just as effective as the 400 mg dose.

The VIGOR study was followed by the Assessment of Difference between Vioxx and Naproxen to Ascertain Gastrointestinal Tolerability and Effectiveness (ADVANTAGE) study, which showed that 9.1% of people taking Vioxx received a gastro-protective medicine compared with 11.2% of people taking naproxen, a reduction of 19%. In addition, after 3 months, 5.9% of people stopped taking Vioxx compared with 8.1% who stopped taking naproxen, a reduction of 27%. ADVANTAGE was the first study comparing the gastrointestinal tolerability of Vioxx and naproxen in a group that included patients taking low-dose aspirin for cardiovascular reasons. This was followed by the Experience with Vioxx in Arthritis (EVA) survey of 5,986 Belgian physicians and 74,192 people with osteoarthritis, which found that, after 12.5 or 25 mg of Vioxx once daily for 30 days, 80% of the patients wished to continue treatment with Vioxx and more than 80% of doctors said they would continue prescribing Vioxx. The preference to continue taking Vioxx was especially strong in people who previously treated with older NSAIDs.

In a six week long study comparing Vioxx 25 mg once daily, Vioxx 12.5 mg once daily, Celebrex 200 mg once daily, and paracetamol 1,000 mg four times daily for osteoarthritis of the knee, higher dose Vioxx was found to be superior to the other three treatments for reduction of nocturnal pain, and superior to Celebrex and acetaminophen for reduction of resting pain. At six weeks, 60% of high dose Vioxx patients reported a good or excellent response, compared to 46% of Celebrex patients and 39% of paracetamol patients. Low dose Vioxx was not found to be statistically significant from Celebrex at this dose. Similar results were found for early response to therapy.

However, when the Food and Drug Administration (FDA) later presented more complete data from the CLASS and VIGOR trials on its web site, the results were less certain. The CLASS trial was revealed to also have twelve and fifteen month time points which had not been discussed in the JAMA publication; in this segment of the trial, the number of ulcer-related complications for Celebrex caught up to the control NSAID group. Similarly, the complete VIGOR study data revealed that in fact, when all adverse events, not just gastrointestinal, were tabulated, the patients receiving VIOXX had suffered (barely) significantly higher incidence of adverse events overall than the control NSAID group. In particular, the risk of serious cardiovascular thrombotic events, e.g. myocardial infarction, was 1.7% in the VIOXX patients versus 0.7% in the control group, and there were significantly more withdrawals in the Vioxx group for causes including hypertension, edema, hepatotoxicity, heart failure, or pathological laboratory findings. The mean increases in systolic and diastolic blood pressure in the Vioxx group were 4.6 mmHg and 1.7 mmHg respectively, compared to 1.0 and 0.1 mmHg in the control NSAID group. An estimated 43,000,000 Americans, nearly one out of six, suffers from arthritis. However, 42% (18 million) of these also suffer from hypertension. Therefore, the promise of better patient outcomes and lowered medical costs from use of COX-2 inhibitors may not be as great as previously hoped. Questions remain regarding the relative safety and cost effectiveness of this new class. While endoscopic evidence of gastrointestinal damage is frequently seen in studies of nonspecific NSAIDs, the actual incidence of clinically evident symptoms and patient discomfort is much lower; furthermore, in cases of short-term therapy, any such damage generally reverses itself quickly after termination of the drug.

# Combinations of drugs

A model comparing the theoretical relative frequency of gastrointestinal adverse effects and cost effectiveness of

celecoxib, nonspecific NSAIDs alone, NSAIDs plus a proton pump inhibitor, NSAIDs plus an $H_2$ receptor antagonist, NSAIDs plus misoprostol, and diclofenac/misoprostol, found the lowest probability of adverse gastrointestinal events for celecoxib, followed by NSAIDs plus a proton pump inhibitor, NSAIDs plus an $H_2$ receptor antagonist, NSAID plus misoprostol, diclofenac/misoprostol, and NSAID alone. In total cost, including drug plus treatment of any gastrointestinal effects, the lowest cost treatment was celecoxib, followed by NSAIDs alone and diclofenac/misoprostol, with the other NSAID plus gastrointestinal protection regimens being much more costly. Similarly, a model of cost effectiveness of rofecoxib and celecoxib compared to high-dose acetaminophen or ibuprofen, with and without misoprostol, in patients with osteoarthritis of the knee found that acetaminophen had the lowest cost for average patients. For those not responding to paracetamol, ibuprofen was the most cost effective treatment by a large margin, but for those who did not respond to acetaminophen and had a high risk of gastrointestinal damage, rofecoxib was the most cost effective treatment.

## Risks and adverse effects

This cardiovascular risk of COX-2 specific inhibitors is not surprising since prostaglandins are involved in regulation of blood pressure by the kidneys. Therefore, cardiovascular effects of NSAIDs prescribed for arthritis pain and inflammation need to be considered when choosing the appropriate medication for each patient. A French study of osteoarthritis patients over 65 years of age determined that, compared to Celebrex (200 mg once daily), patients taking Vioxx (25 mg once daily) suffered a two-fold increase in clinically significant edema and 60% more frequent increases in systolic blood pressure greater than 20 mmHg, as early as the second week of treatment. This has significant implications, since it has been estimated that every 2 mmHg increase in blood pressure raises the risk of stroke by two thirds and the risk of myocardial infarction by one third, suggesting that Celebrex may be a better choice for hypertensive patients or those at risk for edema. In addition, COX-2 inhibitors lack some of the platelet inhibiting properties of aspirin and other nonspecific NSAIDs and may, directly or indirectly, lead to increased risk of thrombosis, particularly in high risk patients where low dose aspirin therapy is warranted. On the other hand, this property makes them a better choice for perisurgical pain management, where inhibition of blood clotting would be problematic.

There are other differences between Celebrex and Vioxx that influence prescribing practices. Patients with known sensitivity to sulfa drugs are likely to be sensitive to Celebrex as well, due to similarity in structure. Vioxx has a more rapid onset and is approved for acute pain as well as osteoarthritis, while Celebrex is approved for rheumatoid arthritis as well as osteoarthritis.

## Considerations for prescription

A key assumption made in early COX-2 cost-effectiveness studies was lower cost due to a reduction in coprescription of agents used to protect the gastrointestinal tract from traditional NSAIDs. However, if gastroprotective agents continue to be coprescribed along with COX-2 inhibitors, there would seem to be no advantage to the use of these higher cost NSAIDs. Similarly, in patients who take aspirin for cardiovascular benefit, with its attendant gastrointestinal irritation, prescription of COX-2 inhibitors to avoid gastrointestinal irritation would seem to offer no advantage. This was confirmed by the CLASS study, which found significantly lower incidence of upper gastrointestinal complications alone and combined with symptomatic ulcers in patients taking Celebrex 400 mg twice daily, compared to ibuprofen 800 mg three times daily or diclofenac 75 mg twice daily; but this freedom from gastrointestinal complications was lost in patients taking concurrent low dose aspirin.

## Future of COX-2 Inhibitors

### COX-2 Inhibitors as a treatment for neuroblastomas

Recent studies have shown that small tumors of the sympathetic nervous system (neuroblastoma) have abnormal levels of COX-2 expressed (Johnsen et al.). These studies report that overexpression of the COX-2 enzyme has an adverse effect on the tumor suppressor, p53. p53 is an apoptosis transcription factor normally found in the cytosol. When cellular DNA is damaged beyond repair, p53 is transported to the nucleus where it promotes p53 mediated cell suicide (apoptosis) (Lau et al., 2006). Two of the metabolites of COX-2, prostaglandin A2 (PGA2) and A1 (PGA1), when present in high quantities bind to p53 in the cytosol and inhibit its ability to cross into the nucleus. This essentially

sequesters p53 in the cytosol and prevents apoptosis (Lau et al., 2006). coxibs such as CELEBREX (celecoxib), by selectively inhibiting the overexpressed COX-2, allow p53 to work properly. Functional p53 allows DNA damaged neuroblastoma cells to commit suicide through apoptosis, halting tumor growth. COX-2 up-regulation has also been linked to the phosphorylation and activation of the E3 ubiquitin ligase HDM2, a protein that mediates p53 ligation and tagged destruction, through ubiquitination (Lau et al., 2006). The mechanism for this neuroblastoma HDM2 hyperactivity is unknown. Studies have shown that COX-2 inhibitors block the phosphorylation of HDM2 preventing its activation. In vitro, the use of COX-2 inhibitors such as CELEBREX (celecoxib) lowers the level of active HDM2 found in neuroblastoma cells. The exact process of how COX-2 inhibitors block HDM2 phosphorylation is unknown, but this mediated reduction in active HDM2 concentration level restores the cellular p53 levels. After treatment with CELEBREX (celecoxib), the restored p53 function allows DNA damaged neuroblastoma cells to commit suicide through apoptosis reducing the size of growth of the tumor (Lau et al., 2006).

## COX-2 Inhibitors as a treatment for cancer

COX-2 appears to be related to cancers and abnormal growths in the intestinal tract. COX inhibitors have been shown to reduce the occurrence of cancers and pre-cancerous growths. The National Cancer Institute has done some studies on COX-2 and Cancer [2]. And the FDA has approved Celebrex for treatment of familial adenomatous polyposis (FAP) [3]. COX-2 inhibitors are currently being studied breast cancer[3] and appear to be beneficial.[4]

## COX-2 Inhibitors with deleted COX-2-inhibitory function

The inhibition of COX-2 is paramount for the anti-inflammatory and analgesic function of the selective COX-2 inhibitor celecoxib, and quite likely also for its ability to prevent the development of cancerous growth. However, with regards to this drug's promise for the therapy of advanced cancers, it is unclear whether the inhibition of COX-2 plays a dominant role, and this has become a controversial and intensely researched issue. In recent years, several additional intracellular components (besides COX-2) were discovered that appear to be important for mediating the anticancer effects of celecoxib in the absence of COX-2.[5] Moreover, a recent study with various malignant tumor cells showed that celecoxib could inhibit the growth of these cells, even though some of these cancer cells didn't even contain COX-2.[6]

Additional support for the idea that other targets besides COX-2 are important for celecoxib's anticancer effects has come from studies with chemically modified versions of celecoxib. Several dozen analogs of celecoxib were generated with small alterations in their chemical structures.[7] Some of these analogs retained COX-2 inhibitory activity, whereas many others didn't. However, when the ability of all these compounds to kill tumor cells in cell culture was investigated, it turned out that the antitumor potency did not at all depend on whether or not the respective compound could inhibit COX-2, showing that inhibition of COX-2 was not required for the anticancer effects.[7][8] One of these compounds, 2,5-dimethyl-celecoxib, which entirely lacks the ability to inhibit COX-2, actually turned out to display stronger anticancer activity than celecoxib itself [9] and this anticancer effect could also be verified in highly drug-resistant tumor cells [10] and in various animal tumor models.[11][12]

# See also

- Cyclooxygenase

# References

- Green GA (2001). "Understanding NSAIDs: from aspirin to COX-2". *Clin Cornerstone* 3 (5): 50–60. doi:10.1016/S1098-3597(01)90069-9. PMID 11464731.
- Malhotra S, Shafiq N, Pandhi P (2004). "COX-2 inhibitors: a CLASS act or Just VIGOROusly promoted". *MedGenMed* 6 (1): 6. PMID 15208519. PMC 1140734. http://www.medscape.com/viewarticle/47342.
- Montero Fernández MJ, Rodríguez Alcalá FJ, Valles Fernández N, López de Castro F, Esteban Tudela M, Cordero García B (October 2002). "[At what care level are cyclo-oxygenase-2 inhibitors prescribed?"] (in Spanish; Castilian). *Aten Primaria* 30 (6): 363–7. PMID 12396942. http://db.doyma.es/cgi-

bin/wd... Begie2e05ymda01e57sta.pbbDEd_full0cmt-0S2I0205&rev=27&ei2202&nem6&pag=463.

- "You and A: Arthritis drugs. Pain and confusion"; Francesca Lunzer Kritz; Washington Post; Sept. 4, 2001; HE01.
- "Vioxx (rofecoxib) reduces night-time osteoarthritis pain better than celecoxib or acetaminophen"; European League Against Rheumatism (EULAR) conference proceedings.
- "Will the promise of the COX-II selective NSAIDs come to fruition?"; Drug Ther Perspect 17(11); 6-10, 2001.
- Chancellor JV, Hunsche E, de Cruz E, Sarasin FP (2001). "Economic evaluation of celecoxib, a new cyclo-oxygenase 2 specific inhibitor, in Switzerland". *Pharmacoeconomics* **19 Suppl 1**: 59–75. doi:10.2165/00019053-200119001-00005. PMID 11280106.
- Kamath CC, Kremers HM, Vanness DJ, O'Fallon WM, Cabanela RL, Gabriel SE (2003). "The cost-effectiveness of acetaminophen, NSAIDs, and selective COX-2 inhibitors in the treatment of symptomatic knee osteoarthritis". *Value Health* **6** (2): 144–57. doi:10.1046/j.1524-4733.2003.00215.x. PMID 12641865. http://www.blackwell-synergy.com/openurl?genre=article&sid=nlm:pubmed&issn=1098-3015&date=2003&volume=6&issue=2&spage=144.
- "Osteoarthritis drug Celebrex (celecoxib) less likely to cause increased blood pressure than Vioxx (rofecoxib)"; European League Against Rheumatism (EULAR) conference proceedings.
- Johnsen JI, Lindskog M, Ponthan F, *et al.* (October 2004). "Cyclooxygenase-2 is expressed in neuroblastoma, and nonsteroidal anti-inflammatory drugs induce apoptosis and inhibit tumor growth in vivo". *Cancer Res.* **64** (20): 7210–5. doi:10.1158/0008-5472.CAN-04-1795. PMID 15492235.
- Lau L, Hansford LM, Cheng LS, *et al.* (March 2007). "Cyclooxygenase inhibitors modulate the p53/HDM2 pathway and enhance chemotherapy-induced apoptosis in neuroblastoma". *Oncogene* **26** (13): 1920–31. doi:10.1038/sj.onc.1209981. PMID 16983334.

# Further information

- Dai C, Stafford RS, Alexander GC. National Trends in Cox-2 inhibitor use since market release: non-selective diffusion of a selectively cost-effective innovation Archives of Internal Medicine. 2005; 165: 171-177.
- Editorial: Solomon DH, Avorn J. Coxibs, science, and the public trust Archives of Internal Medicine. 2005;165:158-160

# Footnotes

1. ^ Silverstein FE, Faich G, Goldstein JL, *et al.* (September 2000). "Gastrointestinal toxicity with celecoxib vs nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: A randomized controlled trial. Celecoxib Long-term Arthritis Safety Study". *JAMA* **284** (10): 1247–55. doi:10.1001/jama.284.10.1247. PMID 10979111. http://jama.ama-assn.org/cgi/pmidlookup?view=long&pmid=10979111.
2. ^ Bombardier C, Laine L, Reicin A, *et al.* (November 2000). "Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group". *N. Engl. J. Med.* **343** (21): 1520–8, 2 p following 1528. doi:10.1056/NEJM200011233432103. PMID 11087881. http://content.nejm.org/cgi/pmidlookup?view=short&pmid=11087881&promo=ONFLNS19.
3. ^ Chow LW, Loo WT, Toi M (October 2005). "Current directions for COX-2 inhibition in breast cancer". *Biomed. Pharmacother.* **59 Suppl 2**: S281–4. doi:10.1016/S0753-3322(05)80046-0. PMID 16507393. http://linkinghub.elsevier.com/retrieve/pii/S0753-3322(05)80046-0.
4. ^ Farooqui M, Li Y, Rogers T, *et al.* (December 2007). "COX-2 inhibitor celecoxib prevents chronic morphine-induced promotion of angiogenesis, tumour growth, metastasis and mortality, without compromising analgesia". *Br. J. Cancer* **97** (11): 1523–31. doi:10.1038/sj.bjc.6604057. PMID 17971769.
5. ^ Schönthal AH (December 2007). "Direct non-cyclooxygenase-2 targets of celecoxib and their potential relevance for cancer therapy". *Br. J. Cancer* **97** (11): 1465–8. doi:10.1038/sj.bjc.6604049. PMID 17955049.
6. ^ Chuang HC, Kardosh A, Gaffney KJ, Petasis NA, Schönthal AH (2008). "COX-2 inhibition is neither necessary nor sufficient for celecoxib to suppress tumor cell proliferation and focus formation in vitro". *Mol. Cancer* **7**: 38. doi:10.1186/1476-4598-7-38. PMID 18485224.
7. ^ *a b* Zhu J, Song X, Lin HP, *et al.* (December 2002). "Using cyclooxygenase-2 inhibitors as molecular platforms to develop a new class of apoptosis-inducing agents". *J. Natl. Cancer Inst.* **94** (23): 1745–57. PMID 12464646. http://jnci.oxfordjournals.org/cgi/pmidlookup?view=long&pmid=12464646.
8. ^ Schönthal AH, Chen TC, Hofman FM, Louie SG, Petasis NA (February 2008). "Celecoxib analogs that lack COX-2 inhibitory function: preclinical development of novel anticancer drugs". *Expert Opin Investig Drugs* **17** (2): 197–208. doi:10.1517/13543784.17.2.197. PMID 18230053.

9. ^ Schönthal A. H. (2006). "Antitumor properties of dimethyl-celecoxib, a derivative of celecoxib that does not inhibit cyclooxygenase-2: implications for glioma therapy". *Neurosurg Focus* **20** (4): E21. doi:10.3171/foc.2006.20.4.14. PMID 16709027.

10. ^ Kardosh A. *et al.* (2005). "Multitarget inhibition of drug-resistant multiple myeloma cell lines by dimethyl-celecoxib (DMC), a non-COX-2 inhibitory analog of celecoxib". *Blood* **106** (13): 4330–8. doi:10.1182/blood-2005-07-2819. PMID 16123214.

11. ^ Pyrko P. *et al.* (2007). "Calcium-activated endoplasmic reticulum stress as a major component of tumor cell death induced by 2,5-dimethyl-celecoxib, a non-coxib analogue of celecoxib". *Mol. Cancer Ther.* **6** (4): 1262–75. doi:10.1158/1535-7163.MCT-06-0629. PMID 17431104.

12. ^ Kardosh A. *et al.* (2005). "Dimethyl-celecoxib (DMC), a derivative of celecoxib that lacks cyclooxygenase-2-inhibitory function, potently mimics the anti-tumor effects of celecoxib on Burkitt's lymphoma in vitro and in vivo". *Cancer Biol. Ther.* **4** (5): 571–582. PMID 15846081.

# External links

Retrieved from "http://en.wikipedia.org/wiki/COX-2_inhibitor"
Categories: Non-steroidal anti-inflammatory drugs

- This page was last modified on 1 February 2010 at 16:39.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
  Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

smokers over age 35 are excluded).[24] The lower doses of estrogen used in postmenopausal hormone-replacement regimens actually can have some antihypertensive effect.[25] Nicotine in cigarettes, smokeless tobacco, and cigars causes transient (30 minutes or less) increases in blood pressure, although transdermal nicotine preparations do not appear to have this effect.[26] Because patients who smoke often have a cigarette just before coming into the physician's office, blood pressure should be rechecked after 30 minutes if initial readings are elevated. Although caffeine can raise blood pressure acutely, tolerance develops rapidly, and there appears to be no direct relationship between caffeine intake and chronic hypertension.[27] Chronic overuse of alcohol is a potentially reversible cause of hypertension.[4]

*Diet.* Excess consumption of dietary sodium is linked to chronic hypertension, although the lower limit of "excess" can be difficult to define. Blacks, the elderly, patients with diabetes, and patients with essential hypertension appear to be particularly sensitive to dietary sodium intake.[5] Low intake of potassium, calcium, and magnesium can have a similar but less pronounced effect.[5] Dietary patterns that cause obesity also can cause hypertension. Sustained weight reduction lowers blood pressure—often to normal levels—in at least one half of obese patients.[28] A loss of 5 to 10 percent of body weight can significantly reduce blood pressure.

### E: ERYTHROPOIETIN, ENDOCRINE DISORDERS

*Erythropoietin.* Elevated erythropoietin levels can be endogenous (as in response to the chronic hypoxia of COPD) or exogenous (administered to alleviate the anemia seen in chronic renal failure). High erythropoietin levels can elevate blood pressure either via a polycythemia/hyperviscosity mechanism or by direct pressor effects.[7]

*Endocrine Disorders.* Hypothyroidism can cause decreased cardiac output with a compensatory increase in vascular tone, resulting in a more prominent rise in diastolic blood pressure than in systolic blood pressure.[7] Conversely, hyperthyroidism induces increased cardiac output and compensatory decreased vascular tone, causing a greater increase in systolic blood pressure.[7] A thyroid-stimulating hormone level is the best diagnostic screening test for thyroid disorders.

Hyperparathyroidism (primary or secondary to chronic renal insufficiency) is a potentially reversible cause of hypertension. Its incidence in hypertensive patients is about 1 percent, compared with a 0.1 percent incidence in the general population.[29] However, only 30 to 40 percent of patients with hyperparathyroidism have hypertension, and parathyroidectomy does not reliably resolve hypertension in patients with this disorder.[29] It is unclear how hyperparathyroidism increases blood pressure, because there is no direct correlation with parathyroid hormone or calcium levels.

**TABLE 2**

| Drug class | Drug examples |
| --- | --- |
| Immunosuppressive agents | Cyclosporine (Sandimmune), tacrolimus (Prograf), corticosteroids |
| Nonsteroidal anti-inflammatory drugs | Ibuprofen (Motrin), naproxen (Naprosyn), piroxicam (Feldene) |
| | Celecoxib (Celebrex), valdecoxib (Bextra) |
| Estrogens | 30- to 35-mcg estrogen oral contraceptives |
| Weight-loss agents | Sibutramine (Meridia), phentermine (Adipex), ma huang (ephedra) |
| Stimulants | Nicotine, amphetamines |
| Mineralocorticoids | Fludrocortisone (Florinef) |
| Antiparkinsonian | Bromocriptine (Parlodel) |
| Monoamine oxidase inhibitors | Phenelzine (Nardil) |
| Anabolic steroids | Testosterone |
| Sympathomimetics | Pseudoephedrine (Novafed) |

*COX-2 = cyclooxygenase-2.*



*Spider bite* (handwritten)

# Cyanosis

From Wikipedia, the free encyclopedia

**Cyanosis** is a blue coloration of the skin and mucous membranes due to the presence of > 5g/dl deoxygenated hemoglobin in blood vessels near the skin surface.

Although human blood is always a shade of red (except in rare cases of hemoglobin-related disease), the optical properties of skin distort the dark red color of deoxygenated blood to make it appear bluish[1].

The elementary principle behind cyanosis is that deoxygenated hemoglobin is more prone to the optical bluish discoloration, and also produces vasoconstriction that makes it more evident. The scattering of color that produces the blue hue of veins and cyanosis is similar to the process that makes the sky appear blue: some colors are refracted and absorbed more than others. During cyanosis, tissues are uncharacteristically low on oxygen, and therefore tissues that would normally be filled with bright oxygenated blood are instead filled with darker, deoxygenated blood. Darker blood is much more prone to the blue-shifting optical effects[2], and thus oxygen deficiency - hypoxia - leads to blue discoloration of the lips and other mucous membranes.

The name is derived from the color cyan, which comes from *kyanous*, the Greek word for blue.



**Cyanosis**

A baby with a heart condition. Note purple nailbeds.

| ICD-10 | R23.0 |
|--------|-------|
| ICD-9 | 782.5 |

Cyanosis is an abnormal blue discoloration of the skin and mucous membranes and requires an absolute concentration of deoxygenated haemoglobin of > 5 g/dL. It is actually easier to appreciate in those with high hemoglobin than those with anemia. It can be difficult to detect in patients with dark skin.

# Contents

- 1 Definition
- 2 Differential diagnosis
  - 2.1 Central cyanosis
    - 2.1.1 Causes
  - 2.2 Peripheral cyanosis
    - 2.2.1 Causes
- 3 References
- 4 See also
- 5 External links

*First noticed **Both** feet deep bluish-purple 3 days after my spider bite on June 27, '03. I was immediately tested for diabetes at my first doctor appointment for the spider bite, because on June 30 '03 I also pulled a ½" blue piece of glass out of heal (right foot) that I didn't know was there.* (handwritten)

# Definition

Cyanosis is divided in to two main types central (around the core and lips) and peripheral ( only the extremities are effected ).

# Differential diagnosis

Cyanosis can occur in the fingers, including underneath the fingernails, as well as other extremities (called peripheral

↑ vascular issues while on Vioxx. '03

# Cyclooxygenase

From Wikipedia, the free encyclopedia

**Cyclooxygenase (COX)** is an enzyme (EC 1.14.99.1) that is responsible for formation of important biological mediators called prostanoids, including prostaglandins, prostacyclin and thromboxane. Pharmacological inhibition of *COX* can provide relief from the symptoms of inflammation and pain. Non-steroidal anti-inflammatory drugs, such as aspirin and ibuprofen, exert their effects through inhibition of COX. The names "prostaglandin synthase (PHS)" and "prostaglandin endoperoxide synthetase (PES)" are still used to refer to COX.

## Contents

- 1 Function
- 2 Pharmacology
  - 2.1 Classical NSAIDs
  - 2.2 Newer NSAIDs
  - 2.3 Non-NSAID COX inhibition
  - 2.4 Cardiovascular side-effects of COX inhibitors
- 3 See also
- 4 References
- 5 Further reading
- 6 External links

## Function

*See also: Prostaglandin and Eicosanoid*

*COX* converts arachidonic acid (AA, an ω-6 PUFA) to prostaglandin H$_2$ (PGH$_2$), the precursor of the series-2 prostanoids. The enzyme contains two active sites: a heme with peroxidase activity, responsible for the reduction of PGG$_2$ to PGH$_2$, and a cyclooxygenase site, where arachidonic acid is converted into the hydroperoxy endoperoxide prostaglandin G$_2$ (PGG$_2$). The reaction proceeds through H atom abstraction from arachidonic acid by a tyrosine radical generated by the peroxidase active site. Two O$_2$ molecules then react with the arachidonic acid radical, yielding PGG$_2$.

At present, three *COX* isoenzymes are known: *COX-1*, *COX-2*, and *COX-3*. *COX-3* is a splice variant of COX-1, which retains intron one and has a frameshift mutation; thus some prefer the name *COX-1b* or *COX-1 variant* (*COX-1v*).[1]

Different tissues express varying levels of *COX-1* and *COX-2*. Although both enzymes act basically in the same fashion, selective inhibition can make a difference in terms of side-effects. *COX-1* is considered a constitutive enzyme, being found in most

---

### prostaglandin-endoperoxide synthase 1 (prostaglandin G/H synthase and cyclooxygenase)

PROSTAGLANDIN H2 SYNTHASE-1 COMPLEX

**Identifiers**

| | |
|---|---|
| Symbol | PTGS1 |
| Entrez | 5742 |
| HUGO | 9604 |
| OMIM | 176805 |
| PDB | 1CQE |
| RefSeq | NM_080591 |
| UniProt | P23219 |
| **Other data** | |
| EC number | 1.14.99.1 |
| Locus | Chr. 9 *q32-q33.3* |

### prostaglandin-endoperoxide synthase 2 (prostaglandin G/H synthase and cyclooxygenase)

Cyclooxygenase-2 (Prostaglandin Synthase-2)

**Identifiers**

| | |
|---|---|
| Symbol | PTGS2 |
| Entrez | 5743 |
| HUGO | 9605 |

notably an increased risk of renal failure,
for heart attack, thromboses, and stroke through a increase. This for this reason the rofecoxib (brand name Vioxx) was banned in 2004 because of such concerns. Some other COX-2 selective NSAIDs, such as celecoxib, and etoricoxib, are still on the market.

### Non-NSAID COX inhibition

It has been suggested that acetaminophen, also known as paracetamol, reversibly inhibits *COX-3*, although there is now some doubt about this theory. *COX-3* produces prostanoids in the brain, but does not participate in eicosanoid signalling in inflammation. Acetaminophen, thereby, may interfere with the perception of pain. Since it has no effect on inflammation, it is not classed as an NSAID.[3][4] Culinary mushrooms, like Maitake, may be able to partially inhibit *COX-1* and *COX-2*.[5][6]

### Cardiovascular side-effects of COX inhibitors

A 2006 analysis of 138 randomised trials and almost 150 000 participants[7] showed that selective *COX-2* inhibitors are associated with a moderately increased risk of vascular events, mainly due to a twofold increased risk of myocardial infarction, and also that high-dose regimens of some traditional NSAIDs such as diclofenac and ibuprofen are associated with a similar increase in risk of vascular events.

# See also

- COX-2 selective inhibitor
- PTGS2
- Cyclooxygenase 2 inhibitors: drug discovery and development

# References

1. ^ Chandrasekharan NV, Dai H, Roos KL, Evanson NK, Tomsik J, Elton TS, Simmons DL (October 2002). "COX-3, a cyclooxygenase-1 variant inhibited by acetaminophen and other analgesic/antipyretic drugs: cloning, structure, and expression". *Proc. Natl. Acad. Sci. U.S.A.* 99 (21): 13926–31. doi:10.1073/pnas.162468699. PMID 12242329.
2. ^ Goodsell DS (2001-05-01). "Cyclooxygenase". RCSB Protein Data Bank. http://www.pdb.org/pdb/static.do?p=education_discussion/molecule_of_the_month/pdb17_1.html. Retrieved 2009-03-31.
3. ^ Warner TD, Mitchell JA (October 2002). "Cyclooxygenase-3 (COX-3): filling in the gaps toward a COX continuum?". *Proc. Natl. Acad. Sci. U.S.A.* 99 (21): 13371–3. doi:10.1073/pnas.222543099. PMID 12374850.
4. ^ Soberman RJ, Christmas P (April 2003). "The organization and consequences of eicosanoid signaling". *J. Clin. Invest.* 111 (8): 1107–13. doi:10.1172/JCI18338. PMID 12697726.
5. ^ Zhang, Y; Mills, GL; Nair, MG (2002). "Cyclooxygenase inhibitory and antioxidant compounds from the mycelia of the edible mushroom Grifola frondosa". *Journal of agricultural and food chemistry* 50 (26): 7581–5. doi:10.1021/jf0257648. PMID 12475274.
6. ^ Zhang, Y; Mills, GL; Nair, MG (2003). "Cyclooxygenase inhibitory and antioxidant compounds from the fruiting body of an edible mushroom, Agrocybe aegerita". *Phytomedicine : international journal of phytotherapy and phytopharmacology* 10 (5): 386–90. PMID 12834003.
7. ^ Kearney PM, Baigent C, Godwin J, Halls H, Emberson JR, Patrono C (June 2006). "Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials". *BMJ* 332 (7553): 1302–8. doi:10.1136/bmj.332.7553.1302. PMID 16740558.

# Further reading

- Pedro J. Silva, Pedro A. Fernandes and Maria J. Ramos (2003) A theoretical study of radical-only and combined radical/carbocationic mechanisms of arachidonic acid cyclooxygenation by prostaglandin H synthase. Theoretical Chemistry Accounts, 110, 345-351.

# Hypoxia (medical)

*Lack of oxygen*

From Wikipedia, the free encyclopedia

**Hypoxia** is a pathological condition in which the body as a whole (**generalized hypoxia**) or a region of the body (**tissue hypoxia**) is deprived of adequate oxygen supply. Variations in arterial oxygen concentrations can be part of the normal physiology, for example, during strenuous physical exercise. A mismatch between oxygen supply and its demand at the cellular level may result in a hypoxic condition. Hypoxia in which there is complete deprivation of oxygen supply is referred to as **anoxia**.

| Hypoxia | |
|---------|---------|
| ICD-9 | 799.02 |
| MeSH | D000860 |

Hypoxia differs from hypoxemia. In the latter, the oxygen concentration within the arterial blood is abnormally low. [1]. It is possible to experience hypoxia and have a low oxygen content (e.g., due to anemia) but maintain high oxygen partial pressure (p$O_2$). Incorrect use of these terms can lead to confusion, especially as hypoxemia is among the causes of hypoxia (in hypoxemic hypoxia).

Generalized hypoxia occurs in healthy people when they ascend to high altitude, where it causes altitude sickness leading to potentially fatal complications: high altitude pulmonary edema (HAPE) and high altitude cerebral edema (HACE).[2] Hypoxia also occurs in healthy individuals when breathing mixtures of gases with a low oxygen content, e.g. while diving underwater especially when using closed-circuit rebreather systems that control the amount of oxygen in the supplied air. A mild and non-damaging intermittent hypoxia is used intentionally during altitude trainings to develop an athletic performance adaptation at both the systemic and cellular level.[3]

# Contents

- 1 Symptoms
- 2 Types of hypoxia
- 3 Pathophysiology
- 4 Vasoconstriction and vasodilation
- 5 Treatment
- 6 See also
- 7 References
- 8 Bibliography

*On nocturnal oxygen since March 2008. Oxygen levels during sleep study showed my levels dropped dangerously low without "Sleep Apnea".*

# Symptoms

The symptoms of generalized hypoxia depend on its severity and acceleration of onset. In the case of altitude sickness, where hypoxia develops gradually, the symptoms include headaches, fatigue, shortness of breath, a feeling of euphoria and nausea. In severe hypoxia, or hypoxia of very rapid onset, changes in levels of consciousness, seizures, coma, priapism, and death occur. Severe hypoxia induces a blue discolouration of the skin, called cyanosis. Because hemoglobin is a darker red when it is not bound to oxygen (deoxyhemoglobin), as opposed to the rich red colour that it has when bound to oxygen (oxyhemoglobin), when seen through the skin it has an increased tendency to reflect blue light back to the eye. In cases where the oxygen is displaced by another molecule, such as carbon monoxide, the skin may appear 'cherry red' instead of cyanotic.

# Types of hypoxia

- **Hypoxic hypoxia** is a generalized hypoxia, an inadequate supply of oxygen to the body as a whole. The term "hypoxic hypoxia" specifies hypoxia caused by low partial pressure of oxygen in arterial blood. In the other causes of hypoxia that follow, the partial pressure of oxygen in arterial blood is normal. Hypoxic hypoxia may be due to:

- - Low partial pressure of atmospheric oxygen such as found at high altitude [4] or by replacement of oxygen in the breathing mix either accidentally as in the modified atmosphere of a sewer or intentionally as in the recreational use of nitrous oxide.
  - Low partial pressure of oxygen in the lungs when switching from inhaled anaesthesia to atmospheric air, due to the Fink effect, or diffusion hypoxia.
  - A decrease in oxygen saturation of the blood caused by sleep apnea or hypopnea
  - Inadequate pulmonary ventilation (e.g., in chronic obstructive pulmonary disease or respiratory arrest).
  - Shunts in the pulmonary circulation or a right-to-left shunt in the heart. Shunts can be caused by collapsed alveoli that are still perfused or a block in ventilation to an area of the lung. Whatever the mechanism, blood meant for the pulmonary system is not ventilated and so no gas exchange occurs (the ventilation/perfusion ratio is zero). Normal anatomical shunt occurs in everyone, because of the Thebesian vessels which empty into the left ventricle and the bronchial circulation which supplies the bronchi with oxygen.

- **hypemic hypoxia** in which arterial oxygen pressure is normal, but total oxygen content of the blood is reduced. [5]
- Hypoxia when the blood fails to deliver oxygen to target tissues.
  - Carbon monoxide poisoning which inhibits the ability of hemoglobin to release the oxygen bound to it.
  - Methaemoglobinaemia in which an abnormal version of hemoglobin accumulates in the blood

- **Histotoxic hypoxia** in which quantity of oxygen reaching the cells is normal, but the cells are unable to effectively use the oxygen due to disabled oxidative phosphorylation enzymes. The effects of drinking alcoholic beverages is a common example.
- **Ischemic, or stagnant hypoxia** in which there is a local restriction in the flow of otherwise well-oxygenated blood. The oxygen supplied to the region of the body is then insufficient for its needs. Examples are cerebral ischemia, ischemic heart disease and Intrauterine hypoxia, which is an unchallenged cause of perinatal death.

# Pathophysiology

After mixing with water vapour and expired $CO_2$ in the lungs, oxygen diffuses down a pressure gradient to enter arterial blood where its partial pressure is around 100mmHg (13.3kPa).[4] Arterial blood flow delivers oxygen to the peripheral tissues, where it again diffuses down a pressure gradient into the cells and into their mitochondria. These bacteria-like cytoplasmic structures strip hydrogen from fuels (glucose, fats and some amino acids) to burn with oxygen to form water. The fuel's carbon is oxidized to $CO_2$, which diffuses down its partial pressure gradient out of the cells into venous blood to finally be exhaled by the lungs. Experimentally, oxygen diffusion becomes rate limiting (and lethal) when arterial oxygen partial pressure falls to 40mmHg or below.

If oxygen delivery to cells is insufficient for the demand (hypoxia), hydrogen will be shifted to pyruvic acid converting it to lactic acid. This temporary measure (anaerobic metabolism) allows small amounts of energy to be produced. Lactic acid build up in tissues and blood is a sign of inadequate mitochondrial oxygenation, which may be due to hypoxemia, poor blood flow (e.g., shock) or a combination of both.[6] If severe or prolonged it could lead to cell death.

# Vasoconstriction and vasodilation

In most tissues of the body, the response to hypoxia is vasodilation. By widening the blood vessels, the tissue allows greater perfusion.

By contrast, in the lungs, the response to hypoxia is vasoconstriction. This is known as "Hypoxic pulmonary vasoconstriction", or "HPV".

# Treatment

To counter the effects of high-altitude diseases, the body must return arterial $pO_2$ toward normal. Acclimatization, the means by which the body adapts to higher altitudes, only partially restores $pO_2$ to standard levels. Hyperventilation, the

body's most common response to high-altitude conditions, increases alveolar $pO_2$ by raising the depth and rate of breathing. However, while $pO_2$ does improve with hyperventilation, it does not return to normal. Studies of miners and astronomers working at 3000 meters and above show improved alveolar $pO_2$ with full acclimatization, yet the $pO_2$ level remains equal to or even below the threshold for continuous oxygen therapy for patients with chronic obstructive pulmonary disease (COPD).[7] In addition, there are complications involved with acclimatization. Polycythemia, in which the body increases the number of red blood cells in circulation, thickens the blood, raising the danger that the heart can't pump it.

In high-altitude conditions, only oxygen enrichment can counteract the effects of hypoxia. By increasing the concentration of oxygen in the air, the effects of lower barometric pressure are countered and the level of arterial $pO_2$ is restored toward normal capacity. A small amount of supplemental oxygen reduces the equivalent altitude in climate-controlled rooms. At 4000 m, raising the oxygen concentration level by 5 percent via an oxygen concentrator and an existing ventilation system provides an altitude equivalent of 3000 m, which is much more tolerable for the increasing number of low-landers who work in high altitude.[8] In a study of astronomers working in Chile at 5050 m, oxygen concentrators increased the level of oxygen concentration by almost 30 percent (that is, from 21 percent to 27 percent). This resulted in increased worker productivity, less fatigue, and improved sleep.[9]

Oxygen concentrators are uniquely suited for this purpose. They require little maintenance and electricity, provide a constant source of oxygen, and eliminate the expensive, and often dangerous, task of transporting oxygen cylinders to remote areas. Offices and housing already have climate-controlled rooms, in which temperature and humidity are kept at a constant level. Oxygen can be added to this system easily and relatively cheaply.

# See also

- Altitude training for beneficial use of mild hypoxia
- Asphyxia
- Cerebral hypoxia
- Deep water blackout for special case of latent hypoxia
- Drowning
- g-LOC cerebral hypoxia induced by excessive g-forces
- Hypoxic tumor
- Hypoxicator a device intended for hypoxia acclimatisation in a controlled manner
- Ischemia
- Hyperoxia
- Sleep apnea
- Shallow water blackout for special case of hypoxia via self-induced hypocapnia
- Time of Useful Consciousness

For aircraft decompression incidents at altitude see:

- 1999 South Dakota Learjet crash (the crash which claimed the life of golfer Payne Stewart)
- 2000 Australia Beechcraft King Air crash
- Helios Flight 522
- Soyuz 11 fatal spacecraft decompression on re-entry

# References

1. ^ West, John B. (1977). *Pulmonary Pathophysiology: The Essentials*. Williams & Wilkins. pp. 22.
2. ^ Cymerman, A; Rock, PB. *Medical Problems in High Mountain Environments. A Handbook for Medical Officers*. **USARIEM-TN94-2**. US Army Research Inst. of Environmental Medicine Thermal and Mountain Medicine Division Technical Report. http://archive.rubicon-foundation.org/7976. Retrieved 2009-03-05.
3. ^ *Nonhematological mechanisms of improved sea-level ... - PubMed Med Sci Sports Exerc. 2007 Sep;39(9):1600-9.
4. ^ *a b* Kenneth Baillie and Alistair Simpson. "Altitude oxygen calculator". Apex (Altitude Physiology Expeditions). http://www.altitude.org/calculators/oxygencalculator/oxygencalculator.htm. Retrieved 2006-08-10. - Online interactive

oxygen delivery calculator

5. ^ Kenneth Baillie and Alistair Simpson. "Oxygen content calculator". Apex (Altitude Physiology Expeditions). http://www.altitude.org/calculators/oxygencontent/oxygencontent.htm. Retrieved 2006-08-10. - A demonstration of the effect of anaemia on oxygen content
6. ^ Hobler, K.E.; L.C. Carey (1973). "Effect of acute progressive hypoxemia on cardiac output and plasma excess lactate" (scanned copy). *Ann Surg* **177** (2): 199–202. doi:10.1097/00000658-197302000-00013. PMID 4572785. http://www.pubmedcentral.gov/articlerender.fcgi?tool=pubmed&pubmedid=4572785.
7. ^ West, John B. (2004). "The Physiologic Basis of High-Altitude Diseases". *Annals of Internal Medicine* **141** (10): 791.
8. ^ West, John B. (1995). "Oxygen Enrichment of Room Air to Relieve the Hypoxia of High Altitude". *Respiration Physiology* **99** (2): 230. doi:10.1016/0034-5687(94)00094-G.
9. ^ West, John B. (2004). "The Physiologic Basis of High-Altitude Diseases". *Annals of Internal Medicine* **141** (10): 793.

# Bibliography

- *Hypoxia - An invisible enemy*, *Fast*, Airbus technical magazine, #38 : presentation for non specialists of hypoxia and related safety procedures in civil airplanes
- Human Exposure to Vacuum web page, discussing the effects of vacuum on an unprotected human.

Retrieved from "http://en.wikipedia.org/wiki/Hypoxia_(medical)"
Categories: Oxygen | Pulmonology | Diving medicine | Aviation medicine

- This page was last modified on 15 February 2010 at 21:45.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

*[handwritten: Symptoms began as fatigue (severe) in 2000–2001. Had a treadmill during this time with Dr. Mitchell Study.]*

American Heart
Association

*Learn and Live*

| Search: | | Go | • Advanced Search |

Circulation Home  •  Subscriptions  •  Archives  •  Feedback  •  Authors  •  Help  •  AHA Journals Home

Circulation. 2004;110:2701-2707          « Previous Article | Table of Contents | Next Article »
Published online before print October 18, 2004, doi: 10.1161/01.CIR.0000145613.01188.0B

(*Circulation.* 2004;110:2701-2707.)
© 2004 American Heart Association, Inc.

## Vascular Medicine

# Intravascular Thrombosis After Hypoxia-Induced Pulmonary Hypertension

## Regulation by Cyclooxygenase-2

Graham P. Pidgeon, PhD[*]; Rasa Tamosiuniene, MD[*]; Gang Chen, PhD;
Irene Leonard, MD; Orina Belton, PhD; Aidan Bradford, PhD;
Desmond J. Fitzgerald, MD

From the Departments of Clinical Pharmacology (G.P.P., R.T., I.L., O.B., D.J.F.), Surgery
(G.C.), and Physiology (A.B.), Royal College of Surgeons Ireland, Dublin, Ireland.

Correspondence to Graham P. Pidgeon, PhD, Department of Clinical Pharmacology, Royal
College of Surgeons Ireland, 123 St. Stephens Green, Dublin 2, Ireland. E-mail
gpidgeon@rcsi.ie

Received September 18, 2003; de novo received May 20, 2004; revision
received June 16, 2004; accepted June 17, 2004.

*[handwritten: Diagnosed 8/21/09          Nocturnal Oxygen since 3/08]*

***Background***— Pulmonary hypertension induced by chronic hypoxia is
characterized by thickening of pulmonary artery walls, elevated pulmonary
vascular resistance, and right-heart failure. Prostacyclin analogues reduce
pulmonary pressures in this condition; raising the possibility that
cyclooxygenase-2 (COX-2) modulates the response of the pulmonary
vasculature to hypoxia.

***Methods and Results***— Sprague-Dawley rats in which pulmonary
hypertension was induced by hypobaric hypoxia for 14 days were treated
concurrently with the selective COX-2 inhibitor SC236 or vehicle. Mean
pulmonary arterial pressure (mPAP) was elevated after hypoxia ($28.1 \pm 3.2$
versus $17.2 \pm 3.1$ mm Hg; n=8, $P<0.01$), with thickening of small pulmonary

### This Article
▸ **Full Text**
▸ **Full Text (PDF)**
▸ **All Versions of this Article:**
  110/17/2701    most recent
  01.CIR.0000145613.01188.0Bv1
▸ **Alert me when this article is cited**
▸ **Alert me if a correction is posted**
▸ **Citation Map**

### Services
▸ **Email this article to a friend**
▸ **Similar articles in this journal**
▸ **Similar articles in PubMed**
▸ **Alert me to new issues of the journal**
▸ **Download to citation manager**
▸ **Request Permissions**

### Citing Articles
▸ **Citing Articles via HighWire**
▸ **Citing Articles via Google Scholar**

### Google Scholar
▸ **Articles by Pidgeon, G. P.**
▸ **Articles by Fitzgerald, D. J.**
▸ **Search for Related Content**

### PubMed
▸ **PubMed Citation**
▸ **Articles by Pidgeon, G. P.**
▸ **Articles by Fitzgerald, D. J.**
▸ **Pubmed/NCBI databases**
  ▪ Compound via MeSH
  ▪ Substance via MeSH
  **Medline Plus Health Information**
  ▪ Pulmonary Hypertension

### Related Collections
▸ **Cardiovascular Pharmacology**
▸ **Animal models of human disease**
▸ **Pulmonary circulation and disease**
▸ **Platelets**

arteries and increased COX-2 expression and prostacyclin formation. Selective inhibition of COX-2 aggravated the increase in mPAP (42.8±5.9 mm Hg; n=8, $P<0.05$), an effect that was attenuated by the thromboxane (TX) $A_2$/prostaglandin endoperoxide receptor antagonist ifetroban. Urinary $TXB_2$ increased during hypoxia (5.9±0.9 versus 1.2±0.2 ng/mg creatinine; n=6, $P<0.01$) and was further increased by COX-2 inhibition (8.5±0.7 ng/mg creatinine; n=6, $P< 0.05$). In contrast, urinary excretion of the prostacyclin metabolite 6-ketoprostaglandin $F_{1\alpha}$ decreased with COX-2 inhibition (8.6±3.0 versus 27.0±4.8 ng/mg creatinine; n=6, $P< 0.05$). Platelet activation was enhanced after chronic hypoxia. COX-2 inhibition further reduced the PFA-100 closure time and enhanced platelet deposition in the smaller pulmonary arteries, effects that were attenuated by ifetroban. Mice with targeted disruption of the *COX-2* gene exposed to chronic hypoxia had exacerbated right ventricular end-systolic pressure, whereas targeted disruption of *COX-1* had no effect.

*Conclusions*— COX-2 expression is increased and regulates platelet activity and intravascular thrombosis in hypoxia-induced pulmonary hypertension.

**Key Words:** thrombosis • hypoxia • hypertension, pulmonary • prostaglandins

# This article has been cited by other articles:



**Cardiovascular Research** ▶HOME

E. Delannoy, A. Courtois, V. Freund-Michel, V. Leblais, R. Marthan, and B. Muller

**Hypoxia-induced hyperreactivity of pulmonary arteries: role of cyclooxygenase-2, isoprostanes, and thromboxane receptors**

Cardiovasc Res, February 1, 2010; 85(3): 582 - 592.

[Abstract] [Full Text] [PDF]



**Physiology** ▶HOME

R. M. Douglas and G. G. Haddad

**Can O2 Dysregulation Induce Premature Aging?**

Physiology, December 1, 2008; 23(6): 333 - 349.

[Abstract] [Full Text] [PDF]



JOURNAL OF PHARMACOLOGY AND EXPERIMENTAL THERAPEUTICS ▶HOME

M.-C. Cathcart, R. Tamosiuniene, G. Chen, T. G. Neilan, A. Bradford, K. J. O'Byrne, D. J. Fitzgerald, and G. P. Pidgeon

**Cyclooxygenase-2-Linked Attenuation of Hypoxia-Induced Pulmonary Hypertension and Intravascular Thrombosis**

J. Pharmacol. Exp. Ther., July 1, 2008; 326(1): 51 - 58.

[Abstract] [Full Text] [PDF]



**Circulation** ▶HOME

L. E. Fredenburgh, O. D. Liang, A. A. Macias, T. R. Polte, X. Liu, D. F. Riascos, S. W. Chung, S. L. Schissel, D. E. Ingber, S. A. Mitsialis, *et al.*

**Absence of Cyclooxygenase-2 Exacerbates Hypoxia-Induced Pulmonary Hypertension and Enhances Contractility of Vascular Smooth Muscle Cells**

Healthy Mind
Healthy BODY

FREE products that help you stay Healthy

Sign-up Now!
QualityHealth

**MedicineNet.com**
We Bring Doctors' Knowledge to You

About Us | Privacy Policy | Site Map
February 16, 2010

SEARCH

Home | Picture Slideshows | Diseases & Conditions | Symptoms & Signs | Procedures & Tests | Medications | Image Collection | MedTerms Dictionary | Pet Health

home > arthritis center > arthritis a-z list > cox-2 inhibitors index > cox-2 inhibitors drug monograph

**Featured on MedicineNet**
Is Sleepiness Hurting You?
Causes of Fatigue Slideshow
Quiz: Sleep and Crazy Hours on the Job

**Top 10**
**Cox-2 Inhibitors Related Articles**
Abdominal Pain
Arthritis
Diarrhea
Headache
Intestinal Gas (Belching, Bloating, Flatulence)
Menstrual Cramps
Nausea and Vomiting
Osteoarthritis
Peptic Ulcer
Rheumatoid Arthritis
**Complete List »**

**Arthritis Topics**
Rheumatoid Arthritis
Systemic Lupus
Gout
Raynaud's Phenomenon
Sjogren's Syndrome
Arthritis RSS


VIEW SLIDESHOW

**Latest Arthritis News**
Blood May Reveal Rheumatoid Arthritis
Blood Test May Predict Rheumatoid Arthritis
Drug May Help Fight RA
Arthritis Doesn't Slow Typing
RA Drug Lowers Flu Shot Effectiveness
Want More News? Sign Up for MedicineNet Newsletters!
Health News Feed

« Previous | 1 | 2 | 3 | Next »

FONT SIZE
A A A

**Cox-2 Inhibitors Index** | **Glossary**

# Cox-2 Inhibitors (cont.)

The other cyclooxygenase, COX-2, also produces prostaglandins, but the COX-2 enzyme is located specifically in areas of the body that commonly are involved in inflammation but not in the stomach. When the COX-2 enzyme is blocked, inflammation is reduced; however, since the COX-2 enzyme does not play a role in protecting the stomach or intestine, COX-2 specific NSAIDs do not have the same risk of injuring the stomach or intestines.

Older NSAIDs (for example, aspirin, ibuprofen, naproxen, etc.) all act by blocking the action of both the COX-1 and COX-2 enzymes. COX-2 inhibitors selectively block the COX-2 enzyme and therefore have a lower risk of causing ulcers of the stomach or intestine.

## What are side effects of COX-2 inhibitors?

Common side effects of COX-2 inhibitors include:

- insomnia,
- abdominal pain,
- flatulence (gas),
- headache,
- nausea, and
- diarrhea.

*[handwritten: Used intermittently & continuously from 12/99 thru 9/04.]*

COX-2 inhibitors may increase the risk of serious, even fatal stomach and intestinal adverse reactions, such as ulcers, bleeding, and perforation of the stomach or intestines but to a lesser extent than other nonselective NSAIDs that block both COX-1 and COX-2. These events can occur at any time during treatment and without warning symptoms.

People allergic to sulfonamides, for example, trimethoprim (Trimpex, Proloprim, Primsol) and sulfamethoxazole (Bactrim), aspirin or other NSAIDs may experience allergic reactions to COX-2 inhibitors and should not take them.

NSAIDs, including COX-2 inhibitors, may increase the risk of heart attacks, stroke, and related conditions. This risk may increase in patients with risk factors for heart disease and related conditions and with longer duration of use. NSAIDs should not be used after coronary artery bypass graft (CABG) surgery.

## Which COX-2 inhibitors are available in the United States?

Celecoxib (Celebrex) is the only COX-2 inhibitor available in the United States. Rofecoxib (Vioxx) and valdecoxib (Bextra) were withdrawn from the market in 2004 and 2005, respectively, because they excessively increased the risk of heart attacks and strokes with long term use.

Reference: FDA Prescribing Information

*Last Editorial Review: 7/22/2009*

« Previous | 1 | 2 | 3 | Next »





Your Guide to
**Symptoms & Signs**
Pinpoint Your Pain

Bone-Building Exercises

**From WebMD**
**Arthritis Resources**
How Well Are You Managing Your RA?
Is It Fibromyalgia? Assess Your Symptoms.
How Rheumatoid Arthritis Affects Women

**Featured Centers**
Better Health Checkup: 5 Risks You Can't Ignore
Got a Nicotine Craving? How To Tame It
Healthy Home: To Buy or Not to Buy Organic?

**Health Solutions From Our Sponsors**
Osteoporosis Info
BPH Treatment & Savings
MS Rx Options


WebMD mobile
Get drug and supplement information on the go with your iPhone.
FIND OUT MORE

**PubMed**

U.S. National Library of Medicine
National Institutes of Health

Display Settings:   Abstract

Subcell Biochem

# Anti-inflammatory drugs in the 21st century.

Rainsford KD.

Biomedical Research Centre, Faculty of Health & Wellbeing, Sheffield Hallam University, Howard Street, Sheffield, SI 1WB, UK. k.d.Rainsford@shu.ac.uk

Historically, anti-inflammatory drugs had their origins in the serendipitous discovery of certain plants and their extracts being applied for the relief of pain, fever and inflammation. When salicylates were discovered in the mid-19th century to be the active components of Willow Spp., this enabled these compounds to be synthesized and from this, acetyl-salicylic acid or Aspirin was developed. Likewise, the chemical advances of the 19th-20th centuries lead to development of the non-steroidal anti-inflammatory drugs (NSAIDs), most of which were initially organic acids, but later non-acidic compounds were discovered. There were two periods of NSAID drug discovery post-World War 2, the period up to the 1970's which was the pre-prostaglandin period and thereafter up to the latter part of the last century in which their effects on prostaglandin production formed part of the screening in the drug-discovery process. Those drugs developed up to the 1980-late 90's were largely discovered empirically following screening for anti-inflammatory, analgesic and antipyretic activities in laboratory animal models. Some were successfully developed that showed low incidence of gastro-intestinal (GI) side effects (the principal adverse reaction seen with NSAIDs) than seen with their predecessors (e.g. aspirin, indomethacin, phenylbutazone); the GI reactions being detected and screened out in animal assays. In the 1990's an important discovery was made from elegant molecular and cellular biological studies that there are two cyclo-oxygenase (COX) enzyme systems controlling the production of prostanoids [prostaglandins (PGs) and thromboxane (TxA2)]; COX-1 that produces PGs and TxA2 that regulate gastrointestinal, renal, vascular and other physiological functions, and COX-2 that regulates production of PGs involved in inflammation, pain and fever. The stage was set in the 1990's for the discovery and development of drugs to selectively control COX-2 and spare the COX-1 that is central to physiological processes whose inhibition was considered a major factor in development of adverse reactions, including those in the GI tract. At the turn of this century, there was enormous commercial development following the introduction of two new highly selective COX-2 inhibitors, known as coxibs (celecoxib and rofecoxib) which were claimed to have low GI side effects. While found to have fulfilled these aims in part, an alarming turn of events took place in the late 2004 period when rofecoxib was withdrawn worldwide because of serious cardiovascular events and other coxibs were subsequently suspected to have this adverse reaction, although to a varying degree. Major efforts are currently underway to discover why cardiovascular reactions took place with coxibs, identify safer coxibs, as well as elucidate the roles of COX-2 and COX-1 in [                ] and stroke in the hope that there may be some basis for developing newer agents (e.g. nitric oxide-donating NSAIDs) to control these conditions. The discovery of the COX isoforms led to establishing their importance in many non-arthritic or non-pain states where there is an inflammatory component to pathogenesis, including cancer, Alzheimer's and other neurodegenerative diseases. The applications of NSAIDs and the coxibs in the prevention and treatment of these conditions as well as aspirin and other analogues in the prevention of thrombo-embolic diseases now constitute one of the major therapeutic developments of the this century. Moreover, new anti-inflammatory drugs are being discovered and developed based on their effects on signal transduction and as anti-cytokine agents and these drugs are now being heralded as the new therapies to control those diseases where cytokines and other nonprostaglandin components of chronic inflammatory and neurodegenerative diseases are manifest. To a lesser extent safer application of corticosteroids and the applications of novel drug delivery systems for use with these drugs as well as with NSAIDs also represent newer technological developments of the 21st century. What started out as drugs to control inflammation, pain and fever in the last two centuries now has exploded to reveal an enormous range and type of anti-inflammatory agents and discovery of new therapeutic targets to treat a whole range of conditions that were never hitherto envisaged.

PMID: 17612044 [PubMed - indexed for MEDLINE]

Publication Types, MeSH Terms, Substances

LinkOut - more resources

**PubMed**

U.S. National Library of Medicine
National Institutes of Health



Display Settings:     Abstract

Cleve Clin J Me~~~~~~~~~~~ppl 1:SI47-52.

# Current perspective on the cardiovascular effects of coxibs.

Konstam MA, Weir MR.

Tufts University School of Medicine and the New England Medical Center, Boston, MA 02111, USA. mkonstam@lifespan.org

Aspirin and nonselective nonsteroidal anti-inflammatory drugs (NSAIDs) are widely used for their anti-inflammatory and analgesic effects. In addition, aspirin is documented to reduce cardiovascular events in selected populations, presumably because of inhibition of platelet aggregation. Yet these drugs are not without toxicity, particularly adverse effects on the gastric mucosa. The gastrointestinal toxicity of nonselective NSAIDs and aspirin derives from the inhibition of the cyclooxygenase (COX) enzyme, COX-1, which synthesizes gastroprotective prostaglandins, while the anti-inflammatory and pain-relieving effects are largely derived from inhibition of COX-2-derived prostaglandins. Available data indicate that the harmful gastric effects of nonselective NSAIDs are reduced by substitution of agents that only inhibit the COX-2 protein████ ████████████████████████████████████████e nonselective NSAIDs, they do not inhibit the production of thromboxane, an eicosanoid that promotes platelet aggregation. Whether these effects could potentially contribute to a prothrombotic environment is the subject of current intensive debate. ███████████████████████████████████ ████████████████████████████████████████████████████████ group: 1.67 vs 0.70 per 100 patient years. However, in a pooled analysis of rofecoxib studies, the risk of sustaining a thrombotic cardiovascular event was similar when comparing patients receiving rofecoxib with those receiving placebo, or when comparing patients receiving rofecoxib with those receiving nonnaproxen nonselective NSAIDs. These findings are likely to result, at least in part, from the antiplatelet action of naproxen, which has been shown to be potent and sustained during a typical dosing regimen (500 mg twice daily in VIGOR). In contrast, the other NSAID comparators effect weaker and/or nonsustained antiplatelet action. In the Celecoxib Long-term Arthritis Safety Study (CLASS) trial, there was no difference between celecoxib and the nonselective NSAIDs explored (which did not include naproxen) in cardiovascular event rates. Unlike those in VIGOR, patients in the CLASS trial were allowed to take low-dose aspirin. Thus, despite concerns raised by results of VIGOR, other existing data, including those pooled from existing placebo-controlled trials, do not support a clinically relevant prothrombotic effect of the COX-2 inhibitors. Additional placebo-controlled data, from patients at both high and low risk for cardiovascular events, are warranted to clarify the cardiovascular effects of this class of agents.

PMID: 12086293 [PubMed - indexed for MEDLINE]

Publication Types, MeSH Terms, Substances

LinkOut - more resources

**PubMed**

U.S. National Library of Medicine
National Institutes of Health

Display Settings:     Abstract

Cardiovasc Hematol Disord Drug Targets 

# Cyclooxygenase-2 inhibitors: a ▮▮▮▮▮▮▮▮

Sanghi S, MacLaughlin EJ, Jewell CW, Chaffer S, Naus PJ, Watson LE, Dostal DE.

Division of Molecular Cardiology, Cardiovascular Research Institute, The Texas A&M University System Health Science Center, College of Medicine, Scott & White, Central Texas Veterans Health Care System, Temple 76504, USA.

Non-steroidal anti-inflammatory drugs (NSAIDs) represent a clinically important class of agents. NSAIDs are commonly used in treatment of conditions such as headache, fever, inflammation and joint pain. Complications often arise from chronic use of NSAIDs. Gastrointestinal (GI) toxicity in the form of gastritis, peptic erosions and ulcerations and GI bleeds limit usage of NSAIDs. These toxicities are thought to be due to cyclooxygenase (COX)-1 blockade. COX-1 generates cytoprotective prostanoids such as prostaglandin (PG) E2 and prostacyclin (PGI2). COX-2 inhibitors, commonly referred to as coxibs, were developed to inhibit inflammatory prostanoids without interfering with production of COX-1 prostanoids. ▮▮▮▮▮ cardio▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The Celecoxib Long-Term Arthritis Safety Study (CLASS) trial did not show a significant increase in cardiovascular risk for celecoxib (Celebrex), ▮▮▮▮▮▮▮▮▮ the Vioxx Gastrointestinal Outcomes ▮▮▮▮▮▮▮ (VIGOR) study showed an increased cardiovascular risk with long-term daily usage of rofecoxib in patients with rheumatoid arthritis. The Adenomatous Poly Prevention on Vioxx (APPROVe) trial further evaluated cardiovascular effects of rofecoxib and recently led to removal of this drug from the marketplace. Coxibs affect renal function via blockade of normal COX-2 functions. COX-2 expression increases in high renin states and in response to a high-sodium diet or water deprivation. PGI2 and PGE2 are the most important renal prostanoids. PGI2 inhibition results in hyperkalemia. PGE2 inhibition results in sodium retention, which leads to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ exacerbation of heart ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ ses beneficial ▮▮▮ ▮▮▮▮▮▮▮▮▮ associated with prostanoids produced by COX-1 and COX-2 in various organs and how blockade of these products translates into clinical medicine.

PMID: 16787194 [PubMed - indexed for MEDLINE]

Publication Types, MeSH Terms, Substances, Grant Support

LinkOut - more resources

**The Cochrane Collaboration**
**Cochrane Reviews**

Advanced search

| Explore | New + Updated | Other languages | Full Text: The Cochrane Library |

Home

Cochrane reviews
  Search and browse
  free summaries
  About Cochrane
  reviews
  Example
  Global impact
  Most visited

The Cochrane Library

News

Events

Training resources

About us

# Prostacyclin for pulmonary hypertension in adults

Paramothayan NS,
Lasserson TJ, Wells A,
Walters EH

Bookmark this:

☐☐◼☐◼ more ...

Email this page

**Summary**

*Vioxx blocked this:*

**Prostacyclin for pulmonary hypertension in adults**

███████████████████████████████████████████

███████████████████████████████. Once the diagnosis is made, life expectancy
ranges from a few months to a few years. Most current treatments apart from lung
transplantation do not improve survival. Over an 8-12 week period prostacyclin improved
exercise capacity and some measures of blood flow when given intravenously or via injection to
patients with pulmonary hypertension. However, with intravenous administration there can be
serious side effects as the drug has to be given continuously via a pump into a catheter placed
into a central vein. It is not clear how long the drug continues to confer benefit without serious
side effects. Prostacyclin can also be given by mouth, under the skin or through an inhaler.
These forms of administration may be safer than intravenous prostacyclin and there is evidence
that these may be effective in the short term.

This is a Cochrane review abstract and plain language summary, prepared and maintained by
The Cochrane Collaboration, currently published in The Cochrane Database of Systematic
Reviews 2010 Issue 2, Copyright © 2010 The Cochrane Collaboration. Published by John
Wiley and Sons, Ltd.. The full text of the review is available in *The Cochrane Library* (ISSN
1464-780X).
This record should be cited as: Paramothayan NS, Lasserson TJ, Wells A, Walters EH.
Prostacyclin for pulmonary hypertension in adults. *Cochrane Database of Systematic
Reviews* 2005, Issue 2. Art. No.: CD002994. DOI: 10.1002/14651858.CD002994.pub2.

This version first published online: July 22. 2002
Last assessed as up-to-date: July 05. 2006

## Abstract

### Background

Primary pulmonary hypertension (PPH) is progressive, resulting in right
ventricular failure. Pulmonary hypertension can be idiopathic or associated with
other conditions. Prostacyclin is a potent vasodilator and inhibitor of platelet
aggregation, and can be given orally, subcutaneously, intravenously or inhaled
via a nebuliser.

### Objectives

To determine the efficacy of prostacyclin or one of its analogues in idiopathic
primary pulmonary hypertension.

**PubMed**

U.S. National Library of Medicine
National Institutes of Health

BenthamDirect
www.bentham-direct.org

Display Settings:     Abstract

Curr Med Chem 2002 May;9(10):1033-43.

# Selective COX-2 inhibitors and dual acting anti-inflammatory drugs: critical remarks.

Bertolini A, Ottani A, Sandrini M.

Section of Clinical Pharmacology and Toxicology, Department of Medicine, University of Modena and Reggio Emilia, Largo del Pozzo 71, Modena, 41100, Italy. Bertolini.Alfio@unimo.it

Non steroidal anti-inflammatory drugs (NSAIDs) are still the most commonly used remedies for rheumatic diseases. But NSAIDs produce serious adverse effects, the most important being gastric injury up to gastric ulceration and renal damage. Several strategies have been adopted in order to avoid these shortcomings, especially gastrointestinal toxicity. So, non steroidal anti-inflammatory drugs have been associated with gastroprotective agents that counteract the damaging effects of prostaglandin synthesis suppression: however, a combination therapy introduces problems of pharmacokinetics, toxicity, and patient s compliance. Also incorporation of a nitric oxide (NO)-generating moiety into the molecule of several NSAIDs was shown to greatly attenuate their ulcerogenic activity: however, several findings suggest a possible involvement of NO in the pathogenesis of arthritis and subsequent tissue destruction. A most promising approach seemed to be the preparation of novel NSAIDs, specific for the inducible isoform of cyclooxygenase (COX-2): they appear to be devoid of gastrointestinal toxicity, in that they spare mucosal prostaglandin synthesis. However, a number of recent studies raised serious questions about the two central tenets that support this approach, namely that the prostaglandins that mediate inflammation and pain are produced solely via COX-2 and that the prostaglandins that are important in gastrointestinal and renal function are produced solely via COX-1. Increasing evidence shows that COX-2 (not only COX-1) is constitutively expressed and controls several body functions, while COX-1 is also involved in inflammatory reactions (and COX-2 induced mainly) Moreover, COX-2 selective NSAIDs have lost the cardiovascular protective effects of non-selective NSAIDs, effects which are mediated through COX-1 inhibition (in addition, COX-2 has a role in angiogenesis, wound healing). In addition, the products generated by the 5-lipoxygenase pathway (particularly leukotriene B4) are increased by COX inhibitors; leukotrienes increase microvascular permeability and are potent chemotactic agents; moreover, inhibition of 5-lipoxygenase indirectly reduces the expression of TNF-alpha (a cytokine that plays a key role in inflammation). This explains the efforts to obtain drugs able to inhibit both 5-lipoxygenase and cyclooxygenases: the so-called dual acting anti-inflammatory drugs. Such compounds retain the activity of classical NSAIDs, while avoiding their main drawbacks, in that curtailed production of gastroprotective prostaglandins is associated with a concurrent curtailed production of the gastro-damaging and bronchoconstrictive leukotrienes. Moreover, thanks to their mechanism of action, dual acting anti-inflammatory drugs could not merely alleviate symptoms of rheumatic diseases, but might also satisfy, at least in part, the criteria of curative drugs. Indeed, leukotrienes are pro-inflammatory, increase microvascular permeability, are potent chemotactic agents and attract eosinophils, neutrophils and monocytes into the synovium. Finally, recent data strongly suggest that dual inhibitors may have specific protective activity also in neurodegeneration.

PMID: 12733982 [PubMed - indexed for MEDLINE]

Publication Types, MeSH Terms, Substances

LinkOut - more resources

# About.com. Rheumatoid Arthritis / Joint Conditions



get any Internet speed  FOR ONLY  $24.95 /mo  LEARN MORE ▸  REPLAY ▸

for 12 months, term required  at&t

## COX-2 Study Shows Role Of COX-2 Enzyme In The Inflammation Process

COX-2 anti-inflammatory properties may occur later in the inflammation process.

By Carol & Richard Eustice, About.com Guide

*About.com Health's Disease and Condition content is reviewed by the Medical Review Board*

**Free Arthritis Newsletter!**

Enter email address   **SIGN UP**

Share   Print

**Discuss** in our Forum

This article is part of the Arthritis Archives.

*Editor note: On 04/07/2005, Following scrutiny of the class of arthritis drugs known as NSAIDs and COX-2 inhibitors, the FDA announced planned regulatory actions. See: Questions & Answers: FDA Actions On COX-2 Inhibitors & NSAIDs*

**Dateline: June 3, 1999**

**COX-2 And Inflammation**

A report in the June 1999 issue of Nature Medicine points to new information about the role of COX-2 in the inflammation process.

- Test Your Knowledge: Inflammation

Paul Colville-Nash and colleagues at the William Harvey Research Institute in London report that a new study of lung inflammation in rats indicates that the COX-2 enzyme (cyclooxygenase 2) may have anti-inflammatory properties which occur later in the inflammation process. By blocking the COX-2 enzyme, inflammation may be ultimately prolonged, which is contrary to the intent of COX-2 selective inhibitors such as Celebrex and Vioxx.

**COX-2 Selective Inhibitors**

Celebrex (celecoxib) and Vioxx (rofecoxib) are two recently approved COX-2 selective inhibitors and many more are in development. They are collectively nicknamed "super-aspirins" and were developed after it was discovered that two types of COX exist, COX-1 and COX-2. It is COX-2 which is associated with pain and inflammation. COX-1 has a more extensive role including protection of the gastrointestinal lining.

When the selective COX-2 inhibitors were developed it was exciting news since it was thought that finally a drug was developed which would decrease inflammation yet have much less potential to damage the gastrointestinal tract.

**Inflammatory Response**

The latest findings though from Colville-Nash and colleagues indicate that COX-2 is associated with an inflammatory reaction during the early phase of an inflammatory response (at about 2 hours). However later in the inflammatory process a swell of COX-2 exists which has been shown to have anti-inflammatory effects in the studied rats.

. This may also help explain why older NSAIDs, although having anti-inflammatory properties, fall short of stopping disease progression.

The new findings may contribute important concepts towards better use of COX-2 inhibitors and NSAIDs. It may be found that continuous use of these drugs may not be the best application but rather reducing their use at times may enhance their efficacy. It need also be realized that conclusions may not directly apply to humans since the study involved lung inflammation in rats, not joint inflammation in humans. A correlation must be made implementing human clinical trials.

**Related Resources**

- COX-2 Selective Inhibitors
- NSAIDs (nonsteroidal anti-inflammatory drugs)
- Arthritis Medications

Sources:Study Questions Role Of "Super-Aspirins", Yahoo!News, 6/1/99; Remedy Brings More Pain, ABCNEWS, 6/2/99
First published: 6/03/1999

## Explore Rheumatoid Arthritis / Joint Conditions

**Free Arthritis Newsletter!**

Enter email address    **SIGN UP**

**By Category**

- Types of Arthritis
- Joint Pain
- Symptoms / Diagnosis
- Arthritis Medications
- Treatments / Surgery
- Diet / Exercise
- Pain Relief
- Natural Remedies

- Doctors / Insurance
- Disability / Money Matters
- Arthritis Aids
- Daily Living / Tips
- Coping Strategies / Sex
- Advice / Support / Forums
- Arthritis Basics / Q&A

**Must Reads**

- What Is Arthritis?
- Symptoms of Arthritis
- Diagnosis of Arthritis
- Treatment of Arthritis
- 7 Misconceptions About Arthritis

**Most Popular**

Lupus Screening Quiz
Arthritis Screening Quiz
Fibromyalgia Screening Quiz
Rheumatoid Arthritis Screening Quiz
Gout Diet: Foods To Avoid

# US Recall News

Wednesday, September 23, 2009

**Search:**

[          ] [GO]

- **Home**
- **About**
  - o **Contact**
- **Legal Referrals**
- **Contributors**
- **Free Feeds**

*Diastolic Left Heart*

[N] **Subscribe**

- **Auto Recalls**
  - o **NHTSA Press Releases**
- **Drug Recalls**
  - o **FDA Press Releases**
  - o **Symptoms & Side Effects**
- **Featured**
- **Food Recalls**
  - o **USDA Press Releases**
- **Product Recalls**
  - o **CPSC Press Releases**
- **Toy Recalls**
- **Urgent Recalls**
- **US News**
- **USRCN Editorial**

# Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension

September 4, 2009

· **Ads by Google** · Liver Symptoms    Liver Failure    Liver Problems   Cold Symptoms



**Cardiomyopathy, Pulmonary Hypertension, and Cerebrovascular Disorders** are often symptoms of conditions or diseases like Lupus or chronic liver disease, but could also be side effects associated with certain medications, such as Xoliar and Vioxx. Below is a list of diseases and conditions associated with symptoms like Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension, as well as a list of medications related to similar side effects.

*We are not medical professionals. Please contact your doctor if you are experiencing any of the following symptoms or side effects, or similar health issues.*

**What are Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension?**

**Cardiomyopathy:** Cardiomyopathy is a disease of the heart muscle. It causes inflammation and a weakening of the muscle or change in the structure of the muscle.

**Cerebrovascular Disorders:** Cerebrovascular Disorders affect the blood vessels in the brain, including aneurism and thrombosis and can cause stroke.

**Pulmonary Hypertension:** Pulmonary hypertension is high blood pressure in the arteries of the lungs.

**Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension Are Symptoms Of:**

**Emphysema:** Emphysema is a breathing disorder that involves the destruction of the air sacs in the lungs. Symptoms of emphysema include shortness of breath and loss of appetite. Emphysema can lead to pulmonary hypertension and heart failure. *none*

**Sleep Apnea:** Sleep apnea is a condition in which you stop breathing in your sleep. People with sleep apnea may stop breathing as many as 100 times an hour throughout the night. Sleep apnea can lead to many health problems, some life-threatening, including cardiomyopathy, cerebrovascular disorders, and pulmonary hypertension. *none*

**Chronic Liver Disease:** Chronic liver disease, or cirrhosis of the liver, can lead to bleeding of the esophagus, hepatic encephalopathy (*build up of toxins in the brain*), liver cancer, pulmonary hypertension, and gallstones. *none*

**Lupus:** Lupus is an autoimmune disease. In Lupus your immune system attacks healthy parts of your body. Lupus can cause severe damage throughout your entire body. *none*

**Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension Are Side Effects Of:**

**Xolair:** Xolair (omalizumab) is a medication used to treat asthma that has been associated with cardiomyopathy, cerebrovascular disorders, and pulmonary hypertension, as well as other side effects including ischemic heart disease, emolic, thrombotic and thrombophlebitic events, and heart failure.

**Fen-Phen:** Fen-Phen is a diet pill. It works by causing the release of extra serotonin which tricks the brain into thinking you are not hungry. Side effects of Fen-Phen include pulmonary hypertension and other heart problems.

**Vioxx:** Vioxx is a nonsteroidal anti-inflammatory drug (NSAID), often used to treat arthritis. It has been pulled from the market due to an increased risk of heart attack and stroke.

**Adderall:** Adderall is a central nervous system stimulant used to treat attention deficit hyperactivity disorder (ADHD) and narcolepsy. Adderall can have side effects including dizziness, nausea, mood changes, cardiomyopathy, and more.

**Were you affected? Click Here** for a free case evaluation!

**Comments**

**One Response to "Cardiomyopathy, Cerebrovascular Disorders, and Pulmonary Hypertension"**

1. roger paul on September 6th, 2009 8:23 pm

   I took vioxx for three years and some ,when taken off the market was taking celebrex, both landed me in the emerg. room 5 times, the first couple of times didn't assoicate to drug, and not documented(or cover-up) ,still am not considered to the class action. Have lost plenty of potential income as result. Now five years later and have gotten noooo answer as to the potential after effects long term, but can state first hand knowledge is, not in the mind ,what I'm experiencing to date.
   Screw the pharmacy manufacters and the attorneys that represent them.

**eNews & Updates**

DONATE   HELP   CONTACT AHA   SIGN IN   HOME

**American Heart Association**

*Learn and Live*

Search: [＿＿＿＿＿＿＿] [Go]   ▪ Advanced Search

Circulation Home  ▪  Subscriptions  ▪  Archives  ▪  Feedback  ▪  Authors  ▪  Help  ▪  AHA Journals Home

Circulation. 2004;110:2701-2707                « Previous Article | Table of Contents | Next Article »
Published online before print October 18, 2004, doi: 10.1161/01.CIR.0000145613.01188.0B

(*Circulation.* 2004;110:2701-2707.)
© 2004 American Heart Association, Inc.

## Vascular Medicine

# Intravascular Thrombosis After Hypoxia-Induced Pulmonary Hypertension

## Regulation by Cyclooxygenase-2

Graham P. Pidgeon, PhD[*]; Rasa Tamosiuniene, MD[*]; Gang Chen, PhD;
Irene Leonard, MD; Orina Belton, PhD; Aidan Bradford, PhD;
Desmond J. Fitzgerald, MD

From the Departments of Clinical Pharmacology (G.P.P., R.T., I.L., O.B., D.J.F.), Surgery (G.C.), and Physiology (A.B.), Royal College of Surgeons Ireland, Dublin, Ireland.

Correspondence to Graham P. Pidgeon, PhD, Department of Clinical Pharmacology, Royal College of Surgeons Ireland, 123 St. Stephens Green, Dublin 2, Ireland. E-mail gpidgeon@rcsi.ie

Received September 18, 2003; de novo received May 20, 2004; revision received June 16, 2004; accepted June 17, 2004.

*This Article*

▶ **Abstract** FREE
▶ **Full Text (PDF)**
▶ **All Versions of this Article:**
   **110/17/2701    most recent**
   **01.CIR.0000145613.01188.0Bv1**
▶ **Alert me when this article is cited**
▶ **Alert me if a correction is posted**
▶ **Citation Map**

*Services*

▶ **Email this article to a friend**
▶ **Similar articles in this journal**
▶ **Similar articles in PubMed**
▶ **Alert me to new issues of the journal**
▶ **Download to citation manager**
▶ **Request Permissions**

*Citing Articles*

▶ **Citing Articles via HighWire**
▶ **Citing Articles via Google Scholar**

*Google Scholar*

▶ **Articles by Pidgeon, G. P.**
▶ **Articles by Fitzgerald, D. J.**
▶ **Search for Related Content**

*PubMed*

▶ **PubMed Citation**
▶ **Articles by Pidgeon, G. P.**
▶ **Articles by Fitzgerald, D. J.**
▶ **Pubmed/NCBI databases**
   ▪ **Compound via MeSH**
   ▪ **Substance via MeSH**
   **Medline Plus Health Information**
   ▪ **Pulmonary Hypertension**

*Related Collections*

▶ **Cardiovascular Pharmacology**
▶ **Animal models of human disease**
▶ **Pulmonary circulation and disease**
▶ **Platelets**

▶   **Abstract**

▲ Top
▪ Abstract
▼ Introduction
▼ Methods
▼ Results
▼ Discussion
▼ References

***Background***— Pulmonary hypertension induced by chronic hypoxia is characterized by thickening of pulmonary artery walls, elevated pulmonary vascular resistance, and right-heart failure. Prostacyclin analogues reduce pulmonary pressures in this condition; raising the possibility that cycloxygenase-2 (COX-2) modulates the response of the pulmonary vasculature to hypoxia.

***Methods and Results***— Sprague-Dawley rats in which pulmonary hypertension was induced by hypobaric hypoxia for 14 days were treated concurrently with the selective COX-2 inhibitor SC236 or vehicle. Mean pulmonary arterial pressure (mPAP) was elevated after hypoxia (28.1±3.2 versus 17.2±3.1 mm Hg; n=8, *P*<0.01), with thickening of small pulmonary arteries and increased COX-2 expression and prostacyclin formation. Selective inhibition of COX-2 aggravated the increase in mPAP (42.8±5.9 mm Hg; n=8, *P*<0.05), an effect that was attenuated by the thromboxane (TX) $A_2$/prostaglandin endoperoxide receptor antagonist ifetroban. Urinary $TXB_2$ increased during hypoxia (5.9±0.9 versus 1.2±0.2 ng/mg creatinine; n=6, *P*<0.01) and was further increased by COX-2 inhibition (8.5±0.7 ng/mg creatinine; n=6, *P*< 0.05). In contrast, urinary excretion of the prostacyclin metabolite 6-ketoprostaglandin $F_{1\alpha}$ decreased with COX-2 inhibition (8.6±3.0 versus 27.0±4.8 ng/mg creatinine; n=6, *P*< 0.05). Platelet activation was enhanced after chronic hypoxia. COX-2 inhibition further reduced the PFA-100 closure time and enhanced platelet deposition in the smaller pulmonary arteries, effects that were attenuated by ifetroban. Mice with targeted disruption of the *COX-2* gene exposed to chronic hypoxia had exacerbated right ventricular end-systolic pressure, whereas targeted disruption of *COX-1* had no effect.

***Conclusions***— COX-2 expression is increased and regulates platelet activity and intravascular thrombosis in hypoxia-induced pulmonary hypertension.

**Key Words:** thrombosis • hypoxia • hypertension, pulmonary • prostaglandins

## Introduction

▲ Top
▲ Abstract
▪ Introduction
▼ Methods
▼ Results
▼ Discussion
▼ References

Pulmonary hypertension, characterized by elevated pulmonary artery pressure and right-heart failure, most commonly arises as a consequence of hypoxia or thromboembolism.[1,2] Hereditary forms of the disease arise from mutations in several genes, including the gene for bone morphogenetic protein receptor II.[3,4] Vascular remodeling occurs with thickening of pulmonary artery walls and intravascular thrombosis.[5]

Prostaglandins (PGs) have been implicated in the development of pulmonary hypertension, and an imbalance between the generation of thromboxane $A_2$ ($TXA_2$) and prostacyclin ($PGI_2$) has been reported in both primary and secondary forms of the disease.[6] $PGI_2$, the principle metabolite of arachidonic acid in vascular smooth muscle and endothelial cells and a potent vasodilator and platelet inhibitor, reduces pulmonary pressures in patients with primary pulmonary hypertension.[7] In addition, transgenic mice overexpressing $PGI_2$ synthase, which catalyzes the conversion of $PGH_2$ to $PGI_2$, are protected against the development of pulmonary hypertension in response to chronic hypoxic.[8] There are several possible explanations for the effect of $PGI_2$ in pulmonary hypertension other than vasodilation., including enhanced angiogenesis[9] and inhibition of platelet activation.[10] Indeed, intra-arterial thrombosis has been reported in patients with hypoxia-related pulmonary hypertension.[2,11]

PGs are generated by the enzyme cyclooxygenase (COX), of which there are 2 isoforms, the constitutively expressed COX-1 and the inducible COX-2. In healthy subjects, $PGI_2$ is largely generated through COX-2.[12] Because COX-2 is

induced by hypoxia[20] and oxidative stress,[14] COX-2 may be the isoform responsible for the generation of $PGI_2$ in pulmonary hypertension. In contrast, $TXA_2$ is largely derived from platelets in which the principle isoform is COX-1.[12] Activation of TX receptors induced vasoconstriction and potentiated pulmonary hypertension in an experimental rat model.[15] In these experiments, we have shown that COX-2 is induced in pulmonary hypertension secondary to chronic hypoxia and that inhibition of COX-2 aggravates the rise in pulmonary pressure by sensitizing to endogenous $TXA_2$ and enhancing platelet activation.

## ▶  Methods

▲ Top
▲ Abstract
▲ Introduction
• Methods
▼ Results
▼ Discussion
▼ References

### Drugs

The selective COX-2 inhibitor SC236 was a gift from Dr Peter Isakson of Pharmacia, Skokie, Ill. Ifetroban, a TX receptor antagonist, was generously provided by Dr Martin Ogletree of Bristol-Myers Squibb, Princeton, NJ. SC236 was administered orally at a dose at $3 \text{ mg} \cdot \text{kg}^{-1} \cdot \text{d}^{-1}$. We previously optimized this dose for selective COX-2 inhibition in the rat without effecting $TXB_2$, which is a measure of COX-1 activity,[16] and a similar dose has been effective in other studies of COX-2 in the rat.[17] Ifetroban was administered at a dose of $50 \text{ mg} \cdot \text{kg}^{-1} \cdot \text{d}^{-1}$ in 0.1% methylcellulose.[18]

### Animals

All experiments were conducted in accordance with protocols approved by the institutional Biomedical Research Committee and under a license granted by the Department of Health in Ireland. Adult, virus-free, male Sprague-Dawley rats (Charles River Laboratories, Wilmington, Mass) weighing 300 to 350 g were placed for 2 weeks in a ventilated Plexiglas hypobaric chamber at a barometric pressure of 450 mm Hg, an inspired $Po_2$ of 95 mm Hg, and a predicted alveolar $Po_2$ of 50 to 55 mm Hg. Age- and weight-matched control rats were maintained in 21% $O_2$ and subjected to the same light-dark cycle. The chamber was opened every 2 days for 15 to 20 minutes for cleaning and replenishing of food, water, and drugs.

Mice with targeted disruptions in the genes encoding either *COX-1* or *COX-2* (kindly provided by Dr L. Ballou, University of Tennessee Centre for the Health Sciences, Memphis, Tenn) were maintained on an outbred genetic background of C57/BL6 and DBA1 mice.[19] Wild-type mice were generated from the COX-deficient lines to maintain a similar genetic background.

### Hemodynamic Measurements

After 14 days of hypoxia, the rats were anesthetized by intraperitoneal pentobarbitone injection (60 mg/kg), the trachea was cannulated, and the lungs were mechanically ventilated (SAR-830P small-animal ventilator, CWE) with warmed and humidified 5% $CO_2$ in air. The thoracic cavity was opened, the heart and lungs were exposed, and 2 mL of blood was drawn directly from the heart through a 22-guage syringe. After anticoagulation with intravenous heparin (1 U/g), a cannula connected to the perfusion system was inserted through the pulmonary valve into the main pulmonary artery through an incision in the right atrium. Perfusate consisting of a physiological saline solution (pH 7.4) was maintained at a constant flow rate ($0.04 \text{ mL} \cdot \text{mg}^{-1} \cdot \text{min}^{-1}$) with a peristaltic pump so that changes in perfusion pressure reflected changes in total pulmonary vascular resistance. Pulmonary artery pressure was monitored continuously with a pressure transducer (model DP315-40, Validyne Corp) connected to a computerized data acquisition system (Mac Laboratory 2E, AD Instruments).

After 3 weeks of hypoxia, the mice were anesthetized by intraperitoneal sagital injection (60 mg/kg), and right ventricular and systemic pressures were obtained by retrograde catheterization of the superior vena cava. After adequate exposure of the superior vena cava, a small, transverse incision was made in the vein, and a microtip pressure catheter

(model SPR-671, 4.4F, Millar Instruments) was inserted and advanced under pressure control into the right ventricle. Signals were recorded continuously with an ARIA pressure-conductance system (Millar Instruments) coupled to a Powerlab/4SP A/D converter (AD Instruments). Right ventricular end-systolic pressure (RVESP) was calculated by averaging 8 peak waveforms in triplicate per animal.

## Platelet Function Analysis

A platelet function analyzer (PFA-100, Dade-Behring) was used to evaluate platelet activity under high shear stress.[20] Whole blood (0.8 mL) was drawn into the reservoir of a disposable cartridge in which the aperture membrane was coated with collagen and ADP. The time to closure is dependent on the rate of platelet aggregation in response to the high shear rate and the agonist.

## Immunohistochemistry

The right lobes of lungs were fixed in formalin and embedded in paraffin for immunohistochemistry. Paraffin sections (5-μm thickness) were cut and mounted on glass slides coated with 3-amino-propyltrioxysilane (Sigma Aldrich). After deparaffinization in xylene and rehydration through graded alcohol, the slides were rinsed in phosphate-buffered saline (PBS), and endogenous peroxidase activity was quenched with 1% $H_2O_2$ in PBS for 30 minutes. Thereafter, slides were rinsed in PBS and incubated with normal goat serum for 30 minutes to block nonspecific binding and then incubated with affinity-purified rabbit polyclonal antibodies against specific antigens: 1:300 dilution of anti-COX-2 antibody from Cayman Chemicals; 1:200 dilution of anti-COX-1 antibody from Santa Cruz Biotech; 1:300 dilution of anti-TX synthase from Cayman Chemicals; or 1:300 dilution of anti-CD41 (integrin αIIb chain) antibody from BD Biosciences Pharmingen. After being washed with PBS, the slides were incubated for 1 hour with biotinylated secondary antibody (ABC kit, Dako). After 3 washes in PBS, the slides were incubated for 30 minutes with streptavidin-biotin complex before incubation with 0.025% 3,3-diaminobenzidine for 5 minutes. Slides were lightly counterstained with hematoxylin before dehydration and mounting for analysis by microscopy on a Leica DNLB light microscope with color video attachment for recording. The intensity of CD41 staining was estimated with Image Pro Plus 4.0 software (MediaCybernetics). Five random high-powered fields were captured per slide (n=5/group), and the mean intensity in units was calculated per treatment group.

## PG Production

Urine was collected from rats at the time of euthanization by bladder puncture with 1-mL syringes. The bladder was exposed by midline laparotomy, and urine was drawn directly with sterile syringes. All samples were free of blood to minimize contamination by platelets. Bladders were drained, and ≈300 to 1000 mL of urine was snap-frozen in $LN_2$ for determination of $TXB_2$ and 6-keto-$PGF_{1\alpha}$ (the stable hydrolysis products of $TXA_2$ and $PGI_2$, respectively) by validated enzyme immunoassay according to the manufacturer's instructions (R&D Systems, Inc). Cross-reactivity to other related eicosanoid compounds is <0.01% for $PGE_2$, $PGD_2$, and $PGF_{1\alpha}$, for the antibody $TXB_2$; and 0.2% for $PGD_2$, <0.01% for $PGE_2$ and $TXB_2$, respectively, for the antibody to 6-keto-$PGF_{1\alpha}$. Intra-assay and interassay coefficients of variation, respectively, were 1.6% and 6.2% for the $TXB_2$ assay and 2.9% and 6.0% for the 6-keto-$PGF_{1\alpha}$ assay. In addition, urine was analyzed by tandem liquid chromatography-mass spectrometry-mass spectrometry for the isoprostane 8-iso-$PGF_{2\alpha}$, with $O^{18}$-labeled 8-iso-$PGF_{2\alpha}$ as an internal standard.[21] Levels are expressed per milligram of urinary creatinine.

## Statistical Analysis

All data are expressed as mean±SEM. A sample size calculation done with JavaStat for n=3 per group, which indicated that a sample size of 6 was required for minimal detectable differences. Final data analysis was performed with a Kruskal-Wallis 1-way ANOVA, (InStat version 3.0), with Bonferroni post tests where appropriate. All data were examined to ensure that they were normally distributed. Results were taken as significant when $P < 0.05$.

# Results

▲ Top
▲ Abstract
▲ Introduction
▲ Methods
▪ Results
▼ Discussion
▼ References

## COX Isoforms and TX Synthase Expression

COX-1 was constitutively expressed in the normal rat lung, with little COX-2 in the tissue under normoxic conditions (Figure 1A). COX-2 expression was increased by chronic hypoxia in vascular smooth muscle, endothelial cells, and bronchial epithelial cells (Figure 1B), whereas COX-1 expression was unaltered (Figure 1D). There was marked thickening of small lung vessels after chronic hypoxia compared with normoxic controls. Hypoxia also resulted in a diffuse increase in TX synthase expression in lung tissue (Figure 1F versus 1E).



**View larger version (99K):**
[in this window]
[in a new window]

**Figure 1.** Expression of COX isoforms in lung tissue after chronic hypoxia. There was marked thickening of walls of small vessels after chronic hypoxia (B, D, F) compared with normoxic animals (A, C, E). COX-2 expression was increased in bronchial epithelium and vascular smooth muscle after hypoxia (B) but absent in normoxic animals (A). COX-1 was constitutively expressed in normoxic (C) and hypoxic (D) tissue. Chronic hypoxia also induced expression of TX synthase in bronchial epithelium and vascular smooth muscle cells (F) relative to control (E). Magnification x40. Abbreviations are as defined in text.

## Selective COX-2 Inhibition Aggravates Hypoxic Pulmonary Hypertension

Chronic hypoxia increased mean pulmonary arterial pressure (mPAP) levels compared with those in normoxic controls (25.4± 3.0 versus 15.8±1.2 mm Hg; n=8, $P<0.01$; Figure 2). Selective inhibition of COX-2 with SC236 enhanced the rise in mPAP after hypoxia (34.8±4.4 mm Hg; n=8, $P<0.05$) without altering the increase in wall thickness (data not shown). Treatment with the $TXA_2$/PG endoperoxide receptor antagonist ifetroban attenuated the rise in mPAP induced by either hypoxia alone (18.2±2.6 versus 25.4±3.0 mm Hg; n=8, $P<0.05$) or by hypoxia plus SC236 (18.6±0.8 mm Hg versus 34.8±4.4 mm Hg; n=8, $P<0.03$; Figure 2). As expected, hypoxia increased hematocrit (0.59±0.03 versus 0.44± 0.02; $P<0.01$), which was unaffected by treatment with SC236 (0.57±0.03) or ifetroban (0.58±0.03).



**View larger version (16K):**
[in this window]
[in a new window]

**Figure 2.** Effect of selective inhibition of COX-2 and antagonism of $TXA_2$/PG endoperoxide receptor on mPAP in rats after 2 weeks of chronic hypoxia. Chronic hypoxia resulted in elevated mPAP that was aggravated by selective COX-2 inhibitor SC236. Hypoxia-induced increase in mPAP relative to controls was blocked by ifetroban. Further increase in mPAP induced by SC236 was also prevented by ifetroban (n=8/group). Abbreviations are as defined in text.

To confirm that the effects with the selective COX-2 inhibitor were due to the inhibition of COX-derived PGs rather

than a nonspecific effect of the COX inhibitor, we examined the response to hypoxia in mice with targeted disruption of either the COX-1 or COX-2 isoform. Chronic hypoxia in wild-type mice resulted in a significant increase in RVESP (Figure 3) compared with that in normoxic mice ($24.1\pm1.0$ versus $13.8\pm1.9$; n=8, $P<0.01$). Mice lacking the COX-2 isoform had a higher RVESP after hypoxia ($36.8\pm2.2$; n=8, $P<0.001$) compared with wild-type mice. Mice with targeted disruption of the COX-1 isoform also developed a rise in RVESP, but this was similar to that in wild-type animals ($22.8\pm2.0$; n=8).



**View larger version** (18K):
[in this window]
[in a new window]

**Figure 3.** Effect of COX isoform disruption on RVESP in mice after 3 weeks of chronic hypoxia. Chronic hypoxia resulted in elevated RVESP in wild-type mice, consistent with increased pulmonary hypertension. Elevation in RVESP was further aggravated in mice with disruption of *COX-2* gene, whereas mice with specific deletion of *COX-1* gene had RVESP similar to that of wild-type mice (n=8/group). Abbreviations are as defined in text.

## Urinary Excretion of PG Metabolites

Urinary 6-keto-PGF$_{1\alpha}$ was increased after hypoxia ($27.0\pm4.8$ versus $1.8\pm0.2$ ng/mg creatinine; n=6, $P<0.01$; Figure 4A). The selective COX-2 inhibitor SC236, alone or in combination with the selective TXA$_2$/PG endoperoxide receptor antagonist ifetroban, prevented the increase in urinary 6-keto-PGF$_{1\alpha}$ ($8.6\pm3.0$ and $7.4\pm4.1$ ng/mg creatinine, respectively; n=6, both $P<0.05$ compared with hypoxia), whereas ifetroban alone had no effect ($25.0\pm3.0$ ng/mg creatinine).



**View larger version** (22K):
[in this window]
[in a new window]

**Figure 4.** Effect of selective COX-2 inhibition and/or TXA$_2$/PG endoperoxide receptor antagonism on urinary excretion of PG metabolites after 2 weeks of chronic hypoxia. a, Hypoxia increased excretion of 6-keto PGF$_{1\alpha}$ that was attenuated by selective COX-2 inhibitor SC236, whereas TXA$_2$/PG endoperoxide receptor antagonist ifetroban had no effect (n=6). b, Hypoxia increased TXB$_2$ excretion, which was prevented by ifetroban, as was further increase in urinary TXB$_2$ induced by selective inhibition of COX-2 (n=6). Abbreviations are as defined in text.

Urinary TXB$_2$ excretion also increased during chronic hypoxia ($5.9\pm0.9$ versus $1.2\pm0.2$ ng/mg creatinine; n=6, $P<0.01$; Figure 4B), and this was further increased by selective inhibition of COX-2 with SC236 ($8.5\pm0.7$ ng/mg creatinine; n=6, $P<0.05$). Ifetroban attenuated the increase in urinary TXB$_2$ excretion in animals exposed to chronic hypoxia alone ($2.3\pm0.4$ ng/mg creatinine; n=6, $P<0.05$) or combined with SC236 ($3.5\pm0.6$ ng/mL; n=6, $P<0.01$).

Hypoxia increased the generation of the isoprostane 8-iso-PGF$_{2\alpha}$ ($104\pm4.3$ versus $54.1\pm5.9$ ng/mg creatinine; n=5, $P<0.001$), a product generated by free-radical attack of arachidonic acid that can mimic TXA$_2$ by activating the TXA$_2$/PG endoperoxide receptor.[22] COX-2 inhibition attenuated the increase after hypoxia ($83.6\pm5.4$ ng/mg creatinine; n=5, $P<0.05$).

## Platelet Deposition and Activity

Platelet function under high shear stress was evaluated for each group (n=6) in whole blood with the PFA-100. Normal closure time ranged from 110 to 140 seconds. Hypoxia resulted in a shorter closure time ($76\pm5$ versus $124\pm12$ seconds; $P<0.005$), which was further reduced in animals treated with the selective COX-2 inhibitor SC-236 ($59\pm9$ seconds; $P<0.05$; Figure 5). Treatment with the selective TXA$_2$/PG endoperoxide receptor antagonist ifetroban attenuated the platelet response to hypoxia and hypoxia plus SC236, as indicated by relatively prolonged closure times ($97\pm12$ and $96\pm14$ seconds, respectively; both $P<0.05$).



**Figure 5.** Platelet activity in whole blood as assessed by PFA-100. Hypoxia resulted in increase in platelet aggregation detected as shorter closure time, which was partly reversed by TXA$_2$/PG endoperoxide antagonist ifetroban. Reduction in closure time was exacerbated by COX-2 inhibitor SC236 and was attenuated by coadministration of ifetroban (n=6). Abbreviations are as defined in text.

**View larger version** (17K):
[in this window]
[in a new window]

Platelet deposition in the pulmonary vasculature was detected by quantitative immunohistochemistry of the platelet-specific antigen CD41 (Figure 6). Chronic hypoxia resulted in adhesion of platelets in small pulmonary vessels, whereas in normoxic animals, platelet deposition was infrequent ($59\pm8$ versus $27\pm4$ U; n=5, $P<0.05$; Figure 6B and 6A, respectively). The selective COX-2 inhibitor SC236 (Figure 6C) further enhanced platelet deposition ($98\pm14$ U; n=5, $P<0.05$). Consistent with the platelet activity assay, the TXA$_2$/PG endoperoxide receptor antagonist ifetroban inhibited platelet deposition in animals exposed to hypoxia alone or hypoxia plus SC236 ($37\pm6$ U; n=5, $P<0.05$ versus hypoxia plus SC236; Figure 6D).



**Figure 6.** Immunohistochemistry for platelet-specific marker CD41. CD41 expression was increased in small pulmonary arterial vessels (arrow) after hypoxia (b) compared with normoxic controls (a). Selective COX-2 inhibition resulted in further increase in CD41 expression (c), indicating increased platelet deposition. Treatment with ifetroban and SC236 during hypoxia abolished platelet deposition, with little or no CD41 staining observed in this group (d). Quantification of staining intensity was expressed as units of intensity per field of vision (n=5) (e). Abbreviations are as defined in text.

**View larger version** (66K):
[in this window]
[in a new window]

▶ **Discussion**

▲ **Top**
▲ **Abstract**
▲ **Introduction**
▲ **Methods**
▲ **Results**
▪ **Discussion**
▼ **References**

Exogenous administration of the $PGI_2$ analogue iloprost results in clinical and hemodynamic improvement and better survival in patients with pulmonary hypertension,[7] raising the possibility that endogenous $PGI_2$ is involved in its pathogenesis. Here we show that both $PGI_2$ and $TXA_2$ modulate the pulmonary hypertension that occurs in response to chronic hypoxia in the rat. Generation of these eicosanoids increased after 14 days of hypoxia. Staining for COX isoforms demonstrated that COX-2 protein expression, largely absent in healthy lung tissue, occurred widely after hypoxia, including the smooth muscle cell layer of pulmonary vessels, whereas COX-1 expression was unchanged. The findings are consistent with in vitro evidence that hypoxia induces COX-2 expression in human pulmonary artery smooth muscle cells[13] and umbilical vein endothelial cells.[23] SC236, at a dose that selectively inhibits COX-2,[24] prevented the increase in $PGI_2$ but not $TXA_2$ generation, confirming its selectivity in this model. Thus, much of the $TXA_2$ formed was through COX-1, whereas COX-2 was responsible for the increase in $PGI_2$.

Hypoxia resulted in a marked rise in pulmonary vascular resistance in the rat, measured as perfusion pressure, and an increase in the vessel wall thickness of small pulmonary arteries, largely reflecting an increase in vascular smooth muscle cells. Selective inhibition of COX-2 with resulting inhibition of $PGI_2$ generation aggravated the rise in pulmonary pressure. Similarly, in a murine model, targeted disruption of the *COX-2* gene exacerbated RVESPs compared with those in wild-type mice after hypoxia, precluding a nonspecific effect as an explanation for the response to the COX-2 inhibitor. In combination, the findings suggest that COX-2- dependent $PGI_2$ generation protects against the development of pulmonary hypertension and are consistent with the finding that transgenic expression of $PGI_2$ synthase protects against hypoxia-induced pulmonary hypertension.[8]

$PGI_2$ may modify the response to hypoxia by acting as a vasodilator through remodeling of the pulmonary vascular bed or by inhibiting platelet activity.[10,25,26] Extensive washing of the tissues to remove residual SC236 failed to overcome the increase in pulmonary pressure, arguing against a vasodilator effect (data not shown). On the other hand, staining for CD41 showed extensive platelet deposition in the pulmonary vasculature of hypoxic animals and particularly in those treated with the COX-2 inhibitor. There was also evidence of systemic platelet activation based on the PFA 100 assay, which is an assay of platelet aggregation at high shear. The thrombotic occlusion of small vessels by platelet aggregates may have contributed to the increase in pulmonary pressures.

The observed platelet activation may explain the enhanced generation of $TXA_2$, because platelets are a major source of COX-1 and $TXA_2$. There may also have been a contribution from lung tissue, where there was increased expression of TX synthase. Indeed, we observed an increased generation of $TXB_2$ ex vivo in lung tissue after hypoxia ($2.52 \pm 0.2$ versus $1.27 \pm 0.3$ pg/µg protein). Whatever the source, our experiments suggest a major role for $TXA_2$, consistent with previous experiments showing that prolonged infusion of a TX analogue induces irreversible pulmonary hypertension.[27] $TXA_2$ may have contributed to hypoxia-induced pulmonary hypertension through platelet activation. Thus, in our experiments, antagonism of the TX receptor with ifetroban partly reversed the platelet activation and deposition induced by hypoxia. $TXA_2$ also suppresses angiogenesis[28] and may have impaired vascular remodeling, a major determinant of the pulmonary response to hypoxia, where several angiogenic factors have been implicated.[11]

TX receptor antagonism was particularly effective in animals where $PGI_2$ formation was selectively inhibited in the face of continued $TXA_2$ generation. The findings suggest that the exaggerated responses in animals treated with the selective COX-2 inhibitor reflected enhanced sensitivity to $TXA_2$. The findings highlight the role of $PGI_2$ and $TXA_2$ in regulating platelet function in vivo and in particular, the role of $PGI_2$ in limiting the platelet response to $TXA_2$. A similar interaction between $TXA_2$ and $PGI_2$ was demonstrated in a mouse model, in which the prostacyclin receptor was disrupted.[29] Arterial injury resulted in a proliferative response and platelet deposition, both of which were offset by disruption of the *TP* (thromboxane) receptor gene.

Regulation of platelet function by $PGI_2$ and $TXA_2$ may also be relevant to human pulmonary hypertension. Intravascular thrombosis occurs in 60% of patients with hypoxia-related pulmonary hypertension.[11] Plasma and urinary levels of TX metabolites are also increased in patients with the disease,[30] perhaps reflecting enhanced platelet activation.[31] The abnormal platelet activity can be normalized by administration of $PGI_2$.[10,25] Thus, it is possible that the impaired generation of $PGI_2$ reported in patients with inherited primary pulmonary hypertension contributes to the disease through enhanced platelet activity.[6]

Alternative mechanisms may explain the observations. COXs and their products influence vascular remodeling through their effects on the generation of growth factors such as vascular endothelial growth factor,[32] on angiogenesis,[33] and on the growth of vascular smooth muscle cells.[34] For example, $TXA_2$ inhibits angiogenesis and endothelial cell growth[28,35] and could therefore limit the vascular remodeling that occurs in the model, an issue that was not addressed in this work. However, we did observe a decrease in vessel wall thickness after $TXA_2$ receptor antagonism. Hypoxia also induced generation of the isoprostane 8-iso-$PGF_{2\alpha}$. However, inhibition of COX-2 aggravated the rise in mPAP while significantly attenuating the rise in 8-iso-$PGF_{2\alpha}$, suggesting that the isoprostane was not involved.

In conclusion, COX-2–dependent $PGI_2$ formation limits the pulmonary hypertensive response to hypoxia, in part by suppressing TX-dependent platelet activation and deposition. The reduced $PGI_2$ formation and increased $TXA_2$ generation reported in patients with primary pulmonary hypertension[6] may contribute to the disease through similar mechanisms.

## ▶  Acknowledgments

This work was supported by the Higher Education Authority and the Health Research Board of Ireland. We thank Dr L Ballou for the gift of mice with targeted disruption of either the *COX-1* or *COX-2* gene. We are grateful to Mark Dunleavy, Michelle Dooley, and Tom Neilan for their expert technical assistance and helpful discussion.

## ▶  Footnotes

*The first 2 authors contributed equally to this article. ◼

## ▶  References

1. Voelkel NF, Tuder RM. Hypoxia-induced pulmonary vascular remodelling: a model for what human disease? *J Clin Invest.* 2000; 106: 733–738.[Medline] [Order article via Infotrieve]

▲ Top
▲ Abstract
▲ Introduction
▲ Methods

▲ Results
▲ Discussion
• References

2. Fedullo PF, Auger WR, Kerr KM, et al. Chronic thromboembolic pulmonary hypertension. *N Engl J Med.* 2001; 345: 1465–1472.[Free Full Text]

3. Morse JH, Deng Z, Knowles JA. Genetic aspects of pulmonary arterial hypertension. *Ann Med.* 2001; 33: 596–603.[Medline] [Order article via Infotrieve]

4. Runo JR, Vnencak-Jones CL, Prince M, et al. Pulmonary veno-occlusive disease caused by an inherited mutation in bone morphogenetic protein receptor II. *Am J Respir Crit Care Med.* 2003; 167: 889–894.[Abstract/Free Full Text]

5. Gaine S. Pulmonary hypertension. *JAMA.* 2000; 284: 3160–3168.[Abstract/Free Full Text]

6. Christman BW, McPherson CD, Newman JH, et al. An imbalance between the excretion of thromboxane and prostacyclin metabolites in pulmonary hypertension. *N Engl J Med.* 1992; 327: 70–75.[Abstract]

7. Barst RJ, Rubin LJ, Long WA, et al. A comparison of continuous intravenous epoprostenol (prostacyclin) with conventional therapy for primary pulmonary hypertension: the Primary Pulmonary Hypertension Study Group. *N Engl J Med.* 1996; 334: 296–302.[Abstract/Free Full Text]

8. Geraci MW, Gao B, Shepard DC, et al. Pulmonary prostacyclin synthase overexpression in transgenic mice protects against development of hypoxic pulmonary hypertension. *J Clin Invest.* 1999; 103: 1509–1515.[Medline] [Order article via Infotrieve]

9. Murohara T, Horowitz JR, Silver M, et al. Vascular endothelial growth factor/vascular permeability factor enhances vascular permeability via nitric oxide and prostacyclin. *Circulation.* 1998; 97: 99–107.[Abstract/Free Full Text]

10. Sakamaki F, Kyotani S, Nagaya N, et al. Increased plasma P-selectin and decreased thrombomodulin in pulmonary arterial hypertension were improved by continuous prostacyclin therapy. *Circulation.* 2000; 102: 2720–2725. [Abstract/Free Full Text]

11. Wagenvoort CA. Pathology of pulmonary thromboembolism. *Chest.* 1995; 107: 10–17.

12. McAdam BF, Catella-Lawson F, Mardini IA, et al. Systemic biosynthesis of $PGI_2$ by cyclooxygenase (COX)-2: the human pharmacology of a selective inhibitor of COX-2. *Proc Natl Acad Sci U S A.* 1999; 96: 272–277. [Abstract/Free Full Text]

13. Yang X, Sheares KK, Davie N, et al. Hypoxic induction of COX-2 regulates proliferation of human pulmonary artery smooth muscle cells. *Am J Respir Cell Mol Biol.* 2002; 27: 688–696.[Abstract/Free Full Text]

14. Adderley SR, Fitzgerald DJ. Oxidative damage of cardiomyocytes is limited by extracellular regulated kinases 1/2-mediated induction of cyclooxygenase-2. *J Biol Chem.* 1999; 274: 5038–5046.[Abstract/Free Full Text]

15. Jankov RP, Belcastro R, Ovcina E, et al. Thromboxane $A_2$ receptors mediate pulmonary hypertension in 60% oxygen-exposed newborn rats by a cyclooxygenase-independent mechanism. *Am J Respir Crit Care Med.* 2002; 166: 208–214.[Abstract/Free Full Text]

16. Dowd NP, Scully M, Adderley SR, et al. Inhibition of cyclooxygenase-2 aggravates doxorubicin-mediated cardiac injury in vivo. *J Clin Invest.* 2001; 108: 585–590.[CrossRef][Medline] [Order article via Infotrieve]

17. You HJ, Morch CD, Chen J, et al. Differential antinociceptive effects induced by a selective cyclooxygenase-2 inhibitor (SC-236) on dorsal horn neurons and spinal withdrawal reflexes in anesthetized spinal rats. *Neuroscience.* 2003; 121: 459–472.[CrossRef][Medline] [Order article via Infotrieve]

18. Tesfamariam B, Ogletree ML. Dissociation of endothelial cell dysfunction and blood pressure in SHR. *Am J Physiol.* 1995; 269: 189–194.

19. Kirtikara K, Morham SG, Raghow R, et al. Compensatory prostaglandin $E_2$ biosynthesis in cyclooxygenase 1 or 2

20. Mammen EF, Comp PC, Gosselin R, et al. PFA-100 system: a new method for assessment of platelet dysfunction. *Semin Thromb Hemost*. 1998; 24: 195–202.[Medline] [Order article via Infotrieve]

21. Kearney D, Byrne A, Crean P, et al. Optimal suppression of thromboxane $A_2$ formation by aspirin during percutaneous transluminal coronary angioplasty: no additional effect of a selective cyclooxygenase-2 inhibitor. *J Am Coll Cardiol*. 2004; 43: 526–531.[Abstract/Free Full Text]

22. Kinsella BT, O'Mahony DJ, Fitzgerald GA. The human thromboxane A $_2$ receptor $\alpha$-isoform (TP-$\alpha$) functionally couples to the G proteins Gq and G11 in vivo and is activated by the isoprostane 8-epiprostaglandin $F_{2\alpha}$. *J Pharmacol Exp Ther*. 1997; 281: 957–964.[Abstract/Free Full Text]

23. Schmedtje JF Jr, Ji YS, Liu WL, et al. Hypoxia induces cyclooxygenase-2 via the NF-$\kappa$B p65 transcription factor in human vascular endothelial cells. *J Biol Chem*. 1997; 272: 601–608.[Abstract/Free Full Text]

24. Connolly E, Bouchier-Hayes DJ, Kaye E, et al. Cyclooxygenase isozyme expression and intimal hyperplasia in a rat model of balloon angioplasty. *J Pharmacol Exp Ther*. 2002; 300: 393–398.[Abstract/Free Full Text]

25. Friedman R, Mears JG, Barst RJ. Continuous infusion of prostacyclin normalizes plasma markers of endothelial cell injury and platelet aggregation in primary pulmonary hypertension. *Circulation*. 1997; 96: 2782–2784. [Abstract/Free Full Text]

26. Beghetti M, Reber G, de MP, et al. Aerosolized iloprost induces a mild but sustained inhibition of platelet aggregation. *Eur Respir J*. 2002; 19: 518–524.[Abstract/Free Full Text]

27. Carrithers JA, Brown D, Liu F, et al. Thromboxane $A_2$ mimetic U-46619 induces systemic and pulmonary hypertension and delayed tachypnea in the goat. *J Appl Physiol*. 1994; 77: 1466–1473.[Abstract/Free Full Text]

28. Gao Y, Yokota R, Tang S, et al. Reversal of angiogenesis in vitro, induction of apoptosis, and inhibition of AKT phosphorylation in endothelial cells by thromboxane $A_2$. *Circ Res*. 2000; 87: 739–745.[Abstract/Free Full Text]

29. Cheng Y, Austin SC, Rocca B, et al. Role of prostacyclin in the cardiovascular response to thromboxane A $_2$. *Science*. 2002; 296: 539–541.[Abstract/Free Full Text]

30. Fuse S, Kamiya T. Plasma thromboxane $B_2$ concentration in pulmonary hypertension associated with congenital heart disease. *Circulation*. 1994; 90: 2952–2955.[Abstract/Free Full Text]

31. Herve P, Humbert M, Sitbon O, et al. Pathobiology of pulmonary hypertension: the role of platelets and thrombosis. *Clin Chest Med*. 2001; 22: 451–458.[CrossRef][Medline] [Order article via Infotrieve]

32. Tsujii M, Kawano S, Tsuji S, et al. Cyclooxygenase regulates angiogenesis induced by colon cancer cells. *Cell*. 1998; 93: 705–716.[CrossRef][Medline] [Order article via Infotrieve]

33. Murphy JF, Steele C, Belton O, et al. Induction of cyclooxygenase-1 and -2 modulates angiogenic responses to engagement of alphavbeta3. *Br J Haematol*. 2003; 121: 157–164.[CrossRef][Medline] [Order article via Infotrieve]

34. Bornfeldt KE, Campbell JS, Koyama H, et al. The mitogen-activated protein kinase pathway can mediate growth inhibition and proliferation in smooth muscle cells: dependence on the availability of downstream targets. *J Clin Invest*. 1997; 100: 875–885.[Medline] [Order article via Infotrieve]

35. Ashton AW, Yokota R, John G, et al. Inhibition of endothelial cell migration, intercellular communication, and vascular tube formation by thromboxane $A_2$. *J Biol Chem*. 1999; 274: 35562–35570.[Abstract/Free Full Text]

**Clinical Trial Software**
Velos - the transformational CTMS used by 20 top 25 medical centers
www.velos.com

**MedAssurant, Inc.**
A leading provider of end-to-end healthcare data solutions.
www.medassurant.com

**Join a Clinical Trial**
Search the web's largest database of clinical trials. Join one now!
www.ClinicalConnection.com

Ads by Google

**Peer Reviewed News for Medical Professionals**

| Medical Research | Health | Special Topics | World |

---

**Home**
**Health**
Aging
Asian Health
Events
Fitness
Food & Nutrition
Happiness
Men's Health
Mental Health
Occupational Health
Parenting
Public Health
Sleep Hygiene
Women's Health
**Healthcare**
Africa
Australia
Canada Healthcare
China Healthcare
India Healthcare
New Zealand
South Africa
UK
USA
World Healthcare
**Latest Research**
Aging
Alternative Medicine
Anaethesia
Biochemistry
Biotechnology
Cancer
Cardiology
Clinical Trials
Cytology
Dental
Dermatology

Last Updated: Jan 9, 2010 - 5:55:44 PM

# Rofecoxib Channel

subscribe to Rofecoxib newsletter

LATEST RESEARCH : PHARMACOLOGY : ANTI-INFLAMMATORY : ROFECOXIB

EMAIL | PRINT

## Prospective trial confirms Rofecoxib's cardiovascular risks

· Ads by Google    Autism Test    Autism Toddler    Autism History    Autism Book

3:21:38 PM

By

**Nordic CRO**
Kickstart your clinical trial and reduce time to market
www.a-plusscience.com

**Autism Treatments**
Hyperbaric Treatment for autistic children at Wisconsin Hyperbarics
wisconsinhyperbarics.com/Autism

**Clinical Trials**
Current Clinical Trial Research, Archives, News, Studies & More.
www.eCliniqua.com

**Medical Waste Mailback**
Mail back your medical waste Save money and time!
www.MedaSend.com

Ads by Google

**Article options**

Email to a Friend

Printer friendly version

Rofecoxib channel RSS

More Rofecoxib news

**Pankaj, US Correspondent,** [RxPG] The largest prospective trial ever examining the anti-inflammatory drug Vioxx as a chemoprevention agent found that the risk of developing a cardiovascular "event" - heart attacks and/or strokes - was almost double in patients who received the drug, compared to patients who took the placebo, according to a study out Feb. 15 on-line in The New England Journal of Medicine.

The risk was first discovered and reported last September by the study's safety monitoring board and led to the shutdown of the colon cancer chemoprevention trial and subsequent withdrawal of the drug from the U.S. market.

The trial, known as APPROVe (Adenomatous Polyp Prevention on Vioxx), was the longest test yet of Vioxx as a chemoprevention agent, and was designed to determine whether the drug could prevent the re-growth of precancerous colon polyps in people who had already had polyps removed. The prospective chemoprevention study randomized 2,586 participants from 108 centers in 29 countries to receive either 25 mgs. of Vioxx daily or a placebo drug for three years, 2001-2004. The trial was stopped September 30, 2004 - approximately two months before its planned completion.

According to Robert S. Bresalier, M.D., of The University of Texas M. D. Anderson Cancer Center

Embryology
Endocrinology
ENT
Environment
Epidemiology
Gastroenterology
Genetics
Gynaecology
Haematology
Immunology
Infectious Diseases
Medicine
Metabolism
Microbiology
Musculoskeletal
Nephrology
Neurosciences
Obstetrics
Ophthalmology
Orthopedics
Paediatrics
Pathology
Pharmacology
 ■ Adrenergics
 ■ Analgesics
 ■ Anti Cancer Drugs
 ■ Anti-Clotting Drugs
 ■ Anti-Inflammatory
   ◦ Rofecoxib
 ■ Antibiotics
 ■ Anticholesterol
 ■ Antihypertensives
 ■ Antivirals
 ■ Fatty Acids
 ■ Hypnotics
 ■ Metals
 ■ PPI
 ■ Surfactants
 ■ Varenicline
Physiology
Psychiatry
Radiology
Rheumatology
Sports Medicine
Surgery
Toxicology
Urology
Medical News
Awards & Prizes
Epidemics

and lead author of The New England Journal of Medicine study, 46 of the 1287 patients randomized to take Vioxx daily had confirmed cardiovascular events over a three year period - mostly heart attacks or strokes. In the 1,299 patients given a placebo drug, there were 26 events. Each group, however, had the same number of deaths and not all were related to heart attacks or strokes.

"The overall number of cardiovascular events is small, but, nevertheless, the difference between the groups is significant," says Bresalier, who is professor and chair of the Department of Gastrointestinal Medicine and Nutrition at M. D. Anderson and a member of the study's steering committee.

This study examined data on the 2,586 patients enrolled in the trial, all of whom had a history of adenomatous colon polyps. The most notable trend, according to Bresalier, was that patients did not begin to experience cardiovascular problems such as heart attacks or strokes until after 18 months of treatment. "In the first 18 months, the risks for the two treatments were similar," Bresalier says.

h▓▓▓▓▓▓▓▓▓▓▓ events were much more ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the placebo group and presented earlier. The data on these cases, however, is less firm, Bresalier notes, because, unlike heart attacks or strokes, these problems were not "adjudicated," or validated by a separate committee. This was not a cardiovascular trial, reminds Bresalier, so while investigators reported all events, only the most serious were fully examined.

"Because patient benefit is the most important criteria for any study, it was appropriate to stop the trial," Bresalier says. "We don't know why Vioxx increased this risk, but we now have an opportunity to study whether subpopulations of patients are more susceptible than others."

"I think it's unfortunate that we've perhaps lost a class of drugs which potentially has very important roles in a variety of diseases - arthritis, cancer prevention, cancer treatment, treatment of Alzheimer's disease, treatment of precancerous lesions, not only in the colon but in the esophagus and many other organs," says Bresalier. "What we don't know is, if the cardiovascular results seen in Vioxx represents a class effect of COX-2 inhibitors or if this is an individual effect to this drug. I don't think we can tell this from this one trial or from the trials that are out there at the moment. That's going to be the real question."

The investigators examined the use of cardio-protective aspirin among patients and found that it did not skew findings on the overall risk of Vioxx treatment.

**Publication:** Feb. 15 on-line in The New England Journal of Medicine
**On the web:** University of Texas M. D. Anderson Cancer Center

**Related Rofecoxib News**

Prospective trial confirms Rofecoxib's cardiovascular risks

**Subscribe to Rofecoxib Newsletter**

Enter your email address:

## IRISH JOURNAL OF MEDICAL SCIENCE DOCTOR AWARDS 2005

# Research may reduce risks from COX-2 inhibitors

THE adverse side effects associated with selective COX-2 inhibitors could be overcome and the risk of cardiac or pulmonary complications reduced by a combination of selective COX-2 inhibitor and thromboxane antagonist, according to a Research Lecturer in the Department of Clinical Medicine at the Institute of Molecular Medicine, St James's Hospital and TCD.

Dr Graham Pidgeon is nominated in the Cardiology category for his paper on 'Intravascular thrombosis after hypoxia-induced pulmonary hypertension', which was published in the journal *Circulation*.

Having completed his PhD in 2000 at Beaumont Hospital and DCU, Dr Pidgeon was awarded an American Cancer Research Foundation Postdoctoral Scholarship to work

for two years in Wayne State University in Detroit, Michigan, where he trained in the area of eicosanoids and prostate cancer.

He returned to Ireland in 2002 to take a position as a Senior Postdoctoral Researcher in the Department of Clinical Pharmacology at the RCSI before moving to St James's in 2004 as a senior research fellow. He was appointed Research Lecturer earlier this year.






Dr Graham Pidgeon, Research Lecturer, Department of Clinical Medicine at the Institute of Molecular Medicine, St James's Hospital and TCD



"We used a thromboxane receptor antagonist in combination with the selective COX-2 inhibitor and were able to show that the associated thrombosis and hypertension were significantly reduced."

Dr Pidgeon added that the implications of the research could be "enormous". "At the time of publication, Vioxx was withdrawn from the market in the US and the current

opinion on selective COX-2 inhibitors is still undecided."

With funding from a HRB project grant and a HRB postdoctoral fellowship in 2004 to continue the work, he hopes that the research will lead to a greater understanding of the mechanisms resulting in the adverse side effects associated with selective COX-2 inhibitors.

"It is anticipated that the research will also increase the public knowledge in the area, considering such a huge number of patients relied on these drugs," added the TCD lecturer.

"In addition, by examining the potential mechanisms involved, the work may result in the discovery of better treatment options, such as the combination approach examined in this research publication." ■

---

## Efforts should be focused on established cardiovascular risk factors

NO association has been found between Chlamydia pneumoniae, *Helicobacter pylori*, Cytomegalovirus and herpes simplex infections and acute coronary syndromes, and the established cardiovascular risk factors explain most of the variation in coronary artery disease.

These were among the main findings of new research shortlisted in the Cardiology category of the IJMS Doctor Awards, carried out by Cork GP Dr John Sheehan.

Dr Sheehan—who is also Honorary College Lecturer at the Department of Epidemiology and Public Health at University College Cork and Assistant Programme Director of the Cork Vocational Training Scheme at UCC — is nominated for his paper 'Acute coronary syndrome and chronic infection in the Cork coronary care case-control study', which was published in the journal *Heart*.

A graduate of UCC in 1991, Dr Sheehan believes that there is great interest in alternative cardiovascular risk factors that may explain some of the variation in coronary heart disease. "As Ireland has one of the world's highest rates of coronary heart disease, I


Dr John Sheehan, Cork GP

was interested in performing this research in order to further explain the risk factors for acute coronary syndrome and the established coronary vascular risk factors."

His research has suggested that although acute inflammatory responses may be part of the pathogenesis of coronary artery disease they may not be independent risk factors for acute coronary syndrome. Thus, doctors should focus their efforts on the established cardiovascular risk factors that explain most of the variation in coronary artery disease.

With funding for the study coming from the Health

Research Board and UCC, as part of his lectureship, Dr Sheehan hopes that by looking at the acute inflammatory response in acute coronary syndromes researchers may be able to further devise strategies and therapies in the management of acute coronary syndromes.

He added that by looking further upstream at the established cardiovascular risk factors, "we may be able to look further at the linkages between established cardiovascular risk factors and acute inflammatory response and therefore target interventions in terms of diet and lifestyle modification to reduce cardiovascular risk factors". ■

---

## Potential therapeutic strategy for treatment of lung diseases

INVESTIGATING the mechanisms and signalling pathways involved in the growth of new adult lung vessels may provide a potential therapeutic strategy for the treatment of lung diseases such as emphysema, cystic fibrosis and end-stage asthma, where vessel loss is recognized as playing a central role.

This is one of the findings to emerge from Dr Katherine Howell's nominated paper on 'Inhibition of Rho-kinase attenuates hypoxia-induced angiogenesis in the pulmonary circulation'. She is nominated in both the Cardiology and Respiratory Medicine categories of the IJMS Doctor Awards for her research.

A graduate from the University of Sunderland in 1994, Dr Howell is currently a post doctoral research fellow in the Conway Institute of Biomolecular and Biomedical Research at UCD, working jointly for Prof Paul McLoughlin and Dr Cormac Taylor.

"It was previously thought that pulmonary hypertension, a common complication of chronic hypoxic lung diseases, was due to fixed structural changes in the vasculature, including vessel loss and vascular remodelling," Dr Howell explained to *Medicine Weekly*.

"However, this study


Dr Katherine Howell, UCD

demonstrated that inhibition of the Rho-kinase pathway, which plays an important role in smooth muscle contraction, prevented hypoxia-induced pulmonary hypertension.

"Taken with the previous demonstration of new vessel growth in the adult pulmonary circulation, these data serve to question our understanding of the causes of pulmonary hyper-

tension. Elucidating the mechanisms involved in these pathways may reveal potential therapeutic strategies," she added.

Dr Howell commented that it has recently been suggested that Rho-kinase inhibitors might be useful therapeutic agents in the treatment of pulmonary hypertension. However, successful attenuation of pulmonary hypertension may be accompanied by inhibition of pulmonary angiogenesis, a previously unsuspected adverse effect of this therapeutic approach.

Ultimately, she hopes that understanding the mechanisms involved in pulmonary angiogenesis will lead to successful therapeutic strategies for the treatment of chronic lung diseases and associated right heart failure.

Her work was funded by the Health Research Board and the HEA's Programme for Research in Third-Level Institutions (PRTLI). ■


**Pfizer**

Sponsors of Cardiology

Manufacturers of  LIPITOR
atorvastatin calcium

26 OCTOBER 2005