## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv1951** |
| **Sarah E. Nichols, as Personal Representative of the Estate of Sarah G. Nichols** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc., G. Randolph Schrodt, Jr., MD and Integrative Psychiatry, PLLC** | DEFENDANTS |

\* \* \* \* \* \* \*

## NOTICE OF APPEARANCE
## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the Plaintiff, Sarah E. Nichols as Personal Representative for the Estate of Sarah G. Nichols, shall hereafter be represented in this action by Ann B. Oldfather and the OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiff. Pleadings related to this matter should be served on Ms. Oldfather at:

> OLDFATHER LAW FIRM
> 1330 South Third Street
> Louisville, KY 40208
> (502) 637-7200

The OLDFATHER LAW FIRM is substituting in the place and stead of Plaintiff's current counsel, Bubalo Hiestand & Rotman, PLC. An appropriate Order is tendered herewith.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of March, 2010.

      s/ Ann B. Oldfather
      Ann B. Oldfather
      KBA Bar #52553
      Liaison Counsel/Lead Counsel
      OLDFATHER LAW FIRM
      1330 S. Third Street
      Louisville, KY  40208
      502.637.7200
      502.637.3999
      aoldfather@oldfather.com