**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv1951** |
| **Sarah E. Nichols, as Personal Representative of the Estate of Sarah G. Nichols** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc., G. Randolph Schrodt, Jr., MD and Integrative Psychiatry, PLLC** | DEFENDANTS |

\* \* \* \* \* \* \*

**ORDER**

The Court having been advised that the OLDFATHER LAW FIRM has substituted for Bubalo Hiestand & Rotman, PLC in its place and stead as counsel for Plaintiff, Sarah E. Nichols as Personal Representative for the Estate of Sarah G. Nichols,

**IT IS HEREBY ORDERED** that Bubalo Hiestand & Rotman, PLC, are fully relieved of any further responsibility in this matter.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE