

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: VIOXX  :  MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L

:  JUDGE FALLON
:  MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Lloyd Bell v. Merck & Co., Inc.,* Case No. 07-2070

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Lloyd Bell. IT IS ORDERED that the correspondence be entered into the record. Considering the proprietary nature of the information contained therein, IT IS FURTHER ORDERED that the correspondence be SEALED. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel. However, from the correspondence, it is unclear to the Court whether any action is required at this time. Thus, the Court will not order that any action be taken.

New Orleans, Louisiana, this 12th day of March, 2010.

                                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                       Mr. Lloyd Bell
Plaintiff's Liaison Counsel           P.O. Box 152861
Herman, Herman Katz & Cotlar, LLP     San Diego, CA 92195
820 O'Keefe Ave.
New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130