TO: JUDGE FALLON  504 5896966

FROM: LARRY Long
Debra Long

Urgent

February 18, 2010

United States District Court
Eastern District of Louisiana
Honorable Judge Eldon E. Fallon
500 Poydras Street
Room C456
New Orleans, LA 70130

Dear Honorable Judge Fallon,

Re: **LARRY LEE LONG**
    **VIOXX GLOBAL SETTLEMENT /VIOXX PRODUCT LIBILITY**
**LITGATION MDL DOCKET NO. 1657 SECTION L**

**Law From: Miller Law Firm**
            **555 East City Ave**
            **Bala Cynwyd, PA 19004**
**Attorney Christopher Gomez**
**Attorney Michelle Di Martino**

Larry Long and Debra Long are clients of the Miller Law Firm; we feel we have not been representing professionally and legally. The Miller Law Firm and Attorney Gomez and Di Martino, have not had our best interest. We feel they are not entitle to the 32 % and or 24 % they have not earned the money.

**1. Miller Law Firm did not follow the Vioxx Settlement from Merck. Did not get permission from Merck: They gave person information out regarding estimated settlement value. Did not get Merck permission to have client get money/lien from the vioxx case. Poor representation from Miller Law Firm.**

Case 2:05-md-01657-EEF-DEK  Document 37237-1  Filed 03/12/10  Page 2 of 3

1. They did not obtain the documentation from Dr. Joe Dunnaway; Debra Long inquired and received then submitted it to Miller Law Firm.

2. The Miller Law firm (Gomez and DiMartino did not submit correct data to the Claim Administrator. Wrong information weight and medical history. There was no diagnostic test to prove Larry Long heart attack. Points were taken from Larry award notice because of wrong information this cause the award to loss point value.

3. Miller Law Firm did not help with the appeal with the Special Masters follow up. Inform and direct claimant in the right direction.

4. Miller Law Firm allowed Oasis to charge high interest, not negate a lower charge per Gomez had promised. And misuse us with a contract that was against the law. They did not step in even after writing to Judge Fallon Court. They did not call and help with our problem a light letter went out during the first interim payment to Oasis, but no true help. The payment to Oasis should have been placed in an escrow account until the problem was resolved.

5. Miller Law Firm was notified of all evictions pending and in progress 4 times in less than 2 years. Notified of Larry Long chronic and poor health, dialysis, stroke and blindness condition did not want to file a hardship case. Wife Debra Long had to contact the Eastern District Court, Judge Fallon.

6. They have not performed up the standard of what the Bar of Law in the state of Pennsylvia or Virginia. We feel their ethics for a professional is below standard.

7. We have lost ours homes/housing and vehicles and personal damage, because of how Miller Law Firm loss interest in our Vioxx Litigation.

8. Miller Law Firm would not allow our first payment to them is deferred, Di Martino said Michael Miller wanted their entire fee now. We had to pay Oasis Legal funding appx $12,000 from the first payment and appx $10,000 from the first payment. This left us only $4,000 with an eviction moving expenses and a search for a house. Debra Long begged Di Martino to help, the Nothing I can do answer was given.

9. In the beginning Gomez would answer our calls until he went on emergency leave. From March until October 2009 Di Martino would have the paralegal Jody handle the claim, giving poor information and feel back. Jody was rude most of the time. Talking to Debra Long if she was uneducated or illiterate, a TALKING DOWN and frustrated tone. Only sending emails and not responding to phone calls. Poor communication skills for clients in a hardship and distress situation.

10. Miller Law Firm only deferred their first payment that they received a letter from Judge Fallon office tells them a hearing was being held regarding Oasis.

11. Miller Law Firm did not follow the agreement in the Vioxx Settlement.

We wish for any money that is due to the Miller Firm be held in Escrow until this matter is resolved. Please do not issue a payment to Miller Law Firm/Michael Miller. However we wish to receive our portion of second payment that is due plus the amount of payment that Miller was to collect but failed to give us service.

Sincerely,

Larry Long
Debra Long
3147 Brighton Pass
Conyers, GA 30094
678 542-5347
Nia0003@yahoo.com