IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| *Amadis-Rosario, Gladys et al vs Merck &* | * | |
| *Co. Inc.;  2:05cv06234* | * | |
| *Bell, Walter et al vs. Merck & Co. Inc.;* | * | |
| *06-6997;* | * | |
| *Alvarado, Ramon et al vs. Merck & Co. Inc.* | * | |
| *06-7150;* | * | |
| *Acevedo, Jose et al vs. Merck & Co., Inc.;* | * | |
| *06-6997;* | * | |
| *Adames De La Rosa, et al vs. Merck* | * | |
| *& Co. Inc.;06-6999;* | * | |
| *Yeager, Bryan Keith, et al vs. Merck &* | * | |
| *Co., Inc.; 2:05cv04663* | * | |
| *Kupcha, Ruth et al vs. Merck & Co., Inc.* | * | |
| *OKN  - 06-533* | * | |
| ************************************ | | MAG. JUDGE KNOWLES |

### MOTION FOR RELIEF FROM LIEN AND PAYMENT OF ATTORNEY FEES AND EXPENSES

**COME NOW** the undersigned Counsel of record for Plaintiffs relative to the cases listed in the above-captioned cause and file this *Motion for Relief From Lien and Payment of Attorney Fees and Expenses* and state as follows:

1. Plaintiffs identified in Exhibit A to this motion are represented by Primary Counsel E. Kirk Wood and, for those cases filed in Puerto Rico and/or involving Puerto Rican clients (hereinafter "Joint Cases"), Secondary Counsel Eric Quetglas and Archie C. Lamb, Jr.  *See Exhibit A:  Client Listing*

2. Facts related to the management of these Joint Cases and the details of the agreement between counsel concerning the division of labor and fees is provided at Exhibit D and E.  *See Exhibit D:  Affidavit of E. Kirk Wood and Exhibit E:  Verified Declaration of Eric Quetglas.*

3. Co-counsel Archie Lamb and his firm are involved in a contractual dispute with a financing company that involves complex issues associated with the financing of his practice.  Attorneys Wood and Quetglas have no relationship of any kind with Counsel Finance or any knowledge of Counsel Finance and its issues with Attorney Lamb and the Lamb Firm.

4. On May 4, 2009, Counsel Finance asserted by letter to the Claims Administrator, a non-judicial notice of lien that claimed *any and all settlement funds* due to be paid to Plaintiffs and directing those funds to be paid to Counsel Finance.  *See Exhibit B: Counsel Finance Letter.*

5. This Court issued its Order on May 29, 2009 releasing the funds as to payments due plaintiffs and directing the Claims Administrator to pay all Plaintiffs funds being held and to pay future payments due Plaintiffs to Primary Counsel for processing and distribution to Plaintiffs.  The Court additionally noted that there would be a future review and determination concerning the payment of attorney fees.  *See Exhibit C:  Order Dated May 29, 2009.*

6. On January 28, 2010, Co-counsel Archie Lamb filed for protection in accordance with Chapter Seven of the Federal Rules of Bankruptcy in the Northern District of Alabama, Bankruptcy Petition Number: 10-00465-TBB7.  *See Exhibit G:  Bankruptcy Petition.*

7. Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas have continued to represent Plaintiffs in Joint Cases and manage all aspects of the litigation as related to Plaintiffs to include but not limited to, required filings and arguments, the preparation and filing of documents and responses requested by the Claims Administrator, interacting with the Claims Administrator by telephone and correspondence, the preparation of distribution documents, the distribution of payments to Plaintiffs and the payment of all costs and expenses associated with the process.  *See Exhibits D and E.*

8. The Claims Administrator has now indicated that all claims either have been paid or will be paid in the first half of 2010 and substantial fees are being held by the Claims Administrator for the Primary Counsel and Secondary Counsel. *See Exhibit D and E and Exhibit H:  Claims Payment Detail.*

9. Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas have fulfilled and are continuing to fulfill all requirements of representation of the Joint Cases and noted Plaintiffs and are due to be paid the agreed upon attorney fees and to be reimbursed for the expenses paid on behalf of Archie Lamb as outlined in the previously forwarded lien letter at Exhibit F and as described in Exhibit D.  *See Exhibit F:  Letter to Scott Monroe and Exhibit D:  Affidavit of E. Kirk Wood.*

10. Primary Counsel E. Kirk Wood has fulfilled and is continuing to fulfill all requirements of the representation of Plaintiff Barbara Kupcha and is due to be paid the attorney fee in this case as outlined in the previously forwarded lien letter at Exhibit F and as described in Exhibit D.  *See Exhibit F:  Letter to Scott*

*Monroe* and Exhibit D:  Affidavit of E. Kirk Wood.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, by and through Primary Counsel, hereby respectfully request this Honorable Court to enter an Order directing the Claims Administrator to pay all attorney fees due to Primary Counsel and Secondary Counsel to the Trust Account of Primary Counsel E. Kirk Wood for distribution to Primary Counsel E. Kirk Wood, Secondary Counsel Eric Quetglas and the Bankruptcy Trustee for Secondary Counsel Archie Lamb.  Further, the Order entered to also direct Primary Counsel to reimburse Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas expenses due from the fees held for Archie Lamb as outlined in Exhibit D and F to this Motion and as approved by the Bankruptcy Trustee for Archie Lamb.

*Respectfully submitted,*

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Direct Dial:  205-612-0243
Telecopy:  866-747-3905
ekirkwood1@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that e above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this __16___ day of March, 2010.

*/s/ E. Kirk Wood, Esq.*
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Direct Dial:  205-612-0243
Telecopy:  866-747-3905
ekirkwood1@bellsouth.net