Exhibit "A"

| Row | VCN | Claimant Name |
|---|---|---|
| V2038 - Notice of Attempted Lien - Attachment 1 |

| Row | VCN | Claimant Name |
|---|---|---|
| 1. | 1050738 | Acevedo, Efrain |
| 2. | 1050737 | Acevedo, Emilia |
| 3. | 1051260 | Adames De-La-Rosa, Rogelio |
| 4. | 1050739 | Adams-Alonso, Jose J. |
| 5. | 1050740 | Aguilu-Vega, Carlos |
| 6. | 1050741 | Ahmed-Garcia, Nacima |
| 7. | 1050742 | Albarran-Velez, Ana Mana |
| 8. | 1050743 | Alcocer-Marcano, Harry |
| 9. | 1050744 | Alicea-Figueroa, Alexis R. |
| 10. | 1050745 | Alicea-Reyes, Olga E. |
| 11. | 1050746 | Alvarado, Ramon |
| 12. | 1050747 | Alvarez-Piñeiro, Ermelinda |
| 13. | 1050748 | Alverio-Torres, Carmen |
| 14. | 1050749 | Alvira-Melendez, Israel |
| 15. | 1050750 | Amadeo-Maldonado, Stephanie |
| 16. | 1050751 | Amadis-Rosario, Gladys |
| 17. | 1050752 | Amaro-Morales, Elsie |
| 18. | 1050753 | Aponte-Santiago, Ivette M. |
| 19. | 1050754 | Aquino-Medina, Amaury |
| 20. | 1050755 | Ares-Moran, Grace |
| 21. | 1050756 | Arocho-Cortes, Carmen L. |
| 22. | 1050757 | Arocho-Montalvo, Carmen R. |
| 23. | 1050758 | Arroyo-Acosta, Miguelina |
| 24. | 1050759 | Arroyo-Crespo, Alejandrina |
| 25. | 1050760 | Arroyo-Montezuma, Pedro |
| 26. | 1050761 | Aviles-Arroyo, Aida L. |
| 27. | 1050762 | Aviles-Marzan, Ruth N. |
| 28. | 1050763 | Ayala-Cintrón, Concepción |
| 29. | 1050764 | Ayuso-Delgado, Freddy |
| 30. | 1050765 | Baez-Calderon, Felix |
| 31. | 1050766 | Baez-Figueroa, Eduardo |
| 32. | 1050767 | Baez-Huertas, Luz M. |
| 33. | 1050768 | Baez-Maymi, Lucia |
| 34. | 1050769 | Baez-Serrano, Regina |
| 35. | 1050770 | Batista, Bartolome |
| 36. | 1050771 | Beato, Jose |
| 37. | 1050772 | Bell, Walter C. |
| 38. | 1050773 | Benitez-Ruiz, Horacio |
| 39. | 1050774 | Benjamin-Camilo, Carmen G. |

| V2038 - Notice of Attempted Lien - Attachment 1 | | |
|---|---|---|
| Row | VCN | Claimant Name |
| 40. | 1050775 | Bermudez-Batista, Israel |
| 41. | 1050776 | Bonilla-Negron, Jose |
| 42. | 1050777 | Borges-Mateo, Myrna |
| 43. | 1050778 | Boscana-Ojeda, Matilde |
| 44. | 1050779 | Braswell, Carolyn S. |
| 45. | 1050780 | Bravo-Pagan, Luis J. |
| 46. | 1050781 | Bravo-Rivera, Nilda G. |
| 47. | 1050782 | Bruno-Lopez, Marta |
| 48. | 1050783 | Burgos-Colon, Jacinta |
| 49. | 1050784 | Burgos-Ramos, Virgen |
| 50. | 1050785 | Caballero-Lopez, Iris |
| 51. | 1050786 | Caballero-Martinez, Jorge R. |
| 52. | 1050787 | Caballero-Vazquez, Elizabeth |
| 53. | 1050788 | Cabrera-Ubiles, Guadalupe |
| 54. | 1050789 | Caceres-Calderon, Andrea |
| 55. | 1050790 | Caliz-Torres, Manuel |
| 56. | 1050791 | Campuzano-Guerrero, Ysidra V. |
| 57. | 1050792 | Candelario-Maldonado, Leonor |
| 58. | 1050793 | Capella-Velazquez, Luz A. |
| 59. | 1050794 | Capo-Silen, Ivanska |
| 60. | 1050795 | Caraballo-Pagan, Gerardo |
| 61. | 1050796 | Carmona-Martinez, Aida T. |
| 62. | 1050797 | Cartagena-Vazquez, Ines M. |
| 63. | 1050798 | Casiano-Mercado, Felix |
| 64. | 1050799 | Castañer-Colon, Maria M. |
| 65. | 1050800 | Castrillo, Maria T. |
| 66. | 1050801 | Castro-Del-Valle, Josefina |
| 67. | 1050802 | Castro-Jimenez, Margarita |
| 68. | 1050803 | Castro-Ramirez, Luis A. |
| 69. | 1050804 | Castro-Robledo, Julia M. |
| 70. | 1050805 | Centeno-Maldonado, Segundo |
| 71. | 1050806 | Chaparro-Chaparro, Elisa |
| 72. | 1050807 | Charleman-Claudio, Teresa |
| 73. | 1050808 | Clabaguera-Savinon, Juan M. |
| 74. | 1050809 | Cobian-Lopez, Bonifacia |
| 75. | 1050810 | Coleman, Earnest |
| 76. | 1050811 | Collazo-Mendez, Sigfredo |
| 77. | 1050812 | Colon-Cintron, Carmen H. |
| 78. | 1050813 | Colon-Cruz, Evaristo |

| V2038 - Notice of Attempted Lien - Attachment 1 | | |
|---|---|---|
| Row | VCN | Claimant Name |
| 79. | 1050814 | Colon-Ortiz, Nancy |
| 80. | 1050815 | Colon-Rosado, Maria |
| 81. | 1050816 | Colon-Torres, Iris M. |
| 82. | 1050817 | Colon-Vazquez, Jorge |
| 83. | 1050818 | Concepcion-Bruno, Glenda J. |
| 84. | 1050819 | Corchado-Rios, Miriam |
| 85. | 1050820 | Correa-Santos, Rafael L. |
| 86. | 1050821 | Cosme-Alicea, Teresa |
| 87. | 1050823 | Cosme-Ferrer, Maria T. |
| 88. | 1050822 | Cosme-Ferrer, Myrna |
| 89. | 1050824 | Cosme-Ruiz, Angel |
| 90. | 1050825 | Cotto-Ayala, Maria |
| 91. | 1050826 | Cotto-Rivera, Generosa |
| 92. | 1050827 | Crespo-Gabriel, Irma L. |
| 93. | 1050828 | Crespo-Gonzalez, Gladys |
| 94. | 1050829 | Crespo-Rivera, Inocencio |
| 95. | 1050830 | Crespo-Rodriguez, Noemi |
| 96. | 1050831 | Crespo-Santiago, Luz Z. |
| 97. | 1050832 | Cruz, Clarisa |
| 98. | 1050833 | Cruz-Barroso, Manuel |
| 99. | 1050834 | Cruz-Diaz, Maria A. |
| 100. | 1050835 | Cruz-Hernandez, Angel L. |
| 101. | 1050836 | Cruz-Juarbe, Jose |
| 102. | 1050837 | Cruz-Ortiz, Carmen A. |
| 103. | 1050838 | Cruz-Rodriguez, Justa |
| 104. | 1050840 | Cruz-Velazquez, Ana M. |
| 105. | 1050839 | Cruz-Velazquez, Miguel |
| 106. | 1050841 | Cruz-Vidal, Baltasar |
| 107. | 1050842 | Dadlani, Veena G. |
| 108. | 1050843 | Dailey, Curtis L. |
| 109. | 1050844 | Dalmau-Castro, Carmen S. |
| 110. | 1050845 | Davila-Cabrera, Sonia |
| 111. | 1050846 | Davila-Mateo, Evelio |
| 112. | 1050848 | De-Jesus, Carmen |
| 113. | 1050849 | De-Jesus-De-Jesus, Natividad |
| 114. | 1050850 | De-Jesus-Pedraza, Candida |
| 115. | 1050851 | De-Jesus-Rosario, Carmen |
| 116. | 1051261 | De-La-Cruz, Margarita |
| 117. | 1050852 | De-La-Cruz-Mendes, Valina |

| V2038 - Notice of Attempted Lien - Attachment 1 |||
|---|---|---|
| Row | VCN | Claimant Name |
| 118. | 1050853 | De-La-Rosa-Grullon, Jesus O. |
| 119. | 1050847 | Deathe, Virginia |
| 120. | 1050854 | Del-R.-Rosa-Maldonado, Maria |
| 121. | 1050855 | Del-Valle-Diaz, Elsie |
| 122. | 1050856 | Del-Valle-Velazquez, Victor |
| 123. | 1050857 | Diadone-Alers, Mario A. |
| 124. | 1050858 | Diaz-Caban, Marilyn |
| 125. | 1050859 | Diaz-Colon, Hilda |
| 126. | 1050860 | Diaz-Irizarry, Angelica |
| 127. | 1050861 | Diaz-Medina, Victor |
| 128. | 1050862 | Diaz-Ramirez, Carmen |
| 129. | 1050863 | Dionicio, Dulce |
| 130. | 1050864 | Domenech-Williams, Maria |
| 131. | 1050865 | Echavarry-Coira, Myrta |
| 132. | 1050866 | Echevarria, Gladys |
| 133. | 1050867 | Encarnacion-Sanchez, Ismael |
| 134. | 1050868 | Escobar-Caceres, Myrna |
| 135. | 1050869 | Escribano-Fuentes, Luis |
| 136. | 1050870 | Espinosa-Figueroa, Olga |
| 137. | 1050871 | Estrada-Roque, Lucila |
| 138. | 1050872 | Estrella-Huertas, Johanna |
| 139. | 1050873 | Exia-Quintana, Milagros |
| 140. | 1050874 | Falu-Cruz, Isidora |
| 141. | 1050875 | Fanith, Mireya |
| 142. | 1050876 | Febres-Colon, Ramon |
| 143. | 1050877 | Febus-Febus, Juan |
| 144. | 1050878 | Feliciano-Otero, Justina |
| 145. | 1050879 | Feliciano-Rivera, Juan R. |
| 146. | 1050880 | Fernandez-Barrera, Aida |
| 147. | 1050881 | Fernandez-Martinez, Cruz |
| 148. | 1050882 | Fernandini-Ruiz, Rosa R. |
| 149. | 1050883 | Figueroa-Colon, Maria |
| 150. | 1050884 | Figueroa-De-La-Fontaine, Josefa |
| 151. | 1050885 | Figueroa-Torres, Luz |
| 152. | 1050886 | Figueroa-Viera, Evelyn |
| 153. | 1050887 | Flores-Rivera, Magdalena |
| 154. | 1050888 | Fontanez-Rivera, Alida |
| 155. | 1050889 | Franceschi-Rodriguez, Mariana |
| 156. | 1050890 | Fraquada-Doner, Angel L. |

| V2038 - Notice of Attempted Lien - Attachment 1 |||
|---|---|---|
| Row | VCN | Claimant Name |
| 157. | 1050891 | Frias-De-Jesus, Justina |
| 158. | 1050892 | Fuster-Delgado, Vicente |
| 159. | 1050893 | Gago-Rosado, Angela |
| 160. | 1050894 | Garcia-Caraballo, Rafael |
| 161. | 1050895 | Garcia-Garamendi, Alfredo |
| 162. | 1050896 | Garcia-Garamendi, Rosario |
| 163. | 1050897 | Garcia-Garcia, Angel M. |
| 164. | 1050898 | Garcia-Rodriguez, Jose R. |
| 165. | 1050899 | Garcia-Sanchez, Ana L. |
| 166. | 1050900 | Garraton-Martin, Luis |
| 167. | 1050901 | Giliberty-Arizmendi, Angeles |
| 168. | 1050902 | Giovannetti-Rosado, Juan |
| 169. | 1050903 | Goire-Pedrosa, Rafaela |
| 170. | 1050904 | Gomez-Figueroa, Pedro |
| 171. | 1050905 | Gomez-Otero, Maria |
| 172. | 1050906 | Gonzalez, Susana |
| 173. | 1050907 | Gonzalez-Arias, Rafael |
| 174. | 1050908 | Gonzalez-Coffie, Nelly |
| 175. | 1050909 | Gonzalez-Cordero, Myriam |
| 176. | 1050910 | Gonzalez-Cotto, Nilda A. |
| 177. | 1050911 | Gonzalez-Cruz, Minerva |
| 178. | 1050912 | Gonzalez-Gonzalez, Francisco |
| 179. | 1050913 | Gonzalez-Hernandez, Sol A. |
| 180. | 1050914 | Gonzalez-Irizarry, Ramon Antonio |
| 181. | 1050915 | Gonzalez-Martinez, Juan |
| 182. | 1050916 | Gonzalez-Melendez, Johanna |
| 183. | 1050917 | Gonzalez-Patricio, Rhina |
| 184. | 1050918 | Gonzalez-Torres, Jose |
| 185. | 1050919 | Greaux-Morales, Jeannette |
| 186. | 1050920 | Guerra-Soto, William R. |
| 187. | 1050921 | Gutierrez-Mendez, Manuel A. |
| 188. | 1050922 | Guzman-Arias, Gladys E. |
| 189. | 1050923 | Guzman-Gonzalez, Wanda |
| 190. | 1050924 | Guzman-Silva, Milagros |
| 191. | 1050925 | Haeussler-Anca, Carlos |
| 192. | 1051040 | Henry, Orpha I. |
| 193. | 1050926 | Henson-Bousquets, Victor |
| 194. | 1050927 | Hernandez, Reina |
| 195. | 1050928 | Hernandez-Alicia, Sonia |

| V2038 - Notice of Attempted Lien - Attachment 1 |||
|---|---|---|
| Row | VCN | Claimant Name |
| 196. | 1050929 | Hernandez-Cantres, Luis |
| 197. | 1050930 | Hernandez-Ferrer, Haydee |
| 198. | 1050931 | Hernández-Medina, Alexander |
| 199. | 1050932 | Hernández-Ortíz, Jose F. |
| 200. | 1050933 | Hernandez-Ramos, Sandra |
| 201. | 1050934 | Hernandez-Rivera, Marta I. |
| 202. | 1050935 | Hernandez-Rivera, Sandra |
| 203. | 1050936 | Hidalgo, Juanita |
| 204. | 1050937 | Hymovitz, Paul |
| 205. | 1050938 | Ibern-Figueroa, Isabel |
| 206. | 1050939 | Iglesias-Benitez, Ramon |
| 207. | 1051263 | Infante-Pena, Francisco |
| 208. | 1050940 | Irizarry-Alvarez, Emily |
| 209. | 1050941 | Irizarry-Matos, Carmen |
| 210. | 1050942 | Jaca-La-Fontaine, Carmen |
| 211. | 1050943 | Jackson, Inez |
| 212. | 1050944 | Jackson-Rojas, Quirsis |
| 213. | 1050945 | Jimenez-Desantis, Tomas |
| 214. | 1050946 | Jimenez-Roman, Mercedes |
| 215. | 1050947 | Johnston, Charlie J. |
| 216. | 1050948 | Jordan, Daisy D. |
| 217. | 1050949 | Jordan, Jeffrey B. |
| 218. | 1050950 | Julia-Miranda, Maria L |
| 219. | 1050951 | Khury-Musa, Mercedes |
| 220. | 1050952 | Kling, Constance M. |
| 221. | 1050953 | Kupcha, Robert A. ⟵ ★ - EKW only |
| 222. | 1050954 | Labonte, Robert C. |
| 223. | 1050955 | Laboy-Cintrón, Arnaldo |
| 224. | 1050956 | Lamourt-Alicea, Maria |
| 225. | 1050957 | Landrau-Hernandez, Juan I. |
| 226. | 1050958 | Landron-Vallejo, Jennie |
| 227. | 1050959 | Lanza-Alvira, Gloria M. |
| 228. | 1050960 | Lanzot-Rivera, Eduardo |
| 229. | 1050961 | Lao-Melendez, Israel |
| 230. | 1050962 | Larson-Rawls, Maureen |
| 231. | 1050963 | Lassend-Figueroa, Francisco |
| 232. | 1051264 | Leguisamon-Moria, Filomena |
| 233. | 1051267 | Librada-Sanchez, Luz |
| 234. | 1050964 | Llapiz-Soleto, Maria E. |

| V2038 - Notice of Attempted Lien - Attachment 1 |
| Row | VCN | Claimant Name |
| --- | --- | --- |
| 235. | 1050965 | Lopez-Caro, Gladys |
| 236. | 1050966 | Lopez-Chalvisan, Israel |
| 237. | 1050967 | Lopez-Dirube, Fernando |
| 238. | 1050968 | Lopez-Duran, Teresa |
| 239. | 1050969 | Lopez-Medina, Irma |
| 240. | 1050970 | Lopez-Ramos, Livia |
| 241. | 1050971 | Lopez-Santiago, Manuel |
| 242. | 1050972 | Lorenzo-Nieves, Felicita |
| 243. | 1051265 | Lovelace, Camelia |
| 244. | 1051266 | Lovelace, Legia |
| 245. | 1050973 | Lozada-Diaz, Evelyn |
| 246. | 1050974 | Lugo-Estrada, Victoria |
| 247. | 1050975 | Lugo-Lopez, Angel F. |
| 248. | 1050976 | Maisonet-Acosta, Tommy |
| 249. | 1050977 | Malave-Ubides, Ana L. |
| 250. | 1050978 | Maldonado-Alicea, Virgen |
| 251. | 1050979 | Maldonado-Gonzalez, Fernando |
| 252. | 1050980 | Maldonado-Medina, Javier |
| 253. | 1050981 | Maldonado-Ojeda, Lourdes |
| 254. | 1050982 | Maldonado-Ojeda, Pedro |
| 255. | 1050983 | Maldonado-Rios, Juan |
| 256. | 1050984 | Marcano-Flores, Clara |
| 257. | 1050986 | Mari-Borrero, David E. |
| 258. | 1050985 | Maria-Minyetti, Ana |
| 259. | 1050987 | Marrero-Maier, Julia |
| 260. | 1050988 | Marrero-Morales, Elizabeth |
| 261. | 1050989 | Marrero-Salgado, Maria A. |
| 262. | 1050990 | Marrero-Toledo, Victor D. |
| 263. | 1050991 | Martinez-Quiles, Carmen |
| 264. | 1050992 | Martinez-Rivera, Benjamin |
| 265. | 1050993 | Martinez-Santa-Cruz, Raul |
| 266. | 1050994 | Martinez-Santos, Mayra |
| 267. | 1050995 | Martinez-Velazquez, Nilda |
| 268. | 1050996 | Martorel-Martinez, Milagros |
| 269. | 1050997 | Matos-Garcia, Rafael |
| 270. | 1050998 | Matos-Gomez, Cruz |
| 271. | 1050999 | Matos-Torres, Aida L. |
| 272. | 1051000 | Medina-Afanador, Milagros |
| 273. | 1051001 | Medina-Camacho, Mildred |

| V2038 - Notice of Attempted Lien - Attachment 1 | | |
|---|---|---|
| Row | VCN | Claimant Name |
| 274. | 1051002 | Medina-Rivera, Nydia A. |
| 275. | 1051079 | Medina-Sabater, Ramona |
| 276. | 1051003 | Melendez-Arroyo, Jose M. |
| 277. | 1051004 | Melendez-Burgos, Otilio |
| 278. | 1051005 | Melendez-Cotto, Gloria M. |
| 279. | 1051006 | Melendez-Pelullera, Eloiza |
| 280. | 1051007 | Melendez-Ramos, Rafael |
| 281. | 1051009 | Mendez-Cotto, Armando |
| 282. | 1051010 | Mendez-Cuadrado, Carmen L. |
| 283. | 1051011 | Mendez-Diaz, Edna M. |
| 284. | 1051012 | Mendoza-Calderon, Alfonso |
| 285. | 1051013 | Mercado-Pagan, Armando |
| 286. | 1051014 | Merced-David, Felisa |
| 287. | 1051015 | Merrell,-Sr., Paul D. |
| 288. | 1051016 | Millan-Gutierrez, Luz D. |
| 289. | 1051017 | Miranda-Escobar, Maria |
| 290. | 1051203 | Molina-Figueroa, Victor |
| 291. | 1051135 | Montalvo-Negron, Santos |
| 292. | 1051018 | Montalvo-Roman, Julia |
| 293. | 1051019 | Montanez-Camacho, Josaphat |
| 294. | 1051020 | Montes-Jordan, Hector L. |
| 295. | 1051021 | Montiel, Robert C. |
| 296. | 1051022 | Morales-Aponte, Lizette |
| 297. | 1051023 | Morales-Carrasquillo, Eliud |
| 298. | 1051024 | Morales-Gonzalez, Antonio |
| 299. | 1051025 | Morales-Ortiz, Carlos M. |
| 300. | 1051026 | Morales-Rivera, Nelson |
| 301. | 1051027 | Morales-Rodriguez, Ruben |
| 302. | 1051028 | Morales-Silva, Juan |
| 303. | 1051029 | Moran-Serrano, Ramon E. |
| 304. | 1051030 | Moreira-Fragoso, Carmen |
| 305. | 1051031 | Muñiz-Burgos, Carmen |
| 306. | 1051032 | Negron-Arbona, Roberto |
| 307. | 1051033 | Nieves-Huarneck, Maria |
| 308. | 1051034 | Nieves-Quiles, Orlando |
| 309. | 1051008 | Nieves-Velez, Carmelo |
| 310. | 1051035 | Nuñez, Jeselina |
| 311. | 1051036 | Núñez-Peña, Carmen L. |
| 312. | 1051037 | Oliveras-Colon, Carmen A. |

| V2038 - Notice of Attempted Lien - Attachment 1 |||
|---|---|---|
| Row | VCN | Claimant Name |
| 313. | 1051038 | Oquendo-Jacome, Hilda L. |
| 314. | 1051039 | Orama-Rovira, Juan E. |
| 315. | 1051041 | Orta-Perez, Cecilia |
| 316. | 1051042 | Ortega, Flora |
| 317. | 1051043 | Ortega-Vazquez, Carmen |
| 318. | 1051044 | Ortiz, Lydia M. |
| 319. | 1051045 | Ortiz-Ayala, Edgardo |
| 320. | 1051046 | Ortiz-Colon, Rosalia |
| 321. | 1051047 | Ortiz-Cortijo, Marta |
| 322. | 1051048 | Ortiz-Garcia, Agnes |
| 323. | 1051049 | Ortiz-Maldonado, Brenda |
| 324. | 1051050 | Ortiz-Marañon, Elena R. |
| 325. | 1051051 | Ortiz-Naveira, Jose |
| 326. | 1051052 | Ortiz-Ortiz, Maria M. |
| 327. | 1051053 | Ortiz-Pagan, Maria A. |
| 328. | 1051054 | Ortiz-Rivera, Nilda |
| 329. | 1051055 | Otero-Agosto, Sonia M. |
| 330. | 1051056 | Otero-Camacho, Margarita |
| 331. | 1051057 | Otero-Orta, Maryland |
| 332. | 1051059 | Otero-Santiago, Irma |
| 333. | 1051058 | Otero-Santiago, Jorge |
| 334. | 1051060 | Padilla-Cordova, Auria |
| 335. | 1051061 | Pagan-De-Jesus, Ana Maria |
| 336. | 1051062 | Pagan-San-Miguel, Carmen |
| 337. | 1051268 | Paniagua-Morillo, Wenceslao |
| 338. | 1051063 | Parrilla-Torres, Luisa |
| 339. | 1051064 | Pedraza-Lopez, Martha |
| 340. | 1051065 | Pena-Quinones, Margarita |
| 341. | 1051066 | Pereira-Cruz, Miguel |
| 342. | 1051067 | Perez-Abreu, Saturnino |
| 343. | 1051068 | Perez-Alvarez, Orlando |
| 344. | 1051069 | Perez-Balaguer, Maria |
| 345. | 1051070 | Perez-Valentin, Gilberto |
| 346. | 1051269 | Pichardo-Lopez, Milagros |
| 347. | 1051071 | Pierce, Stanley J. |
| 348. | 1051072 | Pietri-Agrait, Carmen |
| 349. | 1051073 | Pimentel-De-Cabrera, Candy |
| 350. | 1051074 | Pimentel-Fernandez, Ramon |
| 351. | 1051270 | Pion-Baez, Maria |

| V2038 - Notice of Attempted Lien - Attachment 1 |
|---|---|---|
| Row | VCN | Claimant Name |
| 352. | 1051075 | Pratts-Tapia, Evelyn |
| 353. | 1051076 | Puentes-Castro, Jesus |
| 354. | 1051077 | Quiara-Maldonado, Olga |
| 355. | 1051078 | Quinones-Carmona, Ismael |
| 356. | 1051080 | Quinones-Perez, Carmen G. |
| 357. | 1051081 | Rabassa, Carmen M. |
| 358. | 1051082 | Ramirez-Gomez, Hector |
| 359. | 1051083 | Ramirez-Morell, Celia A. |
| 360. | 1051084 | Ramos-Acevedo, Jose L. |
| 361. | 1051085 | Ramos-Correa, Hector |
| 362. | 1051086 | Ramos-Diaz, Yolanda |
| 363. | 1051087 | Ramos-Ramos, Hector L. |
| 364. | 1051088 | Ramos-Rivera, Jesus |
| 365. | 1051271 | Ramos-Rodriguez, Rafael |
| 366. | 1051089 | Ramos-Roman, Miguel |
| 367. | 1051090 | Ramos-Velez, Ana M. |
| 368. | 1051091 | Remus-Vazquez, Maria R. |
| 369. | 1051092 | Reyes-Aviles, Antonia |
| 370. | 1051093 | Reyes-Castillo, Pedro |
| 371. | 1051094 | Reyes-Colon, Melquiades |
| 372. | 1051095 | Reyes-Garcia, Margarita |
| 373. | 1051096 | Reyes-Hernandez, Elsa M. |
| 374. | 1051097 | Reyes-Negron, Luz |
| 375. | 1051098 | Reyes-Perez, Edgar |
| 376. | 1051099 | Ribot-Rios, Julio C. |
| 377. | 1051100 | Ribot-Sanchez, Domingo |
| 378. | 1051101 | Rijos-Kulian, Carmen |
| 379. | 1051102 | Riollano-Marrero, Carmen |
| 380. | 1051103 | Rios-Oquendo, Rosa |
| 381. | 1051104 | Rivas-Santiago, Nicolas |
| 382. | 1051105 | Rivera-Bula, Juan O. |
| 383. | 1051106 | Rivera-Castro, Irene |
| 384. | 1051107 | Rivera-Cestero, Sharon |
| 385. | 1051109 | Rivera-Cruz, Abraham |
| 386. | 1051108 | Rivera-Cruz, Milagros |
| 387. | 1051110 | Rivera-De-Jesus, Gloria M. |
| 388. | 1051111 | Rivera-Diaz, Yolanda |
| 389. | 1051112 | Rivera-Gonzalez, Zulma E. |
| 390. | 1051113 | Rivera-Lopez, Luz H. |

| V2038 - Notice of Attempted Lien - Attachment 1 |
| Row | VCN | Claimant Name |
| --- | --- | --- |
| 391. | 1051114 | Rivera-Morales, Alberto |
| 392. | 1051115 | Rivera-Negron, Maria |
| 393. | 1051116 | Rivera-Oliveras, Evangelista |
| 394. | 1051117 | Rivera-Orellana, Armando |
| 395. | 1051118 | Rivera-Otero, Carmen M. |
| 396. | 1051119 | Rivera-Pacheco, Rosaura |
| 397. | 1051120 | Rivera-Pena, Awilda |
| 398. | 1051121 | Rivera-Ramirez, Carmen R. |
| 399. | 1051122 | Rivera-Ramos, Jorge |
| 400. | 1051123 | Rivera-Reyes, Arlene |
| 401. | 1051124 | Rivera-Rivera, Milagros |
| 402. | 1051126 | Rivera-Rodriguez, Daisy |
| 403. | 1051127 | Rivera-Rodriguez, Jose A. |
| 404. | 1051128 | Rivera-Rodriguez, Jose L. |
| 405. | 1051125 | Rivera-Rodriguez, Nixsa |
| 406. | 1051129 | Rivera-Roman, Luz M. |
| 407. | 1051130 | Rivera-Rosa, Roselia |
| 408. | 1051131 | Rivera-Torres, Evelyn |
| 409. | 1051132 | Rivera-Torres, Maria I. |
| 410. | 1051133 | Rivera-Villanueva, Otilia |
| 411. | 1051134 | Robles-Mercado, Jose D. |
| 412. | 1051137 | Rodriguez-Alier, Adela |
| 413. | 1051138 | Rodriguez-Figueroa, Sonia |
| 414. | 1051139 | Rodriguez-Garcia, Lucelenia |
| 415. | 1051140 | Rodriguez-Lebron, Ana E. |
| 416. | 1051141 | Rodriguez-Molina, Elena |
| 417. | 1051142 | Rodriguez-Mont, Rafael |
| 418. | 1051143 | Rodriguez-Morales, Joaquin |
| 419. | 1051144 | Rodriguez-Oliveras, Monserrate |
| 420. | 1051145 | Rodriguez-Oliveras, Rosario |
| 421. | 1051146 | Rodriguez-Perez, Emilia Del C. |
| 422. | 1051147 | Rodriguez-Polanco, Maricela |
| 423. | 1051148 | Rodriguez-Reyes, Carmen |
| 424. | 1051149 | Rodriguez-Rivera, Felix |
| 425. | 1051150 | Rodriguez-Rivera, Juan |
| 426. | 1051151 | Rodriguez-Rodriguez, Estebania |
| 427. | 1051152 | Rodriguez-Sepúlveda, Jovino |
| 428. | 1051178 | Rodriguez-Soto, Esther |
| 429. | 1051153 | Rodriguez-Torres, Gilberto |

| V2038 - Notice of Attempted Lien - Attachment 1 |
|---|---|---|
| Row | VCN | Claimant Name |
| 430. | 1051154 | Rodriguez-Vega, Lydia |
| 431. | 1051155 | Roldan-Gonzalez, Virginia |
| 432. | 1051156 | Roldan-Ramirez, Mildred |
| 433. | 1051157 | Rolon-Maldonado, Efrain |
| 434. | 1051158 | Roman-Ruiz, Carmen M. |
| 435. | 1051159 | Roque-Ortiz, Margarita |
| 436. | 1051168 | Rosa-Valles, Gladys |
| 437. | 1051169 | Rosa-Villegas, Karen |
| 438. | 1051160 | Rosado-Almodovar, Sonia |
| 439. | 1051161 | Rosado-Davila, Jose |
| 440. | 1051162 | Rosado-Pratts, Ricardo |
| 441. | 1051163 | Rosado-Rodriguez, Juan E. |
| 442. | 1051164 | Rosado-Santana, Isabel |
| 443. | 1051272 | Rosario-Nunez, Belkis |
| 444. | 1051165 | Rosario-Nuñez, Maria |
| 445. | 1051166 | Rosario-Roa, Edna W. |
| 446. | 1051167 | Rosario-Rosario, Zenaida |
| 447. | 1051170 | Ruben-Rubert, Carmen |
| 448. | 1051171 | Ruiz-Alvarez, Josefa |
| 449. | 1112058 | Ruiz-Cancel, Jose |
| 450. | 1051172 | Ruiz-Leon, Eusebia |
| 451. | 1051173 | Ruiz-Ruiz, Elizardo |
| 452. | 1051174 | Ryan-Guzman, Guillermo |
| 453. | 1051175 | Saavedra-Lugo, Diana |
| 454. | 1051176 | Salazar-Iglesias, Amparo |
| 455. | 1051177 | Salcedo-Velez, Alma G. |
| 456. | 1051179 | Salgado-Otero, Rafaela .. |
| 457. | 1051180 | Sanchez-Landron, Felicita |
| 458. | 1051181 | Sanchez-Martinez, Justiniano |
| 459. | 1051182 | Sanchez-Santiago, Evaristo |
| 460. | 1051183 | Sanchez-Sergenton, Carlos G. |
| 461. | 1051184 | Sanchez-Torres, Carmen C. |
| 462. | 1051185 | Sandoval-Rivera, Delia |
| 463. | 1051189 | Santa-Rodriguez, Elba |
| 464. | 1051186 | Santana-Colon, Hector |
| 465. | 1051187 | Santana-Rosa, Lucresia |
| 466. | 1051188 | Santana-Tirado, Pedro M. |
| 467. | 1051190 | Santiago-Lopez, Ana |
| 468. | 1051191 | Santiago-Miranda, Maria L. |

| V2038 - Notice of Attempted Lien - Attachment 1 |||
|---|---|---|
| Row | VCN | Claimant Name |
| 469. | 1051192 | Santiago-Moya, Carmen L. |
| 470. | 1051193 | Santiago-Rodriguez, Alexander |
| 471. | 1051194 | Santiago-Valentin, Hector |
| 472. | 1051195 | Santos-Caliz, Maria Victoria |
| 473. | 1051196 | Santos-Pacheco, Eduardo |
| 474. | 1051197 | Santos-Vega, Lesvia |
| 475. | 1051198 | Sellas-Aviles, Luis |
| 476. | 1051199 | Sepulveda-Torres, Maria |
| 477. | 1051200 | Serrano-Lopez, Lizette |
| 478. | 1051201 | Serrano-Morales, Juana |
| 479. | 1051202 | Serrano-Nieves, Carmen |
| 480. | 1051204 | Serrano-Rios, Moises |
| 481. | 1051205 | Serrano-Velez, Dalia |
| 482. | 1051206 | Skipper, Caroll D. |
| 483. | 1051207 | Smith, Jr., Harold B. |
| 484. | 1051208 | Solis-Lastra, Carmen |
| 485. | 1051209 | Soria-Melendez, Hector |
| 486. | 1051210 | Sosa-Alvarado, Maria |
| 487. | 1051211 | Soto-Martinez, Jose A. |
| 488. | 1051212 | Soto-Santiago, Jeannette |
| 489. | 1051213 | Soto-Segerra, Luz N. |
| 490. | 1051214 | Soto-Valle, Elisa |
| 491. | 1051215 | Sousa-Morganty, Jose R. |
| 492. | 1051216 | Stephens, Larry H. |
| 493. | 1051217 | Stoll-Roche, Josefina |
| 494. | 1051218 | Sturmond-Torres, Jannette C. |
| 495. | 1051219 | Suarez-Comas, Laura E. |
| 496. | 1051220 | Suarez-Rosado, Maria D. |
| 497. | 1051221 | Tapia-Velazquez, Felix |
| 498. | 1051222 | Tebenal, Justa |
| 499. | 1051223 | Torrado-Negroni, Jose J. |
| 500. | 1051224 | Torres-Dominicana, Norma |
| 501. | 1051225 | Torres-Hernandez, Pedro |
| 502. | 1051226 | Torres-Lopez, Jose |
| 503. | 1051227 | Torres-Rivera, Carmen |
| 504. | 1051228 | Torres-Rodriguez, Aracelis |
| 505. | 1051229 | Torres-Rosado, Carmen |
| 506. | 1051230 | Torres-Torres, Nora |
| 507. | 1051231 | Tosado-Caban, Lucila |

| V2038 - Notice of Attempted Lien - Attachment 1 | | |
|---|---|---|
| Row | YCN | Claimant Name |
| 508. | 1051232 | Trevino-Bischoff, Arthur O. |
| 509. | 1051233 | Trinidad-Fernandez, Hermenegilda |
| 510. | 1051234 | Trinidad-Quiles, Jose A. |
| 511. | 1051235 | Ungar, Selma D. |
| 512. | 1051236 | Valentin-Millan, David |
| 513. | 1051237 | Valle-Mendez, Raul |
| 514. | 1051238 | Vargas-Cuebas, German |
| 515. | 1051239 | Vargas-Ortega, Victor |
| 516. | 1051240 | Vazquez-Cruz, Josefina |
| 517. | 1051241 | Vazquez-Perez, Luz |
| 518. | 1051243 | Vazquez-Vazquez, Concepcion |
| 519. | 1051242 | Vazquez-Vazquez, Jose |
| 520. | 1051244 | Vega-Milan, Madeline |
| 521. | 1051245 | Vega-Rivera, Israel |
| 522. | 1051246 | Velazquez-Hernandez, Miguel A. |
| 523. | 1051247 | Velez-Cervantes, Maria |
| 524. | 1051248 | Velez-Iglesias, Isabel |
| 525. | 1051249 | Velez-Rivera, Ana R. |
| 526. | 1051250 | Velez-Romero, Vilma |
| 527. | 1051251 | Velez-Santiago, Maria |
| 528. | 1051252 | Vila, Roberto J. |
| 529. | 1051253 | Villanueva-Roman, Martha |
| 530. | 1051254 | Villegas-Rodriguez, Francisca |
| 531. | 1051255 | Williams, Carolyn R.w. |
| 532. | 1051256 | Williams-King, Alisha S. |
| 533. | 1051257 | Winston, Sr., James L. |
| 534. | 1051258 | Yeager, Susan | ★ - EKW only
| 535. | 1051259 | Zayas-Zayas, Bernabela |