Exhibit "C"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                    :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :    SECTION: L
                                         :
                                         :    JUDGE FALLON
                                         :    MAG. JUDGE KNOWLES

**This document relates to:**
   05-6234, Amadis-Rosario v. Meck & Co., Inc. (as to Sigfredo Collazo-Mendez)
   05-4663, Yeager v. Merck & Co., Inc. (as to Bryan Yeager, administrator of estate)
   06-6999, De La Rosa v. Merck & Co., Inc. (as to Stanley Pierce)

## ORDER

Currently pending before the Court is Plaintiffs' Expedited Motion for Relief from Lien (Rec. Doc. 18818). The motion came on for hearing before the Court on May 29, 2009, at 9:00 a.m. Accordingly, IT IS ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the Vioxx Claims Administrator proceed with distribution of interim payments to the above-listed Plaintiffs as soon as practicably possible.

IT IS FURTHER ORDERED that primary counsel hold in trust any fees subject to the lien at issue, and, if necessary, the Court will resolve the lien at a later date. Because this lien deals solely with counsel's recovery, it is important that the lien not cause any further delays to the distribution of these claimants' settlement awards.

New Orleans, Louisiana, this 29th day of May, 2009.

                                                     _/s/ Eldon E. Fallon_
                                                    UNITED STATES DISTRICT JUDGE