Exhibit "E"

# VERIFIED DECLARATION OF ERIC QUETGLAS PURSUANT TO 28 §1746

I, Eric Quetglas, of legal age, married, attorney at law, and resident of Guaynabo, Puerto Rico, duly say and depose as follows:

1. The above stated personal circumstances are true and correct.

2. I am co-counsel for Vioxx cases that have been or are currently being processed in MDL by the Claims Administrator and listed in Exhibit One to this Affidavit. Attorneys Kirk Wood and Archie Lamb are also noted as co-counsel for these cases; which originated in Puerto Rico and are hereinafter referred to as "Joint Cases."

3. I have been provided and have read a copy of the Affidavit of E. Kirk Wood concerning the Joint Cases which is attached as Exhibit Two to this Affidavit and, agree with and affirm the facts averred to by E. Kirk Wood in his Affidavit.

4. I declare under penalty of perjury that, according to my best understanding, knowledge and belief, the above stated facts are true and correct.

Executed in San Juan, Puerto Rico, and this 15th day of February, 2010.

_____
Eric Quetglas