

Exhibit "F"

**WOODLAWFIRMLLC**

E. Kirk Wood
Licensed in Alabama and Florida

Direct: 205.612.0243
Facsmile: 866.747.3905
Email: ekirkwood1@bellsouth.net

January 26, 2010

**VIA TELECOPY AND US MAIL**

Scott Monroe, Esq.        Facsimile – (804) 521-7299
Senior Counsel
BrownGreer PLC
Vioxx claims Administrator
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

    Re:    The Lamb Firm, LLC - Vioxx Cases; Notification of Lien for Case Expense

Dear Mr. Monroe:

    I am Primary Counsel for Vioxx cases that have been or are currently being processed by the Claims Administrator. Eric Quetglas and Archie Lamb are noted as co-counsel for the majority of these cases; many of which originated in Puerto Rico.

    The agreement between the participating firms provided for a division of labor, expenses and fees. The fee agreement provided 40% of fees to Eric Quetglas, 30% of fees to Archie Lamb and 30% of fees to me. All case expenses and paralegal support were to be paid by Archie Lamb. Eric Quetglas and I were to actively interact with clients, manage the litigation, prepare, enter and participate in argument for court filings, interact with the claims administrator and account for and administer all claims payment.

    Unfortunately in 2008, after paying what now appears to be approximately less than one half of projected case expenses and paralegal support, due to his financial situation, Mr. Lamb was no longer able to provide the agreed upon financial and paralegal support. Mr. Quetglas and I have continued to meet all of our original responsibilities and now have paid all case expenses and paralegal support unpaid by Mr. Lamb.

    Due to his difficult financial situation, Mr. Lamb and his firm is involved in a contractual dispute with a financing company that involve complex issues associated with the financing of his practice. Attorney Eric Quetglas and I do not have, and never have had, a relationship of any kind with Counsel Finance. In May of 2009 Counsel Finance and its attorneys asserted a lien upon all settlement funds due on these Vioxx claims which has resulted in a hold on the payment of attorney fees for all counsel.

    Mr. Quetglas and I by copy of this letter and as required by the procedures established in PTO 47 and 47A are asserting a lien upon the attorneys fees of Mr. Lamb that are presently being held as a result of the actions of Counsel Finance in the amount of $ $286,788.80

which is the amount of case expense that is due and owing from Mr. Lamb in order for Mr. Lamb to maintain his 30% participation in attorney fees. It is important to note that the lien is asserted only as to specific out of pocket case expense and includes no travel or overhead expenses which remain the responsibility of each participating firm. It is also important to note that expenses and costs continue to accrue on a daily basis and the amount will continue to increase until such time as the case has been completed. At an appropriate time Mr. Quetglas and I will also file a motion with the MDL court for a release of our attorney fees as well as the above noted case expense due from Mr. Lamb.

       Thank you for your anticipated cooperation in this matter. Please contact the undersigned if you have any questions concerning this notice.

Very truly yours,

E. Kirk Wood

EKW/adr

cc:    The Honorable Eldon E. Fallon
       United States District Judge
       Eastern District of Louisiana
       500 Poydras Street, Room C-151
       New Orleans, LA 70130
       (504) 589-6966 - facsimile

       Archie C. Lamb, Jr., Esq.
       The Lamb Firm, LLC
       P.O. Box 2088
       Birmingham, AL 35233
       (205) 324-4649 - facsimile

       R. Scott Williams
       Haskell Slaughter
       1400 Park Place Tower
       2001 Park Place North
       Birmingham, AL 35203
       (205) 324-1133 – facsimile