THE LAMB FIRM, LLC                              3/16/201010:18 AM

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | VCN NUMBER | CLAIMANT NAME | Date | ESTIMATED RECOVERY | TRUE RECOVERY | INTERIM PAYMENT (40% of Estimated Recovery) | INTERIM ATTORNEYS FEES | INTERIM ATTORNEYS FEES TO KIRK WOOD | NOTES/ COMMENTS OR PRIVATE/MEDICARE LIENS WITHHELD BY CA |
| 2 | 1050981 | Maldonado-Ojeda, Lourdes | | $195,081.05 | $189,988.57 | $78,032.42 | $24,970.37 | $7,491.11 | $0.00 |
| 3 | 1051223 | Torrado-Negroni, Jose J. | | $162,162.20 | $157,929.05 | $64,864.88 | $20,756.76 | $6,227.03 | $2,581.14 |
| 4 | 1050811 | Collazo-Mendez, Sigfredo | 6/25/2009 | $253,354.40 | $246,740.82 | $101,341.80 | $32,429.37 | | $116.62 |
| 5 | 1051258 | Yeager, Susan (Keith Yeager via wire transfer) | 6/25/2009 | $816,881.55 | $795,557.32 | $326,752.62 | $104,560.83 | | Paid - No Liens |
| 6 | 1051071 | Pierce, Stanley J. | 6/25/2009 | $589,820.00 | $574,423.08 | $235,928.00 | $75,496.96 | | $88,894.60 |
| 7 | 1051137 | Rodriguez-Alier, Adela (Milton Perez-Rodriguez) | 6/25/2009 | $17,955.20 | | $7,182.08 | $2,298.26 | | Paid interim |
| 8 | 1050748 | Alverio-Torres, Carmen | 8/27/2009 | $79,874.65 | $77,789.57 | $31,949.86 | $10,223.96 | | $0.00 |
| 9 | 1050817 | Colon-Vazquez, Jorge | 8/27/2009 | $276,257.90 | $269,046.34 | $110,503.16 | $35,361.01 | | $0.00 |
| 10 | 1050883 | Figueroa-Colon, Maria (Victor Pizarro-Figueroa) | 8/27/2009 | $284,377.50 | $276,953.99 | $113,751.00 | $77,350.68 | | $143.27 |
| 11 | 1050938 | Ibern-Figeruoa, Isabel | 8/27/2009 | $180,431.30 | $175,721.24 | $72,172.52 | $23,095.21 | | $9,983.29 |
| 12 | 1050993 | Martinez-Santa-Cruz, Raul | 8/27/2009 | $145,865.55 | $142,057.81 | $58,346.22 | $18,670.79 | | $0.00 |
| 13 | 1051079 | Medina-Sabater, Ramona (Reina Quinones-Medina) | 8/27/2009 | $287,250.00 | $279,751.50 | $114,900.00 | $36,768.00 | | $143.27 |
| 14 | 1051026 | Morales-Rivera, Nelson | 8/27/2009 | $162,143.05 | $157,910.40 | $64,857.22 | $20,754.31 | | $0.00 |
| 15 | 1051059 | Otero-Santiago, Irma | 8/27/2009 | $281,505.00 | $274,156.47 | $112,602.00 | $36,032.64 | | $0.00 |
| 16 | 1051060 | Padilla-Cordova, Auria | 8/27/2009 | $50,173.00 | $48,863.26 | $20,069.20 | $6,422.14 | | $0.00 |
| 17 | 1051095 | Reyes-Garcia, Margarita (Freddie Barreto-Reyes) | 8/27/2009 | $187,670.00 | $182,770.98 | $75,068.00 | $24,021.76 | | $143.27 |
| 18 | 1051117 | Rivera-Orellana, Armando | 8/27/2009 | $213,771.45 | $208,191.07 | $85,508.58 | $27,362.75 | | $116.62 |
| 19 | 1051185 | Sandoval-Rivera, Delia | 8/27/2009 | $377,484.80 | $367,630.77 | $150,993.92 | $48,318.05 | | $9,646.93 |
| 20 | 1051208 | Solis-Lastra, Carmen | 8/27/2009 | $255,461.00 | $248,792.33 | $102,184.40 | $32,699.01 | | $0.00 |
| 21 | 1050796 | Carmona-Martinez, Aida (paid to seven heirs) | 8/27/2009 | $217,064.10 | $211,380.23 | $86,818.44 | $27,781.90 | | $143.27 |
| 22 | 1051246 | Velazquez-Hernandez, Miguel A. | 8/27/2009 | $140,369.50 | $136,705.23 | $56,147.80 | $17,967.30 | | |
| 23 | 1050953 | Kupcha, Robert (Barbara Ruth Kupcha) | 11/10/2009 | $1,045,580.56 | $1,045,580.56 | $0.00 | $0.00 | $0.00 | $41,823.23 |
| 24 | 1050809 | Cobian-Lopez, Bonifacia | 11/23/2009 | | $111,080.00 | $0.00 | $0.00 | $0.00 | $143.27 |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                                                             3/16/201010:18 AM

|    | A | B | C | D | E | F | G | H | I |
|----|---|---|---|---|---|---|---|---|---|
| 25 | 1050982 | Maldonado-Ojeda, Pedro (paid to two heirs) | 11/23/2009 | | $338,219.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | 1051179 | Salgado-Otero, Rafaela | 11/30/2009 | | $84,932.56 | $0.00 | $0.00 | $0.00 | $311.30 |
| 27 | 1051183 | Sanchez-Sergenton, Carlos | 11/30/2009 | | $132,583.56 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | 1051232 | Trevino-Bischoff, Arthur | 11/30/2009 | | $95,246.06 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | 1050744 | Alicea-Figueroa, Alexis | 11/30/2009 | | $16,723.55 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | 1050990 | Marrero-Toldeo, Victor | 12/2/2009 | | $100,673.24 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 31 | 1050925 | Haeussler-Anca, Carlos | 12/2/2009 | | $56,304.65 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 32 | 1050749 | Alvira-Melendez, Israel | 12/2/2009 | | $77,789.57 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 33 | 1051109 | Rivera-Cruz, Abraham | 12/2/2009 | | $63,690.09 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 34 | 1051188 | Santana-Tirado, Pedro | 12/2/2009 | | $103,396.15 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 35 | 1112058 | Ruiz-Cancel, Jose | 12/2/2009 | | $167,776.30 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 36 | 1051127 | Rivera-Rodriguez, Jose A. | 12/2/2009 | | $281,112.96 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | 1051115 | Rivera-Negron, Maria | 12/2/2009 | | $81,873.94 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 38 | 1050933 | Hernandez-Ramos, Sandra | 12/2/2009 | $107,007.20 | | $42,802.88 | $10,272.69 | | |
| 39 | 1050904 | Gomez-Figueroa, Pedro | 12/2/2009 | $47,331.50 | | $18,932.60 | $4,543.82 | | |
| 40 | 1050825 | Cotto-Ayala, Maria | 12/2/2009 | $15,059.20 | | $6,023.68 | $1,445.68 | | |
| 41 | 1050895 | Garcia-Garamendi, Alfredo | 12/2/2009 | | $172,177.72 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 42 | 1050962 | Larson-Rawls, Maureen | 12/7/2009 | | $3,785.97 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 43 | 1051247 | Velez-Cervantes, Marla | 12/7/2009 | | $68,912.12 | $0.00 | $0.00 | | $13,782.42 |
| 44 | 1050977 | Malave-Ubides, Ana L. | 12/7/2009 | | $49,254.91 | $0.00 | $0.00 | $0.00 | $9,850.98 |
| 45 | 1051252 | Vila, Roberto J. | 12/7/2009 | | $141,927.26 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | 1051204 | Serrano-Rios, Moises | 12/7/2009 | | $172,718.58 | $0.00 | $0.00 | $0.00 | $2,581.14 |
| 47 | 1051211 | Soto-Martinez, Jose | 12/7/2009 | | $462,373.28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | 1051203 | Molina-Figueroa, Victor (paid to six heirs) | 12/23/2009 | | $343,311.04 | $0.00 | $0.00 | $0.00 | $68,662.20 |
| 49 | 1050807 | Charleman-Claudio, Teresa | 2/8/2010 | $34,136.60 | | $13,654.64 | $3,277.11 | $0.00 | $0.00 |
| 50 | 1050957 | Landrau-Hernandez, Juan | 2/8/2010 | $58,209.60 | | $23,283.84 | $5,588.12 | $0.00 | $0.00 |
| 51 | 1051044 | Ortiz, Lydia (paid to six heirs) | 2/8/2010 | | $365,541.96 | $0.00 | $0.00 | $0.00 | $143.27 |
| 52 | 1050763 | Ayala-Cintron, Concepcion | 3/1/2010 | $114,500.60 | | $45,800.24 | $0.00 | $0.00 | |
| 53 | 1050783 | Burgos-Colon, Jacinta | 3/1/2010 | $42,480.70 | | $16,992.28 | $0.00 | $0.00 | |
| 54 | 1051007 | Melendez-Ramos, Rafael | 3/1/2010 | $42,408.30 | | $16,963.32 | $0.00 | $0.00 | |
| 55 | 1051219 | Suarez-Comas, Laura (paid to three heirs) | 3/1/2010 | | $89,781.58 | $0.00 | $0.00 | $0.00 | $3,935.47 |
| 56 | | | | | | | | | |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                 3/16/201010:18 AM

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 57 | | | | | | | | | |
| 58 | | | | $6,681,667.46 | | $2,254,427.60 | $728,469.48 | $13,718.14 | $272,213.54 |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | TOTALS | | | | | | | | |
| 63 | | *Note - the 8% PSC Fee has not yet been deducted from the attorneys fees | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | First two clients throw the spreadsheet off because the payments were paid out by the Lamb Firm.  Need to plug in the true numbers | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                          3/16/201010:18 AM

| | J | K | L | M | N | O | P | Q | R | S |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | INTERIM PAYMENT TO CLIENT | DATE OF FINAL PAYMENT | FINAL PAYMENT TO CLIENT | "INTERIM" REFERRAL FEES | "FINAL" REFERRAL FEES | "INTERIM" E. KIRK WOOD | "FINAL" E. KIRK WOOD | "INTERIM" ERIC QUETGLAS | "FINAL" ERIC QUETGLAS | "INTERIM" ACL - TRUST ACCOUNT |
| 2 | | Nov. 30, 2009 | $46,259.91 | $0.00 | $0.00 | $0.00 | $13,679.18 | $0.00 | $18,238.90 | $0.00 |
| 3 | | Nov. 30, 2009 | $35,366.45 | $0.00 | $0.00 | | $11,370.89 | | $15,161.19 | |
| 4 | $68,912.43 | Nov. 9, 2009 | $93,287.29 | $0.00 | $0.00 | $9,728.81 | $8,036.53 | $12,971.75 | $10,715.37 | $9,728.81 |
| 5 | $222,191.79 | Nov. 6, 2009 | $308,639.27 | $15,684.12 | $12,955.92 | $88,876.71 | $73,416.90 | $0.00 | $0.00 | $0.00 |
| 6 | $160,431.04 | Nov. 6, 2009 | $133,360.38 | $11,324.54 | $9,354.68 | $21,390.81 | $17,669.96 | $21,390.81 | $17,669.96 | $21,390.81 |
| 7 | $4,883.82 | | | | | $689.48 | | $919.30 | | $689.48 |
| 8 | $21,725.90 | Nov. 23, 2009 | $27,393.10 | $0.00 | $0.00 | | $5,600.85 | | $7,467.80 | |
| 9 | $75,142.15 | Nov. 23, 2009 | $102,118.90 | $0.00 | $0.00 | | $19,371.34 | | $25,828.44 | |
| 10 | $77,350.68 | Nov. 23, 2009 | $105,065.21 | $0.00 | $0.00 | | $19,940.66 | | $26,587.65 | |
| 11 | $49,077.31 | Nov. 23, 2009 | $55,672.63 | $0.00 | $0.00 | | $12,651.93 | | $16,869.24 | |
| 12 | $39,675.43 | Nov. 23, 2009 | $52,503.31 | $0.00 | $0.00 | | $10,228.16 | | $13,637.55 | |
| 13 | $78,132.00 | Nov. 23, 2009 | $106,158.23 | $0.00 | $0.00 | | $20,142.10 | | $26,856.24 | |
| 14 | $44,102.91 | Nov. 23, 2009 | $58,697.07 | $0.00 | $0.00 | | $11,369.55 | | $15,159.39 | |
| 15 | $76,569.36 | Nov. 23, 2009 | $104,115.48 | $0.00 | $0.00 | | $19,739.26 | | $26,319.03 | |
| 16 | $13,647.06 | Nov. 23, 2009 | $16,091.33 | $0.00 | $0.00 | | $3,518.15 | | $4,690.88 | |
| 17 | $51,046.24 | Nov. 23, 2009 | $68,267.04 | $0.00 | $0.00 | | $13,159.51 | | $17,546.02 | |
| 18 | $58,145.83 | Nov. 30, 2009 | $78,225.56 | $0.00 | $0.00 | | $14,989.76 | | $19,986.34 | |
| 19 | $102,675.87 | Nov. 30, 2009 | $130,979.81 | $0.00 | $0.00 | | $26,469.42 | | $35,292.55 | |
| 20 | $69,485.39 | Nov. 30, 2009 | $94,205.47 | $0.00 | $0.00 | | $17,913.05 | | $23,884.06 | |
| 21 | $59,036.54 | Dec. 7, 2009 | $79,444.94 | $0.00 | $0.00 | | $15,219.38 | | $20,292.50 | |
| 22 | $38,180.50 | Dec. 7, 2009 | $50,412.00 | $0.00 | $4,921.38 | | $9,295.96 | | $9,295.96 | |
| 23 | $0.00 | Nov. 10, 2009 | $698,423.53 | $0.00 | $20,911.61 | $0.00 | $188,204.49 | $0.00 | $0.00 | $0.00 |
| 24 | $0.00 | Nov. 23, 2009 | $71,280.33 | $0.00 | $0.00 | $0.00 | $7,997.76 | $0.00 | $10,663.68 | $0.00 |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                                                     3/16/2010 10:18 AM

|    | J | K | L | M | N | O | P | Q | R | S |
|----|---|---|---|---|---|---|---|---|---|---|
| 25 | $0.00 | Nov. 23, 2009 | $223,607.10 | $0.00 | $0.00 | $0.00 | $24,351.81 | $0.00 | $32,469.08 | $0.00 |
| 26 | $0.00 | Nov. 30, 2009 | $53,593.52 | $0.00 | $0.00 | $0.00 | $6,115.14 | $0.00 | $8,153.53 | $0.00 |
| 27 | $0.00 | Nov. 30, 2009 | $85,830.99 | $0.00 | $0.00 | $0.00 | $9,546.01 | $0.00 | $12,728.03 | $0.00 |
| 28 | $0.00 | Nov. 30, 2009 | $60,814.87 | $0.00 | $0.00 | $0.00 | $6,857.72 | $0.00 | $9,143.61 | $0.00 |
| 29 | $0.00 | Nov. 30, 2009 | $108,972.78 | $0.00 | $0.00 | $0.00 | $12,032.89 | $0.00 | $16,043.87 | $0.00 |
| 30 | $0.00 | Dec. 2, 2009 | $61,869.93 | $0.00 | $0.00 | $0.00 | $7,248.47 | $0.00 | $9,664.64 | $0.00 |
| 31 | $0.00 | Dec. 2, 2009 | $32,142.97 | $0.00 | $0.00 | $0.00 | $4,053.94 | $0.00 | $5,405.24 | $0.00 |
| 32 | $0.00 | Dec. 2, 2009 | $46,537.86 | $0.00 | $0.00 | $0.00 | $5,600.85 | $0.00 | $7,467.80 | $0.00 |
| 33 | $0.00 | Dec. 2, 2009 | $37,091.22 | $0.00 | $0.00 | $0.00 | $4,585.68 | $0.00 | $6,114.26 | $0.00 |
| 34 | $0.00 | Dec. 2, 2009 | $63,694.28 | $0.00 | $0.00 | $0.00 | $7,444.52 | $0.00 | $9,926.04 | $0.00 |
| 35 | $0.00 | Dec. 2, 2009 | $106,828.98 | $0.00 | $0.00 | $0.00 | $12,079.89 | $0.00 | $16,106.54 | $0.00 |
| 36 | $0.00 | Dec. 2, 2009 | $185,345.68 | $0.00 | $0.00 | $0.00 | $20,240.13 | $0.00 | $26,986.85 | $0.00 |
| 37 | $0.00 | Dec. 2, 2009 | $49,274.39 | $0.00 | $0.00 | $0.00 | $5,894.93 | $0.00 | $7,859.89 | $0.00 |
| 38 | $32,530.19 | | | | | | | | | |
| 39 | $14,388.78 | | | | | | | | | |
| 40 | $4,578.00 | | | | | | | | | |
| 41 | $0.00 | Dec. 2, 2009 | $109,777.93 | $0.00 | $0.00 | $0.00 | $12,396.79 | $0.00 | $16,529.07 | $0.00 |
| 42 | $0.00 | Dec. 7, 2009 | $2,700.00 | $0.00 | $600.00 | $0.00 | $300.00 | $0.00 | $0.00 | $0.00 |
| 43 | $0.00 | Dec. 7, 2009 | $29,388.70 | $0.00 | $0.00 | $0.00 | $4,961.67 | $0.00 | $6,615.57 | $0.00 |
| 44 | $0.00 | Dec. 7, 2009 | $20,149.81 | $0.00 | $0.00 | $0.00 | $3,546.35 | $0.00 | $4,728.48 | $0.00 |
| 45 | $0.00 | Dec. 7, 2009 | $92,091.27 | $0.00 | $0.00 | $0.00 | $10,218.76 | $0.00 | $13,625.02 | $0.00 |
| 46 | $0.00 | Dec. 7, 2009 | $110,140.30 | $0.00 | $0.00 | $0.00 | $12,435.74 | $0.00 | $16,580.98 | $0.00 |
| 47 | $0.00 | Dec. 7, 2009 | $306,790.10 | $0.00 | $0.00 | $0.00 | $33,290.88 | $0.00 | $44,387.83 | $0.00 |
| 48 | $0.00 | Mar. 11, 2010 | $157,606.20 | $0.00 | $0.00 | $0.00 | $24,718.40 | $0.00 | $32,957.85 | $0.00 |
| 49 | $9,285.16 | | | | | | | | | |
| 50 | $15,833.01 | | | | | | | | | |
| 51 | $0.00 | Feb. 8, 2010 | $241,769.84 | $0.00 | $0.00 | $0.00 | $26,319.02 | $0.00 | $35,092.03 | $0.00 |
| 52 | $31,144.16 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 53 | $11,554.75 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 54 | $11,535.06 | | | $0.00 | $0.00 | $0.00 | | $0.00 | | $0.00 |
| 55 | $0.00 | Mar. 1, 2010 | $53,218.18 | $0.00 | $0.00 | $0.00 | $6,464.27 | $0.00 | $8,619.04 | $0.00 |
| 56 | | | | | | | | | | |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                                3/16/2010 10:18 AM

|    | J | K | L | M | N | O | P | Q | R | S |
|----|---|---|---|---|---|---|---|---|---|---|
| 57 |   |   |   |   |   |   |   |   |   |   |
| 58 | $1,441,261.36 |   | $4,755,204.14 | $27,008.66 | $48,743.59 | $120,685.81 | $800,688.65 | $35,281.86 | $709,368.00 | $31,809.10 |
| 59 |   |   |   |   |   |   |   |   |   |   |
| 60 |   |   |   |   |   |   |   |   |   |   |
| 61 |   |   |   |   |   |   |   |   |   |   |
| 62 |   |   |   |   |   |   |   |   |   |   |
| 63 |   |   |   |   |   |   |   |   |   |   |
| 64 |   |   |   |   |   |   |   |   |   |   |
| 65 |   |   |   |   |   |   |   |   |   |   |
| 66 |   |   |   |   |   |   |   |   |   |   |
| 67 |   |   |   |   |   |   |   |   |   |   |
| 68 |   |   |   |   |   |   |   |   |   |   |
| 69 |   |   |   |   |   |   |   |   |   |   |
| 70 |   |   |   |   |   |   |   |   |   |   |
| 71 |   |   |   |   |   |   |   |   |   |   |
| 72 |   |   |   |   |   |   |   |   |   |   |
| 73 |   |   |   |   |   |   |   |   |   |   |
| 74 |   |   |   |   |   |   |   |   |   |   |
| 75 |   |   |   |   |   |   |   |   |   |   |
| 76 |   |   |   |   |   |   |   |   |   |   |
| 77 |   |   |   |   |   |   |   |   |   |   |
| 78 |   |   |   |   |   |   |   |   |   |   |
| 79 |   |   |   |   |   |   |   |   |   |   |
| 80 |   |   |   |   |   |   |   |   |   |   |

THE LAMB FIRM, LLC                                                                                                          3/16/2010 10:18 AM

| | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | "FINAL" ACL-TRUST ACCOUNT | EXPENSES - EKW | EXPENSES - ACL - TRUST ACCOUNT | EXPENSES - QUETGLAS | COMMON BENEFIT FEE | COMMON BENEFIT COSTS | | LIEN REFUNDS TO CLIENT | DATE OF LIEN REFUND | SECOND LIEN REFUND TO CLIENT | DATE OF SECOND LIEN REFUND |
| 2 | $13,679.18 | $1,000.00 | $1,000.00 | $1,000.00 | $15,199.09 | $1,899.89 | $111,956.15 | | | | |
| 3 | $11,370.89 | $1,000.00 | $1,000.00 | $1,000.00 | $12,634.32 | $1,579.29 | $93,064.17 | | | | |
| 4 | $8,036.53 | $1,000.00 | $1,000.00 | $1,000.00 | $19,739.27 | $2,467.41 | $246,740.82 | | | | |
| 5 | $0.00 | $1,580.00 | $612.45 | $0.00 | $63,644.59 | $7,955.57 | $795,557.32 | | | | |
| 6 | $17,669.96 | $1,565.00 | $612.45 | $0.00 | $45,953.85 | $5,744.23 | $574,423.08 | $85,327.14 | 12/8/2009 | $731.54 | 3/1/2010 |
| 7 | | | | | | | | | | | |
| 8 | $5,600.85 | $1,000.00 | $1,000.00 | $1,000.00 | $6,223.17 | $777.90 | $77,789.57 | | | | |
| 9 | $19,371.34 | $1,000.00 | $1,000.00 | $1,000.00 | $21,523.71 | $2,690.46 | $269,046.34 | | | | |
| 10 | $19,940.66 | $1,000.00 | $1,000.00 | $1,000.00 | $22,156.32 | $2,769.54 | $276,953.99 | | | | |
| 11 | $12,651.93 | $1,000.00 | $1,000.00 | $1,000.00 | $14,057.70 | $1,757.21 | $175,721.24 | | | | |
| 12 | $10,228.16 | $1,000.00 | $1,000.00 | $1,000.00 | $11,364.62 | $1,420.58 | $142,057.81 | | | | |
| 13 | $20,142.10 | $1,000.00 | $1,000.00 | $1,000.00 | $22,380.12 | $2,797.52 | $279,751.58 | | | | |
| 14 | $11,369.55 | $1,000.00 | $1,000.00 | $1,000.00 | $12,632.83 | $1,579.10 | $157,910.40 | | | | |
| 15 | $19,739.26 | $1,000.00 | $1,000.00 | $1,000.00 | $21,932.52 | $2,741.56 | $274,156.47 | | | | |
| 16 | $3,518.15 | $1,000.00 | $1,000.00 | $1,000.00 | $3,909.06 | $488.63 | $48,863.26 | | | | |
| 17 | $13,159.51 | $1,000.00 | $1,000.00 | $1,000.00 | $14,621.68 | $1,827.71 | $182,770.98 | | | | |
| 18 | $14,989.76 | $1,000.00 | $1,000.00 | $1,000.00 | $16,655.29 | $2,081.91 | $208,191.07 | | | | |
| 19 | $26,469.42 | $1,000.00 | $1,000.00 | $1,000.00 | $29,420.46 | $3,676.31 | $367,630.77 | | | | |
| 20 | $17,913.05 | $1,000.00 | $1,000.00 | $1,000.00 | $19,903.39 | $2,487.92 | $248,792.33 | | | | |
| 21 | $15,219.38 | $1,000.00 | $1,000.00 | $1,000.00 | $16,910.42 | $2,113.80 | $211,380.23 | | | | |
| 22 | $9,295.96 | $1,000.00 | $1,000.00 | $1,000.00 | $10,936.42 | $1,367.05 | $136,705.23 | | | | |
| 23 | $0.00 | $1,550.00 | $565.45 | $0.00 | $83,646.44 | $10,455.81 | $1,045,580.56 | | | | |
| 24 | $7,997.76 | $1,000.00 | $1,000.00 | $1,000.00 | $8,886.40 | $1,110.80 | $111,080.00 | | | | |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                                                                3/16/201010:18 AM

| | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | $24,351.81 | $1,000.00 | $1,000.00 | $1,000.00 | $27,057.56 | $3,382.20 | $338,219.56 | | | | |
| 26 | $6,115.14 | $1,000.00 | $1,000.00 | $1,000.00 | $6,794.60 | $849.33 | $84,932.56 | | | | |
| 27 | $9,546.01 | $1,000.00 | $1,000.00 | $1,000.00 | 10606.68 | 1325.84 | $132,583.56 | | | | |
| 28 | $6,857.72 | $1,000.00 | $1,000.00 | $1,000.00 | $7,619.68 | $952.46 | $95,246.06 | | | | |
| 29 | $12,032.89 | $1,000.00 | $1,000.00 | $1,000.00 | $13,369.88 | $1,671.24 | $167,123.55 | | | | |
| 30 | $7,248.47 | $1,000.00 | $1,000.00 | $1,000.00 | $8,053.86 | $1,006.73 | $100,673.24 | | | | |
| 31 | $4,053.94 | $1,000.00 | $1,000.00 | $1,000.00 | $4,504.37 | $563.05 | $56,304.65 | | | | |
| 32 | $5,600.85 | $1,000.00 | $1,000.00 | $1,000.00 | $6,223.17 | $777.90 | $77,789.57 | | | | |
| 33 | $4,585.68 | $1,000.00 | $1,000.00 | $1,000.00 | $5,095.21 | $636.90 | $63,690.09 | | | | |
| 34 | $7,444.52 | $1,000.00 | $1,000.00 | $1,000.00 | $8,271.69 | $1,033.96 | $103,396.15 | | | | |
| 35 | $12,079.89 | $1,000.00 | $1,000.00 | $1,000.00 | $13,422.10 | $1,677.76 | $167,776.30 | | | | |
| 36 | $20,240.13 | $1,000.00 | $1,000.00 | $1,000.00 | $22,489.04 | $2,811.13 | $281,112.96 | | | | |
| 37 | $5,894.93 | $1,000.00 | $1,000.00 | $1,000.00 | $6,549.92 | $818.74 | $81,873.94 | | | | |
| 38 | | | | | | | | | | | |
| 39 | | | | | | | | | | | |
| 40 | | | | | | | | | | | |
| 41 | $12,396.79 | $1,000.00 | $1,000.00 | $1,000.00 | $13,774.22 | $1,721.78 | $172,177.72 | | | | |
| 42 | $300.00 | $50.00 | $0.00 | $0.00 | $0.00 | $50.00 | $5,000.00 | | | | |
| 43 | $4,961.67 | $1,000.00 | $1,000.00 | $1,000.00 | $5,512.97 | $689.12 | $68,912.12 | | | | |
| 44 | $3,546.35 | $1,000.00 | $1,000.00 | $1,000.00 | $3,940.39 | $492.55 | $49,254.91 | | | | |
| 45 | $10,218.76 | $1,000.00 | $1,000.00 | $1,000.00 | $11,354.18 | $1,419.27 | $141,927.26 | | | | |
| 46 | $12,435.74 | $1,000.00 | $1,000.00 | $1,000.00 | $13,817.49 | $1,727.19 | $172,718.58 | | | | |
| 47 | $33,290.88 | $1,000.00 | $1,000.00 | $1,000.00 | $36,989.86 | $4,623.73 | $462,373.28 | | | | |
| 48 | $24,718.40 | $1,000.00 | $1,000.00 | $1,750.00 | $27,464.88 | $3,433.11 | $343,311.04 | | | | |
| 49 | | | | | $1,092.37 | | $13,654.64 | | | | |
| 50 | | | | | $1,862.71 | | $23,283.84 | | | | |
| 51 | $26,319.02 | $1,000.00 | $1,000.00 | $1,000.00 | $29,243.36 | $3,655.42 | $365,541.96 | | | | |
| 52 | | | | | $10,992.06 | $3,664.02 | $45,800.24 | | | | |
| 53 | | | | | $4,078.15 | $1,359.38 | $16,992.28 | | | | |
| 54 | | | | | $4,071.20 | $1,357.06 | $16,963.32 | | | | |
| 55 | $6,464.27 | $1,000.00 | $1,000.00 | $1,000.00 | $7,182.53 | $897.82 | $89,781.58 | | | | |
| 56 | | | | | | | | | | | |

INTERIM PAYMENTS

THE LAMB FIRM, LLC                                                                                                                 3/16/2010 10:18 AM

| | T | U | V | W | X | Y | Z | AA | AB | AC | AD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | | | | | | | | | | | |
| 58 | $539,067.26 | $45,745.00 | $42,790.35 | $41,750.00 | $805,765.80 | $104,387.89 | | | | | |
| 59 | | | | | | | | | | | |
| 60 | | | | | | | | | | | |
| 61 | | | | | | | | | | | |
| 62 | | | | | | | | | | | |
| 63 | | | | | | | | | | | |
| 64 | | | | | | | | | | | |
| 65 | | | | | | | | | | | |
| 66 | | | | | | | | | | | |
| 67 | | | | | | | | | | | |
| 68 | | | | | | | | | | | |
| 69 | | | | | | | | | | | |
| 70 | | | | | | | | | | | |
| 71 | | | | | | | | | | | |
| 72 | | | | | | | | | | | |
| 73 | | | | | | | | | | | |
| 74 | | | | | | | | | | | |
| 75 | | | | | | | | | | | |
| 76 | | | | | | | | | | | |
| 77 | | | | | | | | | | | |
| 78 | | | | | | | | | | | |
| 79 | | | | | | | | | | | |
| 80 | | | | | | | $9,774,538.33 | | | | |

INTERIM PAYMENTS