# CONTINUED FILING
# WITH

# MOTION FOR RELIEF OF LIEN

System would not allow all exhibits to be loaded at the same time as the file was too big to be loaded.

Previously filed was Exhibits B, C, F & G - remainder (A, D, E, & H) are coming via separate cover.

Thank you.