UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Bill Black, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Fred R. Scarbrough, individually and as* | * | |
| *representative of Katherine* | * | |
| *Scarborough, and Jessica Scarbrough* | * | |
| *Willis, Kasi Erin Corley, and Christi* | * | |
| *Scarbrough Hall* | * | |
| | * | |
| *Docket No. 2:05-cv-04452* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Fred R. Scarbrough, individually and as representative of Katherine Scarborough, and Jessica Scarbrough Willis, Kasi Erin Corley, and Christi Scarbrough Hall, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE