UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | *  MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | *  SECTION L |
|     Plaintiff, | *  JUDGE ELDON E. FALLON |
| versus | *  MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | * |
|     Defendant. | * |
| Case No. 05-3700. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and Accompanying Exhibits Under Seal and for Additional Pages,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief in Support of Motion to Exclude Testimony of Richard A. Kronmal, Ph.D. and accompanying exhibits under seal.

IT IS FURTHER ORDERED that defendant Merck is hereby granted five (5) additional pages for its reply brief.

NEW ORLEANS, LOUISIANA, this 15th day of March, 2010.

                                                                         */s/ Eldon E. Fallon*
                                                          HONORABLE ELDON E. FALLON
                                                          UNITED STATES DISTRICT JUDGE

1010187v.1