UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General,<br><br>    Plaintiff,<br><br>versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>    Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief in Support of Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. and Accompanying Exhibits Under Seal and for Additional Pages,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief in Support of Motion to Exclude Testimony of John S. MacGregor, M.D., Ph.D. and accompanying exhibits under seal.

IT IS FURTHER ORDERED that defendant Merck is hereby granted five (5) additional pages for its reply brief.

NEW ORLEANS, LOUISIANA, this 15th day of March, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1010194v.1