UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Cornelia Pechmann, Ph.D. Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply Brief In Support Of Motion Of Merck Sharp & Dohme Corp. ("Merck") To Exclude Testimony Of Cornelia Pechmann, Ph.D. under seal.

NEW ORLEANS, LOUISIANA, this 15th day of March, 2010.

                                         _____
                                         HONORABLE ELDON E. FALLON
                                         UNITED STATES DISTRICT JUDGE

1010199v.1