## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv00781** |
| **Donna C. Russel and**<br>**Robert E. Russel (h/w)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \* \* \*

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the OLDFATHER LAW FIRM is substituting in the place and stead of Plaintiffs' current counsel Bubalo Hiestand & Rotman, PLC and Dolt Thompson Shepherd Kinney & Wilt, PSC. Pleadings related to this matter should be served on Ms. Oldfather at:

OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200

An appropriate Order is tendered herewith.

**CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of March, 2010.

            s/ Ann B. Oldfather
            Ann B. Oldfather
            KBA Bar #52553
            Liaison Counsel/Lead Counsel
            OLDFATHER LAW FIRM
            1330 S. Third Street
            Louisville, KY   40208
            502.637.7200
            502.637.3999
            aoldfather@oldfather.com