**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv00781** |
| **Donna C. Russel and**<br>**Robert E. Russel (h/w)** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \* \* \*

**ORDER**

The Court having been advised that the OLDFATHER LAW FIRM has substituted for Bubalo Hiestand & Rotman, PLC and Dolt Thompson Shepherd Kinney & Wilt, PSC in their place and stead as counsel for Plaintiffs, Donna C. Russel and Robert E. Russel,

**IT IS HEREBY ORDERED** that Bubalo Hiestand & Rotman, PLC and, Dolt Thompson Shepherd Kinney & Wilt, PSC are fully relieved of any further responsibility in this matter.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE