UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>                  Plaintiff, <br><br>   versus <br><br> MERCK SHARP & DOHME CORP., <br><br>                  Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT'S MOTION TO STRIKE UNTIMELY AFFIDAVITS AND PLAINTIFF'S THIRD AMENDED WITNESS LIST

Pursuant to Federal Rule of Civil Procedure 37(c)(1), defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves to strike Plaintiff's Third Amended Witness List and the affidavits of Dr. John Abramson, Terry Leach, Dr. Vincent Culotta, Dr. Richard Doskey, David Hood and Dr. Brobson Lutz.

As set forth in the accompanying memorandum, these untimely affidavits are a flagrant violation of the Federal Rules of Civil Procedure and the Court's scheduling orders. Moreover, there is no valid justification for Plaintiff's delay: the new witnesses and affidavits all opine on matters that were live issues in this case long before the close of discovery. Rather, Plaintiff's actions have but one purpose – to sandbag Merck on the eve of trial and prejudice its efforts to properly defend itself. The Court should not condone such tactics.

WHEREFORE, Merck respectfully requests that the Court strike Plaintiff's Third Amended Witness List and the affidavits of Dr. John Abramson, Terry Leach, Dr. Vincent Culotta, Dr. Richard Doskey, David Hood and Dr. Brobson Lutz.

Dated: March 16, 2010

Respectfully submitted,

*/s/Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
  WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax:    (504) 581-3361

Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Strike has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel