# EXHIBIT 1



Aug 17 2009
11:10AM

26618985

**MINUTE ENTRY**
**FALLON, J.**
**AUGUST 12, 2009**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | : |
| | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| **THIS DOCUMENT RELATES TO:** | : |
| 05-3700, STATE OF LOUISIANA, | : JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : |

    On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon. Doug Marvin, John Beisner, Ben Barnett, and Eben Flaster participated on behalf of the Defendant. Steve Murray, Jim Dugan, Doug Plymale, Leonard Davis, and Dawn Barrios participated on behalf of the Plaintiff. At the conference, the parties discussed the status of the case and the progress of discovery. The parties indicated that they will meet, confer and submit to the Court a proposed case management order for the above captioned matter.

    IT IS ORDERED that the trial in this case IS SCHEDULED for Monday, April 12, 2010, at 8:30 a.m. The trial is expected to last for two weeks.

    IT IS FURTHER ORDERED that the Plaintiff's Motion to Compel (Rec. Doc. 21153) is DENIED for the reasons stated on the record during the conference.

JS10(00:15)

1

M00F903327