# EXHIBIT 3

# BAKER BOTTS LLP

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL 713.229.1234
FAX 713.229.1522
www.bakerbotts.com

ABU DHABI
AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
**HOUSTON**
LONDON
MOSCOW
NEW YORK
PALO ALTO
RIYADH
WASHINGTON

November 20, 2009

008885.1372

Travis J. Sales
TEL 713.229.1378
FAX 713.229.7878
travis.sales@bakerbotts.com

*BY ELECTRONIC MAIL*

James R. Dugan
Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

Re: *State of Louisiana ex rel. Caldwell v. Merck & Co., Inc.*

Dear James:

On November 16, the State of Louisiana filed its List of Witnesses for Trial. In that filing, the State identifies four general categories of "witnesses:"

- Representative/Representatives of the Louisiana P&T Committee;
- Representative/Representatives of the Department of Health and Hospitals;
- Representative/Representatives of Unisys; and
- Representative/Representatives of Provider Synergies.

These designations do not comply with the Court's pretrial order or the federal rules. These categories arguably identify hundreds, if not thousands, of individuals. Please let us know if you will agree to delete these designations. If not, we will need to ask the Court to remove these four categories from the State's witness list.

I look forward to hearing from you.

Very truly yours,

Travis J. Sales

TJS:mc

cc: Douglas R. Plymale
    Brian Anderson
    Tarek Ismail

HOU02:1185611.2