# EXHIBIT 5

**Sales, Travis**

| | |
|---|---|
| **From:** | James Dugan [jdugan@dugan-lawfirm.com] |
| **Sent:** | Tuesday, February 09, 2010 2:45 PM |
| **To:** | Sales, Travis; Brian Anderson; john.beisner@skadden.com; Stephen Murray; Douglas Plymale; Trudy Bryant; Russ Herman; Lenny Davis; Dawn Barrios; Dorothy H. Wimberly; Donald C. Arbitblit |
| **Subject:** | Vioxx LA AG case |

I would like to schedule a call with Merck tomorrow afternoon to discuss plaintiffs filing of supplemental expert reports and amending of plaintiffs witness list. As you should recall, I vehemently opposed having the expert reports due three months before the close of discovery in writing and at the scheduling conferance. I would also note that the vast majority of the depositions in the case were taken after the expert report deadline of Nov 13,09. Is 200 central tomorrow ok with Merck to discuss these issues further? Thanks

Sent from my iPhone

1