# EXHIBIT 6

**MURRAY LAW FIRM**
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*  
STEPHEN B. MURRAY, JR.  
JULIE A. ARDOIN**  
ARTHUR M. MURRAY  
NICOLE IEYOUB-MURRAY  
JESSICA W. HAYES  
JAMES R. DUGAN, II  
JUSTIN BLOOM ****  
DOUGLAS R. PLYMALE, Ph.D.  
KOREY A. NELSON  

\*   CERTIFIED AS A SPECIALIST IN
    CIVIL TRIAL ADVOCACY BY THE NATIONAL
    BOARD OF TRIAL ADVOCACY
\*\* LICENSED IN LA & MS
\*\*\*LICENSED IN LA & TX
\*\*\*\* LICENSED IN FL & NY

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO\*\*\*
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

December 15, 2009

**Via E-mail**

Benjamin R. Barnett, Esq.
Dechert LLP
Cira Center
2929 Arch Street
Philadelphia, PA 19104-2808

      Re:   Vioxx Product Liability Litigation, MDL 1657, Case No. 05-3700
             *State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co., Inc.*
             Call Notes

Dear Mr. Barnett:

This letter follows up on Plaintiffs discovery requests for Merck's Vioxx call notes, FACTS database information, and communications. See Plaintiffs' First Request for Production of Documents Request No. 1 and Government Action Plaintiffs' First Set of Master Document Requests Request No. 33. As a result of our prior meet-and-confers in this case, Merck re-produced the call notes and FACTS database for the Louisiana physicians that were previously produced in personal injury cases. Plaintiffs now request that Merck produce all call notes, FACTS database information, and any and all communications with all members of the Louisiana Department of Health and Hospitals P & T committee. A list of these individuals is attached as Exhibit A. To be clear, Plaintiffs seek all responsive information for "Relevant Products" and the "Relevant Time Period," defined as January 1, 1998 through December 31, 2006 in Plaintiffs discovery requests.

Benjamin R. Barnett, Esq.                                                                              MURRAY LAW FIRM
December 7, 2009
Page 2

       I remain,

                                         Very truly yours,

                                         /s/ *Douglas R. Plymale*

                                         Douglas R. Plymale, Ph.D.

cc:    Eben Flaster, Esq.  (Via e-mail)
        Tarek Ismail, Esq.  (Via e-mail)
        Travis J. Sales, Esq. (Via e-mail)
        Stephen D. Brody, Esq.  (Via e-mail)
        Bryan Anderson, Esq.  (Via e-mail)
        Leonard A. Davis, Esq. (Via-email)
        Dawn Barrios, Esq. (Via e-mail)
        James Dugan, Esq. (Via e-mail)

# EXHIBIT A

## Louisiana P&T Committee Members from 2001 through 2004

1. Mr. Joe Adams
   Chain Pharmacists
   Walgreen's
   Covington, LA 70433
   (985) 893-7476; fax: 893-5688

2. Rep. Rodney Alexander

3. Dr. Donnie Batie
   Family Practitioner
   3801 North Boulevard
   Baton Rouge, LA 70806
   (225) 387-7899; fax: 381-2579

4. Ben Bearden
   Medicaid Director
   DHH
   P. O. Box 91030
   Baton Rouge, LA 701821-9030
   (225) 342-3891; fax: 342-5774

5. Dr. Vincent Culotta
   P&T Committee Chair
   OBGYN
   4770 S. 1-10 Service Road
   Metairie, LA 70001

6. Dr. Richard Doskey
   Pediatrician
   9005 Jefferson Highway
   River Ridge, LA 70123 (504) 738-1604

7. Dr. Blackwell B. Evans, Jr.
   Tulane Pharmacology Physician
   300 Lake Marina Drive, # 16BW

8. Mr. Bruce Fisch

9. Dr. Conchetta Fulton
   Xavier Univ. School of Pharmacy
   7325 Palmetto
   New Orleans, LA 70125

   (504)483-7402: fax: 895-3058

10. Larry J. Hebert, M.D.

11. David W. Hood
    Secretary, DHH
    P. O. Box 629
    Baton Rouge, LA 70821-0629
    (225) 342-9509; fax: 342-5568

12. Charles Jastram, Pharm. D.

13. Dr. Ernest Kinchen
    850 North Pierce
    Lafayette, LA 70501
    (337) 233-2116; fax: 237-9075

14. Dr. Michael Kudla
    OBGYN
    2770 2nd Avenue, #203
    Lake Charles, LA 70601

15. James R. Lang R.Ph

16. Dr. W. Chapman Lee
    Surgeon
    5825 Airline Highway
    Baton Rouge, LA 70805
    (225) 358-1061; fax: 358-1076

17. James Lowery, R.Ph.

18. Dr. Brobson Lutz
    Internal Med. Specialist
    2622 Jena Street
    New Orleans, LA 70115
    (504) 865-0361

19. Dr. Catherine A. McDonald
    Psychiatrist
    1105 S. College Rd., Suite A
    Lafayette, LA 70503
    (337) 232-9113; fax: 232-0022

20. Mr. Marty McKay
    Independent Pharmacists

    Pearson Drugs No. 7
    1806 Water Street
    Lecompte, LA 71346
    (318) 776-5649

21. Dr. Philip J. Medon
    Professor of Pharmacology
    Univ. of LA - Monroe School of Pharmacy
    Monroe, LA 71209-0470
    (318)342-3800; fax: 342-3802

22. James S. Osterberer, Jr. M.D.

23. Dr. John B. Pope
    LSU/HSC Pharmacology Physician
    10170 Thornwood Drive
    Shreveport, LA 71105
    (318) 698-1817

24. Carolyn Tackett
    Medicaid Recipient
    P. O. Box 48
    Hammond, LA 70404

25. Dr. Anne Henderson Tilton
    Neurologist
    Children's Hospital in New Orleans

26. Dr. Leonard Weather, Jr.
    7820 Chef Menteur Hwy.
    New Orleans, LA 70126
    (504) 241-0413; fax: 241-1292

27. Dr. Lolie C. Yu
    LSU-HSC Pediatric Oncologist
    1542 Tulane Avenue
    New Orleans, LA 70112
    (504) 896-9740; fax: 896-0758