# EXHIBIT 7

1095 Avenue of the Americas
New York, NY 10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**REBECCA J. ROSSEL**
rebecca.rossel@dechert.com
+1  212  430  6496  Direct
+1  212  430  6357  Fax

January 8, 2010

VIA FEDEX

Douglas Plymale, Ph.D.
The Dugan Law Firm
650 Poydras Street
Suite 2150
New Orleans, LA 70130

Re:     *VIOXX® Litigation (Louisiana Attorney General)*

Dear Mr. Plymale:

In regard to your correspondence dated December 15, 2009, I am enclosing with this letter the following productions of responsive data on behalf of Merck Sharp & Dohme Corp. ("Merck"):

1.  One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Batie, Bates range MRK-AGLAAO 0000001 through 0000083;

2.  One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Culotta, Bates range MRK-AGLAAP 0000001 through 0000104;

3.  One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Doskey, Bates range MRK-AGLAAQ 0000001 through 0000006;

4.  One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Evans, Bates range MRK-AGLAAR 0000001 through 0000003;

5. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Fisch, Bates number MRK-AGLAAS 0000001;

6. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Kinchen, Bates range MRK-AGLAAT 0000001 through 0000020;

7. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Kudla, Bates number MRK-AGLAAU 0000001;

8. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Lee, Bates number MRK-AGLAAV 0000001;

9. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Lowery, Bates range MRK-AGLAAW 0000001 through 0000016;

10. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Lutz, Bates range MRK-AGLAAX 0000001 through 0000034;

11. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. McDonald, Bates number MRK-AGLAAY 0000001;

12. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. McKay, Bates range MRK-AGLAAZ 0000001 through 0000002;

13. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Osterberger, Bates range MRK-AGLABA 0000001 through 0000078;

14. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Pope, Bates range MRK-AGLABB 0000001 through 0000013;

15. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Tilton, Bates number MRK-AGLABC 0000001; and

16. One (1) disc containing a production of responsive data, including objective coding and a load file, relating to Dr. Weather, Bates range MRK-AGLABD 0000001 through 0000006.

Merck did not identify any responsive data for:

Joe Adams
Rep. Rodney Alexander
Ben Bearden
Dr. Conchetta Fulton
Larry J. Hebert, M.D.
David W. Hood
Charles Jastram, Pharm.D.
James R. Lang R.Ph
Dr. Philip J. Medon
Carolyn Tackett
Dr. Lolie C. Yu

Sincerely,

Rebecca J. Rossel

Cc (with enclosure): Leonard Davis, Esq.

Cc (without enclosure): Dawn M. Barrios, Esq.
Tarek Ismail, Esq.
Travis Sales, Esq.
Brian Anderson, Esq.

RR/kb
Enclosure