UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

## DECLARATION OF SARAH R. LONDON IN SUPPORT OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Sarah R. London, hereby declare as follows:

1. I am an attorney at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Elizabeth J. Cabraser of LCHB is a member of the Plaintiffs' Steering Committee (PSC) in this MDL, as well as Chair of the Purchase Claims Committee of the PSC and Government Action Executive Committee Member. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the April 2002 Vioxx label, previously marked Taylor Exhibit 13.

- 1 -

862395.2

- 2 -

3. Attached hereto as Exhibit 2 is a true and correct copy of the letter from the Food and Drug Administration to Merck & Co. regarding supplemental new drug applications attaching the approved April 2002 Vioxx label, previously marked as Kaiser Exhibit 20.

4. Attached hereto as Exhibit 3 is a true and correct copy of the VIGOR Clinical Study Report.

5. Attached hereto as Exhibit 4 are excerpts from the deposition transcript of Valerie E. Taylor, January 15, 2010, pp. 112:14-113:8.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of David Hood.

7. Attached hereto as Exhibit 6 is a true and correct copy of the expert report of Neil Julie, M.D.

8. Attached hereto as Exhibit 7 are excerpts from the deposition transcript of David J. Sales, M.D., January 26, 2010, pp. 31:2-10; 35:4-38:20; 41:3-46:7.

9. Attached hereto as Exhibit 8 is a true and correct copy of an article by Claire Bombardier, M.D., *et al.*, entitled "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" published in *The New England Journal of Medicine*, November 23, 2000, previously marked as Curtis Exhibit 18.

10. Attached hereto as Exhibit 9 is a true and correct copy of an Affidavit by Vincent Culotta, M.D.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on March 16, 2010, at San Francisco, California.

_____
SARAH R. LONDON

862395.2