# *EXHIBIT 3*
# *PART 1*

Case 2:05-md-01657-EEF-DEK   Document 35764-21   Filed 03/01/10   Page 2 of 41

1

Reference P088C

A Double-Blind, Randomized, Stratified, Parallel-Group Study to
Assess the Incidence of PUBs During Chronic Treatment With
MK–0966 or Naproxen in Patients With Rheumatoid Arthritis
(Protocol 088/089)

MRK-AFV0451455

2

## CLINICAL STUDY REPORT

### MK-0966

### A DOUBLE-BLIND, RANDOMIZED, STRATIFIED, PARALLEL-GROUP STUDY TO ASSESS THE INCIDENCE OF PUBS DURING CHRONIC TREATMENT WITH MK-0966 OR NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS

| | |
|---|---|
| Generic Name:  Rofecoxib | Protocol 088/089 |
| Dosage Form:  Tablets | Phase III |
| Indication:  Gastrointestinal Safety | |
| Sponsor Name:   Merck & Co., Inc. | |
| Clinical Monitor: A. Reicin, M.D. | |
| Study Initiation Date (FPI): | 06-Jan-1999 |
| Study Completion Date (LPO): | 17-Mar-2000 |
| Investigator Name/Affiliation: | Multinational (301) |
| GCP Compliant? y/n | Yes |
| Clinical Study Report Date | 20-Jun-2000 |

MRK-AFV0451456

MK-0966, Reference P088C                                3

# CLINICAL STUDY REPORT

## A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK–0966 or Naproxen in Patients With Rheumatoid Arthritis

## TABLE OF CONTENTS

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| I. | SYNOPSIS | 1 | 20 |
| II. | COMPREHENSIVE STUDY SUMMARY | 6 | 25 |
| 1. | INTRODUCTION | 6 | 25 |
| 2. | ETHICS | 8 | 27 |
| 2.1 | Protection of Human Subjects | 8 | 27 |
| 2.2 | Assurance of Ethical Study Conduct | 9 | 28 |
| 3. | INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE | 9 | 28 |
| 4. | STUDY HYPOTHESES AND OBJECTIVES | 9 | 28 |
| 4.1 | Primary Hypotheses | 9 | 28 |
| 4.2 | Secondary Hypothesis | 9 | 28 |
| 4.3 | Primary Objectives | 10 | 29 |
| 4.4 | Secondary Objectives | 10 | 29 |
| 4.5 | Exploratory Objectives | 10 | 29 |
| 5. | INVESTIGATIONAL PLAN | 11 | 30 |
| 5.1 | Overall Study Design and Plan | 11 | 30 |
| 5.1.1 | Overall Structure of Study Committees | 11 | 30 |
| 5.1.1.1 | Steering Committee | 11 | 30 |
| 5.1.1.2 | Data and Safety Monitoring Board | 12 | 31 |
| 5.1.1.3 | Case Review Committee | 13 | 32 |
| 5.2 | Detailed Description of Study Design | 13 | 32 |
| 5.2.1 | NSAID Washout | 15 | 34 |
| 5.2.2 | Diet/Activity/Other | 15 | 34 |

MRK-AFV0451457

MK-0966, Reference P088C

4

# TABLE OF CONTENTS (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| 5.3 | Selection of the Study Population | 16 | 35 |
| 5.3.1 | Inclusion Criteria | 16 | 35 |
| 5.3.2 | Exclusion Criteria | 16 | 35 |
| 5.4 | Treatments | 20 | 39 |
| 5.4.1 | Treatments Administered | 20 | 39 |
| 5.4.2 | Identity of Investigational Product | 21 | 40 |
| 5.4.3 | Method of Assigning Patients to Treatment Groups | 23 | 42 |
| 5.4.4 | Selection of Doses in the Study | 23 | 42 |
| 5.4.5 | Blinding | 24 | 43 |
| 5.4.6 | Treatment Compliance | 24 | 43 |
| 5.5 | Efficacy and Safety Variables | 25 | 44 |
| 5.5.1 | Efficacy and Safety Measurements Assessed | 25 | 44 |
| 5.5.1.1 | Flow Chart | 25 | 44 |
| 5.5.1.2 | Documentation of Potential Endpoints | 30 | 49 |
| 5.5.1.3 | Definition of Endpoint Event Date | 31 | 50 |
| 5.5.1.4 | The Case Review Committee and Adjudication Procedures | 31 | 50 |
| 5.5.1.5 | Adjudication Criteria for Upper-GI Perforations, Ulcers, Obstructions, and Bleeds | 33 | 52 |
| 5.5.1.6 | Criteria for Exploratory "All GI Bleed" Analysis | 39 | 58 |
| 5.5.1.7 | Efficacy Measures Assessed | 39 | 58 |
| 5.5.1.8 | Safety Measurements Assessed | 40 | 59 |
| 5.5.2 | Appropriateness of Measurements | 41 | 60 |
| 5.5.3 | Evaluation of Efficacy Variables and Definitions of Baseline and Improvement | 41 | 60 |
| 5.5.4 | Safety and Tolerability Measurements | 42 | 61 |
| 5.5.4.1 | Clinical | 42 | 61 |
| 5.5.4.2 | Laboratory | 44 | 63 |

MRK-AFV0451458

MK-0966, Reference P088C

**5**

# TABLE OF CONTENTS (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| 5.6 | Data Quality Assurance | 46 | 65 |
| 5.7 | Statistical Methods Planned in the Protocol and Determination of Sample Size | 46 | 65 |
| 5.7.1 | Statistical and Analytical Plans to Address Study Objectives | 46 | 65 |
| 5.7.1.1 | Primary Objectives | 46 | 65 |
| 5.7.1.2 | Secondary Objectives | 47 | 66 |
| 5.7.1.3 | Exploratory Objectives | 47 | 66 |
| 5.7.2 | Determination of Sample Size and Power Analysis to Address Study Hypotheses | 48 | 67 |
| 5.7.2.1 | Primary Hypotheses | 48 | 67 |
| 5.7.2.2 | Secondary Hypotheses | 48 | 67 |
| 5.7.2.3 | Criteria to Determine a Positive Study | 48 | 67 |
| 5.7.2.4 | Power and End of Study Stopping Rule | 48 | 67 |
| 5.7.3 | Statistical/Analytical Methods and Issues | 49 | 68 |
| 5.7.3.1 | Approaches to Analyses | 49 | 68 |
| 5.7.3.1.1 | All-Patients-Randomized Approach | 49 | 68 |
| 5.7.3.1.2 | Per-Protocol Approach | 49 | 68 |
| 5.7.3.2 | Analytical Methods and Adjustments for Covariates | 50 | 69 |
| 5.7.3.3 | Interim Analyses and Data Monitoring | 55 | 74 |
| 5.7.3.4 | Assessment of Consistency of Treatment Effects Across Subgroups | 56 | 75 |
| 5.7.3.5 | Multiplicity | 56 | 75 |
| 5.7.3.6 | Dropouts and Sensitivity Analyses | 57 | 76 |
| 5.7.3.6.1 | Dropouts | 57 | 76 |
| 5.7.3.6.2 | Imputation of PUB Rates | 57 | 76 |
| 5.7.3.6.3 | Exclusion of PUBs With Confounding Etiologies | 58 | 77 |
| 5.7.3.7 | Other Safety Analyses | 58 | 77 |
| 5.7.3.7.1 | Adverse Experiences | 59 | 78 |

MRK-AFV0451459

MK-0966, Reference P088C                                     6

# TABLE OF CONTENTS (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| | 5.7.3.7.2  Laboratory Parameters and Vital Signs | 60 | 79 |
| | 5.7.3.8  Compliance | 61 | 80 |
| | 5.7.3.9  General Statistical Rules | 61 | 80 |
| 5.8 | Changes in the conduct of the Study or Planned Analyses | 61 | 80 |
| 5.8.1 | Interim Analysis | 61 | 80 |
| 5.8.2 | Protocol Amendments | 61 | 80 |
| 5.8.3 | Changes in Planned Analyses | 62 | 81 |
| 6. | POPULATION AND DATA SETS ANALYZED | 63 | 82 |
| 6.1 | Disposition of Patients | 63 | 82 |
| 6.2 | Protocol Deviations | 75 | 94 |
| 6.3 | Patients Whose Treatment Was Prematurely Unblinded | 75 | 94 |
| 6.4 | Data Sets Analyzed | 76 | 95 |
| 6.4.1 | All-Patients-Randomized Approach | 76 | 95 |
| 6.4.2 | Per-Protocol Approach | 76 | 95 |
| 6.4.3 | Sensitivity Analysis Excluding PUBs With Confounding Etiology | 77 | 96 |
| 6.5 | Demographic and Other Baseline Characteristics | 78 | 97 |
| 6.5.1 | Baseline Characteristics | 78 | 97 |
| 6.5.2 | Baseline Values for Clinical Efficacy Endpoints | 82 | 101 |
| 6.5.3 | Secondary Diagnoses | 83 | 102 |
| 6.5.4 | Prior Drug Therapies | 84 | 103 |
| 6.5.5 | Concomitant Therapies | 86 | 105 |
| 6.6 | Measurements of Treatment Compliance | 87 | 106 |
| 7. | GASTROINTESTINAL ENDPOINTS | 87 | 106 |
| 7.1 | Primary Endpoint—Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs) | 91 | 110 |
| 7.2 | Secondary Endpoints | 95 | 114 |
| 7.2.1 | Confirmed Complicated Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)— Secondary Endpoint | 95 | 114 |

MRK-AFV0451460

MK-0966, Reference P088C                                                    7

# TABLE OF CONTENTS (CONT.)

|  |  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|---|
|  | 7.2.2 | Confirmed and Unconfirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Secondary Endpoint | 98 | 117 |
|  | 7.2.3 | Confirmed and Unconfirmed Complicated Upper GI Perforations, Ulcers, Obstructions and Bleeds (PUBs)—Secondary Endpoint | 101 | 120 |
| 7.3 | Exploratory Endpoint—All GI Bleeds |  | 104 | 123 |
| 7.4 | Per-Protocol Analyses |  | 106 | 125 |
|  | 7.4.1 | Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Primary Endpoint Per-Protocol Approach | 107 | 126 |
|  | 7.4.2 | Confirmed Complicated Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Secondary Endpoint Per-Protocol Approach | 109 | 128 |
| 7.5 | Subgroup Analyses, Interactions, and Associations With the Primary Endpoint |  | 111 | 130 |
| 7.6 | Dropouts and Sensitivity Analyses |  | 115 | 134 |
|  | 7.6.1 | Analysis of Dropouts | 115 | 134 |
|  | 7.6.2 | Sensitivity Analyses | 118 | 137 |
|  | 7.6.2.1 | Imputation of PUB Rates Analyses | 118 | 137 |
|  | 7.6.2.2 | Analysis Excluding PUBs With Confounding Etiologies | 120 | 139 |
|  | 7.6.2.3 | Analysis Including Events Up to 45 Days After Discontinuation and Through End of Study | 122 | 141 |
| 8. | EFFICACY RESULTS |  | 125 | 144 |
| 8.1 | Global Assessments of Disease Status and Modified HAQ |  | 125 | 144 |
| 8.2 | Discontinuations Due to Lack of Efficacy |  | 127 | 146 |
| 9. | SAFETY |  | 129 | 148 |
| 9.1 | Prespecified Adverse Experiences |  | 132 | 151 |
| 9.2 | Adverse Experiences—Clinical |  | 135 | 154 |

MRK-AFV0451461

MK-0966, Reference P088C                                    8

# TABLE OF CONTENTS (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| 9.2.1 | Overall Assessment of Clinical Adverse Experiences | 135 | 154 |
| 9.2.2 | Clinical Adverse Experiences by Body Systems | 139 | 158 |
| 9.2.3 | Most Frequent Clinical Adverse Experiences | 141 | 160 |
| 9.2.4 | Clinical Adverse Experiences Assessed by the Investigator to be Drug Related | 153 | 172 |
| 9.3 | Deaths and Nonfatal Serious Clinical Adverse Experiences | 159 | 178 |
| 9.3.1 | Listing of Deaths | 166 | 185 |
| 9.4 | Patients Who Discontinued Due to Clinical Adverse Experiences | 172 | 191 |
| 9.5 | Adverse Experiences in Methotrexate Users | 180 | 199 |
| 9.6 | Adverse Experiences—Laboratory | 180 | 199 |
| 9.6.1 | Overall Assessment of Laboratory Adverse Experiences | 180 | 199 |
| 9.6.2 | Specific Laboratory Adverse Experiences | 184 | 203 |
| 9.6.3 | Laboratory Adverse Experiences Assessed by the Investigator to be Drug Related | 186 | 205 |
| 9.6.4 | Serious Laboratory Adverse Experiences | 187 | 206 |
| 9.6.5 | Patients Discontinued Due to Laboratory Adverse Experiences | 190 | 209 |
| 9.7 | Analyses of Prespecified Specific Adverse Experiences | 192 | 211 |
| 9.7.1 | Clinical and Laboratory Adverse Experiences Related to Alterations in Renal Function | 192 | 211 |
| 9.7.1.1 | Discontinuations Due to Edema-Related Adverse Experiences | 192 | 211 |
| 9.7.1.2 | Discontinuations Due to Hypertension-Related Adverse Experiences | 197 | 216 |
| 9.7.1.3 | Adverse Experiences of Congestive Heart Failure | 207 | 226 |
| 9.7.1.4 | Discontinuations Due to Renal-Related Adverse Experiences | 210 | 229 |
| 9.7.2 | Clinical and Laboratory Adverse Experiences Related to Alterations in Liver Function | 215 | 234 |

MRK-AFV0451462

MK-0966, Reference P088C

9

# TABLE OF CONTENTS (CONT.)

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| 9.7.3 | Discontinuations due to Digestive System Adverse Experiences, Including Abdominal Pain (in Body as a Whole/Site Unspecified) | 222 | 241 |
| 9.8 | Safety Analyses of Interest (Not Prespecified) | 224 | 243 |
| 9.9 | Laboratory Measurements | 230 | 249 |
| 9.9.1 | Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences | 230 | 249 |
| 9.9.2 | Assessment of the Mean Change From Baseline | 234 | 253 |
| 9.9.3 | Vital Signs | 239 | 258 |
| 10. | DISCUSSION | 243 | 262 |
| 11. | OVERALL EFFICACY AND SAFETY CONCLUSIONS | 249 | 268 |
| 12. | KEY SUPPORTIVE INFORMATION | 251 | 270 |
| 12.1 | Demographics by Study Region | 251 | 270 |
| 12.2 | Primary Endpoint—Confirmed PUBs Using Secondary Model Approach | 258 | 277 |
| 12.3 | Subgroup Analyses | 259 | 278 |
| 12.4 | Secondary Diagnoses | 270 | 289 |
| 12.5 | Prior Therapies | 277 | 296 |
| 12.6 | Concomitant Therapies | 285 | 304 |
| 13. | LIST OF APPENDICES | 293 | 312 |
| III. | APPENDICES | — | 326 |
| CATEGORY 1: | PUBLICATIONS/PREPUBLICATION MANUSCRIPTS |  |  |
| CATEGORY 2: | REPORTS |  |  |
| CATEGORY 3: | STUDY DOCUMENTS |  |  |
| CATEGORY 4: | DATA |  |  |

MRK-AFV0451463

MK-0966, Reference P088C                           **10**

# LIST OF TABLES

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 1 | Contents by Treatment Group | 20 | 39 |
| Table 2 | Number of Bottles Dispensed | 21 | 40 |
| Table 3 | Clinical Supplies | 21 | 40 |
| Table 4 | Study Flow Chart | 26 | 45 |
| Table 5 | Phone Visits | 28 | 47 |
| Table 6 | Endpoint Adjudication Criteria | 35 | 54 |
| Table 7 | Efficacy Endpoints: Definition of Baseline and Direction of Improvement | 41 | 60 |
| Table 8 | Definition of Limits of Change From Baseline | 45 | 64 |
| Table 9 | Summary of Analysis | 52 | 71 |
| Table 10 | Number of Patients Entered by Investigator and Treatment Group | 63 | 82 |
| Table 11 | Patient Accounting | 73 | 92 |
| Table 12 | Time in Study | 74 | 93 |
| Table 13 | Number of Patients in the Study at Different Time Points | 75 | 94 |
| Table 14 | Patient Accounting for Per-Protocol Exclusions | 77 | 96 |
| Table 15 | Patient Accounting for Sensitivity Analysis Excluding PUBs With Confounding Etiologies | 78 | 97 |
| Table 16 | Baseline Patient Characteristics by Treatment Group (Continuous Variables) | 79 | 98 |
| Table 17 | Baseline Patient Characteristics by Treatment Group (Categorical Variables) | 80 | 99 |
| Table 18 | Baseline Global Assessments of Disease Activity and HAQ | 83 | 102 |
| Table 19 | Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events (PUBs) (Gastroduodenal Perforation, Obstruction, Ulcer, and Upper Gastrointestinal Bleed) | 84 | 103 |
| Table 20 | Types of Prior Drug Therapies | 86 | 105 |

MRK-AFV0451464

MK-0966, Reference P088C                                                    11

## LIST OF TABLES (CONT.)

|          |                                                                                    | CSR Starting Page | Application Starting Page |
|----------|------------------------------------------------------------------------------------|-------------------|---------------------------|
| Table 21 | Summary of Eligibility of PUB Events for Primary Analysis                          | 88                | 107                       |
| Table 22 | Summary of Gastrointestinal Safety Endpoints                                        | 90                | 109                       |
| Table 23 | Analysis of Confirmed PUBs All-Patients-Randomized                                  | 93                | 112                       |
| Table 24 | Number (%) of Types of Confirmed PUBs (Primary Endpoints)                           | 94                | 113                       |
| Table 25 | Analysis of Confirmed Complicated PUBs All-Patients-Randomized                      | 96                | 115                       |
| Table 26 | Number (%) of Types of Confirmed, Complicated PUBs                                  | 97                | 116                       |
| Table 27 | Analysis of Confirmed and Unconfirmed PUBs All-Patients-Randomized                  | 99                | 118                       |
| Table 28 | Number (%) of Types of Confirmed and Unconfirmed PUBs                               | 100               | 119                       |
| Table 29 | Analysis of Confirmed and Unconfirmed Complicated PUBs All-Patients-Randomized      | 102               | 121                       |
| Table 30 | Number (%) of Types of Confirmed and Unconfirmed Complicated PUBs                   | 103               | 122                       |
| Table 31 | Analysis of Any GI Bleed All-Patients-Randomized                                    | 105               | 124                       |
| Table 32 | Number (%) of Types of GI Bleeds                                                    | 105               | 124                       |
| Table 33 | Analysis of Confirmed PUBs Per-Protocol                                             | 108               | 127                       |
| Table 34 | Analysis of Confirmed Complicated PUBs Per-Protocol                                 | 110               | 129                       |
| Table 35 | Number (%) of Types of Confirmed PUBs (Primary Endpoints) by *H. pylori* Subgroup   | 114               | 133                       |
| Table 36 | Analysis of Prespecified Reasons for Withdrawal From Study                          | 117               | 136                       |
| Table 37 | Results of Imputation of Rates Sensitivity Analyses                                 | 119               | 138                       |
| Table 38 | Analysis of Confirmed PUBs Analysis Excluding PUBs With Confounding Causes          | 121               | 140                       |

MRK-AFV0451465

## LIST OF TABLES (CONT.)

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 39 | Analysis of Confirmed Complicated PUBs Analysis Excluding PUBs With Confounding Causes | 122 | 141 |
| Table 40 | Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through 45 Days After Discontinuation | 123 | 142 |
| Table 41 | Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through the End of the Trial | 124 | 143 |
| Table 42 | Efficacy Measures—Average Over Treatment Period (All-Patients-Randomized) | 126 | 145 |
| Table 43 | Analysis of Prespecified Reasons for Withdrawal From Study | 128 | 147 |
| Table 44 | Analysis of Prespecified Adverse Experience Categories | 133 | 152 |
| Table 45 | Clinical Adverse Experience Summary | 137 | 156 |
| Table 46 | Analysis of Prespecified Clinical Summary Adverse Experience Categories | 138 | 157 |
| Table 47 | Number (%) of Patients With Clinical Adverse Experiences by Body System | 140 | 159 |
| Table 48 | Number (%) of Patients With Specific Clinical Adverse Experiences (Incidence ≥0.5% in One or More Treatment Groups) by Body System | 141 | 160 |
| Table 49 | Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred at a Higher Incidence (95% CI of the Difference Do Not Overlap zero) on Either Rofecoxib or Naproxen (Incidence >0% in One or More Treatment Groups) by Body System | 146 | 165 |
| Table 50 | Number (%) of Patients With Specific Clinical Adverse Experiences by Body System (Incidence ≥0.5% in One or More Treatment Groups) Drug Related | 154 | 173 |

MRK-AFV0451466

MK-0966, Reference P088C                                                    13

# LIST OF TABLES (CONT.)

|          |                                                                                                                                                                                                                        | CSR Starting Page | Application Starting Page |
|----------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------------------------|
| Table 51 | Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred at a Higher Incidence (95% CI of the Difference Do Not Overlap 0) on Either Rofecoxib or Naproxen (Incidence >0% in One or More Treatment Groups) by Body System Drug Related | 157 | 176 |
| Table 52 | Number (%) of Patients With Specific Fatal and Nonfatal Serious Clinical Adverse Experiences by Body System (Incidence ≥0.1 % in One or More Treatment Groups) | 161 | 180 |
| Table 53 | Number (%) of Patients With Specific Serious Clinical Adverse Experiences at a Higher Incidence (95% CI of the Difference Do Not Overlap) on Either Rofecoxib or Naproxen (Incidence >0% in One or More Treatment Groups) by Body System | 166 | 185 |
| Table 54 | Number (%) of Patients With Specific Fatal Clinical Adverse Experiences (Incidence >0% in One or More Treatment Groups) by Body System | 167 | 186 |
| Table 55 | Clinical and Other Adverse Experiences: Deaths | 169 | 188 |
| Table 56 | Number (%) of Patients Discontinued Due to Specific Clinical Adverse Experiences by Body System (Incidence ≥0.2% in One or More Treatment Groups) | 173 | 192 |
| Table 57 | Number (%) of Patients Discontinued Due to Specific Clinical Adverse Experiences by Body System (Incidence ≥0.2% in One or More Treatment Groups) Drug Related | 175 | 194 |
| Table 58 | Number (%) of Patients Discontinued Due to Specific Serious Clinical Adverse Experiences by Body System (Incidence ≥0.2% in One or More Treatment Groups) | 177 | 196 |

MRK-AFV0451467

MK-0966, Reference P088C                                    **14**

# LIST OF TABLES (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 59 | Number (%) of Patients Discontinuing Due to Specific Clinical Adverse Experiences at a Higher Incidence (95% CI of the Difference Do Not Overlap 0) on Either Rofecoxib or Naproxen (Incidence >0% in One or More Treatment Groups) by Body System | 179 | 198 |
| Table 60 | Laboratory Adverse Experience Summary | 182 | 201 |
| Table 61 | Analysis of Prespecified Laboratory Summary Adverse Experience Categories | 183 | 202 |
| Table 62. | Number (%) of Patients With Laboratory Adverse Experiences (Incidence >0.2% in One or More Treatment Groups) | 185 | 204 |
| Table 63 | Number (%) of Patients With Laboratory Adverse Experiences (Incidence >0.2% in One or More Treatment Groups) Drug-Related | 187 | 206 |
| Table 64 | Serious Laboratory Adverse Experiences | 189 | 208 |
| Table 65 | Number (%) of Patients Discontinued Due to Specific Laboratory Adverse Experiences by Laboratory Test Category (Incidence >0% in One or More Treatment Groups) | 191 | 210 |
| Table 66 | Analysis of Prespecified Adverse Experience Category Discontinuations Due to Edema-Related Adverse Experiences | 194 | 213 |
| Table 67 | Number (%) of Patients With Edema-Related Clinical Adverse Experiences (Incidence >0% in One or More Treatment Groups) by Body System | 195 | 214 |
| Table 68 | Summary of Edema-Related Clinical Adverse Experiences | 197 | 216 |
| Table 69 | Analysis of Prespecified Adverse Experience Category Discontinuations Due to Hypertension-Related Adverse Experiences | 199 | 218 |

MRK-AFV0451468

MK-0966, Reference P088C                    15

## LIST OF TABLES (CONT.)

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 70 | Number (%) of Patients With Hypertension-Related Clinical Adverse Experiences (Incidence >0% in One or More Treatment Groups) by Body System | 201 | 220 |
| Table 71 | Summary of Hypertension-Related Clinical Adverse Experiences | 202 | 221 |
| Table 72 | Prespecified Analysis of Adverse Experiences Related to Congestive Heart Failure | 209 | 228 |
| Table 73 | Analysis of Prespecified Adverse Experiences Related to Alterations in Renal Function | 211 | 230 |
| Table 74 | Number (%) of Patients With Renal-Related Clinical Adverse Experiences (Incidence >0% in One or More Treatment Groups) | 213 | 232 |
| Table 75 | Analysis of Prespecified Adverse Experiences Related to Alterations in Liver Function | 216 | 235 |
| Table 76 | Number (%) of Patients With Hepatic-Related Clinical Adverse Experiences (Incidence >0% in One or More Treatment Groups) | 217 | 236 |
| Table 77 | Analysis of Prespecified Adverse Experiences Leading to Study Discontinuation | 223 | 242 |
| Table 78 | Incidence of Hypersensitivity Adverse Experiences in Patients With an Allergy to Sulfonamides or Other Sulfur Containing Compounds | 226 | 245 |
| Table 79 | Analysis of Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences (Intention-to-Treat Approach) | 232 | 251 |
| Table 80 | Summary of Changes From Baseline in Laboratory Parameters | 236 | 255 |
| Table 81 | Summary of Changes From Baseline in Vital Signs | 242 | 261 |
| Table 12.1-1 | Summary of Patient Characteristics at Baseline (Continuous Variables) Study Region—U.S. | 251 | 270 |

MRK-AFV0451469

MK-0966, Reference P088C                                    **16**

# LIST OF TABLES (CONT.)

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 12.1-2 | Summary of Patient Characteristics at Baseline (Categorical Variables) Study Region—U.S. | 252 | 271 |
| Table 12.1-3 | Summary of Patient Characteristics at Baseline (Continuous Variables) Study Region—Multinational | 255 | 274 |
| Table 12.1-4 | Summary of Patient Characteristics at Baseline (Categorical Variables) Study Region—Multinational | 256 | 275 |
| Table 12.2-1 | Analysis of Confirmed PUBs (Secondary Approach) Model Includes Prior History of PUBS and Study Region All-Patients-Randomized | 258 | 277 |
| Table 12.3-1 | Confirmed PUBs Analysis of Treatment by Prior History of PUBs Interaction All-Patients-Randomized | 259 | 278 |
| Table 12.3-2 | Confirmed PUBs Analysis of Treatment by Study Region Interaction All-Patients-Randomized | 260 | 279 |
| Table 12.3-3 | Confirmed PUBs Analysis of Treatment by Age Group Interaction All-Patients-Randomized | 261 | 280 |
| Table 12.3-4 | Confirmed PUBs Analysis of Treatment by Race Interaction All-Patients-Randomized | 262 | 281 |
| Table 12.3-5 | Confirmed PUBs Analysis of Treatment by Gender Interaction All-Patients-Randomized | 263 | 282 |
| Table 12.3-6 | Confirmed PUBs Analysis of Treatment by Baseline Steroid Use Interaction All-Patients-Randomized | 264 | 283 |
| Table 12.3-7 | Confirmed PUBs Analysis of Treatment by H. Pylori Interaction All-Patients-Randomized | 265 | 284 |
| Table 12.3-8 | Confirmed PUBs Analysis of Treatment by ASCVD History All-Patients-Randomized | 266 | 285 |
| Table 12.3-9 | Confirmed PUBs Analysis of Treatment by Indication for Aspirin Use—FDA Rules All-Patients-Randomized | 267 | 286 |

MRK-AFV0451470

MK-0966, Reference P088C                                          **17**

## LIST OF TABLES (CONT.)

|  |  | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Table 12.3-10 | Confirmed PUBs Analysis of Treatment by Baseline NSAID Use Interaction All-Patients-Randomized | 268 | 287 |
| Table 12.3-11 | Confirmed Complicated PUBs Analysis of Treatment by Study Region Interaction All-Patients-Randomized | 269 | 288 |
| Table 12.4-1 | Number (%) of Patients With Specific Secondary Diagnoses (Incidence ≥1.0% in One or More Treatment Groups) by Body System | 270 | 289 |
| Table 12.4-2 | Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events (PUBs) (Gastroduodenal Perforation, Obstruction, Ulcer, and Upper Gastrointestinal Bleed) Study Region—U.S. | 275 | 294 |
| Table 12.4-3 | Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events (PUBs) (Gastroduodenal Perforation, Obstruction, Ulcer, and Upper Gastrointestinal Bleed) Study Region—Multinational | 276 | 295 |
| Table 12.5-1 | Number (%) of Patients With Specific Prior Therapies (Incidence ≥1.0% in One or More Treatment Groups) by Drug Category | 277 | 296 |
| Table 12.5-2 | Types of Prior Drug Therapies Study Region—U.S. | 283 | 302 |
| Table 12.5-3 | Types of Prior Drug Therapies Study Region—Multinational | 284 | 303 |
| Table 12.6-1 | Number (%) of Patients With Specific Concomitant Therapies (Incidence ≥1.0% in One or More Treatment Groups) by Drug Category | 285 | 304 |

MRK-AFV0451471

## LIST OF FIGURES

| | | CSR Starting Page | Application Starting Page |
|---|---|---|---|
| Figure 1 | Study Design | 29 | 48 |
| Figure 2 | Flow of Requests for Data/Documentation and Review of PUB Endpoint Packages | 32 | 51 |
| Figure 3 | Relative Risk of Rofecoxib to Naproxen With 95% CI Primary, Secondary, and Exploratory GI Endpoints | 91 | 110 |
| Figure 4 | Primary Endpoint—Confirmed PUBs Time-to-Event Plot (All-Patients-Randomized) | 94 | 113 |
| Figure 5 | Confirmed Complicated PUBs Time-to-Event Plot (All-Patients-Randomized) | 97 | 116 |
| Figure 6 | Unconfirmed PUBs Time-to-Event Plot (All-Patients-Randomized) | 100 | 119 |
| Figure 7 | Confirmed and Unconfirmed PUBs Time-to-Event Plot (All-Patients-Randomized) | 103 | 122 |
| Figure 8 | Any GI Bleed Time-to-Event Plot (All-Patients-Randomized) | 106 | 125 |
| Figure 9 | Primary Endpoint—Confirmed PUBs Time-to-Event Plot (Per-Protocol) | 109 | 128 |
| Figure 10 | Confirmed Complicated PUBs Time-to-Event Plot (Per-Protocol) | 111 | 130 |
| Figure 11 | Relative Risk of Confirmed PUBs With 95% CI Within Prespecified Subgroup Cohorts | 113 | 132 |
| Figure 12 | Withdrawal for Any Reason (Except Confirmed PUBs) Time-to-Event Plot (All-Patients-Randomized) | 118 | 137 |
| Figure 13 | Withdrawal for Lack of Efficacy Time-to-Event Plot (All-Patients-Randomized) | 129 | 148 |
| Figure 14 | Hemoglobin (gm/dL) Mean Change Over Time All-Patients-Randomized | 234 | 253 |
| Figure 15 | Hematocrit (%) Mean Change Over Time All-Patients-Randomized | 235 | 254 |
| Figure 16 | Systolic Blood Pressure (mm Hg) Mean Change Over Time All-Patients-Randomized | 240 | 259 |
| Figure 17 | Diastolic Blood Pressure (mm Hg) Mean Change Over Time All-Patients-Randomized | 241 | 260 |

MRK-AFV0451472

MK-0966 Prot. No. 088/089
VIGOR

## LIST OF ABBREVIATIONS AND DEFINITIONS OF TERMS

| Abbreviation | Definition |
| --- | --- |
| AN | Allocation number |
| ANOVA | Analysis of variance |
| ANCOVA | Analysis of covariance |
| AUC | Area under the concentration-time curve |
| BBB | Blood-brain barrier |
| BMI | Body mass index |
| BP | Blood pressure |
| BUN | Blood urea nitrogen |
| CI | Confidence interval |
| $C_{max}$ | Maximum concentration |
| CSS | Clinical study summary |
| CSR | Clinical study report |
| CV | Coefficient of variation |
| DAP | Data analysis plan |
| ECG | Electrocardiogram |
| FSG | Fasting serum glucose |
| GI | Gastrointestinal |
| GMR | Geometric mean ratio |
| hCG | Human chorionic gonadotropin |
| HR | Heart rate |
| HRT | Hormone replacement therapy |
| IM | Intramuscular |
| IN | Intranasal |
| IP | Intraperitoneal |
| IUD | Intrauterine device |
| IV | Intravenous |
| LS means | Least-squares means |
| MED | Minimal effective dose |
| MRL | Merck Research Laboratories |
| mse | Mean square error |
| NSAID | Nonsteroidal anti-inflammatory drug |
| OTC | Over the counter |
| PD | Pharmacodynamic(s) |
| PK | Pharmacokinetic(s) |
| RBC | Red blood (cell) count |
| SC | Subcutaneous |
| SD | Standard deviation |
| SEM | Standard error of the mean |
| $T_{max}$ | Maximum time |
| ULN | Upper limit of normal |
| WBC | White blood (cell) count |

/MK-0966/CSR/RC2676.DOC  APPROVED                                        20-Jun-2000

MRK-AFV0451473

MERCK RESEARCH        CLINICAL STUDY REPORT
LABORATORIES        I. SYNOPSIS

MK-0966
Rofecoxib, Tablets
Gastrointestinal Safety

| | |
|---|---|
| **PROTOCOL TITLE/NO.:** A Double-Blind, Randomized, Stratified, Parallel-Group Study to Assess the Incidence of PUBs During Chronic Treatment With MK-0966 or Naproxen in Patients With Rheumatoid Arthritis | #088/089 |

**INVESTIGATOR(S)/STUDY CENTER(S):** Multinational (301) sites

| | |
|---|---|
| **PRIMARY THERAPY PERIOD:** The first patient received study therapy on 14-Jan-1999. After achieving the requirements of the study stopping rule, the VIGOR Steering Committee set a termination date of 17-Feb-2000 (date on which end-of-study visits could begin to be conducted). The last dose of study drug was taken on 17-Mar-2000. Frozen file was achieved on 25-Apr-2000. | **CLINICAL PHASE:**    III |

**DURATION OF TREATMENT:** The median duration of time in the study was 9.0 months for both treatment groups (range was 0.5 to 13 months). The minimum duration of treatment for patients who completed the study was 7 months.

**OBJECTIVE(S):** (1) To determine the relative risk of confirmed PUBs (gastroduodenal perforations, symptomatic ulcers, gastric outlet obstructions, or upper gastrointestinal (GI) bleeding) in patients taking rofecoxib 50 mg daily compared to patients in the group taking naproxen 1000 mg/day. (2) To determine the relative risk of confirmed, complicated PUBs (gastroduodenal perforations, gastric outlet obstructions, complicated ulcers, or severe upper GI bleeding) in patients taking rofecoxib 50 mg daily compared to patients in the group taking naproxen 1000 mg/day. (3) To determine the relative risk of confirmed and unconfirmed PUBs in patients taking rofecoxib 50 mg daily compared to patients in the group taking naproxen 1000 mg/day. (4) To study the safety and tolerability of rofecoxib in patients with rheumatoid arthritis.

**STUDY DESIGN:** A parallel-group, stratified, double-blind, multicenter study conducted under in-house blinding procedures to further evaluate the long-term GI safety of rofecoxib compared with naproxen. Allocation was stratified based on patients' history of a prior clinical upper GI event. Patients with rheumatoid arthritis who met entry criteria were randomized to rofecoxib 50 mg once a day, or naproxen 500 mg twice a day. The primary endpoint of this study was the occurrence of confirmed PUBs and a key secondary endpoint was the occurrence of confirmed, complicated PUBs. Other clinical endpoints included: confirmed and unconfirmed PUBs, confirmed and unconfirmed complicated PUBs, bleeding from any location in the GI tract, discontinuation due to lack of efficacy, Patient Global Assessment of Disease Activity, Investigator Global Assessment of Disease Activity, and Modified Health Assessment Questionnaire. All events identified by the investigators as potential PUBs were adjudicated by a blinded Case Review Committee which classified events as either confirmed or unconfirmed and either complicated or uncomplicated. The plan was to discontinue the study after a minimum of 120 PUBs, 40 complicated PUBs had been confirmed by the Case Review Committee, or the study had run at least 6 months from the date of first patient randomized, whichever came last. Unblinded results were reviewed by a Data and Safety Monitoring Board (DSMB) to ensure the safety and integrity of the trial.

**PATIENT ACCOUNTING:**

| ENTERED: | Rofecoxib 50 mg n (%) | Naproxen 1000 mg n (%) | Total n (%) |
|---|---|---|---|
| Total | 4047 | 4029 | 8076 |
| Male | 824 (20.4) | 814 (20.2) | 1638 (20.3) |
| Female | 3223 (79.6) | 3215 (79.8) | 6438 (79.7) |
| Mean age (range) | 58.0 (34 to 88) | 58.2 (37 to 89) | 58.1 (34 to 89) |
| COMPLETED: | 2862 (70.7) | 2880 (71.5) | 5742 (71.1) |
| DISCONTINUED: | 1185 (29.3) | 1149 (28.5) | 2334 (28.9) |
| Clinical adverse experience | 645 (15.9) | 636 (15.8) | 1281 (15.9) |
| Laboratory adverse experience | 22 (0.5) | 12 (0.3) | 34 (0.4) |

MRK-AFV0451474

MERCK RESEARCH
LABORATORIES

CSR SYNOPSIS (CONT.)
Protocol 088/089

MK-0966
Rofecoxib, Tablets
Gastrointestinal Safety

-2-

| | Rofecoxib 50 mg n (%) | Naproxen 1000 mg n (%) | Total n (%) |
|---|---|---|---|
| Lack of efficacy | 256 (6.3) | 263 (6.5) | 519 (6.4) |
| Lost to follow-up | 6 (0.2) | 4 (0.1) | 10 (0.1) |
| Patient discontinued for other reasons | 27 (0.7) | 30 (0.7) | 57 (0.7) |
| Patient moved | 17 (0.4) | 16 (0.4) | 33 (0.4) |
| Patient withdrew consent | 138 (3.4) | 130 (3.2) | 268 (3.3) |
| Protocol deviations | 74 (1.8) | 58 (1.4) | 132 (1.6) |

DOSAGE/FORMULATION NOS.: Study medication was provided in bottles. Patients took daily dose(s) of either 50 mg of rofecoxib (50 mg once daily) or 1000 mg of naproxen (500 mg twice daily), in a blinded, double-dummy fashion achieved through the use of matching placebos.

DIAGNOSIS/INCLUSION CRITERIA: Patients with a diagnosis of rheumatoid arthritis and requiring chronic treatment with a nonsteroidal anti-inflammatory drug (NSAID) were eligible to enter study. After prestudy laboratory tests were verified to be within defined limits by the investigator, patients who fulfilled all entry criteria and had signed an informed consent were contacted by telephone and, 3 to 14 days after discontinuing their prestudy NSAID regimen, and were randomized to the trial. Patients were allowed to continue their usual disease modifying anti-rheumatoid drug (DMARD) and/or corticosteroid therapy but were excluded if they required aspirin or other anti-platelet therapy for cardiovascular prophylaxis, if they required therapy with or had recently used proton pump inhibitors, misoprostol, sucralfate, H₂ blockers or antacids at doses indicated for the treatment of ulcers, or if they required therapy with warfarin or heparin. Additionally, concomitant use of these medications was prohibited during the trial. Patients were not permitted to take NSAID or NSAID-containing products for analgesic relief during the trial. Patients were permitted to take corticosteroids, opiates, DMARDS and acetaminophen products for breakthrough pain.

EVALUATION CRITERIA:

SAFETY MEASUREMENTS: Evaluations performed included: complete physical examination including vital signs (heart rate, blood pressure, weight, oral temperature, and respiration rate), serum chemistry, complete blood count, urinalysis, urine and serum β-hCG, electrocardiogram, and stool hemoccults.

EFFICACY MEASUREMENTS: Patient Global Assessment of Disease Activity, Investigator Global Assessment of Disease Activity, Modified Health Assessment Questionnaire (HAQ, U.S. only), discontinuation due to lack of efficacy.

STATISTICAL PLANNING AND ANALYSIS: The study was planned to stop when a minimum of 120 patients experienced confirmed PUB events, 40 patients experienced confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever came last. For the primary gastrointestinal safety hypothesis, the targeted number of patients with events of 120 provided at least 97% power (α=0.05, 2-tailed) to detect a reduction in risk of at least 50%. This calculation allowed for 1 interim analysis. The targeted number of patients with complicated PUB events of 40 provided more than 80% power to show a trend (p≤0.20) if the reduction in confirmed complicated PUBs due to rofecoxib was ≥50% and more than 80% power to show a statistically significant effect (p<0.05) if the reduction due to rofecoxib was ≥60%. The targeted sample size of 3500 patients per treatment group assumed that the upper GI side effects of perforations, ulceration, obstructions, and bleeding would occur in 2 to 4% of rheumatoid arthritis patients treated with NSAIDs for 1 year and was chosen to provide a reasonable study duration under varying assumptions about dropout rates and patient accrual.

The primary approach for gastrointestinal safety endpoints was based on an All-Patients-Randomized (APR) population, i.e., all patients randomized were included based on their randomized treatment assignment. The primary time frame for the analysis of the PUB data included a 14-day postdiscontinuation follow-up period. Since most of the endpoints are analyzed as time-to-first-event, no values were imputed.

MRK-AFV0451475

MERCK RESEARCH
LABORATORIES

CSR SYNOPSIS (CONT.)
Protocol 088/089

MK-0966
Rofecoxib, Tablets
Gastrointestinal Safety

-3-

The Cox proportional hazard model was used to evaluate the time-to-first-event data for the primary and secondary endpoints, and the exploratory endpoint of GI bleeding. An estimate of the cumulative event rates at the end of the study was calculated using the Kaplan-Meier method.

RESULTS: The risk of developing a confirmed PUB in patients taking rofecoxib (2.08 per 100 patient years) was significantly different (p<0.001) from the risk of developing a PUB in patients taking naproxen (4.49 per 100 patient years). The relative risk of developing a confirmed PUB in rofecoxib users versus naproxen users was 0.46. The risk of developing a confirmed, complicated PUB in patients taking rofecoxib (0.59 per 100 patient years) was significantly different (p=0.005) from the risk of developing a confirmed, complicated PUB in patients taking naproxen (1.37 per 100 patient years). The relative risk of developing a confirmed, complicated PUB in rofecoxib users versus naproxen users was 0.43. Rates and relative risk estimates based on data that include unconfirmed PUBs and unconfirmed complicated PUBs are consistent with the estimates based on confirmed events (see table below). Significant reduction in the risk of confirmed PUB was apparent in all high-risk subgroups analyzed, including the elderly, patients with a history of PUB, Helicobacter pylori-positive patients, and corticosteroid users.

Determination of the relative risk of bleeding from any location in the GI tract in patients taking 50 mg rofecoxib compared to patients taking 1000 mg naproxen was a prespecified exploratory objective. Thirty-one rofecoxib patients and 82 naproxen patients experienced 1 or more GI bleeds with rates of 1.15 and 3.04, respectively, per 100 patient-years at risk.

Overall, the safety profile of rofecoxib demonstrated in this study was similar to that observed in previous trials with rofecoxib. Clinical adverse experiences occurred in 2872 (71.0%) and 2824 (70.1%) of the patients in the rofecoxib and naproxen groups, respectively. No clinically meaningful differences were seen in the overall incidence of these events. Clinical adverse experiences leading to discontinuation occurred in 15.9 and 15.8% of patients in the rofecoxib and naproxen groups, respectively. Drug-related (assessed by the investigator to be possibly, probably, or definitely drug related) clinical adverse experiences occurred in 34.5 and 36.1% of patients in the rofecoxib and naproxen groups, respectively. Of note, there was a decreased incidence of serious platelet associated thrombotic cardiovascular events (particularly myocardial infarctions) demonstrated in the naproxen compared to the rofecoxib treatment group. The aggregate of rofecoxib data from clinical trials to date suggest that the reduced incidence of these events in patients treated with naproxen is likely the result of the cardioprotective effects of naproxen, a potent inhibitor of platelet aggregation. There was a significantly increased incidence of epistaxis and ecchymosis in the naproxen compared with the rofecoxib treatment group, which provides further evidence of naproxen's ability to inhibit platelet function. A thorough examination of these adverse experiences is provided in Cardiovascular Events Analysis. Overall, rofecoxib was safe and well tolerated.

MRK-AFV0451476

MERCK RESEARCH
LABORATORIES

MK-0966
Rofecoxib, Tablets
Gastrointestinal Safety

-4-

## Summary of Gastrointestinal Safety Endpoints

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Proportionality Assumption p-Value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI[4] | p-Value |
| Primary confirmed PUBs | Rofecoxib | 4047 | 56 | 2697 | 2.08 | 0.378 | 0.46 | (0.33, 0.64) | <0.001 |
| | Naproxen | 4029 | 121 | 2694 | 4.49 | | | | |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed complicated PUBs | Rofecoxib | 4047 | 16 | 2699 | 0.59 | 0.648 | 0.43 | (0.24, 0.78) | 0.005 |
| | Naproxen | 4029 | 37 | 2698 | 1.37 | | | | |
| Confirmed and unconfirmed PUBs | Rofecoxib | 4047 | 58 | 2697 | 2.15 | 0.471 | 0.44 | (0.32, 0.60) | <0.001 |
| | Naproxen | 4029 | 132 | 2693 | 4.90 | | | | |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib | 4047 | 17 | 2699 | 0.63 | 0.739 | 0.40 | (0.23, 0.71) | 0.002 |
| | Naproxen | 4029 | 42 | 2697 | 1.56 | | | | |
| **Exploratory Endpoint** | | | | | | | | | |
| Any GI bleed | Rofecoxib | 4047 | 31 | 2698 | 1.15 | 0.707 | 0.38 | (0.25, 0.57) | <0.001 |
| | Naproxen | 4029 | 82 | 2694 | 3.04 | | | | |

[1] Patient-years at risk
[2] Per 100 PYR
[3] Relative risk of Rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for Confirmed and Unconfirmed PUBs)
[4] 95.44% Confidence Interval (CI) for primary endpoint.

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

MRK-AFV0451477

24

MERCK RESEARCH
LABORATORIES

CSR SYNOPSIS (CONT.)
Protocol 088/089

MK-0966
Rofecoxib, Tablets
Gastrointestinal Safety

-5-

CONCLUSIONS:   Based on the results of this prospective, parallel-group, stratified, double-blind, multicenter study: (1) Rofecoxib, a highly selective inhibitor of cyclooxygenase (COX)-2, significantly reduced the risk of developing a PUB (gastroduodenal perforation, symptomatic ulcer, gastric outlet obstruction or upper GI bleeding) and a complicated PUB compared to naproxen.  Secondary endpoint and subgroup analyses provided confirmation of these results.  (2) Rofecoxib, a highly selective inhibitor of COX-2, significantly reduced the risk of developing a GI bleed anywhere in the GI tract compared to naproxen (3) Rofecoxib, administered at a chronic dose of 50 mg daily, is overall safe and well tolerated by rheumatoid arthritis patients.  The safety profile appears similar to that demonstrated in the Phase III Osteoarthritis (OA) trials.  (4) Rofecoxib, administered at a chronic dose of 50 mg daily, provided similar efficacy for the treatment of rheumatoid arthritis compared with naproxen 1000 mg.  (5) Therapy with naproxen was associated, in the VIGOR study, with a reduction in the incidence of thrombotic cardiovascular serious adverse experiences relative to therapy with rofecoxib.  This is likely due to the potent antiplatelet properties of naproxen and the absence of antiplatelet properties of rofecoxib.

AUTHORS:

| | | |
|---|---|---|
| Trudy Noonan, B.A. | Deborah R. Shapiro, Dr.PH. | Alise S. Reicin, M.D. |
| Sr. Med. Prog. Coord. | Director | Director |
| Pulmonary-Immunology | Clinical Biostatistics | Pulmonary-Immunology |
| | | |
| Paige Reagan, B.A. | Laurine G. Connors, B.A. | Christopher T. Brett, B.A. |
| Med. Prog. Coord. | Med. Prog. Coord. | Med. Prog. Coord. |
| Pulmonary-Immunology | Pulmonary-Immunology | Pulmonary-Immunology |

MRK-AFV0451478

MK-0966 Prot. No. 088/089
VIGOR

-6-

## II. COMPREHENSIVE STUDY SUMMARY

### 1. INTRODUCTION

Rofecoxib, a cyclooxygenase-2 isoform (COX-2) selective inhibitor, represents a new class of anti-inflammatory, analgesic agents with improved gastrointestinal (GI) safety over nonselective nonsteroidal anti-inflammatory drugs (NSAIDs). Rofecoxib is approved for treatment of acute pain and osteoarthritis (OA) and has shown effectiveness in rheumatoid arthritis (RA) [1.2.1; 2.2.1; 2.2.2]. NSAIDs are frequently prescribed for these indications.

The prevalence of NSAID-associated side effects, particularly upper GI perforations, symptomatic ulcers, and upper-GI bleeds, is a significant public health concern. NSAID-induced GI toxicity and the resultant clinical consequences are a serious health risk among patients with rheumatic diseases. The risk of an NSAID-associated gastroduodenal perforations, symptomatic ulcers, gastric outlet obstructions or upper GI bleeding (PUB) increases with chronic use and/or higher NSAID doses [1.1.1; 1.1.5]. Older age and use of systemic corticosteroids also appear to increase the risk of NSAID-associated PUBs [1.1.9; 1.1.10; 1.1.14]. RA patients often have these risk factors. This study was conducted to confirm that rofecoxib is associated with a significantly lower incidence of clinically important GI complications PUBs compared with naproxen, a nonselective NSAID, and to extend the results previously demonstrated in patients with osteoarthritis to an additional patient population.

NSAIDs suppress prostaglandin synthesis through COX inhibition. Two COX isoforms, COX-1 and COX-2, have been identified. Nonselective NSAIDs inhibit both [1.1.7; 1.1.8]. COX-1 is considered a "housekeeping" enzyme, catalyzing synthesis of homeostatic prostanoids important in cytoprotection of the gastric mucosa and platelet aggregation [1.1.5]. COX-2, in contrast, is predominantly induced in activated leukocytes and at inflammatory foci [1.1.5; 1.1.6], which suggests its importance in inflammation. Thus, highly selective inhibition of COX-2 should provide clinically equivalent analgesic and anti-inflammatory benefits without harmful GI side effects associated with COX-1 inhibition [1.1.2; 1.1.3; 1.1.4].

In humans, clinical doses of rofecoxib inhibit COX-2 without effect on COX-1 activity. At several times the recommended clinical doses, rofecoxib shows no effect on serum thromboxane ($TXB_2$) levels (an index of COX-1 activity) [1.2.5; 1.2.12; 1.2.22], yet orally administered 12.5 and 25 mg rofecoxib caused suppression (ex vivo) of leukocyte-mediated prostaglandin ($PGE_2$) production (an index of COX-2 activity) similar to nonselective NSAIDs. As a selective COX-2 inhibitor,

MRK-AFV0451479

MK-0966 Prot. No. 088/089
VIGOR

-7-

## 1. INTRODUCTION (CONT.)

rofecoxib has no effect on platelet aggregation or bleeding time as it lacks sustained inhibition of platelet thromboxane. This differs from aspirin, a potent and irreversible inhibitor of platelet COX-1, and nonselective COX-1/COX-2 inhibitors such as naproxen which may have cardioprotective effects through COX-1 mediated sustained inhibition of platelet aggregation.

In addition, while oral administration of the nonselective COX-1/COX-2 inhibitor naproxen decreased gastric mucosal $PGE_2$ synthesis by approximately 65%, neither 25 nor 50 mg rofecoxib administered once daily affected gastric mucosal $PGE_2$ synthesis [1.2.25; 1.2.26]. The latter is consistent with the finding that normal gastric mucosa contained only COX-1 so that rofecoxib will not reduce the availability of gastroprotective prostaglandins.

Rofecoxib shows substantial anti-inflammatory effects in standard animal models used to evaluate NSAIDs [1.2.2; 1.2.21]. In clinical studies in OA patients, 12.5 or 25 mg of rofecoxib once daily demonstrated equivalent clinical efficacy to high doses of NSAIDs. Rofecoxib 50 mg showed similar efficacy to approved analgesic doses of NSAIDs in treating acute pain, including postorthopedic surgical pain for up to 5 days [1.2.29; 1.2.30; 2.1.4; 2.1.5; 2.1.7]. In a dose-ranging study in RA patients, 25- and 50-mg daily doses showed similar efficacy; both were more efficacious than placebo [1.2.1]. In an extension to that dose-ranging study, 25 and 50 mg of rofecoxib demonstrated efficacy similar to naproxen 1000 mg daily [2.2.1; 2.2.2]. The dose for the treatment of rheumatoid arthritis is therefore expected to be 25 mg once daily. The efficacy of rofecoxib in the treatment of rheumatoid arthritis was not the focus of this study. Patients were not required to meet RA flare criteria, changes in DMARD therapy and other analgesics were allowed without restriction during the study, and because of its size and complexity, this trial was not conducive to the rigorous assessment of efficacy. Definitive efficacy data will instead be obtained in appropriately designed RA Phase III studies.

Recent data have demonstrated improved GI safety of rofecoxib compared to nonselective COX-1/COX-2 inhibitors. In a previous study, the effects on upper GI mucosa of a 7-day course of rofecoxib 250 mg per day (5 to 10 times the dose in this study), were compared to those of ibuprofen 800 mg 3 times daily, aspirin 650 mg 4 times daily, and placebo in healthy subjects. Compared to ibuprofen and aspirin, significantly fewer erosions and/or gastric ulcers developed in the rofecoxib group. Rofecoxib was not significantly different from placebo [1.2.6]. In two 6-month endoscopy studies performed in osteoarthritis patients, the rofecoxib 25 (N=390) and 50 (N=379) mg groups had significantly fewer occurrences of gastroduodenal ulcers and other upper GI lesions compared with ibuprofen 800 mg 3 times daily (N=376)

MRK-AFV0451480

MK-0966 Prot. No. 088/089
VIGOR

-8-

## 1.  INTRODUCTION (CONT.)

and were similar to placebo (N=371) [1.2.7; 1.2.8; 1.2.19].  In addition,
indirect measures of GI mucosal damage employing absorption of $^{51}$Cr- EDTA and
fecal excretion of $^{51}$CR-labeled red blood cells were used to assess subclinical effects
on intestinal permeability and GI blood loss, respectively in healthy volunteers
[1.2.9; 1.2.10; 1.2.27].  The study assessing intestinal permeability indicated that
administration of rofecoxib 25 or 50 mg once daily over 7 days produced markedly
less change in intestinal permeability than indomethacin 50 mg 3 times daily.
Based on its comparability with placebo, rofecoxib did not produce changes in
intestinal permeability [1.2.9; 1.2.27].  Similarly, 25 and 50 mg rofecoxib once daily
resulted in GI blood loss which was comparable to placebo and less than 2400 mg
ibuprofen daily [1.2.10].

The improved GI safety of rofecoxib compared with nonselective NSAIDs was also
demonstrated in a combined analysis of clinical upper GI events (PUBs) from all
Phase IIb/ III studies conducted in patients with osteoarthritis [2.1.9].  The incidence
of clinically significant upper GI events (PUBs) was significantly lower in the
combined rofecoxib treatment group compared with the combined NSAID treatment
group (relative risk 0.45; 95% Confidence Interval (CI):  0.25, 0.81; p=0.006).  The
benefit with rofecoxib, as compared to NSAIDs, was apparent  early, and was
maintained over at least 12 months.

The purpose of this study was to provide conclusive evidence of the improved GI
safety of rofecoxib compared to nonselective NSAIDs in a single large clinical
outcomes study in patients at  risk for developing significant GI toxicity.  Duration
of therapy, rheumatoid arthritis, use of corticosteroids, increasing age, arthritis
severity and previous history of a PUB have been identified as risk factors [1.1.9;
1.1.10; 1.1.15].  This study, which assessed the GI safety of 50 mg rofecoxib (which
is 2 to 4 times the recommended dose for the treatment of osteoarthritis and is
anticipated to be 2 times the dose for the treatment of rheumatoid arthritis) included
patients with each of these risk factors.  Consequently, the results of this study
should be applicable to a broad range of patients requiring chronic treatment with
NSAIDs.

## 2.  ETHICS

### 2.1  Protection of Human Subjects

This study was conducted in conformance with applicable country or local
requirements regarding ethical committee review, informed consent, and other

MRK-AFV0451481

MK-0966 Prot. No. 088/089
VIGOR

-9-

## 2.1 Protection of Human Subjects (Cont.)

statutes or regulations regarding the protection of the rights and welfare of human subjects participating in biomedical research[1]. Institutional Review Board (IRB) approval letters were received and verified before the shipment of study drug; copies are on file with the sponsor. Each patient signed written informed consent before any study procedure was performed [3.2]. A generic consent form is in [3.2]; all original signed consent forms are on file at each study site.

## 2.2 Assurance of Ethical Study Conduct

Audit procedures included visits to individual study sites and quality assurance of the database and this document. The audit information sheet [3.1] contains information about specific audit procedures. See Section 5.6 for information on Data Quality Assurance.

## 3. INVESTIGATORS AND STUDY ADMINISTRATIVE STRUCTURE

One hundred seventy-eight clinical centers in the U.S. participated and 123 centers outside the U.S. participated. See [3.4] for the list of participating investigators and [3.6] for their curricula vitae. Investigators were oriented to study procedures at an Investigator Meeting. Investigator study materials and guides were provided [3.8].

## 4. STUDY HYPOTHESES AND OBJECTIVES

### 4.1 Primary Hypotheses

1. The risk of confirmed PUBs (gastroduodenal perforations, symptomatic ulcers, gastric outlet obstructions, or upper-GI bleeds) during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily [3.2].

2. Rofecoxib administered at a dose of 50 mg daily will be safe and well tolerated.

### 4.2 Secondary Hypothesis

1. The risk of confirmed and unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

---

[1] Refer to 13. List of Appendices. Within a bracket, the first number refers to an Appendix Category, the second number refers to an Appendix within that Category, and the third number (optional) refers to a document within the Appendix, e.g., [1.1.3] = Appendix Category 1, Appendix 1, Document No. 3.

MRK-AFV0451482

MK-0966 Prot. No. 088/089
VIGOR

-10-

### 4.2 Secondary Hypothesis (Cont.)

2. The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared to the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

### 4.3 Primary Objectives

1. To determine the relative risk of confirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared to patients taking naproxen, 1000 mg daily.

2. To study the safety and tolerability of rofecoxib in patients with rheumatoid arthritis.

### 4.4 Secondary Objectives

1. To assess the relative risk of confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared to patients taking naproxen 1000 mg daily.

2. To assess the relative risk of complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared to patients taking naproxen 1000 mg daily.

3. To assess the efficacy of treatment of rheumatoid arthritis with rofecoxib or naproxen as evaluated by the Patient and Investigator Global Assessment of Disease Activity and the discontinuation rates due to lack of efficacy.

### 4.5 Exploratory Objectives

1. To determine relative risk of occurrence of bleeding from any location in the GI tract in patients taking 50 mg rofecoxib daily, compared to patients taking naproxen 1000 mg daily.

2. To assess the efficacy of treatment of rheumatoid arthritis with 50 mg rofecoxib daily compared to patients taking naproxen 1000 mg daily as evaluated by the modified Health Assessment Questionnaire.

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451483

MK-0966 Prot. No. 088/089
VIGOR

-11-

## 5.  INVESTIGATIONAL PLAN

### 5.1  Overall Study Design and Plan

This active-comparator-controlled, parallel-group, stratified, double-blind, multicenter study was conducted under in-house blinding procedures to further evaluate the long-term safety of rofecoxib compared with naproxen. Patients with rheumatoid arthritis who met entry criteria were randomized to rofecoxib 50 mg once a day, or naproxen 500 mg twice a day. The primary endpoint of this study was the occurrence of PUBs and a key secondary endpoint was the occurrence of complicated PUBs (see Section 5.5.1.5 for detailed endpoint definitions). All events identified by the investigators as potential PUBs were adjudicated by a blinded Case Review Committee that had final say on the classification of all such events as described in detail below in Section 5.5.1.4. The study was to terminate after a minimum of 120 PUBs and 40 complicated PUBs had been confirmed by the Case Review Committee and the study had run at least 6 months from the date of the last patient randomized, whichever came last.

### 5.1.1  Overall Structure of Study Committees

The study conduct was overseen by a Steering Committee that was blinded to results while the study was ongoing. Unblinded results were reviewed by a Data and Safety Monitoring Board (DSMB) which included 1 Merck nonvoting member. The DSMB was responsible for the safety and integrity of the trial. The Case Review Committee was responsible for blinded adjudication of all potential upper GI endpoints.

#### 5.1.1.1  Steering Committee

The Steering Committee consisted of non-Merck specialists in the field of epidemiology, rheumatology, gastroenterology, internal medicine, and biostatistics. The Merck Clinical Monitor and blinded Merck Statistician were also members of the Steering Committee. The Steering Committee provided the overall scientific and operational direction for the trial through consideration of recommendations from its working committees. The Steering Committee was responsible for the conduct of the trial according to the highest scientific and ethical standards, as well as approving revisions and amendments to the protocol. In addition, the Steering Committee would have received and decided on any recommendations made by the DSMB regarding early stopping of the study. (No such recommendations were made by the DSMB during the study.) The Steering Committee remained blinded to results during the course of the study. The Steering Committee is required to approve all scientific reports concerning the main findings of the trial. Subcommittees of the Steering Committee included: Executive, Publications, and Advisory. (A list of Steering Committee members can be found in Appendix 3.4).

20-Jun-2000

MRK-AFV0451484

-12-

## 5.1   Overall Study Design and Plan (Cont.)

### Executive Committee

The Executive Committee monitored the study progress and conduct and reported to and advised the Steering Committee. Any action by the Executive Committee that deviated from the basic protocol of the trial needed approval by the Steering Committee. The Executive Committee met monthly and made recommendations to the Steering Committee on study-related issues such as protocol amendments. In addition, the Executive Committee approved the End of Study plan and set the termination date for the study on the behalf of the Steering Committee. The committee scheduled periodic and ad-hoc meetings of the Steering Committee.

Membership of the Executive Committee was composed of the Steering Committee Chairman and Co-Chairman, 2 clinical center principal investigators, and a Merck Research Laboratories (MRL) Clinical Monitor and Statistician (A list of Executive Committee members can be found in Appendix 3.4).

### Advisory Committee

This committee was to have met with the DSMB to discuss any recommendation for the discontinuation of the study or modification of the protocol, and would have reported these recommendations to the Steering Committee. The Advisory Committee therefore avoids having the entire Steering Committee unblinded if the DSMB had needed to present unblinded information to justify their recommendation. During the course of the study, the DSMB did not recommend early termination or modifications to the protocol; therefore this committee did not function during the study.

### 5.1.1.2   Data and Safety Monitoring Board

The Data and Safety Monitoring Board (DSMB) assessed the effects of study treatment during the trial. With the exception of a nonvoting Merck statistician, the members of the committee were independent of MRL and clinical investigators participating in this trial, and did not have any other involvement in the study, nor any relation to study participants. The board monitored the trial for evidence of beneficial or adverse effects of the study treatments using the guidelines proposed by the protocol. The board's role was to recommend any steps to ensure the safety and integrity of the trial. Furthermore, it could recommend that the trial be terminated or that specific high-risk patient groups be withdrawn from the study, if any subgroup manifested serious or widespread side effects. To guarantee the unrestricted performance of its task, the board

MRK-AFV0451485

MK-0966 Prot. No. 088/089
VIGOR

-13-

## 5.1   Overall Study Design and Plan (Cont.)

received the individual study morbidity and mortality data from a designated
MRL statistician.  The DSMB had the ability to unblind the data, if necessary,
to assess clinically significant findings.

Reports of all serious adverse experiences in this study from the MRL
Worldwide Adverse Experience (WAES) database and the clinical database
were presented to the committee.  The interim monitoring guidelines that the
DSMB followed were described in the Data Analysis Plan (DAP) [3.5].

### 5.1.1.3   Case Review Committee

The Endpoint Classification Committee was responsible for blinded
adjudication of all potential upper GI endpoints and was active in the
development of endpoint definitions.  The committee was composed of 3 voting
clinicians with expertise in the diagnosis of endpoints and in the conduct of
clinical trials.  The voting members did not include employees of Merck or
anyone directly involved in any way in the conduct of the study.  Medical
records, endoscopy, and radiographic reports were evaluated by experts on the
Case Review Committee (CRC).  The committee reviewed reports on each
possible event without information on drug allocation that might identify the
participant's study treatment.

## 5.2   Detailed Description of Study Design

Patients with a history of RA who were thought to require treatment with NSAIDs
for at least 1 year were permitted to enter the study.  After a minimum of a 3-day
washout of NSAIDs, patients with RA who met the entry criteria were randomized
to rofecoxib 50 mg once daily or naproxen 500 mg twice a day.  There were no
"flare" criteria for entry into this study.  Allocation was stratified according to
whether the patient had a prior history of a PUB due to the increased risk of
experiencing a significant upper GI event associated with such a history.  At the
screening visit, patients were instructed that they were permitted to take
acetaminophen or other analgesics (except for NSAIDs or aspirin) for rescue
medication.  Choice of rescue therapy was at the discretion of the investigator.
Intra-articular, intramuscular, and oral steroids were permitted during the study.
Topical creams or lotions containing NSAIDs or salicylates were not permitted
during the study.  Disease-Modifying Anti-Rheumatic Drugs (DMARDs) were
allowed during the study.  These could be initiated or the dose may have been
changed at the discretion of the investigator during the course of the study.
(Treatment with cyclosporin was not allowed during the study.)

The duration of the study was expected to be 1 to 1.5 years based on the time
needed to observe at least 120 PUBs and 40 complicated PUBs.

MRK-AFV0451486

MK-0966 Prot. No. 088/089
VIGOR

-14-

## 5.2 Detailed Description of Study Design (Cont.)

Clinic visits occurred at screening, randomization, and Weeks 6, 17, 35, and 52. Thereafter, patients would have been seen approximately every 4 months (Weeks 69, 87, and 104) had the study continued, until the termination of the study. At the termination of the study, patients were called in for an end-of-study visit. Patients were asked to remain off NSAIDs for 14 days after the end-of-study visit. Every effort was made to bring all patients back for this visit.

Efforts were made to keep in contact with the patients between clinic visits. Patients were contacted by phone at Week 10 and then every 4 months thereafter (Weeks 26 and 43). The primary endpoint for this study was the occurrence of confirmed PUBs. The key secondary endpoint was confirmed complicated PUBs. Other clinical endpoints included: confirmed and unconfirmed PUBs, confirmed and unconfirmed complicated PUBs, bleeding from any location in the GI tract; discontinuation due to lack of efficacy, Patient Global Assessment of Disease Activity, Investigator Global Assessment of Disease Activity, and Modified Health Assessment Questionnaire. Safety was monitored by repeat clinical and laboratory assessments throughout treatment and adverse events monitored throughout treatment for 14 days following completion of treatment or last dose of study therapy for discontinued patients.

Patients were encouraged to remain in the study for the full duration of the study. However, if patients were unwilling to continue study medication, they were asked to return for a discontinuation visit within 48 hours.

Patients were asked to remain off NSAIDs for 14 days after the discontinuation visit. In addition, they were contacted by telephone 14 days after the last dose of medication to ascertain whether any adverse events had occurred. Lastly, they were telephoned 45 days after the last dose of study medication and at the conclusion of the study (i.e., when they were to have concluded the study had they continued) to ascertain whether a PUB had occurred. Every effort was made to remain in contact with these patients.

Indiscriminate use of low-dose H$_2$ blockers was to be avoided. Initiation of high-dose H$_2$ blockers (defined as any dose higher than ranitidine 75 mg twice a day [or 150 mg once daily], famotidine 10 mg twice a day [or 20 mg once daily], cimetidine 200 mg twice a day [or 400 mg once daily], nizatidine 75 mg twice a day [or 150 mg once daily]), proton-pump inhibitors, sucralfate, or misoprostol during the study required discontinuation of the patient from the study. In addition, the use of low-dose aspirin was prohibited in the study, since even low-dose aspirin can affect gastric mucosal integrity. Furthermore, patients who required the use of low-dose aspirin as cardioprotective prophylaxis were excluded from study entry.

MRK-AFV0451487

MK-0966 Prot. No. 088/089
VIGOR

-15-

## 5.2   Detailed Description of Study Design (Cont.)

Clinical suspicion of GI bleeding or other possible GI complications were investigated by the appropriate clinical procedures. Any gastric or duodenal ulcers, obstructions, or perforations detected during the workup of GI symptoms or suspected bleeding were classified in accordance with guidelines provided in the Endpoint Classification Document [3.2]. These patients were discontinued from the study. In addition to the standard 14-day follow-up phone call, patients with a possible study endpoint (PUB) were contacted 6 weeks after the occurrence of the event to collect health care resource utilization information (completion of HCCR form).

Events that were determined by the investigator to be possible study endpoints were reported to headquarters, and the investigator was asked to assemble an endpoint package. Endpoint packages were sent to the Case Review Committee for final adjudication.

### 5.2.1   NSAID Washout

After prestudy laboratory tests were verified to be within defined limits by the central laboratory and the investigator, patients that fulfilled all entry criteria and had signed an informed consent were contacted by telephone. NSAID users were instructed to discontinue their current NSAID regimen.

After an initial evaluation, patients were given 3 stool hemoccult cards. Patients were instructed to return to the clinical research center for repeat evaluation and randomization 3 days after discontinuing their NSAIDs. At the randomization visit and prior to randomization, the 3 stool hemoccult cards were collected and developed. If necessary, the randomization visit occurred 3 to 14 days following Visit 1.

### 5.2.2   Diet/Activity/Other

Patients were requested to fast from all food and drink except water and concomitant medications for 8 hours prior to serum chemistry measurements at prestudy (Visit 1) and end-of-study or discontinuation visits. (Patients should have continued to take their concomitant medications, e.g., antihypertensives, etc., during fasts.)

Unusual or unaccustomed strenuous physical exercise or activity was to be avoided within 1 week prior to each clinic visit at which serum chemistries were evaluated.

MRK-AFV0451488

MK-0966 Prot. No. 088/089
VIGOR

-16-

### 5.2  Detailed Description of Study Design (Cont.)

Patients must have maintained adequate compliance with the study medication regimen based upon tablet counts. If a patient missed 3 or more doses between any visit, the site staff were to reinstruct the patient on the dosing regimen.

### 5.3  Selection of the Study Population

#### 5.3.1  Inclusion Criteria

1. Patient was male or female, was at least 50 years of age or was 40 to 49 years of age and was taking chronic oral corticosteroids, had a clinical diagnosis of rheumatoid arthritis, and was judged by the investigator to require chronic NSAID therapy for at least 1 year.

2. Female patients must have demonstrated a serum beta human chorionic gonadotropin (β-hCG) level consistent with a nongravid state at the prestudy visit and must have agreed to remain abstinent, use oral birth control pills or single-barrier contraception (such as: partner using condom or patient using diaphragm, contraceptive sponge, or intrauterine [IUD]) beginning at least 7 days prior to treatment and continuing at least 14 days after the end-of-study visit or a discontinuation visit. Women who were postmenopausal or status posthysterectomy or tubal ligation were exempt from this requirement. (Postmenopausal was defined as no menses for the previous 1 year. If cessation of menses was within 18 months, follicle-stimulating hormone [FSH] must have been documented as elevated into the postmenopausal range prestudy.)

3. Except rheumatoid arthritis, the patient was judged to be in general reasonable health, based on medical history, physical examination, and laboratory screening tests, enabling him or her to complete the trial without anticipated serious comorbid event.

4. Patient was able to understand and complete the study questionnaires.

5. Patient understood the study procedures and agreed to participate in the study by giving written informed consent.

#### 5.3.2  Exclusion Criteria

1. Patient had a history of the following:

   Other inflammatory arthritis (e.g., systemic lupus, spondyloarthropathy, polymyalgia rheumatica). Note: Patients with a history of gout were allowed to

MRK-AFV0451489

MK-0966 Prot. No. 088/089
VIGOR

-17-

5.3   Selection of the Study Population (Cont.)

enroll into the study; however, additional NSAID therapy was not allowed for
treatment of exacerbations during the course of the study.   Patients with
rheumatoid arthritis and secondary Sjögrens disease or fibromyalgia were
permitted to enter the study.

2.   The patient was, in the opinion of the investigator, mentally or legally
incapacitated such that informed consent could not be obtained or the patient
could not read or comprehend written material.

3.   The patient had a history of any illness or had significant abnormalities on
prestudy clinical or laboratory evaluation that, in the opinion of the
investigator, contraindicated a 1- to 2-year course of therapy with a NSAID
such as naproxen.

Note:  Patients with low hemoglobin values [3.2; 3.8] must have had a history
of chronic anemia or at least 2 stable baseline values which were repeated at
least 1 week apart.  An algorithm for assessing out-of-range laboratory values
was provided [3.2; 3.8].

4.   The patient had a documented history of ulcer or upper GI bleeding within
the recent past which was thought by the investigator to mandate that NSAID
therapy be given with concurrent proton-pump inhibitors, misoprostol or other
medications not allowed per study protocol.

5.   Patient had a history of gastric, biliary, or small intestinal surgery that caused
malabsorption.

6.   The patient had evidence of impaired renal function, defined as estimated
creatinine clearance ≤30 mL/min.    (Creatinine clearance estimated as
follows—Men:   [140-age] x weight [kg]/[serum creatinine [mg/dL] x 72];
Women: [0.85] [140-age] weight [kg]/[serum creatinine [mg/dL] x 72).

7.   The patient had angina or congestive heart failure with symptoms that
occurred at rest or with minimal activity. (Note: patients with a history of
myocardial infarction or coronary arterial bypass grafting more than 1 year
prior to study start may have participated if they did not require any
concomitant medication excluded in this protocol.  However, if a patient
developed unstable angina or a myocardial infarction during the study they
must have discontinued from the study.)

8.   The patient had uncontrolled hypertension (diastolic blood pressure
>95 mm Hg, or systolic blood pressure >165 mm Hg).

/MK-0966/CSR/RC2676.DOC  APPROVED                              20-Jun-2000

MRK-AFV0451490

MK-0966 Prot. No. 088/089
VIGOR

-18-

## 5.3   Selection of the Study Population (Cont.)

9. The patient had a history of stroke or transient ischemic attack (TIA) within the previous 2 years.  (Note:  If a patient had a TIA or stroke during the study they must have been discontinued from the study.)

10. The patient had active hepatitis/hepatic disease.

11. Patient had a history of neoplastic disease (exceptions:  (a) patients with adequately treated basal cell carcinoma or carcinoma in situ of the cervix, and (b) patients with other malignancies that had been successfully treated ≥5 years prior to screening, where in the judgment of both the investigator and treating physician, appropriate follow-up had revealed no evidence of recurrence from the time of treatment through the time of screening).  Patients with a history of leukemia, lymphoma, or myeloproliferative disease were ineligible for the study regardless of the time since treatment.

12. Patient was currently a user (including "recreational use") of any illicit drugs, or had a history of drug or alcohol abuse within the past 5 years.

13. Patient was allergic to or had hypersensitivity (e.g., bronchoconstriction in association with nasal polyps) to aspirin, naproxen, and other NSAIDs.  (Note: Patients with a history of a potential idiosyncratic allergic reaction [e.g., rash] to a single NSAID in the past but who tolerated at least 2 other NSAIDs without hypersensitivity reactions may have participated).

14. Patient had morbid obesity and demonstrated significant health problems stemming from their obesity.

15. Patient had a positive result for the fecal occult blood screening test at baseline.

16. Patient had a history of esophageal or gastric surgery.  (Patients with a history of simple closure of a perforation greater than 3 months prior to the beginning of the study were allowed to be enrolled.  In addition, patients with a history of a simple hiatal hernia repair may have been enrolled.)

17. Patient had a history of inflammatory bowel disease.

18. Patient had a history of a bleeding diathesis.

MRK-AFV0451491

MK-0966 Prot. No. 088/089
VIGOR

-19-

## 5.3   Selection of the Study Population (Cont.)

19. The patient was excluded from participation in the study if the following medications had been used:

   * Misoprostol or sucralfate within the past 1 month.

   * Recent sustained use (any period longer than 4 consecutive days during the month prior to study start) of $H_2$ blockers (e.g., cimetidine, ranitidine, famotidine, nizatidine), or a proton-pump inhibitor (e.g., omeprazole, lansoprazole) at prescription doses, or doses indicated for treatment of active gastroduodenal ulcers. (Note: Use of antacids or over-the-counter doses of ranitidine (75 mg twice a day or 150 mg once daily), famotidine [10 mg twice a day or 20 mg once daily], cimetidine [200 mg twice a day or 400 mg once daily], and nizatidine [75 mg twice a day or 150 mg once daily] prior to randomization were not grounds for exclusion.)

   * Ongoing cyclosporin A treatment.

20. Patients taking aspirin, even low-dose (325 mg or less, daily or every other day) or other antiplatelet agents (e.g., ticlopidine) may not have enrolled in the study. Patients were not to stop taking low-dose aspirin or ticlopidine in order to participate. Exceptions: Patients taking aspirin solely as treatment of their rheumatoid arthritis may have participated in this study after discontinuation of their aspirin during the washout period. Patients were also excluded if use of antiplatelet agents (other than NSAIDs) within the following year was anticipated.

21. Patients were excluded from the study if the following concomitant medications were required: warfarin, or heparin (or low molecular weight heparin). Patients taking digoxin or lithium were not excluded from the study; however, baseline serum drug levels should have been drawn at Visit 1 and should have been monitored in the first few weeks of the study since naproxen and other NSAIDs can increase blood levels of these medications.

22. Other chronic medications had not been used at a stable dosage for at least 2 weeks.

23. Patient had donated a unit of blood or plasma or participated in another clinical study with an investigational agent within the last 4 weeks. The patient could not have participated in any other clinical study with an investigational agent during the course of this study.

MRK-AFV0451492

MK-0966 Prot. No. 088/089
VIGOR

-20-

## 5.3 Selection of the Study Population (Cont.)

24. Patient had previously been enrolled in a rofecoxib clinical study. Note: Patients previously enrolled in a rofecoxib study and allocated to placebo may have participated in this study. Identification of treatment allocation in prior rofecoxib studies must have been verified by the Merck Monitor.

## 5.4. Treatments

### 5.4.1 Treatments Administered

Investigational clinical supplies were received, distributed, and handled in accordance with the protocol and Good Pharmacy Practices [3.2]. At the end of the study, all unused clinical supplies were returned as indicated in the protocol [3.2].

Patients took daily either 50 mg of rofecoxib or 1000 mg of naproxen (500 mg 2 times per day), in a blinded, double-dummy fashion (Table 1). The study medication was dispensed in bottles. Each medication bottle was filled with 135 tablets. The bottles were packaged in kits. Each kit contained a 4-month supply of medication, 1 bottle labeled "Bottle A" and 2 bottles labeled "Bottle B." Each patient received 1 medication kit at each clinic visit except Visits 1 and 3 (Table 2).

Patients were instructed to take 1 tablet from Bottle A in the morning with liquid and 1 tablet from Bottle B in the morning and evening with liquid. The patients were instructed to open only 1 of the bottles labeled "Bottle B" initially and to dose from the second Bottle B after the first was empty. The initial dose of study medication was witnessed by the study coordinator. Patients were reminded to take their study medication the morning of each visit.

Table 1

Contents by Treatment Group

| Treatment Group | Bottle A | Bottle B |
|---|---|---|
| Rofecoxib 50 mg | Rofecoxib 50 mg | Naproxen placebo |
| Naproxen 1000 mg | Rofecoxib placebo | Naproxen 500 mg |

Data Source: [Not applicable]

MRK-AFV0451493

MK-0966 Prot. No. 088/089
VIGOR

-21-

## 5.4. Treatments (Cont.)

Table 2

Number of Bottles Dispensed

| Visit Number | Bottle A | Bottle B |
|---|---|---|
| 1 | -- | -- |
| 2 | 1 | 2 |
| 3† | -- | -- |
| 4 | 1 | 2 |
| 5 | 1 | 2 |
| 6 | 1 | 2 |

† Due to the 135-tablet fill per bottle, new medication bottles were not dispensed at Visit 3; Visit 2 bottles were redispensed at this visit.

Data Source: [Not applicable]

### 5.4.2 Identity of Investigational Product

Clinical supplies for ANs 0001 to 4250 were provided to the U.S. sites (Table 3). Clinical supplies for ANs 5001 to 9999 and ANs 10,001 to 12,000 were provided to the ex-U.S. sites (Table 3).

Table 3

Clinical Supplies

| Study Medication | Control No. | Formulation No. |
|---|---|---|
| Rofecoxib 50 mg | CA-A505 | MR-3696, MR-3756 |
| | CA-A505B | MR-3755, MR-3784 |
| | CA-A505C | MR-3830, MR-3831 |
| | CA-A505D | MR-3801 |
| | CA-A505k | MR-3696 |
| | CA-A537 | MR-3695 |
| | CA-A537B | MR-3785 |
| | CA-A537Bk | MR-3785 |
| | CA-A537k | MR-3695 |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jan-2000

MRK-AFV0451494



LEXISNEXIS® FILE & SERVE
29818243
E-SERVICE
Mar 1 2010
9:49PM

# Exhibit 8
# Part 2

Case 2:05-md-01657-EEF-DEK   Document 35779-22   Filed 03/16/10   Page 43 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-22   Filed 03/01/10   Page 2 of 42

41

MK-0966 Prot. No. 088/089
VIGOR

-22-

5.4.   <u>Treatments</u> (Cont.)

Table 3 (Cont.)

Clinical Supplies

| Study Medication | Control No. | Formulation No. |
|---|---|---|
| Placebo X[†] | CA-A505 | MR-3757, MR-3758 |
| | CA-A505B | MR-3759, MR-3760 |
| | CA-A505C | MR-3760, MR-3761, MR-3762 |
| | CA-A505D | MR-3763 |
| | CA-A505k | MR-3758 |
| | CA-A537 | MR-3759 |
| | CA-A537B | MR-3762 |
| | CA-A537Bk | MR-3762 |
| | CA-A537k | MR-3759 |
| | | |
| Naproxen 1000 mg [‡, §] | CA-A505 | MR-3743, MR-3744, MR-3745 |
| | CA-A505B | MR-3828, MR-3829, MR-3834 |
| | CA-A505C | MR-3837, MR-3838, MR-3952 |
| | CA-A505D | MR-3976 |
| | CA-A505k | MR-3744 |
| | CA-A537 | MR-3828 |
| | CA-A537B | MR-3838 |
| | CA-A537Bk | MR-3838 |
| | CA-A537k | MR-3828 |
| | | |
| Placebo Y[‖] | CA-A505 | MR-3767, MR-3800 |
| | CA-A505B | MR-3799, MR-3811 |
| | CA-A505C | MR-3893, MR-3894 |
| | CA-A505D | MR-3982 |
| | CA-A505k | MR-3767 |
| | CA-A537 | MR-3811 |
| | CA-A537B | MR-3894 |
| | CA-A537Bk | MR-3894 |
| | CA-A537k | MR-3811 |

[†]  Placebo X was in the image of the 50-mg rofecoxib tablet.
[‡]  The 1000-mg dose consisted of two 500-mg tablets.
[§]  Naproxen manufactured by NOVOPHARM (Ontario, Canada)
[‖]  Placebo Y was in the image of the naproxen 500-mg tablet.
Data Source:  [Not applicable]

MRK-AFV0451495

Case 2:05-md-01657-EEF-DEK   Document 35769-22   Filed 03/16/10   Page 44 of 124

MK-0966 Prot. No. 088/089
VIGOR

-23-

### 5.4.   Treatments (Cont.)

#### 5.4.3   Method of Assigning Patients to Treatment Groups

Patient allocation was stratified according to whether the patient had prior history of a PUB. Within each allocation range, those patients who had a history of a PUB were entered into Stratum 1 and those who did not into Stratum 2.

Within each allocation schedule, patients in Stratum 1 were assigned allocation numbers (ANs) sequentially starting with the highest number at each site and proceeding sequentially to the lower numbers. Patients in Stratum 2 were assigned ANs sequentially starting with the lowest number at each site and proceeding sequentially to higher numbers.

#### 5.4.4   Selection of Doses in the Study

The selection of dose for this study was based both upon the compilation of Phase III safety data in osteoarthritis [1.2.3; 1.2.7; 1.2.8; 1.2.11; 1.2.14 to 1.2.17 to 1.2.20; 1.2.28; 2.1.2] and RA pilot efficacy and dose-ranging studies [1.2.1; 2.1.1]. The Phase IIb RA dose-ranging study demonstrated that 25 and 50 mg were equally efficacious in the treatment of RA. Both doses were superior to placebo and were safe and well tolerated. In Part II of Protocol 068, both 25 and 50 mg demonstrated efficacy similar to naproxen 500 mg twice daily [2.2.1; 2.2.2]. The choice of rofecoxib 50 mg ensured that the safety of the drug was studied at a dose that is anticipated to be 2 times the maximum dose for the treatment of both osteoarthritis and rheumatoid arthritis. Comparing this dose of rofecoxib to the most commonly used dose of a standard nonselective NSAID would provide the most rigorous testing of the GI safety of rofecoxib.

Naproxen is a widely prescribed NSAID that is a dual COX-1/COX-2 inhibitor approved for the treatment of rheumatoid arthritis. In most countries worldwide, the recommended dose for the treatment of rheumatoid arthritis is 500 to 1000 mg per day. However, in some countries, the dose may be increased to a maximum of 1500 mg per day when a higher level of anti-inflammatory/analgesic activity is required. The dose chosen for naproxen in this study (500 mg 2 times a day) is the most commonly used dose for the treatment of rheumatoid arthritis and was anticipated to provide similar efficacy to rofecoxib 50 mg. Therefore, the safety profile was actually biased against rofecoxib; the dose of 50 mg is anticipated to be 2 times greater than the dose indicated for RA whereas the dose of naproxen used in this study was within the recommended dose range for the drug.

MRK-AFV0451496

MK-0966 Prot. No. 088/089
VIGOR

-24-

### 5.4.  Treatments (Cont.)

#### 5.4.5  Blinding

Standard 1-panel labels were affixed to each container.  Each label contained the patient allocation number, package identification number, bottle letter, dosing instructions, and a space to indicate the visit number and patient initials.  The disclosure information was provided in separate, sealed envelopes.  The envelopes were sent to the investigational site and were not opened unless there was an emergency.

Waivers for reporting endpoints (i.e., PUBs) which met the 15-day reporting criteria (serious, unexpected, and related to use of the drug) were granted by the appropriate agencies for all sites participating in the study, such that these endpoints were reported to a regulatory agency blinded until the end of the study.

All Merck personnel involved in processing the endpoint documentation, database clean up, and all members of the CRC, remained blinded to study treatment until the time that all endpoint adjudications had been completed and frozen file was declared.  Merck personnel who became unblinded prior to frozen file were removed from all activities related to endpoint processing, data review, serious adverse experience (SAE) review and a priori data analytic planning.

#### 5.4.6  Treatment Compliance

Patients must have maintained adequate compliance with the study medication regimen based upon tablet counts.  Patient compliance was assessed by patient interviews and pill counts.  If a patient missed 3 or more doses between any visit, the site staff was to have re-instructed the patient on the dosing regimen.

Patients who missed more than 20% of scheduled doses were considered noncompliant.  Noncompliant patients were not to have automatically discontinued from the study.  However, their compliance was to be monitored and recorded.   Their compliance with the study regimen should have been encouraged.  They should have been further instructed in the proper use of the study medication.   Study drug may have been interrupted when considered absolutely necessary by the investigator or the clinical monitor.

MRK-AFV0451497

MK-0966 Prot. No. 088/089
VIGOR

-25-

## 5.5   Efficacy and Safety Variables

### 5.5.1   Efficacy and Safety Measurements Assessed

#### 5.5.1.1   Flow Chart

Table 4, Table 5, and Figure 1 provide an overview of study procedures, study design, and the timing of clinical observations and laboratory values for the study.

MRK-AFV0451498

MK-0966 Prot. No. 088/089
VIGOR

-26-

5.5.  Efficacy and Safety Variables (Cont.)

Table 4

Study Flow Chart

| | | | Scheduled Office/Clinic Visits | | | | | | | End of | Discon- |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Treatment Week | | | | | Study | tinuation |
| Visit ID: | Screening | Random-ization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69[1] (Month 16) | 87[1] (Month 20) | 104[1] (Month 24) | Visit | Visit |
| Visit Number: | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Review entry criteria and study procedures | X | X | | | | | | | | | |
| Obtain informed consent[10] | X | | | | | | | | | | |
| Document medical history | X | | | | | | | | | | |
| Stool hemoccult | X | | | | | | | | | | |
| Review concomitant medications | X | X | X | X | X | X | X | X | X | X | X |
| Discontinue previously recommended anti-inflammatory drugs (NSAIDs) | X[5] | | | | | | | | | | |
| Vital signs and weight[6] | X | X | X | X | X | X | X | X | X | X | X |
| Complete physical examination | X | X | X | X | X | X | X | X | X | X | X |
| Document interim history/monitor for study endpoint/adverse experiences | | X | X | X | X | X | X | X | X | X | X |
| Develop stool hemoccult cards | | X | | | | | | | | | |
| Retrieve used study medication | | | | X | X | X | X | X | X | X | X |
| Complete blood count (CBC), serum chemistry | X[4,5] | | X | X | X | X | X | X | X | X | X[5] |
| Hemoglobin, hematocrit | | | | | | X | | | | X[6] | X[5] |
| Serum for β-human chorionic gonadotropin (β-hCG)[7] | X | | | X | X | | X | X | | X | X |
| Urine for β-hCG[7] | | | X | X | X | X | X | X | X | X | X |
| Urinalysis | X | | X | | | | | | | X | X |

/MK-0966/CSR/RC2674.DOC  APPROVED—20-Jun-2000

MRK-AFV0451499

MK-0966 Prot. No. 088/089
VIGOR

-27-

## 5.5 Efficacy and Safety Variables (Cont.)

Table 4 (Cont.)

Study Flow Chart

| | | | Scheduled Office/Clinic Visits | | | | | | | End of Study Visit | Discontinuation Visit |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Treatment Week | | | | | | |
| Visit ID: | Prestudy | Random-ization | 6 | 17 (Month 4) | 35 (Month 8) | 52 (Month 12) | 69 (Month 16) | 87 (Month 20) | 104 (Month 24) | End | D |
| Visit Number: | 1.0 | 2.0 | 3.0 | 4.0 | 5.0 | 6.0 | 7.0 | 8.0 | 9.0 | End | D |
| Serum for archive; plasma for archive | | X | | X | | X | | X | | X | X |
| Electrocardiogram (EKG) | X | | | | | | | | | | |
| Dispense study medication | | X | | X | X | X | X | X | X | | |
| Count study medication tablets | | | | X | X | X | X | X | X | X | X |
| Modified Health Assessment Questionnaire | | X | X | X | X | X | X | X | X | X | X |
| Patient global assessment of disease activity | X | X | X | X | | X | | X | X | X | X |
| Investigator global assessment of disease activity | | X | X | X | | X | | X | X | X | X |
| Distribute investigational study identification card and appointment reminder cards | X | X | X | X | X | X | X | X | X | | |

[a] If study still ongoing.
[b] Patients who were on NSAIDs were to be called after laboratory tests had been evaluated and were told to stop NSAIDs and to return for Visit 2 after a 3-day washout period.
[c] Serum chemistry obtained following 8-hour fast.
[d] For postmenopausal women only.
[e] Baseline levels of digoxin and lithium should have been drawn for patients taking these medications.
[f] Obtained vital signs post 10 minutes of rest.
[g] Permission should have been obtained to collect medical records and copies of endoscopy or radiographic reports should an endpoint occur.

MK-0966/CSR/RC2676.DOC APPROVED—20-Jan-2000

46

MRK-AFV0451500

MK-0966 Prot. No. 088/089
VIGOR

### 5.5   Efficacy and Safety Variables (Cont.)

Table 5

Phone Visits

| Visit ID:<br>Visit Number: | Pre-<br>screening<br>G | Treatment Week | | | | | | End of<br>Study for Enrolled<br>and Discontinued<br>Patients | 14 Days Post<br>Last Dose of<br>Study Therapy | 45 Days<br>Post Discon-<br>tinuation |
| | | Week 10<br>Month 2.5<br>P4 | Week 26<br>Month 6<br>P5 | Week 45<br>Month 10<br>P6 | Week 60[1]<br>Month 14<br>P7 | Week 78<br>Month 18<br>P8 | Week 95[1]<br>Month 22<br>P9 | | | |
| Prescreen patients to determine if they meet entry criteria that can be assessed by phone | x | | | | | | | | | |
| Schedule Screening Visit 1 | x | | | | | | | | | |
| Encourage patient compliance and participation in study | | x | x | x | x | x | x | | | |
| Review concomitant medication restrictions | | x | x | x | x | x | x | | | |
| Monitor for baseline study endpoints | | x[2] | x[2] | x[2] | x[2] | x[2] | x[2] | | | |
| Monitor for adverse events, baseline gastrointestinal (GI) endpoints | | | | | | | | | x[4] | |
| Monitor for GI endpoints | | | | | | | | x[4,5] | | x[5] |

[1] If study still ongoing.
[2] Suspicion of a possible endpoint prompted an unscheduled visit and/or retrieval of additional information.
[3] Schedule end-of-study visit for those patients currently enrolled in study and on study drug.  Priority given to patients who reported a possible PUB.  Eight-hour fast required.
[4] If a discontinued patient reported a possible PUB, then all documenting information was obtained.
[5] Did not need to be performed for patients who completed the study.  However, should the investigator have become aware of a serious adverse experience (SAE) or endpoint which occurred within 14 days post last dose of study therapy, these should have been reported.

Data Source: [3.2]

/MK-0966/CSR/RC2676.DOC   APPROVED—20-Jan-2000

MRK-AFV0451501

MK-0966 Prot. No. 088/089
VIGOR

5.5   **Efficacy and Safety Variables (Cont.)**

Figure 1

Study Design





Data Source: [3.2]

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

MRK-AFV0451502

MK-0966 Prot. No. 088/089
VIGOR

-30-

## 5.5 Efficacy and Safety Variables (Cont.)

### 5.5.1.2 Documentation of Potential Endpoints

All potential endpoints occurring in the study were identified, documented and submitted for adjudication. The investigators were instructed as to the endpoint definitions and criteria for confirmation. At each investigator meeting, and in periodic newsletters, the potential signs and symptoms of upper GI endpoints and standard work-ups for these signs and symptoms were reviewed. However, it was the ultimate responsibility of the investigator to determine if a case qualified as a potential endpoint based on the specific clinical presentation. A properly completed significant GI Event Form (GICL), and a concise but complete clinical narrative of the case, both signed by the investigator, were required for a potential endpoint to be submitted for adjudication. The GICL worksheet was designed for purposes of investigator documentation of a potential endpoint. Instructions for the completion of the GICL were given to all investigators. Patients were asked to sign medical releases so that medical records could be obtained for any endpoint reported.

As part of the field procedures manual, all investigators were given instructions as to how to collect source documentation for and report potential endpoints, and store records related to them. Confidentiality of patient identifying information was maintained.

In addition, to the instructions given to the investigators, extensive efforts were made to ensure that endpoints did not inadvertently go unreported. Field monitoring and in-house data review personnel were instructed to review worksheets and the database for terms which may have been indicative of an endpoint or gastrointestinal work-up (e.g., gastric ulcer, GI bleeding, positive stool hemocults, endoscopies). Specific queries of the database were designed to look for these terms. When such terms were found, the investigator was requested to assess the event and determine if a GI endpoint had occurred. At all times, the decision to report an upper GI endpoint was made by the investigator.

All patients who discontinued early from the GI Outcomes study who did not have a GI endpoint reported were followed via telephone for the occurrence of an endpoint. To elicit this information, patients were asked about recent hospitalizations, GI work-ups and physician visits for GI-related events. These telephone contacts occurred at 14 and 45 days postdiscontinuation, and at study completion. The informed consent in the primary protocol covered the data proposed for patient follow-up. The Discontinued Patient Follow-up (DPF) Form was used to collect safety data regarding endpoints occurring after the usual 14-day postdiscontinuation follow-up. Important ancillary data, including concomitant medications, excessive alcohol use, and other relevant data were collected on the DPF as well.

/MK-0966/CSR/RC2676.DOC APPROVED                                    20-Jun-2000

MRK-AFV0451503

50

MK-0966 Prot. No. 088/089
VIGOR

-31-

## 5.5 Efficacy and Safety Variables (Cont.)

### 5.5.1.3 Definition of Endpoint Event Date

The event date was the date of the first (inpatient or outpatient) diagnostic procedure (radiological test, endoscopy, surgery, or autopsy) used for purposes of judging whether the potential event met confirmatory criteria. In situations where hospitalization records did not indicate the date of the procedure, the hospital admission date was recorded as the event date. If no diagnostic procedure was performed (e.g., a GI bleed was suspected based on an observation of documented melena [distinguished from other cause of dark stool] or laboratory evidence of GI bleeding) then the date of the observation or specimen draw was used.

### 5.5.1.4 The Case Review Committee and Adjudication Procedures

The Case Review Committee (CRC) consisted of three voting clinicians (2 gastroenterologists and 1 general internist) with expertise in the diagnosis of endpoints and in the conduct of clinical trials. The CVs of CRC members can be found in [3.6]. All members of the CRC had previous experience as a member of the CRC for previous rofecoxib studies. The chairperson (a general internist) had previous experience as a member of the CRC for a similar large study done in patients with rheumatoid arthritis. The voting members did not include employees of Merck. No member of the CRC was an investigator for this study, or was directly involved in any way in the conduct of the study. The CRC was assisted by Merck personnel, blinded to treatment allocation, in administrative matters.

The CRC reviewed all potential endpoints and had full responsibility for final adjudication of all potential endpoints while still blinded to treatment allocation. Endpoint packages were sent to each member of the CRC for a preliminary review. After the CRC members completed their preliminary reviews, the full CRC convened (approximately every 2 to 4 weeks) to review the endpoint packages and vote on whether an endpoint was confirmed or unconfirmed according to prespecified criteria. If there was any disagreement, the majority ruling was held. All adjudications by the CRC were final. Final adjudication for a given case occurred prior to any analysis (interim or final) that included the endpoint, while the members were still blinded to treatment allocation. (A Standard Operating Procedure (SOP) detailing these activities can be found in [3.8].) An overview of the PUB monitoring and adjudication process can be found in Figure 2.

MRK-AFV0451504

Case 2:05-md-01657-EEF-DEK   Document 37279-5   Filed 03/16/10   Page 53 of 124
Case 2:05-md-01657-EEF-DEK   Document 33764-22   Filed 03/01/10   Page 52 of 42

51

MK-0966 Prot. No. 088/089
VIGOR

-32-

5.5  **Efficacy and Safety Variables** (Cont.)

Figure 2

Flow of Requests for Data/Documentation
and Review of PUB Endpoint Packages



## Overview of PUB Monitoring and Adjudication Process

If new information regarding an endpoint became available after the case had already been adjudicated by the CRC, the new information was sent to the CRC and they were asked to readjudicate the case if it met any of the following criteria:

I.  That which affected the "event date". For example a previously unreported laboratory test or procedure, or a change in the date of a laboratory test or procedure.

/MK-0966/CSR/RC2676.DOC  APPROVED                              20-Jun-2000

MRK-AFV0451505

MK-0966 Prot. No. 088/089
VIGOR

-33-

## 5.5   Efficacy and Safety Variables (Cont.)

2. That which potentially affected the type of event. For example, a previously reported gastric ulcer was found to be a gastric ulcer associated with a GI bleed.

3. That which was pertinent to the criteria used to adjudicate an event as confirmed or complicated. For example, revised or new information concerning:

   - Results of diagnostic procedures or laboratory tests

   - Patient history, symptoms, or signs relevant to potential GI bleeding

   - Treatment of the patient with blood transfusion.

The same rules as stated above were applied and the readjudicated case was considered final.

### 5.5.1.5   Adjudication Criteria for Upper-GI Perforations, Ulcers, Obstructions, and Bleeds

Specific endpoint adjudication criteria were established and prespecified to allow the CRC to confirm the diagnosis reported by the investigator and determine whether the endpoint was clinically complicated (Table 6) . The CRC adjudicated each endpoint with respect to the confirmatory criteria first, followed by adjudication with respect to the clinically complicated criteria. Potential endpoints judged to meet the prespecified criteria by a majority of the CRC (2 of 3) were adjudicated as "confirmed." Similarly, an endpoint judged to meet the clinically complicated criteria by a majority of the CRC was adjudicated as "complicated." Thus, there were 4 classes of endpoints (confirmed and complicated, confirmed and uncomplicated, unconfirmed and complicated, and unconfirmed and uncomplicated). The CRC adjudicated an event as being "not an upper-GI event", if by majority opinion, the potential endpoint did not involve the upper-GI tract as defined (e.g., a case reported as an upper GI bleed by the investigator was determined by the committee to be a lower GI bleed based on the case documentation). In addition, the CRC may have reclassified a potential endpoint if there was sufficient evidence to do so (e.g., a pyloric channel ulcer reported as a "gastric ulcer" may have been reclassified as a "duodenal ulcer" based on the endoscopy report). All adjudications by the committee were final.

MRK-AFV0451506

MK-0966 Prot. No. 088/089
VIGOR

-34-

## 5.5    Efficacy and Safety Variables (Cont.)

Endpoint definitions were all prespecified and developed in collaboration with regulatory agencies, the Steering Committee and Case Review Committee after a review of definitions used in similar studies and the experience of the CRC adjudicators in previous studies [1:1.11; 1.2.4].

MRK-AFV0451507

MK-0966 Prot. No. 088/089
VIGOR

5.5   Efficacy and Safety Variables (Cont.)

Table 6

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Gastric or Duodenal Perforation due to Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Report of gastric or duodenal perforation (excluding perforation caused by a malignant ulcer) confirmed by 1 or more of the following:<br><br>1.  Endoscopy<br>2.  Surgery<br>3.  Unequivocal radiographic results consistent with free intraperitoneal air or extravasation of contrast media<br>4.  Autopsy | All gastric or duodenal perforations are classified as complicated. |

AMK-0966/CSR/RC2676.DOC  APPROVED—20-Jun-2000

MRK-AFV0451508

Case 2:05-md-01657-EEF-DEK   Document 33784-22   Filed 03/01/10   Page 57 of 124

MK-0966 Prot. No. 088/089
VIGOR

5.5  **Efficacy and Safety Variables** (Cont.)

Table 6 (Cont.)

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Obstruction due to Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Postprandial nausea and vomiting lasting for at least 24 hours AND evidence of narrowing of the distal stomach, pylorus, or duodenum due to a nonmalignant ulcer documented by:<br><br>1.  Endoscopy<br>2.  Surgery<br>3.  Radiography<br>4.  Autopsy | All obstructions are classified as complicated |
| Development of Active Gastric Ulcer (GU) or Duodenal Ulcer (DU) | Report of GU or DU confirmed by one or more of the following:<br><br>1.  Endoscopy<br>2.  Surgery<br>3.  Unequivocal radiological evidence of active GU or DU on upper-GI series with contrast<br>4.  Autopsy | GU or DU associated with a confirmed upper-GI hemorrhage as defined under Development of Upper-GI Hemorrhage, criteria 1, 2, or 3. |

/MK-0966CSR/RC2676.DOC  APPROVED—20-Jun-2000

MRK-AFV0451509

MK-0966 Prot. No. 088/089
VIGOR

-37-

5.5 Efficacy and Safety Variables (Cont.)

Table 6 (Cont.)

Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|---|---|---|
| Development of Upper-GI (esophageal, gastric, or duodenal) Hemorrhage | Report of upper-GI hemorrhage fulfilling one or more of the following:<br>1. Healthcare provider witnessed frank hematemesis (distinguished from blood tinged or streaked emesis), including coffee-grounds vomitus, OR healthcare provider-witnessed frank blood or coffee grounds by gastric aspiration or lavage (distinguished from scant coffee-grounds that clear rapidly)<br>2. Healthcare provider witnessed frank melena (distinguished from other dark stool, e.g., that due to bismuth salts).<br>3. Active upper-GI bleeding documented by endoscopy, angiography, or surgery.<br>4. Heme-positive stool associated with a documented upper-GI lesion judged by the healthcare provider to be the source of the bleeding AND associated with either of the following:<br>a) Significant bleeding/volume loss<br>b) Stigmata of recent bleeding (visible vessel, pigmented spot or clot on ulcer base) on endoscopy | 1. Upper-GI hemorrhage associated with significant bleeding/volume loss (1). |

/MK-0966/CSR/RC2676.DOC  APPROVED—20-Jun-2000

MRK-AFV0451510

MK-0966 Prot. No. 088/089
VIGOR

-58-

## 5.5 Efficacy and Safety Variables (Cont.)

### Table 6 (Cont.)

### Endpoint Adjudication Criteria

| Event | Criteria for Confirmed Event | Criteria for Confirmed Complicated Events |
|-------|------------------------------|-------------------------------------------|
|       | 5. Patient reported hematemesis or melena associated with a documented upper-GI lesion judged by the healthcare provider to be the source of the bleeding AND associated with 1 or more of the following: <br> a) Significant bleeding/volume loss <br> b) Stigmata of recent bleeding (visible vessel, pigmented spot or clot on ulcer base) on endoscopy | 1. Upper-GI hemorrhage associated with significant bleeding/volume loss (1). |

(1) Criteria for significant bleeding/volume loss: One or more of the following (a, b, c, or d) is temporally related to the event:
  a.  Decrease in hemoglobin ≥2 gm/dL (or ≥6% drop in hematocrit if hemoglobin not available).
  b.  Evidence of orthostatic (sitting to standing, or lying to sitting) changes; one or more of: (i) pulse rate increase of >20 beats per minute (BPM), (ii) decrease in systolic blood pressure (SBP) >20 mm Hg, (iii) decrease in diastolic blood pressure (DBP) >10 mm Hg.
  c.  Other evidence of significantly reduced circulatory volume (e.g., significant hypotension corrected by volume replacement).
  d.  Transfusion of blood or packed red blood cells.

Data Source: [3.2]

MRK-AFV0451511

MK-0966 Prot. No. 088/089
VIGOR

-39-

5.5 **Efficacy and Safety Variables** (Cont.)

5.5.1.6 **Criteria for Exploratory "All GI Bleed" Analysis**

One of the following predefined criteria needed to be met to be included in the analysis of clinically significant bleeds from any location in the GI tract:

a.  Upper GI bleeds adjudicated by the CRC as confirmed or unconfirmed.

b.  Adverse experiences suggestive of a lower GI bleed or GI bleed of unspecified location were identified from the adverse experience and serious adverse experience (SAE) forms. The adverse experience terms to be included were identified prior to unblinding. See [3.5] for a listing of included terms. To be included in this analysis, those adverse experiences must have met 1 of the following criteria:

  • Reported as a SAE;

  • Resulted in discontinuation of the patient from the study;

  • Associated with a 2-gm drop in hemoglobin from baseline within 14 days before the start date of the event and/or 30 days after.

c.  Upper GI bleeds adjudicated by the CRC as "not an upper GI event" were included in this analysis if it met 1 of the following criteria:

  • Reported as a SAE.

  • Associated with a 2-gm drop in hemoglobin from baseline within 14 days before the start date of the event and/or 30 days after.

5.5.1.7 **Efficacy Measures Assessed**

**Patient Global Assessment of Disease Activity (Likert)**

A patient global assessment of disease activity on a Likert scale was recorded at Visits 1, 2, 3, 4, 6, end-of-study, and at the discontinuation visit (if patient discontinued).

"Considering all the ways your arthritis affects you, mark an (X) in 1 box below for how well you are doing."

Patients rated themselves as doing: Very well, Well, Fair, Poor, or Very poor.

MRK-AFV0451512

MK-0966 Prot. No. 088/089
VIGOR

-40-

## 5.5   Efficacy and Safety Variables (Cont.)

### Investigator Global Assessment of Disease Activity (Likert)

An investigator global assessment of disease activity on a Likert scale was recorded at Visits 2, 3, 4, 6, end-of-study, and at the discontinuation visit.

"Make a global assessment of the patient's disease activity by indicating how well the patient is doing."

Physicians rated the patient as doing: Very well, well, fair, poor, or very poor.

### Modified Health Assessment Questionnaire (Exploratory) (U.S. Only)

A modified Health Assessment Questionnaire (HAQ) [3.3] was performed by the patient at Visits 2, 3, and end-of-study (or the discontinuation visit).

### 5.5.1.8   Safety Measurements Assessed

### Physical Examination, Vital Signs, and Body Weight

A complete physical examination including vital signs (heart rate, blood pressure, weight, oral temperature, and respiration rate) was performed during the prestudy visit (Visit 1), the end-of-study visit, and if the patient discontinued from study. Heart rate, blood pressure, and weight were assessed at all scheduled visits, including poststudy.

Blood pressure was measured in the same arm and by the same study coordinator for each patient throughout the study (if possible).

Patients were weighed in street clothing, with jacket/coat and shoes removed at each visit. The scale was calibrated weekly.

### Laboratory Safety Studies—Serum Chemistry, CBC, Urinalysis

A complete blood count (CBC) and serum chemistry panel were obtained at Visits 1.0, 3.0, 6.0, end-of-study, and the discontinuation visit. A urinalysis was obtained at Visits 1.0, 3.0, end of study, and discontinuation visit. A hematocrit and hemoglobin were obtained at all other visits (except Visit 2.0). Patients were asked to fast for 8 hours prior to Visit 1.0 (prestudy) and end-of-study or discontinuation.

### Electrocardiogram

A 12-lead electrocardiogram was obtained at the prestudy visit (Visit 1.0).

/MK-0966/CSR/RC2676.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451513

MK-0966 Prot. No. 088/089
VIGOR

-41-

## 5.5   Efficacy and Safety Variables (Cont.)

### Urine and Serum Beta-Human Chorionic Gonadotropin (β-hCG)

For female patients of childbearing potential, a serum β-hCG level was required to be consistent with a nongravid state at the prestudy visit. A urine β-hCG was obtained at all subsequent visits.

### Stool Hemoccult

Three stool Hemoccult cards were distributed to each patient during the screening period with instructions to obtain three samples. The samples were read prior to allocation at Visit 2.0. One or more positive cards excluded the patient from participation in the study.

### 5.5.2   Appropriateness of Measurements

All efficacy and safety variables were chosen based on validated methods for the evaluation of treatments for RA and Good Clinical Practice [1.1.12].

### 5.5.3   Evaluation of   Efficacy Variables and Definitions of Baseline and Improvement

The methods used to obtain efficacy measurements were described in the Section 5.5.1. Randomization Visit (Visit 2.0) measurements were defined as baseline values. Decreasing values indicate improved response for all endpoints. Table 7 lists all clinical efficacy endpoints, definitions of baseline and direction of improvement.

Table 7

Efficacy Endpoints: Definition of Baseline and Direction of Improvement

| Endpoint (Scales) | Definition of Baseline | Improvement |
|---|---|---|
| Patient Global Assessment of Disease Activity (0-4 Likert) | Visit 2.0 | Decreases |
| Investigator Global Assessment of Disease Activity (0-4 Likert) | Visit 2.0 | Decreases |
| Modified Stanford Health Assessment Questionnaire (HAQ, U.S. only) | Visit 2.0 | Decreases |
| Discontinuation due to Lack of Efficacy | No baseline value | None |

Data Source:  [Not applicable]

Unless noted in text, the analyses of efficacy endpoints were performed on the original measured scales (e.g., 0 to 4 for Likert scale), and the analysis method was the Analysis of Variance (ANOVA) detailed in Statistical Method section.

MRK-AFV0451514

MK-0966 Prot. No. 088/089
VIGOR

-42-

## 5.5  Efficacy and Safety Variables (Cont.)

### Patient Global Assessment of Disease Activity

For the analysis of Patient Global Assessment of Disease Activity, the patient responses were graded as follows:

0 = Very well, 1 = Well,  2 = Fair,  3 = Poor,  4 = Very poor.

### Investigator Global Assessment of Disease Activity

For the analysis of Investigator Global Assessment of Disease Activity, investigator responses were graded as follows:

0 = Very well, 1 = Well,  2 = Fair,  3 = Poor,  4 = Very poor.

### Modified Health Assessment Questionnaire (U.S. Only)

Each of 8 questions was graded on a 0 to 3 scale ranging from "Without any difficulty" to "Unable to do". The modified HAQ score was the average of all nonmissing answers to 8 questions (at least 6 of the 8 questions must have been answered). This endpoint was exploratory and was performed in the U.S. only due to the lack of available validated translations for all countries outside the U.S at the time of study initiation.

### Discontinuation Due to Lack of Efficacy

The proportion of patients who were discontinued by the investigator due to lack of efficacy were analyzed separately from those who discontinued for adverse experiences or other reasons. The analysis method is detailed in Statistical Method section.

### 5.5.4  Safety and Tolerability Measurements

### 5.5.4.1  Clinical

The investigator judged the seriousness of the adverse experience, action taken (with respect to discontinuation from the study therapy), and whether or not the study drug (blinded) was responsible for the adverse experience. For each adverse experience, the onset date and time, stop date, and duration were

MRK-AFV0451515

62

MK-0966 Prot. No. 088/089
VIGOR

-43-

### 5.5  Efficacy and Safety Variables (Cont.)

recorded. The investigator rated intensity, action taken, and relationship of the adverse experience to the study drug using the following scales:

a)  Intensity

   1 =  Mild (awareness of symptoms but easily tolerated)
   2 =  Moderate (discomfort enough to cause interference with usual activity)
   3 =  Severe (incapacitating with inability to work or do usual activity)

b)  Action Taken on Primary Test Drug Due to Adverse Experience

   1 =  None (no change in prime [primary] therapy as a result of the Adverse Experience)
   2 =  Interrupted (prime [primary] therapy was temporarily stopped due to an Adverse Experience and then restarted)
   3 =  Discontinued (prime [primary] therapy was discontinued due to an Adverse Experience and was not restarted)
   4 =  Reduced (dose of prime [primary] therapy was reduced due to an Adverse Experience)

c)  Assessment of Relationship of Adverse Experience to Test Drug

   1 = Definitely not (no relationship)
   2 = Probably not (relationship is not likely)
   3 = Possibly (relationship may exist)
   4 = Probably (relationship is likely)
   5 = Definitely(unquestionable relationship)

Drug-related adverse experiences were defined as those with a drug relationship of possibly, probably, or definitely as described above.

Physical examination and vital signs were also performed, as outlined above.

Certain serious vascular experiences occurring in patients in this study were subject to adjudication by committees external to Merck Research Laboratories.

Vital signs were analyzed using the actual value and change from baseline value, i.e., value on treatment minus the baseline value. Baseline was defined as the last value obtained prior to randomization. Summary statistics (mean change from baseline by visit by treatment group) for vital signs were calculated.

MRK-AFV0451516

MK-0966 Prot. No. 088/089
VIGOR

-44-

## 5.5   Efficacy and Safety Variables (Cont.)

Should clinically significant signs or symptoms of GI bleeding have occurred at any time during the study, clinical evaluation may have included vital signs with orthostatic parameters, abdominal examination, stool hemoccult testing, and serial hemoglobin and hematocrit testing. Further evaluation and treatment were performed as deemed clinically appropriate by the investigator.

The development of a PUB was reported to headquarters immediately. The development of a PUB prompted the retrieval of additional information and source documents, as specified in the Operations Manual [3.8].

### 5.5.4.2   Laboratory

The incidence of laboratory adverse experiences was summarized and compared between the rofecoxib and naproxen groups. The summaries provided were similar to those for clinical adverse experiences.

Summary statistics based on change or percent change from baseline were calculated for individual protocol-specified laboratory parameters. Baseline was defined as the last value obtained prior to randomization.

Predefined limits of change from baseline were established for several laboratory parameters prior to examination of results (Table 8). The proportion of patients who met these defined criteria was compared between the naproxen and rofecoxib groups. For each parameter, a patient was counted only once if multiple values fell outside the defined limits.

Laboratory tests were analyzed according to the protocol. For specific information, see [3.2].

MRK-AFV0451517

MK-0966 Prot. No. 088/089
VIGOR

-45-

## 5.5  Efficacy and Safety Variables (Cont.)

Table 8

Definition of Limits of Change From Baseline

| Parameter (unit) | Definition |
|---|---|
| **Blood Chemistry** | |
| Bilirubin (mg/dL) and alkaline phosphatase (U/L) | • Bilirubin ≥1.8xULN -AND- Alkaline phosphatase ≥3xULN[†] |
| AST (U/L) | • Normal AST at baseline and consecutive postrandomization values >3xULN or 1 value >3x ULN associated with study drug discontinuation-OR- abnormal AST at baseline and consecutive postrandomization values >2xBLV and >3xULN -OR- one value >2x BLV and >3xULN associated with discontinuation of study drug. |
| ALT (U/L) | • Normal ALT at baseline and consecutive postrandomization values >3xULN or 1 value >3x ULN associated with study drug discontinuation-OR- abnormal AST at baseline and consecutive postrandomization values >2xBLV and >3xULN -OR- 1 value >2xBLV and >3xULN associated with discontinuation of study drug. |
| Creatinine (mg/dL) | • Consecutive values with absolute increase >0.5 mg/dL and > ULN -OR- 1 value with increase ≥0.5 mg/dL and > ULN associated with discontinuation of study drug. |
| Potassium (mEq/L) | • Consecutive values with absolute decrease ≥0.8 and <LLN -OR- 1 such value associated with a discontinuation study drug.<br>• Consecutive values with absolute increase ≥0.8 and >ULN -OR- 1 such value > ULN associated with a discontinuation study drug. |
| Calcium (mg/dL) | • Absolute increase ≥1.5 and >ULN<br>• Absolute decrease ≥1.5 and <LLN |
| Sodium (mEq/L) | • Absolute decrease ≥8 and <LLN<br>• Absolute increase ≥8 and >ULN |
| **Hematology** | |
| Hematocrit (%) and hemoglobin (g/dL) | Decrease in hemoglobin >2g/dL and hematocrit ≥5% -OR- hemoglobin >1g/dL and hematocrit ≥10%[†]- |

MRK-AFV0451518

MK-0966 Prot. No. 088/089
VIGOR

-46-

## 5.5 Efficacy and Safety Variables (Cont.)

Table 8 (Cont.)

Definition of Limits of Change From Baseline

| Parameter (unit) | Definition |
|---|---|
| **Hematology (Cont.)** | |
| Platelet Count (x10⁹/μL) | • Consecutive values with a decrease >25% and <LLN |
| ULN=Upper limit of normal; LLN=Lower limit of normal; BLV=Baseline Value; AST=aspartate aminotransferase; ALT=alanine aminotransferase.
† Changes in the 2 parameters must occur on the same date. | |

Data Source:   [3.5]

## 5.6 Data Quality Assurance

Data were checked for accuracy and integrity by site personnel, regional monitors, in-house data management and monitoring, and by quality assurance (QA) audits. See the audit information sheet for further information on the audits performed [3.1]. In addition, all authors reviewed this document for accuracy and scientific content. Authors' signatures can be found on the Author's Signature Page [3.11].

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size

A detailed data analysis plan is provided in [3.5]. The data analysis plan was finalized prior to the interim analysis. Any changes to the data analysis plan after the interim analysis occurred were made by personnel who remained blinded to the results of the study [3.5]. A summary of the major statistical procedures follows.

### 5.7.1 Statistical and Analytical Plans to Address Study Objectives

#### 5.7.1.1 Primary Objectives

The relative risk of confirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the Cox proportional hazard model via SAS PROC PHREG (a procedure in SAS that does Cox proportional hazard model analyses) [3.5] with treatment as an explanatory factor and stratum of prior history of PUBs as a stratification factor.

/MK-0966/CSR/RC2676.DOC  APPROVED                                              20-Jun-2000

MRK-AFV0451519

66

MK-0966 Prot. No. 088/089
VIGOR

-47-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

The overall safety and tolerability of rofecoxib in patients with rheumatoid arthritis was evaluated by comparing the incidence of clinical and laboratory adverse experiences between treatment groups. A prespecified listing of potentially relevant safety parameters was examined. In addition, the percents of patients exceeding defined limits of change and mean values for clinical and laboratory safety measurements were compared among treatments.

### 5.7.1.2 Secondary Objectives

The relative risk of confirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

The relative risk of confirmed and unconfirmed PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the Cox proportional hazard model via SAS PROC PHREG [3.5] with treatment as an explanatory factor, and stratum of prior history of PUBs and study region effects (U.S. versus multinational) as stratification factors.

The relative risk of confirmed and unconfirmed complicated PUBs in patients with rheumatoid arthritis taking 50 mg rofecoxib daily compared with patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

The efficacy of treatment of rheumatoid arthritis with rofecoxib or naproxen was evaluated using 95% CI on the difference between treatment groups in average change from baseline for Patient and Investigator Global Assessment of Disease Status and by comparing the discontinuation rates due to lack of efficacy.

### 5.7.1.3 Exploratory Objectives

The relative risk of occurrence of bleeding from any location in the GI tract in patients taking 50 mg rofecoxib daily versus patients taking naproxen 1000 mg daily was evaluated using the same method described for the primary PUB endpoint.

20-Jun-2000

MRK-AFV0451520

MK-0966 Prot. No. 088/089
VIGOR

-51-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

centers. However, study region effects (U.S. versus multinational) were included in the secondary analysis of confirmed PUB and in the analyses of confirmed plus unconfirmed PUBs, 1 of the secondary endpoints. In addition to survival analytic presentations, summaries were made in terms of number of cases, patient-years of exposure, and rates.

In a preliminary analysis, the proportional hazards assumption was tested by including the factor treatment multiplied by log (time) in the model; nonsignificance (p>0.05) of this factor implied proportionality, i.e., constancy of treatment effect over time.

The primary approach to analysis included all patients randomized (APR) and was based on their randomized treatment assignment. The time frame for the analysis of the PUB incidence included a 14 day postdiscontinuation follow-up period. Relative days were calculated from the randomization date to the event (PUB) date for those patients with events, to 14 days past the discontinuation date for patients who discontinued before the trial's completion for reasons other than an event, or, in the case of completing patients, to the patient's last day of study therapy.

An estimate of the cumulative event rates at the end of the study was calculated using the Kaplan-Meier method. Because Kaplan-Meier estimates can be unstable or imprecise when the number of patients at risk becomes small, as it does at the end of the study, time points after which there are less than 500 patients left at risk in either treatment group were combined for analysis and reporting of results. Specifically, graphical displays and cumulative incidence estimates were truncated at the time point at which there were still at least 500 patients left at risk in each of the treatment groups. This pooling and truncation did not affect statistical analysis or the Cox models.

An analysis of variance (ANOVA) model was used to assess the Patient's and Investigator's Global Assessments and the modified HAQ. The model had the average change from baseline over the treatment period as the response and the explanatory variables of treatment, stratum, study region, and baseline covariate. This model was used to provide estimates for the least square mean change and 95% CIs both within and between treatment groups. Summary statistics included baseline, on-treatment, and change from baseline means and standard deviations (SD), 95% CIs on average change from baseline within treatment groups and on the difference between treatment groups. In order to contribute information to these analyses, patients needed to have at least 1 pre- and 1 postrandomization measurement.

MK-0966 Prot. No. 088/089
VIGOR

-50-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

The following patients were excluded from the per-protocol analyses:

- Patients with <75% compliance during the entire trial. Compliance was assessed by the percentage of missed doses of the active drug: 100% multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by the number of tablets supposed to be taken.

- Patients entering the trial with evidence of GI bleeding, e.g., hemoccult positive stool.

- Patients taking nonprotocol NSAIDs, aspirin, or products containing these more than 10% of the time on study.

- Patients taking prestudy NSAIDs, aspirin, or products containing these within 14 days prior to study start who have events within the first 2 days of study start.

- Patients taking GI escape medications other than antacids and/or low-dose $H_2$ blockers (i.e., proton-pump inhibitors, sucralfate or misoprostol or high-dose $H_2$ blockers) for more than 30 days continuously or more than 60 days total during the study.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug.

- Patients with a past history of major upper gastrointestinal surgery (e.g., partial gastrectomy, Bilroth I and II).

The time frame for the per-protocol analysis was 14 days after discontinuation.

### 5.7.3.2 Analytical Methods and Adjustments for Covariates

Statistical analysis methods are summarized in Table 9. The Cox proportional hazard model was used to evaluate the time-to-first-event data for primary and secondary endpoints, the exploratory endpoint of GI bleeding, for prespecified reasons for withdrawal, and for prespecified adverse experiences. The model for the primary endpoint had the explanatory factor of treatment (Rofecoxib or naproxen) and prior history of PUBs as a stratification factor. Study center was not included in the primary model because the number of events expected to be observed was very small compared to the number of patients and the number of

MRK-AFV0451523

MK-0966 Prot. No. 088/089
VIGOR

-48-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

The efficacy of treatment of rheumatoid arthritis with rofecoxib compared to naproxen was evaluated using 95% CI on the difference between treatment groups in average change from baseline for the modified Health Assessment Questionnaire (HAQ) (U.S. only).

## 5.7.2 Determination of Sample Size and Power Analysis to Address Study Hypotheses

### 5.7.2.1 Primary Hypotheses

The risk of confirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

Rofecoxib administered at a dose of 50 mg daily will be safe and well tolerated.

### 5.7.2.2 Secondary Hypotheses

The risk of confirmed plus unconfirmed PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

The risk of confirmed complicated PUBs during the treatment period will be reduced in the group of patients with rheumatoid arthritis taking 50 mg rofecoxib daily, compared with the group of patients with rheumatoid arthritis taking naproxen 1000 mg daily.

### 5.7.2.3 Criteria to Determine a Positive Study

The trial was to be considered a positive study if a significant ($p<0.050$) reduction in the risk of confirmed PUBs in the rofecoxib 50-mg daily group compared to the naproxen 1000-mg daily group was found and if a trend ($p \leq 0.20$) was found for the reduction in risk of confirmed complicated PUBs.

### 5.7.2.4 Power and End of Study Stopping Rule

The study was planned to stop when a minimum of 120 patients experienced confirmed PUB events, 40 patients experienced confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever came last.

MRK-AFV0451521

68

MK-0966 Prot. No. 088/089
VIGOR

-49-

## 5.7   Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

For the primary gastrointestinal safety hypothesis, the targeted number of patients with events of 120 provided at least 97% power ($\alpha=0.05$, 2-tailed) to detect a reduction in risk of at least 50%. This calculation accounted for 1 interim analysis described in 5.7.3.3. The targeted number of patients with complicated PUB events of 40 provided more than 80% power to show a trend ($p\leq0.20$) if the reduction in confirmed complicated PUBs due to rofecoxib was $\geq50\%$ and more than 80% power to show a statistically significant effect ($p<0.05$) if the reduction due to rofecoxib was $\geq60\%$. The targeted sample size of 3500 patients per treatment group assumed that the upper-GI side effects of perforations, ulceration, obstructions, and bleeding would occur in 2 to 4% of RA patients treated with NSAIDs for 1 year and was chosen to provide a reasonable study duration under varying assumptions about dropout rates and patient accrual.

## 5.7.3   Statistical/Analytical Methods and Issues

## 5.7.3.1   Approaches to Analyses

### 5.7.3.1.1   All-Patients-Randomized Approach

The primary approach for gastrointestinal safety endpoints was based on an All-Patients-Randomized (APR) population, i.e., all patients randomized were included based on their randomized treatment assignment. The primary time frame for the analysis of the PUB data included a 14 day postdiscontinuation follow-up period. Since most of the endpoints are analyzed as time-to-first-event, no values were imputed.

### 5.7.3.1.2   Per-Protocol Approach

A per-protocol analysis was performed to corroborate the conclusions drawn from the APR analysis. This analysis excluded patients with clinically important protocol deviations based on a set of prespecified criteria determined prior to unblinding of the database. These criteria were not a repetition of the exclusion and inclusion criteria in the protocol, but a clinical assessment of important deviations from the protocol-specified criteria that could have either affected or confounded the intended claims for the compound.

/MK-0966/CSR/RC2676.DOC   APPROVED

20-Jun-2000

MRK-AFV0451522

MK-0966 Prot. No. 088/089
VIGOR

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

Table 9

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Primary Endpoints** | |
| Confirmed PUBs | **Primary Analysis:** <br> Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable All Patients Randomized (APR) <br> **Supportive Analyses:** <br> Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR) <br> Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable per protocol (PP) <br> **Subgroup Analyses:** <br> Models on time-to-first-event by Cox Proportional Hazard Model with treatment and prespecified subgroups as factors including examination of interactions between treatment and subgroup (done 1 subgroup at a time) (APR) <br> **Imputation of Rates Analyses:** <br> 95% confidence interval on difference in proportions for imputed treatment group specific rates and on imputed average rates <br> **Analysis Excluding PUBs with Confounding Etiologies:** <br> Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable |

MK-0966\CSR\RC2576.DOC  APPROVED—20-Jun-2000

MRK-AFV0451525

MK-0966 Prot. No. 088/089
VIGOR

5.7   Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

Table 9 (Cont.)

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Secondary Endpoints** | |
| Confirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| Confirmed and Unconfirmed PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR) |
| Confirmed and Unconfirmed Complicated PUBs | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| **Exploratory Endpoints** | |
| Any GI bleed | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs as stratification variable (APR) |
| Dropout due to any reason | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs and study region as stratification variables (APR) |

/MK-0966/CSR/RC2676.DOC   APPROVED—20-Jun-2000

72

MRK-AFV0451526

MK-0966 Prot. No. 088/089
VIGOR

5.7   Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

Table 9 (Cont.)

Summary of Analyses

| Endpoint | Analyses |
|---|---|
| **Exploratory Endpoints (Cont.)** | |
| Efficacy Measures: Discontinuation due to lack of efficacy, Global Assessments of Disease Status and Modified HAQ | **Primary Analysis:** Average over treatment period for Patient and Investigator Global Assessments of Disease Status: 95% between-group confidence intervals will be provided **Secondary Analysis:** Time-to-discontinuation due to lack of efficacy by Cox Proportional Hazard Model with treatment as explanatory factor, prior history of PUBs, and study region as stratification variables ( APR) **Exploratory Analysis:** Average over treatment period for Modified HAQ: 95% between-group confidence intervals will be provided |
| Adverse experiences (prespecified) | Time-to-first-event by Cox Proportional Hazard Model with treatment as explanatory factor (APR) |
| Adverse Experience and Laboratory PDLC (nonprespecified) | 95% confidence interval on difference in proportions |
| PDLC=Predefined limits of change. | |

Data Source: [3.5]

MK-0966/CSR/RC2676.DOC  APPROVED—20-Jan-2000

MRK-AFV0451527

MK-0966 Prot. No. 088/089
VIGOR

-55-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

### 5.7.3.3 Interim Analyses and Data Monitoring

A total of 2 formal analyses (1 interim and 1 final) were performed for this study. A group sequential design with an early stopping guideline, which allows for interim analysis and preserves the overall Type I error probability of $\alpha=0.05$, was employed. Based on the anticipated alpha spending rule, an interim analysis was scheduled when approximately 60 patients experienced confirmed PUBs and the final analysis was planned when a minimum of 120 patients experienced confirmed PUB events, 40 patients experienced confirmed complicated PUB events, or 6 months after the last patient was randomized, whichever came last. Significance for the primary endpoint for these planned analyses corresponded to p-values of 0.0059 and 0.0475, respectively. These boundaries were based on a predetermined $\alpha$-spending function of $\alpha(-4,t)$ [3.5] which provides an O'Brien-Fleming-like boundary for unequally-spaced information time.

The interim analysis took place when 66 patients had experienced a confirmed PUB [2.2.3]. Because of the desire to have definitive results both for the primary endpoint of confirmed PUBs as well as the secondary endpoint of confirmed complicated PUBs, a closed testing procedure was conducted as follows: if at the interim analysis the boundary corresponding to p=0.0075 was crossed for the primary endpoint of confirmed PUBs, the secondary endpoint of confirmed complicated PUBs was to be examined. If the p-value for this endpoint was <0.05, the DSMB could have recommended stopping the study. No $\alpha$-adjustment was required for confirmed complicated PUBs since a closed testing procedure was employed. The boundary was equal to 0.0075 and not 0.0059 because the interim analysis took place when 66 not 60 patients had experienced confirmed PUBs.

At the interim analysis, the boundary for the primary endpoint of confirmed PUBs was crossed with a difference between treatments of p=0.002, but the boundary for confirmed complicated PUBs was not crossed with a difference between treatments of p=0.072. A total of 177 patients had primary endpoints for the final analysis which, based on the actual $\alpha$-spending function, had a critical value of $\alpha=0.0456$ for declaring a significant effect.

For the primary endpoint in the final analysis, the p-values and CIs quoted were adjusted to reflect the interim analyses [3.5]. For other analyses, the nominal p-values were employed.

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451528

MK-0966 Prot. No. 088/089
VIGOR

-56-

5.7   **Statistical Methods Planned in the Protocol and Determination of Sample Size**
(Cont.)

In addition to the interim GI endpoint analysis, 2 non-endpoint safety
monitoring analyses were conducted. The interim reports and minutes from
those meetings can be found in [2.2.4; 2.2.5; 3.9].

5.7.3.4   **Assessment of Consistency of Treatment Effects Across Subgroups**

To explore whether treatment effects were consistent across different
subgroups, treatment-by-factor interactions were evaluated for the primary
endpoint in the All-Patients-Randomized population. The patient characteristics
and baseline covariates of interest were:

- Prior history of PUBs (yes/no)
- Study region (U.S./non-U.S.)
- Age group (<65 years/≥65 years)
- Ethnic group (Caucasian/Other)
- Gender (female/male)
- Baseline use of systemic corticosteroids (yes/no)

For each subgroup variable listed above, a Cox regression model was performed
for the primary endpoint and included the treatment, subgroup, and treatment-
by-subgroup interaction. The interactions were tested at $\alpha=0.05$ significance
level. When an interaction is not significant, the main treatment effect is
interpreted reasonably as the effect averaged over the different levels of the
subgroup factor.

Summary statistics (cases, patient-years at risk, incidence rates, relative risk,
and 95% confidence interval for relative risk) were presented within the
subgroups for the primary endpoint.

5.7.3.5   **Multiplicity**

There was only 1 primary endpoint and one primary treatment group
comparison defined for VIGOR, and the interim analysis was conducted using
sequential stopping boundaries. For the primary endpoint in the final analysis,
the p-values and confidence intervals quoted were adjusted to reflect the interim
analyses.   Secondary analyses were used to support and help interpret the
primary analyses, and thus, no p-value adjustment for multiplicity was applied
other than the adjustment for the interim analysis.

No p-value adjustments were applied to the numerous safety evaluations to be
overly conservative with regard to missing items of interest.

MRK-AFV0451529

MK-0966 Prot. No. 088/089
VIGOR

-57-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

### 5.7.3.6 Dropouts and Sensitivity Analyses

#### 5.7.3.6.1 Dropouts

In addition to the evaluation of crude rates (i.e., the proportion of dropout patients in each group by reason), survival analysis techniques were used to assess the differences between treatment groups with respect to dropout rates in the following categories:

- Due to any reason other than primary endpoint
- Due to lack of efficacy

A Cox proportional hazard model with treatment as the explanatory variable and prior history of PUBs and study region as stratification variables was used to assess treatment differences. Survival plots for time-to-dropout by treatment within each of the above categories were produced. Note that the analysis of discontinuations due to lack of efficacy addressed the secondary efficacy objective. In addition to the above reasons for discontinuation, dropouts due to Digestive adverse experiences including abdominal pain, due to edema-related adverse experiences, due to hypertension-related adverse experiences, due to renal abnormalities, due to hepatic enzyme abnormalities, and due to any adverse experience are discussed in Section 5.7.3.7 (Other Safety Analyses).

#### 5.7.3.6.2 Imputation of PUB Rates

In order to address the impact of discontinuing patients on final conclusions, analyses using 2 different imputation of rates were performed:

1. Rofecoxib confirmed PUB rates imputed to rofecoxib patients who discontinued for any reason other than confirmed PUBs and naproxen confirmed PUB rates imputed to naproxen patients who discontinued for any reason other than confirmed PUBs.

2. Overall average confirmed PUB rates imputed to all patients (both rofecoxib and naproxen) who discontinued for any reason other than confirmed PUBs.

The rate of confirmed PUBs used in the imputation was estimated using the Kaplan-Meier model; estimates were taken at the end of observation but while at least 500 patients were at risk. Crude proportions of patients experiencing

MRK-AFV0451530

MK-0966 Prot. No. 088/089
VIGOR

-58-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

confirmed PUBs (including imputed events) were compared between treatment groups [3.5] and the numbers, proportions and 95% CI on the difference in proportions were determined. Imputation of rates analyses are intended to find general consistency with the primary results and not necessarily to obtain a statistically significant effect following the imputation exercise.

### 5.7.3.6.3 Exclusion of PUBs With Confounding Etiologies

As an additional analysis, PUBs occurring in patients that took non-protocol NSAIDs, aspirin, antithrombotic agents or products containing these for at least 2 days and within 14 days prior to a confirmed PUB were excluded (censored) from analysis of confirmed PUBs since it is possible that their event could be attributed to the concomitant therapy. In addition, PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug were also excluded because these endpoints may have been present at the time of study entry. The method of analysis was the same as used the primary analysis of confirmed PUBs, i.e., the Cox proportional hazard model via SAS PROC PHREG [3.5] with treatment as an explanatory factor and stratum of prior history of PUBs as a stratification factor was used to compare the treatment groups.

### 5.7.3.7 Other Safety Analyses

Safety and tolerability were assessed by statistical and/or clinical review of all safety parameters, including adverse experiences, laboratory values, and vital signs, as described in this section. All patients randomized were included in the safety analyses. Formal statistical tests focused on prespecified safety concerns while estimates were provided for all other parameters. The following variables were tested (described in the following sections) in the analysis of adverse experiences: discontinuations due to Digestive adverse experiences including abdominal pain, discontinuations due to hypertension, discontinuations due to edema, discontinuations due to renal-related adverse experiences, discontinuations due to hepatic-related adverse experiences, and congestive heart failure (CHF).

Dual COX-1/COX-2 inhibitors such as naproxen inhibit platelet aggregation via suppression of serum levels of thromboxane B2 which is a product of platelet-derived COX-1. Naproxen, like aspirin and unlike other NSAIDs such as diclofenac and meloxicam, has been shown to maximally inhibit platelet aggregation throughout its dosing interval [1.2.23; 1.2.24]. In contrast,

MRK-AFV0451531

MK-0966 Prot. No. 088/089
VIGOR

-59-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

rofecoxib, a specific inhibitor of COX-2 does not suppress serum levels of $TXB_2$, and therefore has been shown to have no effect on platelet aggregation [1.2.23; 1.2.24]. Low-dose cardioprotective aspirin was not allowed in this study since even low-dose aspirin can affect gastric mucosal COX-1. Therefore, there was the theoretical possibility that naproxen, through its effects on platelet aggregation, may have provided cardioprotective effects not provided by rofecoxib, resulting in a lower incidence of thromboembolic events in the naproxen treatment group. To assess this possibility, cardiovascular thrombotic or embolic serious adverse experiences (SAEs) were adjudicated by an independent committee as a part of a program-wide effort. Procedures for handling these SAEs and the analytic methods to be used were defined in separate documents that can be found in [3.2]. The adjudicated events, as opposed to the reported SAEs, were considered primary. Results of these analyses are described in the Cardiovascular Events Analysis [2.1.6].

### 5.7.3.7.1  Adverse Experiences

Survival analysis methods were used to analyze prespecified adverse experiences. For such adverse experiences, time-to-event was analyzed and cases, patient-years at risk, relative risk, CIs, and p-values were determined. p-Values and 95% CIs for relative risk ratios (rofecoxib versus naproxen group) were computed using the Cox proportional hazard model with treatment as the explanatory factor. Numbers, proportions, and 95% CIs on the difference in proportions [3.5] were provided for all other adverse experiences.

Prespecified adverse experiences included:

- Serious clinical adverse experiences (overall)

- Drug-related (possibly, probably, definitely) clinical adverse experiences (overall)

- Clinical adverse experiences leading to study discontinuation (overall)

- Discontinuations due to Digestive adverse experiences including abdominal pain

- Discontinuations due to edema-related adverse experiences

- Discontinuations due to hypertension-related adverse experiences

MK-0966 Prot. No. 088/089
VIGOR

-60-

## 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

- Discontinuations due to renal-related adverse experiences (clinical and/or laboratory adverse experiences)

- Discontinuations due to hepatic-related adverse experiences (clinical and/or laboratory adverse experiences)

- CHF adverse experiences

- Serious laboratory adverse experiences (overall)

- Drug-related (possibly, probably, definitely) laboratory adverse experiences (overall)

- Laboratory adverse experiences leading to study discontinuation (overall)

### 5.7.3.7.2   Laboratory Parameters and Vital Signs

The primary analysis of laboratory data was based on between-treatment group comparisons of proportions of patients exceeding Predefined Limits of Change. Frequency of laboratory adverse experiences were also assessed as for clinical adverse experiences.

The predefined limits of change (PDLC) analysis was performed for the laboratory parameters listed in Table 8. A patient was classified as "above limit" or "below limit" if his or her response (actual value, or change or percent change from baseline, depending on definition) fell outside of the predefined limits of change at least once during the treatment period of the study unless the definition specified that consecutive occurrences were required. For the laboratory parameters associated with prespecified adverse experiences, namely, hemoglobin with hematocrit, aspartate aminotransferase (AST), alanine aminotransferase (ALT) and serum creatinine, counts, proportions, and 95% CIs on the difference in proportions [3.5] of patients exceeding the predefined limits were provided in the body of this document. For the other standard reported laboratory parameters, the same information will be provided in an appendix table.

Summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) were tabulated (by treatment group) for all laboratory and vital signs actual and change or percent change from baseline values. Summary statistics were calculated on the average value during treatment for all laboratory parameters listed in Table 8 plus total WBC, lymphocyte count, neutrophil

MRK-AFV0451533

Case 2:05-md-01657-EEF-DEK   Document 33732-5   Filed 03/10/10   Page 82 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-22   Filed 03/01/10   Page 81 of 42

80

MK-0966 Prot. No. 088/089
VIGOR

-61-

### 5.7 Statistical Methods Planned in the Protocol and Determination of Sample Size (Cont.)

count, uric acid, diastolic and systolic blood pressure, and body weight. No formal statistical testing was done. For hematocrit, hemoglobin, and blood pressure, plots of means at each time point are presented.

#### 5.7.3.8 Compliance

Compliance was assessed by the percentage of missed doses of the active drug:

One hundred percent multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by number of tablets supposed to be taken.

The number and percent with ≥75% compliance are reported by treatment group.

#### 5.7.3.9 General Statistical Rules

The data analyzed and results presented and considered definitive are based on the data as adjudicated by the blinded expert review panel.

All statistical tests were 2-tailed with $\alpha=0.050$. All p-values were rounded to three decimal places, and the rounded $p \leq 0.050$ was considered statistically significant. Baseline values for all appropriate analyses were taken from Visit 2.0, the Randomization Visit.

### 5.8 Changes in the conduct of the Study or Planned Analyses

#### 5.8.1 Interim Analysis

There were no changes to the conduct of the study based on the results of the interim analysis.

#### 5.8.2 Protocol Amendments

The original protocol was amended 4 times. All amendments were made prior to unblinding of the database, after frozen file, and before the first interim analysis. Major changes included in the amendments were as follows:

1. The primary hypothesis was changed from an assessment of "cumulative incidence" to "relative risk" to better conform with the planned statistical analyses.

/MK-0966/CSR/RC2676.DOC   APPROVED                              20-Jun-2000

MRK-AFV0451534

MK-0966 Prot. No. 088/089
VIGOR

-62-

**5.8**    **Changes in the conduct of the Study or Planned Analyses** (Cont.)

2.    Secondary hypotheses assessing the relative risk in the 2 treatment groups of: (a) confirmed and unconfirmed PUBs; and (b) confirmed complicated PUBs were added. After discussions with the Steering Committee and regulatory agencies, the importance of obtaining sufficient data on complicated endpoints was made clear. Therefore the secondary hypotheses were added and the end-of-study stopping rule was changed such that a minimum of 40 confirmed complicated endpoints was required in addition to a minimum of 120 PUBs.

3.    Endpoint definitions were refined after receiving feedback from regulatory agencies. These revised endpoint definitions were used by the Case Review Committee to adjudicate all endpoints.

4.    At the request of regulatory agencies, the modified HAQ was added as an exploratory efficacy measurement in the United States.

Copies of all amendments and a summary of the changes are in [3.2].

**5.8.3**    **Changes in Planned Analyses**

Several additional analyses were performed that were not planned in the DAP. Although PUB data were collected beyond the primary time frame for analyses (14 days past premature study discontinuation), no analyses of these data were planned in the DAP. However, as additional sensitivity analyses, analyses were performed for confirmed PUBs, confirmed complicated PUBs, confirmed and unconfirmed PUBs, and confirmed and unconfirmed complicated PUBs that occurred within 45 days past early discontinuation and through the end of the trial. The statistical techniques used were the same as were used for the primary approach to analysis. These analyses are reported in 7.1.6.2.3.

Several subgroups were examined in addition to the pre-planned subgroup analyses. *Helicobacter pylori* status at baseline (as measured by the HM-CAP™ serologic assay) was examined for its relation to the primary endpoint of confirmed PUBs. There was a small subset of patients (88 patients) whose only *H. pylori* data were obtained after randomization; postrandomization data for these patients were included in the evaluation of *H. pylori* status at baseline in order to maximize the available information on this variable. Also for the primary endpoint, the U.S. Food and Drug Administration (FDA) at the 10-Apr-2000 presupplemental New Drug Application (pre-sNDA) meeting, requested that subgroup analyses be performed for baseline NSAID use and prior cardiovascular history. No subgroup analyses were preplanned for the evaluation of confirmed complicated PUBs since it was expected that there would be few of these events. However, the FDA requested that study region subgroups (U.S./multinational) be

MRK-AFV0451535


29818243

Mar 1 2010
9:49PM

# Exhibit 8
# Part 3

MK-0966 Prot. No. 088/089
VIGOR

-63-

5.8   Changes in the conduct of the Study or Planned Analyses (Cont.)

evaluated for this endpoint. The statistical techniques used were the same as were
used for the primary approach to analysis. These analyses are reported in 7.1.5
and 12.3.

No analyses were preplanned for endpoint subtypes beyond enumeration of these
events. However, in order to better understand the components of complicated
events and GI bleeds, survival analytic procedures were applied to the evaluation
of confirmed complicated bleeds and to the evaluation of both upper GI bleeds
and GI bleeds beyond the duodenum. These analyses were performed using the
same techniques that were applied to the overall endpoints and are reported in
7.1.2.1 and 7.1.3, respectively.

In order to better understand, interpret, and characterize the difference observed in
certain serious cardiovascular adverse experiences, numerous added analyses
were performed [2.1.6].

All analyses planned in the DAP were performed, and there were no changes to
the planned statistical methodologies.

6.   POPULATION AND DATA SETS ANALYZED

6.1   Disposition of Patients

The number of patients enrolled by investigator and treatment group is in Table 10.

Table 10

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088001 | Bahrt, Kenneth | 8 | 8 | 16 |
| 088002 | Brabham, A. | 15 | 15 | 30 |
| 088003 | Brodsky, Alan | 16 | 16 | 32 |
| 088004 | Cryan, William | 5 | 5 | 10 |
| 088005 | Dore, Robin | 10 | 11 | 21 |
| 088006 | Gaylis, Norman | 6 | 5 | 11 |
| 088007 | Barfield, Carlysle | 11 | 10 | 21 |
| 088008 | Becker, Nancy | 11 | 12 | 23 |
| 088009 | Block, Sidney | 33 | 33 | 66 |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451536

MK-0966 Prot. No. 088/089
VIGOR

-64-

## 6.1 Disposition of Patients (Cont.)

### Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088010 | Boling, Eugene | 18 | 18 | 36 |
| 088011 | Chase, Walter | 5 | 6 | 11 |
| 088012 | Codding, Chris | 12 | 14 | 26 |
| 088013 | Collins, Gregory | 10 | 9 | 19 |
| 088014 | Dahdul, Adnan | 10 | 10 | 20 |
| 088015 | Dietz, Frederick | 9 | 10 | 19 |
| 088016 | Divittorio, Gino | 37 | 38 | 75 |
| 088017 | Eider, Wendy | 6 | 7 | 13 |
| 088018 | English, Susan | 12 | 10. | 22 |
| 088019 | Ettlinger, Robert | 10 | 10 | 20 |
| 088020 | Eversmeyer, Walter | 15 | 14 | 29 |
| 088021 | Fallahi, Sohrab | 10 | 9 | 19 |
| 088022 | Farber, Martin | 6 | 7 | 13 |
| 088023 | Fenton, Ira | 10 | 9 | 19 |
| 088024 | Flint, Kathleen | 10 | 13 | 23 |
| 088025 | Germain, Bernard | 6 | 5 | 11 |
| 088026 | Goldstein, Alben | 4 | 5 | 9 |
| 088027 | Golombek, Steven | 19 | 18 | 37 |
| 088028 | Greenwald, Maria | 27 | 24 | 51 |
| 088029 | Harper, Wayne | 3 | 2 | 5 |
| 088030 | Harris, Benjamin | 15 | 15 | 30 |
| 088031 | Haselwood, Douglas | 11 | 11 | 22 |
| 088032 | Howard, Paul | 24 | 24 | 48 |
| 088033 | Hsi, Steven | 11 | 12 | 23 |
| 088034 | Hymowitz, Richard | 8 | 10 | 18 |
| 088035 | Kaell, Alan | 15 | 15 | 30 |
| 088036 | Kivitz, Alan | 22 | 23 | 45 |
| 088037 | Kolba, Karen | 11 | 8 | 19 |
| 088039 | Lieberman, Jeffrey | 4 | 3 | 7 |
| 088040 | Lies, Richard | 21 | 20 | 41 |
| 088041 | Littlejohn, Thomas | 8 | 9 | 17 |
| 088042 | Scott, Deborah | 3 | 2 | 5 |
| 088043 | Macpeek, David | 7 | 7 | 14 |

MRK-AFV0451537

Case 2:05-md-01657-EEF-DEK   Document 35379-23  Filed 03/16/10  Page 87 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-23  Filed 03/04/10  Page 74 of 124

84

MK-0966 Prot. No. 088/089
VIGOR

-65-

6.1   Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088044 | Makarowski, William | 6 | 6 | 12 |
| 088045 | Mandel, David | 11 | 11 | 22 |
| 088046 | McIlwain, Harris | 11 | 10 | 21 |
| 088047 | McKay, James | 4 | 6 | 10 |
| 088048 | McLaughlin, George | 11 | 10 | 21 |
| 088049 | McMillen, James | 11 | 10 | 21 |
| 088050 | Miller, Stephen | 9 | 8 | 17 |
| 088051 | Pearson, Mark | 20 | 21 | 41 |
| 088052 | Reddy, Akavaram | 14 | 14 | 28 |
| 088053 | Reid, Robert | 10 | 11 | 21 |
| 088054 | Riccardi, Patrick | 5 | 5 | 10 |
| 088055 | Riskin, Wayne | 8 | 7 | 15 |
| 088056 | Roschmann, Robert | 14 | 11 | 25 |
| 088057 | Rosen, Adam | 9 | 10 | 19 |
| 088058 | Schimizzi, Gregory | 4 | 3 | 7 |
| 088059 | Scoville, Craig | 9 | 8 | 17 |
| 088060 | Senter, R. Gordon | 7 | 6 | 13 |
| 088061 | Sherrer, Yvonne | 9 | 10 | 19 |
| 088062 | Shergy, William | 18 | 18 | 36 |
| 088063 | Stanton, David | 9 | 9 | 18 |
| 088064 | Stark, Kenneth | 10 | 9 | 19 |
| 088065 | Offenberg, Howard | 12 | 13 | 25 |
| 088066 | Torres, Arnaldo | 6 | 6 | 12 |
| 088067 | Worth, David | 6 | 6 | 12 |
| 088068 | Ellman, Michael | 11 | 12 | 23 |
| 088069 | Hosey, John | 12 | 12 | 24 |
| 088070 | Johnson, Thomas | 15 | 15 | 30 |
| 088071 | Lowenstein, Mitchell | 7 | 7 | 14 |
| 088072 | Rothenberg, Ralph | 10 | 11 | 21 |
| 088073 | Taborn, James | 8 | 9 | 17 |
| 088074 | Anderson, Larry | 13 | 13 | 26 |
| 088075 | Harrell, Robert | 6 | 7 | 13 |
| 088076 | Helfgott, Simon | 3 | 4 | 7 |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451538

MK-0966 Prot. No. 088/089
VIGOR

-66-

6.1 Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088077 | Hynd, Robert | 9 | 9 | 18 |
| 088078 | Khairi, Rashid | 11 | 11 | 22 |
| 088079 | Kimelheim, Robert | 10 | 10 | 20 |
| 088080 | Robison, Lowell | 10 | 9 | 19 |
| 088081 | Samuels, Bruce | 13 | 13 | 26 |
| 088082 | Schoen, Robert | 7 | 7 | 14 |
| 088083 | Sievers, Richard | 6 | 6 | 12 |
| 088084 | Toder, J. Scott | 15 | 15 | 30 |
| 088085 | Wiesenhutter, Craig | 8 | 7 | 15 |
| 088086 | Fife, Rose | 9 | 8 | 17 |
| 088087 | Higashida, Jean | 10 | 10 | 20 |
| 088088 | Weisberg, Jerome | 11 | 12 | 23 |
| 088089 | Weiner, Steven | 4 | 4 | 8 |
| 088090 | Trice, James | 10 | 10 | 20 |
| 088091 | Zizic, Thomas | 7 | 7 | 14 |
| 088092 | Rothschild, Bruce | 4 | 5 | 9 |
| 088093 | Booth, Jeffrey | 14 | 15 | 29 |
| 088094 | Brandon, Milan | 5 | 5 | 10 |
| 088096 | Chmelewski, Walter | 13 | 14 | 27 |
| 088097 | Levin, Robert | 7 | 7 | 14 |
| 088098 | Maricic, Michael | 5 | 6 | 11 |
| 088099 | Rapoport, Ronald | 11 | 12 | 23 |
| 088100 | Trapp, Robert | 22 | 26 | 48 |
| 088102 | Burch, Francis | 26 | 27 | 53 |
| 088103 | Chappel, Christopher | 5 | 4 | 9 |
| 088104 | Fiocco, Guy | 6 | 6 | 12 |
| 088105 | Green, Jerry | 10 | 11 | 21 |
| 088106 | Hackshaw, Kevin | 4 | 3 | 7 |
| 088107 | Hassman, Howard | 12 | 13 | 25 |
| 088108 | Kashif, Ahmad | 9 | 9 | 18 |
| 088109 | Mass, Myron | 9 | 9 | 18 |
| 088110 | Ritchlin, Christopher | 1 | 1 | 2 |
| 088111 | Rutstein, Joel | 5 | 5 | 10 |

/MK-0966/CSR/RC2676.DOC APPROVED

20-Jun-2000

MRK-AFV0451539

MK-0966 Prot. No. 088/089
VIGOR

-67-

## 6.1 Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088113 | Weaver, Arthur | 11 | 14 | 25 |
| 088114 | Wei, Nathan | 5 | 5 | 10 |
| 088115 | Arkin, Charles | 7 | 6 | 13 |
| 088116 | Birbara, Charles | 9 | 9 | 18 |
| 088117 | Chubick, Andrew | 21 | 19 | 40 |
| 088118 | Dega, Francis | 10 | 11 | 21 |
| 088119 | Freeman, Pamela | 12 | 13 | 25 |
| 088121 | Gutierrez, Maria | 6 | 7 | 13 |
| 088122 | Hochberg, Marc | 5 | 6 | 11 |
| 088123 | Hooper, Michele | 2 | 1 | 3 |
| 088126 | Keller, Michael | 9 | 8 | 17 |
| 088127 | Liang, George | 13 | 13 | 26 |
| 088128 | Marcadis, Abe | 5 | 5 | 10 |
| 088129 | Miller, S. David | 9 | 8 | 17 |
| 088130 | Nunez, Margarita | 5 | 5 | 10 |
| 088132 | McLain, David | 11 | 10 | 21 |
| 088134 | Serebro, Leonard | 4 | 4 | 8 |
| 088135 | Taber, Louise | 2 | 2 | 4 |
| 088136 | Tanner, Bobo | 9 | 10 | 19 |
| 088137 | Tesser, John | 10 | 11 | 21 |
| 088138 | Weiss, Terry | 8 | 8 | 16 |
| 088139 | Wheeler, Paul | 13 | 12 | 25 |
| 088140 | Arsever, Christiane | 15 | 16 | 31 |
| 088141 | Brooks, Michael | 10 | 11 | 21 |
| 088142 | Chatpar, Prem | 29 | 31 | 60 |
| 088143 | Fisher, Chester | 11 | 11 | 22 |
| 088144 | Ginder, Perri | 5 | 6 | 11 |
| 088145 | Gupta, Ramesh | 22 | 20 | 42 |
| 088147 | Pick, Michael | 1 | 1 | 2 |
| 088148 | Reese, Richard | 7 | 7 | 14 |
| 088149 | Schumacher, Douglas | 12 | 11 | 23 |
| 088150 | Stack, Michael | 11 | 12 | 23 |
| 088151 | Arnold, Gordon | 6 | 6 | 12 |

/MK-0966/CSR/RC2576.DOC  APPROVED

20-Jun-2000

MRK-AFV0451540

MK-0966 Prot. No. 088/089
VIGOR

-68-

## 6.1 Disposition of Patients (Cont.)

### Table 10 (Cont.)

#### Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088152 | Forstot, Joseph | 11 | 11 | 22 |
| 088153 | Isakov, Terence | 11 | 11 | 22 |
| 088154 | Jacobs, Lawrence | 23 | 23 | 46 |
| 088155 | Kassan, Stuart | 4 | 3 | 7 |
| 088156 | Kaufman, Marc | 6 | 4 | 10 |
| 088157 | Krause, Richard | 5 | 4 | 9 |
| 088158 | Levy, Robert | 14 | 13 | 27 |
| 088159 | Long, Bruce | 4 | 4 | 8 |
| 088160 | Marker, Howard | 8 | 8 | 16 |
| 088161 | Mathews, Steven | 5 | 5 | 10 |
| 088162 | Michel, Debra | 12 | 11 | 23 |
| 088163 | Porges, Andrew | 14 | 14 | 28 |
| 088164 | Sedrish, Phillip | 4 | 4 | 8 |
| 088165 | Thompson, John | 10 | 10 | 20 |
| 088166 | Uhl, Howard | 6 | 6 | 12 |
| 088168 | Wolfe, Sanford | 9 | 9 | 18 |
| 088169 | Zuzga, John | 3 | 3 | 6 |
| 088170 | Halter, Dale | 13 | 14 | 27 |
| 088171 | Burd, Joyce | 5 | 6 | 11 |
| 088174 | Marcus, Ralph | 5 | 5 | 10 |
| 088175 | Marcus, Roger | 8 | 9 | 17 |
| 088176 | Touger, M. Scott | 12 | 11 | 23 |
| 088177 | Weidmann, Charles | 17 | 17 | 34 |
| 088179 | Lapidus, Robert | 5 | 5 | 10 |
| 088180 | Miller, Jeffrey | 7 | 6 | 13 |
| 088181 | Williams, Gwen | 5 | 6 | 11 |
| 088182 | Beilan, Michael | 11 | 10 | 21 |
| 088183 | Knee, Michael | 8 | 8 | 16 |
| 088184 | Hexter, Marvin | 5 | 4 | 9 |
| 088185 | Popp, James | 1 | 2 | 3 |
| 088186 | VanKerckhove, Catherine | 1 | 1 | 2 |
| 088187 | Feinglass, Edward | 8 | 8 | 16 |
| 088189 | Multz, Carter | 4 | 4 | 8 |

MRK-AFV0451541

Case 2:05-md-01657-EEF-DEK   Document 35379-23 Filed 03/16/10   Page 91 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-23 Filed 03/04/10   Page 8 of 124

88

MK-0966 Prot. No. 088/089
VIGOR

-69-

## 6.1 Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 088190 | Palmer, William | 4 | 4 | 8 |
| 088192 | Coleman, Patricia | 3 | 2 | 5 |
| 088193 | Namey, Thomas | 15 | 14 | 29 |
| 088194 | Rohlf, Jane | 7 | 6 | 13 |
| 089001 | Fuentealba, Carlos | 48 | 48 | 96 |
| 089002 | Gatica, Hector | 21 | 22 | 43 |
| 089003 | Riedemann, Pablo | 32 | 31 | 63 |
| 089004 | Massarado, Loreto | 11 | 10 | 21 |
| 089005 | Abello, Mauricio | 40 | 40 | 80 |
| 089006 | Chalem, Phillippe | 35 | 35 | 70 |
| 089007 | Molina, Jose | 45 | 45 | 90 |
| 089008 | Jannaut, Maria | 40 | 40 | 80 |
| 089009 | Villacis, Romulo | 40 | 40 | 80 |
| 089011 | Calvo, Armando | 36 | 36 | 72 |
| 089012 | Vera, Edgar Bejar | 44 | 45 | 89 |
| 089013 | Leon, Gustavo | 56 | 56 | 112 |
| 089014 | Paz, Eliana | 52 | 52 | 104 |
| 089015 | Luza, Armando | 50 | 50 | 100 |
| 089016 | Samara, Adil | 10 | 10 | 20 |
| 089017 | Novaes, Gilberto | 24 | 24 | 48 |
| 089019 | Garcia, Hernan | 22 | 21 | 43 |
| 089020 | Alpizar, Raul | 32 | 33 | 65 |
| 089021 | Petean, Flavio | 38 | 37 | 75 |
| 089022 | Da Silva, Antonio | 14 | 14 | 28 |
| 089026 | Burgos, Ruben | 54 | 54 | 108 |
| 089027 | Irazoque, Fedra | 29 | 29 | 58 |
| 089028 | Alcala, Javier | 41 | 41 | 82 |
| 089029 | delaTorre, Ignacio | 41 | 40 | 81 |
| 089030 | Lau, C | 50 | 51 | 101 |
| 089031 | McLean, Lachy | 8 | 7 | 15 |
| 089032 | Jones, Peter | 7 | 7 | 14 |
| 089033 | Rajapakse, Chula | 8 | 7 | 15 |
| 089034 | Radominski, Sebastiao | 40 | 40 | 80 |

/MK-0966/CSR/RC2676.DOC APPROVED

20-Jan-2000

MRK-AFV0451542

MK-0966 Prot. No. 088/089
VIGOR

-70-

6.1   Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 089035 | Souza, Branca | 22 | 22 | 44 |
| 089036 | Brenol, Joao | 26 | 26 | 52 |
| 089037 | Yeap, Swan Sim | 9 | 9 | 18 |
| 089038 | Ganbitz, Markus | 6 | 5 | 11 |
| 089039 | Gromnica-Ihle, Erika | 11 | 11 | 22 |
| 089040 | Haentzschel, Holm | 4 | 4 | 8 |
| 089041 | Hein, Gert | 4 | 4 | 8 |
| 089042 | Keysser, Martin | 7 | 6 | 13 |
| 089043 | Kurthen, Reiner | 12 | 12 | 24 |
| 089044 | Lang, Bernhard | 7 | 6 | 13 |
| 089045 | Mielke, Frank | 10 | 10 | 20 |
| 089046 | Richter, Constanze | 4 | 3 | 7 |
| 089047 | Schneider, Matthias | 2 | 2 | 4 |
| 089048 | Schattenkirchner, Manfred | 13 | 14 | 27 |
| 089049 | Waldorf-Bolten, Elisabeth | 12 | 12 | 24 |
| 089050 | Wassenberg, Siegfried | 18 | 16 | 34 |
| 089051 | Anderson, Ingram | 9 | 8 | 17 |
| 089052 | Gotlieb, David | 6 | 6 | 12 |
| 089053 | Jacovides, Andrew | 3 | 2 | 5 |
| 089054 | Lubbe, Andre | 16 | 16 | 32 |
| 089055 | Mody, Girish | 9 | 10 | 19 |
| 089056 | Tikly, Mohammed | 12 | 12 | 24 |
| 089057 | Bell, Mary | 3 | 2 | 5 |
| 089058 | Camerlain, Monique | 11 | 11 | 22 |
| 089059 | Karsh, Jacob | 8 | 7 | 15 |
| 089060 | Hanly, John | 8 | 7 | 15 |
| 089061 | Beaulieu, Andre | 9 | 8 | 17 |
| 089062 | Atkinson, Martin | 10 | 10 | 20 |
| 089063 | Patel, Piyush | 14 | 14 | 28 |
| 089064 | Hakala, Markku | 9 | 8 | 17 |
| 089065 | Hannonen, Pekka | 11 | 11 | 22 |
| 089066 | Helve, Tapani | 20 | 19 | 39 |
| 089067 | Nissila, Martti | 7 | 8 | 15 |

/MK-0966/CSR/RC2676.DOC  APPROVED                                              20-Jun-2000

MRK-AFV0451543

MK-0966 Prot. No. 088/089
VIGOR

-71-

## 6.1  Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 089069 | Rosner, Itzhak | 26 | 26 | 52 |
| 089070 | Nahir, Menachem | 28 | 28 | 56 |
| 089071 | Buskila, Dan | 8 | 8 | 16 |
| 089072 | Borges, Claudia | 48 | 48 | 96 |
| 089073 | Lima, Francisco | 24 | 24 | 48 |
| 089074 | Barria, Luis | 16 | 15 | 31 |
| 089076 | Cocco, Jose | 40 | 40 | 80 |
| 089077 | DiGiorgio, Eduardo | 50 | 50 | 100 |
| 089078 | Strusberg, Alberto | 50 | 50 | 100 |
| 089079 | Messina, Osvaldo | 39 | 40 | 79 |
| 089080 | Laborde, Hugo | 25 | 25 | 50 |
| 089081 | Konecna, Leona | 14 | 14 | 28 |
| 089082 | Pavelka, Karel | 33 | 33 | 66 |
| 089083 | Zahora, Roman | 14 | 14 | 28 |
| 089084 | Sedlackova, Marie | 10 | 10 | 20 |
| 089085 | Vitova, Jirina | 8 | 7 | 15 |
| 089086 | Brzezicki, Jan | 20 | 20 | 40 |
| 089087 | Konieczna, Bozena | 11 | 11 | 22 |
| 089088 | Szczepanski, Leszek | 30 | 30 | 60 |
| 089089 | Szechinski, Jacek | 5 | 6 | 11 |
| 089090 | Gaweda, Jozef | 18 | 18 | 36 |
| 089091 | Pazdur, Jacek | 2 | 2 | 4 |
| 089092 | Badurski, Janusz | 16 | 16 | 32 |
| 089093 | Gluszko, Piotr | 8 | 8 | 16 |
| 089094 | Fiedorowicz-Fabrycy, Irena | 10 | 9 | 19 |
| 089095 | Mackiewicz, Stefan | 8 | 8 | 16 |
| 089096 | Bykowska, Malgorzata | 9 | 10 | 19 |
| 089097 | Hidalgo, Arquimedes | 37 | 36 | 73 |
| 089098 | Kvien, Tore | 28 | 25 | 53 |
| 089099 | Sidenvall, Goran | 13 | 13 | 26 |
| 089100 | Kaufmann, Cecilie | 13 | 12 | 25 |
| 089101 | Rosal, Erick | 29 | 30 | 59 |
| 089102 | Helgeveit, Knut | 21 | 21 | 42 |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451544

Case 2:05-md-01657-EEF-DEK   Document 37272-5   Filed 03/16/10   Page 94 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-23   Filed 03/01/10   Page 91 of 141

91

MK-0966 Prot. No. 088/089
VIGOR

-72-

## 6.1 Disposition of Patients (Cont.)

Table 10 (Cont.)

Number of Patients Entered by Investigator and Treatment Group

| Study Number | Investigator Name | Rofecoxib 50 mg (N=4047) | Naproxen 1000 mg. (N=4029) | Total (N=8076) |
|---|---|---|---|---|
| 089103 | Johannessen, Arild | 6 | 6 | 12 |
| 089104 | Rossebo, Berthe | 16 | 16 | 32 |
| 089105 | Mikkelsen, Knut | 24 | 24 | 48 |
| 089106 | Gulseth, Hans Kristian | 13 | 14 | 27 |
| 089107 | Pessoa, Angela | 23 | 23 | 46 |
| 089108 | Sharma, Shunil | 11 | 10 | 21 |
| 089109 | Day, Richard | 11 | 11 | 22 |
| 089110 | Ryan, Peter | 9 | 9 | 18 |
| 089111 | McColl, Geoffrey | 6 | 6 | 12 |
| 089112 | Bertouch, James | 6 | 6 | 12 |
| 089113 | Thorne, J. Carter | 6 | 7 | 13 |
| 089114 | Pesant, Yves | 8 | 8 | 16 |
| 089115 | Siminovitch, Katherine | 5 | 5 | 10 |
| 089116 | Verdejo, Alfonso | 12 | 11 | 23 |
| 089117 | Anastassiades, Tassos | 9 | 8 | 17 |
| 089118 | Canvin, J.M.G. | 4 | 4 | 8 |
| 089119 | Cohen, Martin | 5 | 5 | 10 |
| 089120 | Pruzanski, Waldemar | 12 | 12 | 24 |
| 089121 | Inman, Robert | 7 | 8 | 15 |
| 089122 | McCarthy, Timothy | 14 | 14 | 28 |
| 089123 | Olszynski, Wojciech | 8 | 6 | 14 |
| 089124 | Bosi-Ferraz, Marcos | 16 | 16 | 32 |
| 089125 | Bonfiglioli, Rubens | 14 | 14 | 28 |
| 089126 | Knudsrod, Ole | 8 | 8 | 16 |
| 089127 | Moreira, Caio | 20 | 20 | 40 |
| 089128 | Sorensen, Helmut | 3 | 4 | 7 |
| 089129 | Muller-Ladner, Ulf | 1 | 1 | 2 |
| 089130 | Alten, Rieke | 11 | 10 | 21 |

Data Source: [3.4; 3.7; 4.6]

MRK-AFV0451545

MK-0966 Prot. No. 088/089
VIGOR

-73-

### 6.1  Disposition of Patients (Cont.)

Nine thousand five hundred and thirty-nine patients were screened for the study,
8076 patients were enrolled, and 1463 were considered screen failures. The most
common reasons for screen failures were a history of any illness or significant
abnormalities on prestudy clinical or laboratory evaluation that would
contraindicate a 1- to 2-year course of therapy with an NSAID such as naproxen
(16.8%) and positive result for the fecal occult blood screening test at baseline
(13.9%) [4.19].

Of the 8076 patients enrolled at the Randomization Visit (Visit 2.0), 5742 (71.1%)
completed the study. Two thousand eight hundred and sixty-two (70.7%) and 2880
(71.5%), patients in the 50-mg rofecoxib group and 1000-mg naproxen group,
respectively, completed the study. Six hundred and sixty-seven (16.5%) and 648
(16.1%), patients in the 50-mg rofecoxib group and 1000-mg naproxen groups,
respectively, discontinued the study due to adverse experiences (clinical and
laboratory adverse experiences combined) (Table 11). The rates of discontinuation
for each specific reason (i.e., adverse experience, lack of efficacy, protocol
deviation) was similar between treatment groups.

Table 11

Patient Accounting

| | Rofecoxib 50 mg | | Naproxen 1000 mg | | Total | |
|---|---|---|---|---|---|---|
| | n (%) | | n (%) | | n (%) | |
| TOTAL PATIENTS | 4047 | (100.0) | 4029 | (100.0) | 8076 | (100.0) |
| COMPLETED TRIAL | 2862 | (70.7) | 2880 | (71.5) | 5742 | (71.1) |
| | | | | | | |
| DISCONTINUED TRIAL | 1185 | (29.3) | 1149 | (28.5) | 2334 | (28.9) |
| Clinical adverse experience | 645 | (15.9) | 636 | (15.8) | 1281 | (15.9) |
| Laboratory adverse experience | 22 | (0.5) | 12 | (0.3) | 34 | (0.4) |
| Lack efficacy | 256 | (6.3) | 263 | (6.5) | 519 | (6.4) |
| Lost to follow-up | 6 | (0.1) | 4 | (0.1) | 10 | (0.1) |
| Patient discontinued for other | 27 | (0.7) | 30 | (0.7) | 57 | (0.7) |
| Patient moved | 17 | (0.4) | 16 | (0.4) | 33 | (0.4) |
| Patient withdrew consent | 138 | (3.4) | 130 | (3.2) | 268 | (3.3) |
| Protocol deviation | 74 | (1.8) | 58 | (1.4) | 132 | (1.6) |

Data Source: [4.7]

MK-0966 Prot. No. 088/089
VIGOR

-74-

6.1  **Disposition of Patients** (Cont.)

The median duration of time in the study was 9.0 months for both treatment groups (Table 12). The minimum duration of treatment for patients who completed the study was 7 months. Table 13 shows the number of patients remaining in the study at different time points by treatment group.  See Table 12, Table 13, and Section 7.1.6.1 for further information.

Table 12

Time in Study[†]

| Cohort | Treatment Group | Duration of Follow-Up (Months) | | | | | |
|---|---|---|---|---|---|---|---|
| | | N | Mean | SD | Median | Range | Inter-Quartile Range |
| Overall | Rofecoxib | 4047 | 8.0 | 3.1 | 9.0 | 0.5 to 13.0 | 7.5 to 10.1 |
| | Naproxen | 4029 | 8.0 | 3.1 | 9.0 | 0.5 to 12.7 | 7.6 to 10.1 |
| | Total | 8076 | 8.0 | 3.1 | 9.0 | 0.5 to 13.0 | 7.6 to 10.1 |
| U.S. | Rofecoxib | 1748 | 7.5 | 3.6 | 8.5 | 0.5 to 13.0 | 4.4 to 10.3 |
| | Naproxen | 1750 | 7.5 | 3.5 | 8.5 | 0.5 to 12.7 | 4.4 to 10.3 |
| | Total | 3498 | 7.5 | 3.6 | 8.5 | 0.5 to 13.0 | 4.4 to 10.3 |
| Multi-national | Rofecoxib | 2299 | 8.4 | 2.7 | 9.2 | 0.5 to 12.3 | 8.0 to 10.0 |
| | Naproxen | 2279 | 8.4 | 2.6 | 9.2 | 0.5 to 12.2 | 8.1 to 10.0 |
| | Total | 4578 | 8.4 | 2.7 | 9.2 | 0.5 to 12.3 | 8.0 to 10.0 |
| [†] Up to 14 days past discontinuation. | | | | | | | |

Data Source:  [4.8]

MRK-AFV0451547

94

MK-0966 Prot. No. 088/089
VIGOR

-75-

### 6.1 Disposition of Patients (Cont.)

Table 13

Number of Patients in the Study at Different Time Points[†]

|  | Rofecoxib (N=4047) | Naproxen (N=4029) | Total (N=8076) |
|---|---|---|---|
| Month | n (%) | n (%) | n (%) |
| 2 | 3645 (90.1) | 3647 (90.5) | 7292 (90.3) |
| 4 | 3407 (84.2) | 3395 (84.3) | 6802 (84.2) |
| 6 | 3181 (78.6) | 3173 (78.8) | 6354 (78.7) |
| 8 | 2806 (69.3) | 2800 (69.5) | 5606 (69.4) |
| 9 | 2026 (50.1) | 2039 (50.6) | 4065 (50.3) |
| 10 | 1072 (26.5) | 1074 (26.7) | 2146 (26.6) |
| 11 | 440 (10.9) | 432 (10.7) | 872 (10.8) |
| 12 | 57 (1.4) | 60 (1.5) | 117 (1.4) |

[†] The number of patients at each time point indicated represents the number of patients completing the previous time point and at risk at the beginning of the indicated time period.
Duration of observation includes 14 days past date of discontinuation.
Data Source: [4.8]

### 6.2 Protocol Deviations

All patients who violated the protocol in predefined, significant ways were excluded from the per-protocol analysis of the gastrointestinal safety endpoints. See Section 6.4.2 for further information.

### 6.3 Patients Whose Treatment Was Prematurely Unblinded

Nine patient(s) were unblinded from treatment prematurely at the study site [4.16]. Four patients were allocated to the 50-mg rofecoxib group and 5 patients were allocated to the 1000-mg naproxen group. Safety concerns were cited by the investigator as the reason for the unblinding. Instructions were given to the investigators to ensure that field monitors and in-house staff remained blinded to patient treatment groups.

MRK-AFV0451548

MK-0966 Prot. No. 088/089
VIGOR

-76-

## 6.4 Data Sets Analyzed

The percent of patients with evaluable data and the reasons for data exclusion were
similar between treatment groups. Patients excluded from per-protocol analyses,
and the reasons for exclusion are in [4.1]. PUB events that were excluded from a
sensitivity analysis due to confounding etiologies and the reason for exclusion can
be found in [4.2].

### 6.4.1 All-Patients-Randomized Approach

Because analysis of gastrointestinal safety endpoints used survival analytic
techniques wherein all patients contributed information for their duration of
observation, no patients were excluded in the APR approach. The primary
analyses were based on the APR population, i.e., all patients randomized were
included based on their randomized treatment assignment. The primary time
frame for the analysis of the PUB incidence included a 14-day
postdiscontinuation follow-up period for those patients discontinuing the trial
prematurely.

For the efficacy endpoints, patient and investigator global assessment of disease
activity and modified HAQ, patients were excluded from analysis if baseline or
all on-treatment study data for that particular endpoint were missing.

### 6.4.2 Per-Protocol Approach

Patients were excluded from the primary endpoint analyses in the per-protocol
approach (Table 14) if they had any prespecified significant protocol violation
[Section 5.7.3.1.2].

A listing of patients excluded from the per-protocol analysis of the primary
endpoint is in [4.1].

MRK-AFV0451549

Case 2:05-md-01657-EEF-DEK Document 33764-23 Filed 03/01/10 Page 9 of 14

96

MK-0966 Prot. No. 088/089
VIGOR

-77-

### 6.4 Data Sets Analyzed (Cont.)

Table 14

Patient Accounting for Per-Protocol Exclusions

| Patient Accounting | Rofecoxib n (%) | | Naproxen n (%) | | Total n (%) | |
|---|---|---|---|---|---|---|
| All patients randomized | 4047 | (100.0) | 4029 | (100.0) | 8076 | (100.0) |
| Patients excluded from per-protocol analysis[†] | 73 | (1.8) | 78 | (1.9) | 151 | (1.9) |
| <75% compliant | 24 | (0.6) | 38 | (0.9) | 62 | (0.8) |
| Evidence of GI bleeding at entry | 2 | (0.0) | 6 | (0.1) | 8 | (0.1) |
| NSAIDs/aspirin ≥10% of time on study | 27 | (0.7) | 13 | (0.3) | 40 | (0.5) |
| Events in first 2 days in patients taking NSAIDS/aspirin pre-study | 2 | (0.0) | 0 | (0.0) | 2 | (0.0) |
| Certain GI escape medications >30 days continuously or >60 days total | 8 | (0.2) | 22 | (0.5) | 30 | (0.4) |
| Events discovered from evaluations for conditions present at baseline | 2 | (0.0) | 2 | (0.0) | 4 | (0.0) |
| History of major upper GI surgery | 10 | (0.2) | 5 | (0.1) | 15 | (0.2) |

[†] Patients could have met several criteria and are counted in each relevant row.

Data Source: [4.1]

### 6.4.3 Sensitivity Analysis Excluding PUBs With Confounding Etiology

PUB events were excluded from the primary endpoint analyses in a sensitivity analysis (Table 15) if the event had any prespecified confounding etiology [Section 5.7.3.6.3].

A listing of patients with PUB events excluded from this sensitivity analysis of the primary endpoint is in [4.2].

MRK-AFV0451550

Case 2:05-md-01657-EEF-DEK   Document 35764-23   Filed 03/04/10   Page 97 of 44

MK-0966 Prot. No. 088/089
VIGOR

-78-

## 6.4   Data Sets Analyzed (Cont.)

Table 15

Patient Accounting for Sensitivity Analysis Excluding PUBs
With Confounding Etiologies

| Patient Accounting | Rofecoxib | | Naproxen | | Total | |
|---|---|---|---|---|---|---|
| All patients randomized | 4047 | (100.0) | 4029 | (100.0) | 8076 | (100.0) |
| PUB events censored in sensitivity analysis[†] | 7 | (0.2) | 4 | (0.1) | 11 | (0.1) |
| Events discovered from work ups for conditions present at baseline | 2 | (0.0) | 2 | (0.0) | 4 | (0.0) |
| Events in patients taking NSAIDS/aspirin/antithrombotics for 2+ days within 14 days of event date | 6 | (0.1) | 3 | (0.1) | 9 | (0.1) |

[†] Patients could have met several criteria and are counted in each relevant row.
Data Source: [4.2]

## 6.5   Demographic and Other Baseline Characteristics

### 6.5.1   Baseline Characteristics

Baseline characteristics by treatment group are in Table 16 and Table 17.
Characteristics by study region, U.S. and multinational, are in Section 12.1.

Of the 8076 randomized patients, 79.7% were females and 20.3% were males.
The majority of the study sample was White (68.2%) with the remaining 31.8%
having other racial backgrounds (Table 17).

Ages ranged from 34 to 89 years. The mean patient age (at enrollment) was 58.1
years. Over 25% of the patients were ≥65 years of age and 5.1% were ≥75 years
of age (Table 16 and Table 17).

Height ranged from 115.0 to 203.2 cm; mean height was 161.8. Weight ranged
from 31.0 to 193.2 kg, and the mean weight was 72.1 kg (Table 17).

The mean duration of RA was 10.8 years, and ranged from 0 to 69 years. The
majority (54.0%) were classified as American Rheumatism Association (ARA)
Class II, with 23% classified as ARA Class III. Fifty-six percent of patients took

MRK-AFV0451551

Case 2:05-md-01657-EEF-DEK   Document 35764-23   Filed 03/04/10   Page 18 of 44

98

MK-0966 Prot. No. 088/089
VIGOR

-79-

## 6.5   Demographic and Other Baseline Characteristics (Cont.)

systemic corticosteroids at the time of study entry, 56.1% were on methotrexate
and 45.5% were on other DMARDs for the treatment of rheumatoid arthritis
(Table 17).

Prior history of a clinical upper GI event (gastroduodenal perforation, obstruction,
ulcer, or upper GI bleeding) was reported by 7.8% of patients. Antibodies to
*H. pylori* were present at baseline in 42.7% of patients (Table 16).

There were no clinically meaningful differences between the treatment groups for
any characteristics including age, ARA class, use of corticosteroids and prior
history of PUBs. Patients who were screened for the study but not randomized
had baseline characteristics similar to randomized patients [4.5; 4.15; 4.19].

Table 16

Baseline Patient Characteristics by Treatment Group (Continuous Variables)

| Treatment Group | N | Mean (SD) | | Median | Range |
|---|---|---|---|---|---|
| **Age (Years)** | | | | | |
| Rofecoxib | 4047 | 58.0 | (9.5) | 58.0 | 34.0 to 88.0 |
| Naproxen | 4029 | 58.2 | (9.6) | 58.0 | 37.0 to 89.0 |
| Total | 8076 | 58.1 | (9.5) | 58.0 | 34.0 to 89.0 |
| **Weight (kg)** | | | | | |
| Rofecoxib | 4045 | 72.2 | (17.7) | 69.5 | 31.0 to 193.2 |
| Naproxen | 4027 | 71.9 | (17.0) | 69.7 | 35.0 to 150.6 |
| Total | 8072 | 72.1 | (17.3) | 69.6 | 31.0 to 193.2 |
| **Height (cm)** | | | | | |
| Rofecoxib | 4026 | 161.8 | (10.2) | 161.0 | 115.0 to 203.2 |
| Naproxen | 4010 | 161.8 | (10.0) | 161.0 | 126.0 to 195.6 |
| Total | 8036 | 161.8 | (10.1) | 161.0 | 115.0 to 203.2 |
| **Duration of Rheumatoid Arthritis (Years)** | | | | | |
| Rofecoxib | 4043 | 10.9 | (9.6) | 8.0 | 0.0 to 69.0 |
| Naproxen | 4024 | 10.7 | (9.4) | 8.0 | 0.0 to 61.0 |
| Total | 8067 | 10.8 | (9.5) | 8.0 | 0.0 to 69.0 |

Data Source:  [4.6; 4.10]

MRK-AFV0451552

99

MK-0966 Prot. No. 088/089
VIGOR

-80-

### 6.5  Demographic and Other Baseline Characteristics (Cont.)

Table 17

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline Demographics | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Total (N=8076) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Gender** | | | | | | |
| Female | 3223 | (79.6) | 3215 | (79.8) | 6438 | (79.7) |
| Male | 824 | (20.4) | 814 | (20.2) | 1638 | (20.3) |
| **Ethnic Group** | | | | | | |
| White | 2761 | (68.2) | 2750 | (68.3) | 5511 | (68.2) |
| Black | 207 | (5.1) | 202 | (5.0) | 409 | (5.1) |
| Asian | 101 | (2.5) | 85 | (2.1) | 186 | (2.3) |
| Hispanic | 501 | (12.4) | 516 | (12.8) | 1017 | (12.6) |
| Multi-racial | 464 | (11.5) | 466 | (11.6) | 930 | (11.5) |
| Other | 13 | (0.3) | 10 | (0.2) | 23 | (0.3) |
| **Study Region** | | | | | | |
| U.S. | 1748 | (43.2) | 1750 | (43.4) | 3498 | (43.3) |
| Multinational | 2299 | (56.8) | 2279 | (56.6) | 4578 | (56.7) |
| **Age Group** | | | | | | |
| <40 | 10 | (0.2) | 11 | (0.3) | 21 | (0.3) |
| 40-54 | 1521 | (37.6) | 1527 | (37.9) | 3048 | (37.7) |
| 55-64 | 1519 | (37.5) | 1421 | (35.3) | 2940 | (36.4) |
| 65-74 | 800 | (19.8) | 857 | (21.3) | 1657 | (20.5) |
| 75+ | 197 | (4.9) | 213 | (5.3) | 410 | (5.1) |
| **Prior History of PUBs** | | | | | | |
| Yes | 314 | (7.8) | 316 | (7.8) | 630 | (7.8) |
| No | 3733 | (92.2) | 3713 | (92.2) | 7446 | (92.2) |
| **ARA Status [1.1.12]** | | | | | | |
| I | 881 | (21.8) | 830 | (20.6) | 1711 | (21.2) |
| II | 2160 | (53.4) | 2199 | (54.6) | 4359 | (54.0) |
| III | 928 | (22.9) | 932 | (23.1) | 1860 | (23.0) |
| IV | 78 | (1.9) | 68 | (1.7) | 146 | (1.8) |

/MK-0966/CSR/RC2676.DOC  APPROVED                                        20-Jan-2000

MRK-AFV0451553

Case 2:05-md-01657-EEF-DEK   Document 37379-53   Filed 03/16/10   Page 103 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-23   Filed 03/04/10   Page 20 of 44

100

MK-0966 Prot. No. 088/089
VIGOR

-81-

## 6.5 Demographic and Other Baseline Characteristics (Cont.)

Table 17 (Cont.)

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline Demographics | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Total (N=8076) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| **Treatment for Rheumatoid Arthritis at Study Entry** | | | | | | |
| Corticosteroids | 2260 | (55.8) | 2263 | (56.2) | 4523 | (56.0) |
| Methotrexate | 2263 | (55.9) | 2269 | (56.3) | 4532 | (56.1) |
| Other DMARDs[†] | 1847 | (45.6) | 1826 | (45.3) | 3673 | (45.5) |
| **History of Cardiac Disease** | | | | | | |
| Yes | 1884 | (46.6) | 1838 | (45.6) | 3722 | (46.1) |
| No | 2163 | (53.4) | 2191 | (54.4) | 4354 | (53.9) |
| **Smoking Status** | | | | | | |
| Unknown | 1 | (0.0) | 0 | (0.0) | 1 | (0.0) |
| Never Smoked | 2128 | (52.6) | 2150 | (53.4) | 4278 | (53.0) |
| Ex-Smoker | 1128 | (27.9) | 1100 | (27.3) | 2228 | (27.6) |
| Current Smoker | 790 | (19.5) | 779 | (19.3) | 1569 | (19.4) |
| **Number Cigarettes/24 Hours** | | | | | | |
| <11/day | 404 | (51.1) | 409 | (52.5) | 813 | (51.8) |
| 11 to 20/day | 271 | (34.3) | 252 | (32.3) | 523 | (33.3) |
| >20/day | 115 | (14.6) | 118 | (15.1) | 233 | (14.9) |
| **Number of Alcoholic Drinks Per Week** | | | | | | |
| Unknown | 0 | (0.0) | 1 | (0.0) | 1 | (0.0) |
| None | 2994 | (74.0) | 2984 | (74.1) | 5978 | (74.0) |
| 1 to 4 | 866 | (21.4) | 864 | (21.4) | 1730 | (21.4) |
| 5 to 7 | 101 | (2.5) | 88 | (2.2) | 189 | (2.3) |
| 8 to 10 | 54 | (1.3) | 56 | (1.4) | 110 | (1.4) |
| >10 | 32 | (0.8) | 36 | (0.9) | 68 | (0.8) |

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451554

MK-0966 Prot. No. 088/089
VIGOR

-82-

## 6.5   Demographic and Other Baseline Characteristics (Cont.)

### Table 17 (Cont.)

Baseline Patient Characteristics by Treatment Group (Categorical Variables)

| Baseline Demographics | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Total (N=8076) | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | n | (%) |
| *Helicobacter Pylori* Serological Status[‡] | | | | | | |
| Unknown | 63 | (1.6) | 57 | (1.4) | 120 | (1.5) |
| Negative | 2244 | (55.4) | 2260 | (56.1) | 4504 | (55.8) |
| Positive | 1740 | (43.0) | 1712 | (42.5) | 3452 | (42.7) |

[†]   DMARDs=Disease   Modifying   Anti-Rheumatoid   Drugs   (excluding   corticosteroids   and
methotrexate).
[‡]   Serology was measured by the HM-CAP™ method. Values ≤100 were considered negative.
Data Source: [4.4; 4.5; 4.6; 4.9; 4.10; 4.13; 4.15]

## 6.5.2   Baseline Values for Clinical Efficacy Endpoints

Baseline (i.e., Randomization Visit) values for the clinical efficacy endpoints are
summarized in Table 18.  There were no important differences between treatment
groups in mean baseline values (last measurement prior to randomization) for any
endpoint.

/MK-0966/CSR/RC2676.DOC  APPROVED

20-Jun-2000

MRK-AFV0451555

MK-0966 Prot. No. 088/089
VIGOR

-83-

## 6.5 Demographic and Other Baseline Characteristics (Cont.)

Table 18

Baseline Global Assessments of Disease Activity and HAQ

| Treatment Group | N | Mean (SD) | Median | Range |
|---|---|---|---|---|
| **Patient's Global Assessment** | | | | |
| Rofecoxib | 4047 | 2.0 (0.9) | 2.0 | 0.0 to 4.0 |
| Naproxen | 4025 | 2.0 (0.9) | 2.0 | 0.0 to 4.0 |
| Total | 8072 | 2.0 (0.9) | 2.0 | 0.0 to 4.0 |
| **Investigator's Global Assessment** | | | | |
| Rofecoxib | 4026 | 1.9 (0.8) | 2.0 | 0.0 to 4.0 |
| Naproxen | 4010 | 1.9 (0.8) | 2.0 | 0.0 to 4.0 |
| Total | 8036 | 1.9 (0.8) | 2.0 | 0.0 to 4.0 |
| **Modified HAQ (Protocol 088 Only)** | | | | |
| Rofecoxib | 1735 | 0.6 (0.5) | 0.5 | 0.0 to 2.4 |
| Naproxen | 1732 | 0.6 (0.5) | 0.5 | 0.0 to 2.6 |
| Total | 3467 | 0.6 (0.5) | 0.5 | 0.0 to 2.6 |

Data Source: [3.3; 4.15]

### 6.5.3 Secondary Diagnoses

At least 1 secondary diagnosis was present in 7799 (96.6%) of the 8076 randomized patients. A table reporting the incidence of patients with secondary diagnoses by broader term and treatment group is in Section 12.4. Clinically important differences in secondary diagnoses were not seen among treatment groups. The most common secondary diagnoses were postmenopausal status, hypertension, drug allergy, osteoporosis, hypothyroidism, and anemia. Hypertension was reported in 29.5 and 28.4% of patients in the rofecoxib and naproxen treatment groups, respectively. Anemia was reported in 9.0 and 7.5% of patients in the rofecoxib and naproxen treatment groups, respectively.

Table 19 shows the number and percent of patients with secondary diagnoses related to PUBs. A previous history of a PUB was reported in 7.8% of patients in each treatment group.

MK-0966 Prot. No. 088/089
VIGOR

-84-

### 6.5  Demographic and Other Baseline Characteristics (Cont.)

Table 19

Number (%) of Patients With Secondary Diagnoses of Clinical Upper GI Events
(PUBs) (Gastroduodenal Perforation, Obstruction, Ulcer, and Upper
Gastrointestinal Bleed)

| | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) | Total (N=8076) n (%) |
|---|---|---|---|
| **Prior History of Clinical Upper GI Event (PUB) (Total)** | **314 (7.8)** | **316 (7.8)** | **630 (7.8)** |
| **Gastroduodenal Ulcer** | **287 (7.1)** | **289 (7.2)** | **576 (7.1)** |
| Gastric Ulcer | 163 (4.0) | 157 (3.9) | 320 (4.0) |
| Duodenal Ulcer | 104 (2.6) | 110 (2.7) | 214 (2.7) |
| Peptic Ulcer[†] | 29 (0.7) | 37 (0.9) | 66 (0.8) |
| Associated Perforation | 18 (0.4) | 17 (0.4) | 35 (0.4) |
| Associated Obstruction | 2 (0.1) | 6 (0.2) | 8 (0.1) |
| **Upper GI Bleed** | **91 (2.3)** | **93 (2.3)** | **184 (2.3)** |

[†] Exact location unknown.
Patients may appear in more than 1 row but are counted only once in each relevant row.
Data Source: [4.15]

### 6.5.4  Prior Drug Therapies

Of the 8076 randomized patients, 8065 (99.9%) took at least 1 medication from
30 days prior to the Screening Visit to the day before the Randomization Visit.

Table 12.5-1 summarizing specific prior therapies by drug category and treatment
can be found in Section 12.5. Drugs were classified using a modification of
Guidelines for Anatomical Therapeutic Chemical (ATC) Classification [3.10].
Each anatomic grouping (e.g., Blood and Blood Forming Organs) is subdivided
into therapeutic categories (e.g., Serum-Lipid-Reducing Agent), followed by the
generic drug name (e.g., simvastatin). Classification has been modified such that
route of administration is unspecified. (Categories do not reflect the actual
indication for which a patient took an agent.) Patients were counted more than
once if they took therapy in more than 1 category but only once if they took more

MRK-AFV0451557

Case 2:05-md-01657-EEF-DEK   Document 37379-53   Filed 03/16/10   Page 107 of 124
Case 2:05-md-01657-EEF-DEK   Document 35764-23   Filed 03/04/10   Page 24 of 44

104

MK-0966 Prot. No. 088/089
VIGOR

-85-

## 6.5    Demographic and Other Baseline Characteristics (Cont.)

than 1 drug within a specific category.    NSAIDs are classified as
anti-inflammatory and antirheumatic products under Musculoskeletal System or
as analgesics under Nervous System (depending on the specific agent).  Aspirin,
including low-dose aspirin, is classified as an analgesic under Nervous System.

Overall, the most commonly used prior therapies were methotrexate, prednisone,
folic acid, and acetaminophen (Table 17 and Section 12.5)  In addition to
methotrexate and prednisone, the most commonly used therapies for the treatment
of rheumatoid arthritis were sulfasalazine, chloroquine, and hydroxychloroquine.

Six thousand six hundred and fifty-two (82.4%) patients used NSAIDs prior to
starting the study (Table 20).  As expected, the most commonly used NSAID
prior to study entry  was naproxen, followed by diclofenac sodium and ibuprofen.
One thousand five hundred and nine patients (18.7%) used naproxen or naproxen
sodium.  The most commonly used dose of naproxen was 1000 mg/day; however
a small percentage reported daily doses greater than 1000 mg/day [4.5].

Eight hundred and ninety-two patients (11.0%) were taking GI co-medications
including proton pump inhibitors, misoprostol, sucralfate, and $H_2$ antagonists
prior to entering the study (Table 20).

There were no clinically meaningful differences between treatment groups in
frequency or type of prior drug therapies (Table 20 and Section 12.5).

MRK-AFV0451558

MK-0966 Prot. No. 088/089
VIGOR

-86-

## 6.5   Demographic and Other Baseline Characteristics (Cont.)

Table 20

Types of Prior Drug Therapies

| Drug Therapies | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) | Total (N=8076) n (%) |
|---|---|---|---|
| NSAID use for any reason | 3321 (82.1) | 3331 (82.7) | 6652 (82.4) |
| NSAID use for RA | 3284 (81.1) | 3294 (81.8) | 6578 (81.5) |
| GI Co-Medications | 466 (11.5) | 426 (10.6) | 892 (11.0) |
| Cimetidine | 38 (0.9) | 50 (1.2) | 88 (1.1) |
| Famotidine | 95 (2.3) | 89 (2.2) | 184 (2.3) |
| Lansoprazole | 8 (0.2) | 9 (0.2) | 17 (0.2) |
| Misoprostol | 20 (0.5) | 12 (0.3) | 32 (0.4) |
| Nizatidine | 8 (0.2) | 8 (0.2) | 16 (0.2) |
| Omeprazole | 28 (0.7) | 31 (0.8) | 59 (0.7) |
| Pantoprazole Sodium Salt | 1 (0.0) | 0 (0.0) | 1 (0.0) |
| Ranitidine | 126 (3.1) | 99 (2.5) | 225 (2.8) |
| Ranitidine Hydrochloride | 123 (3.0) | 104 (2.6) | 227 (2.8) |
| Sucralfate | 3 (0.1) | 0 (0.0) | 3 (0.0) |
| Diclofenac Sodium (+) Misoprostol | 31 (0.8) | 28 (0.7) | 59 (0.7) |

Patients may appear in more than 1 row but are counted only once in each relevant row.
Data Source: [4.5]

## 6.5.5   Concomitant Therapies

Of the 8076 randomized patients, 8025 (99.4%) were treated with at least
1 concomitant medication during the study.

Table 12.6-1 summarizing specific concomitant therapies by drug category can be
found in Section 12.6. Drugs were classified using a modification of Guidelines
for Anatomical Therapeutic Chemical (ATC) Classification [3.10]. Each
anatomic grouping (e.g., Blood and Blood Forming Organs) is subdivided into
therapeutic categories (e.g., Serum-Lipid-Reducing Agent), followed by the
generic drug name (e.g., simvastatin). Categories do not reflect the actual
indication for which a patient took an agent, and classifications were modified
such that route of administration is unspecified. Patients were counted more than

MRK-AFV0451559

Case 2:05-md-01657-EEF-DEK    Document 37379-53    Filed 03/16/10    Page 109 of 124
Case 2:05-md-01657-EEF-DEK    Document 35764-23    Filed 03/04/10    Page 26 of 44

106

MK-0966 Prot. No. 088/089
VIGOR

-87-

## 6.5   Demographic and Other Baseline Characteristics (Cont.)

once if they took therapy in more than 1 category but only once if they took more
than 1 drug within a specific category.   NSAIDs are classified as
anti-inflammatory and antirheumatic products under Musculoskeletal System or
as analgesics under Nervous System (depending on the specific agent).  Aspirin,
including low-dose aspirin, is classified as an analgesic under Nervous System.

Overall, the most commonly used concomitant therapies were methotrexate,
prednisone, folic acid, and acetaminophen [4.5]. There were no clinically
meaningful differences between treatment groups in frequency or type of
concomitant drug therapies.

## 6.6   Measurements of Treatment Compliance

Treatment compliance (to active drug) was similar between treatment groups.  Four
thousand and twenty-three (99.4%) and 3991 (99.1%) of patients in the rofecoxib
and naproxen groups, respectively, had a treatment compliance of ≥75%.
Compliance was assessed by the percentage of missed doses of the active drug:
100% multiplied by (number of tablets supposed to be taken minus number of
missed doses) divided by number of tablets supposed to be taken [4.8].

## 7.   GASTROINTESTINAL ENDPOINTS

A total of 208 patients with potential PUB events were adjudicated [4.15].  Sixteen
events that occurred more than 14 days after discontinuation of study therapy were
excluded from the primary analysis as prespecified by the DAP (Table 21)
(Allocation Numbers [AN] 0663, 0225, 2574, 3312, 1574, 2960, 3354, 0301, 0304,
3525, 4040, 6646, 6184, 5103, 7854, 5808).  Events which occurred more than
14 days after the last dose of study therapy were included in sensitivity analyses
(Section 7.1.6.2).  One patient had an event prior to taking the first dose of study
drug (AN 1475, naproxen 1000 mg).  This patient was not included in any of the
analyses as the prespecified rules stated that "randomization" is considered the time
of the first dose of study therapy.  Therefore, 191 PUB patients were eligible for the
primary analyses:   177 patients had confirmed events, 13 were unconfirmed and
1 was classified as "not an upper GI event" (AN 5866, naproxen 1000 mg).
AN 5866 was a 54-year-old female who presented to the investigator with new onset
of epigastric pain and nausea.  The patient was referred for GI evaluation and EGD
revealed severe erosive gastritis.  There was no evidence of associated decrease in
serial hemoglobin and hematocrit measurements, fecal occult blood, orthostasis,
melena, or hematemesis.  Based on the source documentation, the Case Review
Committee did not feel that the patient had an upper GI event.

MRK-AFV0451560

MK-0966 Prot. No. 088/089
VIGOR

-88-

## 7.  GASTROINTESTINAL ENDPOINTS (CONT.)

### Table 21

### Summary of Eligibility of PUB Events for Primary Analysis

| | Rofecoxib (N=4047) | Naproxen (N=4029) | Total (N=8076) |
|---|---|---|---|
| | n (%) | n (%) | n (%) |
| Number of Patients With PUB Events Prior to Randomization | 0   (0.0) | 1 (<0.1) | 1 (<0.1) |
| Number of Patients with PUB Events >14 days after last dose of study therapy | 6   (0.1) | 10   (0.2) | 16   (0.2) |
| Number of Patients with PUB Events ≤14 days after last dose of study therapy | 58   (1.4) | 133   (3.3) | 191   (2.4) |
| **Total Number of Patients With Eligible PUB Events** | | | |
| Confirmed Cases | 56   (1.4) | 121   (3.0) | 177   (2.2) |
| Unconfirmed Cases | 2 (<0.1) | 11   (0.3) | 13   (0.2) |
| Not an Upper GI Event | 0   (0.0) | 1 (<0.1) | 1 (<0.1) |

Data Source: [4.8; 4.15]

Summary of results of all gastrointestinal safety endpoints (Table 22 and Figure 3) are followed by results for each individual endpoint and Kaplan-Meier plots of time to first event.

The results of the APR approach for the primary, secondary, and exploratory gastrointestinal safety endpoints are described below. Relative risks for the gastrointestinal endpoints ranged between 0.38 and 0.46 (i.e., 54 to 62% reductions in the incidence of new events for rofecoxib versus naproxen) and were significant for all endpoints ($p \le 0.005$).

For the primary endpoint, the results from the per-protocol approach corroborated those from the APR approach as did a secondary model including study region effects. Results from the per-protocol approach are in Section 7.1.4 and results for the secondary model for the primary endpoint are in Section 12.2. Sensitivity analyses are provided (Section 7.1.6.2) which further corroborate results for the primary approach.

Constancy of treatment effect over time was verified for all endpoints, i.e., the p-values for the proportionality assumption were not significant. This implies that the relative risk was constant over time and also means that absolute risk diverged over time.

MRK-AFV0451561

MK-0966 Prot. No. 088/089
VIGOR

-89-

## 7.   GASTROINTESTINAL ENDPOINTS (CONT.)

No significant interaction between treatment and any of the stratification factors in the model was observed. Therefore, the interaction terms were dropped from the final analysis model, and only the main effects, i.e., the explanatory factor of treatment and the stratification factors of prior history of PUBs and, in some cases, study region, remained.

The effect of rofecoxib compared to naproxen was generally consistent in all the subgroups examined, as evidenced by the absence of significant baseline-covariate-by-treatment interaction. Given this consistency and that baseline covariate values were generally similar across treatment groups, the baseline covariate did not impact on the estimates of relative treatment effects, except to improve precision.

MK-0966 Prot. No. 088/089
VIGOR

-90-

7. GASTROINTESTINAL ENDPOINTS (CONT.)

Table 22

Summary of Gastrointestinal Safety Endpoints

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Proportionality Assumption p-Value | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI[3] | p-Value |
| Primary-confirmed PUBs | Rofecoxib | 4047 | 56 | 2697 | 2.08 | 0.378 | 0.46 | (0.33, 0.64) | <0.001 |
| | Naproxen | 4029 | 121 | 2694 | 4.49 | | | | |
| *Secondary Endpoints* | | | | | | | | | |
| Confirmed, complicated PUBs | Rofecoxib | 4047 | 16 | 2699 | 0.59 | 0.648 | 0.43 | (0.24, 0.78) | 0.005 |
| | Naproxen | 4029 | 37 | 2698 | 1.37 | | | | |
| Confirmed and unconfirmed PUBs | Rofecoxib | 4047 | 58 | 2697 | 2.15 | 0.471 | 0.44 | (0.32, 0.60) | <0.001 |
| | Naproxen | 4029 | 152 | 2693 | 4.90 | | | | |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib | 4047 | 17 | 2699 | 0.63 | 0.739 | 0.40 | (0.23, 0.71) | 0.002 |
| | Naproxen | 4029 | 42 | 2697 | 1.56 | | | | |
| *Exploratory Endpoint* | | | | | | | | | |
| Any GI bleed | Rofecoxib | 4047 | 31 | 2698 | 1.15 | 0.707 | 0.38 | (0.25, 0.57) | <0.001 |
| | Naproxen | 4029 | 82 | 2694 | 3.04 | | | | |

[1] Patient-years at risk.
[2] Per 100 PYR.
[3] Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for confirmed and unconfirmed PUBs).
[4] 95.44% CI for primary endpoint.
Data Source: [4.3; 4.6; 4.15]

MK-0966/CSR/RC267#.DOC  APPROVED--20-Jun-2000

109

MRK-AFV0451563

MK-0966 Prot. No. 088/089
VIGOR

-91-

## 7. GASTROINTESTINAL ENDPOINTS (CONT.)

Figure 3

Relative Risk of Rofecoxib to Naproxen With 95% CI† Primary,
Secondary, and Exploratory GI Endpoints



†95.44% CI for Primary Endpoint (adjusted for interim analysis)

Data Source: [4.3; 4.15]

### 7.1 Primary Endpoint—Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)

The primary endpoint for VIGOR was time to first occurrence of a confirmed gastroduodenal perforation, symptomatic ulcer, gastric outlet obstruction or upper GI bleed (PUB). Fifty-six rofecoxib patients and 121 naproxen patients experienced 1 or more confirmed PUBs with rates of 2.08 and 4.49, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.46 (95.44% CI: 0.33, 0.64); p<0.001. The p-value and CI were adjusted for the interim analysis. The proportionality assumption was met (p=0.378) which implies constant relative risk over time. There was no evidence of

MRK-AFV0451564

MK-0966 Prot. No. 088/089
VIGOR

-92-

## 7.1   Primary Endpoint—Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs) (Cont.)

interaction between treatment and the stratification variable, prior history of PUBs (p=0.874). Further details can be found in Table 23 and Figure 4. (Definitions for adjudication of endpoints can be found in 5.5.1.5).

Visual inspection of Figure 4 reveals that the rofecoxib and naproxen curves do not separate until Week 4. Eighty-three percent of patients were taking NSAIDs at the time of screening for the study and only a 3-day washout of prior NSAIDs was required prior to randomization. Thus, some of the early events may be attributable to prior NSAID use.

The results from the per-protocol approach corroborated those from the APR approach as did a secondary model including study region effects. Results from the per-protocol approach are in Section 7.1.4, and results for the secondary model for the primary endpoint are in Section 12.2.

A breakdown of the types (gastroduodenal perforations, gastric ulcers, duodenal ulcers, gastric outlet obstructions, and upper GI bleeds) of confirmed PUBs are presented in Table 24. In this table, patients can appear in more than 1 row but appear only once in each row. Note that numbers of some individual event types can be quite small.

Gastroduodenal ulcers occurred in 51 and 113 patients in the rofecoxib and naproxen treatment groups, respectively. Uncomplicated symptomatic ulcers accounted for 38 and 83 patients with events in the rofecoxib and naproxen treatment groups, respectively [4.15]. These events occurred in patients who had signs or symptoms that were felt by the investigator or another physician caring for the patient to mandate a gastrointestinal evaluation. Endoscopy or upper GI series were not mandated by the protocol, and investigators were encouraged to care for their patients using good clinical judgment as they would in the "real world".

MRK-AFV0451565

MK-0966 Prot. No. 088/089
VIGOR

-93-

## 7.1 Primary Endpoint—Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs) (Cont.)

Table 23

Analysis of Confirmed PUBs
All-Patients-Randomized

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 56 | 121 |
| Patient-years at risk | 2697 | 2694 |
| Rate[†] | 2.08 | 4.49 |
| Cumulative incidence[‡] | 1.80 | 3.87 |
| **Relative Risk[§]** | | |
| Estimate | 0.46 | |
| 95.44% CI | (0.33, 0.64) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group. Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.378.
Treatment-by-PUB history not significant: p-value=0.874.
Data Source: [4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED                                        20-Jan-2000

MRK-AFV0451566

113

MK-0966 Prot. No. 088/089
VIGOR

-94-

## 7.1 Primary Endpoint—Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs) (Cont.)

Table 24

Number (%) of Types of Confirmed PUBs (Primary Endpoints)

| Primary Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Confirmed PUBs** | **56 (1.38)** | **121 (3.00)** |
| Gastroduodenal perforations | 3 (0.07) | 4 (0.10) |
| Gastric ulcers | 28 (0.69) | 81 (2.01) |
| Duodenal ulcers | 27 (0.67) | 39 (0.97) |
| Gastric outlet obstructions | 1 (0.02) | 0 (0.00) |
| Upper GI bleeds | 14 (0.35) | 35 (0.87) |
| Patients may be counted in more than 1 row, but are only counted once within a row. | | |

Data Source: [4.15]

Figure 4

Primary Endpoint—Confirmed PUBs
Time-to-Event Plot (All-Patients-Randomized)



Data Source: [4.8; 4.15]

/MK-0966/CSR/RC2678.DOC   APPROVED

20-Jan-2000

MRK-AFV0451567

MK-0966 Prot. No. 088/089
VIGOR

-95-

## 7.2 Secondary Endpoints

### 7.2.1 Confirmed Complicated Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Secondary Endpoint

A key secondary endpoint for VIGOR was time to first occurrence of a confirmed, complicated gastroduodenal perforation, symptomatic ulcer, gastric outlet obstruction or upper GI bleed (PUB). There were 16 rofecoxib patients and 37 naproxen patients that experienced 1 or more confirmed, complicated PUBs with rates of 0.59 and 1.37, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.43 (95% CI: 0.24 to 0.78); p=0.005. The proportionality assumption was met (p=0.648). There was no evidence of interaction between treatment and prior history of PUBs (p=0.976). Further details can be found in Table 25 and Figure 5 (Definitions for adjudication of endpoints can be found in 5.5.1.5).

The results from the per-protocol approach corroborated those from the APR approach. Results from the per-protocol approach are in Section 7.1.4.

A breakdown of the types (gastroduodenal perforations, gastric ulcers, duodenal ulcers, gastric outlet obstructions, and upper GI bleeds) of confirmed complicated PUBs are presented in Table 26. Note that numbers of some individual event types can be quite small.

There were a total of 7 perforations which occurred during the study (3 and 4 in the rofecoxib and naproxen treatment groups, respectively). All 7 patients were on systemic corticosteroids for treatment of their rheumatoid arthritis. Two of the 3 perforations in the rofecoxib treatment group occurred within 48 hours of initiating study therapy (ANs 3612 and 5420) and after only 1 dose of rofecoxib had been taken. The third case (AN 2662) occurred in a patient who was randomized, and took 1 witnessed dose of study therapy. The patient missed her first scheduled protocol visit. Subsequently, the investigator was informed by the patient's family that the patient had expired as a result of complications of a hemorrhagic gastroduodenal ulcer and perforation, approximately 6 weeks after the date of randomization. The patient's bottles of study medication were never returned to the investigator. It is unknown whether the patient took study medication; however, according to Data Handling and Entry guidelines such patients are assumed to be on study therapy until the time of hospitalization. In addition, it is unknown if the patient was concomitantly taking any prohibited medications following randomization. The 4 perforations in the naproxen group (ANs 0015, 3097, 1567, and 1855), occurred between 8 days and 151 days after the initiation of study therapy and all patients were known to have been on study therapy at the time of the event [4.15].

MRK-AFV0451568

MK-0966 Prot. No. 088/089
VIGOR

-96-

7.2   Secondary Endpoints (Cont.)

The majority of complicated events were complicated upper gastrointestinal bleeds (12 and 32 in the rofecoxib and naproxen group, respectively). A post-hoc analysis of confirmed complicated upper gastrointestinal bleeds, demonstrated a 63% reduction in the rofecoxib compared to the naproxen treatment groups (relative risk=0.37; 95% CI: 0.19, 0.73).

Table 25

Analysis of Confirmed Complicated PUBs
All-Patients-Randomized

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 16 | 37 |
| Patient-years at risk | 2699 | 2698 |
| Rate[†] | 0.59 | 1.37 |
| Cumulative incidence[‡] | 0.52 | 1.22 |
| **Relative Risk[§]** | | |
| Estimate | 0.43 | |
| 95% CI | (0.24, 0.78) | |
| p-Value | 0.005 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.648.
Treatment-by-PUB history not significant: p-value=0.976.
Data Source: [4.15]

MRK-AFV0451569

MK-0966 Prot. No. 088/089
VIGOR

-97-

## 7.2 Secondary Endpoints (Cont.)

Table 26

Number (%) of Types of Confirmed, Complicated PUBs

| Secondary Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Confirmed Complicated PUBs** | **16 (0.40)** | **37 (0.92)** |
| Gastroduodenal perforations | 3 (0.07) | 4 (0.10) |
| Gastric ulcers | 1 (0.02) | 6 (0.15) |
| Duodenal ulcer | 3 (0.07) | 5 (0.12) |
| Gastric outlet obstructions | 1 (0.02) | 0 (0.00) |
| Upper GI bleeds | 12 (0.30) | 32 (0.79) |
| Patients may be counted in more than 1 row, but are only counted once within a row. | | |

Data Source: [4.15]

Figure 5

Confirmed Complicated PUBs
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3644 | 3407 | 3181 | 2806 | 1072 | 533 |
| Naproxen | n=4029 | 3646 | 3394 | 3170 | 2800 | 1074 | 514 |

Data Source: [4.8; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED                                        20-Jun-2000

MRK-AFV0451570

MK-0966 Prot. No. 088/089
VIGOR

-98-

## 7.2   Secondary Endpoints (Cont.)

### 7.2.2   Confirmed and Unconfirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)— Secondary Endpoint

The analysis of confirmed and unconfirmed PUBs included confirmed events as well as events that could not be confirmed according to the predefined case definitions of PUBs. This analysis may correspond more accurately to clinical practice, where rigorous case definitions are not typically consulted before making a diagnosis.

There were 58 rofecoxib patients and 132 naproxen patients that experienced 1 or more confirmed and unconfirmed PUBs with rates of 2.15 and 4.90, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs and study region was 0.44 (95% CI:  0.32 to 0.60); p<0.001. The proportionality assumption was met (p=0.471). There was no evidence of interaction between either treatment and prior history of PUBs (p=0.849) or treatment and study region (p=0.659). Further details can be found in Table 27 and Figure 6.

A breakdown of the types (gastroduodenal perforations, gastric ulcers, duodenal ulcers, gastric outlet obstructions, and upper GI bleeds) of confirmed and unconfirmed PUBs are presented in Table 28. Note that numbers of some individual event types can be quite small.

There were 2 unconfirmed gastric ulcers (AN 1802, naproxen 1000 mg and AN 5687, rofecoxib 50 mg), 1 unconfirmed duodenal ulcer (AN 7625, rofecoxib 50 mg) and 30 unconfirmed upper GI bleeds (7 on rofecoxib and 23 on naproxen). AN 1812 included an unconfirmed gastric ulcer as a result of ambiguity in the endoscopy report as to whether the lesion was an ulcer or an erosion. AN 5687 included an unconfirmed gastric ulcer that was the site of a gastric neoplasm and therefore could not be differentiated as being a result of the malignancy or of the assigned study therapy. AN 7625 included an unconfirmed duodenal ulcer that the endoscopy report noted to have been healed. Of the 30 unconfirmed upper GI bleeds, 9 patients experienced only patient-reported hematemesis or melena without an associated decrease in hemoglobin, change in vital signs or occult-blood positive stools (ANs 2043, 0931, 6355, 7426, 10145, 10281, 10097, 6312, 5803); 8 patients experienced only occult-blood positive stools without an associated decrease in hemoglobin or change in vital signs (ANs 1103, 2032, 3728, 8459, 5850, 7799, 5990, 10667); 4 patients had alleged documented active or recent bleeding that could not be substantiated (ANs 1802, 5430, 6876, 5687); 4 patients experienced both patient-reported hematemesis or melena, and occult-blood positive stools but did not have any evidence of decreased volume or

MRK-AFV0451571

MK-0966 Prot. No. 088/089
VIGOR

-99-

## 7.2  Secondary Endpoints (Cont.)

stigmata of recent bleeding (ANs 1275, 1567, 5022, 6183); 4 patients had
temporal decreases in hemoglobin but without documented active bleeding,
hematemesis, melena, or occult-blood positive stools (ANs 1775, 3474, 3641,
7652); and 1 patient had orthostasis and required a transfusion, but without
documented active bleeding, hematemesis, melena or occult-blood positive stools
(AN 6651) [4.15].

Table 27

Analysis of Confirmed and Unconfirmed PUBs
All-Patients-Randomized

| | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 58 | 132 |
| Patient-years at risk | 2697 | 2693 |
| Rate[†] | 2.15 | 4.90 |
| Cumulative incidence[‡] | 1.88 | 4.18 |
| **Relative Risk[§]** | | |
| Estimate | 0.44 | |
| 95% CI | (0.32, 0.60) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each
treatment group.  Note: Cumulative incidence is from the survival
analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior
history of PUBs.
Proportional hazard assumption was met: p-value=0.471.
Treatment-by-PUB history not significant: p-value=0.849.
Treatment-by-study region not significant: p-value=0.659.
Data Source: [4.6; 4.15]

MRK-AFV0451572

MK-0966 Prot. No. 088/089
VIGOR

-100-

7.2   Secondary Endpoints (Cont.)

Table 28

Number (%) of Types of Confirmed and Unconfirmed PUBs

| Secondary Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Confirmed and Unconfirmed PUBs** | **58 (1.43)** | **132 (3.28)** |
| Gastroduodenal perforations | 3 (0.07) | 4 (0.10) |
| Gastric ulcers | 29 (0.72) | 82 (2.04) |
| Duodenal ulcer | 28 (0.69) | 39 (0.97) |
| Gastric outlet obstructions | 1 (0.02) | 0 (0.00) |
| Upper GI bleeds | 21 (0.52) | 58 (1.44) |
| Patients may be counted in more than 1 row, but are only counted once within a row. | | |

Data Source: [4.15]

Figure 6

Confirmed and Unconfirmed PUBs
Time-to-Event Plot (All-Patients-Randomized)



Data Source: [4.8; 4.15]

/MK-0966/CSR/RC2678.DOC   APPROVED

20-Jun-2000

MRK-AFV0451573

MK-0966 Prot. No. 088/089
VIGOR

-101-

## 7.2   Secondary Endpoints (Cont.)

### 7.2.3   Confirmed and Unconfirmed Complicated Upper GI Perforations, Ulcers, Obstructions and Bleeds (PUBs)—Secondary Endpoint

There were 17 rofecoxib patients and 42 naproxen patients that experienced 1 or more confirmed and unconfirmed complicated PUBs with rates of 0.63 and 1.56, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.40 (95% CI: 0.23 to 0.71); p=0.002. The proportionality assumption was met (p=0.739), and there was no evidence of interaction between treatment and prior history of PUBs (p=0.941). Further details can be found in Table 29 and Figure 7.

A breakdown of the types (gastroduodenal perforations, gastric ulcers, duodenal ulcers, gastric outlet obstructions, and upper GI bleeds) of confirmed and unconfirmed, complicated PUBs are presented in Table 30. Note that numbers of some individual event types can be quite small. All of the unconfirmed, complicated events were unconfirmed complicated bleeds (1 on rofecoxib and 5 on naproxen). These 6 patients exhibited clinically significant reductions in hemoglobin, but did not have other clinical signs of upper GI blood loss (i.e., witnessed hematemesis, witnessed melena, documented active bleeding from an upper GI source.) [4.15]

MRK-AFV0451574

Case 2:05-md-01657-EEF-DEK Document 37379-53 Filed 03/16/10 Page 124 of 124
Case 2:05-md-01657-EEF-DEK Document 35764-23 Filed 03/04/10 Page 41 of 44

121

MK-0966 Prot. No. 088/089
VIGOR

-102-

## 7.2 Secondary Endpoints (Cont.)

Table 29

Analysis of Confirmed and Unconfirmed Complicated PUBs
All-Patients-Randomized

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 17 | 42 |
| Patient-years at risk | 2699 | 2697 |
| Rate[†] | 0.63 | 1.56 |
| Cumulative incidence[‡] | 0.57 | 1.37 |
| **Relative Risk[§]** | | |
| Estimate | 0.40 | |
| 95% CI | (0.23, 0.71) | |
| p-Value | 0.002 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group. Note: Cumulative incidence is from the survival analysis; it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.739.
Treatment-by-PUB history not significant: p-value=0.941.

Data Source: [4.15]

MRK-AFV0451575