# *EXHIBIT 3*
# *PART 2*

Case 2:05-md-01657-EEF-DEK   Document 35764-24   Filed 03/01/10   Page 2 of 45

122

MK-0966 Prot. No. 088/089
VIGOR

-103-

### 7.2   Secondary Endpoints (Cont.)

Table 30

Number (%) of Types of Confirmed and Unconfirmed Complicated PUBs

| Secondary Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Confirmed and Unconfirmed Complicated PUBs** | **17 (0.42)** | **42 (1.04)** |
| Gastroduodenal perforations | 3 (0.07) | 4 (0.10) |
| Gastric ulcers | 1 (0.02) | 6 (0.15) |
| Duodenal ulcer | 3 (0.07) | 5 (0.12) |
| Gastric outlet obstructions | 1 (0.02) | 0 (0.00) |
| Upper GI bleeds | 13 (0.32) | 37 (0.92) |
| Patients may be counted in more than 1 row, but are only counted once within a row. | | |

Data Source:  [4.15]

Figure 7

Confirmed and Unconfirmed Complicated PUBs
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3644 | 3407 | 3181 | 2806 | 1072 | 533 |
| Naproxen | n=4029 | 3645 | 3394 | 3169 | 2759 | 1074 | 514 |

Data Source: [4.8; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451576

MK-0966 Prot. No. 088/089
VIGOR

-104-

### 7.3 Exploratory Endpoint—All GI Bleeds

Determination of the relative risk of bleeding from any location in the GI tract in patients taking rofecoxib 50 mg compared to patients taking naproxen 1000 mg was a prespecified exploratory objective. Definitions of these GI bleeding events can be found in Section 5.5.1.6. Gastrointestinal bleeding associated with NSAIDs is most commonly from the upper gastrointestinal tract. However, an increase in lower gastrointestinal bleeding has also been reported in patients treated with NSAIDs [1.1.13; 1.1.21].

Thirty-one rofecoxib patients and 82 naproxen patients experienced 1 or more GI bleeds with rates of 1.15 and 3.04, respectively, per 100 patient-years at risk. The relative risk from the Cox model stratified by prior history of PUBs was 0.38 (95% CI: 0.25 to 0.57); p<0.001. The proportionality assumption was met (p=0.707), and there was no evidence of interaction between treatment and prior history of PUBs (p=0.244). Further details can be found in Table 31 and Figure 8.

Table 32 shows a breakdown of the number and percent of patients in each group with GI bleeds by location of the bleed.

A post-hoc analysis of all upper GI bleeds found a 64% reduction in the rofecoxib compared to the naproxen treatment groups (relative risk=0.36; 95% CI: 0.22, 0.60). A post-hoc analysis of GI bleeds at any site beyond the duodenum (lower GI bleeds) found a 54% reduction in the rofecoxib compared to the naproxen treatment groups (relative risk=0.46; 95% CI: 0.22, 0.94).

MRK-AFV0451577

MK-0966 Prot. No. 088/089
VIGOR

-105-

## 7.3   Exploratory Endpoint—All GI Bleeds (Cont.)

Table 31

Analysis of Any GI Bleed
All-Patients-Randomized

| | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 31 | 82 |
| Patient-years at risk | 2698 | 2694 |
| Rate[†] | 1.15 | 3.04 |
| Cumulative incidence[‡] | 1.00 | 2.59 |
| **Relative Risk[§]** | | |
| Estimate | 0.38 | |
| 95% CI | (0.25, 0.57) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.707.
Treatment-by-PUB history not significant: p-value=0.244.
Data Source: [4.3; 4.15]

Table 32

Number (%) of Types of GI Bleeds

| Exploratory Endpoint | Rofecoxib (N=4047) n (%) | Naproxen (N=4029) n (%) |
|---|---|---|
| **Any GI Bleed** | 31 (0.77) | 82 (2.04) |
| Upper GI bleed | 21 (0.52) | 58 (1.44) |
| Lower GI bleed[†] | 11 (0.27) | 24 (0.60) |

[†] Lower GI bleeds include all GI bleeds that were not of esophageal, gastric or duodenal origin.
Patients may be counted in more than 1 row, but are only counted once within a row.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED                    20-Jan-2000

MRK-AFV0451578

MK-0966 Prot. No. 088/089
VIGOR

-106-

## 7.3   Exploratory Endpoint—All GI Bleeds (Cont.)

Figure 8

Any GI Bleed
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3643 | 3406 | 3180 | 2803 | 1072 | 533 |
| Naproxen | n=4029 | 3643 | 3390 | 3165 | 2794 | 1072 | 514 |

Data Source: [4.3; 4.8]

## 7.4   Per-Protocol Analyses

Per-protocol analyses were performed to corroborate the conclusions drawn from
the APR analyses. These analyses excluded patients with clinically important
protocol deviations based on a set of prespecified criteria.  Patients excluded from
these analyses were identified prior to the unblinding of the database with the 1
exception of inadequate compliance. Since this exclusion was based on compliance
to active therapy, the patients could not be identified until unblinding of the
database (although the rules were established and programs for identifying these
patients were finalized prior to unblinding).  These criteria were not a repetition of
the exclusion and inclusion criteria in the protocol, but a clinical assessment of
important deviations from the protocol-specified criteria that could have either
affected or confounded the intended claims for the compound.

MRK-AFV0451579

MK-0966 Prot. No. 088/089
VIGOR

-107-

## 7.4   Per-Protocol Analyses (Cont.)

The following patients were excluded from the per-protocol analyses:

- Patients with <75% compliance during the entire trial. Compliance was assessed by the percentage of missed doses of the active drug: 100% multiplied by (number of tablets supposed to be taken minus number of missed doses) divided by number of tablets supposed to be taken.

- Patients entering the trial with evidence of GI bleeding, e.g., hemoccult positive stool.

- Patients taking non-protocol NSAIDs, aspirin, or products containing these more than 10% of the time on study.

- Patients taking prestudy NSAIDs, aspirin, or products containing these within 14 days prior to study start who have events within the first 2 days of study start.

- Patients taking GI escape medications other than antacids and/or low-dose $H_2$ blockers (i.e., proton-pump inhibitors, sucralfate or misoprostol or high-dose $H_2$ blockers) for more than 30 days continuously or more than 60 days total during the study.

- Patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug.

- Patients with a past history of major upper gastrointestinal surgery (e.g., partial gastrectomy, Bilroth I and II).

The time frame for the inclusion of events in the per-protocol analysis was 14 days after study drug discontinuation. Analyses were performed for the primary endpoint of confirmed PUBs and the secondary endpoint of confirmed complicated PUBs.

### 7.4.1   Confirmed Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Primary Endpoint Per-Protocol Approach

Based on the criteria stated in Section 7.1.4., a total of 151 patients were excluded from the per-protocol analysis (73 and 78 patients in the rofecoxib and naproxen treatment groups, respectively). In the per-protocol analysis, 48 rofecoxib patients and 113 naproxen patients experienced 1 or more confirmed PUBs with rates of 1.80 and 4.25, respectively, per 100 patient-years at risk. The relative risk from

MRK-AFV0451580

MK-0966 Prot. No. 088/089
VIGOR

-108-

### 7.4 Per-Protocol Analyses (Cont.)

the Cox model stratified by prior history of PUBs was 0.42 (95% CI: 0.30 to 0.59); p<0.001. These results were consistent with the primary approach to analysis. Further details can be found in Table 33 and Figure 9.

Table 33

Analysis of Confirmed PUBs
Per-Protocol

| | Rofecoxib (N=3974) | Naproxen (N=3951) |
|---|---|---|
| Patients with events | 48 | 113 |
| Patient-years at risk | 2667 | 2659 |
| Rate[†] | 1.80 | 4.25 |
| Cumulative incidence[‡] | 1.59 | 3.67 |
| **Relative Risk[§]** | | |
| Estimate | 0.42 | |
| 95% CI | (0.30, 0.59) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group. Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.911.
Treatment-by-PUB history not significant: p-value=0.457.
Data Source: [4.1; 4.15]

MRK-AFV0451581

MK-0966 Prot. No. 088/089
VIGOR

-109-

## 7.4   Per-Protocol Analyses (Cont.)

Figure 9

Primary Endpoint—Confirmed PUBs
Time-to-Event Plot (Per-Protocol)



| # at Risk | | | | | | | |
|-----------|------|------|------|------|------|------|-----|
| Rofecoxib | n=3974 | 3593 | 3367 | 3153 | 2780 | 1061 | 529 |
| Naproxen | n=3951 | 3593 | 3346 | 3127 | 2765 | 1060 | 509 |

Data Source:  [4.1; 4.8; 4.15]

### 7.4.2   Confirmed Complicated Gastroduodenal Perforations, Symptomatic Ulcers, Gastric Outlet Obstructions and Upper GI Bleeds (PUBs)—Secondary Endpoint Per-Protocol Approach

In the per-protocol analysis, 14 rofecoxib patients and 36 naproxen patients experienced 1 or more confirmed complicated PUBs with rates of 0.52 and 1.35, respectively, per 100 patient-years at risk.  The relative risk from the Cox model stratified by prior history of PUBs was 0.39 (95% CI: 0.21 to 0.72); p=0.003.  These results were consistent with the primary approach to analysis. Further details can be found in Table 34 and Figure 10.

MRK-AFV0451582

MK-0966 Prot. No. 088/089
VIGOR

-110-

### 7.4  Per-Protocol Analyses (Cont.)

Table 34

Analysis of Confirmed Complicated PUBs
Per-Protocol

|  | Rofecoxib (N=3974) | Naproxen (N=3951) |
|---|---|---|
| Patients with events | 14 | 36 |
| Patient-years at risk | 2669 | 2663 |
| Rate[1] | 0.52 | 1.35 |
| Cumulative incidence[‡] | 0.47 | 1.21 |
| **Relative Risk[§]** | | |
| Estimate | 0.39 | |
| 95% CI | (0.21, 0.72) | |
| p-Value | 0.003 | |

[1] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.  Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.243.
Treatment-by-PUB history not significant: p-value=0.832.

Data Source: [4.1; 4.15]

MRK-AFV0451583

MK-0966 Prot. No. 088/089
VIGOR

-111-

### 7.4 Per-Protocol Analyses (Cont.)

Figure 10

Confirmed Complicated PUBs
Time-to-Event Plot (Per-Protocol)



| # at Risk | | | | | | |
|---|---|---|---|---|---|---|
| Rofecoxib | n=3974 | 3596 | 3371 | 3153 | 2780 | 1060 529 |
| Naproxen | n=3951 | 3595 | 3350 | 3134 | 2769 | 1082 510 |

Data Source: [4.1; 4.8; 4.15]

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint

The consistency of the effect of rofecoxib compared to naproxen with regard to the primary endpoint of confirmed PUBs was evaluated in the following prespecified subgroups based on patient characteristics and baseline covariates:

- Prior history of PUBs (yes/no)
- Study region (U.S./non-U.S.)
- Age group (<65 years/≥65 years)
- Ethnic group (Caucasian/Other)
- Gender (female/male)
- Use of systemic corticosteroids at baseline

/MX-0966/CSR/RC2678.DOC APPROVED

20-Jan-2000

MRK-AFV0451584

MK-0966 Prot. No. 088/089
VIGOR

-112-

7.5   Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

The following additional subgroup that was not prespecified was also evaluated:

*H. pylori* status at baseline (positive/negative)

Figure 11 shows relative risk estimates and 95% CIs within each subgroup and for the total cohort. Tables with additional summary information from the analysis of subgroup effects are in Section 12.3. With the exception of *H. pylori*, the effect of rofecoxib compared to naproxen was consistent in all the subgroups examined, as evidenced by the absence of significant subgroup-by-treatment interaction. Given this consistency and that baseline covariates values were generally similar across treatment groups, the baseline covariate did not impact on the estimates of relative treatment effects, except to improve precision.

As expected, higher rates of confirmed PUBs were observed in both treatment groups in patients with a prior history of PUBs, in elderly patients, and in patients on systemic corticosteroids. Even in these high-risk patient populations, rofecoxib demonstrated a reduced risk for the development of PUBs. Further details can be found in Section 12.3 and Figure 11.

*H. pylori* is an independent risk factor for the development of gastroduodenal ulcers [1.1.32]. Therefore, it would be expected that patients who had serologic evidence of an *H. pylori* infection would be at risk for the development of a PUB regardless of study therapy. Because *H. pylori* negative patients would have a lower background incidence of PUBs, it had been suggested that these patients might have larger reductions in relative risk of PUBs with rofecoxib treatment compared to naproxen treatment than would patients who were positive for *H. pylori*. For this subgroup comparison, there was a significant quantitative interaction between treatment and *H. pylori* status (p=0.043). Risk of a PUB was reduced in patients who were negative and positive for *H. pylori* but the reduction was greater in patients that were negative for *H. pylori*. Relative risks were 0.32 (95% CI: 0.19, 0.52) and 0.62 (95% CI: 0.40, 0.95) in patients who were negative and positive for *H. pylori*, respectively.

A post-hoc analysis of the incidence of specific events by treatment group and by positive or negative serology to *H. pylori* is shown in Table 35. The incidence and the percent reduction in gastric ulcers in the rofecoxib compared to the naproxen treatment group is similar in *H. pylori* positive and *H. pylori* negative patients. This suggests that naproxen, rather than *H. pylori*, is the predominant cause of the gastric ulcers.

MRK-AFV0451585

MK-0966 Prot. No. 088/089
VIGOR

-113-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

The incidence of duodenal ulcers in *H. pylori* positive patients was similar between the 2 treatment groups (1.26 and 1.05% for rofecoxib and naproxen, respectively) and may reflect the role of *H. pylori* in the development of duodenal ulcers. Conversely, the incidence of duodenal ulcers is markedly reduced in *H. pylori* negative patients in the rofecoxib treatment group (0.22 and 0.93% for the rofecoxib and naproxen treatment group, respectively); likely reflecting the predominant role of NSAIDs in causing duodenal ulcers in patients who are *H. pylori* negative. These data suggest, that in patients without *H. pylori* infection, the incidence of both gastric and duodenal ulcers is reduced in patients treated with rofecoxib compared to naproxen.

Figure 11

Relative Risk of Confirmed PUBs With 95% CI[†] Within Prespecified Subgroup Cohorts



**Relative Risk of Rofecoxib to Naproxen**

[†]95.44% CI for total cohort (adjusted for interim analysis)

Data Source: [4.5; 4.6; 4.9; 4.15]

MRK-AFV0451586

MK-0966 Prot. No. 088/089
VIGOR

-114-

## 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

Table 35

Number (%) of Types of Confirmed PUBs (Primary Endpoints)
by *H. pylori* Subgroup

| | *H. pylori* Positive | | *H. pylori* Negative | |
|---|---|---|---|---|
| | Rofecoxib (N=1740) | Naproxen (N=1712) | Rofecoxib (N=2244) | Naproxen (N=2260) |
| Primary Endpoint | n (%) | n (%) | n (%) | n (%) |
| **Confirmed PUBs** | 34 (1.95) | 54 (3.15) | 21 (0.94) | 67 (2.96) |
| Gastroduodenal perforations | 1 (0.06) | 1 (0.06) | 2 (0.09) | 3 (0.13) |
| Gastric ulcers | 14 (0.80) | 38 (2.22) | 13 (0.58) | 43 (1.90) |
| Duodenal ulcer | 22 (1.26) | 18 (1.05) | 5 (0.22) | 21 (0.93) |
| Gastric outlet obstructions | 1 (0.06) | 0 (0.00) | 0 (0.00) | 0 (0.00) |
| Upper GI bleeds | 3 (0.17) | 11 (0.64) | 10 (0.45) | 24 (1.06) |

Note: Patients may be counted in more than 1 row, but are only counted once within a row.
Data Source: [4.9; 4.15]

In addition to the analyses discussed above, the U.S. regulatory agency requested the following additional subgroup analyses:

- Prior cardiovascular history (confirmed PUBs)

- Baseline NSAID usage (confirmed PUBs)

- Study region effects (confirmed complicated PUBs)

Prior cardiovascular history was defined 2 ways: (1) any "ASCVD" which includes patients with any past medical history of signs, symptoms, or diagnoses consistent with atherosclerotic cardiovascular disease; (2) "aspirin indicated" which includes patients with documented symptomatic coronary and cerebrovascular disease in whom chronic aspirin therapy is indicated for secondary prophylaxis according to the U.S. Product Circular for aspirin [1.1.28]. Results of these subgroup analyses can be found in Section 12.3.

Recommendations for aspirin use in the prevention of morbid thrombotic cardiovascular events in patients at risk for such events have been developed by several groups, including the American Heart Association, the British Cardiology

MRK-AFV0451587

MK-0966 Prot. No. 088/089
VIGOR

-115-

### 7.5 Subgroup Analyses, Interactions, and Associations With the Primary Endpoint (Cont.)

Society, the European Cardiology Society, the National Health and Medical Research Council of Australia, and the FDA (through the approved product circular for aspirin). These organizations unanimously recommend chronic use of aspirin therapy in patients with symptomatic atherosclerotic coronary and cerebrovascular disease (i.e., for secondary prophylaxis.)

Results of these subgroup analyses can be found in Section 12.3. The effect of rofecoxib compared to naproxen was statistically consistent in these additional subgroups. Some notable findings are described below. Patients who were not baseline NSAID users had a significantly higher rate of confirmed PUBs compared to patients who used NSAIDs at baseline. This was true in both treatment groups. The relative risk of confirmed PUBs in the rofecoxib group compared to the naproxen group was similar in patients who were and were not baseline NSAID users.

Patients with ASCVD or in whom aspirin was indicated for secondary prophylaxis had notably larger reductions in confirmed PUBs (86 and 80% reduction in rofecoxib compared to naproxen treatment, respectively) compared to patients without such prior histories (52 and 53%, respectively). These were not statistically different, i.e., the treatment-by-subgroup interactions were not significant.

### 7.6 Dropouts and Sensitivity Analyses

#### 7.6.1 Analysis of Dropouts

Analyses of discontinuation rates were prespecified for 2 causes: (1) any reason other than the primary endpoint; and (2) lack of efficacy. The latter addresses 1 of the secondary trial objectives and is presented in Section 8.2. Summary information on the results of discontinuation for any reason other than the primary endpoint is presented in Table 36 and Figure 12, which shows a Kaplan-Meier plot by treatment group for the cumulative incidence of discontinuations due to any reason other than the primary endpoint.

There were 1131 and 1032 patients in the rofecoxib and naproxen groups, respectively, that discontinued the study for any reason other than the primary endpoint. The rates of discontinuation were 42.6 and 38.9 per 100 patients years, respectively. The relative risk was 1.10 (95% CI: 1.01, 1.19; p=0.033). The small but significant difference between the treatments in discontinuations for any reason other than a primary endpoint, appears due to a small increase in discontinuations due to clinical adverse experiences other than PUBs. Rates of discontinuations due to adverse experiences (including PUBs), lack of efficacy,

MRK-AFV0451588

MK-0966 Prot. No. 088/089
VIGOR

-116-

### 7.6   Dropouts and Sensitivity Analyses (Cont.)

withdrew consent, protocol deviation, and lost to follow-up were generally similar between treatment groups (Section 6.1, Disposition of Patients). Discontinuations due to other prespecified reasons that were adverse experiences are presented in Section 9.4.

MRK-AFV0451589

MK-0966 Prot. No. 068/089
VIGOR

-117-

7.6   Dropouts and Sensitivity Analyses (Cont.)

Table 36

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Number of Patients With Events | PYR[‡] | Rates[§] | Relative Risk[¶] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-Value |
| Any reason other than primary endpoint | Rofecoxib | 4047 | 1131 | 2654 | 42.6 | 1.10 | (1.01, 1.19) | 0.033 |
| | Naproxen | 4029 | 1032 | 2655 | 38.9 | | | |

[‡]  Patient-years at risk.
[§]  Per 100 PYR.
[¶]  Relative risk of rofecoxib with respect to naproxen from Cox Model stratified by prior history of PUBs and study region (U.S./Non-U.S.).
Data Source:  [4.6; 4.7; 4.15]

/MK-0966/CSR/RC2678.DOC   APPROVED—20-Jun-2000

138

MRK-AFV0451590

MK-0966 Prot. No. 088/089
VIGOR

-118-

## 7.6   Dropouts and Sensitivity Analyses (Cont.)

Figure 12

Withdrawal for Any Reason (Except Confirmed PUBs)
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk: | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3584 | 3318 | 3140 | 2771 | 1057 | 524 |
| Naproxen | n=4029 | 3574 | 3319 | 3142 | 2776 | 1063 | 507 |

Data Source: [4.7; 4.8]

### 7.6.2   Sensitivity Analyses

Sensitivity analyses include imputation of PUB rates analyses, analyses excluding (censoring) PUBs with confounding etiologies, and analyses including PUB events that occurred up to 45 days after discontinuation and including PUB events that occurred at any time through trial termination. Results from all these analyses were consistent with the primary approach and confirm the robustness of the primary results.

### 7.6.2.1   Imputation of PUB Rates Analyses

In order to address potentially differing dropout rates, analyses using 2 different imputation of rates were performed.

/MK-0966/CSR/RC2678.DOC  APPROVED                                      20-Jan-2000

MRK-AFV0451591

MK-0966 Prot. No. 088/089
VIGOR

-119-

## 7.6 Dropouts and Sensitivity Analyses (Cont.)

- Treatment-Specific PUB rate Imputed to Non-PUB Discontinuations

Rofecoxib confirmed PUB rates imputed to rofecoxib patients who discontinued for any reason other than confirmed PUBs and naproxen confirmed PUB rates imputed to naproxen patients who discontinued for any reason other than confirmed PUBs.

- Average PUB Rate Imputed to Non-PUB Discontinuations

Overall average confirmed PUB rates imputed to all patients who discontinued for any reason other than confirmed PUBs, i.e., biased to the null hypothesis.

The rate of confirmed PUBs used in the imputation was estimated using the Kaplan-Meier model; estimates were taken at the end of observation but while at least 500 patients are at risk. Crude proportions of patients experiencing confirmed PUBs (including imputed events) were compared between treatment groups and the numbers, proportions, and 95% CIs on the difference in proportions are provided in Table 37. Consistent differences in proportions were observed with the 2 imputation methods compared to the crude PUB rates. Using treatment-specific rates moderately increased the difference in proportions of patients with PUBs while using the average rate only diminished the difference very slightly. The implication of these consistent results is that small differences in dropout rates did not impact the primary analysis of PUBs.

Table 37

Results of Imputation of Rates Sensitivity Analyses

| Imputation Model | Rofecoxib (N=4047) n (%)[†] | Naproxen (N=4029) n (%)[†] | Difference in Proportions | |
|---|---|---|---|---|
| | | | Estimate | 95% CI |
| Crude PUB rates | 56   (1.38) | 121   (3.00) | -1.62 | (-2.28, -0.96) |
| Treatment-specific PUB rates imputed[‡] | 76.35 (1.89) | 160.92 (3.99) | -2.11 | (-2.87, -1.35) |
| Average PUB rate imputed[§] | 89.34 (2.21) | 151.42 (3.76) | -1.55 | (-2.32, -0.78) |

[†] Crude percent is reported. Cumulative incidence from Kaplan-Meier model is used in imputation.
[‡] Rofecoxib confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the rofecoxib group, and naproxen confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in the naproxen group.
[§] Overall average confirmed PUB rates assumed for discontinuations due to any reason except confirmed PUBs in both groups.

Data Source: [4.7; 4.15]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451592

MK-0966 Prot. No. 088/089
VIGOR

-120-

## 7.6 Dropouts and Sensitivity Analyses (Cont.)

### 7.6.2.2 Analysis Excluding PUBs With Confounding Etiologies

As an additional sensitivity analysis, confirmed PUBs and confirmed complicated PUBs that could be attributed to alternate causes were excluded from analysis. PUBs occurring in patients that took non-protocol NSAIDs, aspirin, antithrombotic agents or products containing these for at least 2 days and within 14 days prior to a confirmed PUB were excluded (censored) from this sensitivity analysis. In addition, patients with PUBs discovered as the result of evaluations for medical conditions that were present prior to the first dose of study drug were excluded (censored) from this sensitivity analysis. Results of these analyses can be found in Table 38 and Table 39 for confirmed PUBs and confirmed complicated PUBs, respectively.

Results of these sensitivity analyses were quite consistent with results of the primary approach. There were slightly larger reductions in relative risk when PUBs with confounding etiologies were excluded than in the primary approach which included these events. The relative risk was 0.42 (95% CI: 0.30, 0.58) for confirmed PUBs and 0.36 (95% CI: 0.19, 0.68) for confirmed complicated PUBs. Details can be found in Table 38 and Table 39.

MRK-AFV0451593

MK-0966 Prot. No. 088/089
VIGOR

-121-

## 7.6 Dropouts and Sensitivity Analyses (Cont.)

Table 38

Analysis of Confirmed PUBs
Analysis Excluding PUBs With Confounding Causes

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 49 | 117 |
| Patient-years at risk | 2697 | 2694 |
| Rate[†] | 1.82 | 4.34 |
| Cumulative incidence[‡] | 1.59 | 3.76 |
| **Relative Risk[§]** | | |
| Estimate | 0.42 | |
| 95% CI | (0.30, 0.58) | |
| p-Value | <0.001 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group. Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.934.
Treatment-by-PUB history not significant: p-value=0.798.

Data Source: [4.2; 4.15]

MRK-AFV0451594

MK-0966 Prot. No. 088/089
VIGOR

-122-

## 7.6   Dropouts and Sensitivity Analyses (Cont.)

Table 39

Analysis of Confirmed Complicated PUBs
Analysis Excluding PUBs With Confounding Causes

|  | Rofecoxib (N=4047) | Naproxen (N=4029) |
|---|---|---|
| Patients with events | 13 | 36 |
| Patient-years at risk | 2699 | 2698 |
| Rate[†] | 0.48 | 1.33 |
| Cumulative incidence[‡] | 0.42 | 1.20 |
| **Relative Risk[§]** | | |
| Estimate | 0.36 | |
| 95% CI | (0.19, 0.68) | |
| p-Value | 0.002 | |

[†] Per 100 patient-years at risk.
[‡] At end of study but while at least 500 patients are at risk in each treatment group.   Note: Cumulative incidence is from the survival analysis, it may not equal (number patients with events/N) x 100.
[§] Of rofecoxib to naproxen from Cox model stratified by prior history of PUBs.
Proportional hazard assumption was met: p-value=0.406.
Treatment-by-PUB history not significant: p-value=0.734.
Data Source: [4.2; 4.15]

### 7.6.2.3   Analysis Including Events Up to 45 Days After Discontinuation and Through End of Study

The primary approach to analysis included PUB events through 14 days past discontinuation for patients who discontinued prematurely. Two additional sensitivity analyses were conducted: (1) including PUB events through 45 days past discontinuation for patients who discontinued prematurely, and (2) including all PUB events through the trial termination. Results of these analyses can be found in Table 40 and Table 41. Consistent results were observed for all endpoints in both approaches. Relative risks for the primary and secondary endpoints ranged from 0.37 to 0.44 for the 45-day analyses, and from 0.38 to 0.47 for the end of trial analyses.

20-Jan-2000

MRK-AFV0451595

-123-

## 7.5 Dropouts and Sensitivity Analyses (Cont.)

Table 40

Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through 45 Days After Discontinuation

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Proportionality Assumption p-Value | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI | p-Value |
| Primary confirmed PUBs | Rofecoxib | 4047 | 57 | 2791 | 2.04 | 0.272 | 0.44 | (0.32, 0.60) | <0.001 |
| | Naproxen | 4029 | 129 | 2780 | 4.64 | | | | |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed, complicated PUBs | Rofecoxib | 4047 | 16 | 2796 | 0.57 | 0.588 | 0.41 | (0.23, 0.73) | 0.002 |
| | Naproxen | 4029 | 39 | 2790 | 1.40 | | | | |
| Confirmed and unconfirmed PUBs | Rofecoxib | 4047 | 59 | 2791 | 2.11 | 0.349 | 0.42 | (0.31, 0.57) | <0.001 |
| | Naproxen | 4029 | 140 | 2778 | 5.04 | | | | |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib | 4047 | 17 | 2796 | 0.61 | 0.628 | 0.37 | (0.21, 0.64) | <0.001 |
| | Naproxen | 4029 | 46 | 2789 | 1.65 | | | | |

[†] Patient-years at risk.
[‡] Per 100 PYR.
[§] Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for confirmed and unconfirmed PUBs).

Data Source: [4.6; 4.15]

/MK-0966/CSR/RC2678.DOC   APPROVED--20-Jun-2000

MRK-AFV0451598

MK-0966 Prot. No. 088/089
VIGOR

-124-

7.6   Dropouts and Sensitivity Analyses (Cont.)

Table 41

Summary of Upper Gastrointestinal Safety Endpoints Includes All Endpoints Through the End of the Trial

| Endpoint | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Proportionality Assumption p-Value | Relative Risk[6] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Estimate | 95% CI | p-Value |
| Primary confirmed PUBs | Rofecoxib | 4047 | 62 | 3448 | 1.80 | 0.409 | 0.47 | (0.35, 0.63) | <0.001 |
| | Naproxen | 4029 | 131 | 3401 | 3.85 | | | | |
| **Secondary Endpoints** | | | | | | | | | |
| Confirmed, complicated PUBs | Rofecoxib | 4047 | 17 | 3470 | 0.49 | 0.572 | 0.42 | (0.24, 0.75) | 0.003 |
| | Naproxen | 4029 | 40 | 3446 | 1.16 | | | | |
| Confirmed and unconfirmed PUBs | Rofecoxib | 4047 | 64 | 3447 | 1.86 | 0.473 | 0.44 | (0.33, 0.59) | <0.001 |
| | Naproxen | 4029 | 142 | 3395 | 4.18 | | | | |
| Confirmed and unconfirmed complicated PUBs | Rofecoxib | 4047 | 18 | 3470 | 0.52 | 0.608 | 0.38 | (0.22, 0.66) | <0.001 |
| | Naproxen | 4029 | 47 | 3443 | 1.37 | | | | |

[1]   Patient-years at risk.
[2]   Per 100 PYR.
[6]   Relative risk of rofecoxib with respect to naproxen from Cox model stratified by prior history of PUBs (and study region for confirmed and unconfirmed PUBs).

Data Source: [4.6; 4.15]

MK-0966/CSR/RC2678.DOC   APPROVED--20-Jan-2000

143

MRK-AFV0451597

MK-0966 Prot. No. 088/089
VIGOR

-125-

## 8. EFFICACY RESULTS

The efficacy of rofecoxib in treatment of rheumatoid arthritis will be established by at least 2 Phase III efficacy studies designed to test efficacy hypotheses. VIGOR was not designed to evaluate efficacy. Patients were not required to meet RA flare criteria, changes in DMARD therapy were allowed without restriction during the study, and because of its scope and complexity, it was not well suited for the assessment of efficacy or for estimating the magnitude of the efficacy effect.

The efficacy parameters in this study were Patient's and Investigator's Global Assessment of Disease Status, measured on the Likert scale from 0 to 4, the modified HAQ consisting of 8 questions measured on a scale of 0 to 3, and discontinuations due to lack of efficacy. The modified HAQ score was defined as the average score of the nonmissing answers to the 8 questions (at least 6 of the 8 questions must be answered) and was predefined as an exploratory endpoint.

There was no inclusion criterion based on these parameters. Based on the results from Protocols 017 (Pilot RA Efficacy Study) and 068 ( Phase IIb RA Dose-Ranging Study), the treatment effect was expected to remain constant over the treatment period [1.2.1; 2.1.1]. Patient's and Investigator's Global Assessment of Disease Status and modified HAQ were summarized as the average change from baseline over the treatment period. This represented an integrated measure of the overall level of efficacy experienced during the study. Note that only observed data (at scheduled, unscheduled, and discontinuation visits) were included in each patient's average response; no data were carried forward or imputed in this computation.

### 8.1 Global Assessments of Disease Status and Modified HAQ

Table 42 provides results on the patient and investigator global assessments of disease status and the modified HAQ, an exploratory endpoint only measured in the U.S. Summary statistics in Table 42 include baseline, on-treatment, and change from baseline means and standard deviations, 95% CIs on average change from baseline within treatment groups and on the difference between treatment groups. The latter were used to compare the treatment groups for the efficacy measurements. LS means and confidence intervals were based on an ANOVA model with factors of treatment, stratum and study region and with baseline value as a covariate.

Although the study had high power to detect very small clinically unimportant differences between the groups, there were virtually no differences between treatments in their effects on patient and investigator global assessments of disease status and the modified HAQ. The LS means ranged from -0.00 to 0.01 with confidence intervals that all included 0.

MRK-AFV0451598

MK-0966 Prot. No. 088/089
VIGOR

-126-

8.1   Global Assessments of Disease Status and Modified HAQ (Cont.)

Table 42

Efficacy Measures—Average Over Treatment Period (All-Patients-Randomized)

| Treatment Group | N | Baseline | | On-Treatment | | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Mean | SD | Mean | SD | Mean[†] | SD | LS Mean[‡] | 95% CI[‡] |
| **Patient's Global Assessment (0 to 4 Likert)** | | | | | | | | | |
| Rofecoxib | 3835 | 1.96 | 0.93 | 1.45 | 0.79 | -0.51 | 0.93 | -0.51 | (-0.54, -0.47) |
| Naproxen | 3838 | 1.99 | 0.94 | 1.46 | 0.80 | -0.53 | 0.94 | -0.51 | (-0.54, -0.47) |
| R-N[§] | | | | | | 0.02 | 0.93 | -0.00 | (-0.03, 0.03) |
| **Investigator's Global Assessment (0 to 4 Likert)** | | | | | | | | | |
| Rofecoxib | 3832 | 1.85 | 0.80 | 1.36 | 0.69 | -0.49 | 0.84 | -0.48 | (-0.51, -0.45) |
| Naproxen | 3839 | 1.87 | 0.78 | 1.36 | 0.69 | -0.52 | 0.85 | -0.49 | (-0.52, -0.46) |
| R-N[§] | | | | | | 0.03 | 0.84 | 0.01 | (-0.02, 0.04) |
| **Modified HAQ (Protocol 088 Only) (0 to 3 Likert)** | | | | | | | | | |
| Rofecoxib | 1603 | 0.59 | 0.49 | 0.49 | 0.46 | -0.11 | 0.37 | -0.10 | (-0.12, -0.07) |
| Naproxen | 1621 | 0.59 | 0.49 | 0.47 | 0.44 | -0.12 | 0.36 | -0.11 | (-0.13, -0.09) |
| R-N[§] | | | | | | 0.01 | 0.37 | 0.01 | (-0.01, 0.04) |

[†] Negative numbers mean improvement.
[‡] Least-square means and 95% CI are from ANOVA model with treatment, prior history of PUBs, study region (U.S./multinational), and baseline value as a covariate. Modified HAQ was only administered in the U.S., therefore the model for this parameter does not include study region.
[§] Negative numbers for mean and LS mean favor rofecoxib, positive numbers favor naproxen.
Data Source: [4.6; 4.15]

MK-0966/CSR/RC2678.DOC APPROVED--20-Jun-2000

145

MRK-AFV0451599

MK-0966 Prot. No. 088/089
VIGOR

-127-

## 8.2   Discontinuations Due to Lack of Efficacy

Summary information on discontinuations due to lack of efficacy are presented in
Table 43 and in Figure 13 which shows a Kaplan-Meier plot by treatment group for
the cumulative incidence. Discontinuations due to lack of efficacy were low in both
treatment groups and there was no difference between the treatment groups. There
were 256 and 263 patients in the rofecoxib and naproxen group, respectively, who
discontinued due to lack of efficacy. The rates were 9.6 and 9.9 per 100
patient-years, respectively, with a relative risk of 0.97 (95% CI: 0.82 to 1.16,
p=0.769).

MK-0966 Prot. No. 088/089
VIGOR                                                                                                    -128-

## 8.2   Discontinuations Due to Lack of Efficacy (Cont.)

Table 43

Analysis of Prespecified Reasons for Withdrawal From Study

| Withdrawal Due to: | Treatment Group | N | Number of Patients | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI | p-Value |
| Lack of efficacy | Rofecoxib | 4047 | 256 | 2654 | 9.6 | 0.97 | (0.82, 1.16) | 0.769 |
| | Naproxen | 4029 | 263 | 2655 | 9.9 | | | |

[1]  Patient-years at risk.
[2]  Per 100 PYR.
[3]  Relative risk of rofecoxib with respect to naproxen from Cox Model stratified by prior history of PUB4 and study region (U.S./Non-U.S.).
Data Source:  [4.6; 4.7; 4.15]

MK-0966/CSR/RC2678.DOC  APPROVED--20-Jan-2000

147

MRK-AFV0451601

MK-0966 Prot. No. 088/089
VIGOR

-129-

### 8.2 Discontinuations Due to Lack of Efficacy (Cont.)

Figure 13

Withdrawal for Lack of Efficacy
Time-to-Event Plot (All-Patients-Randomized)



| # at Risk | | | | | | | |
|---|---|---|---|---|---|---|---|
| Rofecoxib | n=4047 | 3584 | 3318 | 3140 | 2771 | 1057 | 524 |
| Naproxen | n=4029 | 3574 | 3319 | 3142 | 2776 | 1063 | 507 |

Data Source: [4.7; 4.8]

## 9. SAFETY

Adverse experience means any unfavorable and unintended change in the structure (signs), function (symptoms), or chemistry (laboratory data) of the body temporally associated with any use of a Merck product whether or not considered related to the use of the product.

Safety and tolerability were assessed by statistical and/or clinical review of all safety parameters, including adverse experiences, laboratory values, and vital signs. All patients randomized were included in the safety analyses. In addition certain

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451602

MK-0966 Prot. No. 088/089
VIGOR

-130-

9.  **SAFETY** (CONT.)

adverse experiences were prespecified in the DAP.  Prespecified adverse experiences include:

- Serious clinical adverse experiences (overall)

- Drug-related (possibly, probably, definitely) clinical adverse experiences (overall)

- Clinical adverse experiences leading to study discontinuation (overall)

- Discontinuations due to digestive adverse experiences including abdominal pain

- Discontinuations due to edema-related adverse experiences

- Discontinuations due to hypertension-related adverse experiences

- Discontinuations due to renal-related adverse experiences (clinical and/or laboratory adverse experiences)

- Discontinuations due to hepatic-related adverse experiences (clinical and/or laboratory adverse experiences)

- Congestive heart failure adverse experiences

- Serious laboratory adverse experiences (overall)

- Drug-related (possibly, probably, definitely) laboratory adverse experiences (overall)

- Laboratory adverse experiences leading to study discontinuation (overall)

These particular adverse experiences were chosen: (1) to detect global trends and more serious and relevant outcomes (total clinical and laboratory serious adverse experiences, drug-related adverse experiences, and adverse experiences leading to discontinuation), and (2) for specific adverse experiences of interest based on our extensive experience with rofecoxib.  Results of the Phase III OA studies demonstrated that, like standard NSAIDs, rofecoxib is associated with renal vascular effects, due to the mechanism-based inhibition of COX-2.  In general, the incidence of these events in the OA studies was similar to that observed with nonselective inhibitors of COX-1/COX-2.  These effects were more prominent above the OA dose range of 12.5 to 25 mg once daily.  In addition, in the Phase III OA studies, approximately 1% of patients on rofecoxib experienced increases >3 times the ULN in aspartate aminotransferase (AST) and alanine aminotransferase (ALT).

Survival analysis methods, i.e., the Cox proportional hazard model with treatment as the explanatory factor, were used to analyze prespecified adverse experiences.  For such adverse experiences, time-to-event was analyzed and cases, patient-years at

MRK-AFV0451603

MK-0966 Prot. No. 088/089
VIGOR

-131-

## 9. SAFETY (CONT.)

risk, relative risk (rofecoxib versus naproxen group), CIs, and p-values were determined. Numbers, proportions, and 95% CIs on the difference in proportions [3.5] are provided for all other adverse experiences.

Platelet aggregation plays a central role in arterial thrombosis, which is the pathophysiology underlying cardiovascular events such as myocardial infarction and stroke. An extensive body of research has demonstrated that therapy with aspirin, an irreversible COX-1/COX-2 inhibitor with antiplatelet properties, results in a reduction in the incidence of serious cardiovascular events in patients presenting with an acute coronary syndrome and in patients with a history of myocardial infarction or stroke [1.1.28 to 1.1.31]. COX-2 selective inhibitors do not inhibit COX-1 mediated platelet aggregation [2.1.8]. It was hypothesized that because of different effects on platelet function, therapy with potent nonselective COX-1/COX-2 inhibitors such as naproxen may result in a lower incidence of serious thrombotic cardiovascular events compared to the COX-2 selective inhibitors. An analysis of safety outcomes of Phase II/III osteoarthritis program demonstrated similar incidences of serious cardiovascular events in patients who received rofecoxib or comparator nonselective COX-1/COX-2 inhibitors. Because not all NSAIDs have an antiplatelet effect equivalent to that of aspirin, an analysis was prespecified to formally evaluate the incidence of serious cardiovascular events in all ongoing studies of rofecoxib, including VIGOR. A cardiovascular endpoint standard operating procedure for the identification, adjudication, and analysis of cardiovascular events in the rofecoxib clinical program was developed [3.2]. A detailed discussion of the incidence of serious cardiovascular events across the rofecoxib clinical program to date, including this study, is provided in a Cardiovascular Events Analysis [2.1.6].

For outcomes that were not prespecified, the analysis of safety data is essentially a screening process. Statistical testing helps identify outcomes that may require further clinical assessment. Hypothesis testing for safety parameters must be interpreted cautiously. Multiple statistical tests were performed [3.5] as described in Section 5. When 95% CIs indicate a potential difference between treatments, the clinical relevance of the observation, its relationship to other safety variables (e.g., for the duration, intensity, and outcome of the adverse experience, preexisting conditions, and related clinical and laboratory information) and previous safety databases must be evaluated further. The only adverse experiences discussed in Section 9. are those which were prespecified in the DAP and those adverse experiences where the 95% CI of the difference between treatment groups did not overlap 0.

The safety profile of a drug is best determined from placebo-controlled studies. The safety profile of rofecoxib, including the 50-mg dose, has previously been examined

MRK-AFV0451604

MK-0966 Prot. No. 088/089
VIGOR

-132-

9. **SAFETY** (CONT.)

in large placebo controlled Phase III studies in Osteoarthritis. The OA database provides a suitable benchmark for the findings of this study. Throughout the general safety section, references are made to crude adverse experience rates from the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies. Since the mean duration of time on study therapy in VIGOR (8 months) was longer than the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies (4.7 months), it would be expected that the event rate of adverse experiences would be comparatively higher in VIGOR. However, in general, the specific adverse experience rates were similar or lower in VIGOR compared to the Phase III Placebo-Controlled 6-Month Osteoarthritis Studies and were consistent with the currently approved labeling [1.2.13; 2.3].

The 50-mg dose of rofecoxib was chosen for this study to provide a rigorous test of the gastrointestinal safety of rofecoxib administered at a dose 2 to 4 times higher than the approved doses (12.5 and 25 mg) for osteoarthritis and 2 times what is likely to be the dose for the treatment of rheumatoid arthritis. The 1000-mg dose of naproxen was chosen because it is the most commonly used dose in rheumatoid arthritis. Although naproxen is approved for use in rheumatoid arthritis up to a daily dose of 1500 mg in some countries, it was felt that if the COX-2 hypothesis were valid, then twice the clinical dose of rofecoxib would have less gastrointestinal toxicity than the lower dose of the NSAID naproxen. The disparity in the clinical doses (50 mg of rofecoxib is 2 times the clinical dose and 1000 mg of naproxen is the most commonly used dose, but not the maximum dose) of each agent must be taken into account when evaluating the adverse experience profile of each drug.

9.1 **Prespecified Adverse Experiences**

Analyses of prespecified adverse experiences are summarized here (Table 44) and will be presented in detail in the relevant sections that follow. The analyses of overall serious clinical adverse experiences, overall drug-related clinical adverse experiences, and overall clinical adverse experiences leading to study discontinuation are presented in Section 9.2.1. Discontinuations due to digestive adverse experiences including abdominal pain is presented in Section 9.7.3. Discontinuations due to edema-related adverse experiences, hypertension-related adverse experiences, hepatic-related adverse experiences, renal-related adverse experiences, and all adverse experiences of congestive heart failure are presented in Section 9.7. Combined analyses of adjudicated serious cardiovascular adverse experiences are presented in a Cardiovascular Events Analysis [2.1.6].

MRK-AFV0451605

MK-0966 Prot. No. 088/089
VIGOR

-133-

9.1   Prespecified Adverse Experiences (Cont.)

Table 44

Analysis of Prespecified Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Serious clinical AEs | Rofecoxib | 4047 | 378 | 2611 | 14.48 | 1.21 | (1.04, 1.40) | 0.013 |
| | Naproxen | 4029 | 315 | 2631 | 11.97 | | | |
| Drug-related clinical AEs | Rofecoxib | 4047 | 1395 | 2153 | 64.80 | 0.96 | (0.89, 1.03) | 0.238 |
| | Naproxen | 4029 | 1456 | 2150 | 67.72 | | | |
| Clinical AEs leading to discontinuation | Rofecoxib | 4047 | 643 | 2649 | 24.27 | 1.01 | (0.91, 1.13) | 0.842 |
| | Naproxen | 4029 | 635 | 2647 | 23.99 | | | |
| Discontinues due to GI AEs + abdominal pain | Rofecoxib | 4047 | 307 | 2676 | 11.47 | 0.73 | (0.63, 0.85) | <0.001 |
| | Naproxen | 4029 | 416 | 2664 | 15.62 | | | |
| Discontinues due to edema-related AEs | Rofecoxib | 4047 | 25 | 2697 | 0.93 | 1.92 | (0.98, 3.75) | 0.057 |
| | Naproxen | 4029 | 13 | 2698 | 0.48 | | | |
| Discontinues due to hypertension-related AEs | Rofecoxib | 4047 | 28 | 2697 | 1.04 | 4.67 | (1.93, 11.28) | <0.001 |
| | Naproxen | 4029 | 6 | 2699 | 0.22 | | | |
| Discontinues due to renal disease AEs | Rofecoxib | 4047 | 8 | 2699 | 0.30 | 1.14 | (0.41, 3.15) | 0.796 |
| | Naproxen | 4029 | 7 | 2698 | 0.26 | | | |
| Discontinues due to hepatic disease AEs | Rofecoxib | 4047 | 10 | 2699 | 0.37 | 3.33 | (0.92, 12.11) | 0.067 |
| | Naproxen | 4029 | 3 | 2699 | 0.11 | | | |
| CHF AEs | Rofecoxib | 4047 | 19 | 2696 | 0.70 | 2.11 | (0.96, 4.67) | 0.065 |

MK-0966\CSR\RC267II.DOC  APPROVED--20-Jan-2000

MRK-AFV0451606

MK-0966 Prot. No. 088/089
VIGOR

-134-

9.1 Prespecified Adverse Experiences (Cont.)

Table 44 (Cont.)

Analysis of Prespecified Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Serious laboratory AEs | Naproxen | 4029 | 9 | 2698 | 0.33 | | | |
| | Rofecoxib | 4047 | 2 | 2699 | 0.07 | - | (0.19, .) | 0.154 |
| | Naproxen | 4029 | 0 | 2699 | 0.00 | | | |
| Drug-related laboratory AEs | Rofecoxib | 4047 | 191 | 2635 | 7.25 | 1.11 | (0.91, 1.37) | 0.309 |
| | Naproxen | 4029 | 173 | 2656 | 6.51 | | | |
| Laboratory AEs leading to discontinuation | Rofecoxib | 4047 | 22 | 2698 | 0.82 | 1.83 | (0.91, 3.71) | 0.091 |
| | Naproxen | 4029 | 12 | 2698 | 0.44 | | | |

[1] Patient-years at risk.
[2] Per 100 PYR.
[3] Relative risk of rofecoxib with respect to naproxen from Cox model where the number of cases is at least 11, otherwise relative risk is ratio of rates and p-value is from discrete log-rank distribution.
[4] Confidence interval.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC APPROVED--20-Jan-2000

153

MRK-AFV0451607

MK-0966 Prot. No. 088/089
VIGOR

-135-

## 9.2   Adverse Experiences—Clinical

Most adverse experiences were transient and self-limited. No clinically important differences in the overall incidence of clinical adverse experiences were observed between treatment groups. The overall incidence of discontinuations due to clinical adverse experiences was similar between treatment groups (approximately 16% in both treatment groups). There were significantly more serious adverse experiences on rofecoxib compared with naproxen.   There was an increased incidence of serious cardiovascular system adverse experiences.   Conversely, there were more serious digestive system adverse experiences on naproxen compared with rofecoxib.

Serious adverse experiences are discussed in Section 9.3.  A combined analysis of serious cardiovascular events can be found in [2.1.6].  The incidence of death was low and similar rates were seen in both treatment groups.

In evaluating clinical adverse experiences, it is important to remember that the study used 2 times the clinical dose of rofecoxib and less than the maximum clinical dose of naproxen. As a consequence, a relative increase in dose-dependent adverse experiences for rofecoxib compared with naproxen would be expected.

### 9.2.1   Overall Assessment of Clinical Adverse Experiences

Overall, clinical adverse experiences were reported by 5696 (70.5%) of 8076 randomized patients [4.3].  Table 45 summarizes the clinical adverse experience profile while Table 46 provides analyses of prespecified categories of clinical summary adverse experiences.

Clinical adverse experiences occurred in 2872 (71.0%) and 2824 (70.1%) of the patients in the rofecoxib and naproxen groups, respectively. No clinically meaningful differences were seen in the overall incidence of these events.

Drug-related (assessed by the investigator to be possibly, probably, or definitely drug related) clinical adverse experiences occurred in 34.5 and 36.1% of patients in the rofecoxib and naproxen groups, respectively.  The number of drug-related clinical adverse experiences per 100 patients-years was 64.80 and 67.72 for the rofecoxib and naproxen groups, respectively (relative risk 0.96; 95% CI [0.89, 1.03]; p=0.238) (Table 46). No clinically meaningful differences were seen in the overall incidence of these events.

Serious clinical adverse experiences occurred in 9.3 and 7.8% of patients in the rofecoxib and naproxen groups, respectively. The number of serious clinical adverse experiences per 100 patient-years was 14.48 and 11.97 for the rofecoxib and naproxen groups, respectively (relative risk 1.21; 95% CI:  1.04, 1.40;

MRK-AFV0451608

MK-0966 Prot. No. 088/089
VIGOR

-136-

9.2   Adverse Experiences—Clinical (Cont.)

p=0.013) (Table 46).   Although this small difference reached statistical significance, the only body systems with a clinically meaningful difference in event rates were the cardiovascular and digestive body systems. The rofecoxib treatment group, compared with naproxen, had a higher incidence of serious cardiovascular adverse experiences (2.5 versus 1.1%) and a lower incidence of serious digestive system adverse experiences (1.2 versus 2.4%). Listings of all serious adverse experiences are in [4.3] and complete narratives are in [4.20]. No other clinically significant differences were apparent in any other body system.

Despite the slightly higher rate of overall serious clinical adverse experiences in the rofecoxib group, serious drug-related adverse experiences were more frequent in the naproxen group. Serious drug-related adverse experiences occurred in 1.3 and 2.0% of patients in the rofecoxib and naproxen groups, respectively. The rofecoxib treatment group, compared with naproxen, had a similar incidence of serious drug-related cardiovascular adverse experiences (0.3 versus 0.1%) and a lower incidence of serious digestive system adverse experiences (0.7 versus 1.7%).

Thirty-seven deaths occurred in the trial, 22 (0.5%) and 15 (0.4%) in the rofecoxib and naproxen groups, respectively.   Overall, the incidence of fatal clinical adverse experiences by body system as well as the incidence of individual fatal clinical adverse experiences were similar between treatment groups.

Clinical adverse experiences leading to discontinuation occurred in 15.9 and 15.8% of patients in the rofecoxib and naproxen groups, respectively. The number of clinical adverse experiences leading to discontinuation per 100 patient-years was 24.27 and 23.99 for the rofecoxib and naproxen groups, respectively (relative risk 1.01; 95% CI:  0.91, 1.13; p=0.841) (Table 46).  Of the discontinuations, 976 patients discontinued due to drug-related clinical adverse experiences, 456 (11.3%) and 520 (12.9%) in the rofecoxib and naproxen groups, respectively. Two hundred seventy patients discontinued due to serious clinical adverse experiences, 143 (3.5%) and 127 (3.2%) in the rofecoxib and naproxen groups, respectively.  Serious drug-related clinical adverse experiences led to discontinuation in 35 (0.9%) and 68 (1.7%) of the rofecoxib and naproxen groups, respectively.

MRK-AFV0451609

MK-0966 Prot. No. 088/089
VIGOR

-137-

## 9.2   Adverse Experiences—Clinical (Cont.)

Table 45

Clinical Adverse Experience Summary

| Number (%) of patients: | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| With one or more adverse experiences | 2872 | (71.0) | 2824 | (70.1) |
| With no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| With drug-related adverse experiences[1] | 1395 | (34.5) | 1456 | (36.1) |
| With serious adverse experiences | 378 | (9.3) | 315 | (7.8) |
| With serious drug-related adverse experiences | 51 | (1.3) | 80 | (2.0) |
| Who died | 22 | (0.5) | 15 | (0.4) |
| Discontinued due to adverse experiences | 643 | (15.9) | 635 | (15.8) |
| Discontinued due to drug-related adverse experiences[1] | 456 | (11.3) | 520 | (12.9) |
| Discontinued due to serious adverse experiences | 143 | (3.5) | 127 | (3.2) |
| Discontinued due to serious drug-related adverse experiences[1] | 35 | (0.9) | 68 | (1.7) |

[1] Assessed by the investigator to be possibly, probably, or definitely drug related.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451610

MK-0966 Prot. No. 088/089
VIGOR

-138-

9.2   Adverse Experiences—Clinical (Cont.)

Table 46

Analysis of Prespecified Clinical Summary Adverse Experience (AE) Categories

| Type of Adverse Experience | Treatment Group | N | Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Drug-related clinical AEs[∥] | Rofecoxib | 4047 | 1395 | 2153 | 64.80 | 0.96 | (0.89, 1.03) | 0.238 |
| | Naproxen | 4029 | 1456 | 2150 | 67.72 | | | |
| Serious clinical AEs | Rofecoxib | 4047 | 378 | 2611 | 14.48 | 1.21 | (1.04, 1.40) | 0.013 |
| | Naproxen | 4029 | 315 | 2631 | 11.97 | | | |
| Clinical AEs leading to discontinuation | Rofecoxib | 4047 | 643 | 2649 | 24.27 | 1.01 | (0.91, 1.13) | 0.842 |
| | Naproxen | 4029 | 635 | 2647 | 23.99 | | | |

† Patient-years at risk.
‡ Per 100 PYR.
§ Relative risk of rofecoxib with respect to naproxen from Cox model.
∥ Assessed by the investigator to be possibly, probably, or definitely drug related.
¶ Confidence interval.
Data Source:  [4.3]

MK-0966/CSR/RC2678.DOC  APPROVED--20-Jun-2000

MRK-AFV0451611

MK-0966 Prot. No. 088/089
VIGOR

-139-

## 9.2   Adverse Experiences—Clinical (Cont.)

### 9.2.2   Clinical Adverse Experiences by Body Systems

The distribution of patients with clinical adverse experiences in each body system is in Table 47. Although a patient may have had 2 or more adverse experiences, the patient is counted only once within a body system. The same patient may be counted in multiple body systems.

In general, the incidence of adverse experiences by body system was similar between patients taking rofecoxib and naproxen. Differences (95% CI do not overlap 0), however, were observed between treatment groups in the cardiovascular system, digestive system, nervous system, and skin and skin appendages body systems (Table 47). Some differences favor rofecoxib and some favor naproxen.

In the cardiovascular system, 14.6 and 9.7% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. Increased rates of hypertension and increased blood pressure adverse experiences were the main contributors to this difference and are discussed in further detail in Section 9.7. Serious cardiovascular adverse experiences are discussed in detail in the Cardiovascular Events Analysis [2.1.6].

In the digestive system, 32.6 and 36.0% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely attributed to the higher incidence of dyspepsia, epigastric discomfort, constipation and gastric ulcers in the naproxen group (Table 48). These and other digestive system adverse experiences contributing to the difference between treatment groups are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences and Section 9.7.3, Discontinuations Due to Digestive System Adverse Experiences, Including Abdominal Pain.

In the nervous system, 11.3 and 8.8% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely due to a higher incidence of headache in the rofecoxib group compared with the naproxen group (Table 48). This and other nervous system adverse experiences are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences.

In the skin and skin appendages body system, 12.6 and 10.2% of patients in the rofecoxib and naproxen groups, respectively, had adverse experiences. This difference was largely due to a higher incidence of pruritus for rofecoxib group compared with the naproxen group (Table 48). These and other skin and skin

MRK-AFV0451612

MK-0966 Prot. No. 088/089
VIGOR

-140-

## 9.2 Adverse Experiences—Clinical (Cont.)

appendages adverse experiences are discussed in further detail in Section 9.2.3, Most Frequent Clinical Adverse Experiences and Section 9.8, Safety Analyses of Interest (Not Prespecified).

Table 47

Number (%) of Patients With Clinical Adverse Experiences by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | N | (%) | n | (%) |
| Patients with one or more adverse experiences | 2872 | (71.0) | 2824 | (70.1) |
| Patients with no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| | | | | |
| Body As A Whole/Site Unspecified | 1071 | (26.5) | 1003 | (24.9) |
| Cardiovascular System[†] | 590 | (14.6) | 390 | (9.7) |
| Digestive System[‡] | 1320 | (32.6) | 1449 | (36.0) |
| Endocrine System | 46 | (1.1) | 40 | (1.0) |
| Eyes, Ears, Nose, And Throat | 450 | (11.1) | 397 | (9.9) |
| Hemic And Lymphatic System | 69 | (1.7) | 52 | (1.3) |
| Hepatobiliary System | 33 | (0.8) | 24 | (0.6) |
| Immune System | 26 | (0.6) | 22 | (0.5) |
| Metabolism And Nutrition | 128 | (3.2) | 132 | (3.3) |
| Musculoskeletal System | 630 | (15.6) | 613 | (15.2) |
| Nervous System[§] | 456 | (11.3) | 356 | (8.8) |
| Psychiatric Disorder | 108 | (2.7) | 92 | (2.3) |
| Respiratory System | 346 | (8.5) | 343 | (8.5) |
| Skin And Skin Appendages[¶] | 508 | (12.6) | 410 | (10.2) |
| Urogenital System | 372 | (9.2) | 341 | (8.5) |

[†] 95% CI [3.45, 6.34] did not cross zero (14.6 versus 9.7% for rofecoxib and naproxen, respectively, representing a 4.9% difference).
[‡] 95% CI [-5.44, -1.25] did not cross zero (32.6 versus 36.0% for rofecoxib and naproxen, respectively, representing a -3.3% difference).
[§] 95% CI [1.10, 3.77] did not cross zero (11.3 versus 8.8% for rofecoxib and naproxen, respectively, representing a 2.4% difference).
[¶] 95% CI [0.97, 3.78] did not cross zero (12.6 versus 10.2% for rofecoxib and naproxen, respectively, representing a 2.4% difference).
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different body systems.
Data Source: [4.3]

MRK-AFV0451613

MK-0966 Prot. No. 088/089
VIGOR

-141-

## 9.2 Adverse Experiences—Clinical (Cont.)

### 9.2.3 Most Frequent Clinical Adverse Experiences

Table 48 presents specific adverse experiences with an incidence of at least 0.5% in any treatment group. An individual patient is counted only once for each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experiences. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded. A complete listing of all clinical adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].

The most commonly reported adverse experiences were hypertension, upper respiratory infection, and nausea. Of these, there was a difference between treatment groups in the incidence of hypertension (8.5 versus 5.0% for rofecoxib and naproxen, respectively) and nausea (6.6 and 5.4% for rofecoxib and naproxen, respectively). The incidence of upper respiratory infection was similar for rofecoxib and naproxen (5.9 and 6.2%, respectively).

Table 48

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 2872 | (71.0) | 2824 | (70.1) |
| Patients with no adverse experience | 1175 | (29.0) | 1205 | (29.9) |
| **Body As A Whole/Site Unspecified** | **1071** | **(26.5)** | **1003** | **(24.9)** |
| Abdominal Distention | 36 | (0.9) | 47 | (1.2) |
| Abdominal Pain | 158 | (3.9) | 189 | (4.7) |
| Asthenia/Fatigue | 77 | (1.9) | 58 | (1.4) |
| Bacterial Infection | 19 | (0.5) | 24 | (0.6) |
| Chest Pain | 39 | (1.0) | 30 | (0.7) |
| Contusion | 16 | (0.4) | 22 | (0.5) |
| Dizziness | 118 | (2.9) | 85 | (2.1) |
| Edema | 23 | (0.6) | 21 | (0.5) |
| Fever | 12 | (0.3) | 20 | (0.5) |

MRK-AFV0451614

MK-0966 Prot. No. 088/089
VIGOR

-142-

## 9.2   Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Body As A Whole/Site Unspecified (Cont.)** | **1071** | **(26.5)** | **1003** | **(24.9)** |
| Fungal Infection | 22 | (0.5) | 12 | (0.3) |
| Influenza-Like Disease | 121 | (3.0) | 114 | (2.8) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) |
| Peripheral Edema | 22 | (0.5) | 12 | (0.3) |
| Trauma | 23 | (0.6) | 27 | (0.7) |
| Upper Respiratory Infection | 240 | (5.9) | 248 | (6.2) |
| **Cardiovascular System** | **590** | **(14.6)** | **390** | **(9.7)** |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) |
| Ecchymosis | 18 | (0.4) | 38 | (0.9) |
| Hypertension | 342 | (8.5) | 202 | (5.0) |
| Myocardial Infarction | 20 | (0.5) | 5 | (0.1) |
| Palpitation | 22 | (0.5) | 10 | (0.2) |
| Tachycardia | 14 | (0.3) | 19 | (0.5) |
| **Digestive System** | **1320** | **(32.6)** | **1449** | **(36.0)** |
| Acid Reflux | 30 | (0.7) | 35 | (0.9) |
| Constipation | 63 | (1.6) | 114 | (2.8) |
| Dental Infection | 14 | (0.3) | 27 | (0.7) |
| Diarrhea | 254 | (6.3) | 206 | (5.1) |
| Digestive Gas Symptoms | 22 | (0.5) | 22 | (0.5) |
| Dry Mouth | 19 | (0.5) | 17 | (0.4) |
| Duodenal Ulcer | 21 | (0.5) | 23 | (0.6) |
| Dyspepsia | 212 | (5.2) | 259 | (6.4) |
| Epigastric Discomfort | 197 | (4.9) | 274 | (6.8) |
| Erosive Gastritis | 9 | (0.2) | 34 | (0.8) |
| Flatulence | 30 | (0.7) | 32 | (0.8) |
| Gastric Disorder | 15 | (0.4) | 22 | (0.5) |
| Gastric Ulcer | 23 | (0.6) | 62 | (1.5) |
| Gastritis | 46 | (1.1) | 75 | (1.9) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451615


29818243

Mar 1 2010
9:49PM

# Exhibit 8
# Part 5

Case 2:05-md-01657-EEF-DEK   Document 35764-25   Filed 03/04/10   Page 2 of 31

**162**

MK-0966 Prot. No. 088/089
VIGOR

-143-

9.2   Adverse Experiences—Clinical (Cont.)

Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | **1320** | **(32.6)** | **1449** | **(36.0)** |
| Gastroesophageal Reflux Disease | 19 | (0.5) | 13 | (0.3) |
| Gastrointestinal Disorder | 17 | (0.4) | 21 | (0.5) |
| Heartburn | 197 | (4.9) | 194 | (4.8) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 22 | (0.5) |
| Hemorrhoids | 29 | (0.7) | 33 | (0.8) |
| Hiatal Hernia | 20 | (0.5) | 22 | (0.5) |
| Infectious Gastroenteritis | 19 | (0.5) | 24 | (0.6) |
| Nausea | 268 | (6.6) | 217 | (5.4) |
| Oral Lesion | 26 | (0.6) | 15 | (0.4) |
| Oral Ulcer | 51 | (1.3) | 29 | (0.7) |
| Vomiting | 91 | (2.2) | 84 | (2.1) |
| **Endocrine System** | **46** | **(1.1)** | **40** | **(1.0)** |
| **Eyes, Ears, Nose, And Throat** | **450** | **(11.1)** | **397** | **(9.9)** |
| Conjunctivitis | 28 | (0.7) | 24 | (0.6) |
| Epistaxis | 7 | (0.2) | 27 | (0.7) |
| Pharyngitis | 83 | (2.1) | 73 | (1.8) |
| Sinusitis | 86 | (2.1) | 93 | (2.3) |
| Tinnitus | 23 | (0.6) | 16 | (0.4) |
| **Hemic And Lymphatic System** | **69** | **(1.7)** | **52** | **(1.3)** |
| Anemia | 56 | (1.4) | 37 | (0.9) |
| **Hepatobiliary System** | **33** | **(0.8)** | **24** | **(0.6)** |
| **Immune System** | **26** | **(0.6)** | **22** | **(0.5)** |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jan-2000

MRK-AFV0451616

MK-0966 Prot. No. 088/089
VIGOR

-144-

## 9.2   Adverse Experiences—Clinical (Cont.)

### Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Metabolism And Nutrition** | **128** | **(3.2)** | **132** | **(3.3)** |
| Anorexia | 17 | (0.4) | 23 | (0.6) |
| Weight Gain | 48 | (1.2) | 42 | (1.0) |
| Weight Loss | 21 | (0.5) | 17 | (0.4) |
| **Musculoskeletal System** | **630** | **(15.6)** | **613** | **(15.2)** |
| Back Pain | 74 | (1.8) | 83 | (2.1) |
| Bursitis | 24 | (0.6) | 28 | (0.7) |
| Knee Pain | 31 | (0.8) | 19 | (0.5) |
| Muscular Cramp | 25 | (0.6) | 26 | (0.6) |
| Myalgia | 14 | (0.3) | 19 | (0.5) |
| Neck Pain | 21 | (0.5) | 22 | (0.5) |
| Osteoporosis | 19 | (0.5) | 11 | (0.3) |
| Rheumatoid Arthritis | 190 | (4.7) | 170 | (4.2) |
| Rheumatoid Pain | 13 | (0.3) | 19 | (0.5) |
| Shoulder Pain | 28 | (0.7) | 19 | (0.5) |
| **Nervous System** | **456** | **(11.3)** | **356** | **(8.8)** |
| Headache | 190 | (4.7) | 140 | (3.5) |
| Hypesthesia | 29 | (0.7) | 21 | (0.5) |
| Insomnia | 74 | (1.8) | 62 | (1.5) |
| Migraine | 19 | (0.5) | 11 | (0.3) |
| Paresthesia | 25 | (0.6) | 21 | (0.5) |
| Somnolence | 20 | (0.5) | 18 | (0.4) |
| Vertigo | 42 | (1.0) | 39 | (1.0) |
| **Psychiatric Disorder** | **108** | **(2.7)** | **92** | **(2.3)** |
| Anxiety | 26 | (0.6) | 24 | (0.6) |
| Depression | 37 | (0.9) | 35 | (0.9) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451617

MK-0966 Prot. No. 088/089
VIGOR

-145-

## 9.2   Adverse Experiences—Clinical (Cont.)

### Table 48 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
(Incidence ≥0.5% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Respiratory System** | 346 | (8.5) | 343 | (8.5) |
| Bronchitis | 115 | (2.8) | 131 | (3.3) |
| Cough | 65 | (1.6) | 51 | (1.3) |
| Dyspnea | 43 | (1.1) | 40 | (1.0) |
| Pneumonia | 47 | (1.2) | 50 | (1.2) |
| **Skin And Skin Appendages** | 508 | (12.6) | 410 | (10.2) |
| Cellulitis | 33 | (0.8) | 20 | (0.5) |
| Contact Dermatitis | 18 | (0.4) | 20 | (0.5) |
| Herpes Zoster | 29 | (0.7) | 27 | (0.7) |
| Pruritus | 76 | (1.9) | 31 | (0.8) |
| Rash | 142 | (3.5) | 119 | (3.0) |
| Skin Ulcer | 20 | (0.5) | 18 | (0.4) |
| Urticaria | 12 | (0.3) | 24 | (0.6) |
| **Urogenital System** | 372 | (9.2) | 341 | (8.5) |
| Cystitis | 9 | (0.2) | 22 | (0.5) |
| Urinary Tract Infection | 172 | (4.3) | 187 | (4.6) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted
only once within a category.  The same patient may appear in different categories.
Data Source: [4.3; 4.17]

Table 49 provides a listing of those adverse experiences (among all reported
adverse experience "broader" terms) that occurred more frequently (defined as
95% CIs that do not overlap 0) in either the rofecoxib or naproxen groups. When
assessing adverse experiences for potential differences between the groups,
comparisons are made between very large number of adverse experience terms.
With such a large number of comparisons being made, it is expected to observe a
number of comparisons for which the 95% CIs do not overlap 0 (as many as 5%
of the total number of comparisons) even if no true differences occurred.

MRK-AFV0451618

MK-0966 Prot. No. 088/089
VIGOR

-146-

## 9.2 Adverse Experiences—Clinical (Cont.)

The number of adverse experience terms for which the 95% CIs do not overlap 0 were not excessive and were approximately balanced between the groups (12 "favoring" rofecoxib and 14 "favoring" naproxen) (Table 49). Discounting those adverse experiences potentially related to treatment effects (i.e., lower extremity edema and hypertension, dyspepsia, epigastric discomfort, and gastric ulcer), the differences in the remaining adverse experiences likely represent chance findings in the face of multiple statistical comparisons.

Table 49

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | Naproxen | 95% CI[†] |
| **Adverse Experiences Occurring With Higher Incidence With Rofecoxib** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Dizziness | 118 | (2.9) | 85 | (2.1) | 0.8 | (0.10, 1.51) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) | 1.4 | (0.60, 2.20) |
| **Cardiovascular System** | | | | | | |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) | 0.6 | (0.20, 0.93) |
| Hypertension | 342 | (8.5) | 202 | (5.0) | 3.4 | (2.32, 4.55) |
| Myocardial Infarction | 20 | (0.5) | 5 | (0.1) | 0.4 | (0.10, 0.64) |
| **Digestive System** | | | | | | |
| Diarrhea | 254 | (6.3) | 206 | (5.1) | 1.2 | (0.13, 2.20) |
| Nausea | 268 | (6.6) | 217 | (5.4) | 1.2 | (0.18, 2.30) |
| Oral Ulcer | 51 | (1.3) | 29 | (0.7) | 0.5 | (0.08, 1.00) |
| **Musculoskeletal System** | | | | | | |
| Ankle Fracture | 10 | (0.2) | 2 | (0.0) | 0.2 | (0.00, 0.40) |

MRK-AFV0451619

MK-0966 Prot. No. 088/089
VIGOR

-147-

## 9.2 Adverse Experiences—Clinical (Cont.)

Table 49 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| | | | | | Rofecoxib Minus | |
| | n | (%) | n | (%) | Naproxen | 95% CI[†] |
|---|---|---|---|---|---|---|
| **Nervous System** | | | | | | |
| Headache | 190 | (4.7) | 140 | (3.5) | 1.2 | (0.33, 2.12) |
| Muscular Spasm | 18 | (0.4) | 5 | (0.1) | 0.3 | (0.06, 0.58) |
| **Skin And Skin Appendages** | | | | | | |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) | 0.3 | (0.01, 0.53) |
| Pruritus | 76 | (1.9) | 31 | (0.8) | 1.1 | (0.59, 1.63) |
| **Urogenital System** | | | | | | |
| Nocturia | 10 | (0.2) | 2 | (0.0) | 0.2 | (0.00, 0.39) |
| **Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Cardiovascular System** | | | | | | |
| Ecchymosis | 18 | (0.4) | 38 | (0.9) | -0.5 | (-0.88, -0.11) |
| **Digestive System** | | | | | | |
| Constipation | 63 | (1.6) | 114 | (2.8) | -1.3 | (-1.94, -0.61) |
| Dyspepsia | 212 | (5.2) | 259 | (6.4) | -1.2 | (-2.24, -0.14) |
| Epigastric Discomfort | 197 | (4.9) | 274 | (6.8) | -1.9 | (-2.98, -0.89) |
| Erosive Gastritis | 9 | (0.2) | 34 | (0.8) | -0.6 | (-0.96, -0.28) |
| Gastric Erosion | 3 | (0.1) | 14 | (0.3) | -0.3 | (-0.50, -0.05) |
| Gastric Ulcer | 23 | (0.6) | 62 | (1.5) | -1.0 | (-1.44, -0.50) |
| Gastritis | 46 | (1.1) | 75 | (1.9) | -0.7 | (-1.28, -0.17) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 22 | (0.5) | -0.4 | (-0.68, -0.12) |
| **Eyes, Ears, Nose, And Throat** | | | | | | |
| Epistaxis | 7 | (0.2) | 27 | (0.7) | -0.5 | (-0.80, -0.19) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451620

Case 2:05-md-01657-EEF-DEK   Document 35379-25   Filed 03/16/10   Page 48 of 145
Case 2:05-md-01657-EEF-DEK   Document 35764-25   Filed 03/04/10   Page 87 of 135

167

MK-0966 Prot. No. 088/089
VIGOR

-148-

## 9.2   Adverse Experiences—Clinical (Cont.)

### Table 49 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
That Occurred at a Higher Incidence (95% CI of the Difference
Do Not Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | Rofecoxib Minus | |
| | n | (%) | n | (%) | Naproxen | 95% CI[†] |
| **Skin And Skin Appendages** | | | | | | |
| Furuncle | 0 | (0.0) | 6 | (0.1) | -0.1 | (-0.29, -0.01) |
| **Urogenital System** | | | | | | |
| Cystitis | 9 | (0.2) | 22 | (0.5) | -0.3 | (-0.62, -0.03) |

† Confidence interval.
Data Source: [4.3; 4.17]

Specific clinical adverse experiences with between-group differences are discussed below, by body system.

### Body as a Whole/Site Unspecified

There was a between-group difference in the incidence of dizziness (2.9 and 2.1% for rofecoxib and naproxen, respectively). The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Twenty-two (0.5%) and 7 (0.2%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of dizziness (Table 56). The incidence of dizziness in the rofecoxib group in this study is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (3.5, 4.0, and 3.7%, respectively), similar to placebo (2.9%), and is consistent with currently approved labeling [1.2.13; 2.3]. The difference between the rofecoxib and naproxen treatment groups may represent a chance finding.

There was also a between-group difference for lower extremity edema (4.0 versus 2.6% for rofecoxib and naproxen, respectively). Lower extremity edema is related

20-Jun-2000

MRK-AFV0451621

MK-0966 Prot. No. 088/089
VIGOR

-149-

## 9.2   Adverse Experiences—Clinical (Cont.)

to the renal vascular effects of these drugs, is a known side effect of COX-2 selective inhibitors and NSAIDs, and is dose related. Lower extremity edema is discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

### Cardiovascular System

Differences between treatment groups for blood pressure increased, hypertension, and myocardial infarction, all favoring naproxen, and for ecchymosis, favoring rofecoxib, were observed.

Blood pressure increased occurred in 0.9 and 0.3% of patients in the rofecoxib and naproxen groups, respectively and hypertension occurred in 8.5 and 5.0% of patients in the rofecoxib and naproxen groups, respectively. Hypertension is related to the renal vascular effects of these drugs, is a known side effect of COX-2 selective inhibitors and NSAIDs, and is dose related. Hypertension adverse experiences are discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

Myocardial infarction occurred in 0.5 and 0.1% of patients treated with rofecoxib and naproxen, respectively. This adverse experience is discussed in more detail in Section 9.3, Deaths and Non-Fatal Serious Adverse Experiences and in the Cardiovascular Events Analysis [2.1.6].

Increased reports of ecchymosis occurring with naproxen in this body system, as well as reports of epistaxis occurring with naproxen in the respiratory system body system, are, most likely, attributable to inhibition of platelet aggregation by naproxen through its potent effects on COX-1 mediated platelet derived thromboxane [1.2.23; 1.2.24]. Ecchymosis and epistaxis and other adverse experiences related to inhibition of platelet aggregation are discussed in more detail in the Cardiovascular Events Analysis [2.1.6].

### Digestive System

Diarrhea (6.3 versus 5.1%) occurred more frequently with rofecoxib compared with naproxen. The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Twenty-seven (0.7%) and 18 (0.4%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of diarrhea (Table 56). The incidence of diarrhea in the rofecoxib group in this study is slightly higher than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-mg

MRK-AFV0451622

MK-0966 Prot. No. 088/089
VIGOR

-150-

## 9.2 Adverse Experiences—Clinical (Cont.)

rofecoxib group (4.3%) and lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 25- and 50-mg rofecoxib groups (9.9 and 10.8%, respectively) [1.2.13; 2.3].

Nausea (6.6 versus 5.4%) also occurred more frequently with rofecoxib compared with naproxen. The majority of these events were of mild-to-moderate intensity, transient, and self-limited. Thirty-four (0.8%) and 32 (0.8%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of nausea (Table 56). The incidence of nausea in the rofecoxib group in this study is slightly higher than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-mg rofecoxib group (4.1%) and lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 25- and 50-mg rofecoxib groups (7.2 and 9.0%, respectively). The incidences of diarrhea and nausea reported in this study for rofecoxib are consistent with currently approved labeling [1.2.13; 2.3].

Oral ulcers (1.3 versus 0.7%) also occurred more frequently on rofecoxib compared with naproxen. Oral ulcers are associated with NSAID use at an incidence of 1 to 3% depending on the compound [1.1.27]. The majority of oral ulcer adverse experiences in this study were mild-to-moderate intensity and were self-limited. The incidence of drug-related oral ulcers was similar (0.5 versus 0.4% for rofecoxib and naproxen, respectively) and only 5 (0.1%) and 1 (0.0%) in each treatment group discontinued from study therapy. The clinical importance of these ulcers is minor. The incidence of oral ulcers reported in this study for the rofecoxib group was slightly higher than reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5- and 25-mg rofecoxib groups (0.8 and 0.9%, respectively) and lower than that reported in the Original Marketing Application (6—Month Osteoarthritis Studies) for the 50-mg rofecoxib group (1.8%), and is consistent with the currently approved labeling [1.2.13; 2.3].

Conversely, several digestive system adverse experiences occurred less frequently with rofecoxib compared with naproxen. These included constipation (1.6 versus 2.8%), dyspepsia (5.2 versus 6.4%), epigastric discomfort (4.9 versus 6.9%), erosive gastritis (0.2 versus 0.8%), gastric erosion (0.1 versus 0.3%), gastric ulcer (0.6 versus 1.6%), gastritis (1.1 versus 1.9%), and hemorrhagic gastric ulcer (0.1 versus 0.6%). Erosive gastritis, gastritis, gastric erosion, gastric ulcer, and hemorrhagic gastric ulcer are adverse experiences that are directly related to NSAID-mediated effects on mucosal injury. Although erosive gastritis and gastritis without associated gastrointestinal bleeding were not included as a part of the PUB endpoint definitions, it is of note that the incidence of these less severe

MRK-AFV0451623

MK-0966 Prot. No. 088/089
VIGOR

-151-

9.2   Adverse Experiences—Clinical (Cont.)

forms of mucosal injury were reduced in the rofecoxib compared with the
naproxen treatment group. Thus rofecoxib demonstrated a reduced incidence of
all forms of upper GI mucosal injury (gastritis, ulcers, and bleeding) compared
with naproxen.

In addition to the mucosal injury caused by NSAIDs, symptoms referable to the
GI tract are common among patients taking NSAIDs. In the published literature,
GI symptoms associated with NSAID use have generally not correlated well with
mucosal injury [1.1.18; 1.1.19], however, they do cause clinical outcomes such as
discontinuation of therapy. Dyspepsia, epigastric discomfort, and constipation,
adverse experiences frequently attributable to NSAIDs, were all reduced in the
rofecoxib group compared with the naproxen group. A predefined analysis of
discontinuations due to gastrointestinal adverse experiences, including abdominal
pain is in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

#### Eyes, Ears, Nose, and Throat

Increased reports of epistaxis occurring with naproxen in this body system, as
well as reports of ecchymosis occurring with naproxen in the cardiovascular
system, are, most likely, attributable to the antiplatelet activity of naproxen. This
finding is not unexpected since patients on aspirin, another potent inhibitor of
platelet aggregation, have been reported to have an increased incidence of
epistaxis [1.1.33; 1.1.34].

Epistaxis occurred less frequently with rofecoxib compared with naproxen
(0.2 versus 0.7%). The majority of these events were mild-to-moderate intensity,
transient, and self-limited. One patient in the naproxen treatment group
discontinued due to epistaxis. (Epistaxis is discussed in more detail in the
Cardiovascular Events Analysis [2.1.6]).

#### Musculoskeletal

Ankle fracture occurred more frequently with rofecoxib compared with naproxen
(0.2 versus 0.0%). Since there is no biologically plausible mechanism or animal
data to support such a relationship, this most likely represents a chance finding.

#### Nervous System

The incidence of headache (4.7 versus 3.5% for rofecoxib and naproxen,
respectively) largely accounted for the difference between treatment groups in the
overall incidence of patients with nervous system adverse experiences. The
majority of these events were transient and self-limited, and none was considered

/MK-0966/CSR/RC2678.DOC APPROVED                                    20-Jun-2000

MRK-AFV0451624

MK-0966 Prot. No. 088/089
VIGOR

-152-

## 9.2   Adverse Experiences—Clinical (Cont.)

serious. Only 21 (0.5%) and 9 (0.2%) patients in the rofecoxib and naproxen treatment groups, respectively, discontinued for an adverse experience of headache (Table 56). Furthermore, in the Original Marketing Application, the incidence of headache was lower in the rofecoxib treatment groups compared to placebo. The incidence of headache in the rofecoxib group in this study is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (5.9, 6.4, and 7.9%, respectively), as well as for placebo (8.9%), and is consistent with currently approved labeling [1.2.13; 2.3].

There was also a small between-group difference in the incidence of muscle spasm (0.4 and 0.1% for rofecoxib and naproxen, respectively). However, the incidence of muscular cramps was similar (0.6 and 0.6% for the rofecoxib and naproxen, respectively). The incidence of muscle spasm in the rofecoxib group in this study is consistent with that reported in the Original Marketing Application (6—Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (0.0, 0.6, and 0.8%, respectively) and is also consistent with the currently approved labeling [1.2.13; 2.3]. The difference between the treatment groups is likely due to chance.

### Skin and Skin Appendages

Basal cell carcinoma (0.4 versus 0.1%) occurred more frequently with rofecoxib compared with naproxen. The incidence of basal cell carcinoma in the rofecoxib group is consistent with that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (0.4, 0.3, and 1.1%, respectively) and is also consistent with the currently approved labeling. The incidence of basal cell carcinoma in the naproxen group in this study is lower than that reported in the placebo group (0.3%) in the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3] and thus, the between-group difference probably represents a chance finding. Conversely, furuncle (0.0 versus 0.1%) occurred less frequently with rofecoxib compared with naproxen. Since there is no biologically plausible mechanism or animal data to support such a relationship, the between-group difference for furuncle also represents a chance finding.

The incidence of pruritus (1.9 versus 0.8%) for rofecoxib and naproxen, respectively, largely accounted for the difference between treatment groups in the overall incidence of patients with skin and skin appendages adverse experiences. The majority of the pruritus episodes in both treatment groups were transient, self-limited, and resolved while study therapy was continued. Few patients in the rofecoxib and naproxen groups discontinued because of pruritus (11 [0.3%] and

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451625

MK-0966 Prot. No. 088/089
VIGOR

-153-

## 9.2   Adverse Experiences—Clinical (Cont.)

1 [0.0%], respectively).   There were 10 patients in the rofecoxib group and 5 patients in the naproxen group who had a concurrent adverse experience of rash or urticaria.   Two of the 10 patients in the rofecoxib group discontinued study therapy due to these adverse experiences.   The remainder of these adverse experiences resolved while on study therapy.   The incidence of pruritus in the rofecoxib group in this study was consistent with that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.7, 2.0, and 1.6%, respectively) and is consistent with currently approved labeling [1.2.13; 2.3].

### Urogenital System

Nocturia (0.2 versus 0.0%) occurred more frequently with rofecoxib compared with naproxen.   Conversely, cystitis (0.2 versus 0.5%) occurred less frequently with rofecoxib compared with naproxen.   These between-group differences for nocturia and cystitis probably represent a chance finding.

## 9.2.4   Clinical Adverse Experiences Assessed by the Investigator to be Drug Related

Table 50 summarizes the most frequent (≥0.5% in either treatment group) clinical adverse experiences assessed by the investigator as possibly, probably, or definitely related to study medication (i.e., drug related).   An individual patient is counted only once in each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experiences.   However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded.   A complete listing of all drug-related clinical adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].   The analysis of the overall total number of patients with any drug-related clinical adverse experience was presented previously in Table 45.

Drug-related adverse events occurred in 34.5 and 36.1%, of patients in the rofecoxib and naproxen groups, respectively (Table 50). The most commonly reported drug-related clinical adverse experiences were epigastric discomfort, dyspepsia and heartburn.   Of these, there was a difference between treatment groups in the incidence of epigastric discomfort (3.8 versus 5.8% for rofecoxib and naproxen, respectively) and dyspepsia (3.9 and 5.3% for rofecoxib and naproxen, respectively).   The incidence of heartburn was similar for rofecoxib and naproxen (3.7 and 3.8%, respectively).

MRK-AFV0451626

MK-0966 Prot. No. 088/089
VIGOR

-154-

## 9.2   Adverse Experiences—Clinical (Cont.)

Table 50

Number (%) of Patients With Specific Clinical Adverse Experiences
by Body System
(Incidence ≥0.5% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 1395 | (34.5) | 1456 | (36.1) |
| Patients with no adverse experience | 2652 | (65.5) | 2573 | (63.9) |
| **Body As A Whole/Site Unspecified** | **364** | **(9.0)** | **346** | **(8.6)** |
| Abdominal Distention | 26 | (0.6) | 32 | (0.8) |
| Abdominal Pain | 105 | (2.6) | 142 | (3.5) |
| Asthenia/Fatigue | 32 | (0.8) | 23 | (0.6) |
| Dizziness | 51 | (1.3) | 30 | (0.7) |
| Lower Extremity Edema | 102 | (2.5) | 60 | (1.5) |
| **Cardiovascular System** | **241** | **(6.0)** | **125** | **(3.1)** |
| Blood Pressure Increased | 20 | (0.5) | 6 | (0.1) |
| Hypertension | 175 | (4.3) | 93 | (2.3) |
| **Digestive System** | **844** | **(20.9)** | **1021** | **(25.3)** |
| Acid Reflux | 18 | (0.4) | 28 | (0.7) |
| Constipation | 25 | (0.6) | 67 | (1.7) |
| Diarrhea | 115 | (2.8) | 74 | (1.8) |
| Duodenal Ulcer | 20 | (0.5) | 21 | (0.5) |
| Dyspepsia | 156 | (3.9) | 213 | (5.3) |
| Epigastric Discomfort | 152 | (3.8) | 235 | (5.8) |
| Erosive Gastritis | 8 | (0.2) | 32 | (0.8) |
| Flatulence | 22 | (0.5) | 23 | (0.6) |
| Gastric Ulcer | 21 | (0.5) | 61 | (1.5) |
| Gastritis | 35 | (0.9) | 66 | (1.6) |
| Heartburn | 149 | (3.7) | 154 | (3.8) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 21 | (0.5) |
| Nausea | 155 | (3.8) | 134 | (3.3) |
| Oral Ulcer | 22 | (0.5) | 17 | (0.4) |
| Vomiting | 32 | (0.8) | 46 | (1.1) |

/MK-0966/CSR/RC2678.DOC   APPROVED

20-Jun-2000

MRK-AFV0451627

MK-0966 Prot. No. 088/089
VIGOR

-155-

## 9.2 Adverse Experiences—Clinical (Cont.)

Table 50 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences
by Body System
(Incidence ≥0.5% in One or More Treatment Groups)
Drug Related[†]

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Eyes, Ears, Nose, And Throat** | 45 | (1.1) | 37 | (0.9) |
| **Hemic And Lymphatic System** | 27 | (0.7) | 17 | (0.4) |
| Anemia | 25 | (0.6) | 12 | (0.3) |
| **Metabolism And Nutrition** | 54 | (1.3) | 57 | (1.4) |
| Weight Gain | 24 | (0.6) | 22 | (0.5) |
| **Musculoskeletal System** | 60 | (1.5) | 58 | (1.4) |
| Rheumatoid Arthritis | 33 | (0.8) | 34 | (0.8) |
| **Nervous System** | 116 | (2.9) | 79 | (2.0) |
| Headache | 62 | (1.5) | 44 | (1.1) |
| **Respiratory System** | 23 | (0.6) | 17 | (0.4) |
| **Skin And Skin Appendages** | 123 | (3.0) | 92 | (2.3) |
| Pruritus | 37 | (0.9) | 15 | (0.4) |
| Rash | 54 | (1.3) | 44 | (1.1) |
| **Urogenital System** | 25 | (0.6) | 24 | (0.6) |

[†] Assessed by the investigator to be possibly, probably, or definitely drug related.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted
only once within a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.17]

Table 51 provides a listing of those drug-related adverse experiences (among all
reported drug-related adverse experience "broader" terms) that occurred more
frequently (defined as 95% CIs that do not overlap 0) in either the rofecoxib or
naproxen groups.

/MK-0966/CSR/RC2678.DOC  APPROVED                    20-Jun-2000

MRK-AFV0451628

MK-0966 Prot. No. 088/089
VIGOR

-156-

## 9.2    Adverse Experiences—Clinical (Cont.)

The number of drug-related adverse experience terms for which the 95% CIs did not overlap 0 were approximately balanced between the groups (10 "favoring" rofecoxib and 7 "favoring" naproxen) (Table 51). Discounting those adverse experiences potentially related to treatment effects (i.e., lower extremity edema, hypertension, dyspepsia, epigastric discomfort, and gastric ulcer), the differences in the remaining adverse experiences likely represent chance findings in the face of multiple statistical comparisons. Considering the number of comparisons evaluated, the number of adverse experiences for which the 95% CIs did not overlap 0 were well within the expected range.

The following drug-related adverse experiences occurred more frequently with rofecoxib: dizziness, lower extremity edema, blood pressure increased, hypertension, diarrhea, anemia, and pruritus. All, except anemia, were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Lower extremity edema, hypertension, and blood pressure increased are also discussed in more detail in Section 9.7.1, Clinical and Laboratory Adverse Effects Related to Alterations in Renal Function.

Anemia occurred more frequently with rofecoxib compared to naproxen (0.6 versus 0.3%). The incidence of patients who discontinued due to the adverse experience of anemia, regardless of drug relationship, was similar in the rofecoxib and naproxen treatment groups (0.1 versus 0.1%). In addition, laboratory adverse experiences were similar between rofecoxib and naproxen treatment groups for hematocrit decreased (2.6 versus 2.7%) and hemoglobin decreased (3.4 versus 3.7%). The incidence of patients exceeding the predefined limits of change for hemoglobin and hematocrit was lower in rofecoxib compared with naproxen (0.8 versus 1.1%) and is discussed in more detail in Section 9.9, Laboratory Measurements. Thus the difference in the clinical adverse experience of "anemia" is likely a chance outcome.

The following drug-related adverse experiences occurred more frequently (95% CI of the difference does not overlap 0) with naproxen: abdominal pain, constipation, dyspepsia, epigastric discomfort, erosive gastritis, gastric erosion, gastric ulcer, gastritis, hemorrhagic gastric ulcer, and epistaxis. With the exception of abdominal pain (discussed below), all of these adverse experiences were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Constipation, dyspepsia, epigastric discomfort, erosive gastritis, gastric ulcer, gastritis, and hemorrhagic gastric ulcer are also discussed in more detail in Section 9.7.3, Discontinuations Due to Digestive Adverse Experiences, Including Abdominal Pain. Epistaxis is discussed in more detail in the Cardiovascular Events Analysis [2.1.6].

MRK-AFV0451629

MK-0966 Prot. No. 088/089
VIGOR

-157-

## 9.2 Adverse Experiences—Clinical (Cont.)

As noted above, drug-related reports of abdominal pain, a common side effect of NSAID treatment, occurred less frequently with rofecoxib compared with naproxen (2.6 versus 3.5%). The overall incidence of abdominal pain was numerically lower in the rofecoxib treatment group (3.9 versus 4.7% for rofecoxib and naproxen, respectively; 95% CI of the difference overlaps 0). There was a lower incidence of patients in the rofecoxib group, compared with naproxen, discontinued due to abdominal pain, either regardless of drug relationship (0.6 versus 1.2%) or drug related (0.6 versus 1.2%). Abdominal pain is discussed in more detail in Section 9.7.3, Discontinuations Due to Digestive System Adverse Experiences, Including Abdominal Pain.

### Table 51

Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred
at a Higher Incidence (95% CI of the Difference Do Not Overlap zero)
on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | Naproxen | 95% CI[‡] |
| **Drug-Related Adverse Experiences Occurring With Higher Incidence With Rofecoxib** | | | | | | |
| **Body as a Whole/Site Unspecified** | | | | | | |
| Dizziness | 51 | (1.3) | 30 | (0.7) | 0.5 | (0.06, 0.97) |
| Lower Extremity Edema | 102 | (2.5) | 60 | (1.5) | 1.0 | (0.40, 1.67) |
| **Cardiovascular System** | | | | | | |
| Blood Pressure Increased | 20 | (0.5) | 6 | (0.1) | 0.3 | (0.07, 0.62) |
| Hypertension | 175 | (4.3) | 93 | (2.3) | 2.0 | (1.21, 2.82) |
| **Digestive System** | | | | | | |
| Diarrhea | 115 | (2.8) | 74 | (1.8) | 1.0 | (0.32, 1.69) |
| **Hemic and Lymphatic System** | | | | | | |
| Anemia | 25 | (0.6) | 12 | (0.3) | 0.3 | (0.00, 0.64) |
| **Skin and Skin Appendages** | | | | | | |
| Pruritus | 37 | (0.9) | 15 | (0.4) | 0.5 | (0.17, 0.91) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jan-2000

MRK-AFV0451630

177

MK-0966 Prot. No. 088/089
VIGOR

-158-

## 9.2   Adverse Experiences—Clinical (Cont.)

Table 51 (Cont.)

Number (%) of Patients With Specific Clinical Adverse Experiences That Occurred
at a Higher Incidence (95% CI of the Difference Do Not Overlap zero)
on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions Rofecoxib Minus | |
|---|---|---|---|---|---|---|
| | n | (%) | n | (%) | Naproxen | 95% CI[‡] |
| **Drug-Related Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Abdominal Pain | 105 | (2.6) | 142 | (3.5) | -0.9 | (-1.71, -0.15) |
| **Digestive System** | | | | | | |
| Constipation | 25 | (0.6) | 67 | (1.7) | -1.0 | (-1.48, -0.51) |
| Dyspepsia | 156 | (3.9) | 213 | (5.3) | -1.4 | (-2.36, -0.56) |
| Epigastric Discomfort | 152 | (3.8) | 235 | (5.8) | -2.1 | (-2.99, -1.11) |
| Gastric Erosions | 3 | (0.1) | 12 | (0.3) | -0.2 | (-0.44, -0.01) |
| Erosive Gastritis | 8 | (0.2) | 32 | (0.8) | -0.6 | (-0.97, -0.27) |
| Gastric Ulcer | 21 | (0.5) | 61 | (1.5) | -0.9 | (-1.40, -0.49) |
| Gastritis | 35 | (0.9) | 66 | (1.6) | -0.8 | (-1.29, -0.26) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 21 | (0.5) | -0.4 | (-0.58, -0.07) |
| **Eyes, Ears, Nose, and Throat** | | | | | | |
| Epistaxis | 1 | (0.0) | 9 | (0.2) | -0.2 | (-0.38, -0.02) |

[†] Assessed by the investigator to be possibly, probably, or definitely drug related.
[‡] Confidence intervals.
Data Source: [4.3; 4.17]

MRK-AFV0451631

MK-0966 Prot. No. 088/089
VIGOR

-159-

### 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences

A serious adverse experience (SAE) is any adverse experience occurring at any dose that:

† Results in death; or

† **Is life threatening** (places the patient, in the view of the investigator, at immediate risk of death from the experience as it occurred. [Note: This does not include an adverse experience that, had it occurred in a more severe form, might have caused death.]); or

† **Results in a persistent or significant disability/incapacity** (substantial disruption of one's ability to conduct normal life functions); or

† **Results in or prolongs an existing inpatient hospitalization** (hospitalized is defined as an inpatient admission, regardless of length of stay, even if the hospitalization is a precautionary measure for continued observation.) (Note: Hospitalization [including hospitalization for an elective procedure] for a preexisting condition which has not worsened does not constitute a serious adverse experience); or

† **Is a congenital anomaly/birth defect** (in offspring of subject taking the product regardless of time to diagnosis); or

**ALSO:**

**Other important medical events** that may not result in death, not be life threatening, or not require hospitalization may be considered a serious adverse experience when, based upon appropriate medical judgment, the event may jeopardize the patient and may require medical or surgical intervention to prevent one of the (†) outcomes listed above.

In addition, Merck & Co., Inc. requires the collection of the following:

**cancer,** or

**overdose** (whether accidental or intentional)

Three hundred seventy-eight (9.3%) and 315 (7.8%) patients in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively, had serious clinical adverse experiences. Table 52 summarizes serious clinical adverse experiences. An individual patient is counted only once in each body system (e.g., "cardiovascular")

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jan-2000

MRK-AFV0451632

MK-0966 Prot. No. 088/089
VIGOR

-160-

### 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

where he/she reported 1 or more adverse experiences. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded.

The incidence of specific serious clinical adverse experiences in the rofecoxib group ranged from 0.0 to 0.5%. The most commonly reported serious clinical adverse experiences in the rofecoxib group were myocardial infarction (0.5%), pneumonia (0.5%), and basal cell carcinoma (0.4%). The incidence of serious clinical adverse experiences in the naproxen group ranged from 0.0 to 0.6%. The most commonly reported serious clinical adverse experiences in the naproxen group were rheumatoid arthritis (e.g., worsenings which led to hospitalizations and complications from rheumatoid arthritis) (0.6%), pneumonia (0.6%), gastric ulcer (0.3%), and hemorrhagic gastric ulcer (0.4%).

Digestive system serious adverse experiences occurred less frequently with rofecoxib compared with naproxen (1.2 versus 2.4%). Gastric ulcer (0.1% versus 0.3%), hemorrhagic gastric ulcer (0.0 versus 0.4%), and gastrointestinal bleeding (0.0 versus 0.2%) largely accounted for the difference between treatment groups. Of the serious digestive adverse experiences, 22 (0.5%) and 67 (1.7%) in the rofecoxib and naproxen groups, respectively, were related to either a PUB or a lower GI bleed. The remaining 26 (0.6%) and 30 (0.7%) in the rofecoxib and naproxen groups, respectively, were serious but were not related to either a PUB or lower GI bleed.

Cardiovascular system serious adverse experiences occurred more frequently with rofecoxib compared with naproxen (2.5 versus 1.1%). This finding is largely accounted for by a higher incidence in the rofecoxib group, compared with naproxen, of 3 serious cardiovascular adverse experiences: myocardial infarction (0.5 versus 0.1%), congestive heart failure (0.3 versus 0.1%), and cerebrovascular accident (0.3 versus 0.1%) (Table 52). While the incidence of these adverse experiences was greater on rofecoxib, the overall incidence was very low.

Fatal and nonfatal serious adverse experiences for which the 95% CIs do not overlap 0 are discussed after Table 53. Listings of all serious adverse experiences are in [4.3], and narratives are in [4.20]. A counts table including estimates and 95% CIs on the difference in proportions is in [4.17; 4.18].

MRK-AFV0451633

MK-0966 Prot. No. 088/089
VIGOR

-161-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 378 | (9.3) | 315 | (7.8) |
| Patients with no adverse experience | 3669 | (90.7) | 3714 | (92.2) |
| **Body As A Whole/Site Unspecified** | **51** | **(1.3)** | **35** | **(0.9)** |
| Bacterial Infection | 2 | (0.0) | 3 | (0.1) |
| Bacterial Sepsis | 3 | (0.1) | 2 | (0.0) |
| Chest Pain | 6 | (0.1) | 4 | (0.1) |
| Dehydration | 4 | (0.1) | 2 | (0.0) |
| Fever | 2 | (0.0) | 3 | (0.1) |
| Lower Extremity Edema | 3 | (0.1) | 0 | (0.0) |
| Procedure Complication | 3 | (0.1) | 0 | (0.0) |
| Trauma | 3 | (0.1) | 6 | (0.1) |
| **Cardiovascular System** | **101** | **(2.5)** | **46** | **(1.1)** |
| Acute Myocardial Infarction | 3 | (0.1) | 4 | (0.1) |
| Angina Pectoris | 2 | (0.0) | 6 | (0.1) |
| Atrial Fibrillation | 5 | (0.1) | 4 | (0.1) |
| Cerebrovascular Accident | 13 | (0.3) | 5 | (0.1) |
| Congestive Heart Failure | 12 | (0.3) | 3 | (0.1) |
| Coronary Artery Disease | 2 | (0.0) | 3 | (0.1) |
| Deep Venous Thrombosis | 5 | (0.1) | 1 | (0.0) |
| Hypertension | 9 | (0.2) | 0 | (0.0) |
| Myocardial Infarction | 19 | (0.5) | 5 | (0.1) |
| Transient Ischemic Attack | 2 | (0.0) | 3 | (0.1) |
| Unstable Angina | 7 | (0.2) | 1 | (0.0) |
| **Digestive System** | **48** | **(1.2)** | **97** | **(2.4)** |
| Duodenal Ulcer | 3 | (0.1) | 5 | (0.1) |
| Erosive Gastritis | 3 | (0.1) | 0 | (0.0) |
| Gastric Ulcer | 4 | (0.1) | 13 | (0.3) |

MRK-AFV0451634

MK-0966 Prot. No. 088/089
VIGOR

-162-

## 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 48 | (1.2) | 97 | (2.4) |
| Gastritis | 4 | (0.1) | 8 | (0.2) |
| Gastrointestinal Bleeding | 2 | (0.0) | 7 | (0.2) |
| Gastrointestinal Perforation | 3 | (0.1) | 3 | (0.1) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 8 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 15 | (0.4) |
| Intestinal Diverticulitis | 0 | (0.0) | 3 | (0.1) |
| Lower Gastrointestinal Hemorrhage | 2 | (0.0) | 3 | (0.1) |
| Vomiting | 1 | (0.0) | 4 | (0.1) |
| **Endocrine System** | 4 | (0.1) | 0 | (0.0) |
| Diabetes Mellitus | 3 | (0.1) | 0 | (0.0) |
| **Eyes, Ears, Nose, And Throat** | 13 | (0.3) | 4 | (0.1) |
| **Hemic And Lymphatic System** | 8 | (0.2) | 7 | (0.2) |
| Anemia | 5 | (0.1) | 2 | (0.0) |
| **Hepatobiliary System** | 11 | (0.3) | 8 | (0.2) |
| Cholecystitis | 4 | (0.1) | 4 | (0.1) |
| **Metabolism And Nutrition** | 2 | (0.0) | 3 | (0.1) |
| **Musculoskeletal System** | 83 | (2.1) | 70 | (1.7) |
| Back Pain | 0 | (0.0) | 3 | (0.1) |
| Elbow Fracture | 1 | (0.0) | 3 | (0.1) |
| Femoral Fracture | 3 | (0.1) | 7 | (0.2) |
| Hip Fracture | 10 | (0.2) | 6 | (0.1) |
| Humeral Fracture | 6 | (0.1) | 0 | (0.0) |

MRK-AFV0451635

MK-0966 Prot. No. 088/089
VIGOR

-163-

## 9.3 Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Musculoskeletal System (Cont.)** | 83 | (2.1) | 70 | (1.7) |
| Intervertebral Disc Displacement | 3 | (0.1) | 2 | (0.0) |
| Joint Infection | 0 | (0.0) | 3 | (0.1) |
| Patellar Fracture | 4 | (0.1) | 1 | (0.0) |
| Rheumatoid Arthritis | 17 | (0.4) | 23 | (0.6) |
| Vertebral Fracture | 1 | (0.0) | 3 | (0.1) |
| **Nervous System** | 14 | (0.3) | 7 | (0.2) |
| Sciatica | 3 | (0.1) | 0 | (0.0) |
| **Psychiatric Disorder** | 7 | (0.2) | 3 | (0.1) |
| Depressive Disorder | 3 | (0.1) | 1 | (0.0) |
| **Respiratory System** | 52 | (1.3) | 39 | (1.0) |
| Bronchitis | 3 | (0.1) | 3 | (0.1) |
| Chronic Obstructive Pulmonary Disease | 3 | (0.1) | 0 | (0.0) |
| Dyspnea | 4 | (0.1) | 0 | (0.0) |
| Interstitial Lung Disease | 3 | (0.1) | 0 | (0.0) |
| Pneumonia | 22 | (0.5) | 25 | (0.6) |
| Respiratory Failure | 1 | (0.0) | 3 | (0.1) |
| **Skin And Skin Appendages** | 32 | (0.8) | 20 | (0.5) |
| Basal Cell Carcinoma | 17 | (0.4) | 6 | (0.1) |
| Cellulitis | 5 | (0.1) | 6 | (0.1) |
| Erysipelas | 1 | (0.0) | 3 | (0.1) |
| Skin Abscess | 3 | (0.1) | 0 | (0.0) |
| Skin Malignant Neoplasm | 4 | (0.1) | 3 | (0.1) |
| Skin Ulcer | 3 | (0.1) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC  APPROVED

20-Jun-2000

MRK-AFV0451636

MK-0966 Prot. No. 088/089
VIGOR

-164-

## 9.3 <u>Deaths and Nonfatal Serious Clinical Adverse Experiences</u> (Cont.)

Table 52 (Cont.)

Number (%) of Patients With Specific Fatal and Nonfatal Serious
Clinical Adverse Experiences by Body System
(Incidence ≥0.1% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Urogenital System** | 32 | (0.8) | 23 | (0.6) |
| Breast Malignant Neoplasm | 6 | (0.1) | 3 | (0.1) |
| Urinary Tract Infection | 5 | (0.1) | 3 | (0.1) |
| Uterine Hemorrhage | 3 | (0.1) | 2 | (0.0) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.17]

Table 53 provides a listing of those fatal and nonfatal serious adverse experiences (among all reported fatal and nonfatal serious adverse experience "broader" terms) that occurred more frequently (defined as 95% CIs that do not overlap zero) in either the rofecoxib or naproxen groups.

The number of fatal and nonfatal serious adverse experience terms for which the 95% CIs do not overlap zero were approximately balanced between the groups (1 "favoring" rofecoxib and 5 "favoring" naproxen) (Table 53). Discounting those serious clinical adverse experiences potentially related to treatment effects (i.e., hypertension and hemorrhagic gastric ulcer), the differences in the remaining serious clinical adverse experiences likely represent chance findings in the face of multiple statistical comparisons. Considering the number of comparisons evaluated, the number of adverse experiences for which the 95% CIs did not overlap zero were well within the expected range.

Serious adverse experiences of congestive heart failure (0.3 versus 0.1%), hypertension (0.2 versus 0.0%), and myocardial infarction (0.5 versus 0.1%) occurred more frequently with rofecoxib compared with naproxen. For the adverse experiences of acute myocardial infarction and myocardial infarction there were 2 (0.0%) and 4 (0.1%) deaths for rofecoxib and naproxen, respectively. All platelet associated thrombotic serious adverse experiences, including myocardial infarction, were adjudicated by independent committees and were analyzed in a combined

MRK-AFV0451637

## 9.3. Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

analysis. An in-depth presentation of these results can also be found in the Cardiovascular Events Analysis [2.1.6]. The reduction in thrombotic events such as myocardial infarction in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen. Congestive heart failure and hypertension are discussed in Section 9.7, Analyses of Prespecified Specific Adverse Experiences. Hypertension adverse experiences were also previously discussed in Section 9.2.3, Most Frequent Clinical Adverse Experiences.

Serious adverse experiences of basal cell carcinoma (by definition, reports of cancer, including skin, are considered serious adverse experiences) occurred more frequently with rofecoxib compared with naproxen (0.4 versus 0.1%). These were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences and probably represent chance findings. Serious adverse experiences of humeral fracture also occurred more frequently with rofecoxib than with naproxen (0.1 versus 0.0%). However, the combined serious adverse experiences of elbow fracture, femoral fracture, hip fracture, humeral fracture, patellar fracture, and vertebral fracture occurred in 25 (0.6%) and 19 (0.5%), respectively for rofecoxib and naproxen. Thus the between-group difference for humeral fracture probably represents a chance finding.

Serious adverse experiences of hemorrhagic gastric ulcer occurred less frequently with rofecoxib than with naproxen (0.0 versus 0.4%). This adverse experience was discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences. Hemorrhagic gastric ulcer represents an adverse experience related to an upper GI event (PUB) and is also discussed in more detail in Section 7, Gastrointestinal Safety.

MRK-AFV0451638

MK-0966 Prot. No. 088/089
VIGOR

-166-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 53

Number (%) of Patients With Specific Serious Clinical Adverse Experiences
at a Higher Incidence (95% CI of the Difference Do Not Overlap)
on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
| | | | | | Rofecoxib Minus | |
| | n | (%) | N | (%) | Naproxen | 95% CI |
|---|---|---|---|---|---|---|
| **Serious Adverse Experiences Occurring With Higher Incidence With Rofecoxib** | | | | | | |
| **Cardiovascular System** | | | | | | |
| Congestive heart failure | 12 | (0.3) | 3 | (0.1) | 0.2 | (0.01, 0.43) |
| Hypertension | 9 | (0.2) | 0 | (0.0) | 0.2 | (0.05, 0.40) |
| Myocardial infarction | 19 | (0.5) | 5 | (0.1) | 0.3 | (0.08, 0.61) |
| **Musculoskeletal System** | | | | | | |
| Humeral fracture | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.29) |
| **Skin and Skin Appendages** | | | | | | |
| Basal cell carcinoma | 17 | (0.4) | 6 | (0.1) | 0.3 | (0.01, 0.53) |
| **Serious Adverse Experiences Occurring With Higher Incidence With Naproxen** | | | | | | |
| **Digestive System** | | | | | | |
| Hemorrhagic gastric ulcer | 2 | (0.0) | 15 | (0.4) | -0.3 | (-0.55, -0.10) |

Data Source: [4.3; 4.17]

### 9.3.1   Listing of Deaths

Thirty-seven deaths occurred in the trial, 22 (0.5%) and 15 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 54). The incidence of fatal serious adverse experiences ranged from 0.0 to 0.1% in both the rofecoxib and naproxen groups, respectively. The most common cause of death in the rofecoxib group was pneumonia (4). In the naproxen group, the most common causes of death were myocardial infarction [acute myocardial infarction (2) and myocardial

MRK-AFV0451639

MK-0966 Prot. No. 088/089
VIGOR

-167-

## 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

infarction (2)] and pneumonia (4). There were no clinically observable differences in the overall mortality, cardiovascular mortality, or gastrointestinal mortality between treatment groups.

A complete listing of all patients who died is in Table 55. Narratives are in [4.20].

Table 54

Number (%) of Patients With Specific Fatal Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | N | (%) |
| Patients with one or more adverse experience | 22 | (0.5) | 15 | (0.4) |
| Patients with no adverse experience | 4025 | (99.5) | 4014 | (99.6) |
| **Body As A Whole/Site Unspecified** | **5** | **(0.1)** | **3** | **(0.1)** |
| Bacterial Sepsis | 2 | (0.0) | 0 | (0.0) |
| Metastatic Neoplasm Of Unknown Primary | 0 | (0.0) | 1 | (0.0) |
| Multiple Organ Failure | 1 | (0.0) | 0 | (0.0) |
| Septic Shock | 2 | (0.0) | 1 | (0.0) |
| Unknown Cause Of Death | 0 | (0.0) | 1 | (0.0) |
| **Cardiovascular System** | **9** | **(0.2)** | **6** | **(0.1)** |
| Acute Myocardial Infarction | 0 | (0.0) | 2 | (0.0) |
| Aortic Valve Stenosis | 1 | (0.0) | 0 | (0.0) |
| Cardiac Arrest | 1 | (0.0) | 0 | (0.0) |
| Cerebrovascular Accident | 2 | (0.0) | 1 | (0.0) |
| Conduction Disorder | 1 | (0.0) | 0 | (0.0) |
| Congestive Heart Failure | 1 | (0.0) | 0 | (0.0) |
| Dissecting Aortic Aneurysm | 1 | (0.0) | 0 | (0.0) |
| Intracranial Hemorrhage | 0 | (0.0) | 2 | (0.0) |
| Myocardial Infarction | 2 | (0.0) | 2 | (0.0) |
| Shock | 0 | (0.0) | 1 | (0.0) |
| Thrombosis | 0 | (0.0) | 1 | (0.0) |
| Ventricular Fibrillation | 1 | (0.0) | 0 | (0.0) |

/MK-0966/CSR/RC2678.DOC  APPROVED                                      20-Jan-2000

MRK-AFV0451640

MK-0966 Prot. No. 088/089
VIGOR

-168-

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 54 (Cont.)

Number (%) of Patients With Specific Fatal Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System** | 3 | (0.1) | 1 | (0.0) |
| Gastric Neoplasm | 1 | (0.0) | 0 | (0.0) |
| Gastrointestinal Bleeding | 1 | (0.0) | 0 | (0.0) |
| Perforating Gastric Ulcer | 0 | (0.0) | 1 | (0.0) |
| Perforating Hemorrhagic Gastric Ulcer | 1 | (0.0) | 0 | (0.0) |
| **Hepatobiliary System** | 0 | (0.0) | 1 | (0.0) |
| Hepatitis | 0 | (0.0) | 1 | (0.0) |
| **Metabolism And Nutrition** | 0 | (0.0) | 1 | (0.0) |
| Electrolyte Imbalance | 0 | (0.0) | 1 | (0.0) |
| **Musculoskeletal System** | 1 | (0.0) | 0 | (0.0) |
| Rheumatoid Arthritis | 1 | (0.0) | 0 | (0.0) |
| **Respiratory System** | 7 | (0.2) | 7 | (0.2) |
| Adult Respiratory Distress Syndrome | 1 | (0.0) | 1 | (0.0) |
| Interstitial Lung Disease | 1 | (0.0) | 0 | (0.0) |
| Lung Malignant Neoplasm | 0 | (0.0) | 1 | (0.0) |
| Pneumonia | 4 | (0.1) | 4 | (0.1) |
| Respiratory Failure | 1 | (0.0) | 2 | (0.0) |
| **Skin And Skin Appendages** | 1 | (0.0) | 0 | (0.0) |
| Skin Abscess | 1 | (0.0) | 0 | (0.0) |
| **Urogenital System** | 0 | (0.0) | 1 | (0.0) |
| Acute Renal Failure | 0 | (0.0) | 1 | (0.0) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a body system.  The same patient may appear in different body systems.
Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451641

MK-0966 Prot. No. 088/089
VIGOR

-169-

## 9.3   Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 55

Clinical and Other Adverse Experiences: Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug[1] | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assigned Therapy: 50 mg Rofecoxib | | | | | | | | | | | | | |
| 324 | 088022 | M | white | 69 | NA[2] | 174 | ventricular fibrillation | 1.00 hour | 174 | severe | discontinued | probably not | not recovered |
| 229 | 088027 | F | white | 70 | NA[2] | 152 | adult respiratory distress syndrome | 7.00 days | 134 | severe | discontinued | definitely not | not recovered |
| 731 | 088081 | F | white | 77 | NA[2] | 254 | pneumonia | 16.00 days | 254 | severe | discontinued | probably not | not recovered |
| 2560 | 088088 | M | white | 78 | 8 | 37 | pneumonia | 7.00 days | 28 | severe | none | definitely not | not recovered |
| | | | | | 12 | 41 | septic shock | 5.00 days | 28 | severe | none | definitely not | not recovered |
| 2662 | 088117 | F | white | 62 | NA | 12 | perforating hemorrhagic gastric ulcer | 1.12 months | 26 | severe | none | probably | not recovered |
| | | | | | 18 | 45 | septic shock | 1.00 day | 26 | severe | none | definitely | not recovered |
| 1224 | 088140 | F | white | 68 | 23 | 26 | skin abscess | 20.00 days | 26 | severe | none | definitely | not recovered |
| 920 | 088142 | F | white | 68 | 4 | 46 | multiple organ failure | 7.00 days | 41 | severe | none | definitely not | not recovered |
| | | | | | NA[2] | 205 | cerebrovascular accident | 5.00 days | 205 | severe | discontinued | definitely not | not recovered |
| 2759 | 088149 | M | white | 69 | NA[2] | 203 | conduction disorder | 5.00 days | 205 | severe | discontinued | definitely not | not recovered |
| 5687 | 089002 | M | hispanic | 33 | NA[2] | 94 | myocardial infarction | 1.00 day | 93 | severe | discontinued | definitely not | not recovered |
| 7285 | 089007 | M | hispanic | 71 | 2 | 282 | gastric neoplasm | 3.02 months | 279 | severe | none | probably not | not recovered |
| 8104 | 089011 | M | multi | 57 | NA[2] | 69 | pneumonia | 8.00 days | 75 | severe | discontinued | probably not | not recovered |
| 5305 | 089013 | F | multi | 75 | NA[2] | 101 | gastrointestinal bleeding | 1.00 hour | 100 | severe | discontinued | possibly | not recovered |
| 5316 | 089013 | M | hispanic | 80 | NA[2] | 309 | cardiac arrest | 0.05 hour | 308 | severe | discontinued | definitely not | not recovered |
| 8021 | 089013 | F | multi | 84 | NA[2] | 90 | interstitial lung disease | 25.00 days | 93 | severe | discontinued | probably not | not recovered |
| 7420 | 089021 | F | multi | 55 | 13 | 302 | respiratory failure | 0.05 hour | 288 | severe | none | definitely not | not recovered |
| 5591 | 089022 | F | white | 51 | NA[2] | 31 | dissecting aortic aneurysm | 10.00 hours | 31 | severe | discontinued | definitely not | not recovered |
| 6103 | 089052 | F | white | 64 | NA | 205 | cerebrovascular accident | 5.00 days | 206 | severe | discontinued | probably not | not recovered |
| | | | | | | 291 | rheumatoid arthritis | 1.77 months | 297 | severe | discontinued | definitely not | not recovered |

/MK-0966/CSR/R.C267R.DOC  APPROVED--20-Jun-2000

188

MRK-AFV0451642

MK-0966 Prot. No. 088/089
VIGOR

9.3  Deaths and Nonfatal Serious Clinical Adverse Experiences (Cont.)

Table 55 (Cont.)

Clinical and Other Adverse Experiences: Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discontinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assigned Therapy: 50 mg Rofecoxib (Cont.)** | | | | | | | | | | | | | |
| 7461 | 089072 | F | white | 56 | 8 | 37 | bacterial sepsis | 11.00 days | 28 | severe | discontinued | definitely not | not recovered |
| 7973 | 089100 | M | white | 73 | NA | 147 | myocardial infarction | 1.00 day | 147 | severe | discontinued | definitely not | not recovered |
| 7535 | 089107 | F | nonbl | 51 | NA | 28 | congestive heart failure | 3.00 hours | 27 | severe | discontinued | probably not | not recovered |
| 10078 | 089724 | F | asian | 54 | 9 | 130 | pneumonia | 8.00 days | 120 | severe | none | definitely not | not recovered |
| | | | | | 12 | 133 | bacterial sepsis | 5.00 days | 120 | severe | none | definitely not | not recovered |
| 7689 | 089727 | F | white | 60 | NA | 107 | aortic valve stenosis | 22.98 hours | 106 | severe | discontinued | probably not | not recovered |
| **Assigned Therapy: 1000 mg Naproxen** | | | | | | | | | | | | | |
| 2925 | 082003 | M | white | 60 | NA | 164 | cerebrovascular accident | 2.00 days | 164 | severe | Discontinued | Definitely not | Not recovered |
| | | | | | NA | 165 | respiratory failure | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA | 165 | acute myocardial infarction | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA | 163 | thrombosis | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| | | | | | NA | 165 | shock | 1.00 day | 164 | severe | None | Definitely not | Not recovered |
| 815 | 083150 | M | white | 72 | NA | 133 | metastatic neoplasm of unknown primary | 1.08 months | 156 | severe | Discontinued | Probably not | Not recovered |
| 9097 | 083151 | F | white | 78 | NA | 9 | perforating gastric ulcer | 24.00 days | 9 | severe | Discontinued | Definitely | Not recovered |
| | | | | | 8 | 18 | adult respiratory distress syndrome | 15.00 days | 9 | severe | None | Probably | Not recovered |
| | | | | | 8 | 18 | pneumonia | 15.00 days | 9 | severe | None | Probably not | Not recovered |
| | | | | | 12 | 22 | acute renal failure | 11.00 days | 9 | severe | None | Possibly | Not recovered |
| | | | | | 19 | 29 | septic shock | 4.00 days | 9 | severe | None | Probably not | Not recovered |

MK-0966CSR/RC2678.DOC  APPROVED--20-Jan-2000

MRK-AFV0451643

MK-0966 Prot. No. 088/089
VIGOR

### 9.3   Deaths and Nonfatal Serious Clinical Adverse Experience (Cont.)

Table 55 (Cont.)

Clinical and Other Adverse Experiences: Deaths

| AN | Study Number | Gender | Race | Age | Days Off Drug[1] | Relative Day of Onset | Adverse Experience | Duration of Adverse Experience | Relative Day of Discon- tinuance | Intensity | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assigned Therapy: 1000 mg Naproxen (Cont.) | | | | | | | | | | | | | |
| 581 | 088197 | F | white | 66 | 18 | 31 | respiratory failure | 1.00 day | 12 | severe | None | Probably not | Not recovered |
| 2632 | 088163 | F | white | 70 | NA[2] | 17 | myocardial infarction | 0.75 hours | 17 | severe | Discontinued | Probably not | Not recovered |
| 2229 | 088175 | F | white | 79 | NA[2] | 247 | intracranial infarction | 1.00 day | 246 | severe | Discontinued | Possibly | Not recovered |
| 7732 | 089016 | M | white | 62 | NA[2] | 61 | unknown cause of death | 1.00 day | 60 | | Discontinued | Probably not | Not recovered |
| 7769 | 089021 | M | white | 58 | NA[2] | 266 | acute myocardial infarction | 0.08 hours | 266 | severe | Discontinued | Definitely not | Not recovered |
| 10100 | 089021 | F | white | 58 | NA[2] | 253 | pneumonia | 2.00 days | 252 | severe | Discontinued | Probably not | Not recovered |
| 5590 | 089022 | F | white | 55 | 2 | 215 | electrolyte imbalance | 23.98 hours | 212 | severe | Discontinued | Probably not | Not recovered |
| | | | | | 2 | 215 | pneumonia | 23.98 hours | 212 | severe | Discontinued | Probably not | Not recovered |
| 9191 | 089027 | F | multi | 62 | NA[2] | 260 | herpetics | 26.00 days | 267 | severe | Discontinued | Probably not | Not recovered |
| 6030 | 089052 | M | multi | 51 | NA[2] | 13 | lung malignant neoplasm | 3.09 months | 43 | severe | None | Probably | Not recovered |
| 6057 | 089054 | M | white | 70 | NA[2] | 200 | myocardial infarction | 1.00 day | 200 | severe | Discontinued | Definitely not | Not recovered |
| 6708 | 089076 | F | white | 53 | NA[2] | 205 | intracranial hemorrhage | 7.00 days | 204 | severe | Discontinued | Probably not | Not recovered |
| 6932 | 089080 | F | white | 76 | NA[2] | 52 | pneumonia | 15.00 days | 53 | severe | Discontinued | Probably not | Not recovered |

[1] Calculated as the number of days off study therapy prior to the onset date of the adverse experience.
[2] NA = Not applicable.
Data Source: [4.3]

/MK-0966/CSR/RC2678.DOC  APPROVED--20-Jan-2000

MRK-AFV0451644

MK-0966 Prot. No. 088/089
VIGOR

-172-

## 9.4    Patients Who Discontinued Due to Clinical Adverse Experiences

Table 56, Table 57, and Table 58 summarize the most frequent (≥0.2% in either treatment group) clinical adverse experiences, drug-related adverse experiences, and serious adverse experiences respectively that led to study discontinuation. An individual patient is counted only once in each body system (e.g., "cardiovascular") where he/she reported 1 or more adverse experience. However, for each specific adverse experience term (e.g., "hypertension") the total number of patients reporting that experience is recorded. A complete listing of all clinical adverse experiences that led to study discontinuation is in [4.3]. A complete counts table (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.17].

One thousand two hundred seventy-eight (15.8%) patients discontinued due to a clinical adverse experience, 15.9 and 15.8% in the rofecoxib and naproxen groups, respectively (Table 56).

The incidence of patient discontinuations due to drug-related clinical adverse experiences was lower in rofecoxib (11.3%) compared with naproxen (12.9%) (Table 57).

The incidence of patient discontinuations due to serious clinical adverse experiences was similar between treatment groups, 3.5 and 3.2% in the rofecoxib and naproxen groups, respectively (Table 58).

A complete listing of all patients who discontinued due to a clinical adverse experiences is in [4.3].

/MK-0966/CSR/RC2678.DOC  APPROVED                                    20-Jan-2000

MRK-AFV0451645



29818243

Mar  1 2010
9:49PM

# Exhibit 8
# Part 6

MK-0966 Prot. No. 088/089
VIGOR

-173-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 56

Number (%) of Patients Discontinued Due to Specific Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| Patients with one or more adverse experience | 643 | (15.9) | 635 | (15.8) |
| Patients with no adverse experience | 3404 | (84.1) | 3394 | (84.2) |
| **Body As A Whole/Site Unspecified** | **100** | **(2.5)** | **107** | **(2.7)** |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) |
| Abdominal Pain | 26 | (0.6) | 48 | (1.2) |
| Asthenia/Fatigue | 9 | (0.2) | 7 | (0.2) |
| Dizziness | 22 | (0.5) | 7 | (0.2) |
| Lower Extremity Edema | 19 | (0.5) | 8 | (0.2) |
| **Cardiovascular System** | **109** | **(2.7)** | **33** | **(0.8)** |
| Cerebrovascular Accident | 10 | (0.2) | 3 | (0.1) |
| Hypertension | 23 | (0.6) | 4 | (0.1) |
| Myocardial Infarction | 13 | (0.3) | 3 | (0.1) |
| **Digestive System** | **292** | **(7.2)** | **392** | **(9.7)** |
| Acid Reflux | 9 | (0.2) | 6 | (0.1) |
| Constipation | 1 | (0.0) | 10 | (0.2) |
| Diarrhea | 27 | (0.7) | 18 | (0.4) |
| Duodenal Ulcer | 18 | (0.4) | 17 | (0.4) |
| Dyspepsia | 43 | (1.1) | 56 | (1.4) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) |
| Erosive Gastritis | 4 | (0.1) | 9 | (0.2) |
| Gastric Erosion | 2 | (0.0) | 8 | (0.2) |
| Gastric Ulcer | 18 | (0.4) | 55 | (1.4) |
| Gastritis | 14 | (0.3) | 26 | (0.6) |
| Gastroesophageal Reflux Disease | 7 | (0.2) | 4 | (0.1) |
| Gastrointestinal Bleeding | 3 | (0.1) | 8 | (0.2) |
| Gastrointestinal Disorder | 7 | (0.2) | 8 | (0.2) |
| Gastrointestinal Distress | 2 | (0.0) | 7 | (0.2) |

MRK-AFV0451646

MK-0966 Prot. No. 088/089
VIGOR

-174-

### 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 56 (Cont.)

Number (%) of Patients Discontinued Due to Specific Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 292 | (7.2) | 392 | (9.7) |
| Heartburn | 28 | (0.7) | 28 | (0.7) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 10 | (0.2) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) |
| Nausea | 34 | (0.8) | 32 | (0.8) |
| Vomiting | 6 | (0.1) | 11 | (0.3) |
| **Eyes, Ears, Nose, And Throat** | 20 | (0.5) | 11 | (0.3) |
| **Hemic And Lymphatic System** | 4 | (0.1) | 9 | (0.2) |
| **Hepatobiliary System** | 10 | (0.2) | 2 | (0.0) |
| **Musculoskeletal System** | 29 | (0.7) | 27 | (0.7) |
| **Rheumatoid Arthritis** | 10 | (0.2) | 8 | (0.2) |
| **Nervous System** | 44 | (1.1) | 24 | (0.6) |
| Headache | 21 | (0.5) | 9 | (0.2) |
| Psychiatric Disorder | 3 | (0.1) | 10 | (0.2) |
| **Respiratory System** | 23 | (0.6) | 13 | (0.3) |
| **Skin And Skin Appendages** | 42 | (1.0) | 37 | (0.9) |
| Pruritus | 11 | (0.3) | 1 | (0.0) |
| Rash | 17 | (0.4) | 19 | (0.5) |
| Urticaria | 2 | (0.0) | 7 | (0.2) |
| **Urogenital System** | 17 | (0.4) | 9 | (0.2) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2678.DOC  APPROVED                          20-Jan-2000

MRK-AFV0451647

MK-0966 Prot. No. 088/089
VIGOR

-175-

## 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 57

Number (%) of Patients Discontinued Due to Specific Clinical
Adverse Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)
Drug Related[†]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more adverse experience | 456 | (11.3) | 520 | (12.9) |
| Patients with no adverse experience | 3591 | (88.7) | 3509 | (87.1) |
| **Body As A Whole/Site Unspecified** | **83** | **(2.1)** | **89** | **(2.2)** |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) |
| Abdominal Pain | 24 | (0.6) | 47 | (1.2) |
| Asthenia/Fatigue | 8 | (0.2) | 6 | (0.1) |
| Dizziness | 18 | (0.4) | 6 | (0.1) |
| Lower Extremity Edema | 19 | (0.5) | 6 | (0.1) |
| **Cardiovascular System** | **36** | **(0.9)** | **10** | **(0.2)** |
| Hypertension | 18 | (0.4) | 3 | (0.1) |
| **Digestive System** | **267** | **(6.6)** | **370** | **(9.2)** |
| Acid Reflux | 8 | (0.2) | 6 | (0.1) |
| Constipation | 1 | (0.0) | 8 | (0.2) |
| Diarrhea | 24 | (0.6) | 16 | (0.4) |
| Duodenal Ulcer | 17 | (0.4) | 16 | (0.4) |
| Dyspepsia | 43 | (1.1) | 55 | (1.4) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) |
| Erosive Gastritis | 4 | (0.1) | 9 | (0.2) |
| Gastric Erosion | 2 | (0.0) | 8 | (0.2) |
| Gastric Ulcer | 16 | (0.4) | 54 | (1.3) |
| Gastritis | 9 | (0.2) | 24 | (0.6) |
| Gastrointestinal Bleeding | 3 | (0.1) | 8 | (0.2) |
| Gastrointestinal Disorder | 7 | (0.2) | 8 | (0.2) |
| Gastrointestinal Distress | 2 | (0.0) | 7 | (0.2) |
| Heartburn | 27 | (0.7) | 26 | (0.6) |
| Hemorrhagic Duodenal Ulcer | 5 | (0.1) | 10 | (0.2) |

/MK-0966/CSR/RC2678.DOC APPROVED

20-Jun-2000

MRK-AFV0451648

MK-0966 Prot. No. 088/089
VIGOR

-176-

9.4  Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 57 (Cont.)

Number (%) of Patients Discontinued Due to Specific Clinical
Adverse Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)
Drug Related[†]

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Digestive System (Cont.)** | 267 | (6.6) | 370 | (9.2) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) |
| Nausea | 31 | (0.8) | 29 | (0.7) |
| Vomiting | 6 | (0.1) | 10 | (0.2) |
| **Eyes, Ears, Nose, And Throat** | 12 | (0.3) | 9 | (0.2) |
| **Hemic And Lymphatic System** | 3 | (0.1) | 7 | (0.2) |
| **Nervous System** | 33 | (0.8) | 15 | (0.4) |
| Headache | 19 | (0.5) | 7 | (0.2) |
| Psychiatric Disorder | 1 | (0.0) | 7 | (0.2) |
| **Respiratory System** | 8 | (0.2) | 2 | (0.0) |
| **Skin And Skin Appendages** | 35 | (0.9) | 32 | (0.8) |
| Pruritus | 11 | (0.3) | 1 | (0.0) |
| Rash | 14 | (0.3) | 19 | (0.5) |

[†] Assessed by the investigator to be possibly, probably, or definitely related to study drug.
Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only
once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

MRK-AFV0451649

MK-0966 Prot. No. 088/089
VIGOR

-177-

### 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

The most common reasons for discontinuation were all digestive in origin: abdominal pain (0.6 versus 1.2%), dyspepsia (1.1 versus 1.4%), epigastric discomfort (0.5 versus 1.2%), gastric ulcer (0.4 versus 1.4%), and nausea (0.8 versus 0.8%) for rofecoxib and naproxen, respectively.

Table 58

Number (%) of Patients Discontinued Due to Specific Serious Clinical Adverse
Experiences by Body System
(Incidence ≥0.2% in One or More Treatment Groups)

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| Patients with one or more adverse experience | 143 | (3.5) | 127 | (3.2) |
| Patients with no adverse experience | 3904 | (96.5) | 3902 | (96.8) |
| **Body As A Whole/Site Unspecified** | 9 | (0.2) | 11 | (0.3) |
| **Cardiovascular System** | 61 | (1.5) | 21 | (0.5) |
| Cerebrovascular Accident | 10 | (0.2) | 3 | (0.1) |
| Myocardial Infarction | 12 | (0.3) | 3 | (0.1) |
| **Digestive System** | 27 | (0.7) | 61 | (1.5) |
| Gastric Ulcer | 2 | (0.0) | 11 | (0.3) |
| Hemorrhagic Duodenal Ulcer | 4 | (0.1) | 7 | (0.2) |
| Hemorrhagic Gastric Ulcer | 2 | (0.0) | 13 | (0.3) |
| **Musculoskeletal System** | 12 | (0.3) | 9 | (0.2) |
| **Respiratory System** | 13 | (0.3) | 9 | (0.2) |
| **Urogenital System** | 8 | (0.2) | 7 | (0.2) |

Although a patient may have had 2 or more clinical adverse experiences, the patient is counted only once within a category. The same patient may appear in different categories.
Data Source: [4.3; 4.17]

MRK-AFV0451650

MK-0966 Prot. No. 088/089
VIGOR

-178-

## 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 59 provides a listing of those adverse experiences (among all reported adverse experience "broader" terms) that that led to study discontinuation more frequently (defined as 95% CIs that do not overlap 0) in either the rofecoxib or naproxen groups.

The number of adverse experience terms that led to study discontinuation for which the 95% CIs did not overlap zero were not excessive considering the large number of adverse experiences and were approximately balanced between the groups (7 "favoring" rofecoxib and 6 "favoring" naproxen) (Table 59). Discounting those clinical adverse experiences potentially related to treatment effects (i.e., hypertension and hemorrhagic gastric ulcer), the differences in the remaining clinical adverse experiences that led to study discontinuation likely represent chance findings in the face of multiple statistical comparisons.

Dizziness (0.5 versus 0.2%), congestive heart failure (0.1 versus 0.0%), hypertension (0.6 versus 0.1%), myocardial infarction (0.3 versus 0.1%), unstable angina (0.1 versus 0.0%), headache (0.5 versus 0.2%), and pruritus (0.3 versus 0.0%) all led to study discontinuation more frequently with rofecoxib compared with naproxen. Except for unstable angina, these adverse experiences were discussed previously in Section 9.2.3, Most Frequent Clinical Adverse Experiences and 9.3, Deaths and Other Serious Clinical Adverse Experiences. Hypertension-related adverse experiences and congestive heart failure adverse experiences are also discussed in more detail in Section 9.7, Analyses of Prespecified Specific Adverse Experiences. Unstable angina is discussed in the Cardiovascular Events Analysis [2.1.6]. The reduction in thrombotic events such as unstable angina in the naproxen treatment group is likely the result of the anti-platelet effects of naproxen.

Abdominal distention (0.0 versus 0.2%), abdominal pain (0.6 versus 1.2%), constipation (0.0 versus 0.2%), epigastric discomfort (0.5 versus 1.2%), gastric ulcer (0.4 versus 1.3%), and hemorrhagic gastric ulcer (0.1 versus 0.5%) all led to study discontinuation less frequently with rofecoxib compared with naproxen (Table 57). Except for abdominal distention, these adverse experiences are also discussed in Section 9.2.3, Most Frequent Clinical Adverse Experiences, Section 9.2.4, Clinical Adverse Experiences Assessed by the Investigator to be Drug Related (abdominal pain), and Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

MRK-AFV0451651

MK-0966 Prot. No. 088/089
VIGOR

-179-

## 9.4   Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

Table 59

Number (%) of Patients Discontinuing Due to Specific Clinical Adverse
Experiences at a Higher Incidence (95% CI of the Difference Do Not
Overlap zero) on Either Rofecoxib or Naproxen
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Differences in Proportions | |
|---|---|---|---|---|---|---|
| | | | | | Rofecoxib Minus | |
| | n | (%) | n | (%) | Naproxen | 95% CI[†] |
| **Adverse Experiences Resulting in Discontinuation With Higher Incidence With Rofecoxib** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Dizziness | 22 | (0.5) | 7 | (0.2) | 0.4 | (0.08, 0.65) |
| **Cardiovascular System** | | | | | | |
| Congestive Heart Failure | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.29) |
| Hypertension | 23 | (0.6) | 4 | (0.1) | 0.5 | (0.19, 0.74) |
| Myocardial Infarction | 13 | (0.3) | 3 | (0.1) | 0.2 | (0.03, 0.46) |
| Unstable Angina | 6 | (0.1) | 0 | (0.0) | 0.1 | (0.00, 0.30) |
| **Nervous System** | | | | | | |
| Headache | 21 | (0.5) | 9 | (0.2) | 0.3 | (0.03, 0.60) |
| **Skin And Appendages** | | | | | | |
| Pruritus | 11 | (0.3) | 1 | (0.0) | 0.2 | (0.05, 0.44) |
| **Adverse Experiences Resulting in Discontinuation With Higher Incidence With Naproxen** | | | | | | |
| **Body As A Whole/Site Unspecified** | | | | | | |
| Abdominal Distention | 1 | (0.0) | 9 | (0.2) | -0.2 | (-0.38, -0.02) |
| Abdominal Pain | 26 | (0.6) | 48 | (1.2) | -0.5 | (-0.99, -0.11) |
| **Digestive System** | | | | | | |
| Constipation | 1 | (0.0) | 10 | (0.2) | -0.2 | (-0.41, -0.04) |
| Epigastric Discomfort | 19 | (0.5) | 49 | (1.2) | -0.7 | (-1.17, -0.32) |
| Gastric Ulcer | 18 | (0.4) | 55 | (1.4) | -0.9 | (-1.36, -0.48) |
| Hemorrhagic Gastric Ulcer | 6 | (0.1) | 19 | (0.5) | -0.3 | (-0.59, -0.06) |

† Confidence intervals.
Data Source: [4.3; 4.17]

MRK-AFV0451652

MK-0966 Prot. No. 088/089
VIGOR

-180-

### 9.4 Patients Who Discontinued Due to Clinical Adverse Experiences (Cont.)

#### Prespecified Analyses of Discontinuations Due to Adverse Experiences

Prespecified analyses of discontinuations due to renovascular adverse experiences, hepatic-related adverse experiences, and gastrointestinal-related adverse experiences can be found in Section 9.7.

### 9.5 Adverse Experiences in Methotrexate Users

The overall incidence of clinical adverse experiences, drug-related clinical adverse experiences, or serious clinical adverse experiences was similar for patients who took or did not take concomitant methotrexate for treatment of RA [4.3; 4.5; 4.21]. Specific adverse experience counts tables for these subgroups can be found in [4.22].

In a previous study, rofecoxib 75 mg administered once daily for 10 days increased plasma concentrations by 23% as measured by the $AUC_{0-24 hr}$ in patients receiving methotrexate 7.5 to 15 mg/week for rheumatoid arthritis [2.3]. However, a recently completed study demonstrated that rofecoxib 50 mg given once daily for 7 days did not increase plasma concentrations in patients receiving methotrexate 7.5 to 20 mg/week for rheumatoid arthritis [2.2.6]. Therefore, no differences in methotrexate-related adverse experiences were expected between the rofecoxib and naproxen treatment groups.

### 9.6 Adverse Experiences—Laboratory

### 9.6.1 Overall Assessment of Laboratory Adverse Experiences

This section comprises a review of Laboratory Adverse Experiences. The analysis of laboratory safety measurements (not restricted to adverse experiences) is discussed in Section 9.9, Laboratory Measurements.

Table 60 summarizes the laboratory adverse experience profile while Table 61 provides analyses of prespecified categories of laboratory summary adverse experiences.

Of the 8076 randomized patients, 8005 (99.1%) had at least 1 laboratory test postrandomization; 786 (9.8%) of the 8005 patients with at least 1 laboratory test postrandomization had a laboratory adverse experience.

Laboratory adverse experiences occurred in 10.4 and 9.2% of patients in rofecoxib and naproxen groups, respectively (Table 60). Considering the dosage disparity, it is notable that there were no clinically meaningful differences between the groups.

MRK-AFV0451653

MK-0966 Prot. No. 088/089
VIGOR

-181-

### 9.6   Adverse Experiences—Laboratory (Cont.)

Drug-related laboratory adverse experiences occurred in 191 (4.8%) and 173 (4.3%) patients in the rofecoxib and naproxen groups, respectively (Table 60). The number of drug-related laboratory adverse experiences per 100 patients-years was 7.25 and 6.51 for the rofecoxib and naproxen groups, respectively (relative risk 1.11; 95% CI: 0.91, 1.37; p=0.309) (Table 61). There were no clinically meaningful differences between the groups.

Thirty-four patients discontinued due to a laboratory adverse experience, 22 (0.5%) and 12 (0.3%) in the rofecoxib and naproxen groups, respectively. The number of laboratory adverse experiences leading to discontinuation per 100 patient years was 0.82 and 0.44 for the rofecoxib and naproxen groups, respectively (relative risk 1.83; 95% CI: 0.91, 3.71; p=0.091) (Table 61). Thirty patients discontinued due to drug-related experiences, 20 (0.5%) and 10 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 60).

Serious laboratory adverse experiences occurred in 2 patients (rofecoxib group). There were no drug-related serious laboratory adverse experiences and none led to discontinuation from the study.

No differences in the overall incidence of laboratory adverse experiences were observed between patients taking or not taking concomitant methotrexate for RA [4.3; 4.5; 4.21].

MRK-AFV0451654

MK-0966 Prot. No. 088/089
VIGOR

-182-

## 9.6   Adverse Experiences—Laboratory (Cont.)

Table 60

Laboratory Adverse Experience Summary

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%)[†] | n | (%)[†] |
| Number (%) of patients: | | | | |
| With at least one laboratory test postbaseline | 4006 | | 3999 | |
| With one or more adverse experiences | 418 | (10.4) | 368 | (9.2) |
| With no adverse experience | 3588 | (89.6) | 3631 | (90.8) |
| With drug-related[‡] adverse experiences | 191 | (4.8) | 173 | (4.3) |
| With serious adverse experiences | 2 | (0.0) | 0 | (0.0) |
| With serious drug-related[‡] adverse experiences | 0 | (0.0) | 0 | (0.0) |
| Who died | 0 | (0.0) | 0 | (0.0) |
| Discontinued due to adverse experiences | 22 | (0.5) | 12 | (0.3) |
| Discontinued due to drug-related[‡] adverse experiences | 20 | (0.5) | 10 | (0.3) |
| Discontinued due to serious adverse experiences | 0 | (0.0) | 0 | (0.0) |
| Discontinued due to serious drug-related[‡] adverse experiences | 0 | (0.0) | 0 | (0.0) |

[†]  The percent = number of patients within the laboratory adverse experience category/number of patients with one or more laboratory tests postbaseline.
[‡]  Assessed by the investigator to be possibly, probably, or definitely drug related.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different body systems.
Data Source: [4.3; 4.9]

/MK-0966/CSR/RC2680.DOC  APPROVED

20-Jan-2000

MRK-AFV0451655

MK-0966 Prot. No. 088/089
VIGOR

9.6   Adverse Experiences—Laboratory (Cont.)

Table 61

Analysis of Prespecified Laboratory Summary Adverse Experience Categories

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[5] | p-Value |
| Serious laboratory adverse experiences | Rofecoxib | 4047 | 2 | 2699 | 0.07 | — | (0.19, --) | 0.154 |
| | Naproxen | 4029 | 0 | 2699 | 0.00 | | | |
| Drug-related[4] laboratory adverse experiences | Rofecoxib | 4047 | 191 | 2635 | 7.25 | 1.11 | (0.91, 1.37) | 0.309 |
| | Naproxen | 4029 | 173 | 2656 | 6.51 | | | |
| Laboratory adverse experiences leading to Discontinuation | Rofecoxib | 4047 | 22 | 2698 | 0.82 | 1.83 | (0.91, 3.71) | 0.091 |
| | Naproxen | 4029 | 12 | 2698 | 0.44 | | | |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Assessed by the investigator to be possibly, probably or definitely drug related.
[5] Confidence interval.
Data Source: [4.3]

/MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

MRK-AFV0451656

MK-0966 Prot. No. 088/089
VIGOR

-184-

### 9.6   Adverse Experiences—Laboratory (Cont.)

#### 9.6.2   Specific Laboratory Adverse Experiences

Counts of all laboratory adverse experiences are in Table 62.  A complete count of all laboratory adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.18].

Ninety-five percent CIs did not cross 0 for the overall incidence of blood chemistry adverse experiences (4.7 versus 3.3%), urinalysis adverse experiences (2.6 versus 1.9%) and for the incidence of individual adverse experiences of ALT increased (1.8 versus 1.0%), AST increased (1.6 versus 0.9%), eosinophils increased (0.1 versus 0.3%), and erythrocyturia (0.6 versus 0.1%) in the rofecoxib and naproxen groups, respectively.

The majority of laboratory adverse experiences of ALT and AST increased were transient, self-limited and did not lead to study drug discontinuation. The number of patients discontinuing for these adverse experiences was rare and similar between the 2 treatment groups (0.1 and 0.0% for rofecoxib and naproxen, respectively, for both ALT increased and AST increased). Of note, the incidence of ALT increased in the rofecoxib group in this study (1.8%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.5, 3.3, and 2.4%, respectively) [1.2.13; 2.3]. Additionally, the incidence of AST increased in the rofecoxib group in this study (1.6%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.7, 3.0, and 2.7%, respectively) [1.2.13; 2.3].  Additional analyses of ALT and AST are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

The between-group difference in the incidences of eosinophils increased (in favor of rofecoxib) and erythrocyturia (in favor of naproxen) most likely represent chance findings.

MRK-AFV0451657

MK-0966 Prot. No. 088/089
VIGOR

-185-

## 9.6 Adverse Experiences—Laboratory (Cont.)

Table 62

Number (%) of Patients With Laboratory Adverse Experiences
(Incidence >0.2% in One or More Treatment Groups[†])

| Adverse Experience | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients with one or more adverse experience | 418/4006 | (10.4) | 368/3999 | (9.2) |
| Patients with no adverse experience | 3588/4006 | (89.6) | 3631/3999 | (90.8) |
| **Blood Chemistry** | 187/3994 | (4.7) | 133/3997 | (3.3) |
| Alanine Aminotransferase Increased | 73/3988 | (1.8) | 41/3992 | (1.0) |
| Alkaline Phosphatase Increased | 25/3987 | (0.6) | 18/3991 | (0.5) |
| Aspartate Aminotransferase Increased | 65/3989 | (1.6) | 34/3992 | (0.9) |
| Blood Urea Nitrogen Increased | 20/3989 | (0.5) | 9/3992 | (0.2) |
| Gamma-Glutamyl Transpeptidase Increased | 23/522 | (4.4) | 12/464 | (2.6) |
| Hyperglycemia | 17/3988 | (0.4) | 16/3992 | (0.4) |
| Serum Creatinine Increased | 38/3988 | (1.0) | 27/3995 | (0.7) |
| **Hematology** | 289/3997 | (7.2) | 267/3997 | (6.7) |
| Eosinophils Increased | 2/3987 | (0.1) | 13/3988 | (0.3) |
| Hematocrit Decreased | 105/3993 | (2.6) | 106/3997 | (2.7) |
| Hemoglobin Decreased | 134/3995 | (3.4) | 148/3997 | (3.7) |
| Leukocytes Decreased | 10/3993 | (0.3) | 14/3993 | (0.4) |
| Leukocytes Increased | 7/3993 | (0.2) | 9/3993 | (0.2) |
| Platelets Decreased | 13/3990 | (0.3) | 5/3990 | (0.1) |
| Platelets Increased | 10/3990 | (0.3) | 7/3990 | (0.2) |
| **Urinalysis** | 105/3972 | (2.6) | 77/3974 | (1.9) |
| Bacteriuria | 19/70 | (27.1) | 9/67 | (13.4) |
| Erythrocyturia | 22/3972 | (0.6) | 5/3974 | (0.1) |
| Hematuria | 12/3972 | (0.3) | 6/3974 | (0.2) |
| Leukocyturia | 26/2021 | (1.3) | 18/1831 | (1.0) |
| Proteinuria | 17/3972 | (0.4) | 15/3973 | (0.4) |

Although a patient may have had two or more laboratory adverse experiences, the patient is counted only once in a body system. The same patient may appear in difference body systems.
[†] Incidence based on the total number of patients in each treatment group.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.
Data Source: [4.3; 4.18]

/MK-0966/CSR/RC2680.DOC  APPROVED                                20-Jun-2000

MRK-AFV0451658

MK-0966 Prot. No. 088/089
VIGOR

-186-

## 9.6 Adverse Experiences—Laboratory (Cont.)

### 9.6.3 Laboratory Adverse Experiences Assessed by the Investigator to be Drug Related

Three hundred sixty-four (4.6%) of 8005 patients with postrandomization laboratory measurements had 1 or more drug-related laboratory adverse experiences (assessed by the investigator to be possibly, probably, or definitely drug related): 191 (4.8%) and 173 (4.3%) of patients in the rofecoxib and naproxen groups, respectively (Table 63). A complete count of all drug-related laboratory adverse experiences (incidence >0% in any treatment group) including estimates and 95% CIs on the difference in proportions is in [4.18].

Ninety-five percent CIs did not cross zero for the incidence of drug-related reports of ALT increased (1.0 versus 0.5%) and AST increased (0.9 versus 0.5%) in the rofecoxib and naproxen groups, respectively. As noted previously, the majority of these adverse experiences were transient, self-limited, and did not lead to early discontinuation from the study. Additional analyses of ALT and AST are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

MRK-AFV0451659

MK-0966 Prot. No. 088/089
VIGOR

-187-

## 9.6 Adverse Experiences—Laboratory (Cont.)

Table 63

Number (%) of Patients With Laboratory Adverse Experiences
(Incidence >0.2% in One or More Treatment Groups[†])
Drug-Related[‡]

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients with one or more adverse experience | 191/4006 | (4.8) | 173/3999 | (4.3) |
| Patients with no adverse experience | 3815/4006 | (95.2) | 3826/3999 | (95.7) |
| **Blood Chemistry** | **83/3994** | **(2.1)** | **59/3997** | **(1.5)** |
| Alanine Aminotransferase Increased | 39/3988 | (1.0) | 21/3992 | (0.5) |
| Alkaline Phosphatase Increased | 11/3987 | (0.3) | 11/3991 | (0.3) |
| Aspartate Aminotransferase Increased | 36/3989 | (0.9) | 19/3992 | (0.5) |
| Blood Urea Nitrogen Increased | 14/3989 | (0.4) | 7/3992 | (0.2) |
| Gamma-Glutamyl Transpeptidase Increased | 10/522 | (1.9) | 8/464 | (1.7) |
| Serum Creatinine Increased | 25/3988 | (0.6) | 18/3995 | (0.5) |
| **Hematology** | **155/3997** | **(3.9)** | **142/3997** | **(3.6)** |
| Hematocrit Decreased | 69/3993 | (1.7) | 65/3997 | (1.6) |
| Hemoglobin Decreased | 85/3995 | (2.1) | 94/3997 | (2.4) |
| **Urinalysis** | **16/3972** | **(0.4)** | **13/3974** | **(0.3)** |

Although a patient may have had two or more laboratory adverse experiences, the patient is
counted only once in a category. The same patient may appear in different categories.
[†] Incidence based on the total number of patients in each treatment group.
[‡] Assessed by the investigator to be possibly, probably, or definitely drug related.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the
laboratory test was recorded.
Data Source: [4.3; 4.18]

## 9.6.4 Serious Laboratory Adverse Experiences

Three serious laboratory adverse experiences (neutropenia, leukopenia, and
platelets decreased) occurred in 2 patients, both in the rofecoxib group (Table 64).
None was assessed by the investigator to be study drug related or led to
discontinuation from the study. All appeared to be related to methotrexate.
Information for the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8;
4.9; 4.10; and 4.20].

MK-0966 Prot. No. 088/089
VIGOR

-188-

### 9.6  Adverse Experiences—Laboratory (Cont.)

AN 7058 (rofecoxib), a 57-year-old woman with a history of nephrolithiasis, and noninsulin-dependent diabetes, was hospitalized with neutropenia approximately 1 week after the last dose of study therapy (the patient completed the study per protocol). Concomitant medications included methotrexate (10 mg once weekly). Study-related measurements of neutrophil counts were 3.492, 3.846, and 1.177 $10^3/\mu L$ at prestudy, after 6 weeks of therapy, and after 42 weeks of therapy, respectively (normal range, 1.8 to 8 $10^3/\mu L$). During hospitalization, the patient was also diagnosed with an upper respiratory infection and a urinary tract infection (both considered nonserious). The patient was discharged 6 days after admission, fully recovered from the neutropenia. The investigator felt that the neutropenia was methotrexate induced and definitely not related to therapy with rofecoxib.

AN 7575 (rofecoxib), a 62-year-old woman on concomitant methotrexate, was hospitalized on postrandomization Day 266 with vasculitis and pneumonia. On Day 164, the methotrexate dose was increased from 10 to 15 mg once weekly. On Day 262, the investigator was informed that the patient was experiencing, since Day 250, painful ulcer aphthous due to vasculitis and a dry cough (symptom of the pneumonia). Therapy with rofecoxib was interrupted on Day 264 and prednisone (40 mg/day) was prescribed. On Day 266, the patient was hospitalized with pneumonia; the patient was treated with vancomycin, amikacin, and ceftazidime. During hospitalization, the patient was discovered to have leukopenia (600 cells/mm$^3$), and platelets decreased (24,000 cells/mm$^3$), both of which were considered life threatening by the investigator. The patient's leukocyte and platelets counts had previously been within normal limits. At discharge, the patient had recovered from the pneumonia and vasculitis; additionally, leukocyte and platelet counts were within normal limits. Although study therapy had been interrupted during the hospitalization, the patient withdrew consent after discharge from the hospital and study therapy was not resumed. The investigator felt that methotrexate therapy probably caused the leukopenia and platelet decrease. The pneumonia was likely related to the leukopenia. The investigator determined that the pneumonia, vasculitis, leukopenia, and platelet count decreased were not related to therapy with rofecoxib.

MRK-AFV0451661

MK-0966 Prot. No. 088/089
VIGOR

-189-

**9.6   Adverse Experiences—Laboratory (Cont.)**

Table 64

Serious Laboratory Adverse Experiences

| AN | Study Number | Gender | Race | Age | Days Off Drug | Relative Day of Onset | Adverse Experience | Relative Day of Discontinuance | Action Taken | Drug Relationship | Outcome |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Assigned Therapy: 50 mg Rofecoxib | | | | | | | | | | | |
| 7098 | 089069 | F | white | 57 | 6 | 302 | neutropenia | 295 | none | definitely not | recovered |
| 7575 | 089122 | F | multi | 62 | 1 | 266 | leukopenia | 264 | interrupted | probably not | recovered |
| | | | | | | 266 | platelets decreased | 264 | interrupted | probably not | recovered |

Data Source: [4.3; 4.8]

MK-0966/CSR/RC2680.DOC   APPROVED--20-Jun-2000

208

MRK-AFV0451662

MK-0966 Prot. No. 088/089
VIGOR

-190-

## 9.6   Adverse Experiences—Laboratory (Cont.)

### 9.6.5   Patients Discontinued Due to Laboratory Adverse Experiences

Thirty-four patients, discontinued due to laboratory adverse experiences, 22 (0.5%) and 12 (0.3%) in the rofecoxib and naproxen groups, respectively (Table 65). A complete counts table (incidence >0% in any treatment group) including estimates and 95% confidence intervals on the difference in proportions is in [4.18].

The incidence of individual laboratory adverse experiences (for protocol-specified measurements) resulting in discontinuation from study therapy were low and similar between the rofecoxib and naproxen groups; there were no laboratory adverse experiences for which the 95% CIs did not cross 0.

Additional analyses of ALT, AST, and serum creatinine are in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

A complete listing of all patients who discontinued due to a laboratory adverse experiences is in [4.18].

MK-0966 Prot. No. 088/089
VIGOR

-191-

## 9.6   Adverse Experiences—Laboratory (Cont.)

Table 65

Number (%) of Patients Discontinued Due to Specific Laboratory Adverse
Experiences by Laboratory Test Category
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n/m | (%) | n/m | (%) |
| Patients who discontinued due to a laboratory adverse experience | 22/4006 | (0.5) | 12/3999 | (0.3) |
| Patients who did not discontinued due to a laboratory adverse experience | 3984/4006 | (99.5) | 3987/3999 | (99.7) |
| **Blood Chemistry** | **13/3992** | **(0.3)** | **8/3996** | **(0.2)** |
| Alanine Aminotransferase Increased | 3/3988 | (0.1) | 1/3992 | (0.0) |
| Alkaline Phosphatase Increased | 1/3987 | (0.0) | 0/3991 | (0.0) |
| Aspartate Aminotransferase Increased | 4/3989 | (0.1) | 1/3992 | (0.0) |
| Blood Urea Nitrogen Increased | 2/3989 | (0.1) | 1/3992 | (0.0) |
| Gamma-Glutamyl Transpeptidase Increased | 1/522 | (0.2) | 1/464 | (0.2) |
| Hyperbilirubinemia | 0/3987 | (0.0) | 1/3990 | (0.0) |
| Hyperkalemia | 0/3990 | (0.0) | 1/3992 | (0.0) |
| Serum Creatinine Increased | 7/3988 | (0.2) | 5/3995 | (0.1) |
| **Hematology** | **15/3995** | **(0.4)** | **7/3997** | **(0.2)** |
| Hematocrit Decreased | 2/3993 | (0.1) | 2/3997 | (0.1) |
| Hemoglobin Decreased | 7/3995 | (0.2) | 4/3997 | (0.1) |
| Leukocytes Decreased | 1/3993 | (0.0) | 0/3993 | (0.0) |
| Platelets Decreased | 3/3990 | (0.1) | 1/3990 | (0.0) |
| **The Following Laboratory Adverse Experiences Could Not Be Categorized** | **1/[†]** | | **1/[†]** | |
| Hepatic Function Abnormality | 1/[†] | | 0/[†] | |

Although a patient may have had two or more laboratory adverse experiences, the patient is
counted only once in a body system.  The same patient may appear in difference body systems.
[†]Indicates there was no associated laboratory test or there were no patients for whom the
laboratory test was recorded.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the
laboratory test was recorded.

Data Source:  [4.3; 4.9; 4.18]

MRK-AFV0451664

MK-0966 Prot. No. 088/089
VIGOR

-192-

## 9.7   Analyses of Prespecified Specific Adverse Experiences

NSAIDs have been associated with both renal and hepatic toxicity. In many instances these effects are transient and resolve on therapy. To evaluate the clinical impact of these effects, renal and hepatic adverse experiences which resulted in discontinuation of the patient from the study, or a clinically important clinical syndrome (i.e., congestive heart failure) were evaluated in a prespecified manner as described earlier in the introduction to the Safety Section (Section 9). The doses of rofecoxib and naproxen used in this study were not clinically equivalent (rofecoxib 50 mg is anticipated to be 2 times the clinical dose and naproxen 1000 mg is not the maximum dose), and therefore, it was not unexpected that rofecoxib would have an increased incidence in these dose-dependent adverse experiences.

Additionally, symptoms referable to the gastrointestinal tract are common among patients taking NSAIDs. In the published literature, although gastrointestinal symptoms associated with NSAID use have generally not correlated well with mucosal injury [1.1.18; 1.1.19], they do cause clinical outcomes such as discontinuation of therapy. A prespecified analysis of digestive system adverse experiences, including abdominal pain (in Body as a Whole/Site Unspecified), that resulted in discontinuation of the patient from the study was also performed.

### 9.7.1   Clinical and Laboratory Adverse Experiences Related to Alterations in Renal Function

Renal adverse experiences commonly associated with the use of NSAIDs include reductions in glomerular filtration rate and reductions in the renal excretion of sodium with the potential for fluid retention, edema, and hypertension [1.1.16; 1.1.17]. The magnitude of the clinical impact of these effects was evaluated in the prespecified analyses presented below. In the Phase III OA studies within the clinical dose range, the renal effects of rofecoxib were noted to be similar to clinically equivalent doses of standard NSAIDs [1.2.13].

### 9.7.1.1   Discontinuations Due to Edema-Related Adverse Experiences

Discontinuation due to edema-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience. Edema-related adverse experiences reported in this study included edema, peripheral edema, lower extremity edema, and fluid retention.

The number of patients who discontinued from the study for edema-related adverse experiences was low, 25 of 4047 (0.6%) and 13 of 4029 (0.3%) in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively (Table 66). The

/MK-0966/CSR/RC2680.DOC   APPROVED                                    20-Jun-2000

MRK-AFV0451665

Case 2:05-md-01657-EEF-DEK   Document 33729-6   Filed 03/16/10   Page 94 of 145
Case 2:05-md-01657-EEF-DEK   Document 33764-26   Filed 03/01/10   Page 22 of 31

212

MK-0966 Prot. No. 088/089
VIGOR

-193-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

rate of discontinuations due to edema-related adverse experiences was numerically higher in patients treated with rofecoxib 50 mg compared with patients treated with naproxen 1000 mg (relative risk 1.92, 95% CI [0.98, 3.75], p=0.057).

MRK-AFV0451666

MK-0966 Prot. No. 088/089
VIGOR

-194-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 66

Analysis of Prespecified Adverse Experience Category
Discontinuations Due to Edema-Related Adverse Experiences

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Discontinuations due to edema-related adverse experiences | Rofecoxib | 4047 | 25 | 2697 | 0.93 | 1.92 | (0.98, 3.75) | 0.057 |
| | Naproxen | 4029 | 13 | 2698 | 0.48 | | | |

[†] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[¶] Confidence interval.

Data Source: [4.3; 4.6]

/MK-0966/CSR/RC2680.DOC  APPROVED--20-Jun-2000

213

MRK-AFV0451667

MK-0966 Prot. No. 088/089
VIGOR

-195-

### 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

#### Additional Analyses of Edema-Related Adverse Experiences

Edema-related clinical adverse experiences were reported by 365 (4.5%) patients, 220 (5.4%) and 145 (3.6%) in the rofecoxib and naproxen groups, respectively (Table 67). Of note, the incidence of edema-related adverse experiences in the rofecoxib group in this study (5.4%) is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (5.9, 7.1, and 9.5%, respectively).

The most common edema-related adverse experience was lower extremity edema occurring in 4.0 and 2.6% of patients in the rofecoxib and naproxen groups, respectively. In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of lower extremity edema was noted to be dose related with incidences of 4.1, 4.2, and 6.6% in the 12.5-, 25-, and 50-mg rofecoxib groups. Thus, the incidence of lower extremity edema in VIGOR is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.31].

Table 67

Number (%) of Patients With Edema-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more edema-related adverse experience | 220 | (5.4) | 145 | (3.6) |
| Patients with no edema-related adverse experience | 3827 | (94.6) | 3884 | (96.4) |
| **Body As A Whole/Site Unspecified** | **220** | **(5.4)** | **145** | **(3.6)** |
| Edema | 23 | (0.6) | 21 | (0.5) |
| Fluid Retention | 17 | (0.4) | 9 | (0.2) |
| Lower Extremity Edema | 161 | (4.0) | 104 | (2.6) |
| Peripheral Edema | 22 | (0.5) | 12 | (0.3) |

One other term included in the "search" for edema-related adverse experiences but not reported in this study included fluid overload.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once within a body system.
Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2680.DOC  APPROVED

20-Jun-2000

MRK-AFV0451668

MK-0966 Prot. No. 088/089
VIGOR

-196-

## 9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

The majority of patients with edema adverse experiences did not require a change in therapy or discontinue from the study (Table 68). Although more patients in the rofecoxib group than in the naproxen group required a change in edema-related medication (1.6 versus 1.2%), a higher incidence of patients in the rofecoxib group had an edema-related adverse experience that resolved while continuing study therapy and that did not require a change in edema-related medication (1.8 versus 1.1%). More than 95% were mild to moderate in intensity. Edema-related adverse experiences were assessed by the investigator to be drug related in 3.4 and 2.2% of patients in the rofecoxib and naproxen groups, respectively.

Furthermore, the incidence of patients with an edema-related adverse experience that was associated with severe hypertension (defined as a systolic blood pressure ≥180 mm Hg or a diastolic blood pressure ≥110 mm Hg) was very low and identical for both treatment groups (0.2 and 0.2% for rofecoxib and naproxen, respectively). Although the overall incidence of edema-related adverse experiences was higher on rofecoxib, the qualitative aspects of the events appear similar between the 2 groups. The majority of events did not require a change in therapy or discontinuation from the study and, therefore, were of minor clinical importance.

Three (0.1%) and 0 patients in the rofecoxib and naproxen groups, respectively, had a serious edema-related adverse experience. AN 8431 (rofecoxib) had unilateral leg swelling of uncertain etiology that did not necessitate discontinuation of therapy; the patient recovered fully. AN 10486 (rofecoxib) had lower extremity edema in the setting of cellulitis. The lower extremity edema was determined to be probably drug related by the investigator and resulted in discontinuation of study therapy; the patient recovered fully. AN 183 (rofecoxib) had serious adverse experiences of both lower extremity edema and hypertension, both determined to be possibly drug related by the investigator. The patient had previously discontinued study therapy due to nonserious adverse experiences of lower extremity edema and hypertension. The patient recovered fully (see Section 9.7.1.2 for detailed narrative).

MRK-AFV0451669

Case 2:05-md-01657-EEF-DEK  Document 33232-6  Filed 03/01/10  Page 98 of 145
Case 2:05-md-01657-EEF-DEK  Document 35764-26  Filed 03/01/10  Page 26 of 31

216

MK-0966 Prot. No. 088/089
VIGOR

-197-

## 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 68

Summary of Edema-Related Clinical Adverse Experiences

|  | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
|  | n | (%) | n | (%) |
| **Edema** | | | | |
| Number (%) of patients: | | | | |
| With an edema-related adverse experience | 220 | (5.4) | 145 | (3.6) |
| With a drug-related[1] edema-related adverse experience | 139 | (3.4) | 89 | (2.2) |
| With a serious edema-related adverse experience | 3 | (0.1) | 0 | (0.0) |
| With a history of edema who also had an edema-related adverse experience | 26 | (0.6) | 23 | (0.6) |
| With an edema-related adverse experience that required a change in medication | 63 | (1.6) | 47 | (1.2) |
| With an edema-related adverse experience that resolved while continuing study therapy and that did not require a change in medication | 74 | (1.8) | 45 | (1.1) |
| With an edema-related adverse experience associated with a systolic ≥180 mm Hg or a diastolic ≥110 mm Hg | 7 | (0.2) | 7 | (0.2) |

[1] Assessed by the investigator to be possibly, probably, or definitely related drug related.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once in a body system. The same patient may appear in different categories.

Data Source: [4.3; 4.5; 4.10; 4.14]

### 9.7.1.2 Discontinuations Due to Hypertension-Related Adverse Experiences

Discontinuation due to hypertension-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience. Hypertension-related adverse experiences reported in this study included the terms: blood pressure increased, borderline hypertension, diastolic hypertension, hypertension, hypertension uncontrolled with medication, hypertensive crisis, labile hypertension, systolic hypertension, and uncontrolled hypertension.

MRK-AFV0451670

MK-0966 Prot. No. 088/089
VIGOR

-198-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

Twenty-eight (0.7%) and 6 (0.1%) in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively, discontinued due to hypertension-like adverse experiences (Table 69). The rate of discontinuations due to hypertension-related adverse experiences was very low in both treatment groups but was significantly higher in patients treated with rofecoxib 50 mg compared with patients treated with naproxen 1000 mg (relative risk 4.67, 95% CI [1.93, 11.28], p<0.001).

MRK-AFV0451671

MK-0966 Prot. No. 088/089
VIGOR

9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 69

Analysis of Prespecified Adverse Experience Category
Discontinuations Due to Hypertension-Related Adverse Experiences

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[‡] | p-Value |
| Discontinuations due to hypertension-related Adverse experiences | Rofecoxib | 4047 | 28 | 2697 | 1.04 | 4.67 | (1.93; 11.28) | <0.001 |
| | Naproxen | 4029 | 6 | 2699 | 0.22 | | | |

[†] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[‡] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[§] Confidence interval.

Data Source: [4.3]

MRK-AFV0451872

MK-0966 Prot. No. 088/089
VIGOR

-200-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

### Additional Analyses of Hypertension-Related Adverse Experiences

Hypertension-related clinical adverse experiences were reported by 615 (7.6%) patients, 9.7 and 5.5% in the rofecoxib and naproxen groups, respectively (Table 70).   The increased incidence of hypertension-related adverse experiences is not unexpected since this appears to be a dose-related adverse effect. In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of hypertension-related adverse experiences was noted to be higher in the 50-mg   (12.1%) than in the 12.5- (5.7%) and 25-mg (6.9%) rofecoxib groups. The incidence of hypertension-related adverse experiences in the rofecoxib group in this study (9.7%) is lower than that presented for the 50-mg rofecoxib group (12.1%) in the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3].

The most common hypertension-related adverse experience was hypertension, occurring in 8.5 and 5.0% of patients in the rofecoxib and naproxen groups, respectively.   In the Original Marketing Application (6-Month Osteoarthritis Studies), the incidence of hypertension was noted to be higher in the 50-mg group (10.3%) than in the 12.5- (4.5%) and 25-mg (5.6%) groups. Thus, the incidence of hypertension in VIGOR is lower than that reported in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.3].

MRK-AFV0451673

MK-0966 Prot. No. 088/089
VIGOR

-201-

## 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 70

Number (%) of Patients With Hypertension-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups) by Body System

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more hypertension adverse experience | 394 | (9.7) | 221 | (5.5) |
| Patients with no hypertension adverse experience | 3653 | (90.3) | 3808 | (94.5) |
| **Cardiovascular System** | **394** | **(9.7)** | **221** | **(5.5)** |
| Blood Pressure Increased | 36 | (0.9) | 13 | (0.3) |
| Borderline Hypertension | 2 | (0.0) | 2 | (0.0) |
| Diastolic Hypertension | 2 | (0.0) | 0 | (0.0) |
| Hypertension | 342 | (8.5) | 202 | (5.0) |
| Hypertension Uncontrolled With Medication | 3 | (0.1) | 3 | (0.1) |
| Hypertensive Crisis | 3 | (0.1) | 1 | (0.0) |
| Labile Hypertension | 2 | (0.0) | 0 | (0.0) |
| Systolic Hypertension | 5 | (0.1) | 0 | (0.0) |
| Uncontrolled Hypertension | 5 | (0.1) | 2 | (0.0) |

Other terms included in the "search" for discontinuations due to hypertension-related adverse experiences but not reported in this study included essential hypertension, malignant hypertension, and secondary hypertension.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only once within a body system.
Data Source: [4.3; 4.18]

One hundred sixty-four (4.1%) and 98 (2.4%) patients in the rofecoxib and naproxen groups, respectively, experienced a hypertension-related adverse experience and had a preexisting history of hypertension (Table 71). A little over 60% of the patients in each treatment group who experienced a hypertension adverse experience required a change in medication (6.2 versus 3.3% for the rofecoxib and naproxen treatment group, respectively). Most of the adverse experiences were mild, and more than 95% were mild-to-moderate in intensity. The incidence of patients with an hypertension-related adverse experience that was associated with severe hypertension (defined as a systolic

MRK-AFV0451674

MK-0966 Prot. No. 088/089
VIGOR

-202-

### 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

blood pressure ≥180 mm Hg or a diastolic blood pressure ≥110 mm Hg) was
low in both treatment groups (2.7 versus 1.3% for the rofecoxib and naproxen
treatment group respectively [Table 71]). Although the overall incidence of
hypertension-related adverse experiences was higher on rofecoxib, the
qualitative aspects of the events appear similar between the 2 groups. Only a
minority of events required discontinuation from the study.

Table 71

Summary of Hypertension-Related Clinical Adverse Experiences

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Hypertension** | | | | |
| Number (%) of patients with: | | | | |
| With a hypertension-related adverse experience | 394 | (9.7) | 221 | (5.5) |
| With a drug-related hypertension-related adverse experience | 208 | (5.1) | 101 | (2.5) |
| With a serious hypertension-related adverse experience | 10 | (0.2) | 1 | (0.0) |
| With a history of hypertension who also had a hypertension-related adverse experience | 164 | (4.1) | 98 | (2.4) |
| With a hypertension-related adverse experience that required a change in medication | 252 | (6.2) | 131 | (3.3) |
| With a hypertension-related adverse experience that resolved while continuing therapy and that did not require the addition of antihypertensive medication | 59 | (1.5) | 30 | (0.7) |
| With a hypertension-related adverse experience associated with a systolic ≥180 mm Hg or a diastolic ≥110 mm Hg | 111 | (2.7) | 51 | (1.3) |

[1]  Assessed by the investigator to be possibly, probably, or definitely related to therapy.
Although a patient may have had two or more clinical adverse experiences, the patient is counted only
once in a body system. The same patient may appear in different categories.
Data Source: [4.3; 4.5; 4.10; 4.14]

/MK-0966/CSR/RC2680.DOC  APPROVED                                    20-Jun-2000

MRK-AFV0451675


29818243

Mar  1 2010
9:49PM

# Exhibit 8
# Part 7

Case 2:05-md-01657-EEF-DEK   Document 33784-27   Filed 03/16/10   Page 105 of 145
Case 2:05-md-01657-EEF-DEK   Document 35784-27   Filed 03/31/10   Page 2 of 145

222

MK-0966 Prot. No. 088/089
VIGOR

-203-

9.7   <u>Analyses of Prespecified Specific Adverse Experiences</u> (Cont.)

Ten (0.2%) and 1 (0.0%) patient(s) had a serious hypertension-related adverse experience in the rofecoxib and naproxen groups, respectively. There were no episodes of malignant hypertension and none was associated with end-organ damage. Of the 10 serious adverse experiences in the rofecoxib treatment group: 6 were drug related, 4 resulted in discontinuation of study therapy, and, 3 occurred while the patient was not taking study medication. All of the serious adverse experiences resolved rapidly with either changes in hypertension medication or initiation of new therapies.

<u>Narratives of Patients With Serious Adverse Experiences of Hypertension</u>

Additional information on the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.12; 4.14; 4.20].

AN 183 is a 76-year-old postmenopausal female with a history of rheumatoid arthritis, asthma, hypertension, allergic rhinitis, and chronic obstructive pulmonary disease (COPD). The patient began rofecoxib on 25-Feb-1999 (Day 1). Blood pressure was 136/80. Concomitant medications included salmeterol, fluticasone propionate, hydrochlorothiazide, albuterol sulfate, pseudoephedrine, and prednisone. The patient discontinued rofecoxib on Day 125 due to nonserious adverse events of pitting edema of the lower legs/ankles and increased blood pressure. On Day 131, the patient's blood pressure was 180/100 mm Hg. The patient was hospitalized for an increased intensity of her pitting edema, increased blood pressure, and chest pain. The chest pain and the pitting edema were both considered to be caused by her increased blood pressure. Treatment included verapamil, and transdermal nitroglycerin in addition to her chronic medications. The patient's edema decreased, blood pressure stabilized, and she was discharged from the hospital. The investigator assessed the worsening hypertension and edema to be possibly related to rofecoxib.

AN 439 is a 61-year-old postmenopausal female with a history of rheumatoid arthritis and iron deficiency anemia. The patient began rofecoxib on 01-Apr-1999 (Day 1). Blood pressure was 138/78. Concomitant medications included ferrous sulfate, propoxyphene napsylate/acetaminophen, and hydrochlorothiazide/triamterene. The hydrochlorothiazide/triamterene was initiated during the study to treat a nonserious adverse experience of edema which had resolved prior to the adverse experience of hypertension. On Day 182, the patient presented to the emergency room with accelerated hypertension, and possible fluid retention and was admitted to the hospital with blood pressure of 240/120 mm Hg. The rofecoxib was discontinued, she was started on furosemide and ramipril, and she was discharged. On Day 188, the

MRK-AFV0451676

MK-0966 Prot. No. 088/089
VIGOR

-204-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

patient arrived at the emergency room complaining of recurrent flushing, nausea, weakness, palpitations, and occasional diarrhea. That same day, she was readmitted to the hospital with a blood pressure of 237/120 mm Hg. The furosemide and ramipril were discontinued and metoprolol tartrate was started. Admission laboratory values included a blood urea nitrogen of 34.0 mg/dL, and a serum creatinine of 2.1 mg/dL. On Day 189, a 24-hour urine was collected, revealing a VMA (vanillylmandelic acid) of 4.3 mg/24 hours (normal range: 2.6 to 7.7 mg), and total metanephrines of 379 µg/24 hours (normal range: 205 to 660 µg). Serum catecholamines were also collected, revealing a total of 1250 pg/mL (normal range: 300 to 1000 pg/mL). Her blood pressure became well controlled. The patient's elevated creatinine (non-oliguric acute renal failure) was felt to be secondary to acute tubular necrosis (ATN). The cause of the acute tubular necrosis was felt to be possibly secondary to ramipril and furosemide because the ATN occurred after discontinuing rofecoxib and instituting these medications, and improved after discontinuing ramipril and furosemide. On Day 191, the patient was discharged from the hospital on metoprolol tartrate, and clonidine. Discharge laboratory values included a serum creatinine of 1.2 mg/dL. On Day 198, the patient's blood pressure was 120/70 mm Hg, and serum creatinine was 1.1 mg/dL. The investigator assessed the labile hypertension as probably related to rofecoxib. The renal failure was considered definitely not related to rofecoxib.

AN 1698 is a 62-year-old postmenopausal female with a history of rheumatoid arthritis and hypercholesterolemia. The patient began rofecoxib on 14-Apr-1999 (Day 1). Blood pressure was 116/76. Concomitant medication included estrogens/medroxyprogesterone. On Day 153, the patient was admitted to the hospital for an elective vaginal hysterectomy. The same day, she also experienced hypertension which was treated with metoprolol. She was started on coated aspirin for prophylaxis, and rofecoxib was discontinued due to the prohibited medication. On Day 158, she went to the emergency room and was admitted to the hospital with a blood pressure of 194/122 mm Hg. A repeat blood pressure was 141/98 mm Hg. A cardiac consult felt the elevated blood pressure was most likely related to stress from surgery and increased personal stress at home. On Day 159, the patient was discharged from the hospital. The investigator assessed the exacerbation of hypertension as definitely not related to rofecoxib.

AN 2475 is a 47-year-old female with a history of rheumatoid arthritis, hypertension, anemia, muscular disorder, osteoporosis, bronchitis, and allergy to penicillin. The patient began rofecoxib on 15-Apr-1999 (Day 1). Blood pressure was 130/94. Concomitant medications included methylprednisone,

MRK-AFV0451677

224

MK-0966 Prot. No. 088/089
VIGOR

-205-

## 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

methotrexate, acetaminophen, folic acid, fosinopril, hydrochlorothiazide, and medroxyprogesterone. On Day 205, the patient presented to the emergency room with a blood pressure of 214/138 mm Hg, and a possible transient ischemic attack or cranial vasospasm as indicated by left facial numbness associated with a slight headache, and upper left extremity tingling. The patient reported dietary noncompliance. The patient was admitted to the hospital and was discontinued from rofecoxib. Treatment included IV furosemide and potassium. Within 3 hours following treatment, her blood pressure was 160/89 mm Hg. On Day 207, the patient was discharged from the hospital in stable condition with a blood pressure of 114/80 mm Hg. The investigator assessed the episode of worsened hypertension to be possibly related to rofecoxib.

AN 6017 is a 63-year-old female with a history of rheumatoid arthritis, hypertension, osteoporosis, and cholecystectomy. The patient began rofecoxib on 06-Apr-1999 (Day 1). Blood pressure was 140/90. Concomitant medications included methotrexate, folic acid, perindopril, indapamide, vitamin D, calcium carbonate, tramodol, and prednisone. On Day 260, the patient experienced vomiting and exacerbation of hypertension (190/110 mm Hg) and was hospitalized; rofecoxib was interrupted; and all concomitant medications were discontinued. The patient received metoclopramide, furosemide and chlorpromazine. On Day 264, rofecoxib was restarted. The patient's hypertension persisted. On Day 266, the patient was discharged from the hospital. The investigator felt that the exacerbation of hypertension and vomiting were possibly related to therapy with tramadol and methotrexate. On Day 288, the patient experienced a headache. A worsening of hypertension was diagnosed and the patient was hospitalized. On admission, blood pressure was found to be 190/110 mm Hg; During the hospitalization, the patient received furosemide, nifedipine, potassium magnesium asparginate, metoprolol, and bromhexine. The patient recovered from the worsening hypertension and was discharged from the hospital. On Day 295, nifedipine was discontinued; and trandolapril was administered, with metoprolol, for the treatment of the hypertension. The patient completed the study and the blood pressure on Day 316 was 140/85. The investigator assessed the worsening of hypertension as probably not related to rofecoxib.

AN 6970 is a 66-year-old female with a history of rheumatoid arthritis, and hypertension. The patient began rofecoxib on 10-May-1999 (Day 1). Blood pressure was 135/80. Concomitant medications included methotrexate, prednisone, and folic acid. On Day 94 the patient experienced worsening hypertension (systolic/diastolic pressures: 210/130 mm Hg). The patient was admitted to hospital and was treated with betaxolol hydrochloride. Serial

MRK-AFV0451678

MK-0966 Prot. No. 088/089
VIGOR

-206-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

systolic and diastolic blood pressure values from Days 95, 120, 253, and 281 (study completion) ranged between 120/80 and 150/90 mm Hg. Treatment with rofecoxib continued without interruption. The investigator assessed the worsening hypertension to be possibly related to rofecoxib.

AN 7263 is a 60-year-old female with a history of rheumatoid arthritis, hypertension, diabetes mellitus, eczema, and pedal edema. The patient began rofecoxib on 30-Jun-1999 (Day 1). Blood pressure was 165/74. Concomitant medications included atenolol, glyburide, sulfasalazine, nifedipine, chlorpheniramine maleate, and tioconazole cream. On Day 35, the investigator decided to interrupt the rofecoxib therapy for 1 week due to an exacerbation of eczema. On Day 38, the patient was admitted to the hospital with 2 prior episodes of dizziness, associated with mild nausea and vomiting, and a severe headache. On admission, her blood pressure was 200/79 mm Hg. Her hypertension was treated with IV isosorbide dinitrate and oral nefedipine. Her headache and nausea resolved once her blood pressure settled. On Day 41, the patient was discharged from hospital and therapy with rofecoxib was resumed on Day 44. The investigator assessed the worsening hypertension as definitely not related to rofecoxib.

AN 7987 is a 64-year-old postmenopausal female with a history of rheumatoid arthritis, pulmonary fibrosis, osteoporosis, and migraines who was randomized to rofecoxib on 16-Jun-1999 (Day 1). Blood pressure was 120/70. Concomitant medications included prednisolone, acetaminophen, calcium supplement, and etidronic acid disodium salt. On Day 90, the patient was hospitalized for a planned surgery of her forefoot. During the hospitalization, the patient's blood pressure was 200/100 mm Hg, and rofecoxib was interrupted. The doctor thought this could have been a transient ischemic attack. A head CT and thorax x-ray were taken with negative findings; no tests could confirm the transient ischemic attack. On Day 98, the patient was discharged from the hospital, and the blood pressure was normalized. No additional treatment was given for the hypertension, as it resolved spontaneously. On Day 104, rofecoxib was restarted. The investigator assessed the hypertension as not related to rofecoxib.

AN 10080 is a 56-year-old postmenopausal female with a history of rheumatoid arthritis and sinus tachycardia. The patient began rofecoxib on 31-May-1999 (Day 1). Blood pressure was 130/80. Concomitant medication included prednisone. On Day 190, the patient came in for an unscheduled visit and was noted to be hypertensive (BP of 220/120 mm Hg) hydrochlorothiazide and captopril were started; and rofecoxib was interrupted. On Day 197, the patient

MRK-AFV0451679

Case 2:05-md-01657-EEF-DEK   Document 33784-27   Filed 03/16/10   Page 8 of 145

226

MK-0966 Prot. No. 088/089
VIGOR

-207-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

had no complaints and the blood pressure was 140/90 mm Hg.  On Day 198, rofecoxib was restarted.  On Day 246 the blood pressure was 130/85 mm Hg. The investigator assessed the hypertension as possibly related to rofecoxib.

AN 10507 is a 76-year-old female with a history of rheumatoid arthritis, hypertension, and obesity.  The patient began rofecoxib on 14-Jun-1999 (Day 1).  Blood pressure was 145/80.  Concomitant medications included methotrexate, hydroxychloroquine, prednisone, calcium carbonate, clonidine hydrochloride, felodipine, metoprolol, and 1(alpha)-hydroxycholecalciferol.  On Day 190, the patient began to experience a headache and was admitted to the hospital on Day 197 with a headache.  Upon admission it was noted that the blood pressure was elevated (values were not provided).  The patient was treated with ramipril and hydrochlorothiazide.  The patient recovered from the headache and hypertension and was discharged on Day 199.  The patient continued on rofecoxib with a blood pressure 155/75 mm Hg recorded at the end of study visit (Day 247).  The investigator assessed the worsening hypertension as definitely not related to rofecoxib.

AN 5714 is a 54-year-old postmenopausal female with a history of rheumatoid arthritis, heartburn and hyperthyroidism.  The patient began naproxen on 01-Apr-1999 (Day 1).  Blood pressure was 140/90.  Concomitant medications included methotrexate, folic acid, calcium carbonate, acetaminophen, conjugated estrogenic hormones, and propylthiouracil.  On Day 43, the patient was diagnosed with hypertension (150/100 mm Hg).  On Day 45, she went to the emergency room with vertigo, headache, and nausea.  She had a blood pressure of 145/105 mm Hg and a hypertensive crisis was diagnosed.  Naproxen was discontinued.  The patient was treated with nifedipine for the hypertension, ketoprofen for the headache, and cinnarizine for the vertigo.  On Day 48, the patient's blood pressure was 160/110 mm Hg.  The investigator assessed the hypertensive crisis as probably related to naproxen.

### 9.7.1.3   Adverse Experiences of Congestive Heart Failure

Although rare, congestive heart failure is 1 of the more clinically significant manifestations of the fluid retention that can be caused by rofecoxib or dual COX-1/COX-2 inhibitors.  Therefore, as noted in Section 9.1, an analysis of all adverse experiences of congestive heart failure was 1 of the prespecified clinical adverse experience categories.

Table 72 shows results for the prespecified clinical adverse experience category of congestive heart failure.  Congestive heart failure occurred in 19 (0.5%) and 9 (0.2%) patients in the rofecoxib and naproxen groups, respectively.  The

MRK-AFV0451680

MK-0966 Prot. No. 088/089
VIGOR

-208-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

overall incidence of these events was very low. The rate of congestive heart failure adverse experiences was not statistically different between the 2 treatment groups (relative risk 95% CI:  0.96, 4.67, p=0.065).  Six (0.1%) patients, all in the rofecoxib group, discontinued due to congestive heart failure.

There was 1 death on rofecoxib for "cardiac insufficiency" which, in the Merck dictionary, mapped to "congestive heart failure."  AN 7553, a 51-year-old postmenopausal woman, was randomized on 26-Apr-1999 to rofecoxib 50 mg once daily.  On postrandomization Day 19, the patient complained of diarrhea without melena or bloody stools.  She was seen in the emergency room where she was found to be dehydrated.  The patient was hydrated with intravenous glucose and discharged.  On Day 28, she presented to the emergency room with dyspnea and cyanosis and was treated with aminophylline and lanatoside C but subsequently died.  The cause of death registered in the hospital chart was cardiac insufficiency.  The cardiac insufficiency and death were assessed by the investigator as not related to study therapy [4.20].

MRK-AFV0451681

MK-0966 Prot. No. 088/089
VIGOR

-209-

9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 72

Prespecified Analysis of Adverse Experiences Related to Congestive Heart Failure

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | p-Value |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[§] | |
| Congestive heart failure adverse experiences | Rofecoxib | 4047 | 19 | 2696 | 0.70 | 2.11 | (0.96, 4.67) | 0.065 |
| | Naproxen | 4029 | 9 | 2698 | 0.33 | | | |

[†] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[§] Confidence interval.
Data Source: [4.3]

MK-0966/CSR/RC2680.DOC APPROVED -29-Jun-2000

228

MRK-AFV0451682

MK-0966 Prot. No. 088/089
VIGOR

-210-

## 9.7    Analyses of Prespecified Specific Adverse Experiences (Cont.)

### 9.7.1.4    Discontinuations Due to Renal-Related Adverse Experiences

NSAIDs have been reported to cause decreases in glomerular filtration rate sometimes resulting in overt renal decompensation [1.1.17]. Discontinuations due to renal-related adverse experiences (clinical and laboratory combined) was prespecified as the primary approach to analyze the clinical importance of these adverse experiences. Renal-related adverse experiences reported in this study included: serum creatinine increased, blood urea nitrogen increased, renal failure, and renal insufficiency.

Table 73 summarizes the prespecified analysis of renal-related adverse experiences that led to discontinuation. Eight (0.2%) and 7 (0.2%) in the rofecoxib and naproxen groups, respectively, discontinued due to renal-related adverse experiences. The rate of discontinuations due renal-related adverse experiences was similar and very low in both treatment groups (relative risk: 1.14 95% CI: 0.41, 3.15, p=0.796).

MRK-AFV0451683

MK-0966 Prot. No. 088/089
VIGOR

-211-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 73

Analysis of Prespecified Adverse Experiences Related to Alterations in Renal Function

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[†] | Rates[‡] | Relative Risk[§] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[¶] | p-Value |
| Discontinuations due to renal-related adverse Experiences | Rofecoxib | 4047 | 8 | 2699 | 0.30 | 1.14 | (0.41, 3.15) | 0.796 |
| | Naproxen | 4029 | 7 | 2698 | 0.26 | | | |

[†] Patient-years at risk.
[‡] Adverse experiences per 100 patient-years at risk.
[§] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[¶] Confidence interval.

Data Source: [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jun-2000

230

MRK-AFV0451684

MK-0966 Prot. No. 088/089
VIGOR

-212-

9.7   <u>Analyses of Prespecified Specific Adverse Experiences</u> (Cont.)

### <u>Additional Analyses of Renal-Related Adverse Experiences</u>

The incidence of renal-related clinical and laboratory adverse experiences, reported by 1.2 and 0.9% of patients in the rofecoxib and naproxen groups, respectively, was low (Table 74).   The most common renal-related adverse experience in both treatment groups was serum creatinine increased (transient elevations), occurring in 1.0 and 0.7% of patients in the rofecoxib and naproxen groups, respectively.   The incidence of serum creatinine increased reported with rofecoxib in VIGOR (1.0%) is lower than that reported for the 50-mg rofecoxib group (4.0%) in the Original Marketing Application (6-Month Osteoarthritis Studies) and is consistent with currently approved labeling [1.2.13; 2.3].

MRK-AFV0451685

MK-0966 Prot. No. 088/089
VIGOR

-213-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 74

Number (%) of Patients With Renal-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more renal-related adverse experience | 50 | (1.2) | 36 | (0.9) |
| Patients with no renal-related adverse experience | 3997 | (98.8) | 3993 | (99.1) |
| **Clinical Adverse Experiences** | | | | |
| | n | (%) | n | (%) |
| Acute Renal Failure | 0 | (0.0) | 1 | (0.0) |
| Renal Disorder | 0 | (0.0) | 1 | (0.0) |
| Renal Failure | 2 | (0.0) | 1 | (0.0) |
| Renal Insufficiency | 3 | (0.1) | 1 | (0.0) |
| **Laboratory Adverse Experiences** | | | | |
| | n/m | (%) | n/m | (%) |
| Blood Urea Nitrogen Increased | 20/3989 | (0.5) | 9/3992 | (0.2) |
| Serum Creatinine Increased | 38/3988 | (1.0) | 27/3995 | (0.7) |

Other terms included in the "search" for discontinuations for renal-related adverse experiences but were not reported in this study included: acute renal failure, acute renal insufficiency, chronic renal failure, chronic renal insufficiency, and renal disorder.
Although a patient may have had two or more adverse experiences, the patient is counted only once for any specific adverse experience.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.

Data Source: [4.3; 4.17; 4.18]

Overall, the incidence of patients exceeding the predefined limits of change from baseline for serum creatinine was similar for both treatment groups (9 [0.2%] and 6 [0.2%] patients in the rofecoxib and naproxen groups, respectively). Additional information about predefined limits of change for laboratory parameters is in Section 9.9.1, Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences.

MRK-AFV0451686

233

MK-0966 Prot. No. 088/089
VIGOR

-214-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Specifically, of the 50 and 36 patients with renal-related adverse experiences in the rofecoxib and naproxen groups, respectively, only 4 and 3, respectively, met predefined limits of change for serum creatinine (defined as consecutive values with an actual increase of ≥0.5 mg/dL and >ULN or 1 value with an increase of 0.5 mg/dL and >ULN that was associated with study drug discontinuation). All 7 of these patients discontinued due to their renal-related adverse experience; the renal-related adverse experiences were assessed by the investigator to be drug related in 3 and 2 patients in the rofecoxib and naproxen groups, respectively. The remaining patients with renal-related adverse experiences had elevations less than 0.5 mg/dL or had elevations of 0.5 mg/dL or more which were transient and did not necessitate discontinuation of study therapy.

The number of patients with serious renal-related adverse experiences was low (1 and 4 in the rofecoxib and naproxen groups, respectively). Two of the naproxen patients, and none of the rofecoxib patients, had drug-related serious renal-related adverse experiences; both resulted in discontinuation from study therapy. AN 439 (rofecoxib) had serious adverse experiences of hypertension and renal failure and was previously discussed in Section 9.7.1.2. AN 882 (naproxen) developed renal insufficiency in the setting of dehydration, gastritis, and esophagitis. The renal insufficiency resolved with rehydration and was assessed to be drug related by the investigator. AN 1824 (naproxen) developed acute renal failure due to obstructive uropathy in the setting of bilateral renal calculi. AN 2720 (naproxen) was hospitalized for right flank pain. Work up included an intravenous pyelogram which revealed a non-functioning left kidney consistent with an obstruction. Cystoscopy revealed a left ureteral stricture. The patient continued on study therapy. AN 3097 (naproxen) was hospitalized for a perforated gastric ulcer. Her course was complicated by ARDS, peritonitis, septic shock, pneumonia and acute renal failure. The patient expired due to these complications. The acute renal failure was assessed to be possibly related to naproxen by the investigator [4.20].

In addition to the above adverse experiences related to glomerular filtration rate, there were 2 serious adverse experiences reported (AN 8299 nephrotic syndrome [rofecoxib] and AN 7066 proteinuria [naproxen]) not considered part of the renal-related adverse experiences analyses. Both patients had been receiving concomitant gold therapy.

MRK-AFV0451687

MK-0966 Prot. No. 088/089
VIGOR

-215-

## 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

### 9.7.2   Clinical and Laboratory Adverse Experiences Related to Alterations in Liver Function

Discontinuations due to hepatic-related adverse experiences was prespecified as the primary approach to analyze the clinical importance of this adverse experience. Hepatic-related adverse experiences reported in this study included: ALT increased, AST increased, hepatic disorder, hepatic failure, hepatic function abnormality, hepatitis, and jaundice.

The number of patients who discontinued from the study for hepatic-related adverse experience was low, 10 (0.2%) and 3 (0.1%) in the 50-mg rofecoxib and 1000-mg naproxen groups, respectively. The rate of discontinuations due to hepatic-related adverse experiences was similar and very low in both treatment groups (relative risk: 3.33 95% CI [0.92, 12.11], p=0.067) (Table 75).

MRK-AFV0451688

Case 2:05-md-01657-EEF-DEK   Document 37379-5  Filed 03/16/10  Page 118 of 145

MK-0966 Prot. No. 088/089
VIGOR                                                                                              -216-

9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 75

Analysis of Prespecified Adverse Experiences Related to Alterations in Liver Function

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Discontinuations due to hepatic-related adverse experiences | Rofecoxib Naproxen | 4047 4029 | 10 3 | 2699 2699 | 0.37 0.11 | 3.33 | (0.92, 12.11) | 0.067 |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Confidence interval.
Data Source:  [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED—20-Jun-2000

MRK-AFV0451689

MK-0966 Prot. No. 088/089
VIGOR

-217-

9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Additional Analyses of Hepatic-Related Adverse Experiences

Hepatic-related adverse experiences were reported by 139 (1.7%) patients, 2.2 and 1.2% in the rofecoxib and naproxen groups, respectively (Table 76). The most common hepatic-related adverse experience was ALT increased, occurring in 1.8 and 1.0% of patients in the rofecoxib and naproxen groups, respectively.

Table 76

Number (%) of Patients With Hepatic-Related Clinical Adverse Experiences
(Incidence >0% in One or More Treatment Groups)

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| Patients with one or more hepatic-related adverse experience | 90 | (2.2) | 49 | (1.2) |
| Patients with no hepatic-related adverse experience | 3957 | (97.8) | 3980 | (98.8) |
| **Clinical Adverse Experiences** | | | | |
| | n | (%) | n | (%) |
| Hepatic Disorder | 1 | (0.0) | 0 | (0.0) |
| Hepatic Failure | 0 | (0.0) | 1 | (0.0) |
| Hepatic Function Abnormality | 3 | (0.1) | 1 | (0.0) |
| Hepatitis | 5 | (0.1) | 3 | (0.1) |
| Jaundice | 2 | (0.0) | 0 | (0.0) |
| **Laboratory Adverse Experiences** | | | | |
| | n/m | (%) | n/m | (%) |
| Alanine Aminotransferase Increased | 73/3988 | (1.8) | 41/3992 | (1.0) |
| Aspartate Aminotransferase Increased | 65/3989 | (1.6) | 34/3992 | (0.9) |

Other terms included in the "search" for discontinuations for hepatic-related adverse experiences but not reported in this study included: acute hepatitis, cholangiolitis hepatitis, chronic hepatitis, cytolitic hepatitis, hepatic insufficiency, hepatocellular disease, hepatocellular jaundice, interstitial hepatitis, hepatotoxicity, and necrotizing hepatitis.
Although a patient may have had two or more adverse experiences, the patient is counted only once for any specific adverse experience.
n/m = number of patients with laboratory adverse experiences/number of patients for whom the laboratory test was recorded.

Data Source: [4.3; 4.17]

/MK-0966/CSR/RC2680.DOC  APPROVED                                        20-Jun-2000

MRK-AFV0451690

Case 2:05-md-01657-EEF-DEK   Document 35764-27   Filed 03/04/10   Page 197 of 145

**237**

MK-0966 Prot. No. 088/089
VIGOR

-218-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

Overall, the incidence of patients exceeding the predefined limits of change from baseline was similar for rofecoxib and naproxen for serum ALT (0.2 versus 0.0%) and serum AST (0.1 versus 0.0%). No patient in either treatment group exceeded the predefined limit of change established for serum bilirubin ($\geq$1.8 times ULN) and alkaline phosphatase ($\geq$3 times ULN). Additional information about predefined limits of change for laboratory parameters is in Section 9.9.1, Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences.

Specifically, of the 90 and 49 patients with hepatic-related adverse experiences in the rofecoxib and naproxen groups, respectively, only 4 patients (all in the rofecoxib group) met predefined limits of change for serum ALT and only 1 patient (in the rofecoxib group) met predefined limits of change for serum aspartate aminotransferase (defined as: In patients with normal baselines, consecutive values >3 times the ULN or 1 value >3 times the ULN associated with study drug discontinuation; in patients with abnormal baselines, consecutive values that are >2 times the baseline value and >3 times the ULN or 1 value >3 times the ULN associated with study drug discontinuation). The remaining patients did not meet the predefined limits criteria or elevations were transient and did not necessitate discontinuation of study therapy.

In this study, 0.5 and 0.3% of patients on rofecoxib and 0.2 and 0.3% of patients on naproxen had at least 1 single (nonconsecutive) AST and ALT value >3 times the ULN, respectively; the rofecoxib rates are consistent with currently approved labeling.

The number of patients with serious hepatic-related adverse experiences was low (4 and 3 in the rofecoxib and naproxen groups, respectively). Three and 2 patients in the rofecoxib and naproxen groups, respectively, had drug-related hepatic-related serious adverse experiences. One patient in each treatment group discontinued from study therapy due to serious hepatic-related adverse experiences. There was 1 death (naproxen) due to hepatic failure, assessed by the investigator to be drug related.

### Narratives for Patients With Serious Hepatic-related Adverse Experiences

Additional information for these narratives can be found in [4.3; 4.9; 4.16; 4.20].

AN 7721 is a 59-year-old Black female, with a history of rheumatoid arthritis, hypertension, Sjögren's syndrome, and melasma. Concomitant medications included methotrexate, methyldopa, hydrochlorothiazide, chloroquine, and prednisone. The patient began rofecoxib on 25-May-1999 (Day 1). Baseline,

MRK-AFV0451691

MK-0966 Prot. No. 088/089
VIGOR

-219-

## 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

Day –7, laboratory results included: serum AST 28 IU/L (normal range was 0 to 42 IU/L), serum ALT 34 IU/L (normal range was 0 to 48 IU/L), serum alkaline phosphatase 85 IU/L (normal range was 20 to 125 IU/L), and total bilirubin 0.7 mg/dL (normal range was 0 to 1.3 mg/dL). On Day 73 the patient experienced severe jaundice, hepatomegaly, asthenia, vomiting, nausea, diarrhea, and hypochondrium pain; and rofecoxib was discontinued. On Day 78, the patient was diagnosed with severe hepatitis. Laboratory results included: AST 2655 IU/L, ALT 2130 IU/L, serum gamma glutamyl transferase (GGT) 85 IU/L (normal range was 0 to 45 IU/L), serum alkaline phosphatase 198 IU/L, serum direct bilirubin 10.8 mg/dL (normal range was 0 to 0.4 mg/dL), serum indirect bilirubin 24.3 mg/dL (normal range was 0 to 1.3 mg/dL), and serum total bilirubin 35.1 mg/dL. On Day 80, an immunofluorescence test was performed, which diagnosed hepatitis A. On Day 92, an ELISA was performed and all results were negative for hepatitis A. On Day 102, a liver biopsy was performed and cholestasis was diagnosed (biopsy sample was inadequate for diagnostic evaluation). On Day 262, IgG for hepatitis A was reactive. Other laboratory results included: ALT 64 IU/L, AST 46 IU/L, serum alkaline phosphatase 169 IU/L, serum total bilirubin 0.8 mg/dL, and GGT 174 IU/L. The positive IgG for hepatitis A on Day 262 may suggest that there was a recent seroconversion (due to the negative ELISA on Day 92) and the patient may have had viral hepatitis. The investigator assessed the hepatitis as possibly related to therapy with rofecoxib.

AN 8267, is a 49-year-old Mulatto female, with a history of rheumatoid arthritis. Concomitant medications included methotrexate, prednisone, nitrofurantoin, and ranitidine hydrochloride. The patient began rofecoxib on 25-Jun-1999 (Day 1). Baseline, Day –8, laboratory results included: serum ALT 31 IU/L (normal range was 0 to 48 IU/L), and serum AST 21 IU/L (normal range was 0 to 42 IU/L). On Day 34, the patient complained of abdominal pain and vomiting. On Day 35, rofecoxib, methotrexate and prednisone were discontinued. On Day 37, the patient was hospitalized for suspected gastritis. An abdominal ultrasound was performed which showed acute pancreatitis and choledocholithiasis. On Day 39, in addition to elevated serum amylase (793 U/L), the patient's ALT was 417 IU/L (normal range was 5 to 17 IU/L) and AST was 140 IU/L (normal range was 2 to 18 IU/L). The diagnosis of acute hepatitis was made, along with acute pancreatitis, and erosive gastritis. On Day 44, the patient was discharged from the hospital. On Day 83, the hepatitis was considered resolved, as ALT and AST levels returned to within normal range. The investigator assessed the hepatitis, gastritis and pancreatitis as possibly related to therapy with rofecoxib.

MRK-AFV0451692

MK-0966 Prot. No. 088/089
VIGOR

-220-

## 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

AN 8403 is a 56-year-old Asian female, with a history of rheumatoid arthritis. Concomitant medications included hydroxychloroquine, aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide, and acetaminophen (+) propoxyphene napsylate monohydrate. The patient began rofecoxib on 12-May-1999 (Day 1). Baseline, (Day −16) laboratory results included: serum AST 18 IU/L (normal range was 0 to 42 IU/L), serum ALT 10 IU/L (normal range was 0 to 48 IU/L), and serum alkaline phosphatase 103 IU/L (normal range was 20 to 125 IU/L). On Day 121, the patient was admitted to the hospital for urgent consultation with an ophthalmologist for diagnosis of macular degenerative disease of the right eye. During the hospitalization, it was discovered that the patient's liver function tests were elevated and the investigator felt this met the definition of "other important medical event" and recorded a serious adverse experience of hepatic function abnormality. Laboratories included: ALT 52 U/L (normal range was 5 to 31 U/L), AST 80 U/L (normal range was 12 to 28 U/L), and serum alkaline phosphatase 375 U/L (normal range was 34 to 104 U/L). The investigator assessed the hepatic function abnormality as probably related to therapy with rofecoxib and rofecoxib was discontinued. On Day 191, liver function tests returned to within normal limits, with ALT at 21 IU/L, AST at 15 IU/L, and serum alkaline phosphatase at 117 IU/L.

AN 8774 is a 53-year-old White female with a history of rheumatoid arthritis and neurodermatitis. Concomitant medications included methotrexate, hydroxychloroquine sulfate, prednisone, etidronic acid disodium salt, vitamins, and acetaminophen (+) codeine. The patient began rofecoxib on 14-May-1999 (Day 1). Baseline, Day −8, laboratory results included: serum ALT 20 IU/L (normal range was 0 to 48 IU/L), serum AST 19 IU/L (normal range was 0 to 42 IU/L), and serum alkaline phosphatase 95 IU/L (20 to 125 IU/L). On Day 186, the patient's LFTs were increased and an adverse experience of hepatic function abnormality was recorded. Laboratory values included: ALT was 215 IU/L (normal range was 5 to 50 IU/L), AST was 122 IU/L (normal range was 10 to 35 IU/L), and GGT was 277 U/L (normal range was 10 to 40 U/L), and the patient was hospitalized. On Day 188, the patient's serum alkaline phosphatase was 706 U/L (normal range was 60 to 275 U/L) and methotrexate was discontinued. These values were assessed by the investigator as probably not related to therapy with rofecoxib. On Day 196, the patient's ALT decreased to 34 U/L (normal range was 10 to 40 IU/L) and GGT was 115 U/L (normal range was 10 to 40 U/L). On Day 214, the patient's LFTs increased: ALT was 85 U/L (normal range was 10 to 40 IU/L) and GGT was 119 U/L (normal range was 10 to 40 U/L). The investigator recorded the increased ALT and GGT as a nonserious adverse experience of hepatic function abnormality. These values were assessed by the investigator as possibly related to therapy with rofecoxib and rofecoxib

MRK-AFV0451693

MK-0966 Prot. No. 088/089
VIGOR

-221-

## 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

was discontinued on that day.   On Day 231, the patient's AST was 56 IU/L (normal range was 0 to 42 IU/L), ALT was 95 IU/L (normal range was 0 to 48 IU/L) and serum alkaline phosphatase was 116 IU/L (normal range was 20 to 125 IU/L).  No other values were obtained.

AN 7025 is a 41-year-old White female, with a history of rheumatoid arthritis. Concomitant medications included prednisone and hydroxychloroquine sulfate. The patient began naproxen therapy on 08-Jun-1999 (Day 1).  Baseline, Day –7, laboratory results included:  AST 30 IU/L (normal range was 0 to 42 IU/L), and ALT 22 IU/L (normal range was 0 to 48 IU/L).  On Day 36, the patient's serum AST was 91 IU/L and ALT was 97 IU/L.  On Day 41 naproxen was discontinued. On Day 42, the patient was noted to be hepatitis B antigen positive and was diagnosed with hepatitis.  On Day 53, the investigator considered the event resolved, as the AST and ALT levels returned to within normal range at 39 IU/L and 24 IU/L, respectively.  The investigator assessed the hepatitis as possibly related to therapy with naproxen.

AN 8400 is a 84-year-old Asian female, with a history of rheumatoid arthritis, iron deficiency anemia, vertebral osteoarthritis, osteoporosis, cardiac enlargement, goiter, duodenal diverticulum, and thalassemia. Concomitant medications included hydroxychloroquine, famotidine, acetaminophen, methylcellulose, ferrous sulfate, aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide. The patient began naproxen therapy on 25-May-1999 (Day 1).  Baseline, Day –14, serum alkaline phosphatase was 93 IU/L (normal range was 20 to 125 IU/L).   On Day 134, the patient was admitted to the hospital for a significant decrease in hemoglobin.  On Day 135, the patient was diagnosed with pneumonia.  On Day 143, it was noted that the patient's serum alkaline phosphatase was elevated at 222 U/L (normal range was 55 to 160 U/L); liver ultrasound and serum hepatitis tests were negative.  On Day 157, the patient's serum alkaline phosphatase level returned to within normal limits at 149 U/L.  The investigator recorded the increased LFTs as an adverse experience of hepatic function abnormality.  The investigator also assessed the hepatic function abnormality as secondary to the pneumonia and probably not related to therapy with naproxen.

AN 9191 is a 62-year-old Mulatto female, with a history of rheumatoid arthritis. Concomitant medications included chloroquine, methotrexate, acetaminophen, and chlorpheniramine. The patient began naproxen therapy on 31-May-1999. Baseline, Day –7, laboratory results included:  serum ALT 51 IU/L (normal range was 0 to 48 IU/L), serum AST 41 IU/L (normal range was 0 to 42 IU/L), serum alkaline phosphatase 79 IU/L (normal range was 20 to 125 IU/L), and serum total

/MK-0966/CSR/RC2680.DOC  APPROVED

20-Jun-2000

MRK-AFV0451694

Case 2:05-md-01657-EEF-DEK   Document 35764-27   Filed 03/04/10   Page 210 of 145

241

MK-0966 Prot. No. 088/089
VIGOR

-222-

### 9.7   Analyses of Prespecified Specific Adverse Experiences (Cont.)

bilirubin was 0.7 mg/dL (normal range was 0.0 to 1.3 mg/dL).  On Day 268, during the end-of-study visit, the patient complained of right upper quadrant pain, fatigue, nausea, jaundice and dark urine; and the patient was hospitalized. Laboratory results included: AST 780 IU/L, ALT 504 IU/L, serum alkaline phosphatase 237 IU/L, serum total bilirubin 14.7 mg/dL, serum direct bilirubin 4.0 mg (normal range was 0.0 to 0.4 mg/dL, and serum indirect bilirubin 10.7 mg/dL (normal range was 0.0 to 1.3 mg/dL).  Liver biopsy confirmed the diagnosis of toxic hepatitis, which was assessed by the investigator as probably related to naproxen.  On Day 277, the hepatitis progressed to hepatic failure; which then progressed to hepatorenal syndrome, on Day 279.  On Day 285, the patient expired.

### 9.7.3   Discontinuations due to Digestive System Adverse Experiences, Including Abdominal Pain (in Body as a Whole/Site Unspecified)

Because of the importance of clinically significant gastrointestinal clinical events in patients on NSAID therapy, a prespecified analysis of discontinuations due to Digestive System adverse experiences, including abdominal pain (in Body as a Whole/Site Unspecified), was performed.

Three hundred seven (7.6%) and 416 (10.3%) patients in the rofecoxib and naproxen groups, respectively, discontinued due to Digestive System adverse experiences (including abdominal pain in Body as a Whole/Site Unspecified). The rate of discontinuations due to Digestive System adverse experiences (including abdominal pain in Body as a Whole/Site Unspecified) was significantly lower in patients treated with rofecoxib 50 mg than in patients treated with naproxen 1000 mg (relative risk 95% CI [0.63, 0.85], p<0.001) (Table 77).

MRK-AFV0451695

LEXISNEXIS® FILE & SERVE
29818243
E-SERVICE
Mar 1 2010
9:49PM

# Exhibit 8
# Part 8

MK-0966 Prot. No. 088/089
VIGOR

-223-

### 9.7 Analyses of Prespecified Specific Adverse Experiences (Cont.)

Table 77

Analysis of Prespecified Adverse Experiences Leading to Study Discontinuation

| Type of Adverse Experience | Treatment Group | N | Number of Patients With Events | PYR[1] | Rates[2] | Relative Risk[3] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Estimate | 95% CI[4] | p-Value |
| Discontinuations due to digestive system adverse experiences (including abdominal pain in body as a whole/site unspecified) | Rofecoxib Naproxen | 4047 4029 | 307 416 | 2676 2664 | 11.47 15.62 | 0.73 | (0.63, 0.85) | <0.001 |

[1] Patient-years at risk.
[2] Adverse experiences per 100 patient-years at risk.
[3] Relative risk of rofecoxib with respect to naproxen from unstratified Cox Model.
[4] Confidence interval.
Data Source: [4.3]

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

242

MRK-AFV0451696

Case 2:05-md-01657-EEF-DEK Document 33784628 Filed 03/16/10 Page 127 of 145
Case 2:05-md-01657-EEF-DEK Document 33784628 Filed 03/16/10 Page 6 of 145

243

·MK-0966 Prot. No. 088/089
VIGOR

-224-

### 9.7  Analyses of Prespecified Specific Adverse Experiences (Cont.)

Although not a prespecified analysis, if patients with PUB-related discontinuations are removed from the analysis, 256 (6.3%) and 294 (7.3%) patients discontinued due to a Digestive System adverse experience (including abdominal pain). The incidence of discontinuations is still numerically higher with naproxen, even after removal of the PUB patients, which likely reflects discontinuations due to nuisance-type upper GI symptoms. Specific GI symptoms leading to discontinuation more frequently on naproxen included: abdominal pain, abdominal distention, epigastric discomfort, and constipation (see Section 9.4, Patients Who Discontinued Due to Clinical Adverse Experiences). There were no specific GI symptoms which lead to more discontinuations in the rofecoxib treatment group compared with the naproxen group. Overall the 5 most common reasons (aside from gastric ulcer) for discontinuation from the study were symptoms referable to the GI tract (dyspepsia, abdominal pain, epigastric discomfort, nausea, and heartburn).  The total number of patients who discontinued due to any of these 5 upper GI symptoms was 142 (3.5%) in the rofecoxib and 196 (4.9%) in the naproxen group (95% CI of difference, -2.3 to -0.5%).

### 9.8  Safety Analyses of Interest (Not Prespecified)

#### Summary of Allergic Reactions in Patients With a History of Sulfonamides or Other Sulfur-Containing Compounds

The VIGOR safety data were analyzed for all patients with a history of allergy to sulfonamides or other sulfur containing compounds. In particular, the adverse experience listings were reviewed for episodes consistent with a hypersensitivity reaction, such as rash, urticaria, or drug reactions. In general, the incidence of all hypersensitivity reactions in patients with a history of sulfa allergies would be expected to be approximately 3 to 6 times higher than that of the patients without sulfa allergies [1.1.20]. This increased incidence is not just limited to reactions with sulfa-containing compounds.

In VIGOR, the number of patients with a history of allergy to sulfonamides or other sulfur-containing compounds was 5.1 and 5.4% in the rofecoxib and naproxen groups, respectively. The incidence of hypersensitivity adverse experiences in this subgroup of patients was 9.1 and 4.1% in the rofecoxib and naproxen groups, respectively (Table 78). This compared with an incidence of hypersensitivity adverse experiences in the subgroup without a history of sulfa allergies ("nonsulfa-allergic" subgroup) of 3.9 and 3.8% in the rofecoxib and naproxen groups, respectively.

MRK-AFV0451697

MK-0966 Prot. No. 088/089
VIGOR

-225-

## 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

The hypersensitivity adverse experiences reported in the "sulfa-allergic" subgroup were exanthema (0.5 versus 0.0%), rash (7.2 versus 3.7%), and urticaria (1.4 versus 0.5%) in the rofecoxib and naproxen groups, respectively.   No patient in either treatment group experienced anaphylaxis.   In both treatment groups, most of these events were of mild-to-moderate intensity, self-limiting, and resolved with the continuation of treatment; none was serious.   Three and 2 patients in the rofecoxib and naproxen groups, respectively, discontinued for a hypersensitivity adverse experience (rofecoxib:   AN 3572 for rash, AN 3073 for rash, and AN 1991 for urticaria; naproxen: AN 564 for urticaria and AN 3965 for rash).   In this study, in the rofecoxib group, there was a 2.3-fold higher incidence of hypersensitivity adverse experiences in the "sulfa-allergic" subgroup than in the "nonsulfa-allergic" subgroup (9.1 versus 3.9%, respectively).   Because patients with a history of allergy to sulfonamides or other sulfur-containing compounds have a 3 to 6 times increased incidence of hypersensitivity reactions in general, this difference was expected. This same type of increase would have been expected in the naproxen group.   There was, however, only a 1.08-fold increase in the naproxen group in the "sulfa-allergic" subgroup than in the "nonsulfa-allergic" subgroup (4.1 versus 3.8%, respectively) [1.1.20].

In the Phase III osteoarthritis clinical safety data reported in the Original Marketing Application, the incidence of hypersensitivity adverse experiences in the sulfa-allergy subgroup was 15.8, 9.9, and 16.8% in the placebo, rofecoxib, and NSAID comparator groups [1.2.13; 2.3; 2.4].   The incidence of hypersensitivity adverse experiences in the sulfa-allergy subgroup with rofecoxib in VIGOR was comparable to that seen with rofecoxib in the Phase III osteoarthritis studies (9.1 versus 9.9%); the incidence of allergic reactions in the naproxen group appeared to be lower than expected, as noted previously.

MRK-AFV0451698

Case 2:05-md-01657-EEF-DEK Document 37376-28 Filed 03/16/10 Page 129 of 145
Case 2:05-md-01657-EEF-DEK Document 35784-28 Filed 03/04/10 Page 5 of 145

245

MK-0966 Prot. No. 088/089
VIGOR

-226-

## 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

Table 78

Incidence of Hypersensitivity Adverse Experiences in Patients With an
Allergy to Sulfonamides or Other Sulfur Containing Compounds

| | Rofecoxib (N=4047) | | Naproxen (N=4029) | |
|---|---|---|---|---|
| | n | (%) | n | (%) |
| **Patients with a history of an allergy to sulfonamides or other sulfur-containing compounds** | 208 | (5.1) | 219 | (5.4) |
| With A Hypersensitivity[†] Adverse Experience | 19 | (9.1) | 9 | (4.1) |
| Who discontinued due to a hypersensitivity[†] adverse experience | 3 | (1.4) | 2 | (0.9) |
| **Patients without a history of an allergy to sulfonamides or other sulfur-containing compounds** | 3839 | (94.9) | 3810 | (94.6) |
| With a hypersensitivity[†] adverse experience | 151 | (3.9) | 144 | (3.8) |
| Who discontinued due to a hypersensitivity[†] adverse experience | 23 | (0.6) | 28 | (0.7) |

† Adverse experience terms included in the search were: anaphylaxis, erythema multiforme minor, immediate hypersensitivity, morbilliform rash, Stevens-Johnson syndrome, vesiculobullous rash, anaphylactic reaction, anaphylactoid reaction, exanthema, hypersensitivity reaction, rash, urticaria, sulfonamide allergy, sulfa allergy, angioedema, and toxic epidermal necrolysis.

Data Source: [4.3; 4.10]

### Allergic Reactions in the Entire VIGOR Cohort

The incidence of rash was similar in the rofecoxib and naproxen groups (3.5 and 3.0%, respectively). Most episodes in both treatment groups were transient, self-limited, and resolved while study therapy was continued. The incidence of patients with drug-related episodes of rash was similar between treatment groups (54 [1.3%] and 44 [1.1%] patients in the rofecoxib and naproxen groups, respectively). Most importantly, few patients in the rofecoxib and naproxen groups discontinued because of rash with the incidence of discontinuations for rash was almost identical in the 2 treatment groups (17 [0.4%] and 19 [0.5%], respectively). The incidence of rash with rofecoxib in this study was also

MRK-AFV0451699

MK-0966 Prot. No. 088/089
VIGOR

-227-

## 9.8   Safety Analyses of Interest (Not Prespecified) (Cont.)

consistent with the Original Marketing Application (6-Month Osteoarthritis Studies) for the 12.5-, 25-, and 50-mg rofecoxib groups (2.9, 2.4, and 2.9%, respectively) [1.2.13; 2.3].

Four patients, all in the rofecoxib group, had serious adverse experiences (exanthema [AN 6563], anaphylactic shock [AN 7885], skin erythema [AN 7888], and anaphylactoid reaction [AN 8413]) that could potentially be considered allergic in nature; none had a history of a sulfa allergy. Of these, only the skin erythema was assessed by the investigator to be related to study therapy [4.20].

In addition to these patients, there were 3 episodes of angioedema, 2 reported with rofecoxib (AN 7246 and AN 10222), and 1 with naproxen (AN 8215). The episodes in the rofecoxib group were determined to be drug related by the investigator; 1 resulted in discontinuation from study therapy. The episode reported with naproxen was determined to be probably not drug related and did not necessitate discontinuation of study therapy. Brief narratives for these patients follow.

### Narratives for Patients with Serious Adverse Experiences Considered Allergic in Nature

Additional information on these narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.11; 4.12; 4.14; 4.20].

AN 6563 (rofecoxib), a 62-year-old woman with a history of rheumatoid arthritis, osteoarthritis, fatty liver, and cholecystic neoplasm, was randomized on 19-Apr-1999. Concomitant medication included gold sodium thiomalate injection (50 mg weekly, administered intramuscularly), initiated approximately 2.5 months prior to randomization. On postrandomization Day 88, the patient developed an exanthema, recorded as nonserious. Study therapy and gold sodium thiomalate was continued and the exanthema persisted. On Day 197, the exanthema worsened and on Day 234, the patient was hospitalized. Study therapy continued uninterrupted; therapy with gold sodium thiomalate was discontinued on Day 216. The exanthema was treated with prednisone, conjugated linoleic acid, and dimethindene maleate. The patient was discharged on Day 242 with the exanthema persisting (as a nonserious adverse experience). The exanthema was still present when the patient completed the study per protocol. The investigator determined that the exanthema was attributable to therapy with gold sodium thiomalate and definitely not related to therapy with rofecoxib.

MRK-AFV0451700

MK-0966 Prot. No. 088/089
VIGOR

-228-

### 9.8 Safety Analyses of Interest (Not Prespecified) (Cont.)

AN 7885 (rofecoxib), a 50-year-old woman with a history of rheumatoid arthritis, insomnia, urinary tract infection, and hypertension, was randomized on 21-May-1999. Concomitant medication included gold sodium thiomalate injection (50 mg every 15 days, administered intramuscularly), sulfasalazine, methotrexate, alprazolam, conjugated estrogen, and captopril. On postrandomization Day 90, a few minutes after the administration of the gold injection, the patient experienced vomiting, diarrhea, and abdominal pain; the patient was hospitalized with a diagnosis of anaphylactic shock and study therapy was briefly interrupted. The patient was treated with intravenous fluids, hydrocortisone, and aluminum hydroxide/magnesium hydroxide. An endoscopy performed because of the abdominal pain revealed erosive gastritis but no ulcer or gastric bleeding. Subsequently, the patient recovered from the anaphylactic shock, resumed study therapy, and completed the study per protocol. The investigator determined that the anaphylaxis was attributable to therapy with gold sodium thiomalate and probably not related to therapy with rofecoxib.

AN 7888 (rofecoxib), a 51-year-old woman with a history of rheumatoid arthritis, insomnia, and gastritis was randomized on 13-May-1999. Concomitant medication included calcitonin, prednisone, ranitidine, and tetrazepam. On postrandomization Day 78, the patient had a slight skin allergy which was thought to be related to tetrazepam. The tetrazepam was discontinued on Day 85. The skin erythema worsened and the patient was instructed to stop all medications except for prednisone and study therapy. On Day 100, the skin erythema became severe and the patient was instructed to discontinue study therapy. The investigator determined that the skin erythema was probably related to therapy with rofecoxib.

AN 8413 (naproxen), a 64-year-old woman with a history of rheumatoid arthritis, osteopenia, epigastric discomfort, mouth ulcer, vitiligo and popliteal cyst, carpal tunnel syndrome, and gastric erosions was randomized on 02-Jun-1999. Concomitant therapy included hydroxychloroquine and aluminum hydroxide (+) dimethicone (+) magnesium hydroxide (+) silicon dioxide. Patient interrupted study therapy from postrandomization Day 136 through Day 144 because of increased RA pain and inflammation. On Day 145, 90 minutes after the patient resumed study therapy, the patient noticed upper lip swelling and was admitted to the hospital. The investigator characterized the lip swelling as an anaphylactoid reaction. The anaphylactoid reaction subsided shortly after hospital admission. No other symptoms were reported. Subsequently, the patient recovered and chose not to continue study therapy. The investigator determined the anaphylactoid reaction was probably not related to therapy with rofecoxib.

MRK-AFV0451701

Case 2:05-md-01657-EEF-DEK Document 33784-28 Filed 03/16/10 Page 132 of 145

MK-0966 Prot. No. 088/089
VIGOR

-229-

### 9.8 Safety Analyses of Interest (Not Prespecified) (Cont.)

#### Narratives for Patients With Angioedema

Additional information on the following narratives can be found in [4.3; 4.5; 4.6; 4.7; 4.8; 4.9; 4.10; 4.20].

AN 7246 (rofecoxib), a 71-year-old man with a history of rheumatoid arthritis, anemia, and left anterior hemiblock with no history of a sulfa allergy was randomized on 23-May-1999. Concomitant medications included methotrexate and acetaminophen. On postrandomization Day 24, the patient experienced moderate angioedema and moderate contact dermatitis. Cetirizine was administered for the contact dermatitis. Both the angioedema and contact dermatitis resolved on Day 67, while study therapy continued. The investigator determined that the angioedema and contact dermatitis were possibly related to rofecoxib. The patient completed the study.

AN 10222 (rofecoxib), a 46-year-old woman with a history of rheumatoid arthritis, and anemia with no history of a sulfa allergy, was randomized on 01-Jun-1999. Concomitant medications included methotrexate, prednisone, folic acid, ranitidine hydrochloride, and acetaminophen. On postrandomization Day 2, the patient experienced moderate angioedema that resolved on Day 9. Study therapy was interrupted on Day 10 and restarted on Day 13. On Day 14, the patient experienced a second incidence of moderate angioedema that lasted for 6 hours. On Day 14, study therapy was discontinued due to the angioedema. Both episodes of angioedema were assessed by the investigator to be definitely related to rofecoxib therapy.

AN 8215 (naproxen), a 43-year-old woman with a history of rheumatoid arthritis, chronic pharyngitis, migraines and xerophthalmia with no history of a sulfa allergy, was randomized on 02-Jun-1999. Concomitant medications included hydroxychloroquine, prednisone, and fish oil. On postrandomization Day 272, the patient experienced mild angioedema and mild urticaria. Chlorpheniramine was administered for the urticaria. Both the angioedema and urticaria resolved on Day 273, while study therapy was continued. The investigator determined that the angioedema and urticaria were probably not related to naproxen therapy. The patient completed the study.

In summary, the incidence of allergic reactions in sulfa-allergic rofecoxib patients is similar to that seen in the Phase III osteoarthritis studies. The incidence of allergic reactions with naproxen in sulfa-allergic patients was lower than expected based on placebo/NSAID data reported in Phase III. Furthermore, there was no increased incidence in allergic reactions in the naproxen group in the sulfa-

MRK-AFV0451702

Case 2:05-md-01657-EEF-DEK Document 33784628 Filed 03/16/10 Page 133 of 145
Case 2:05-md-01657-EEF-DEK Document 33784628 Filed 03/01/10 Page 9 of 145

249

MK-0966 Prot. No. 088/089
VIGOR

-230-

### 9.8 Safety Analyses of Interest (Not Prespecified) (Cont.)

allergic compared with the nonsulfa-allergic patients. There were no life-threatening rofecoxib-related allergic reactions and the incidence of rash, and discontinuations due to rash, were similar in both treatment groups.

### 9.9 Laboratory Measurements

The primary analysis of laboratory data was based on between-treatment group comparisons of proportions of patients exceeding Predefined Limits of Change (Defined Limits of Change Assessment). Definitions were based on clinical considerations. A description of criteria for analysis as well as complete results can be found in [4.16]. For all variables, counts, proportions, and 95% CIs on the difference in proportions of patients exceeding the predefined limits were determined.

For laboratory parameters that relate to GI endpoints or known potential toxicity of NSAIDs namely, hemoglobin, hematocrit, AST, ALT, and serum creatinine the results are presented in this section. Predefined Limits of Change were assessed on other laboratory parameters mainly as a safety screen. The results of these analyses can be found elsewhere [4.16]. No additional safety concerns were noted from these latter analyses and most of the changes were secondary to normal laboratory variability or other medical conditions.

Summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) were tabulated (by treatment group) for all laboratory and vital signs actual change or percent change from baseline values. Summary statistics were also calculated on the average value during treatment for all laboratory parameters listed in Table 8, Section 5.5.4.2 plus total WBC, lymphocyte count, neutrophil count, uric acid, diastolic and systolic blood pressure, and body weight. No formal statistical testing was done. For hematocrit, hemoglobin, and blood pressure, plots of means at each time point are presented.

### 9.9.1 Laboratory Predefined Limits of Change Related to Prespecified Adverse Experiences

Predefined limits of change assessments performed for the laboratory parameters that relate to endpoints or the prespecified adverse experiences of edema, hypertension, renal and hepatic disorders that were discussed in Section 9.1 are presented below (Table 79). The assessments were based on between-treatment group differences of the proportions of patients exceeding the primary prespecified criteria.

MRK-AFV0451703

MK-0966 Prot. No. 088/089
VIGOR

-231-

## 9.9 Laboratory Measurements (Cont.)

The limits of change analysis for predefined hematology-laboratory data was based on combined criteria for hemoglobin and hematocrit. This identified patients who had coinciding decreases in hemoglobin >2 g/dL and hematocrit ≥5% (absolute change), OR coinciding decreases in hemoglobin >1 g/dL and hematocrit ≥10% (absolute change) (see Table 79). The number of patients who met predefined limits of change for AST, ALT, or creatinine was low. No significant between-group differences of proportions were observed for any laboratory tests. A detailed discussion of renal related and hepatic clinical and laboratory adverse experiences is in Section 9.7, Analyses of Prespecified Specific Adverse Experiences.

MRK-AFV0451704

MK-0966 Prot. No. 088/089
VIGOR

-232-

9.9 **Laboratory Measurements** (Cont.)

Table 79

Analysis of Laboratory Predefined Limits of Change
Related to Prespecified Adverse Experiences
(Intention-to-Treat Approach)

| Laboratory Test and Predefined Change | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Difference in Proportions | |
|---|---|---|---|---|---|---|
| | n/N | (%) | n/N | (%) | Estimate | 95% CI |
| Hemoglobin (gm/dL) and Hematocrit (%) | | | | | | |
| Decrease in Hgb >2 g/dL and Hct ≥5% or Hgb >1 g/dL and Hct≥10%[??] | 212/3961 | (5.4) | 226/3973 | (5.7) | -0.3 | (-1.4, 0.7) |
| Decrease in Hgb >2 g/dL and Hct ≥10%[?] (Secondary) | 33/3961 | (0.8) | 42/3973 | (1.1) | -0.2 | (-0.7, 0.2) |
| AST (U/L) | | | | | | |
| In patients with normal baseline AST, consecutive values >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation, or in patients with abnormal baseline AST, consecutive values that are >2 times baseline value and >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation[?] | 2/3972 | (0.1) | 0/3980 | (0.0) | 0.1 | (-0.0, 0.1) |

MK-0966/CSR/RC2680.DOC APPROVED--20-Jan-2000

251

MRK-AFV0451705

MK-0966 Prot. No. 088/089
VIOOR

-233-

9.9   Laboratory Measurements (Cont.)

Table 79 (Cont.)

Analysis of Laboratory Predefined Limits of Change
Related to Prespecified Adverse Experiences
(Intention-to-Treat Approach)

| Laboratory Test and Predefined Change | Rofecoxib (N=4047) | | Naproxen (N=4029) | | Difference in Proportions | |
|---|---|---|---|---|---|---|
| | n/N | (%) | n/N | (%) | Estimate | 95% CI |
| **ALT (U/L)** | | | | | | |
| In patients with normal baseline ALT, consecutive values >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation, or in patients with abnormal baseline ALT, consecutive values that are >2 times baseline value and >3 times ULN or 1 value >3 times ULN associated with study drug discontinuation[§] | 8 /3971 | (0.2) | 0 /3979 | (0.0) | 0.2 | (0.0, 0.4) |
| **Creatinine (mg/dL)** | | | | | | |
| Consecutive values with actual increase ≥0.5 and >ULN or 1 value with increase ≥0.5 and >ULN associated with study drug discontinuation[§] | 9 /3970 | (0.2) | 6 /3979 | (0.2) | 0.1 | (-0.1, 0.3) |

[†] Drop in hemoglobin and hematocrit must occur on the same date.
[§] Primary analysis.

Data Source: [4.9; 4.16]

MRK-AFV0451706

MK-0966 Prot. No. 088/089
VIGOR

-234-

## 9.9 Laboratory Measurements (Cont.)

### 9.9.2 Assessment of the Mean Change From Baseline

Figure 14 and Figure 15 present mean change in hemoglobin and hematocrit measurements over time.

Table 80 provides summary statistics (n, mean or geometric mean, SD, minimum, maximum, median) for all laboratory measurements at baseline (randomization visit) and during the treatment period [4.9]. No formal statistical testing was performed for laboratory parameters due to the number of tests involved and the potential for inflated Type I error rates [3.2].

Figure 14

Hemoglobin (gm/dL)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.9]

MRK-AFV0451707

254

MK-0966 Prot. No. 088/089
VIGOR

-235-

## 9.9   Laboratory Measurements (Cont.)

Figure 15

Hematocrit (%)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.9]

/MK-0966/CSR/RC2680.DOC  APPROVED                                      20-Jun-2000

MRK-AFV0451708

MK-0966 Prot. No. 088/089
VIGOR

9.9  Laboratory Measurements (Cont.)

Table 80

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Hematocrit (%)[1] | Rofecoxib | 3967 | 39.9 | 39.1 | -0.8 | 2.3 | -0.7 | -12.5 to 9.4 |
| | Naproxen | 3975 | 40.0 | 39.3 | -0.8 | 2.3 | -0.7 | -15.2 to 8.8 |
| Hemoglobin (gm/dL)[1] | Rofecoxib | 3967 | 13.2 | 12.9 | -0.3 | 0.7 | -0.3 | -4.1 to 3.5 |
| | Naproxen | 3975 | 13.2 | 12.9 | -0.3 | 0.7 | -0.3 | -4.9 to 3.1 |
| White blood cell count (10³/microL) | Rofecoxib | 3966 | 7.2 | 7.1 | -1.5 | 21.2 | -1.5 | -65.8 to 243.2 |
| | Naproxen | 3973 | 7.2 | 7.2 | -0.4 | 21.8 | -0.5 | -65.0 to 307.7 |
| Lymphocyte count (10³/microL) | Rofecoxib | 3965 | 1.6 | 1.6 | -5.1 | 33.5 | -5.5 | -96.6 to 2390.0 |
| | Naproxen | 3974 | 1.6 | 1.6 | -1.5 | 36.9 | -2.3 | -85.1 to 5072.7 |
| Neutrophil count (10³/microL) | Rofecoxib | 3965 | 4.8 | 4.8 | 0.1 | 32.9 | 0.5 | -96.5 to 1530.3 |
| | Naproxen | 3974 | 4.7 | 4.8 | 0.8 | 35.6 | 0.2 | -79.9 to 2650.1 |
| Platelet count (10³/mm[3]) | Rofecoxib | 3967 | 267.5 | 266.8 | -0.3 | 16.7 | -0.4 | -63.0 to 238.8 |
| | Naproxen | 3973 | 264.3 | 275.0 | 4.1 | 16.2 | 4.0 | -51.0 to 173.7 |

MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

MRK-AFV0451709

MK-0966 Prot. No. 068/089
VIGOR

## 9.9   Laboratory Measurements (Cont.)

Table 80 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Total serum bilirubin (mg/dL) | Rofecoxib | 3975 | 0.51 | 0.48 | -6.80 | 33.02 | -8.33 | -72.22 to 978.57 |
| | Naproxen | 3979 | 0.52 | 0.49 | -6.82 | 31.67 | -8.33 | -79.55 to 978.57 |
| Serum alkaline phosphatase (IU/L) | Rofecoxib | 3976 | 81.1 | 82.7 | 2.0 | 17.0 | 1.1 | -62.3 to 424.6 |
| | Naproxen | 3979 | 81.8 | 81.5 | -0.3 | 15.9 | -0.5 | -69.1 to 236.9 |
| Serum aspartate aminotransferase (IU/L) | Rofecoxib | 3978 | 16.9 | 17.7 | 4.3 | 36.0 | 3.1 | -83.1 to 1724.4 |
| | Naproxen | 3981 | 17.1 | 17.8 | 3.9 | 31.9 | 3.3 | -79.4 to 1227.5 |
| Serum alanine aminotransferase (IU/L)† | Rofecoxib | 3977 | 16.1 | 16.2 | 0.8 | 52.8 | 0.0 | -94.4 to 1533.3 |
| | Naproxen | 3980 | 16.5 | 15.9 | -3.4 | 44.7 | -3.6 | -90.6 to 1108.3 |
| Serum creatinine (mg/dL) | Rofecoxib | 3976 | 0.73 | 0.76 | 0.04 | 0.14 | 0.03 | -1.80 to 1.40 |
| | Naproxen | 3980 | 0.72 | 0.74 | 0.01 | 0.14 | 0.00 | -0.75 to 1.80 |
| Serum uric acid (mg/dL) | Rofecoxib | 3978 | 4.2 | 4.7 | 11.8 | 25.4 | 10.2 | -57.8 to 966.7 |
| | Naproxen | 3981 | 4.2 | 4.4 | 4.0 | 21.8 | 2.4 | -95.2 to 273.0 |

/MK-0966/CSR/RC2680.DOC   APPROVED—20-Jun-2000

MRK-AFV0451710

9.9   Laboratory Measurements (Cont.)

Table 80 (Cont.)

Summary of Changes From Baseline in Laboratory Parameters

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Percent Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Geometric Mean | Back-Transformed SD | Median | Range |
| Serum potassium (mEq/L) | Rofecoxib | 3979 | 4.3 | 4.4 | 0.9 | 8.0 | 1.1 | -71.4 to 36.6 |
| | Naproxen | 3978 | 4.3 | 4.3 | 0.2 | 7.7 | 0.0 | -36.0 to 38.6 |
| Serum sodium (mEq/L) | Rofecoxib | 3979 | 141.4 | 141.1 | -0.2 | 2.1 | -0.2 | -55.3 to 9.5 |
| | Naproxen | 3980 | 141.4 | 141.1 | -0.2 | 1.7 | -0.3 | -6.9 to 7.6 |
| Serum calcium (mg/dL) | Rofecoxib | 3972 | 9.5 | 9.4 | -0.5 | 4.0 | -0.5 | -62.2 to 20.0 |
| | Naproxen | 3979 | 9.5 | 9.5 | -0.3 | 3.6 | 0.0 | -14.7 to 16.9 |

† Mean, SD, median, and range reported for change from baseline.
Data Source: [4.9]

/MK-0966/CSR/RC2680.DOC  APPROVED--20-Jan-2000

MRK-AFV0451711

Case 2:05-md-01657-EEF-DEK   Document 37379-58   Filed 03/16/10   Page 142 of 145
Case 2:05-md-01657-EEF-DEK   Document 35764-28   Filed 03/04/10   Page 43 of 45

258

MK-0966 Prot. No. 088/089
VIGOR

-239-

## 9.9   Laboratory Measurements (Cont.)

### 9.9.3   Vital Signs

#### Assessment of the Mean Change From Baseline in Vital Signs

Plots of mean changes at each time point for systolic and diastolic blood pressure are in Figure 16 and Figure 17, respectively.

Table 81 provides summary statistics (n, mean, SD, minimum, maximum, median) for all vital sign measurements at baseline (Visit 2.0) and during the treatment period [4.14]. Because of the number of tests involved and the potential for inflated Type I error rates, no formal statistical testing was performed.

#### Systolic and Diastolic Blood Pressure

Overall, the data indicate that rofecoxib 50 mg is associated with small increases in systolic, and to a lesser extent, diastolic blood pressure. The baseline in this study was Visit 2; therefore, baseline was measured after the NSAID washout. These changes were similar to those observed for the 50-mg dose of rofecoxib in the Original Marketing Application (6-Month Osteoarthritis Studies) [1.2.13; 2.3].

#### Body Weight

No clinically important changes in body weight were observed in either treatment group.

MRK-AFV0451712

Case 2:05-md-01657-EEF-DEK   Document 37379-5   Filed 03/16/10   Page 143 of 145
Case 2:05-md-01657-EEF-DEK   Document 35764-28   Filed 03/04/10   Page 18 of 25

259

MK-0966 Prot. No. 088/089
VIGOR

-240-

## 9.9   Laboratory Measurements (Cont.)

Figure 16

Systolic Blood Pressure (mm Hg)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.14]

MRK-AFV0451713

Case 2:05-md-01657-EEF-DEK   Document 37379-6-8 Filed 03/16/10   Page 144 of 145
Case 2:05-md-01657-EEF-DEK   Document 35764-28   Filed 03/04/10   Page 20 of 25

260

MK-0966 Prot. No. 088/089
VIGOR

-241-

### 9.9 Laboratory Measurements (Cont.)

**Figure 17**

Diastolic Blood Pressure (mm Hg)
Mean Change Over Time
All-Patients-Randomized



Data Source: [4.8; 4.14]

MK-0966 Prot. No. 088/089
VIGOR

-242-

9.9   Laboratory Measurements (Cont.)

Table 81

Summary of Changes From Baseline in Vital Signs

| Parameter | Treatment Group | N | Baseline Mean | Treatment Period Mean | Change From Baseline | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Mean | SD | Median | Range |
| Diastolic blood pressure (mm Hg) | Rofecoxib | 3997 | 78.2 | 79.9 | 1.7 | 7.5 | 1.3 | -26.0 to 40.0 |
| | Naproxen | 4002 | 78.1 | 78.2 | 0.1 | 7.5 | 0.0 | -33.0 to 63.5 |
| Systolic blood pressure (mm Hg) | Rofecoxib | 3997 | 128.7 | 133.2 | 4.6 | 12.7 | 4.0 | -49.0 to 60.4 |
| | Naproxen | 4002 | 128.8 | 129.8 | 1.0 | 12.3 | 0.0 | -82.0 to 65.0 |
| Weight (Kg) | Rofecoxib | 3992 | 72.1 | 72.7 | 0.6 | 2.4 | 0.5 | -46.3 to 14.3 |
| | Naproxen | 3993 | 71.9 | 72.5 | 0.5 | 2.4 | 0.5 | -15.4 to 19.2 |

Data Source: [4.14]

0MK-0966/CSR/RC2680.DOC   APPROVED–20-Jun-2000

261

MRK-AFV0451715