*EXHIBIT 4*

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION, | ) MDL NO. 1657 ) ) SECTION L |
| This Document Relates to: | ) ) JUDGE ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, JR., Attorney General, | ) ) MAGISTRATE ) JUDGE KNOWLES ) |
| Plaintiff, | ) |
| vs. | ) ) |
| MERCK SHARP & DOHME CORP., | ) ) NO. 05-3700 |
| Defendant. | ) |

**CONFIDENTIAL**
SUBJECT TO PROTECTIVE ORDER

- - - - -

THE VIDEOTAPED DEPOSITION OF
VALERIE E. TAYLOR, PHARM.D.
FRIDAY, JANUARY 15, 2010

- - - - -

        The deposition of VALERIE E. TAYLOR, PHARM.D., called by the Defendant for examination pursuant to the Federal Rules of Civil Procedure, taken before me, the undersigned, Michele Ray, Notary Public within and for the State of Ohio, taken at Hilton Akron/Fairlawn, 3180 West Market Street, Akron, Ohio, commencing at 9:02 a.m., the day and date above set forth.

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Protective Order

Page 112

1  Q   Okay.  I'm going to start over again, then.
2      "The risk reduction for PUBs and complicated
3      PUBs for Vioxx compared to naproxen
4      (approximately 50 percent) was maintained in
5      patients with or without the following risk
6      factors for developing a PUB (Kaplan-Meier
7      cumulative rate of PUBs at approximately 10 1/2
8      months.  Vioxx versus naproxen, respectively);
9      with a prior PUB (5.2, 11.47)."
10             MS. WEISSER:    I think that's
11     "5.12."  I'm sorry to interrupt.
12             MR. BLOOM:      I'm sorry.  I
13     misread.
14 Q   "(5.12, 11.47); without a prior PUB (1.54,
15     3.27); age 65 or older (2.83, 6.49); or younger
16     than 65 years of age (1.48, 3.01).  A similar
17     risk reduction for PUBs and complicated PUBs
18     (approximately 50 percent) was also maintained
19     in patients with or without Helicobacter pylori
20     infection or concomitant corticosteroid use."
21          Did you take that in?
22 A   Yes.
23 Q   What does that mean to you?
24 A   That Vioxx had a lower rate of causing GI
25     toxicity than other NSAIDs in this particular

Confidential - Subject to Protective Order

Page 113

1              study that was cited.
2     Q        Would you interpret that to mean that the
3              approximate 50 percent reduction in risk for
4              PUBs and complicated PUBs was true for patients
5              with or without concomitant steroid use?
6                      MR. SALES:         Objection to
7              form.
8     A        That's what's stated in there, yes.
9     Q        And so you had mentioned before, I think, when
10             this was discussed, Exhibit 13, that this was
11             the label that you relied on and took into
12             consideration in making your recommendations to
13             the P&T Committee?
14                     MR. SALES:         Objection.
15             Misstates the prior testimony.
16    Q        Would you have relied on the 2002 label, with
17             that paragraph included, in developing your
18             monograph and making your ultimate
19             recommendation to the P&T Committee?
20    A        That, plus additional information.
21    Q        Right.  And you relied on the veracity and the
22             completeness of this label as well, correct?
23                     MR. SALES:         Objection,
24             form.
25    A        I'm not really sure what you mean by that.