*EXHIBIT 7*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX                          )
Products Liability Litigation          )
                                       )
This Document Relates to:              )
                                       )
     STATE OF LOUISIANA, ex rel.       )
     JAMES D. CALDWELL,                )
     ATTORNEY GENERAL                  )
                                       )
               Plaintiff,              )
                                       )
     vs.                               )
                                       )
     MERCK SHARP & DOHME CORP.,        )
                                       )
               Defendant.              )

STATE OF ILLINOIS    )
                     )  SS.
COUNTY OF COOK       )


          The deposition of DAVID J. SALES, M.D.,

called by the Plaintiffs for examination, taken

pursuant to notice and pursuant to the Federal Rules

of Civil Procedure for the United States District

Courts pertaining to the taking of depositions, taken

before Kelly A. Siska, Certified Shorthand Reporter

and Notary Public, at One North Franklin Street,

Suite 625, Chicago, Illinois, commencing at 9:30 a.m.

on the 26th day of January, A.D., 2010.

1    BY THE WITNESS:

2         A.    It arose with the opinion letters of

3    Drs. Graham and Julie.

4         Q.    After receiving the November 6th plaintiff

5    reports of Drs. Graham and Julie, did you go back

6    through the documents to see what you could find

7    concerning analyses of the confirmed complicated PUB

8    endpoint according to subgroups such as steroid use

9    versus nonsteroid use?

10        A.    Yes, I did.

11        Q.    Did you find anything else besides the

12   document marked as Exhibit 6 when you searched for

13   information on that subject?

14        A.    I believe I did.  But I could go back and

15   look some more if you would like to me.

16        Q.    Do you believe that you found tables such

17   as the ones that appear in Exhibit 6 that included the

18   analysis of the complicated confirmed PUB endpoint

19   according to subgroups of steroid versus nonsteroid

20   and baseline?

21        A.    Yes.

22        Q.    What's your best recollection of the nature

23   of the document in which you saw that?

24        A.    I believe it was more data such as this in

1      Q.      And did you find anything referring to

2   that?

3      A.      No, I did not.

4      Q.      Doctor, when the issue arose about the

5   steroid versus nonsteroid subgroups after you reviewed

6   that Dr. Graham and Julie reports, did you ask Merck's

7   counsel for documents on that subject?

8      A.      I asked for the numbers.  Yes, I did.

9      Q.      And the document marked as Exhibit 6 with

10  the confirmed PUBs tables and the last one being the

11  confirmed complicated PUBs for study location

12  interaction, is that something that you've received in

13  response to your inquiry after the plaintiff's reports

14  were provided to you?

15     A.      Yes.

16     Q.      Did you have a discussion with Merck's

17  counsel about whether the analysis for the confirmed

18  complicated PUBs endpoint had ever been performed by

19  Merck for the steroid versus nonsteroid subgroup?

20     A.      Not that I recall.

21     Q.      When you say you asked them for the

22  numbers, what numbers did you ask them for?

23     A.      I asked them for the number of confirmed

24  complicated PUBs that had occurred in patients who had

1    received both VIOXX or naproxen and had or not

2    received steroids.

3         Q.    What did they tell you?

4         A.    They gave me the numbers.

5         Q.    Did you write them down?

6         A.    Somewhere.

7         Q.    Are they in your file?

8         A.    I believe they are, but I'm having

9    difficulty finding them right now.

10        Q.    Did they tell you that in the nonsteroid

11   users there were nine complicated PUBs in the VIOXX

12   group and ten in the naproxen group?

13        MR. BAUM:   Objection.

14   BY THE WITNESS:

15        A.    Yes.

16        Q.    Did they tell you that in the steroid at

17   baseline group that there were seven complicated

18   confirmed PUBs in the VIOXX group and 27 in the

19   naproxen group?

20        MR. BAUM:   Objection.

21   BY THE WITNESS:

22        A.    Say that again, please.

23        Q.    Did Merck's counsel tell you that for the

24   steroid users at baseline in the VIGOR study there

1    were seven confirmed complicated PUBs in the VIOXX

2    group and 27 in the naproxen group?

3         MR. BAUM:   Same objection.

4    BY THE WITNESS:

5         A.    Sounds about right, but I can't tell you

6    that that's exactly the number they gave me.

7         Q.    Did Merck's counsel tell you that Merck had

8    performed an analysis of the confirmed complicated

9    PUBs for the steroid versus nonsteroid at baseline

10   subgroups in the VIOXX versus naproxen treatment

11   groups at some point in the past?

12        MR. BAUM:   Objection, asked and answered.

13   BY THE WITNESS:

14        A.    I'm sorry repeat that again.   These are

15   complicated questions.

16        Q.    Sure.   Can you explain as best you can what

17   it is you are looking for in your file that you have a

18   recollection of seeing previously on the subject of

19   the steroid versus nonsteroid subgroups for the

20   confirmed complicated PUBs in the VIGOR study?

21        A.    I had reviewed the numbers that you had

22   just mentioned to me, and I was looking for the source

23   document that listed those numbers.

24        Q.    Do you have Dr. Julie's report?

1      A.      Yes, I do.

2      Q.      Can you get that out, please?

3      A.      (Tenders.)

4                      (Deposition Exhibit No. 9 was so

5                      marked.)

6   BY MR. ARBITBLIT:

7      Q.      Doctor, the court reporter has marked as

8   Exhibit No. 9 the report of Neil Julie and there's

9   handwriting on this document.  In particular at

10  page 34, there's a reference to the confirmed

11  complicated PUBs endpoint.  Does this appear to be the

12  document that you've seen prior to today that sets

13  forth the numbers of confirmed complicated PUBs in

14  this steroid versus nonsteroid users for the VIOXX

15  versus naproxen treatment groups in the VIGOR study?

16     A.      Yes.

17     MR. BAUM:  I'm just going to point out it's

18  page 11, paragraph 34.

19     MR. ARBITBLIT:  Page 11, paragraph 34.  Thank

20  you, Counsel.

21  BY MR. ARBITBLIT:

22     Q.      I don't know if the court reporter heard

23  your answer, sir?

24     A.      Yes.

1          MR. ARBITBLIT:   Withdrawn.

2     BY MR. ARBITBLIT:

3          Q.     It's correct, Doctor, that the published

4     article by Bombardier, Reicin, et al. in November,

5     2000, did not provide the reader with the data for the

6     confirmed complicated endpoint broken out by steroid

7     versus nonsteroid use; right?

8          A.     Correct.

9          Q.     And before you saw Dr. Julie's report, you

10    had never seen that data; correct?

11         A.     I don't believe I had.

12         Q.     So after you saw Dr. Julie's report, you

13    asked counsel for Merck for information about that

14    data; right?

15         A.     Yes, I did.

16         Q.     And they never told you that Dr. Julie's

17    numbers were wrong; did they?

18         A.     No.

19         Q.     Did you do any statistical analyses of

20    these numbers yourself?

21         A.     I looked at the number of events and the

22    number of patient years and did a calculation of the

23    number of events per patient year.  I did no further

24    statistical analysis beyond that.

1        Q.     Did you use the patient years to determine
2    the rate of events in each subgroup?
3        A.     Yes, I did.
4        Q.     Did you do that on a calculator or
5    computer?
6        A.     On a calculator.
7        Q.     Did the calculator print out the results?
8    MR. BAUM:   Objection, vague.
9    MR. ARBITBLIT:   Withdrawn.
10   BY MR. ARBITBLIT:
11       Q.     Did you print out the results?
12       A.     I wrote them down.
13       Q.     Where are they?
14       A.     I can't find them.  I think they're at
15   home.
16       Q.     They're part of your file in this case,
17   sir; aren't they?
18       A.     They weren't in any of these documents that
19   were here.  I wrote it down on a piece of paper.
20       Q.     Can you find that piece of paper?
21   Withdrawn.
22       A.     It's not with me today.
23       Q.     Right.  I understand.  Do you have a file
24   at home where you keep documents relating to your

1    retention on VIOXX that is not with you here today?

2         A.    No.

3         Q.    Where at home is the piece of paper where

4    you wrote down the rates of events in the complicated

5    confirmed PUBs by steroid versus nonsteroid use?

6         MR. BAUM:   Objection, lack of foundation.

7    BY THE WITNESS:

8         A.    I don't know where it was.   I thought I had

9    brought everything here today.

10        Q.    But do you have a recollection as you sit

11   here today that you wrote it on a piece of paper?

12        A.    Yes.

13        Q.    And what you wrote was for steroid users in

14   the VIOXX group seven over the number of patient years

15   versus 27 over the number of patient years?

16        A.    Yes.

17        Q.    And did you use Table 12.3-6 to get the

18   number of patient years to get the steroid versus

19   nonsteroid patients?

20        A.    Yes, I did.

21        Q.    What are those?

22        A.    Shall I read them?

23        Q.    Yes, please.

24        A.    For patients who had no baseline steroid

1    use, the VIOXX patients were 1,184 patient years.  The

2    naproxen they were 1,178 patient years.  For baseline

3    for steroid use they were 1,513 patient years.  And

4    for naproxen 1,516 patient years.

5         Q.    Doctor, I'd like you to perform the

6    calculation with the data that you performed at home

7    on the piece of paper that you don't have with you?

8         A.    Okay.

9                        (Witness performing calculation.)

10   BY THE WITNESS:

11        A.    This is very similar to what I calculated.

12        MR. ARBITBLIT:  Can we get that marked, please.

13                        (Deposition Exhibit No. 10 was so

14                   marked.)

15   BY MR. ARBITBLIT:

16        Q.    Can you explain what Exhibit 10 is, Doctor?

17        A.    Yes.  It's a table that separates out

18   patients who had or not received steroids along with

19   these medicines.  I wrote down POB's which are

20   complicated PUBs.  I divided by the number of patient

21   years and then multiplied by either 100 or 1,000 to

22   get the number of PUBs per 100 or 1,000 patient years.

23        Q.    What are the results?

24        A.    The results are for patients without

baseline steroid use VIOXX patients had a POB rate of

7.6.   Naproxen was a rate of 8.4.   For patients with

baseline steroid use VIOXX yielded a POB of 4.6 per

1,000 patient years and naproxen 17.8 per 1,000

patient years.

     Q.    When did you do the similar calculation at

home -- I'll withdraw that.

       When did you do the similar calculation

that's represented on that piece of paper that you

have at home?

     A.    After I received Dr. Julie's report.

     Q.    Did you do it sometime before you completed

your own report?

     A.    I did it -- yes.

     Q.    You did not include it in your own report;

did you?

     A.    No, I did not.

     Q.    Did you in your mind perform a rough

calculation of what the relative risks were in the two

subgroups, steroid and nonsteroid at baseline, after

you had done the calculations on Exhibit 10?

     A.    I don't understand your question.

     Q.    Did you see that the incident rate ratios

for the steroid group and nonsteroid group were shown

1    in Dr. Julie's report as 3.85 for the steroid users

2    and 1.12 for the nonsteroid users?

3         A.     Yes, I did.

4         Q.     And did you see in your own calculations

5    that those appeared to square with the data that you

6    calculated?

7         A.     They were approximately the same, yes.

8         Q.     Did you write the text alongside

9    paragraph 34 that says, What is an interaction fee

10   value?

11        A.     Yes, I did.

12        Q.     Had you ever heard of an interaction P

13   value before?

14        A.     Yes.

15        Q.     And why did you write that text?

16        A.     I wanted to remind myself to review it.

17        Q.     What did you do to review it?

18        A.     I actually asked my son who's a statistics

19   graduate student.

20        Q.     What did your son tell you?

21        A.     I can't remember exactly what he told me.

22        Q.     Generally what did he tell you?

23        A.     He told me that it's a measure, as you had

24   asked me earlier if it's significant, to show that