UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *  MDL No. 1657<br>* |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                  Plaintiff,<br><br>  versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                  Defendant.<br><br>Case No. 05-3700. | *  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND ACCOMPANYING EXHIBITS UNDER SEAL AND FOR ADDITIONAL PAGES

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Reply In Support Of Its Motion For Summary Judgment and accompanying exhibits under seal. Merck seeks to file these documents under seal because they include excerpts from the depositions of witnesses whose testimony was designated as confidential.

Merck further moves the Court for permission to exceed the page limit for its Reply In Support Of Its Motion For Summary Judgment. As Plaintiff rightly explained in its unopposed motion to file an opposition to Merck's summary judgment motion in excess of the page limits, "the sheer complexity of this case has generated a multitude of complex and interrelated issues" that "cannot be fully addressed within the page limitations set by the Court." (Ex Parte Mot. &

1011031v.1

Inc. Mem. For Entry Of Order Granting Add'l Pages To Pl.'s Mem. In Opposition To Def.'s Mot. For Summ. Jgmt. at 1.)  Beyond this agreed-upon justification for more space, Merck's reply bears an additional burden meriting an extension of the page limit:  the need to respond to six new affidavits, each of which attests to a broad range of previously undisclosed facts and opinions, and each of which is designed to derail summary judgment.  In order to account for the possibility that these affidavits might be deemed admissible despite their untimely nature, Merck requests additional space in its reply to address their factual contentions.  For all of these reasons, Merck requests leave to exceed the applicable page limit for its reply in support of its motion for summary judgment.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Reply In Support Of Its Motion For Summary Judgment and accompanying exhibits under seal and, further that it be granted 25 additional pages, for a total of 40 pages, for its Reply.

Dated:  March 16, 2010

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

1011031v.1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Ex Parte Motion And Incorporated Memorandum For Entry Of Order Granting Leave To File Reply In Support Of Its Motion For Summary Judgment And Accompanying Exhibits Under Seal and for Additional Pages has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of March, 2010.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:     504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel