UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br> Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br> Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br> Defendant. <br><br> Case No. 05-3700. | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum For Entry Of Order Granting Leave To File Reply In Support Of Its Motion For Summary Judgment And Accompanying Exhibits Under Seal and for Additional Pages,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Reply In Support Of Its Motion For Summary Judgment and accompanying exhibits under seal.

IT IS FURTHER ORDERED that defendant Merck is hereby granted 25 additional pages, for a total of 40 pages for its Reply.

NEW ORLEANS, LOUISIANA, this ___ day of March, 2010.

                                                                                                                                      _____
                                                                                                                                      HONORABLE ELDON E. FALLON
                                                                                                                                      UNITED STATES DISTRICT JUDGE