UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL v. MERCK AND CO., INC.*, Case No. 05-3700

ORDER

IT IS ORDERED that the Defendant's Motion to Strike Untimely Affidavits and Plaintiff's Third Amended Witness List (Rec. Doc. No. 37378) be set for hearing on March 26, 2010 at 9:00 a.m. IT IS FURTHER ORDERED that Plaintiff file opposition, if any, on this matter no later than March 22, 2010. Defendant may respond no later than March 24, 2010.

New Orleans, Louisiana, this 17th day of March.

_____
United States District Judge

-1-