*Supplemental Brief* / *Emergency* - *Averments* / *Correspondence Letter*

D-

Before the Judicial Panel on Multidistrict Litigation

Motion to Request to Expedite / Amend / Reply / Prejudice / Late filing / Pretrial / Suggestion of Remand / Common Discovery / Defendant Watching Plaintiff / Counterclaim / Decedent's Consolidated / Forwarding the Record / Compliant Oral Argument / Pamphlet / Brief / Leave / Poll Notice of Appeal / Averments  Case MDL 06-1657
and 06-10364

Dear Judges

#1 "The show cause order "encompassed" on simple opinions by judges / justices even congress then no attorney no brief so how am I here... Even the therapist Jean L. Konitz Ph.D. etc. I am indigent litigant losing my physical liberty if he/she loses the litigation See Lassiter v. Dep't of Social Servs., 452 U.S. 18, 25 (1981); Rand V. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) reh'g en banc on other grounds 154 F.3d 952 (9th Cir. 1998).

#2 Case of extensions of time is additional days time violation even on opinions it was prejudice a late filing I was aggrieved and the Court's.
Signed,
Edward Carl Thomas
2300 S. Jefferson #7
Saginaw Michigan
48601

this is pertinent information.

TENDERED FOR FILING
FEB 17 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Supplemental Brief / correspondence
Appeal De novo / letter
Emergency

Jean L. Konitz, Ph.D.
(734) 429-2531
CFP #91469 therapist

Motion to Request to Expedite / Amended Notice of Appeal / Prior Approval / Courts Approval / Permission to Appeal / Leave / Record / Record On Appeal / forwarding the Record / Decedent / Intervention / Joint Appendix Joint Notice of Appeal / Substantive And Affirmative Relief / Reason of Insurance / Procedural Order / Mail fraud / Internal Mail fraud / Travel And Transportation Witnesses / Surety / Privacy Protection / Habeas Corpus / Mandamus / Prohibition / Extraordinary Writs / Oral Argument / Pre-Argument / Enjoin Constitutional Challenge / Certiorari / Recalcitrant Witnesses / Judicial Misconduct 28 USC § 372 / Cross-Application / frivolous Appeal / Courts Library / Entry Governmental Involvement / Defendant Watching the Plaintiff / Innocent Bystander / Motion Panel / Hearing Committee / Emergency Motion / Physical Exhibits / Seal Records / Pamphlet And Addendum / Principal Brief And Addendum / Third Party / Third Judge / fouth Judge / Response / Reply / Reconsideration / Notice of Appeal / Via Audio          Case MDL 06-1657
                                                                and 06-10364

Dear Judge's

   consider, I was not given an attorney at oral argument I would like one as soon as posible not need one only a lawstudent and public member even lawyers to legal services of eastern Michigan in which

America On law-student,...

I have been denied the application by asians woman contacting intill I get it etc,. Mail fraud on Judge Victoria A. Roberts 08-11543 Chief Judge Robert H. Kacymarek, Judge Nancy G. Edmunds 10-50016 Chief Sheriff William L. Federspiel and or Covenant Hospital and Judge Denise Page Hood 09-2256, Social Security Covenant Hospital third-party St. Mary's Hospital, Mental Health, family Independance Agency, and U.S. Health And Human Service, U.S. Court of federal Claims Judge Mary Ellen Cosner Williams mail fraud and Supreme Court DC habeas corpus. Pending and active lawsuits Judge Denise Page Hood 09-2256 social security, Judge Charles R. Breyer MDL 05-1699 and 06-11714 Pfizer bextra/celebrex and Judge Eldon E. Fallon MDL 06-1657 and 06-10364 Merck vioxx to settle-out with Pfizer and fight Merck even third-party on Pfizer and U.S. Health And Human Service etc "subpoena's" to government agency's, FRAP 37, 38, 43, 45, 46, and 47 has not been used only waivers in the state is "wrong" and human and animal bile and guile and beatings then mail fraud has not gone to state disciplinary board nor Secret Service and U.S. Marshall Thomas J. Kubezak (517)893-7407 sent by Judge Roberts (313)234-5230 I need these judges "faxed" in trial memoradum and memoranda to jury before the Verdict.

Signed, Edward Carl Thomas

This pertinent information. 2-19-2010

*showers refused Sgt Aust. Sgt Rasco Sgt Weber, Dpty Sgt Luseskin and Sr Sgt Timmer (colored) a infection though - out the whole entire jail(s) CDC not called then human and animal bite/gail feedings*

*no peanutbutter/jelly over 5 months a month no real milk or real juice. mail fraud, internal mail defraud no copies, no law library, no recreation (once a week) then segregation, no church, no visitation*

## MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
### RECIPIENT RIGHTS COMPLAINT

**COMPLAINT NUMBER:** Case MDL06-1657 and 06-10364  
**CATEGORY:**

*Dinner "Sandwiches" everyday investigate violations after violations*

**INSTRUCTIONS:** *Lawsuits Merck Judge Eldon E. Fallon MDL06-1657 and 06-10364 and Pfizer judge Charles R. Breyer MDL05-1699 and 06-11714 and Judge Denise Page Hood 06-2256 mail fraud*

If you believe that one of your rights has been violated, you (or someone on your behalf) may use this form to make a complaint. A rights officer / advisor will review the complaint and may conduct an investigation. Keep a copy for your records and send the original to the rights office at the CMH agency or the hospital where you are receiving (or received) services, or to:
MDCH – Office of Recipient Rights, Lewis Cass Building, Lansing, Michigan 48913.

*Judge Victoria A. Roberts 08-11543 mail fraud 2 years Thomas J. Kubiak (517) 893-7407 manifest Judge*

**COMPLAINANT'S NAME:** Edward Carl Thomas

**RECIPIENT'S NAME:** Nancy G. Edmunds 10-50016 *Chief Sheriff Felderspiel/Covenant Hospital not U.S. mail fraud corporate and U.S. Environmental Protection Agency*

**COMPLAINANT'S ADDRESS:** 2300 S. Jefferson #7

**WHERE DID THE ALLEGED VIOLATION OCCUR?** *foster and cobera "drugs" under doors a Coffee, Werner take mail* On Going appeal.

**COMPLAINANT'S TELEPHONE NUMBER:** *medical $10.00 owes me $700.00 refuses to pay, hair cut $10.00 Bond $750.00 Bonds man/woman refuses me. no eye glasses over 6 years.*

**WHEN DID THE ALLEGED VIOLATION HAPPEN?** On Going "appeal."

**WHAT RIGHT WAS VIOLATED?** Manifest, Corruption, Coersion, FBI manifest over 7 asian agents and white agent who speaks five (5) different languages and Bob Lucas (manifested) social security issue (Camera tapes).

**DESCRIBE WHAT HAPPENED:** #1 Refused razor now over 3 months 7 razors stolen before by officer beat and jumped by Welch (colored) nee deep in spine while Sgt Anderson (colored) held camera plus camera on the wall Both looking Marquette, Shaft, Reinhold, Kagels, Vanripper and Coffee with Sgt. Austin (Werner, Sheldon and Gilbert with Coffee pulled hair over and over). Sgt. Rasco (colored woman) and Sgt Weber (pulled hair on 1/3 2010 wrote violations two (2) but no one came) Coffee, filer and Ewald (lied about razor) filer and Negro use pepper spray and rubbed in eyes with bonds the sgt's was not present Yost cut leg with leg chains after with Sgt Rasco use leg-cross in bond and leg chain I was taken too hospital bleeding cause Dean hit me. Jackson (colored) and foster (colored woman) beat and jumped me in shower and back at cell put head and shoulder against bars over and over, medical Dr. Natale now Dr. Kloyd (asian), refuse proper treatment on chest, hip, legs, head, shoulder

**WHAT WOULD YOU LIKE TO HAVE HAPPEN IN ORDER TO CORRECT THE PROBLEM?** no vicodin, benedril, xanax, bactrim, breathing treatment, EEG, EKG etc. now daughter Chevette shot by Brandon Smith Andrew Johnson's son/she was with Ms Nelson Prince, Peter McGee, Eric and Penny Hooper. and father intent. Mike Thomas prosecutor refuses to investigate.

**COMPLAINANT'S SIGNATURE:** *Pertinent information.* Edward Carl Thomas

**DATE:** 1/9/2010

**NAME OF PERSON ASSISTING COMPLAINANT:** *Doors closed can not breath sgt etc refuse policy on door or open door then putting cover over vent and under doors water on floor.*

DCH-0030 (01/07)   DISTRIBUTION: ORIGINAL - ORR   YELLOW (or Copy) - Provider   PINK (or Copy) - Complainant   Authority: PA 258 of 1974 as amended

*no phone use phone taken out when call made to F.B.I. and mail to FBI manifest Sgt Austin refused mailing or sending of stamps envelopes for two weeks I Sgt Demand too.*

*Kiddnapped Judge Kaczmarek now Judge Bois refuse issues Judge Borrello same mail fraud to judges on lawsuits and other issues. Bolt, Slone, foot classification refuse*

# Federal Bureau of Investigation
## FBI - Bay City
### Gift to Constituents
# COMPLAINT FORM

#1
Copy ..
Public Service
Commission
Sueing Edison
and Consumer
° FBI (989) 892-6525
115 first st.
Bay City, Michigan 48708
Count with Detroit MI
U.S. Treasury
application for
law).

Please provide the following information about yourself so that we may contact you in the event that a federal violation is identified and an investigation is warranted. Case MOL05-1699 and 06-11714

Please note that the FBI's acceptance of this form does not guarantee any investigation of the subject(s) or nature of your complaint. The decision to open an investigation is based upon several factors, including concurrence from the United States Attorney's Office for the North Eastern District of Michigan.

Updates

**Date:** 9/12/2009

**Full Name:** Edward Earl Thomas    ☒ Male  ☐ Female

RFMOL Rule 5:12 (d) fax

**Address:** 2300 S. Jefferson #7    *° Pacer ET0862 and
Saginaw MI. 48601    B.173TPEK Query
Charle Brown (father)    Edward Earl Thomas
Texas OOC    someone took site number
PO Box 13084    and use it up to $38.88 but
Austin TX 78711    the disclaimer is $10.00.
**Phone #:**  (Day) _____ (Evening) _____    ° need camera tape St Mary's
Hospital security officer twice
and Covenant Hospital twice now
WNEM TV5 twice & "Jailed".
**Date of Birth:** 03-11-1967    **SSN (optional):** 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

---

Please provide the following information about the person(s) or entity you feel is in violation of Federal law. Multi-complaint (Bad heart law). Many lawyer contacted as Cornelius Pitts, Jeffery Fieger, Turner, Skinner, Frosty, Hart, O'Farrel, Magromare, Sleepy, Marty, Debby Baker, Jerservie King, Sullivan almost Little, Diggs.

**Full Name:** Covenant Hospital et al., Prosecutor Mike Thomas,
(violator) Chief Judge Robert L. Kaczmarek, Judge Janet M.
**Address:** Boes, Chief Sheriff William L. Federspiel, Pfizer
and Merck, Dept Consumers Powers (lawsuit)
mothers power was cut-off.   International Court
Multi-address   (212) 486-1346

U.S. House Judiciary
Committees and U.S. Senate
**Phone #:** _____   Judiciary Committees filing
clerks manifest ek.
**Date of Birth (if known):** _____   (202) 225-3951
multi-conjuncture
**SSN (if known):** _____
Asians all gave me bextra
**Employer (if known):** _____   celebrex, and vioxx see who
they are and pharmacy assigns
deform me and watch Dr. Shaheen
**Type of Federal Violation (if known):** Manifest Coercion Sullivan, and Barry Chs Art Bose
any asian "brothers", Rich.

chevette Gamble if alive "all    U.S. Court of Federal Claims
treatment paid no matter the    Judge Mary Ellen Cosner-Williams
"cost". Innocent Bystander law.    clerk manifest (Michigan)
Merck and cigarette man are cousins    (202) 357-6400

#2  Judge Victoria Roberts 08-11543 Chief Judge Robert L. Kaczmarek and Judge Nancy G. Edmunds 10-5006 Chief Sheriff William L. Federspiel no phone use, no law library (computer), human and animal life and quite feedings small trays no eggs (hardboiled) no jelly (peanuts etc.)... operation on daughter will be done costing whatever...

Pam O'Dell  
1 Sandy  
mail not  
signed for,  
in jail.  
Boctrim  
Benerdral  
Xanax,  
vicodin  
not given,  
over $700.00  
taken medical  
Silenda Thomas  
over $600.00  
take Pam O'Dell.  
Defendant  
lawyers in-  
volvement  
spying &  
stole out  
the cookie  
and sold  
drugs then  
smoke it.  
how on  
one lawyer  
for non-  
partial judge.  
law student  
and public  
member no  
lawyer needed  
at jail  
put in a  
restraint chair  
for seeing  
Mental Health  
but refuses  
reason on  
paper.  
Door closed  
can not  
breath water  
put on floor  
to breath  
over over  
next and  
door water  
has been  
cut off up  
to four days.  
Need law  
get Secret  
Service Protects  
or myself  
witnesses  
as therapist etc.  
Jean L. Kontz,  
Ph.D.

### Narrative
Please try to include all of the facts in chronological order, being as detailed as possible.

lawyer Kriendler and Kriendler (212) 687-8181 Pfizer in Congress al check on consolidation etc., Marilyn Monroe, Ronald Reagan, Malcom X etc.,

Please include other law enforcement agencies with whom you have filed a complaint regarding this matter. May be copy of this form, lie detect test, ... DNA at State police, Chicago and Alabama FBI etc, contacted hate crimes adviser, U.S. Dept of Human Services, U.S. Treasury.

By law I request a colored woman agent first or colored man and if need a second agent is young english-greek woman first or man, for CIA colored division and military (pentagon). Covenant Hospital Silenda Thomas mother surverly poison at "Dialysis" both divisions and operation not needed only medication's. And Tammie Thomas sister mental health and judges manifest talk to both of them, Hooper's manifest. #B Prosecutor Mike Thomas complaints at Saginaw Police and Saginaw Sheriff manifest daughter Chevette Gamble shot by Brandon Smith - family intent names include Andrew Johnson his father and son then Ms Nelson Prince even Raphen Jackson (brother's) and Jerome Banks cousin Chief Judge Kaczmarek/Judge Janet M. Boes. #C FIA owes me and mother medicaid and food stamps $10.00 since I was seventeen even now mother refused food stamped but receives medicaid then I like social security "back-pay" ask Bob Lucas agent or Judge Denise Page Hood case 09-2256 and 07-11526 mother sent about 9,000 from social security I wrote "Review" letter she sent it back send "money" back to her with letter. Pfizer and Merck strange happening phone, individual witnesses, and being jailed etc., Thomas V. Pfizer MDL 05-1699 and 06-11714 and MDL 06-1657 and 06-10364 and I need law on Secret Service Protection and

Signed,  
Edward Earl Thomas  
2/12/2009

Signed,  
Edward Earl Thomas  
12-28-2009

#3  FBI          Case MDL06-1657
                 and DC 10364

C) FF27 - PASSPORT

                         UPDATE INMATE DEMOG                                    JLS803C
                         081023 200908670 1E1-4 03/08/1967 RAS   07/27/2009
THOMAS, EDWARD EARL
Name L: THOMAS              F: EDWARD           M: EARL           SUF: ___
DOB: 03 08 1967  Age: 42    YOD: ____   Sex: M   Race: B Multi-Racial?
Street: 2300 S JEFFERSON             Apt: 7    County: 73 SAGINAW COUNTY
City:   SAGINAW           ST: MI Zip: 48601 0000 Country: USA UNITED STATES
Phone:  989 000 0000  DL#: T520189162177  State: MI  SSN: 367 86 8836
Height: 6 00  Weight: 160  Build: TRM  Complexion: MED  Eyes: BRO
Hair  Color: BLK   Length: MED   Facial Hair: ___   Marital Status: S SINGLE
Birth City: SAGINAW      State: MI or Country: ___   Citizen? Y
Diabetic: _                                          DNA Test: I FC   01 31 2007
Marks:   BURN SCAR TOP LFT HAND           TATTOO LT CHEST EDT
Hold: CONTACT HOMELAND       Name: SECURITY P▇▇▇▇▇      Rsn: ▇▇▇▇
Special: _____▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
    Arrest     Booking      Time   Release   Time Sec  Acct Bal   Bal Due   Last Pay
    200908670  11/09/2009   1621

PF3=Exit         PF4=Note        PF5=List        PF6=Add Arrest    PF7=Backward
PF8=Forward      PF9=History     PF11=Print      PF12=File         PF23=Printer

                                                  Judge Nancy G. Edmunds
                                                  and Judge Denise Page Hood.
                                                  November ▇▇▇▇▇

C) FF27 - PASSPORT

                         UPDATE ARREST INFORMATION                              JLS804C
THOMAS, EDWARD EARL      081023 200908670 1E1-4 03/08/1967 DD   11/19/2009
Booking Date:            11 09 2009 Time: 16 21 Status: 1 REGULAR INMATE
Scheduled Release Date:  00 00 0000 Time: 00 00 Booked ▇▇▇▇▇▇▇▇▇▇▇▇▇
Discharge Date:                     Time:       Reason:
Arrest Agency: 717 SAGINAW CITY PO  Officer: M▇▇▇▇▇▇▇▇▇▇▇▇ AR   Juvenile? _
Location: 107 N. FRANKLIN
Trustee Days: 000  Deduct: 000   Offsite Days: 000   Good Time Lost: 00 00 0000

State Fee Status: N Not Paid
Reclassify: _                                                  Razor  _
Cell: 1E1-4 ____       CTN: _____        Locker: 073 HAVE PROPERTY
Hold: CONTACT HOMELAND   Name▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇    Rsn: ▇▇▇▇▇▇▇▇▇
Notes: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
  Charge                   Type Disp Court       T Amount     Min L Cdt C S
  PO-ASSAULT/RESIS/OBS      F   BOND 09010757FY  T  $7,500                O

C) FF27 - PASSPORT                                          N▇▇▇▇▇▇▇▇▇▇▇

                         Note Maintenance                                       JLS830C
THOMAS, EDWARD EARL      081023 200908670 1E1-4 03/08/1967
                         ARREST RECORD NOTES

  CONTACT ▇▇▇▇▇▇▇▇▇▇▇▇▇▇:                              Signed
  SPECIAL AGT STONE                                    Edward Earl Thomas
  FURTH▇▇▇▇▇▇▇▇                                        1/15/2009



Congratulation
The Saints

Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan 48602

U.S. Court
Chief Clerk Wythe
1 Judge Fallon
500 Poydras
New Orleans LA 70130