## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY
LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number:  2:05cv04130**

**Allen Atkinson et al.**

PLAINTIFFS

**Only with regard to:**
**Todd Jelden and Lynette Jelden (h/w)**
**v.**

**Merck & Co., Inc.**

DEFENDANTS

* * * * * * *

## NOTICE OF APPEARANCE
## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that the Plaintiffs, Todd Jelden and Lynette Jelden, shall hereafter be

represented in this action by Ann B. Oldfather and the OLDFATHER LAW FIRM hereby enter their

appearance as counsel for the Plaintiffs.  Pleadings related to this matter should be served on Ms.

Oldfather at:

OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200

The OLDFATHER LAW FIRM is substituting in the place and stead of Plaintiffs' current counsel,

Carey & Danis, LLC.    An appropriate Order is tendered herewith.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of March, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com