# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05cv04130** |
| **Allen Atkinson et al.** | PLAINTIFFS |
| **Only with regard to:**<br>**Todd Jelden and Lynette Jelden (h/w)**<br>**v.** | |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \* \* \*

## ORDER

The Court having been advised that the OLDFATHER LAW FIRM has substituted for Carey & Danis, LLC in its place and stead as counsel for Plaintiffs, Todd Jelden and Lynette Jelden,

**IT IS HEREBY ORDERED** that Carey & Danis, LLC, are fully relieved of any further responsibility in this matter.

New Orleans, Louisiana, this _____ day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE