D-

Supplemental Brief
Appeal Averments
Emergency - Averments

Correspondence letter

Before the Judicial Panel on Multidistrict Litigation

Motion to Request to Expedite / Amend / Reply Prejudice / Late filing / Pretrial / Suggestion of Remand / Common Discovery / Defendant Watching Plaintiff / Counterclaim / Decedent's Consolidated / forwarding the Record / Compliant Oral Argument / Pamphlet / Brief / Leave / Poll Notice Of Appeal / Averments Case MDL 06-1657 and 06-10364

Dear Judge's

#1 "The show cause order "encompassed" on simple opinions by judge's / justices even congress then no attorney no brief so how am I here.. Even the therapist Jean L. Konitz Ph.D. etc. I am indigent litigant losing my physical liberty if he/she loses the litigation See Lassiter v. Dep't of Social Servs., 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) reh'g en banc on other grounds 154 F.3d 952 (9th Cir. 1998).

#2 Base of extensions of time is additional days time violation even on opinions it was prejudice a late filing I was aggrieved and the Court's.

Signed,

Edward Earl Thomas
2300 s. Jefferson #7
Saginaw Michigan
48601

TENDERED FOR FILING

FEB 17 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

This is pertinent information.

Supplemental Brief Appeal De novo Emergency

Correspondence letter

Jean L. Konitz Ph.D.
(734) 429-2531
CFP #91469 therapist

Motion to Request to Expedite / Amended Notice Of Appeal / Prior Approval / Courts Approval / Permission to Appeal / Leave / Record / Record On Appeal / forwarding the Record / Decedent / Intervention / Joint Appendix Joint Notice Of Appeal / Substantive And Affirmative Relief / Reason Of Insurance / Procedural Order / Mail fraud / Internal Mail fraud / Travel And Transportation Witnesses / Surety / Privacy Protection / Habeas Corpus / Mandamus / Prohibition / Extraordinary Writs / Oral Argument / Pre-Argument / Enjoin Constitutional Challenge / Certiorari / Recalcitrant Witnesses / Judical Misconduct 28 USC § 372 / Cross-Application / frivolous Appeal / Court's Library / Entry Governmental Involvement / Defendant Watching the Plaintiff / Innocent Bystander / Motion Panel / Hearing Committee / Emergency Motion / Physical Exhibits / Seal Records / Pamphlet And Addendum / Principal Brief And Addendum / Third Party / Third Judge / fouth Judge / Response / Reply / Reconsideration / Notice Of Appeal / Via Audio

Case MDL 06-1657 and 06-10364

Dear Judge's

consider, I was not given an attorney at oral argument I would like one as soon as posible not need one only a lawstudent and public member even lawyers to legal services of eastern Michigan in which

I have been denied the application by asians woman contacting intill I get it etc,. Mail fraud on judge Victoria A. Roberts 08-11543 Chief Judge Robert H. Kaczmarek. Judge Nancy G. Edmunds 10-50016 Chief Sheriff William L. federspiel and or Covenant Hospital and Judge Denise Page Hood 09-2256 Social Security Covenant Hospital third-party St. Mary's Hospital, Mental Health, family Indepandance Agency, and U.S. Health And Human Service, U.S. Court of federal Claims Judge Mary Ellen Cosner Williams mail fraud and Supreme Court DC habeas corpus. Pending and active lawsuits judge Denise Page Hood 09-2256 social security, judge Charles R. Breyer MDL 05-1699 and 06-11714 Pfizer bextra/celebrex and Judge Eldon E. fallon MDL 06-1657 and 06-10364 Merck vioxx to settle-out with Pfizer and fight Merck even third-party on Pfizer and U.S. Health And Human Service etc 'subpoena's" to government agency's, FRAP 37, 38, 43, 45, 46, and 47 has not been used only waivers in the state is "wrong" and human and animal bile and guile and beatings then mail fraud has not gone to state disciplinary board nor Secret Service and U.S. Marshall Thomas J. Kubczak (517) 893-7407 sent by Judge Roberts (313) 234-5230 I need these judges "faxed" in trial memoradum and memoranda to jury before the Verdict.

Signed, Edward Carl Thomas
2/9/2010

This pertinent information.

• Showers refused Sgt Austin Sgt Rasco Sgt Webor ... Dpty Sgt Huseskin and Dr Sgt Rimmer (colored)
• A infection though-out the whole entire jail (s) CDC not called then human and animal bile/guil feedings

• No peanutbutter/jelley over 5 months ... a month no real milk or real juice.
• mail fraud, internal mail defraud no copies, no law library, no recreation (once a week then segregation, no church, no visitation.

Michigan Department of Community Health

MDCH

# MICHIGAN DEPARTMENT OF COMMUNITY HEALTH
# RECIPIENT RIGHTS COMPLAINT

COMPLAINT NUMBER: • case MDL 06-1657 and 06-10364

CATEGORY:

• Dinner "Sandwitches" everyday investigate, violations after violations.

Lawsuits Merck Judge Eldon E. Fallon MDL 06-1657 and 06-10364 and Pfizer Judge Charles R. Breyer MDL 05-1699 and 06-11714 and Judge Denise Page Hood 09-2256 mail fraud

INSTRUCTIONS: If you believe that one of your rights has been violated, you (or someone on your behalf) may use this form to make a complaint. A rights officer / advisor will review the complaint and may conduct an investigation. Keep a copy for your records and send the original to the rights office at the CMH agency or the hospital where you are receiving (or received) services, or to:
MDCH – Office of Recipient Rights, Lewis Cass Building, Lansing, Michigan 48913.

Judge Victoria A. Roberts 08-11543 mail fraud 2 years Thomas J. Kubyak (517) 393-7407 manifest. Judge

COMPLAINANT'S NAME: Edward Carl Thomas

RECIPIENT'S NAME: Nancy G. Edmunds 10-50016 chief Sheriff Aderopiel / Covnont Hospital now mail fraud consumer & owners and U.S. Environmental Protection Agency.

COMPLAINANT'S ADDRESS: 2300 S. Jefferson #7

WHERE DID THE ALLEGED VIOLATION OCCUR? "ducks" under doors "Coffee, Werner take mail. Foster and Colvin On Going appeal.

COMPLAINANT'S TELEPHONE NUMBER: ( ) Medical $10.00 owes me $700.00 refuses to pay, hair cut $10.00 Bond $750.00 Bonds man/woman refuses me, no eye glasses over 2 years.

WHEN DID THE ALLEGED VIOLATION HAPPEN? On Going "appeal."

WHAT RIGHT WAS VIOLATED? manifest, Corruption, Coersion, FBI manifest over 7 asian agents and white agent who speaks five (5) different languages and Bob Lucas (manifested) social security issue (camera tapes).

DESCRIBE WHAT HAPPENED: #1 Refused razor now over 3 months 7 razors stolen before by officer beat and jumped by Welch (colored) nee deep in spine while Sgt Anderson (colored) held camera plus camera on the wall Both looking Marquette, Shaft, Reinhold, Rogalo, Vonripper and Coffee with Sgt. Austin (Werner, Sheldon and Gibert with Coffee pulled hair over and over). Sgt. Rasco (colored woman) and Sgt Webor (pulled hair on 1/3 2010 wrote violations two (2) but no one came) Coffee, filer and Ewald (lied about razor) filer and Megrh use pepper spray and rubbed in eyes with hands the Sgt's was not present Yost cut leg with leg chains after with Sgt Rasco use leg-cross in hand and leg chain I was taken too hospital bleeding cause Dean hit me. Jackson (colored) and foster (colored woman) beat and jumped me in shower and back at cell put head and shoulder against bars over and over, medical Dr. Natole now Dr Lloyd (asian) refuse proper treatment on chest, hip, legs, head, shoulder

WHAT WOULD YOU LIKE TO HAVE HAPPEN IN ORDER TO CORRECT THE PROBLEM? no vicodin, benedril, xanax, foctrim, clothing treatment EEG, EKG etc now daughter Chevette shot by Brandon Smith Andrew Johnson's son/she was with Ms Nelson, Prince, Peter Mcgree, Eric and Penny Hooper and father intent. Mike Thomas prosecutor refuses to investigate.

COMPLAINANT'S SIGNATURE: Pertinent informations. Edward Carl Thomas

DATE: 1/9/2010

NAME OF PERSON ASSISTING COMPLAINANT: • Doors closed can not breath Sgt etc refuse policy on door or open door then putting cover over vent and under doors water on floor.

DCH-0030 (01/07)

Authority: P.A. 258 of 1974 as amended

DISTRIBUTION: ORIGINAL - ORR YELLOW (or Copy) - Provider PINK (or Copy) - Complainant

• No phone use phone taken out when call made to FBI and mail to FBI manifest Sgt Austin refused mailing or sending of stamps envelopes for two weeks / Sgt Demeord too.

• Kiddnapped Judge Kaczmarek now Judge Bois refuses issues Judge Borrello same mail fraud to Judges on Lawsuits and other issues. Bolt, Slone, Kent classification refuse ...



#1

Federal Bureau of Investigation
FBI - Bay City
Gift to Constituents
**COMPLAINT FORM**

Please provide the following information about yourself so that we may contact you in the event that a federal violation is identified and an investigation is warranted. Case MDL 05-1699 and 06-11714

*Please note that the FBI's acceptance of this form does not guarantee any investigation of the subject(s) or nature of your complaint. The decision to open an investigation is based upon several factors, including concurrence from the United States Attorney's Office for the North Eastern District of Michigan.*

Copy.. Public Service Commission Dueing Edison and Consumer. FBI (989) 892-6525 115 first st. Bay City Michigan 48708 Rohrf with Detroit MI. U.S. Treasury application for law).

Updates

Date: 7/1/2/2009

RFMDL Rule 5:12 (d) fax

Full Name: Edward Earl Thomas ☒ Male ☐ Female

Address: 2300 s. Jefferson #7 Saginaw MI. 48601

Charle Brown (father) Texas DOC PO Box 13084 Austin TX 78711

#0 Pacer ET0862 and B!73TPEK Query Edward Earl Thomas someone took site number and use it up to $38.88 but the disclaimer is $10.00. need camera tape St Mary's Hospital security officer twice and Covenant Hospital twice now WNEMTV5 twice "Jailed".

Phone #: (Day)________ (Evening)________

Date of Birth: 03-11-1967 SSN (optional) 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

---

Please provide the following information about the person(s) or entity you feel is in violation of Federal law. Multi-complaint (Bad heart law). Many lawyer contacted as Cornelius Pitts, Jeffery Fieger, Turner, Skinner, Frost, Gust o'farrel, Mastromare, Steep, Morgan, Debby Baker, Jersevich, King, Sullivan Abnos, Little, Higgs.

Full Name: (violator) Covenant Hospital et al., Prosecutor Mike Thomas Chief Judge Robert L. Kaczmarek, Judge Janet M. Boes, Chief Sheriff William L. Federspiel, Pfizer and Merck, West Consumers Powers (lawsuits)

Address: mothers power was cut-off. Multi-address

international Court (212) 486-1346

U.S. House Judiciary Committees and U.S. Senate Judiciary Committees filing clerks manifest etc. (202) 225-3951

Phone #: ________

Date of Birth (if known): ________

SSN (if known): ________

Employer (if known): ________

multi-conjucture

Asians all gave me bextra, celebrex, and vioxx see who they are and pharmacy asians defame and watch Dr. Shaheen, Sullivan, and Barry chen Art Bore and asian "brothers", Rich.

Type of Federal Violation (if known): Manifest / Coersion

Chevette Gamble if alive "all treatment paid no matter the "Cost". Inoocent Bystander law. "merck and cigarette man are cousins"

U.S. Court of Federal Claims Judge Mary Ellen Cosner Williams Clerk manifest (Michigan) (202) 357-6400 L. Menicd vecado. Holly-

#2c Judge Vi[illegible] 08-11543 Chief Judge Robert L. Kaczmarek and Judge Nancy G. Edmunds 10-50016 Chief Sheriff William L. Federspiel no phone use, no law library (computer), human and animal bite and guile feedings small trays no eggs (hardboiled) no jelley peanut butter... Operations on daughter will be done cutting whatever...

## Narrative

Please try to include all of the facts in chronological order, being as detailed as possible.

Lawyer Kriendler and Kriendler (212) 687-8181 Pfizer in Congress DC check on consolidation etc., Marilyn Monroe, Ronald Reagan, Malcom X etc.

Please include other law enforcement agencies with whom you have filed a complaint regarding this matter. May be copy of this form. Lie detect test.... DNA at State police. Chicago and Alabama FBI etc contacted. Hate crimes division, U.S. Health and Human Services, U.S. Treasury.

By law I request a colored woman agent first or colored man and if need a second agent is and young english-greek woman first or man, for CIA colored division and military (pentagon). Covenant Hospital Silenda Thomas mother serverly poison at "Dialysis" both divisions and operation not needed only medication's. And Tommie Thomas sister mental health and Judges manifest talk to both of them, Hooper's manifest.

#B Prosecutor Mike Thomas complaints at Saginaw Police and Saginaw Sheriff manifest daughter Chevette Gamble shot by Brandon Smith - family intent names include Andrew Johnson his father and son then Ms Nelson / Prince even Rapheal Jackson (brother's) and Jerome Banks cousin Chief Judge Kaczmarek / Judge Janet M. Boes.

#C FIA owes me and mother medicaid and food stamps $10.00 since I was seventeen even now mother refused food stamped but receives medicaid then I like social security "back-pay" ask Bob Lucas agent or Judge Denise Page Hood case 09-2256 and 07-11526 mother sent about 9,000 from social security I wrote "Review" letter she sent it back send "money" back to her with letter. Pfizer and Merck strange happening phone, individual witnesses, and being jailed etc, Thomas V. Pfizer MDL 05-1699 and 06-11714 and MDL 06-1657 and 06-10364 and I need law on Secret Service Protection and [illegible]

Signed, Edward Earl Thomas 12-28-2009

Pam O'Dell / Sandy mail not signed for, in jail. Boctrim Benerdral rapaxf, vicodin not given, over $700.00 taken medical Silenda Thomas over $600.00 take Pam Odell. Defendant lawyers involvement spying. Stole out the cookie and sold drugs then smoke it. Law on one lawyer for non-partial judge. Law student and pubic member no lawyer needed at jail put in a restraint chair for seeing Mental Health but refuses reason on paper. Door closed can not breath water put on floor to breath over over vent and door water has been cut off up to four days. Need law get Secret Service Protect or myself witnessed as therapist Jean L. Konto Ph. D.

Signed, Edward Earl Thomas 2/12/2009

C) FF27 - PASSPORT

UPDATE INMATE DEMOG JLS803C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967 RAS 07/27/2009
Name L: THOMAS F: EDWARD M: EARL SUF: _
DOB: 03 08 1967 Age: 42 YOD: Sex: M Race: B Multi-Racial? _
Street: 2300 S JEFFERSON Apt: 7 County: 73 SAGINAW COUNTY
City: SAGINAW ST: MI Zip: 48601 0000 Country: USA UNITED STATES
Phone: 989 000 0000 DL#: T520189162177 State: MI SSN: 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
Height: 6 00 Weight: 160 Build: TRM Complexion: MED Eyes: BRO
Hair Color: BLK Length: MED Facial Hair: _ Marital Status: S SINGLE
Birth City: SAGINAW State: MI or Country: _ Citizen? Y
Diabetic: DNA Test: I FC 01 31 2007
Marks: BURN SCAR TOP LFT HAND TATTOO LT CHEST EDT
Hold: CONTACT HOMELAND Name: SECURITY P[redacted] Rsn: [redacted]
Special: [redacted]

| Arrest | Booking | Time | Release | Time Sec | Acct Bal | Bal Due | Last Pay |
|---|---|---|---|---|---|---|---|
| 200908670 | 11/09/2009 | 1621 | | | | | |

PF3=Exit PF4=Note PF5=List PF6=Add Arrest PF7=Backward
PF8=Forward PF9=History PF11=Print PF12=File PF23=Printer

Judge Nancy G. Edmunds and Judge Denise Page Hood.

C) FF27 - PASSPORT

UPDATE ARREST INFORMATION JLS804C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967 DD 11/19/2009
Booking Date: 11 09 2009 Time: 16 21 Status: 1 REGULAR INMATE
Scheduled Release Date: 00 00 0000 Time: 00 00 Booked By: [redacted]
Discharge Date: Time: Reason:
Arrest Agency: 717 SAGINAW CITY PO Officer: [redacted] Juvenile?
Location: 107 N. FRANKLIN
Trustee Days: 000 Deduct: 000 Offsite Days: 000 Good Time Lost: 00 00 0000

State Fee Status: N Not Paid
Reclassify: _ Razor _
Cell: 1E1-4 _ CTN: Locker: 073 HAVE PROPERTY
Hold: CONTACT HOMELAND Name [redacted] Rsn: [redacted]
Notes: [redacted]

| Charge | Type | Disp | Court | T | Amount | Min | L | Cdt | C | S |
|---|---|---|---|---|---|---|---|---|---|---|
| PO-ASSAULT/RESIS/OBS | F | BOND | 09010757FY | T | $7,500 | | | | | 0 |

(C) FF27 - PASSPORT

Note Maintenance JLS830C
THOMAS, EDWARD EARL 081023 200908670 1E1-4 03/08/1967
ARREST RECORD NOTES

CONTACT [redacted]:
SPECIAL AGT STONE [redacted]
FURTHER [redacted]

Signed, Edward Earl Thomas 1/15/2009

Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan
48602

U.S. Court
Chief Clerk Wythe
1 Judge fallon
500 Poydras
New Orleans LA
70130




Congradulation
The Saints