UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 16  AM 10: 21
LORETTA G. WHYTE
CLERK

|  |  |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
|  | JUDGE FALLON |
|  | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: Dorothy Griffin**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy Griffin. IT IS ORDERED that the correspondence be entered into the record **UNDER SEAL**. In addition, a copy of the correspondence shall be forwarded to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 15th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Dorothy Griffin
452 Stone Ridge Drive
Flint, TX 75762

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep____
___ Doc. No.___