<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | <u>**Case Number: 2:06cv02219**</u> |
| **Vernon C. Amie, et al.** | PLAINTIFFS |
| **Only with regard to:**<br>**Kenneth L. Rarick and Judith A. Rarick (h/w)** | |
| v. | |
| **Merck & Co., Inc., et al.** | DEFENDANTS |

\* \* \* \* \* \* \*

<u>**NOTICE OF APPEARANCE**</u>

  Come the Plaintiffs and hereby notify the Court and counsel that Ann B. Oldfather and OLDFATHER LAW FIRM hereby enter their appearance as co-counsel for the Plaintiffs. Pleadings related to this matter should be served on Ms. Oldfather and OLDFATHER LAW FIRM at:

OLDFATHER LAW FIRM<br>
1330 South Third Street<br>
Louisville, KY 40208<br>
(502) 637-7200

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of March, 2010.

                          s/ Ann B. Oldfather
                          Ann B. Oldfather
                          KBA Bar #52553
                          Liaison Counsel/Lead Counsel
                          OLDFATHER LAW FIRM
                          1330 S. Third Street
                          Louisville, KY   40208
                          502.637.7200
                          502.637.3999
                          aoldfather@oldfather.com