UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
*STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL v. MERCK AND CO., INC.*, Case No. 05-3700

## ORDER

IT IS ORDERED that Motions for Summary Judgment (Rec. Doc. Nos. 34887, 35872) are hereby reset with ORAL ARGUMENT for Tuesday, March 23, 2010 at 9:00 a.m.

IT IS FURTHER ORDERED that all *Daubert* Motions (Rec. Doc. Nos. 34880, 34881, 34889, 34890, 34891, 34892, 34895, 35781, 35788, 35797, 35798, 35799, 35800, 35846) and all Motions *In Limine* (Rec. Doc. Nos. 36610, 36611, 36612, 36619, 36623, 35574, 35566, 35548, 35569, 35571, 36688, 35549, 35573, 35561, 36651, 35877, 35767) are hereby reset with ORAL ARGUMENT for Friday, March 26, 2010 at 9:00 a.m.

New Orleans, Louisiana, this 17th day of March, 2010.

_____
United States District Judge