UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

## MOTION TO SET STATUS CONFERENCE

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman, who requests that the Court schedule a status conference between Common Benefit Fee Applicants/Plaintiffs' Liaison Counsel, Russ M. Herman, and Liaison Counsel for the Objectors, Michael Stratton.

The Common Benefit Fee Applicants and Counsel for the Objectors filed a Joint Submission pursuant to Order dated January 27, 2010 with the Court on February 19, 2010.

Russ M. Herman requests that the Court schedule a conference to discuss issues in the joint submission.

Russ M. Herman further requests that Michael Stratton be prepared and have at the status conference a list of all parties he represents that take issue with the Common Fee Benefit Applicants' position in this matter.

1

Respectfully submitted,

Date:   March 18, 2010                     By:   /s/ Leonard A. Davis
                                                 **Russ M. Herman (Bar No. 6819)**
                                                 Leonard A. Davis (Bar No. 14190)
                                                 Stephen J. Herman (Bar No. 23129)
                                                 *Herman, Herman, Katz & Cotlar, L.L.P.*
                                                 820 O'Keefe Avenue
                                                 New Orleans, Louisiana  70113
                                                 Telephone: (504) 581-4892
                                                 Facsimile: (504) 561-6024

                                                 **PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of March, 2010.

                                                 /s/ Leonard A. Davis
                                                 Leonard A. Davis (Bar No. 14190)
                                                 *Herman, Herman, Katz & Cotlar, LLP*
                                                 820 O'Keefe Avenue
                                                 New Orleans, LA  70113
                                                 PH:    (504) 581-4892
                                                 FAX:   (504) 561-6024
                                                 ldavis@hhkc.com

2