# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | MDL Docket NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION L |
| | : | |
| **This document relates to ALL ACTIONS** | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

## **O R D E R**

Considering the Motion to Set Status Conference filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that a status be scheduled on the ___ day of _____, 2010, at ____ o'clock ___.m. with the Common Benefit Fee Applicants/Plaintiffs' Liaison Counsel, Russ M. Herman, and Liaison for the Objectors, Michael Stratton, and that at the conference Michael Stratton produce a list of all parties he represents that take issue with the Common Fee Benefit Applicants' position in this matter.

New Orleans, Louisiana, this ____ day of _____, 2010

_____
Eldon E. Fallon
U.S. District Court Judge