## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY              MDL 1657
LITIGATION                                    SECTION L
                                              JUDGE FALLON
                                              MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:                     **Case Number:  2:06cv02204**


**Ann M.G. Albright, et al.**                 PLAINTIFF

**Only with regard to:**
**Judith Eddy**


**v.**

**Merck & Co., Inc., et al.**                 DEFENDANTS


## COMPLIANCE WITH PTO 28
### and
## COMPLIANCE WITH SHOW CAUSE ORDER OF MARCH 4, 2010

Comes Plaintiff, Judith Eddy, by counsel and hereby certifies compliance with PTO 28

and with this Court's Order of March 4, 2010, to the best of her ability and her counsel's ability.

Plaintiff has provided to Merck those documents described in detail on the two pieces of

correspondence attached at TAB 1, one to Ms. Ana C. Reyes from Mr. Brian A. Goldstein dated

October 16, 2009 and one to Mr. Paul Boehm from Mr. Brian A. Goldstein dated March 16,

2010.  Plaintiff has provided Merck electronic materials via CD and otherwise, the folder

structure and/or file contents of which is attached at TAB 2.  By correspondence from Mr. Paul

Boehm attached at TAB 3, Merck alleged certain "material deficiencies" in Plaintiff's

compliance with PTO 28.  None of these "deficiencies" are so material as to require dismissal of

a claim, but in any event, Plaintiff has complied with all alleged deficiencies to the best of

Plaintiff's and counsel's abilities.

Plaintiff requests that the Show Cause Order be overruled.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of March, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

# TAB 1





Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Michael J. Cooper
Christopher D. D'Amato
Nicholas B. Davis
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
James E. Maslyn

John
Matthew
Chri
Gre
Step
Scott K. Robinson
Stephen A. Schwarz
Robert A. Scallone
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
Ellen B. Sturm
David O. Teach
Robert L. Voltz
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

October 16, 2009

Ana C. Reyes, Esq.
Law Offices of Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005-5901

RE: *In Re Vioxx Products Liability Litigation, MDL No. 1657*

Dear Ms. Reyes:

Pursuant to your correspondence of August 12, 2009, enclosed please find the following materials pursuant to Pre-Trial Order No. 28:

**Mary Ellen Adams**

- Medical records from Cleveland Clinic;
- Medical records from Dr. Cramer;
- Medical records from Dr. Sawhny;
- Medical records from Parma Community General Hospital;
- Pharmacy records from Rite Aid;
- Returned correspondence from Dr. Julka marked undeliverable.

**Ann Albright**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Parkridge Hospital;
- Medical records from Dr. Hellems;
- Medical records from The Nephrology Associates;
- Pharmacy records from CVS Pharmacy and CVS-Eckerd.

**Marie Allen**

- Amended and Supplemental Plaintiff Profile Form;

A Professional Corporation

Offices in Buffalo, Rochester and Long Island, New York

350 Main Street • 2500 Main Place Tower • Buffalo, New York 14202-3725 • Tel: (716) 854-2020 • Fax: (716) 854-6291
1-800-483-2050

Ana C. Reyes, Esq.
October 16, 2009
Page 2

- Answers to Interrogatories;
- Medical records from Clifton Springs Memorial Hospital;
- Medical records from Dr. Craig and Dr. Lieberg;
- Pharmacy records from Whitson Pharmacy.

**Louis Amiss**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Andronaco;
- Medical records from Dr. Patel;
- Medical records from Valley Hospital;
- Correspondence from CVS indicating no records.

**Arthur Ballantyne**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Mt. Carmel Hospital;
- Pharmacy records from CVS.

**Jaqueline Barrett**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Queens Hospital Center;
- Pharmacy records from St. Albans Pharmacy.

**Donald Blankenship**

- Death Certificate;
- Metro Health;
- Pharmacy records from Rite Aid.

**Donald Blodgett**

- Medical records from F.F. Thompson Hospital;
- Medical records from Valley View Family Practice Associates;
- Pharmacy records from Walmart Pharmacy.

**Dianne Brown**

Ana C. Reyes, Esq.
October 16, 2009
Page 3

- Medical records from Medina Memorial Hospital;
- Medical records from Dr. Raza;
- Medical records from Dr. Mishra;
- Pharmacy records from the Medicine Shoppe.

## Robert Burkey

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Cecil;
- Medical records from Dr. Shivers;
- Medical records from Dr. Brunie;
- Medical records from Alliance Community Hospital;
- Correspondence from Neo Surgical Associates indicating no records;
- Correspondence from Paragon Heart Group indicating no records.

## Myrtle Butterfield

- Medical records from Canton Potsdam Hospital;
- Medical records from Dr. Choong;
- Medical records from Dr. Libman;
- Medical records from Dr. Nordberg;
- Returned correspondence from Dr. Farrell marked undeliverable;
- Correspondence from Dr. Thakur indicating they have no records;
- Correspondence from Joan McElwain, NP indicating plaintiff is not their patient;
- Pharmacy records from Health Direct, Kinney Drugs and Rite Aid.

## Deborah Byrd

- Medical records from Cleveland Clinic;
- Medical records from Dr. Kushnar;
- Medical records from South Pointe Hospital;
- Pharmacy records from CVS Pharmacy.

## Joan Carmen

- Medical records from Hunterdon Medical Center;
- Medical records from Hunterdon Orthopedic Associates;
- Medical records from Atlantic City Medical Center;

Ana C. Reyes, Esq.
October 16, 2009
Page 4

- Medical records from Dr. Shapiro;
- Pharmacy records from Caremark, Advance PCS, Rite Aid, Medco, Amerihealth and CVS.

**Georgia Carrigan**

- Medical records from St. Gabriel's Hospital;
- Medical records from Family Practice Physicians;
- Medical records from Dr. Prosapio;
- Pharmacy records from St. Gabriel's Hospital Pharmacy and Walmart Pharmacy;
- Returned correspondence from the Medicine Shoppe marked undeliverable.

**John Carroll**

- Medical records from Dr. Shah and Dr. Weiser;
- Pharmacy records from Rite Aid and CVS.

**James Carter**

- Amended and Supplemental Plaintiff Profile Form
- Medical records from Dr. Brightwell;
- Medical records from Dr. Smead;
- Medical records from Dr. Serif;
- Medical records from Ohio State University Health System;
- Pharmacy records from Kroger Pharmacy;
- Correspondence from Dublin Imaging indicating they have no records.

**Margaret Desormeau**

- Medical records from Samaritan Medical Center;
- Medical records from Dr. Girard;
- Medical records from River Hospital;
- Medical records from St. Joseph's Hospital;
- Medical records from Cardiology Associates of Northern NY;
- Medical records from Watertown Surgical Group;
- Medical records from Dr. Williams;
- Pharmacy records from Kinney Drugs and CVS Caremark.

**William DeSouza**

Ana C. Reyes, Esq.
October 16, 2009
Page 5

- Medical records from Midland Memorial Hospital;
- Medical records from Samaritan Medical Center;
- Medical records from VAMC Syracuse;
- Medical records from Texas Tech University Health Sciences;
- Medical records from Dr. Hillerman;
- Medical records from St. Joseph's Hospital;
- Medical records from West Texas VAHCS;
- Medical records from Pulmonary Associates.

**James Donahue**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Parkridge Hospital;
- Medical records from Dr. Spector;
- Pharmacy records from Eckerd Drugs.

**Judith Eddy**

- Medical records from University of Pittsburgh Med. Center Southside Hospital;
- Medical records from Dr. Johe;
- Medical records from Dr. Saleh;
- Medical records from Bradford Regional Medical Center;
- Pharmacy records from Tops Pharmacy.

**June Edwards**

Requests for medical records were pending receipt of documentation appointing a fiduciary for Ms. Edwards Estate. Requested records have been ordered and will be forwarded upon our receipt of same.

**John Estep**

- Medical records from Soldiers & Sailors Hospital;
- Medical records from Williamsport Memorial Hospital;
- Medical records from Dr. Dy;
- Pharmacy records from Walmart.

**Wilson Farnsworth**

Ana C. Reyes, Esq.
October 16, 2009
Page 6

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Consortium Interrogatories;
- Medical records from Rochester General Hospital;
- Medical records from Landmark Medical Center;
- Medical records from Carol Lee, NP;
- Medical records from Dr. Lieberg;
- Pharmacy records from Wegmans Pharmacy.

## Judith Greeley

- Medical records from Doctors Hospital;
- Medical records from East Central Health Center;
- Correspondence from Kroger Pharmacy indicating they have no records.

## Judith Habecker

- Medical records from Clifton Springs Hospital;
- Medical records from Dr. Kreisman;
- Pharmacy records from CVS.

## Patricia Kelly

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Alleghany General Hospital;
- Medical records from Dr. Castaldo
- Medical records from Dr. Finkbeiner;
- Medical records from Dr. Gable;
- Medical records from Dr. Sanon;
- Medical records from Genesee Hospital;
- Greater Rochester Neurological Associates;
- Linden Medical Group;
- Correspondence from Westfall Orthopedics indicating no records;
- Returned correspondence from Dr. Ginnetta marked undeliverable.

## Ella Kingsley

- Answers to Consortium Interrogatories;
- Medical records from Cleveland Clinic;
- Dr. Leake;

Ana C. Reyes, Esq.
October 16, 2009
Page 7

- Dr. Lisi;
- Elyria Memorial Hospital;
- EMH Regional Medical Center;
- Magruder Hospital;
- Returned mail from St. Francis marked undeliverable.

**Jeff Kulesza**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Pharmacy records from Mantua Station Drugs.

**Michael Mayeu**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Answers to Consortium Interrogatories;
- Medical records from Clifton Springs Hospital;
- Medical records from Dr. Zugibe;
- Medical records from Interlakes Orthopedic Surgery;
- Medical records from Newark Manor Nursing Home;
- Medical records from Newark-Wayne Community Hospital;
- Medical records from Rochester General Hospital;
- Pharmacy records from Wegmans Pharmacy;

**Asa McDaniels**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Chaudry;
- Pharmacy records from Wegmans.

**Arleen McPhaden**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Barnes Primary Care Associates;
- Medical records from Lakeshore Hospital;
- Pharmacy records from Rite Aid.

**Roberta Melton**

Ana C. Reyes, Esq.
October 16, 2009
Page 8

- Medical records from St. Tammany Parish;
- Medical records from Dr. Barnes.

**Charles Mertz**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Aquilina;
- Medical records from Dr. Suozzi;
- Medical records from Mercy Ambulatory Care Center;
- Medical records from Mercy Hospital.

**Alan D. Mietlowski**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from St. Joseph's Hospital;
- Medical records from Dr. Hocko;
- Medical records from Dr. Kaprove;
- Pharmacy records from Rite Aid;
- Correspondence from Dr. Fruendel indicating no records;
- Correspondence from Dr. Ramgopal indicating no records;
- Correspondence from Dr. Sadiq indicating no records;
- Correspondence from St. Mary's Hospital indicating no records;
- Returned correspondence from Dr. Hendricks marked undeliverable.

**Charlene Miller**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories.

**Brian Miskho**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Kenmore Mercy Hospital;
- Medical records from Dr. Mitchell;
- Returned correspondence from Dr. Lewis marked undeliverable.

**Myriam Negron**

Ana C. Reyes, Esq.
October 16, 2009
Page 9

- Medical records from Dr. Hanicak;
- Medical records from Fairview Hospital;
- Pharmacy records from Walgreens.

**Lee Petty**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from St. Mary's Hospital;
- Medical records from Strong Memorial Hospital;
- Pharmacy records from CVS and Rite Aid.

**Richard Plambeck**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Das;
- Pharmacy records from A&P Food Stores.

**Kenneth Rarick**

- Medical records from Lockport Memorial Hospital;
- Medical records from Buffalo General Hospital;
- Medical records from Dr. Jehrio and Dr. Michalski.

**James Reilly**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Delgado;
- Medical records from Dr. Jalaj;
- Medical records from Mid Hudson Pain Management;
- Correspondence from Dr. Nunez indicating they have no records;
- Pharmacy records from CVS and Rite Aid.

**Marlo Sackett**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Dr. Obrecht;
- Medical records from Dr. Weber;

Ana C. Reyes, Esq.
October 16, 2009
Page 10

- Medical records from Dr. Rashid;
- Medical records from Dr. Nemani;
- Medical records from ACM Medical Laboratory;
- Medical records from Greece Obstetrics and Gynecology.

**Barbara Schultz**

- Medical records from Allina Medical Center.

**Gladys Steerman**

- Medical records from Robinson Hospital;
- Pharmacy records from Rite Aid.

**Renee Walker**

- Medical records from Cleveland Clinic;
- Pharmacy records from Walgreens Pharmacy.

**Carol Webb**

- Medical records from Mercy Hospital;
- Medical records from Unity Hospital Campus;
- Medical records from Dr. Albee and Dr. Dunsworth.

**Roxana Weese**

- Medical records from Buffalo Clinic;
- Medical records from North Memorial Hospital;
- Medical records from Buffalo Hospital;
- Medical records from Dr. Chandra;
- Pharmacy records from Medco, Caremark Pharmacy and Sterling Drug.

**Harlan Weiser**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Buffalo General Hospital;
- Medical records from Dr. Swetz;
- Medical records from Mercy Hospital;
- Medical records from Orchard Park Family Practice;

Ana C. Reyes, Esq.
October 16, 2009
Page 11

- Medical records from Dr. Huckell;
- Returned correspondence from OLV marked undeliverable.

**Paula Werner-Vecellio**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Cleveland Clinic;
- Medical records from Holland Clinic;
- Medical records from Dr. Wandass;
- Medical records from Physicians Regional Medical Center;
- Medical records from Dr. Parent;
- Medical records from Naples County Hospital;
- Medical records from Bertrand Chaffee Hospital;
- Medical records from Dr. Korolevich;
- Pharmacy records from Cosco, Holland Pharmacy and Walgreens.

**Christine Woodcock-Borzilleri**

- Amended and Supplemental Plaintiff Profile Form;
- Answers to Interrogatories;
- Medical records from Buffalo Cardiology and Pulmonary Associates;
- Medical records from Dr. Mohamed;
- Correspondence from Dr. Sarpal indicating they have no records;
- Pharmacy records from Niagara Apothacary;
- Medical records from Niagara Falls Memorial Medical Center;
- Medical records from Northwest Buffalo Community Health Care Center
- Medical records from Parkland Diagnostic Imaging; and
- Correspondence from Rehab NY indicating they have no records.

Very truly yours,

Brian A. Goldstein
(716) 566-2223

BAG/clm
Enc.

Stephen E. Barnes
Ross M. Cellino
Richard P. Amico
Richard J. Barnes
Denis J. Bastible
Dylan J. Brennan
Charles F. Burkwit
Stephen C. Ciocca
Michael J. Cooper
Christopher D. D'Amato
Nicholas B. Davis
Sandy A. Fazili
Brian A. Goldstein, M.D., J.D.
David M. Goodman
John W. Looney
Michael J. Lovecchio
William J. Loyd
Brett L. Manske
James E. Maslyn

# Cellino & Barnes p.c.

## ATTORNEYS AT LAW

John C. Murrett, Jr.
Matthew R. Newborn
Christian R. Oliver
Gregory V. Pajak
Stephen J. Paluch
Scott K. Rohring
Stephen A. Saltzman
Robert A. Scalione
Gerald W. Schaffer, Jr.
Robert J. Schreck
Jeffrey C. Sendziak
John A. Sheehan
Ellen B. Sturm
David O. Teach
Robert L. Voltz
Michael J. Williams
K. John Wright

Daryl P. Ciambella
Chief Operating Officer

March 16, 2010

**VIA FEDERAL EXPRESS – OVERNIGHT**

Paul Boehm, Esq.
Williams & Connolly, LLP
725 Twelfth Street, N.W.
Washington, DC 20005

RE: *In Re Vioxx Products Liability Litigation, MDL No. 1657*

Dear Mr. Boehm:

Enclosed please find a second set of the complete materials previously provided and supplemented to your office regarding each of the four below individuals.

Included are all medical records (including certifications where available); all pharmacy records (including certifications where available); Supplemental Plaintiff Profile Forms and Amended Plaintiff Profile Forms; Interrogatory responses; notification of no existing records (including certifications where available); expert reports; the client's affidavit of compliance; and the attorney's affidavit of compliance. Where no certification is included it is because the individual or entity has failed to provide a certification despite requests and despite follow up. Where no documents are included it is because the individual or entity cannot be located or has failed to provide the documents despite requests and despite follow up. These efforts were detailed in the compliance affidavits and continued thereafter.

**Louis Amiss**

- Amended and Supplemental Plaintiff Profile Form;
- Attorney Affidavit;
- Client Affidavit;
- Interrogatories;
- Correspondence from CVS Pharmacy indicating they have no records;
- Correspondence from Medco Pharmacy indicating they have no records;
- Records from Dr. Andronaco;
- Records from Dr. Patel;
- Death Certificate (indicating cause of death as Pulmonary Embolism);
- Records from Valley Hospital; and
- Expert report from Dr. Castaldo.

A Professional Corporation

Offices in Buffalo, Rochester and Long Island, New York

350 Main Street, 25th Floor • 2500 Main Place Tower • Buffalo, New York 14202-3725 • Tel: (716) 854-2020 • Fax: (716) 854-6291
1-800-483-2050

Paul Boehm, Esq.
3/16/2010
Page 2

We have requested and followed up our request for certified records from Dr. Joseph Gatner and Bergen Passaic Woman's health Center (which, to our understanding is the same entity) but have not received them.

We have requested and followed up our request for certified records from Eckerd Pharmacy (which, to our understanding may be maintained by Rite Aid) but have not received them.

Mr. Amiss has provided authorizations for defendants' use in obtaining any additional records.

### Myrtle Butterfield

- Amended and Supplemental Plaintiff Profile Form;
- Interrogatories;
- Attorney Affidavit;
- Client Affidavit;
- Records from Canton Potsdam Hospital;
- Records from Claxton Hepburn Medical Center (entry of 5/12/2001, page 75 indicates embolism);
- Records for St. Josephs Hospital (entry of 5/17/2001, page 2 indicates embolism);
- Expert report from Dr. Castaldo;
- Records from Dr. Choong;
- Returned correspondence from Dr. Farrell marked "undeliverable";
- Records from Dr. Libman;
- Records from Dr. Nordberg;
- Correspondence from Dr. Thakur indicating they have no records;
- Pharmacy records from Health Direct Pharmacy;
- Pharmacy records from Kinney Drugs/Scrip Pharmacy/Enterprise Rx Pharmacy System;
- Pharmacy records from Rite Aid; and
- Correspondence from Joan McElwain, RPA-C/Waddington Health Center indicating they have no records.

As noted, we have been unable to locate Dr. Farrell. We have been unable to secure records from Dr. Handelsman and Byrnes (Burns).

In addition to the materials above, Ms. Butterfield is uncertain of who Drs. Hutchings, Laplantney, Maravegias, Moose, Petersen, Stewart, Travis and Vira may be other than possibly individuals whose names appear in her various medical records. She has provided authorizations for defendants' use in obtaining any additional records.

Paul Boehm, Esq.
3/16/2010
Page 3

### Judith Eddy

- Amended and Supplemental Plaintiff Profile Form;
- Interrogatories;
- Client Affidavit;
- Attorney Affidavit;
- Expert report from Dr. Castaldo;
- Medical records from the University of Pittsburgh Medical Center/Southside Hospital (entry of 12/7/2001, page 1 indicates embolism);
- Medical records from Bradford Regional Medical Center(entry of 12/7/2001, page 1 indicates embolism);
- Pharmacy letter from Bradford Regional Medical Center indicating no prescription history;
- Medical records from Dr. Johe (entry of 12/7/2001, page 43 indicates embolism);
- Medical records from Dr. Saleh (entry of 7/21/2004, page 2 indicates embolism); and
- Pharmacy records from Tops Pharmacy.

As noted in the plaintiff's Amended and Supplemental Plaintiff Profile Forms, Dr Sethi treated Ms. Eddy at University of Pittsburgh Medical Center/Southside Hospital. These complete records have already been provided. Ms. Eddy has provided authorizations for defendants' use in obtaining any additional records.

### James Reilly

- Amended and Supplemental Plaintiff Profile Form;
- Interrogatories;
- Client Affidavit;
- Attorney Affidavit;
- Expert report from Dr. Castaldo;
- Commercial Driver Medical Exam Reports;
- Medical records from Dr. Delgado;
- Medical records from Dr. Jalaj (entry of 6/21/2004, page 23 indicates embolism);
- Correspondence from Dr. Nunez indicating that they no longer have records;
- Pharmacy records from CVS;
- Pharmacy records from Rite Aid;
- Medical records from Mid Hudson Pain Management (entry of 8/13/2004, page 1 indicates embolism) ; and
- Medical records from Vasser Brothers Hospital (entry of 4/20/2004, page 25 indicates embolism).

Paul Boehm, Esq.
3/16/2010
Page 4

We did not receive notification of any claimed deficiencies following our production of October 16, 2009. As you are aware, any claimed deficiencies regarding Mr. Reilly were not included in your letter of February 8, 2010 to Ann Oldfather and we were not copied on that letter. Mr. Reilly has provided authorizations for defendants' use in obtaining any additional records.

We believe each of the above clients is firmly compliant with Pre-Trial Order No. 28. Finally, as Ms. Oldfather has indicated, we have forwarded stipulations to voluntarily dismiss the cases of Mary Adams, Joan Carman, James Carter, June Edwards, Ella Kingsley, Michael Mayeu and Scott McMurry to your office.

Please let me know if you have any questions and thank you for your continuing courtesy.

Very truly yours,

Brian A. Goldstein
(716) 566-2269

BAG:clm

Enclosures

cc: Ann B. Oldfather (w/enc. via FedEx - Overnight)

**TAB 2**



**TAB 3**

LAW OFFICES

# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

PAUL E. BOEHM
(202) 434-5366
pboehm@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 8, 2010

**By First Class and Electronic Mail**

Ann B. Oldfather, Esq.
Oldfather Law Firm
1330 South Third Street
Louisville, KY  40208

Subject:        *Vioxx Litigation*

Dear Ann:

Thank you for your letter dated February 1, 2010, in which you indicate your intention to appear, or potentially to appear, as counsel for 22 plaintiffs formerly represented by Cellino & Barnes.  Of these 22 cases, material deficiencies in the discovery materials, pursuant to Pre-Trial Order No. 28, continue to exist in at least 15 (see Attachment A).

We originally requested dismissal of these cases in September 2009.  As part of Judge Fallon's October 30, 2009 Orders, plaintiffs were given until November 30, 2009 to comply with Pre-Trial Order 28.  We intended to seek dismissal of these cases at the December MDL status conferences, but agreed to temporarily defer the motion.  We also were prepared to seek dismissal of these cases at the January 2010 MDL status conference, but, given the uncertainty as to these plaintiffs' representation, we again agreed to defer this motion until the February 3 status conference, which now has been rescheduled for February 26.

Although plaintiffs have had sufficient time to comply with Judge Fallon's October 30, 2009 Orders, we are prepared to agree to an additional extension and not to seek dismissal of these cases until the MDL status conference in March.  At that time, we will seek dismissal with prejudice of any case in which any material deficiencies have not been cured before March 18, 2010.  Kindly let us know as soon as possible if you do not agree with the proposed compliance date of March 18, 2010—which gives you several additional weeks—so that we can decide whether to seek an appropriate order at the February 26 status conference.  Also, please let us know as soon as possible if our understanding is incorrect that you will be representing each of the 22 plaintiffs referenced in our January 25 and February 1 correspondence.

Ann B. Oldfather, Esq.
February 8, 2010
Page 2


Please let me know if you have any questions.

Very truly yours,

Paul Boehm

Ann B. Oldfather, Esq.
February 8, 2010
Page 5

**Eddy, Judith**

We are missing the following required information:

1. Medical records from Dr. Jigme Sethi (and accordingly signed certifications that a complete production has been made).  Additionally, we are missing signed certifications from all healthcare providers that a complete production has been made.