UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation <br><br> This Document Relates to: <br><br> STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, <br><br>     Plaintiff, <br><br> versus <br><br> MERCK SHARP & DOHME CORP., <br><br>     Defendant. <br><br> Case No. 05-3700. | MDL No. 1657 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NO. 1, TO EXCLUDE EVIDENCE OR ARGUMENT CRITICIZING THE FOOD AND DRUG ADMINISTRATION OR ITS APPROVAL OF VIOXX AND ACCOMPANYING EXHIBIT UNDER SEAL**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument Criticizing The Food And Drug Administration Or Its Approval Of Vioxx and accompanying exhibit under seal.  Merck seeks to file these documents under seal because they include excerpts from the testimony of David Kessler, which was designated as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument

1011241v.1

Criticizing The Food And Drug Administration Or Its Approval Of Vioxx and accompanying exhibit under seal.

Dated:  March 19, 2010                                    Respectfully submitted,


/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

1011241v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument Criticizing The Food And Drug Administration Or Its Approval Of Vioxx and accompanying exhibit under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1011241v.1