UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *    MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *    SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *    JUDGE ELDON E. FALLON |
|         Plaintiff, | * |
| | *    MAGISTRATE JUDGE |
|   versus | *    KNOWLES |
| | * |
| MERCK SHARPE & DOHME CORP., | * |
| | * |
|         Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DOCUMENTS FILED UNDER SEAL**

1. Defendant's Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument Criticizing The Food And Drug Administration Or Its Approval Of Vioxx; and,

2. Exhibit A.

1011243v.1