UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                   Plaintiff,<br><br>    versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                   Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

**REPLY IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NO. 7 FOR ORDER EXCLUDING THE FRIES LETTER**

Plaintiff "opposes Motion *in Limine* No. 7[For Order Excluding The Fries Letter] … and incorporates oppositions by reference from the *Irvin*, *Mason*, and *Dedrick* cases, and respectfully requests that the Court adopt prior briefs and prior rulings."[1] (Pl.'s Opp'n to Nos. 7 and 10 at 1.) Merck agrees with the Plaintiff that the Court should adopt its prior rulings on the Fries letter given that the Court **granted** Merck's motions to exclude the Fries Letter in *Mason* and *Dedrick*. (*See* Merck's Mot. No. 7 at 2; *see also* Oct. 16, 2006 *Mason* Order at 13; Nov. 22, 2006 *Dedrick* Order at 13.) In *Irvin/Plunkett I* and *Irvin/Plunkett II*, the Fries Letter was addressed as part of a broader motion on conduct with no nexus to the case. The Court reserved ruling in *Plunkett I* (Nov. 20, 2005 *Plunkett I* Order at 2), and the Court adopted that same ruling in *Plunkett II* (Feb.

---

[1] In so doing, Plaintiff makes absolutely no attempt to explain how the Fries Letter is relevant to any of its Louisiana-based claims in this case.

1

6. 2006 *Plunkett II* Order).  The Fries Letter, however, was not admitted during trial in either case.

Dated:  March 19, 2010                                   Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: (504) 581-3200
Fax:    (504) 581-3361

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply In Support Of Defendant's Motion *In Limine* No. 7 For Order Excluding The Fries Letter has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1011238v.1