UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| This Document Relates to: | * MDL No. 1657 |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General, | * SECTION L |
|     Plaintiff, | * JUDGE ELDON E. FALLON |
| versus | * MAGISTRATE JUDGE KNOWLES |
| MERCK SHARP & DOHME CORP., | * |
|     Defendant. | * |
| Case No. 05-3700. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**REPLY IN SUPPORT OF DEFENDANT'S MOTION *IN LIMINE* NO. 14 TO EXCLUDE THE WAXMAN MEMO AND THE MARTIN REPORT**

Merck's Motion *in Limine* No. 14 addresses two hearsay documents that are irrelevant to Plaintiff's claims: (1) the Martin Report; and (2) the Waxman Memo. Plaintiff did not file an opposition to this motion *in limine*. With respect to the Martin Report, this motion is moot because Plaintiff's omnibus motion *in limine* similarly requested the Court exclude the document. (*See* Pl.'s Omnibus Motion *in Limine* No. 10.) As for the Waxman Memo, the Court should exclude this document for the reasons set forth in Merck's opening motion.

1

1011239v.1

Dated: March 19, 2010                               Respectfully submitted,

                                                    /s/ Dorothy H. Wimberly
                                                    Phillip A. Wittmann, 13625
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER
                                                    WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, LA 70130
                                                    Phone: (504) 581-3200
                                                    Fax:    (504) 581-3361

1011239v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Reply In Support Of Defendant's Motion *In Limine* No. 14 To Exclude The Waxman Memo And The Martin Report has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of March, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1011239v.1