EXHIBIT A

• **MIL 15 Reply**

| | | |
|---|---|---|
| [2221:1] - [2222:4] | 8/14/2006 | Barnett Trial v.11 (pages 2221- 2444 ) (Reicin) |

```
page 2221
 1                       UNITED STATES DISTRICT COURT
 2                       EASTERN DISTRICT OF LOUISIANA
 3
 4
 5        IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
          LIABILITY LITIGATION          *
 6                                      *
                                        *
 7        THIS DOCUMENT RELATES TO      *   AUGUST 14, 2006, 8:30 A.M.
                                        *
 8                                      *
          GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
 9          & CO., INC.                 *
          * * * * * * * * * * * * * * *
10
11
                                   VOLUME XI
12                           JURY TRIAL BEFORE THE
                            HONORABLE ELDON E. FALLON
13                         UNITED STATES DISTRICT JUDGE
14
          APPEARANCES:
15
16        FOR THE PLAINTIFF:            ROBINSON, CALCAGNIE & ROBINSON
                                        BY:  MARK P. ROBINSON JR., ESQ.
17                                      620 NEWPORT CENTER DRIVE
                                        NEWPORT BEACH, CALIFORNIA 92660
18
19        FOR THE PLAINTIFF:            BEASLEY ALLEN CROW METHVIN
                                          PORTIS & MILES
20                                      BY:  ANDY D. BIRCHFELD JR., ESQ.
                                        234 COMMERCE STREET
21                                      POST OFFICE BOX 4160
                                        MONTGOMERY, ALABAMA 36103
22
23        FOR THE DEFENDANT:            BARTLIT BECK HERMAN
                                          PALENCHAR & SCOTT
24                                      BY:  PHILIP S. BECK, ESQ.
                                             ANDREW L. GOLDMAN, ESQ.
25                                      54 W. HUBBARD STREET, SUITE 300
                                        CHICAGO, ILLINOIS 60601
page 2222
 1
          OFFICIAL COURT REPORTERS:     CATHY PEPPER, CCR, RPR, CRR
 2                                      TONI DOYLE TUSA, CCR, FCRR
                                        500 POYDRAS STREET, ROOM HB-406
 3                                      NEW ORLEANS, LOUISIANA 70130
                                        (504) 589-7778
 4
```

| | | |
|---|---|---|
| [2389:9] - [2390:11] | 8/14/2006 | Barnett Trial v.11 (pages 2221- 2444 ) (Reicin) |

```
page 2389
 9              MR. GOLDMAN:  YOUR HONOR, HE IS ABOUT TO GET INTO THE
10        "EXPRESSION OF CONCERN" WHICH YOUR HONOR EXCLUDED FROM THE
11        PLUNKETT TRIAL.
12              MR. ROBINSON:  HE DIDN'T EXCLUDE IT HERE.  IT'S
13        CROSS-EXAMINATION, YOUR HONOR.  I MEAN, I THINK SHE KNEW.  SHE
14        SAW THIS.  IT GOES TO --
15              THE COURT:  NOT SO LOUD.  I CAN HEAR YOU.
16              MR. ROBINSON:  YOUR HONOR, IT SHOWS THAT, BASICALLY,
17        WHAT SHE IS SAYING IS -- SHE JUST SAID, "IT'S OKAY.  IT'S OKAY
18        IF I PUBLISHED THIS BECAUSE OF THE PRE-SPECIFIED POINT."  THEY
19        GO IN THERE AND THEY GO, "NO, THAT'S HER EXCUSE, BUT WE DON'T
20        THINK THAT'S RIGHT.  WE WOULD HAVE ACCEPTED" --
21              MR. GOLDMAN:  JUDGE, THIS IS A HEARSAY DOCUMENT
22        THAT'S PUBLISHED BY THE NEW ENGLAND JOURNAL OF MEDICINE.  IT IS
```

• **MIL 15 Reply**

```
            23       NOT A PEER-REVIEWED ARTICLE.  IT CANNOT BE USED TO IMPEACH HER.
            24       IT'S AN OPINION OF DR. CURFMAN AND DR. DRAZEN.  IT IS NOTHING
            25       MORE THAN HEARSAY, AND IT DOESN'T GO TO IMPEACH HER AT ALL.
           page 2390
            1                 THE COURT:  THAT'S A CLOSE ONE, IT HONESTLY IS.  I'LL
            2        OVERRULE THE OBJECTION AND ALLOW IT.  IT'S A CLOSE ONE.  I DO
            3        IT BECAUSE SHE KNOWS ABOUT IT.  THIS IS SOMETHING THAT SHE HAS
            4        GOT TO BE ABLE TO RESPOND TO.
            5                 MR. BECK:  YOUR HONOR, ARE YOU SAYING HE CAN ASK HER
            6        QUESTIONS ABOUT IT?  HE CERTAINLY CANNOT PUT THE DOCUMENT IN.
            7                 THE COURT:  NO, YOU CAN'T PUT THE DOCUMENT IN.  JUST
            8        ASK IF SHE KNOWS --
            9                 MR. ROBINSON:  CAN I HAVE HER READ THE DOCUMENT?
            10                MR. BECK:  ASK HER IF SHE KNOWS IT AND SHE CAN
            11       EXPLAIN.
```