• **MIL 9 Reply**

| | |
|---|---|
| [222:1] - [222:24] | 7/29/2005   Bold, Thomas - 07-29-05 (NJ pp. 222-492) |

```
page 222
 1                SUPERIOR COURT OF NEW JERSEY
                  LAW DIVISION - ATLANTIC COUNTY
 2
                            - - -
 3
 4   IN RE:   VIOXX LITIGATION : CASE NO. 619
 5
 6                          - - -
 7                      CONFIDENTIAL
 8            SUBJECT TO PROTECTIVE ORDER
 9                          - - -
10                      July 29, 2005
11                          - - -
12           Continued videotape deposition of THOMAS
13   BOLD, M.D., held in the offices of Morgan Lewis,
14   1701 Market Street, Philadelphia, Pennsylvania
15   19103, commencing at 9:07 a.m., on the above date,
16   before Linda L. Golkow, a Federally-Approved
17   Registered Diplomate Reporter and Certified
18   Shorthand Reporter.
19                          - - -
20
21
                   ESQUIRE DEPOSITION SERVICES
22             1880 John F. Kennedy Boulevard
                          15th Floor
23             Philadelphia, Pennsylvania 19103
                        (215) 988-9191
24
```

| | |
|---|---|
| [475:7] - [476:3] | 7/29/2005   Bold, Thomas - 07-29-05 (NJ pp. 222-492) |

```
page 475
 7         Q.     In hindsight, as you put it, is there
 8   anything you wish you had done differently?
 9         A.     Well, I would lie to you if I would
10   say -- if I would not have asked myself that
11   question, because I did, of course.  I think
12   doubting yourself, I think, is natural.  I think
13   it's healthy.  You can never be too sure about
14   things.
15                On the other hand, I have not seen
16   anything which I could have done differently.
17   Looking at my personal responsibility, looking at
18   the data I was responsible for, say, the spontaneous
19   reports, safety surveillance, I'm not sure I could
20   have done anything differently, realizing the
21   limitations of that data and the problem at hand.
22                I also haven't seen anybody pointing
23   to that.  I haven't seen -- I have seen the
24   statements by experts at the FDA, by people of the
25   European Union who basically performed the same
page 476
 1   evaluations, and all of these experts said that it
 2   is virtually impossible to detect that signal from
 3   spontaneous reports.
```