# Report of John S. MacGregor, M.D., Ph.D.
# Regarding The Cardiovascular Effects of Vioxx
# November 6, 2009

## I.  Background and Qualifications

I am a physician licensed to practice medicine in the State of California. I earned my B.A. at the University of California San Diego in Biology (1974). I earned my M.D. and Ph.D. degrees from Cornell University. My Ph.D. is in biochemistry with a minor in pharmacology. My thesis research was on structure and function relationships in the enzymes fructose 1,6-bisphosphatase and fructose 1,6-bisphosphate aldolase, and the relationship of the structure and function of these enzymes to their roles in the control of glucose metabolism. The laboratory in which I conducted this research was located at the Roche Institute of Molecular Biology on the Nutley, New Jersey campus of the pharmaceutical company Hoffmann-La Roche. I did post-doctoral research at The Rockefeller University, studying cell adhesion molecules. I have published scientific and medical articles in peer-reviewed journals. I have performed peer review at the request of editors of medical and scientific journals. My medical and scientific training includes a background in statistics and epidemiology. I did my internship in internal medicine at St. Luke's Hospital in New York City, an affiliate of Columbia University (1984-85) and my residency in internal medicine at the University of California San Diego (1985-87). I did my cardiology fellowship and interventional cardiology fellowship at the University of California San Francisco (1988-91). I am Board Certified in Internal Medicine, Cardiology and Interventional Cardiology. I practice and teach cardiology and interventional cardiology at the University of California San Francisco where I am a Clinical Professor of Medicine. I am Director of the Cardiac Catheterization Laboratory and Interventional Cardiology at San Francisco General Hospital and I am an attending physician in cardiology and interventional cardiology at the San Francisco Veterans Administration Hospital and at U.C.S.F. Moffitt Long Hospital. In my practice as a cardiologist and interventional cardiologist, I have diagnosed and treated hundreds of patients with myocardial infarction.

## II.  Material Reviewed

I have previously testified at deposition and/or trial in the cases of *Doherty v. Merck*, *Appell and Arrigale v. Merck*, and *Berwick v. Merck*. In these cases, I have previously listed extensive medical and scientific literature that I have reviewed with regard to Vioxx.

## III.  Summary of Opinions

A.   Merck manufactured and sold Vioxx, which it knew or should have known caused myocardial infarctions, and failed to provide adequate warnings of the cardiovascular risks.

1

M0141081<br>59

B.   Results of randomized clinical trials with Vioxx demonstrated increased cardiovascular events, including myocardial infarctions, at several doses, in different patient populations with different degrees of underlying cardiovascular risk and with varying duration of exposure.

C.   Randomized clinical trials demonstrated a significant increase in myocardial infarctions, hypertension, edema and congestive heart failure for patients on Vioxx, compared to those on placebo or other NSAID comparators.

D.   A cardioprotective effect of naproxen does not explain the five-fold increase in myocardial infarctions, in the Vioxx group in the VIGOR trial.

E.   The pre-approval clinical trials of Vioxx, mainly in patients with osteoarthritis, involved several comparators, doses and durations of treatment. These studies were not designed or statistically powered to detect the potential cardiovascular risk of Vioxx. However, collectively they show an increased risk of cardiovascular events.

F.   The 1999 label, which was in effect until April 2002, had no warning discussing the potential for cardiovascular events. The label went unchanged after the VIGOR trial was unblinded in March 2000, for an additional two years. The label as of April 2002 did not warn about the cardiovascular risks of Vioxx and included misleading information that implied that Vioxx was safe based on two randomized studies with elderly patients. Other osteoarthritis and rheumatoid arthritis clinical trial evidence demonstrating increased cardiovascular risk was not included in the label. Further, the 2002 label did not include warnings or instructions regarding length of use of 50 mg for acute pain.

G.   I continue to hold the opinions I have expressed in deposition and trial testimony in the cases of *Doherty v. Merck, Appell and Arrigale v. Merck* and *Berwick v. Merck*.

## IV.   Vioxx causes myocardial infarction.

A.   Biological Mechanism - Vioxx upsets the balance between Prostaglandin $I_2$ and Thromboxane $A_2$.

Vioxx acts by inhibiting the action of an enzyme called cyclooxygenase-2 (COX-2) in the endothelial cells of blood vessels. Inhibition of this enzyme suppresses the formation of prostaglandin $I_2$ from arachidonic acid. Prostaglandin $I_2$ has been shown to inhibit platelet aggregation, cause vasodilation and prevent the proliferation of vascular smooth-

2

M01141081160

muscle cells. In platelets, arachidonic acid is metabolized by an enzyme called cyclooxygenase-1 (COX-1) into thromboxane $A_2$, a compound that causes vasoconstriction and platelet aggregation and the promotion of thrombus formation.

Balance between the opposing effects of prostaglandin $I_2$ and thromboxane $A_2$, is important in cardiovascular disease. Selective suppression of prostaglandin $I_2$ production caused by the inhibition of cyclooxygenase-2 by Vioxx, which has essentially no effect on cyclooxygenase-1 and thromboxane $A_2$ production, is believed to upset the balance between these compounds in a way that increases the concentration of thromboxane $A_2$ relative to prostaglandin $I_2$. It has been proposed that this creates a prothrombotic environment which is the likely explanation for the observed increase in thrombotic complications, including myocardial infarction and stroke, seen in patients taking Vioxx in the clinical trials that will be discussed below. Reduction of prostaglandin $I_2$ formation might also be expected to elevate blood pressure and accelerate atherogenesis, based on its effects on vasodilation and vascular smooth-muscle cell proliferation. Hypertension was a common side effect of Vioxx therapy in the clinical trials. These additional effects would further explain the deleterious cardiovascular effects observed in patients taking Vioxx.

B.    VIGOR Trial

A substantial amount of evidence from large, randomized controlled clinical trials indicates that Vioxx increases the risk of acute cardiovascular events including myocardial infarction. In the VIGOR trial, 8076 patients with rheumatoid arthritis were randomized to receive either 50 mg of Vioxx per day or 500 mg of naproxen twice a day. The median follow up period was nine months. There was a statistically significant four-fold increase in the incidence of myocardial infarction in the patients receiving Vioxx compared to patients taking naproxen, as reported in the article describing the results of the VIGOR trial that appeared in the New England Journal of Medicine on November 23, 2000.[1] One proposed explanation for this was that naproxen might have a protective cardiovascular effect. This explanation is not supported by any direct evidence from randomized, placebo-controlled clinical trials. In fact, even if naproxen provided a cardioprotective effect equal to aspirin, it would not account for the increased risk seen in patients taking Vioxx in the VIGOR trial. It was subsequently reported that three additional patients in the Vioxx group of the VIGOR trial had experienced myocardial infarctions.[2] A total of 20 patients who were randomized to receive Vioxx experienced myocardial infarction, compared to four patients with myocardial infarction in the naproxen group. When these additional patients were included in the analysis, patients randomized to receive Vioxx were five times more likely to have a myocardial infarction than patients randomized to receive naproxen. The authors proposed that the difference in MI rates between patients taking naproxen and Vioxx was, "primarily accounted for by the high rate of myocardial infarction among the four percent of the study population with the highest risk of a myocardial infarction, for whom low-dose aspirin is indicated."[3] They further state that the difference in the rates of myocardial infarction was not significant for those patients in whom aspirin was not indicated. However, when the

3

three omitted patients with myocardial infarction were included in the analysis of all thrombotic events there was a statistically significant increased risk for patients on Vioxx compared to those on Naproxen in both the aspirin indicated and non aspirin indicated groups. In the VIGOR trial, 80% of the total myocardial infarctions were attributable to taking Vioxx. There was early separation of the time to serious thrombotic cardiovascular event curves, with separation noted after only 4 to 6 weeks of treatment with Vioxx.[4] Moreover, significantly more patients in the Vioxx group developed hypertension that caused them to drop out of the study: 28 in the Vioxx group v. 6 in the naproxen group (RR 4.67, p<0.001).[5]

C.     APPROVe Trial

In the Adenomatous Polyp Prevention on Vioxx Trial (APPROVe), 2586 patients with a history of colorectal adenomas were randomized to receive either 25 mg per day of Vioxx or placebo. This trial was stopped early by the data safety monitoring committee because of a significant increase in cardiovascular events, including myocardial infarction and stroke, for patients taking Vioxx compared to those on placebo. The risk of myocardial infarction was 2.3 times greater for patients taking Vioxx compared to patients taking placebo.

D.     Study 090

Study 090 was a randomized, placebo-controlled, double-blind trial comparing the efficacy and safety of 12.5 mg per day of Vioxx to 1000 mg per day of nabumetone and to placebo over a 6 week period, in treating osteoarthritis of the knee. Low dose aspirin for cardioprotection was allowed. There was a trend toward increased serious adverse cardiovascular events in the Vioxx group compared to the other two groups, even at this lower dose of Vioxx, and even with the short period of treatment. Out of a total of nine serious adverse cardiovascular events in study 090, six were in the Vioxx group.

E.     Alzheimer's Disease Trials (Protocols 091, 078 and 126).

Three randomized, placebo-controlled clinical trials in patients with either Alzheimer's Disease (Protocols 091 and 126) or mild cognitive impairment (Protocol 078) were conducted to test whether Vioxx would slow the progression of Alzheimer's Disease, or in the case of patients with mild cognitive impairment, whether Vioxx would prevent Alzheimer's Disease from developing. Major problems with these trials included high drop out rates and low rates of compliance with taking the study medications. With these caveats in mind, a major finding of these trials was that Vioxx significantly increased the progression of patients with mild cognitive impairment to Alzheimer's disease. A review of these data showed a statistically significant increase in the relative risk for all-cause mortality and the combined outcome of MI and sudden cardiac death compared to the placebo group.

F.     Osteoarthritis Trials

M01141081G2

A summary of some of the trials of Vioxx in patients with osteoarthritis is included in a Merck document submitted to the FDA titled, "Rofecoxib Cardiovascular Combined-Analysis Update with Data through June 2003." Table 13 of this document presents the thrombotic cardiovascular serious adverse experiences (TCVSAE) for a number of studies, including some of the osteoarthritis trials, and calculates the relative risk and 95% confidence interval for each study, for studies within a category and for all categories combined. The Merck analysis of the combined osteoarthritis studies calculated a relative risk of 2.84 (increased risk with Vioxx), with a 95% confidence limit of 0.97 to 8.38 using the Cox model if the number of cases is at least 11, otherwise the relative risk was calculated using a ratio of rates. I used the data from the osteoarthritis trials, from Table 13, to calculate a relative risk using the ratio of rates method.[6] Using this method, I calculated a relative risk of 3.03 which was statistically significant. In addition, this table omitted results from some osteoarthritis trials. For example, study 010 is not included in this analysis. When study 010 is included, a statistically significant relative risk of greater than three is obtained. The information regarding the osteoarthritis trials that is contained in Table 13 was known to Merck in June of 2002. The overall relative risk of 1.26, calculated by combining all of the study categories, including patients with osteoarthritis, rheumatoid arthritis and Alzheimer's Disease, is misleading because the patient groups and the quality of the studies are distinctly different. Specifically, as mentioned above, the Alzheimer's studies, which contributed the majority of patient-years to the analysis, had a large drop-out rate and poor compliance with medication.

G.      Protocol 203

Protocol 203 was Merck's combined analysis of the following three placebo-controlled trials of Vioxx (rofecoxib): 1. APPROVe, or Protocol 122; 2. ViP, or Protocol 201; and 3. VICTOR, or Protocol 145. In general, Protocol 203 was an attempt to take three efficacy trials and combine them to also look at safety. Protocol 203 was the only protocol designed and powered to look at CV safety of Vioxx. It did not have an efficacy end point.

Per Protocol 203's Executive Summary, all three studies were to allow use of low-dose aspirin (75 to 100 mg/day) in patients with past CV history (CVA, TIA, MI, angina, CABG, PTCA). Patients included in Protocol 203 were comparable in age to patients with osteoarthritis or rheumatoid arthritis, "allowing generalization of the results of this analysis to other populations, including those with osteoarthritis or rheumatoid arthritis."[7]

Per Merck's protocol, the primary endpoint was confirmed thrombotic cardiovascular adverse events, as defined by Merck's standard operating procedure ("SOP") of cardiovascular events. Per Merck's protocol, events in its SOP definition for confirmed events include: 1. acute MI, fatal or nonfatal; 2. unstable angina pectoris; 3. sudden and/or unexplained death; 4. resuscitated cardiac arrest; 5. cardiac thrombus; 6. pulmonary embolism, fatal or nonfatal; 7. peripheral arterial or venous thrombosis, fatal or nonfatal; 8. ischemic stroke, fatal or nonfatal; 9.) cerebrovascular venous thrombosis, fatal or nonfatal; and 10) transient ischemic attack.[8] Secondary endpoints included

M01410816

investigator-reported CVA (all those submitted for adjudication) and confirmed APTC combined endpoint. Other endpoints included the following: 1. Confirmed MI; 2. all confirmed cardiac events (consisting of acute MI, fatal or nonfatal; unstable angina pectoris; sudden and/or unexplained death; resuscitated cardiac arrest; and cardiac thrombus); 3. all confirmed cerebrovascular events (consisting of ischemic stroke, fatal or nonfatal; cerebrovascular venous thrombosis, fatal or nonfatal; and peripheral venous thrombosis; 4. confirmed thrombotic CV deaths (including confirmed sudden or unexplained death); and 5. confirmed stroke (ischemic or hemorrhagic).[9]

Additionally, Protocol 203 demonstrated a highly statistically significant increased risk of cardiac events on Vioxx compared to placebo, with early separation of the incidence curves.[10]

H.     VICTOR

The VICTOR trial was designed to explore the value of Vioxx in reducing the chances of colorectal cancer recurrence following conventional adjuvant therapy. Overall study data from VICTOR was monitored by a separate ESMB than that of ViP and APPROVe, the other two studies contributing to Protocol 203. In VICTOR, 7000 patients were to be randomized equally between 25 mg of Vioxx daily and placebo, with half receiving Vioxx for two years, the other half for five years. The VICTOR trial was not initially designed to examine CV data, but later was amended to do so in light of the VIGOR data. While 2434 patients were recruited between April 2002 and September 2004, at 151 United Kingdom clinical centers, recruitment stopped and the trial was unblinded on September 30, 2004, when Merck withdrew Vioxx from the worldwide market. The VICTOR article published in July 2007, showed a statistically significant increased risk of cardiovascular thrombotic events on Vioxx at a dose of 25 mg, compared to placebo, RR = 2.66, p= 0.04.[11]

V.     **Vioxx Causes an Increased Risk of Hypertension**

There is no doubt that Vioxx increases a patient's risk for having a thrombotic event, such as MI. One way in which a Vioxx MI may occur is through an injury to the artery resulting from shear stress due to hypertension. Vioxx increases the risk of developing hypertension. A review of the peer-reviewed published literature and Merck internal documents, support the opinion that Vioxx is demonstrated to have powerful hypertensive effects, greater than that of other NSAIDs.

A.     APPROVe Trial

The APPROVe trial randomized 2586 subjects with colorectal adenomas to 25mg of Vioxx versus placebo to determine whether Vioxx would prevent the recurrence of adenomas or progression to colon cancer. Subjects were over 40 years of age and up to 20% could use low dose aspirin. Subjects with uncontrolled hypertension or serious heart disease were excluded. The study was discontinued early by the External Safety Monitoring Board (ESMB).[12]

The published results of APPROVe show that the risk of cardiac events, defined as MI (fatal or non-fatal), sudden cardiac death, or unstable angina significantly increased with a relative risk of 2.80 (1.44-5.45). A mean increase in systolic blood pressure of 3.4 ± 0.4 mmHg and diastolic blood pressure of 0.9 ± 0.2 mmHg were seen, compared to a reduction of 0.5 ± 0.2 and 0.8 ± 0.3 mmHg in the placebo group (p<0.01), which represents an average change in 1287 subjects. Some patients experienced much higher increases in blood pressure, further increasing their risk of a cardiac event.

The following Kaplan Meier curve is Merck's "Figure 9" in the General Safety Report which shows the cumulative incidence rates of hypertension AEs in the APPROVe study. The curve indicates that there is a doubling of hypertension risk at 25 mg Vioxx versus placebo.



**Figure 1. Merck's "Fig 9" in the "General Safety Report" (GSR), Reference P122, Appendix 2.1.1 (MRK-AFV0426229)**

### B. VIGOR Trial

The VIGOR study was performed in rheumatoid arthritis patients. The study randomized 8,076 patients to 50 mg of Vioxx versus 500 mg of naproxen twice daily. Aspirin use was not permitted and high CV risk patients were excluded. The relative risk for developing a confirmed adjudicated cardiovascular thrombotic event was 2.38 (CI 1.39-4.0).[3]

7

Hypertension results from the VIGOR study show that patients taking Vioxx 50 mg were at a significantly increased risk of experiencing hypertension when compared to those subjects taking naproxen. In the FDA Advisory Committee Briefing Document for NDA 21-042, s007 for VIOXX Gastrointestinal Safety dated February 8, 2001, the discontinuations due to hypertension-related AEs were 28 on Vioxx 50 mg vs. 6 on naproxen. The table below demonstrates that the relative risk estimate is 4.67 (1.93, 11.28), p<0.0001.[14]

Table 7: Results of pre-specified safety analyses involving NSAID-related adverse events.

| Type of Adverse Experience | Treatment | N | Events | Rates | Relative Risk | | | p-value |
|---|---|---|---|---|---|---|---|---|
| | | | | | Estimate | 95%CI | | |
| Discontinued due to edema-related AEs | rofecoxib | 4047 | 25 | 0.93 | 1.92 | (0.98, 3.75) | | 0.057 |
| | naproxen | 4029 | 13 | 0.48 | | | | |
| Discontinued due to hypertension-related AEs | rofecoxib | 4047 | 28 | 1.04 | 4.67 | (1.93, 11.28) | | <0.001 |
| | naproxen | 4029 | 6 | 0.22 | | | | |
| CHF AEs | rofecoxib | 4047 | 19 | 0.70 | 2.11 | (0.96, 4.67) | | 0.065 |
| | naproxen | 4029 | 9 | 0.33 | | | | |
| Discontinued due to hepatic disease AEs | rofecoxib | 4047 | 10 | 0.37 | 3.33 | (0.92, 12.11) | | 0.067 |
| | naproxen | 4029 | 3 | 0.11 | | | | |
| Discontinued due to renal-related AEs* | rofecoxib | 4047 | 8 | 0.29 | 1.14 | (0.41, 3.15) | | 0.796 |
| | naproxen | 4029 | 7* | 0.26 | | | | |

Source: Modified from sponsor's tables 66 to 72, 088c study report

**Figure 2. Table 7 showing number of discontinuations due to HTN-related AEs.**

C.      Protocol 112

In Protocol 112, Merck studied the effects of Vioxx 12.5 mg and Vioxx 25 mg on hypertension compared to Celebrex 200 mg and placebo. It was a 6-week controlled study of 1,521 patients.[15] The Merck Statistical Report showing analyses as of January 9, 2001 indicates that the effects of Vioxx on hypertension were approximately twice that of the effects of Celebrex and placebo on hypertension (on Vioxx 25 mg and 12.5 mg, approximately 10% of patients had increased systolic blood pressure greater than 20 mm and absolute value of over 140 mm, exceeding the pre-defined limits of change, compared to 5.3% on Celebrex and 4.80% on placebo). The increased hypertension on Vioxx 25 mg versus Celebrex 200 mg and placebo was statistically significant, at p = 0.004 and p = 0.0046, respectively.[16]

D.      Meta-Analysis of Published RCTs

8

MDL410816\_

On March 14, 2005, a meta-analysis of the blood pressure data from the published RCTs was published in the Archives of Internal Medicine.[17]  This meta-analysis showed a greater effect of Vioxx on blood pressure than other NSAIDs.   The investigators included a table listing the 19 trials meeting inclusion criteria (see Figure 3 below).  The authors reached their results despite the fact that two key studies were not included in the meta-analysis – 1) Protocol 112, which was completed by January 2001, and showed a statistically significant doubling of the risk for Vioxx versus Celebrex and placebo; Merck did not publish this study and 2) APPROVe, published after the cutoff for publications to be included in the meta-analysis.

**Table. Characteristics of 19 Trials Meeting Inclusion Criteria for the Present Analysis**

| Source | No. of Subjects (N = 45 451) | Mean Age, y | Sex, % Female | Patient Type | Design | Drug | Comparitor | Study Duration, wk |
|---|---|---|---|---|---|---|---|---|
| Ehrich et al[15] | 219 | 64 | 71 | OA | R, C, B, D, MC, Par | Rofecoxib | Placebo | 6 |
| Hawkey et al[6] | 660 | 51.7 | 82 | RA | R, MC, DB, Par | Rofecoxib | Placebo, naproxen | 12 |
| Schnitzer et al[20] | 656 | 55 | 77 | RA | R, PC | Rofecoxib, celecoxib | Placebo | 8 |
| Geba[32] | 1082 | 62 | F>M | OA | R, C | Rofecoxib, celecoxib | Placebo | 6 |
| White et al[19] | 178 | 53 | 44 | HT | R, DB, PC, Par | Celecoxib | Placebo | 4 |
| Simon et al[31] | 1149 | 54 | 67 | RA | R, MC, PC, DB | Celecoxib | Placebo | 12 |
| Collantes et al[14] | 871 | 52 | 82 | RA | R, C, MC, DB | Celecoxib | Placebo, naproxen | 12 |
| Bombardier et al (VIGOR)[3] | 8076 | 58 | 80 | RA | R, C, MC, B, Par | Rofecoxib | Naproxen | 36 |
| Cannon et al[24] | 784 | 64 | 68 | OA | R, C, DB, Par | Rofecoxib | Diclofenac | 52 |
| Lisse et al (ADVANTAGE)[28] | 5557 | 63 | 71 | OA | R, C, B, MC | Rofecoxib | Naproxen | 12 |
| Sowers et al[17] | 268 | NA | NA | OA, DM | R, C, BD | Rofecoxib, celecoxib | Naproxen | 6 |
| Silverstein et al (CLASS)[2] | 8059 | 60 | 68 | OA, RA | R, C, DB, MC | Celecoxib | Ibuprofen, diclofenac | 24 |
| Emery et al[25] | 655 | 55 | 73 | RA | R, C, DB, DD, Par | Celecoxib | Diclofenac | 24 |
| Whelton (SUCCESS I)[4] | 13274 | 62 | 67 | OA | R, C, DB, MC | Celecoxib | Diclofenac, naproxen | NA |
| Whelton et al SUCCESS VI[6] | 810 | 74 | 66 | OA, HT | R, C, BD, Par, MC | Rofecoxib | Celecoxib | 6 |
| Whelton et al (SUCCESS VII)[9] | 1092 | 73 | 62 | OA, HT | R, C, BD | Rofecoxib | Celecoxib | 6 |
| Leung et al[27] | 501 | 63 | 78 | OA | R, DB, PC | Etoricoxib | Naproxen | 12 |
| Matsumoto et al[29] | 816 | 56 | 77 | RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |
| Hunt et al[26] | 742 | 54 | 82 | OA, RA | R, DB, PC | Etoricoxib | Placebo, naproxen | 12 |

Abbreviations: B, blind; C, controlled; DB, double blind; DD, double dummy; DM, diabetes mellitus; MC, multicenter; NA, not available; OA, osteoarthritis; Par, parallel; PC, placebo controlled; R, randomized; RA, rheumatoid arthritis.

**Figure 3.  Characteristics of 19 Trials meeting inclusion criteria for the present analysis.**

The results of the meta-analysis show that coxibs caused an increase in the weighted mean difference (WMD) for systolic blood pressure compared with placebo (3.85/1.06 mm Hg) and nonselective NSAIDs (2.83/1.34 mm Hg).  Further, the authors found that Vioxx appeared to confer a higher risk of developing hypertension and clinically important systolic elevation compared with Celebrex.  As the authors note, "elevated systolic BP is closely associated with increased cardiovascular events including heart failure, myocardial infarction and death."[18]

M01410816?

After having reviewed the information cited above, it is my opinion that Vioxx increases the risk of hypertension and that the effects of Vioxx on blood pressure are greater than that of Celebrex and other NSAIDs.


**VI.     Physicians rely on pharmaceutical companies to provide complete, accurate and honest information about the safety and efficacy of their drugs: Merck's Vioxx label failed to adequately warn**

In April 2002, the label for Vioxx was changed. As in the previous label, Vioxx continued to have an indication for the management of acute pain. The recommended dose for this indication was 50 mg per day. The label noted that Vioxx use for this indication for more than five days had "not been studied," and that "chronic" use at the 50 mg dose was, "not recommended." Chronic use was not further defined. Elsewhere in the label the VIGOR trial was discussed, in which Vioxx at a dose of 50 mg/day was used continuously for a median duration of 9 months. Under the "Precautions" section of the label, the VIGOR trial is again discussed, and it is pointed out that the risk of having a "serious cardiovascular thrombotic event was significantly higher" in the Vioxx group. Immediately following this discussion of the VIGOR trial, is a section called "other safety findings," in which it is stated that placebo-controlled data based on 2 studies, that included 2142 elderly patients (mean age 75), with a mean duration of exposure of about 14 months, showed that serious cardiovascular thrombotic events occurred in 21 patients on Vioxx vs. 35 patients on placebo. The "Precautions" section concludes: "The significance of the cardiovascular findings from these 3 studies (VIGOR, and 2 placebo-controlled studies) is unknown." In fact, the significance of the CV findings should have been obvious. Merck was well-aware of the possibility that selective COX-2 inhibitors like Vioxx might potentially create a prothrombotic state, by creating an imbalance between prostacyclin and thromboxane, and thereby cause myocardial infarctions. Merck's scientific advisors had voiced concern about this possibility early in the drug's development. There is no mention of this in the label. The label also indicates that Vioxx does not inhibit platelets and so anti-platelet therapy should not be discontinued when Vioxx is used. In this regard, the label concludes by stating that there are no studies evaluating the concomitant use of Vioxx and aspirin with respect to cardiac outcomes.

The material in the cardiovascular "Precautions" section of the label is misleading, inaccurate and incomplete with respect to the safety of Vioxx. Merck failed to state that the large data base from the two placebo-controlled trials that they cite was actually pooled data from two of the Alzheimer's studies. The implication in the Vioxx label is that these long term trials in elderly patients demonstrate safety. Of course, as discussed above, this is not true. These trials were not designed or statistically powered to detect cardiovascular risk. The high rate of noncompliance with taking Vioxx, and the high drop out rates in these trials make it impossible to use them as a basis for making a fair and honest assertion of drug safety. Simply stated, if patients in the Vioxx arm are not reliably taking their Vioxx, one cannot attribute an absence of cardiovascular events to Vioxx being safe. Also as noted above, there were cardiovascular events in these trials.

The combined end point of myocardial infarction and sudden cardiac death was significantly greater in the Alzheimer's study for patients on Vioxx. In addition, all cause mortality was greater in the Vioxx group. As described above, the findings of the Alzheimer's trials included the fact that Vioxx hastened the development of cognitive decline (that is it made Alzheimer's worse). Obviously, these findings are not reassuring regarding the safety of Vioxx, but Merck omitted these unfavorable facts and presented the studies as showing favorable safety information.

The VIGOR trial, published in the New England Journal of Medicine, contained inaccurate, incomplete and misleading information that minimized and concealed information regarding the safety of Vioxx. The authors reported the relative risk of myocardial infarction as if naproxen was cardioprotective; that is, that naproxen reduced the risk of myocardial infarction rather than Vioxx increasing the risk. They stated that the only statistically significant increase in myocardial infarction occurred in patients who should have been on aspirin for secondary prevention of cardiovascular events, but were not. The authors omitted four thrombotic events, three from the Vioxx arm of the study, all of which were myocardial infarctions. This led the editors of the New England Journal of Medicine to publish an "Expression of Concern" and "Expression of Concern Reaffirmed" (after Vioxx had been removed from the market) in which they stated, "More than four months before the article was published, at least two of the authors were aware of critical data on an array of cardiovascular events that were not included in the VIGOR article." The editors go on to state that, " . . . conclusions regarding the safety of Rofecoxib were misleading."

In my opinion, a fair and accurate summary of the VIGOR trial would be that Vioxx prevented 21 complicated upper G.I. bleeds compared to naproxen, and caused 27 serious thrombotic events (mainly myocardial infarction). Control of arthritis pain was equivalent with Vioxx and naproxen.

The 2002 Vioxx label is also misleading and inadequate because prior to Merck's 2002 label, the FDA proposed that Merck add the following to the "Warning" section:

> "Vioxx should be used with caution in patients at risk of developing cardiovascular thrombotic events such as those with a history of myocardial infarction and angina and in patients with pre-existent hypertension and congestive heart failure . . ."

However, Merck failed to adopt the FDA's proposed warning and instead, in the "Precautions" section it stated, "the information below should be taken into consideration and caution should be exercised when Vioxx is used in patients with a medical history of ischemic heart disease .

## VIII.   Duration of use of Vioxx

<u>VIGOR</u>

11

In VIGOR there was early separation of the time to serious thrombotic cardiovascular event curves, with separation noted after only 4 to 6 weeks.



Confirmed Thrombotic Cardiovascular Serious Adverse Experiences
in Rheumatoid Arthritis Patients in the VIGOR Study
Time-to-Event Plot (All Patients Randomized)
Updated Application Data

Data Source: [P088C]. [Attachment 3]

**Figure 4.   Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in VIGOR**

As part of FDA's review of the CV safety database for VIGOR trial, Shari L. Targum, M.D., Medical Officer for the Division of Cardio-Renal Drug Products, concluded that the "Time-To-Event Curves" for Unconfirmed and Confirmed Thrombotic Events are similar and begin to diverge early.[19]

Further, Merck's internal documents evidence its knowledge of CV events occurring "early" in the trial.[20]

M014108170

In September 2001, Merck was asked to examine the VIGOR data for types of confirmed, potentially thrombotic serious cardiovascular adverse experiences observed early as opposed to late in the VIGOR trial. 69 total events were confirmed (based on the adjudication process); 66 were considered thrombotic in nature. There were 24 events that were adjudicated as acute myocardial infarction. To assess the issue of whether the types of adverse events changed with duration of exposure to 50mg of Vioxx, the cases were sorted based on the postrandomization day of adverse occurrence.[21]

Table 1 (below) shows specific cardiovascular event types in VIGOR by exposure to time. It is important to note that in the 0-4 month period of Vioxx exposure, there were 7 versus 3 myocardial infarctions in the Vioxx and naproxen groups, respectively. In other words, there were about two times as many myocardial infarctions in the Vioxx group as compared to naproxen with duration of use for 4 months or less.

Table 1. Summary of Specific Cardiovascular Events in VIGOR, Categorized By Exposure Time (at Occurrence) and Treatment Group

|  | 0 - 4 months | | 4 - 8 months | | 8 -12 months | |
|---|---|---|---|---|---|---|
|  | VIOXX | naproxen | VIOXX | naproxen | VIOXX | naproxen |
|  | 7 | 3 | 5 | 1 | 8 | 0 |
| Unstable angina | ~ 4 | 2 | 1 | 0 | 0 | 3 |
| Non-hemorrhagic stroke | 3 | 3 | 4 | 4 | 3 | 1 |
| TIAs | | 0 | 0 | 0 | 1 | 0 |
| Hemorrhagic stroke | | 0 | 1 | 1 | 0 | 0 |
| Peripheral thromboses | 1 | 1 | 2 | 0 | 3 | 0 |
| Sudden, unexplained death | 1 | 1 | 1 | 1 | 1 | 3 |

**Figure 5. Table 1, Summary of Specific Cardiovascular Events in VIGOR (MRK-NJ0168798)**

Figure 6 (below) shows myocardial infarction over time in the VIGOR trial. Importantly, myocardial infarctions occurred with use of 50 mg of Vioxx at day 17, 30, 41, 54, 65, 90 and 101. These data show that the majority of myocardial infarctions in the 0-4 month group occurred before the first 60 days of use.

M014108171



**Figure 6. VIGOR: Myocardial Infarctions Over Time, MRK-NJ0168800**

M014108172

Date: <u>November 6, 2009</u>

John S. MacGregor, M.D., Ph.D.
Professor of Medicine

M014108173

[1] Claire Bombardier, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis." NEJM (Nov. 2000); Vol. 343, No. 21, pp 1520-1528.

[2] Gregory D. Curfman, et al., "Expression of Concern: Bombardier et al., 'Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis.'" NEJM (Dec. 2005); Vol. 353, No. 26, pp.2813-2814.

[3] Claire Bombardier, et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis." NEJM (Nov. 2000); Vol. 343, No. 21, p. 1526.

[4] Confirmed Thrombotic Cardiovascular Serious Adverse Event Experiences in Rheumatoid Arthritis Patients in VIGOR Study, Appendix 2.1.6, CV Events Analysis (MRK-00420013580)

[5] FDA Advisory Committee Briefing Document, MRK-ABW0000581 thru MRK-ABW0000607, at MRK-ABW000593

[6] Rofecoxib Cardiovascular Combined-Analysis Update with Data through June 2003, Table 13 (MRK-I8940080066-MRK-I890080120, at MRK-I890080095)

[7] MK-0966 CV Outcomes SDAP (Protocol 203) (MRK-AFL0015451 thru MRK-AFL0015527)

[8] Id.

[9] Id.

[10] Jewell Rebuttal Expert Witness Report, June 21, 2006, at pp. 6 and 15-22.

[11] Kerr, Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer, New England Journal of Medicine 2007; 357:360-369.

[12] Robert S. Bresalier, et al., "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemprevention Trial." NEJM (2005).

[13] Claire Bombardier, et al., "Comparison of Upper Gstrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis." NEJM (Nov. 2000); Vol. 343, No. 21, pp 1520-1528.

[14] FDA Advisory Committee Briefing Document, MRK-ABW0000581 thru MRK-ABW0000607, at MRK-ABW0000593

[15] Cox 482 Statistical Report, Protocol 112-00; MRK-AIN0001240

[16] Id. at MRK-AIN0001608-MRK-AIN0001609

[17] Tai-Juan, et al., "Meta-analysis of Cyclooxygenase-2 Inhibitors and Their Effects on Blood Pressure." Archives of Internal Medicine (March 14, 2005); Vol. 165, No. 5.

[18] Id.

[19] Confirmed Thrombotic Cardiovascular Serious Adverse Event Experiences in Rheumatoid Arthritis Patients in VIGOR Study, Appendix 2.1.6, CV Events Analysis (MRK-00420013580).

[20] 9/27/2001 draft memo from Chris Brett and Ken Truitt to RMC Members re: Confirmed Serious Thromboembolic Events Over Time in VIGOR (MRK-NJ0168797 thru MRK-NJ0168806)

[21] Id.

16

M014108174

11/06/09                                                                                   John S. MacGregor

**Curriculum Vitae**
**John S. MacGregor, M.D.**
**Division of Cardiology**
**Room 5G1**
**San Francisco General Hospital**
**1001 Potrero Avenue**
**San Francisco, CA 94110**
**(415) 206-8327**

**Born:**

Pensacola, Florida, February 14, 1952

**Education:**

B.A.     Biochemistry, June 1974
         University of California at San Diego
         La Jolla, California

Ph.D.   Biochemistry, January, 1981
         Cornell University Medical College
         New York, New York

M.D.    May 1984
         Cornell University Medical College
         New York, New York

**Academic Positions:**

University of California at San Francisco School of Medicine, San Francisco, California
        Professor of Medicine (Clinical).  Director of Cardiac Catheterization Laboratory
        and Interventional Cardiology, San Francisco General Hospital,  July 2003 – present.

University of California at San Francisco School of Medicine, San Francisco, California,
        Associate Clinical Professor of Medicine, Director of Cardiac Catheterization
        Laboratory and Interventional Cardiology, San Francisco General Hospital, July 1997 -
        present.

University of California at San Francisco School of Medicine, San Francisco, California,
        Assistant Clinical Professor of Medicine, Director of Cardiac Catheterization
        Laboratory and Interventional Cardiology, San Francisco General Hospital, July 1991-July
        1997.

University of California at San Diego School of Medicine, San Diego, California,
        Assistant Clinical Professor of Medicine, 1987-1988.

The Rockefeller University, Post-doctoral Fellow, Department of Developmental and
        Molecular Biology, New York, NY, 1983-1984, Laboratory of Dr. G.M. Edelman.

M014108175

Cornell University Medical College, Post-doctoral Fellow, Department of Medicine,
    New York, NY, 1981-1982, Laboratories of Drs. John H. Laragh and R.L. Soffer.

Roche Institute of Molecular Biology, Pre-doctoral Fellow, Department of Physiological
    Chemistry and Pharmacology, Nutley, NJ., 1976-1981, Laboratory of
    Dr. B. L. Horecker.

**Clinical Positions:**

Attending Physician, Department of Internal Medicine (Cardiology Division),
    University of California, San Francisco Medical Center, Moffitt-Long Hospitals
    1991-present.

Attending Physician, Department of Internal Medicine (Cardiology Division),
    Veterans Administration Hospital, San Francisco, California, 1993-present.

Attending Physician, Department of Internal Medicine (Cardiology Division)
    San Francisco General Hospital, 1991-present.

Interventional Cardiology Fellow, Cardiovascular Research Institute and Department of
    Medicine, University of California at San Francisco, San Francisco, CA, 1990-1991.

Cardiology Fellow, Department of Medicine, University of California at San Francisco,
    San Francisco, California, 1988-1990.

Medical Resident, Department of Medicine, University of California at San Diego Medical
    Center, San Diego, California, 1985-1987.

Medical Intern, Department of Medicine, St. Luke's Hospital, New York, NY, 1984-1985.

Visiting Clinical Fellow in Medicine, Columbia University College of Physicians and
    Surgeons, New York, NY, 1984-1985.

**Awards and Honors:**

Joseph C. Cornwall Scholar of The Rockefeller University, 1983-1984.

The Dean William Mecklenburg Polk Memorial Prize (Cornell University) 1983 and 1984.

David P. Barr Fellow (Cornell University) 1982.

Roche Institute of Molecular Biology Pre-doctoral Fellowship, 1976-1981.

President's Research Fellowship (University of California) 1972-1974.

Teaching Award, Division of Cardiology, University of California San Francisco, June 14, 2009.

M01410817G

11/06/09                                                                                    John S. MacGregor

**Licensure and Board Certification**
Diplomate, American Board of Internal Medicine, subspecialty Cardiovascular Diseases.

Diplomate, American Board of Internal Medicine, added qualification Interventional Cardiology.

Diplomate, American Board of Internal Medicine.

Diplomate, American Board of Medical Examiners.

California Medical License #G56033, expires 2-28-2011.

**Memberships:**

Fellow, American College of Cardiology, 1993.

Fellow, American College of Physicians, 1994.

American Heart Association

**Publications:**

1.    MacGregor JS, Fisher GJ, Livingston RB:  Jeopardy to brain development among some
      children in San Diego.  San Diego Physcian 60:32-39, 1974.

2.    Livingston RB, Calloway DH, MacGregor JS, Fisher GJ, Hastings AB:  U.S. poverty impact
      on brain development.  In:  Growth and development of the brain:  Nutritional, genetic and
      environmental factors (Brazier, MAB, ed), pp. 377-394, Raven Press, New York, 1975.

3.    Lowey J, MacGregor JS, Rosenstone J, Schmidt J:  Solubilization of an alphabungarotoxin-
      binding component from rat brain.  Biochemistry 15:1522-1527, 1976.

4.    Livingston RB, Wilson KR, Atkinson B, Tribble GL, Rempel DM, MacGregor JS, Mills RE,
      Edge TC, Pakan SD:  Quantitative cinemorphology of the human brain displayed by means
      of mobile computer graphics.  Transactions of the American Neurological Association
      101:1-3, 1976.

5.    Livingston RB, Wilson KR, MacGregor JS, Rempel DM, Atkinson B, Tribble GL:  The
      human brain:  A dynamic view of its structures and organization.  Wexler Films, Hollywood,
      California, 1976.

6.    MacGregor JS:  Undernutrition in the United States, Testimony presented at the Nutrition-
      Related Oversight Review Hearings before the Subcommittee on Domestic and
      International Scientific Planning, Analysis and Cooperation of the Committee on Science
      and Technology, United States House of Representatives, Ninety-fifth Congress, First

M014108177

Session, July 26, 27, 28, August 2,3,4.  In Nutrition-Related Oversight Review, The Congressional Record, US Government Pringint Office, Washington, D.C., 1977.

7.    Horecker BL, El-Dorry HA, Botelho LH, Sun SC, Chu DK, Lazo PA, Crivellaro O, Tsolas O, MacGregor JS, Pontremoli S:  Limited proteolysis of fructose 1,6-bisphosphatase.  In:  Limited Proteolysis in Microorganisms, (Cohen, GN and Holzer H, eds.), DHEW Publication No. (NIH) 76-1591, p5, 1979.

8.    Horecker BL, MacGregor JS, Singh VN, Tsolas O, Sun SC, Crivellaro O, Pontremoli S: Partial amino acid sequence of rabbit liver fructose 1,6-bisphosphatase (Fru-$P_2$ase, EC 3.1.3.11) and sites of cleavage by proteinases.  In:  FEBS Enzyme Regulation and Mechanism of Action, (Mildner P and Ries B, eds.), Pergamon Press, New York, Vol 60, pp. 3-14, 1980.

9.    Singh VN, MacGregor JS, Pontremoli S, Horecker BL:  Inhibition of fructose 1,6-biphosphatase by excess substrate and its reversal by monovalent cations.  Bichem Biophys Res Commun, 94:1140-1144, 1980.

10.   MacGregor JS, Singh VN, Davoust S, Melloni E, Pontremoli S, Horecker BL:  Evidence for formation of a rabitt liver aldolase-rabbit liver fructose 1,6-bisphosphatase complex.  Proc Natl Acad Sci, USA, 77:3889-3892, 1980.

11.   MacGregor JS, Singh VN, Melloni E, Pontremoli S, Horecker BL:  Formation of a complex involving two gluconeogenic enzymes, fructose 1,6-bisphosphatase and fructose 1,6-bisphosphatase aldolase.  Journal of Scientific and Industrial Research, 39:719-724, 1980.

12.   Horecker BL, MacGregor JS, Singh VN, Melloni E, Pontremoli S:  Aldlase and fructose bisphosphatase:  Key enzymes in the control of gluconeogenesis and glycolysis.  In:  Current Topics in Cellular Regulation (Biological Cycles), Vol. 18 pp. 181-196, (Eastbrook RW and Srere P, eds.) Academic Press, New York, 1981.

13.   Horecker BL, MacGregor JS, Pontremoli S:  Conservation of primary structure at the proteinase-sensitive site of vertebrate fructose 1,6-bisophosphatase.  In:  Science and Scientists:  Essays by biochemists, biologists and chemists, (Kageyama M, Nakamura K, Oschima T, Uchida T, eds.), pp. 107-117, Japan Scientific Societies Press, Tokyo, 1981.

14.   Hannappel E, MacGregor JS, Davoust S, Horecker BL: Limited proteolysis of liver and muscle aldolases:  Effects of subtilism, cathepsin B and Staphylococcus aureus protease.  Arch Biochem Biophys, 214:293-298, 1982.

15.   El-Dorry HA, Pickett CB, MacGregor JS, Soffer RL:  Tissue-specific expression of mRNAs for dipeptidl carboxypeptidase isoenzymes.  Proc Natl Acad Sci, USA, 79:4295-4297.

16.   MacGregor JS, Hannappel E, Xu GJ, pontremoli S, Horecker BL:  Conservation of primary structure at the proteinase-sensitive site of fructose 1,6-bisphosphatase.  Arch Biochem Biophys, 217:652-664.

M01410817B

11/06/09                                                                              John S. MacGregor

17.    El-Dorry HA, MacGregor JS:  Rat and rabbit liver mRNAs code for fructose 1,6-bisphosphatases that differ in molecular weight.  Biochem Biophys Res Commun, 107:1384-1389, 1982.

18.    MacGregor JS, Resnick LM, Laragh JH:  Metabolites of thyrotropin releasing hormone inhibit angiotensin converting enzyme in vitro. Biochem Biophys Res Commu. 109:556-561, 1982.

19.    MacGregor JS, Annamalai A, Van Tol A, Black WJ, Horecker BL: Fructose 1,6-bisphosphatase from chicken and rabbit muscle. In: Methods and Enzymology, Vol 90, pp 340-345.  (Wood ed), Academic Press, Inc. New York, 1982.

20.    El-Dorry HA, MacGregor JS, Soffer RL:  Dipetidyl carboxypeptidase from seminal fluid resembles the pulmonary rather than the testicular isoenzyme.  Biochem Biophys Res Commun, 115:1096-1100, 1983.

21.    Murray BA, Hemperly JJ, Gallin WJ, MacGregor JS, Edelman GM, Cunningham BA:  Isolation of cDNA clones for the chicken neural cell adhesion molecule (N-CAM).  Proc Natl Acad Sci, USA, 81:5584-5588, 1984.

22.    MacGregor JS, Cheitlin MD:  Diagnosis and management of infective endocarditis.  Texas Hrt Inst J, 16(4):230-238, 1989.

23.    MacGregor JS, Wu AW, Rubin HR:  Pleuritic chest pain in a postpartum woman.  Arch Emerg Med, 8:271-273, 1991.

24.    Sudhir K, Fitzgerald P, MacGregor JS, DeMarco T, Ports TA, Chatterjee K, Yock PG:  Transvenous Coronary Ultrasound Imaging:  A novel approach to visualization of the coronary arteries.  Circulation, 84:1957-61, 1991.

25.    Sudhir K, MacGregor JS, Barbant SD, Foster E, Fitzgerald PJ, Chatterjee K, Yock PG:  Assessment of coronary conductance and resistance vessel reactivity in response to nitroglycerin, ergonovine and adenosine:  In vivo studies with simultaneous intravascular two-dimensional and Doppler ultrasound.  JACC, 21:1261-1268, 1993.

26.    Sudhir K, MacGregor JS, Gupta M, Barbant SD, Redberg R, Yock PG, Chatterjee K:  Effect of selective angiotensin II receptor antagonism and angiotensin converting enzyme inhibition on the coronary vasculature in vivo:  An intravascular two-dimensional and Doppler ultrasound study.  Circulation, 87:931-938, 1993.

27.    Sudhir K, MacGregor JS, Amidon TM, Gupta M, Yock PG, Chatterjee K:  Differential contribution of nitric oxide to regulation of vascular tone in coronary conductance and resistance arteries:  intravascular ultrasound studies.  Am. Heart J., 127:858-865, 1994.

28.    MacGregor JS, Cheitlin MD:  Cardiac tumors; cardiac manifestations of endocrine, collagen vascular and HIV disease; and traumatic injury of the heart.  In Internal Medicine, Stein, JH (ed.) Chapter 24 pp 323-329 (4th Edition), Mosby, St. Louis, 1994.

M01410817

John S. MacGregor

29.     MacGregor JS, Ports TA:  Catheter Balloon Valvuloplasty.  Chapter 34, Volume 2 pp 1-24
        In:  <u>Cardiology,</u> Parmley WW, Chatterjee K, EDS., J.B. Lippincott Co., Philadelphia, 1994.

30.     MacGregor JS, Cavero PG, McCluskey ER, Cheitlin MD:  Percutaneous valvuloplasty to
        relieve stenosis of a bioprosthetic tricuspid valve in a patient with bacterial endocarditis.  Am
        Heart J., 128:199-202, 1994.

31.     Sudhir K, MacGregor JS, DeMarco T, DeGrout C, Taylor R, Chou TM, Yock PG,
        Chatterjee K:  Cyclosporin impairs release of endothelium-derived relaxing factors in
        epicardial and resistance coronary arteries.  Circulation, 90:3018-3023, 1994.

32.     Cheitlin MD, MacGregor JS:  Acquired Tricuspid and Pulmonary Valve Disease.  In:  Atlas
        of Heart Disease, Valvular Heart Disease and Endocarditis.  Rahimtoola SH and
        BraunwaldE (Eds).  Vol XI Chapter 11 11.1-11.13.

33.     Michaels AD, Lederman RJ, MacGregor JS, Cheitlin MD:  Cardiovascular involvement in
        AIDS.  Current Problems in Cardiology, Volume 22, No. 3, pp. 109-148, March, 1997

34.     Michaels AD, Whisenant BK, MacGregor JS:  Multivessel coronary thrombosis treated with
        Abciximab (ReoPro) in a patient with essential thrombocythemia.  Clinical Cardiology
        21:134-138, 1998.

35.     MacGregor JS, Cheitlin MD:  Cardiac tumors, cardiac manifestations of endocrine, collagen
        vascular, and HIV disease, and traumatic injury of the heart.  In:  <u>Internal Medicine,</u> Stein JH
        (Ed.) (5th Edition), Mosby, St. Louis Chapter  33 pp 329-334, 1998.

36.     Cheitlin MD, MacGregor JS:  Acquired Tricuspid and Pulmonary Valve Disease.  In:
        Comprehensive Cardiovascular Medicine, Topol E.J. (ed.) Chapter 24 pp 587-608.
        Lippincott-Raven, Philadelphia and New York, 1998.

37.     Cheitlin, MD. MacGregor JS, Acquired Tricuspid and Pulmonary Valve Disease. In:
        Textbook of Cardiovascular Medicine (Second Edition),  Topol, EJ (ed) Chapter 23
        Pp 529-548.  Lippincott-Raven, Philadelphia and New York, 2002.

38.     MacGregor, JS, Balloon Valvuloplasty for Mitral Stenosis:  Current Indications and Long
        Term Results.  In:  MDConsult-Cardiology (Braunwald, E. ED)  August 2002.

39.     Hsue, PY, Giri, K, Erickson, S., MacGregor, JS, Younes, N, Shergill, A, Waters, DD:
        Clinical Features of Acute Coronary Syndromes in Patients with Human Immunodeficiency
        Virus Infection. Circulation 109:316-319, 2004.

40.     Cheitlin, M.D., MacGregor, John S., Congenital Anomalies of Coronary Arteries.  Role in
        the Pathogenesis of Sudden Cardiac Death.  Hertz 34: 268-279, 2009.

M01410818O

11/06/09

John S. MacGregor

M014108181

John MacGregor, M.D.

Documents Reviewed or Relied Upon

- Antman, et al. "Use of Nonsteroidal Antiinflammatory Drugs. An Update for Clinicians. A Scientific Statement From the American Heart Association" Circulation (2007) published online Feb 26, 2007, available at http://www.cirulationaha.org
- FDA's Drug Approval Process: Up to the Challenge? Hearting of the Committee on Health, Education, Labor and Pensions U.S. Senate, March 1, 2005
- Douglas Zipes, M.D. report of 5/22/06, 5/30/06 (Barnett v. Merck)
- Declaration of Douglas Zipes, M.D. in Support of Plaintiffs' Opposition to Defendant
- Farquhar reports of 9/26/05, 5/26/06, 6/06, 7/06
Merck's Request for Order to Exclude Opinions by Plaintiffs Experts that Vioxx causes Acceleration of Atherosclerosis, and attached exhibits thereto (Barnett v. Merck)
- Egil Fosslein, M.D. report
- Deposition Designations of testimony of Stephen Epstein, M.D. (Barnett v. Merck)
- Direct and Cross Examination of John MacGregor, M.D (Arrigale Trial)
- Grosser, et al. "Biological basis for the cardiovascular consequences of COX-2 inhibition: therapeutic challenges and opportunities." *The Journal of Clinical Investigation.* 2006;116:4-15
- Graham, et al. "Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study." www.thelancelt.com (2005)
- Minutes for the February 16, 17 and 18, 2005, Joint meeting of the Arthritis Advisory Committee and the Drug Safety and Risk management Advisory Committee (P1.1701)
- Reference P136 – MRL Clinical Study Report: A Multicenter, Randomized, parallel-Group, Active- and Placebo-Controlled, Double-Blind Study Conducted Under In-House Blinding Conditions to Determine the Incidence of Gastroduodenal Ulcers in Patients With Osteoarthritis After 12 Weeks of Treatment With Placebo, Low-Dose Aspirin, Rofecoxib Plus Low-Dose Aspirin, or Ibuprofen (Protocol 136)
- Email to/from Edward Scolnick and Douglas Greene (P1.0304)
- 2006 PDR re: Celebrex
- Combined Analysis of Thrombotic Cardiovascular Events in Placebo-Controlled Studies of Rofecoxib re Product: MK-0966 (P1.2551)
- CSR for APPROVe 3-15-05
- VICTOR Trial Teleconference 9-13-06
- Email VICTOR Study Adjudication 11-8-06
- Email Re: VICTOR 10-19-06
- Email Re: VICTOR Serious Adverse Events Report 11-7-06
- Email Re: VICTOR WAES and CV Events 11-7-06
- Email Re: VICTOR Serious Adverse Events 8-8-06
- VICTOR Follow-up Protocol May, 2006
- Report of CV Safety Profile in VICTOR 11-7-05
- Email Scolnick Re: Low Dose Aspirin and Vioxx 11-19-01
- Minutes 2/16, 17, 18, 2005 FDA Advisory Committee

M014108182

Articles & Texts

| | |
|---|---|
| 1 | Bombardier - "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid Arthritis" New England Journal of Medicine, Vol. 343, Issue 21, Pg. 1520-1528 |
| 2 | Reicin, Shapiro, et al. "Comparison of Cardiovascular Thrombotic Events in Patients With Osteoarthritis Treated With Rofecoxib Versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, Diclofenac, and Nabumetone)" American Journal of Cardiology |
| 3 | Weir, RS Sperling, A Reicin, BJ Gertz. "Selective COX-2 inhibition and cardiovascular effects: A Review of the rofecoxib development program" American Heart Journal. pp. 591-604 of volume 146, issue 4 |
| 4 | Konstam, MR Weir, A Reicin, D Shapiro, RS Sperling, E Barr et al. "Cardiovascular Thrombotic Events in Controlled, Clinical Trials of Rofecoxib" Circulation. pp. 2280-2288 of volume 104. |
| 5 | Roadmap to CV Card |
| 6 | CV Card |
| 7 | Abstract of Cardiovascular Safety Profile of Rofecoxib in Controlled Clinical Trials by Brian Daniels and Beth Seidenberg. |
| 8 | Dear Health Care Provider Letter with Highlighted 2002 Label |
| 9 | April 2002 Vioxx Label |
| 10 | Van Den Noort PIR re CV effects |
| 11 | Van Den Noort PIR re CV effects |
| 12 | Van Den Noort PIR re Vioxx and ASA |
| 13 | Van Den Noort PIR re Celebrex |
| 14 | Detwiler PIR Re VIGOR |
| 15 | NEJM, "Expression of Concern: Bombardier et al., "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatorid Arthritis," N Engl J Med 2000; 343:1520-8" December 29, 2005 pg 2813-2814 - Curfman, G. et al - Curfman |
| 16 | A. Reicin and D. Shapiro. "Response to Expression of Concern Regarding VIGOR Study". NEJM (2006) 354;11, PP. 1196-1199. |
| 17 | Editorial entitled "Expression of Concern Reaffirmed." NEJM (2006) 354; 11, P. 1193. |
| 18 | Long Range Operating Plan |
| 19 | Slides from Presentation by Tom Cannell |
| 20 | Vioxx FDA Draft Label with Strikeouts |
| 21 | FDA Advisory Committee Briefing Document |
| 22 | Email from Alise Reicin to Rhoda Sperling with CV study draft |
| 23 | Rofecoxib Cardiovascular Combined-Analysis Update with Data through June 2003 (Tables 1 and 3) |
| 24 | E-mail from N. Braunstein to J. Ang re: DRAFT coxib vs placebo meta-analyses. |
| 25 | NDA Integrated Safety Summary |
| 26 | CSR Protocol 010 |
| 27 | Jewell - Rebuttal Expert Witness Report |
| 28 | Farquhar Supplemental Rebuttal Expert Report |
| 29 | CSR Protocol 136 |
| 30 | CSR Protocol 136 (Reicin Edited) |

M014108183

| 31 | Memo from E. Maller to A. Altmeyer, et al. re: Protocol 966-136 has frozen! |
| 32 | E-mail from I. Fearen to A. Reicin re: MK966-136 CSR for Review 2. |
| 33 | E-mail from I. Fearen to A. Reicin re: MK966-136 CSR for Review 2. |
| 34 | Laurenzi email to Daniels re: Patrono |
| 35 | Nies email to Gertz re: Patrono |
| 36 | Reicin email re: no naproxen cardioprotective studies |
| 37 | National Thought Leader Summary |
| 38 | Targum Memo |
| 39 | FDA Warning Letter |
| 40 | Juni, et al. "Risk of Cardiovascular Events and Rofecoxib: Cumulative Meta-Analysis. Lancet Vol. 364, pp. 2021-2029 |
| 41 | Van Den Noort call note showing use of CV Card |
| 42 | Reicin-Morrison E-mail exchange re: GI Outcomes Study |
| 43 | Email from Margie McGlynn to Alise Reicin |
| 44 | Cardiovascular Safety Report for APPROVe (from Quan custodial file) |
| 45 | Cardiovascular Safety Report for APPROVe (from Quan custodial file) |
| 46 | Bresalier article (published APPROVe study) |
| 47 | Correction to "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" published in NEJM 355;2. |
| 48 | Correspodence (Letters to the editor) re NEJM article "Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial" by Robert Bresalier, et al. |
| 49 | S. Lagakos. "Time-to-Event Analyses for Long-Term Treatments - The APPROVe Trial." NEJM (2006), 355;2, pp. 113-117. |
| 50 | CSR 078 |
| 51 | CSR 091 |
| 52 | Memo from Lourdes Villalba to Brian Harvey regarding response to FDA request for information for Studies 078 and 091 (Alzheimer's studies) |
| 53 | Villalba Interim Review of Alzheimer studies 078 and 091 |
| 54 | Reines, et al. "Rofecoxib/No effect on Alzheimer's disease in a 1-year, randomized, blinded, controlled study" Neurology. pp. 66-71 of volume 62. |
| 55 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the interim mortality analyses |
| 56 | Memo from Joshua Chen to Raymond Bain RE: Combined Mortality Analysis Protocol 091 + Protocol 078 |
| 57 | Memo from Joshua Chen to Raymond P Bain Re: MK-0966 Alzheimer's Disease Program Protocols 078 + 091 + 126 |
| 58 | Thal, et al. "A Randomized, Double-Blind, Study of Rofecoxib in Patients with Mild Cognitive Impairment." Neuropsycho-parmacology (2005) Vol. 30, pp. 1204-1215. |
| 59 | Memo from S. Reines and J. Pearson re: Update - MK-966 in Alzheimer's disease. |
| 60 | E-mail and memo from M. Nessley to R. Bain, et al. re: URGENT: Projections Report on MK-0966 VIOXX AD Protocol 078. |
| 61 | April 2005 FDA AC Memo |
| 62 | P. Kearney, et al. "Do selective cyclo-oxygenase-2 inhibitors and traditional non-steroidal anti-inflammatory drugs increase the risk of atherothrombosis? Meta-analysis of randomised trials." With supplemental index. |
| 63 | CSR Synopsis for 078 |

M014108184

| 64 | Memorandum from David Graham for the FDA |
|----|-------------------------------------------|
| 65 | Sowers article (Effects of Cox-2 Inhibitors) Arch Intern Med Vol. 165 p.161. |
| 66 | McGettigan, Patricia article "Cardiovascular Risk and Inhibition of Cyclooxygenase" JAMA Vo. 296, No. 13  p.1633 |
| 67 | Memo from Chen re Protocol 112 |
| 68 | Statistical Report for Protocol 112 (Draft) |
| 69 | Final Study Report for SUCCESS-VI (Celebrex v Vioxx) Nov 2000 |
| 70 | Final Study Report for SUCCESS-VII (Celebrex v Vioxx) May 2001 |
| 71 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 |
| 72 | Email from Briggs Morrison to Sperling et. al. FW: FOR REVIEW [PEER]: 2001-ms-2470 (FULL PAPER) - DUE DATE MONDAY, 27 AUGUST 2001" |
| 73 | Memo from Maria Villalba to Lawrence Goldkind Re: Cardiovascular data in Alzheimer's Studies |
| 74 | VIOXX Label Change Questions and Answers |
| 75 | MK-0966  Protocol/Amendment No. 203-00 |

|    | Date | Author | Name of Article |
|----|------|--------|-----------------|
| 1 | 2005 | Fitzgerald, Gary | Mechanism Based Adverse Cardiovascular Events and Specific Inhibitors of COX-2 (Slide Presentation) |
| 2 | 01/11/2000 | Ian Rodger | Vioxx: MSGP RC Mtg. Minutes – Oct. 26, 1999 |
| 3 | 01/23/2000 | Ian Rodger | VIOXX MSGP RC Mtg. Minutes – Jan. 19, 2000 |
| 4 | 06/16/2000 | Ian Rodger | VIOXX MSGP RC Meeting Minutes – June 16, 2000 |
| 5 | 12/13/2001 | Various | Email Exchanges re: reluctance to use Vioxx in External studies when such studies may have "bad implications." |
| 6 | 10/12/2001 | Various | Email exchanges re: Stephen Epstein Atherogenesis study |
| 7 | 4/22/2002 | Black, Cameron | Merck Slide Presentation suggesting that differences in CV side effects may be due to dissimilar chemical structure of Vioxx. |
| 8 | 2006 | James, Michael | Cyclooxygenase-2 Inhibitors: what went wrong? *Current Opinion Clinical Nutrition and Metabolic Care* 2006;9:89-94 |
| 9 | 2006 | Nielsen, O.H. | Systematic review: coxibx, non-steroidal anti-inflammatory drugs or no cyclooxygenase inhibitors in gastroenterological high-risks patients? *Aliment Pharmacology & Therapeutics* 2006; 23:27-33 |
| 10 | 10/11/2005 | Fosselien, Eric | Review: Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs. *Annals of Clinical & Laboratory Science*, 2005;35:347-385. |
| 11 | 5/10/2005 | Rudic, Daniel | COX-2 Derived Prostacyclin Modulates Vascular Remodeling. *Circ Res.* 2005;96:1240-1247. |
| 12 | 2/15/2005 | Bresalier, Robert MD | Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial. *N Engl J Med* 2005; 352:1092-102. |
| 13 | 10/21/2004 | Fitzgerald, Garrett MD | Coxibs and Cardiovascular Disease. *N Engl J Med* 2004;351:1709-1711. |

M01410818S

| 14 | 8/12/2003 | Belton, Orina PhD | Cyclooxygenase Isoforms and Platelet Vessel Wall Interactions in the Apolipoprotein E Knockout Mouse Model of Artherosclerosis. *Circulation*. 2003;108:3017-3023. |
| 15 | 6/20/2001 | Caughey, Gillian E. | Roles of Cyclooxygenase (COX)-2 and COX-2 in Prostanoid Production by Human Endothelial Cells: Selective Up-Regulation of Prostacyclin Synthesis by COX-2. *The Journal of Immunology*, 2001;167:2831-2838. |
| 16 | 5/3/1998-5/6/1998 | | Scientific Advisors' Meeting Programmatic Review – Vioxx Program. |

M014108186

### Index of Additional Documents Considered by John MacGregor, M.D

| Date | Description | No of Pages | Bates Range or ID No. |
|---|---|---|---|
| 1999 Nov | Vioxx Label | 4 | P1.0463 |
| 2000 July | Vioxx Label | 4 | P1.0464 |
| 2001 July | Vioxx Label | 4 | P1.0465 |
| 2001 01-08 | Obstacle Handler | 61 | MRK-CAAD0001696 - MRK-CAAD0001757 |
| 2001 02-08 | FDA Advisory Committee Transcript | 5 | P1.1085 |
| 2001 10-15 | FDA Draft Label | 22 | P1.1309 |
| 2002 04-25 | Merck Request for FDA Review and Comment on Core Professional Launch Materials | 11 | MRK-AAF0008167 - MRK-AAF0008177 |
| 2002 April | Vioxx Label | 4 | P1.0466 |
| 2002 05-20 | FDA Reply re Merck Core Professional Launch Materials | 6 | MRK-AAF0008230 - MRK-AAF0008235 |
| 2002 07-28 | FDA Advisory Committee Slides | 18 | MRK-ADM0164044 - MRK-ADMO164061 |
| 2002 08-27 | Powerpoint – Summary of Wayne Ray presentation by Doug Watson | 6 | MRK-ADV0159061 - MRK-AGV0159066 |
| 2002 08-29 | Email from Sheldon Kong | 21 | MRK-AHYD128255 - MRK-AHYD128275 |
| 2002 10-02 | Email from Thomas Capizzi | 1 | MRK-AA80089883 |
| 2002 10-03 | MVX for Vioxx from Mike Thomas Re Lancet Article | 2 | MRK-AAR0036828 – MRK-AAR0036829 |
| 2002 10-03 | Final Briefing Document | 8 | MRK-AAD0196732- MRK-AAD0196739 |
| 2002 10-04 | Bulletin No. COX 02-125 FOR Vioxx re Obstacle Response | 3 | MRK-AAR0066745- MRK-AAR0066747 |
| 2002 10-05 | Ray, Wayne, *"Cox-2 Selective non-steroidal anti-inflammatory drugs and risks of serious coronary heart disease"* | 3 | MRK-AAR0066753- MRK-AAR0066755 |
| 2002 11-19 | Email from El-Dada re positive safety analysis | 1 | MRK-AIQ0012415 |
| 2003 01-20 | Email from Ned Braunstein to Adam Schechter | 2 | MRK-ABX0069062- MRK-ABX0069063 |
| 2003 01-20 | Email from Ned Braunstein to Douglas Watson | 3 | MRK-ABY0116409- MRK-ABY0116411 |
| 2003 02-04 | Email from Martin Himmel | 5 | MRK-AAD0257605- MRK-AAD0257609 |
| 2003 02-07 | Email from Thomas Abbott to Philip Huang | 11 | MRK-ABY0116556- MRK-ABY0116566 |
| 2003 02-14 | Email from Helen Sing to Riad El-Dada | 1 | MRK-ADM0164003 |
| 2003 02-17 | Email from Reicin to Andrea Rios | 42 | MRK-AAD0403299- MRK-AAD0403340 |
| 2003 06-02 | Powerpoint – Analysis of Prescription use of Rofecoxib | 28 | MRK-AFV0137008- MRK-AFV0137035 |
| 2003 07-15 | Griffin, Marie, *High frequency of use of rofecoxib at* | 5 | MRK-AHD0019348- |

M01410818?

**Index of Additional Documents Considered by John MacGregor, M.D**

| Date | Description | No of Pages | Bates Range or ID No. |
|---|---|---|---|
| | *greater than recommended doses: cause for concern* | | MRK-AHD0019352 |
| 2003 09-09 | Email from Anthony Wallace | 3 | MRK-AJT0088384-MRK-AJT0088386 |
| 2003 09-17 | Bulletin for Vioxx: Upcoming Abstracts for Vioxx | 5 | MRK-ADC0023308-MRK-ADC0023312 |
| 2004 04-21 | Bulletin for Vioxx: Background and Obstacle Response | 4 | MRK-AAR0069284-MRK-AAR0069287 |
| 2004 08-26 | Bulletin for Vioxx: Observational Analysis by Graham, et al. | 5 | MRK-AAR0069485 |
| 2005 01-25 | Graham, D., *Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selection and non-selective non-steroidal anti-inflammatory drugs: nested case-control study* | 7 | P2.0050 |
| 2005 04-05 | Levesque, *The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults* | 10 | MRK-AHD0004828-MRK-AHD0004837 |
| 2005 04-19 | Roumie, *Prescriptions for Chronic High-Dose Cyclooxygenase-2 Inhibitors are Often Inappropriate and Potentially Dangerous* | 5 | MRK-ABY0212812-MRK-ABY0212816 |
| 2005 05-03 | FDA Meeting Minutes | 7 | P1.1219 |
| 2007 05-15 | Depo of David S. Hoskins, M.D. | 3 | Pg. 172-173 |
| | MPF materials including MRKMPF20191457-MRKMPF20191478; MRKP0000704-MRKP0000709; MRKP9992475-MRKP9992481; MRKP0002613-MRKP0002619; MRKP0002733-MRKP0002744; MRKP0002796-MRKP0002802; MRKP0002923-MRKP0002935; MRKP0005095-MRKP0005099; MRKP0006354-MRKP0006359; MRKP0006808- MRKP0006813; MRKP0007154-MRKP0007171; MRKP0007492-MRKP0007497; MRKP0011207-MRKP0011208; MRKP0011253-MRKP0011259; MRKP0011358-MRKP0011363; MRKP0011429-MRKP0011439; MRKMPF2091479-MRKMPF2091487 | | |
| | John Q. Sample letter | 5 | MRK-NVAJ0000105-MRK-NVAJ0000108 |
| 2001 12-04 | Bulletin for Vioxx | 2 | MRK-NVAJ0000454-MRK-NVAJ0000455 |
| 2002 01-25 | Bulletin for Vioxx | 6 | MRK-NVAJ0000498- |

M014108188

**Index of Additional Documents Considered by John MacGregor, M.D**

| Date | Description | No of Pages | Bates Range or ID No. |
|---|---|---|---|
| | | | MRK-NVAJ0000503 |
| 2002 02-13 | Bulletin for Vioxx | 1 | MRK-NVAJ0000513 |
| | Obstacle Responses | 2 | MRK-NVAJ0000514-MRK-NVAJ0000515 |
| 2002 04-04 | Bulletin for Vioxx | 2 | MRK-NVAJ0000536-MRK-NVAJ0000537 |
| 2003 05-23 | Bulletin for Vioxx: Project Power Play | 1 | MRK-NVAJ0000377 |
| 2007 07-11 | Report of Myrvin H. Ellestad, M.D. | 3 | |
| 2002 04 11 | Bulletin for Vioxx | 6 | MRK-NVAJ0000551-MRK-NVAJ0000556 |
| 2002 07-25 | Bulletin for Vioxx | 5 | MRK-NVAJ0000666-MRK-NVAJ0000667 |
| 2003 07-16 | Bulletin for Vioxx | 3 | MRK-NVAJ0000429-MRK-NVAJ0000431 |
| 2002 | Target Universe Portfolio Report | 64 | MRK-NVAJ0000813-MRK-NVAJ0000876 |
| | Kerr, Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer, *New England Journal of Medicine* 2007;357:360-69 | | |

M014108189