• **MIL 12 Reply**

```
[1:] - [2:30]      7/6/2006    Barnett v. Merck Hearing Transcript
                   page 1
                       ---------------------------------------------- PAGE00001 --------
                   1                           UNITED STATES DISTRICT COURT
                   2                           EASTERN DISTRICT OF LOUISIANA
                   3           ****************************************************************
                   4           IN RE:  VIOXX PRODUCTS
                   5              LIABILITY LITIGATION
                   6                                       MDL DOCKET NO. 1657
                   7                                       NEW ORLEANS, LOUISIANA
                   8                                       THURSDAY, JULY 6, 2006, 5:30 P.M.
                   9           ****************************************************************
                   10                         TRANSCRIPT OF MOTIONS HEARING
                   11                 HEARD BEFORE THE HONORABLE ELDON E. FALLON
                   12                         UNITED STATES DISTRICT JUDGE
                   13          APPEARANCES:
                   14          FOR THE PLAINTIFF:       HERMAN HERMAN KATZ & COTLAR
                   15                                   BY:  RUSS M. HERMAN, ESQUIRE
                   16                                   201 ST. CHARLES AVENUE, SUITE 4310
                   17                                   NEW ORLEANS, LA 70170
                   18                                   BEASLEY ALLEN CROW METHVIN
                   19                                   PORTIS & MILES
                   20                                   BY:  ANDY D. BIRCHFELD, JR., ESQUIRE
                   21                                        P. LEIGH O'DELL, ESQUIRE
                   22                                   234 COMMERCE STREET
                   23                                   POST OFFICE BOX 4160
                   24                                   MONTGOMERY, ALABAMA 36103
                   25                                   ROBINSON CALCAGNIE & ROBINSON
                   26                                   BY:  MARK P. ROBINSON, JR., ESQUIRE
                   27                                   620 NEWPORT CENTER DRIVE, 7TH FLOOR
                   28                                   NEWPORT BEACH CA  92660
                   29                                   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                   30                                   BY:  DONALD C. ARBITBLIT, ESQUIRE
                   31                                   EMBARCADERO CENTER WEST
                   32                                   275 BATTERY STREET, SUITE 3000
                   33                                   SAN FRANCISCO, CA  94111-3339
                   page 2
                   1                                    GAINSBURGH BENJAMIN DAVID MEUNIER AND
                   2                                        WARSHAUER, LLC
                   3                                    BY:  GERALD E. MEUNIER, ESQUIRE
                   4                                    2800 ENERGY CENTRE
                   5                                    1100 POYDRAS STREET, SUITE 2800
                   6                                    NEW ORLEANS, LOUISIANA  70163-2800
                   7                                    (504)522-2304
                   8           FOR THE DEFENDANT:       BARTLIT BECK HERMAN
                   9                                    PALENCHAR & SCOTT
                   10                                   BY:  PHILIP S. BECK, ESQUIRE
                   11                                        ANDREW GOLDMAN, ESQUIRE
                   12                                   54 W. HUBBARD STREET, SUITE 300
                   13                                   CHICAGO, ILLINOIS 60601
                   14          ALSO PRESENT:            JUSTIN WOODS, ESQUIRE
                   15                                   JEAN PAUL OVERTON, ESQUIRE
                   16                                   DOUG MARVIN, ESQUIRE
                   17                                   ADAM MORTARA, ESQUIRE
                   18                                   KEVIN CALCAGNE, ESQUIRE
                   19                                   LEXI MYER, ESQUIRE
                   20                                   DAWN BARRIOS, ESQUIRE
                   21                                   DREW RANIER, ESQUIRE
                   22                                   TOM KLINE, ESQUIRE
                   23                                   LEONARD DAVIS, ESQUIRE
                   24                                   MONICA GANT MOTON, ESQUIRE
                   25                                   HOLLY WHEELER, ESQUIRE
                   26                                   HAMILTON HILL, ESQUIRE
                   27          OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                   28                                      500 POYDRAS STREET, ROOM B406
                   29                                      NEW ORLEANS, LOUISIANA 70130
                   30                                      (504) 589-7779
```

**• MIL 12 Reply**

[82:22] - [83:2]        7/6/2006     Barnett v. Merck Hearing Transcript

```
page 82
22            THE COURT:  I understand the issue.  I'm going to deny
23  the motion to designate an additional expert, Nicholas Jewell, as
24  a biostatistician and professor at the University of California
25  at Berkeley.  I think it comes too late.  It's prejudicial.  And
page 83
1   I do think it's, I think that the 703 will allow Dr. Farquhar to
2   explain that situation and deal with it.  I don't see this even
```