• MIL 12 Reply

[1:1] - [1:23]    1/26/2010   Sales, David J.

```
page 1
1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2
   In Re:  VIOXX                           )
3  Products Liability Litigation           )
                                           )
4  This Document Relates to:               )
                                           )
5      STATE OF LOUISIANA, ex rel.         )
       JAMES D. CALDWELL,                  )
6      ATTORNEY GENERAL                    )
                                           )
7                Plaintiff,                )
                                           )
8      vs.                                 )
                                           )
9      MERCK SHARP & DOHME CORP.,          )
                                           )
10               Defendant.                )
11 STATE OF ILLINOIS    )
                        ) SS.
12 COUNTY OF COOK       )
13
            The deposition of DAVID J. SALES, M.D.,
14
   called by the Plaintiffs for examination, taken
15
   pursuant to notice and pursuant to the Federal Rules
16
   of Civil Procedure for the United States District
17
   Courts pertaining to the taking of depositions, taken
18
   before Kelly A. Siska, Certified Shorthand Reporter
19
   and Notary Public, at One North Franklin Street,
20
   Suite 625, Chicago, Illinois, commencing at 9:30 a.m.
21
   on the 26th day of January, A.D., 2010.
22
23
```

[23:19] - [24:22]    1/26/2010   Sales, David J.

```
page 23
19     Q.    What is a test of interaction?
20     A.    It's a statistical test to determine
21 whether or not two populations are different as a
22 result of a particular factor.
23     Q.    Have you ever performed a test of
24 interaction?
page 24
1      A.    No, I have not.
2      Q.    Has a test of interaction ever been
3  performed in a study in which you participated as an
4  investigator?
5      A.    I have no doubt that these tests were
6  performed.
7      Q.    Why do you say that?
8      A.    Because it's -- it's one of the statistical
9  analyses that are done on data sets.
10     Q.    Are tests of interaction commonly done on
11 data sets of clinical trials?
12     MR. BAUM:    Objection.
13 BY THE WITNESS:
14     A.    I don't know.
```

**• MIL 12 Reply**

```
               15       Q.   In the 130 or so trials that you've been
               16  involved in, can you give an example of where an
               17  interaction test was done?
               18       A.   Not that I can recall today.
               19       Q.   You recall that they were done.  You just
               20  don't recall the details?
               21       A.   I assume they were done, but I can't list
               22  you a specific one, no.
```

[46:12] - [47:15]     1/26/2010   Sales, David J.

```
page 46
12       Q.   Had you ever heard of an interaction P
13  value before?
14       A.   Yes.
15       Q.   And why did you write that text?
16       A.   I wanted to remind myself to review it.
17       Q.   What did you do to review it?
18       A.   I actually asked my son who's a statistics
19  graduate student.
20       Q.   What did your son tell you?
21       A.   I can't remember exactly what he told me.
22       Q.   Generally what did he tell you?
23       A.   He told me that it's a measure, as you had
24  asked me earlier if it's significant, to show that
page 47
1   there are differences between two populations.
2        Q.   Did he tell you something along the lines
3   that if the P value for interaction is statistically
4   significant, then that provides evidence that there is
5   a real difference between the populations according to
6   the risk factor to which they're exposed?
7        MR. BAUM:  Objection, vague.
8   BY THE WITNESS:
9        A.   No, he did not.
10       Q.   What did he tell you more specifically?
11       A.   He told me that it was a method of looking
12  at different populations and that the P value is a
13  measure of whether or not, if these studies were done
14  repeatedly what the chance was that you would get the
15  similar results.
```

[47:11] - [47:15]     1/26/2010   Sales, David J.

```
page 47
11       A.   He told me that it was a method of looking
12  at different populations and that the P value is a
13  measure of whether or not, if these studies were done
14  repeatedly what the chance was that you would get the
15  similar results.
```

[48:7] - [48:16]     1/26/2010   Sales, David J.

```
page 48
7        Q.   Did you provide the data to any
8   statistician to perform an interactive test?
9        A.   No, I did not.
10       Q.   Did you discuss with Merck's counsel
11  whether to perform an interaction test on the data?
12       A.   No.
13       Q.   Did you have any reason to challenge the
14  validity of the P value for interaction set forth in
15  paragraph 34 of Dr. Julie's report?
16       A.   No.
```