### Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

**Education and Professional Experience**

1.    I, DAVID Y. GRAHAM, am a Professor of Medicine and Molecular Virology and Microbiology at Baylor College of Medicine in Houston, Texas. I am a member of the Digestive Disease Division in the Department of Medicine at Baylor College of Medicine and the Gastroenterology Section at the Michael E. DeBakey Veterans Affairs Medical Center in Houston, Texas.

2.    I attained my M.D. Degree from Baylor University College of Medicine in 1966. My post-graduate training included: Internship at Ben Taub General Hospital and Veterans Administration Hospital, Houston, Texas in 1966-1967; Residency in Internal Medicine at Baylor Affiliated Hospitals, Houston, Texas in 1969-1971; and a Fellowship in Gastroenterology at Baylor Affiliated Hospitals, Houston, Texas in 1972-1973. I was certified by the American Board of Internal Medicine in 1972 and by the Subspecialty Board, Gastroenterology in 1975.

3.    I have held the title of Professor of Medicine at Baylor College of Medicine since 1983 and Professor of Molecular Virology and Microbiology at Baylor College of Medicine since 1989. From 1983 to 1989 I held the title of Professor of Virology at this same institution. Prior to my appointment as a Professor, I served as an Associate Professor (1977-1983) and Assistant Professor (1973-1977) of Medicine, also at Baylor College of Medicine.

4.    I held the title of Chief, Gastroenterology Section, Veterans Affairs Medical Center from 1976 to 2007 and Chief, Digestive Disease Division, Department of Medicine, Baylor College of Medicine from 1988 to 2007.

5.    I am a member of numerous societies, including: the American Association for the Advancement of Science (Fellow); American College of Gastroenterology (Master); American College of Physicians (Fellow); American Society of Microbiology; American Gastroenterology Association, Infectious Diseases Society of America (Fellow); and World Innovation Foundation (Fellow). I am also the recipient of numerous honors and awards, including: the Henry Baker Lecture awarded by the American College of Gastroenterology (May 1983); President of the American College of Gastroenterology (1990-1991); the Joseph B. Kirsner Award from the

M01410/7582

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

American Gastroenterology Association for Excellence in Clinical Research (May 1994); Member of the Japanese Society of Gastroenterology (since 1994); the Michael E. DeBakey, M.D. Award for Excellence in Research, Baylor College of Medicine (November 1994); Advisor to Japanese Research Society for H. pylori Related Gastroduodenal Diseases (since 1995); Janssen Award for Special Achievement in Gastroenterology, American Gastroenterology Association (May 1995); American College of Gastroenterology Distinguished Lecture, Annual Meeting of the American College of Gastroenterology (October 1995); Clinical Achievement Award, American College of Gastroenterology (October 1995); Hugh R. Butts Fellows' Choice Visiting Professor in Gastroenterology, Mayo Medical School (March 1996); American College of Gastroenterology Governor's Award for excellence in Clinical Research (October 1998); the Frank Brown Berry Prize in Federal Medicine (August 2000); an Annual lecture at the annual meeting of the American College of Gastroenterology is named the David Y. Graham Lecture starting in 2004; the 2005 Samuel S. Weiss Award in Recognition of Outstanding Career Service to the American College of Gastroenterology; the endoscopy unit at the Michael E. DeBakey VA Medical Center was officially named The David Y. Graham Gastrointestinal Endoscopy Unit in September 2008, and in September 2008 I was awarded the Marcel Patterson & Robert Nelson Award by the Texas Society for Gastroenterology and Endoscopy.

6.      I am also listed as among the Top 50 Most Influential Gastroenterology Professionals of the 20th Century by Gastroenterology.com and have been honored as one of the Best Doctors in America yearly since 1997.

7.      I am currently on the editorial board for a number of journals. I am a reviewer for numerous others including: Lancet, New England Journal of Medicine, Annals of Internal Medicine, American Journal of Gastroenterology, Gastroenterology, Helicobacter (Editor), Journal of Laboratory and Clinical Medicine, Journal of Clinical Investigation, Journal of Clinical Gastroenterology, Journal of Infectious Diseases, Pediatric Gastroenterology and Nutrition, and the Scandinavian Journal of Gastroenterology.

8.      My research interests include peptic ulcer disease caused by nonsteroidal inflammatory drugs (NSAIDs) or H. pylori infections. I have authored more than 800 scientific articles, over 60 letters, and have contributed to more than 100 books. I have worked in the field of the effects

M01410758/3

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

of NSAIDs on the gastrointestinal tract since the mid-1980's and have continued to publish in this area until the present.

9.    A copy of my *curriculum vitae* is attached as **Exhibit A** to my affidavit.

10.    Based on my education, experience and qualifications, I consider myself competent to give the opinions set out in my affidavit. The fundamental questions I seek to address are whether rofecoxib is damaging or toxic to the gastrointestinal tract and if it is, whether it differs substantially from other NSAIDs.

11.    In way of background, until relatively recently one of the major concerns of Medicine as it relates to the gastrointestinal tract was peptic ulcer disease and its complications. Until recently the cause(s) was unknown. We now know that the more common causes are infection with the bacterial pathogen *Helicobacter pylori* and the use of NSAIDs. Aspirin was introduced into medical practice in the late 1800's and rapidly became one of most widely used drugs of all time. By the 1940's it was recognized that aspirin could cause damage to the lining of the stomach. Until the 1980's aspirin was the most commonly used NSAID for relief of arthritis and pain. In 1986 we reviewed the data regarding the effects of aspirin on the stomach. We emphasized the dose-response characteristics of the adverse effects of aspirin, such as the association of the use of larger does with risk of developing gastric ulcers. "The increased incidence of gastric ulcer, and presumed increase in the incidence of gastrointestinal hemorrhage, however, should not necessarily cause one to choose another nonsteroidal anti-inflammatory agent. Aspirin costs the least of all available anti-arthritic drugs, and the limited available data do not suggest that newer anti-arthritic drugs are safer or that the risk of bleeding or chronic ulcer is less." (Graham DY, Smith JL. Aspirin and the stomach. Ann Intern Med 1986;104:390-8.). The 1970's and 1980's saw many studies using gastrointestinal endoscopy to compare the damaging effects of aspirin with the newly introduced NSAIDs or with acetaminophen. This type of research was largely pioneered by Frank Lanza who also developed the widely used "Lanza scale" to assess mucosal damage. This approach has been used in the study of each new agent. This type of study was also extended to examine the effect of new potential gastroprotective strategies and agents such as the histamine-2 receptor antagonists and misoprostol. Many, if not most, of these studies were supported by pharmaceutical companies

3

M01410/7584

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

seeking to test hypotheses regarding approaches to reduce visible mucosal damage or to show a presumed advantage in terms of mucosal damage (ie, by comparing their new drug to an established drug). Most were of short duration and were never followed up with clinical studies to confirm the finding in terms of relative safety or to examine whether the findings had clinical relevance. The degree of damage was largely related to the local solubility of the drugs in the gastric contents and to their intrinsic damaging ability. Interest in this model was reduced with it became clear that frank gastroduodenal ulcers could be produced by administration of NSAIDs by parenteral or rectal routes or by enteric coating (ie, methods that completely bypassed the stomach). These observations were most consistent with the notion that clinical ulcers were largely due to the systemic effects of the NSAIDs and were a consequence of their ability to inhibit mucosal prostaglandins which are believed to protect the mucosa. This concept also dovetailed with the experiments of Dr. Andre Robert who championed prostaglandins and prostaglandin replacement as mucosal protective. The concept was further advanced following a double blind trial where an orally administered prostaglandin, misoprostol, was able to reduce NSAID-induced complications.

12.     Until the mid 1980's the level of risk associated with NSAID use remained controversial (eg, Kurata JH, et al. Inadequacy of the literature on the relationship between drugs, ulcers, and gastrointestinal bleeding. Gastroenterology 1982;82:373-376. & Somerville K, et al. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. Lancet 1986;1:462-464). Increasing data confirmed the conclusion that NSAID-associated ulcer complications were a significant public health problem and resulted in a large number of studies examining the relative risks of different features related to NSAID-induced complications such as patient age, sex, NSAID dose, number of NSAIDs, concomitant use of anticoagulants and anti-platelet drugs, etc.

13.     Proof that the risk could be reduced by replacement of mucosal prostaglandins with misoprostol provided strong support to the hypothesis that inhibition of prostaglandin synthesis was a key factor in producing the mucosal damage and ulcers. The discovery that prostaglandin synthesis was controlled by two different isoforms of cyclooxygenase, COX-1 and COX-2, and the hypothesis that that COX-1 was responsible for mucosal integrity whereas COX-2 was related to inflammation led investigators to search for selective inhibitors based on the premise that selective inhibition of COX-2 would prevent NSAID-induced mucosal damage while

4

M01410758S

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

maintaining the anti-pain and inflammatory effects of NSAIDs. Rofecoxib is one of the highly specific COX-2 inhibitors that emerged from that research. The availability of highly selective COX-2 inhibitors allowed testing of the hypothesis that, for first time, relief of pain and inflammation could be separated from the gastrointestinal untoward effects of NSAIDs. There was great hope that these hypotheses would prove correct as they seemed to be based on sound physiologic principles.

14.    Clinical trials in patients with arthritis and pain showed that rofecoxib was essentially equivalent (ie, not superior) to traditional NSAIDs such as ibuprofen or naproxen in terms of analgesia and anti-inflammatory activity. The questions of whether it was safer (or equivalent to placebo in terms of gastrointestinal safety) was more difficult to test in that the lack of validated surrogate markers required large clinical trials with clinically significant endpoints such as upper GI bleeding. These data are discussed below.

15.    Despite the long history of using endoscopic studies that examined the gastric mucosa to assess gastroduodenal damage following ingestion of potentially gastrotoxic compounds, this approach has never been validated as a surrogate marker for clinically significant endpoints such as complicated ulcer disease (bleeding or perforated). The requirements for identifying reliable and validated surrogate markers have been discussed in a number of recent papers (eg, those by Thomas R. Fleming(Fleming TR, DeMets DL. Surrogate end points in clinical trials: are we being misled? Ann Intern Med 1996;125:605-613; Fleming TR, DeGruttola V, DeMets DL. Surrogate endpoints. AIDS Clin Rev 1997;129-143; Fleming TR. Surrogate endpoints and FDA's accelerated approval process. Health Aff (Millwood ) 2005;24:67-78) and are reviewed in a recent editorial I wrote entitled "Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print"* that was written in response to an article largely derived from a "white paper" commissioned by Pfizer and authored by members of a Pfizer advisory group.

16.    The three most common clinically important gastrointestinal complications of NSAID use are gastroduodenal bleeding from ulcers, perforated ulcer, and clinical symptomatic ulcer disease. The first two are most important as they carry a definite risk of hospitalization and mortality. Symptomatic ulcers are somewhat problematic as they typically represent an

M01410759B

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

inconvenience to the patient and may be difficult or impossible to distinguish from acute mucosal damage and endoscopic ulcers. The criteria for "sufficient symptoms" to prompt endoscopy in clinical trials not been standardized and thus ulcers that are found are likely to represent a combination of clinical ulcers and endoscopic ulcers. As such "ulcers" appear to be more common in clinical trials than in clinical practice. To try to overcome this problem, Merck protocol 069 "Langman" study defined complicated ulcers as a gastric ulcer ≥3 cm in diameter or a duodenal ulcer ≥2 cm in diameter (Table 1 under 6. evaluation criteria) (Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H et al. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999; 282(20):1929-1933.) (see paragraphs 23 through 26 for details). A second problem is when one examines the gastric mucosa for the presence of injury one must be aware of the phenomenon called gastric adaptation that describes the observation that initially topically damaging drugs such as aspirin may cause widespread injury but after a few days to weeks this lessens or disappears and only later with continued usage do some individuals develop a typical chronic appearing, often large, ulcer. These chronic appearing ulcers are thought to be the basis for most of the significant complications. Short term studies, especially those using topically toxic agents at high doses reproducibly cause considerable endoscopic injury of unknown clinical significance that, as noted above, has been used, for marketing different agents. Topically gastrotoxic agents such as higher doses of aspirin, naproxen, or ibuprofen cause visible damage very rapidly and then tends to resolve (adaptation). Thus, endoscopy done in the first weeks after starting the drug are likely to show damage (ie, endoscopic ulcers) and provide a false impression of the difference in safety for the long term use of two drugs, one of which is minimally topically gastrotoxic. Examination of the survival analysis plot in the Langman study shows the majority of the difference between the traditional NSAIDs and rofecoxib was in the first month after starting medication.

17.    I will briefly discuss the role of NSAID dose and its relation to gastrotoxicity. As noted in paragraph 11, we were among the first to call attention to the importance of drug dose and gastrointestinal toxicity. This concept has generally held up with higher doses being related to an increased risk of clinically important PUBs. The rule-of-thumb for the use of NSAIDs is to use the lowest dose that is effective for that person and for the shortest time. NSAIDs have both analgesic and an anti-inflammatory effects. For some NSAIDs (eg, ibuprofen) increasing the dose will often increase the amount of anti-inflammatory activity over a large dose range. In

6

M01410/587

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

contrast, 200 mg of ibuprofen is a very effective analgesic dose; 400 mg provides maximum analgesic effect (Graham DY. Nonsteroidal anti-inflammatory drugs, *Helicobacter pylori*, and ulcers: where we stand. Am J Gastroenterol. 1996;91:2080-6.). Physicians can thus tailor therapy based on whether their primary goal is to provide analgesia (eg, dental pain, osteoarthritis) ranging up to conditions where strong anti-inflammatory effect is needed (active rheumatoid arthritis). NSAIDs vary in terms of GI risk and in most there is a clear dose response. In the first large study that looked at risk in terms of dose in the elderly, a standard dose of ibuprofen for rheumatoid arthritis was 1,200 mg and for naproxen 500 mg (Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. Ann Intern Med 1991;114:257-263.). This study was followed by a number of additional studies evaluating individual NSAIDs and NSAID doses. For example, in 1994 Garcia Rodriguez published a study of 1457 cases of UGIB and 10,000 control subjects identified from general practitioners in the UK. The risk of high-dose ibuprofen was substantially greater for than low-dose ibuprofen users. Eighty percent of uses of ibuprofen were in the low daily dose category (<1,500 mg) (Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs Lancet 1994;343:769-772). The highest recorded dose of ibuprofen was 2400 mg daily, prescribed to only 2 subjects in the whole study population. There have been many recent papers regarding the dose response effect such as (Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. Gastroenterology 2007;132:498-506.)(Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. Arch Intern Med 2000;160:2093-2099). The dose-risk association has been regularly confirmed with standard dose ibuprofen being considered 1,200 mg and naproxen 750 mg. The doses in the rofecoxib studies were 2,400 mg of ibuprofen and 1,000 mg of naproxen per day.

18.     Proof that rofecoxib was not toxic to the gastrointestinal tract (ie, equal to placebo) would require double blind placebo controlled studies using reliable endpoints. Proof that it was safer than traditional NSAIDs would require a meaningful reduction in significant GI complications (eg, upper gastrointestinal bleeding or bleeding or perforation) again demonstrated in blinded

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

clinical trials and would need to also take into account the choice of comparator and dose (ie, it may be safer than piroxicam but more toxic than ibuprofen).

19.     There are data addressing the hypothesis whether rofecoxib is equivalent to placebo in terms of gastrointestinal toxicity.   There are two large randomized placebo controlled trials which collected outcome data. The fact that rofecoxib was significantly more likely than placebo to lead to PUBs was shown in Merck protocol 078 in which 25 mg of rofecoxib or placebo was used in the treatment of mild cognitive impairment and to prevent conversion to Alzheimer's disease. This was a 4 year randomized study of 1457 patients.   Suspected GI PUBs were reviewed by an independent expert adjudication board.    Both confirmed and confirmed complicated events were significantly more common among rofecoxib users compared to placebo (see 078 study report, Table 63). The analysis of all confirmed PUBs in the same patients by Dr. Jewell yielded an IRR of 4.02, P = 0.009 (ie, significantly higher with Vioxx compared to placebo) Of interest, according to the summary report of the protocol, it was completed in April 2003 and the fact that rofecoxib was significantly inferior to placebo was not rapidly published  As a result, those prescribing the drug and those writing about the risks of rofecoxib remained unable to update their thinking or practices.

20.     The fact that rofecoxib was inferior to placebo was confirmed in the APPROVe (Adenomatous Polyp Prevention On Vioxx) study which was a three year trial with the primary aim of evaluating the efficacy of rofecoxib for the prophylaxis of colorectal polyps. Rofecoxib (25 mg) or placebo was given to 2587 patients (Lanas A, Baron JA, Sandler RS, Horgan K, Bolognese J, Oxenius B, Quan H, Watson D, Cook TJ, Schoen R, Burke C, Loftus S, Niv Y, Ridell R, Morton D, Bresalier R. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. Gastroenterology 2007;132:490-497.).   The study was stopped prematurely because of concern of cardiovascular events.   An independent expert adjudication board reviewed the investigator reports of upper gastrointestinal PUBs as part of the Gastrointestinal Clinical Event Monitoring Plan. The study clearly demonstrated a significant increase in confirmed PUBs and in confirmed and unconfirmed PUBs among rofecoxib users compared to those receiving placebo with relative risks of 4.9 and 3.76, respectively.

M01410759

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

21.     Together, these two large placebo controlled trials clearly showed that rofecoxib was significantly more likely than placebo to produce clinically significant gastrointestinal damage. One can conclude that rofecoxib is gastrotoxic and significantly more likely to produce gastrointestinal damage than placebo.

22.     There are also data concerning whether rofecoxib is safer than traditional NSAIDs in terms of clinically significant PUBs. Two studies that address this question are: Merck protocol 069 (ie, Langman MJ, et al.. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs. JAMA 1999;282:1929-1933) and Merck protocols 088/089 (ie, VIGOR Bombardier C. et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000;343:1520-8).

23.     Merck protocol 069 "Langman study". This was an analysis of 8 randomized controlled trials comparing rofecoxib, placebo, and a variety of traditional NSAIDs. Placebo, when used was not continued for the full duration of therapy. The analyses were complicated in that some protocols included regular scheduled endoscopies which potentially could increase the incidence of ulcers as an end point. The authors attempted to deal with this by excluding those ulcers that were found in a window around the scheduled endoscopy date. The lack of validated criteria to identify which patients potentially had symptomatic ulcers likely also produced a bias. The end result was likely that the ulcers that were identified consisted of a combination of complicated events (PUBs) and symptomatic ulcers some of which were undoubtedly endoscopic and not clinical ulcers. They hoped the problem of overestimate of risk could be partially overcome by relying more on complicated PUBs which only included large ulcers.

24.     The study had a number of technical problems that make the interpretation difficult including the fact that many had *H. pylori* infections. The study was done before treatment of *H. pylori* was commonly done and consisted of older patients where the prevalence of the infection in the population was known to be high. Other high risk groups included patients with prior PUBs (some of which were undoubtedly related to *H. pylori*, some to NSAIDs, and some to both). Finally, there was no placebo group throughout the entire study duration.

25.     Their analysis suggested an approximately 50% reduction in PUBs in the rofecoxib users compared to users of traditional NSAIDs. Because the incidence of PUBs is typically higher in

M014107590

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

endoscopy studies, an analysis was done of the non-scheduled endoscopy protocols. No confirmed upper GI PUBs were identified in the placebo group. The cumulative incidence among rofecoxib users was 1% compared to 1.39% among NSAID users. The difference was not significant.

26.     As noted above, complicated PUBs (Table 1 under 6. evaluation criteria) were defined as a gastric ulcer $\geq 3$ cm in diameter, a duodenal ulcer $\geq 2$ cm in diameter, stigmata of bleeding (active bleeding or visible vessel at endoscopy), obstruction due to an active gastric or duodenal ulcer, or confirmed clinically significant hemorrhage which was upper GI hemorrhage with 1) significant bleeding/volume loss, 2) transfusion of blood or packed red blood cells. The results in what I believe to be the most reliable group (ie, confirmed upper GI PUBs that were complicated) were a cumulative incidence among rofecoxib users of 0.45% compared to 55% (P = 0.263 by log rank).

27.     In summary, this study could not take the place of a proper prospective randomized double blind trial examining for clinically significant PUBs. Analysis based on clinically significant PUBs showed a low incidence in both groups that was not significantly lower in the rofecoxib group. However, the study was not powered to examine this directly.

28.     Merck also published two studies using endoscopic ulcers as the end point (Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H et al. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis. Rofecoxib Osteoarthritis Endoscopy Study Group. Gastroenterology 1999; 117(4):776-783.; Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E et al. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. Arthritis Rheum 2000;43(2):370-377). It is important to note that the data from both of these studies was included in the Langman study. As noted above endoscopic ulcers differ from clinical ulcer disease in that they are endoscopically identified mucosal abnormalities with no known clinical significance. I have discussed the problems with interpretation of endoscopic ulcers a number of articles including in an editorial in the New

M01410/591

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

England Journal of Medicine (Graham DY. NSAIDs, *Helicobacter pylori*, and Pandora's box. N Engl J Med 2002;347:2162-2164) where the confounding issues of the presence of *Helicobacter pylori*, whether the patient had prior ulcer disease, and COX-2 inhibitors and antisecretory therapy were all reviewed. Both Merck studies used an identical protocol and a placebo arm and compared rofecoxib with high dose ibuprofen. Patients with prior PUBs whether due to either *Helicobacter pylori* or NSAIDs were included. Both $\geq 3$ mm and $\geq 5$ mm endoscopic ulcers were scored. However, this did not eliminate the problem of endoscopic ulcers not being a validated surrogate marker for clinical GI events (see paragraph 15 and "Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*"). In general, those receiving rofecoxib had a lower incidence of endoscopic ulcers than those taking high dose ibuprofen. The prevalence of endoscopic ulcers was numerically higher among those taking placebo than among those taking rofecoxib. As noted above, these studies were included in the Langman study which expressed concern about the difficulty separating endoscopic ulcers and those that would equate with clinically relevant ulcers such one might see in practice (see paragraphs 16 and 26),. The analysis for complicated ulcers defined on the basis of size (a gastric ulcer $\geq 3$ cm in diameter, a duodenal ulcer $\geq 2$ cm in diameter) was not separately provided in either the Laine or the Hawkey study.

29.     The United States study was accompanied by an editorial (U. Beejay and M. M. Wolfe. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? Gastroenterology 117 (4):1002-1005, 1999) . The high rate of events in the placebo group was quite unexpected and this was pointed out by the authors of the editorial who suggested the possibility of surreptitious NSAID use which could have been monitored by measuring platelet-derived thromboxane. Beejay and Wolfe did not include the issue of the possibly inaccuracy of the endoscopic test per se (D. Y. Graham and F. K. Chan. Inaccurate endoscopy: a better explanation for placebo-associated endoscopic ulcers. Aliment Pharmacol Ther 30 (9):955-957, 2009). Both issues should probably have been controlled for. The authors of the rofecoxib study were able to show that rofecoxib produced fewer endoscopic ulcers than a traditional NSAID given at known highly gastrotoxic does. They showed a dose related increase in endoscopic ulcers with rofecoxib which would be unexpected if the drug were not gastrotoxic. We and Beejay and Wolfe had concerns about the high rate of endoscopic ulcers among those receiving placebo and

M01410759?

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

ostensibly no gastrotoxic medications. Ulcers have causes and are not found in normal patients unless they are taking gastrotoxic drugs, have an *Helicobacter pylori* infection, or have a very rare condition such as a herpes simplex infection of the duodenum. The authors of both Merck studies ignored this issue and simply compared the results with rofecoxib and placebo. After 12 weeks the frequency of larger endoscopic ulcer ($\geq 5$ mm) was 8.2% for placebo, 1.8% for rofecoxib 25 mg, 5.5% for rofecoxib 50 mg, and 20.6% for ibuprofen 2,400 mg. Rofecoxib 25 mg was significantly less ulcerogenic than placebo.

30.     Overall, the authors from both Merck endoscopic ulcer trials concluded that rofecoxib was equivalent to placebo but did not address the fact that the placebo rate was unexplainably high. This high placebo rate calls the entire study results into question. If the results represent, as Beejay and Wolfe suggest, surreptitious NSAID use, which is not unreasonable as the patient population was one suffering from arthritis, then possibly they showed that rofecoxib was equivalent to surreptitious NSAID use. Clearly, the results differ from the direct clinical trials (APPROVe and the mild cognitive impairment) of placebo and significant clinical outcomes that showed that rofecoxib was significantly inferior (more gastrotoxic) than placebo. Although, they were able to show that rofecoxib was significantly less likely than high dose ibuprofen to cause endoscopic ulcers, endoscopic ulcers have never been validated as a surrogate for clinical outcomes which are the events that safer NSAIDs aim to prevent.

31.     Beejay and Wolfe, the authors of the editorial, noted that "it is imperative that a decrease in ulcer complications (i.e., hemorrhage, perforation, and gastric outlet obstruction) be shown before establishing the safety of any new NSAID". Finally, it is important to note that traditional NSAIDs vary in terms of their association with clinical GI events (Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Griffin M et al. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566.; Henry D, Dobson A, Turner C. Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. Gastroenterology 1993; 105:1078-1088). The dose of ibuprofen used in the two Merck studies was a high dose (eg, more than 1,600 mg) and one that is more often used clinically for rheumatoid arthritis than for osteoarthritis (Henry D, et al Griffin M et al.

M01410759 3

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta-analysis. BMJ 1996; 312(7046):1563-1566).

32.     VIGOR (Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. N Engl J Med 2000; 343(21):1520-8, 2.).   The VIGOR study was a randomized study with 8076 rheumatoid arthritis patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy). Subjects were randomized to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers). The authors concluded "Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow- up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001)". One PUB outcome is symptomatic ulcers.  This is a clinical endpoint and difficult to model in prospective studies using endoscopy.  It is also the least important endpoint as it represents an inconvenience to the patients whereas complicated confirmed events such as perforation, obstruction, and severe upper gastrointestinal bleeding, have major clinical implications.  The discovery of an ulcer depends in part on the threshold for what are significant symptoms that prompt endoscopy.  One would expect the threshold for endoscopy to be low in a study specifically designed for this purpose and this hypothesis where in the Study Design of the VIGOR protocol it is noted that "At each visit, patients will be asked questions concerning the occurrence of PUBs. Suspicion of a possible study end point will prompt the retrieval of additional information and source documents, as specified in the Study Operations Manual. ........Between visits, the patient will be encouraged to call the study site if a PUB,....." This approach included all contact with the patient including by phone and the study documents explain the training that should take place to ensure that no events are missed.  Naproxen is known to be a gastrotoxic NSAID and thus, as shown with the studies on endoscopic ulcers, endoscopic ulcers were expected to be more commonly present than with rofecoxib.  In addition, rofecoxib has been shown to be associated with a lower incidence of GI symptoms which would likely further bias the number of procedures in which endoscopic ulcers were discovered and

M01410/7594

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

because of the protocol definitions would be labeled as symptomatic ulcers. Clinically, the important events in VIGOR are complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) and the rates for these were 0.6 per 100 patient-years with rofecoxib and 1.4 per 100 patient-years with naproxen (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005).

33.     However, there were a number of predefined subgroups that deserved to be examined more closely. One was concomitant glucocorticoid use which was known to be associated with an increased risk of serious upper GI events and was listed as one of the prespecified subgroups for analysis (Table 7.5 Subgroup analyses, Interactions, and Associations with the Primary Endpoint) (e.g., Hernandez-Diaz S, Rodriguez LA. Steroids and risk of upper gastrointestinal complications. Am J Epidemiol 2001;153:1089-1093). The published manuscript shows a difference among glucocorticoid users vs. non-users "Patients with no glucocorticoid therapy at baseline (relative risk, 0.7; 95 percent confidence interval, 0.4 to 1.2), and patients with glucocorticoid therapy at base line (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.6)." suggesting that the benefit (ie, reduced risk compared to naproxen may have been limited to those patients who received glucocorticoid therapy. The authors chose to deal with these prespecified subgroups by stating "The relative risks in these subgroups and the other prespecified subgroups (defined according to sex, race or ethnic group, and location of study center) were not significantly different, indicating that there was no significant interaction between the treatments and the subgroups". In addition, in the response to reviewers for manuscript 05-1401, the authors responded to reviewer B who felt that the steroid finding was worthy of comment again, by noted that the finding was not further investigated or of concern in that the interaction was nonsignificant. Considering that these were prespecified subgroups and one had clearly been shown to be important in terms of the clinically important GI events, it seems that further investigations should have been done and the data reported.

34.     Dr. Nicholas P. Jewell performed such an analysis and found that "In the VIGOR trial comparing Vioxx and Naproxen there were 37 confirmed complicated PUBs under Naproxen treatment (in 2694 patient years of follow-up) and 16 under Vioxx (in 2697 patient years). These data yield an estimated Incidence Rate Ratio (IRR) of 2.32, reflecting a more than doubling of the event rates under Naproxen. The two-sided p-value for no difference in the rates in the two

M01410759S

**Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

groups is 0.004 (based on an exact test), suggesting that the rate is significantly higher with Naproxen treatment than under Vioxx. A stratified analysis of this data by baseline use of steroids, a prespecified subgroup variable, presents a more informative interpretation of these results. For those individuals without baseline steroid use, the estimated IRR is 1.12, whereas for those with baseline steroid use, the estimated IRR is 3.85. There is thus very strong effect modification of the impact of Naproxen use (as compared to Vioxx) by baseline steroid use. The (interaction) p-value for testing the same treatment effect (Vioxx as compared to Naproxen) in the two groups (steroid and nonsteroid users) is 0.047, indicating that the noted large difference in IRRs is unlikely to be attributable to chance."

35.     It is unknown whether this comparison or one similar to it was done by Merck but considering the prior known importance of the factor and the fact that the endpoint was prespecified, I can think of no reason why it would not be explored and then reported as it likely would have had a major effect on physician's decisions regarding who would ultimately be candidates for the drug.  Having this data would certainly have influenced what was written about rofecoxib in clinical reviews that appeared after VIGOR was reported.  For example, our 2004 review would have included the data about effectiveness in patients with and without steroid use (Chan FK, Graham DY. Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications--review and recommendations based on risk assessment. Aliment Pharmacol Ther 2004;19:1051-1061).

36.     In the CLASS trial (celecoxib), significance GI benefit was only found at the 6 month analysis and was lost by 12 months (Henry D, McGettigan P. Selective COX-2 inhibitors: a promise unfulfilled? Gastroenterology 2007; 132(2):790-794). The MEDAL trial which randomized 34,701 patients to the COX-2 inhibitor etoricoxib also found no difference in complicated events among patients randomized to the COX-2 inhibitor or diclofenac (Cannon CP, Curtis SP, FitzGerald GA, Krum H, Kaur A, Bolognese JA et al. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. Lancet 2006; 368(9549):1771-1781).

M01410/596

Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

37.     In summary, clearly, as noted by Henry and McGettigan (Henry D, McGettigan P. Selective COX-2 inhibitors: a promise unfulfilled? Gastroenterology 2007; 132(2):790-794) selective COX-2 inhibitors in general and more specifically rofecoxib did not live up to expectations. The available studies show that rofecoxib is gastrotoxic and significantly worse than placebo. Its use is also associated with clinically significant upper GI events (PUBs); the most important common PUB is upper gastrointestinal hemorrhage. Rofecoxib like other NSAIDs exhibits a dose response effect with more events as the dose increases. Any potential less toxicity compared to traditional NSAIDs must be assessed in terms of individual NSAID and NSAID dose. The VIGOR study showed an overall reduction in PUBs but this result was largely related to an effect on patients that were concomitant steroid users. Steroid use has long been accepted as a significant factor that enhances the risk of NSAID use and this fact led those who developed the protocol to  target them for a prespecified subgroup analysis. The fact that the bulk of the beneficial effect of rofecoxib was confined to steroid users was information that should have, in my opinion, been prominently discussed in the report and the publication. The lack of doing so is unexplained. An important issue for choosing among different drugs is cost effectiveness. The fact that rofecoxib clearly has greater risk compared to placebo and is difficult if not impossible to differentiate from traditional NSAIDs in terms of clinically important upper GI events especially bleeding, makes it difficult to justify the enthusiasm with which it was marketed.

David Y. Graham, M.D.   November 6, 2009

16

M01410759

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

# CURRICULUM VITAE

**NAME**:             **DAVID YATES GRAHAM**

**ADDRESS**          Rm 3A-320
Michael E. DeBakey VAMC
2002 Holcombe Blvd.
Houston, TX 77030
Tel: 713-795-0232
Fax: 713-795-4471
e-mail: dgraham@bcm.tmc.edu

**DATE AND PLACE OF BIRTH:**     December 24, 1940
Balboa, Panama Canal Zone

**MARITAL STATUS:**     Married:    March 31, 1967
Wife:        Janet S. Butel, Ph.D.
Children:   Kathleen (1/21/68)
David (10/2/69)

**EDUCATION:**

     University of Notre Dame, B.S. Degree, 1963
     Baylor University College of Medicine, M.D. Degree, 1966

**POSTGRADUATE TRAINING:**

Internship:     Ben Taub General Hospital, Houston, Texas
Veterans Administration Hospital, Houston, Texas
1966-1967

Residency:     Baylor Affiliated Hospitals, Houston, Texas
Internal Medicine
1969-1971

Fellowship:    Baylor Affiliated Hospitals, Houston, Texas
Gastroenterology
1972-1973

**ACADEMIC APPOINTMENTS:**

Chief Resident in Medicine, Ben Taub General Hospital   January - June, 1971
Acting Chief, In-Patient Medical Service, Ben Taub General Hospital   July - December, 1971
Instructor, Department of Medicine, Baylor College of Medicine 1971 - 1973
Assistant Professor of Medicine, Baylor College of Medicine 1973 - 1977
Acting Chief Gastroenterology, Ben Taub General Hospital
     July, 1973 - November, 1974
Chief Gastroenterology, Ben Taub General Hospital
     November, 1974 - July, 1976
Director, Gastroenterology Fellowship Program
     1975 - 1980, and 1988 - 1998
Chief, Gastroenterology Section, VA Medical Center
     1976 - 2007
Associate Professor of Medicine, Baylor College of Medicine
     1977 - 1983

M01410759B

**Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

Associate Professor of Virology, Baylor College of Medicine
    1981 - 1983
Professor of Medicine, Baylor College of Medicine
    1983 -
Professor of Virology, Baylor College of Medicine
    1983 - 1989
Professor of Molecular Virology and Microbiology, Baylor College of Medicine
    1989 -
Chief, Digestive Disease Division, Department of Medicine, Baylor College of Medicine, 1988 -
    2007

## MILITARY SERVICE:

United States Army, October, 1967 - August, 1969
   Commander, 85th Medical Detachment, Viet Nam
   11th Aviation Group Surgeon, Viet Nam
   Flight Medical Branch, NASA, Houston, Texas

## MEMBERSHIP IN SOCIETIES:

American Association for the Advancement of Science, Fellow
American College of Gastroenterology, Fellow
American College of Physicians, Fellow
American Gastroenterological Association
American Society of Gastrointestinal Endoscopy
American Society of Microbiology
Association of Subspecialty Professors
Gastrointestinal Research Group
Houston Gastroenterological Society
Hong Kong Society of Gastroenterology, Fellow, Honorary
Infectious Diseases Society of America, Fellow
Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases
Japanese Gastroenterology Society, Honorary
Nature Clinical Practice Gastroenterology & Hepatology
Texas Society for Gastroenterology and Endoscopy
The Herb Fred Medical Society (steering committee member)
World Innovation Foundation, Fellow

**LICENSURE:**  Texas No. D5543, 1969

## BOARDS:

American Board of Internal Medicine, Certified – June 21, 1972
Subspecialty Board - Gastroenterology, Certified – October 21, 1975

## HONORS:

M.D. Degree Conferred with Honors
Alpha Omega Alpha 1976
W. H. Rorer award for 3rd best paper in Am J. Gastroenterol, 1982
Henry Baker Lecture, American College of Gastroenterology, May 1983
W. H. Rorer award for 2nd best paper in Am J. Gastroenterol, 1989
President-Elect American College of Gastroenterology 1989-1990
President, American College of Gastroenterology 1990-1991

M01410759

**Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

Paper on the effect of cure of *H. pylori* infection on ulcer recurrence (Ann Intern Med 1992;116:705-8) recognized as one of the top ten advances in medical progress by the Harvard Health Letter, March 1993

Awarded Master of American College of Gastroenterology October 1993

President, 6th International Symposium *on Helicobacter pylori* and its diseases. Tokyo, Japan, September 1993

Royal Society of Medicine's Annual Visiting Professor in Clinical Medicine, London, U.K. June 1993.

President, 7th International Symposium on *Helicobacter pylori* and its diseases. Tokyo, Japan, April 1994

The Joseph B. Kirsner Award from the American Gastroenterology Association for Excellence in Clinical Research, May 1994

President, *Helicobacter pylori* beginning the second decade. European *Helicobacter* Study Group Meeting, Houston, September 1994.

Advisory member, Committee for Clinical Trials of Eradication of *H. pylori* in Japan, Japanese Society of Gastroenterology, 1994 -

The Michael E. DeBakey, M.D. Award for Excellence in Research, Baylor College of Medicine, November, 1994

Adviser to Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases 1995-

Janssen Award for Special Achievement in Gastroenterology, American Gastroenterology Association, May 1995

ACG Distinguished Lecture, Annual Meeting American College of Gastroenterology, October 1995

Clinical Achievement Award, American College of Gastroenterology, October 1995

Hugh R. Butt Fellows' Choice Visiting Professor in Gastroenterology, Mayo Medical School, March 1996

Global Award from the 1997 International Global Awards Competition honoring the best in healthcare communications worldwide organized by the New York Festivals for our book "Ulcers in a New Light" by Engstrand L, Graham DY. Sparre Medical AB., Stockholm, 1997.

Excellence in Research Award, Department of Medicine, Baylor College of Medicine. July 1998

American College of Gastroenterology Governors Award for excellence in Clinical Research given for paper submitted to Annual Meeting entitled "*H. pylori* isolates in gastric and duodenal ulcers" (M.F. Go, first author). October 1998.

First Prize at the 5th Annual Meeting of the Japanese Society for Helicobacter Research for the oral "Metronidazole resistance in *Helicobacter pylori* independent of a null mutation in the gene (*rdxA*) encoding oxygen insensitive NADPH nitroreductase: metronidazole induced repression of metronidazole nitroreductase activity" (DH Kwon first author), Niigata Japan on June 18, 1999.

Listed as among the Top 50 Most Influential Gastroenterology Professionals of the 20th Century by Vgastroenterology.com

Frank Brown Berry Prize in Federal Medicine. August 2000.

Honored as one of the Best Doctors in America 1997 - present

2002 Distinguished Alumnus Award, Baylor College of Medicine, April 13, 2002

Uehara Award for one the best papers presented at the Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases, June, 2002.

M01410/600

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

American College of Gastroenterology Presidential Poster Award for the poster "Randomized, controlled trial of pulsed irrigation evacuation preparation for colonoscopy" presented at the 67th Annual meeting of the American College of Gastroenterology, October 21, 2002.

American College of Gastroenterology Presidential Poster Award for the poster "Soda (severity of dyspepsia assessment) in children: a new outcome measure in relation to *Helicobacter pylori* infection in children with recurrent abdominal pain" presented at the 67th Annual meeting of the American College of Gastroenterology, October 21, 2002.

Listed in ISI's Highly Cited Researcher's database in Clinical Medicine
http://isihighlycited.com/

Uehara Award for one the best papers (Malaty et al. "Transmission of *Helicobacter pylori* Infection: A 9-year Birth Cohort Study in Rural Japan") presented at the 9th Japanese Research Society for *Helicobacter pylori* Related Gastroduodenal Diseases, Matsumoto, Japan. July, 2003.

American College of Gastroenterology. Gave the First Annual American Journal of Gastroenterology Lecture at the annual meeting of the American College of Gastroenterology, October, 2003.

Hong Kong Society of Gastroenterology.  Made an honorary member at their Annual Meeting, Hong Kong, March, 2004

World Innovation Foundation., elected as a Fellow in August, 2004

Listed in Guide to America's Top Physicians, Consumers Research Council of America 2004
American Academy of Microbiology.  Elected as a Fellow in March, 2004.

American Society for the Advancement of Science. Elected a Fellow October 4, 2004.

American College of Gastroenterology. Gave the First Annual David Y. Graham Lecture at the annual meeting of the American College of Gastroenterology, November, 2004.

Outstanding Reviewer Award 2004 from the American Journal of Gastroenterology, March 2005.

American Gastroenterology Association. Gave the 5th John H. Walsh Memorial Lecture, at the Annual Meeting of the American Gastroenterology Association, May 2005.

Samuel S. Weiss Award in recognition of outstanding career service to the American College of Gastroenterology, at the Annual Meeting of the American College of Gastroenterology, in Honolulu, Hawaii, October 28, 2005.

Endoscopy unit at the Michael E. DeBakey VA Medical Center officially named The David Y. Graham Gastrointestinal Endoscopy Unit, September 2008

Marcel Patterson & Robert Nelson Award given by the Texas Society for Gastroenterology and Endoscopy. September 20, 2008.

Listed in Castle Connolly America's Top Doctors 2008-2009

## BOARD OF DIRECTORS

ACG Institute for Clinical Research & Education

## EDITORIAL BOARDS

Digestion & Diet Health Monitor (Editor)
Gastroenterology Today (International Advisory Board)

M01410760/

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

Gut and Liver
Helicobacter (Editor in Chief)
Minerva Gastroentorologica e Dietologica
Journal of Digestive Diseases
Saudi Journal of Gastroenterology
Scandinavian Journal of Gastroenterology

## REVIEWER FOR

Alimentary Pharmacology and Therapeutics
Annals of Internal Medicine
American Journal of Gastroenterology
Digestive Diseases and Sciences
Gut
Gastroenterology
Gastrointestinal Endoscopy
Hepatology
Helicobacter
Journal of Laboratory and Clinical Medicine
Journal of Clinical Investigation
Journal of Clinical Gastroenterology
Journal of Infectious Diseases
New England Journal of Medicine
Pediatric Gastroenterology and Nutrition
Scandinavian Journal of Gastroenterology
And many others

## EPONYMOUS LECTURES (list begun 1992)

Annual Peter Douvres Memorial Lecture, Lenox Hill Hospital, New York, NY, April 1992.
12th Annual Peter R. Amato Memorial Lecture in Gastroenterology, St. Francis Hospital and
    Medical Center, Hartford, CT June 1992
7th Annual Mike Moshal Memorial Lecture, South African Gastroenterology Society Meeting,
    University of Natal, South Africa, July 1992
33rd Annual Charles L. Brown Memorial Lecture, Temple University School of Medicine,
    Philadelphia, PA, Dec 1992.
Annual Milford O. Rouse Lecture, Baylor University Hospital, Dallas, TX. April 20, 1993.
24th Annual Chaikin Lecture in Gastroenterology.  New York Medical College, Valhalla, NY.
    May 5, 1993.
R.D. McKenna Memorial Lecture, Canadian Association of Gastroenterology,  Vancouver, BC,
    Sept. 1993.
Annual Sifor Memorial Lecture, Puerto Rican Gastroenterology Society, San Juan, PR,
    December 1994.
Annual J. Edward Berk Lecture, University of California, Irvine, CA.  November 1996.
The Dr. Bankat Chandra Memorial Lecture, Hyderabad, India, November 1997.
The Charlie Brown Memorial Lecture, The Cleveland Clinic, Cleveland, OH, November 1997.
The David Sun Lecture, Annual Postgraduate Course of the American College of
    Gastroenterology, October 1998.
Alice Sneed West Memorial Lecture, Houston Society of Internal Medicine, Houston, TX.
    March 1999.

M01410/602

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

Hans Seyle Visiting Professor, Long Beach VA Medical Center and University of California Irving, January 2000.

31st Annual Samuel Kushlan Lecture, Yale University Medical School, New Haven, CN, January, 2000.

Sir Arthur Hurst Lecture, Annual Meeting of the British Society of Gastroenterology, Glasgow, March 2001

David Y. Graham Lecture, Annual Meeting of the American College of Gastroenterology, Orlando, FL, November 2004

John H. Walsh Memorial Lecture, Annual Meeting of the American Gastroenterology Association, May 2005.

Elliot Weser Distinguished Lecturer, University of Texas Health Science Center at San Antonio, April 2009

## NATIONAL AND INTERNATIONAL APPOINTMENTS (list begun 2000).

Data Safety and Monitoring Board at the National Cancer Institute. June 2000-2003.

Gastrointestinal, Renal, and Metabolic Disorders Medical Research Advisory Group (MRAG), Department of Veterans Affairs. August, 2000-2003

Advisory Board of the Institute of Digestive Disease, the Chinese University of Hong Kong. January 2006-December 2007.

## PATENTS

**4882271   Process for preparation of high molecular weight cell-associated protein of Campylobacter pylori - November 21, 1989**
An antigen for the detection of Compylobacter pylori infections and an assay for the serological detection of Campylobacter pylori. The antigen includes high molecular weight cell-associated proteins purified from Campylobacter pylori.

**RE34101   Process for preparation of high molecular weight cell-associated protein of Campylobacter pylori -October 13, 1992**
An antigen for the detection of Campylobacter pylori infections and an assay for the serological detection of Campylobacter pylori. The antigen includes high molecular weight cell-associated proteins purified from Campylobacter pylori.

**5559014   Methods and reagents to detect and characterize Norwalk and related viruses - September 24, 1996**
Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus purified from stool specimens of volunteers. One clone was isolated from a cDNA library constructed in a pUC-13 vector after amplification of the cDNA.

**5776692   Mycobacterial genus-specific DNA probe and its expressed product -July 7, 1998**
Recombinant clone pMptb #48 expressing a 36k M. paratuberculosis antigen is provided that provides a more sensitive and discriminating test than those in which crude antigens have been used. A mycobacterial genus-specific DNA probe corresponding to a 1.4 kb BamH1-DNA insert in pMptb #48

**6156883   Polyclonal and monoclonal antibodies to Norwalk virus and methods for making them - December 5, 2000**

M01410/603

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus purified from stool specimens of volunteers. One clone was isolated from a cDNA library constructed in a pUC-13 vector after amplification of the cDNA.

**6572862   Methods and reagents to detect and characterize Norwalk and related viruses - June 3, 2003**

Recombinant proteins and peptides of Norwalk virus are claimed. Also claimed are vaccines against Norwalk virus and methods of immunizing against Norwalk virus using recombinant Norwalk virus antigens and derivatives thereof.

**6942865   Methods and reagents to detect and characterize norwalk and related viruses September 13, 2005**

Double-stranded cDNA was synthesized from nucleic acid extracted from Norwalk virus purified from stool specimens of volunteers. One clone was isolated from a cDNA library constructed in a pUC-13 vector after amplification of the cDNA.

## BIBLIOGRAPHY

Dr. Graham has authored more than 800 scientific articles and more than 100 chapters in books.

M01410/604

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

# BIBLIOGRAPHY

1.  Kelsey JR, Jones J, Graham D, Brown HD.  Diagnosis of protein-losing enteropathy.  Report of an unusual case illustrating diagnostic technics.  Recent Adv Gastroenterol 1967;2:350-3.

2.  Graham DY, Selzman HM, Noall MW, Fred HL.  Pseudohyperchloremia associated with bromism.  G P 1968;38:106.

3.  Fleischer N, Brown H, Graham DY, Delena S.  Chronic laxative-induced hyperaldosteronism and hypokalemia simulating Bartter's syndrome.  Ann Intern Med 1969;70:791-8.

4.  Malik SK, Zalinsky H, Graham DY.  Pulmonary edema following generalized convulsions (postictal).  J Assoc Physicians India 1973;21:795-8.

5.  Graham DY, Reul GJ, Martin R, Morton J, Kennedy JH.  Infective endocarditis in drug addicts: Experiences with the medical and surgical treatment.  Circulation 1973;48 Suppl. III:37-41.

6.  Graham DY, Brown CH, Benrey J, Butel JS.  Thrombocytopenia: A complication of mumps.  JAMA 1974;227:1162-4.

7.  Graham DY, Kimbrough RC, Fagan T.  Congenital gastric diverticulum as a source of massive hemorrhage.  Am J Dig Dis 1974;19:174-8.

8.  Nawaz K, Graham DY, Fechner RE, Eiband JJ.  Gastric heterotopia in the ileum with ulceration and chronic bleeding.  Gastroenterology 1974;66:113-7.

9.  Benrey J, Graham DY, Goyal RK.  Hypercalcemia and carcinoma of the esophagus.  Ann Intern Med 1974;80:415-6.

10. Graham DY, Schwartz JT.  Endoscopic removal of a knotted feeding tube from an infant.  Gastrointest Endosc 1974;24:350-5.

11. Graham DY.  Alcohol and Alcoholism.  Acute and chronic sequelae.  A review.  Texas Medicine 1975;71:71-6.

12. Graham DY, Goyal RK, Sparkman J, Cagan ME, Pogonowska MJ.  Diffuse intramural esophageal diverticulosis.  Gastroenterology 1975;68:781-5.

13. Davis RE, Graham DY.  Pancreatic ascites.  The role of endoscopic pancreatography.  Am J Dig Dis 1975;20:977-80.

14. Graham DY, Johnson CD, Bentlif PS, Kelsey JR.  Islet cell carcinoma, pancreatic cholera, and vasoactive intestinal peptide.  Ann Intern Med 1975;83:782-5.

15. Graham DY.  Update of peptic ulcer therapy.  Consultant 1976;16:128-41.

16. Murphy JF, Graham DY, Spjut HJ.  Intramural gastric abscess.  Am J Surg 1976;131:618-21.

17. Mukhopadhyay AK, Graham DY.  Esophageal motor dysfunction in systemic diseases.  Arch Intern Med 1976;136:583-8.

18. Hilliard JL, Graham DY, Spjut HJ.  Hepatic adenoma: A possible complication of oral contraceptive therapy.  South Med J 1976;69:683-7.

19. Dorsch ER, O'Neil FS, Graham DY.  Recognizing congenital pyloric mucosal diaphragm in the elderly.  Geriatrics 1976;31:110-2.

M01410/7605

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

20.   Kakvan M, Doughty SC, Martin RR, Graham DY.  Infective endocarditis in drug abusers.  Trans Med Cong of Ramsar, Iran 1976;106-9.

21.   Schwartz JT, Graham DY.  Toothpick perforation of the intestines.  Ann Surg 1977;185:64-6.

22.   Dorsch ER, Graham DY, Lie JT, Estrada RG.  The columnar-lined (Barrett's) esophagus: A premalignant condition?  South Med J 1977;70:505-7.

23.   Graham DY.  Treatment of alcoholics in a rural community.  Clin Med 1977;84:13-7.

24.   Graham DY, Lanza FL, Dorsch ER.  Symptomatic reflux esophagitis.  A double-blind controlled comparison of antacids and alginate.  Curr Ther Res 1977;22:653-8.

25.   Vaughn GD, Frazier OH, Graham DY, Mattox KL, Petmecky FF, Jordan GL, Jr.  The use of pyloric exclusion in the management of severe duodenal injuries.  Am J Surg 1977;134:785-90.

26.   Graham DY.  Enzyme replacement therapy of exocrine pancreatic insufficiency in man: Relationship between in vitro enzyme activities and in vivo potency of commercial pancreatic extracts.  N Engl J Med 1977;296:1314-7.

27.   Fisher RF, Graham DY, Trabanino JG, Granmayeh M.  Polyarteritis nodosa and hepatitis-B surface antigen: The role of angiography in diagnosis.  Am J Roentgen 1977;129:77-81.

28.   Doyle PH, Graham DY, Pocantos-Clark E.  The effect of self-verbalization on stomach acidity as measured by radio telemetry.  In: Tension Control: Proceedings of the Fourth Annual Meeting of the American Association for the Advancement of Tension Control.  1977;72-8.

29.   Sable JS, Graham DY, Davis RE, Malini S.  The value of gray scale ultrasound in the differential diagnosis of surgical and non-surgical jaundice.  Am J Gastroenterol 1978;69:149-53.

30.   Graham DY, Schwartz JT.  The spectrum of the Mallory-Weiss tear.  Medicine 1978;57:307-18.

31.   Graham DY, Davis RE.  Acute upper gastrointestinal hemorrhage:  New observations on an old problem.  Am J Dig Dis 1978;23:76-84.

32.   Graham DY.  Hypertensive lower esophageal sphincter: A reappraisal.  South Med J 1978;71 (Suppl. 1):31-7.

33.   Englert E, Freston JW, Graham DY, Finkelstein W, Kruss DM, Priest RJ, Raskin JB, Rhodes JB, Rodgers AI, Wenger J, Wilcox LL, Crossley RJ.  Cimetidine, antacid and hospitalization in the treatment of benign gastric ulcer:  A multi-center double-blind study.  Gastroenterology 1978;74:416-25.

34.   Graham DY.  Guide to the evaluation of the alcoholic patient.  Hospital Medicine 1978;14:71-88.

35.   Graham DY, Gonzales J, Kothari SM.  Diffuse skeletal angiomatosis.  Skel Radiol 1978;2:131-5.

36.   Graham DY, Klish WJ, Ferry GD, Sabel JS.  The value of fiberoptic Gastrointest Endosc in infants and children.  South Med J 1978;71:558-60.

37.   Hollinger FB, Graham DY.  Viral hepatitis: types A, B, and non-A/non-B.  Drug Therapy 1978;3:39-.

M01410/606

38. Graham DY. Choosing the best and safest ways to diagnose obstructive jaundice. Consultant 1978;18:80-6.

39. Lanza FL, Graham DY. Bougienage is effective therapy for most benign esophageal strictures. JAMA 1978;240:844-7.

40. Zinn WM, Graham DY. Circulating anticoagulant associated with chronic active hepatitis. South Med J 1978;71:1308.

41. Graham DY, Klish WJ, Ferry GD, Holcome BB. Endoscopy under gnotobiotic conditions: A unique experience. Gastrointest Endosc 1978;24:298-9.

42. Graham DY, Spjut HJ, Estrada RG. Directed cytology of the esophagus and stomach: A comparison of 3 rapid collection methods. Gastrointest Endosc 1978;24:277-80.

43. Graham DY, Mukhopadhyay AK. Achalasia and diffuse esophageal spasm. Gastroenterology: A Weekly Update 1979;1:10-6.

44. Schwartz JT, Graham DY. The Mallory-Weiss tear: Historical and clinical review. Gastroenterology: A Weekly Update 1979;1:18-24.

45. Dillman RO, Graham DY. Primary tuberculous enteritis: Forgotten but not gone. Texas Medicine 1979;75:48-52.

46. Graham DY, Spjut HJ, Estrada RG. Comparisons of three methods of collecting cytology specimens with the Olympus fiberscope. Frontiers of Gastrointestinal Research, Karger AG, Basel, Switzerland, 1979;5:21-7.

47. Lowe JE, Graham DY, Boisaubin EV Jr, Lanza FL. Corrosive injury to the stomach: The natural history and role of fiberoptic endoscopy. Am J Surg 1979;137:803-6.

48. Estes MK, Graham DY, Smith EM, Gerba CP. Rotavirus stability and inactivation. J Gen Virol 1979;43:403-9.

49. Smith EM, Estes MK, Graham DY, Gerba CP. A plaque assay for the simian rotavirus SA11. J Gen Virol 1979;43:513-9.

50. Estes MK, Graham DY. Epidemic viral gastroenteritis. Am J Med 1979;66:1001-7.

51. Estes MK, Graham DY. Rotavirus-cell interactions. Proceedings 2nd International Symposium on Neonatal Diarrhea, VIDO, Saskatoon, Saskatchewan, 1979, pp. 225-36.

52. Estes MK, Graham DY, Gerba CP, Smith EM. Simian rotavirus SA11 replication in cell cultures. J Virol 1979;31:810-5.

53. Sachs IL, Lowe JE, Schwartz JT, Cain GD, Graham DY. Peritoneoscopy: A useful technique. Texas Medicine 1979;75:54-6.

54. Graham DY, Hollinger FB. Diagnosing viral causes of hepatitis. Drug Therapy 1979;9:147-62.

55. Graham DY, Spjut HJ. Salvage cytology: A new alternate fiberoptic technique. Gastrointest Endosc 1979;25:137-9.

56. Graham DY, Estes MK. Comparison of methods for immunocytochemical detection of rotavirus infections. Infect Immun 1979;26:686-9.

57. Davis RE, Graham DY. Endoscopic complications. The Texas experience. Gastrointest Endosc 1979;25:146-9.

58. Graham DY. An enteric coated pancreatic enzyme preparation that works. Dig Dis Sci 1979;24:906-9.

M01410760?

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

59.     Altenburg BC, Graham DY, Estes MK.  Ultrastructural immunocytochemistry of rotavirus-infected cells.  Proceedings of the Electron Microscopy Society of America.  Thirty-seventh Annual Meeting, 1979, p. 40.

60.     Graham DY, Estes MK.  Rotavirus detection and identification.  In:  Viral Enteritis in Humans and Animals (INSERM) 1979;90:345-7.

61.     Estes MK, Graham DY.  Enhancement of rotavirus infectivity by trypsin and elastase.  In:  Viral Enteritis in Humans and Animals (INSERM) 1979;90:83-6.

62.     Estes MK, Graham DY.  Identification of rotaviruses of different origins by the plaque reduction test.  J Am Vet Res 1980;41:151-2.

63.     Altenburg BL, Graham DY, Estes MK.  Ultrastructural study of rotavirus replication in cultured cells.  J Gen Virol 1980;46:75-85.

64.     Fisher RG, Schwartz JT, Graham DY.  Angiotherapy with Mallory-Weiss tear.  Am J Roentgen 1980;134:679-84.

65.     Graham DY, Estes MK.  Proteolytic enhancement of rotavirus infectivity: Biologic mechanisms.  Virology 1980;101:432-9.

66.     Mason BB, Graham DY, Estes MK.  In vitro transcription and translation of simian rotavirus SA11 gene products.  J Virol 1980;33:1111-21.

67.     Graham DY.  Limited value of early endoscopy in the management of acute upper gastrointestinal bleeding.  Prospective controlled trial.  Am J Surg 1980;140:284-90.

68.     Estes MK, Graham DY.  Establishment of rotavirus persistent infection in cell culture.  Arch Virol 1980;65:187-92.

69.     Graham DY.  The treatment of exocrine pancreatic insufficiency.  Practical Gastroenterology 1980;4:18-23.

70.     Hollinger FB, Graham DY.  Diagnosing and treatment Rickettsial and parasitic hepatitis.  Drug Therapy 1980;10:95-109.

71.     Graham DY, Hollinger FB.  Diagnosing and treating bacterial infections of the liver.  Drug Therapy 1980;10:89-94.

72.     Graham DY, Smith JL.  The course of patients following variceal hemorrhage.  Gastroenterology 1981;80:800-9.

73.     Graham DY, Schwartz JT.  Management of upper gastrointestinal bleeding.  Current concepts in Gastroenterology 1981;6:3-7.

74.     Estes MK, Graham DY, Mason BB.  Proteolytic enhancement of rotavirus infectivity:  Molecular mechanisms.  J Virol 1981;39:879-88.

75.     Petrie BA, Graham DY, Estes MK.  Identification of rotavirus particle types.  Intervirology 1981;16:20-8.

76.     Graham DY, Schwartz JT, Sabesin SM, Davis WD, Font RG, Cohen NN.  Double-blind comparison of 1200 mg and 1000 mg cimetidine in hospitalized and ambulatory duodenal ulcer patients.  Am J Gastroenterol 1981;76:500-5.

77.     Lanza FL, Graham DY, Nelson RS, Godines R, McKechnie JC.  Endoscopic upper gastrointestinal polypectomy.  Am J Gastroenterol 1981;75:345-8.

78.     Dobbs SM, Jordan PH, Cain GD, Schwartz JT, Graham DY.  Vascular-enteric fistula:  Diagnosis by colonoscopy.  Gastrointest Endosc  1982;28:22-3.

M01410/608

79.  Graham DY, Schwartz JT, Cain GD, Gyorkey F.  Prospective evaluation of biopsy number in the diagnosis of esophageal and gastric carcinoma.  Gastroenterology 1982;82:228-31.

80.  Smith JL, Graham DY.  Variceal hemorrhage: A critical evaluation of survival analysis.  Gastroenterology 1982;82:968-73.

81.  Graham DY, Smith JL.  Antacids: Where they stand in clinical medicine.  Consultant 1982;22:33-41.

82.  Schwartz JT, Patton GA, Graham DY, Cain GD.  Gastric radiotherapy as treatment of hereditary hemorrhagic telangiectasia.  Am J Gastroenterol 1982;82:53-4.

83.  Graham DY.  Pancreatic enzyme replacement:  the effect of antacids or cimetidine.  Dig Dis Sci 1982;27:485-90.

84.  Ericson BL, Graham DY, Mason BB, Estes MK.  Identification, synthesis and modifications of simian rotavirus SA11 polypeptides in infected cells.  J Virol 1982;42:825-39.

85.  Sackman JW, Smith KE, Graham DY.  Does mixing pancreatic enzyme microspheres (Pancrease) with food damage the enteric coating?  J Ped Gastroenterol Nutr 1982;1:333-5.

86.  Graham DY, Sackman JW.  Mechanism of increase in steatorrhea with calcium and magnesium in exocrine pancreatic insufficiency: an animal model.  Gastroenterology 1982;83:638-44.

87.  Graham DY, Moser SE, Estes MK.  The effect of wheat and corn bran on bowel function in constipation. Am J Gastroenterol 1982;77:599-603.

88.  Schwartz JT, Graham DY, Cain GD, Smith JL, Hart LM, Hickman H.  Videocamera comparison.  Gastrointest Endosc 1982;28:216-7.

89.  Graham DY, Smith JL.  Rational for postprandial antacid regimen.  Consultant 1982;22:69.

90.  Estes MK, Graham DY, Ramig RF, Ericson BL.  Heterogeneity in the structural glycoprotein (VP7) of simian rotavirus SA11.  Virology 1982;122:8-14.

91.  Petrie BL, Graham DY, Hanssen HH, Estes MK.  Localization of rotavirus antigens in infected cells by ultrastructural immunocytochemistry.  J Gen Virol 1982;63:457-67.

92.  Hanssen HH, Graham DY, Estes MK.  Biological function(s) of rotavirus polypeptides.  Proceedings First International Conference on the Impact of Viral Diseases on the Development of Latin American Countries and the Caribbean Region.  1982;2:834-41.

93.  Graham DY, Smith JL.  Treatment of acid-peptic disorders: antacids, cimetidine, sucralfate?  Continuing Education for Family Physicians 1983;18;33-8.

94.  Graham DY, Smith JL, Dobbs SM.  Gastric adaptation occurs with aspirin administration in man. Dig Dis Sci 1983;28:1-6.

95.  Graham DY, Dobbs SM, Zubler M.  What is the role of prosthesis insertion in esophageal cancer?  Gastrointest Endosc 1983;29:1-5.

96.  Patterson DJ, Dew EW, Gyorkey F, Graham DY.  Niacin Hepatitis.  South Med J 1983;76:239-41.

M014107609

97.   Patterson DJ, Graham DY, Smith JL, Schwartz JT, Alpert E, Lanza FL, Cain GD.  The natural history of benign esophageal stricture treated by dilatation.  Gastroenterology 1983;85:346-50.

98.   Graham DY, Patterson DJ.  Double-blind comparison of liquid antacid and placebo in the treatment of symptomatic reflux esophagitis.  Dig Dis Sci 1983;28:559-63.

99.   Graham DY, Smith JL, Patterson DJ.  Why do apparently healthy people use antacid tablets?  Am J Gastroenterol 1983;78:257-60.

100.  Graham DY, Yoshimura HH, Estes MK.  DNA hybridization studies of the association of *Pseudomonas maltophilia* with inflammatory bowel diseases.  J Lab Clin Med 1983;101:940- 54.

101.  Petrie BL, Graham DY, Estes MK.  Effects of tunicamycin on rotavirus morphogenesis and infectivity.  J Virol 1983;46:270-4.

102.  Sharaiha ZK, Sackman JW, Graham DY.  Comparison of phenolphthalein and phenolphthalein glucuronide on net water transport in rat ileum and colon.  Dig Dis Sci 1983;28:827-32.

103.  Graham DY, Estes MK, Gentry LO.  Double-blind comparison of bismuth subsalicylate and placebo in the prevention and treatment of enterotoxigenic *E. coli*-induced diarrhea in volunteers.  Gastroenterology 1983;85:1017-22.

104.  Graham DY, Sackman JW.  Solubility of calcium soaps of long-chain fatty acids in simulated intestinal contents.  Dig Dis Sci 1983;28:733-6.

105.  Sharaiha ZK, Smith JL, Cain DG, Schwartz JT, Graham DY.  Recurrent ulcers after gastric surgery:  endoscopic localization to the gastric mucosa.  Am J Gastroenterol 1983;78:269-71.

106.  Dimitrov DH, Estes MK, Rangelova SM, Shindarov LM, Melnick JL, Graham DY.  Detection of antigenically distinct rotaviruses from infants.  Infect Immun 1983;41:523-6.

107.  Mason BB, Graham DY, Estes MK.  Biochemical mapping of the simian rotavirus SA11 genome.  J Virol 1983;46:413-23.

108.  Ericson BL, Graham DY, Mason BB, Hanssen HH, Estes MK.  Two types of glycoprotein precursors are produced by the simian rotavirus SA11.  Virology 1983;127:320-32.

109.  Smith JL, Graham DY.  Variceal hemorrhage.  Consultant 1983;23:86-101.

110.  Ericson BL, Petrie BL, Graham DY, Mason BB, Estes MK.  Rotaviruses code for two types of glycoprotein precursors.  J Cell Biochem 1983;22:151-60.

111.  Yoshimura HH, Estes MK, Graham DY.  Search for evidence of a viral etiology for inflammatory bowel disease.  Gut 1984;25:347-55.

112.  Graham D, Sackman J, Wallis C, Melnick J.  The Hemo-matic Analyzer: A new occult blood testing device.  Am J Gastroenterol 1984;79:117-21.

113.  Graham DY, Sackman JW, Giesing DH, Runser DJ.  In vitro adsorption of bile salts and aspirin to sucralfate.  Dig Dis Sci 1984;29:402-6.

114.  Graham DY.  The role of the clinician in research.  Am J Gastroenterol 1984;79:335-40.

115.  Petrie BL, Greenberg HB, Graham DY, Estes MK.  Ultrastructural localization of rotavirus antigens using colloidal gold.  Virus Research 1984;1:133-52.

M01410/610

116. Graham DY. In and outs of pancreatic enzymes and adjuvant therapies. J Ped Gastroenterol Nutr 1984;3(SUPPL. 1):S120-6.

117. Graham DY. The ulcer drugs: when to use which? Modern Med 1984;109-15.

118. Dimitrov DH, Graham DY, Hanssen HH, Velasco G, Stenback WA, Estes MK. RNA electropherotypes of human rotaviruses from North and South America. 55 Bull WHO 1984;62:321-9.

119. Evans DG, Graham DY, Evans DJ Jr, Opekun A. Administration of purified colonization factor antigens (CFA/I, CFA/II) of enterotoxigenic *Escherichia coli* (ETEC) to volunteers: response to challenge with virulent ETEC. Gastroenterology 1984;87:934-40.

120. Graham DY, Sackman JW, Estes MK. Pathogenesis of rotavirus-induced diarrhea: Studies in the miniature swine piglet. Dig Dis Sci 1984;29:1028-35.

121. Dimitrov D, Estes MK, Shindarov L, Rangelova S, Graham D, Melnick J, Cilka E, Cakov B. Molecular-epidemiological studies of rotavirus gastroenteritis in hospitalized children. Epidemiolog Mikrobiolog I Infeckc Bol 1984;21:7-14 (in Bulgarian).

122. Sontag S, Graham DY, Belsito A, Weiss J, Farley A, Grunt R, Cohen N, Kinnear D, Davis W, Archambault A, Achord J, Thayer W, Gillies R, Sidorov J, Sabesin S, Dyck W, Fleshler B, Cleator I, Wenger J, Opekun AR Jr. Cimetidine, cigarette smoking and duodenal ulcer healing. N Engl J Med 1984;311:689-93.

123. Scheurich JW, Wierman ME, Brown BG, Ferro PS, Graham DY. Preparation for barium enema: comparison of Ensure and low residue-clear liquid diets in inpatients. South Med J 1985;78:838-40.

124. Graham DY, Smith JL. Balloon dilatation of benign and malignant esophageal strictures: Introducing blind retrograde balloon dilatation. Gastrointest Endosc 1985;31:171-4.

125. Smith JL, Opekun AR, Graham DY. Controlled comparison of topical anesthetic agents in flexible upper Gastrointest Endosc. Gastrointest Endosc 1985;31:255-8.

126. Adler-Storthz A, Dreesman GR, Graham DY, Evans DG. Biotin-Avidin amplified ELISA for quantitation of human IgA. J Immunoassay 1985;6:67-77.

127. Graham DY, Estes MK. Proposed working classification system for rotaviruses. Ann Inst Pasteur/Virol 1985;136:5-12.

128. Graham DY, Opekun AR, Smith JL, Schwartz JT. Ranitidine and hepatotoxicity. Ann Intern Med 1985;102:416.

129. Smith JL, Gamal MA, Chremos AN, Graham DY. Famotidine, a new H2-receptor antagonist: effect on parietal, nonparietal, and pepsin secretion in man. Dig Dis Sci 1985;30:308-12.

130. Graham DY, Smith JL. Effects of aspirin and an aspirin-acetaminophen combination on the gastric mucosa in normal subjects: a double-blind endoscopic study. Gastroenterology 1985;88:1922-5.

131. Graham DY, Akdamar K, Dyck WP, Englert E Jr, Strickland RG, Achord JL, Belsito AA, Vlahcevic ZR, Kornfield RN, Long WB, Sontag S, Agrawal NM. Healing of benign gastric ulcer: comparison of cimetidine and placebo in the United States. Ann Intern Med 1985;102:573-6.

132. Webb WA, Graham DY. Modern approach to esophageal dilatation. SGA J 1985;7:3-6.

M0141076711

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

133.  Graham DY, Smith JL, Holmes GI, Davies RO.  Nonsteroidal anti-inflammatory effect on the gastric mucosa: sulindac sulfoxide vs sulfide.  J Clin Pharm Therapy 1985;38:65-70.

134.  Dimitrov DH, Graham DY, Estes MK.  Detection of rotaviruses by nucleic acid hybridization with cloned DNA of simian rotavirus SA11 genes.  J Infect Dis 1985;152:293-300.

135.  Graham DY, Smith JL, Schwartz JT.  Endoscopic television: traditional and video endoscopy.  Gastrointest Endosc 1986;32:49-51.

136.  Graham DY.  Treatment of steatorrhea in chronic pancreatitis.  Hospital Practice 1986;21:125-9.

137.  Graham DY, Smith JL.  Aspirin and the stomach.  Ann Intern Med 1986;104:390-8.

138.  Cho SN, Brennan PJ, Yoshimura HH, Korelitz BI, Graham DY.  Mycobacterial etiology of Crohn's disease: serologic study using common mycobacterial antigens and a species-specific glycolipid antigen from *Mycobacterium paratuberculosis*.  Gut 1986;27:1353-6.

139.  Schwartz JT, Gyorkey F, Graham DY.  Cimetidine hepatitis.  J Clin Gastroenterol 1986;8:681-6.

140.  Nakata S, Estes MK, Graham DY, Loosle R, Hung T, Wang S, Saif LJ, Melnick JL.  Antigenic characterization and ELISA detection of adult diarrhea rotaviruses.  J Infect Dis 1986;154:448-55.

141.  Hirschowitz BI, DeLuca V, Graham D, Lorbor S, Bright-Asare P, Katon R.  Treatment of benign chronic gastric ulcer with ranitidine: a randomized, double-blind, and placebo-controlled six week trial.  J Clin Gastroenterol 1986;8:371-6.

142.  Graham DY, Markesich DC, Yoshimura HH.  Mycobacteria and inflammatory bowel disease: results of culture.  Gastroenterology 1987;92:436-42.

143.  Yoshimura HH, Graham DY, Estes MK, Merkal RS.  Investigation of the association of mycobacteria with inflammatory bowel disease by nucleic acid hybridization.  J Clin Microbiol 1987;25:45-51.

144.  Graham DY, Dufore GR, Estes MK.  Minimal infective dose of rotavirus.  Arch Virol 1987;92:261-71.

145.  Graham DY, Smith JL, Jones RD, Rakhit A, Tipnis V, Hurley ME.  Gastroscopic localization of a microencapsulated KCl preparation in the human stomach.  Gastrointest Endosc 1987;33:220-3.

146.  Tabibian N, Clarridge JE, Smith JL, Alpert E, Graham DY.  The clinical impact and cost effectiveness of routine *Campylobacter* stool cultures in adults with diarrhea.  South Med J 1987;80:709-11.

147.  Schwartz JT, Clarridge JE, Graham DY.  Non-pathogenic nematodes found by Gastrointest Endosc.  J Clin Gastroenterol 1987;9:33-6.

148.  Meyers BM, Smith JL, Graham DY.  Effect of red pepper and black pepper on the stomach.  Am J Gastroenterol 1987;82:211-214.

149.  Tabibian N, Graham DY.  Source of upper gastrointestinal bleeding in patients with esophageal varices seen at endoscopy.  J Clin Gastroenterol 1987;9:279-82.

150.  Tabibian N, Schwartz JT, Smith JL, Graham DY.  Cardiac tamponade as a result of endoscopic sclerotherapy: report of a case.  Surgery 1987;102:546-7.

M01410/7612

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

151.   Graham DY, Klein PD. *Campylobacter pyloridis* gastritis: the past, the present, and speculations about the future. Am J Gasteroenterol 1987;82:283-6.

152.   Graham DY, Lancellotti F. Gastric ulcers: what to do for simple lesions - and refractory disease. J Crit Illness 1987;2:82-6.

153.   Graham DY, Klein PD, Evans DJ, Jr., Evans DG, Alpert LC, Opekun AR, Boutton TW. *Campylobacter pylori* detected noninvasively by the 13C-urea breath test. Lancet 1987;1:1174-7.

154.   Graham DY, Tabibian N, Schwartz JT, Smith JL. Evaluation of the effectiveness of through-the-scope balloons as dilators of benign and malignant gastrointestinal strictures. Gastrointest Endosc 1987;33:432-5.

155.   Larkai EN, Smith JL, Lidsky MD, Graham DY. Gastroduodenal mucosa and dyspeptic symptoms in arthritic patients during chronic nonsteroidal anti-inflammatory drug use. Am J Gastroenterol 1987;82:1153-8.

156.   Smith JL, Michaletz PA, Tabibian N, Schwartz JT, Graham DY. Improved palliation of a respiratory-esophageal fistula with a cuffed esophageal prosthesis. Am J Gastroenterol 1987;82:1175-6.

157.   Smith JL, Graham DY, Greene WL, Phelps SJ, Green BG. Famotidine: a long-acting H2-receptor antagonist. Comparison with cimetidine and ranitidine. Hosp Formul 1987;22:15-27.

158.   Tabibian N, Michaletz PA, Schwartz JT, Heiser MC, Dixon WB, Smith JL, Graham DY. Use of an endoscopically-placed clip can avoid diagnostic errors in colonoscopy. Gastrointest Endosc 1988;34:262-4.

159.   Graham DY, Klein PD, Opekun AR, Boutton TW. Effect of age on the frequency of active *Campylobacter pylori* infection diagnosed by [13C]urea breath test in normal patients with peptic ulcer disease. J Infect Dis 1988;157:777-80.

160.   Graham DY, Klein PD, Opekun AR, Boutton TW, Evans DJ Jr., Evans DG, Alpert LC, Michaletz PA, Yoshimura HH, Adam E. Epidemiology of *Campylobacter pylori* infection: ethnic considerations. Scand J Gastroenterol 1988;23(suppl 142):9-13.

161.   Michaletz PA, Graham DY. Gastritis: bringing this enigma into sharper focus. Postgrad Med 1988;83:98-106.

162.   Evans DJ Jr, Evans DG, Opekun AR, Graham DY. Immunoprotective oral whole cell vaccine for enterotoxigenic *Escherichia coli* diarrhea prepared by in situ destruction of chromosomal and plasmid DNA with colicin E2. FEMS Microbiol Immunol 1988;47:9-18.

163.   Yoshimura HH, Graham DY. Nucleic acid hybridization studies of mycobactin-dependent mycobacteria. J Clin Microbiol 1988;26:1309-12.

164.   Markesich DC, Graham DY, Yoshimura HH. Progress in culture/subculture of spheroplasts and fastidious acid-fast bacilli isolated from intestinal tissues. J Clin Microbiol 1988:26;1600-3.

165.   Mauk PM, Schwartz JT, Lowe JE, Smith JL, Graham DY. Diagnosis and course of nephrogenic ascites. Arch Intern Med 1988;148:1577-9.

166.   Conner ME, Estes MK, Graham DY. Rabbit model of rotavirus infection. J Virology 1988;62:1625-33.

167.  Tanaka TN, Conner ME, Graham DY, Estes MK.  Molecular characterization of three rabbit rotavirus strains.  Arch Virol 1988;98:253-5.

168.  Graham DY, Michaletz PA.  Should I search for *Campylobacter pylori* in my patients? Much ado about not much.  Am J Gastroenterol 1988;83:481-3.

169.  Graham DY.  Diagnosis and drug therapy in the treatment of peptic ulcer disease. Modern Med 1988;56:108-14.

170.  Graham DY, Smith JL, Spjut HJ, Torres E.  Gastric adaptation: studies in man during continuous aspirin administration.  Gastroenterology 1988;95:327-33.

171.  Woods KL, Smith JL, Graham DY.  Intragastric accumulation of Evan's blue as a method of assessing aspirin-induced acute gastric mucosal injury in man.  Dig Dis Sci 1988;33:769-73.

172.  Graham DY, Alpert LC, Smith JL, Yoshimura HH.  Iatrogenic *Campylobacter pylori* infection is a cause of epidemic achlorhydria.  Am J Gastroenterol 1988;83:974-80.

173.  Graham DY, Smith JL. Gastroduodenal complications of chronic NSAID therapy.  Am J Gastroenterol 1988;83:1081-4.

174.  Evans DJ Jr, Evans DG, Diaz Sr, Graham DY.  Mannose-resistant hemagglutination of human erythrocytes by enterotoxigenic *Escherichia coli* with colonization factor antigen II. J Clin Microbiol 1988;26:1626-9

175.  Hazell SL, Graham DY.  *Campylobacter pylori* in perspective.  Pract Gastroenterol 1988;12:11-21.

176.  Evans DG, Evans DJ Jr, Moulds JJ, Graham DY.  N-acetylneuraminyllactose-binding fibrillar hemagglutinin of *Campylobacter pylori*: a putative colonization factor antigen. Infect Immun 1988;56:2896-906.

177.  Graham DY, Smith JL, Opekun AR.  Spicy food and the stomach: evaluation by videoendoscopy.  JAMA 1988;260:3473-5.

178.  Graham DY, Agrawal NW, Roth SH.  Prevention of NSAID-induced gastric ulcer with misoprostol: multicenter, double-blind, placebo-controlled trial.  Lancet 1988;2:1277-80.

179.  Bardham KD, Hunter JO, Miller JP, Thomson ABR, Graham DY, Russell RI, Sontag S, Hines C, Martin T, Gaussen L, Van Thiel D, Achord J, Butler JK.  Antacid maintenance therapy in the prevention of duodenal ulcer relapse.  Gut 1988;29:1748-54.

180.  Graham DY.  *Campylobacter pylori* and Barrett's esophagus.  Mayo Clin Proc 1988;63:1258-60.

181.  Evans DG, Evans DJ Jr, Opekun AR, Graham DY.  Non-replicating oral whole cell vaccine protective against enterotoxigenic *Escherichia coli* (ETEC) diarrhea: Stimulation of anti-CFA (CFA/I) and anti-enterotoxin (anti-LT) intestinal IgA and protection against challenge with ETEC belonging to heterologous serotypes.  FEMS Microbiol Immunol 1988;47:117-26.

182.  Graham DY, Tabibian N, Michaletz PA, Kinner BM, Schwartz JT, Heiser MC, Dixon WB, Smith JL.  Endoscopic needle biopsy: a comparative study of forceps biopsy, two different types of needles and salvage cytology in gastrointestinal cancer.  Gastrointest Endosc 1989:35:207-9.

183.  Michaletz PA, Graham DY: Gastritis: drugs or bugs.  Practical Gastroenterology 1989;13:43-9.

M0141076I4

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

184. Smith JL, Opekun AR, Larkai E, Graham DY. Sensitivity of the esophageal mucosa to pH in gastroesophageal reflux disease. Gastroenterology 1989;96:683-9.

185. Graham DY. *Campylobacter pylori* and peptic ulcer disease. Gastroenterology 1989;96(Suppl):615-25.

186. Graham DY. Prevention of gastroduodenal injury induced by chronic nonsteroidal antiinflammatory drug therapy. Gastroenterology 1989;96(Suppl):675-81.

187. Graham DY. *Campylobacter pylori* as a pathogenetic factor in duodenal ulcer: the case for. Scand J Gastroenterol 1989;24(suppl 160):46-52.

188. Graham DY, Klein PD, Opekun AR, Smith KE, Polasani RR, Evans DJ Jr, Evans DG, Alpert LC, Michaletz PA, Yoshimura HH, Adam E. In vivo susceptibility of *Campylobacter pylori*. Am J Gastroenterol 1989;84:233-8.

189. Lynch P, Green L, Jordan PH, Graham DY. Hepatocellular carcinoma metastatic to the stomach presenting as bleeding multiple createrogenic ulcers. Am J Gastroenterol 1989;84:653-5.

190. Graham DY, Adam E, Klein PD, Evans DJ Jr, Evans DG, Hazell SL, Alpert LC, Michaletz PA, Yoshimura HH. Epidemiology of *Campylobacter pylori*. Gastroenterol Clin Biol 1989;13:84B-88B.

191. Graham DY, Evans DG, Evans DJ, Jr. *Campylobacter pylori*: the organism and its clinical relevance. J Clin Gastroenterol 1989;11(Suppl 1):543-8.

192. Evans DJ Jr, Evans DG, Smith KE, Graham DY. Serum antibody responses to the N-acetylneuraminyllactose-binding hemagglutinin of *Campylobacter pylori*. Infect Immun 1989;57:644-7.

193. Larkai EN, Smith JL, Lidsky MD, Sessoms SL, Graham DY. Dyspepsia in NSAID users: the size of the problem. J Clin Gastroenterol 1989;11:158-62.

194. Evans DJ Jr, Evans DG, Graham DY, Klein PD. A sensitive and specific serologic test for detection of *Campylobacter pylori* infection. Gastroenterology 1989;96:1004-8.

195. McCullough AJ, Graham DY, Knuff TE, Lanza FL, Levenson HL, Lyon DT, Munsell WP, Perozza J, Roufail WM, Sinarl DR, Smith LJ, Berman RS, Root JK, Worley WE, Humphries TJ. Suppression of nocturnal acid secretion with famotidine accelerates gastric ulcer healing. Gastroenterology 1989;97:860-6.

196. Michaletz PA, Winchester CB, Graham DY. Nonulcer dyspepsia: current thoughts on a poorly understood disease. Houston Med 1989;5:11-6.

197. Hazell SL, Markesich DC, Evans DJ, Jr, Evans DG, Graham DY. Influence of media supplements on growth and survival of *Campylobacter pylori*. Eur J Clin Microbiol Infect Dis 1989;8:597-602.

198. Alpert LC, Graham DY, Evans DJ, Jr, Yoshimura HH, Hazell SL, Evans DG, Klein PD. Diagnostic possibilities for *Campylobacter pylori* infection. Eur J Gastroenterol Hepatol 1989;1:17-26.

199. Ferenz CR, Graham DY. Improved conventional synthesis for [14]C-labeled polyglutamates of folic acid. J Label Compd Radiopharmaceut 1989;27:736-51.

200. Evans DG, Evans DJ Jr, Graham DY. Receptor-mediated adherence of *Campylobacter pylori* to mouse Y-1 adrenal cell monolayers. Infect Immun 1989;57:2272-8.

M01410761S

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

201. Tabibian N, Smith JL, Graham DY. Sclerotherapy-associated esophageal ulcers: lessons from a double-blind, randomized comparison of sucralfate verses placebo.  Gastrointest Endoscopy 1989;35:312-15.

202. Graham DY, Evans DG.  Prevention of diarrhea by enterotoxigenic *Escherichia coli*: lessons learned with volunteers.  Rev Inf Dis 1990;12:S68-72.

203. Smith JTL, Pounder RE, Nwokolo CU, Lanzon-Miller S, Evans DG, Graham DY, Evans DJ Jr.  Inappropriate hypergastrinaemia in asymptomatic healthy subjects infected with *Helicobacter pylori*.  Gut 1990;31:522-25.

204. Graham DT, Smith JL, Bouvet AA.  What happens to tablets and capsules in the stomach: endoscopic comparison of disintegration and dispersion characteristics of two microencapsulated potassium formulations.  J Pharmaceut Sci 1990;79:420-4.

205. Graham DY.  The relationship between nonsteroidal anti-inflammatory drug use and peptic ulcer disease.  Gastroenterol Clin N Am 1990;19:171-82.

206. Green LK, Graham DY.  Gastritis in the elderly. Gastroenterol Clin N Am 1990;19:273-92.

207. Graham DY, McCullough A, Sklar M, Sontag SJ, Roufail WM, Stone RC, Bishop RH, Gitlin N, Cagliola AJ, Berman RS, Humphries TJ.  Omeprazole verses placebo in duodenal ulcer healing.  The Unites States experience. Dig Dis Sci 1990;35:66-72.

208. Scheurich JW, Keuer SP, Graham DY.  Pleural effusion: comparison of clinical judgment and Light's criteria in determining the cause.  South Med 1989;82:1487-1491.

209. Euler AR, Safdi M, Rao J, Jaszewski R, Welsh J, Raskin J, Fleischman R, Razzaque M, Champion C, Gottlieb G, Nashel D, Vanderveer L, Levine J, Barreiro M, Cheatum D, Mena H, Budiman-Mak E, Roth S, Gaskill H, Swinehart J, McClain C, Riff D, Graham D, Phan T, Burns M, Lookabough J, Le V, Wood D.  A report of three multiclinic trials evaluating arboprostil in arthritic patients with ASA/NSAID gastric mucosal damage. Gastroenterology 1990;98:1549-57.

210. Graham DY.  NSAID gastroduodenal injury: a clinical dilemma in arthritis care.  New Stand Arth Care 1990;1:2-5.

211. Graham DY, Opekun Ar, Lew GM, Evans DJ, Jr, Klein PD, Evans DG.  Ablation of exaggerated meal-stimulated gastrin release in duodenal ulcer patients after clearance of *Helicobacter (Campylobacter) pylori* infection.  Am J Gastroenterol 1990;85:394-8.

212. Al-Moagel MA, Evans DG, Abdulghani ME, Adams E, Evans DJ Jr, Malaty HM, Graham DY.  Prevalence of *Helicobacter* (formerly *Campylobacter) pylori* infection in Saudia Arabia and comparison of those with and without upper gastrointestinal symptoms.  Am J Gastroenterol 1990;85:944-8.

213. Hazell SL, Graham DY.  Unsaturated fatty acids and viability of *Helicobacter (Campylobacter) pylori*.  J Clin Microbiol 1990;28:1060-1.

214. Lanza FL, Graham DY, Davis RE, Rack MF.  Endoscopic comparison of cimetidine and sucralfate for the prevention of naproxen-induced acute gastroduodenal injury: effect of scoring method. Dig Dis Sci 1990;35:1494-9.

215. Opekun AR, Smith JL, Graham DY.  Antimony electrodes: mucosal potential differences and buffer composition adversely affect pH measurements in the stomach. Dig Dis Sci 1990;35:950-5.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

216. Saeed ZA, Michaletz PA, Feiner SD, Woods KL, Graham DY. A new endoscopic method for managing food impaction in the esophagus. Endoscopy 1990;22:226-8.

217. Graham DY, Börsch GMA. The who's and when's of therapy for *Helicobacter pylori*. Am J Gastroenterology 1990;85:1552-5.

218. Green LK, Zachariah S, Graham DY. The use of gastric salvage cytology in the diagnosis of malignancy: a review of 731 cases. Diagn Cytopathol 1990;6:1-4.

219. Green LK, Zachariah S, Graham DY. Diagnosis of metastatic lesions to the stomach by salvage cytology: a report of three cases. Dig Dis Sci 1990;35:1421-5.

220. Xi JA, Graham DY, Wang KN, Estes MK. Norwalk virus genome cloning and characterization. Science 1990;250:1580-83.

221. Graham DY, Lidsky MD, Cox AM, Evans DJ Jr, Evans DG, Alpert L, Klein PD, Sessoms SL, Michaletz PA, Saeed ZA. Long-term nonsteroidal anti-inflammatory drug use and *Helicobacter pylori* infection. Gastroenterology 1991;100:1653-57.

222. Fiedorek SC, Malaty HM, Evans DG, Pumphrey CL, Casteel HB, Evans DJ Jr, Graham DY. Factors influencing the epidemiology of *Helicobacter pylori* infection in children. Pediatrics 1991;87:578-82.

223. Graham DY, Malaty HM, Evans DG, Evans DJ, Jr., Klein PD, Adam E. Epidemiology of *Helicobacter pylori* in an asymptomatic population in the United States: effect of age, race and socioeconomic status. Gastroenterology 1991;100:1495-1501.

224. Graham DY. *Helicobacter pylori*: its epidemiology and its role in duodenal ulcer disease. J Gastroenterol Hepatol 1991;6:97-105.

225. Graham DY, Opekun A, Lew GM, Klein PD, Walsh JH. *Helicobacter pylori*-associated exaggerated gastrin release in duodenal ulcer patients. The effect of bombesin infusion and urea ingestion. Gastroenterology 1991;100:1576-81.

226. Hazell SL, Evans DJ Jr, Graham DY. *Helicobacter pylori* catalase. J Gen Microbiol 1991;137:57-61.

227. Fiedorek SC, Casteel HB, Reddy G, Graham DY. The etiology and clinical significance of pseudoascites. J Gen Intern Med 1991;:77-80.

228. Graham DY, Klein PK. What you should know about the methods, problems, interpretations, and use of urea breath tests. Am J Gastroenterol 1991;86:1118-1122.

229. Graham DY. *Helicobacter pylori*, the bacterial cause of peptic ulcers and its potential impact on dental workers. J Greater Houston Dental Soc 1991;63:3-4.

230. Markesich DC, Sawai ET, Butel JS, Graham DY. Investigations on etiology of Crohn's disease: Humoral immune response to stress (heat shock) proteins. Dig Dis Sci 1991;36:454-60.

231. Evans DJ Jr, Evans DG, Kirkpatrick SS, Graham DY. Characterization of the *Helicobacter pylori* urease and purification of its subunits. Microbe Pathogen 1991;10:15-26.

232. Fiedorek SC, Klish WJ, Graham DY. Unidirectional water absorption as a measure of intestinal surface area in rats. J Pediat Gastroenterol Nutr 1991;12:237-42.

233. Graham DY, Adam E, Reddy GT, Agarwal JP, Agarwal R, Evans DJ, Jr, Malaty HM, Evans DG. Seroepidemiology of *Helicobacter pylori* infection in India. Comparison of developing and developed countries. Dig Dis Sci 1991;36:1084-8.

M01410761?

234. Graham DY, Lew GM, Evans DG, Evans DJ, Jr, Klein PD. Effect of triple therapy (antibiotics plus bismuth) on duodenal ulcer healing with ranitidine: a randomized controlled trial. Ann Intern Med 1991;115:266-9.

235. Klein PD, The Gastrointestinal Physiology Working Group of Universidad Peruana Cayetano Heredia and The Johns Hopkins Universities, Graham DY, Gaillour A, Opekun AR, Smith EO. Water source as risk factor for *Helicobacter pylori* infection in Peruvian children. Lancet 1991;337:1503-6.

236. Graham DY, Klein PD, Evans DG, Evans DJ, Jr, Alpert LC, Opekun A, Jerdack GR, Morgan DR. Simple noninvasive method to test efficacy of drugs in the eradication of *Helicobacter pylori* infection: the example of combined bismuth subsalicylate and nitrofurantoin. Am J Gastroenterol 1991;86:1158-62.

237. Malaty HM, Graham DY, Klein PD, Evans DG, Evans DJ, Jr, Adam E, Evans DJ. Transmission of *Helicobacter pylori* infection: studies in families of healthy individuals. Scand J Gastroenterol 1991;26:927-32.

238. Lanza FL, Evans DG, Graham DY. Effect of *Helicobacter pylori* infection on the severity of gastroduodenal mucosal injury after the acute administration of naproxen or aspirin to normal volunteers. Am J Gastroenterol 1991;86:735-7.

239. Bjorkman DJ, Moore JG, Klein PD, Graham DY. $^{13}$C-bicarbonate breath test as a measure of gastric emptying. Am J Gastroenterol 1991;86:821-3.

240. Saeed ZA, Evans DJ, Jr, Evans DG, Cornelius MJ, Maton PN, Jensen RT, Graham DY. *H. pylori* and Zollinger-Ellison Syndrome. Dig Dis Sci 1991;36:15-8.

241. Agrawal NM, Roth S, Graham DY, White RH, Germain B, Brown JA, Stromatt SC. Misoprostol compared with sucralfate in the prevention of nonsteroidal anti-inflammatory drug-induced gastric ulcer. Ann Intern Med 1991;115:195-200.

242. Graham DY. *Helicobacter pylori* and the endoscopist: whether to diagnose. Gastrointest Endoscopy 1991;37:577-9.

243. Karjalainen TK, Evans DG, Evans DJ, Jr., Graham DY, Lee C-H. Catabolite repression of the colonization factor antigen I (CFA/I) operon of *Escherichia coli*. Current Microbiol 1991;23:307-11.

244. Nath GD, Goodgame R, Saeed ZA, Graham DY. Pneumoperitoneum: a preventable complication of PEG in mechanically ventilated patients. Gastrointest Endoscopy 1991;37:84-5.

245. Conner ME, Gilger MA, Estes MK, Graham DY. Serologic and mucosal immune response to rotavirus infection in the rabbit model. J Virol 1991;65:2562-71.

246. Asaka M, Kimura T, Kudo M, Takeda H, Mitani S, Miyazaki T, Miki K, Graham DY. Relationship of *Helicobacter pylori* to serum pepsinogens in an asymptomatic Japanese population. Gastroenterology 1992;102:760-766.

247. Graham DY, Lew GM, Malaty HM, Evans DG, Evans DJ Jr., Klein PD, Alpert LC, Genta RM. Factors influencing the eradication of *Helicobacter pylori* with triple therapy. Gastroenterology 1992;102:493-6.

248. Evans DG, Evans DJ Jr., Graham DY. Adherence and internalization of *Helicobacter pylori* by HEp-2 cells. Gastroenterology 1992;102:1557-67.

249. Evans DJ Jr., Evans DG, Engstrand L, Graham DY. Urease-associated heat shock protein of *Helicobacter pylori*. Infect Immun 1992;60:2125-7.

M01410761B

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

250. Graham DY, Klein PD, Evans DG, Fiedorek SC, Evans DJ Jr., Adam E, Malaty HM. *Helicobacter pylori*: epidemiology, relationship to gastric cancer and the role of infants in transmission. Eur J Gastroenterol Hepatol 1992;4:S1-6.

251. Graham DY, Lew GM, Klein PD, Evans DG, Evans DJ, Jr., Saeed ZA, Malaty HM. Effect of treatment of *Helicobacter pylori* infection on the long-term recurrence of gastric or duodenal ulcer. A randomized, controlled study. Ann Intern Med 1992;116:705-8.

252. Gliedman ML, Fromm D, Graham DY, Johnson D, Read RC. Controversy: treatment of gastric ulcers. Contemporary Surgery 1992;40:65-79.

253. Evans DG, Graham DY. Internalization of *Helicobacter pylori* by epithelial cells: the key to the inflammatory response to *Helicobacter pylori* infection? Eur J Gastroenterol Hepatol 1992;4(Suppl 1):S45-47.

254. Graham DY, Lew GM, Kuwayama H. *Helicobacter pylori*: its clinical significance in gastroduodenal disease. Endoscopia Digestiva 1992;4:429-447.

255. Graham DY. Pathogenic mechanisms leading to *Helicobacter pylori*-induced inflammation. Eur J Gastroenterol Hepatol 1992;4:S9-S16.

256. Fiedorek SC, Casteel HB, Pumphrey CL, Evans DJ Jr, Evans DG, Klein PD, Graham DY. The role of *Helicobacter pylori* in recurrent, functional abdominal pain in children. Am J Gastroenterol 1992;87:347-9.

257. Malaty HM, Evans DG, Evans DJ, Jr., Graham DY. *Helicobacter pylori* infection in Hispanics: comparison with blacks and whites of similar age and socioeconomic class. Gastroenterology 1992;103:813-6.

258. Malaty H, Klein PD, Graham DY. Short report: cefprozil for the eradication of *Helicobacter pylori* infection. Aliment Pharmacol Ther 1992;6:503-6.

259. Engstrand L, Nguyen A-MH, Graham DY, El-Zaatari FAK. Reverse transcription and polymerase chain reaction amplification of rRNA for detection of *Helicobacter* species. J Clin Microbiol 1992;30:2295-2301.

260. Graham DY, Go MF, Evans DJ Jr. Urease, gastric ammonium/ammonia, and *Helicobacter pylori*: the past, the present, and recommendations for future research. Aliment Pharm Ther 1992;6:659-69.

261. Graham DY. Gastroenterology today and tomorrow. Am J Gastroenterol 1992;87:559-561.

262. Olivero J, Graham DY. Gastric adaptation to nonsteroidal anti-inflammatory drugs in man. Scand J Gastroenterol 1992;27(Suppl 193):53-58.

263. Moss M, Sanderson J, Tizard M, Hermon-Taylor J, El-Zaatari FAK, Markesich D, Graham DY. PCR detection of *Mycobacterium paratuberculosis* and *M. avium* subsp silvaticum from long term cultures of Crohn's disease and control tissues. Gut 1992;33:1209-1213.

264. Jiang X, Wang J, Graham DY, Estes MK. Detection of Norwalk virus in stool by polymerase chain reaction. J Clin Microbiol 1992;30:2529-34.

265. Graham DY, Markesich DG, Kalter DC, Moss MT, Hermon-Taylor J, El-Zaatari FAK. Mycobacterial aetiology of sarcoidosis. Lancet 1992;340:52-53.

266. Jiang X, Wang M, Graham DY, Estes MK. Expression, self-assembly, and antigenicity of the Norwalk virus capsid protein. J Virology 1992;66:6527-32.

M0140761 9

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

267.   Malaty HM, Evans DJ, Jr., Abramovitch K, Evans DG, Graham DY. *Helicobacter pylori* in dental workers: a seroepidemiology study. Am J Gastroenterol 1992;87:1728-31.

268.   Ramirez FC, Graham DY. Treatment of intractable hiccup with baclofen: results of a double-blind randomized, controlled, cross-over study. Am J Gastroenterol 1992;87:1789-91.

269.   Hazel SL, Eichberg JW, Lee DR, Alpert L, Evans DG, Evans DJ, Jr., Graham DY. Selection of the chimpanzee over the baboon as a model for *Helicobacter pylori* infection. Gastroenterology 1992;103:848-54.

270.   Graham DY, Colon-Pagan J, Morse RS, Johnson TL, Walsh JH, McCullough AJ, Marks JW, Sklar M, Stone RC, Cagliola AJ. Ulcer recurrence following duodenal ulcer healing with omeprazole, ranitidine, or placebo: a double-blind, multicenter, 6-month study. The Omeprazole Duodenal Ulcer Study Group. Gastroenterology 1992;102:1289-94.

271.   Jaszewski R, Graham DY, Stromatt SC. Treatment of nonsteroidal antiinflammatory drug-induced gastric ulcers with misoprostol: a double-blind multicenter study. Dig Dis Sci 1992;37:1820-24.

272.   Yoshimura HH, Evans DG, Graham DY. DNA-DNA hybridization demonstrates apparent genetic differences between *Helicobacter pylori* from patients with duodenal ulcer and asymptomatic gastritis. Dig Dis Sci 1993:38:1128-31.

273.   Graham DY, Opekun AR, Klein PD. Clarithromycin for the eradication of *Helicobacter pylori*. J Clin Gastroenterol 1993;16:292-4.

274.   Graham DY, Lew GM, Ramirez FC, Genta RM, Klein PD, Malaty HM. A non-metronidazole triple therapy for eradication of *Helicobacter pylori* infection - tetracycline, amoxicillin, bismuth. Aliment Pharmacol Ther 1993;7:111-4.

275.   Graham DY. Treatment of peptic ulcers caused by *Helicobacter pylori*. NEJM 1993;328:349-50.

276.   Graham DY, Lechago J. Antral G-cell and D-cell numbers in *Helicobacter pylori* infection: effect of *Helicobacter pylori* eradication. Gastroenterology 1993:104:1655-60.

277.   Evans DG, Karjalainen TK, Evans DJ, Jr., Graham DY, Lee CH. Cloning, nucleotide sequence, and expression of a gene encoding an adhesin subunit protein of *Helicobacter pylori*. J Bacteriol 1993;175:674-83.

278.   Nguyen A-MH, Engstrand L, Genta RM, Graham DY, El-Zaatari FA. Detection of *Helicobacter pylori* in dental plaque by reverse transcription-polymerase chain reaction. J Clin Microbiol 1993;31:783-7.

279.   Genta RM, Hamner HW, Graham DY. Gastric lymphoid follicles in *Helicobacter pylori* infection: frequency, distribution and response to triple therapy. Hum Pathol 1993;24:577-83.

280.   Genta RM, Lew GM, Graham DY. Changes in gastric mucosa following eradication of *Helicobacter pylori*. Mod Pathol 1993;6:281-9.

281.   Graham DY, Go MF. *Helicobacter pylori*: current status. Gastroenterology 1993;105;279-82.

282.   Ramirez, FC, Clarridge JE, Heiser MC, Michaletz PA, Schwartz JT, Saeed ZA, Graham DY. A study of the frequency of recovery of unexpected *Giardia lamblia* and *Cryptosporidium* from duodenal aspirates taken during routine endoscopy. Am J Gastroenterol 1993;88:552-4.

M01410/7620

283. Graham DY, Go MF, Lew GM, Genta RM, Rehfeld JF. *Helicobacter pylori* infection and exaggerated gastrin release: effects of inflammation and progastrin processing. Scand J Gastroenterol 1993;28:690-4.

284. Markesich DC, El-Zaatari FAK, Graham DY. Activity of clarithromycin against intracellular *Mycobacterium paratuberculosis* - putative agent of Crohn's disease. Eur J Gastroenterol Hepatol 1993;5:613-5.

285. Graham DY, White RH, Moreland LW, Schubert TT, Katz R, Jaszewski R, Tindall E, Triadafilopoulos G, Stromatt SC, Teoh LS. Duodenal and gastric ulcer prevention with misoprostol in arthritis patients taking NSAIDs. Ann Intern Med 1993;119:257-62.

286. Tytgat GNJ, Lee A, Graham DY, Dixon MF, Rokkas T. The role of infectious agents in peptic ulcer disease. Gastroenterol International 1993;6:76-89.

287. Saeed ZA, Winchester CB, Michaletz PA, Woods KL, Graham DY. A scoring system to predict rebleeding after endoscopic therapy of nonvariceal upper gastrointestinal hemorrhage, with a comparison of heat probe and ethanol injection. Am J Gastroenterol 1993;88:1842-9.

288. Graham DY, Hepps KS, Ramirez FC, Lew GM. Treatment of *H. pylori* reduces the rate of rebleeding in complicated peptic ulcer disease. Scand J Gastroenterol 1993;28:939-42.

289. Klein PD, Graham DY. Minimum analysis requirements for the detection of *Helicobacter pylori* infection by the $^{13}$C-urea breath test. Am J Gastroenterol 1993;88:1865-9.

290. Nobunga M, Graham DY, Saito T, Nakamura T, Shield MJ. NSAID-induced gastrointestinal damage and its management. J Rheumatology (Ryumachika) (in Japanese) 1993;9:279-292.

291. Ottlecz A, Romero JJ, Hazell SL, Graham DY, Lichtenberger LM. Phospholipase activity of *Helicobacter pylori* and its inhibition by bismuth salts: biochemical and biophysical studies. Dig Dis Sci 1993;38:2071-80.

292. Graham DY. Acid-peptic disease: today and tomorrow. Pract Gastroenterol 1993;17(Suppl):S3-4.

293. Engstrand L, Evans DJ, Jr., Evans DG, El-Zaatari FAK, Graham DY. Serum IgG antibodies to the 63K heat shock protein of *Helicobacter pylori*: a pathogenic role for stress proteins in patients with gastritis? Immunol Infect Dis 1993;3:227-30.

294. Peterson WL, Barnett CC, Evans DJ, Jr., Feldman M, Carmody T, Richardson C, Walsh J, Graham DY. Acid secretion and serum gastrin in normal subjects and patients with duodenal ulcer: the role of *Helicobacter pylori*. Am J Gastroenterol 1993;88:2038-43.

295. Peterson WL, Graham DY, Marshall B, Blaser MJ, Genta RM, Stratton CW, Drnec J, Prokocimer P, Siepman N. Clarithromycin as monotherapy for eradication of *Helicobacter pylori*: a randomized, double-blind trial. Am J Gastroenterol. 1993;88:1860-64.

296. Go MF, Lew GM, Lichtenberger LM, Genta RM, Graham DY. Gastric mucosal hydrophobicity and *Helicobacter pylori*: response to antimicrobial therapy. Am J Gastroenterol 1993;88:1362-5.

297. Ramirez FC, Lee K, Graham DY. All lactase preparations are not the same: results of a prospective, randomized, placebo-controlled trial. Am J Gastroenterol 1994;89:566-70.

M01410/621

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

298.   Kim JG, Graham DY, Misoprostol study group. *Helicobacter pylori* infection and development of gastric or duodenal ulcer in arthritic patients receiving chronic NSAID therapy. Am J Gastroenterol 1994;89:203-7.

299.   Malaty HM, Graham DY. Importance of childhood socioeconomic status on the current prevalence of *Helicobacter pylori* infection. Gut 1994;35:742-5.

300.   Graham DY, Ramirez FC, Lew GM, Klein PD, Malaty HM, Genta RM. Omeprazole as an adjuvant to antimicrobial therapy for eradication of *Helicobacter pylori* infection. Curr Ther Res 1994:55:213-9.

301.   Genta RM, Graham DY. Comparison of biopsy sites for the histopathologic diagnosis of *Helicobacter pylori*: a topographic study of *H. pylori* density and distribution. Gastrointest Endosc 1994:40:342-5.

302.   Graham DY. Evolution of concepts regarding *Helicobacter pylori*: from a cause of gastritis to a public health problem. Am J Gastroenterol 1994;89:469-71.

303.   Anand BS, Goodgame R, Graham DY. Pancreatic secretion in man: effect of fasting, drugs, pancreatic enzymes, and somatostatin. Am J Gastroenterol 1994;89:267-70.

304.   Al-Assi MT, Genta RM, Graham DY. Omeprazole-tetracycline combinations are inadequate as therapy for *Helicobacter pylori* infection. Aliment Pharmacol Therap 1994;8:259-62.

305.   Graham DY, Shabib SM, Al-Mofleh I. It should be possible to eliminate peptic ulcer disease and gastric carcinoma from Saudi Arabia. Ann Saudi Med 1994;14:179-82.

306.   Genta RM, Robason GO, Graham DY. Simultaneous visualization of *Helicobacter pylori* and gastric morphology: a new stain. Hum Pathology 1994;25:221-6.

307.   El-Zaatari FAK, Naser SA, Engstrand L, Hachem CY, Graham DY. Identification and characterization of *Mycobacterium paratuberculosis* recombinant proteins expressed in *E. coli*. Current Microbiology 1994;29:177-84.

308.   Saeed ZA, Graham DY. Treatment of benign esophageal strictures: where do we go from here. Dig Dis Sci 1994;39:2009-2101.

309.   Graham DY, Evans DJ, Jr., Evans DG. *Helicobacter pylori* alcohol dehydrogenase in perspective: an interesting finding of doubtful clinical significance. Scand J Gastroenterol 1994;29:481-2.

310.   Kurose I, Granger ND, Evans DJ, Jr., Evans DG, Graham DY, Miyasaka M, Anderson DC, Wolf RE, Cepinskas G, Kvietys PR. *Helicobacter pylori*- induced microvascular protein leakage in rats: role of neutrophils, mast cells, and platelets. Gastroenterology 1994;107:70-3.

311.   Al-Assi MT, Genta RM, Karttunen TJ, Graham DY. Clarithromycin-amoxicillin for *Helicobacter pylori* infection. Aliment Pharmacol Therap 1994:8:453-56.

312.   Graham DY, Jiang X, Tanaka T, Opekun AR, Madore HP, Estes MK. Norwalk virus infection of volunteers: new insights based on improved assays. J Infect Dis 1994:170:34-43.

313.   Asaka M, Kimura T, Kato M, Kudo M, Miki K, Ogoshi K, Kato T, Tatsuta M, Graham DY. Possible role of *Helicobacter pylori* in early gastric cancer development. Cancer 1994;73:2691-4.

M01410/622

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

314. Genta RM, Huberman RM, Graham DY.  The gastric cardia in *Helicobacter pylori* infection.  Hum Pathology 1994;25:915-9.

315. Al-Assi MT, Ramirez FC, Lew GM, Genta RM, Graham DY  Clarithromycin, tetracycline, and bismuth: a new non-metronidazole therapy for *Helicobacter pylori* infection.  Am J Gastroenterol 1994;89:1203-5.

316. Graham DY, Malaty HM, Go MF.  Are there susceptible hosts to *Helicobacter pylori* infection?  Scand J Gastroenterol 1994;29(Suppl 205)6-10.

317. Peura DA, Graham DY.  *Helicobacter pylori*: consensus reached: peptic ulcer is on the way to becoming an historic disease.  Am J Gastroenterol 1994;89:1137-9.

318. Graham DY, Karttunen TJ, Genta RM.  The evaluation of treatment of *H. pylori* infections: strategies for the design of clinical trials. Endoscopia Digestiva 1994;6:991-1006.

319. Go MF, Graham DY. How does *Helicobacter pylori* cause duodenal ulcer disease: the bug, the host, or both? J Gastroenterol Hepatol. 1994;9 Suppl 1:S8-10.

320. Graham DY, Kimura K, Shimoyama T, Takemoto T.  *Helicobacter pylori* infection in Japan: current status and future options.  Eur J Gastroenterol Hepatol 1994;6(Suppl 1):S1-S4.

321. Graham DY.  Benefits from elimination of *Helicobacter pylori* infection include major reduction in the incidence of peptic ulcer disease, gastric cancer, and primary gastric lymphoma.  Prevent Med 1994;23:712-6.

322. Anand BS, Schneider FE, E.-Zaatari FAK, Shawar RM, Clarridge JE, Graham DY.  Diagnosis of intestinal tuberculosis by polymerase chain reaction of endoscopic biopsy specimens.  Am J Gastroenterol 1994;89:248-9.

323. Gray JJ, Cunfiffe C, Ball J, Graham DY, Desselberger U, Estes MK.  Detection of immunoglobulin M (IgM), IgA an IgG Norwalk virus-specific antibodies by indirect enzyme-linked immunosorbent assay with baculovirus-expressed Norwalk virus capsid antigen in adult volunteers challenged with Norwalk Virus.  J Clin Microbiol 1994;32:3059-63.

324. Sutton FM, Graham DY, Goodgame RW.  Infectious esophagitis.  Gastrointest Endosc Clin N Am 1994;4:713-730.

325. Malaty HM, Engstrand L, Pedersen NL, Graham DY.  *Helicobacter pylori* infection: genetic and environmental influences. A study of twins. Ann Intern Med. 1994;120:982-6.

326. Klein PD, Gilman RH, Leon-Barua R, Diaz F, O'Brian Smith E, Graham DY.  The epidemiology of *Helicobacter pylori* in Peruvian children between 6 and 30 months of age.  Am J Gastroenterol 1994;89:2196-2200.

327. Anand BS, Torres E, Operkun A, Graham DY.  Comparative assessment of phenolphthalein and phenolphthalein glucuronide: is phenolphthalein glucuronide a better laxative? Aliment Pharmacol Ther. 1994;8:559-62.

328. Al-Assi MT, Graham DY.  Peptic ulcer disease, *Helicobacter pylori*, and the surgeon: changing of the guard. Curr Opin Gen Surg. 1994;120-4.

329. Genta RM, Graham DY.  *Helicobacter pylori*: the new bug on the (paraffin) block.  Virchows Arch. 1994;425:339-47.

M01410/7623

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

330. El-Zaatari FA, Nguyen AM, Genta RM, Klein PD, Graham DY. Determination of *Helicobacter pylori* status by reverse transcription-polymerase chain reaction. Comparison with urea breath test. Dig Dis Sci. 1995;40:109-13

331. Al-Assi MT, Genta RM, Karttunen TJ, Cole RA, Graham DY. Azithromycin triple therapy for *Helicobacter pylori* infection: azithromycin, tetracycline, and bismuth. Am J Gastroenterol. 1995;90:403-5.

332. Markesich DC, Anand BS, Lew GM, Graham DY. *Helicobacter pylori* infection does not reduce the viscosity of human gastric mucus gel. Gut. 1995;36:327-9.

333. Saeed ZA, Winchester CB, Ferro PS, Michaletz PA, Schwartz JT, Graham DY. Prospective randomized comparison of polyvinyl bougies and through-the-scope balloons for dilation of peptic strictures of the esophagus. Gastrointest Endosc. 1995;41:189-95.

334. Genta RM, Robason GO, Graham DY. Inflammatory responses and intensity of *Helicobacter pylori* infection in patients with duodenal and gastric ulcer: Histopathologic analysis with a new stain. Acta Histochem Cytochem 1995:2867-72.

335. Al Karawi MA, Mohamed AE, Yasawy MI, Graham DY, Shariq S, Ahmed AM, Al Jumah A, Ghandour Z. Protean manifestation of gastrointestinal tuberculosis: report on 130 patients. J Clin Gastroenterol. 1995;20:225-32.

336. Nguyen AM, El-Zaatari FA, Graham DY. *Helicobacter pylori* in the oral cavity. A critical review of the literature. Oral Surg Oral Med Oral Pathol Oral Radiol Endod. 1995;79:705-9.

337. Silverstein FE, Graham DY, Senior JR, Davies HW, Struthers BJ, Bittman RM, Geis GS. Misoprostol reduces serious gastrointestinal complications in patients with rheumatoid arthritis receiving nonsteroidal anti-inflammatory drugs. A randomized, double-blind, placebo-controlled trial. Ann Intern Med. 1995;123:241-9.

338. Evans DJ, Jr., Evans DG, Takemura T, Nakano H, Lampert HC, Graham DY, Granger DN, Kvietys PR. Characterization of a *Helicobacter pylori* neutrophil-activating protein. Infect Immun. 1995;63:2213-20.

339. Yousfi MM, El-Zimaity HM, Al-Assi MT, Cole RA, Genta RM, Graham DY. Metronidazole, omeprazole and clarithromycin: an effective combination therapy for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1995;9:209-12.

340. Graham KS, Malaty H, El-Zimaity HM, Genta RM, Cole RA, Al-Assi MT, Yousfi MM, Neil GA, Graham DY. Variability with omeprazole-amoxicillin combinations for treatment of *Helicobacter pylori* infection. Am J Gastroenterol. 1995;90:1415-8.

341. Al-Assi MT, Cole RA, Karttunen TJ, El-Zimaity H, Genta RM, Graham DY. Treatment of *Helicobacter pylori* infection with omeprazole-amoxicillin combination therapy versus ranitidine/sodium bicarbonate-amoxicillin. Am J Gastroenterol. 1995;90:1411-4.

342. Han SW, Flamm R, Hachem CY, Kim HY, Clarridge JE, Evans DG, Beyer J, Drnec J, Graham DY. Transport and storage of *Helicobacter pylori* from gastric mucosal biopsies and clinical isolates. Eur J Clin Microbiol Infect Dis. 1995;14:349-52.

343. Evans DG, Evans DJ, Jr., Lampert HC, Graham DY. Restriction fragment length polymorphism in the adhesin gene hpaA of *Helicobacter pylori*. Am J Gastroenterol. 1995;90:1282-8.

344. Hachem CY, Clarridge JE, Evans DG, Graham DY. Comparison of agar based media for primary isolation of *Helicobacter pylori*. J Clin Pathol. 1995;48:714-6.

M01410762A

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

345.  El-Zimaity HMT, Al-Assi MT, Genta RM, Graham DY.  Confirmation of successful therapy of *Helicobacter pylori* infection: number and site of biopsies or a rapid urease test. Am J Gastroenterol 1995;90:1962-4.

346.  Graham DY, Go MF, Genta RM.  *Helicobacter pylori*, duodenal ulcer, gastric cancer: tunnel vision or blinders?  Ann Med 1995;27:589-94.

347.  Genta RM, Gurer IE, Graham DY.  Geographical pathology of *Helicobacter pylori* infection: is there more than one gastritis?  Ann Med 1995;27-595-9.

348.  Graham DY.  We need to integrate the new data concerning *Helicobacter pylori* into experimental ulcer research. Dig Dis Sci 1995;40:2487-9.

349.  Go MF, Chan KY, Versalovic J, Koeuth T, Graham DY, Lupski JR. Cluster analysis *of Helicobacter pylori* genomic DNA fingerprints suggests gastroduodenal disease-specific associations. Scand J Gastroenterol. 1995;30:640-6.

350.  Opekun AR, Jr., Klein PD, Graham DY. [13C]Aminopyrine breath test detects altered liver metabolism caused by low-dose oral contraceptives. Dig Dis Sci. 1995;40:2417-22.

351.  Saeed ZA, Ramirez FC, Hepps KS, Cole RA, Graham DY. Prospective validation of the Baylor bleeding score for predicting the likelihood of rebleeding after endoscopic hemostasis of peptic ulcers. Gastrointest Endosc. 1995;41:561-5.

352.  Graham DY. A reliable cure for *Helicobacter pylori* infection? Gut. 1995;37:154-6.

353.  El-Zaatari FAK, Nasar SA, Engstrand L, Burch PE, Hachem CY, Whipple DL, Graham DY.  Nucleotide sequence analysis and seroreactivies of the 65K heat shock protein from *Mycobacterium paratuberculosis.*  Clin Diagn Lab Immunol 1995;2:657-64.

354.  Graham DY.  Clarithromycin for treatment of *Helicobacter pylori* infection. Eur J Gastroenterol Hepatol 1995;7(Suppl 1):S55-S58.

355.  Versalovic J, Shortridge D, Kibler K, Griffy MV, Beyer J, Flamm RK, Tanaka SK, Graham DY, Go MF. Mutations in 23S rRNA are associated with clarithromycin resistance in *Helicobacter pylori.*  Antimicrob Agents Chemotherapy 1996;40:477-80.

356.  Graham DY.  Fluoroscopy or no for esophageal dilatation: the passing of an era. Gastrointest Endosc 1996:43:171-3.

357.  Malaty HM, Kim JG, Kim SD, Graham DY.  Prevalence of *Helicobacter pylori* infection in Korean children is inversely related to socioeconomic status despite a uniform high prevalence in adults of childbearing age: a seroprevalence study.  Am J Epidemiol 1996;143:257-62.

358.  El-Zimaity HMT, Graham DY, Genta DY: Histologic features do not define NSAID-induced gastritis? Hum Pathology 1996;27:1348-1354.

359.  El-Zimaity HMT, Graham DY, Al-Assi MT, Malaty H, Karttunen TJ, Graham DP, Huberman RM, Genta RM.  Interobserver variation in the histopathological assessment of *Helicobacter pylori* gastritis. Hum Pathology 1996;26:35-41.

360.  Takemura T, Granger DN, Evans DJ, Jr., Evans DG, Graham DY, Anderson DC, Wolf RE, Cepinskas G, Kvietys PR. Extract of *Helicobacter pylori* induces neutrophils to injury endothelial cells and contains antielastase activity.  Gastroenterology 1996;110:21-9.

M01410/7625

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

361.   Graham DY, Evans DJ, Jr., Peacock J, Baker JT, Schrier WH.  Comparison of rapid serologic tests (FlexSure HP and QuickVue) with conventional ELISA for detection of *Helicobacter pylori* infection.  Am J Gastroenterol 1996;91:942-8.

362.   Graham DY, Rabeneck L.  Patients, payers and paradigm shifts: what to do about *H. pylori*.  Am J Gastroenterol 1996;91:188-90.

363.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Metronidazole, ranitidine and clarithromycin combination for treatment of *Helicobacter pylori* infection (modified Bazzoli's triple therapy).  Aliment Pharmacol Ther 1996;10:119-22.

364.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Detection of *Helicobacter pylori* by rapid urease tests: is biopsy size a critical variable?  Gastrointest Endosc 1996;43:222-4.

365.   Hachem CY, Clarridge JE, Reddy R, Flamm R, Evans DG, Tanaka SK, Graham DY.  Antimicrobial susceptibility testing of *Helicobacter pylori*: comparison of E test, broth microdilution, and disk diffusion for ampicillin, clarithromycin, and metronidazole.  Diag Microbiol Infect Dis 1996;24:37-41.

366.   Al-Assi MT, Genta RM, Karttunen TJ, Graham DY.  Ulcer site and complications: relation to *Helicobacter pylori* and NSAID use.  Endoscopy 1996;28:229-33.

367.   Graham DY. Helicobacter: a new scientific journal.  Helicobacter 1996;1:1-3.

368.   Klein PD, Malaty HM, Martin RF, Graham KS, Genta RM, Graham DY.  Noninvasive detection of *Helicobacter pylori* infection in clinical practice: the [13]C-urea breath test.  Am J Gastroenterol 1996;91:690-4.

369.   Yousfi MM, Reddy R, Osato MS, Graham DY.  Culture of *Helicobacter pylori*: effect of pre-immersion of biopsy forceps in formalin.  Helicobacter 1996;1:62-4.

370.   Asaka M, Kato M, Kudo M, Katagiri M, Nishikawa K, Koshimama H, Takeda H, Yoshida J-I, Graham DY.  Atrophic change of gastric mucosa is caused by *Helicobacter pylori* infection rather than by aging in asymptomatic Japanese.  Helicobacter 1996;1:52-6.

371.   Anand BS, Raed AK, Malaty HM, Genta RM, Klein PD, Evans DJ, Jr., Graham DY.  Low point prevalence of ulcer in asymptomatic individuals with *Helicobacter pylori* infection.  Am J Gastroenterol 1996;91:1112-5.

372.   Hulten K, Han SW, Enroth H, Klein PD, Opekun AR, Gilman RH, Evans DG, Engstrand L, Graham DY, El-Zaatari FAK.  *Helicobacter pylori* in drinking water in Peru.  Gastroenterology 1996;110:1031-8.

373.   Malaty HM, Paykov V, Bykkova O, Ross A, Graham DP, Anneger JF, Graham DY.  *Helicobacter pylori* and socioeconomic factors in Russia.  Helicobacter 1996;1:82-7.

374.   Yousfi MM, Reddy R, Osato MS, Graham DY.  Is antrum or corpus the best site for culture of *Helicobacter pylori*.  Helicobacter 1996;1:88-91.

375.   Graham DY, de Boer WA, Tytgat GNJ. Graham DY, de Boer WA, Tytgat GNJ. Choosing the best anti-*Helicobacter pylori* therapy: effect of antimicrobial resistance.  Am J Gastroenterol 1996;91:1072-6.

376.   Han SW, Evans DG, El-Zaatari FAK, Go MF, Graham DY.  The interaction of pH, bile and *Helicobacter pylori* may explain duodenal ulcer.  Am J Gastroenterol 1996:91:1135-7.

M01410/7626