Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

377. Saeed ZA, Cole RA, Ramirez FC, Schnieder FE, Hepps KS, Graham DY. Endoscopic retreatment after successful initial hemostasis prevents ulcer rebleeding: a prospective randomized trial. Endoscopy 1996;218:288-94.

378. Mourani S, Graham DY. Palliative treatment of esophageal cancer: new role of endoprosthesis? Saudi J Gastroenterol 1996;2:57-62.

379. Genta RM, Guer IE, Graham DY, Krishnan B, Segura AM, Gutierrez O, Kim JG, Burchette JL, Jr. Adherence of *Helicobacter pylori* to areas of incomplete intestinal metaplasia in the gastric mucosa. Gastroenterology 1996;111:1206-11.

380. Yousfi MM, El-Zimaity HMT, Genta RM, Graham DY. Evaluation of a new reagent strip rapid urase test for detection of *Helicobacter pylori* . Gastrointest Endosc 1996;44:523-6.

381. Graham DY, Bousylman J, El-Zimaity HMT, Badr A, Graham DP, Malaty HM. *Helicobacter pylori* infection, gastritis, and the temperature of choice for hot drinks. Helicobacter 1996;1:172-4.

382. Go MF, Vivek K, Graham DY, Musser JM. Population genetics of *Helicobacter pylori* by multilocus enzyme electrophoresis: extensive allelic diversity and recombinational population structure. J Bacteriol 1996;178:3934-8.

383. Miehlke S, Kibler K, Kim JG, Figura N, Small SM, Graham DY, Go MF. Alleic variation in the *cagA* gene of *Helicobacter pylori* obtained from Korea compared to the United States. Am J Gastroenterol 1996;91:1322-5.

384. Go MF, Graham DY. Presence of the *cagA* gene in the majority of *H. pylori* strains independent of whether the individual has duodenal ulcer or asymptomatic gastritis. Helicobacter 1996;1:107-11.

385. Graham DY. Nonsteroidal anti-inflammatory drugs, *Helicobacter pylori*, and ulcers: where we stand. Am J Gastroenterol. 1996;91:2080-6.

386. Karttunen TJ, Genta RM, Yoffe B, Hachem CY, Graham DY, El-Zaatari FA. Detection of *Helicobacter pylori* in paraffin-embedded gastric biopsy specimens by *in situ* hybridization. Am J Clin Pathol. 1996;106:305-11.

387. Rabassa AA, Goodgame R, Sutton FM, Ou CN, Rognerud C, Graham DY. Effects of aspirin and *H. pylori* on the gastroduodenal mucosal permeability to sucrose. Gut 1996;39:159-64.

388. Malaty HM, El-Zimaity HMT, Genta RM, Klein PD, Graham DY. 20 minute fasting version of the U.S. $^{13}$C-urea breath test for the diagnosis of *H. pylori* infection. Helicobacter 1996;1:165-7.

389. Marchildon PA, Ciota LM, Zamaniyan FZ, Peacock JS, Graham DY. Evaluation of three commercial enzyme immunoassays compared to the C-13 urea breath test for detection of *Helicobacter pylori* infection. J Clin Microbiol 1996;34:1147-52.

390. Woods KL, Keife C, Graham DY. How accurate is the determination of blood in gastric juice? Comparison of peroxidase and porphyrin methods. Aliment Pharmacol Ther. 1996;10:387-402.

391. de Boer WA, Thys JC, Borody TJ, Graham DY, O'Morain C, Tytgat GNJ. Proposal for use of a standard side effect scoring system for studies exploring *Helicobacter pylori* treatment regimens. Eur J Gastroenterol Hepatol 1996;8:641-3.

M01410/7627

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

392.  Yousfi, MM, El-Zimaity HMT, Genta RM, Graham DY.  One-week therapy with omeprazole, amoxicillin and clarithromycin for treatment of *Helicobacter pylori* infection.  Aliment Pharmacol Ther 1996;10:617-21.

393.  El-Zaatari FAK, Naser SH, Markesich DC, Kalter DC, Engstand L, Graham DY.  Identification of *Mycobacterium avium* complex in sarcoidosis. J Clin Microbiol 1996;34:2240-5.

394.  Woo JS, El-Zimaity HMT, Genta RM, Yousfi MM, Graham DY.  The best gastric site for obtaining a positive rapid urease test. Helicobacter 1996;1:256-59.

395.  Hartford W, Lanza F, Arora A, Graham DY, Haber M, Weissfield A, Rose P, Siepman N.  Double-blind, multicenter evaluation of lansoprazole and amoxicillin dual therapy for the cure of *Helicobacter pylori* infection.  Helicobacter 1996;1:243-50.399.

396.  Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Resolution of a metaplastic duodenal polyp after cure of *Helicobacter pylori* infection. J Clin Gastroenterol 1996;23:53-4.

397.  Graham DY, Genta RM, Crabtree JE.  Serum CagA antibodies in asymptomatic subjects and patients with peptic ulcer: lack of correlation of IgG antibody in patients with peptic ulcer or asymptomatic *Helicobacter pylori* gastritis.  J Clin Path 1996;49:829-32.

398.  Miehlke S, Reddy R, Osato MS, Ward PP, Conneely OM, Graham DY.  Direct activity of recombinant human lactoferrin against *Helicobacter pylori*.  J Clin Microbiol 1996;34:2593-4.

399.  Graham DY, Genta R, Evans DG, Reddy R, Clarridge JE, Olson CA, Edmonds AL, Siepman N.  *Helicobacter pylori* does not migrate from the antrum to the corpus in response to omeprazole.  Am J Gastroenterol 1996;91:2120-4.

400.  Saeed ZA, Ramirez FC, Hepps KS, Cole RA, Schneider FE, Ferro PS, Graham DY. An objective end point for dilation improves outcome of peptic esophageal strictures: a prospective randomized trial. Gastrointest Endosc. 1997;45:354-9.

401.  Ball JM, Estes MK, Hardy ME, Conner ME, Opekun AR, Graham DY. Recombinant Norwalk virus-like particles as an oral vaccine.  Arch Virol 1996:12 (Suppl): 243-9.

402.  Malaty HM, El-Zimaity HM, Genta RM, Cole RA, Graham DY. High-dose proton pump inhibitor plus amoxycillin for the treatment or retreatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther 1996;10:1001-4.

403.  Rabeneck L, Graham DY.  *Helicobacter pylori:* when to test, when to treat.  Ann Intern Med 1997;126:315-6.

404.  Karttunen RA, Karttunen TJ, Yousfi MM, El-Zimaity HMT, Graham DY, El-Zaatari FA.  Expression of mRNA for interferon-gamma, interleukin-10, and interleukin-12 (p40) in normal gastric mucosa and in mucosa infected with *Helicobacter pylori*.  Scand J Gastroenterol 1997;32:22-7.

405.  Bardhan KD, Graham DY, Hunt R, O'Morain CA.  Effect of smoking on cure of *Helicobacter pylori* infection and duodenal ulcer recurrence in patients treated with clarithromycin and omeprazole.  Helicobacter 1997;2:27-31.

406.  Graham DY.  High-dose famotidine for prevention of NSAID ulcers?  Gastroenterology 1997;112:2143-5.

407.  El-Zaatari FAK, Naser SA, Graham DY.  Characterization of a specific *Mycobacterium paratuberculosis* recombinant clone expressing 35,000-molecular weight antigen and

M01410/7628

reactivity with sera from animals with clinical and subclinical Johne's disease.  J Clin Microbiol 1997;35:1794-9.

408.   Serna JH, Genta RM, Lichtenberger, LM, Graham DY, El-Zaatari FAK.  Invasive *Helicobacter-like* organisms in feline gastric mucosa.  Helicobacter 1997;2:40-43.

409.   Goodgame RW, Malaty HM, El-Zimaity HM, Graham DY. Decrease in gastric permeability to sucrose following cure of *Helicobacter pylori* infection. Helicobacter. 1997;2:44-7.

410.   Graham DY.  The only good *Helicobacter pylori* is a dead *Helicobacter pylori*.  Lancet 1997;350:70-71.

411.   El-Zaatari FAK, Graham DY, Samuelsson K, Engstrand L.  Detection of *Mycobacterium avium* complex in cerebrospinal fluid of a sarcoid patient by specific polymerase chain reaction assays.  Scand J Infect Dis 1997;29:202-4.

412.   Lachman LB, Ozpolat B, Rao X-M, Graham DY, Osato M.  Development of a murine model of *Helicobacter pylori* infection.  Helicobacter 1997;2:78-81.

413.   Genta RM, Graham DY.  Primary gastric MALT lymphoma: trivial condition or serious disease.  Helicobacter 1997;2:S56-60.

414.   Graham DY, Dore MP.  Perturbations in gastric physiology in *Helicobacter pylori* duodenal ulcer disease: are they all epiphenomena?  Helicobacter 1997;2:S44-9.

415.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Comparison of agar gel (CLOtest) or reagent strip (PyloriTek) rapid urease tests for detection of *Helicobacter pylori* infection.  Am J Gastroenterol 1997;92:997-9.

416.   Stone GG, Shortridge D, Versalovic J, Beyer J, Flamm RK, Graham DY, Ghoneim AT, Tanaka SK. A PCR-oligonucleotide ligation assay to determine the prevalence of 23S rRNA gene mutations in clarithromycin-resistant *Helicobacter pylori*. Antimicrob Agents Chemother. 1997;41:712-4.

417.   Miehlke S, Graham DY.  Antimicrobial therapy of peptic ulcer.  Internat J Antimicrob Agents 1997;8:171-8.

418.   El-Zaatari FA, Woo JS, Badr A, Osato MS, Serna H, Lichtenberger LM, Genta RM, Graham DY. Failure to isolate *Helicobacter pylori* from stray cats indicates that *H. pylori* in cats may be an anthroponosis--an animal infection with a human pathogen. J Med Microbiol. 1997;46:372-6.

419.   Breuer T, Kim JG, Gurer IE, Graham DP, Osato M, Genta RM, Graham DY. Successful low-dose amoxycillin, metronidazole and omeprazole combination therapy in a population with a high frequency of metronidazole-resistant *Helicobacter pylori*. Aliment Pharmacol Ther. 1997;11:523-7.

420.   Gutierrez O, Melo M, Segura AM, Angel A, Genta RM, Graham DY.  Cure of *Helicobacter pylori* infection improves gastric acid secretion in patients with corpus gastritis.  Scand J Gastroenterol 1997;32:664-8.

421.   Malaty HM, Kim JG, El-Zimaity HMT, Graham DY.  High prevalence of duodenal ulcer and gastric cancer in dyspeptic patients in Korea.  Scand J Gastroenterol 1997;32:751-4.

422.   Graham DY, Realdi G, Bazzoli F, Dore MP, Ferrini G, Glupczynski Y, Kusstatscher S, Mura I, Naim G, Pilotto A, Sanna G, Scaglione F, Savarino V. Update on *Helicobacter pylori* research. Eradication. Eur J Gastroenterol Hepatol. 1997;9:626-8.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

423. Graham DY, Malaty HM, Goodgame R. Primary amino-bisphosphonates: a new class of gastrotoxic drugs--comparison of alendronate and aspirin. Am J Gastroenterol. 1997;92:1322-5.

424. Estes MK, Ball JM, Crawford SE, O'Neal C, Opekun AA, Graham DY, Conner ME. Virus-like particle vaccines for mucosal immunization. Adv Exp Med Biol. 1997;412:387-95.

425. Segura AM, Gutierrez O, Otero W, Angel A, Genta RM, Graham DY. Furazolidone, amoxycillin, bismuth triple therapy for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1997;11:529-32.

426. Sandouk F, Anand BS, Graham DY. The whirlpool jet technique for removal of pancreatic duct ascaris. Gastrointest Endosc. 1997;46:180-2.

427. Nakajima S, Krishnan B, Ota H, Segura AM, Hattori T, Graham DY, Genta RM. Mast cell involvement in gastritis with or without *Helicobacter pylori* infection. Gastroenterology. 1997;113:746-54.

428. Haeberle HA, Kubin M, Bamford KB, Garofalo R, Graham DY, El-Zaatari F, Karttunen R, Crowe SE, Rayes VE, Ernst PB. Differential stimulation of interleukin-12 (IL-12) and IL-10 by live and killed *Helicobacter pylori* in vitro and association of IL-12 production with gamma interferon-producing T cells I the human gastric mucosa. Infect Immun 1997;65:4229-35.

429. El-Zimaity HM, Jackson FW, Graham DY. Fundic gland polyps developing during omeprazole therapy. Am J Gastroenterol. 1997;92:1858-60.

430. Versalovic J, Osato MS, Spakovsky K, Dore MP, Reddy R, Stone GG, Shortridge D, Flamm RK, Tanaka SK, Graham DY. Point mutations in the 23S rRNA gene of *Helicobacter pylori* associated with different levels of clarithromycin resistance. J Antimicrob Chemother. 1997;40:283-6.

431. Graham DY. Editorial: can therapy ever be denied for *Helicobacter pylori* infection? Gastroenterology 113;S113-117, 1997.

432. Sandouk F, Haffar S, Zada MM, Graham DY, Anand BS. Pancreatic-biliary ascariasis: experience of 300 cases. Am J Gastroenterol 1997;92:2264-7.

433. Opekun AR, Sutton FM, Graham DY. Lack of dose-response with Pancrease MT for treatment of exocrine pancreatic insufficiency in adult. Aliment Pharmacol Ther. 1997;11:981-6.

434. Breuer T, Kim JG, El-Zimaity HMT, Nikajima S, Ota H, Osato M, Graham DY. Clarithromycin, amoxicillin and H2-receptor antagonist therapy for *Helicobacter pylori* peptic ulcer disease in Korea. Aliment Pharmacol Ther. 1997;11:939-42.

435. Graham DY, Hoffman J, El-Zimaity HMT, Graham DP, Osato M. Twice a day quadruple therapy (bismuth subsalicylate, tetracycline, metronidazole plus lansoprazole) for treatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1997;11:935-8.

436. El-Zaatari FAK, Oweis SM, Graham DY. Uses and cautions for use of polymerase chain reaction for detection of *Helicobacter pylori*. Dig Dis Sci 1997;42:2116-9.

437. Engstrand L, Graham DY, Schelnius A, Genta RM, El-Zaatari FAK. Is the sanctuary where *Helicobacter pylori* avoids antibacterial treatment intracellular? Am J Clin Pathol 1997;108:504-9.

M01410/7630

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

438. Oweis SM, El-Zimaity HMT, Graham DY, El-Zaatari FAK. *Helicobacter pylori* infection and mucosa associated lymphoid tissue (MALT-lymphoma). J Roy Med Services 1997;4:47-50.

439. Graham DY. *Helicobacter pylori* infection in the pathogenesis of duodenal ulcer and gastric cancer: a model. Gastroenterology. 1997;113:1983-91.

440. El-Zimaity HM, Itani K, Graham DY. Early diagnosis of signet ring cell carcinoma of the stomach: role of the Genta stain. J Clin Pathol. 1997;50:867-8.

441. Kim HY, Kim YB, Park CK, Yoo JY, Graham DY. Co-existing gastric cancer and duodenal ulcer disease: role of *Helicobacter pylori* infection. Helicobacter. 1997;2:205-9.

442. Shortridge VD, Stone GG, Flamm RK, Beyer J, Versalovic J, Graham DW, Tanaka SK. Molecular typing of *Helicobacter pylori* isolates from a multicenter U.S. clinical trial by ureC restriction fragment length polymorphism. J Clin Microbiol. 1997;35:471-3.

443. Conner ME, Graham DY, Estes MK. Determination of the duration of a primary immune response and the $ID_{50}$ of ALA rabbit rotavirus in rabbits. Arch Virol 1997;142:2281-94.

444. Perng CL, Kim JG, El-Zimaity HM, Osato MS, Graham DY. One-week triple therapy with lansoprazole, clarithromycin, and metronidazole to cure *Helicobacter pylori* infection in peptic ulcer disease in Korea. Dig Dis Sci. 1998;43:464-7.

445. Bamford KB, Fan X, Crowe SE, Leary JF, Gourley WK, Luthra GK, Brooks EG, Graham DY, Reyes VE, Ernst PB. Lymphocytes in the human gastric mucosa during *Helicobacter pylori* have a T helper cell 1 phenotype. Gastroenterology. 1998;114:482-92.

446. Jafar S, Rodriguez-Barradas M, Graham DY, Butel JS. Serological evidence of SV40 infections in HIV-infected and HIV-negative adults. J Med Virol 1998;54:276-284.

447. Breuer T, Sudhop T, Goodman KJ, Graham DY, Malfertheiner P. How do practicing clinicians manage *Helicobacter pylori*-related gastrointestinal diseases in Germany? A survey of gastroenterologists and family practitioners. Helicobacter 1998;3:1-8.

448. Go MF, Cissell L, Graham DY. Failure to confirm association of *vacA* gene mosaicism with duodenal ulcer disease. Scand J Gastroenterol 1998;33:132-6.

449. Graham DY. What is new and what is hot about *Helicobacter pylori*: how a gastric infection causes duodenal ulcer disease. Medica Sur 1998;5:44-47.

450. Graham DY. Is it useful to treat *Helicobacter pylori*? Medical Sur 1998;5:64-65.

451. Rabeneck L, Wray NP, Graham DY. Managing dyspepsia: what do we know and what do we need to know? Am J Gastroenterol 1998;93:920-4.

452. Kwon DH, El-Zaatari FA, Woo JS, Perng CL, Graham DY, Go MF. REP-PCR fragments as biomarkers for differentiating gastroduodenal disease-specific *Helicobacter pylori* strains. Dig Dis Sci 1998;43:980-7.

453. El-Zimaity HM, Segura AM, Genta RM, Graham DY. Histologic assessment of *Helicobacter pylori* status after therapy: comparison of Giemsa, Diff-Quik, and Genta stains. Mod Pathol 1998;11:288-91.

454. Kwon DH, Woo JS, Perng CL, Go MF, Graham DY, El-Zaatari FA. The effect of *galE* gene inactivation on lipopolysaccharide profile of *Helicobacter pylori*. Curr Microbiol. 1998;37:144-8.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

455.   Graham DY, Breiter JR, Ciociola AA, Sykes DL, McSorley DJ. An alternative non-macrolide, non-imidazole treatment regimen for curing *Helicobacter pylori* and duodenal ulcers: ranitidine bismuth citrate plus amoxicillin. The RBC *H. pylori* Study Group. Helicobacter. 1998;3:125-31.

456.   Yamaoka Y, Kodama T, Graham DY, Kashima K. Search for putative virulence factors of *Helicobacter pylori*: the low-molecular-weight (33-35 K) antigen. Dig Dis Sci. 1998;43:1482-7.

457.   El-Zimaity HM, Ota H, Scott S, Killen DE, Graham DY. A new triple stain for *Helicobacter pylori* suitable for the autostainer: carbol fuchsin/Alcian blue/hematoxylin-eosin. Arch Pathol Lab Med. 1998;122:732-6.

458.   Ota H, Katsuyama T, Nakajima S, El-Zimaity H, Kim JG, Graham DY, Genta RM. Intestinal metaplasia with adherent *Helicobacter pylori*: a hybrid epithelium with both gastric and intestinal features. Hum Pathol. 1998;9:846-50.

459.   Osato MS, Ayub K, Le HH, Reddy R, Graham DY. Houseflies are an unlikely reservoir or vector for *Helicobacter pylori*. J Clin Microbiol. 1998;36:278-8.

460.   Dore MP, Piana A, Carta M, Atzei A, Are BM, Mura I, Massarelli G, Maida A, Sepulveda AR, Graham DY, Realdi G. Amoxycillin resistance is one reason for failure of amoxycillin-omeprazole treatment of *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1998;12:635-9.

461.   Dore MP, Osato MS, Kwon DH, Graham DY, El-Zaatari FA. Demonstration of unexpected antibiotic resistance of genotypically identical *Helicobacter pylori* isolates. Clin Infect Dis 1998;27:84-89.

462.   Graham DY, Yamaoka Y. *H. pylori* and *cagA*: relationships with gastric cancer, duodenal ulcer and reflux esophagitis and its complications. Helicobacter 1998;3:145-51.

463.   Graham DY, Osato MS, Olson CA, Zhang J, Figura N. Effect of *H. pylori* infection and CagA status on leukocyte counts and liver function tests: extra-gastric manifestations of *H. pylori* infection. Helicobacter 1998;3:174-8.

464.   Graham DY. Complete genomic sequence of *Helicobacter pylori*: implications for the clinician. Curr Opin Gastroenterol 1998;14 (Suppl 1): S7-8.

465.   Folsom AR, Nieto FJ, Sorlie P, Chambless LE, Graham DY. *Helicobacter pylori* seropositivity and coronary heart disease incidence. Atherosclerosis Risk In Communities (ARIC) Study Investigators. Circulation. 1998;98:845-50.

466.   Kumagai T, Malaty HM, Graham DY, Hosogaya S, Misawa K, Furihata K, Ota H, Sei C, Tanaka E, Akamatsu T, Shimizu T, Kiyosawa K, Katsuyama T. Acquisition versus loss of *Helicobacter pylori* infection in Japan: results from an 8-year birth cohort study. J Infect Dis. 1998;178:717-21.

467.   Yamaoka Y, Kodama T, Graham DY, Kashima K. Comparison of four serological tests to determine the CagA or VacA status of *Helicobacter pylori* strains. J Clin Microbiol. 1998;36:3433-4.

468.   Malaty HM, Graham DY, Isaksson I, Engstrand L, Pedersen NL. Co-twin study of the effect of environment and dietary elements on acquisition of *Helicobacter pylori* infection. Am J Epidemiol. 1998;148:793-7.

M01410/632

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

469.   Graham DY. Antibiotic resistance in *Helicobacter pylori*: implications for therapy. Gastroenterology. 1998;115:1272-7.

470.   Ota H, Nakayama J, Momose M, Hayama M, Akamatsu T, Katsuyama T, Graham DY, Genta RM. *Helicobacter pylori* infection produces reversible glycosylation changes to gastric mucins. Virchows Arch. 1998;433:419-26.

471.   Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relationship of *vacA* genotypes of *Helicobacter pylori* to *cagA* status, cytotoxin production, and clinical outcome. Helicobacter. 1998;3:241-53.

472.   Miehlke S, Go MF, Kim JG, Graham DY, Figura N. Serologic detection of *Helicobacter pylori* infection with CagA-positive strains in duodenal ulcer, gastric cancer, and asymptomatic gastritis. J Gastroenterol. 1998;33 Suppl 10:18-21.

473.   Osato MS, Gutierrez O, Kim JG, Steinbach G, Graham DY. Microflora of gastric biopsies from patients with duodenal ulcer and gastric cancer: a comparative study of patients from Korea, Colombia, and the United States. Dig Dis Sci. 1998;43:2291-5.

474.   Anand BS, Saeed ZA, Michaletz PA, Winchester CB, Doherty MA, Liem JH, Graham DY. A randomized comparison of dilatation alone versus dilatation plus laser in patients receiving chemotherapy and external beam radiation for esophageal carcinoma. Dig Dis Sci. 1998;43:2255-60.

475.   Miehlke S, Meining A, Morgner A, Bayerdorffer E, Lehn N, Stolte M, Graham DY, Go MF. Frequency of *vacA* genotypes and cytotoxin activity in *Helicobacter pylori* associated with low-grade gastric mucosa-associated lymphoid tissue lymphoma. J Clin Microbiol. 1998;36:2369-70.

476.   Yamaoka Y, Kodama T, Kashima K, Graham DY, Sepulveda AR. Variants of the 3' region of the *cagA* gene in *Helicobacter pylori* isolates from patients with different *H. pylori*-associated diseases. J Clin Microbiol. 1998;36:2258-63.

477.   Osato MS, Graham DY.  Diagnosis of peptic ulcer disease: A guide to testing for *Helicobacter pylori*.  Clin Lab News 1998;24:10-12

478.   Miehlke S, Thomas R, Guiterrez O, Graham DY, Go MF. DNA fingerprinting of single colonies of *Helicobacter pylori* from gastric cancer patients suggests infection with a single predominant strain. J Clin Microbiol. 1999;37:245-7.

479.   El-Zimaity HM, Wu J, Akamatsu T, Graham DY. A reliable method for the simultaneous identification of *H. pylori* and gastric metaplasia in the duodenum. J Clin Pathol 1999;52:914-16.

480.   Miehlke S, Genta RM, Graham DY, Go MF. Molecular relationships of *Helicobacter pylori* strains in a family with gastroduodenal disease. Am J Gastroenterol. 1999;94:364-8.

481.   El-Zimaity HM, Graham DY. Evaluation of gastric mucosal biopsy site and number for identification of *Helicobacter pylori* or intestinal metaplasia: role of the Sydney System. Hum Pathol. 1999;30:72-7.

482.   Opekun AR, El-Zimaity HM, Osato MS, Gilger MA, Malaty HM, Terry M, Headon DR, Graham DY. Novel therapies for *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1999;13:35-42.

M01410/633

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

483. Graham DY, Hoffman J, Anderson S, Qureshi W, Osato MS, El-Zimaity HM. Ranitidine bismuth citrate, tetracycline, clarithromycin twice-a-day triple therapy for clarithromycin susceptible *Helicobacter pylori* infection. Aliment Pharmacol Ther. 1999;13:169-72.

484. Breuer T, Graham DY. Costs of diagnosis and treatment of *Helicobacter pylori* infection: when does choosing the treatment regimen based on susceptibility testing become cost effective? Am J Gastroenterol. 1999;94:725-9.

485. Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Practical advice on eradicating *Helicobacter pylori* infection. Postgrad Med. 1999;105:137-48.

486. Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Scope and consequences of peptic ulcer disease. How important is asymptomatic *Helicobacter pylori* infection? Postgrad Med. 1999;105:100-10.

487. Graham DY, Rakel RE. Introduction: commentary on a three-article symposium. Postgrad Med. 1999;105:93-4.

488. Graham DY, Rakel RE, Fendrick AM, Go MF, Marshall BJ, Peura DA, Scherger JE. Recognizing peptic ulcer disease. Postgrad Med. 1999;105:113-28.

489. Osato MS, Reddy SG, Graham DY. Osmotic effect of honey on growth and viability of *Helicobacter pylori*. Dig Dis Sci. 1999;44:462-4.

490. Malaty HM, Graham DY, Wattigney WA, Srinivasan SR, Osato M, Berenson GS. Natural history of *Helicobacter pylori* infection in childhood: 12-year follow-up cohort study in a biracial community. Clin Infect Dis. 1999;28:279-82.

491. Graham DY, Malaty HM. Alendronate gastric ulcers. Aliment Pharmacol Ther 1999;13:515-9.

492. Yamaoka Y, Kodama T, Gutierrez O, Kim JG, Kashima K, Graham DY. Relationship between *Helicobacter pylori iceA, cagA,* and *vacA* status and clinical outcome: Studies in four different countries. J Clin Microbiol. 1999;37:2274-9.

493. Li L, Kelly LK, Ayub K, Graham DY, Go MF. Genotypes of *Helicobacter pylori* obtained from gastric ulcer patients taking or not taking NSAIDs. Am J Gastroenterol. 1999;94:1502-7.

494. Hansen PS, Go MF, Varming K, Andersen LP, Genta RM, Graham DY, Neilsen H. Proinflammatory activation of neutrophils and monocytes by *Helicobacter pylori* in patients with different clinical presentations. Infect Immun. 1999;67:3171-4.

495. Graham DY, Runke D, Anderson SY, Malaty HM, Klein PD. Citric acid as the test meal for the 13C-urea breath test. Am J Gastroenterol. 1999;94:1214-7.

496. Graham DY, Anderson SY, Lang T. Garlic or jalapeno peppers for treatment of *Helicobacter pylori* infection. Am J Gastroenterol. 1999;94:1200-2.

497. Anand BS, Graham DY. Ulcer and gastritis. Endoscopy. 1999;31:215-25.

498. Realdi G, Dore MP, Piana A, Atzei A, Carta M, Cugia L, Manca A, Are BM, Massarelli G, Mura I, Maida A, Graham DY. Pretreatment antibiotic resistance in *Helicobacter pylori* infection: results of three randomized controlled studies. Helicobacter. 1999;4:106-12.

499. Steinbach G, Ford R, Glober G, Sample D, Hagemeister FB, Lynch PM, McLaughlin PW, Rodriguez MA, Romaguera JE, Sarris AH, Younes A, Luthra R, Manning JT, Johnson CM, Lahoti S, Shen Y, Lee JE, Winn RJ, Genta RM, Graham DY, Cabanillas

M01410763A

FF. Antibiotic treatment of gastric lymphoma of mucosa-associated lymphoid tissue. An uncontrolled trial. Ann Intern Med. 1999;131:88-95.

500. Al-Assi MT, Miki K, Walsh JH, Graham DP, Asaka M, Graham DY. Noninvasive evaluation of *Helicobacter pylori* therapy: role of fasting or postprandial gastrin, pepsinogen I, pepsinogen II, or serum IgG antibodies. Am J Gastroenterol. 1999;94:2367-72.

501. Ball JM, Graham DY, Opekun AR, Gilger MA, Guerrero RA, Estes MK. Recombinant Norwalk virus-like particles given orally to volunteers: phase I study. Gastroenterology. 1999;117:40-8.

502. Dore MP, Bilotta M, Vaira D, Manca A, Massarelli G, Leandro G, Atzei A, Pisanu G, Graham DY, Realdi G. High prevalence of *Helicobacter pylori* infection in shepherds. Dig Dis Sci. 1999;44:1161-4.

503. Dore MP, Graham DY, Sepulveda AR. Different penicillin-binding protein profiles in amoxicillin-resistant *Helicobacter pylori*. Helicobacter. 1999;4:154-61.

504. El-Zaatari FA, Naser SA, Hulten K, Burch P, Graham DY. Characterization of *Mycobacterium paratuberculosis* p36 antigen and its seroreactivities in Crohn's disease. Curr Microbiol. 1999;39:115-9.

505. El-Zimaity HM, El-Zaatari FA, Dore MP, Oweiss S, Gutierrez O, Yuksul M, Ramchatesingh J, Graham DY. The differential diagnosis of early gastric mucosa-associated lymphoma: polymerase chain reaction and paraffin section immunophenotyping. Mod Pathol. 1999;12:885-93.

506. Klein PD, Malaty HM, Czinn SJ, Emmons SC, Martin RF, Graham DY. Normalizing results of 13C-urea breath testing for $CO_2$ production rates in children. J Pediatr Gastroenterol Nutr. 1999;29:297-301.

507. Osato MS, Reddy R, Graham DY. Metronidazole and clarithromycin resistance amongst *Helicobacter pylori* isolates from a large metropolitan hospital in the United States. Int J Antimicrob Agents. 1999;12:341-7.

508. Sepulveda AR, Santos AC, Yamaoka Y, Wu L, Gutierrez O, Kim JG, Graham DY. Marked differences in the frequency of microsatellite instability in gastric cancer from different countries. Am J Gastroenterol. 1999;94:3034-8.

509. Yamaoka Y, EL-Zimaity HM, Gutierrez O, Figura N, Kim JK, Kodama T, Kashima K, Graham DY. Relationship between the cagA 3' repeat region of *Helicobacter pylori*, gastric histology, and susceptibility to low pH. Gastroenterology. 1999;117:342-9.

510. Yamaoka Y, Kodama T, Kashima K, Graham DY. Antibody against *Helicobacter pylori* CagA and VacA and the risk for gastric cancer. J Clin Pathol. 1999;52:215-8.

511. Malaty HM, Graham DY. Epidemiology of *Helicobacter pylori* infection: Disease management implications for peptic ulcer disease. Dis Manage Health Outcomes 1999;6:9-18.

512. Simon LS, Weaver AL, Graham DY, Kivitz AJ, Lipsky PE, Hubbard RC, Isakson PC, Verburg KM, Yu SS, Zhao WW, Geis GS. Anti-inflammatory and upper gastrointestinal effects of celecoxib in rheumatoid arthritis: a randomized controlled trial. JAMA. 1999;282:1921-8.

M01407635

513. Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relation between clinical presentation, *Helicobacter pylori* density, interleukin 1beta and 8 production, and *cagA* status. Gut. 1999;45:804-11.

514. Nguyen A-M H, Graham DY, Gage T, Griffiths GR. Nonsteroidal anti-inflammatory drug use in dentistry: gastrointestinal implications. General Dent 1999;47:590-6.

515. El-Zimaity HM, Wu J, Graham DY. Modified Genta triple stain for identifying *Helicobacter pylori*. J Clin Pathol 1999;52:693-4.

516. Santos AC, Yamaoka Y, Graham DY, Sepulveda AR. Variability in the interpretation of microsatellite patterns with different electrophoretic conditions. Mol Pathol 1999;52:302-304.

517. Qureshi WA, Graham DY. Diagnosis and management of *Helicobacter pylori* infection. Clin Cornerstone 1999;1:18-28.

518. Rugge M, Cassaro M, Leo G, Farinati F, Graham DY. *Helicobacter pylori* and gastric cancer: both primary and secondary preventive measures are required. Arch Intern Med 1999;159:2483-2484.

519. Dore MP, Graham DY, Sepulveda AR, Realdi G, Osato MS. Sensitivity of amoxicillin-resistant *Helicobacter pylori* to other penicillins. Antimicrob Agents Chemother. 1999;43:1803-4.

520. Dore MP, Osato MS, Realdi G, Mura I, Graham DY, Sepulveda AR. Amoxycillin tolerance in *Helicobacter pylori*. J Antimicrob Chemother. 1999;43:47-54.

521. Hansen PS, Go MF, Varming K, Andersen LP, Graham DY, Nielsen H. Proinflammatory activation of neutrophils and monocytes by *Helicobacter pylori* is not associated with *cagA*, *vacA* or *picB* genotypes. APMIS 1999;107:1117-1123.

522. Bazzoli F, Graham DY, Holtmann G, McColl K, O'Morain C, Sung JJ. Panel discussion - unresolved issues. Helicobacter. 2000;5 (Suppl 1):27-31.

523. Dore MP, Bilotta M, Malaty HM, Pacifico A, Maioli M, Graham DY, Realdi G. Diabetes mellitus and *Helicobacter pylori* infection. Nutrition. 2000;16:407-10.

524. Dore MP, Graham DY. Pathogenesis of duodenal ulcer disease: the rest of the story. Baillieres Best Pract Res Clin Gastroenterol 2000;14:97-107.

525. Dore MP, Leandro G, Realdi G, Sepulveda AR, Graham DY. Effect of pretreatment antibiotic resistance to metronidazole and clarithromycin on outcome of *Helicobacter pylori* therapy: a meta-analytical approach. Dig Dis Sci 2000;45:68-76.

526. El-Zimaity HM, Graham DY, Genta RM, Lechago J. Sustained increase in gastric antral epithelial cell proliferation despite cure of *Helicobacter pylori* infection. Am J Gastroenterol. 2000;95:930-5.

527. Estes MK, Ball JM, Guerrero RA, Opekun AR, Gilger MA, Pacheco SS, Graham DY. Norwalk Virus Vaccines: Challenges and Progress. J Infect Dis. 2000;181:S367-73.

528. Graham DY, Osato MS, Hoffman J, Opekun AR, Anderson S, El-Zimaity HM. Furazolidone combination therapies for *Helicobacter pylori* infection in the United States. Aliment Pharmacol Ther. 2000;14:211-5.

529. Graham DY, Osato MS, Hoffman J, Opekun AR, Anderson S, Kwon DH, El-Zimaity HM. Metronidazole containing quadruple therapy for infection with metronidazole

M01410/7636

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

resistant *Helicobacter pylori*: a prospective study. Aliment Pharmacol Ther. 2000;14:745-50.

530.  Graham DY, Osato MS. *H. pylori* in the pathogenesis of duodenal ulcer: interaction between duodenal acid load, bile, and *H. pylori*. Am J Gastroenterol 2000;95:87-91.

531.  Graham DY, Yamaoka Y. Disease-specific *Helicobacter pylori* virulence factors: the unfulfilled promise. Helicobacter 2000;4 (Suppl 1):S3-9.

532.  Graham DY. Encounter with *Helicobacter pylori*. Helicobacter Research 2000;4:56-7.

533.  Graham DY. Therapy of *Helicobacter pylori*: current status and issues. Gastroenterology 2000;118:S2-8.

534.  Graham DY. Chairman's introduction. Helicobacter. 2000;5 (Suppl 1):1

535.  Graham DY. *Helicobacter pylori* infection is the primary cause of gastric cancer. J Gastroenterol. 2000;35 (Suppl) 12:90-7.

536.  Graham DY. NSAID ulcers: prevalence and prevention. Mod Rheumatol 2000;10:2-7.

537.  Hulten K, Almashhrawi A, El-Zaatari FA, Graham DY. Antibacterial therapy for Crohn's disease: a review emphasizing therapy directed against mycobacteria. Dig Dis Sci. 2000;45:445-56.

538.  Kwon DH, Osato MS, Graham DY, El-Zaatari FA. Quantitative RT-PCR analysis of multiple genes encoding putative metronidazole nitroreductases from *Helicobacter pylori*. Int J Antimicrob Agents. 2000;15:31-6.

539.  Leung WK, Graham DY. Clarithromycin for *Helicobacter pylori* infection. Exp Opin Pharmacother 2000;1:507-14.

540.  Leung WK, Kim JJ, Kim JG, Graham DY, Sepulveda AR. Microsatellite instability in gastric intestinal metaplasia in patients with and without gastric cancer. Am J Pathol. 2000;156:537-43.

541.  Malaty HM, Graham DY, Isaksson I, Engstrand L, Pedersen NL. Are genetic influences on peptic ulcer dependent or independent of genetic influences for *Helicobacter pylori* infection? Arch Intern Med 2000 160:105-9.

542.  Malaty HM, Kumagai T, Tanaka E, Ota H, Kiyosawa K, Graham DY, Katsuyama T. Evidence from a nine-year birth cohort study in Japan of transmission pathways of *Helicobacter pylori* infection. J Clin Microbiol. 2000;38:1971-3.

543.  Ozpolat B, Actor JK, Rao XM, Lee S, Osato M, Graham DY, Lachman LB. Quantitation of *Helicobacter pylori* in the stomach using quantitative polymerase chain reaction assays. Helicobacter. 2000;5:13-21.

544.  Sepulveda AR, Wu L, Ota H, Gutierrez O, Kim JG, Genta RM, Graham DY. Molecular identification of main cellular lineages as a tool for the classification of gastric cancer. Hum Pathol. 2000;31:566-74.

545.  Yamaoka Y, Kwon DH, Graham DY. A Mr 34,000 proinflammatory outer membrane protein (*oipA*) of *Helicobacter pylori*. Proc Natl Acad Sci U S A. 2000;97:7533-8.

546.  Yamaoka Y, Malaty HM, Osato MS, Graham DY. Conservation of *Helicobacter pylori* genotypes in different ethnic groups in Houston, Texas. J Infect Dis. 2000;181:2083-6.

547.  Yamaoka Y, Osato MS, Sepulveda AR, Gutierrez O, Figura N, Kim JG, Kodama T, Kashima K, Graham DY. Molecular epidemiology of *Helicobacter pylori*: separation of *H. pylori* from East Asian and non-Asian countries. Epidemiol Infect. 2000;124:91-6.

M01410/637

548.    Qureshi WA, Graham DY. Bismuth-based multi-drug therapies in *Helicobacter pylori* eradication. Today's Therapeutic Trends 2000;18:229-39.

549.    Kwon DH, Kato M, El-Zaatari FA, Osato MS, Graham DY. Frame-shift mutations in NAD(P)H flavin oxidoreductase encoding gene (*frxA*) from metronidazole resistant *Helicobacter pylori* ATCC43504 and its involvement in metronidazole resistance. FEMS Microbiol Lett. 2000;188:197-202.

550.    Kato M, Yamaoka Y, Kim JJ, Reddy R, Asaka M, Kashima K, Osato MS, El-Zaatari FA, Graham DY, Kwon DH. Regional differences in metronidazole resistance and increasing clarithromycin resistance among *Helicobacter pylori* isolates from Japan. Antimicrob Agents Chemother. 2000;44:2214-6.

551.    Kwon DH, El-Zaatari FA, Kato M, Osato MS, Reddy R, Yamaoka Y, Graham DY. Analysis of rdxA and involvement of additional genes encoding NAD(P)H flavin oxidoreductase (*frxA*) and ferredoxin-like protein (*fdxB*) in metronidazole resistance of *Helicobacter pylori*. Antimicrob Agents Chemother. 2000;44:2133-42.

552.    Cassaro M, Rugge M, Gutierrez O, Leandro G, Graham DY, Genta RM. Topographic patterns of intestinal metaplasia and gastric cancer. Am J Gastroenterol. 2000;95:1431-8.

553.    Lipsky PE, Brooks P, Crofford LJ, DuBois R, Graham D, Simon LS, van de Putte LB, Abramson SB. Unresolved issues in the role of cyclooxygenase-2 in normal physiologic processes and disease. Arch Intern Med. 2000;160:913-20.

554.    Shiotani A, Nurgalieva ZZ, Yamaoka Y, Graham DY. *Helicobacter pylori*. Med Clin N Am 2000;84:1125-36.

555.    Graham DY. Bisphosphonate gastrointestinal damage: perspective and research needs. Pharmacoepid Drug Safety 2000;9:377-81.

556.    Ozpolat B, Rao XM, Lachman LB, Osato MS, Graham DY. Quantitative and bioluminescent assay to measure efficacy of conventional and DNA vaccinations against *Helicobacter pylori*. Comb Chem High Throughput Screen. 2000;3:289-302.

557.    Opekun AR, Gilger MA, Denyes SM, Nirken MH, Philip SP, Osato MS, Malaty HM, Hicks J, Graham DY. *Helicobacter pylori* infection in children of Texas. J Pediatr Gastroenterol Nutr. 2000;31:405-10.

558.    Nurgalieva ZZ, Almuchambetova R, Machmudova A, Kapsultanova D, Osato MS, Peacock J, Zoltek RP, Marchildon PA, Graham DY, Zhangabylov A. Use of a dry-plasma collection device to overcome problems with storage and transportation of blood samples for epidemiology studies in developing countries. Clin Diagn Lab Immunol. 2000;7:882-4.

559.    Nakajima S, Graham DY, Hattori T, Bamba T. Strategy for treatment of *Helicobacter pylori* infection in adults II. Practical policy in 2000. Curr Pharm Des. 2000;6:1515-29.

560.    Nakajima S, Graham DY, Hattori T, Bamba T. Strategy for treatment of *Helicobacter pylori* infection in adults I. Updated indications for test and eradication therapy suggested in 2000. Curr Pharm Des. 2000;6:1503-14.

561.    Malaty HM, Logan ND, Graham DY, Ramchatesingh JE, Reddy SG. *Helicobacter pylori* infection in asymptomatic children: comparison of diagnostic tests. Helicobacter. 2000;5:155-9.

M01410/7638

562. Kwon DH, Kim JJ, Lee M, Yamaoka Y, Kato M, Osato MS, El-Zaatari FA, Graham DY. Isolation and characterization of tetracycline-resistant clinical isolates of *Helicobacter pylori*. Antimicrob Agents Chemother. 2000;44:3203-5.

563. Hulten K, Karttunen TJ, El-Zimaity HM, Naser SA, Collins MT, Graham DY, El-Zaatari FA. Identification of cell wall deficient forms of *M. avium subsp. paratuberculosis* in paraffin embedded tissues from animals with Johne's disease by in situ hybridization. J Microbiol Methods. 2000;42:185-95.

564. Graham DY, Qureshi WA. Antibiotic-resistant *H. pylori* infection and its treatment. Curr Pharm Des. 2000;6:1537-44.

565. Chamberlin W, Hulten K, Graham DY. Antibiotics as primary therapy for Crohn's disease. Drugs of Today. 2000;36:667-678.

566. El-Zimaity HM, Verghese VJ, Ramchatesingh J, Graham DY. The gastric cardia in gastro-oesophageal disease. J Clin Pathol. 2000;53:619-25.

567. Dore MP, Osato MS, Malaty HM, Graham DY. Characterization of a culture method to recover *Helicobacter pylori* from the feces of infected patients. Helicobacter. 2000;5:165-8.

568. Graham DY, Klein PD. Accurate diagnosis of *Helicobacter pylori*. 13C-urea breath test. Gastroenterol Clin North Am 2000;29:885-93.

569. Graham DY. Community acquired acute *Helicobacter pylori* gastritis. J Gastroenterol Hepatol 2000;15:1353-1355.

570. Naser SA, Hulten K, Shafran I, Graham DY, El-Zaatari FA. Specific seroreactivity of Crohn's disease patients against p35 and p36 antigens of *M. avium subsp. paratuberculosis*. Vet Microbiol 2000;77:497-504.

571. Hulten K, Karttunen TJ, El-Zimaity HM, Naser SA, Almashhrawi A, Graham DY, El-Zaatari FA. In situ hybridization method for studies of cell wall deficient *M. paratuberculosis* in tissue samples. Vet Microbiol 2000;77:513-518.

572. Lanza F, Schwartz H, Sahba B, Malaty HM, Musliner T, Reyes R, Quan H, Graham DY. An endoscopic comparison of the effects of alendronate and risedronate on upper gastrointestinal mucosae. Am J Gastroenterol 2000;95:3112-7.

573. Kwon DH, Pena JA, Osato MS, Fox JG, Graham DY, Versalovic J. Frameshift mutations in rdxA and metronidazole resistance in North American *Helicobacter pylori* isolates. J Antimicrob Chemother 2000;46:793-6.

574. Ota H, Nakayama J, Shimizu T, Nakayama J, Graham DY, Katsuyama T. Relation *of H. pylori* to gastric mucins and gastric surface mucous gel layer. Gut. 2001;48:869-71.

575. Bazzoli F, De Luca L, Graham DY. *Helicobacter pylori* infection and the use of NSAIDs. Best Pract Res Clin Gastroenterol 2001;15:775-785.

576. El-Zaatari FA, Osato MS, Graham DY. Etiology of Crohn's disease: the role of *Mycobacterium avium paratuberculosis*. Trends Mol Med. 2001;7:247-52.

577. Rugge M, Russo V, Busatto G, Genta RM, Di Mario F, Farinati F, Graham DY. The phenotype of gastric mucosa coexisting with Barrett's oesophagus. J Clin Pathol. 2001;54:456-60.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

578.   Hulten K, El-Zimaity HM, Karttunen TJ, Almashhrawi A, Schwartz MR, Graham DY, El-Zaatari FA. Detection of *Mycobacterium avium subspecies paratuberculosis* in Crohn's diseased tissues by *in situ* hybridization. Am J Gastroenterol. 2001;96:1529-35.

579.   Dore MP, Sepulveda AR, El-Zimaity H, Yamaoka Y, Osato MS, Mototsugu K, Nieddu AM, Realdi G, Graham DY. Isolation of *Helicobacter pylori* from sheep-implications for transmission to humans. Am J Gastroenterol. 2001;96:1396-401.

580.   El-Zimaity HM, Graham DY. Cytokeratin subsets for distinguishing Barrett's esophagus from intestinal metaplasia in the cardia using endoscopic biopsy specimens. Am J Gastroenterol. 2001;96:1378-82.

581.   Osato MS, Reddy R, Reddy SG, Penland RL, Malaty HM, Graham DY. Pattern of primary resistance of *Helicobacter pylori* to metronidazole or clarithromycin in the United States. Arch Intern Med. 2001;161:1217-20.

582.   Dore MP, Kwon DH, Sepulveda AR, Graham DY, Realdi G. Stable Amoxicillin Resistance in *Helicobacter pylori*. Helicobacter. 2001;6:79

583.   Griffiths RI, Rabeneck L, Guzman G, Cromwell DM, Strauss MJ, Robinson JW, Winston B, Li T, Graham DY. Costs of managing *Helicobacter pylori*-infected ulcer patients after initial therapy. Helicobacter. 2001;6:66-76.

584.   Graham DY, Reddy S. Rapid detection of anti-*Helicobacter pylori* IgG in urine using immunochromatography. Aliment Pharmacol Ther. 2001;15:699-702.

585.   Malaty HM, Logan ND, Graham DY, Ramchatesingh JE. *Helicobacter pylori* Infection in preschool and school-aged minority children: Effect of socioeconomic indicators and breast-feeding practices. Clin Infect Dis. 2001;32:1387-2.

586.   Graham DY, Saeed MA, Hoffman J, El-Zimaity HM, Kwon DH, Osato MS. Nitrofurantoin quadruple therapy for *Helicobacter pylori* infection: effect of metronidazole resistance. Aliment Pharmacol Ther. 2001;15:513-8.

587.   Osato MS, Reddy SG, Piergies AA, Bochenek WJ, Testa RT, Graham DY. Comparative efficacy of new investigational agents against *Helicobacter pylori*. Aliment Pharmacol Ther. 2001;15:487-92.

588.   Kumagai T, Yan J, Graham DY, Tozuka M, Okimura Y, Ikeno T, Sugiyama A, Katsuyama T, Ota H. Serum immunoglobulin G immune response to *Helicobacter pylori* antigens in Mongolian gerbils. J Clin Microbiol. 2001;39:1283-8.

589.   El-Zimaity HMT, Gutierrez O, Kim JG, Akamatsu T, Gurer IE, Simjee AE, Graham DY. Geographic differences in the distribution of intestinal metaplasia in duodenal ulcer patients. Am J Gastroenterol. 2001;96:666-72.

590.   Kim JJ, Reddy R, Lee M, Kim JG, El-Zaatari FA, Osato MS, Graham DY, Kwon DH. Analysis of metronidazole, clarithromycin and tetracycline resistance of *Helicobacter pylori* isolates from Korea. J Antimicrob Chemother. 2001;47:459-61.

591.   Leung WK, Graham DY. Ulcer and gastritis. Endoscopy. 2001;33:8-15.

592.   Chamberlin W, Graham DY, Hulten K, El-Zimaity HM, Schwartz MR, Naser S, Shafran I, El-Zaatari FA. Review article: *Mycobacterium avium subsp. paratuberculosis* as one cause of Crohn's disease. Aliment Pharmacol Ther. 2001;15:337-46.

593.   Graham DY. *Helicobacter pylori* and nonsteroidal anti-inflammatory drugs: interaction with proton pump inhibitor therapy for prevention of nonsteroidal anti-inflammatory drug ulcers and ulcer complications-- future research needs. Am J Med. 2001;110:58S-61S.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

594.    Graham DY, Malaty HM. Alendronate and naproxen are synergistic for development of gastric ulcers. Arch Intern Med. 2001;161:107-10.

595.    Osato MS, Reddy R, Reddy SG, Penland RL, Graham DY. Comparison of the Etest and the NCCLS-approved agar dilution method to detect metronidazole and clarithromycin resistant *Helicobacter pylori*. Int J Antimicrob Agents. 2001;17:39-44.

596.    Kwon DH, Lee M, Kim JJ, Kim JG, El-Zaatari FA, Osato MS, Graham DY. Furazolidone- and nitrofurantoin-resistant *Helicobacter pylori*: prevalence and role of genes involved in metronidazole resistance. Antimicrob Agents Chemother. 2001;45:306-8.

597.    Dore MP, Realdi G, Mura D, Onida A, Massarelli G, Dettori G, Graham DY, Sepulveda AR. Genomic instability in chronic viral hepatitis and hepatocellular carcinoma. Hum Pathol 2001;32:698-703.

598.    Graham DY, Malaty HM, Cole RA, Martin RF, Klein PD. Simplified 13C-urea breath test for detection of *Helicobacter pylori* infection. Am J Gastroenterol 2001;96:1741-1745.

599.    Kwon DH, Hulten K, Kato M, Kim JJ, Lee M, El-Zaatari FA, Osato MS, Graham DY. DNA sequence analysis of *rdxA* and *frxA* from 12 pairs of metronidazole-sensitive and -resistant clinical *Helicobacter pylori* isolates. Antimicrob Agents Chemother 2001;45:2609-2615.

600.    Miehlke S, Bayerdorffer E, Graham DY. Treatment of *Helicobacter pylori* infection. Semin Gastrointest Dis 2001;12:167-179.

601.    Yamaoka Y, Graham DY. Clarifications regarding the 3' repeat region of the *cagA* gene in *Helicobacter pylori* and clinical outcome. J Clin Microbiol 2001;39:2369-2370.

602.    Yamaoka Y, Kodama T, Kita M, Imanishi J, Kashima K, Graham DY. Relation between cytokines and *Helicobacter pylori* in gastric cancer. Helicobacter 2001;6:116-124.

603.    Shiotani A, Nishioka S, Iguchi M, Yanaoka K, Okada K, Tamai H, Mantani Y, Itoh H, Graham DY. Duodenal erosions after eradication of *Helicobacter pylori* infection. Gastrointest Endosc 2001;54:448-453.

604.    Shiotani A, Saeed A, Yamaoka Y, Osato MS, Klein PD, Graham DY. Citric acid-enhanced *Helicobacter pylori* urease activity in vivo is unrelated to gastric emptying. Aliment Pharmacol Ther 2001;15:1763-1767.

605.    El-Zimaity HM, Ramchatesingh J, Saeed MA, Graham DY. Gastric intestinal metaplasia: subtypes and natural history. J Clin Pathol 2001;54:679-683.

606.    Yamaoka Y, Orito E, Mizokami M, Gutierrez O, Saitou N, Kodama T, Osato MS, Kim JG, Ramirez FC, Mahachai V, Graham DY. *Helicobacter pylori* in North and South America before Columbus. FEBS Lett 2002;517:180-184.

607.    Graham DY, Malaty HM. Commentary: What remains to be done regarding transmission of *Helicobacter pylori*. Int J Epidemiol 2002;31:646-647.

608.    Yamaoka Y, Souchek J, Odenbreit S, Haas R, Arnqvist A, Boren T, Kodama T, Osato MS, Gutierrez O, Kim JG, Graham DY. Discrimination between cases of duodenal ulcer and gastritis on the basis of putative virulence factors of *Helicobacter pylori*. J Clin Microbiol 2002;40:2244-2246.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

609. Dore MP, Graham DY, Mele R, Marras L, Nieddu S, Manca A, Realdi G. Colloidal bismuth subcitrate-based twice-a-day quadruple therapy as primary or salvage therapy for *Helicobacter pylori* infection. Am J Gastroenterol 2002;97:857-860.

610. Shiotani A. Graham DY. Pathogenesis and therapy of gastric and duodenal ulcer disease. Med Clin North Am 2002;86:1447-66.

611. Hutson AM, Atmar RL, Graham DY, Estes MK. Norwalk virus infection and disease is associated with ABO histo-blood group type. J Infect Dis 2002;185:1335-1337.

612. Sepulveda AR, Tao H, Carloni E, Sepulveda J, Graham DY, Peterson LE. Screening of gene expression profiles in gastric epithelial cells induced by *Helicobacter pylori* using microarray analysis. Aliment Pharmacol Ther 2002;16 Suppl 2:145-157.

613. El Zimaity HM, Ota H, Graham DY, Akamatsu T, Katsuyama T. Patterns of gastric atrophy in intestinal type gastric carcinoma. Cancer 2002;94:1428-1436.

614. Malaty HM, El Kasabany A, Graham DY, Miller CC, Reddy SG, Srinivasan SR, Yamaoka Y, Berenson GS. Age at acquisition of *Helicobacter pylori* infection: a follow-up study from infancy to adulthood. Lancet 2002;359:931-935.

615. Graham DY. Critical effect of *Helicobacter pylori* infection on the effectiveness of omeprazole for prevention of gastric or duodenal ulcers among chronic NSAID users. Helicobacter 2002;7:1-8.

616. Leung WK, Graham DY. Rescue Therapy for *Helicobacter pylori*. Curr Treat Options Gastroenterol 2002;5:133-138.

617. Malfertheiner P, Megraud F, O'Morain C, Hungin AP, Jones R, Axon A, Graham DY, Tytgat G. Current concepts in the management of *Helicobacter pylori* infection-- the Maastricht 2-2000 Consensus Report. Aliment Pharmacol Ther 2002;16:167-180.

618. Shiotani A, Yamaoka Y, El Zimaity HM, Saeed MA, Qureshi WA, Graham DY. NSAID gastric ulceration: predictive value of gastric pH, mucosal density of polymorphonuclear leukocytes, or levels of IL-8 or nitrite. Dig Dis Sci 2002;47:38-43.

619. Asaka M, Sugiyama T, Nobuta A, Kato M, Takeda H, Graham DY. Atrophic gastritis and intestinal metaplasia in Japan: results of a large multicenter study. Helicobacter 2001;6:294-299.

620. Graham DY, Agrawal NM, Campbell DR, Haber MM, Collis C, Lukasik NL, Huang B. Ulcer prevention in long-term users of nonsteroidal anti-inflammatory drugs: results of a double-blind, randomized, multicenter, active- and placebo-controlled study of misoprostol vs. lansoprazole. Arch Intern Med 2002;162:169-175.

621. Graham DY. What the gastroenterologist should know about the gastrointestinal safety profiles of bisphosphonates. Dig Dis Sci 2002;47:1665-1678.

622. Kim JJ, Tao H, Carloni E, Leung WK, Graham DY, Sepulveda AR. *Helicobacter pylori* impairs DNA mismatch repair in gastric epithelial cells. Gastroenterology 2002;123:542-553.

623. Yamaoka Y, Kikuchi S, El-Zimaity HM, Gutierrez O, Osato MS, Graham DY. Importance of *Helicobacter pylori oipA* in clinical presentation, gastric inflammation, and mucosal interleukin 8 production. Gastroenterology 2002;123:414-424.

624. Verghese VJ, Ayub K, Qureshi W, Taupo T, Graham DY. Low-salt bowel-cleansing preparation (LoSo Prep) as preparation for colonoscopy: a pilot study. Aliment Pharmacol Ther 2002;16:1327-1331.

M01410/7642

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

625.    Malaty HM, Haveman T, Graham DY, Fraley JK. *Helicobacter pylori* Infection in asymptomatic children: Impact of epidemiologic factors on accuracy of diagnostic tests. J Pediatr Gastroenterol Nutr 2002;35:59-63.

626.    Dore MP, Realdi G, Mura D, Graham DY, Sepulveda AR. *Helicobacter* infection in patients with HCV-related chronic hepatitis, cirrhosis, and hepatocellular carcinoma. Dig Dis Sci 2002;47:1638-1643.

627.    Franceschi F, Sepulveda AR, Gasbarrini A, Pola P, Silveri NG, Gasbarrini G, Graham DY, Genta RM. Cross-reactivity of anti-CagA antibodies with vascular wall antigens: possible pathogenic link between *Helicobacter pylori* infection and atherosclerosis. Circulation 2002;106:430-434.

628.    Sepulveda AR, Graham DY. Role of *Helicobacter pylori* in gastric carcinogenesis. Gastroenterol Clin North Am 2002;31:517-35.

629.    Dore MP, Malaty HM, Graham DY, Fanciulli G, Delitala G, Realdi G. Risk Factors Associated with *Helicobacter pylori* infection among children in a defined geographic area. Clin Infect Dis 2002;35:240-245.

630.    Qureshi WA, El Zimaity H, Green LK, Graham DY. Screening for Barrett's esophagus: searching for a new technique. Am J Gastroenterol 2002;97:1565-1566.

631.    Sepulveda A, Peterson LE, Shelton J, Gutierrez O, Graham DY. Histological patterns of gastritis in *H. pylori*-infected individuals with a family history of gastric cancer. Am J Gastroenterol 2002;97:1365-1370.

632.    El Serag HB, Graham DY, Richardson P, Inadomi JM. Prevention of complicated ulcer disease among chronic users of nonsteroidal anti-inflammatory drugs: the use of a nomogram in cost- effectiveness analysis. Arch Intern Med 2002;162:2105-2110.

633.    Hsu PI, Hwang IR, Cittelly D, Lai KH, El-Zimaity HM, Gutierrez O, Kim JG, Osato MS, Graham DY, Yamaoka Y. Clinical presentation in relation to diversity within the *Helicobacter pylori cag* pathogenicity island. Am J Gastroenterol 2002;97:2231-2238.

634.    Hwang IR, Kodama T, Kikuchi S, Sakai K, Peterson LE, Graham DY, Yamaoka Y. Effect of interleukin 1 polymorphisms on gastric mucosal interleukin 1 beta production in *Helicobacter pylori* infection. Gastroenterology 2002;123:1793-1803.

635.    Li L, Graham DY, Gutierrez O, Kim JG, Genta RM, El-Zimaity HM, Go MF. Genomic fingerprinting and genotyping of *Helicobacter pylori* strains from patients with duodenal ulcer or gastric cancer from different geographic regions. Dig Dis Sci 2002;47:2512-2518.

636.    Nurgalieva ZZ, Malaty HM, Graham DY, Almuchambetova R, Machmudova A, Kapsultanova D, Osato MS, Hollinger FB, Zhangabylov A. *Helicobacter pylori* infection in Kazakhstan: effect of water source and household hygiene. Am J Trop Med Hyg 2002;67:201-206.

637.    Park CY, Cho YK, Kodama T, El-Zimaity HM, Osato MS, Graham DY, Yamaoka Y. New serological assay for detection of putative *Helicobacter pylori* virulence factors. J Clin Microbiol 2002;40:4753-4756.

638.    Weisman SM, Graham DY. Evaluation of the benefits and risks of low-dose aspirin in the secondary prevention of cardiovascular and cerebrovascular events. Arch Intern Med 2002;162:2197-2202.

M01410/7643

639. Yamaoka Y, Kita M, Kodama T, Imamura S, Ohno T, Sawai N, Ishimaru A, Imanishi J, Graham DY. *Helicobacter pylori* infection in mice: Role of outer membrane proteins in colonization and inflammation. Gastroenterology 2002;123:1992-2004.

640. Graham DY. NSAIDs, *Helicobacter pylori*, and Pandora's box. N Engl J Med 2002;347:2162-2164.

641. Opekun AR, Abdalla N, Sutton FM, Hammoud F, Kuo GM, Torres E, Steinbauer J, Graham DY. Urea breath testing and analysis in the primary care office. J Fam Pract. 2002;51:1030-1032.

642. Graham DY, Opekun AR, Yamaoka Y, Osato MS, El-Zimaity HT. Early events in proton pump inhibitor-associated exacerbation of corpus gastritis. Aliment Pharmacol Ther 2003;17:193-200.

643. Falush D, Wirth T, Linz B, Pritchard JK, Stephens M, Kidd M, Blaser MJ, Graham DY, Vacher S, Perez-Perez GI, Yamaoka Y, Megraud F, Otto K, Reichard U, Katzowitsch E, Wang X, Achtman M, Suerbaum S. Traces of human migrations in *Helicobacter pylori* populations. Science. 2003;299:1582-5.

644. Hwang IR, Hsu PI, Peterson LE, Gutierrez O, Kim JG, Graham DY, Yamaoka Y. Interleukin-6 genetic polymorphisms are not related to *Helicobacter pylori*-associated gastroduodenal diseases. Helicobacter. 2003;8:142-8.

645. Willingham FF, Opekun AR, Graham DY. Endoscopic demonstration of transient small bowel intussusception in a patient with adult celiac disease. Gastrointest Endosc. 2003;57:626-7.

646. Dore MP, Sepulveda AR, Bacciu PP, Blasi F, Simula L, Marras L, Piccolo D, Cherchi GB, Graham DY, Realdi G. Detection of *Chlamydiae pneumoniae* but not *Helicobacter pylori* DNA in atherosclerosis plaques. Dig Dis Sci. 2003;48:945-51.

647. Graham DY. *Helicobacter pylori* is not and never was "protective" against anything, including GERD. Dig Dis Sci. 2003;48:629-30.

648. Graham DY, Hammoud F, El Zimaity HM, Kim JG, Osato MS, El Serag HB. Meta-analysis: proton pump inhibitor or H2-receptor antagonist for *Helicobacter pylori* eradication. Aliment Pharmacol Ther. 2003;17:1229-36.

649. Marchildon PA, Sugiyama T, Fukada Y, Peacock JS, Asaka M, Shimoyama T, Graham DY. Evaluation of the effects of strain-specific antigen variation on the accuracy of serologic diagnosis of *Helicobacter pylori* infection. J Clin Microbiol. 2003;41:1480-5.

650. Sedlackova M, Malaty H, Volf V, Fruhauf P, Marx D, Soucek A, Graham DY. *Helicobacter pylori* infection in a group of symptomatic and asymptomatic children and adolescents in the Czech Republic. Cas Lek Cesk. 2003;142:102-5.

651. Gutierrez O, Akamatsu T, Cardona H, Graham DY, El-Zimaity HM. *Helicobacter pylori* and hetertopic gastric mucosa in the upper esophagus (the inlet patch). Am J Gastroenterol 2003;98:1266-1270.

652. Kwon DH, Dore MP, Kim JJ, Kato M, Lee M, Wu JY, Graham DY. High-level beta-lactam resistance associated with acquired multidrug resistance in *Helicobacter pylori*. Antimicrob Agents Chemother 2003;47:2169-2178.

653. Graham DY, Opekun AR, Hammoud F, Yamaoka Y, Reddy R, Osato MS, El Zimaity HM. Studies regarding the mechanism of false negative urea breath tests with proton pump inhibitors. Am J Gastroenterol 2003;98:1005-1009.

M01410/7644

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

654.  Dore MP, Marras L, Maragkoudakis E, Nieddu S, Manca A, Graham DY, Realdi G. Salvage therapy after two or more prior *Helicobacter pylori* treatment failures: the Super salvage regimen. Helicobacter. 2003;8:307-9.

655.  El Zimaity HM, Ramchatesingh J, Clarridge JE, Abudayyeh S, Osato MS, Graham DY. Enterococcus gastritis. Hum Pathol. 2003;34:944-5.

656.  Graham DY. The changing epidemiology of GERD: geography and *Helicobacter pylori*. Am J Gastroenterol. 2003;98:1462-70.

657.  Malaty HM, Tanaka E, Kumagai T, Ota H, Kiyosawa K, Graham DY, Katsuyama T. Seroepidemiology of *Helicobacter pylori* and hepatitis A virus and the mode of transmission of infection: a 9-year cohort study in rural Japan. Clin Infect Dis. 2003;37:1067-72.

658.  Nurgalieva ZZ, Graham DY. Pearls and pitfalls of assessing *Helicobacter pylori* status. Dig Liver Dis. 2003;35:375-7.

659.  Park CY, Kwak M, Gutierrez O, Graham DY, Yamaoka Y. Comparison of genotyping *Helicobacter pylori* directly from biopsy specimens and genotyping from bacterial cultures. J Clin Microbiol. 2003;41:3336-8.

660.  Bochenek WJ, Peters S, Fraga PD, Wang W, Mack ME, Osato MS, El Zimaity HM, Davis KD, Graham DY. Eradication of *Helicobacter pylori* by 7-day triple-therapy regimens combining pantoprazole with clarithromycin, metronidazole, or amoxicillin in patients with peptic ulcer disease: results of two double-blind, randomized studies. Helicobacter. 2003;8:626-42.

661.  Vilaichone RK, Mahachai V, Kositchaiwat C, Graham DY, Yamaoka Y. Relation between seroreactivity to low-molecular-weight *Helicobacter pylori*-specific antigens and disease presentation. Clin Diagn Lab Immunol. 2003;10:1025-8.

662.  Dore MP, Realdi G, Sepulveda AR, Graham DY. Detection of genomic *Helicobacter pylori* DNA in the blood of patients positive for the infection. Dig Liver Dis. 2003;35:839-40.

663.  Forman D, Graham DY. Impact of *Helicobacter pylori* on society-role for a strategy of 'search and eradicate'. Aliment Pharmacol Ther. 2004;19 Suppl 1:17-21.

664.  Dore MP, Graham DY. Ulcers and gastritis. Endoscopy. 2004;36:42-7.

665.  Sakai T, Fukui H, Franceschi F, Penland R, Sepulveda AR, Fujimori T, Terano A, Genta RM, Graham DY, Yamaoka Y. Cyclooxygenase expression during *Helicobacter pylori* infection in Mongolian gerbils. Dig Dis Sci. 2003;48:2139-46.

666.  Graham DY, Opekun AR, Jogi, M, Yamaoka Y, Lu H, Reddy R, El-Zimaity HMT. False negative urea breath tests with $H_2$-receptor antagonists: Interactions between *Helicobacter pylori* density and pH. Helicobacter 2004;9,17-27.

667.  Graham DY. *Helicobacter pylori* - Diagnosis and treatment. Business Briefing: North American Pharmaco Therapy 2004:Feb.;110-3 (and www.bbriefings.com).

668.  Dore MP, Graham DY. Current therapeutic approaches for *Helicobacter pylori* infection. Drug Benefit Trends 2004;16:188-96.

669.  Yamaoka Y, Kudo T, Lu H, Casola A, Brasier AR, Graham DY. Role of interferon-stimulated responsive element-like element in interleukin-8 promoter in *Helicobacter pylori* infection. Gastroenterology 2004;126:1030-1043.

M01410764S

670. Kudo T, Nurgalieva ZZ, Conner ME, Crawford S, Odenbreit S, Haas R, Graham DY, Yamaoka Y. Correlation between *Helicobacter pylori* OipA protein expression and oipA gene switch status. J Clin Microbiol 2004;42:2279-2281.

671. Ibrahim A, Cole RA, Qureshi WA, Helaly AZ, Jamecci A, Graham DY, Ayub K. Schatzki's ring: to cut or break an unresolved problem. Dig Dis Sci 2004;49:379-383.

672. Chan FK, Graham DY. Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications--review and recommendations based on risk assessment. Aliment Pharmacol Ther 2004;19:1051-1061.

673. El-Serag HB, Petersen NJ, Carter J, Graham DY, Richardson P, Genta RM, Rabeneck L. Gastroesophageal reflux among different racial groups in the United States. Gastroenterology 2004;126:1692-1699.

674. Nakayama Y, Graham DY. *Helicobacter pylori* infection: diagnosis and treatment. Expert Rev Anti-Infect Therapy. 2004:2:599-610.

675. Graham DY, Belson G, Abudayyeh S, Osato MS, Dore MP, El-Zimaity HM. Twice daily (mid-day and evening) quadruple therapy for *H. pylori* infection in the United States. Dig Liver Dis. 2004;36:384-87.

676. Graham DY. Delayed-release lansoprazole plus naproxen: A viewpoint by David Y. Graham. Drugs. 2004;64:1920-1921.

677. Graham DY, Opekun AR, Osato MS, El-Zimaity HM, Lee CK, Yamaoka Y, Qureshi WA, Cadoz M, Monath TP. Challenge model for *Helicobacter pylori* infection in human volunteers. Gut. 2004;53:1235-43

678. Vilaichone RK, Mahachai V, Tumwasorn S, Wu JY, Graham DY, Yamaoka Y. Molecular epidemiology and outcome of *Helicobacter pylori* infection in Thailand: a cultural cross roads. Helicobacter. 2004;9:453-59.

679. Lu H, Graham DY, Yamaoka Y. The *Helicobacter pylori* restriction endonuclease-replacing gene, *hrgA,* and clinical outcome: comparison of East Asia and Western countries. Dig Dis Sci. 2004;49:1551-55.

680. Nanavati SA, Opekun AR, Hacken-Bitar JB, Cole RA, Anand BS, Graham DY. Migrating shell fragment as a cause of recurrent obscure gastrointestinal bleeding. J Clin Gastroenterol. 2004;38:137-38.

681. Graham DY, Chan FK. Is the use of COX-2 inhibitors in gastroenterology cost-effective? Nat Clin Pract Gastroenterol Hepatol 2004;1:60-1.

682. Graham DY, Kudo M, Reddy R, Opekun AR. Practical rapid, minimally invasive, reliable nonendoscopic method to obtain *Helicobacter pylori* for culture. Helicobacter. 2005;10:1-3.

683. Shiotani A, Iishi H, Uedo N, Kumamoto M, Nakae Y, Ishiguro S, Tatsuta M, Graham DY. Histologic and serum risk markers for noncardia early gastric cancer. Int J Cancer. 2005;115:463-49.

684. Malaty HM, Abudayyeh S, O'malley KJ, Wilsey MJ, Fraley K, Gilger MA, Hollier D, Graham DY, Rabeneck L. Development of a multidimensional measure for recurrent abdominal pain in children: population-based studies in three settings. Pediatrics. 2005;115:e210-e215.

M01410764B

685.  Graham DY, Opekun AR, Belson G, El-Zimaity HM, Carlson MR. Novel bismuth-metronidazole-tetracycline triple-layer tablet for treatment of *Helicobacter pylori*. Aliment Pharmacol Ther. 2005;21:165-68.

686.  Wu JY, Kim JJ, Reddy R, Wang WM, Graham DY, Kwon DH. Tetracycline-resistant clinical *Helicobacter pylori* isolates with and without mutations in 16S rRNA-encoding genes. Antimicrob Agents Chemother. 2005;49:578-83.

687.  Nurgalieva ZZ, Graham DY, Dahlstrom KR, Wei Q, Sturgis EM. A pilot study of *Helicobacter pylori* infection and risk of laryngopharyngeal cancer. Head Neck. 2005;27:22-27.

688.  Nurgalieva ZZ, Wong C, Zhangabylov AK, Omarbekova ZE, Graham DY, Vilchez RA, Butel JS. Polyomavirus SV40 infections in Kazakhstan. J Infect. 2005;50:142-48.

689.  Graham DY, Opekun AR, Willingham FF, Qureshi WA. Visible small-intestinal mucosal injury in chronic NSAID users. Clin Gastroenterol Hepatol. 2005;3:55-59.

690.  Kudo M, Gutierrez O, El-Zimaity HM, Cardona H, Nurgalieva ZZ, Wu J, Graham DY. CagA in Barrett's oesophagus in Colombia, a country with a high prevalence of gastric cancer. J Clin Pathol. 2005;58:259-62.

691.  Gologan A, Graham DY, Sepulveda AR. Molecular markers *in Helicobacter pylori*-associated gastric carcinogenesis. Clin Lab Med. 2005;25:197-222.

692.  Yamaoka Y, Yamauchi K, Ota H, Sugiyama A, Ishizone S, Graham DY, Maruta F, Murakami M, Katsuyama T. Natural history of gastric mucosal cytokine expression in *Helicobacter pylori* gastritis in Mongolian gerbils. Infect Immun. 2005;73:2205-12.

693.  Agha A, Opekun AR, Abudayyeh S, Graham DY. Effect of different organic acids (citric, malic and ascorbic) on intragastric urease activity. Aliment Pharmacol Ther. 2005;21:1145-48.

694.  Nurgalieva ZZ, Conner ME, Opekun AR, Zheng CQ, Elliott SN, Ernst PB, Osato M, Estes MK, Graham DY. B-cell and T-cell immune responses to experimental *Helicobacter pylori* infection in humans. Infect Immun. 2005;73:2999-3006.

695.  Saito H, Yamaoka Y, Ishizone S, Maruta F, Sugiyama A, Graham DY, Yamauchi K, Ota H, Miyagawa S. Roles of *virD4* and *cagG* genes in the *cag* pathogenicity island of *Helicobacter pylori* using a Mongolian gerbil model. Gut. 2005;54:584-90.

696.  Lu H, Hsu PI, Graham DY, Yamaoka Y. Duodenal ulcer promoting gene of *Helicobacter pylori*. Gastroenterology. 2005;128:833-48.

697.  Graham DY, Shiotani A. The time to eradicate gastric cancer is now. Gut. 2005;54:735-38.

698.  Shahidzadeh R, Opekun A, Shiotani A, Graham DY. Effect of the carbonic anhydrase inhibitor, acetazolamide, on *Helicobacter pylori* infection *in vivo*: a pilot study. Helicobacter. 2005;10:136-38.

699.  Cardenas VM, Graham DY. Smoking and *Helicobacter pylori* infection in a sample of U.S. adults. Epidemiology. 2005;16:586-90.

700.  El-Serag HB, Graham DY, Satia JA, Rabeneck L. Obesity is an independent risk factor for GERD symptoms and erosive esophagitis. Am J Gastroenterol. 2005;100:1243-50.

701. Vilaichone RK, Mahachai V, Tumwasorn S, Wu JY, Graham DY, Yamaoka Y. Gastric mucosal cytokine levels in relation to host interleukin-1 polymorphisms and *Helicobacter pylori cagA* genotype. Scand J Gastroenterol. 2005;40:530-539.

702. Agha A, Graham DY. Evidence-based examination of the African enigma in relation to *Helicobacter pylori* infection. Scand J Gastroenterol. 2005;40:523-29.

703. Opekun AR, Yeh CW, Opekun JL, Graham DY. *In vivo* tests of natural therapy, Tibetan yogurt or fresh broccoli, for *Helicobacter* pylori infection. Methods Find Exp Clin Pharmacol. 2005;27:327-29.

704. Julapalli VR, Graham DY. Appropriate use of intravenous proton pump inhibitors in the management of bleeding peptic ulcer. Dig Dis Sci. 2005;50:1185-93.

705. Opekun AR, Gotschall AB, Abdalla N, Agent C, Torres E, Sutton FM, Graham DY, Tsuchiya K. Improved infrared spectrophotometer for point-of-care patient (13)C-urea breath testing in the primary care setting. Clin Biochem. 2005;38:731-34.

706. Lu H, Wu JY, Kudo T, Ohno T, Graham DY, Yamaoka Y. Regulation of interleukin-6 promoter activation in gastric epithelial cells infected with *Helicobacter pylori*. Mol Biol Cell. 2005;10:4954-66.

707. Graham DY. Is real-time testing for *Helicobacter pylori* and corpus atrophy clinically useful in 2005? Endoscopy 2005;37:1006-7.

708. Kudo T, Lu H, Wu JY, Graham DY, Casola A, Yamaoka Y. Regulation of RANTES promoter activation in gastric epithelial cells infected with *Helicobacter pylori*. Infect Immun. 2005;73:7602-12.

709. Lu H, Yamaoka Y, Graham DY. *Helicobacter pylori* virulence factors: facts and fantasies. Curr Opin Gastroenterol. 2005;21:653-59.

710. Ricuarte O, Gutierrez O, Cardona H, Kim JG, Graham DY, El-Zimaity HM. Atrophic gastritis in young children and adolescents. J Clin Pathol 2005;58:1189-1193

711. Graham DY. Conflicts between the leadership of professional societies in gastroenterology and big Pharma. Pract Gastroenterol 2005;29:40-4.

712. Cardenas VM, Graham DY, El-Zimaity HM, Opekun AR, Campos A, Chavez A, Guerrero L. Rabeprazole containing triple therapy to eradicate *Helicobacter pylori* infection on the Texas-Mexican border. Aliment Pharmacol Ther. 2006;23:295-301.

713. Cardenas VM, Mulla ZD, Ortiz M, Graham DY. Iron deficiency and *Helicobacter pylori* infection in the United States. Amer J Epidemiol. 2006;163:127-34.

714. Graham DY. Helicobacter 2006: A note from the editor. Helicobacter. 2006;11:1.

715. Nurgalieva ZZ, Opekun AR, Graham DY. Problem of distinguishing false-positive tests from acute or transient *Helicobacter pylori* infections. Helicobacter. 2006;11:69-74.

716. Graham DY, Nurgalieva ZZ, El-Zimaity HMT, Opekun AR, Campos A, Guerrero L, Chavez A, Cardenas V. Noninvasive versus histologic detection of gastric atrophy in a Hispanic population in North America. Clin Gastroenterol Hepatol. 2006;4:306-14.

717. Leung WK, Chan FK, Graham DY. Ulcers and gastritis. Endoscopy. 2006;38:2-4.

718. Das S, Suarez G, Beswick EJ, Sierra JC, Graham DY, Reyes VE. Expression of B7-H1 on gastric epithelial cells: Its potential role in regulating T cells during *Helicobacter pylori* infection. J Immunol. 2006;176:3000-9.

M01410/7648

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

719.  Wu JY, Lu H, Sun Y, Graham DY, Cheung HS, Yamaoka Y. Balance between polyoma enhancing activator 3 and activator protein 1 regulates *Helicobacter pylori*-stimulated matrix metalloproteinase 1 expression. Cancer Res. 2006;66:5111-20.

720.  Lu H, Graham DY. New development in the mechanistic understanding of peptic ulcer diseases. Drug Discovery Today: Disease Mechanisms 2006;3:431-437

721.  Graham DY, Uemura N. Natural history of gastric cancer after *Helicobacter pylori* eradication in Japan: after endoscopic resection, after treatment of the general population, and naturally. Helicobacter. 2006;11:139-43.

722.  Opekun AR, Luu P, Gotschall AB, Abdalla N, Torres E, Rudd SB, Graham DY, Nurgalieva ZZ, Tsuchiya K. Point-of-care *Helicobacter pylori* urine antibody detection in a multi-ethnic adult population in the United States. Transl Res 2006;148:13-18.

723.  Malaty HM, Abudayyeh S, Graham DY, Gilger MA, Rabeneck L, O'malley K. A prospective study for the association *of Helicobacter pylori* infection to a multidimensional measure for recurrent abdominal pain in children. Helicobacter 2006;11:250-257.

724.  Vilaichone RK, Mahachai V, Graham DY. *Helicobacter pylori* diagnosis and management. Gastroenterol Clin North Am 2006;35:229-247.

725.  Goodgame R, Graham DY. Preface. Gastroenterol Clin North Am 2006;35:xiii-xxiv.

726.  Graham DY. History, current and future of studies about *H. pylori*. The GI forefront. 2006;2:52-57.

727.  Graham DY, Abudayyeh S, El-Zimaity HM, Hoffman J, Reddy R, Opekun AR. Sequential therapy using high-dose esomeprazole-amoxicillin followed by gatifloxacin for *Helicobacter* pylori infection. Aliment Pharmacol Ther 2006;24:845-850.

728.  Shiotani A, Haruma K, Uedo N, Iishi H, Ishihara R, Tatsuta M, Kumamoto M, Nakae Y, Ishiguro S, Graham DY. Histological risk markers for non-cardia early gastric cancer. Pattern of mucin expression and gastric cancer. Virchows Arch 2006;449:652-659.

729.  Graham DY, Shiotani A, El-Zimaity HM. Chromoendoscopy points the way to understanding recovery of gastric function after *Helicobacter pylori* eradication. Gastrointest Endosc 2006;64:686-690.

730.  Liu Y, Akiyama J, Graham DY. Current understandings of *Helicobacter pylori*, peptic ulcer and gastroesophageal reflux disease. Minerva Gastroenterol Dietol 2006;52:235-248.

731.  Graham DY. Current status of NERD in the U.S. The GI forefront. 2006;2:154.

732.  Sipponen P, Graham DY. Importance of atrophic gastritis in diagnostics and prevention of gastric cancer: Application of plasma biomarkers. Scand J Gastroenterol 2007;42:2-10.

733.  Tkachenko MA, Zhannat NZ, Erman LV, Blashenkova EL, Isachenko SV, Isachenko OB, Graham DY, Malaty HM. Dramatic changes in the prevalence of *Helicobacter pylori* infection during childhood: a 10-year follow-up study in Russia. J Pediatr Gastroenterol Nutr 2007;45:428-432.

734.  Choi IJ, Fujimoto S, Yamauchi K, Graham DY, Yamaoka Y. *Helicobacter pylori* environmental interactions: effect of acidic conditions on *H. pylori*-induced gastric mucosal interleukin-8 production. Cell Microbiol 2007;9:2457-2469.

M01407649

735. El-Serag HB, Graham DY, Rabeneck L, Avid A, Richardson P, Genta RM. Prevalence and determinants of histological abnormalities of the gastric cardia in volunteers. Scand J Gastroenterol 2007;42:1158-1166.

736. Fujimoto S, Olaniyi OO, Arnqvist A, Yih WJ, Odenbreit S, Haas R, Graham DY, Yamaoka Y. *Helicobacter pylori* BabA expression, gastric mucosal injury, and clinical outcome. Clin Gastroenterol Hepatol 2007;5:49-58.

737. Graham DY, Lu H, Yamaoka Y. A report card to grade *Helicobacter pylori* therapy. Helicobacter 2007;12:275-278.

738. Graham DY, Yamaoka Y, Malaty HM. Contemplating the future without *Helicobacter pylori* and the dire consequences hypothesis. Helicobacter 2007;12 Suppl 2:64-68.

739. Graham DY, Yamaoka Y, Malaty HM. Thoughts about populations with unexpected low prevalences of *Helicobacter pylori* infection. Trans R Soc Trop Med Hyg 2007;101:849-851.

740. Graham DY. Chemotherapy for gastric cancer and colorectal cancer. The GI Forefront 2007;3:156-158.

741. Graham DY. Current status of GIST in the US. The GI forefront. 2007;3:62-64.

742. Kim JJ, Lee J H, Graham DY.  Refractory ulcer: what do do next?  Consultant 2007;47:625-633.

743. Kudo T, Lu H, Wu JY, Ohno T, Wu MJ, Genta RM, Graham DY, Yamaoka Y. Pattern of transcription factor activation in *Helicobacter pylori*-infected Mongolian gerbils. Gastroenterology 2007;132:1024-1038.

744. Linz B, Balloux F, Moodley Y, Manica A, Liu H, Roumagnac P, Falush D, Stamer C, Prugnolle F, van der Merwe SW, Yamaoka Y, Graham DY, Perez-Trallero E, Wadstrom T, Suerbaum S, Achtman M. An African origin for the intimate association between humans and *Helicobacter pylori*. Nature 2007;445:915-918.

745. Lu H, Wu JY, Beswick EJ, Ohno T, Odenbreit S, Haas R, Reyes VE, Kita M, Graham DY, Yamaoka Y. Functional and intracellular signaling differences associated with the *Helicobacter pylori* AlpAB adhesin from Western and East Asian strains. J Biol Chem 2007;282:6242-6254.

746. Lu M, Malladi V, Agha A, Abudayyeh S, Han C, Siepman N, Graham DY. Failures in a proton pump inhibitor therapeutic substitution program: lessons learned. Dig Dis Sci 2007;52:2813-2820.

747. Malaty HM, Abudayyeh S, Fraley K, Graham DY, Gilger MA, Hollier DR. Recurrent abdominal pain in school children: effect of obesity and diet. Acta Paediatr 2007;96:572-576.

748. Malfertheiner P, Megraud F, O'Morain C, Bazzoli F, El-Omar E, Graham D, Hunt R, Rokkas T, Vakil N, Kuipers EJ. Current concepts in the management of *Helicobacter pylori* infection: the Maastricht III Consensus Report. Gut 2007;56:772-781.

749. Nurgalieva ZZ, Hollinger FB, Graham DY, Zhangabylova S, Zhangabylov A. Epidemiology and transmission of hepatitis B and C viruses in Kazakhstan. World J Gastroenterol 2007;13:1204-1207.

750. Rugge M, Meggio A, Pennelli G, Piscioli F, Giacomelli L, de Pretis G, Graham DY. Gastritis staging in clinical practice: the OLGA staging system. Gut 2007;56:631-636.

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

751.   Salama NR, Gonzalez-Valencia G, Deatherage B, viles-Jimenez F, Atherton JC, Graham DY, Torres J. Genetic analysis of *Helicobacter pylori* strain populations colonizing the stomach at different times postinfection. J Bacteriol 2007;189:3834-3845.

752.   Shiotani A, Opekun AR, Graham DY. Visualization of the small intestine using capsule endoscopy in healthy subjects. Dig Dis Sci 2007;52:1019-1025.

753.   Choi IJ, Fujimoto S, Yamauchi K, Graham DY, Yamaoka Y. *Helicobacter pylori* environmental interactions: effect of acidic conditions on *H. pylori*-induced gastric mucosal interleukin-8 production. Cell Microbiol 2007;9:2457-69.

754.   Pang SH, Leung WK, Graham DY. Ulcers and gastritis. Endoscopy 2008;40:136-139.

755.   Cardenas VM, Dominguez DC, Puentes FA, Aragaki CC, Goodman KJ, Graham DY, Fukuda Y. Evaluation of a novel stool native catalase antigen test for *Helicobacter pylori* infection in asymptomatic North American children. J Pediatr Gastroenterol Nutr 2008;46:399-402.

756.   Dore MP, Graham DY. Gastritis, dyspepsia and peptic ulcer disease. Minerva Med 2008;99:323-333.

757.   Tabassam FH, Graham DY, Yamaoka Y. OipA plays a role in *Helicobacter pylori*-induced focal adhesion kinase activation and cytoskeletal re-organization. Cell Microbiol 2008;10:1008-1020.

758.   Essa AS, Nouh MA, Ghaniam NM, Graham DY, Sabry HS. Prevalence of CgA in relation to clinical presentation of *Helicobacter pylori* infection in Egypt. Scand J Infect Dis 2008; 40:730-733.

759.   Graham DY, Chan FK. NSAIDs, risks, and gastroprotective strategies: current status and future. Gastroenterology 2008;134:1240-1246.

760.   Aebischer T, Bumann D, Epple HJ, Metzger W, Schneider T, Cherepnev G, Walduck AK, Kunkel D, Moos V, Loddenkemper C, Jiadze I, Panasyuk M, Stolte M, Graham DY, Zeitz M, Meyer TF. Correlation of T cell response and bacterial clearance in human volunteers challenged with H. pylori revealed by randomized controlled vaccination with Ty21a-based Salmonella vaccines. Gut 2008;57:1065-1072.

761.   Graham DY, Kato M, Asaka M. Gastric endoscopy in the 21st century: appropriate use of an invasive procedure in the era of non-invasive testing. Dig Liver Dis 2008;40:497-503.

762.   Dore MP, Maragkoudakis E, Fraley K, Pedroni A, Tadeu V, Realdi G, Graham DY, Delitala G, Malaty HM. Diet, lifestyle and gender in gastro-esophageal reflux disease. Dig Dis Sci 2008;53:2027-2032.

763.   Graham DY, Lu H, Yamaoka Y. Therapy for *Helicobacter pylori* infection can be improved : sequential therapy and beyond. Drugs 2008;68:725-736.

764.   Graham DY, Shiotani A. New concepts of resistance in the treatment of *Helicobacter pylori* infections. Nat Clin Pract Gastroenterol Hepatol 2008;5:321-331.

765.   Graham DY. Treatment of inflammatory bowel disease: today and tomorrow. The GI forefront. 2008;4:46-49.

766.   Qureshi WA, Wu J, Demarco D, Abudayyeh S, Graham DY. Capsule endoscopy for screening for short-segment Barrett's esophagus. Am J Gastroenterol 2008;103:533-537.

M01410/651

767.  Rugge M, Correa P, Di MF, El-Omar E, Fiocca R, Geboes K, Genta RM, Graham DY, Hattori T, Malfertheiner P, Nakajima S, Sipponen P, Sung J, Weinstein W, Vieth M. OLGA staging for gastritis: a tutorial. Dig Liver Dis 2008;40:650-658.

768.  Rugge M, Kim JG, Mahachai V, Miehlke S, Pennelli G, Russo VM, Perng CL, Chang FY, Tandon RK, Singal DK, Sung JJ, Valenzuela JE, Realdi G, Dore MP, Graham DY. OLGA gastritis staging in young adults and country-specific gastric cancer risk. Int J Surg Pathol 2008;16:150-154.

769.  Toracchio S, El-Zimaity HM, Urmacher C, Katz S, Graham DY. *Mycobacterium avium subspecies paratuberculosis* and Crohn's disease granulomas. Scand J Gastroenterol 2008;43:1108-1111.

770.  Yamauchi K, Choi IJ, Lu H, Ogiwara H, Graham DY, Yamaoka Y. Regulation of IL-18 in *Helicobacter pylori* infection. J Immunol 2008;180:1207-1216.

771.  Malaty, HM, Tkachenko M, Fraley JK, Abudayyeh S, O'Malley K, Graham DY, Gilger MA. Recurrent abdominal pain symptoms in childhood: a population-based study. JCOM 2008;:15:287-292.

772.  Ito K, Yamaoka Y, Ota H, El-Zimaity H, Graham DY. Adherence, internalization, and persistence of *Helicobacter pylori* in hepatocytes. Dig Dis Sci 2008;53:2541-2549.

773.  Ito K, Yamaoka Y, Yoffe B, Graham DY. Disturbance of apoptosis and DNA synthesis by *Helicobacter pylori* infection of hepatocytes. Dig Dis Sci 2008;53:2532-2540

774.  Malaty HM, O'Malley KJ, Abudayyeh S, Graham DY, Gilger MA. Multidimensional measure for gastroesophageal reflux disease (MM-GERD) symptoms in children: a population-based study. Acta Paediatr 2008.97:1292-1297.

775.  Graham DY, Genta RM. Long-term proton pump inhibitor use and gastrointestinal cancer. Curr Gastroenterol Rep 2008;10:543-547.

776.  Schwarz S, Morelli G, Kusecek B, Manica A, Balloux F, Owen RJ, Graham DY, van der MS, Achtman M, Suerbaum S. Horizontal versus familial transmission of *Helicobacter pylori*. PLoS Pathog 2008;4:e1000180.

777.  Atmar RL, Opekun AR, Gilger MA, Estes MK, Crawford SE, Neill FH, Graham DY. Norwalk virus shedding after experimental human infection. Emerg Infect Dis 2008;14:1553-1557.

778.  Graham DY. *Helicobacter pylori* eradication and metachronous gastric cancer.  The GI forefront. 2008;4:136-138.

779.  Moodley Y, Linz B, Yamaoka Y, Windsor HM, S. Breurec S,  Wu JY, Maady A, Bernhoft, Thiberge JM, Phuanukoonnon A, Jobb G, Siba P, Graham DY, B. J. Marshall BJ, M. Achtman M. The Peopling of the Pacific from a bacterial perspective. Science 2009 323 (5913):527-530.

780.  Sugimoto M, Wu JY, Abudayyeh S, Hoffman J, Brahem H, Al-Khatib K, Yamaoka Y, Graham DY. Unreliability of results of PCR detection of *Helicobacter pylori* in clinical or environmental samples. J Clin Microbiol 2009;47:738-742.

781.  Becker MC, Wang TH, Wisniewski L, Wolski K, Libby P, Luscher TF, Borer JS, Mascette AM, Husni ME, Solomon DH, Graham DY, Yeomans ND, Krum H, Ruschitzka F, Lincoff AM, Nissen SE. Rationale, design, and governance of Prospective Randomized Evaluation of Celecoxib Integrated Safety versus Ibuprofen Or Naproxen

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

(PRECISION), a cardiovascular end point trial of nonsteroidal antiinflammatory agents in patients with arthritis. Am Heart J 2009;157:606-612.

782. Elitsur Y, Tolia V, Gilger MA, Reeves-Garcia J, Schmidt-Sommerfeld E, Opekun AR, El-Zimaity H, Graham DY, Enmei K. Urea breath test in children: the United States prospective, multicenter study. Helicobacter 2009;14:134-140.

783. Essa AS, Kramer JR, Graham DY, Treiber G. Meta-analysis: four-drug, three-antibiotic, non-bismuth-containing "concomitant therapy" versus triple therapy for *Helicobacter pylori* eradication. Helicobacter 2009;14:109-118.

784. Ohno T, Sugimoto M, Nagashima A, Ogiwara H, Vilaichone RK, Mahachai V, Graham DY, Yamaoka Y. Relationship between *Helicobacter pylori* hopQ genotype and clinical outcome in Asian and Western populations. J Gastroenterol Hepatol 2009;24:462-468.

785. Sugimoto M, Graham DY. High-dose versus standard-dose PPI in triple therapy for *Helicobacter pylori* eradication. Nat Clin Pract Gastroenterol Hepatol 2009;6:138-139.

786. Graham DY. Efficient identification and evaluation of effective *Helicobacter pylori* therapies. Clin Gastroenterol Hepatol 2009;7:145-148.

787. Graham DY. Gastric cancer surveillance or prevention plus targeted surveillance. Japanese J Helicobacter Res 2009;10;9-14

788. Abudayyeh S, Hoffman J, El-Zimaity HT, Graham DY. Prospective, randomized, pathologist-blinded study of disposable alligator-jaw biopsy forceps for gastric mucosal biopsy. Dig Liver Dis 2009;41:340-344.

789. Graham DY, Lu H, Yamaoka Y. African, Asian or Indian enigma, the East Asian *Helicobacter pylori*: facts or medical myths. J Dig Dis 2009;10:77-84.

790. Toracchio S, Ota H, de JD, Wotherspoon A, Rugge M, Graham DY, Samani A, El-Zimaity HM. Translocation t(11;18)(q21;q21) in gastric B-cell lymphomas. Cancer Sci 2009;100:881-887.

791. Carmack SW, Genta RM, Graham DY, Lauwers GY. Management of gastric polyps: a pathology-based guide for gastroenterologists. Nat Rev Gastroenterol Hepatol 2009;6:331-341.

792. Vanchiere JA, Abudayyeh S, Copeland CM, Lu LB, Graham DY, Butel JS. Polyomavirus shedding in the stool of healthy adults. J Clin Microbiol 2009;47:2388-2391.

793. Graham DY. Low dose aspirin: an unresolved problem. . The GI forefront. 2009;5:58-61.

794. Tabassam FH, Graham DY, Yamaoka Y. *Helicobacter pylori* activate epidermal growth factor receptor- and phosphatidylinositol 3-OH kinase-dependent Akt and glycogen synthase kinase 3beta phosphorylation. Cell Microbiol 2009;11:70-82.

795. Jung SW, Sugimoto M, Graham DY, Yamaoka Y. The *homB* status of *Helicobacter pylori* as a novel marker to distinguish gastric cancer from duodenal ulcer. J Clin Microbiol 2009;47: 3241-3245.

796. Graham DY. Efficient identification and evaluation of effective *Helicobacter pylori* therapies. Clin Gastroenterol Hepatol 2009;7:145-148.

797. Graham DY, Asaka M. Eradication of gastric cancer and more efficient gastric cancer surveillance in Japan: two peas in a pod. J Gastroenterol 2009. *epublished ahead of print*

M01410/653

798. Jang JS, Choi SR, Graham DY, Kwon HC, Kim MC, Jeong JS, Won JJ, Han SY, Noh MH, Lee JH, Lee SW, Baek YH, Kim MJ, Jeong DS, Kim SK. Risk factors for immediate and delayed bleeding associated with endoscopic submucosal dissection of gastric neoplastic lesions. Scand J Gastroenterol 2009; *published ahead of print*

799. Sugimoto M, Ohno T, Graham DY, Yamaoka Y. Gastric mucosal interleukin-17 and -18 mRNA expression in Helicobacter pylori-induced Mongolian gerbils. Cancer Sci 2009. *epublished ahead of print*

800. Graham DY. Endoscopic Ulcers Are Neither Meaningful Nor Validated as a Surrogate for Clinically Significant Upper Gastrointestinal Harm. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*

801. Wu DC, Hsu PI, Wu JY, Opekun AR, Kuo CH, Wu IC, Wang SS, Chen A, Hung WC, Graham DY. Sequential and Concomitant Therapy with 4 drugs are Equally Effective for Eradication of H. pylori Infection. Clin Gastroenterol Hepatol 2009. *epublished ahead of print*

## ELECTRONIC PUBLICATIONS

1. Mahachai, V, Graham DY.  Gastric polyps. Uptodate on line version 17.2, June 2009

2. Michael Koss M. Goldstein J, Graham DY. Peptic Ulcer.  PIER, American College of Physicians 2008-

## BOOKS WRITTEN OR EDITED

1. The Stomach.  S Gustavsson, D Kumar, DY Graham (Eds).  Churchill Livingston, London 1992, pp. 375-384.

2. Gastroenterology.  Current Practice of Medicine (DY Graham and A Ertan Section Eds) AM Gotto (Ed). Current Medicine, Philadelphia 1996:XIII:10.1-8.

3. Ulcers in a new light. Engstrand L, Graham DY. Sparre Medical AB., Stockholm, 1997.

3 Contemporary diagnosis and management of H. pylori-associated gastrointestinal diseases. Graham KS, Graham DY.  Handbooks in Healthcare Co, Newton, PA, 1998.

4. Gastritis. Graham DY, Genta RM, Dixon MF (Eds).  Lippincott Williams & Wilkins 1999.

5. Gastroenterology.  Current Practice of Medicine (DY Graham and A Ertan Section Eds) AM Gotto (Ed). Current Medicine, Inc. Philadelphia, PA. 1999.

6. Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases. Graham KS, Graham DY. 2nd Edition. Handbooks in Healthcare Co, Newton, PA, 2002.

7. Contemporary diagnosis and management of upper gastrointestinal diseases.  El-Serag HB, Graham DY, Handbooks in Healthcare Co. Newton, PA 2005.

8. Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases. Graham KS, Graham DY. 3nd Edition. Handbooks in Healthcare Co, Newton, PA, 2005.

M01410?654

9.  Common gastrointestinal and hepatic infections. Goodgame R, Graham DY (Eds). Volume 25 #2, Gastroenterology Clinics of North America, W.B Saunders Company, Philadelphia 2006.

10. *H. pylori'ye* Bağlı Gastrointestinal Hastalıklar (Turkish Edition **of** Contemporary diagnosis and management of *H. pylori*-associated gastrointestinal diseases). Graham KS, Graham DY. Cordis Group (www.cordisgroup.com.t)

## CHAPTERS IN BOOKS

1.  Graham DY. Enzyme therapy of digestive disorders. In: Enzymes as Drugs. JS Holcenberg and J Roberts (Eds.), John Wiley and Sons, New York, 1981, pp. 331-51.

2.  Graham DY, Estes MK. Viral gastroenteritis. In: Prognosis. JF Fries and GE Erlich (Eds), Charles Press, Bowie, Maryland, 1981, pp. 299-301.

3.  Graham DY, Estes MK, Hanssen HH, Mason BB, Ericson BL. Studies on VP7: the structural glycoprotein of the simian rotavirus SA11. In: Double Stranded RNA viruses. RW Compans and DHL Bishop (Ed), Elsevier North Holland, 1983, pp. 137-44.

4.  Graham DY. Chronic pancreatitis: exocrine and endocrine insufficiencies. In: Current Therapy in Gastroenterology and Liver Disease. TM Bayless (Ed), B.C. Decker, Inc., 1984, pp. 483-6.

5.  Graham DY. Chronic pancreatitis: exocrine and endocrine insufficiencies. In: Current Therapy in Internal Medicine. TM Bayless, MC Brain, RM Cherniack (Eds), B.C. Decker, Inc., 1984, pp. 733-6.

6.  Estes MK, Graham DY, Dimitrov DD. The molecular epidemiology of rotavirus gastroenteritis. In: Progress in Medical Virology. JL Melnick (Ed), S. Karger, 1984, Vol 29, pp. 1-22.

7.  Graham DY. Emergency upper Gastrointest Endosc with in 24 hours of presentation should not be utilized in the management of upper gastrointestinal bleeding of unknown cause. Negative. In: Controversies in Gastroenterology. G Gitnick (Ed), Churchill Livingstone, 1984, pp. 153-72.

8.  Ericson BL, Petrie BL, Graham DY, Mason BB, Estes MK. Rotaviruses code for two types of glycoprotein precursors. In: Protein Transport and Secretion. DL Oxender (Ed). Alan R. Liss, 1984, pp. 55-64 (also J. Cell. Biochem. 1983;22:151-60).

9.  Graham DY. Treatment of benign and malignant strictures of the esophagus. In: Therapeutic Gastrointest Endosc. SE Silvis (Ed), Igaku-Shoin, 1985, pp. 1-30.

10. Estes MK, Graham DY, Petrie BL. Antigenic structure of rotaviruses. In: Immunochemistry of Viruses: the Basis for Serodiagnosis and Vaccines. WHV van Rengenmortel, AR Neurath (Eds), Elsevier, 1985, pp. 390-405.

11. Estes MK, Graham DY. Rotavirus antigens. Immunobiology of Proteins and Peptides-III Viral and Bacterial Antigens. MZ Atassi, HL Bachrach (Eds), Plenum Publishing, Adv Exper Med Biol 1985;185:201-14.

12. Hollinger FB, Graham DY, Sheth SK. Jaundice and infections of the liver. In: Infectious Diseases of Children and Adults: a Step-By-Step Approach to Diagnosis and Treatment. LK Pickering, HL DuPont (Eds), Addison-Wesley Publishing Co, 1986, pp. 403-43.

**Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

13. Graham DY. Effectiveness and tolerance of "solid" vs "liquid" potassium replacement therapy. In: Potassium in Cardiovascular and Renal Medicine. PK Welton, A. Welton, W Gordon Walker (Eds), Marcel Dekker, Inc., 1986, pp. 435-50.

14. Graham DY. Gastric ulcer. In: Current Therapy in Gastroenterology and Liver Disease - 2. TM Bayless (Ed), B.C. Decker, Inc., 1986, pp. 69-72.

15. Graham DY, Smith JL. The problem of esophageal varices: the internists perspective. In: Selected Gastrointestinal Disorders: Intractability and Its Management. WO Griffen, Jr and P Mandelstam (Eds), Williams & Wilkins, 1987, pp. 227-34.

16. Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointest Endosc. MV Sivak (Ed), W.B. Saunders Co., 1987; pp. 431-53.

17. Michaletz PA, Graham DY. Bleeding esophageal varices. In: Conn's Current Therapy. RE Rankel (Ed), WB Saunders Co. 1987, pp 367-761.

18. Graham DY. Gastric ulcer. In: Principles and Practice of Gastroenterology and Hepatology. IM Samloff, D Hollander, G Gitnick (Eds), Elsevier 1988, pp 164-174.

19. Graham DY, Estes MK. Viral infections of the intestine. In: Principles and Practice of Gastroenterology and Hepatology. IM Samloff, D Hollander, G Gitnick (Eds), Elsevier, New York. 1988, pp 566-578.

20. Klein PD, Graham DY. Detection of gastric Campylobacter by a 13C-urea breath test. In: Use of Stable Isotopes in Clinical Research and Practice. H Paust, H Helge, P Scigalla (Eds). Zuckschwerdt Verlag, Munich. 1988; pp 9-11.

21. Schwartz JT, Graham DY. Diverticular disease of the large intestine. In: Diseases of the Colon, Rectum, & Anal Canal. JB Kirsner, RG Shorter (Eds), Williams and Wilkins, Baltimore. 1988, pp 519-536.

22. Yoshimura HH, Markesich DC, Graham DY. Studies of mycobacteria isolated from patients with inflammatory bowel disease. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, pp. 521-5.

23. Markesich DC, Graham DY, Yoshimura HH. Interaction of human monocytes and mycobacteria: studies comparing Crohn's patients with controls. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, pp. 553-7.

24. Estes MK, Nakata S, Burns JW, Petrie BL, Welch, S-KW, Tanaka, TN, Graham DY. Characterization of group B rotaviruses and their relationship to inflammatory bowel disease. In: Inflammatory Bowel Disease: current status and future approach. International Congress Series 775. RP Macdermott (Ed). Excerpta Medica, Amsterdam. 1988, 629-34.0

25. Graham DY, Markesich DC, Kalter DC, Yoshimura HH. Isolation of cell wall-defective acid-fast bacteria from skin lesions of patients with sarcoidosis. In: Sarcoidosis and Other Granulomatous Disorders. C Grassi, G Rizzato, E Pozzi (Eds). Excerpta Medica, Amsterdam. 1988, pp. 161-4.

26. Graham DY. Clinical aspects of the protective effects of prostaglandins on non-steroidal anti-inflammatory drug-associated mucosal injury. In: Prostaglandins and Leukotrienes in Gastrointestinal Diseases. W Domschke, HG Dammann, BM Peskar, KH Holtermuller (Eds). Springer-Verlag, Berlin 1988, pp. 161-7.

M01410/656

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

27.  Graham DY. Complications of peptic ulcer disease and indications for surgery. In: Gastrointestinal Disease. Pathophysiology, Diagnosis, Management. 4th Ed. MH Sleisenger, JS Fordtran (Eds), WB Saunders Co, Philadelphia. 1989, pp 925-36.

28.  Larkai EN, Graham DY. Gastric ulcer. In: Difficult Problems in Digestive Diseases. JS Barkin, AI Rogers (Eds), Year Book Medical Publishers, Chicago. 1989, pp 88-94.

29.  Klein PD, Graham DY. Campylobacter pylori detection by the 13C-urea breath test. In: B Rathbone and V Heatley (Eds). Campylobacter pylori and Gastroduodenal Disease. Blackwell Scientific Publications, Oxford. 1989:94-106

30.  Estes MK, Conner ME, Gilger MA, Graham DY. Molecular biology and immunology of rotavirus infections. Immunol Invest 1989;18:571-81.

31.  Graham DY. Treatment of benign and malignant strictures of the esophagus. In: Therapeutic Gastrointest Endosc. 2nd Edition, SE Silvis (Ed). Igaku-Shoin, 1990, pp. 1-41

32.  Graham DY. *Helicobacter pylori*: future directions in research. In: *Helicobacter pylori*, Gastritis and Peptic Ulcer. P Malfertheiner, H Ditschuneit (Eds). Springer-Verlag, Berlin, 1990, pp 463-70.

33.  Michaletz PA, Graham DY. Dilatation of colonic strictures. In: Advanced Therapeutic Endoscopy. J Barkin, C O'Phelan (Eds). Raven Press, Ltd, New York, 1990, pp 127-45.

34.  Evans DJ Jr, Evans DG, Opekun AR, Graham DY. Immunoprotective oral whole cell vaccine for enterotoxigenic Escherichia coli diarrhea prepared by in situ destruction of chromosomal and plasmid DNA with colicin E2. In: Advances on Research on Cholera and Related Diarrheas. Vol. 7. RB Sack, Y Zinnaka (Eds). KTW Scientific Publishers, Tokyo, 1990:71-82.

35.  Graham DY. Present status of research and outlook for the future: what did we accomplish? In: Mechanisms of peptic ulcer healing. F. Halter, A. Garner, G.N.J. Tytgat (Eds). Kluwer Academic Publishers, Dordrecht, 1991, pp 303-9.

36.  Graham DY. *Helicobacter pylori* in human populations: the present and predictions of the future based on the epidemiology of polio. *Helicobacter pylori* 1990: Proceedings of the Second International Symposium on *Helicobacter pylori*. H Menge, M Gregor, GNJ Tytgat, BJ Marshall, CAM McNulty (Eds) Springer-Verlag, Berlin 1991, pp 97-102.

37.  Surawicz CM, Graham DY. Viral colitis. In: The Large Intestine: Physiology, Pathophysiology and Diseases. SF Phillips, JH Pemberton, RG Shorter (Eds). New York, Raven Press 1991, pp 429-36.

38.  Börsch GMA, Graham DY. *Helicobacter pylori*. In: Handbook of Experimental Pharmacology, Vol 99, Pharmacology of Peptic Ulcer Disease, SB Benjamin, MJ Collen (Eds). Springer-Verlag, Berlin, 1991, 107-48.

39.  Graham DY, Markesich DC, Yoshimura HH, Estes MK. Microbial aetiology of Crohn's disease: mycobacteria - cause or commensal? In: Inflammatory Bowel Disease. AA Anagnostides, HJF Hodgson, JB Kirsner (Eds). Chapman & Hall Medical, New York, 1991; pp 179-200.

40.  Gentry KR, Graham DY. Upper gastrointestinal hemorrhage from the stomach. In: The Stomach. S Gustavsson, D Kumar, DY Graham (Eds). Churchill Livingston, London 1992, pp. 375-384.

M01410/7657

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

41.  Go MF, Graham DY. Acute and Chronic Gastritis. In: Medicine for the Practicing Physician, 3rd Edition. JW Hurst (Ed). Butterworths, Stoneham, MA 1992; 1499-1503.7

42.  Anand BS, Graham DY. Gastritis. In: Management of Gastrointestinal Disease. SJ Winawar (Ed), Gower Medical Publishing, New York 1992; pp 4.1-4.34.

43.  Yoshimura HH, Graham DY. *Helicobacter pylori* strains from duodenal ulcer patients differ at the genomic level from those with simple gastritis. In: *H. pylori* and Gastroduodenal Pathology. JM Pajares (Ed), Springer-Verlag, Berlin 1992; pp 19-21.

44.  Malaty HM, Graham DY. *Helicobacter pylori* infection clusters in families of healthy individuals. In: *H. pylori* and Gastroduodenal Pathology. JM Pajares (Ed), Springer-Verlag, Berlin 1992; pp 49-52.

45.  Graham DY, Olivero JJ. Prevention of nonsteroidal anti-inflammatory drug-induced ulcers. In: Rheumatology APLAR 1992. AR Nasution, J Darmawan, H Isbagio (Eds), Churchhill Livingstone, New York 1992; pp 9-13.

46.  Graham DY. How do we manage NSAID-induced GI damage? The Western Experience. In: Rheumatology APLAR 1992. AR Nasution, J Darmawan, H Isbagio (Eds), Churchhill Livingstone, New York 1992; pp 323-6.

47.  Moss MT, Sanderson JD, Tizare MLV, Hermon-Taylor J, El-Zaatari F, Markesich D, Graham DY. Identification of M. paratuberculosis by PCR in long term cultures of Crohn's disease tissue. In: Proceedings of the Third International Colloquium on Paratuberculosis. RJ Chiodini, JM Kreeger (Eds), International Association for Paratuberculosis, Providence, 1992; pp 208-13.

48.  El-Zaatari FAK, Engstrand L, Markesich D, Graham DY. Screening of a Mycobacterium paratuberculosis expression library with polyclonal antisera and amplified DNA probes to identify species-specific immunodominant antigens. In: Proceedings of the Third International Colloquium on Paratuberculosis. RJ Chiodini, JM Kreeger (Eds), International Association for Paratuberculosis, Providence, 1992; pp 254-68.

49.  El-Zaatari FAK, Graham DY. Mycobacterial etiology of Crohn's disease: how to prove causation. In: Is Crohn's disease a mycobacterial disease. C.J.J. Mulder, G.N.J. Tytgat (Eds), Developments in Gastroenterology Vol 14, Kluwer Academic Publishers, Dordrecht, 1992; pp 70-75.

50.  Graham DY. Ulcer complications and their nonoperative treatment. In: Gastrointestinal Disease. Pathophysiology, Diagnosis, Management. 5th Ed. MH Sleisenger, JS Fordtran (Eds), WB Saunders Co, Philadelphia. 1993, pp 698-712.

51.  Graham D. Conceptual evolution from gastritis, to peptic ulcer and gastritis, to 'cystitis of the stomach' and finally, to a smallpox equivalent. In: *Helicobacter pylori* Infection. Pathophysiology, Epidemiology, and Management. T.C. Notrhfield, M. Mendall, P.M. Grggin (EDs) Kluwer Academic Publishers, Dordrecht 1993; pp 170-174.

52.  Go MF, Graham DY. *Helicobacter pylori* Gastroduodenal Disease. In: Current Therapy in Gastroenterology and Liver Disease. 3rd Edition. T.M. Bayless (Ed), Mosby, Philadelphia, 1994, pp 105-108.

53.  Goodgame RW, Genta RM, Go MG, Graham DY. Infectious gastritis. In: Gastrointestinal and Hepatic Infections. C Surawicz, R Owen (Eds). W.B. Saunders Co, Philadelphia 1994: pp. 47-76.

M01410765B

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

54. Go MF, Graham DY, Musser JM. Construction of a molecular population genetic framework for the characterization of *Helicobacter pylori* pathogenesis by multilocus enzyme electrophoresis. In: Basic and clinical aspects of *H. pylori* infection. Gasbarrini, Pretolani (Eds), Springer-Verlag, Berlin, 1994, pp 57-59.

55. Graham DY, Genta RM. Reinfection with *H. pylori.*. In: *Helicobacter pylori.* Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, pp 113-120.

56. Graham DY. Determinants of antimicrobial effectiveness in *H. pylori* gastritis. In: *Helicobacter pylori.* Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, pp 531-537.

57. Go MF, Graham DY. Determinants of clinical outcome of *H. pylori* infection: duodenal ulcer. In: *Helicobacter pylori.* Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, 421-428.

58. Graham DY. Polymorphonuclear leukocytes traffic into the gastric mucosa and through the gastric mucosal barrier in *H. pylori* infection: is that bad?. In: *Helicobacter pylori.* Basic mechanisms to clinical cure, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 1994, 214-221.

59. Al-Assi MT, Graham DY. Peptic ulcer disease, *Helicobacter pylori*, an the surgeon: changing of the guard. In: Current Opinion in General Surgery. 2nd Edition. Daly JM (Ed). Current Science, Philadelphia, 1994, 120-124.

60. Malaty HM, Mitchell HM, Graham DY. Epidemiology of *Helicobacter pylori* infection. In: *Helicobacter pylori* its role in gastrointestinal disease. Axon ART (Ed), Science Press, London, 1994, 11-17.

61. Graham DY. *Helicobacter pylori*: current status of diagnosis, therapy, pathophysiology, and thinking. Year Book of Medicine 1995. Mosby-Year Book, St. Louis, MO. 1995, pp. xvii-xxxviii.

62. Graham DY. Peptic ulcer - medical therapy. In: Cecil Textbook of Medicine, 20th Ed. JC Bennett, F Plum (Eds), WB Saunders Co, Philadelphia, 1996;667-9.

63. Graham DY. Peptic ulcer - complications. In: Cecil Textbook of Medicine, 20th Ed. JC Bennett, F Plum (Eds), WB Saunders Co, Philadelphia, 1996:672-4.

64. Graham DY, Genta RM. *Helicobacter pylori.* In: Infectious Diseases Teaching Atlas. GL Mandell and B. Lorber (Eds). Churchill Livingston, Philadelphia 1996: 4.1-4.23.

65. Graham DY. Peptic ulcer disease and *Helicobacter pylori.* In: Current Practice of Medicine. RC Bone (Ed), Gastroenterology. DY Graham, A Ertan (section Eds). Current Medicine, Philadelphia 1996:XIII:10.1-8.

66. Graham, DY. Ulcers update. 1997 Medical and health annual. Encyclopaedia Britannica, Inc. Chicago. 1996, pp 232-5.

67. Graham DY, Genta RM, Go MF, Malaty H. Which is the most important factor in duodenal ulcer pathogenesis: the strain of *Helicobacter pylori* or the host? *Helicobacter pylori.* Basic mechanisms to clinical cure 1996. RH Hunt, GNJ Tytgat (eds). Kluwer Academic Publishers, Dordrecht. 1996, pp 85-91.

68. Breuer T, Malaty HM, Graham DY. The epidemiology of *H. pylori*-associated gastroduodenal diseases. In: Ernst P, Michetti P, Smith PD, eds. The immunobiology of *H. pylori* from pathogenesis to prevention. Philadelphia: Lippincott-Raven; 1997:1-14.

M01410/7659

69.    Peterson WL, Graham DY. *Helicobacter pylori*. In: Sleisenger & Fordtran's Gastrointestinal and liver disease. Pathophysiology, diagnosis, management. 6th Ed. M Feldman, BF Scharschmidt, MH Sleisenger (Eds), WB Saunders Co, Philadelphia. 1997, pp 604-19.

70.    Woo JS, Graham DY. Thoughts about the treatment of *Helicobacter pylori* infection. In: *Helicobacter pylori* infection. Basic principles and clinical practice. X-G Fan, H H-X Xia (Eds). Hunan Science & Technology Press, 1997. pp 299-301.

71.    Graham DY, Dore MP. Variability in the outcome of treatment of *Helicobacter pylori* infection: a critical analysis. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 1998, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 1998 pp 426-440.

72.    Graham DY, Dixon MF. Acid secretion, *Helicobacter pylori* infection, and peptic ulcer disease. In: Gastritis. Graham DY, Genta RM, Dixon MF (Eds).. Lippincott Williams & Wilkins 1999, pp 177-188.

73.    Go MF, Graham DY. *Helicobacter pylori*. In: Antimicrobial therapy and vaccines. VL Yu, TC Merigan, SL Barriere (Eds). Williams & Wilkins, Baltimore, 1999, pp 228-236.

74.    Genta RM, Graham DY. Diagnosis and treatment of *Helicobacter pylori* infection. In: Gastritis. Graham DY, Genta RM, Dixon MF (Eds).. Lippincott Williams & Wilkins 1999, pp 189-204..

75.    Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointestinal Endoscopy. MV Sivak (Ed) 2nd Ed. WB Saunders Co., Philadelphia, 1999. (CD ROM)

76.    Osato MS, Graham DY. Clinical spectrum of *Helicobacter pylori* infection. In: Clinical Pharmacology and Therapy of *Helicobacter pylori* infection. C Scarpignato, G Bianchi-Porro (Eds). Prog. Basic Clin Pharmacol., Karger, Basel, 1999 vol. 11, pp 2-20.

77.    Colin-Jones GD, Graham DY. Chronic duodenal ulcer. In: Upper Digestive Surgery. T.V. Taylor, A. Watson, R.C.N. Williamson (Eds). WB Saunders Co., Philadelphia, 1999:442-47.

78.    Graham DY. Peptic ulcer disease and *Helicobacter pylori*. In: Current Practice of Medicine. AM Gotto (Ed), Gastroenterology. DY Graham, A Ertan (section Eds). Current Medicine, Inc. Philadelphia, PA. 1999; vol 2, 2359-66.

79.    Graham DY. Role of *Helicobacter pylori* infection in NSAID gastropathy, Can *Helicobacter pylori* infection be beneficial. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2000, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 2000; pp 453-460.

80.    Yamaoko, Y, Graham DY. Disease specific *Helicobacter pylori* virulence factors: the role of *cagA, vacA, iceA, babA2* along or in combination. In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2000, Hunt RH, Tytgat GNJ, (Eds) Kluwer Academic Publishers, Dordrecht, Dordrecht, 2000; pp 37-42.

81.    Graham DY. Overview of *Helicobacter pylori* infection: History, epidemiology, diseases and future. In: *Helicobacter pylori* infection in gastroduodenal lesions. The second decade. JM Pajares Garcia, P Correa, GI Perez Perez (Eds), Prous Science, Barcelona, 2000; pp 1-11..

82.    Graham DY. Peptic disease of the stomach and duodenum. In: Gastrointestinal Endoscopy. MV Sivak (Ed) 2nd Ed. WB Saunders Co., Philadelphia, 2000: 615-641.

M01410/660

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

83.  Graham DY.  Peptic ulcer - Medical therapy.  In: Cecil Textbook of Medicine, 21st Ed. L Goldman, JC Bennett (Eds), WB Saunders Co., Philadelphia, 2000;675-678.

84.  Graham DY.  Complications of Peptic ulcer.  In: Cecil Textbook of Medicine, 21st Ed.  L Goldman, JC Bennett (Eds), WB Saunders Co., Philadelphia, 2000;678-679.

85.  Graham DY.  Infection caused by *Helicobacter pylori*. In: Kelley's Textbook of Internal Medicine, H. David Humes (Ed), 4th Ed. Lippincott Williams & Wilkins, Philadelphia, 2000;2012-2015.

86.  Malaty HM, Graham DY.  Epidemiology of *Helicobacter pylori* infection: Disease management implications for peptic ulcer disease.  In: Treatment Options in Gastroenterology: Focus on Upper Gastrointestinal Diseases. Dene C Peters (Ed), Adis International, Auckland, 2000;53-63.

87.  Collin-Jones DG, Graham DY.  Chronic Duodenal Ulcer.  In: Upper Digestive Surgery. Thomas V. Taylor, Anthony Watson, Robin C.N. Williamson (Eds). W.B. Saunders, London, 2000;432-447.

88.  Nurgalieva ZZ, Graham DY.  *Helicobacter pylori*.  In: Current Therapy of Infectious Disease. David Schlossberg (Ed), 2nd Ed. Mosby, Inc., St. Louis, 2001;503-506.

89.  Graham DY, Qureshi WA. Markers of infection.  In: *Helicobacter pylori*: Physiology and genetics.  Harry LT Mobley, George L. Mendz, Stuart L Hazell (Eds).  ASM Press, Washington DC, 2001;499-510.

90.  Asaka M, Sepulveda AR, Sugiyama T, Graham DY.  Gastric Cancer. *Helicobacter pylori*: Physiology and genetics. Harry LT Mobley, George L. Mendz, Stuart L Hazell (Eds).  In: *Helicobacter pylori* Physiology and Genetics. ASM Press, Washington DC, 2001;481-498.

91.  Graham DY, Malaty HM.  Epidemiology and disease outcome of *Helicobacter pylori* infection. Colin W. Howden, Virender K. Sharma (Eds).  In Peptic Ulcer Disease: Update with the experts (Monograph).  Medical Education Collaborative, Golden, 2001;3-9.

92.  Cole RA, Graham DY. Peptic ulcer disease and *Helicobacter pylori*. In: The Practice of General Surgery.  KI Bland, MG Sarr (Eds). WB Saunders Co, Philadelphia 2002, pp 354-359.

93.  Peterson WL, Graham DY. *Helicobacter pylori*.  In: Sleisenger & Fordtran's Gastrointestinal and liver disease.  Pathophysiology, diagnosis, management. 7th Ed.  M Feldman, L.S. Friedman, MH Sleisenger (Eds), WB Saunders Co, Philadelphia. 2002, pp 732-746.

94.  Graham DY, McGuigan JE.  Interactions between gastrin, gastric secretion, and *Helicobacter pylori* in health and disease.  In: Gut-Brain Peptides in the New Millenium. Y Tache, (Ed).  Cure Foundation, Los Angeles, CA 2002, pp 83-101.

95.  Dore MP, Graham DY. *Helicobacter pylori*. In: Antimicrobial Therapy and Vaccines. Volume I: Microbes. Victor L. Yu, Rainer Weber, Didier Raoult (Eds). Apple Trees Productions, LLC, New York, NY 2002, pp 337-354. (http://www.antimicrobe.org)

96.  Yamaoka Y, Graham DY.  Co-migration of *Helicobacter pylori* and humans: the evolving story.  In: *Helicobacter pylori*. Basic mechanisms to clinical cure 2002, Hunt RH, Tytgat GNJ, (Eds), Kluwer Academic Publishers, Dordrecht, 2003, pp 101-112.

M01410766I

97.    Maguilnik I, Graham DY, Genta RM.  Gastritis and gastropathies.  In: Atlas of Gastroenterology. T Yamada, DH Alpers, L Laine, N Kaplowitz, C Owyang (Eds). Lippincott Williams and Wilkins, Philadelphia, 2003, pp 253-263.

98.    El-Serag HB, Graham DY.  Stomach cancer prevention and screening.  In: Word Cancer Report. Bernard W. Stewart, Paul Kleihues (Eds). IARC Press, Leon, 2003, pp 175-180.

99.    Nurgalieva ZZ, Goodman KJ, Graham DY.  *Helicobacter pylori*. In: Encyclopedia of Gastroenterology, Johnson LR (Ed), Elsevier, Philadelphia. 2004, pp 272-279.

100.    Graham DY.  Peptic ulcer Disease.  In: Cecil Textbook of Medicine, 22nd Ed. L Goldman, Dennis Ausiello (Eds), WB Saunders Co., Philadelphia, 2004, pp. 827-834.

101.    Graham DY, Genta RM.  Gastritis and *Helicobacter pylori*.  In: Cecil Textbook of Medicine, 22nd Ed. L Goldman, Dennis Ausiello (Eds), WB Saunders Co., Philadelphia, 2004, pp 823-827.

102.    Graham DY, Sung JY. *Helicobacter pylori*.  In: Sleisenger & Fordtran's Gastrointestinal and liver disease.  Pathophysiology, diagnosis, management. 7th Ed. M Feldman, L.S. Friedman, L.J. Brandt (Eds), WB Saunders Co, Philadelphia. 2006, pp 1049-1066.

103.    Shiotani A, Graham DY. Treatment of *Helicobacter pylori* Infection.  In: Antimicrobial Therapy and Vaccines. Volume I: Microbes and Infectious Diseases. Victor L. Yu, Rainer Weber, Didier Raoult (Eds). ESun Technologies, LLC.  2007 (http://www.antimicrobe.org/b69rev.asp).

104.    Hsu P-I, Graham DY.  *Helicobacter pylori* infection.  In. Clinical Infectious Disease. David Schlosbert (Ed). Cambridge University Press, New York, 2008 , pp 969-976.

105.    Soll AH, Graham DY. Approach to the patient with dyspepsia and peptic ulcer disease. In: Principles of Clinical Gastroenterology. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), Wiley-Blackwell, Oxford. 2008, pp 99-121.

106.    Soll AH, Graham DY. Peptic ulcer disease. In. Textbook of Gastroenterology. 5th Ed. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), (Eds). Wiley-Blackwell, 2008, pp 936-981

107.    Graham DY, Horiuchi A, Kato M.  Peptic ulcer disease. In: Atlas of Gastroenterology 4th Ed, T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang, DW Powell (Eds), Wiley-Blackwell, 2008, pp 237-250.

108.    Graham DY, Genta RM. Gastritis and gastrophaty. In: Atlas of Gastroenterology 4th Ed. T Yamada, DH Alpers, AN Kalloo, N Kaplowitz, C Owyang (Eds), Wiley-Blackwell, 2008, pp 251-260.

## LETTERS

1.    Graham DY.  Standard nomenclature for primary hepatic tumors.  JAMA 1977;237:1650.

2.    Graham DY.  Endoscopic retrograde pancreatography.  Surgery 1977;82:414.

3.    Graham DY.  Like the Edsel.  Gastroenterology 1978;75:927.

4.    Graham DY.  Prognostic value of pretreatment bone scans in breast carcinoma.  Am J Roentgenol 1980;134:210.

M01410/662

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

5.   Graham DY.  Lithium carbonate in pancreatic cholera - a word of caution.  N Engl J Med 1980;303:1063.

6.   Graham DY.  Electrocoagulation of Mallory-Weiss tears.  Gastrointest Endosc 1981;27:111-2.

7.   Smith JL, Graham DY.  Alcohol Hepatitis Therapy.  Gastroenterology 1982;82:163-4.

8.   Smith JL, Graham DY.  The mathematics of pH.  Consultant 1982;22:32.

9.   Graham DY.  There is no right way to do the wrong thing.  Gastrointest Endosc 1983;29:138.

10.  Graham DY.  Therapeutic efficacy revisited.  Dig Dis Sci 1984;29:589-90.

11.  Graham DY, Smith JL.  Prostaglandin and aspirin.  Dig Dis Sci 1985;30:408.

12.  Graham DY.  Benign gastric ulcer and cimetidine: questions about study design.  Ann Intern Med 1985;103:636-7.

13.  Graham DY, MK Estes.  Rotavirus-like agent, rats and man.  Lancet 1985;2:886-7.

14.  Graham DY.  Prevention of traveler's diarrhea.  JAMA 1985;254:2559.

15.  Melnick JL, Wallis C, Graham DY.  Hemo-Matic analyzer.  N Engl J Med 1986;314:188.

16.  Graham DY.  Esophageal motor abnormality during hiccup.  Gastroenterology 1986;90:2039.

17.  Graham DY.  Minimal infectious dose of rotavirus in volunteers: safety issues.  J Infect Dis 1987;156:416-7.

18.  Graham DY.  Mycobacteria, infants goats, and Crohn's disease.  Dig Dis Sci 1988;33:251.

19.  Graham DY.  Survival analysis in variceal hemorrhage.  Hepatology 1988;9:978.

20.  Graham DY.  Misoprostol and ulcer prophylaxis.  Lancet 1988;2:1484-5.

21.  Graham DY, Evans DJ Jr, Evans DG.  Detection of Campylobacter pylori infection.  Lancet 1989;2:569.

22.  Graham DY,. Markesich DC, Yoshimura HH.  Mycobacteria as the cause of Crohn's disease.  Gastroenterology 1989;97:1354-5.

23.  Graham DY.  Peppers, capsaicin, and the gastric mucosa.  JAMA 1989;261:3244-5

24.  Graham DY, Saeed ZA.  Guidewire-assisted esophageal dilatation.  Gastrointest Endoscopy 1991;37:650-651.

25.  Graham DY.  Categories of patients with gastroesophageal reflux.  Arch Intern Med 1991;151:2476.

26.  Graham DY, Estes MK.  Pathogenesis and treatment of rotavirus diarrhea.  Gastroenterology 1991;101:1140-1141.

27.  Opekun AR, Graham DY.  Antimony electrodes for in vivo pH monitoring.  Dig Dis Sci 1991;36:1180-1181.

28.  Graham DY.  Bile acid therapy for *Helicobacter pylori*.  Aliment Pharmacol Ther 1992;6:653.

29.  Graham DY, Go MF.  Evaluation of new antiinfective drugs for *Helicobacter pylori* infection: revisited and updated.  Clin Infect Dis 1993;17:293-4.

30.  Ramirez FC, Graham DY.  Hiccups, compulsive water drinking, and hyponatremia.  Ann Intern Med 1993;118:649.

M01410/663

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

31.   Graham DY.  Ulcer prevention with misoprostol in chronic NSAID users.  Ann Intern Med 1994;120:343.

32.   Genta RM, Graham DY.  Limitations of histology for detecting *Helicobacter pylori* - Response.  Gastrointest Endosc 1995;41:176-7.

33.   Graham DY, Go MF. Unethical research relating to *Helicobacter pylori*? Gut. 1995;36:155-6.

34.   Graham DY, Go MF. Antibacterial treatment of gastric ulcers. N Engl J Med. 1995;333:190.

35.   Graham DY. pH and cure of *H. pylori* infection: it is difficult to have insights when one is in the dark. Am J Gastroenterol. 1995;90:674-5.

36.   Graham DY, Anand BS.  Gastric mucus viscosity and *Helicobacter pylori*.  Gut 1995;37:890.

37.   Yousfi MM, El-Zimaity HMT, Cole RA, Genta RM, Graham DY.  Does using a warmer influence the results of rapid urease testing for *Helicobacter pylori*?  Gastrointest Endosc 1996;43:260-1.

38.   Graham DY. Gastrin-releasing peptide, acid secretion, *Helicobacter pylori*, and duodenal ulcer: another epiphenomenon?. Gastroenterology 1996;110:1325-6.

39.   Graham DY. Famotidine to prevent peptic ulcers caused my NSAIDs.  NEJM 1996;335:1322

40.   Klein PD, Graham DY, Martin RF.  [13]C urea breath test for *Helicobacter pylori*: a second look analysis - reply.  Am J Gastroenterol 1996;91:2447-9.

41.   Graham DY.  *Helicobacter pylori* infection: a silent yet serious threat.  Consultant 1997;37:2007.

42.   Graham DY.  Excess gastric ulcers are associated with alendronate therapy. Am J Gastroenterol. 1998;93:1395-6.

43.   Graham DY. Gastrin sensitivity and acid in *H. pylori*: revisited [letter]. Gastroenterology. 1998;115:509-10.

44.   Graham DY, Osato MS. Disinfection of biopsy forceps and culture of *Helicobacter pylori* from gastric mucosal biopsies [letter]. Am J Gastroenterol. 1999;94:1422-3.

45.   Graham DY. *Helicobacter pylori*, GERD, NSAIDs, and cancer: where we really stand [letter]. Am J Gastroenterol. 1999;94:1420-1.

46.   Dore MP, Sepulveda AR, Osato MS, Realdi G, Graham DY. *Helicobacter pylori* in sheep milk [letter]. Lancet. 1999;354:132

47.   Ota H, Graham DY. [letter] Reply. Virchows Arch. 1999;435:460

48.   Yamaoka Y, Graham DY. CagA status and gastric cancer unreliable serological tests produce unreliable data [letter]. Gastroenterology. 1999;117:745

49.   Graham DY, Moon N. Low-dose aspirin may or may not damage the gastric mucosa [letter]. Gastroenterology. 1999;117:1505

50.   Ota H, Graham DY. Simple mucin-type carbohydrate antigens in *Helicobacter pylori*-positive chronic active gastritis. [Reply to letter] Virchows Arch 1999;435:460.

51.   Graham DY. Debate over testing for *H. pylori*. [Reply to letter] Postgrad Med. 1999;106:33.

M01410/664

Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)

52. Graham DY, Osato MS.  Pretreatment testing for *Helicobacter pylori* in duodenal ulcer disease [Reply to letter]. Am J Gastroenterology 2000;95:309

53. Graham DY, Osato MS.  Criteria for reporting effectiveness of herbals for *Helicobacter pylori* infection. [letter]. Am J Gastroenterology 2000;95:309

54. Graham DY. Pathogenesis of increased sucrose permeability in *H. pylori* gastritis [letter]. Dig Dis Sci. 2000;45:889.

55. El-Zimaity HM, Graham DY. Ultrastructural evidence of in vivo phagocytosis of *Helicobacter* pylor [letter]i. Ultrastruct Pathol 2001;25:159.

56. Graham DY. An alternate explanation of the effect of citric acid on proton pump inhibitor-associated false negative urea breath tests [letter]. Am J Gastroenterol 2001;96:3037-3039.

57. Graham DY. Helicobacter pylori is not and never was "protective" against anything, including GERD [letter].  Dig Dis Sci. 2003;48:629-30.

58. Graham DY. Celecoxib versus diclofenac and omeprazole to prevent recurrent ulcer bleeding - Dr. Graham replies [letter]. N Engl J Med 2003;348:2466.

59. Graham DY. Peptic ulcer disease. How to confirm a cure (reply).  Consultant 2003;July:946.

60. Graham DY, Dore MP. The QUADRATE study: a proposal for a change in the reporting of pharmaceutical supported trials.  Gastroenterology. 2003;125:639.

61. Graham DY. Changing patterns of peptic ulcer, gastro-oesophageal reflux disease and *Helicobacter pylori*: a unifying hypothesis. Eur J Gastroenterol Hepatol. 2003;15:571-2.

62. Graham DY. 'Guidelines' or marketing for non-steroidal anti-inflammatory drug and proton pump inhibitor use? Aliment Pharmacol Ther 2004;19:1323-1324.

63. Osato MS, Graham DY. Etest for metronidazole susceptibility in *H. pylori*: use of the wrong standard may have led to the wrong conclusion. Am J Gastroenterol 2004;99:769.

64. Graham DY, Chan FK. Endoscopic ulcers with low-dose aspirin and reality testing. Gastroenterology. 2005;128:807-8.

65. Graham DY. Early heartburn relief with proton pump inhibitors and the marketing of Zegreid. Clin Gastroenterol Hepatol. 2005;3:1047.

66. Graham DY, Lu H. Is there a role for sequential in sequential anti-*H. pylori* therapy? Gastroenterology. 2006;130:1930-1931

67. Cardenas VM, Ortiz M, Graham DY. Helicobacter pylori eradication and its effect on iron stores: A reappraisal. J Infect Dis 2006;194:714.

68. Graham DY. Risk of low-dose aspirin: emphasis on outliers undermines the credibility of the conclusions. Aliment Pharmacol Ther 2007;25:345-346.

69. Graham DY. The Montreal classification: a consensus with single PHARMA sponsor and paid participants. Am J Gastroenterol 2007;102:460-461.

70. Graham DY, Yamaoka Y. One- or two-week triple therapy for *Helicobacter pylori*: questions of efficacy and inclusion of a dual therapy treatment arm. Gut 2007;56:1021-1023

71. Graham DY, Yamaoka Y. Ethical considerations of comparing sequential and traditional anti Helicobacter pylori therapy. Ann. Intern. Med. 2007;147:434-435.

M01410/665

**Exhibit A: Report of David Y. Graham, M.D. Regarding Rofecoxib (Vioxx)**

72.     Ogiwara H, Graham DY, Yamaoka Y. vacA i-region subtyping. Gastroenterology
        2008;134:1267.

73.     Ramsey PJ, Shaib YH, Graham DY. Appropriate use or overutilization of the CORI
        database? Am J Gastroenterol 2009;104:785-786.

74.     Raj SM, Choo KE, Noorizan AM, Lee YY, Graham DY. Evidence against *Helicobacter
        pylori* being related to childhood asthma. J Infect Dis 2009;199:914-915.

M01410/666

**David Y. Graham--Prior Testimony**

2006:

**NYCOMED CANADA INC. and NYCOMED GMBH and RATIOPHARM 2008** Court
File No.: T-198-08

**NYCOMED CANADA INC. and NYCOMED GMBH and COBALT 2008** Court File No.:
T-1662-06

AstraZenneca and Apotex, Inc 2005-2006

SOLVAY PHARMA INC. and ALTANA PHARMA INC. vs. APOTEX INC 2007 Court File
No. T-427-06

**NYCOMED CANADA INC. and NYCOMED GMBH vs. RATIOPHARM INC** Court File
No.: T-198-08

Nycomed and Genpharm, Inc.  2008

**ALTANA PHARMA INC. and ALTANA PHARMA AG vs. COBALT
PHARMACEUTICALS INC.** Court File No.: T-1662-06   2007

M01410/7667

# DAVID Y. GRAHAM, M.D. -- MATERIALS REVIEWED OR RELIED UPON

1.  Kurata JH, Elashoff JD, Grossman MI. Inadequacy of the literature on the relationship between drugs, ulcers, and gastrointestinal bleeding. *Gastroenterology* 1982;82:373-376.

2.  Somerville K, Faulkner G, Langman M. Non-steroidal anti-inflammatory drugs and bleeding peptic ulcer. *Lancet* 1986;1:462-464.

3.  Fleming TR, DeMets DL. Surrogate end points in clinical trials: are we being misled? *Ann Intern Med* 1996;125:605-613.

4.  Fleming TR, DeGruttola V, DeMets DL. Surrogate endpoints. *AIDS Clin Rev* 1997;129-143.

5.  Fleming TR. Surrogate endpoints and FDA's accelerated approval process. *Health Aff* (Millwood) 2005;24:67-78.

6.  Graham DY. Endoscopic ulcers are neither meaningful nor validated as a surrogate for clinically significant upper gastrointestinal harm. *Clin Gastroenterol Hepatol* 2009.

7.  Langman MJ, Jensen DM, Watson DJ, Harper SE, Zhao PL, Quan H, Bolognese JA, Simon TJ. Adverse upper gastrointestinal effects of rofecoxib compared with NSAIDs [see comments]. *JAMA* 1999;282:1929-1933.

8.  Griffin MR, Piper JM, Daugherty JR, Snowden M, Ray WA. Nonsteroidal anti-inflammatory drug use and increased risk for peptic ulcer disease in elderly persons. *Ann Intern Med* 1991;114:257-263.

9.  Garcia Rodriguez LA, Jick H. Risk of upper gastrointestinal bleeding and perforation associated with individual non-steroidal anti-inflammatory drugs [published erratum appears in *Lancet* 1994 Apr 23;343(8904):1048]. *Lancet* 1994;343:769-772.

10. Garcia Rodriguez LA, Barreales TL. Risk of upper gastrointestinal complications among users of traditional NSAIDs and COXIBs in the general population. *Gastroenterology* 2007;132:498-506.

11. Hernandez-Diaz S, Rodriguez LA. Association between nonsteroidal anti-inflammatory drugs and upper gastrointestinal tract bleeding/perforation: an overview of epidemiologic studies published in the 1990s. *Arch Intern Med* 2000;160:2093-2099.

12. Lanas A, Baron JA, Sandler RS, Horgan K, Bolognese J, Oxenius B, Quan H, Watson D, Cook TJ, Schoen R, Burke C, Loftus S, Niv Y, Ridell R, Morton D, Bresalier R. Peptic ulcer and bleeding events associated with rofecoxib in a 3-year colorectal adenoma chemoprevention trial. *Gastroenterology* 2007;132:490-497.

M01410/668

13. Bombardier C, Laine L, Reicin A, Shapiro D, Burgos-Vargas R, Davis B, Day R, Ferraz MB, Hawkey CJ, Hochberg MC, Kvien TK, Schnitzer TJ. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. VIGOR Study Group. *N Engl J Med* 2000;343:1520-8, 2.

14. Laine L, Harper S, Simon T, Bath R, Johanson J, Schwartz H, Stern S, Quan H, Bolognese J. A randomized trial comparing the effect of rofecoxib, a cyclooxygenase 2-specific inhibitor, with that of ibuprofen on the gastroduodenal mucosa of patients with osteoarthritis.Rofecoxib Osteoarthritis Endoscopy Study Group [see comments]. *Gastroenterology* 1999;117:776-783.

15. Hawkey C, Laine L, Simon T, Beaulieu A, Maldonado-Cocco J, Acevedo E, Shahane A, Quan H, Bolognese J, Mortensen E. Comparison of the effect of rofecoxib (a cyclooxygenase 2 inhibitor), ibuprofen, and placebo on the gastroduodenal mucosa of patients with osteoarthritis: a randomized, double-blind, placebo-controlled trial. The Rofecoxib Osteoarthritis Endoscopy Multinational Study Group. *Arthritis Rheum* 2000 Feb;43(2):370-7 2000;43:370-377.

16. Graham DY. NSAIDs, Helicobacter pylori, and Pandora's Box. *N Engl J Med* 2002;347:2162-2164.

17. Beejay U, Wolfe MM. Cyclooxygenase 2 selective inhibitors: panacea or flash in the pan? *Gastroenterology* 1999;117:1002-1005.

18. Graham DY, Chan FK. Inaccurate endoscopy: a better explanation for placebo-associated endoscopic ulcers. *Aliment Pharmacol Ther* 2009;30:955-957.

19. Henry D, Lim LL, Garcia Rodriguez LA, Perez Gutthann S, Carson JL, Griffin M, Savage R, Logan R, Moride Y, Hawkey C, Hill S, Fries JT. Variability in risk of gastrointestinal complications with individual non-steroidal anti-inflammatory drugs: results of a collaborative meta- analysis [see comments]. *BMJ* 1996;312:1563-1566.

20. Henry D, Dobson A, Turner C. Variability in the risk of major gastrointestinal complications from nonaspirin nonsteroidal anti-inflammatory drugs. *Gastroenterology* 1993;105:1078-1088.

21. Hernandez-Diaz S, Rodriguez LA. Steroids and risk of upper gastrointestinal complications. *Am J Epidemiol* 2001;153:1089-1093.

22. Chan FK, Graham DY. Review article: prevention of non-steroidal anti-inflammatory drug gastrointestinal complications--review and recommendations based on risk assessment. *Aliment Pharmacol Ther* 2004;19:1051-1061.

23. Henry D, McGettigan P. Selective COX-2 inhibitors: a promise unfulfilled? *Gastroenterology* 2007;132:790-794.

M0140769

24.    Cannon CP, Curtis SP, FitzGerald GA, Krum H, Kaur A, Bolognese JA, Reicin AS, Bombardier C, Weinblatt ME, van der Heijde D, Erdmann E, Laine L. Cardiovascular outcomes with etoricoxib and diclofenac in patients with osteoarthritis and rheumatoid arthritis in the Multinational Etoricoxib and Diclofenac Arthritis Long-term (MEDAL) programme: a randomised comparison. *Lancet* 2006;368:1771-1781.

25.    JAB-02250, 2351-56

26.    MRK-00420014517-603

27.    MRK-I269007833, 7857-61, 8100-02

28.    MRK-O5420124072-095; 339-376

29.    Report of Nicholas Jewell, Ph.D., 9/17/09

30.    Watson D, The upper gastrointestinal safety of rofecoxib vs NSAIDs: an updated combined analysis. *Current Medical Research and Opinion* 2004;20:1539-48.

31.    MRK-ABY0084294-361

M01410/670