• **MIL 12 Reply**

[1:1] - [1:24]    1/13/2010   Julie, Neil

```
page 1
 1             UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3  In Re:  VIOXX Products    :MDL  1657
 4  Liability Litigation      :
 5  This Document Relates to  :
 6  STATE OF LOUISIANA et rel. :Section L
 7  JAMES D. CALDWELL, Attorney:
 8  General,                  :Honorable Eldon E. Fallon
 9          Plaintiff         :Magistrate Judge Knowles
10  v.                        :
11  MERCK SHARP & DOHME CORP., :Case No.:  05-3700
12          Defendant         :
13                ----------
14          Deposition of NEIL JULIE, M.D.
15               Bethesda, Maryland
16            Wednesday, January 13, 2010
17                   9:08 a.m.
18
19  Pages:  1 - 328
20  Reported By:  Dawn M. Hart, Notary Public, RPR/RMR
21
22
23
24
```

[135:19] - [136:5]    1/13/2010   Julie, Neil

```
page 135
19      Q   Okay.  Was -- you obviously rely on Doctor
20  Jewell's analysis of this steroid issue off of the
21  complicated endpoint, correct?
22      A   Well, I mean I did the data count in terms
23  of numbers, you know, 27 versus seven, 10 versus nine.
24  I verified that by looking at the SAS sheets myself,
page 136
 1  but the statistics --
 2      Q   I'm sorry.
 3      A   The statistics, I'm sure he then went and
 4  did his own counts.  But the statistics that he
 5  calculated on the basis of that, I rely on him on.
```