• **MIL 10 Reply**

| | | |
|---|---|---|
| [1:1] - [1:24] | 5/9/2006 | Graham, David - (MDL) |

```
page 1
1                 UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
2                        - - -
           IN RE:  VIOXX       :  MDL DOCKET NO.
3          LITIGATION          :  1657
4          -----------------------------------------
           SUPERIOR COURT OF THE STATE OF CALIFORNIA
5                  COUNTY OF LOS ANGELES
                     CENTRAL CIVIL WEST
6
           VIOXX CASES         :  JCCP NO. 4247
7                              :  ASSIGNED TO HON
                               :  VICTORIA CHEYNEY
8                        - - -
                       CONFIDENTIAL
9              SUBJECT TO PROTECTIVE ORDER
                         - - -
10                     May 9, 2006
                         - - -
11              Videotape deposition of DAVID J.
12         GRAHAM, M.D., M.P.H, held at The
13         Renaissance Mayflower Hotel, 1127
14         Connecticut Avenue, N.W., Washington,
15         D.C. 20036, commencing at 9:23 a.m., on
16         the above date, before Linda L. Golkow, a
17         Federally-Approved Registered Diplomate
18         Reporter and Certified Shorthand
19         Reporter.
                         - - -
20
21              GOLKOW LITIGATION TECHNOLOGIES
                       Four Penn Center
22           1600 John F. Kennedy Boulevard
                         Suite 1210
23           Philadelphia, Pennsylvania 19103
                       877.DEPS.USA
24
```

| | | |
|---|---|---|
| [410:1] - [410:23] | 5/9/2006 | Graham, David - (MDL) |

```
page 410
1          Q.    You indicated before that
2    there were two specific FDA employees
3    that you had suggested as peer reviewers,
4    right?
5          A.    Correct.
6          Q.    And I think it was Dr. Bruce
7    Stadel and Dr. Bob O'Neill?
8          A.    Stadel, yes.
9          Q.    Stadel is how to pronounce
10   it?
11         A.    Yes.
12         Q.    And they, in fact, looked at
13   your manuscript, the one that had the
14   27,000 number in it, Vioxx versus
15   Celebrex, as part of their peer review,
16   right?
17         A.    Correct.
18         Q.    And they told you, as part
19   of the people that you suggested as peer
20   reviewers, they told you that they didn't
21   think you should include that comparison
22   as a matter of sound science, right?
23         A.    That's correct.  And in the
```

**EXHIBIT A**

**• MIL 10 Reply**

| | | |
|---|---|---|
| [425:1] - [425:14] | 5/9/2006 | Graham, David - (MDL) |

```
page 425
1           Q.   And what you said before is
2      the normal population not taking any
3      medicine at all, the background rate that
4      you used was 7.9 heart attacks per
5      thousand person years, right?
6           A.   Yes.  And the patients
7      enrolled in the VIGOR study were selected
8      to be patients who were unlikely to have
9      cardiovascular disease.  So, there were a
10     number of exclusions that would exclude
11     patients who were at higher risk of
12     having myocardial infarction.  Those
13     patients weren't excluded from the CLASS
14     study.
```

| | | |
|---|---|---|
| [428:13] - [428:19] | 5/9/2006 | Graham, David - (MDL) |

```
page 428
13          Q.   And, again, the real life
14     heart attack rate in both VIGOR and
15     APPROVe was lower than what you say is
16     the normal background rate for people who
17     are not taking any medicine at all,
18     right?
19          A.   That's correct.  But
```

| | | |
|---|---|---|
| [429:24] - [430:3] | 5/9/2006 | Graham, David - (MDL) |

```
page 429
24               But background rates are
page 430
1      important because at the end of the day,
2      the background rate is what drives what
3      that actual estimate of numbers is.
```

| | | |
|---|---|---|
| [430:6] - [430:15] | 5/9/2006 | Graham, David - (MDL) |

```
page 430
6      of affected bodies.  And we put a number
7      in our paper, and what we were more
8      concerned with was the public health
9      impact of Vioxx exposure than we were
10     with what were the particular numbers,
11     recognizing that the particular numbers
12     could be different than the range that we
13     gave, but that was our best estimate at
14     what we thought was likely to be the
15     case.
```

| | | |
|---|---|---|
| [430:16] - [431:11] | 5/9/2006 | Graham, David - (MDL) |

```
page 430
16          Q.   Now, the patients involved
17     in the VIGOR study, these were rheumatoid
18     arthritis patients, right?
19          A.   Yes.
20          Q.   And rheumatoid arthritis
21     patients have a higher risk of heart
22     attack, all other things being equal,
23     than people who don't have rheumatoid
24     arthritis, right?
page 431
1           A.   Some studies have found
2      that, and other studies have found that
3      there's no increase in risk.
4           Q.   Now, you mentioned that
5      CLASS was one of the studies that you
6      used to come up with your range.  Those
```

**• MIL 10 Reply**

```
                        7    people had osteoarthritis, right?
                        8         A.    That's correct.
                        9         Q.    And that is not associated
                        10   with a higher heart attack risk, right?
                        11        A.    Not that we're aware of.
```

[432:22] - [433:1]      5/9/2006     Graham, David - (MDL)

```
                        page 432
                        22        Q.    But even with all of that,
                        23   VIGOR and APPROVe both had lower rates
                        24   than your background rates, correct?
                        page 433
                        1         A.    Yes.
```