UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>             Plaintiff,<br><br>   versus<br><br>MERCK SHARPE & DOHME CORP.,<br><br>             Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**DOCUMENTS FILED UNDER SEAL**

1. Defendant's Reply In Support Of Defendant's Motion *In Limine* No. 3, To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials; and,

2. Exhibits A through I.