**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| * * * * * * * * * * * * * * * * * * * | * | |

**MONTHLY STATUS CONFERENCE**
**MARCH 23, 2010**
**SUGGESTED AGENDA**

I. Settlement Agreement

II. The Vioxx Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. Class Actions

VI. State/Federal Coordination -- State Liaison Committee

VII. *Pro Se* Claimants

VIII. PSC MDL Trial Package

IX. Government Actions

X. Pending Personal Injury Cases in Which Lone Pine Expert Reports Have Been Served

XI. Fee Allocation Committee

XII. Motion for Reconsideration/Revision of Order Capping Contingent Fees

XIII. Merck's Motions and Rules on PTOs

XIV. Other Motions

XV. Appeals

XVI. Motion for Attorney Fees and to Enforce Attorney's Lien

XVII. Next Status Conference