UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendants. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

## DECLARATION OF JENNIFER GROSS IN SUPPORT OF REPLY MEMORANDUM IN SUPPORT OF OMNIBUS MOTION IN LIMINE

I, Jennifer Gross, hereby declare as follows:

1. I am an attorney and partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413. I have personal knowledge of the matters set forth herein and could testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the June 28, 2006 Order in *Barnett v. Merck*.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Sept. 6, 2006 Order in *Smith v. Merck*.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Oct. 16, 2006 Order in *Mason v. Merck*.

862869.1

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the Nov. 22, 2006 Order in *Dedrick v. Merck.*

Date:  March 19, 2010

Respectfully submitted,

s/Jennifer Gross
_____

Lieff, Cabraser, Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  (212) 355-9500
Facsimile:  (212) 355-9592