UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, Attorney General, Plaintiffs | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| v. | |
| MERCK SHARP & DOHME CORP., Defendant | |
| Case No. 05-3700 | |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANT'S MOTION TO STRIKE UNTIMELY AFFIDAVITS AND PLAINTIFFS' THIRD AMENDED WITNESS LIST**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiffs, STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL, in the In re VIOXX Products liability Litigation, U.S. District Court for the Eastern District of Louisiana, MDL Case No. 05-cv-3700, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Plaintiffs' Memorandum in Opposition to Defendant's Motion To Strike Untimely Affidavits and Plaintiffs' Third Amended Witness List.

3. The following documents are attached hereto in support of this motion:

Exhibit A – Email from James Dugan to Brian Anderson dated August 18, 2009

Exhibit B – September 10, 2009 Letter from James R. Dugan to the Court

1

Exhibit C – Affidavit of David Hood

Exhibit D – Excerpts from Deposition Transcript of David Hood, February 8, 2010

Exhibit E – Email from Travis Sales to James Dugan dated March 19, 2010

Exhibit F – Affidavit of Dr. Terry Leach

Exhibit G – Affidavit of Dr. John Abramson, M.D

Exhibit H – Affidavit of Dr. Vincent Culotta

Exhibit I – Affidavit of Dr. Richard Doskey

Exhibit J – Affidavit of Dr. Brobson Lutz

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 20, 2010

        /s/  Douglas R. Plymale _____
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs