# EXHIBIT B

MURRAY LAW FIRM
SUITE 2150 POYDRAS CENTER
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

STEPHEN B. MURRAY*
STEPHEN B. MURRAY, JR.
JULIE A. ARDOIN**
ARTHUR M. MURRAY
NICOLE IEYOUB-MURRAY
JESSICA W. HAYES
JAMES R. DUGAN, II
JUSTIN BLOOM ****
DOUGLAS R. PLYMALE, Ph.D.
KOREY A. NELSON

*   CERTIFIED AS A SPECIALIST IN
    CIVIL TRIAL ADVOCACY BY THE NATIONAL
    BOARD OF TRIAL ADVOCACY
**  LICENSED IN LA & MS
*** LICENSED IN LA & TX
**** LICENSED IN FL & NY

TELEPHONE 504.525.8100
1.800.467.8100
FAX 504.584.5249
www.murray-lawfirm.com

OF COUNSEL

JOSEPH A RACE
ROBERT J. DILIBERTO***
DAMON A. KIRIN

WILLIAM W. GOODELL, JR., L.L.M.
Energy and Environment

September 10, 2009

**Via E-mail & Facsimile- (504) 589-6966**

Hon. Judge Eldon E. Fallon
ATTN: Nathan Bays, Law Clerk to the Honorable Eldon E. Fallon
500 Poydras Street, Room C456
New Orleans, Louisiana 70130

Re:   State of Louisiana, ex rel. James D. Caldwell, Attorney General v. Merck & Co.,
      Inc., No. 2:05-cv-3700, MDL 1657, Eastern District of Louisiana

Dear Hon. Judge Fallon:

At the last case status conference on August 12, 2009 you directed the parties to draft a pre-trial schedule based on the new trial date of April 12, 2010. The parties have met and conferred on this issue, and have not been able to agree on a pre-trial schedule. Accordingly, the parties are each submitting their proposed draft pre-trial schedule for the Court's consideration. Attached is Plaintiff's Proposed Amended Pretrial Schedule.

The fundamental difference between the two schedules, from Plaintiffs' perspective, is that Plaintiffs feel that expert reports and depositions should come after fact discovery concludes. Merck proposes to have expert reports due on September 15, 2009, several months before the close of discovery. The parties currently anticipate taking at least 25 fact witness depositions (7 fact witnesses of Plaintiffs, 14 fact witnesses of Merck, and 3 corporate depositions of Merck), which will need to be scheduled in the next few months. Given the current trial date, Plaintiffs schedule is more efficient in having the experts consider all relevant factual discovery once, without having to revisit or supplement expert reports if additional discovery, especially deposition testimony, becomes available after those reports are finished.

The parties have requested that Liaison Counsel add this issue to the September 17, 2009 status conference, and are willing to meet after the regular status conference to address this issue with the Court.

With best regards, I am

Very truly yours,

James R. Dugan, II

JRD/tb
Enclosure

Cc: Russ Herman (Via E-mail)
Lenny Davis (Via E-mail)
Chris Seeger (Via E-mail)
Brian Anderson (Via E-mail)
John Beisner (Via E-mail)
Travis Sales (Via E-mail)
Ben Barnett (Via E-mail)
Dorothy Wimberly (Via E-mail)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　STATE OF LOUISIANA, ex rel.<br>　　JAMES D. CALDWELL,<br>　　ATTORNEY GENERAL<br>　　　　Plaintiff<br><br>versus<br><br>MERCK & CO., INC.,<br>　　　　Defendant<br><br>Case No. 05-3700 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>HON. ELDON E. FALLON<br><br>MAG. JUDGE KNOWLES |

**PRETRIAL ORDER NO.____**
**(VIOXX LOUISIANA ATTORNEY GENERAL**
**PLAINTIFFS' PROPOSED AMENDED PRETRIAL SCHEDULE)**

October 1, 2009:　　Merck's Production of IMS data completed

December 1, 2009:　　Fact Discovery Cut-off date including Fact Witness depositions

December 21, 2009:　　Plaintiffs' Expert Reports

January 28, 2010:　　Defendant's Expert Reports

February 11, 2010:　　Plaintiffs' Rebuttal Expert Reports

February 25, 2010:　　MSJ, Daubert, and MIL filed

March 1, 2010:　　Deposition designations for witnesses, exhibit lists, and copies of exhibits

　　　　　　　　　　served by both parties.

March 11, 2010:　　Oppositions to MSJ, Daubert, and MIL filed

March 18, 2010:　　Replies to MSJ, Daubert, and MIL filed

March 25, 2010:　　Hearing on any pending motions including MSJ, Daubert, and MIL

April 2, 2010:        Pre-Trial and Settlement Conference

April 12, 2010:       Trial begins

New Orleans, Louisiana

Dated: September ___, 2009

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE