# **EXHIBIT E**

# Douglas Plymale

| | |
|---|---|
| **From:** | Travis.Sales@bakerbotts.com |
| **Sent:** | Friday, March 19, 2010 12:46 PM |
| **To:** | James Dugan |
| **Cc:** | tismail@goldmanismail.com; smurrayjr@murray-lawfirm.com; Douglas Plymale; Trudy Bryant; darbitblit@lchb.com |
| **Subject:** | Re: Vioxx LA AG |

James, for the reasons stated in our motion to strike, the untimely affidavits of these individuals are not appropriately before the Court.

Travis

---

**From:** James Dugan
**To:** Sales, Travis
**Cc:** tismail@goldmanismail.com ; Stephen Murray, Jr. ; Douglas Plymale ; Trudy Bryant ; Arbitblit, Donald C.
**Sent:** Thu Mar 18 17:26:01 2010
**Subject:** Vioxx LA AG

As per our conversation, we are in receipt of you Motion to Strike certain affidavits. Consequently, we will make available for deposition asap, Dr. John Abramson, Dr. Terry Leach, Dr. Vincent Culotta, Dr. Richard Doskey, Dr. Brobson Lutz, Dr. Donnie Batie, Dr. Joseph Adams, Dr. Michael Kudla, and Dr. James Lang. Please let us know asap of your position to take these depositions. Thanks

1