# LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS
## MEDICAID PHARMACEUTICAL AND THERAPEUTICS COMMITTEE

### BYLAWS

The Louisiana Department of Health and Hospitals - Bureau of Health Services Financing has established the Medicaid Pharmaceutical and Therapeutics Committee, as mandated by Act 395 of the Regular Session of the 2001 Louisiana Legislature. The Statutory Authority for the Committee is La.R.S. 46:153.3(D).

The purpose of the Committee, as mandated by statute, is to:

1. Be responsible for developing and maintaining a prior authorization process with a preferred drug list.
2. Create a prior authorization process with a preferred drug list that complies with all applicable state and federal laws, rules, and regulations.
3. Make recommendations for additions and deletions to the preferred drug list, which may change in accordance with such recommendations.
4. Advise the Secretary of the Department of Health and Hospitals (DHH) on policy recommendations related to the prudent administration of the Medicaid drug program.

The Committee will take into account, and provide for, any declaration of emergency as called for by the Governor.

The Secretary of the DHH shall assure that all actions of the Committee comply with applicable state and federal laws, rules, and regulations prior to implementation or modification of the preferred drug list.

### ARTICLE I
### MEMBERSHIP

Section 1.   The Committee shall be composed of twenty-one (21) members appointed by the Governor and confirmed by the Senate.

Section 2.   The Committee shall be representative of the state's geographic and demographic composition, including women and minorities.

Section 3.   The Committee shall be comprised of the following persons:

(1)   One (1) physician with expertise in the area of pharmacology representing the Louisiana State University Health Sciences Center (LSUHSC).
(2)   One (1) physician with expertise in the area of pharmacology representing

LaAG-VIOXX-002734

    Tulane University School of Medicine.
(3) One (1) practicing physician who is participating in the Title XIX program as a family practitioner recommended from a list of three names submitted by the Louisiana State medical Society.
(4) One (1) practicing physician who is participating in the Title XIX program as an internal medicine specialist recommended from a list of three names submitted by the Louisiana State Medical Society.
(5) One (1) practicing physician who is participating in the Title XIX program as a pediatrician recommended from a list of three names submitted by the Louisiana State Medical Society.
(6) One (1) practicing physician who is participating in the Title XIX program as a surgeon recommended from a list of three names submitted by the Louisiana State Medical Society.
(7) One (1) practicing physician who is participating in the Title XIX program as an obstetrics/gynecologist recommended from a list of three names submitted by the Louisiana State Medical Society.
(8) Two (2) practicing physicians who are participating in the Title XIX program recommended from a list of six names submitted by the Louisiana Medical Association.
(9) One (1) pharmacist representing University of Louisiana at Monroe School of Pharmacy.
(10) One (1) pharmacist representing Xavier University of Louisiana School of Pharmacy.
(11) Two (2) practicing pharmacists who are participating in the Title XIX drug program recommended from a list of six names submitted by the Louisiana Pharmacists Association. (One pharmacist shall be an independent pharmacist and one pharmacist shall be a pharmacist representing a chain pharmacy).
(12) DHH Secretary or Secretary's designee.
(13) Medicaid Program Director in DHH.
(14) President of the Senate or President's designee.
(15) Speaker of the House of Representatives or Speaker's designee.
(16) One (1) participating physician who is participating in the Title XIX program as a psychiatrist recommended from a list of three names submitted by the Louisiana Psychiatric Medical Association.
(17) A Medicaid recipient.
(18) One (1) physician representing the Department of Neurology at LSUHSC.
(19) One (1) physician who is a pediatric oncologist representing the LSUHSC.

Section 4. Other physicians who participate in various sub-specialties may act as consultants to the Committee as needed.

LaAG-VIOXX-002735

Section 5.  Committee members shall serve at the pleasure of the Governor unless removed in accordance with the provisions set forth in Article I - Section 7.

Section 6.  Members shall not entertain individual lobbying or marketing, or partake in any other activity/discussions with pharmaceutical manufacturers or their representatives which would call into question their impartiality when it comes to deciding which drugs may or may not be included on the preferred drug list.

Section 7.  A member shall be removed from the Committee for any of the following causes:
(1) Absence from three consecutive meetings without contacting the Chairman or Vice-Chairman with a satisfactory explanation will result in a request for the member to resign.
(2) Four unexcused absences will result in a request from the Chairman to the Governor to appoint a new member.
(3) Receipt of a letter of resignation from the member.

Section 8.  The Chairman and Vice-Chairman of the Committee shall be elected by the members of the Committee. The Department shall designate staff to assist the Chairman in his duties.

## ARTICLE II
## OFFICERS

Section 1.  There shall be two officers of the Committee. These shall be designated as the Chairman and the Vice-Chairman.

The officers shall be nominated from the floor and elected by a majority vote of the Committee.

Section 2.  There shall be an Executive Subcommittee comprised of the Chairman, Vice-Chairman and DHH Secretary.

Section 3.  The Chairman's duties are to call all meetings of the Committee and to preside at all regular and special meetings of the Committee.

The Chairman shall appoint members to subcommittees established by the Committee.

The Chairman shall prepare agendas with the assistance of DHH staff.

Section 4.  The Vice-Chairman shall exercise all powers of the Chairman in the event of the absence of or inability of the Chairman to serve and shall perform other duties as the Chairman may assign to him.

LaAG-VIOXX-002736

Section 5.   The tenure of all officers shall be one year with the provision that any officer may succeed himself in office.

## ARTICLE III
## MEETINGS

Section 1.   The Committee shall meet quarterly or as prescribed by the Chairman.

Section 2.   Regular meetings will be held on the first Wednesday of every month or on the next available Wednesday of the Committee's regular meeting place.

## ARTICLE IV
## RULES OF ORDER

Section 1.   The rules contained in <u>Robert's Revised Rules of Order</u> shall govern the Committee in cases to which they are applicable, and in which they are not inconsistent with the bylaws of the Committee.

Section 2.   In accordance with La.R.S. 42:5, all Committee meetings subject to La.R.S. 42:7(A) shall provide for an opportunity for public comment at such meeting, subject to reasonable rules, regulations, and restrictions as adopted by the public body. The Committee hereby adopts that all public comments shall be reserved until the end of the meeting. The Chairman, at that time, will open the floor for public comment and an individual wishing to comment may move to be heard. The Chairman of the Committee may, at that time, place reasonable restrictions on the length of time an individual may address the Committee. The Chairman may also reasonably restrict the number of times, at one meeting, the individual may move to be heard by the Committee. The Chairman, at any time, may hear a motion, or make such motion himself, to adopt further reasonable rules, regulations, and restrictions regarding public comments. The passage of any such motion shall be controlled by vote as stated in these bylaws.

Section 3.   These bylaws may be amended by a majority of voting members. The Chairman shall provide a copy of proposed amendments to each Committee member at least two weeks prior to voting on the amendments.

## ARTICLE V
## PROCESS

Section 1.   The Committee's prior authorization process with a preferred drug list development and revision process shall comply with all applicable state and federal laws, rules, and regulations.

LaAG-VIOXX-002737

# ARTICLE VI
# VOTING

Section 1.  Active members shall carry an equal vote. Voting shall follow the majority rule method.

Section 2.  Minutes shall detail the vote count on all decisions including drugs being voted on for inclusion on the preferred drug list.

Section 3.  A quorum shall be established by the presence of a majority of the voting members of whom at least five (5) must be physicians and one (1) must be a pharmacist. If a quorum is not obtained for a regular scheduled meeting, the meeting will be rescheduled at the earliest possible date, and all Committee members informed at the discretion of the Chairman.

Approved as amended:

Date:

LaAG-VIOXX-002738