# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

No. CV 05-1657 c/w 07-906 Short Title V. 044

Date 3-16-10

To: Name **Five Dimensions Store in**
Address: **UPS**
**1427 York Ave**
City: **NY** State: **NY** Zip: **10021**

Documents Enclosed:
☑ Record Vols: **4**
* ☐ Exhibits ☐ Env. _____
☐ Box: _____
☐ Supp. Record Vols _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**FILED MAR 16 2010**
**LORETTA G. WHYTE**
**CLERK**

To: Clerk, 5th Circuit

☐ Record Vols _____
☐ Supp. Record Vols _____
☐ Exhibits ☐ _____
Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

--- ✂ Cut Here ---

Clerk's Receipt *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

District: _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____
Records in above case have been received by Clerk
Name: _____
Date: _____

--- ✂ Cut Here ---

Attorney Forwarding Receipt *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

District: _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____
Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

--- ✂ Cut Here ---

Attorney Receipt *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____ 
___ Fee _____
___ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____

To: Clerk, U.S. District Court

District: _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____
Records in above case listed received:
Judge/Attorney Name: _____
Date: _____