UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUISANA

HOMER JONES,
Plaintiff

v.

MERCK and Co., Inc
Defendant

Docket No. 2:06-CV-09803

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  MAR 18 2010

LORETTA G. WHYTE
Clerk

MDL Docket No. 1657 L(3)
SECTION L  2:06-CV-09803

JUDGE FALLON

MOTION TO WITHDRAW
FROM THE VIOXX GROUP PANEL

Now Comes, Homer Jones, appearing pro-se and Seeks protection of this Court to entertain said motion. Plaintiff moves this Court to grant the withdraw in the interest of justice and forward he an application to proceed in Forma Pauperus. The Appeal has been filed, see attachment.

Respectfully Submitted
Homer Jones  mar 16-10
Homer Jones #143946
JHCC-J-unit
P.O. Box 548
Lexington, Oklahoma 73051

TENDERED FOR FILING
MAR 18 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ___
Process ___
X  Dktd ___
X  CtRmDep ___
Doc No. ___

CERTIFICATE OF MAILING

I certify that on this __16__ day of __March__, 200_10_, a true and correct copy of the foregoing was mailed, via first class pre-paid by the US Postal Service to the Clerk of the Court and:

Diann Bates Coordinator Vioxx Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

_Homer Jones_
Signature

County: Cleveland

Case NO: 2:06-cv-09803

Form: G-101

Homer Jones #143946 — J-C-149
Joseph Harp Correctional Center
P.O. Box 548
Lexington Okla, 73051-0548

FOR LEGAL USE ONLY

United States District Court
Eastern District of Louisiana,
New Orleans, LA, 70130



HASLER
017H15508354
$0.619
03/16/2010
Mailed From 73051
US POSTAGE