UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HOMER JONES,
  Plaintiff

V.                                    MDL Docket No. 1657

                                      SECTION L

MERCK & Co., INC.
                                      JUDGE FALLON

Docket No. 2:06-cv-09803

## NOTICE OF INTENT TO APPEAL

Comes now, Homer Jones, plaintiff, Appearing pro-se and gives Notice of his lawful Appeal to the order of Dismissal with prejudice filied February 10, 2010 in this Court. Plaintiff also request the Appellate rules of this state to be forwarded to the address below.

Respectfully Submitted,

Homer Jones

Homer Jones  143946  Feb. 19, 2010
JHCC - J-unit
P.O. 548
Lexington, OK  73051

## CERTIFICATE OF MAILING

I certify that on this __19__ day of __February__, 200_10_, a true and correct copy of the foregoing was mailed, via first class pre-paid by the US Postal Service to the Clerk of the Court and:

Diann Bates, Coordinator "VIOXX Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

_Homer Jones_
Signature

County: Cleveland
Case NO: 2:06-cv-09803

Form: G-101