UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   ALL CASES

## ORDER

IT IS ORDERED that PLC's Motion to Set Status Conference (Rec. Doc. 37502) IS GRANTED.

IT IS FURTHER ORDERED that a status conference shall be held in the Chambers of Judge Eldon E. Fallon on Tuesday, March 23, 2010, immediately following the monthly status conference, to discuss the joint submission of the parties regarding common benefit fee discovery (Rec. Doc.34883).

All interested parties are directed to appear in person.

New Orleans, Louisiana, this 18th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

1