UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO: ALL CASES WITH PENDING ATTORNEYS FEE LIENS FILED PURSUANT TO PRETRIAL ORDER 47(A) (See Rec. Doc. Nos. 27172, 34649, 35994, 35096, 32915, 34879, 37284)**

## ORDER

On January 14, 2008, by Order of this Court, Mr. Patrick A. Juneau was appointed to serve as Special Master under the terms of the Vioxx Settlement Agreement.  The appointment was made pursuant to terms of the Settlement Agreement (*see* Sections 6.1.1 and 17.1.83 of the Settlement Agreement), the inherent authority of the Court and any applicable Federal Rule of Civil Procedure.

Special Master Juneau, by this Order, is hereby authorized to evaluate all disputed liens for attorneys' fees and expenses relating to Vioxx Settlement Payments that have been filed with the Court pursuant to Pretrial Order 47A and issue a report and recommendation to the Court. Specifically, the Special Master should address the attempted liens set forth in record document numbers 27172 (see also 34649), 35994, 35096, 32915, 34879 and 37284.

The Special Master shall be compensated from the Administrative Expenses Fund, as defined by the Settlement Agreement.  If the Special Master needs to hire personal counsel or

other staff, he may do so. His counsel fees and costs will be taken out of the disputed attorneys fees at issue. Additionally, all reports and recommendations rendered by the Special Master shall be in writing and shall be made of record.

New Orleans, Louisiana, this 18th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE