## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

### LIAISON COUNSEL'S MOTION TO POSTPONE STATUS CONFERENCE

Objectors' liaison counsel files this motion to postpone the status conference set

for tomorrow, Tuesday March 23. Undersigned just received notice of the conference at

330 pm Eastern Time March 22. The plaintiff had provided dates with PLC last week

that would be ideal. In any event, counsel is currently in Wyoming through Saturday,

March 27 and is not able to attend a conference. Undersigned prefers an in person

conference but if necessary could attend by phone tomorrow if a number is provided.

We ask the court to grant a postponement until at least next week.

THE PLAINTIFFS,

By_____

MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

### ORDER

AND NOW, this _____ day of March, 2010, upon consideration of Plaintiff's Motion to Postpone, IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.

### CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of March, 2010.

_____
Michael A. Stratton