| | |
|---|---|
| ROGER PEARCH AND NORA A. PEARCH,<br><br>  Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>  Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 1657<br><br>CASE NO. 2:06-CV-04183<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, <u>Roger Pearch and Nora A. Pearch</u>, individually, against Defendant Merck & Co., Inc. and all other named Defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| *[signature]*<br>Christopher W. Luzier, Esquire<br>Law Offices of James F Humphreys & Associates, L.C.<br>500 Virginia Street, East<br>Suite 800, United Center<br>Charleston, WV 25301<br>(304) 347-5050<br><br>Dated: 2-25-08 | *[signature]*<br>Stephen G. Strauss        Phillip A. Wittmann<br>Bryan Cave LLP            Dorothy H. Wimberly<br>211 N. Broadway, Suite 3600   Stone Pigman Walther<br>St. Louis, MO 63102       Wittmann LLC<br>(314) 259-2000 Tel        546 Carondelet Street<br>(314) 259-2020 Fax        New Orleans, LA 70130<br>                          (504) 581-3200 Tel<br>                          (504) 581-3361 Fax<br><br>Attorneys for Merck & Co., Inc.<br><br>Dated: 3-19-10 |

VE102 11/28/07

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.