MINUTE ENTRY
FALLON, J.
MARCH 22, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon to address Merck's Motion to Strike Plaintiff's Untimely Affidavits and Plaintiff's Third Amended Witness List (Rec. Doc. No. 37378). John Beisner argued on behalf of the Defendant. Steven Murray, Jr. argued on behalf of the Plaintiff.

For oral reasons given,

IT IS ORDERED that Merck's Motion to Strike Plaintiff's Untimely Affidavits and Plaintiff's Third Amended Witness List (Rec. Doc. No. 37378) is hereby GRANTED IN PART and DENIED IN PART. The affidavits of Dr. Culotta, Dr. Doskey, and Dr. Lutz, filed as attachments to Plaintiff's response in opposition to Merck's Motion for Summary Judgment (Rec. Doc. No. 36598) shall be stricken from the record. Further, Plaintiff's third amended witness list (Rec. Doc. No. 37214) shall be stricken from the record to the extent that is adds Dr. Vincent Culotta, Dr. Richard Doskey, and Dr. Brobson Lutz as fact witnesses for Plaintiff. Further, the affidavits of Dr. Abramson, Dr. Leach, and Mr. Hood, also attached to Plaintiff's above referenced response in opposition, are to remain a part of the record and shall not be stricken.

1

JS10(00:30)

This hearing was transcribed by Ms. Toni Tusa, Official Court Reporter. Counsel may contact Ms. Tusa at (504)589-7778 to request a copy of the transcript.