UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO:     ALL CASES**

**ORDER**

On Monday, March 22, 2010, the Court received telephonic communication from Michael Stratton, Liaison Counsel for the objectors, who indicated that he is unable to attend the status conference that is scheduled for Tuesday, March 23, 2010, immediately following the monthly status conference.  Accordingly, IT IS ORDERED that the common benefit fee status conference IS CANCELLED.

IT IS FURTHER ORDERED that within thirty (30) days of this Order, Mr. Stratton and Plaintiff's Liaison Counsel, Russ Herman, shall each make themselves available to be deposed by the other.

IT IS FURTHER ORDERED that a status conference will be held on Thursday, April 29, 2010, at 8:30 a.m. in the chambers of Judge Eldon E. Fallon.  At this conference, the parties shall be prepared to discuss the future course of this matter.  All interested parties are directed to appear in person.

IT IS FURTHER ORDERED that Mr. Stratton's Motion to Continue Status Conference

1

2

(Rec. Doc. 37760) IS DENIED AS MOOT.

New Orleans, Louisiana, this 22nd day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE