| | |
|---|---|
| JOHN JAGLIESKI and<br>FRANCES DOTSON,<br><br>   Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>   Defendants. | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF LOUISIANA<br><br>CASE NO. 2:05-cv-06351-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

   Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **FRANCES DOTSON**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____     _____
Mark P. Robinson, Jr.           Stephen G. Strauss
ROBINSON, CALCAGNIE & ROBINSON   Bryan Cave LLP
620 Newport Center Drive, 7th Floor     211 N. Broadway, Suite 3600
Newport Beach, CA 92660        St. Louis, MO 63102
                  (314) 259-2000 Tel
                  (314) 259-2020 Fax

                  Phillip A. Wittmann
                  Dorothy H. Wimberly
                  Stone Pigman Walther
                  Wittmann LLC
                  546 Carondelet Street
                  New Orleans, LA 70130
                  (504) 581-3200 Tel
                  (504) 581-3361 Fax

                  Attorneys for Merck & Co., Inc.

Dated: 10-15-08           Dated: 3-22-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of March, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.