MINUTE ENTRY
FALLON, J.
MARCH 23, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                CIVIL ACTION
       LIABILITY LITIGATION

                                     NO.  05-MD-1657

                                     SECTION: L

**This document relates to:**
**James Franklin on behalf of the State of Colorado v. Merck & Co., Inc. CA 06-10485**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Stewart Kritzer, Esq. For plaintiff
             Jeffery Wyatt, Esq. For Merck

Motion of defendant, Merck & Co., Inc., for Order to Show Cause Why Plaintiff's Complaint Should Not be Dismissed    (23815)


Argument - TAKEN UNDER SUBMISSION.


JS10:    :15