MINUTE ENTRY
FALLON, J.
MARCH 23, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                           CIVIL ACTION
       LIABILITY LITIGATION

                                               NO.  05-MD-1657

                                               SECTION: L

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Donald Arbitblit, Esq. & Stephen Murray, Jr., Esq. for Louisiana Atty. General
                       John Beisner, Esq. For Merck

---

1. Motion of plaintiff, Louisiana Attorney General, for Summary Judgment that the 2002 Vioxx Label was False and Misleading as to Purported GI Benefits to Non-Steroid Users in the Vigor Study (34887)

1. Argument - DENIED.

2. Motion of defendant, Merck, for Summary Judgment on all of plaintiff's claims. SEALED (35872)

2. Argument - TAKEN UNDER SUBMISSION.


JS10:    1:32