MINUTE ENTRY
FALLON, J.
MARCH 23, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO.  05-MD-1657 |
| | SECTION: L |

**This document relates to:**
**Roger Carver v. Merck & Co., Inc. CA 05-4981**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Ann Oldfather, Esq. For plaintiff

---

Motion of plaintiff, Roger Carver, to Set Aside Order of Dismissal (33200)

Said motion is CONTINUED until Thursday, April 29, 2010, 9:00 am.

JS10:     :04