UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | * MDL No. 1657<br>* |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General, | * SECTION L<br>* |
| Plaintiff, | * JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE |
| versus | * KNOWLES<br>* |
| MERCK SHARP & DOHME CORP., | *<br>* |
| Defendant. | *<br>* |
| Case No. 05-3700. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument Criticizing The Food And Drug Administration Or Its Approval Of Vioxx And Accompanying Exhibit Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Reply In Support Of Defendant's Motion *In Limine* No. 1, To Exclude Evidence Or Argument Criticizing The Food And Drug Administration Or Its Approval Of Vioxx and accompanying exhibit under seal.

NEW ORLEANS, LOUISIANA, this 22nd day of ____March____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1011242v.1