UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D. CALDWELL, JR., Attorney General,<br><br>Plaintiff,<br><br>versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply In Support Of Defendant's Motion *In Limine* No. 11, To Exclude Evidence And Argument Regarding "All-Cause" Mortality Data From Alzheimer's Disease Clinical Trials And Accompanying Exhibits Under Seal,

IT IS ORDERED that Defendant Merck is hereby granted leave to file its Reply In Support Of Defendant's Motion *In Limine* No. 11, To Exclude Evidence And Argument Regarding "All-Cause" Mortality Data From Alzheimer's Disease Clinical Trials and accompanying exhibits under seal.

NEW ORLEANS, LOUISIANA, this 22nd day of March, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1011317v.1