UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *    MDL No. 1657 <br> * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. <br>     CALDWELL, JR., Attorney General, | *    SECTION L <br> * <br> *    JUDGE ELDON E. FALLON |
|                 Plaintiff, | * <br> *    MAGISTRATE JUDGE |
|   versus | *    KNOWLES <br> * |
| MERCK SHARP & DOHME CORP., | * <br> * |
|                 Defendant. | * <br> * |
| Case No. 05-3700. | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

    Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Reply In Support Of Defendant's Motion *In Limine* No. 3, To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials, and Accompanying Exhibits Under Seal,

    IT IS ORDERED that Defendant Merck is hereby granted leave to file its Reply In Support Of Defendant's Motion *In Limine* No. 3, To Exclude Evidence And Argument Regarding Unrelated Marketing And Promotional Materials and accompanying exhibits under seal.

    NEW ORLEANS, LOUISIANA, this 22nd day of March, 2010.

                                                                 _____
                                                                 HONORABLE ELDON E. FALLON
                                                                  UNITED STATES DISTRICT JUDGE