SHARON LINDSAY, et al.,           )          IN THE UNITED STATES
                                  )          DISTRICT COURT FOR THE
                                  )          EASTERN DISTRICT OF
                                  )          LOUISIANA
                                  )
          Plaintiffs,             )          MDL NO. 1657
                                  )
                                  )          CASE NO.: 2:05-cv-1049-EEF-DEK
v.                                )
                                  )
MERCK & CO., INC., et al.,        )          **STIPULATION OF DISMISSAL**
                                  )          **WITH PREJUDICE AS TO**
          Defendants.             )          **ALL DEFENDANTS**
                                  )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiff, **SHARON LINDSAY**, against defendants Merck &

Co., Inc., Amy Sepko, Sherry Alberts, and John and/or Jane Does 1-100 be dismissed in

their entirety with prejudice, each party to bear its own costs.


Todd S. Hageman                       Stephen G. Strauss           Phillip A. Wittmann
Simon Passanante PC                   Bryan Cave LLP               Dorothy H. Wimberly
701 Market Street, Suite 1450         211 N. Broadway, Suite 3600  Stone Pigman Walther
St. Louis, Missouri 63101             St. Louis, MO 63102          Wittmann LLC
(314) 241-2929                        (314) 259-2000 Tel           546 Carondelet Street
Fax (314) 241-2029                    (314) 259-2020 Fax           New Orleans, LA 70130
                                                                   (504) 581-3200 Tel
Dated: 5/11/09                                                     (504) 581-3361 Fax

                                      Attorneys for Merck & Co., Inc.

                                      Dated: 3-24-10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.