UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: Brian Anderson**

## ORDER

IT IS ORDERED that Plaintiff Brian Anderson's Motion for Reconsideration (Rec. Doc. No. 18800) is hereby CONTINUED to be heard on April 29, 2010, immediately following the Court's 9:00 a.m. Vioxx Monthly Status Conference.

New Orleans, Louisiana, this 24th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

1