# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *See Attached Exhibits A, B & C* | * | **KNOWLES** |
| | * | |

**************************************************************************

## <u>ORDER</u>

Defendant Merck & Co., Inc.'s Eighth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with Pre-Trial Order No. 29 (R.Doc. 35757) came on for hearing on the 23rd day of March, 2010.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the claims of all plaintiffs on the attached Exhibit A, namely Aida Camejo, Felipe Del Rosario, and Elba Langley, be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 29.

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to plaintiff Larry L. Smith on the attached Exhibit B.

IT IS FURTHER ORDERED that the plaintiffs on Exhibit C, namely James Nestor, Jimmy and Dolena Lockhart, Sandra Hurst, and Peter and Barbara Donnelly, be and they hereby are given a final extension of time in which to fully comply with Pre-Trial Order No. 29, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until April 29, 2010.  If plaintiffs fail to fully comply with Pre-Trial Order No. 29 by April 29, 2010, their cases will be dismissed with prejudice without further notice.

1011633v.1

NEW ORLEANS, LOUISIANA, this 24th day of _____ March _____, 2010.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
1011633v.1

## Exhibit A -- Cases Dismissed With Prejudice

|    | ID | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption | Docket Number |
|----|------|-------------------|---|-------------------------------------|--------------------------------------|---------------------------|
| 1. | 83972 | Camejo, Aida | | Law Offices of Cytryn & Velazquez, P.A. | Camejo, Aida v. Merck & Co., Inc. | 2:08-cv-04378-EEF-DEK |
| 2. | 84108 | Del Rosario, Felipe | | Law Offices of Cytryn & Velazquez, P.A. | Del Rosario, Felipe v. Merck & Co., Inc. | 2:08-cv-04377-EEF-DEK |
| 3. | 84682 | Langley, Elba | | Law Offices of Cytryn & Velazquez, P.A. | Langley, Elba v. Merck & Co., Inc. | 2:08-cv-04376-EEF-DEK |

1011641v.1

## Exhibit B -- Motion Withdrawn

| | ID | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 87076 | Smith, Larry L | | Trenam, Kemker, Scharf, Barkin, Frye | Smith, Larry L. v. Merck & Co., Inc. | 2:08-cv-04639-EEF-DEK |

## Exhibit C
## Must Comply With PTO 29 By April 29, 2010
## or Case Will be Dismissed With Prejudice

| | ID | Plaintiff Name | Derivative Plaintiffs | Firm Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 89851 | Nestor, James | | Law Offices of Douglas T. Sachse | Nestor, James v. Merck & Co. Inc. | 2:09-cv-07648-EEF-DEK |
| 2. | 77000 | Lockhart, Dolena | Lockhart, Jimmy | Paul A. Weykamp Law | Lockhart, Jimmy v. Merck & Co., Inc. | 2:08-cv-00876-EEF-DEK |
| 3. | 77302 | Hurst, Sandra | | Riley, Michael D., Law Office of | Hurst, Sandra v. Merck & Co., Inc. | 2:09-cv-04373-DEK-EEF |
| 4. | 89736 | Donnelly, Peter | Donnelly, Barbara | Scott Adams, Attorney-at-Law | Donnelly, Peter P v. Merck & Co., Inc. | 2:09-cv-06864-EEF-DEK |

1011652v.1