UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Leslie Henry v. Merck & Co., Inc.,* **No. 07-7514;** | * | KNOWLES |
| | * | |
| *Valerie Rockingham, et al v. Merck & Co., Inc,* **No. 06-7115 (only as to plaintiff John J. Stafisz);** | * * * | |
| *Keith Gladden, et al. v. Merck & Co., Inc.,* **No. 06-5996 (only as to plaintiff Patricia Lewis);** | * * * | |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* **No. 05-00458 (only as to plaintiff Janice Baum); and** | * * * | |
| *Stanley Bethea v. Merck & Co., Inc.,* **No. 05-6775)** | * * | |

******************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 24995) came on for hearing on the 23rd day of March, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiffs Leslie Henry, Patricia Lewis, Janice Baum, and Stanley Bethea be and they hereby are given a final extension of time in which to fully comply with Pre-Trial Order No. 43, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until April 29, 2010. If plaintiffs fail to fully comply

1011615v.1

with Pre-Trial Order No. 43 by April 29, 2010, their cases will be dismissed with prejudice without further notice.

IT IS FURTHER ORDERED that the motion be and it hereby is deferred until Aptil 29, 2010, as to plaintiff John Stafisz.  Mr. Stafisz provided certain materials to Merck prior to the hearing date of March 23, 2010.  Merck will review those materials and promptly notify Mr. Stafisz, by March 31, 2010, if anything further if required for full compliance with Pre-Trial Order No. 43.  If anything further is required, Mr. Stafisz is to provide those additional materials by April 29, 2010, failing which his case will be dismissed with prejudice without further notice.

**NEW ORLEANS, LOUISIANA**, this __24th__ day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE