UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to: | * |
| | *   MAGISTRATE JUDGE |
| *Glenda Meysami, et al. v. Merck & Co., Inc., no. 05-5353* | *   KNOWLES |
| *(only as to plaintiff Mark Hendrichs); and,* | * |
| | * |
| *Allen Atkinson, et al. v. Merck & Co., Inc., no. 05-4130* | * |
| *(only as to plaintiffs Todd and Lynette Jelden)* | * |
| | * |

*********************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 27190) came on for hearing on the 23rd day of March, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiffs Mark Hendrichs and Todd and Lynette Jelden be and they hereby are given a final extension of time in which to fully comply with Pre-Trial Order No. 43, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until April 29, 2010. If plaintiffs fail to fully comply with Pre-Trial Order No. 43 by April 29, 2010, their cases will be dismissed with prejudice without further notice.

**NEW ORLEANS, LOUISIANA**, this  24th  day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1011622v.1