UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Leonard Lassig, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-00538 (only as to plaintiff Eugene Baldoni) | * | |

****************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 31 (R. Doc. 22070) came on for hearing on the 23rd day of March, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiff Eugene Baldoni be and he hereby is given a final extension of time in which to fully comply with Pre-Trial Order No. 31, until April 29, 2010. If plaintiffs fails to fully comply with Pre-Trial Order No. 31 by April 29, 2010, his case will be dismissed with prejudice without further notice.

**NEW ORLEANS, LOUISIANA**, this __24th__ day of _____March_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1011627v.1