UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *James D. Schneller  v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-05382 | * | |
| | * | |
| | * | |

********************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Ninth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (R. Doc. 21961) came on for hearing on the 23rd day of March, 2010.  For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiff James D. Schneller be and he hereby is given a final extension of time in which to fully comply with Pre-Trial Order No. 28, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until April 29, 2010.  If plaintiff fails to fully comply with Pre-Trial Order No. 8 by April 29, 2010, his case will be dismissed with prejudice without further notice.

**NEW ORLEANS, LOUISIANA**, this  24th  day of  March ,
2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1011629v.1