UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
       PRODUCTS LIABILITY LITIGATION

:    MDL NO. 1657

:    SECTION:  L

:    JUDGE FALLON
:    MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Katherine K. Madden v. Merck & Co, Inc.,*
**Case No. 07-8062**

## ORDER

    The Court is in receipt of the attached documents. IT IS ORDERED that the attached

documents be filed under SEAL.

    New Orleans, Louisiana, this 16th day of March, 2010.

                                           _____
                                       UNITED STATES DISTRICT JUDGE

Clerk to Serve:

    Mr. Russ Herman                          Mr. Christopher Seeger
    Plaintiff's Liaison Counsel            Seeger Weiss LLP
    Herman, Herman Katz & Cotlar, LLP    550 Broad Street, Suite 920
    820 O'Keefe Ave.                   Newark, NJ 07102
    New Orleans, LA 70113

    Mr. Phillip Wittmann
    Stone Pigman Walter Wittmann, LLC
    546 Carondelet Street
    New Orleans, LA 70130