FLORA ALVAREZ and                )     IN THE UNITED STATES
WILFREDO ALVAREZ,                )     DISTRICT COURT FOR THE
                                 )     EASTERN DISTRICT OF LOUISIANA
              Plaintiffs,        )
                                 )     Case Code Number: 1657
v.                               )
                                 )     CASE NO. 2:06-cv-01142-EEF-DEK
MERCK & CO., INC.,               )
                                 )     STIPULATION OF DISMISSAL
              Defendant.         )     WITH PREJUDICE AS TO
                                 )     ALL DEFENDANTS

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate

that all claims of plaintiffs, **FLORA ALVAREZ** and **WILFREDO ALVAREZ**, against

defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety

with prejudice, each party to bear its own costs.


Maria D. Tejeder, Esq.                   Stephen G. Strauss
Martinez, Manglardi, Diez-Arguelles      Bryan Cave LLP
  & Tejedor                              211 N. Broadway, Suite 3600
540 N. Semoran Blvd.                     St. Louis, MO 63102
Orlando, FL 32807                        (314) 259-2000 Tel
407-381-4123                             (314) 259-2020 Fax
FBN: 0095834

                                         Phillip A. Wittmann
                                         Dorothy H. Wimberly
                                         Stone Pigman Walther
                                         Wittmann LLC
                                         546 Carondelet Street
                                         New Orleans, LA 70130
                                         (504) 581-3200 Tel
                                         (504) 581-3361 Fax

Dated: 8/18/08                           Attorneys for Merck & Co., Inc.

                                         Dated: 3-25-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.