MINUTE ENTRY
FALLON, J.
MARCH 26, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS          CIVIL ACTION
       LIABILITY LITIGATION

                               NO.  05-MD-1657

                               SECTION: L

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances:   James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
                 Douglas Plymale, Esq., Justin Bloom, Esq., Elizabeth Cabraser, Esq. For
                 State of Louisiana
                 Tarek Ismail, Esq., Travis Sales, Esq., Scott Voelz, Esq. For Merck

---

<u>Daubert Motions</u>

1.  Plaintiff's Motion to Strike Expert Report Or In The Alternative To Exclude Expert Testimony re: Eiswirth (Rec. Doc. No. 34889) - DENIED.

2.  Plaintiff's Motion to Strike ,or in the alternative, Motion to Exclude The Expert Report And Testimony Of Steven Wiggins (Rec. Doc. No. 34890) - DENIED.

3.  Plaintiff's Motion to Exclude Certain Opinion Testimony of Merck's Expert Jerry Wells (Rec. Doc. No. 34891) - DENIED.

4.  Plaintiff's Motion to Exclude re: "Personal Experience" experts (Rec. Doc. No. 34892) - DENIED.

JS10:    2:00

In Re: Vioxx - MDL 1657                                                                     Page 2
Ref: State of LA v. Merck 05-3700 - L                                            March 26, 2010

5.  Plaintiff's Motion to Exclude Certain Opinion Testimony of Merck's Experts Concerning the Relative Safety and Efficacy of Vioxx Compared to Other Medications (Rec. Doc. No. 34895) - DENIED.

6.  Merck's Motion to Exclude The Testimony of Jeffrey E. Harris, M.D., PhD (Rec. Doc. No. 34880) - DENIED.

7.  Merck's Motion to Exclude the Testimony of David Y. Graham, MD (Rec. Doc. No. 34881) - DENIED.

8.  Merck's Motion to Exclude Testimony of John S. Macgregor (Rec. Doc. No. 35781) SEALED
    Argument -  DENIED.

9.  Merck's Motion to Exclude Testimony of Neil L. Julie (Rec. Doc. No. 35788) SEALED - DENIED.

10.  Merck's Motion to Exclude Testimony of Jerry Avorn (Rec. Doc. No. 35797) SEALED - DENIED.

11.  Merck's Motion to Exclude Testimony of John David Abramson (Rec. Doc. No. 35798) - SEALED - Argument - DENIED.

12.  Merck's Motion to Exclude Testimony of Terry D. Leach (Rec. Doc. No. 35799) - SEALED - Argument - RULING RESERVED.

13.  Merck's Motion to Exclude Testimony of Richard A. Kronmal (Rec. Doc. No. 35800) SEALED - Argument - DENIED.

14.  Merck's Motion to Exclude Testimony of Cornelia Pechmann (Rec. Doc. No. 35846) SEALED - GRANTED IN PART; DENIED IN PART for oral reasons given.

Motions In Limine

1.  Merck's First Motion in Limine to Exclude Evidence or Argument Criticizing the FDA or its Approval of Vioxx (Rec. Doc. No. 36610) - SEALED - Argument - DENIED.

2.  Merck's Second Motion in Limine to Exclude Evidence and Argument Regarding Hypothetical and Speculative Scenarios (Rec. Doc. No. 36611) - SEALED - DENIED.

3.  Merck's Third Motion in Limine to Exclude Evidence and Argument regarding Unrelated Marketing and Promotional Materials (Rec. Doc. No. 36612) - SEALED - DENIED.

In Re: Vioxx - MDL 1657                                                                                         Page 3
Ref: State of LA v. Merck 05-3700 - L                                                      March 26, 2010

4.  Merck's Fourth Motion to Exclude Evidence or Argument Regarding Merck's Alleged Attempts to Persuade Louisiana Officials Not to Enact Legislation that Created the Preferred Drug List (Rec. Doc. No. 36619) - SEALED - DENIED.

5.  Merck's Fifth Motion to Exclude Testimony or Argument that Merck should have Changed the Vioxx Label Prior to April, 2002 (Rec. Doc. No. 36623) - SEALED - Argument - DENIED.

6.  Merck's Sixth Motion in Limine to Excluded Evidence or Argument about Merck's Alleged Conduct with No Nexus to this case (Rec. Doc. No. 35574) - DENIED as written.

7.  Merck's Seventh Motion in Limine to Exclude the Fries Letter (Rec. Doc. No. 35566) - Argument - GRANTED.

8.  Merck's Eighth Motion in Limine to Exclude Evidence or Argument About Merck's Profits, Financial Status, and Alleged "Profit Motive" Relating to Vioxx (Rec. Doc. No. 35548) - Argument - GRANTED IN PART; DENIED IN PART.

9.  Merck's Ninth Motion in Limine to Exclude Evidence of and Reference to Post Marketing Adverse Event Reports (Rec. Doc. No. 35569) - DENIED.

10.  Merck's Tenth Motion in Limine to Exclude Evidence or Argument about Dr. David J. Graham's Excess Events Calculations (Rec. Doc. No. 35571) - DENIED.

11.  Merck's Eleventh Motion in Limine to Exclude Evidence or Argument regarding All-Cause Mortality Rate Data From Alzheimer's Disease Clinical trials (Rec. Doc. No. 36688) - SEALED - DENIED.

12.  Merck's Twelfth Motion in Limine to Exclude Testimony or Argument Regarding Reports Prepared by Nicholas Jewell (Rec. Doc. No. 35549) - GRANTED IN PART; DENIED IN PART for oral reasons given.

13.  Merck's Thirteenth Motion in Limine to Exclude Evidence or Argument that Merck Misled the Food and Drug Administration (Rec. Doc. No. 35573) - DENIED.

14.  Merck's Fourteenth Motion in Limine to Exclude the Waxman Memo and the Martin Report (Rec. Doc. 35561) - MOOT as to the Martin Report; GRANTED as to the Waxman Memo.

15.  Merck's Omnibus Motion for Order Excluding Evidence and Testimony Raised by Motions Previously Denied by the Court (Rec. Doc. No. 36651) - Argument - DENIED except as to Dr. Topol on which RULING IS RESERVED.

In Re: Vioxx - MDL 1657                                                                                       Page 4
Ref: State of LA v. Merck 05-3700 - L                                                                 March 26, 2010

16. Plaintiff's Motion in Limine to Adopt and Incorporate Prior Motions in Limine ( Rec. Doc. No. 35877)

    A. Subsections: 1, 8, 14 & 18
        Plaintiff's Motion in Limine Regarding the April 6, 2005 FDA Staff Memorandum Addressing Analysis and Recommendations for Agency Action - DENIED.

    B. Subsections: 2, 12, 17
        Plaintiff's Motion in Limine Concerning Evidence or Argument that Merck Employees, Former Employees, or their Family Members took Vioxx - Argument - GRANTED.

    C. Subsections: 3, 9
        Plaintiff's Motion in Limine to Preclude Merck Witnesses from Testifying About the Annual Number of Deaths Attributable to NSAID Gastrointestinal Toxicity without Appropriate Qualifications and Scientific Support - DENIED.

    D. Subsection: 4
        Plaintiff's Motion in Limine to Exclude Evidence of Discussion Concerning Defendant's Reputation and/or "Good Acts" - GRANTED with the understanding it can be used to rehabilitate or impeach.

    E. Subsection: 5
        Plaintiff's Motion in Limine to Preclude Merck From Arguing that FDA Regulations Prohibited the Company From Making Label Changes without Prior Agency Approval - DENIED.

    F. Subsection: 6
        Plaintiff's Motion in Limine to Exclude Evidence Regarding the Number of Heart Attacks in the United States of America - DENIED.

    G. Subsections: 7, 11, 13
        Plaintiff's Motion in Limine to Preclude Merck Employee and Former Employee Witnesses from Offering Opinion Testimony and Expert Opinions - GRANTED IN PART; DENIED IN PART.

    H. Subsection: 10
        Plaintiff's Motion in Limine Regarding the Martin Report - MOOT.

In Re: Vioxx - MDL 1657 Page 5
Ref: State of LA v. Merck 05-3700 - L March 26, 2010

    I.  Subsection: 15
        Plaintiff's Motion in Limine to Preclude Defendant Merck from Offering any Testimony or Argument re: the Preamble to 71 FR 3922001 and any Statement by the FDA Regarding Preemption - GRANTED.

    J.  Subsection: 16
        Plaintiff's Motion in Limine to Exclude Evidence, Testimony, or Argument that Vioxx is a Potential Cure for Cancer - GRANTED.