Monday 15th 2010

Clerks Office
Pro Se                10-873 L(3)
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

Inreguards to the Law suit that I filed... just a few lines to say the attorney that I paid to write the complaint for me, well I don't think that it was right for him to just put a figure on the law suit, without him asking me first. The Attorney just put in Acess of 1 million dollars plus my cost. If I could chang that figure... I would put on it in Axcess of 10 million (ten million dollars. That medication Vioxx messed me up for life, plus my cost and champa VA, Medicaide, & medicare... Doctors too. I hope you can take this in Consideration.

Thank you
Dorothy A. Griffin

P.S. And Hospitals.   452 Stoneridge Drive
                      Flint, Texas 75762
                      Hm.# 903-956-0224
                      cell # 903-277-4606

TENDERED FOR FILING
MAR 22 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Willy A Griffin
253 Stonebridge Dr
Flint, Texas 75762

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130