

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Dearlead Knotts**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dearlead Knotts. IT IS ORDERED that the correspondence be entered into the record UNDER SEAL as it contains personal medical information of the Plaintiff. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action they deem necessary.

New Orleans, Louisiana, this 19th day of March, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dearlead Knotts
7207 Terra Cotta Road
San Diego, CA 92114

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1