# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| **Products Liability Litigation** | * | |
| | * | **SECTION L** |
| **This Document Relates to:** | * | |
| | * | **JUDGE FALLON** |
| **STATE OF LOUISIANA,** *ex rel.* | * | |
| **JAMES D. CALDWELL, JR.,** | * | |
| **Attorney General,** | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| **Plaintiff,** | * | |
| | * | |
| **versus** | * | |
| | * | |
| **MERCK & CO., INC.** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| **Case No. 05-3700** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***\* \* \* \***

## DEFENDANT MERCK & CO., INC.'S  DEPOSITION DESIGNATIONS

Defendant Merck & Co., Inc. ("Defendant") hereby submits the following list of depositions, and designated page and line numbers, which Defendant may read into evidence at trial.  *See* Defendant's deposition designations, attached as Tab 1.

Defendant reserves the right to amend their deposition designations based on the Court's evidentiary rulings before and during trial.  Defendant's inclusion of any testimony in their designations should not be construed as an admission that such testimony is admissible if offered by Plaintiff, and Defendant reserves the right to object to any attempt by Plaintiff to introduce

testimony included in Defendant's deposition designations.   Defendant further reserves the right to remove any testimony it designates.

Defendant reserves the right to amend their deposition designations after reviewing Plaintiff's designations and exhibit list.  Finally, Defendant reserves the right to use any of Plaintiff's designations.

**<u>List of Depositions</u>**

Ben Bearden (taken 10/12/09)

Gina Biglane (taken 10/28/09)

Castille, Charles (taken 12/10/09)

Raymond Gilmartin (taken 6/17/05)

David Hood (taken 2/8/10)

Peter Kim (taken 6/8/05)

Loren Laine (taken 2/2/10)

Alan Nies (taken 4/1/05)

Valerie Taylor (taken 1/15/10)

Mary Terrebonne (taken 11/9/09)

Respectfully submitted,

*/s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

TAB 1

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 10 | 10 | 11 | |
| 17 | 2 | 18 | 1 | |
| 19 | 11 | 19 | 15 | |
| 21 | 11 | 23 | 12 | |
| 25 | 7 | 25 | 15 | |
| 37 | 17 | 39 | 19 | |
| 39 | 23 | 40 | 11 | |
| 40 | 17 | 41 | 24 | |
| 42 | 11 | 42 | 15 | |
| 43 | 6 | 46 | 21 | |
| 47 | 18 | 49 | 10 | |
| 49 | 18 | 50 | 10 | |
| 51 | 8 | 51 | 19 | |
| 54 | 6 | 54 | 20 | |
| 56 | 14 | 56 | 19 | |
| 58 | 3 | 59 | 8 | |
| 60 | 6 | 62 | 5 | |
| 62 | 21 | 63 | 6 | |
| 70 | 13 | 70 | 21 | |
| 73 | 23 | 74 | 7 | |
| 76 | 7 | 77 | 7 | |
| 77 | 17 | 79 | 18 | |
| 79 | 22 | 79 | 22 | |
| 80 | 20 | 80 | 23 | |
| 81 | 3 | 81 | 3 | |
| 81 | 9 | 84 | 7 | |
| 85 | 22 | 86 | 8 | |
| 87 | 6 | 87 | 22 | |
| 90 | 15 | 90 | 23 | |
| 91 | 15 | 92 | 10 | |
| 93 | 5 | 93 | 23 | |
| 94 | 18 | 95 | 9 | |
| 95 | 17 | 96 | 10 | |
| 107 | 3 | 107 | 20 | |
| 112 | 4 | 113 | 15 | Starting at "At" |
| 116 | 15 | 117 | 10 | |
| 123 | 21 | 124 | 3 | |
| 124 | 20 | 125 | 5 | |
| 125 | 19 | 126 | 6 | |
| 129 | 8 | 131 | 3 | |
| 136 | 14 | 137 | 6 | |

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 137 | 16 | 138 | 19 | |
| 139 | 8 | 139 | 13 | |
| 139 | 24 | 142 | 20 | |
| 143 | 5 | 144 | 12 | |
| 146 | 5 | 146 | 19 | |
| 147 | 14 | 147 | 16 | |
| 147 | 20 | 147 | 24 | |
| 148 | 3 | 148 | 7 | |
| 148 | 16 | 149 | 18 | |
| 150 | 18 | 152 | 24 | |
| 155 | 11 | 155 | 14 | |
| 155 | 19 | 155 | 20 | |
| 156 | 7 | 156 | 11 | |
| 156 | 24 | 157 | 3 | |
| 157 | 7 | 157 | 20 | |
| 158 | 6 | 159 | 17 | |
| 160 | 5 | 161 | 10 | |
| 171 | 5 | 171 | 9 | |
| 171 | 13 | 171 | 20 | |
| 171 | 24 | 172 | 4 | |
| 172 | 14 | 173 | 15 | |
| 175 | 23 | 176 | 18 | |
| 176 | 24 | 177 | 5 | |
| 177 | 9 | 179 | 12 | |
| 182 | 8 | 182 | 11 | |
| 183 | 6 | 183 | 22 | |
| 184 | 1 | 184 | 7 | |
| 185 | 10 | 185 | 14 | |
| 187 | 5 | 187 | 10 | |
| 187 | 16 | 187 | 20 | |
| 190 | 24 | 191 | 4 | |
| 191 | 13 | 191 | 17 | |
| 193 | 5 | 193 | 16 | |
| 194 | 4 | 196 | 4 | |
| 196 | 23 | 197 | 5 | |
| 199 | 24 | 201 | 12 | |
| 202 | 1 | 203 | 11 | |
| 203 | 15 | 203 | 20 | |
| 204 | 13 | 205 | 7 | |
| 205 | 9 | 205 | 17 | |
| 207 | 15 | 207 | 22 | |

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 208 | 3 | 209 | 11 | |
| 212 | 20 | 213 | 4 | |
| 214 | 16 | 214 | 16 | |
| 214 | 20 | 215 | 1 | |
| 215 | 6 | 217 | 1 | |
| 217 | 23 | 218 | 18 | |
| 219 | 3 | 219 | 11 | |
| 223 | 3 | 223 | 11 | |
| 224 | 5 | 225 | 1 | |
| 228 | 21 | 230 | 18 | |
| 231 | 2 | 231 | 13 | |
| 231 | 18 | 231 | 22 | |
| 238 | 6 | 238 | 13 | |
| 239 | 9 | 239 | 21 | |
| 241 | 8 | 242 | 8 | |
| 244 | 8 | 249 | 24 | |

LA AG v. Merck
Defendant's Affirmative Designations
Gina Biglane, 10/28/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 7 | 3 | 7 | 8 | |
| 9 | 17 | 9 | 25 | |
| 10 | 9 | 10 | 20 | |
| 11 | 15 | 11 | 24 | |
| 13 | 18 | 14 | 4 | |
| 14 | 18 | 14 | 22 | |
| 16 | 25 | 18 | 20 | |
| 23 | 4 | 23 | 14 | |
| 23 | 19 | 24 | 7 | |
| 26 | 24 | 27 | 7 | |
| 29 | 3 | 29 | 9 | |
| 31 | 2 | 31 | 18 | |
| 38 | 12 | 39 | 9 | |
| 40 | 4 | 40 | 13 | |
| 41 | 2 | 41 | 23 | |
| 43 | 24 | 44 | 10 | |
| 48 | 24 | 49 | 10 | |
| 54 | 20 | 55 | 5 | |
| 58 | 10 | 59 | 11 | |
| 59 | 25 | 60 | 22 | |
| 62 | 10 | 63 | 12 | |
| 65 | 15 | 65 | 22 | |
| 69 | 4 | 69 | 23 | |
| 70 | 18 | 70 | 23 | |
| 71 | 2 | 71 | 11 | |
| 71 | 18 | 71 | 22 | |
| 72 | 12 | 72 | 17 | |
| 73 | 15 | 73 | 24 | |
| 77 | 13 | 77 | 21 | |
| 78 | 14 | 78 | 24 | |
| 79 | 15 | 80 | 4 | |
| 84 | 8 | 84 | 17 | |
| 85 | 2 | 85 | 5 | |
| 91 | 23 | 92 | 4 | |
| 93 | 16 | 94 | 14 | |
| 99 | 13 | 101 | 3 | |
| 101 | 6 | 101 | 13 | |
| 110 | 22 | 110 | 25 | |
| 111 | 1 | 111 | 8 | |
| 111 | 12 | 111 | 16 | |
| 111 | 19 | 111 | 25 | |

LA AG v. Merck
Defendant's Affirmative Designations
Gina Biglane, 10/28/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 112 | 7 | 112 | 13 | |
| 115 | 8 | 115 | 18 | |
| 118 | 7 | 118 | 9 | |
| 118 | 11 | 118 | 14 | |
| 119 | 5 | 119 | 6 | |
| 119 | 8 | 119 | 17 | |

LA AG v. Merck
Defendant's Affirmative Designations
Charles Castille, 12/10/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 9 | 23 | 10 | 2 | |
| 10 | 9 | 10 | 13 | |
| 12 | 16 | 13 | 1 | |
| 18 | 1 | 18 | 23 | |
| 19 | 4 | 20 | 11 | |
| 20 | 25 | 21 | 6 | |
| 21 | 24 | 22 | 15 | |
| 23 | 13 | 23 | 17 | |
| 25 | 2 | 25 | 8 | |
| 26 | 11 | 26 | 15 | |
| 27 | 20 | 28 | 4 | |
| 28 | 15 | 31 | 6 | |
| 32 | 20 | 34 | 14 | |
| 35 | 2 | 35 | 8 | |
| 35 | 14 | 36 | 4 | |
| 37 | 4 | 39 | 4 | |
| 39 | 12 | 39 | 18 | |
| 40 | 10 | 40 | 16 | |
| 40 | 21 | 41 | 21 | |
| 43 | 20 | 45 | 20 | |
| 45 | 24 | 45 | 24 | |
| 46 | 1 | 46 | 4 | |
| 46 | 12 | 46 | 14 | |
| 47 | 8 | 49 | 2 | |
| 49 | 6 | 49 | 13 | |
| 50 | 5 | 53 | 3 | |
| 53 | 7 | 53 | 22 | |
| 54 | 1 | 54 | 11 | |
| 54 | 15 | 57 | 21 | |
| 58 | 21 | 59 | 22 | |
| 60 | 22 | 61 | 21 | |
| 62 | 5 | 63 | 9 | |
| 63 | 13 | 64 | 18 | |
| 64 | 23 | 65 | 3 | |
| 65 | 7 | 67 | 10 | |
| 67 | 14 | 68 | 14 | |
| 68 | 25 | 69 | 10 | |
| 69 | 14 | 69 | 22 | |
| 70 | 7 | 70 | 21 | |
| 70 | 25 | 71 | 5 | |
| 73 | 6 | 73 | 8 | |

LA AG v. Merck
Defendant's Affirmative Designations
Charles Castille, 12/10/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 73 | 12 | 73 | 19 | |
| 74 | 15 | 76 | 24 | |
| 77 | 4 | 77 | 7 | |
| 77 | 11 | 77 | 16 | |
| 77 | 23 | 78 | 21 | |
| 78 | 25 | 80 | 8 | |
| 80 | 11 | 80 | 23 | |
| 81 | 25 | 83 | 9 | |
| 83 | 14 | 83 | 22 | |
| 89 | 1 | 89 | 21 | |
| 89 | 25 | 91 | 13 | |
| 91 | 17 | 91 | 17 | |
| 91 | 21 | 93 | 4 | |
| 93 | 8 | 93 | 11 | |
| 94 | 1 | 94 | 22 | |
| 95 | 18 | 98 | 25 | |
| 99 | 11 | 100 | 2 | |
| 100 | 10 | 100 | 17 | |
| 105 | 4 | 105 | 23 | |
| 106 | 2 | 106 | 5 | |
| 106 | 9 | 106 | 9 | |
| 106 | 11 | 106 | 13 | |
| 106 | 16 | 106 | 19 | |
| 108 | 9 | 108 | 17 | |
| 108 | 24 | 108 | 24 | |

LA AG v. Merck
Defendant's Affirmative Designations
Raymond Gilmartin, 6/17/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 861 | 13 | 862 | 20 | |
| 863 | 22 | 865 | 18 | |
| 866 | 22 | 875 | 16 | |
| 876 | 21 | 876 | 23 | |
| 876 | 25 | 877 | 6 | |
| 884 | 12 | 884 | 21 | |
| 884 | 24 | 885 | 1 | |
| 885 | 13 | 885 | 15 | |
| 885 | 17 | 886 | 7 | |
| 886 | 11 | 886 | 13 | |
| 886 | 15 | 887 | 12 | |
| 887 | 21 | 889 | 21 | |
| 890 | 1 | 890 | 13 | |
| 890 | 15 | 890 | 18 | |
| 890 | 20 | 890 | 22 | |
| 890 | 24 | 891 | 5 | |
| 891 | 9 | 891 | 11 | |
| 891 | 13 | 891 | 19 | |
| 891 | 21 | 891 | 25 | |
| 892 | 2 | 893 | 23 | |
| 893 | 25 | 895 | 1 | |
| 895 | 3 | 895 | 15 | |
| 896 | 11 | 897 | 8 | |
| 897 | 11 | 897 | 22 | |
| 898 | 1 | 898 | 5 | |
| 898 | 8 | 898 | 14 | |
| 898 | 16 | 899 | 4 | |
| 904 | 9 | 904 | 10 | |
| 904 | 12 | 904 | 14 | |
| 904 | 16 | 907 | 7 | |
| 908 | 21 | 909 | 8 | |
| 909 | 10 | 910 | 24 | |
| 911 | 3 | 913 | 11 | |
| 913 | 13 | 914 | 5 | |
| 914 | 13 | 915 | 10 | |
| 916 | 13 | 916 | 24 | |
| 917 | 1 | 918 | 6 | |
| 918 | 10 | 920 | 4 | |

LA AG v. Merck
Defendant's Affirmative Designations
David Hood, 2/8/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 8 | 11 | 8 | 12 | |
| 19 | 17 | 19 | 19 | |
| 19 | 23 | 20 | 10 | |
| 20 | 14 | 21 | 8 | |
| 22 | 17 | 23 | 7 | |
| 23 | 13 | 23 | 19 | |
| 24 | 8 | 24 | 18 | |
| 24 | 21 | 26 | 16 | |
| 26 | 19 | 27 | 1 | |
| 27 | 4 | 27 | 4 | |
| 27 | 11 | 28 | 11 | |
| 29 | 4 | 29 | 9 | |
| 30 | 5 | 30 | 24 | |
| 31 | 4 | 32 | 1 | |
| 33 | 10 | 33 | 15 | |
| 33 | 21 | 33 | 22 | |
| 34 | 13 | 34 | 23 | |
| 35 | 3 | 35 | 4 | |
| 36 | 7 | 36 | 15 | |
| 39 | 12 | 39 | 16 | |
| 42 | 11 | 42 | 15 | |
| 43 | 5 | 44 | 4 | |
| 44 | 7 | 44 | 13 | |
| 44 | 15 | 44 | 19 | |
| 45 | 10 | 45 | 22 | |
| 46 | 3 | 46 | 11 | |
| 46 | 18 | 47 | 2 | |
| 48 | 14 | 48 | 20 | |
| 49 | 20 | 50 | 3 | |
| 50 | 24 | 52 | 2 | |
| 52 | 9 | 52 | 14 | |
| 56 | 8 | 56 | 14 | |
| 57 | 3 | 57 | 6 | |
| 57 | 21 | 58 | 16 | |
| 59 | 6 | 59 | 19 | |
| 59 | 22 | 59 | 22 | |
| 60 | 12 | 60 | 22 | |
| 62 | 20 | 63 | 7 | |
| 66 | 15 | 66 | 23 | |
| 68 | 4 | 68 | 9 | |
| 71 | 24 | 72 | 6 | |

LA AG v. Merck
Defendant's Affirmative Designations
David Hood, 2/8/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 72 | 14 | 74 | 8 | |
| 76 | 7 | 76 | 12 | |
| 76 | 18 | 77 | 2 | |
| 77 | 5 | 77 | 11 | |
| 79 | 20 | 80 | 3 | |
| 82 | 21 | 85 | 11 | |
| 85 | 17 | 87 | 8 | |
| 89 | 23 | 90 | 13 | |
| 92 | 3 | 92 | 10 | |
| 92 | 21 | 93 | 13 | |
| 94 | 10 | 94 | 21 | |
| 95 | 1 | 95 | 2 | |
| 103 | 13 | 103 | 16 | |
| 104 | 4 | 109 | 14 | |
| 111 | 2 | 111 | 7 | |
| 115 | 18 | 116 | 4 | |
| 116 | 22 | 117 | 7 | |
| 117 | 19 | 119 | 12 | |
| 120 | 5 | 120 | 10 | |
| 120 | 16 | 121 | 10 | |
| 121 | 15 | 122 | 9 | |
| 122 | 12 | 122 | 22 | |
| 123 | 6 | 123 | 16 | |
| 124 | 4 | 124 | 11 | |
| 125 | 16 | 126 | 10 | |
| 126 | 16 | 128 | 3 | End after "Right." |
| 133 | 23 | 137 | 13 | |
| 138 | 10 | 138 | 21 | |
| 139 | 1 | 139 | 1 | |
| 140 | 8 | 140 | 20 | |
| 143 | 1 | 147 | 2 | |
| 147 | 10 | 147 | 19 | |
| 148 | 9 | 148 | 13 | |
| 148 | 23 | 149 | 6 | |
| 150 | 1 | 150 | 3 | |
| 150 | 17 | 151 | 2 | |
| 151 | 9 | 152 | 19 | |
| 154 | 21 | 155 | 21 | |
| 155 | 23 | 156 | 8 | |
| 157 | 9 | 157 | 21 | |
| 158 | 15 | 159 | 12 | |

LA AG v. Merck
Defendant's Affirmative Designations
David Hood, 2/8/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 159 | 22 | 160 | 2 | |
| 161 | 15 | 162 | 12 | |
| 162 | 22 | 163 | 13 | |
| 163 | 18 | 164 | 5 | |
| 166 | 24 | 167 | 16 | |
| 167 | 20 | 168 | 2 | |
| 168 | 14 | 168 | 22 | |
| 169 | 3 | 170 | 10 | |
| 170 | 16 | 171 | 10 | |
| 171 | 21 | 174 | 3 | |

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|------------|-----------|----------|----------|-----------|
| 901 | 4 | 902 | 7 | |
| 902 | 9 | 903 | 11 | |
| 903 | 15 | 903 | 15 | |
| 904 | 19 | 903 | 24 | |
| 908 | 16 | 909 | 2 | |
| 909 | 5 | 910 | 15 | |
| 910 | 19 | 911 | 1 | |
| 911 | 17 | 912 | 16 | |
| 913 | 9 | 913 | 24 | |
| 914 | 10 | 914 | 16 | |
| 914 | 20 | 915 | 11 | |
| 916 | 8 | 916 | 17 | |
| 916 | 19 | 916 | 23 | |
| 917 | 22 | 917 | 25 | |
| 919 | 6 | 919 | 8 | |
| 919 | 10 | 920 | 7 | |
| 920 | 9 | 921 | 12 | |
| 922 | 13 | 922 | 17 | |
| 922 | 19 | 924 | 6 | |
| 924 | 8 | 924 | 14 | |
| 924 | 16 | 924 | 20 | |
| 924 | 22 | 925 | 3 | |
| 925 | 5 | 925 | 19 | |
| 925 | 21 | 925 | 24 | |
| 926 | 20 | 926 | 22 | |
| 926 | 25 | 927 | 7 | |
| 927 | 9 | 930 | 8 | |
| 930 | 12 | 931 | 13 | |
| 931 | 19 | 932 | 4 | |
| 932 | 8 | 932 | 8 | |
| 932 | 12 | 934 | 8 | |
| 934 | 10 | 934 | 10 | |
| 934 | 12 | 936 | 21 | |
| 936 | 24 | 939 | 14 | |
| 939 | 19 | 943 | 1 | |
| 943 | 4 | 943 | 7 | |
| 943 | 9 | 943 | 12 | |
| 943 | 15 | 943 | 25 | |
| 944 | 2 | 944 | 4 | |
| 944 | 6 | 944 | 10 | |
| 944 | 12 | 947 | 16 | |

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 948 | 12 | 950 | 4 | |
| 950 | 6 | 950 | 25 | |
| 951 | 4 | 951 | 6 | |
| 951 | 9 | 951 | 16 | |
| 951 | 18 | 951 | 19 | |
| 951 | 23 | 953 | 20 | |
| 953 | 23 | 954 | 19 | |
| 954 | 23 | 957 | 10 | |
| 957 | 17 | 958 | 16 | |
| 958 | 18 | 959 | 11 | |
| 959 | 15 | 959 | 17 | |
| 959 | 20 | 960 | 18 | |
| 960 | 20 | 960 | 22 | |
| 960 | 24 | 961 | 1 | |
| 961 | 3 | 961 | 5 | |
| 961 | 8 | 962 | 17 | |
| 962 | 21 | 962 | 24 | |
| 963 | 21 | 963 | 22 | |
| 963 | 25 | 963 | 25 | |
| 964 | 3 | 964 | 7 | |
| 964 | 9 | 964 | 9 | |
| 964 | 21 | 964 | 22 | |
| 964 | 25 | 965 | 13 | |
| 965 | 18 | 969 | 6 | |
| 969 | 11 | 972 | 5 | |
| 972 | 14 | 973 | 15 | |
| 973 | 17 | 973 | 17 | |
| 973 | 19 | 973 | 22 | |
| 974 | 1 | 975 | 11 | |
| 975 | 18 | 975 | 20 | |
| 975 | 22 | 976 | 23 | |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 142 | 2 | 142 | 3 | |
| 142 | 11 | 142 | 15 | |
| 142 | 21 | 143 | 14 | |
| 143 | 24 | 145 | 14 | |
| 146 | 12 | 150 | 14 | |
| 151 | 9 | 152 | 25 | |
| 153 | 2 | 153 | 6 | |
| 156 | 9 | 156 | 14 | |
| 156 | 17 | 157 | 3 | |
| 157 | 5 | 157 | 10 | |
| 157 | 21 | 157 | 22 | |
| 157 | 24 | 158 | 4 | |
| 158 | 6 | 158 | 17 | |
| 158 | 19 | 159 | 4 | |
| 159 | 6 | 159 | 23 | |
| 160 | 1 | 160 | 9 | |
| 160 | 11 | 160 | 18 | |
| 160 | 20 | 161 | 6 | |
| 161 | 8 | 161 | 16 | |
| 161 | 18 | 161 | 23 | |
| 163 | 20 | 164 | 6 | |
| 164 | 8 | 169 | 11 | |
| 169 | 13 | 169 | 23 | |
| 171 | 15 | 173 | 19 | |
| 173 | 21 | 173 | 22 | |
| 178 | 6 | 178 | 13 | |
| 179 | 21 | 179 | 24 | |
| 180 | 1 | 180 | 8 | |
| 180 | 10 | 180 | 19 | |
| 181 | 2 (If) | 181 | 23 | |
| 181 | 25 | 182 | 11 | |
| 182 | 14 | 182 | 17 | |
| 182 | 19 | 183 | 3 | |
| 183 | 5 | 184 | 9 | |
| 186 | 4 | 187 | 11 | |
| 189 | 12 | 189 | 25 | |
| 190 | 2 | 190 | 20 | |
| 192 | 14 | 193 | 1 | |
| 194 | 1 | 194 | 20 | |
| 195 | 2 | 196 | 3 | |
| 196 | 5 | 196 | 11 | |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 196 | 13 | 196 | 15 | |
| 196 | 17 | 196 | 18 | |
| 197 | 13 | 200 | 4 | |
| 206 | 10 | 210 | 10 | |
| 212 | 19 | 212 | 21 | |
| 213 | 2 | 213 | 5 | |
| 213 | 10 | 213 | 17 | |
| 213 | 19 | 213 | 23 | |
| 213 | 25 | 214 | 20 | |
| 216 | 20 | 217 | 13 | |
| 217 | 15 | 218 | 2 | |
| 218 | 4 | 218 | 16 | |
| 218 | 18 | 219 | 1 | |
| 219 | 3 | 219 | 15 | |
| 220 | 2 | 222 | 1 | |
| 225 | 13 | 225 | 17 | |
| 225 | 19 | 225 | 20 | |
| 233 | 10 | 234 | 7 | |
| 234 | 9 | 234 | 13 | |
| 234 | 15 | 234 | 18 | |
| 234 | 20 | 235 | 2 | |
| 235 | 4 | 235 | 13 | |
| 235 | 15 | 235 | 22 | |
| 235 | 24 | 236 | 5 | |
| 236 | 7 | 236 | 12 | |
| 236 | 14 | 236 | 16 | |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 364 | 16 | 366 | 12 | |
| 366 | 16 | 377 | 5 | |
| 377 | 8 | 377 | 12 | |
| 377 | 16 | 378 | 4 | |
| 378 | 7 | 378 | 17 | |
| 378 | 19 | 394 | 20 | |
| 394 | 25 | 398 | 23 | |
| 399 | 3 | 399 | 5 | |
| 399 | 10 | 400 | 14 | |
| 401 | 10 | 401 | 18 | |
| 401 | 20 | 401 | 24 | |
| 402 | 1 | 403 | 12 | |
| 403 | 15 | 403 | 21 | |
| 404 | 4 | 413 | 1 | |
| 413 | 4 | 413 | 22 | |
| 414 | 1 | 414 | 11 | |
| 414 | 15 | 416 | 17 | |
| 416 | 23 | 417 | 9 | |
| 417 | 15 | 417 | 23 | |
| 418 | 1 | 418 | 12 | |
| 418 | 16 | 418 | 25 | |
| 419 | 6 | 419 | 7 | |
| 419 | 9 | 419 | 17 | |
| 420 | 4 | 420 | 20 | |
| 420 | 24 | 421 | 2 | |
| 421 | 4 | 421 | 4 | |
| 423 | 16 | 425 | 2 | |
| 425 | 5 | 425 | 8 | |
| 430 | 24 | 433 | 5 | |
| 433 | 7 | 434 | 17 | |
| 434 | 20 | 434 | 22 | |
| 434 | 24 | 435 | 1 | |
| 435 | 3 | 435 | 22 | |
| 436 | 2 | 437 | 4 | |
| 437 | 9 | 439 | 14 | |
| 439 | 21 | 439 | 22 | |
| 439 | 24 | 443 | 9 | |
| 443 | 12 | 444 | 5 | |
| 444 | 8 | 445 | 19 | |
| 445 | 22 | 445 | 22 | |
| 445 | 24 | 445 | 25 | |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 446 | 2 | 446 | 2 | |
| 446 | 5 | 448 | 3 | |
| 448 | 9 | 448 | 9 | |
| 448 | 11 | 448 | 11 | |
| 448 | 16 | 448 | 23 | |
| 448 | 25 | 449 | 2 | |
| 449 | 5 | 449 | 12 | |
| 449 | 15 | 450 | 22 | |
| 451 | 11 | 453 | 3 | |
| 453 | 7 | 454 | 1 | |
| 454 | 9 | 454 | 10 | |
| 454 | 14 | 456 | 18 | |
| 457 | 1 | 457 | 21 | |
| 457 | 25 | 458 | 2 | |
| 458 | 7 | 458 | 21 | |
| 459 | 4 | 459 | 21 | |
| 459 | 24 | 460 | 2 | |
| 460 | 4 | 460 | 10 | |
| 460 | 15 | 461 | 25 | |
| 462 | 7 | 462 | 20 | |
| 462 | 24 | 463 | 7 | |
| 463 | 10 | 463 | 11 | |
| 463 | 13 | 463 | 17 | |
| 463 | 19 | 464 | 13 | |
| 464 | 17 | 464 | 22 | |
| 465 | 9 | 466 | 5 | |
| 466 | 8 | 466 | 15 | |
| 466 | 22 | 468 | 23 | |
| 469 | 1 | 469 | 2 | |
| 469 | 4 | 469 | 5 | |
| 469 | 8 | 469 | 9 | |
| 469 | 11 | 470 | 5 | |
| 470 | 7 | 470 | 14 | |
| 470 | 16 | 471 | 11 | |
| 471 | 14 | 474 | 12 | |
| 474 | 15 | 475 | 6 | |
| 475 | 24 | 476 | 19 | |
| 476 | 24 | 477 | 6 | |
| 482 | 12 | 484 | 13 | |
| 485 | 8 | 485 | 18 | |
| 485 | 21 | 485 | 23 | |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 486 | 1 | 487 | 12 | |
| 487 | 15 | 487 | 20 | |
| 487 | 23 | 488 | 4 | |
| 488 | 11 | 488 | 14 | |

LA AG v. Merck
Defendant's Affirmative Designations
Valerie Taylor, 1/1/5/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|------------|-----------|----------|----------|-----------|
| 5 | 23 | 5 | 25 | |
| 6 | 15 | 6 | 16 | |
| 6 | 20 | 6 | 23 | |
| 7 | 1 | 8 | 11 | |
| 8 | 23 | 10 | 25 | |
| 11 | 12 | 12 | 25 | |
| 13 | 10 | 13 | 22 | |
| 14 | 10 | 14 | 24 | |
| 15 | 8 | 15 | 18 | |
| 16 | 9 | 16 | 17 | |
| 18 | 2 | 18 | 5 | |
| 18 | 11 | 18 | 13 | |
| 19 | 8 | 19 | 14 | |
| 19 | 24 | 20 | 5 | |
| 24 | 7 | 24 | 19 | |
| 25 | 1 | 25 | 6 | |
| 25 | 24 | 26 | 20 | |
| 27 | 9 | 28 | 7 | |
| 28 | 15 | 29 | 14 | |
| 31 | 21 | 32 | 17 | |
| 35 | 5 | 35 | 14 | |
| 35 | 24 | 36 | 2 | |
| 36 | 12 | 37 | 9 | |
| 38 | 9 | 38 | 16 | |
| 38 | 20 | 39 | 9 | |
| 40 | 7 | 42 | 13 | |
| 43 | 4 | 43 | 14 | |
| 43 | 19 | 44 | 12 | |
| 44 | 22 | 45 | 12 | |
| 45 | 21 | 46 | 11 | |
| 47 | 13 | 47 | 18 | |
| 48 | 1 | 48 | 11 | |
| 48 | 22 | 49 | 8 | |
| 52 | 17 | 53 | 5 | |
| 54 | 11 | 54 | 24 | |
| 56 | 7 | 56 | 21 | |
| 57 | 3 | 57 | 10 | |
| 58 | 1 | 58 | 25 | |
| 60 | 15 | 60 | 22 | |
| 61 | 5 | 61 | 15 | |
| 63 | 2 | 63 | 12 | |

LA AG v. Merck
Defendant's Affirmative Designations
Valerie Taylor, 1/1/5/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 63 | 16 | 63 | 19 | |
| 64 | 3 | 64 | 19 | |
| 66 | 10 | 66 | 12 | |
| 66 | 15 | 67 | 3 | |
| 67 | 14 | 68 | 3 | |
| 68 | 13 | 68 | 19 | |
| 71 | 6 | 71 | 14 | |
| 74 | 24 | 75 | 18 | |
| 75 | 22 | 76 | 4 | |
| 76 | 16 | 77 | 9 | |
| 77 | 13 | 77 | 15 | |
| 77 | 19 | 78 | 21 | |
| 79 | 2 | 79 | 16 | |
| 79 | 25 | 80 | 10 | |
| 81 | 21 | 82 | 6 | |
| 82 | 18 | 83 | 6 | |
| 83 | 10 | 83 | 19 | |
| 84 | 13 | 84 | 16 | |
| 84 | 19 | 84 | 22 | |
| 85 | 4 | 85 | 8 | |
| 87 | 6 | 88 | 3 | |
| 88 | 20 | 88 | 25 | |
| 89 | 25 | 90 | 20 | |
| 94 | 5 | 94 | 10 | |
| 96 | 8 | 98 | 2 | |
| 102 | 10 | 103 | 5 | |
| 103 | 8 | 103 | 10 | |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 6 | 10 | 9 | |
| 15 | 4 | 16 | 4 | |
| 16 | 23 | 17 | 3 | |
| 17 | 15 | 20 | 8 | |
| 20 | 19 | 20 | 21 | |
| 24 | 17 | 24 | 25 | |
| 25 | 12 | 26 | 20 | |
| 29 | 12 | 33 | 5 | |
| 33 | 18 | 34 | 13 | |
| 34 | 23 | 35 | 24 | |
| 36 | 20 | 37 | 24 | |
| 39 | 4 | 39 | 9 | |
| 39 | 13 | 39 | 15 | |
| 40 | 15 | 42 | 7 | |
| 42 | 16 | 43 | 2 | |
| 43 | 5 | 44 | 21 | |
| 45 | 9 | 46 | 25 | |
| 47 | 21 | 48 | 18 | |
| 49 | 16 | 50 | 21 | |
| 55 | 22 | 56 | 5 | |
| 56 | 9 | 56 | 25 | |
| 57 | 6 | 57 | 17 | |
| 59 | 20 | 60 | 8 | |
| 61 | 21 | 61 | 25 | |
| 62 | 5 | 62 | 22 | |
| 65 | 21 | 66 | 6 | |
| 66 | 17 | 67 | 25 | |
| 69 | 24 | 70 | 4 | |
| 70 | 8 | 70 | 15 | |
| 74 | 5 | 75 | 4 | |
| 81 | 19 | 81 | 25 | |
| 82 | 8 | 82 | 20 | |
| 83 | 5 | 83 | 11 | |
| 84 | 14 | 86 | 11 | |
| 86 | 15 | 87 | 10 | |
| 87 | 15 | 87 | 21 | |
| 87 | 25 | 90 | 4 | |
| 96 | 19 | 99 | 12 | |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 100 | 12 | 100 | 15 | |
| 101 | 5 | 102 | 22 | |
| 103 | 4 | 104 | 4 | |
| 104 | 10 | 104 | 14 | |
| 104 | 22 | 107 | 10 | |
| 108 | 22 | 108 | 24 | |
| 109 | 10 | 110 | 15 | |
| 112 | 5 | 112 | 9 | |
| 112 | 13 | 113 | 2 | |
| 113 | 15 | 115 | 4 | |
| 115 | 8 | 115 | 10 | |
| 115 | 14 | 115 | 24 | |
| 116 | 3 | 116 | 23 | |
| 117 | 2 | 117 | 7 | |
| 117 | 16 | 118 | 23 | |
| 119 | 2 | 119 | 10 | |
| 122 | 23 | 123 | 2 | |
| 123 | 6 | 123 | 20 | |
| 123 | 24 | 124 | 24 | |
| 125 | 6 | 126 | 5 | |
| 126 | 25 | 128 | 10 | |
| 128 | 17 | 129 | 10 | |
| 129 | 14 | 129 | 19 | |
| 130 | 3 | 131 | 23 | |
| 132 | 15 | 132 | 24 | |
| 137 | 11 | 139 | 23 | |
| 140 | 11 | 140 | 23 | |
| 141 | 2 | 141 | 21 | |
| 144 | 2 | 144 | 18 | |
| 145 | 7 | 146 | 14 | |
| 147 | 1 | 147 | 6 | |
| 147 | 10 | 147 | 14 | |
| 147 | 20 | 148 | 22 | |
| 150 | 8 | 150 | 10 | |
| 151 | 17 | 151 | 20 | |
| 152 | 3 | 152 | 15 | |
| 153 | 22 | 154 | 10 | |
| 154 | 15 | 154 | 18 | |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 154 | 22 | 154 | 22 | |
| 155 | 7 | 155 | 21 | |
| 156 | 4 | 156 | 19 | |
| 158 | 22 | 159 | 6 | |
| 160 | 24 | 161 | 8 | |
| 163 | 11 | 163 | 16 | |
| 163 | 20 | 164 | 14 | |
| 172 | 5 | 172 | 12 | |