UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
|      Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE FALLON |
|     STATE OF LOUISIANA, *ex rel.* | * | |
|     JAMES D. CALDWELL, JR., | * | |
|       Attorney General, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|       Plaintiff, | * | |
| | * | |
|     versus | * | |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|       Defendant. | * | |
| | * | |
| | * | |
| Case No. 05-3700 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * | | |

### DEFENDANT MERCK & CO., INC.'S COUNTER-DEPOSITION DESIGNATIONS

Defendant Merck Sharp & Dohme Corp. ("Defendant") hereby serves its Counter-Designations to Plaintiff's affirmative deposition designations. *See* Defendant's Counter-Designations, attached as Tab 1.

Defendant reserves the right to supplement or amend its Counter-Designations based upon any ruling of the Court or any other court decision that affect the scope of evidence in this trial, including rulings on its motions *in limine* or *Daubert* motions. Defendant reserves the right to also counter designate any testimony designated by Plaintiff in the event it is not offered by

1011884v.1

Plaintiff. To the extent Plaintiff served Merck counters previously designated in this MDL, Merck hereby incorporates those previous counters and does not identify them again in the attached. Further, Defendant's previously served affirmative designations should be considered counter designations where appropriate.

Defendant also reserves the right to make additional completeness designations upon receipt of any Plaintiffs final designations or counter-designations. Defendant does not waive its right to object to and/or move to exclude any documents or testimony that Plaintiff may offer at trial. Defendant reserves all such rights.

By counter-designating testimony in response to Plaintiff's otherwise objectionable designations, Defendant does not intend to waive any of its objections to deposition testimony, exhibits, or other evidence or argument. Defendant's inclusion of any testimony in their counter designations should not be construed as an admission that such testimony is admissible if offered by Plaintiff, and Defendant reserves the right to object to any attempt by Plaintiff to introduce testimony included in Defendant's counter deposition designations. Defendant further reserves the right to remove any testimony it designates.

**List of Counter-Designations**

David Anstice (taken 3/18/05, 4/12/05, 5/20/05)

Jerry Avorn (taken 6/29/06, 6/30/06)

Susan Baumgartner (taken 2/25/05, 3/11/05, 9/30/05)

Gina Biglane (taken 10/28/09)

Thomas Bold (taken 3/11/05, 7/29/05)

Tom Cannell (taken 12/15/05)

Carolyn Cannuscio (taken 10/8/04)

Martin Carroll (taken 10/27/05)

Charles Castille (taken 12/10/09)

Gregory Curfman (taken 11/21/05, 1/24/06)

Michael Davis (taken 2/5/10)

Laura Demopoulos (taken 2/13/06, 5/25/06)

Wendy Dixon (taken 1/19/05, 1/20/05, 2/18/05, 8/5/05)

Kerry Edwards (taken 12/17/09)

Stephen Epstein (taken 5/30/06)

John Fevurly (taken 11/12/09)

Barry Gertz (taken 8/27/03, 8/15/05, 8/16/05, 9/1/05, 9/28/05)

Raymond Gilmartin (taken 3/24/05, 4/11/05, 4/18/05, 6/17/05)

Allan Goldberg (taken 11/5/09)

David Graham (taken 5/9/06)

Fran Kaiser (taken 1/29/10)

Marilyn Krahe (taken 2/9/06, 2/24/06)

Loren Laine (taken 2/2/10)

Warren Lambert (taken 12/18/09)

Wendy LePore (taken 10/26/09)

Charlotte McKines (taken 4/20/06)

Thomas Musliner (taken 11/5/04)

Alan Nies (taken 3/2/05, 4/1/05)

Mary Ogle (taken 12/16/09)

Alise Reicin (taken 3/2/05, 3/23/05, 5/27/05, 8/19/05, 9/20/06, 9/21/06)

Nancy Santanello (taken 8/10/04)

1011884v.1

Edward Scolnick (taken 1/30/03, 3/22/05, 4/29/05, 5/17/05, 6/1/05, 8/16/05)

Beth Seidenberg (taken 10/7/04)

Deborah Shapiro (taken 1/25/05, 2/14/05, 6/29/05, 6/30/05)

Adam Schechter (taken 9/13/02, 9/23/03, 12/10/04)

Steve Shearer (taken 11/18/09)

Lou Sherwood (taken 9/30/04)

Robert Silverman (taken 11/19/04)

Thomas Simon (taken 1/5/05, 1/19/05)

Mary Terrebonne (taken 11/9/09)

Eric Topol (taken 11/22/05)

Holly Jacques Turner (taken 10/22/09)

Douglas Watson (taken 2/9/05)

Doug Welch (taken 10/30/09)

Jan Weiner (taken 8/10/05, 8/11/05, 8/12/05)

Melwyn Wendt (taken 12/14/09)

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

1011884v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Counter-Deposition Designations have been served on Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B on this 25th day of March, 2010.

_/s/ Dorothy H. Wimberly_