UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE FALLON |
|     STATE OF LOUISIANA, *ex rel.* | * | |
|     JAMES D. CALDWELL, JR., | * | |
|     Attorney General, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|     Plaintiff, | * | |
| | * | |
|     versus | * | |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|     Defendant. | * | |
| | * | |
| | * | |
| Case No. 05-3700 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

**DEFENDANT MERCK & CO., INC.'S OBJECTIONS TO PLAINTIFF'S
DEPOSITION DESIGNATIONS AND COUNTER DESIGNATIONS**

    Pursuant to Federal Rules of Civil Procedure 32, Defendant Merck Sharp & Dohme Corp. ("Defendant") hereby serves its Objections to Plaintiff's deposition designations and counter-designations. *See* Defendant's Objections, attached as Tab 1.

    Defendant reserves the right to supplement or amend its Objections based upon any ruling of the Court or any other court decision that affects the scope of evidence in this trial, including rulings on its motions *in limine* or *Daubert* motions.

1012241v.1

Defendant also reserves the right to raise additional objections to Plaintiff's deposition testimony based on the specific context in which the testimony is offered. Defendant does not waive its right to object to and/or move to exclude any documents or testimony that Plaintiff may offer at trial. Defendant reserves all such rights.

**List of Objections:**

David Anstice (taken 3/18/05, 4/12/05, 5/20/05)

Jerome Avorn (taken 6/29/06, 6/30/06)

Susan Baumgartner (taken 2/25/05, 3/11/05, 9/30/05)

Ben Bearden (taken 10/12/09)

Gina Biglane (taken 10/28/09)

Mary Elizabeth Blake (taken 11/29/05)

Thomas Bold (taken 3/11/05, 7/29/05)

Tom Cannell (taken 12/15/05)

Carolyn Cannuscio (taken 10/8/04)

Martin Carroll (taken 10/27/05)

Charles Castille (taken 12/10/09)

Gregory Curfman (taken 11/21/05, 1/24/06)

Michael Davis (taken 2/5/10)

Laura Demopoulos (taken 2/13/06, 5/25/06)

Wendy Dixon (taken 1/19/05, 1/20/05, 2/18/05, 8/5/05)

Kerry Edwards (taken 12/17/09)

Stephen Epstein (taken 5/30/06)

John Fevurly (taken 11/12/09)

Barry Gertz (taken 8/27/03, 8/15/05, 8/16/05, 9/1/05, 9/28/05)

Raymond Gilmartin (taken 3/24/05, 4/11/05, 4/18/05, 6/17/05)

Allan Goldberg (taken 11/5/09)

David Graham (taken 5/9/06)

David Hood (taken 2/8/10)

Jo Jerman

Fran Kaiser (taken 1/29/10)

Peter Kim (taken 3/15/05, 3/16/05, 4/8/05, 6/8/05)

Marilyn Krahe (taken 2/9/06, 2/24/06)

Loren Laine (taken 2/2/10)

Warren Lambert (taken 12/18/09)

Wendy LePore (taken 10/26/09)

Charlotte McKines (taken 4/20/06)

Tom Musliner (taken 11/5/04)

Alan Nies (taken 3/2/05, 4/1/05)

Mary Ogle (taken 12/16/09)

Alise Reicin (taken 3/2/05, 3/23/05, 5/27/05, 8/19/05)

Nancy Santanello (taken 8/10/04)

Edward Scolnick (taken 1/30/03, 3/22/05, 4/29/05, 5/17/05, 6/1/05, 8/16/05)

Beth Seidenberg (taken 10/7/04)

Deborah Shapiro (taken 10/22/02, 4/29/04, 1/25/05, 2/14/05, 6/29/05)

Adam Schechter (taken 9/13/02, 9/23/03, 12/10/04)

Stephen Shearer (taken 11/18/09)

Lou Sherwood (taken 9/30/04, 12/14/04)

1012241v.1

Robert Silverman (taken 11/19/04)

Thomas Simon (taken 1/5/05, 1/19/05)

Valerie Taylor (taken 1/15/10)

Mary Terrebonne (taken 11/9/09)

Eric Topol (taken 11/22/05)

Holly Jacques Turner (taken 10/22/09)

Douglas Watson (taken 2/9/05)

Douglas Welch (taken 10/30/09)

Jan Weiner (taken 8/10/05, 8/11/05, 8/12/05)

Melwyn Wendt (taken 12/17/09)

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone:  504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

4

1012241v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objections have been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of March, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel