UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | ) | MDL NO. 1657 |
| Products Liability Litigation | ) | |
| | ) | SECTION: L |
| This Document Relates to: | ) | |
| | ) | HON. ELDON E. FALLON |
| STATE OF LOUISIANA, ex rel. | ) | |
| JAMES D. CALDWELL, | ) | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | ) | |
| Plaintiff | ) | |
| | ) | |
| versus | ) | |
| | ) | |
| MERCK SHARP & DOHME CORP. | ) | |
| | ) | |
| Case No. 05-3700 | ) | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS**

Plaintiff hereby submits the following objections to defendant's affirmative deposition designations and counter designations from which Plaintiff may read into evidence at trial. *See* Plaintiff's objections to Defendant's designations, attached as *Tab 1* and counter designations, attached as *Tab 2*.

### Objections to Merck's affirmative designations

1. Ben Bearden (taken 10/12/09)
2. Gina Biglane (taken 10/28/09)
3. Charles Castille (taken 12/10/09)
4. Raymond Gilmartin (taken 6/17/05)
5. Peter Kim (taken 6/8/05)
6. Loren Laine (taken 2/2/10)
7. Alan Nies (taken 4/1/05)
8. Valerie Taylor (taken 1/15/10)
9. Mary Terrebonne (taken 11/9/09)

### Objections to Merck's counter designations

1. David Anstice (taken 3/18/05, 4/12/05, 5/20/05)

2. Jerry Avorn (taken 6/29/06, 6/30/06)
3. Tom Cannell (taken 12/15/05)
4. Laura Demopoulos (taken 2/13/06, 5/25/06)
5. Stephen Epstein (taken 5/30/06)
6. Edward Scolnick (taken 1/30/03, 3/22/05, 4/29/05, 5/17/05, 6/1/05, 8/16/05)
7. Jan Weiner (taken 8/10/05, 8/11/05, 8/12/05)
8. Michael Davis (taken 2/5/10)
9. Kerry Edwards (taken 12/17/09)
10. John Fevurly (taken 11/12/09)
11. Raymond Gilmartin (taken 3/24/05, 4/11/05, 4/18/05, 6/17/05)
12. Allan Goldberg (taken 11/5/09)
13. Fran Kaiser (taken 1/29/10)
14. Loren Laine (taken 2/2/10)
15. Gina Biglane (taken 10/28/09)
16. Warren Lambert (taken 12/18/09)
17. Wendy Lepore (taken 10/26/09)
18. Alan Nies (taken 3/2/05, 4/1/05)
19. Mary Ogle (taken 12/16/09)
20. Alise Reicin (taken 3/2/05, 3/23/05, 5/27/05, 8/19/05, 9/20/06, 9/21/06)
21. Steven Shearer (taken 11/18/09)
22. Charles Castille (taken 12/10/09)
23. Mary Terrebonne (taken 11/9/09)
24. Holly Jacques (taken 10/22/09)
25. Doug Welch (taken 10/30/09)
26. Melwyn Wendt (taken 12/14/09)
27. Douglas Watson (taken 2/9/05)
28. Thomas Bold (taken 3/11/05, 7/29/05)

Plaintiff incorporates prior objections filed by all plaintiffs in the MDL proceedings to previously designated and counter-designated deposition testimony to the extent that such testimony offered by defendants in this case, including but not limited to the following witnesses:

1. Susan Baumgartner (taken 2/25/05, 3/11/05, 9/30/05)

2. Carolyn Cannuscio (taken 10/8/04)

3. Martin Caroll (taken 10/27/05)

4. Gregory Curfman (taken 11/21/05, 1/24/06)

5. Wendy Dixon (taken 1/19/05, 1/20/05, 2/18/05, 8/5/05)

6. Barry Gertz (taken 8/27/03, 8/15/05, 8/16/05, 9/1/05, 9/28/05)

7. David Graham (taken 5/9/06)

8. Marilyn Krahe (taken 2/9/06, 2/24/06)

9. Charlotte McKines (taken 4/20/06)

10. Thomas Musliner (taken 11/5/04)

11. Nancy Santanello (taken 8/10/04)

12. Beth Seidenberg (taken 10/7/04)

13. Deborah Shapiro (taken 1/25/05, 2/14/05, 6/29/05, 6/30/05)

14. Adam Schechter (taken 9/13/02, 9/23/03, 12/10/04)

15. Lou Sherwood (taken 9/30/04)

16. Robert Silverman (taken 9/30/04)

17. Thomas Simon (taken 1/5/05, 1/19/05)

18. Eric Topol (taken 11/22/05)

Respectfully submitted, this 29th day of March, 2010.

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

        Francisco H. Perez
        Kim Sullivan
        General Counsel
        Louisiana Department of Health and Hospitals
        P.O. Box 3836
        Baton Rouge, Louisiana 70821
        Telephone: (225) 342-1188
        Facsimile: (225) 342-2232

        Counsel for Plaintiff

### **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Plaintiff's Objections to Defendant's Designations has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 29th day of March, 2010.

                /s/ James R. Dugan_____