# TAB 1

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 10 | 10 | 11 | None |
| 17 | 2 | 18 | 1 | None |
| 19 | 11 | 19 | 15 | None |
| 21 | 11 | 23 | 12 | None |
| 25 | 7 | 25 | 15 | None |
| 37 | 17 | 39 | 19 | See Note #1 |
| 39 | 23 | 40 | 11 | None |
| 40 | 17 | 41 | 24 | See Note #2 |
| 42 | 11 | 42 | 15 | Legal Conclusion, 403 Relevance |
| 43 | 6 | 46 | 21 | Legal Conclusion, 403 Relevance |
| 47 | 18 | 49 | 10 | See Note #3 |
| 49 | 18 | 50 | 10 | 49:5-10, 403 Relevance |
| 51 | 8 | 51 | 19 | 403 Relevance |
| 54 | 6 | 54 | 20 | 403 Relevance, Legal Conclusion |
| 56 | 14 | 56 | 19 | 403 Relevance |
| 58 | 3 | 59 | 8 | 403 Relevance |
| 60 | 6 | 62 | 5 | None |
| 62 | 21 | 63 | 6 | None |
| 70 | 13 | 70 | 21 | None |
| 73 | 23 | 74 | 7 | None |
| 76 | 7 | 77 | 7 | 403 Relevance |
| 77 | 17 | 79 | 18 | 403 Relevance |
| 79 | 22 | 79 | 22 | 403 Relevance |
| 80 | 20 | 80 | 23 | 403 Relevance |
| 81 | 3 | 81 | 3 | 403 Relevance |
| 81 | 9 | 84 | 7 | None |
| 85 | 22 | 86 | 8 | 86:4-8, 701 Opinion Testimony |
| 87 | 6 | 87 | 22 | None |
| 90 | 15 | 90 | 23 | None |
| 91 | 15 | 92 | 10 | 701 Opinion Testimony |
| 93 | 5 | 93 | 23 | 403 Relevance |
| 94 | 18 | 95 | 9 | 403 Relevance, Legal Conclusion |
| 95 | 17 | 96 | 10 | 403 Relevance, Legal Conclusion |
| 107 | 3 | 107 | 20 | None |
| 112 | 4 | 113 | 15 | None   Starting at "At" |
| 116 | 15 | 117 | 10 | None |
| 123 | 21 | 124 | 3 | None |
| 124 | 20 | 125 | 5 | None |
| 125 | 19 | 126 | 6 | 403 Relevance |
| 129 | 8 | 131 | 3 | 403 Relevance |
| 136 | 14 | 137 | 6 | None |

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 137 | 16 | 138 | 19 | 138:12-19, 701 Opinion Testimony |
| 139 | 8 | 139 | 13 | None |
| 139 | 24 | 142 | 20 | 701 Opinion Testimony |
| 143 | 5 | 144 | 12 | None |
| 146 | 5 | 146 | 19 | 146:13-19, Argumentative |
| 147 | 14 | 147 | 16 | None |
| 147 | 20 | 147 | 24 | None |
| 148 | 3 | 148 | 7 | None |
| 148 | 16 | 149 | 18 | None |
| 150 | 18 | 152 | 24 | None |
| 155 | 11 | 155 | 14 | None |
| 155 | 19 | 155 | 20 | None |
| 156 | 7 | 156 | 11 | None |
| 156 | 24 | 157 | 3 | None |
| 157 | 7 | 157 | 20 | None |
| 158 | 6 | 159 | 17 | None |
| 160 | 5 | 161 | 10 | None |
| 171 | 5 | 171 | 9 | None |
| 171 | 13 | 171 | 20 | None |
| 171 | 24 | 172 | 4 | None |
| 172 | 14 | 173 | 15 | 403 Relevance |
| 175 | 23 | 176 | 18 | None |
| 176 | 24 | 177 | 5 | None |
| 177 | 9 | 179 | 12 | 179:8-12, 403 Relevance |
| 182 | 8 | 182 | 11 | 403 Relevance |
| 183 | 6 | 183 | 22 | 403 Relevance |
| 184 | 1 | 184 | 7 | 403 Relevance |
| 185 | 10 | 185 | 14 | 403 Relevance |
| 187 | 5 | 187 | 10 | 403 Relevance, Legal Conclusion |
| 187 | 16 | 187 | 20 | 403 Relevance, Legal Conclusion |
| 190 | 24 | 191 | 4 | None |
| 191 | 13 | 191 | 17 | None |
| 193 | 5 | 193 | 16 | Assumes facts not in evidence, 701 Opinion |
| 194 | 4 | 196 | 4 | None |
| 196 | 23 | 197 | 5 | 403 Relevance |
| 199 | 24 | 201 | 12 | 200:5-9, 403 Relevance |
| 202 | 1 | 203 | 11 | 403 Relevance |
| 203 | 15 | 203 | 20 | 403 Relevance |
| 204 | 13 | 205 | 7 | 403 Relevance |
| 205 | 9 | 205 | 17 | 403 Relevance |
| 207 | 15 | 207 | 22 | None |

LA AG v. Merck
Defendant's Affirmative Designations
Ben Bearden, 10/12/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|------------|------------|----------|----------|-----------|
| 208 | 3 | 209 | 11 | 208:17-209:6, 403 Relevance |
| 212 | 20 | 213 | 4 | None |
| 214 | 16 | 214 | 16 | None |
| 214 | 20 | 215 | 1 | None |
| 215 | 6 | 217 | 1 | See Note #4 |
| 217 | 23 | 218 | 18 | 217:23-218:7, 403 Relevance |
| 219 | 3 | 219 | 11 | 403 Relevance |
| 223 | 3 | 223 | 11 | None |
| 224 | 5 | 225 | 1 | 224:17-225:1, 403 Relevance |
| 228 | 21 | 230 | 18 | 229:20-230:18, 403 Relevance |
| 231 | 2 | 231 | 13 | 403 Relevance |
| 231 | 18 | 231 | 22 | 403 Relevance |
| 238 | 6 | 238 | 13 | 403 Relevance |
| 239 | 9 | 239 | 21 | 239:9-17, 403 Relevance |
| 241 | 8 | 242 | 8 | 403 Relevance |
| 244 | 8 | 249 | 24 | See Note #5 |

Note #1    38:9-39:1 Rule 403 Relevance
           39:2-19 Argumentative, Vague

Note #2    41:12-24 Calls for Legal Conclusion, 403 Relevance

Note #3    47:18-49:4 Legal Conclusion, 403 Relevance

Note #4    215:6-16, 403 Relevance
           216:9-217:1, 403 Relevance

Note #5    244:22-245:18, 403 Relevance, Legal Conclusion
           246:14-20, 701 Opinion Testimony
           247:3-18, 403 Relevance
           248:16-249:3, 403 Relevance, Legal Conclustion
           249:4-17, 403 Relevance
           249:18-24, 403 Relevance, 701 Opinion Testimony

LA AG v. Merck
Defendant's Affirmative Designations
Gina Biglane, 10/28/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 7 | 3 | 7 | 8 | |
| 9 | 17 | 9 | 25 | |
| 10 | 9 | 10 | 20 | |
| 11 | 15 | 11 | 24 | |
| 13 | 18 | 14 | 4 | |
| 14 | 18 | 14 | 22 | |
| 16 | 25 | 18 | 20 | Narrative, Relevance, document speaks for itself |
| 23 | 4 | 23 | 14 | |
| 23 | 19 | 24 | 7 | |
| 26 | 24 | 27 | 7 | Relevance, Legal conclusion |
| 29 | 3 | 29 | 9 | Relevance, lack of personal knowledge |
| 31 | 2 | 31 | 18 | Relevance, right to privacy |
| 38 | 12 | 39 | 9 | Relevance |
| 40 | 4 | 40 | 13 | Relevance, lack of personal knowledge |
| 41 | 2 | 41 | 23 | Relevance, legal conclusion |
| 43 | 24 | 44 | 10 | |
| 48 | 24 | 49 | 10 | Relevance, document speaks for itself |
| 54 | 20 | 55 | 5 | |
| 58 | 10 | 59 | 11 | Relevance, lack of personal knowledge |
| 59 | 25 | 60 | 22 | Relevance, document speaks for itself, hearsay, speculation |
| 62 | 10 | 63 | 12 | Relevance |
| 65 | 15 | 65 | 22 | Relevance, lack of personal knowledge |
| 69 | 4 | 69 | 23 | Relevance, document speaks for itself |
| 70 | 18 | 70 | 23 | |
| 71 | 2 | 71 | 11 | |
| 71 | 18 | 71 | 22 | Relevance, lack of personal knowledge |
| 72 | 12 | 72 | 17 | |
| 73 | 15 | 73 | 24 | |
| 77 | 13 | 77 | 21 | Relevance, lack of personal knowledge |
| 78 | 14 | 78 | 24 | Relevance, document speaks for itself |
| 79 | 15 | 80 | 4 | |
| 84 | 8 | 84 | 17 | Relevance, document |

LA AG v. Merck
Defendant's Affirmative Designations
Gina Biglane, 10/28/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
|  |  |  |  | speaks for itself, lack of personal knowledge |
| 85 | 2 | 85 | 5 | Restrictive, lack of personal knowledge, legal conclusion |
| 91 | 23 | 92 | 4 | Relevance, legal conclusion |
| 93 | 16 | 94 | 14 |  |
| 99 | 13 | 101 | 3 | Relevance, document speaks for itself, lack of personal knowledge, legal conclusion, expert medical opinion |
| 101 | 6 | 101 | 13 |  |
| 110 | 22 | 110 | 25 | Relevance, responsiveness, lack of testimony, lack of personal knowledge |
| 111 | 1 | 111 | 8 | Relevance, responsiveness, lack of personal knowledge, legal conclusion |
| 111 | 12 | 111 | 16 | Relevance, responsiveness, lack of personal knowledge, legal conclusion |
| 111 | 19 | 111 | 25 | Relevance |
| 112 | 7 | 112 | 13 | Relevance |
| 115 | 8 | 115 | 18 | Relevance, legal conclusion |
| 118 | 7 | 118 | 9 |  |
| 118 | 11 | 118 | 14 |  |
| 119 | 5 | 119 | 6 | Relevance |
| 119 | 8 | 119 | 17 | Relevance |

LA AG v. Merck
Defendant's Affirmative Designations
Charles Castille, 12/10/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 9 | 23 | 10 | 2 | |
| 10 | 9 | 10 | 13 | |
| 12 | 16 | 13 | 1 | |
| 18 | 1 | 18 | 23 | |
| 19 | 4 | 20 | 11 | |
| 20 | 25 | 21 | 6 | |
| 21 | 24 | 22 | 15 | |
| 23 | 13 | 23 | 17 | |
| 25 | 2 | 25 | 8 | |
| 26 | 11 | 26 | 15 | FRE 701: calls for legal conclusion, lack of personal knowledge |
| 27 | 20 | 28 | 4 | prejudicial |
| 28 | 15 | 31 | 6 | |
| 32 | 20 | 34 | 14 | Vague and ambiguous, "payor" undefined (34:13-14) |
| 35 | 2 | 35 | 8 | FRE 701: calls for legal conclusion |
| 35 | 14 | 36 | 4 | FRE 701: calls for legal conclusion, lack of personal knowledge (35:24, 36:1-4) |
| 37 | 4 | 39 | 4 | |
| 39 | 12 | 39 | 18 | |
| 40 | 10 | 40 | 16 | FRE 701: calls for legal conclusion |
| 40 | 21 | 41 | 21 | |
| 43 | 20 | 45 | 20 | Misleading, relevance, lack of personal knowledge |
| 45 | 24 | 45 | 24 | Lack of personal knowledge |
| 46 | 1 | 46 | 4 | Lack of personal knowledge, no foundation, prejudicial |
| 46 | 12 | 46 | 14 | Lack of personal knowledge, no foundation |
| 47 | 8 | 49 | 2 | Relevance, lack of personal knowledge (48:15-25, 49:1-2) |
| 49 | 6 | 49 | 13 | |
| 50 | 5 | 53 | 3 | |
| 53 | 7 | 53 | 22 | Narrative, hearsay (53:11-22) |
| 54 | 1 | 54 | 11 | |
| 54 | 15 | 57 | 21 | |

LA AG v. Merck
Defendant's Affirmative Designations
Charles Castille, 12/10/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 58 | 21 | 59 | 22 | FRE 404: improper character evidence, lack of personal knowledge (59:12-22) |
| 60 | 22 | 61 | 21 | Document not properly identified, incomplete (61:10-21) |
| 62 | 5 | 63 | 9 | |
| 63 | 13 | 64 | 18 | Lack of personal knowledge, no foundation (64:16-18) |
| 64 | 23 | 65 | 3 | Speculation |
| 65 | 7 | 67 | 10 | Hearsay (67:6-10) |
| 67 | 14 | 68 | 14 | Hearsay (67:14-17) |
| 68 | 25 | 69 | 10 | |
| 69 | 14 | 69 | 22 | |
| 70 | 7 | 70 | 21 | Narrative, hearsay, lack of personal knowledge (70:14-21) |
| 70 | 25 | 71 | 5 | Lack of personal knowledge |
| 73 | 6 | 73 | 8 | No foundation, lack of personal knowledge |
| 73 | 12 | 73 | 19 | No foundation, lack of personal knowledge |
| 74 | 15 | 76 | 24 | Argumentative, lack of personal knowledge, FRE 701: improper opinion (76:19-24) |
| 77 | 4 | 77 | 7 | Hearsay, lack of personal knowledge, FRE 701: improper opinion |
| 77 | 11 | 77 | 16 | |
| 77 | 23 | 78 | 21 | |
| 78 | 25 | 80 | 8 | Lack of personal knowledge, speculation (80:6-8) |
| 80 | 11 | 80 | 23 | |
| 81 | 25 | 83 | 9 | Best evidence rule, document speaks for itself (83:5-9) |
| 83 | 14 | 83 | 22 | |
| 89 | 1 | 89 | 21 | |
| 89 | 25 | 91 | 13 | |
| 91 | 17 | 91 | 17 | |
| 91 | 21 | 93 | 4 | Speculation, FRE 701: improper opinion (93:1-4) |

LA AG v. Merck
Defendant's Affirmative Designations
Charles Castille, 12/10/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 93 | 8 | 93 | 11 | Speculation, FRE 701: improper opinion |
| 94 | 1 | 94 | 22 | |
| 95 | 18 | 98 | 25 | |
| 99 | 11 | 100 | 2 | |
| 100 | 10 | 100 | 17 | |
| 105 | 4 | 105 | 23 | Prejudicial, improper character evidence (105:19-23) |
| 106 | 2 | 106 | 5 | Lack of personal knowledge, speculation |
| 106 | 9 | 106 | 9 | Lack of personal knowledge, speculation |
| 106 | 11 | 106 | 13 | Lack of personal knowledge, speculation |
| 106 | 16 | 106 | 19 | Lack of personal knowledge, speculation |
| 108 | 9 | 108 | 17 | FRE 701: calls for legal conclusion, relevance |
| 108 | 24 | 108 | 24 | FRE 701: calls for legal conclusion, relevance |

**LA AG v. Merck**
**Plaintiff's Objections to Defendant's Affirmative Designations**
**Raymond Gilmartin, 6/17/2005 Deposition**

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 861 | 13 | 862 | 20 | 861:22–862:12       [401, 403]<br>862:16–20       [401, 403] |
| 863 | 22 | 865 | 18 | 864:19–865:11       [401, 403, 404(a)] |
| 866 | 22 | 875 | 16 | 869:15–873:11       [401, 403, 404]<br>874:18–875:1       [401, 403]<br>875:9–875:16       [403, 404] |
| 876 | 21 | 876 | 23 | [403, 404] |
| 876 | 25 | 877 | 6 | [403, 404] |
| 884 | 12 | 884 | 21 | 884:19–21       [403, 404, 704] |
| 884 | 24 | 885 | 1 | [403, 404, 704] |
| 885 | 13 | 885 | 15 | [403, 404, 704] |
| 885 | 17 | 886 | 7 | [403, 404, 704] |
| 886 | 11 | 886 | 13 | |

**LA AG v. Merck**
**Plaintiff's Objections to Defendant's Affirmative Designations**
**Raymond Gilmartin, 6/17/2005 Deposition**

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 886 | 15 | 887 | 12 | 886:15 – 887:3 [403, 601, 602]<br>887:4–12 [602, 701] |
| 887 | 21 | 889 | 21 | 889:19–21 [403, 602] |
| 890 | 1 | 890 | 13 | 890:10 [403] |
| 890 | 15 | 890 | 18 | [403] |
| 890 | 20 | 890 | 22 | [701] |
| 890 | 24 | 891 | 5 | [701] |
| 891 | 9 | 891 | 11 | |
| 891 | 13 | 891 | 19 | |
| 891 | 21 | 891 | 25 | |
| 892 | 2 | 893 | 23 | 893:12–16 [701] |

**LA AG v. Merck**
**Plaintiff's Objections to Defendant's Affirmative Designations**
**Raymond Gilmartin, 6/17/2005 Deposition**

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 893 | 25 | 895 | 1 | 894:7–16 [801]<br>894:25–895:1 [401, 403, 404] |
| 895 | 3 | 895 | 15 | [401, 403, 404] |
| 896 | 11 | 897 | 8 | [602, 701, 801] |
| 897 | 11 | 897 | 22 | [602, 701, 801] |
| 898 | 1 | 898 | 5 | [701] |
| 898 | 8 | 898 | 14 | |
| 898 | 16 | 899 | 4 | |
| 904 | 9 | 904 | 10 | |
| 904 | 12 | 904 | 14 | |
| 904 | 16 | 907 | 7 | |
| 908 | 21 | 909 | 8 | 908:21 – 909:6 [403, 404] |

862829.2

**LA AG v. Merck**
**Plaintiff's Objections to Defendant's Affirmative Designations**
**Raymond Gilmartin, 6/17/2005 Deposition**

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 909 | 10 | 910 | 24 | [403, 801, 802] |
| 911 | 3 | 913 | 11 | 911:23–913:8          [401, 403, 404] |
| 913 | 13 | 914 | 5 | |
| 914 | 13 | 915 | 10 | [401, 403, 801, 802] |
| 916 | 13 | 916 | 24 | |
| 917 | 1 | 918 | 6 | 917:3–918:6          [403, 404, 704] |
| 918 | 10 | 920 | 4 | [401, 403, 404] |

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

General Objections:  (1) Improper preservation deposition without notice; (2) Denial of
opportunity to cross examine based on subsequent events and publications

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 901 | 4 | 902 | 7 | |
| 902 | 9 | 903 | 11 | 903:7-11    Relevance |
| 903 | 15 | 903 | 15 | |
| 904 | 19 | 903 | 24 | |
| 908 | 16 | 909 | 2 | |
| 909 | 5 | 910 | 15 | Relevance, prejudicial |
| 910 | 19 | 911 | 1 | |
| 911 | 17 | 912 | 16 | Relevance, prejudicial |
| 913 | 9 | 913 | 24 | Relevance, prejudicial |
| 914 | 10 | 914 | 16 | |
| 914 | 20 | 915 | 11 | |
| 916 | 8 | 916 | 17 | Relevance, prejudicial |
| 916 | 19 | 916 | 23 | Relevance, prejudicial |
| 917 | 22 | 917 | 25 | |
| 919 | 6 | 919 | 8 | Relevance, prejudicial |
| 919 | 10 | 920 | 7 | Relevance, prejudicial |
| 920 | 9 | 921 | 12 | Relevance, prejudicial |
| 922 | 13 | 922 | 17 | Relevance, prejudicial |
| 922 | 19 | 924 | 6 | Relevance, prejudicial |
| 924 | 8 | 924 | 14 | Relevance, prejudicial |
| 924 | 16 | 924 | 20 | Relevance, prejudicial |
| 924 | 22 | 925 | 3 | Relevance, prejudicial |
| 925 | 5 | 925 | 19 | Relevance, prejudicial |

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 925 | 21 | 925 | 24 | Relevance, prejudicial |
| 926 | 20 | 926 | 22 | Relevance, prejudicial |
| 926 | 25 | 927 | 7 | Relevance, prejudicial, 404 |
| 927 | 9 | 930 | 8 | 927:9 only    Relevance, prejudicial, 404 |
| 930 | 12 | 931 | 13 | |
| 931 | 19 | 932 | 4 | |
| 932 | 8 | 932 | 8 | |
| 932 | 12 | 934 | 8 | |
| 934 | 10 | 934 | 10 | |
| 934 | 12 | 936 | 21 | 935:17-936:11 only    Relevance, prejudicial |
| 936 | 24 | 939 | 14 | 936:24-937:16 only    No personal knowledge |
| 939 | 19 | 943 | 1 | No personal knowledge (up to 942:10) |
| 943 | 4 | 943 | 7 | 943:1, 943:4-7    Relevance, prejudicial[1] |
| 943 | 9 | 943 | 12 | Relevance, prejudicial |
| 943 | 15 | 943 | 25 | Relevance, prejudicial |
| 944 | 2 | 944 | 4 | Relevance, prejudicial |
| 944 | 6 | 944 | 10 | Relevance, prejudicial |
| 944 | 12 | 947 | 16 | Relevance, prejudicial (as to 944:12-944:17) |
| 948 | 12 | 950 | 4 | improper preservation; denial of right of cross-examination |
| 950 | 6 | 950 | 25 | improper preservation; denial of right of cross-examination |
| 951 | 4 | 951 | 6 | improper preservation; denial of right of cross-examination |

---

[1] ("Personal use of Vioxx: MIL granted, 3/26/10)

862833.2

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 951 | 9 | 951 | 16 | improper preservation; denial of right of cross-examination |
| 951 | 18 | 951 | 19 | improper preservation; denial of right of cross-examination |
| 951 | 23 | 953 | 20 | 952:13-953:2   Hearsay<br>953: 10-20   Hearsay<br>(after "results," 952:7   improper preservation; denial of right of cross-examination |
| 953 | 23 | 954 | 19 | |
| 954 | 23 | 957 | 10 | 955:24-957:10   Hearsay |
| 957 | 17 | 958 | 16 | improper preservation; denial of right of cross-examination |
| 958 | 18 | 959 | 11 | |
| 959 | 15 | 959 | 17 | |
| 959 | 20 | 960 | 18 | |
| 960 | 20 | 960 | 22 | |
| 960 | 24 | 961 | 1 | |
| 961 | 3 | 961 | 5 | |
| 961 | 8 | 962 | 17 | |
| 962 | 21 | 962 | 24 | |
| 963 | 21 | 963 | 22 | No personal knowledge |
| 963 | 25 | 963 | 25 | No personal knowledge |
| 964 | 3 | 964 | 7 | |
| 964 | 9 | 964 | 9 | |
| 964 | 21 | 964 | 22 | |
| 964 | 25 | 965 | 13 | |
| 965 | 18 | 969 | 6 | 965:18-965:25   No personal knowledge<br>965:5-969:6   Relevance, No personal knowledge, |

LA AG v. Merck
Defendant's Affirmative Designations
Peter Kim, PhD, 6/8/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | Hearsay, nonresponsive, narrative |
| 969 | 11 | 972 | 5 | Relevance, No personal knowledge, Hearsay, nonresponsive, narrative |
| 972 | 14 | 973 | 15 | |
| 973 | 17 | 973 | 17 | 973:8-10    Relevance, No personal knowledge |
| 973 | 19 | 973 | 22 | Relevance, No personal knowledge |
| 974 | 1 | 975 | 11 | Relevance, No personal knowledge, Hearsay, nonresponsive, narrative |
| 975 | 18 | 975 | 20 | |
| 975 | 22 | 976 | 23 | No personal knowledge, Hearsay |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

General objection to Merck's affirmative designation on the basis of improper expert
witness examination without Rule 26 disclosures.

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 142 | 2 | 142 | 3 | |
| 142 | 11 | 142 | 15 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 142 | 21 | 143 | 14 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 143 | 24 | 145 | 14 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 146 | 12 | 150 | 14 | |
| 151 | 9 | 152 | 25 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 153 | 2 | 153 | 6 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 156 | 9 | 156 | 14 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 156 | 17 | 157 | 3 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 157 | 5 | 157 | 10 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 157 | 21 | 157 | 22 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 157 | 24 | 158 | 4 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 158 | 6 | 158 | 17 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 158 | 19 | 159 | 4 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 159 | 6 | 159 | 23 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 160 | 1 | 160 | 9 | Lack of personal knowledge, FRE 701,702, |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | Hearsay. |
| 160 | 11 | 160 | 18 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 160 | 20 | 161 | 6 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 161 | 8 | 161 | 16 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 161 | 18 | 161 | 23 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 163 | 20 | 164 | 6 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 164 | 8 | 169 | 11 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 169 | 13 | 169 | 23 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 171 | 15 | 173 | 19 | 171:19-173:9:  No objection<br>173:10-19: Lack of personal knowledge, FRE 701,702, Hearsay. |
| 173 | 21 | 173 | 22 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 178 | 6 | 178 | 13 | |
| 179 | 21 | 179 | 24 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 180 | 1 | 180 | 8 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 180 | 10 | 180 | 19 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 181 | 2 (If) | 181 | 23 | |
| 181 | 25 | 182 | 11 | |
| 182 | 14 | 182 | 17 | Lack of personal knowledge, FRE 701,702, |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | Hearsay. |
| 182 | 19 | 183 | 3 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 183 | 5 | 184 | 9 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 186 | 4 | 187 | 11 | 186:4-9:  No objection<br>186:10-187:11:  Lack of personal knowledge, FRE 701,702, Hearsay. |
| 189 | 12 | 189 | 25 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 190 | 2 | 190 | 20 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 192 | 14 | 193 | 1 | |
| 194 | 1 | 194 | 20 | |
| 195 | 2 | 196 | 3 | 196:2-196:3: Relevance, Prejudicial, FRE 404 |
| 196 | 5 | 196 | 11 | Relevance, Prejudicial, FRE 404 |
| 196 | 13 | 196 | 15 | Relevance, Prejudicial, FRE 404 |
| 196 | 17 | 196 | 18 | Relevance, Prejudicial, FRE 404 |
| 197 | 13 | 200 | 4 | 197:13-199:12:  No objection<br>199:13-200:4:  Lack of personal knowledge |
| 206 | 10 | 210 | 10 | 206:10-210:7:  No objection<br>210:8-210:10:  Relevance, Prejudicial, Lack of personal knowledge, 701; 702 |
| 212 | 19 | 212 | 21 | |
| 213 | 2 | 213 | 5 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 213 | 10 | 213 | 17 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 213 | 19 | 213 | 23 | Lack of personal knowledge, FRE 701,702, |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | Hearsay. |
| 213 | 25 | 214 | 20 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 216 | 20 | 217 | 13 | Misstates evidence |
| 217 | 15 | 218 | 2 | Misstates evidence |
| 218 | 4 | 218 | 16 | Relevance, Lack of personal knowledge, 701Misstates evidence |
| 218 | 18 | 219 | 1 | Misstates evidence |
| 219 | 3 | 219 | 15 | Misstates evidence |
| 220 | 2 | 222 | 1 | |
| 225 | 13 | 225 | 17 | |
| 225 | 19 | 225 | 20 | |
| 233 | 10 | 234 | 7 | |
| 234 | 9 | 234 | 13 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 234 | 15 | 234 | 18 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 234 | 20 | 235 | 2 | Lack of personal knowledge, FRE 701,702, Hearsay. Also Prejudicial, FRE 404; prejudicial |
| 235 | 4 | 235 | 13 | Lack of personal knowledge, FRE 404, FRE 701,702, Hearsay; prejudicial. |
| 235 | 15 | 235 | 22 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 235 | 24 | 236 | 5 | Lack of personal knowledge, FRE 701,702, Hearsay, Relevance. |
| 236 | 7 | 236 | 12 | Lack of personal knowledge, FRE 701,702, Hearsay. |
| 236 | 14 | 236 | 16 | Lack of personal knowledge, FRE 701,702, |

LA AG v. Merck
Defendant's Affirmative Designations
Loren Laine, MD, 2/2/2010 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
|  |  |  |  | Hearsay. |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

General Objections:  (1) Improper preservation deposition without notice; (2) Denial of
opportunity to cross examine based on subsequent events and publications

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 364 | 16 | 366 | 12 | |
| 366 | 16 | 377 | 5 | 369:12-370:4    Relevance<br>374:3-10    Relevance, Prejudicial |
| 377 | 8 | 377 | 12 | |
| 377 | 16 | 378 | 4 | |
| 378 | 7 | 378 | 17 | |
| 378 | 19 | 394 | 20 | |
| 394 | 25 | 398 | 23 | 394:25-395:16    No personal knowledge<br>398:15-23    No personal knowledge |
| 399 | 3 | 399 | 5 | No personal knowledge |
| 399 | 10 | 400 | 14 | No personal knowledge |
| 401 | 10 | 401 | 18 | |
| 401 | 20 | 401 | 24 | 401:24, 402:5    Hearsay |
| 402 | 1 | 403 | 12 | |
| 403 | 15 | 403 | 21 | 403:20-21, 404:4-11 Hearsay |
| 404 | 4 | 413 | 1 | |
| 413 | 4 | 413 | 22 | Hearsay |
| 414 | 1 | 414 | 11 | |
| 414 | 15 | 416 | 17 | |
| 416 | 23 | 417 | 9 | |
| 417 | 15 | 417 | 23 | |
| 418 | 1 | 418 | 12 | 418:10-12, 418:16-25    No personal knowledge |
| 418 | 16 | 418 | 25 | |
| 419 | 6 | 419 | 7 | |
| 419 | 9 | 419 | 17 | |
| 420 | 4 | 420 | 20 | 420:19-20    Hearsay |
| 420 | 24 | 421 | 2 | 420:24-421:2    Hearsay |
| 421 | 4 | 421 | 4 | Hearsay |
| 423 | 16 | 425 | 2 | 424:15-18    No personal knowledge |
| 425 | 5 | 425 | 8 | 424:5-425:2, 425:5-8    Hearsay |
| 430 | 24 | 433 | 5 | 431:19-432:24    No personal knowledge |
| 433 | 7 | 434 | 17 | 434:16-17    No personal knowledge |
| 434 | 20 | 434 | 22 | No personal knowledge, Hearsay |
| 434 | 24 | 435 | 1 | 434:24-435:1    No personal knowledge, Hearsay |
| 435 | 3 | 435 | 22 | 435:3-7    No personal knowledge, Hearsay |
| 436 | 2 | 437 | 4 | |
| 437 | 9 | 439 | 14 | |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 439 | 21 | 439 | 22 | |
| 439 | 24 | 443 | 9 | 443:2-9, 443:12-25   No personal knowledge, Hearsay |
| 443 | 12 | 444 | 5 | No personal knowledge, Hearsay |
| 444 | 8 | 445 | 19 | No personal knowledge, Hearsay |
| 445 | 22 | 445 | 22 | No personal knowledge, Hearsay |
| 445 | 24 | 445 | 25 | No personal knowledge, Hearsay |
| 446 | 2 | 446 | 2 | |
| 446 | 5 | 448 | 3 | |
| 448 | 9 | 448 | 9 | 448:9-449:18   Hearsay |
| 448 | 11 | 448 | 11 | |
| 448 | 16 | 448 | 23 | |
| 448 | 25 | 449 | 2 | |
| 449 | 5 | 449 | 12 | |
| 449 | 15 | 450 | 22 | |
| 451 | 11 | 453 | 3 | |
| 453 | 7 | 454 | 1 | |
| 454 | 9 | 454 | 10 | 454:9-10; 454:14-455:1   No personal knowledge, foundation, Hearsay |
| 454 | 14 | 456 | 18 | |
| 457 | 1 | 457 | 21 | |
| 457 | 25 | 458 | 2 | |
| 458 | 7 | 458 | 21 | Relevance, Prejudicial (personal use MIL granted) |
| 459 | 4 | 459 | 21 | 459:4-6   Relevance, Prejudicial (personal use MIL granted) |
| 459 | 24 | 460 | 2 | |
| 460 | 4 | 460 | 10 | |
| 460 | 15 | 461 | 25 | 461:24-25   Hearsay |
| 462 | 7 | 462 | 20 | Hearsay |
| 462 | 24 | 463 | 7 | Hearsay |
| 463 | 10 | 463 | 11 | Hearsay |
| 463 | 13 | 463 | 17 | |
| 463 | 19 | 464 | 13 | |
| 464 | 17 | 464 | 22 | |
| 465 | 9 | 466 | 5 | |
| 466 | 8 | 466 | 15 | Hearsay |
| 466 | 22 | 468 | 23 | 466:22-467:2   Hearsay<br>468:22-23   Hearsay |
| 469 | 1 | 469 | 2 | 469:1-2   Hearsay<br>469:4-5   Hearsay<br>469:8-9   Hearsay |

LA AG v. Merck
Defendant's Affirmative Designations
Alan Nies, 4/1/2005 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 469 | 4 | 469 | 5 | |
| 469 | 8 | 469 | 9 | |
| 469 | 11 | 470 | 5 | 470:3-5   Hearsay |
| 470 | 7 | 470 | 14 | Hearsay |
| 470 | 16 | 471 | 11 | 471:14-472:3   No personal knowledge, Hearsay |
| 471 | 14 | 474 | 12 | |
| 474 | 15 | 475 | 6 | |
| 475 | 24 | 476 | 19 | |
| 476 | 24 | 477 | 6 | |
| 482 | 12 | 484 | 13 | |
| 485 | 8 | 485 | 18 | 485:16-18   Hearsay |
| 485 | 21 | 485 | 23 | Hearsay |
| 486 | 1 | 487 | 12 | 486:1-2   Hearsay |
| 487 | 15 | 487 | 20 | 487:11-12   Hearsay<br>487:15-16   Hearsay |
| 487 | 23 | 488 | 4 | Hearsay |
| 488 | 11 | 488 | 14 | Hearsay |

LA AG v. Merck
Defendant's Affirmative Designations
Valerie Taylor, 1/1/5/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 5 | 23 | 5 | 25 | |
| 6 | 15 | 6 | 16 | |
| 6 | 20 | 6 | 23 | |
| 7 | 1 | 8 | 11 | |
| 8 | 23 | 10 | 25 | |
| 11 | 12 | 12 | 25 | |
| 13 | 10 | 13 | 22 | |
| 14 | 10 | 14 | 24 | |
| 15 | 8 | 15 | 18 | |
| 16 | 9 | 16 | 17 | Relevance, Prejudicial |
| 18 | 2 | 18 | 5 | |
| 18 | 11 | 18 | 13 | |
| 19 | 8 | 19 | 14 | |
| 19 | 24 | 20 | 5 | |
| 24 | 7 | 24 | 19 | |
| 25 | 1 | 25 | 6 | |
| 25 | 24 | 26 | 20 | |
| 27 | 9 | 28 | 7 | |
| 28 | 15 | 29 | 14 | |
| 31 | 21 | 32 | 17 | |
| 35 | 5 | 35 | 14 | |
| 35 | 24 | 36 | 2 | |
| 36 | 12 | 37 | 9 | |
| 38 | 9 | 38 | 16 | |
| 38 | 20 | 39 | 9 | Relevance, Prejudicial |
| 40 | 7 | 42 | 13 | Relevance, Prejudicial |
| 43 | 4 | 43 | 14 | |
| 43 | 19 | 44 | 12 | Relevance, Prejudicial |
| 44 | 22 | 45 | 12 | |
| 45 | 21 | 46 | 11 | |
| 47 | 13 | 47 | 18 | |
| 48 | 1 | 48 | 11 | |
| 48 | 22 | 49 | 8 | |
| 52 | 17 | 53 | 5 | |
| 54 | 11 | 54 | 24 | |
| 56 | 7 | 56 | 21 | |
| 57 | 3 | 57 | 10 | |
| 58 | 1 | 58 | 25 | |
| 60 | 15 | 60 | 22 | |
| 61 | 5 | 61 | 15 | |
| 63 | 2 | 63 | 12 | |

LA AG v. Merck
Defendant's Affirmative Designations
Valerie Taylor, 1/1/5/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 63 | 16 | 63 | 19 | |
| 64 | 3 | 64 | 19 | |
| 66 | 10 | 66 | 12 | |
| 66 | 15 | 67 | 3 | |
| 67 | 14 | 68 | 3 | |
| 68 | 13 | 68 | 19 | |
| 71 | 6 | 71 | 14 | |
| 74 | 24 | 75 | 18 | |
| 75 | 22 | 76 | 4 | |
| 76 | 16 | 77 | 9 | |
| 77 | 13 | 77 | 15 | |
| 77 | 19 | 78 | 21 | Relevance, Prejudicial |
| 79 | 2 | 79 | 16 | |
| 79 | 25 | 80 | 10 | |
| 81 | 21 | 82 | 6 | |
| 82 | 18 | 83 | 6 | |
| 83 | 10 | 83 | 19 | |
| 84 | 13 | 84 | 16 | |
| 84 | 19 | 84 | 22 | |
| 85 | 4 | 85 | 8 | |
| 87 | 6 | 88 | 3 | Foundation, Prejudicial, Hearsay, No Personal Knowledge |
| 88 | 20 | 88 | 25 | Foundation, Prejudicial, Hearsay, No Personal Knowledge |
| 89 | 25 | 90 | 20 | Relevance, Prejudicial |
| 94 | 5 | 94 | 10 | |
| 96 | 8 | 98 | 2 | |
| 102 | 10 | 103 | 5 | |
| 103 | 8 | 103 | 10 | |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 6 | 10 | 9 | |
| 15 | 4 | 16 | 4 | |
| 16 | 23 | 17 | 3 | |
| 17 | 15 | 20 | 8 | |
| 20 | 19 | 20 | 21 | |
| 24 | 17 | 24 | 25 | |
| 25 | 12 | 26 | 20 | Relevance, lack of personal knowledge (26:4-6) |
| 29 | 12 | 33 | 5 | Relevance, FRE 701: calls for legal conclusion |
| 33 | 18 | 34 | 13 | Relevance, FRE 701: calls for legal conclusion (34:3-13) |
| 34 | 23 | 35 | 24 | |
| 36 | 20 | 37 | 24 | |
| 39 | 4 | 39 | 9 | Relevance, FRE 701: calls for legal conclusion |
| 39 | 13 | 39 | 15 | |
| 40 | 15 | 42 | 7 | Hearsay, lack of personal knowledge (40:25, 41:1-6) |
| 42 | 16 | 43 | 2 | |
| 43 | 5 | 44 | 21 | |
| 45 | 9 | 46 | 25 | |
| 47 | 21 | 48 | 18 | Lack of personal knowledge (48:10-13) |
| 49 | 16 | 50 | 21 | Hearsay, lack of personal knowledge, speculation (50:6-10) |
| 55 | 22 | 56 | 5 | |
| 56 | 9 | 56 | 25 | |
| 57 | 6 | 57 | 17 | |
| 59 | 20 | 60 | 8 | Relevance, narrative, FRE 701: calls for legal conclusion |
| 61 | 21 | 61 | 25 | |
| 62 | 5 | 62 | 22 | |
| 65 | 21 | 66 | 6 | Lack of personal knowledge (65:24, 66:1-6) |
| 66 | 17 | 67 | 25 | Relevance (67:16-25) |
| 69 | 24 | 70 | 4 | Relevance, prejudicial |
| 70 | 8 | 70 | 15 | Relevance, prejudicial, FRE 701: calls for legal |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | conclusion |
| 74 | 5 | 75 | 4 | |
| 81 | 19 | 81 | 25 | |
| 82 | 8 | 82 | 20 | |
| 83 | 5 | 83 | 11 | |
| 84 | 14 | 86 | 11 | Lack of personal knowledge, FRE 701, narrative (86:1-11) |
| 86 | 15 | 87 | 10 | Lack of personal knowledge (86:15) |
| 87 | 15 | 87 | 21 | Lack of personal knowledge, FRE 701: improper opinion |
| 87 | 25 | 90 | 4 | FRE 701: improper opinion (87:25, 88:1-5) |
| 96 | 19 | 99 | 12 | |
| 100 | 12 | 100 | 15 | Document incomplete, not properly identified |
| 101 | 5 | 102 | 22 | |
| 103 | 4 | 104 | 4 | |
| 104 | 10 | 104 | 14 | |
| 104 | 22 | 107 | 10 | Lack of personal knowledge (107:1-10) |
| 108 | 22 | 108 | 24 | |
| 109 | 10 | 110 | 15 | Relevance, FRE 701: calls for legal conclusion (110:7-16) |
| 112 | 5 | 112 | 9 | No foundation, lack of personal knowledge |
| 112 | 13 | 113 | 2 | |
| 113 | 15 | 115 | 4 | No foundation, vague and ambiguous, "marketing" undefined (114:25, 115:1-4) |
| 115 | 8 | 115 | 10 | No foundation, vague and ambiguous, "marketing" undefined |
| 115 | 14 | 115 | 24 | |
| 116 | 3 | 116 | 23 | Prejudicial, leading, speculation, narrative (116:15-23) |
| 117 | 2 | 117 | 7 | |
| 117 | 16 | 118 | 23 | Hearsay (118:20-23) |
| 119 | 2 | 119 | 10 | |
| 122 | 23 | 123 | 2 | No foundation, vague and ambiguous, "marketing" undefined |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 123 | 6 | 123 | 20 | Vague and ambiguous, "marketing" undefined |
| 123 | 24 | 124 | 24 | Vague and ambiguous, "marketing" undefined, relevance, prejudicial, hearsay (124:20-24) |
| 125 | 6 | 126 | 5 | Relevance (125:23, 126:1-5) |
| 126 | 25 | 128 | 10 | Relevance, prejudicial |
| 128 | 17 | 129 | 10 | Relevance, prejudicial |
| 129 | 14 | 129 | 19 | Prejudicial, misleading, narrative |
| 130 | 3 | 131 | 23 | Narrative, prejudicial (130:20-25, 131:1-18) |
| 132 | 15 | 132 | 24 | |
| 137 | 11 | 139 | 23 | |
| 140 | 11 | 140 | 23 | Lack of personal knowledge (140:20-23) |
| 141 | 2 | 141 | 21 | Lack of personal knowledge, relevance (144:7-12) |
| 144 | 2 | 144 | 18 | |
| 145 | 7 | 146 | 14 | Relevance, prejudicial (145:7-15) |
| 147 | 1 | 147 | 6 | Leading, lack of personal knowledge (147:5-6) |
| 147 | 10 | 147 | 14 | Leading, lack of personal knowledge |
| 147 | 20 | 148 | 22 | |
| 150 | 8 | 150 | 10 | |
| 151 | 17 | 151 | 20 | Vague and ambiguous |
| 152 | 3 | 152 | 15 | Prejudicial, relevance |
| 153 | 22 | 154 | 10 | FRE 404: Improper character evidence |
| 154 | 15 | 154 | 18 | Prejudicial |
| 154 | 22 | 154 | 22 | Prejudicial |
| 155 | 7 | 155 | 21 | |
| 156 | 4 | 156 | 19 | FRE 701: calls for legal conclusion (156:4-11) |
| 158 | 22 | 159 | 6 | |
| 160 | 24 | 161 | 8 | |
| 163 | 11 | 163 | 16 | Prejudicial, lack of personal knowledge |
| 163 | 20 | 164 | 14 | Prejudicial, lack of personal knowledge, speculation |
| 172 | 5 | 172 | 12 | FRE 701: improper opinion, |

LA AG v. Merck
Defendant's Affirmative Designations
Mary Julia Terrebonne, 11/9/2009 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
|  |  |  |  | lack of foundation |