# TAB 2

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Anstice, David, 3/18/05, 4/12/05, 5/20/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| | | | | **3/18/05 Deposition** |
| 236 | 10 | 237 | 2 | |
| 693 | 11 | 693 | 18 | nonresponsive to question; move to strike |
| 709 | 23 | 710 | 10 | nonresponse to question; move to strike |
| | | | | **4/12/05 Deposition** |
| 1047 | 19 | 1048 | 4 | [401, 402, 403] |
| 1048 | 9 | 1048 | 10 | |
| 1048 | 12 | 1048 | 14 | |
| 1048 | 16 | 1048 | 20 | [401, 402, 403] |
| 1048 | 22 | 1049 | 7 | [401, 402, 403] |
| 1049 | 11 | 1050 | 5 | [401, 402, 403] subject to MIL re "Good Acts" |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 1166 | 20 | 1170 | 3 | 1168:8–17     [701, 702] |
| 1173 | 12 | 1173 | 13 | [401, 402, 403]<br>subject to MIL re Merck employee's use of Vioxx |
| 1173 | 20 | 1174 | 9 | [401, 402, 403]<br>subject to MIL re Merck employee's use of Vioxx |
| 1174 | 19 | 1175 | 3 | [401, 402, 403]<br>subject to MIL re Merck employee's use of Vioxx |
| 1175 | 23 | 1176 | 18 | |
| | | | | **5/20/05 Deposition** |
| 1472 | 23 | 1473 | 15 | |
| 1637 | 1 | 1637 | 25 | |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Avorn, MD, Jerome, 6/29/06, 6/30/06 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| | | | | **6/29/06 Deposition None** |
| | | | | **6/30/06 Deposition** |
| 473 | 24 | 474 | 5 | |
| 476 | 2 | 476 | 7 | |
| 477 | 19 | 478 | 2 | |
| 549 | 9 | 549 | 19 | lack of foundation; argumentative; improper speech from counsel |
| 550 | 6 | 550 | 22 | lack of foundation; argumentative; improper speech from counsel |
| 635 | 24 | 636 | 11 | vague, lack of foundation, incomplete; include 639:9–14 and 640:4-7 |
| 637 | 14 | 637 | 21 | |
| 637 | 23 | 638 | 8 | |
| 640 | 24 | 641 | 8 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 641 | 10 | 642 | 3 | |
| 680 | 15 | 680 | 17 | |
| 681 | 1 | 681 | 7 | |
| 690 | 15 | 690 | 20 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 691 | 6 | 691 | 8 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 691 | 10 | 691 | 11 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 692 | 15 | 692 | 20 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 693 | 3 | 694 | 15 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 695 | 2 | 696 | 2 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 696 | 6 | 697 | 21 | nonauthenticated – witness has never seen document, does not know who author is, or if author is a doctor; hearsay |
| 974 | 21 | 974 | 23 | |
| 975 | 6 | 975 | 8 | |

863919.1

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Cannell, Tom, 12/15/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 18 | 6 | 18 | 12 | [402, 403] |
| 32 | 21 | 32 | 23 | |
| 32 | 25 | 33 | 18 | lack of foundation; speculation |
| 54 | 19 | 54 | 25 | |
| 55 | 2 | 55 | 18 | |
| 55 | 20 | 55 | 22 | |
| 62 | 8 | 62 | 13 | |
| 65 | 17 | 65 | 25 | [701, 702] |
| 237 | 22 | 238 | 1 | |
| 238 | 18 | 239 | 11 | |
| 241 | 13 | 243 | 22 | |
| 244 | 12 | 244 | 18 | |

863924.1

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Cannell, Tom, 12/15/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 248 | 4 | 248 | 6 | |
| 248 | 9 | 248 | 10 | |
| 248 | 12 | 248 | 14 | |
| 252 | 3 | 252 | 25 | [402, 403] |
| 271 | 5 | 271 | 6 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 271 | 10 | 271 | 10 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 271 | 12 | 271 | 17 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 271 | 20 | 271 | 21 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 271 | 23 | 271 | 25 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 272 | 4 | 272 | 6 | [402, 403] |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Cannell, Tom, 12/15/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 272 | 9 | 272 | 14 | [402, 403] |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Demopoulos, Laura, 2/13/06, 5/25/06 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| | | | | **2/13/06 Deposition** |
| 16 | 16 | 16 | 20 | |
| 28 | 1 | 28 | 4 | |
| 29 | 2 | 29 | 5 | |
| 31 | 19 | 31 | 24 | |
| 32 | 4 | 32 | 13 | |
| | | | | **5/25/06 Deposition** |
| 452 | 3 | 461 | 15 | 454:10–17     [401, 402, 403] subject to MIL re: "Good Acts"<br><br>458:2–18     lack of foundation [401, 402, 403] speculation [602] |
| 463 | 8 | 464 | 8 | speculation, lack of foundation [402, 403] |
| 464 | 12 | 464 | 13 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 464 | 15 | 471 | 7 | 465:4–14      foundation, hearsay<br><br>465:19–467:2  [401, 402, 403]<br><br>467:17–468:4 [401, 402, 403] |
| 471 | 12 | 474 | 20 | 471:23–472:22      speculative, lack of personal knowledge |
| 475 | 18 | 476 | 20 | |
| 476 | 22 | 478 | 15 | |
| 478 | 20 | 479 | 6 | |
| 479 | 8 | 480 | 13 | |
| 480 | 21 | 481 | 5 | |
| 481 | 10 | 481 | 10 | |
| 481 | 15 | 483 | 7 | |
| 483 | 9 | 483 | 11 | |
| 483 | 16 | 483 | 25 | |
| 487 | 14 | 487 | 14 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 487 | 19 | 488 | 14 | |
| 488 | 16 | 489 | 3 | |
| 489 | 5 | 490 | 4 | |
| 490 | 18 | 491 | 4 | |
| 491 | 10 | 491 | 23 | |
| 492 | 1 | 493 | 12 | |
| 493 | 14 | 497 | 5 | |
| 497 | 7 | 497 | 16 | |
| 497 | 19 | 498 | 12 | |
| 498 | 15 | 498 | 15 | |
| 498 | 18 | 501 | 20 | 498:18–21    lack of personal knowledge; speculation |
| 502 | 4 | 503 | 9 | |
| 503 | 11 | 503 | 11 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 503 | 20 | 504 | 17 | |
| 504 | 21 | 505 | 25 | |
| 506 | 2 | 508 | 12 | |
| 508 | 14 | 509 | 17 | |
| 509 | 21 | 510 | 5 | |
| 510 | 7 | 510 | 14 | |
| 510 | 16 | 511 | 4 | |
| 511 | 6 | 512 | 1 | |
| 512 | 5 | 512 | 10 | |
| 512 | 14 | 513 | 16 | |
| 513 | 18 | 513 | 19 | |
| 513 | 23 | 514 | 11 | |
| 514 | 15 | 515 | 1 | |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Epstein, Stephen, 5/30/06 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 134 | 4 | 134 | 9 | |
| 137 | 1 | 137 | 11 | |
| 138 | 3 | 138 | 10 | |
| 138 | 13 | 139 | 18 | |
| 140 | 18 | 141 | 13 | |
| 141 | 14 | 141 | 16 | |
| 141 | 19 | 142 | 19 | |
| 142 | 22 | 143 | 3 | calls for speculation; incomplete hypothetical |
| 143 | 17 | 143 | 24 | |
| 144 | 12 | 144 | 14 | |
| 144 | 17 | 144 | 17 | |
| 144 | 22 | 145 | 5 | incomplete hypothetical |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 145 | 8 | 145 | 8 | |
| 145 | 19 | 146 | 2 | |
| 146 | 3 | 146 | 8 | |
| 148 | 6 | 150 | 11 | |
| 150 | 16 | 151 | 13 | |
| 151 | 14 | 152 | 16 | |
| 152 | 20 | 153 | 17 | [401, 402, 403] lacks foundation |
| 155 | 8 | 156 | 1 | |
| 156 | 2 | 159 | 2 | |
| 160 | 16 | 160 | 21 | incomplete hypotheticals; vague; ambiguous |
| 161 | 3 | 161 | 3 | incomplete hypotheticals; vague; ambiguous |
| 161 | 16 | 161 | 21 | incomplete hypotheticals; vague; ambiguous |
| 161 | 24 | 162 | 1 | incomplete hypotheticals; vague; ambiguous |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 162 | 11 | 162 | 20 | |
| 165 | 2 | 168 | 12 | 165:2–7     vague; calls for speculation<br>165:10–18   ambiguous; vague; calls for speculation |
| 170 | 19 | 173 | 5 | |
| 173 | 16 | 173 | 20 | |
| 174 | 7 | 174 | 24 | |
| 175 | 1 | 175 | 7 | calls for speculation |
| 175 | 19 | 176 | 2 | vague; ambiguous |
| 176 | 5 | 176 | 11 | vague; ambiguous |
| 176 | 13 | 176 | 16 | |
| 177 | 8 | 178 | 12 | |
| 179 | 9 | 179 | 24 | |
| 180 | 3 | 181 | 7 | |
| 182 | 3 | 182 | 15 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 183 | 10 | 184 | 21 | |
| 186 | 3 | 187 | 3 | |
| 187 | 16 | 189 | 9 | |
| 190 | 6 | 190 | 12 | |
| 190 | 22 | 191 | 6 | |
| 191 | 19 | 191 | 24 | |
| 192 | 1 | 193 | 8 | |
| 193 | 11 | 193 | 16 | |
| 193 | 22 | 194 | 7 | |
| 194 | 9 | 194 | 19 | |
| 194 | 22 | 196 | 6 | |
| 196 | 18 | 197 | 2 | incomplete hypothetical; calls for speculation |
| 197 | 8 | 197 | 10 | speculation |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 199 | 3 | 199 | 19 | |
| 200 | 13 | 200 | 14 | |
| 201 | 3 | 203 | 11 | 201:11–16   speculation; lack of personal knowledge<br>203:7–11     incomplete hypothetical; speculation |
| 203 | 17 | 203 | 18 | speculative; ambiguous; incomplete hypothetical |
| 203 | 20 | 205 | 24 | |
| 206 | 20 | 207 | 1 | |
| 207 | 17 | 208 | 6 | |
| 208 | 7 | 208 | 15 | |
| 210 | 8 | 213 | 12 | |
| 213 | 16 | 213 | 24 | |
| 214 | 1 | 214 | 6 | |
| 214 | 9 | 214 | 11 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 216 | 6 | 216 | 10 | |
| 216 | 22 | 218 | 6 | |
| 218 | 10 | 219 | 6 | |
| 219 | 13 | 222 | 1 | |
| 223 | 15 | 224 | 2 | |
| 226 | 7 | 226 | 23 | |
| 227 | 17 | 228 | 6 | |
| 229 | 3 | 229 | 15 | |
| 230 | 3 | 230 | 11 | |
| 231 | 15 | 231 | 19 | |
| 232 | 5 | 232 | 14 | |
| 234 | 21 | 236 | 21 | 235:12–15   speculation; no personal knowledge |
| 237 | 4 | 237 | 8 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|:---:|:---:|:---:|:---:|:---:|
| 243 | 19 | 245 | 14 | |
| 245 | 23 | 248 | 16 | 246:16–247:6      leading |
| 249 | 4 | 249 | 9 | calls for speculation; no personal knowledge |
| 249 | 12 | 249 | 13 | calls for speculation; no personal knowledge |
| 249 | 15 | 249 | 19 | |
| 251 | 23 | 252 | 10 | |
| 253 | 1 | 255 | 3 | 253:20–255:3      calls for speculation; hearsay; foundation – witness was unfamiliar with document |
| 255 | 9 | 255 | 21 | calls for speculation; hearsay; foundation – witness was unfamiliar with document |
| 255 | 24 | 256 | 7 | calls for speculation; hearsay; foundation – witness was unfamiliar with document |
| 256 | 16 | 258 | 12 | calls for speculation; hearsay; foundation – witness was unfamiliar with document<br><br>also:  258:6–12      leading |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|------------|------------|----------|----------|-----------|
| 258 | 23 | 260 | 17 | |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Scolnick, MD, Edward, 1/30/03, 3/22/05, 4/29/05, 5/17/05, 6/1/05, 8/16/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| | | | | **1/30/03 Deposition None** |
| | | | | **3/22/05 Deposition None** |
| | | | | **4/29/05 Deposition** |
| 143 | 15 | 144 | 7 | |
| 144 | 24 | 145 | 3 | |
| 149 | 14 | 149 | 18 | |
| 149 | 20 | 149 | 23 | |
| 151 | 1 | 151 | 3 | |
| 151 | 6 | 151 | 8 | |
| 238 | 9 | 238 | 18 | |
| 240 | 21 | 241 | 5 | |
| 248 | 16 | 248 | 18 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 248 | 20 | 248 | 23 | |
| 357 | 18 | 357 | 20 | |
| 357 | 23 | 358 | 8 | |
| 366 | 13 | 366 | 19 | |
| | | | | **5/17/05 Deposition** |
| 561 | 22 | 561 | 25 | |
| | | | | **6/1/05 Deposition** |
| 823 | 11 | 823 | 14 | |
| 826 | 14 | 826 | 17 | [401, 402, 403] |
| 826 | 20 | 828 | 6 | [401, 402, 403] |
| 828 | 10 | 828 | 21 | [401, 402, 403] |
| 829 | 7 | 829 | 14 | |
| 839 | 14 | 839 | 19 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 839 | 21 | 839 | 23 | |
| 841 | 2 | 841 | 22 | 841:2–17                    [401, 402, 403] |
| 841 | 25 | 842 | 23 | |
| 843 | 2 | 844 | 8 | |
| 844 | 10 | 844 | 25 | |
| 845 | 4 | 846 | 14 | |
| 850 | 15 | 851 | 2 | |
| 851 | 4 | 851 | 7 | |
| 851 | 9 | 851 | 21 | |
| 854 | 11 | 854 | 13 | |
| 854 | 17 | 854 | 18 | |
| 854 | 20 | 855 | 8 | |
| 858 | 17 | 859 | 10 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 859 | 15 | 860 | 6 | |
| 863 | 7 | 868 | 23 | |
| 868 | 25 | 870 | 25 | |
| 871 | 16 | 871 | 25 | |
| 873 | 4 | 873 | 16 | |
| 873 | 19 | 873 | 19 | |
| 873 | 21 | 874 | 10 | |
| 874 | 23 | 876 | 8 | |
| 876 | 13 | 876 | 15 | |
| 879 | 25 | 881 | 10 | |
| 881 | 25 | 882 | 21 | |
| 883 | 3 | 833 | 18 | |
| 883 | 22 | 884 | 19 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 901 | 8 | 903 | 13 | |
| 903 | 16 | 904 | 13 | 903:24–904:13                    [801, 802] |
| 904 | 17 | 904 | 23 | |
| 907 | 17 | 909 | 9 | |
| 909 | 12 | 910 | 8 | |
| 910 | 13 | 910 | 21 | |
| 910 | 24 | 913 | 10 | |
| 913 | 24 | 914 | 6 | |
| 918 | 16 | 919 | 1 | |
| 919 | 2 | 919 | 4 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 919 | 7 | 919 | 18 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 919 | 20 | 919 | 21 | [401, 402, 403]<br>subject of MIL re Merck employee's use of Vioxx |
| 923 | 10 | 923 | 15 | |
| 923 | 17 | 924 | 6 | |
| 924 | 22 | 927 | 15 | |
| 927 | 19 | 927 | 23 | |
| 927 | 25 | 929 | 2 | |
| 929 | 4 | 929 | 5 | |
| 929 | 7 | 929 | 10 | |
| 931 | 14 | 931 | 25 | |
| 932 | 2 | 932 | 2 | |
| 932 | 4 | 932 | 11 | |
| 934 | 20 | 937 | 1 | |
| 937 | 4 | 937 | 13 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 937 | 15 | 938 | 17 | |
| 939 | 16 | 940 | 10 | |
| 940 | 12 | 940 | 12 | |
| 940 | 14 | 940 | 15 | |
| 940 | 18 | 940 | 21 | |
| 941 | 5 | 941 | 7 | |
| 941 | 10 | 941 | 14 | |
| 94 | 12 | 944 | 18 | (Plaintiff assumes passage begins on page 944.)<br>hearsay; speculation |
| 944 | 22 | 945 | 8 | (Plaintiff assumes passage begins on page 944.)<br>hearsay; speculation |
| 945 | 12 | 945 | 14 | lack of foundation |
| 946 | 2 | 946 | 7 | lack of foundation |
| 946 | 9 | 946 | 13 | |

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 952 | 13 | 957 | 11 | |
| 957 | 16 | 957 | 18 | |
| 957 | 20 | 957 | 23 | |
| 957 | 25 | 958 | 21 | |
| 959 | 2 | 959 | 20 | [401, 402, 403] |
| 959 | 22 | 960 | 3 | |
| 960 | 5 | 960 | 14 | |
| 960 | 18 | 960 | 20 | |
| 960 | 22 | 961 | 2 | |
| 961 | 4 | 962 | 1 | |
| 962 | 3 | 962 | 10 | |
| 962 | 12 | 962 | 25 | |
| 964 | 19 | 964 | 21 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 965 | 7 | 965 | 8 | |
| 965 | 12 | 965 | 18 | |
| 966 | 4 | 966 | 10 | |
| 966 | 13 | 966 | 13 | |
| 966 | 15 | 967 | 7 | 966:45–967:7 [401, 402, 403] |
| 967 | 17 | 968 | 19 | [401, 402, 403] |
| 968 | 23 | 969 | 7 | |
| 969 | 9 | 969 | 11 | lack of foundation; speculation |
| 969 | 14 | 969 | 21 | lack of foundation; speculation |
| 972 | 1 | 972 | 10 | lack of foundation; speculation |
| 972 | 12 | 972 | 12 | lack of foundation; speculation |
| 972 | 16 | 972 | 17 | lack of foundation; speculation |
| 972 | 20 | 973 | 9 | lack of foundation; speculation |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 973 | 25 | 974 | 6 | lack of foundation; speculation |
| 977 | 10 | 977 | 12 | |
| 978 | 20 | 980 | 6 | calls for speculation; hearsay; move to strike nonresponsive answer |
| 980 | 10 | 981 | 6 | |
| | | | | **8/16/05 Deposition** |
| 1138 | 9 | 1138 | 10 | |
| 1251 | 9 | 1251 | 12 | |

863929.1

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Weiner, Jan, 8/10/05, 8/11/05, 8/12/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 107 | 22 | 107 | 25 | |
| 108 | 2 | 108 | 5 | |
| 156 | 5 | 156 | 10 | |
| 156 | 12 | 156 | 17 | |
| | | | | **8/11/05 Deposition** |
| 432 | 3 | 432 | 7 | |
| 432 | 9 | 432 | 12 | speculation; lack of personal knowledge |
| | | | | **8/12/05 Deposition** |
| 523 | 13 | 524 | 22 | |
| 525 | 5 | 525 | 13 | [402, 403] |
| 527 | 7 | 527 | 15 | lack of personal knowledge; speculation |
| 532 | 5 | 533 | 23 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 538 | 13 | 540 | 6 | |
| 541 | 11 | 542 | 15 | 541:16–542:15 [801, 802] |
| 548 | 25 | 549 | 19 | |
| 553 | 15 | 554 | 3 | lack of personal knowledge; speculation |

863930.1

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Davis, Michael, 2/5/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 28 | 10 | 28 | 17 | |
| 31 | 5 | 31 | 13 | |
| 38 | 15 | 38 | 20 | |
| 38 | 23 | 39 | 4 | |
| 40 | 13 | 41 | 1 | Non-responsive |
| 43 | 2 | 43 | 15 | |
| 50 | 13 | 50 | 15 | |
| 50 | 19 | 51 | 6 | |
| 61 | 1 | 61 | 6 | |
| 73 | 21 | 74 | 6 | |
| 104 | 19 | 105 | 7 | |
| 123 | 7 | 123 | 12 | |
| 132 | 10 | 132 | 14 | |
| 143 | 2 | 143 | 5 | |
| 150 | 19 | 151 | 10 | |
| 156 | 2 | 156 | 6 | |
| 157 | 4 | 157 | 10 | |
| 164 | 12 | 164 | 17 | |
| 185 | 6 | 185 | 12 | |
| 197 | 6 | 197 | 19 | |
| 201 | 22 | 206 | 22 | 202:14-20, Relevance - timing, Foundation.<br>205:16-206:22, Relevance, Prejudicial (personal use MIL granted) |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Edwards, Kerry, 12/17/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 41 | 9 | 41 | 13 | None |
| 104 | 22 | 105 | 2 | None |
| 115 | 15 | 116 | 13 | None |
| 125 | 1 | 125 | 1 | None |
| 128 | 19 | 129 | 4 | None |
| 133 | 4 | 133 | 10 | None |
| 174 | 17 | 174 | 22 | None |
| 176 | 13 | 176 | 15 | None |
| 213 | 17 | 214 | 1 | None |
| 214 | 5 | 215 | 2 | None |
| 251 | 23 | 252 | 12 | None |
| 285 | 12 | 285 | 15 | Speculation |
| 290 | 20 | 291 | 13 | Relevance – MIL Ruling |
| 291 | 19 | 292 | 10 | None |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Fevurly, John, 11/12/09
Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 17 | 1 | 17 | 2 | |
| 36 | 15 | 36 | 20 | |
| 41 | 1 | 41 | 4 | |
| 46 | 13 | 46 | 17 | |
| 50 | 2 | 50 | 6 | |
| 52 | 16 | 52 | 23 | |
| 60 | 4 | 60 | 6 | |
| 62 | 1 | 62 | 5 | |
| 74 | 7 | 74 | 11 | |
| 75 | 3 | 75 | 18 | |
| 77 | 5 | 77 | 8 | |
| 80 | 18 | 80 | 20 | |
| 87 | 5 | 87 | 6 | |
| 90 | 6 | 90 | 16 | Nonresponsive 90:12-16 |
| 91 | 21 | 92 | 1 | |
| 94 | 7 | 94 | 9 | |
| 94 | 12 | 94 | 14 | |
| 98 | 23 | 98 | 25 | |
| 103 | 21 | 104 | 3 | Relevance, Prejudicial (personal use MIL granted) |
| 104 | 7 | 107 | 25 | |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Gilmartin, Raymond, 3/24/05, 4/11/05, 4/18/05, 6/17/05 Deposition

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| | | | | **3/24/05 Deposition** |
| 80 | 2 | 80 | 6 | |
| 80 | 9 | 80 | 15 | |
| 180 | 1 | 181 | 3 | move to strike as nonresponsive |
| 182 | 20 | 183 | 10 | |
| 198 | 11 | 198 | 13 | |
| 287 | 11 | 287 | 19 | |
| 295 | 11 | 297 | 8 | 295:24–297:8<br>hearsay; no personal knowledge;<br>nonresponsive |
| 311 | 24 | 312 | 5 | |
| 312 | 7 | 312 | 16 | |
| 322 | 13 | 322 | 23 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 354 | 17 | 354 | 19 | |
| 355 | 4 | 355 | 15 | |
| | | | | **4/11/05 Deposition** |
| 462 | 23 | 463 | 7 | |
| 478 | 6 | 478 | 12 | |
| 478 | 14 | 478 | 19 | |
| 506 | 8 | 506 | 19 | |
| 543 | 20 | 543 | 23 | [401, 402, 403] |
| 604 | 21 | 605 | 6 | nonresponsive to question |
| 605 | 9 | 605 | 12 | nonresponsive to question |
| 606 | 2 | 606 | 3 | nonresponsive to question |
| 606 | 6 | 606 | 14 | nonresponsive; lack of personal knowledge; speculation |
| 606 | 20 | 606 | 20 | nonresponsive; lack of personal knowledge; speculation |

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 606 | 23 | 607 | 6 | nonresponsive; lack of personal knowledge; speculation |
| 641 | 7 | 641 | 12 | nonresponsive; lack of personal knowledge; speculation |
| 645 | 13 | 645 | 14 | |
| 645 | 18 | 645 | 23 | |
| 694 | 4 | 694 | 23 | |
| 733 | 8 | 733 | 8 | |
| 733 | 11 | 733 | 12 | |
| 733 | 18 | 733 | 22 | |
| 733 | 25 | 734 | 15 | |
| 734 | 18 | 734 | 22 | speculation |
| | | | | **4/18/05 Deposition** |
| 21 | 17 | 21 | 22 | |
| 31 | 23 | 32 | 4 | |

| BEGIN PAGE | BEGIN LINE | END PAGE | END LINE | OBJECTION |
|---|---|---|---|---|
| 43 | 24 | 44 | 16 | |
| | | | | **6/17/05 Deposition** |
| 877 | 17 | 878 | 23 | [401, 402, 403] |
| 879 | 25 | 880 | 5 | [401, 402, 403] |
| 880 | 7 | 880 | 17 | [401, 402, 403] |
| 880 | 21 | 881 | 10 | [401, 402, 403] |
| 881 | 12 | 882 | 14 | [401, 402, 403] |
| 882 | 18 | 883 | 19 | [401, 402, 403] |
| 883 | 23 | 884 | 11 | [401, 402, 403] |
| 914 | 9 | 914 | 12 | [401, 402, 403] |
| 915 | 11 | 915 | 21 | |
| 915 | 25 | 916 | 2 | |
| 916 | 4 | 916 | 12 | hearsay; lack of personal knowledge |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Goldberg, MD, Allan, 11/5/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 19 | 4 | 19 | 15 | None |
| 20 | 3 | 20 | 14 | None |
| 20 | 18 | 20 | 24 | None |
| 24 | 6 | 24 | 15 | None |
| 25 | 24 | 27 | 4 | None |
| 27 | 10 | 27 | 22 | None |
| 30 | 20 | 32 | 18 | None |
| 33 | 10 | 33 | 18 | None |
| 36 | 8 | 36 | 16 | None |
| 40 | 6 | 40 | 13 | None |
| 47 | 1 | 47 | 24 | None |
| 48 | 21 | 49 | 1 | None |
| 51 | 6 | 51 | 9 | None |
| 51 | 12 | 52 | 5 | None |
| 55 | 4 | 55 | 14 | None |
| 55 | 17 | 57 | 19 | None |
| 74 | 22 | 75 | 3 | Incomplete - Add 75:4-6 |
| 75 | 14 | 76 | 5 | None |
| 104 | 18 | 105 | 3 | None |
| 116 | 6 | 117 | 9 | None |
| 140 | 10 | 140 | 17 | None |
| 142 | 14 | 142 | 18 | None |
| 174 | 1 | 174 | 6 | None |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Kaiser, MD, Fran 1/29/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 7 | 6 | 7 | 11 | — |
| 10 | 19 | 11 | 22 | — |
| 16 | 2 | 16 | 18 | — |
| 23 | 12 | 23 | 18 | — |
| 23 | 22 | 24 | 11 | — |
| 30 | 18 | 30 | 21 | — |
| 31 | 2 | 31 | 6 | — |
| 32 | 15 | 32 | 20 | — |
| 36 | 7 | 36 | 17 | Non-responsive, lack of personal knowledge |
| 44 | 19 | 45 | 7 | Non-responsive, lack of personal knowledge |
| 75 | 11 | 76 | 14 | Relevance |
| 76 | 20 | 76 | 20 | — |
| 76 | 22 | 77 | 6 | — |
| 83 | 15 | 83 | 21 | — |
| 84 | 2 | 84 | 5 | — |
| 92 | 14 | 92 | 17 | — |
| 92 | 20 | 92 | 20 | — |
| 97 | 6 | 97 | 10 | — |
| 97 | 15 | 97 | 17 | Lack of personal knowledge |
| 97 | 20 | 97 | 22 | Lack of personal knowledge |
| 98 | 8 | 98 | 11 | Non-responsive |
| 112 | 18 | 112 | 22 | — |
| 117 | 7 | 117 | 7 | — |
| 117 | 12 | 117 | 19 | Non-responsive, lack of personal knowledge |
| 117 | 23 | 118 | 4 | Non-responsive, lack of personal knowledge |
| 122 | 4 | 122 | 9 | Non-responsive |
| 128 | 18 | 128 | 19 | Non-responsive, lack of personal knowledge |
| 128 | 21 | 129 | 1 | Non-responsive, lack of personal knowledge |
| 129 | 7 | 129 | 8 | Non-responsive, lack of personal knowledge |
| 130 | 13 | 130 | 13 | — |
| 138 | 14 | 138 | 16 | — |
| 139 | 21 | 140 | 2 | — |
| 143 | 10 | 143 | 10 | Non-responsive |
| 170 | 24 | 170 | 24 | — |
| 177 | 7 | 177 | 9 | Non-responsive |
| 177 | 12 | 178 | 1 | Non-responsive |
| 179 | 23 | 180 | 20 | 180:7-180:20 – Non-responsive |
| 183 | 10 | 183 | 23 | Non-responsive, lack of personal knowledge |
| 189 | 7 | 189 | 9 | Non-responsive, lack of personal knowledge |

| 189 | 13 | 189 | 19 | Non-responsive, lack of personal knowledge |
| 189 | 22 | 189 | 22 | — |
| 190 | 3 | 190 | 12 | Non-responsive |
| 191 | 2 | 191 | 6 | — |
| 212 | 2 | 213 | 12 | — |
| 213 | 18 | 213 | 21 | — |
| 214 | 9 | 215 | 1 | — |
| 216 | 5 | 217 | 24 | 216:10-217:24:  Leading (Except 217:1-217:2) |
| 218 | 7 | 222 | 10 | Leading:  218:7-10, 218:15-219:20, 219:24-220:2, 220:9-209:13 |
| 222 | 14 (At I) | 224 | 7 | 223:5-8 Relevance, lack of personal knowledge; leading:  224:3-224:7 |
| 224 | 12 | 225 | 4 | Misstates record |
| 225 | 12 | 230 | 4 | Leading:  228:17-228:20; 228:24-229:6 |
| 230 | 8 | 231 | 18 | 230:11-231:18 leading |
| 231 | 19 | 232 | 10 | Leading |
| 232 | 11 | 234 | 4 | Leading (232:23-234:4); leading, compound (232:16-22) |
| 234 | 5 | 236 | 15 | Leading (234:5-235:3; 235:15-236:15) |
| 237 | 5 | 238 | 1 | — |
| 240 | 4 | 240 | 12 | — |
| 241 | 3 | 244 | 15 | 241:3-241:18; No question, lawyer colloquy; leading (241:25-244:15) |
| 245 | 4 | 245 | 23 | 245:13-245:23 (MIL granted re personal use, 3/26/10) |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Laine, Loren, 2/2/10 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 11 | 1 | 11 | 6 | — |
| 62 | 17 | 63 | 12 | Lack of personal knowledge; non-responsive |
| 97 | 3 | 97 | 4 | — |
| 97 | 7 | 97 | 9 | — |
| 103 | 19 | 104 | 14 | — |
| 105 | 6 | 105 | 20 | Lack of personal knowledge |
| 121 | 1 | 121 | 4 | Non-testimony; colloquy of counsel |
| 122 | 4 | 122 | 8 | Non-testimony; colloquy of counsel |
| 200 | 5 | 200 | 9 | Leading |
| 202 | 9 | 202 | 16 | Leading |
| 203 | 2 | 203 | 22 | — |
| 210 | 16 | 211 | 7 | — |
| 211 | 21 | 212 | 18 | — |
| 212 | 22 | 213 | 1 | — |
| 213 | 6 | 213 | 9 | — |
| 214 | 21 | 216 | 8 | Leading; lack of personal knowledge |
| 216 | 10 | 216 | 19 | Misstates evidence; vague; lack of personal knowledge |
| 222 | 2 | 222 | 18 | — |
| 222 | 21 | 224 | 7 | Improper statement by counsel |
| 224 | 9 | 225 | 6 | Improper expert testimony without Rule 26 compliance (225:3-225:6) |
| 225 | 8 | 225 | 12 | Improper expert testimony without Rule 26 compliance |
| 225 | 21 | 228 | 17 | Improper expert testimony |
| 229 | 4 | 229 | 10 | — |
| 229 | 14 | 231 | 12 | — |
| 231 | 18 | 232 | 17 | — |
| 232 | 19 | 232 | 22 | Misstates evidence |
| 232 | 25 | 233 | 9 | Misstates evidence |
| 265 | 11 | 265 | 13 | Relevance |
| 265 | 17 | 265 | 23 | Relevance |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Biglane, Gina, 10/28/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 9 | 10 | 10 | |
| 12 | 24 | 13 | 1 | Relevance, Lack of testimony, lack of answer in designation |
| 15 | 2 | 15 | 8 | |
| 16 | 20 | 17 | 19 | Relevance, narrative, document speaks for itself |
| 18 | 5 | 18 | 16 | Relevance, document speaks for itself |
| 46 | 24 | 46 | 25 | Relevance, Lack of testimony, Lack of question, lack of answer in designation |
| 53 | 11 | 54 | 6 | Relevance, document speaks for itself, lack of testimony |
| 54 | 12 | 54 | 12 | Relevance, Lack of testimony, Lack of question, lack of answer in designation |
| 54 | 16 | 54 | 19 | Relevance, Lack of testimony, Lack of question, lack of answer in designation |
| 61 | 18 | 61 | 23 | Relevance, Lack of testimony, Lack of question, lack of answer in designation |
| 62 | 3 | 63 | 5 | Relevance, Lack of testimony, Lack of question, lack of answer in designation |
| 81 | 17 | 81 | 24 | |
| 85 | 9 | 85 | 14 | Relevance, document speaks for itself |
| 87 | 13 | 88 | 4 | Relevance, document speaks for itself |
| 119 | 16 | 119 | 17 | Relevance, speculation |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Lambert, Warren, 12/18/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 21 | 15 | 22 | 19 | None |
| 31 | 16 | 31 | 16 | None |
| 31 | 20 | 31 | 23 | None |
| 32 | 15 | 32 | 17 | None |
| 33 | 20 | 34 | 3 | None |
| 45 | 1 | 45 | 11 | Incomplete-add 45:12-15 45:17-46:6 |
| 66 | 23 | 67 | 2 | None |
| 73 | 19 | 73 | 22 | None |
| 138 | 16 | 138 | 21 | None |
| 235 | 13 | 235 | 21 | None |
| 240 | 13 | 240 | 17 | None |
| 256 | 23 | 257 | 8 | None |
| 288 | 16 | 288 | 16 | None |
| 292 | 12 | 292 | 15 | None |
| 311 | 23 | 312 | 11 | Relevance - MIL Ruling |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
LePore, Wendy, 10/26/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 10 | 3 | 10 | 5 | None |
| 10 | 10 | 11 | 13 | None |
| 21 | 5 | 21 | 15 | None |
| 23 | 8 | 23 | 20 | None |
| 33 | 10 | 34 | 16 | None |
| 36 | 8 | 36 | 12 | Objection - Speculation |
| 39 | 10 | 40 | 12 | Relevance |
| 85 | 13 | 86 | 5 | None |
| 101 | 4 | 101 | 6 | Incomplete-add 100:23-101:2, 101:8-1 |
| 147 | 1 | 147 | 13 | Incomplete-add 145:21-146:24 |
| 161 | 20 (at "[W]ould") | 163 | 17 | None |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Nies, Alan, 3/2/05, 4/1/05 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | **3/2/05 Deposition** |
| 73 | 11 | 73 | 15 | — |
| 211 | 2 | 212 | 2 | Non-responsive |
| 221 | 25 | 222 | 23 | — |
| 277 | 23 | 279 | 3 | Lack of personal knowledge |
| 290 | 11 | 290 | 24 | Non-responsive; inadmissible opinion testimony; lack of personal knowledge |
| 337 | 12 | 337 | 19 | — |
| 337 | 22 | 338 | 10 | Non-responsive; lack of personal knowledge; inadmissible opinion testimony |
| 338 | 25 | 340 | 13 | Non-responsive; lack of personal knowledge; inadmissible opinion testimony |
| | | | | **4/1/05 Deposition** |
| 488 | 15 | 489 | 16 | — |
| 523 | 21 | 523 | 24 | — |
| 601 | 20 | 601 | 23 | Non-responsive; lack of personal knowledge |
| 601 | 25 | 602 | 4 | Non-responsive; lack of personal knowledge. (If the court permits 601:20-23 and 601:25-602:4, Plaintiff designates 602:7-602:13 for completeness.) |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Ogle, Mary, 12/16/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 31 | 24 | 32 | 14 | None |
| 37 | 9 | 39 | 2 | None |
| 50 | 19 | 51 | 3 | None |
| 65 | 18 | 66 | 1 | Repetitive/Confusing |
| 66 | 16 | 67 | 2 | None |
| 68 | 16 | 68 | 20 | None |
| 69 | 16 | 71 | 17 | None |
| 82 | 3 | 82 | 7 | Non-responsive |
| 85 | 16 | 85 | 23 | None |
| 92 | 6 | 92 | 17 | None |
| 168 | 9 | 168 | 17 | None |
| 180 | 2 | 180 | 6 | None |
| 180 | 15 | 180 | 17 | None |
| 234 | 17 | 234 | 22 | None |
| 243 | 1 | 243 | 5 | None |
| 248 | 22 | 249 | 1 | None |
| 249 | 4 | 249 | 4 | None |
| 249 | 6 | 249 | 9 | None |
| 249 | 12 | 249 | 13 | None |
| 350 | 4 | 351 | 22 | Leading |
| 352 | 1 | 352 | 10 | Leading |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Reicin, Alise, 3/2/05, 3/23/05, 5/27/05, 8/19/05, 9/20/06, 9/21/06 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | **3/2/05 Deposition** |
| 29 | 3 | 29 | 10 | |
| 35 | 10 | 35 | 21 | Nonresponsive |
| 36 | 21 | 37 | 10 | Nonresponsive |
| 37 | 17 | 38 | 10 | 37:21-2 non-responsive, |
| 81 | 18 | 81 | 21 | |
| 88 | 8 | 88 | 15 | |
| 92 | 20 | 94 | 5 | 92:20-93:14 nonresponsive |
| 106 | 4 | 106 | 15 | |
| 110 | 6 | 110 | 13 | |
| 110 | 23 | 111 | 11 | |
| 148 | 4 | 148 | 22 | |
| 149 | 14 | 150 | 19 | |
| 157 | 12 | 157 | 25 | |
| 158 | 21 | 160 | 19 | |
| 165 | 20 | 165 | 21 | |
| 178 | 5 | 180 | 6 | |
| 258 | 13 | 258 | 21 | |
| 284 | 19 | 285 | 6 | Nonresponsive |
| | | | | **3/23/05 Deposition** |
| 311 | 21 | 314 | 16 | |
| 315 | 2 | 316 | 3 | |
| 318 | 22 | 319 | 21 | |
| 330 | 21 | 331 | 11 | |
| 334 | 13 | 334 | 24 | |
| 335 | 6 | 335 | 8 | Nonresponsive |
| 429 | 24 | 430 | 16 | |
| 437 | 17 | 437 | 21 | |
| 460 | 20 | 461 | 9 | |
| 478 | 16 | 479 | 8 | |
| 481 | 1 | 481 | 18 | |
| 492 | 18 | 493 | 5 | |
| 493 | 10 | 493 | 22 | |
| 512 | 2 | 512 | 5 | |
| 512 | 7 | 512 | 16 | |
| 552 | 18 | 553 | 8 | |
| 553 | 12 | 553 | 20 | |
| 554 | 7 | 554 | 13 | |
| 555 | 6 | 555 | 18 | |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Reicin, Alise, 3/2/05, 3/23/05, 5/27/05, 8/19/05, 9/20/06, 9/21/06 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 555 | 24 | 556 | 16 | 556:9-16 Nonresponsive |
| 564 | 21 | 565 | 3 | |
| 579 | 6 | 579 | 17 | |
| 584 | 22 | 584 | 23 | |
| 599 | 8 | 599 | 11 | |
| 602 | 6 | 602 | 10 | |
| 607 | 21 | 608 | 1 | Nonresponsive |
| | | | | **5/27/05 Deposition** |
| 22 | 1 | 23 | 20 | |
| 25 | 5 | 25 | 8 | |
| 26 | 10 | 26 | 16 | Nonresponsive |
| 65 | 13 | 65 | 22 | |
| 166 | 11 | 166 | 22 | |
| 181 | 3 | 181 | 16 | Acknowledged Error, see subsequent testimony |
| | | | | **8/19/05 Deposition** |
| 629 | 12 | 629 | 16 | |
| 634 | 22 | 634 | 23 | |
| 635 | 1 | 636 | 2 | Improper narrative |
| 638 | 7 | 638 | 22 | |
| 641 | 16 | 642 | 4 | |
| 727 | 5 | 727 | 8 | MIL re: personal use of Vioxx |
| 729 | 15 | 730 | 2 | MIL re: personal use of Vioxx |
| 739 | 20 | 740 | 7 | MIL re: personal use of Vioxx |
| 744 | 4 | 744 | 12 | MIL re: personal use of Vioxx |
| 769 | 22 | 770 | 4 | Relevance, nonresponsive, |
| 806 | 12 | 806 | 22 | |
| 806 | 25 | 807 | 4 | |
| 823 | 2 | 823 | 3 | |
| 823 | 7 | 823 | 14 | Non-responsive, improper narrative |
| 832 | 18 | 832 | 20 | |
| 845 | 16 | 845 | 16 | |
| 851 | 14 | 851 | 23 | |
| | | | | **9/20/06 Deposition** |
| 2175 | 21 | 2303 | 6 | Objection – scheduling order PTO 53 does not include designation of trial testimony |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Reicin, Alise, 3/2/05, 3/23/05, 5/27/05, 8/19/05, 9/20/06, 9/21/06 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | **9/21/06 Deposition** |
| 2307 | 13 | 2315 | 20 | Objection – scheduling order PTO 53 does not include designation of trial testimony |
| 2507 | 11 | 2523 | 8 | Objection – scheduling order PTO 53 does not include designation of trial testimony |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Shearer, Stephen, 11/18/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 43 | 23 | 45 | 3 | None |
| 57 | 12 | 57 | 14 | None |
| 57 | 20 | 57 | 21 | None |
| 61 | 16 | 61 | 24 | None |
| 88 | 13 | 88 | 16 | None |
| 90 | 12 | 91 | 1 | None |
| 97 | 10 | 98 | 8 | None |
| 105 | 20 | 106 | 3 | None |
| 114 | 13 | 114 | 17 | None |
| 123 | 18 | 123 | 21 | None |
| 124 | 17 | 124 | 19 | None |
| 139 | 19 | 139 | 21 | None |
| 139 | 24 | 140 | 1 | Incomplete-Add 140:3-15, 140:18-20 |
| 143 | 3 | 143 | 8 | Attorney Colloquy |
| 144 | 7 | 144 | 17 | None |
| 145 | 1 | 145 | 14 | Relevance – MIL Ruling |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Castille, Charles, 12/10/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 9 | 25 | 10 | 1 | |
| 10 | 20 | 10 | 22 | |
| 13 | 2 | 13 | 7 | |
| 14 | 7 | 14 | 9 | |
| 16 | 2 | 16 | 7 | |
| 16 | 11 | 17 | 8 | |
| 18 | 1 | 18 | 2 | |
| 18 | 14 | 18 | 17 | |
| 19 | 4 | 19 | 10 | |
| 19 | 11 | 19 | 11 | |
| 19 | 20 | 19 | 24 | |
| 20 | 25 | 21 | 3 | |
| 21 | 24 | 22 | 2 | |
| 32 | 20 | 33 | 7 | |
| 33 | 25 | 34 | 14 | Vague and ambiguous, "payor" undefined (34:13-14) |
| 37 | 4 | 38 | 4 | |
| 38 | 15 | 38 | 17 | |
| 38 | 22 | 38 | 23 | |
| 49 | 6 | 49 | 7 | For completeness, include 49:8-10 |
| 52 | 15 | 52 | 18 | |
| 56 | 25 | 57 | 3 | |
| 63 | 13 | 64 | 10 | |
| 64 | 16 | 64 | 18 | Lack of personal knowledge, speculation, no foundation |
| 64 | 22 | 64 | 23 | Lack of personal knowledge, speculation, no foundation |
| 67 | 22 | 68 | 1 | |
| 68 | 11 | 68 | 14 | |
| 97 | 21 | 97 | 25 | |
| 98 | 13 | 98 | 25 | |
| 101 | 16 | 102 | 15 | |
| 102 | 22 | 103 | 2 | |
| 108 | 9 | 108 | 17 | FRE 701: calls for legal conclusion, relevance |
| 108 | 24 | 108 | 24 | FRE 701: calls for legal conclusion, relevance |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Mary Terrebonne, 11/9/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 21 | 4 | 21 | 6 | |
| 51 | 1 | 51 | 4 | Lack of personal knowledge |
| 76 | 4 | 76 | 10 | |
| 200 | 25 | 201 | 7 | |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Turner, Holly Jacques, 10/22/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 5 | 14 | 5 | 15 | |
| 10 | 3 | 10 | 14 | |
| 12 | 1 | 12 | 2 | |
| 12 | 11 | 12 | 17 | |
| 14 | 5 | 14 | 7 | |
| 16 | 13 | 16 | 25 | |
| 17 | 23 | 18 | 1 | |
| 30 | 19 | 31 | 1 | Incomplete response, include 31:2-17 |
| 32 | 25 | 33 | 15 | |
| 34 | 12 | 34 | 12 | Incomplete designation |
| 38 | 16 | 38 | 18 | |
| 41 | 6 | 41 | 6 | Incomplete designation |
| 44 | 9 | 44 | 13 | For completeness, include 44:14-19 |
| 47 | 25 | 48 | 3 | For completeness, include 48:4-5 |
| 55 | 16 | 55 | 19 | |
| 82 | 6 | 82 | 9 | |
| 115 | 14 | 115 | 22 | For completeness, include 115:23-25, 116:1-3 |
| 118 | 25 | 119 | 2 | For completeness, include 119:3-5 |
| 123 | 24 | 123 | 24 | Non-responsive, missing question |
| 131 | 24 | 132 | 6 | |
| 136 | 23 | 137 | 2 | For completeness, include 137:3-7 |
| 137 | 16 | 137 | 20 | Incomplete designation |
| 138 | 10 | 138 | 23 | For completeness, include 138:24-25, 139:1 |
| 141 | 24 | 142 | 6 | |
| 149 | 10 | 149 | 11 | |
| 150 | 16 | 150 | 20 | Missing question, include 150:7-12 |
| 155 | 1 | 155 | 2 | |
| 159 | 6 | 159 | 7 | |
| 159 | 9 | 159 | 9 | |
| 183 | 3 | 183 | 4 | |
| 183 | 7 | 183 | 15 | |
| 187 | 18 | 188 | 15 | |
| 190 | 11 | 191 | 1 | Non-responsive (190:21-25, |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Turner, Holly Jacques, 10/22/09 Deposition

| 193 | 4 | 193 | 12 | |
|-----|-----|-----|-----|-----|
| 194 | 2 | 195 | 20 | |
| 196 | 8 | 196 | 19 | |
| 196 | 21 | 197 | 7 | |
| 197 | 19 | 198 | 2 | |
| 198 | 5 | 198 | 13 | Relevance, prejudicial |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Welch, Douglas, 10/30/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 9 | 20 | 10 | 6 | |
| 10 | 16 | 14 | 3 | |
| 16 | 1 | 16 | 3 | |
| 16 | 9 | 16 | 16 | |
| 22 | 18 | 22 | 20 | |
| 23 | 2 | 23 | 6 | |
| 23 | 10 | 23 | 11 | Nonresponsive |
| 23 | 16 | 23 | 18 | Nonresponsive |
| 25 | 20 | 25 | 20 | |
| 26 | 6 | 26 | 25 | |
| 30 | 21 | 31 | 8 | |
| 32 | 4 | 32 | 14 | |
| 46 | 13 | 46 | 14 | |
| 52 | 3 | 52 | 6 | |
| 55 | 3 | 55 | 13 | |
| 56 | 11 | 56 | 16 | |
| 56 | 19 | 57 | 5 | |
| 60 | 2 | 60 | 3 | |
| 63 | 15 | 63 | 21 | |
| 64 | 23 | 65 | 1 | |
| 68 | 15 | 68 | 15 | |
| 69 | 10 | 69 | 13 | |
| 69 | 16 | 69 | 23 | Nonresponsive |
| 71 | 5 | 71 | 5 | |
| 72 | 5 | 72 | 8 | |
| 74 | 14 | 74 | 22 | |
| 80 | 7 | 80 | 18 | |
| 92 | 23 | 92 | 23 | |
| 94 | 10 | 94 | 23 | |
| 97 | 3 | 97 | 15 | |
| 98 | 2 | 98 | 2 | |
| 98 | 7 | 98 | 18 | |
| 99 | 13 | 99 | 13 | |
| 107 | 8 | 107 | 16 | |
| 110 | 4 | 110 | 4 | |
| 116 | 18 | 116 | 20 | |
| 117 | 21 | 117 | 23 | |
| 118 | 15 | 118 | 19 | |

LA AG v. Merck
Defendant's Counters to Plaintiff's Affirmatives
Welch, Douglas, 10/30/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 119 | 1 | 119 | 11 | |
| 120 | 10 | 120 | 20 | |
| 122 | 25 | 123 | 9 | |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 13 | 16 | 14 | 15 | |
| 17 | 16 | 17 | 20 | |
| 21 | 1 | 21 | 2 | Relevance, lack of question in designation, lack of testimony, lack of complete answer in designation |
| 21 | 6 | 21 | 9 | Relevance, lack of personal knowledge |
| 23 | 25 | 24 | 13 | Relevance, narrative, lack of personal knowledge |
| 24 | 15 | 24 | 23 | Relevance, lack of personal knowledge |
| 27 | 14 | 27 | 15 | Relevance |
| 27 | 20 | 28 | 1 | Relevance, lack of testimony, legal conclusion |
| 28 | 6 | 28 | 6 | Relevance, lack of testimony, legal conclusion |
| 32 | 24 | 33 | 3 | |
| 34 | 7 | 34 | 11 | Legal conclusion |
| 34 | 18 | 35 | 6 | Hearsay, legal conclusion |
| 37 | 14 | 37 | 17 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 37 | 23 | 38 | 5 | Relevance, responsiveness, lack of question in designation, lack of complete answer in designation |
| 38 | 14 | 39 | 2 | Relevance, lack of complete answer in designation |
| 40 | 14 | 40 | 24 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 41 | 25 | 42 | 2 | Relevance, responsiveness, lack of question in designation, lack of complete answer in designation |
| 42 | 13 | 42 | 15 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 43 | 3 | 43 | 11 | Relevance, document speaks for itself, responsiveness, lack of |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | answer in designation |
| 45 | 9 | 45 | 13 | Relevance, responsiveness, legal conclusion |
| 45 | 21 | 45 | 24 | Relevance, responsiveness, legal conclusion |
| 46 | 1 | 46 | 2 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 47 | 1 | 47 | 1 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 47 | 9 | 47 | 11 | Relevance, responsiveness, lack of testimony, lack of question in designation, lack of complete answer in designation |
| 48 | 3 | 48 | 3 | Relevance, responsiveness, lack of testimony, lack of answer in designation |
| 49 | 1 | 49 | 15 | Relevance, responsiveness, lack of testimony, lack of question in designation, lack of complete answer in designation |
| 50 | 1 | 50 | 11 | Relevance, responsiveness, lack of testimony, lack of question in designation, lack of complete answer in designation, lack of answer in designation |
| 50 | 24 | 51 | 2 | lack of question in designation, lack of complete answer in designation |
| 52 | 3 | 52 | 4 | Relevance, Lack of answer in designation |
| 54 | 21 | 54 | 23 | Relevance, Lack of answer in designation |
| 56 | 11 | 56 | 14 | |
| 57 | 3 | 57 | 16 | |
| 58 | 2 | 58 | 12 | |
| 59 | 25 | 60 | 6 | Lack of personal knowledge |
| 60 | 12 | 60 | 23 | |
| 61 | 18 | 61 | 23 | |
| 62 | 1 | 62 | 7 | |
| 62 | 23 | 62 | 23 | Relevance, lack of question |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | in designation, lack of complete answer in designation |
| 69 | 6 | 69 | 9 | Relevance, lack of personal knowledge |
| 73 | 22 | 73 | 25 | Relevance, lack of personal knowledge |
| 76 | 15 | 76 | 25 | |
| 77 | 13 | 77 | 14 | |
| 77 | 19 | 77 | 21 | |
| 77 | 23 | 77 | 25 | |
| 78 | 4 | 78 | 4 | |
| 78 | 6 | 78 | 12 | 78:10-12 Lack of testimony, document speaks for itself |
| 78 | 14 | 79 | 12 | Relevance, document speaks for itself |
| 79 | 19 | 80 | 19 | Relevance, document speaks for itself |
| 81 | 1 | 81 | 20 | Relevance, document speaks for itself |
| 81 | 24 | 82 | 14 | Relevance, document speaks for itself |
| 82 | 20 | 82 | 24 | |
| 83 | 3 | 83 | 3 | Relevance, document speaks for itself, lack of personal knowledge |
| 83 | 5 | 83 | 7 | |
| 83 | 20 | 83 | 23 | Relevance, expert medical opinion |
| 84 | 1 | 84 | 4 | Relevance, document speaks for itself |
| 84 | 12 | 84 | 23 | Relevance, document speaks for itself, assumes facts not in evidence, lack of personal knowledge |
| 85 | 2 | 85 | 3 | Relevance, document speaks for itself, assumes facts not in evidence, lack of personal knowledge |
| 85 | 20 | 86 | 2 | Relevance, responsiveness, lack of answer in designation |
| 86 | 9 | 86 | 16 | Relevance, document speaks for itself, expert medical opinion, |
| 86 | 20 | 86 | 20 | Relevance, document speaks for itself, expert |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | medical opinion, |
| 88 | 18 | 89 | 20 | Relevance, document speaks for itself, lack of foundation, assumes facts not in evidence |
| 92 | 13 | 92 | 21 | Relevance, lack of personal knowledge, lack of answer in designation |
| 93 | 7 | 93 | 7 | Relevance, lack of complete question in designation, lack of answer in designation |
| 94 | 5 | 95 | 4 | Relevance, lack of personal knowledge, |
| 95 | 11 | 96 | 24 | Relevance, hearsay, document speaks for itself |
| 97 | 14 | 98 | 14 | Relevance, document speaks for itself, lack of answer in designation |
| 99 | 21 | 99 | 23 | Relevance, lack of foundation, assumes facts not in evidence |
| 100 | 2 | 100 | 12 | Lack of personal knowledge |
| 100 | 18 | 101 | 3 | Relevance, document speaks for itself |
| 102 | 4 | 102 | 7 | Relevance, document speaks for itself |
| 102 | 15 | 102 | 25 | Relevance, document speaks for itself |
| 121 | 16 | 121 | 21 | Relevance, lack or personal knowledge |
| 127 | 15 | 129 | 25 | Relevance, document speaks for itself |
| 130 | 4 | 130 | 5 | Relevance, document speaks for itself |
| 130 | 9 | 131 | 1 | Relevance, document speaks for itself |
| 131 | 5 | 131 | 15 | Lack of personal knowledge, speculation |
| 131 | 20 | 131 | 24 | Legal conclusion, speculation |
| 132 | 3 | 132 | 4 | Legal conclusion, speculation |
| 132 | 6 | 132 | 9 | Relevance, speculation, lack of complete answer in designation |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 132 | 13 | 132 | 14 | Relevance, speculation, lack of complete answer in designation |
| 133 | 4 | 133 | 9 | |
| 133 | 20 | 134 | 4 | |
| 134 | 8 | 134 | 9 | |
| 135 | 13 | 135 | 18 | Relevance, Lack of personal knowledge |
| 135 | 22 | 135 | 22 | Relevance, Lack of personal knowledge |
| 137 | 15 | 137 | 23 | |
| 138 | 2 | 139 | 17 | Document speaks for itself |
| 139 | 22 | 140 | 5 | Relevance, hearsay, document speaks for itself, lack of personal knowledge |
| 142 | 18 | 143 | 16 | Responsiveness, speculation, lack of personal knowledge |
| 144 | 9 | 144 | 20 | Relevance, lack of personal knowledge, narrative |
| 147 | 6 | 147 | 20 | Relevance, document speaks for itself |
| 149 | 16 | 149 | 16 | Relevance, lack of personal knowledge |
| 149 | 24 | 151 | 6 | Relevance, lack of question in designation, document speaks for itself, lack of personal knowledge, hearsay |
| 151 | 10 | 151 | 21 | Relevance, document speaks for itself |
| 152 | 6 | 152 | 9 | Hearsay, speculation, lack of personal knowledge |
| 152 | 14 | 152 | 14 | Hearsay, speculation, lack of personal knowledge |
| 154 | 16 | 154 | 18 | Relevance, Hearsay |
| 154 | 22 | 154 | 22 | Relevance, Hearsay |
| 154 | 24 | 155 | 3 | Relevance, lack of personal knowledge |
| 157 | 14 | 158 | 15 | Relevance, lack of personal knowledge, document speaks for itself |
| 159 | 6 | 159 | 9 | |
| 160 | 9 | 160 | 22 | |
| 161 | 1 | 161 | 11 | Relevance, document speaks for itself, lack of |

LA AG v. Merck
Defendant's Counters to Plaintiffs' Affirmatives
Wendt, Melwyn, 12/14/09 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | foundation, assumes facts not in evidence, speculation, lack of personal knowledge |
| 161 | 15 | 162 | 1 | |
| 162 | 18 | 162 | 18 | Relevance, Lack of question in designation |
| 165 | 1 | 165 | 8 | |
| 168 | 4 | 168 | 7 | |
| 168 | 11 | 169 | 10 | |
| 172 | 20 | 172 | 23 | Relevance, speculation |
| 173 | 4 | 173 | 4 | Relevance, speculation |
| 173 | 8 | 173 | 11 | Relevance, speculation |
| 173 | 15 | 173 | 15 | Relevance, speculation |
| 177 | 23 | 178 | 9 | |
| 180 | 12 | 180 | 16 | Relevance, lack of testimony, lack of answer in designation |
| 180 | 20 | 180 | 21 | Relevance, lack of testimony, lack of complete answer in designation |
| 181 | 7 | 181 | 13 | Relevance, lack of personal knowledge |
| 189 | 25 | 190 | 3 | |
| 192 | 1 | 192 | 3 | |
| 192 | 9 | 192 | 11 | Relevance |
| 192 | 18 | 193 | 6 | Relevance, lack of personal knowledge |
| 194 | 3 | 194 | 5 | |
| 194 | 9 | 194 | 19 | Relevance, lack of personal knowledge |
| 198 | 13 | 198 | 24 | Relevance, lack of personal knowledge |
| 199 | 3 | 199 | 9 | Relevance, lack of personal knowledge |
| 199 | 20 | 200 | 3 | Relevance, lack of personal knowledge, speculation |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiff's Affirmatives
Watson, Doug, 2/9/05

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| 29 | 24 | 30 | 10 | — |
| 31 | 9 | 32 | 1 | — |
| 32 | 24 | 33 | 7 | — |
| 36 | 12 | 36 | 17 | — |
| 67 | 17 | 67 | 19 | Non-responsive, narrative |
| 67 | 23 | 68 | 17 | Non-responsive, narrative |
| 205 | 10 | 206 | 2 | Relevance |
| 276 | 14 | 277 | 13 | — |
| 280 | 18 | 280 | 19 | Partial answer, missing question |
| 292 | 10 | 293 | 15 | Non-responsive, narrative, lack of personal knowledge, impermissible expert opinion |
| 296 | 22 | 297 | 16 | Lack of personal knowledge |
| 309 | 1 | 309 | 6 | Missing question before 309:1, missing answer after 309:6 |
| 310 | 20 | 311 | 21 | Non-responsive (310:20-311:8) |
| 312 | 21 | 313 | 10 | Non-responsive; if allowed, should be followed by 313:11-316:5 |
| 313 | 14 | 313 | 16 | For completeness, include 313:11-316:5 |
| 314 | 7 | 314 | 18 | For completeness, include 313:11-316:5 |
| 316 | 13 | 316 | 23 | Hearsay; non-responsive |
| 317 | 23 | 318 | 7 | — |
| 318 | 9 | 318 | 13 | Non-responsive; hearsay |
| 318 | 17 | 318 | 18 | Relevance |
| 321 | 24 | 322 | 4 | Non-responsive |
| 330 | 7 | 330 | 8 | Missing question, partial answer |
| 331 | 6 | 331 | 12 | Missing question, partial answer |
| 341 | 15 | 342 | 2 | Non-responsive; missing question |

LA AG v. Merck
Plaintiff's Objections to Defendant's Counters to Plaintiffs' Affirmatives
Bold, Thomas, 3/11/05, 7/29/05 Deposition

| Begin Page | Begin Line | End Page | End Line | Objection |
|---|---|---|---|---|
| | | | | **3/11/05 Deposition** |
| 48 | 16 | 48 | 23 | |
| 108 | 12 | 108 | 14 | Non-responsive, no personal knowledge |
| 108 | 16 | 108 | 18 | Non-responsive, no personal knowledge |
| 179 | 24 | 183 | 4 | Lack of personal knowledge |
| 187 | 1 | 188 | 7 | Non-responsive, lack personal knowledge |
| 189 | 22 | 190 | 6 | Non-responsive after the word "that." |
| | | | | **7/29/05 Deposition** |
| 245 | 24 | 246 | 11 | — |
| 259 | 23 | 260 | 8 | Non-responsive |
| 278 | 10 | 278 | 14 | Non-responsive |
| 278 | 16 | 279 | 1 | Non-responsive |
| 285 | 7 | 286 | 13 | Non-responsive, lack of personal knowledge |
| 287 | 11 | 287 | 21 | Non-responsive, lack of personal knowledge |
| 293 | 20 | 295 | 7 | Non-responsive, lack of personal knowledge |
| 349 | 8 | 349 | 17 | — |
| 354 | 6 | 354 | 14 | — |
| 354 | 16 | 354 | 20 | — |
| 356 | 2 | 356 | 2 | — |
| 356 | 4 | 356 | 23 | — |
| 392 | 6 | 392 | 10 | — |
| 392 | 12 | 392 | 20 | Non-responsive, lack of personal knowledge |
| 421 | 14 | 422 | 13 | Non-responsive |
| 422 | 15 | 422 | 16 | Non-responsive |
| 435 | 16 | 435 | 21 | — |
| 435 | 23 | 436 | 24 | — |
| 437 | 1 | 437 | 10 | Non-responsive |
| 440 | 1 | 440 | 3 | — |
| 440 | 5 | 441 | 3 | — |
| 441 | 5 | 441 | 22 | Non-responsive |
| 484 | 14 | 486 | 6 | 486:4-486:6:  MIL granted re personal use |
| 486 | 9 | 486 | 20 | MIL granted re personal use |
| 486 | 22 | 486 | 24 | MIL granted re personal use |
| 487 | 1 | 487 | 3 | MIL granted re personal use |
| 487 | 5 | 487 | 8 | MIL granted re personal use |