UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 MAR 24  PM 4: 16

LORETTA G. WHYTE
      CLERK
```

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: Robert James Womack**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Robert James Womack. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and liaison counsel to take the appropriate action, if any.

New Orleans, Louisiana, this 19th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Robert James Womack
208 N. Bryan Place
Mesquite, TX 75149

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

```
___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep___
___Doc. No.____
```

<u>Note: Correction to Letter Dated February 6th 2010</u>

<u>Delivered Via Facsimile</u>

To: The Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St. Room C-456
New Orleans, LA 70130

Your Honor, my name is Robert James Womack of Mesquite, Texas. I am a claimant in the Merck/Vioxx Lawsuit now pending in your Court.

I have received point awards and I am awaiting the Lien refund that is due any time for my final check with the exception of an **EI settlement**.

I have just been notified by my Attorney's office that I do not qualify for an **EI Award** as Brown Greer has counted my 401(k) (as wages) and as I cannot produce, $250,000 in out of pocket medical damages, I just will not qualify!

I am compelled to seek your help in this matter. As a matter of record I worked for Abbott Laboratories from June 1978 until August 2000. I suffered a back injury "at work" in August of 1999 and was unable to return to work and after one year I was separated from my company. The Matrix Co. out of Austin would not grant the needed operation. Abbott's Work Comp Administrator.

In November of 2000 and after years of being on Vioxx for back pain I suffered a heart attack and was never able to have the second back surgery that might have corrected my injury in the first place.

Having said all the above, I do not feel that my 401(k) or any other savings should be held against my qualifying for the **EI award** that I deserve. My earnings all of my tax records were submitted within the required time as directed by the court. My attorney is Mark Lanier of the Lanier Law Firm in Houston, Texas.

I have presented the required loss of wages statement and have shown that my losses are in excess of $309,333. I have not earned a dime or worked any kind of job since August 1999, the date of my heart attack in November 2000 and the stent implant in my LAD artery.

It would be an absolute matter of injustice to deny myself, my family or anyone else some equal share of the pending **EI resolution** based on earnings or savings 22 years before Vioxx caused my heart attack, not to mention the last 9 plus years of not being able to work and the loss of the earnings for the last 9 plus years. I'm now 62 years of age. My life will be cut short thanks to Vioxx.

Your Honor please consider this letter as my personal appeal for your help in the above.

Respectfully, Your Honor Please disregard my letter dated Feb. 6th 2010 I inadvertently referenced (MI) where I meant (EI) Please accept this letter to correct my previous letter.

*Robert James Womack*
Robert James Womack        February 10th 2010
208 N Bryan Place
Mesquite, TX 75149
972-285-4490 (home)