UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| **This document relates to ALL ACTIONS** | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |
| | : | |

## UNOPPOSED MOTION TO EXTEND DEPOSITION DEADLINE OUTLINED IN MARCH 23, 2010 ORDER

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman, who moves this Court for an extension of the deadline as set forth in the Court's Order of March 23, 2010 [Doc. No. 37826] ordering "that within thirty (30) days of this Order, Mr. Stratton and Plaintiffs' Liaison Counsel, Russ Herman, shall each make themselves available to be deposed by each other."

Despite good faith efforts, Mr. Stratton and Russ Herman have been unable to coordinate two consecutive days for the depositions within thirty (30) days of the March 23, 2010 Order.

Mr. Stratton and Russ Herman have agreed that the depositions can be scheduled in New Orleans on May 4 and 5, 2010, and request that the Court extend the deadline until May 5, 2010 for each of them to make themselves available to be deposed.

Furthermore, in the March 23, 2010 Order, the Court ordered that a status conference is to take place on April 29, 2010. Mr. Stratton and Russ Herman are unsure whether the Court desires to maintain April 29, 2010 as the date of the status conference or if the date should be moved until a date following the depositions.

Mr. Stratton has consented to the filing of this motion which is unopposed.

1

Respectfully submitted,

Date:  March 30, 2010        By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of March, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com

2