UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**MEMORANDUM IN SUPPORT OF UNOPPOSED
MOTION TO EXTEND DEPOSITION DEADLINE
OUTLINED IN MARCH 23, 2010 ORDER**

MAY IT PLEASE THE COURT:

The Court issued an Order on March 23, 2010 [Doc. No. 37826] setting a status conference in this matter regarding Michael Stratton, Liaison Counsel for the Objectors, and Russ Herman, Plaintiffs' Liaison Counsel in connection with the Common Benefit Fee issue. The Court also ordered that within thirty (30) days of the Order, Mr. Stratton and Russ Herman were each to make themselves available to be deposed. Mr. Stratton and Russ Herman have attempted to schedule the depositions and have agreed upon consecutive deposition dates of May 4 and 5, 2010. For the foregoing reasons, request is made to extend the deadline as set forth in the Order of March 23, 2010.

In addition, a status conference is scheduled on April 29, 2010 and the parties are unsure whether the Court desires that this status conference take place before or after the depositions.

Respectfully submitted,

Date:   March 30, 2010                              By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of March, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com