## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | MDL Docket NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**O R D E R**

Considering the Unopposed Motion to Extend Deposition Deadline Outlined in March 23, 2010 Order filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT the deadline for Michael Stratton, Liaison Counsel for the Objectors, and Russ Herman, Plaintiffs' Liaison Counsel, to make each other available for deposition is extended up until and through May 5, 2010.

IT IS FURTHER ORDERED BY THE COURT that:

_____The status conference presently set for April 29, 2010 shall remain as scheduled.

_____The status conference presently set for April 29, 2010 is hereby continued and reset for the \_\_\_\_\_ day of _____, 2010, at \_\_\_\_ o'clock \_\_\_\_.m.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
Eldon E. Fallon
U.S. District Court Judge