# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: | MDL Docket No.: 1657 |
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Donald Patterson v. Merck & Co., Inc.*
Case No.: 06-cv-08319-EEF-DEK

## MOTION TO WITHDRAW AS ATTORNEY

Robert D. Erben, one of the attorneys for Plaintiff Donald Patterson, hereby files this Motion to Withdraw as Attorney and states as follows:

1. Mr. Erben is no longer working for the firm of Moriarty Leyendecker PC as of September 1, 2009.

2. Mr. Erben is seeking to withdraw as counsel of record herein.

3. No party hereto will be prejudiced by the relief requested herein, as James R. Moriarty of Moriarty Leyendecker PC will remain counsel of record for Plaintiff.

WHEREFORE, Robert D. Erben, as one of the attorneys of record for Plaintiff Donald Patterson, respectfully requests that the court enter an order withdrawing him as counsel of record herein. A proposed order granting this relief is provided herewith.

Respectfully submitted this 31st day of March 2010.

        *s/ Robert D. Erben*
        Robert D. Erben
        ERBEN LAW, LLC
        1123 Spruce Street, Suite 302
        Boulder, CO 80302
        (303) 800-1501 Tel / (888) 612-7088 Fax

## CERTIFICATE OF SERVICE

I hereby certify on March 31, 2010 that a true and correct copy of the above and foregoing MOTION TO WITHDRAW AS ATTORNEY was filed electronically with the Court via CM/ECF PACER and served via LexisNexis to the following named persons:

John N. Poulos, Esq.         *Out-of-State Attorney for Defendant*
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, NJ 07302-3910

Andrew H. Myers, Esq.         *Resident Attorney for Defendant*
Wheeler, Trigg, Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202

Phillip A. Wittman, Esq.         *Defendant's Liason Counsel*
Stone Pigman Walther Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP     *Plaintiff's Liason Counsel*
820 O'Keefe Avenue
New Orleans, LA 70113

        */s/ Christina J. Kim*
        Christina J. Kim