CHRISTOPHER O'TOOLE,                    )        IN THE UNITED STATES
                                        )        DISTRICT COURT FOR THE
                                        )        EASTERN DISTRICT OF
                                        )        LOUISIANA
                                        )
                Plaintiff,              )
                                        )        CASE NO. 2:05-cv-04683-EEF-DEK
v.                                      )
                                        )
MERCK & CO., INC.,                      )        **STIPULATION OF DISMISSAL**
                                        )        **WITH PREJUDICE AS TO**
                Defendant.              )        **ALL DEFENDANTS**
                                        )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiff, **CHRISTOPHER O'TOOLE**, against defendant

Merck & Co., Inc. and all other named defendants be dismissed in their entirety with

prejudice, each party to bear its own costs.

_____
Attorney for Christopher O'Toole
James H. Lawlor
20 North Clark Street
Chicago, Illinois 60602

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Dated:  11/6/08

. Attorneys for Merck & Co., Inc

Dated: 3-30-10

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With
Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip
Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by
electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-
Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the
United States District Court for the Eastern District of Louisiana by using the CM/ECF system
which will send a Notice of Electronic Filing in accord with the procedures established in MDL
1657, on this 31st day of March, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.