## LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442
Fax (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

March 31, 2010

*By E-Filing and Regular Mail*
Patrick A. Juneau, Esq.
Special Master's Office
400 Poydras Street
New Orleans, LA 70130

   **Re:** <u>Gene Weeks v. Merck & Co., Inc.</u>

Dear Mr. Juneau:

  Please let this letter serve as a request to schedule a telephone conference for the purpose of clarifying and/or narrowing the issues to be adjudicated in connection with the fee dispute arising out of representation of Gene Weeks, as set forth in the March 25, 2010 letter from Barry Hill of the Anapol Schwartz firm.

  I have contacted Ms. Tejedor, who had been lead counsel in litigating various matters before Judge Fallon since March 4, 2005, to see if there was some interest in trying to narrow down the issues prior to bringing them to Your Honor. I have received no response to either my telephone calls or my letter of March 26, 2010.

  It is not clear to me if there are one or two firms that will be involved in this dispute, given the possibility that her firm may have split at this time, I am only copying Ms. Tejedor.

  My position is that up to the time her firm was terminated by Mr. Weeks, he had been found ineligible for any compensation because he could not meet the proximity gate. It was only after my firm entered the picture that the decision was reversed. I anticipate the need for some discovery if the impact my firm had in appearing is disputed with

regard to the results obtained on behalf of Mr. Weeks.

The other relevant factor to any issue would be the time devoted by counsel.

I have no doubt that there are other issues that may arise, including which state laws would be applicable and I believe that a telephone conference should at least narrow the dispute between counsel.

If the Court is of the opinion that a telephone conference would not be helpful and that a formal motion should be made to address positions on the fees, I respectfully request permission to make the motion at this time.

Thank you for your consideration regarding the above.

Respectfully yours,

Ronald R. Benjamin
Fed Bar Roll 101131

RRB/sy
cc: Maria Tejedor, Esq.
Martinez Manglardi Diez-Arguelles & Tejedor
540 N. Samoran Blvd.
Orlando, FL 32807
*By Facsimile-888-611-7879*

Barry Hill, Esq.
Anapol Schwartz
89 12th Street
Wheeling, WV 26003
*By Facsimile-304-233-4969*