UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Toby Traven, et al. v. Merck & Co., Inc. | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Virginia Williams and Willie Anderson Williams | * * * * | |
| Docket No. 2:06-cv-10168 | * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Virginia Williams and Willie Anderson Williams in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE