UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**O R D E R**

Considering the Unopposed Motion to Extend Deposition Deadline Outlined in March 23, 2010 Order filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT the deadline for Michael Stratton, Liaison Counsel for the Objectors, and Russ Herman, Plaintiffs' Liaison Counsel, to make each other available for deposition is extended up until and through May 5, 2010.

IT IS FURTHER ORDERED BY THE COURT that:

The status conference presently set for April 29, 2010 shall remain as scheduled. The parties shall submit status letters at least two (2) days prior to this conference in order to advise the Court of any issues that may be discussed at the conference. If, at that time no issues require the Court's attention, the parties shall advise the Court of this information and the Court will take appropriate action.

New Orleans, Louisiana, this 31st day of        March        , 2010.

_____
Eldon E. Fallon
U.S. District Court Judge