09-30445
05-1657-L

COURT RECORD TRANSMITTAL FORM
U.S. District Court
(Please Print)

THIS PORTION REMAINS WITH COURT RECORDS

No. 05-1657-L    Short Title: Vioxx    Date 3-29-10

To: Sergie Chepilko
Name

501 Surf Ave
Address

Apt 13 A

Brooklyn   NY   11224
City,       State      Zip

Documents Enclosed:
☐ Record Vols: 5

* ☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return    SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 29 2010

LORETTA G. WHYTE
CLERK

To:   Clerk, 5th Circuit

☐ Record Vols _____
* ☐ Supp. Record Vols _____
☐ Exhibits ☐ _____

Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

THIS PORTION REMAINS WITH COURT RECORDS

Clerk's Receipt To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.

No. _____ Short Title _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

District: _____

✂ Cut Here

Attorney Forwarding Receipt    If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.

No. _____ Short Title _____

To:   Clerk, U.S. District Court

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

✂ Cut Here

Attorney Receipt    The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.

No. _____ Short Title _____

To:   Clerk, U.S. District Court

Fee _____
Process _____
X Dktd. _____
CtRmDep. _____
Doc. No. _____

☐ Record Vols _____
☐ Supp. Record Vols _____
* ☐ Exhibits ☐ _____

Records in above case listed received:
Judge/Attorney Name: _____
Date: _____

District: _____