## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **James Austin, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc., et al.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Michael Hatem and Pattie Hatem*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:06-cv-02211*** | * | |

**********************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Michael Hatem and Pattie Hatem in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>30th</u> day of _____ March _____, 2010.

_____
DISTRICT JUDGE