DON CHAPMAN,                          )
DOROTHY CHAPMAN, et al.,              )
                                     )         **IN THE UNITED STATES**
        Plaintiffs,                  )         **DISTRICT COURT FOR THE**
                                     )         **EASTERN DISTRICT OF**
                                     )         **LOUISIANA**
v.                                   )
                                     )         **Case Code No: 1657**
                                     )         **Docket No: 2:07-cv-00902-EEF-DEK**
MERCK & CO., INC., et al.,           )
                                     )         **STIPULATION OF DISMISSAL**
        Defendants.                  )         **WITH PREJUDICE**
                                     )         **AS TO ALL DEFENDANTS**

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs **Don Chapman** and **Dorothy Chapman** against defendant Merck &

Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.

Robert W. Cottle, Esq.
Nevada Bar No. 4576
Mainor Eglet Cottle LLP
City Centre Place, 6th Floor
Las Vegas, Nevada 89101
(702) 450-5400
(702) 450-5451 Fax
Attorney for Plaintiffs

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Dated: 11 - 17 - 08

Attorneys for Merck & Co., Inc.

Dated: 4-2-10

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With

Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 3rd day of April, 2010.

> */s/ Stephen G. Strauss*
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone: 314-259-2000
> Fax: 314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.