UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> George Morris, et al. <br> v. <br> Merck & Co., Inc., et al. <br><br> *Only with regard to:* <br> *Dorothy Kozlowski, individually and as representative of the estate of Edward Kozlowski, and Edward Kozlowski, Jr., Denise Tomchek, and Timothy Kozlowski* <br><br> *Docket No. 2:07-cv-02101* | * * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Dorothy Kozlowski, individually and as representative of the estate of Edward Kozlowski, and Edward Kozlowski, Jr., Denise Tomcheck, and Timothy Kozlowski, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE