

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 APR -1  AM 9: 13

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                                    :       MDL NO. 1657
          PRODUCTS LIABILITY LITIGATION         :
                                                :       SECTION:  L
                                                :
                                                :       JUDGE FALLON
                                                :       MAG. JUDGE KNOWLES
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO:** *James D. Schneller, et al v. Merck & Co. Inc.,*
Case No. 05-5382

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff James D.

Schneller.  IT IS ORDERED that the correspondence be entered into the record.  In addition, a

copy of the correspondence shall be forwarded to the Claims Administrator and liaison counsel

to take the appropriate action.

New Orleans, Louisiana, this 29th day of March, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                              James D. Schneller
Plaintiff's Liaison Counsel                  500 E. Lancaster Ave, 111d
Herman, Herman Katz & Cotlar, LLP            Radnor, PA 19087
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann                          Vioxx Pro Se Curator
Stone Pigman Walter Wittmann, LLC            400 Poydras Street
546 Carondelet Street                        Suite 2450
New Orleans, LA 70130                        New Orleans, LA 70130

Fee _____
Process _____
X/ Dktd _____
✓ CtRmDep _____
___ Doc. No. _____

1