Jim Schneller

March 15, 2010

Honorable Eldon E. Fallon
United States District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130



Re: MDL 1657 Vioxx Products Liability Litigation
    No. 05-5382   James Schneller et al v. Merck & Co. Inc.

Dear Judge Fallon:

A happy new year to you and appreciation for your enduring public service on this case. I am writing because I was informed by Mrs. Wimberly on March 6, 2010, that an Order was signed by the Court on March 4, 2010, directing compliance by plaintiffs with PTO 28, at risk of dismissal if not complied with by March 23, 2010, and yet I have no notice of such an Order nor any other pleadings whatsoever.

Prior to writing a motion, and with all respect and caution, I am writing to request that the Court direct a serving and/or notice upon me of any pleadings and any orders entered in this case in year 2010, and that the Court postpone any action in regard to this case until I have an opportunity to see the newest claim and respond to it.

Respectfully,

James D. Schneller
pro se

cc: Dorothy A. Wimberly Esquire, Joshua Schiller Esquire, Russ herman Esquire, Robert M. Johnson Esquire

500 E. Lancaster Avenue # 111d   Radnor, PA 19087   610-688-9471

Schnelle
500 E. Lane #111Q
Radnor, PA 19087

#456

Honorable Eldon Fallon
U.S. District Ct. E.D. La.
500 Poydras St.
New Orleans, LA 70130

CERTIFIED MAIL™
7008 0500 0000 1349 9453

U.S. POSTAGE PAID
SOUTHEASTERN, PA
19399
MAR 15, '10
AMOUNT
$3.24
00058944-08