| | |
|---|---|
| Martha Wyatt,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | In the U.S District Court for the Eastern District of Louisiana.<br><br>DOCKET NO.  2:06-cv-2548<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to FRCP 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Martha Wyatt, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Shari Wright
Reich & Binstock, LLP
4265 San Felipe St., Suite 1000
Houston, TX   77027
Telephone: 713-622-7271

Dated: 2-30-09

_____    _____
Stephen G. Strauss                                  Phillip A. Wittmann
Bryan Cave LLP                                       Dorothy H. Wimberly
211 N. Broadway, Suite 3600               Stone Pigman Walther
St. Louis, MO 63102                               Wittmann LLC
(314) 259-2000 Tel                                 546 Carondelet Street
(314) 259-2020 Fax                                New Orleans, LA 70130
                                                                  (504) 581-3200 Tel
                                                                  (504) 581-3361 Fax
Attorneys for Merck & Co., Inc.

Dated: 4-2-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of April, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.