# EXHIBIT A

| # | Case Name | Class Definition | Case No. | Court | Related Case No. | ? | Claims | Attorney |
|---|---|---|---|---|---|---|---|---|
| 1 | Alexander, Betty and Allied Services Division Welfare Fund, on behalf of themselves and other similarly situated Representative Plaintiffs v. Merck  *Note: Case on both Public & Private TPP Lists* | All consumers and all health insurance companies, third-party administrators, health maintenance organizations, self funded health and welfare benefit plans, third-party payors, and any other health benefit provider, excluding governmental entities, which paid or provided or will payor provide health benefits to plan insureds or plan members, as a result of one or more of their members or insureds being prescribed and supplied with, and having taken and ingested the drug Vioxx. | 05-0059 | EDLA | N/A | N | State (LA) and presumably nationwide class for Consumer Protection, Subrogation and other LA specific statutes | **James R. Dugan, II** *Dugan & Browne PLC* 504-648-1810 jdugan@dugan-lawfirm.com |
| 2 | Anderson, Christie et al v. Merck | All persons residing within the United States who used Vioxx manufactured or sold, or distributed by Merck in the period from May 20, 1999 through September 30, 2004. | 05-4850 | District of New Jersey | 05-3796 | N | Nationwide-Consumer Protection (**Medical Monitoring**, Tolling, Return of purchase price, Research fund, Disgorgement of profits) | **Esther Eva Berezofsky** *Williams Cuker & Berezofsky* 856-667-0500 eberezofsky@wcblegal.com |
| 3 | Archuleta, Patricia E., individually and on behalf of all others similarly situated v. Merck | All New Mexico residents who have been prescribed and/or purchased Vioxx from April 1, 2000 through the present. | 05-3159 | District of New Mexico | 05-388 | Y | State (NM)-Consumer Protection (Statutory Damages for fraud, Return of purchase price) | **James P. Lyle** *Law Offices of James P. Lyle* 505-843-8000 pennname@prodigy.net |
| 4 | Archuleta, Patricia E., and Pace, Debbie, individually and on behalf of all others similarly situated v. Merck | All New Mexico residents who have been prescribed and/or purchased Vioxx from April 1, 2000 through the present. | 05-1078 | District of New Mexico | 04-1356 | Y | State (NM)-Consumer Protection (Statutory Damages for fraud, Return of purchase price) | **James P. Lyle** *Law Offices of James P. Lyle* 505-843-8000 pennname@prodigy.net |
| 5 | Benoit, Marilyn et al v. Merck | All individuals in the State of Illinois who, after January 1, 1999, up to and including the present, were prescribed and purchased Vioxx for consumption and not resale. Excluded from this Class are employees, officers, and directors of Merck. | 05-1000 | N.D. Illinois | 05-0118 | N | State (IL)-Consumer Protection (Unjust Enrichment, Consumer Fraud, and a Violation of the Implied Warranty of Merchantability) | **Ben Barnow** *Barnow & Associates, PC* 312-621-2000 b.barnow@barnowlaw.com |

| # | Case | Class Description | MDL # | Court | Docket # | Y/N | Claims | Attorney |
|---|------|-------------------|-------|-------|----------|-----|--------|----------|
| 6 | Bilbrey, Patricia v. Merck | All residents of Illinois who purchased and consumed Defendant Vioxx but who do not have a claim for personal injury resulting from the purchase or consumption of Vioxx. | 05-456 | S.D. Illinois | 04-836-MJR | Y | State (IL)- Consumer Protection and Fraud | **Michael R. Bilbrey**<br>Law Office of Michael R. Bilbrey<br>618-692-8105<br>mike@bilbreylawoffice.com |
| 7 | Biondillo, Michelle v. Merck | Class consisting of persons throughout the Unites States who, beginning in 1999 and continuing through to the present, have paid any entity for the purchase of the prescription drug Vioxx, whether by direct payment, reimbursement or otherwise. Excluded from the Class are Merck, including any parent, subsidiary, affiliate or controlled person or entity of Merck, and its officers, directors, agents, employees and members of their immediate families. | 05-2270 | S.D. Indiana | 05-508 | N | Nationwide- Consumer Protection | **William N. Riley**<br>Price, Waicukauski, Riley & Debrota<br>317-633-8787<br>wriley@price-law.com |
| 8 | Brumfield, Donald et al on behalf of themselves and other similarly situated v. Merck et al | Class of specifically named plaintiffs. | 07-1407 | District of WV | 07-00089 | N | State (WV)- Deceptive Unlawful Practice; Untrue and Misleading Advertising; and Unjust Enrichment | **Warren R. McGraw, II**<br>McGraw Law Offices<br>304-252-1014<br>mcgrawlaw1@aol.com |
| 9 | Cathey v. Merck | All persons in Tennessee who acquired and ingested Vioxx from May 1999 to September 30, 2004, inclusive, who have not yet suffered cardiovascular events such as heart attack and stroke. | 05-01126 | M.D. Tenn. | 04-00125 | N | State (TN)- Consumer Protection and Medical Monitoring | **Amy N. L. Hanson**<br>Keller Rohrback LLP<br>206-623-1900<br>ahanson@KellerRohrback.com |
| 10 | Cooke, Mary et al v. Merck & Co, Inc. | All persons or entities in the State of Florida who, on or after 4 years before the filing of this suit, have paid some or all of the purchase price for Vioxx. | 05-1753 | N.D. Florida | 05-055 | Y | State (FL)- Consumer Protection | **John C. Davis**<br>Law Office of John C. Davis<br>850-222-4770<br>johndavis@johndavislaw.com |
| 11 | Dalgo, Sheila, individually and on behalf of all others similarly situated v. Merck | All individual consumers in the State of West Virginia who, pursuant to a prescription, paid their own money to purchase Vioxx. | 05-5319 | N.D. West Virginia | 05-48 | Y | State (W. Va-) Consumer Protection | **D. Aaron Rihn**<br>Pierce Law Offices<br>412-281-7229<br>arihn@piercelaw.com |
| 12 | Deckowitz, Susan et al on behalf of themselves and other similarly situated v. Merck | (1) All persons who consumed the drug Vioxx from the date of its approval by the FDA, May 1999, until it was voluntarily withdrawn from the marketplace by Merck, on September 30,2004,"<br>(2) "An persons, institutions, insurance companies, parents of minors, guardians, and the Medicare system, that purchased the drug Vioxx from the date of its approval by the FDA, May 1999, until it was voluntarily withdrawn from the marketplace by Merck, on September 30, 2004."<br>(3) "An persons who purchased Merck securities, or held Merck's securities in their possession, between May 1999, the date of the approval of the drug Vioxx by the FDA, until it was voluntarily withdrawn from the marketplace on September 30, 2004." | 05-2102 | N.D. Illinois | 05-1911 | | Worldwide Class- Alleging violation if IL Consumer Fraud and Deceptive Business Practices, Fraud, and SEC violations. | **Robert J. Shelist**<br>**Mark A. Schwartz**<br>Shelist & Schwartz<br>312-563-8054<br>rjsattorney@aol.com |

| # | Case | Description | Case No. | District | District Case No. | Y/N | Claim Type | Counsel 1 | Counsel 2 | Counsel 3 |
|---|------|-------------|----------|----------|-------------------|-----|------------|-----------|-----------|-----------|
| 13 | Denton, Louise et al on behalf of herself and others similarly situated in the State of Tennessee v. Merck | Tennessee purchasers/end-users of Merck's medication Vioxx who purchased Vioxx between May 21, 1999 and September 30, 2004. | 05-6357 | E.D. Tennessee | 05-170 | N | State (TN)- Consumer Protection | **Gordon Ball** Ball & Scott 865-525-7028 | **Michael D. Hausfeld** Cohen, Milstein, Hausfeld & Toll, PLLC 202-408-4600 | **Timothy M. Pierce** Montgomery & Pierce, P.L.C. 865-671-3476 tmp@montgomerypierce.com |
| 14 | Fairchild, Paul L. and Corrie Gwynn Individually and on behalf of themselves and others similarly situated v. Merck | All individuals who purchased Vioxx for use by themselves, their families, their members or employees for consumption in the State of Kentucky after January 1, 1999, up to and including the present and whose damages exceed $100 per class member. | 05-1012 | E.D. Kentucky | 04-420-KKC | Y | State (KY)- Consumer Protection (Unjust Enrichment) | **Franklin K. Belhasen, II** 606-789-9925 | | |
| 15 | Fontanille, Clara et al v. Merck | All individuals who were prescribed and purchased Vioxx for consumption and not resale in the State of Florida after January 1, 1999 up to and including the present. Excluded from this Class are employees, officers, and directors of Merck. | 05-00447 | S.D. Florida | 04-22799 | N | State (FL)- Consumer Protection (Common Law Unjust Enrichment) | **Lance August Harke** Harke & Clasby 305-536-8222 lharke@harkeslasby.com | | |
| 16 | Franck, Barbara, Rae Ann Carson and New Jersey Citizen Action v. Merck | All individual consumers in the United States who paid some or all of the purchase price for the prescription drug Vioxx, manufactured by Defendant Merck & Co., Inc., from June 1, 1999 to October 1, 2004. "Individual consumers" means those individual end-users who paid for all or any part of a prescription of Vioxx and does not include third-party payors. Excluded from the Class are (i) Defendant, any entity in which Defendant has a controlling interest or which has a controlling interest in Defendant, and Defendant's legal representatives, predecessors, successors, assigns, and employees; (ii) the judge and staff to whom this case is assigned, and any member of the judge's immediate family; and (iii) third-party payors. | 08-1018 | District of NJ | 08-109 | N | State (NJ)- Consumer Fraud & Unjust Enrichment | **Jeffrey Kodroff** Spector, Roseman & Kodroff, PC 215-496-0300 jkodroff@srkw-law.com | **Theodore M. Lieverman** Spector, Roseman & Kodroff, PC 215-496-0300 tlieverman@srkw-law.com | |
| 17 | Hendley, Fredrick on behalf of himself and other similarly situated v. Merck | All persons who purchased VIOXX for personal, family or household purposes in North Carolina from May 1, 1999 until it was withdrawn on September 30, 2004. | 08-5214 | E.D. North Carolina | 08-543 | N | State (NC)- Fraudulent Misrepresentation & Deceptive Trade Practices | **Robert J. Burford** Burford & Lewis, PLLC 919-828-8996 | | |
| 18 | Hoffman, Amy Long on behalf of herself and others similarly situated v. Merck | All natural persons in the State of New York who paid any sum out-of-pocket, either through co-pay or otherwise, to fill a prescription for the pharmaceutical Vioxx within the State of New York and who have not brought a lawsuit for personal injury or wrongful death related to their use of Vioxx. | 08-1463 | District of New Jersey | 08-1072 | N | State (NY)- Consumer- Return of price paid | **Diane Paolicelli** Levy Phillips & Konigsberg, LLP 212-605-6250 dpaolicelli@lpklaw.com | **Melissa Stewart** Levy Phillips & Konigsberg, LLP 212-605-6250 mstewart@lpklaw.com | **Roxanne DeFrancesco** Levy Phillips & Konigsberg, LLP 212-605-6250 rdefrancesco@lpklaw.com |
| 19 | Magnifico v. Merck | All individual consumers in the State of Pennsylvania who, pursuant to a prescription, paid to purchase Vioxx. | 05-3819 | W.D. PA | 05-386 | Y | State (PA)- Consumer Protection | **D. Aaron Rihn** Pierce Law Offices | | arihn@peircelaw.com |

| # | Case | Class Description | MDL # | District | Docket # | Y/N | State Claims | Attorney | Phone | Email | Address | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | McCrerey, Rita on behalf of herself, on behalf of all others similarly situated and on behalf of the general public v. Merck | All asymptomatic California residents for whom Vioxx was prescribed and who paid for Vioxx during Merck's campaign to falsely and unfairly market Vioxx. | 05-1253 | S.D. California | 04-2576 | N | State (CA)- Unfair Competition, False Advertising, and Deceptive Business Practices. | Dick A. Semerdjian  *Schwartz, Semerdjian, Haile, Ballard & Cauley* | 619-236-8821 | das@sshbclaw.com | 101 West Broadway Ste. 810 | San Diego | CA | #### |
| 21 | McNichols, James and Karl K. Antly, individually and on behalf of themselves and all others similarly situated v. Merck | All individuals who purchased Vioxx for use by themselves, their families, their members or employees for consumption in the State of South Carolina after January 1, 1999, up to and including the present and whose damages exceed $100 per class member. | 05-1118 | District of South Carolina | 9-04-23064 | Y | State (SC)- Consumer Protection (Unjust Enrichment, Disgorgement of profits) | Frederick M. Corley | 843-524-3232 | rcorley@islc.net | 1214 King St. PO Box 2265 | Beaufort | SC | #### |
| 22 | Oswald, Constance o/b/o herself and others similarly situated v. Merck | People of the State of NY and The City of New York v. Merck & Co, Inc. | 05-452 | N.D. Illinois | 04-6741 | Y | State (IL)- Consumer Protection and **Medical Monitoring** (Consumer Fraud, Common Law Fraud and Negligent Misrepresentation) | Michael Moirano *Nisen & Elliot* | 312-346-7800 | mmoirano@nisen.com | 200 W. Adams St., Ste. 2500 | Chicago | IL | #### |
| 23 | Perkins, Janice, individually and on behalf of all others similarly situated v. Merck | All persons in the State of Missouri who were prescribed and purchased Vioxx for consumption, excluding the presiding Judge in this matter, any jurors who are called upon to hear this matter, Plaintiff's counsel and the officers, directors and employees of Defendant. | 05-499 | E.D. Missouri | 4:04CV01446 HEA | Y | State (MO)- Consumer Protection (Return of purchase price and Unjust Enrichment) | John S. Steward *Burstein Law Firm, PC* | 314-725-6060 | glaw123@aol.com | 225 S. Meramec Suite 935 | St. Louis | MO | #### |
| 24 | Seitz, Christine, American Federation of State & Federal Employees, et al v. Merck  *Note: Case on both Public & Private TPP Lists* | All persons or entities in the United States who paid for Vioxx in the four (4) years preceding the filing of this Complaint up to and including the present and refund of full or partial purchase price and punitives. | 05-0749 | EDLA | N/A | N | Nationwide- TPP & Consumer | James R. Dugan, II *Dugan & Browne PLC* | 504-648-0180 | jdugan@dugan-lawfirm.com | 650 Poydras St. Suite 2150 | New Orleans | LA | #### |
| 25 | Strong, Virginia on behalf of herself, the General Public of the State of California, and all others similarly situated v. Merck | All California residents who purchased and ingested VIOXX in the preceding four years. | 05-1247 | N.D. California | 04-5062 | N | State (CA)- Unfair Competition and False Advertising. | Robert W. Mills  Harry Shulman  *Mills Law Firm* | 415-445-1326 | info@millslawfirm.com | 145 Marina Blvd. | San Rafael | CA | #### |

| # | Case | Class Definition | MDL No. | Court | Docket No. | | Claims | Attorney | Firm | Phone | Email | Address | City | State | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Sumner, Gerald et al individually and on behalf of all others similarly situated v. Merck | All persons who purchased VIOXX in the United States for consumption. | 05-2563 | S.D. Illinois | 04-cv-0864-MJR | Y | Nationwide- Consumer Protection (Return of purchase price) | Aaron M. Zigler | KOREIN TILLERY | 314-241-4844 | azigler@koreintillery.com | 505 N. 7th St., Suite 3600 | St. Lou | MO | #### |
| 27 | Waitt, Robert K. et al v. Merck & Company, Inc., et al | (1) All Washington residents, entities or domiciliaries who received notice and made, or attempted to make, a claim for refund from Merck for unused Vioxx(c) prescription medication after Merck's voluntary recall on, from September 30, 2004 to the present and who were paid any amount less than the full retail value of Vioxx(c) pills returned to defendants. (2) All residents, entities or domiciliaries of other states or possessions of the United States who received notice and made, or attempted to make, a claim for refund from Merck for unused Vioxx(c) prescription medication after Merck's voluntary recall on, from September 30, 2004 to the present and who were paid any amount less than the full retail value of Vioxx(c) pills returned to defendants. (3) (1) All Washington residents or domiciliaries and/or (2) all residents, entities or domiciliaries of other states or possessions of the United States from whom Merck obtained, or sought to obtain, receipts in exchange for unused Vioxx(c) pills which had been purchased or were in the possession of said residents or domiciliaries on or about September 30, 2004 or imposed other | 05-5318 | W.D. of Washington | C05-0759-RSL | Y | State (Washington)- Consumer Protection (Breach of Contract, Common Law Negligence, Negligent Misrepresentation, and Washington Consumer Protection Act) | Richard L. Martens | Martens & Assoc. | 206-709-2999 | rmartens@martenslegal.com | 705 Fifth Ave. S., Ste. 150 | Seattle | WA | #### |
| 28 | Williams, Melvin and Sharon Murphy, each individually and on behalf of all others similarly situated v. Merck | All persons or entities in Illinois who paid for Vioxx in the four (4) years preceding the filing of this Complaint up to and including the present and refund of full or partial purchase price and punitives. | 05-1006 | S.D. Illinois | 05-50 MJR | Y | State (IL)- TPP & Consumer | Elizabeth A. Fegan | Hagens Berman et al | 312-762-9237 | beth@hbsslaw.com | 60 West Randolph St., Ste. 200 | Chicago | IL | #### |
| 29 | Williams, Quan Individually, and on behalf of all others similarly situated v. Merck | All persons who purchased VIOXX for personal, family or household purposes in North Carolina from May 1, 1999 until it was withdrawn on September 30, 2004. | 08-0159 | E.D. North Carolina | 07-00490 | N | State- (NC)- Fraudulent Misrepresentation, Unfair and Deceptive Trade Practices | Robert J. Burford | Burford & Lewis, PLLC | 919-828-8996 | | 311 Kinsey St | Raleigh | NC | #### |
| 30 | Yvonne Bell as representative of her deceased mother, Eleanor Alcorn, and Esther Lingoni v. Merck & Walgreens | All persons, natural or juridical, who bought Vioxx in Louisiana. | 05-2110 | LA State Court- 34th JDC Parish of St. Bernard | 103732 | Y | State (LA)- Consumer Protection (Return of Purchase Price) | Rodney Glenn Cater | Cater & Associates, LLC | 504-485-5888 | gcater@caterlaw.com | 124 S. Clark St. | New Orleans | LA | #### |