# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

IN RE: LIGHT CIGARETTES MARKETING ) MDL DOCKET NO. 1-09-MD-2068
SALES PRACTICES LITIGATION ) ALL CASES

**REPORT OF CONFERENCE CLARIFYING ASPECTS OF
THE PROCEDURAL ORDER ISSUED OCTOBER 26, 2009
AND ORDER SETTING ADDITIONAL DEADLINES**

A telephone conference of counsel was held with Chief Judge John Woodcock and Magistrate Judge Kravchuk on November 3, 2009 to clarify certain aspects of the scheduling order. *Procedural Order* (Docket # 30).

For Plaintiffs:

   Samuel Lanham, Jr., Esq.;
   Joseph Whatley, Esq.;
   Don Barrett, Esq.; and
   John Eddie Williams, Esq.

For Defendant Philip Morris USA Inc:

   John Beisner, Esq.;
   John Rosenthal, Esq.;
   Philip Curtis, Esq.; and
   John Mulderig, Esq.

For Defendant Altria Group:

   David King, Esq. and
   Guy Struve, Esq.

The parties requested the telephone conference because of disagreements over whether the February 26, 2010 discovery deadline was intended to include both expert and fact discovery and whether discovery would encompass all cases or only the four class certification test cases.

   The Court orders:

1) The February 26, 2009 discovery deadline applies to both expert and fact discovery. The deadline to complete class certification discovery remains February 26, 2010, which will be extended only for good cause;

2) The Plaintiffs will designate their two class certification test cases by November 13, 2009;

3) The Plaintiffs will make initial written disclosures of all witnesses (fact and expert) they intend to rely upon for class certification on all cases by December 7, 2009 and will dismiss those actions, if any, they do not intend to pursue;

4) The Defendants will have between December 7, 2009 and December 23, 2009 to depose any remaining named plaintiffs. The depositions will be limited to four hours, a time limitation that may be extended only for good cause.

5) The Defendants will designate the two cases that they intend to use as their class certification test cases by December 30, 2009.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 3rd day of November, 2009