UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|     CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|              Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|            Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MERCK SHARP & DOHME CORP. ("MERCK")'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW UNDER SEAL

Defendant Merck Sharpe & Dohme Corp. ("Merck"), through undersigned liaison

counsel, hereby moves the Court for leave to file its Proposed Findings of Fact and Conclusions

of Law under seal.  Merck seeks to file this document under seal because it includes quotations

from exhibits from the deposition testimony of Valerie E. Taylor, D. Pharm., which was

designated as confidential.  The quoted exhibits to the Taylor deposition include:

- Provider Synergies, LLC February 2002 report on Selective Cyclooxygenase (COX)-2 Inhibitors;

- Excerpts from the transcript of the May 8, 2002 meeting of the Louisiana Pharmacy and Therapeutics Committee;

- Excerpts from the transcript of the May 21, 2003 meeting of the Louisiana Pharmacy and Therapeutics Committee.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its

Proposed Findings of Fact and Conclusions of Law under seal.

Dated:  April 5, 2010.                                   Respectfully submitted,


                                                         */s/ Dorothy H. Wimberly*
                                                         Phillip A. Wittmann, 13625
                                                         Dorothy H. Wimberly, 18509
                                                         STONE PIGMAN WALTHER
                                                         WITTMANN L.L.C.
                                                         546 Carondelet Street
                                                         New Orleans, Louisiana  70130
                                                         Phone:  504-581-3200
                                                         Fax:     504-581-3361

                                                         Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Merck Sharp & Dohme Corp. ("Merck")'s Proposed Findings of Fact and Conclusions of Law under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of April, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel