UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX Products Liability Litigation | MDL No. 1657 |
| This Document Relates to: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*<br>JAMES D. CALDWELL, Attorney General,<br>Plaintiffs | JUDGE ELDON E. FALLON |
| v. | MAGISTRATE JUDGE<br>KNOWLES |
| MERCK SHARP & DOHME CORP.,<br>Defendant | |
| Case No. 05-3700 | |

**PRETRIAL ORDER**

The following constitutes the Proposed Pretrial Order to be entered in the above-styled

case.

**Trial Date:**                     April 12, 2010

**Pretrial Conference Date:**   April 7, 2010

**Trial Attorneys:**

> For the Plaintiffs:

> James R. Dugan, II,
> Douglas R. Plymale
> Justin Bloom
> Stephen B. Murray, Jr.
> Stephen B. Murray, Sr.
> **Murray Law Firm**
> 650 Poydras Street, Suite 2150
> New Orleans, LA 70130
> Telephone:  (504) 648-0180

1

Donald C. Arbitblit
Jennifer Gross
Sarah London
**Lieff Cabraser Heimann & Bernstein, LLP**
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
*Louisiana Department of Justice*
1885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
General Counsel
Kim Sullivan
*Louisiana Department of Health and Hospitals*
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232


For the Defendants:

Travis Sales
Michael Cancienne
**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.6200
Telecopy: 713.229.6100

Tarek Ismail
Joseph Tomaselli
Brian O'Donoghue
**Goldman Ismail Tomaselli Brennan & Baum LLP**
1 North Franklin Street, Suite 625
Chicago, Illinois 60606
Telephone: 312.881.5970
Fax: 312.629.8107

Phillip A. Whitmann
Dorothy H. Wimberly
**STONE PIGMAN WALTHER WHITMANN LLC**
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504.581.3200
Fax: 504.593.3361

## 1.    Parties:

Plaintiff, James D. Caldwell, attorney general for the State of Louisiana, on behalf of the State of Louisiana and the Louisiana Department of Health and Hospitals contends the State of Louisiana has suffered economic damages as a result of paying for Vioxx prescriptions for Louisiana Medicaid recipients.

Defendant, Merck Sharpe & Dohme Corp., is the manufacturer of Vioxx, a prescription medication first approved by the United States Food and Drug Administration in 1999 and voluntarily withdrawn from the market in 2004.  Merck denies that the State of Louisiana is entitled to any recovery.

## 2.    Jurisdiction:

A.    Jurisdiction is uncontested by the parties

## 3.    Procedural History and Posture/Pending Motions:

On July 6, 2005, Plaintiffs filed suit against Merck in state court seeking injunctive relief and damages.  On August 5, 2005, Merck removed the case, after which it was transferred into the Vioxx MDL No. 1657.  On May 11, 2009, James D. Caldwell, the Attorney General for the State of Louisiana filed Plaintiff's Second Supplemental and Amending Complaint for Injunctive Relief and Damages ("Second Amended Complaint").  In the Second Amended Complaint, as *parens patriae* on behalf of the State of Louisiana, its citizens, and the Louisiana Department of Health and Hospitals ("LDHH"), the Plaintiff asserted claims for : 1) redhibition; 2) violations of the Louisiana Unfair Trade Practices Act ("LUTPA"); 3) violations of the New Jersey Consumer Fraud Act ("NJCFA"); and 4) unjust enrichment.  On February 19, 2010, Merck filed a motion for summary judgment on all of the claims asserted by the Louisiana Attorney General. On March 31, 2010, the Court granted in part, Merck's Motion for Summary Judgment, dismissing

Plaintiff's LUTPA, NJCFA, and unjust enrichment claims with prejudice. Regarding its' redhibition claims, Plaintiff seeks restitution, damages, costs, penalties and fees.

    A.   <u>Plaintiffs' Motions</u>

        (1)   The Court has already ruled on various Daubert motions, which are not listed here. There are no currently pending Daubert motions.

        (2)   The Court has already ruled on various Motions in Limine, which are not listed here. There are no currently pending Motions in Limine.

        (3)   Special Issues to be determined at Pre-Trial Conference

    B.   <u>Defendant's Motions</u>

        (1)   The Court has already ruled on various Daubert motions, which are not listed here. The Court reserved ruling on Merck's Motion to Exclude Testimony of Terry D. Leach.

        (2)   The Court has already ruled on various Motions in Limine, which are not listed here.

        (3)   Special Issues to be determined at Pre-Trial Conference

**4.    <u>Proposed Findings of Fact and Conclusions of Law:</u>**

By Plaintiffs:  Please see Proposed Findings of Fact and Conclusions of Law to be filed separately

By Defendant:  Please see Proposed Findings of Fact and Conclusions of Law to be filed separately.

**5.    <u>Exhibits:</u>**

By Plaintiffs:

The items listed on Plaintiffs' Exhibit List (Attachment "A") may be offered, introduced, and/or filed into the record at the trial of this matter.

By Defendant:

The items listed on Defendant's Exhibit List (Attachment "B") may be offered, introduced, and/or filed into the record at the trial of this matter.


6.      **Editing Trial Depositions/Filing Objections:**

Plaintiffs plans to present the deposition testimony via transcript and/or video of the following witnesses:  David Anstice, Jerry Avorn, Susan Baumgartner, Mary Blake, Thomas Bold, Tom Cannell, Laura Demopolous, Kerry Edwards, Stephen E. Epstein, Barry Gertz, Allan Goldberg, Fran Kaiser, Loren A. Laine, Warren Lambert, Mary Ogle, Connie Pechmann, Edward Scolnick, Steve Shearer, Jan Weiner, and Melwyn Wendt.

Plaintiff reserves the right to present deposition testimony from any of the other Merck employees.  The deposition designations not already ruled on containing the parties' objections and counters will be presented to the Court as soon as possible.


Defendant contends the parties are still negotiating the presentation of deposition testimony via transcript and/or video.  Defendant affirmatively designated testimony from the depositions of the following witnesses: Ben Bearden, Gina Biglane, Charles Castille, Raymond Gilmartin, David Hood, Peter Kim, Loren Laine, Alan Nies, Valerie Taylor, and Mary Terrebonne.  Defendant also counter designated testimony from the over forty witnesses designated by Plaintiff and reserves the right to introduce any of this testimony at trial.

7.      **Listing of Charts, Graphs, Models, animations, Timelines, etc. for Use in Opening Statements, Accompanying Expert Testimony and for Final Argument:**

Plaintiffs have not made a final decision regarding the demonstratives to be used during opening and closing statements.


Defendant has not made a final decision regarding the demonstratives to be used during opening and closing statements.

8.      **Witnesses:**

Plaintiffs may call the following witnesses either in person or by video deposition.  All witnesses are listed on Plaintiffs' Third Amended Witness List, filed March 15, 2010.


1.      John D. Abramson
        Harvard Medical School
        25 Shuttuck Street
        Boston, MA 02115

*Testimony:* Plaintiff's Marketing Expert

2.      David Anstice
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Merck President for Human Health. Anticipated testimony is reflected
        in witness' MDL deposition.

3.      Jerry Avorn, M.D.
        Division of Pharmacoepidemiology and Pharmacoecomics
        Brigham and Women's Hospitals
        1620 Tremont Street, Suite 3030
        Boston, MA 02120
        *Testimony:* Plaintiff's epidemiology expert.

4.      Susan Baumgartner
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Former Marketing Manager at Merck. Anticipated testimony is
        reflected in witness' MDL deposition.

5.      Ben Beardan
        Representative of Louisiana Department of Health and Hospitals

6.      Gina Biglane
        The University of Louisiana at Monroe

7.      Mary Blake
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* manager of Public Affairs at Merck. Anticipated testimony is
        reflected in witness' MDL deposition.

8.      Thomas Bold
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        Anticipated testimony reflected in MDL depositions.

9.      Ned Braunstein
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889

*Testimony:* Director of Merck Research Laboratories Regulatory Affairs. Anticipated testimony will be reflected in witness' MDL deposition.

10.  Tom Cannell
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony:* Former Executive Director of Vioxx Promotion and Sales for Merck, current Vice President of the Western Regional Business Group. Anticipated testimony is reflected in witness' MDL deposition.

11.  Carolyn Cannuscio
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony:* Former epidemiologist for Merck. Anticipated testimony is reflected in witness' MDL deposition.

12.  J. Martin Carroll
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony:* Former Executive Vice President, Primary Care Sales & Managed Care at Merck. Anticipated testimony is reflected in witness' MDL deposition.

13.  Charles Castille
     Representative of Louisiana Department of Health and Hospitals

14.  Gregory Curfman, M.D.
     10 Shattuck Street
     Boston, MA 02115 - 6094
     *Testimony:* Executive editor for the New England Journal of Medicine. Anticipated testimony is reflected in witness' MDL deposition.

15.  Michael Davis
     Merck National Account Executive for relevant PBM
     c/o Baker Botts, LLP
     910 Louisiana Suite # 3525
     Houston, Texas 77002

16.  Laura Demopolous
     Merck & Co., Inc.
     One Merck Drive
     Whitehouse Station, NJ 08889
     *Testimony:* Former Senior Director of Cardiovascular Clinical Research at Merck. Anticipated testimony is reflected in witness' MDL deposition.

17.     Wendy Dixon
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Former Senior Vice President of Marketing for the US Human Health
        Division of Merck. Anticipated testimony is reflected in witness' MDL
        deposition.

18.     Kerry Edwards
        Merck Regional Medical Director
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

19.     Stephen E. Epstein, M.D.
        Address Unknown
        Anticipated testimony reflected in deposition designations permitted by the Court
        and presented at Barnett v. Merck trial, August 2006.

20.     John Fevurly
        National Account Executive for relevant PBM
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

21.     Barry Gertz
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Executive Vice President of Clinical Research at Merck Research
        Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

22.     Raymond Gilmartin
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002
        *Testimony:* Former Chief Executive Officer of Merck & Co., Inc. Anticipated
        testimony is reflected in witness' MDL deposition.

23.     Allan Goldberg
        Regional Medical Director
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

24. Dr. David Graham
    10903 New Hampshire Avenue
    Building 22, Room 4314
    Silver Spring, MD 20993
    *Testimony:* Medical Officer and Associate Director for Science and Medicine in the Office of Drug Safety for the Food & Drug Administration. Anticipated testimony is reflected in witness' MDL deposition.

25. Dr. David Y. Graham
    Michael E. DeBakey VAMC Rm 3A-320 (111D)
    2002 Holcombe Blvd.
    Houston, TX 77030
    *Testimony:* Plaintiff's Gastroenterology Expert

26. Chuck Grezlak
    Merck Government Affairs & Policy Official
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

27. David Hood
    Representative of Louisiana Department of Health and Hospitals

28. Jo Jerman
    Merck & Co., Inc.
    One Merck Drive
    Whitehouse Station, NJ 08889
    *Testimony:* Pharmaceutical Representative for Merck. Anticipated testimony is reflected in witness' MDL deposition.

29. Doug Jordan
    Merck National Account Executive
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

30. Neil L. Julie, M.D.
    15225 Shady Grove Road #103
    Rockville, MD 20850
    *Testimony:* Plaintiff's Gastroenterology Expert

31. Fran Kaiser
    Merck Regional Medical Director
    c/o Baker Botts, LLP
    910 Louisiana Suite # 3525
    Houston, Texas 77002

32.     Dr. David A. Kessler
        2715 Steiner Street
        San Francisco, CA 941123
        *Testimony:* FDA Expert

33.     Marilyn Krahe
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Executive Business Director at Merck. Anticipated testimony is
        reflected in witness' MDL deposition.

34.     Richard Kronmal
        University of Washington School of Public Health
        *CHS/MESA* Coord. Center
        Century Square
        1501 4th AVE
        Seattle, WA 98101
        *Testimony:* Plaintiff's biostatistics expert

35.     Loren A. Laine, M.D.
        University of Southern California
        6033 W. Century Blvd. #920
        Los Angeles, CA 90089
        *Testimony*: Professor of medicine at the University of Southern California.
        Anticipated testimony regarding Vioxx.

36.     Warren Lambert
        Merck Regional Business Director
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

37.     Terry D. Leach
        Corporate Director of Pharmacy Services
        Fidelis Care of New York
        P.O. Box 112
        New Kingston, New York 12459
        *Testimony:* Plaintiff's PBM/P&T Expert

38.     Terri Lee
        Merck Government Affairs & Policy Official
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

39.     Wendy Lepore
        Merck Customer Manager
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

40.     John Macgregor, M.D.
        Division of Cardiology
        San Francisco General Hospital, Room 5G1
        1001 Potrero Avenue
        San Francisco, CA 94110
        *Testimony:* Plaintiff's Cardiology Expert

41.     Charlotte McKines
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Executive Director of Integrated Marketing Communications for
        Merck. Anticipated testimony is reflected in witness' MDL deposition.

42.     Thomas Musliner
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Executive Director of Clinical Research at Merck. Anticipated
        testimony regarding Vioxx.

43.     Alan Nies
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002
        *Testimony:* Former Senior Vice President of Clinical Research at Merck Research
        Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

44.     Mary Ogle
        National Account Executive
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

45.     Connie Pechmann
        1604 Harkness St.
        Manhattan Beach, CA 90266
        *Testimony:* Plaintiff's marketing expert.

46.   Alise Reicin
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, NJ 08889
      *Testimony:* Vice President of Clinical Research at Merck Research Laboratories.

47.   Ian Rodger, M.D.
      53 Ranch Rd.
      Brantford, Ontario, Canada N3T5Ml
      *Testimony:* Former employee at Merck. Anticipated testimony regarding Vioxx is
      reflected in witness' MDL deposition.

48.   Nancy Santanello
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, NJ 08889
      *Testimony:* Executive Director of Epidemiology of Merck. Anticipated testimony
      is reflected in witness' MDL deposition.

49.   Edward Scolnick
      c/o Baker Botts, LLP
      910 Louisiana Suite # 3525
      Houston, Texas 77002
      *Testimony:* Former President of Merck Research Laboratories. Anticipated
      testimony is reflected in witness' MDL deposition.

50.   Beth Seidenberg
      c/o Baker Botts, LLP
      910 Louisiana Suite # 3525
      Houston, Texas 77002
      *Testimony:* Former Vice President of Clinical Research in Pulmonary
      Immunology. Anticipated testimony is reflected in witness' MDL deposition.

51.   Steve Shearer
      Merck National Account Executive for relevant PBM
      c/o Baker Botts, LLP
      910 Louisiana Suite # 3525
      Houston, Texas 77002

52.   Deborah Shapiro
      Merck & Co., Inc.
      One Merck Drive
      Whitehouse Station, NJ 08889
      *Testimony:* Biostatistician in the Clinical Biostatistics and Research Decisions
      Sciences Department at Merck. Anticipated testimony is reflected in witness'
      MDL deposition.

53.     Adam Schechter
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Vice President and General Manager of Merck Schering-Plough
        Pharmaceutical. Anticipated testimony is reflected in witness' MDL deposition.

54.     Lou Sherwood
        (Deceased but has deposition transcript)
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002
        *Testimony:* Former Senior Vice President of Medical Affairs at Merck.
        Anticipated testimony is reflected in witness' MDL deposition.

55.     Robert Silverman
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Senior Director for Regulatory Affairs at Merck Research
        Laboratories. Anticipated testimony is reflected in witness' MDL deposition.

56.     Thomas Simon
        Merck & Co., Inc.
        One Merck Drive
        Whitehouse Station, NJ 08889
        *Testimony:* Vice President of Clinical Sciences Operations Group at Merck.
        Anticipated testimony regarding Vioxx.

57.     Mary J. Terrebonne
        Representative of Louisiana Department of Health and Hospitals

58.     Eric Topol, M.D.
        c/o Mintz, Levin Cohn Ferris Glovsky and Poppeo P.c.
        One Financial Center
        Boston, MA 02111
        *Testimony:* Cardiologist. Anticipated testimony is reflected in witness' MDL
        deposition.

59.     Holly Jacques Turner
        Merck Government Affairs Executive
        c/o Baker Botts, LLP
        910 Louisiana Suite # 3525
        Houston, Texas 77002

60.    Douglas Watson
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, NJ 08889
       *Testimony:* Director of Epidemiology of Merck. Anticipated testimony is reflected
       in witness' MDL deposition.

61.    Doug Welch
       Merck National Account Executive
       c/o Baker Botts, LLP
       910 Louisiana Suite # 3525
       Houston, Texas

62.    Jan Weiner
       Merck & Co., Inc.
       One Merck Drive
       Whitehouse Station, NJ 08889
       *Testimony:* Executive Director of Public Affairs at Merck. Anticipated testimony
       is reflected in witness' MDL deposition.

63.    Melwyn Wendt
       Representative of Louisiana Department of Health and Hospitals

64.    Jeffrey Harris,
       Massachusetts Institute of Technology
       Economist

65.    Jeffrey Raymond
       Unisys

66.    Any witness or rebuttal expert necessary for purposes of rebuttal.

67.    Any witness that is discovered subsequent to the filing of this list.

Defendant may call the following witnesses, either live or by deposition.  All of these witnesses were included on Defendant's Witness List or were subsequently disclosed expert witnesses.

Eliav Barr
Merck Sharp & Dohme Corp.
Unisys Building C
785 Jolly Road
UN-C141
Merck Research Laboratories
West Point, PA 19486-0004

Charles Cairns
Merck Sharp & Dohme Corp.
One Merck Drive
P.O. Box 100
Whitehouse Station, NJ  08889-0100

Michael Davis
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Kerry Edwards
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

John Fevurly
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Allen Goldberg
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Doug Jordan
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Fran Kaiser
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Warren Lambert
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Terri Lee
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Wendy LePore
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Briggs Morrison
c/o Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Mary Ogle
c/o Nelson A. Boxer
Alston + Bird, L.L.P.
90 Park Avenue
New York, New York 10016-1387
212.210.9470

Alise Reicin
Merck Sharp & Dohme Corp.
126 E. Lincoln Avenue
Rahway, NJ 07065

Nancy Santanello
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Adam Schecter
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Steve Shearer
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Scott Summers
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Holly Jacques Turner
Merck Sharp & Dohme Corp.
770 Sumneytown Pike
West Point, PA  19454-2505

Douglas Watson
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

Doug Welch
Merck Sharp & Dohme Corp.
351 N. Sumneytown Pike
North Wales, PA  19454-2505

**State of Louisiana Witnesses**

Ben Bearden
13604 Slalom Way Drive
Prairieville, Louisiana 70769

Gina Biglane
University of Louisiana—Monroe
College of Pharmacy
700 University Avenue
Monroe, Louisiana 71209

Charles Castille
Louisiana Department of Health & Hospitals
628 N. 4th Street
Baton Rouge, Louisiana 70821

David Hood
c/o Louisiana Department of Health & Hospitals
628 N. 4th Street
Baton Rouge, Louisiana 70821

Mary J. Terrebonne
Louisiana Department of Health & Hospitals
628 N. 4th Street
Baton Rouge, Louisiana 70821
225.342.9500

Melwyn Wendt
Louisiana Department of Health & Hospitals
628 N. 4th Street
Baton Rouge, Louisiana 70821

Custodian of Records
University of Louisiana—Monroe
700 University Avenue
Monroe, Louisiana 71209

Custodian of Records
Louisiana Department of Health & Hospitals
628 N. 4th Street
Baton Rouge, Louisiana 70821

**Third Party Witnesses**

Valerie Taylor
Address unknown.  Formerly of:
Provider Synergies L.L.C.
5181 Natrop Blvd., Suite 205
Mason, Ohio 45040

**Expert Witnesses**

David Curtis
2100 Webster Street, Suite 112
San Francisco, CA 94115

Clement Eiswirth
Cardiovascular Specialists
4224 Houma Blvd.
Metairie, Louisiana 70006

Melvin Parnell
4224 Houma Blvd.
Metairie, Louisiana 70006

Lisa Rarick
215 Midsummer Circle
Gaithersburg, MD 20878

David Sales
1415 South Arlington Heights Road
Arlington Heights, IL 60062

David Silvers
4228 Houma Blvd.
Metairie, Louisiana 70006

Douglas Vaughan
Northwestern University Feinberg School of Medicine
251 East Huron Street
Galter Pavilion 3-150
Chicago, IL

Jerry Wells
154 Royster Drive
Crawfordville, Florida  32327

Steven Wiggins
Texas A&M University
TAMU 4228
College Station, TX 77843

9.     **For Bench Trials:**

This is a bench trial.

10.    **Other matters that may expedite case disposition:**

11.    **Trial shall commence on April 12, 2010 at 8:30 a.m. and is expected to last until approximately April 23, 2010:**

12. **Pre-trial Order:**

This pretrial order has been formulated after conference at which counsel for the respective parties have talked by phone.  Reasonable opportunity has been afforded counsel for corrections, or additions, prior to signing.  Hereafter, this order will control the course of the trial and may not be amended except by consent of the parties and the Court, or by order of the Court to prevent manifest injustice.

13. **Settlement:**

The possibility of settlement of this case was considered, but the parties did not reach agreement.

14. **Counsel Affirmations:**

James R. Dugan, II,
Douglas R. Plymale
Justin Bloom
Stephen B. Murray, Jr.
Stephen B. Murray, Sr.
**Murray Law Firm**

Donald C. Arbitblit
Jennifer Gross
Sarah London
**Lieff Cabraser Heimann & Bernstein, LLP**

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
**Louisiana Department of Justice**

Francisco H. Perez
General Counsel
Kim Sullivan
**Louisiana Department of Health and Hospitals**

Attorneys for Plaintiffs


_____/s/ James R. Dugan, II




Attorneys for Defendant


_____/s/ Travis Sales_____

Travis Sales
Michael Cancienne
**Baker Botts L.L.P.**
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.6200
Telecopy: 713.229.6100

Tarek Ismail
Joseph Tomaselli
Brian O'Donoghue
**Goldman Ismail Tomaselli Brennan & Baum LLP**
1 North Franklin Street, Suite 625
Chicago, Illinois 60606
Telephone: 312.881.5970
Fax: 312.629.8107

Phillip A. Whitmann
Dorothy H. Wimberly
**STONE PIGMAN WALTHER WHITMANN LLC**
546 Carondelet Street
New Orleans, LA 70130
Telephone: 504.581.3200
Fax: 504.593.3361




This _____ day of April, 2010.


_____

UNITED STATES DISTRICT JUDGE