# EXHIBIT A

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| Master LAAG # | Exhibit Description |
|---|---|
| 1 | Email from Harry A. Guess to Douglas J. Watson Re: Advisory Committee Meeting |
| 2 | Email from Edward Scolnick to David Anstice Re: Reactions to Revised Label |
| 3 | Email from Brian F. Daniels to Thomas Simon, et al. Re: GI Outcomes Trial Protocol |
| 4 | Warning letter from Thomas Abrams to Raymond Gilmartin |
| 5 | CV Card |
| 6 | 2001 Profit Plan for Vioxx |
| 7 | Email from Edward Scolnick to Errol McKinney Re: Celebrax submission within 2 months - |
| 8 | E-mail from Scolnick:  Message |
| 9 | Vioxx Preliminary Cardiovascular Meta-Analysis Slide Set by Deborah Shapiro |
| 10 | FDA-MRL Meeting NDA 21-042/S-007: VIGOR Re: Protocol 069 Minutes |
| 11 | Merck 1999 Annual Report |
| 12 | Bulletin for Vioxx Action Required: Response to New York Times Article |
| 13 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| 14 | Memo from G. Block and S. Reines to Edward Scolnick Re: MK-966 AD Progression Trials (Protocol 091) Imabalance in the Number of Deaths |
| 15 | Memo from Joshua Chen to Raymond Bain RE:  Combined Mortality Analysis Protocol 091 |
| 16 | Letter from Carlos Patrono to Dr. Braunwald Re:  VALOR-TIMI 30 protocol |
| 17 | Email from Alise S. Reicin to Edward M. Scolnick, et al. Re: RA and CV Mortality |
| 18 | Research Management Committee No. 96-10 -- Blue Bell |
| 19 | Email from Edward Scolnick to Eve Slate Re: OPDRA Report vs. FOI |
| 20 | Email from Edward Scolnick to David W. Blois, et al. Re: VIOXX US Circular |
| 21 | Email from Edward Scolnick to Deborah Shapiro et al; Subject: vigor |
| 22 | Email from Alise Reicin to Edward Scolnick Re: An Article Stating the Potential |
| 23 | Email from Dixon to Edward Scolnick Re: Renal and CV Issues for Vioxx |
| 24 | Press Release - Merck confirms favorable CV safety profile of Vioxx |
| 25 | Letter from Spencer Salis to Ellen R. Westrick Re: Homemade Promotional Pieces |
| 26 | VIOXX Launch Meeting - Remarks of Anstice - Remarks to Representatives |
| 27 | Email re: Vioxx Product Release Meeting, Ray Gilmartin Dinner Speech, Mar 4, Talking |
| 28 | Email from David W. Anstice to Edward M. Scolnick Re: FW: Analyst Report on VIOXX |
| 29 | Vioxx AD Program Slide Set |
| 30 | Original Label Submission FOR VIGOR |
| 31 | Memo from Shari L. Targum to Sandra Cook, et al. Re: Consultation NDA 21-042, S-007 |
| 32 | Email from Edward Scolnick to Raymond Gilmartin, et al. Re: Monday MC |
| 33 | Email from Edward Scolnick to Douglas Greene re: VIGOR approval letter |
| 34 | E. Scolnick email to D. Greene re: ASA use predicted PUB rate |
| 35 | Email from Edward Scolnick to Bonnie J. Coldmann Re: VIOXX Label |
| 36 | Email from Edward Scolnick to Douglas Greene Re: Vioxx AD  Safety Data - Imablance in |
| 37 | Bulletin for Vioxx/Background and obstacle responses on retrospective observational |
| 38 | Scientific Advisors' Meeting May 3 -  May 6, 1998 Programmatic Review Vioxx Program |
| 39 | Email from Linda Coppola to Russell Kosiorek Re:  CV Card (1 year) Revalidation for use in |
| 40 | Vioxx Label April 2002 |
| 41 | Email from James Bolognese to Alise Reicin, et al. Re: RA and CV Mortallity |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 42 | Letter from Robert Silverman to Jonca Bull Attaching IND 46,894: VIOXX (rofecoxib) |
|----|-----------------------------------------------------------------------------------|
| 43 | Draft GI Outcomes Protocol |
| 44 | Email from Margie McGlynn to Alise Reicin |
| 45 | Memo Re: Mk-0966 AD Progression Trial (Protocol #091) Imbalance in the Number of |
| 46 | Press Release - Merck Informs Investigators of Preliminary Results of Gastrointestinal |
| 47 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 48 | FDA Advisory Committee Briefing Document |
| 49 | Excerpts from the Merck Manual - 16th Edition |
| 50 | Questions and Answers: VIOXX Voluntary Market Withdrawal |
| 51 | Email from Edward Scolnick to Douglas Greene regarding History Lesson |
| 52 | VIOXX Outcomes Study Potential Designs |
| 53 | In Response to Your Questions: Cardiovascular System - Clinical Profile in Osteoarthritis |
| 54 | Reicin email to Nies and Gertz, re: Carlo Patrono on VIGOR |
| 55 | US Long Range Operating Plan Franchise: Analgesic & Anti-Inflammatory Products: Vioxx, |
| 56 | Memo from Briggs Morrison to Alan Nies, et al regarding Manuscript for Protocol 023 |
| 57 | Personnel File of Jan Weiner |
| 58 | Background Package for FDA Meeting on the Potential Reintroduction of Vioxx to the US |
| 59 | Memo from Deborah Shapiro to Alise Reicin et al regarding Cardiovascular Update - |
| 60 | Email from David Blois transmitting attachment 011015DraftVIOXXlabel.doc |
| 61 | GI Label Change for Vioxx, Public Affairs Plan |
| 62 | Email from Alise Recin to Laura Demopoulos with attachment "Selective COX-2 Inhibitors are Associated with an Increased Risk of Cardiovascular Events" |
| 63 | Slides from Presentation by Tom Cannell |
| 64 | Vioxx Sales Update Senior Management Discussion with Notes from David Anstice |
| 65 | "Drug Regulations:  The Essentials, Medical Background" Merck Resource Document not to be used for detailing [Ex 1 Blake Depo 11/29/05]" |
| 66 | NDA 21-042/S-007 Vioxx NDA21-052-S-004 Vioxx amendment to supplemental new drug application; Letter from Dr. Silverman to the FDA. |
| 67 | Email from Briggs Morrison to Barry Gertz et al. FW: FOR REVIEW [PEER]; 2001-ms-2470 [full paper] - DUE DATE MONDAY, 27 AUGUST 2001 |
| 68 | |
| 69 | 'Interim Review of NDA 21042/s030 by Lourdes Villalba, MD |
| 70 | MRK-I8940075713  IND 46,894 Vioxx Annual IND Progress Report 12/17/01 to 12/16/02 |
| 71 | Merck Dear Doctor letter to Dr. Mikolajczyk in response to PIR (Professional Information |
| 72 | VIOXX-excerpts from primary review of NDA 21-042 Osteoarthritis Vioxx NDA 21-042-21- |
| 73 | Relationship Between Selective Cyclooygenase-2 Inhibitors and Actue Myocardial Infarction in Older Adults by Daniel Solomon, et al., Circulation, Pg. 2068-2073 only title & |
| 74 | Plaintiff reserves the right to offer any exhibit listed by Defendant |
| 75 | Plaintiff reserves the right to use any exhibit necessary for cross-examination |
| 76 | Plaintiff reserves the right to use any exhibit necessary for rebuttal |
| 77 | Plaintiff reserves the right to use any exhibit found through outstanding discovery |
| 78 | Plaintiff reserves the right to use any exhibit found through any discovery requested but |
| 79 | Plaintiff reserves the right to use all depositions and any exhibits attached thereto for any |
| 80 | Email from Scolnick to Greene in re Approvable letter |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 81 | Email from D. Anstice FW: Three Items |
| 82 | Vioxx Dodgeball |
| 83 | Email from Patrono to Laurenzi--preliminary VIGOR data |
| 84 | List of physicians to neutralize |
| 85 | VICTOR KM Plot--Confirmed Thrombotic CV events |
| 86 | Letter from John Oates to Alan Nies Re: Effect of Vioxx on Prostacyclin Biosynthesis |
| 87 | Analyses of Unadjudicated and Adjudicated Thromboembolic Adverse Experiences |
| 88 | Standby Statement: Trials Of Vioxx (rofecoxib) in Alzheimer's disease |
| 89 | VID:Be the Power 2S01 |
| 90 | Memo from Market Integration Team for Vioxx Re: Top Ten Obstacle Handlers and |
| 91 | Obstacle Jeopardy |
| 92 | Bulletin for Vioxx: Action Required: Response to JAMA, "Risk of Cardiovascular Events |
| 93 | Letter from Lewis Sherwood to Healthcare Provider |
| 94 | Merck News Release "Merck Confirms Favorable Cardiovascular Safety Profile of Vioxx" |
| 95 | Deaths in MK-0966 Studies 078, 091, 126 |
| 96 | Memo from J. Chen to R. Bain re: MK-0966 protocol 078 prevention trial / summary of the |
| 97 | summary of the mortality analysis |
| 98 | Memo from Thomas Musliner to B. Friedman, A. Nies and R. Spector; Subject: Anticipated consequences of NSAID Antiplatlet effects of cardiovascular events and effects of |
| 99 | Letters between Michael Weinblatt & Alise Reicin Re: VIGOR Trial |
| 100 | Letter to Alise Reicin from Michael Weinblatt Re: Merck Management's Position on Serious Thrombotic and Embolic Cardiovascular Adverse Events |
| 101 | Letter from Alise Reicin to Michael Weinblatt, MD re: Merck's for analyzing Adverse |
| 102 | Statistical Data Analysis Plan Amendment No. 1 for VIGOR by Deborah Shapiro, et al. |
| 103 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| 104 | Email from Thomas Capizzi to Alise Reicin, et al. Re: VIGOR CV Events Analysis |
| 105 | Draft VIOXX Label |
| 106 | Email from Edward Scolnick to Laura Demopoulos Re: Topol Idea |
| 107 | E. Scolnick email RE: Canine thrombosis paper |
| 108 | Email from Edward Scolnick to Douglas Greene, et al. Re: CV Outcomes Studies with Vioxx |
| 109 | Letter from John Oates to Barry Gertz re: origin of beta-oxidation metabolite of |
| 110 | Memo from Martino Laurenzi to Alan Nies Re: Proposal of Prof. Patrono in the fields of CV |
| 111 | Letter from Carlos Patrono to Martino Laurenzi Re: Vivo Prostacyclin Biosynthesis |
| 112 | Alan Nies' Presentation to the Board of Advisors Re: VIGOR Preliminary Result |
| 113 | Memo on protocol 136 results |
| 114 | VIOXX Label Change Questions and Answers |
| 115 | Email from Alise Reicin to Deborah Shapiro, et al. Re: Update to thromboembolic CVD |
| 116 | Email from Jan Nissen to Marty Carroll Re: VIOXX Launch Meeting Theme Party |
| 117 | Memo from David Anstice to J. Carroll, et al. Re: Pfizer and the promotion of Celebrex |
| 118 | Vioxx HHPAC 5-17-00 Interim Review |
| 119 | Key Marketing Messages HHPAC |
| 120 | 'Memo from Dr. Grosser to HHPAC, et al. Re: Background material for HHPAC April 20, |
| 121 | Letter from David Anstice to Thomas Abrams Re: DDMAC's 9-17-01 Warning Letter |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 122 | Gilmartin Dinner Speech Talking Points |
| 123 | Memo from Sherwood to Anstice Re: Academic Interactions |
| 124 | Memo from Richard Parfrey to Susan Baumgartner Re: Competitive feedback for Vioxx |
| 125 | Long Range Operating Plan: 2002-2007 for Vioxx & Arcoxia |
| 126 | Nies Handwritten Memo Re: Carlo Patrono |
| 127 | Memo from Tracy Mills & Susan Baumgartner to Wendy Dixon, et al. Re: Scientific |
| 128 | Plan to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/III Vioxx (MK-0966) |
| 129 | E. Clinical Safety - MK-0966 Clinical Documentation |
| 130 | Email from Nancy Santanello to Douglas Watson, et al. Re: Stroke Outcomes |
| 131 | Email from Douglas Watson to Thomas Capizzi, et al. Re VIGOR CV Events Analysis |
| 132 | Email from Paul Fonteyene to Thomas Cannell RE Dorothy Hamill Quantitative Results |
| 133 | Email from Steven A. Nichtberger to Wendy L. Dixon Re: Conducting a CV Study |
| 134 | Email fromRhoda Sperling to Alan Nies, et al. Re: Decision on CV meta-analysis journal |
| 135 | Email from Wendy Dixon to David Anstice Re: CV Outcomes Trial Press Release |
| 136 | Email from Edward Scolnick to Peter S. Kim Re: RA Study of Celebrex vs. Naproxen |
| 137 | FDA's VIGOR Label |
| 138 | FDA Information Request--Alzheimer's CV mortality |
| 139 | Email from Deborah Shapiro to Eliav Barr, et al. Re: Alzheimer's studies |
| 140 | Email from Briggs Morrison to Deborah Shapiro, et al. Re: Konstam JAMA Article |
| 141 | DiCesare memo re: Clinical development oversight committee meeting / January 6 1999 |
| 142 | Attachments to Casola to Abrams letter |
| 143 | Email from Joshua Chen to Raymond Bain Regarding a Summary of MK-0966 Combined |
| 144 | National Advocates - Call in Next 10 Business Days |
| 145 | Memo from Susan Baumgartner to Lou Sherwood Re Interactions with Gurkipal Singh |
| 146 | DTC Spending Memo |
| 147 | Roadmap to CV Card |
| 148 | Email from Adam Schechter to Thomas Cannell, et al. Re: CV Study Design |
| 149 | FDA Medical Officer NDA Review of Vioxx |
| 150 | Email from Rebecca Higbee to Kyra Lindermann, et al. Re: Advantage Ideas |
| 151 | Press Release - Cardiovascular Event Rates in Analysis of Combined Studies of Nearly |
| 152 | Email from Martino Laurenzi to Brian Daniels, et al. Re: Patrono - Eular |
| 153 | Email from Thomas Cannell to Jim Dunn Re: Whelton Q&A |
| 154 | Email from Kathleen Metters to Peter Kim, et al. Re: Article on relationship bet cox2 |
| 155 | Email from Tom Baille to James Yergey-Subject Prostanoid assays |
| 156 | Email from Denis Riendeau to Kathleen Metters, et al. regarding PGE synthesis |
| 157 | Hui Quan Memo re: Safety Update for APPROVe |
| 158 | Baumgartner Diary: 01/01/2001 to 09/27/2001 |
| 159 | National Thought Leader Summary VIGOR Study |
| 160 | USHH 2001-2009 Outlook for Vioxx (Vioxx Sales Data) |
| 161 | Email from Bruce Freundlich to Susan Baumgartner RE Physicians to neutralize |
| 162 | Email from Caroline Yarbrough to Susan L Baumgartner Re: Background on Dr. Andrew |
| 163 | Email from Thomas McCready to Susan L. Baumgartner Re: Nov. 3rd Appointment with Dr. |
| 164 | Email from Daniel L. Hall - To Susan L Baumgartner Re: Gurkipal Singh |
| 165 | Email from Leonardo Mendez to Susan Baumgartner, et al. Re: Physicians to neutralize |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 166 | Memo from Susan Baumgartner to Charlotte McKines, et al. Re: Advocate Development |
|-----|---|
| 167 | Advocate Development Plan 2000 Vioxx |
| 168 | Email from Edward Scolnick to Peter Kim; Subject: coxib task force |
| 169 | Email from Peter M. DiBattiste to Barry J. Gertz, et al. Re: RMC Options for CV Outcome |
| 170 | Email from Barry J. Gertz to Peter S. Kim, et al. Re:  Review of the Manuscript on the Relationship Between Selective COX-2 Inhibitors and Acute Myocardial Infarction |
| 171 | Memo from Michael Weinblatt to David Bjorkman, et al. Re: Cardiovascular Safety |
| 172 | Email from Susanne Eddowes to Raymond Bain, et al. Re: The Need to Set Up External |
| 173 | Clinical Study Report for Protocol 078 |
| 174 | Vioxx Label Nov. '99 |
| 175 | Vioxx Label July 2000 |
| 176 | Vioxx Label July 2001 |
| 177 | Vioxx Label March 2004 |
| 178 | Email from Alan Nies to Barry Gertz and Briggs Morrison; Subject: FW: cox2 |
| 179 | Charts re: VIGOR: Myocardial Infarctions Over Time |
| 180 | VIGOR Data Analysis Plan |
| 181 | Vioxx Final Label April 2002 |
| 182 | Shapiro Meta-Analysis |
| 183 | Changes to the VIGOR Data Analysis Plan 12-1-99 |
| 184 | Email from Edward Scolnick to Deborah Shapiro Re: Update to thromboembolic CVD cases |
| 185 | Email from Edward Scolnick to Deborah Shapiro Re: Searle Recapturing Momentum in |
| 186 | Letter from John Oates to Edward Scolnick Re: Thrombotic Complications Occurring in |
| 187 | Attachment #1, Dr. Alan Nies' write up for meeting of Board of Scientific Advisors on |
| 188 | Draft letter to Jonca Bull re: Amendment to the Supplemental New Drug Application |
| 189 | Email from Alan Nies to Barry Gertz R: Patrono on VIGOR |
| 190 | Email from Douglas Greene to Barry Gertz Re: William Harvey Research Conference |
| 191 | 906 Preliminary Analysis |
| 192 | Memo from T. Simon and H. Quan to S. Reines and R. Bain subject Preliminary interim Results for the Vioxx Low-Dose Aspirin Endoscopy Study (Protocol 136) |
| 193 | MRL Epidemiology Department Technical Report No. EP07006.005.98 Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III VIOXX Osteoarthritis |
| 194 | Email from Alan S. Nies to Barry K. Gertz, et al. Re: NSAIDs and Naproxen |
| 195 | MRL Response to Comments for Interim Cardiovascular Meta-Analysis |
| 196 | Press Release  - Vioxx significantly reduced the risk of serious gastrointestinal side effects by more than half compared to naproxen in a new study. |
| 197 | Press Release: Merck Strongly Disagrees with Conclusions of Observational Analysis |
| 198 | Memo from Briggs Morrison to Beth Seidenberg, et al. discussing Protocol 023 data |
| 199 | Email from Peter Kim to Alise Reicin regarding NO-Naproxen |
| 200 | Email from Dawn Chitty to Christa Defusco, et al. regarding VIOXX CBE |
| 201 | Email from Gregory Kylish to Jens Kasperzik et al attaching VIGOR - CV Obstacle Handling |
| 202 | Email from Edward Scolnick to Karen Grosser regarding Vioxx Circular |
| 203 | Product Development Plan Stage 0 Review |
| 204 | Profit Plan 2002-Merck A&A Franchise |
| 205 | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 206 | Draft article "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized |
|-----|---------------------------------------------------------------------------------------|
| 207 | A&A Operations Review |
| 208 | VIOXX® INTERIM STAGE REVIEW |
| 209 | Memorandum from R.T. Bissett re: Meeting Minutes-5/17/2000 HH PAC Meeting |
| 210 | Email from Anna Espisito to Peter DiBattiste RE: VALOR Study |
| 211 | Bulletin for Vioxx: FDA AAC Meeting for Vioxx |
| 212 | Merck & Co. Inc.-Code of Conduct for Clinical Trials |
| 213 | Physicians Desk Reference-54th Edition 2003 |
| 214 | Physicians Desk Reference-51st Edition  2000 |
| 215 | E-mail from Edward Scolnick to Douglas Greene regarding Vigor approvable letter |
| 216 | Transcript of the Arthritis Advisory Committee Meeting |
| 217 | Memo from Suzanne Pemrick to Project Team Members regarding Project Team Minutes |
| 218 | Excerpts from the Merck Manual - 17th Edition |
| 219 | Email from Peter Ernster to Edward Scolnick regarding Vioxx DTC |
| 220 | Email from Alise Reicin to Edward Scolnick regarding Background Material for 4/18/00 |
| 221 | Dear Doctor Letter from Jeffrey Melin |
| 222 | Excerpts from 6/29/00 sNDA |
| 223 | Letter to Brian Harvey from Diane Louie regarding IND 46,894 |
| 224 | Email from Edward Scolnick to Douglas Greene et al regarding CV Study Design |
| 225 | CSR for Protocol 088/089 (VIGOR) |
| 226 | Support/Limit Statements |
| 227 | Memo from L. R. Mandel to Licensing Management Committee Members regarding the |
| 228 | Memo of Type A Face to Face Meeting of NDA 21-042 |
| 229 | 2003 Year-End Review for Alise Reicin |
| 230 | 2003 Year-End Review for Alise Reicin |
| 231 | FDA Medical Officer Review for NDA 21-042 and NDA 21-052 |
| 232 | VIGOR/RA SNDA Reviews: Response to Merck's Complete Response to Approvable Letter |
| 233 | Email from Christopher Lines to Eric Yuen regarding Vioxx Prot 078 Paper. |
| 234 | Version 2 Standby Statement 0 Vioxx and Cardiovascular Events in VIGOR |
| 235 | Excerpt from "Drug Regulations: The Essentials, Medical Background" |
| 236 | Letter from Claire Bombardier to Robert Utiger Re: Manuscript Entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 |
| 237 | Letter from Claire Bombardier to Robert Steinbrook Re: Manuscript Entitled "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 |
| 238 | Draft of article entitled  "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important |
| 239 | Screen Print of a document entitled "NEJM-VIGOR-final.doc" |
| 240 | Letter from Claire Bombardier to Marshall Kaplan, Associate Editor of NEJM, responding |
| 241 | Email from John Baron to Jeff Drazen Re: Approve cardiovascular |
| 242 | Letter from Gregory Curfman to John Baron Re: his manuscript entitled "Cardiovascular Events Associated with Rofecoxib in a 3-Year Randomized Colorectal Adenoma |
| 243 | Investigator - Reported Cardiovascular Events |
| 244 | Email from Deborah Shapiro to David Bjorkman, et al. Re: Merck Management Requests |
| 245 | Email from Linda Nelsen to Alise Reicin Re: Adjudication results for 11 events after |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 246 | Email from Edward Scolnick to Douglas Greene, et al., Re: VIGOR ADV Meeting |
|-----|------|
| 247 | Email from Laura Demopoulos to Peter M. DiBattiste: Follow up to Meeting with Eric |
| 248 | Email from Alan Nies to Laura Demopoulos, et al. Re: Topol Manuscript" |
| 249 | Dr. Topol's Analysis of CV Events in Study 090 |
| 250 | Email from Susan Baumgartner to Tracy Mills Re: JAMA Review |
| 251 | Email from Charlotte McKines to Susan Baumgartner Re: Background - Dr. Andrew |
| 252 | Email from Gregory Bell to Sandra Reiss, et al, Re: Belgium and Dr. Sigh's Position on |
| 253 | The Merck Code of Conduct, http://www.merck.com/about/conduct_print.html" |
| 254 | Memo from Juan Pelayo to Sandra Cook Re: Consultation NDA 21-042 - Review of |
| 255 | Email from Jim Dunn to Linda Coppola Re: New crop of arthritis drugs under safety cloud |
| 256 | Operations Review A&A Franchise Slides |
| 257 | Handwritten notes of Jo Jerman |
| 258 | Email from Thomas Cannell to Mary Tilger, et al. Re: GI Risks Slim Jim |
| 259 | Email from Dunn to Shaffer re: project offense |
| 260 | Email from Robinson to Dunn, Lindstrom, Cannell, Krahe, Herrera, Randall re: WE RBG CFT Feedback/Needs on JAMA Article; has raised CV warning issue for Vioxx, Managed Heath |
| 261 | Email to Carroll from Hinckley re: 4 main components of Vioxx message. Subject:  FYI and |
| 262 | Email from Alise Reicin to Thomas Bold et al., Re: MI Risk-short term use of rofecoxib" |
| 263 | Screen Print of Page 16 of Manuscript with Notes of Deleted Items (Curfman Deposition |
| 264 | Letter from Dr. Claire Bombardier to Dr. Robert Steinbrook Regarding Additional Changes to Manuscript (Curfman Deposition Exhibit #21) |
| 265 | Page C-27, Figure C-2 of Comparison of Rofecoxib , A Highly Selective-Inhibitor of Cox-2, and Naproxen (a Dual COX-1/COX-2 Inhibitor) on the Incidence of Clinically Important |
| 266 | Email from Hui Quan to Christopher Lines, et al. RE: APPROVe-Urgent (Curfman |
| 267 | Topol Handwritten Notes - Knowledge, what/when (Topol Deposition Exhibit #22)" |
| 268 | Merck Year-End Employee Input Form - Susan Baumgartner 2001 (Ex 1 Baumgartner |
| 269 | Email - To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize |
| 270 | Email- cover to list, To Sherrin Johnson; From Baumgartner; cc: Yarbrough; Re: Physicians to Neutralize (Ex 25 Baumgartner Deposition 2/25/05)" |
| 271 | Includes Mention of Cannuscio 'Relationship Between Selective Cyclooxygenase-2 Inhibitors and Acute Myocardial Infarction in Older Adults by Daniel Solomon, et al., |
| 272 | Merck Performance Review Form, Mary Elizabeth Basaman, (Blake) [Ex 2 Blake Deposition |
| 273 | Vioxx Going on OFFENSE  (Ex. 20 to Dixon dep 1/19/05) |
| 274 | Results of Label Message Test for VIGOR |
| 275 | Raw footage of the filming of Video News Releases (multiple DVDs) |
| 276 | Email from Robert Bresalier to Christopher Lines re: APPROVe cardiovascular with attached draft of "Cardiovascular Events Associated with Rofecoxib in a 3-year |
| 277 | Confidential Memorandum of Invention |
| 278 | FDA News:  "FDA Issues Public Health Advisory on Vioxx as its Manufacturer Voluntarily |
| 279 | Summary of Prepared Testimony of Raymond Gilmartin before the United States Committee on Finance and the Prepared Testimony of Raymond Gilmartin before the |
| 280 | Email string ending from Thomas Simon to Barry Gertz re:  CE Event Counts |
| 281 | Email from James Bolognese to Elliot Ehrich, et al. re:  MK-0966 serious CV AE info |
| 282 | Slide presentation of Preliminary Cardiovascular Safety Data from the APPROVe Study by |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 283 | Email from Ned Braunstein to Alise Reicin re: task list from VP Data Review meeting |
| 284 | Email from Alise Reicin to Dena Ramey re: task list from VP Data Review meeting with |
| 285 | Email string from David Anstice to Wendy Dixon re:  Dorothy Quantitative Results |
| 286 | Analysis of Protocol 203 |
| 287 | Summary of Minutes and Table of Contents from the FDA Joint Meeting of The Arthritis Advisory Committee and The Drug Safety and Risk Management Advisory Committee |
| 288 | Q&A for Media Briefing |
| 289 | Q&A for Testimony of Ray Gilmartin before Senate Finance Committee |
| 290 | Powerpoint Slide of Effects of NSAIDs on Thromboxane and Prostacyclin (Exhibit 51 Peter |
| 291 | Email from Deborah Shapiro to Alise Reicin re: VIGOR analysis of death by age group |
| 292 | 1-page copy of document entitled "Executive, March 2003," plus attachments, LaAG-VIOXX 005629 - LaAG-VIOXX 005630, LaAG-VIOXX005713 - LaAG-VIOXX 005714 |
| 293 | 33-page copy of document dated 3/18/04 entitled "Louisiana Medicaid PDL Program |
| 294 | 8-page copy of document entitled "Westlaw" |
| 295 | 15-page copy of document dated 8/11/04 entitled "Louisiana Department of Health and Hospitals, Medicaid Pharmaceutical and Therapeutics Committee Meeting," plus |
| 296 | 300-page copy of document dated 8/11/04 entitled "Transcript of Testimony of Hearing of the  Medicaid Pharmaceutical and  Therapeutics Committee,"  LaAG-VIOXX-000640 - LaAG- |
| 297 | 1-page copy of document dated 4/25/02 entitled "Fax," plus  attachments, MRK- |
| 298 | 3-page copy of document dated 7/1/02 entitled "Agreement Between State of Louisiana Department of Health and Hospitals, Bureau of Health Services Financing and The University of Louisiana, College of Pharmacy, Office of Student and Professional Affairs," |
| 299 | 1-page copy of E-mail dated 2/13/04 to M. J. Terrebonne Melwyn Wendt and Rachel Broussard  from Amy Ponti, plus attachments, LaAG-VIOXX-003803 - LaAG-VIOXX-003810 |
| 300 | E-mail chain ending from Terri Lee Bates MRK-MEE 0008686 - 8688 |
| 301 | Customer Profile Updated 8/25/03, Bates MRK-AGLAAD 0000706 - 712 |
| 302 | Memo from Holly Jacques, Bates MRK-EAWX 0095117 - 95119 |
| 303 | Memo from Holly Jacques, Bates MRK-EBES  0031261 - 31263 |
| 304 | Memo from Holly Jacques, Bates MRK-EBES 0031271 - 31275 |
| 305 | Summary of Meeting with Mary Ogle and Dr. Biglane and Holly, Bates MRK-MEH0006703 - |
| 306 | E-mail chain ending from Holly Jacques Bates MRK-MEE 0008680 - 8681 |
| 307 | E-mail chain, Bates MRK-EBER0058833 - 58835 |
| 308 |  Illinois and Louisiana Medicaid Coxib Class Bates MRK-EBER0030116 - 30120 |
| 309 | Medicaid pharmaceutical & Therapeutics Committee Hearing Transcript, May 8, 2002 |
| 310 | Letter, dated May 24, 2002 |
| 311 | Contract, Dated July 1, 2003, LaAG-VIOXX-002917 |
| 312 | Letter, dated June 10, 2003 |
| 313 | Medicaid Pharmaceutical and  Therapeutics Committee Meeting, September 5, 2001 |
| 314 | Medicaid Pharmaceutical & Therapeutics Committee Hearing |
| 315 | Memo, dated November 16, 2001 |
| 316 | E-mail from Jacqueline Devone |
| 317 | Pull-through performance expectations Bates MRK-AGLAAF 0001090 - 1094 |
| 318 | E-mail chain ending from Michael Peoples, Bates MRK-AGLAAF 0002000 - 2001 |
| 319 | E-mail chain ending from Michael Peoples Bates MRK-AGLAAF 0002195 - 2197 |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 320 | E-mail with attachments from Michael Peoples, Bates MRK-AGLAAF0002195 - 2215 |
|-----|-----|
| 321 | E-mail chain, ending from Holly Jacques to Doug Welch, Bates MRK-MEE 0008678 - 8679 |
| 322 | E-mail chain ending from Holly Jacques to Doug Welch, Bates MRK-MEE 0008680 - 8681 |
| 323 | E-mail chain ending from Terri Lee To Doug Welch, Bates MRK-MEE0008686 - 8688 |
| 324 | Proposed List of '04 SE Managed Care And Medicaid Influencers, Bates MRK-MEE 0005162 |
| 325 | Performance Review Form, Bates MRK-AGTXAH0800000 |
| 326 | E-mail chain ending from John Harrington to Jacqueline McLarty, et al, Bates MRK- |
| 327 | E-mail from John Fevurly to Michael Kelly Bates MRK-EBBL 0056856 |
| 328 | PIR, Bates MRK-AGTXAH 0000030 |
| 329 | Letter to Dr. Taylor from Dr. Christiane Arsever, Bates MRK-AKT 1456746 - 1456765 |
| 330 | PIR, Bates MRK-AGTXAH 0001342, 1341 |
| 331 | E-mail from Mary Ogle to Michael Davis Bates MRK-EBDE 0067336 - 67345 |
| 332 | E-mail from Holly Jacques to Allan Goldberg, Bates MRK-MEH 0016614 |
| 333 | E-mail string, Bates MRK-AGLAAB0000393-396 |
| 334 | E-mail string, Bates 131 MRK-MEH0015871 – 15873 |
| 335 | E-mail string, Bates 146 MRK-AGLAAG0015905 – 15920 |
| 336 | E-mail string with 152 attachment, Bates MRK AGLAAB0000353 – 372 |
| 337 | E-mail string, Bates 178 MRK-MEH0016615 – 16616 |
| 338 | 17-page copy of e-mail from Geralyn Stockstill to Rachel Broussard, Jennifer Ducote, Travis Fabre, Amanda Fornea, et al. dated 7-11-03, with attachments, LaAG-VIOXX 003469 |
| 339 | 12-page copy of letter to M.J. Terrebonne from Chris Chapman dated 7-15-03, with attachments, LaAG-VIOXX-003212 - LaAG-VIOXX-003223 |
| 340 | 23-page copy of E-mail from M.J. Terrebonne to Amy Ponti, Melwyn Wendt, Rachel Broussard dated 9-30-04, with attachments, LaAG-VIOXX 003-3226 - LaAG-VIOXX003348 |
| 341 | 8-page copy of document from The New England Journal of Medicine dated 11-18-04 entitled "Medicaid Prior Authorization Programs and the Use of Cyclooxygenase-2 |
| 342 | 6-page copy of document entitled "DUR Board minutes" dated 1-26-05 |
| 343 | 5-page copy of E-mail from Thomas Greene to M.J. Terrebonne dated 5-2-05, with attachments, LaAG-VIOXX-007024 - LaAG-VIOXX-007028 |
| 344 | 24-page copy of document entitled "COX2 Inhibitors 032003," LaAG-VIOXX-003114 - LaAG- |
| 345 | 8-page copy of document dated 11-7-01 entitled "Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting," LaAG-VIOXX-0024446 - LaAG-VIOXX-002453 |
| 346 | 13-page copy of E-mail from Eddy Myers to Amy Ponti, with attachments, LaAG-VIOXX-003789 - LaAG-VIOXX-003801 |
| 347 | 40-page copy of document entitled  "Louisiana Medicaid Annual Report 2002-2003" |
| 348 | 21-page copy of document entitled "Agreement Between State of Louisiana Department of Health and Hospitals Bureau of Health Services Financing and Provider Synergies," |
| 349 | 11-page document entitled "Risk of NSAID-Associated  Gastro-Intestinal Complications," VIOXX-LaAG-2009-008243 -VIOXX-LaAg-2009-008253 |
| 350 | 1-page copy of E-mail from Amy Ponti to M.J. Terrebonne, Melwyn Wendt and Rachel Broussard dated   2-13-04, with attachments,  LaAG-VIOXX-003803 - LaAG- VIOXX-003810 |
| 351 | 7-page copy of letter dated 7-14-03 to Dear Prescribing Practitioners and Pharmacy Providers from Ben Bearden LaAG-VIOXX-002333 -  LaAG-VIOXX-002339 |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 352 | 12-page copy of letter to M.J. Terrebonne from Chris Chapman  dated 7-15-03, with attachments,  LaAG-VIOXX-003212 - LaAG-VIOXX-  003223 |
| 353 | 77-page copy of document entitled, "Hearing of the Medicaid  Pharmaceutical and Therapeutics Committee," taken 12-17-03,  LaAG-VIOXX-000460 - LaAG-VIOXX- 000536 |
| 354 | 103-page copy of document entitled "Transcript of the Testimony of Hearing (5-5-04), Medicaid Pharmaceutical and Therapeutics Committee Hearing," LaAG-VIOXX- 000537 - |
| 355 | 2-page letter to dated 5-7-04 to  Dear Provider Synergies from Sausan Merali, RPh LaAG- |
| 356 | 8-page letter dated 5-12-04 to Frederick P. Cerise from  M.J. Terrebonne Re: P&T Committee   May 5, 2004 Recommendations,  LaAG-VIOXX-000228 - LaAG-VIOXX- 000235 |
| 357 | 20-page copy of document dated effective date 11-1-08, entitled  "Preferred Drug List/Prior Authorization List" from Louisiana Medicaid |
| 358 | 9-page copy of letter dated 9-17-04 to Dear Pharmacy Provider from Ben Bearden, with attachments,  LaAG-VIOXX-002404 - LaAG-VIOXX- 002420 |
| 359 | 48-page copy of document dated 9-4-02 entitled "Louisiana Department of Health and Hospitals Medicaid Pharmaceutical  and Therapeutics Committee  Meeting" |
| 360 | 26-page copy of document dated 11-7-01 entitled "Louisiana  Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting," 00000194 - |
| 361 | 5-page copy of E-mail from Thomas Greene to M.J. Terrebonne  dated 5-2-05, LaAG- |
| 362 | 12-page copy of letter to M.J. Terrebonne from Chris Chapman  dated 7-15-03, with attachments, LaAG-VIOXX-003212 - LaAG-VIOXX- 003223 |
| 363 | 2-page copy of letter dated 3-1-05  to Dear Prescribing Practitioner from Frederick P. Cerise, M.D., LaAG-VIOXX-007079 - LaAG-VIOXX-007080 |
| 364 | 3-page document entitled "Selective Cyclooxygenase     (COX)-2 Inhibitors, NSAIDs, |
| 365 | 10-page copy of document  entitled "Agreement Between  State of Louisiana Department of Health and Hospitals Bureau of Health Services Financing  and the University of Louisiana, College of Pharmacy, Office of  Students and Professional  Affairs," effective |
| 366 | 1-page copy of E-mail from Amy Ponti to M.J. Terrebonne, Melwyn  Wendt and Rachel Broussard dated 2-13-04, with attachments,  LaAG-VIOXX-003803 - LaAG-  VIOXX-003810 |
| 367 | 1-page copy of E-mail from Melwyn  Wendt to Melissa Dear dated 12-13-04, LaAG-VIOXX- |
| 368 | Role of the National Account Executive, Who What & Where? MRK-AGLAAF000117 |
| 369 | E-mail from Howard to Anderson and others dated 6/18/02 with attachments MRK- |
| 370 | FAQ Update sent by Ranita Howard dated 8/13/02 MRK-EBBL0058982 through 984 |
| 371 | E-mail from Ogle dated 1/31/03 to Davis and others with attachments MRK- |
| 372 | E-mail from Jacques to Ogle dated 4/3/03 with attachment MRK-AGLAAD0010034 |
| 373 | Memo to Fevurly and others from Lambert dated 7/20/01, MRK-EAWX0094688 |
| 374 | E-mail string, MRK-AGLAAD0012178 and 179 |
| 375 | E-mail to Fevurly and others from Ogle dated 7/24/03 with attachment MRK- |
| 376 | E-mail string, MRK-AGLAAD00211829 through 1837 |
| 377 | E-mail string with attachment MRK-EBDE0067428 through 7435 |
| 378 | E-mail to Jacques and others from Ogle dated 12/10/03 with attachment MRK- |
| 379 | Bulletin for Vioxx, Bates MRK-MED0000417 - 419 |
| 380 | E-mail chain with attached slide presentation, BatesMRK-MED0000649 – 709 |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 381 | Standard Operating Procedure Template, Bates MRK-MED0000116 – 119 |
| 382 | 5/14/03 e-mail, Bates MRK-EBBL0011365 |
| 383 | 1/24/02 memo from Mr. Lambert, Bates MRK-EBES0031269 - 31270 |
| 384 | E-mail string, Bates MRK-APZ0001774 - 1776 |
| 385 | Medicaid Blitz Initiative, Bates MRK-EBES0031283 - 31285 |
| 386 | E-mail string, Bates MRK-APZ0004543 - 4545 |
| 387 | E-mail string with attached PDL Gross Sales Analysis Louisiana Medicaid, Bates MRK- |
| 388 | Business Review for the ArkLaTex Region Prepared for Mike McClintock Bates MRK-EBES0071780 - |
| 389 | E-mail string with attached Medicaid Pharmaceutical & Therapeutics Committee Bates |
| 390 | E-mail string with attached Louisiana Medicaid Data through July '03, Bates MRK- |
| 391 | E-mail string, Bates MRK-AGLAAF0002000 - 2001 |
| 392 | E-mail string with attached P & T Related Activities slide presentation, Bates MRK- |
| 393 | ArkLaTex Region 2001 Tactical Plans, Bates MRK-EBES0000023 - 28 |
| 394 | E-mail string with attached memo, Bates MRK-EAWX0094687 - 94688 |
| 395 | E-mail string, Bates MRK-MEH0006697 - 6698 |
| 396 | 11/9/02 memo from Mr. Lambert, Bates MRK-EBES0048579 - 48580 |
| 397 | 5/17/04 Letter from Arsever to Taylor with Enclosure, LaAG-VIOXX-003290 through LaAG- |
| 398 | 5/24/02 Letter from Bearden toPrescribing Practitioners and Pharmacy Providers with Attachments, LaAG-VIOXX-002294 through LaAGG-VIOXX-002304 |
| 399 | "Nonsteroidal Anti-inflammatories (NSAIDs) Review," MERCK-VIOXX-00793 through |
| 400 | Pages 265-268 of JMCP "Relative Value of the NSAIDs, Including COX-2 Inhibitors and |
| 401 | "Pharmacoeconomics of NSAIDs: Beyond Bleeds" Article |
| 402 | "A Cost Analysis of Four Benefit Strategies for Managing a Cox II Inhibitor" JMCP Article |
| 403 | Minutes of the 5/5/04 Louisiana Department of Health and Hospitals Medicaid Pharmaceutical and Therapeutics Committee Meeting |
| 404 | Document titled "Cohort_Summary_Exh_D.DO" with attachments |
| 405 | Document titled "LAMedicaid_Vioxx_RegVariations.log" with attachments |
| 406 | Five pages of tabulations |
| 407 | Document titled Documents Reviewed |
| 408 | 1/22/10 e-mail with attachments |
| 409 | Four pages of screen shots |
| 410 | Document titled "1. Append Harris's Data To Create 1 Database.do" with attachments |
| 411 | Four pages of screen shots |
| 412 | Document titled "2. Vioxx Cohort Regressions 36 Month.do" with attachments |
| 413 | Personal Performance Grid, Bates MRK-AGTXAI080018-24 |
| 414 | E-mail chain with attachment, Bates MRK-AGTXAI0000669-72 |
| 415 | 3/29/04 e-mail with attachment, Bates MRK-AGTXAI0009101-10 |
| 416 | Updated Medicaid Flags, Enhanced Targeting Capabilities Providing Opportunities forIncreased Sales, Bates MRK-AGTXAI0009067-83 |
| 417 | E-mail chain with attachment, Bates MRK-AGLAAF0003594-3611 |
| 418 | E-mail chain with attachment, Bates MRK-AGTXAI0009152-9278 |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 419 | Medicaid Core Segment Team Strategy, June 24 2002, Bates  MRK-EAWX0004507-4530 |
| 420 | 2003 Personal Performance Grid, Bates MRK-AGTXAI0800051-57 |
| 421 | 2004 Year-End Review, BatesMRK-AGTXAI0800043-50 |
| 422 | 2004 Personal Performance Grid, Bates MRK-AGTXAI0800033-42 |
| 423 | 5/8/02 P&T Committee Meeting Minutes |
| 424 | Transcript of 5/8/02 P&T  Committee Meeting, LaAG-VIOXX-002608 - LaAG-VIOXX-002668 |
| 425 | 5/21/02 Terrebonne Memo to Hood, Subject: P&TCommittee May 8, 2002Recommendations,  LaAG-VIOXX-000124 -  LaAG-VIOXX-000127 |
| 426 | Provider Synergies Document, "NonsteroidalAnti-inflammatories (NSAIDs)," LaAG-VIOXX- |
| 427 | 5/21/03 P&T Committee Meeting Minutes,  LaAG-VIOXX-002707 - LaAG-VIOXX-002719 |
| 428 | Transcript of 5/21/03 P&T Committee Meeting,  LaAG-VIOXX-000376 - LaAG-VIOXX- |
| 429 | 6/10/03 Terrebonne Memo to Hood, Subject: P&T Committee May 21, 2003Recommendations, LaAG-VIOXX-000192- LaAG-VIOXX-000199 |
| 430 | 7/15/03 Pfizer Letter to Terrebonne, LaAG-VIOXX-003212 - LaAG-VIOXX-003223 |
| 431 | 12/17/03 P&T Committee Meeting Minutes,LaAG-VIOXX-002720 -LaAG-VIOXX-002760 |
| 432 | 2003 Organizational Chart |
| 433 | 8/8/01 Medicaid  Pharmaceutical and Therapeutic Committee Meeting Minutes, LaAG- |
| 434 | Transcript of 8/8/01 P&T Meeting, LaAG-VIOXX-002458 - LaAG-VIOXX-002518 |
| 435 | 1/9/02 P&T Committee  Meeting Minutes,  LaAG-VIOXX-002687 - LaAG-VIOXX-002698 |
| 436 | 3/6/02 P&T Committee Meeting Minutes |
| 437 | 3/19/02 Agreement between Louisiana DHH and  Provider Synergies,  LaAG-VIOXX- |
| 438 | 2/19/03 P&T Committee Meeting Minutes |
| 439 | Provider Synergies Document, "Selective Cyclooxygenase (COX)-2  Inhibitors,"  LaAG- |
| 440 | WPS&E Standard Operating Procedure, Processing of Adverse Experience Information, |
| 441 | Memo to the File 1-20-00 AE Label Review: Rofecoxib |
| 442 | WAES Adverse Event Summary Sheets |
| 443 | E-mail 12-3-03 with attachment |
| 444 | Abramson Expert Report |
| 445 | Hood Affidavit |
| 446 | Abramson Affidavit from Plaintiff's response to Motion for Summary Judgment |
| 447 | Leach Affidavit from Plaintiff's response to Motion for Summary Judgment |
| 448 | Raymond Affidavit from Plaintiff's response to Motion for Summary Judgment |
| 449 | Table of All deaths and/or Confirmed Adjudicated Serious Thromboembolic AEs from |
| 450 | Memo from Doug Watson to Santanello, Cannuscio et al re recent abstracts |
| 451 | Email from Cannuscio to Solomon and Avorn RE interest in COXIB study |
| 452 | Email from Solomon to Cannuscio RE: ACR Abstract |
| 453 | ACR 2003 |
| 454 | Email from Santanello to SolomonRE:  Thank you for your time |
| 455 | Fax of letter to Solomon faxed Cannuscico from Solomon RE: MS# JOC31797, THE RELATIONSHIP BETWEEN SELECTIVE COX-2 INHIBITORS AND ACUTE MYOCARDIAL |
| 456 | List of Physicians with information provided by A&A with comments from National HSAs, |
| 457 | 2000 Profit Plan Extended Team Meeting for Vioxx |
| 458 | Year 2000 Advocate Plan for Merck Coxibs (Draft) |
| 459 | Email from Baumgartner to Hartenbaum re: Physicians to Neutralize; has Baumgartner |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 460 | Email string from Higbee to Johnson and McKines in regards to Intelligence/NEJM |
| 461 | Pharmaceuticals: The New Consumer Marketing Frontier by Tacconi. |
| 462 | Email from Straus to Kong, Pellissier and Watson in regards to FDA Warning Letter |
| 463 | Physician Action Plans - ADVOCATE |
| 464 | Merck News Release - FDA Approves Label Changes |
| 465 | Email re: upcoming BB meet |
| 466 | Medical Officer Review: VIOXX |
| 467 | FDA Medical Officer Review with attachments |
| 468 | Aug. 17, 2005 P&T Committee Meeting Minutes |
| 469 | Celebrex revised Label 7-29-05 |
| 470 | Celebrex revised Label FDA label letter 7-29-05 |
| 471 | DUR Annual Report 10-1-00 thru 9-30-01 |
| 472 | DUR Annual Report 10-1-04 thru 9-30-05 |
| 473 | DUR Annual Report 10-1-06 thru 9-30-07 |
| 474 | Concato, John, et al., Randomized, Controlled Trials, Observational Studies, and the |
| 475 | Benson, Kjell, et al.,  A Comparison of Observational Studies and Randomized, Controlled |
| 476 | E-mail string |
| 477 | Curriculum Vitae of Stephen Edward Epstein, MD |
| 478 | Memo |
| 479 | E-mail |
| 480 | Cardiovascular Outcomes Study Consultant Meeting |
| 481 | E-mail string |
| 482 | E-mail string |
| 483 | E-mail string |
| 484 | E-mail string |
| 485 | FACTS Production |
| 486 | Supplemental FACTS Production |
| 487 | Annual Report 2002 |
| 488 | Memo re DRAFT MC slides for 3/11 |
| 489 | VIOXX Project Team Updates March 2002 |
| 490 | Merck draft of 15 Feb 2002 with proposals resulting from 20 Feb 2002 FDA teleconference |
| 491 | Memo re RMC Options for CV outcomes trials |
| 492 | Memo re VIOXX CV OUTCOMES Study |
| 493 | Memo re HHPAC DRAFT SLIDES |
| 494 | Evaluation of the Cardiovascular Profile of COX-2 Inhibitors in High Risk CV Patients - A |
| 495 | Biomarkers of CV Risk - Potential Assessment in Coxib Trials |
| 496 | Labeling Scenario |
| 497 | Memo re MK-966, Cox-2 Inhibitor Development Timelines |
| 498 | Memo re Vioxx Prot 078 Paper |
| 499 | Draft re Manuscript NPP-04-0106, "A randomized, double-blind, study of rofecoxib in patients with mild cognitive impairment" - Author's responses to reviewers comments |
| 500 | Memo re GI Outcomes Trial Protocol |
| 501 | Memo re MK-0966 (VIOXX) Project Team Minutes for December 9, 1997 |
| 502 | Project Team Meeting Minutes |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 503 | VIOXX Presentation |
|-----|--------------------|
| 504 | Merck 1999 Annual Report |
| 505 | Cardiovascular Thrombotic Events Associated with Rofecoxib:  A Pooled Analysis of |
| 506 | Memo re Attached please find the background material for the HH PAC Meeting on December 6, 2001 related to Coxib agenda items, consisting of updated slides |
| 507 | Memo re VIOXX Consultants Meeting - Wednesday, March 31, 1999, The Rittenhouse |
| 508 | Memo re Vioxx Product Development Team WG Meeting Summary and Assignments from |
| 509 | Memo re Vioxx Seeding Study Selection |
| 510 | Memo re MK-0966 (VIOXX) Project Team Minutes for July 13, 1998 |
| 511 | Draft: Coxib Publication Team Responsibilities, 8/16/05 |
| 512 | VIOXX/ARCOXIA Publications Planning Meeting AGENDA |
| 513 | Memo re Summary of the 7/24/01 A&A WBST Meeting |
| 514 | Memo re Summary of the 5/17/01 A&A WBST Meeting |
| 515 | Arthritis & Analgesia WBST, HHBT Briefing |
| 516 | Memo re Three Items |
| 517 | Merck Analyst Meeting - Valuation Projects Downside, But We Wouldn't Count on Positive |
| 518 | Memo re Merck & Co (MRK) - First Call |
| 519 | Merck to Conduct Cardiovascular Outcomes Trial |
| 520 | Merck COX-2 Cardiovascular Safety Studies Will Enroll 30,000 Subjects |
| 521 | "Key Messages," |
| 522 | E-mail 5-14-99 |
| 523 | E-mails MRK-AEG0003239 |
| 524 | "CEO pay at 100 of the largest companies" USA Today 3-31-05 (1 page) |
| 525 | Memo 7-10-00 "Merck Board of Scientific Advisors Meeting - 2000 - Human Health |
| 526 | "The Cure: With Big Drugs Dying, Merck Didn't merge -- It found New Ones --- Some Inspired Research, Aided by a Bit Of Luck, Saves Company's Independence --- The path  To |
| 527 | E-mails |
| 528 | Letter 1-9-01 |
| 529 | Memo, 2-23-98 "VIOXX" |
| 530 | "MK-0966 (COX-2 Inhibitor) Consultants' Meeting Phase III Monitoring of GI Clinical Events and Design of a GI Outcomes Mega-Trial" 9-28-96 Meeting Minutes |
| 531 | Memo 9-12-96 "MRK-966 (L-748,731,COX-2) Project Team Minutes - September 4, 1996" |
| 532 | Curriculum Vitae for David Graham, M.D., M.P.H. |
| 533 | Rofecoxib - Diagnosis & treatment: What went wrong? Can we avoid? |
| 534 | Graham Expert Report |
| 535 | Graham Rebuttal Report |
| 536 | Harris Expert Report |
| 537 | Julie Expert Report |
| 538 | Julie Rebuttal Report |
| 539 | Regional Medical Director (RMD) Activities |
| 540 | Kaiser Quarterly Report |
| 541 | Clinical Profile in Osteoarthritis Studies |
| 542 | Bulletin for Vioxx: New Resource: Cardiovascular Card |
| 543 | Memo re Vioxx and Medicaid DUR board |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 544 | Arthritis & Analgesia (A&A) Core Franchise Team Meeting-Agenda |
|---|---|
| 545 | Memo re MK-0966 Combined Mortality Analysis, Protocol 091 + Protocol 078 |
| 546 | Memo re MK-0966 (VIOXX) Project Team Minutes for January 12, 1998 |
| 547 | Letter to Dr. Silverman, Merck, re supplemental new drug applications |
| 548 | Press Release re Vioxx clinical trials |
| 549 | Reporting Mortality Findings in Trials of Rofecoxib for Alzheimer Disease or Cognitive Impairment:  A Case Study Based on Documents from Rofecoxib Litigation |
| 550 | SC RMD Travel Outcomes - August 2002 |
| 551 | Kaiser/Davis/Cairns Year-End Summary of Quarterly Reports |
| 552 | Vioxx Point RMD 2003 Accomplishments |
| 553 | CDOC Development Projects |
| 554 | Hypertension/Edema Agenda |
| 555 | Comparison of Cardiovascular Thrombotic Events in Patients with Osteoarthritis Treated with Rofecoxib versus Nonselective Nonsteroidal Anti-inflammatory Drugs (Ibuprofen, |
| 556 | Plant to Evaluate the Incidence of Cardiovascular SAEs in the Phase IIb/II VIOXX (MK-0966) |
| 557 | Memo attaching background material for HH PAC Meeting 4/20/2000 re Vioxx |
| 558 | Information Amendment - Clinical |
| 559 | A Comparison of Adverse Renovascular Experiences Among Osteoarthritis Patients Treated with Rofecoxib and Comparator Non-selective Non-Steroidal Anti-inflammatory |
| 560 | Table 75:  Number (%) of Patients with Specific Clinical Hypertension-Type Adverse |
| 561 | Safety:  Predefined Limits of Change Assessment |
| 562 | Coxib Renal Profile 23Mar01 |
| 563 | Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with |
| 564 | Vioxx Interim Review |
| 565 | Final Results of an Analysis of the Incidence of Cardiovascular SAEs in the Phase IIb/III |
| 566 | Selective Cyclooxygenase (COX)-2 Inhibitors |
| 567 | Alimentary Tract |
| 568 | 7.2 Upper GI Safety - Overview and Special Studies |
| 569 | Letter to Ellen R. Westrick, Merck, re promo pieces |
| 570 | 2002 Vioxx Label |
| 571 | Risk of Cardiovascular Events Associated with Selective COX-2 Inhibitors |
| 572 | Letter to Dr. Taylor re request for Vioxx info |
| 573 | Letter to Dr. Taylor re request for Vioxx info |
| 574 | Kessler Expert Report |
| 575 | Thromboembolic and Vascular Safety |
| 576 | Memo to Deborah R. Shapiro from Reicin, Alise S. re VIGOR CV events analysis |
| 577 | Letter from Department of Health & Human Services to Dr. Silverman re new drug |
| 578 | MedAdNews re Best New Product, Vioxx the Victor |
| 579 | Operations Review for Vioxx |
| 580 | Clinical Documentation, Clincal Safety, Safety Experience from Other Indications - |
| 581 | Standard Operating Procedure for the Surveillance, Monitoring, and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors |
| 582 | VIGOR Preliminary Results |
| 583 | Memo to Cynthia Zansky from Alan S. Nies re Board of Advisors Vioxx/Vigor Presentation |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 584 | Letter to Claire Bombardier, M.D., accepting Article:  "Comparison of Upper Gastrointestinal Toxicity of Rofecoxib and Naproxen in Patients with Rheumatoid |
| 585 | Memofrom Suzanne M. Pernrick, Ph.D., re MK-0966 (VIOXX) Project Team Minutes for |
| 586 | CRRC Critical Activities, Vioxx Key Issues |
| 587 | Rofecoxib Pooled Analysis |
| 588 | Memo To Human Health PAC, VIOXX/MK-0663 CST Invitees, Additional Invitees for VIOXX/MK-0663; From Dr. K. Grosser re background material for HHPAC Meeting April 20, |
| 589 | Agenda WHHM Competitive Assessment Task Force Hypertension/Edema, January 8, 2001 |
| 590 | Memo To:  Human Health PAC, VIOXX CST Invitees From VIOXX Commercialization Team re background material for HHPAC Meeting 3/20/2001 related to Viozx Program Review |
| 591 | CRRC Critical Activities, Vioxx Key Issues |
| 592 | Clinical Investigations and Reports, Cardiovascular Thrombotic Events in Controlled, |
| 593 | Clinical Study Report |
| 594 | Merck Memo To W. Dixon, B. Gertz, S. Kornowski, R. Silverman; From K. Grosser, re Arthritis & Analgesia (A&A) Core Franchise Team Meeting--Agenda |
| 595 | Reference P023 MRL Clinical Study Report, Multicenter Study:  A Double-Blind, Placebo-Controlled, Parallel-Group Study to Ebvaluate and Compare the Effedts of L-748, 731 (MK-0966), Indomethacin, and Placebo on Urinary Sodium Execretion and Other Parameters of |
| 596 | Merck PowerPoint Arthritis & Immunology Domain |
| 597 | Merck letter to Dr. Marvin Konstam, MD re conf. calls July 17 and 24 to discuss plans for a |
| 598 | Report of Protocol 0966-136, VIOXX -Low Dose Aspirin Endoscopy Trial |
| 599 | MK-0966 Prot. No. 010 Osteoarthritis Study, Section 4. Safety, Table 41, Number (%) of Patients With Specific Clinical Adverse Experiences by Body System Drug Related |
| 600 | Draft Statistical Report Prepared By Erluo Chen |
| 601 | Cox 482 Statistical Report |
| 602 | Cox 482 Statistical Report, Table 69:  Change from Baseline in Diastolic Blood Pressure |
| 603 | Cox 482 Statistical Report, Table 13:  Patients Exceeding Predefined Limits of Change, Vital |
| 604 | Table of Contents for Supplemental NDA 21-042 Rofecoxib - VIGOR |
| 605 | Selective COX-2 inhibition and cardiovascular effects:  A review of the rofecoxib |
| 606 | Merck letter to Brian E. Harvey, M.D., Ph.D., Acting Director, INFORMATION AMENDMENT-CLINICAL (Updated Cardiovascular Pooled Analysis) |
| 607 | AE Task Force Agenda |
| 608 | Memo from Market Integration Team for Vioxx to All Field Personnel with Responsibility for Vioxx concerning and enclosing a complete Obstacle Handling Guide for Vioxx. |
| 609 | Email from Tyrus Barker to Marilyn Krahe et al.  Subject:  Project Powerplay Program for Vioxx - Daily Counts: 5700 received in the first week! |
| 610 | Kronmal Expert Report with First and Second Addendum |
| 611 | Memo re Background Material for 4/18/2000 |
| 612 | Email to Claire Bombardier and Loren Laine re VIGOR |
| 613 | ABSTRACT -- use of traditional NSAIDs |
| 614 | Statistical Data Analysis Plan - Amendment No. 1 - VIOXX Gastrointestinal Outcomes |
| 615 | Email to Nies, Blois, Daniels re Paper |
| 616 | Hand edits on "A Large, Prospective Outcomes Study Comparing the Effects of Rofecoxib, a Specific Inhibitor of COX-2, and Naproxen on the Incidence of Clinically Important Upper |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| 617 | Email to Dixon, McKines, Ruef, Hirsch, Lahner, Slater, Oppenheimer; CC: to Nies, |
| 618 | Comparison of the Effects of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (a dual COX-1/COX-2 inhibitor) on the incidence of Clinically Important Upper |
| 619 | Email to Laine and Davis re: forwarding other NEJM materials |
| 620 | Forms 1099-MISC "Miscellaneous Income" for years 2002 - 2007 |
| 621 | Email to Laine, Bombardier, Davis, Hawkey, Brett, Reicin re: Risk Factor Paper |
| 622 | Email message to Chris re Risk Factor Paper |
| 623 | Email to Connors, Laine / cc: Krupa, Shapiro, Reicin re: please discard previous email |
| 624 | "Serious Lower GI Clinical Events With Non-Selective NSAID or COXIB Use: A Double-Blind GI Outcomes Trial of Naproxen vs. Rofecoxib" |
| 625 | Email to Altmeyer, Reicin, Truitt / cc: Loran, Braunstein, Furey, Schiff, Reinhardt re: |
| 626 | |
| 627 | Ulcer Formation With Low-Dose Enteric-Coated Aspirin and the Effect of COX-2 Selective |
| 628 | Email to Laine re: forwarding Final-Revised post GASTRO-PN136 - Gastroenterology - 03- |
| 629 | Email to Laine re: Gastroenterology - 03-1735-00 |
| 630 | Laine, Loren, et al., CLINICAL-ALIMENTARY TRACT -- Serious Lower Gastrointestinal Clinical Events With Nonselective NSAID or Coxib Use, Gastroenterology, 2003; 124:288-292 |
| 631 | Stratifying the Risk of NSAID-Related Upper Gastrointestinal Clinical Events: Results of a Double-Blind Outcomes Study I Patients With Rheumatoid Arthritis |
| 632 | COXIB ADVISORY BOARDS |
| 633 | Memo re Draft VIGOR Manuscript |
| 634 | Memo re VIGOR enclosing Merck document |
| 635 | Memo enclosing final copy of paper sent to NEJM. |
| 636 | Letter to Claire Bombardier, M.D., re manuscript "Comparison of Rofecoxib, a Highly Selective-Inhibitor of COX-2, and Naproxen (A Dual COX-1/COX-2 Inhibitor) on the |
| 637 | Memo re "my new version of response" |
| 638 | Faxcover to VIGOR steering committee enclosing revised manuscript sent to NEJM |
| 639 | Leach Expert Report |
| 640 | Academy of Managed Care Pharmacy Website. Available at: http://www.amcp.org/amcp.ark?c=pr&sc=glossary, Professional Resources, Glossary of |
| 641 | Stockl, K. et al. Gastrointestinal Bleeding Rates Among Managd Care Patients Newly Started on Cox-2 Inhibitors or Nonselective NSAIDS. J Manag Care Pharm. 2005;11(7):550- |
| 642 | Tucker G, et al. A Cost Analysis of Four Benefit Strategies for Managing a Cox II Inhibitor. J |
| 643 | The Academy of Managed Care Pharmacy's *Concepts in Managed Care Pharmacy.* Formulary Management. Accessed November 1, 2009. |
| 644 | The Academy of Managed Care Pharmacy's *Concepts in Managed Care Pharmacy.* Prior Authorization and the Formulary Exception Process. Accessed November 1, 2009. |
| 645 | Deposition of Ben Bearden. Monday, October 12, 2009. Exhibit Bearden-20. Nonsteroidal Anti-inflammatory Drugs (NSAIDs). December 2003. |
| 646 | Deposition of Ben Bearden. Monday, October 12, 2009. Exhibit Bearden-23. Merck & Co. Letter to Valerie Taylor, Pharm.D., Provider Strategies LLC. May 17, 2004. |
| 647 | Deposition of Ben Bearden. Monday, October 12, 2009. Exhibit Bearden-15. Bearden letter to Prescribing Practitioners and Pharmacy Providers. May 24, 2002. |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 648 | Deposition of Ben Bearden. Monday, October 12, 2009. Exhibit Bearden-12. Selective Cyclooxygenase (COX)-2 Inhibitors. February 2002. |
| 649 | Deposition of Ben Bearden. Monday, October 12, 2009. Exhibit Bearden-21. Nonsteroidal Anti-Inflammatories (NSAIDS) Review. April 2004. |
| 650 | Deposition of Ben Bearden. Monday, October 12, 2009. |
| 651 | The AMCP Format for Formulary Submissions. Version 3.0. October 2009. |
| 652 | Academy of Managed Care Pharmacy Web site. Available at : http://wvvw.amcp.org/amcp.ark?p=AA2BC1FB, Policy and Advocacy, Formularies. |
| 653 | Academy of Managed Care Pharmacy Website. Available at: http://www.amcp.org/amcp.ark?p=AA278106, Policy & Advocacy, Direct-to-Consumer |
| 654 | Curtiss FR. Editorial - Relative Value of the NSAIDs. Including Cox-2 Inhibitors and Meloxicam. J Manag Care Pharm. 2005;12(3):265-68. |
| 655 | Mullins CD, et al. Pharmacoeconomics of NSAIDs: Beyond Benefits. J Manag Care Pharm. |
| 656 | Ortiz E. Editorial - Market Withdrawal of Vioxx: Is it Time to Rethink the Use of Cox-2 Inhibitors? J Manag Care Pharm. 2004;10(6):551-5. |
| 657 | MacGregor Expert Report |
| 658 | MacGregor Rebuttal Report |
| 659 | "Clinical Study Report MK-0966, An Active-Comparator-Controlled,Parallel-group, 1-year, Double-Blind Study, Conducted Under In-House Blinding Conditions, to Assess the Safety and Efficacy of MK-0966 versus Diclofenac Sodium in Patients With  Osteoarthristis of the |
| 660 | E-mails |
| 661 | Letter 2-17-98 with attachment |
| 662 | E-mails with attachment |
| 663 | Letter to Thomas M. Casola, Merck, re Vioxx corrective letters |
| 664 | Blank page preceding memo re Vioxx Top Ten Obstacles and Merck Obstacle Response |
| 665 | West Point Selling Clinics March 2001 |
| 666 | Be the Power Video |
| 667 | No. GEN 1-055, Background, directions superseding all other directions, bulletins, and |
| 668 | Letter to Karen Olsen, N.P., re occurrence of cardiovascular effects in patients receiving |
| 669 | Letter to Stanley Vandennort, MD,  re occurrence of cardiovascular effects in patients |
| 670 | Reporting Period:  September/October 2001, What did the sales representative tell you |
| 671 | Vioxx Monthly EAR Review November 2001 |
| 672 | Awareness, Action & Attributes for the A & A Franchise |
| 673 | Agenda/PowerPoint re Vioxx |
| 674 | Annual Plan Vioxx 2002 |
| 675 | Vioxx Annual Plan 2003 |
| 676 | Letter to Thomas W. Abrams, FDA, re Vioxx |
| 677 | MRL Memo from Qinfen Yu |
| 678 | 9/1/2000 Email string |
| 679 | Clinical Adverse Experiences |
| 680 | Email re Follow-up to APPROVe Call |
| 681 | E-mail re 078 Review |
| 682 | Consultants Meeting MK-0966 (COX-2 Inhibitor) Phase III Monitoring of GI Clinical Events September 28, 1996 |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 683 | CDOC Development Projects 10-4-00 |
| 684 | Email from Janet Rush |
| 685 | Excerpt from 1/8/10 MRK call note production, Call notes production in grid format for |
| 686 | Excerpt from 1/8/10 MRK call note production, Merck letter to Culotta re: vioxx |
| 687 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with customer, rep and reprint provided to Dr. Richard Doskey, Bates MRK-AGLAAQ0000005 |
| 688 | Excerpt from 1/8/10 MRK call note production, Call notes production in grid format for |
| 689 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Ernest Kinchen, Bates MRK-AGLAAT0000006 |
| 690 | Excerpt from 1/8/10 MRK call note production, Preceptor agreement letter for Ernest |
| 691 | Excerpt from 1/8/10 MRK call note production, Tutorial agreement letter for Kinchen |
| 692 | Excerpt from 1/8/10 MRK call note production, Doc with Ernest Kinchen listed as consultant for vioxx tutorial with program date and payment amount, Bates MRK- |
| 693 | Excerpt from 1/8/10 MRK call note production, document with materials sent to Dr. Lutz |
| 694 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Lutz re: request for vioxx info (8/25/99), Bates MRK-AGLAAX0000003 |
| 695 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Lutz regarding request |
| 696 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with case number, detailed product action, contact name, product family and resource used for Donnie Batie, Bates |
| 697 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Lutz regarding request for Vioxx info - concerns clinical study for Vioxx with aspirin, Bates MRK-AGLAAX0000028 |
| 698 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Lutz regarding Vioxx and the VIGOR study 3/28/01, Bates MRK-AGLAAX0000031 |
| 699 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Dr. McKay, Bates MRK-AGLAAZ0000002 |
| 700 | Excerpt from 1/8/10 MRK call note production, Call notes production in grid format for Dr. |
| 701 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Dr. Osterberger, Bates MRK-AGLABA0000013 |
| 702 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Osteberger re: adverse event reported for patient who took Vioxx 1/21/02, Bates MRK-AGLABA0000053 |
| 703 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Pope re: request for info on vioxx vs. celebrex 7/20/99, Bates MRK-AGLABB0000003 |
| 704 | Excerpt from 1/8/10 MRK call note production, Call notes production in grid format for Dr. |
| 705 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Dr. Pope, Bates MRK-AGLABB0000007 |
| 706 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Dr. Weather, Bates MRK-AGLABD0000002 |
| 707 | Excerpt from 1/8/10 MRK call note production, Merck Letter to Dr. Batie regarding Viox |
| 708 | Excerpt from 1/8/10 MRK call note production, medical reprints submitted to Dr. |
| 709 | Excerpt from 1/8/10 MRK call note production, Call notes production in grid format for |
| 710 | Excerpt from 1/8/10 MRK call note production, Spreadsheet with legal ID, customer name, call date, sales rep and WIN # for Culotta, Bates MRK-AGLAAP0000003 |
| 711 | Excerpt from 1/8/10 MRK call note production, Document re: medical studies sent to Dr. |

**Louisiana Attorney General v. Merck Co., Inc.**
Plaintiffs' Exhibit List

| | |
|---|---|
| 712 | Excerpt from 1/8/10 MRK call note production, Merck letter to Dr. Culotta regarding request for vioxx info, Bates MRK-AGLAAP0000011 |
| 713 | Excerpt from 1/8/10 MRK call note production, Merck letter to Culotta re: VIGOR NEJM article - Reicin article, Bates MRK-AGLAAP0000079 |
| 714 | Excerpt from 1/8/10 MRK call note production, Merck letter to Culotta re: Vioxx info |
| 715 | email from Eliav Barr to Alise Reicin |
| 716 | Singh, G. and Ramey, D.R., NSAID Induced Gastrointestinal Compilations:  The ARAMIS |
| 717 | LDHH Medicaid pharmacy claims data for Relevant Drugs |
| 718 | "Literature Abstract Report: Doug Watson |
| 719 | Memo 11-19-01 "Preliminary Interim Results for the Vioxx Low-Dose Aspirin Endoscopy |
| 720 | "Safety" NDA MK-0966 Excerpts |
| 721 | Raymond Affidavit from Plaintiff's response to Motion for Summary Judgment |