U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR - 1 2010

LORETTA G. WHYTE
Clerk

05-MD-1657 L(3)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIAM H. JONES, JR.          1:08-CV-03108

- against –

LEVIN, PAPANTONIO, THOMAS,          **MOTION FOR AN EXTENSION**

<u>MITCHELL, ESCHNER & PROCTOR, P.A.</u>          **TO FILE A NOTICE OF APPEAL**

Pursuant to Rule 4(a) (5) of the Federal Rules of Appellate Procedure, I, <u>William H. Jones, Jr.</u>, respectfully requests leave to file the within notice of appeal out of time. I, <u>William H. Jones, Jr.</u>, desire to appeal the judgment in this action entered on <u>December 8, 2009</u>, but failed to file a notice of appeal within the required number of days because: <u>The firm who was appointed to handle the suite did not inform me nor my family that if we disagree with the decision of the district court that we could appeal the decision. The attorneys did not give me nor my family member the case number so that we could file a notice of appeal. I had to travel to Pensacola, Florida on my own to try and get the case number in which I still did not receive from the firm.</u>

DATED: March 29, 2010

**TENDERED FOR FILING**

APR - 1 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*William H. Jones Jr.* (signature)

William H. Jones, Jr.

6838 S.W. 22nd Street

Miramar, Florida 33023

(305) 804-0271

Cc: Levin, Papantonio, et al.

Fee ___
Process ___
X Dktd ___
X CtRmDep ___
Doc No. ___

