U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR - 1 2010

LORETTA G. WHYTE
Clerk

05-MD-1657 L(3)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WILLIAM H. JONES, JR.

- against –

LEVIN, PAPANTONIO, THOMAS,

MITCHELL, ESCHNER & PROCTOR, P.A.

1:08-CV-03108

**NOTICE OF APPEAL**

**IN A CIVIL CASE**

Notice is hereby given that I, William H. Jones, Jr., hereby appeals to the United States Court of Appeals for the Second Circuit from the judgment of the United States District Court of the Northern District of Florida, Pensacola, Division that the case was transfer out of the District to the Eastern District of Louisiana. I did not receive a judgment on this case because it was transfer out of the District on April 17th, 2008. I am appealing the amount of the settlement entered in this action on the 11th day of February, 2009.

Dated: March 29, 2010

William H. Jones, Jr.

6838 SW 22nd Street

Miramar, FL 33023

(305) 804-0271

TENDERED FOR FILING

APR - 1 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Cc: Levin, Papantonio, et. Al.

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____