February 11, 2009

Samuel Sorota, Representative for the Estate of Hazel Jones
801 N.E. 167th St., Ste. 308
North Miami Beach, FL 33162

    RE:    Vioxx Settlement Distribution-Interim Payment

**This letter is a confidential communication that is protected from disclosure by the attorney/client and attorney work-product privileges. The information contained in this letter and the attachments are highly confidential and should not be forwarded to or discussed with anyone other than your attorney.**

Dear Mr. Sorota:

    We are pleased to inform you that our office expects to receive your Interim Payment, in the amount of $98,967.20, within the next **60 days**. As you know, the Vioxx Settlement Agreement states awards over $5,000.00 will be paid in two installments. The first installment known as the Interim Payment is 40% of each client's estimated gross settlement award and the Final Installment known as the Final Distribution is the remaining gross settlement award.

    On August 27, 2008, Judge Fallon entered an order with the United States Eastern District Court of Louisiana stating attorney fees for all counsel representing claimants enrolled in the Vioxx Settlement Program be capped at 32% of the entire gross award. Therefore, in an effort to provide you with the most money at this time, we are currently only collecting to provide you with the most money at this time, we are currently only collecting attorney's fees on the money received in the interim payment. Further we are only taking 40% of cost paid to date from this interim payment. No medical lien money is being withheld from this payment either However, when you receive your Final Installment we will collect the remaining attorney's fees and all outstanding costs. If it is determined that any of your health insurance providers have a subrogation right for medical treatment you received as a result to your Vioxx use, we may withhold additional monies from your Final Installment until this lien is resolved.

    As you may recall, in previous communication we sent you information regarding governmental medical liens/obligations and explained to you that a Global Lien Resolution Administration was handling the resolution of these liens. Similarly, if you have received benefits from private insurance providers for injuries you sustained while ingesting Vioxx, we may have to notify these providers and negotiate these medical liens. If it is necessary for us to notify these providers, please be assured that we will negotiate the lien to an absolute minimum.

At this time we cannot estimate the amount of time it will take to fully resolve the lien process for your case nor do we know the exact date your Final Installment will arrive. We do know that the Vioxx Claims Administration estimates that it will be late 2009 before Final Installments payments are issued. In the meantime we are working diligently to resolve any outstanding issues and/or liens on your case so that we are able to forward the Final Installment payment to you as soon as we receive this money. We will notify you when we receive your final Installment.

Your understanding and patience will be highly appreciated during this time as our firm has no control over when the final payment is issued. As in the past, we will notify you as soon as new information is uncovered and/or we have information to report to you. During this time, you might go weeks or even months without hearing from us. This doesn't mean nothing is happening to your claim. It strictly means we are reviewing documents to assure your minimal lien reimbursement and/or working with other entities regarding your claim.

**To conclude, we need you to sign the Interim Payment Distribution Sheet/Closing Statement showing all the items discussed in this letter, complete and sign the W-9 tax form, and return these documents to us as soon as possible.** The W-9 tax form is only used if we receive your Final Installment and are unable to disburse your funds to you because the lien negotiation process is still underway. The W-9 form will provide our Firm the authority to open a bank account on your behalf so that you may earn interest off any money we are unable to immediately disburse to you. We have enclosed a self-addressed, postage paid envelope for you to return all of these forms. We will forward your interim payment to you once we receive these signed documents.

We appreciate your continued patience and cooperation regarding this settlement. If you have any questions regarding the above-mentioned issues, please contact our office at 1-888-435-7001 or email us at vioxx@levinlaw.com. As a reminder, if you plan to be out of town over the next several months or change contact information, please let us know your forwarding contact information.

Sincerely,

Rachael R. Gilmer, Attorney

RRG/tsl
Enclosures: Closing Statement

## Levin, Papantonio, Thomas, Mitchell, Echsner, & Proctor, P.A.
## A Florida Professional Corporation
### FINAL PAYMENT DISTRIBUTION SHEET/CLOSING STATEMENT

Client name: Samuel Sorota, Representative for the Estate of Hazel Jones  Today's Date: 10/30/09
Adversary name: MERCK & CO., INC.  Case number: 121449

| # | Item | | | |
|---|---|---|---|---|
| 1 | TOTAL SETTLEMENT | | | $240,959.29 |
| 2 | TOTAL INTERIM PAYMENT | | | $98,967.20 |
| 3 | Total 2nd/FINAL PAYMENT | | | $141,992.09 |
| 4 | FINAL ATTORNEY'S FEES | | | |
|   | Attorney's Fees (32% of Total Settlement) | | $77,106.97 | |
|   | Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A./The Cochran Firm | $43,372.67 | | |
|   | Paid from interim distribution | ($23,752.12) | | |
|   | Morgan, Colling & Gilbert/Goldwater | $14,457.56 | | |
|   | Paid from interim distribution | ($7,917.38) | | |
|   | MDL Assessment (8%) | $19,276.74 | | |
|   | **4 Final Attorney's Fees Owed** | | | $45,437.47 |
| 5 | COST BREAKDOWN | | | |
|   | *Levin Papantonio* | | | |
|   | Common Benefit | $197.98 | | |
|   | Medical Records Fee | $106.16 | | |
|   | Copy Charges | $2.60 | | |
|   | Telephone Charges | $1.30 | | |
|   | Postage Charges | $36.82 | | |
|   | Interest Charges | $11.41 | | |
|   | Total Client Specific Cost | | $356.27 | |
|   | MDL 1% Common Benefit Cost | | $2,409.59 | |
|   | Costs paid from interim payment | | ($132.42) | |
|   | **5 Total Costs Owed** | | | $2,633.44 |
| 6 | LIENS | | | |
|   | Medicare | $143.27 | | |
|   | Private Lien Resolution Program 15% Withholding Blue Cross Blue Shield Florida | $36,293.89 | | |
|   | **6 Total Liens Owed/Withheld** | | | $36,437.16 |
| 7 | **FINAL DISTRIBUTION OF NET PROCEEDS TO CLIENT** | | | **$57,484.02** |

(7) Net Proceeds to Client = (1) Total Recovery minus (2) Interim Payment minus (4) Final Attorney's Fees minus (5) Total Costs minus (6) Total Liens

_____ Saul A Sarota, Personal Representative   11/10/09
Representative Signature   Date

_____ Saul A Sarota   11/10/09
Attorney Signature   Date

_____   11/14/09
Attorney Signature   Date

*PRO SE* OFFICE
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

**J. MICHAEL McMAHON**
CLERK OF COURT

March 16, 2010

Williams Jones
6838 S.W. 22nd Street
Miramar, FL 33023

  Re: <u>Betty Langston v. Merck & Co, Inc.</u>, No. 08 Civ. 3108 (JFK)

Dear Mr. Jones:

  I am writing with regard to the enclosed Notice of Appeal in a Civil Case, Motion for an Extension to File a Notice of Appeal and $455.00 Check (#1176002484). Your papers were received by the *Pro Se* Office on February 8, 2010.

  Please be advised that your papers and check are being returned to you because it appears that the decision you wish to appeal was not made in the above-referenced case. A review of the February 11, 2009, letter from attorney Rachael R. Gilmer (attached to the Notice of Appeal) indicates that the settlement decision that you wish to appeal is in connection to *In re: Vioxx Products Liability Litigation*, MDL No. 1657. The Honorable Eldon E. Fallon, United States District Judge, of the United States District Court for the Eastern District of Louisiana, presided over that case and issued the ruling regarding settlement. If you wish to appeal Judge Fallon's decision, your notice of appeal may be more appropriately filed in the Eastern District of Louisiana. You may want to contact that Court for information on how you may proceed with your appeal.

  Should you have any questions regarding this matter, you may contact this Office at the above address or at the telephone number listed below during our normal business hours, 8:30 a.m. - 5:00 p.m., Monday - Friday (except federal holidays). Please note that we cannot accept collect calls.

                  Sincerely,

                  R. Marmolejos
                  *Pro Se* Clerk
                  (212) 805-0175

Encs.

CC:  Honorable John F. Keenan
    United States District Judge

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BETTY LANGSTON

VS

        CASE NO. 3:08CV57-RS-EMT
        MDL CASE NO. 06 MDL 1789
        SDNY CASE NO. 08CV3111

MERCK & CO INC

## NOTICE OF TRANSFER OUT OF DISTRICT

To:   Clerk, United States District Court
       Southern District of New York
       Office of the Clerk
       500 Pearl Street
       New York, NY 10007

Pursuant to the Order of the MDL Panel transferring the above-styled civil action to your court and notification by your court, please find attached a certified copy of the docket sheet and the original file in said civil action.

Please acknowledge receipt of the file and docket sheet on the enclosed copy of this notice of transmittal.

WILLIAM M. McCOOL, CLERK OF COURT

April 17, 2008
DATE:

s/ Jeremy Wright
Deputy Clerk: Jeremy Wright

Acknowledgment:
Date received in your district: _____
Your Case No.: _____



William H Jones
6838 SW 22 Street
Miramar, FL 33023

RECEIVED
U.S. DISTRICT C
EASTERN DISTRICT
2010 APR -1 PM 5:0
LORETTA G. WHYTE
CLERK

United States District Court
Eastern District Of Louisana
Office of Appeal
500 Poydras Street
Room C-456
New Orleans, LA 70130

U.S. MARSHALS

FIRST CLASS

U.S. POSTAGE
MIAMI, FL
MAR 29'10
AMOUNT
$1.39
000-49331-03