UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *   MDL No. 1657<br>* |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                                    Plaintiff,<br><br>        versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                                    Defendant.<br><br>Case No. 05-3700. | *   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MERCK'S PRE-ADMISSIBLE EXHIBIT LISTS

Defendant Merck Sharp & Dohme Corp. (Merck), through undersigned counsel, hereby submits its Pre-Admissible Exhibit List (Exhibit A) and its Conditional Pre-Admissible Exhibit list (Exhibit B). Merck's introduction of the exhibits on the conditional list will depend upon the evidence that Plaintiff seeks to offer at trial.

Plaintiff's objections and Merck's responses are noted on these Pre-Admissible Exhibit lists. Merck reserves all objections to Plaintiff's Pre-Admissible Exhibit list and specifically reserves authentication and foundation objections.

Merck reserves the right to add or withdraw exhibits on the lists included herein. Merck's pre-admissible lists do not include exhibits reserved solely for cross-examination.

HOU02:1196137.1

Dated: April 6, 2009

                                        Respectfully submitted,

                                        /s/ Dorothy H. Wimberly
                                        Phillip A. Wittmann, 13625
                                        Dorothy H. Wimberly, 18509
                                        STONE PIGMAN WALTHER
                                        WITTMANN L.L.C.
                                        546 Carondelet Street
                                        New Orleans, Louisiana  70130
                                        Phone:  504-581-3200
                                        Fax:     504-581-3361

                                        Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Merck's Pre-Admissable Exhibit Lists* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th of April, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel