# EXHIBIT A

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

1

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 1 | 10/27/1994 ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions | 401-402, 403, 802 | Relevant as to Merck's pre-market conduct as to testing of Vioxx. Not prejudicial, duplicative, or waste of time. Meets exceptions as to hearsay (803(18) - Learned Treatise; 803(8) public records; 803(17) commercial report.) | | Y or N |
| DX 2 | 12/16/1994 Letter from MRL to FDA re: Original IND: L-748,731 | 401-402, 403 | Relevant as to Merck's pre-market conduct as toclinical studies and to testing of Vioxx. Relevant as to Merck's knowledge with respect to risks and benefits of vioxx. Not prejudicial, duplicative, or waste of time | | Y or N |
| DX 4 | 3/1/1995 ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | 401-402, 403, 802 hearsay | Relevant as to Merck's pre-market conduct as to testing of Vioxx. Not prejudicial, duplicative, or waste of time. Meets exceptions as to hearsay (803(8) - public document) | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

2

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 8 | 5/6/1996 Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | 401-402, 403 | Relevant as to Merck's pre-market conduct, clincial trials, testing of Vioxx, and knowledge of risks and benefits, all issues Plaintiff claims are before the Court.  Not prejudical, duplicative, or waste of time. | | Y or N |
| DX 13 | 11/21/1996 Memorandum from T. Musliner to B. Friedman, et al. | No Objection | | | Y or N |
| DX 14 | 12/3/1996 MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes - November 8, 1996 | 401-402, 403 | Relevant as to Merck's pre-market conduct, testing of Vioxx, and knowledge of risks and benefits, all issues Plaintiff claims are before the Court.  Not prejudical, duplicative, or waste of time. | | Y or N |
| DX 15 | 1/16/1997 Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

3

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 18 | 8/22/1997 Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) Protocol Amendment - New Protocol | 401-402, 403 | Relevant as to Merck's pre-market testing of Vioxx (for GI safety) and communications with the FDA, both issues Plaintiff claims are before the Court. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 21 | 1/19/1998 Memo from J. Schwartz and P. Wong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation | 401-402, 403 | Relevant as to Merck's pre-market knowledge and testing of Vioxx for CV risks. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 23 | 2/2/1998 MRL Epidemiology Department Technical Report No. EPR7006.005.98 | No Objection | | | Y or N |
| DX 26 | 4/13/1998 Project Team Meeting Minutes | No Objection | | | Y or N |
| DX 27 | 5/3/1998 Programmatic Review – Vioxx Program | No Objection | | | Y or N |
| DX 30 | 6/8/1998 Minutes from May VIOXX project team | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

4

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 38 | 10/22/1998 Memo from Denis Riendeau to Don Nicholson and Mike Gresser | No Objection | | | Y or N |
| DX 40 | 10/26/1998 'E. Clinical Safety' Vioxx Clinical Documentation | No Objection | | | Y or N |
| DX 43 | 11/23/1998 Letter from MRL to FDA re: Original New Drug Application, NDA 21-042: VIOXX (rofecoxib) Tablets | No Objection | | | Y or N |
| DX 49 | 12/16/1998 Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting | No Objection | | | Y or N |
| DX 50 | 12/16/1998 Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment - New Protocol | No Objection | | | Y or N |
| DX 59 | 3/8/1999 Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | 401-402, 403 | Relevant as to Merck's analysis and testing relating to the "Fitzgerald hypothesis." Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

5

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 60 | 3/8/1999 Memo to Denis Riendeau, et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | 401-402, 403 | Relevant as to Merck's analysis and testing relating to the "Fitzgerald hypothesis." Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 63 | 2/24/1998 Reference P010, MRL Clinical Study Report, Multicenter Study | 401-402, 403 | Relevant as to Merck's pre-market knowledge and testing of Vioxx for CV risks.  Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 66 | 4/20/1999 'NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999' | No Objection | | | Y or N |
| DX 67 | 5/20/1999 PI 9183800 - Vioxx label | No Objection | | | Y or N |
| DX 73 | 5/20/1999 Letter from FDA to MRL re: NDA 21-042 | No Objection | | | Y or N |
| DX 75 | 12/22/1999 Memorandum from Weinblatt to Bjorkman et al. re VIGOR | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 77 | 6/7/1999 Memo from Denis Riendeau | 401-402, 403 | Relevant as to Merck's analysis and testing relating to the "Fitzgerald hypothesis." Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 79 | 8/30/1999 Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | No Objection | | | Y or N |
| DX 80 | 9/1/1999 PI 9183801 | No Objection | | | Y or N |
| DX 85 | 3/16/1999 Wong E-mail re rabbit aorta prostacyclin study | 401-402, 403 | Relevant as to Merck's analysis and testing relating to the "Fitzgerald hypothesis." Not prejudicial, duplicative, or waste of time. | | |

6

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 88 | 10/6/1999 NDA 21-042: VIOXX (rofecoxib tablets) Special Supplement - Changes Being Effected | 401-402, 403 | Relevant (in conjunction with FDA's refusal to allow the CBE (DX 91)) to show the limitations on Merck's ability to alter Vioxx package insert without prior FDA approval. Not prejudcial, duplicative, or waste of time. | | Y or N |
| DX 90 | Atherosclerosis Consultants' Meeting | 401-402, 403 | Relevant as to Merck's pre-market knowledge and testing of Vioxx for CV risks.   Not prejudcial, duplicative, or waste of time. | | Y or N |
| DX 91 | 10/28/1999 Letter from FDA to MRL re: NDA 21-042/S-003 | 401-402, 403 | Relevant to show the limitations on Merck's ability to alter Vioxx package insert without prior FDA approval. Not prejudcial, duplicative, or waste of time. | | Y or N |

7

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

8

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|---------------------|----------------------|--------------|----------------|
| DX 102 | 5/11/1999 MRL submits Protocol Amendment to Protocol 088 | 401-402, 403 | Relevant to show Merck's use of CV SOP in VIGOR and presentation of the protocol to FDA. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 114 | 3/22/2000 E-mail from Reicin to Scolnick et al. | 401-402, 403 | Relevant to show contemporaneous view of entire VIGOR Steering Committee that the cause of CV event imbalance was due to cardioprotective effect of naproxen. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 116 | 3/23/2000 MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | No Objection | | | Y or N |
| DX 117 | 3/26/2000 Dear Investigator Letter | No Objection | | | Y or N |
| DX 119 | 3/27/2000 Press release re prliminary results of GI outcomes study | No Objection | | | Y or N |
| DX 125 | 4/21/2000 Fax from FDA to MRL | No Objection | | | Y or N |

9

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 134 | 5/9/2000 Memo re: MK-0966 Protocols -078 and -091 | No Objection | | | Y or N |
| DX 135 | 5/18/2000 MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | No Objection | | | Y or N |
| DX 145 | 6/29/2000 MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | No Objection | | | Y or N |
| DX 147 | 7/15/2000 Email from Scolnick to Greene et al. | No Objection | | | Y or N |
| DX 148 | 8/3/2000 Letter from FDA to MRL re: NDA 21-042/S-007 | No Objection | | | Y or N |
| DX 150 | 8/7/2000 Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | 401-402, 403 | Relevant to demonstrate Merck's attempt to expedite inclusion of VIGOR safety data in the label as quickly as possible. Not prejudicial, duplicative, or waste of time. | | Y or N |

10

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 155 | 10/13/2000 Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | No Objection | | | Y or N |
| DX 157 | 11/27/2000 Fax from FDA to MRL | No Objection | | | Y or N |
| DX 163 | Barr Report on VIGOR CV Data | 401-402, 403, 1002 | Relevant to show contemporanous analysis of VIGOR data and evidence supporting naproxen hypothesis. Not prejudicial, duplicative, or waste of time. Duplicate admissible under FRE 1003. | | Y or N |
| DX 173 | 1/8/2001 Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | No Objection | | | Y or N |

11

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 174 | 1/8/2001 Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical | 401-402, 403 | Relevant to Merck's disclosure to FDA of interim CV data from various clinical trials.  Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 186 | 2/4/2001 Email from Harry Guess to Rhodes, Watson, et al. | 401-402, 403 | Relevant to Merck's contemporaneous knowledge and belief regarding the VIGOR CV data.  Relevant to provide context to previous Scolnick e-mail regarding VIGOR data.  Nor prejudicial, duplicative, or waste of time. | | Y or N |
| DX 187 | 2/8/2001 FDA Advisory Committee Hearing, Transcript | No Objection | | | Y or N |
| DX 188 | 2/8/2001 Merck Slide Show Presentation to FDA Advisory Committee | No Objection | | | Y or N |
| DX 189 | 2/8/2001 Press Release | No Objection | | | Y or N |

12

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 196 | 3/2/2001 Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | No Objection | | | Y or N |
| DX 207 | 4/6/2001 Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | No Objection | | | Y or N |
| DX 230 | 7/12/2001 Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information (Safety Update Report) | No Objection | | | Y or N |
| DX 236 | 10/10/2001 NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | No Objection | | | Y or N |
| DX 241 | 10/15/2001 Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | 401-402, 403 | Relevant to timeline of FDA proposal for new VIGOR label. Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

13

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|---------------------|----------------------|--------------|----------------|
| DX 243 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | No Objection | | | Y or N |
| DX 244 | 11/7/2001 Email from E. Scolnick to A. Reicin | 802 Hearsay | Exhibit offered to show Scolnick's contemporaneous state of mind. Alternatively, the hearsay exception under 803(3) applies. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

14

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 247 | Email from S. Duffy-Cyr to B. Biehn et al.: Newsedge-web.com summary | 401-402, 403, 802 Hearsay | Relevant to show Fitzgerald's contemporaneous state of mind (not hearsay) with regard to the "Fitzgerald hypothesis." Alternatively, hearsay exceptions 803(5) and/or 803(6) apply as the e-mail is a contemporaneous record of the conference call. Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

15

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 248 | COX-2 Conference Call | 401-402, 403, 802 Hearsay | Relevant to show Fitzgerald's contemporaneous state of mind (not hearsay) with regard to the "Fitzgerald hypothesis." Alternatively, hearsay exceptions 803(5) and/or 803(6) apply as the report is a contemporaneous record business record of the conference call. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 253 | 12/21/2001 Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | No Objection | | | Y or N |
| DX 255 | 1/7/2002 Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

16

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 259 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label | No Objection | | | Y or N |
| DX 260 | 2/8/2002 Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | No Objection | | | Y or N |
| DX 272 | 6/1/2002 PI 9183811 | No Objection | | | Y or N |
| DX 273 | 4/11/2002 PI 9183810 | No Objection | | | Y or N |
| DX 277 | 4/11/2002 Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | No Objection | | | Y or N |
| DX 285 | 5/22/2002 Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

17

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 288 | 7/22/2002 Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | No Objection | | | Y or N |
| DX 291 | 10/10/2002 Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment | No Objection | | | Y or N |
| DX 303 | 7/25/2003 Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | No Objection | | | Y or N |
| DX 305 | 8/12/2003 Email from C. Cannuscio to D. Watson et al. | 401-402, 403 | Relevant to show lack of general acceptance of Solomon article. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 314 | 12/17/2003 Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | No Objection | | | Y or N |

18

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 315 | 11/10/2000 Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | No Objection | | | Y or N |
| DX 319 | 3/22/2004 Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | No Objection | | | Y or N |
| DX 321 | 3/26/2004 Letter from FDA to Merck | No Objection | | | Y or N |
| DX 324 | 8/19/2004 Letter from FDA to MRL re: NDA 21-042 | No Objection | | | Y or N |
| DX 338 | 4/6/2005 Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | 401-402, 403, 701-702 | Relevant to state of science and FDA position regarding GI and CV safety of NSAIDs, including Cox-2s/Vioxx.  Especially reelvant given Plaintiff's allegations regarding Merck's disclosure of information to FDA.  This is the type of document relied upon by experts in the field. | | Y or N |
| DX 339 | 12/20/1999 Letter from Weinblatt to Reicin | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

19

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 341 | 6/15/2005 FDA Release re: COX-2 and non-selective NSAIDs | No Objection | | | Y or N |
| DX 342 | FDA -- New CV Language for NSAIDs | No Objection | | | Y or N |
| DX 350 | 2/25/1997 Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | No Objection | | | Y or N |
| DX 352 | 7/10/1998 Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | No Objection | | | Y or N |
| DX 353 | 1/4/2001 Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | No Objection | | | Y or N |
| DX 356 | 10/30/2000 Prostaglandins Consultants Meeting | 401-402, 403 | Relevant to show the contemopraneous views of experts in the field regarding possible explanations of VIGOR results.  Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

20

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 358 | 6/20/2001 Email re: COX-2 manuscript | No Objection | | | Y or N |
| DX 360 | 12/18/04 Interim Review | No Objection | | | Y or N |
| DX 361 | 2/7/2000 Letter from Reicin to Weinblatt | No Objection | | | Y or N |
| DX 362 | 3/2/2000 Statistical Data Analysis Plan | No Objection | | | Y or N |
| DX 363 | 4/27/2000 Board of Advisors -- Alan S. Nies, MD | No Objection | | | Y or N |
| DX 368 | 10/20/1997 Memo re P023 Data | No Objection | | | Y or N |
| DX 371 | 6/21/2000 CV Events Analysis | No Objection | | | Y or N |
| DX 389 | 1/24/2000 Email chain from Capizzi to Reicin et al., 're: Clean File: VIGOR adjudicated CV events analysis procedures' | No Objection | | | Y or N |
| DX 409 | 1/24/2000 Letter from Weinblatt to Reicin | No Objection | | | Y or N |
| DX 415 | 7/13/2000 Memo from N. Braunstein to E. Scolnick and R. Perlmutter et al. re: Potential thrombotic AEs with VIOXX use in patients with APS | No Objection | | | |
| DX 453 | Dear Healthcare Professional Letter | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

21

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 459 | 9/10/2003 Fax from FDA to MRL re: IND 46,894 Vioxx Protocol 302 Telecon Minutes | No Objection | | | Y or N |
| DX 459 | 9/10/2003 Fax from FDA to MRL re: IND 46,894 Vioxx Protocol 302 Telecon Minutes | 403 (Duplicate exhibit) | DX 459 listed twice in error. | | Y or N |
| DX 464 | NDA 21-052/S-023: VIOXX (Rofecoxib Oral Suspension) | No Objection | | | Y or N |
| DX 479 | 3/24/2000 Memo to RIBL from D. Watson: Plan for the Adjudication and Analysis of Cardiovascular events in VIGOR (MK-0966 Protocols 088/089) | No Objection | | | Y or N |
| DX 491 | 7/17/2000 Manuscript No. 00-1401 | No Objection | | | Y or N |
| DX 940 | 3/15/2000 Statistical Data Analysis Plan - Amendment No. 1 | No Objection | | | Y or N |
| DX 941 | 4/11/2001 Email re: market Research Report | 401-402, 403 | Relevant to show Merck's contemporaneous knowledge of CV safety data. Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

22

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 945 | Vioxx Label | No Objection | | | Y or N |
| DX 948 | 2/21/1999 Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | 401-402, 403 | Relevant as to Merck's analysis and testing relating to the "Fitzgerald hypothesis." Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 949 | 10/1/2001 NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | No Objection | | | Y or N |
| DX 950 | 10/6/2004 Baron E-mail re APPROVe Safety Paper | No Objection | | | Y or N |
| DX 951 | 6/6/2005 Submission of Protocol 122 CSR | 401-402, 403 | Relevant to show Merck's disclosure to FDA regarding APPROVe study protocols. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 957 | 7/19/2001 Letter from the Editor of the New England Journal of Medicine declining to print Dr. Hrachovec's letter re the Bombardier article | 401-402, 403 | Relevant to show general awareness in the medical community, including NEJM regarding VIGOR data. Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

23

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 958 | 6/20/2001 Letter to the NEJM Editor | 401-402, 403 | Relevant to show general awareness in the medical community, including NEJM regarding VIGOR data. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 959 | 5/5/1999 Division of Gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review | No Objection | | | Y or N |
| DX 960 | 4/11/2002 FDA Approves New Indication and Label Changes for the Arthritis Drug, Vioxx | No Objection | | | Y or N |
| DX 961 | 3/15/2005 APPROVe Trial Cardiovascular Safety Report | No Objection | | | Y or N |
| DX 962 | 5/20/1999 Letter re new drug application | No Objection | | | Y or N |
| DX 966 | 2253 Form | No Objection | | | Y or N |
| DX 969 | 10/15/2001 Email re Vioxx draft label | 401-402, 403 | Relevant to exchange of information with FDA and timeline for VIGOR label. Not prejudicial, duplicative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, ex rel., James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

24

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 976 | Theory of Cox-2 Inhibitors | 401-402, 403 | Relevant for background of science behind Cox-2 mechanism. Not prejudicial, duplicative, or waste of time | | Y or N |
| DX 979 | 3/22/2000 E-mail re: conference call | 401-402, 403, 701-702, 802 Hearsay | Relevant to show contemporanous state of mind and analysis of VIGOR data and evidence supporting naproxen hypothesis. E-mail also is a business record. Not prejudicial, duplicative, or waste of time. Duplicate admissible under FRE 1003. | | Y or N |
| DX 981 | 6/29/2006 Memo from L. Goldkind to N. Braustein re: IND 46,894. | No Objection | | | Y or N |
| DX 985 | 4/20/1999 Arthritis Advisory Committee Summary Minutes | No Objection | | | Y or N |
| DX 988 | 10/10/2002 IND 46,894: Vioxx (Rofecoxib) Request for Special Protocol Assessment | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

25

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 989 | Statistical Data Analysis Plan - A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib (Study 203) Prepared by Jennifer Ng and Jim Bolognese | No Objection | | | Y or N |
| DX 991 | FDA Mission statement | 401-402, 403 | Relevant for background regarding FDA's role with regard to regulating prescription medications. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 2001 | 6/19/1905 La. Medicaid Annual Report | No Objection | | | Y or N |
| DX 2002 | 6/20/1905 La. Medicaid Annual Report | No Objection | | | Y or N |

26

Civil Action 05-3700;
State of Louisiana, ex rel., James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2003 | NSAID Brochure: Can Your Arthritis Medicines be Harmful? | 401-402, 403, 1002 | Relevant to general awareness of the medical community regarding potential safety concerns with NSAIDs. Not prejudicial, duplicative, or waste of time. Duplicate admissible under FRE 1003. | | Y or N |
| DX 2004 | NSAID Brochure: Complications of NSAID Therapy | 401-402, 403 | Relevant to general awareness of the medical community regarding potential safety concerns with NSAIDs. Not prejudicial, duplicative, or waste of time. | | Y or N |
| DX 2005 | La. Medicaid Annual Report | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

27

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2006 | Pharmaceutical Benefits Under State Medical Assistance Programs | 401-402, 403, 802 Hearsay | Relevant as to State Medicaid programs. Document is not prejudicial, duplicative, or a waste of time. Document meets expectations to hearsay (803(17) - market report, commecial publication; 803(18) - learned treatise)) | | Y or N |
| DX 2008 | NSAID Brochure: Can Your Arthritis Medicines be Harmful? | 401-402, 403 | Relevant as to State's knowledge of risks and benefits of NSAIDs. Not prejudcial, duplicative, or waste of time. | | Y or N |
| DX 2009 | NSAID Brochure: Preventing Complications of NSAID Therapy | 401-402, 403 | Relevant as to State's knowledge of risks and benefits of NSAIDs. Not prejudcial, duplicative, or waste of time. | | Y or N |
| DX 2010 | 6/30/1999 DUR Annual Report | No Objection | | | Y or N |
| DX 2011 | 6/30/1999 DUR Annual Report | No Objection | | | Y or N |
| DX 2027 | 6/30/1002 DUR Annual Report | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

28

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2028 | 7/1/2001 Agreement between La. DHH and ULM College of Pharmacy | No Objection | | | Y or N |
| DX 2029 | Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2031 | 8/8/2001 PTC Minutes | No Objection | | | Y or N |
| DX 2032 | 8/8/2001 PTC Transcript | No Objection | | | Y or N |
| DX 2035 | 11/7/2001 PTC Minutes | No Objection | | | Y or N |
| DX 2038 | La. Medicaid Annual Report 2002-2003 | No Objection | | | Y or N |
| DX 2041 | 1/9/2002 PTC Minutes | No Objection | | | Y or N |
| DX 2043 | Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2044 | 3/6/2002 PTC Minutes | No Objection | | | Y or N |
| DX 2045 | 3/19/2002 Agreement between La. DHH and Provider Synergies | No Objection | | | Y or N |
| DX 2047 | Letter from MRL to Healthcare Professionals | No Objection | | | Y or N |
| DX 2049 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2050 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2051 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2052 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2053 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

29

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|--------------------|--------------------|---------------------|-------------|----------------|
| DX 2054 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2055 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2056 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2057 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2058 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2059 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2060 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2061 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2062 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2063 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2064 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2065 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2066 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2067 | 4/19/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2070 | 5/8/2002 PTC Minutes | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

30

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2071 | 5/8/2002 PTC Transcript | No Objection | | | Y or N |
| DX 2073 | 5/24/2002 Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | No Objection | | | Y or N |
| DX 2075 | Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2077 | 6/30/2002 DUR Annual Report | No Objection | | | Y or N |
| DX 2078 | 7/1/2002 Agreement between La. DHH and ULM College of Pharmacy | No Objection | | | Y or N |
| DX 2079 | Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2080 | 8/8/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2081 | 8/8/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2082 | 8/8/2002 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2089 | 2/19/2003 PTC Minutes | No Objection | | | Y or N |
| DX 2092 | Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2094 | 5/21/2003 PTC Minutes | No Objection | | | Y or N |
| DX 2095 | 5/21/2003 PTC Transcript | No Objection | | | Y or N |
| DX 2096 | 6/10/2003 Memo from M.J. Terrebonne to D. Hood re: P&T Committee May 21, 2003 Recommendations | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

31

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2097 | 6/30/2003 DUR Annual Report | No Objection | | | Y or N |
| DX 2098 | 7/1/2003 Agreement between La. DHH and ULM College of Pharmacy | No Objection | | | Y or N |
| DX 2100 | 7/14/2003 Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | No Objection | | | Y or N |
| DX 2101 | 7/15/2003 Letter from C. Chapman (Pfizer) to M.J. Terrebonne | No Objection | | | Y or N |
| DX 2109 | 11/21/2003 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2110 | 12/1/2003 Email from S. Liles (Provider Synergies) to V. Taylor and others at Provider Synergies re: Drug Information | No Objection | | | Y or N |
| DX 2111 | 12/17/2003 PTC Minutes | No Objection | | | Y or N |
| DX 2112 | 12/17/2003 PTC Transcript | No Objection | | | Y or N |
| DX 2117 | 3/18/2004 Provider Synergies Report "'Louisiana Medicaid PDL Program Overview & Results" | No Objection | | | Y or N |
| DX 2118 | 4/15/2004 Provider Synergies Monograph | No Objection | | | Y or N |
| DX 2119 | 5/5/2004 PTC Minutes | No Objection | | | Y or N |

32

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2120 | 5/5/2004 PTC Transcript | No Objection | | | Y or N |
| DX 2121 | 5/7/2004 Pfizer PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2122 | 5/12/2004 Memo from M.J. Terrebonne to F. Cerise re: P&T Committee May 5, 2004 Recommendations | No Objection | | | Y or N |
| DX 2123 | 5/17/2004 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2124 | 6/13/2004 "Product Information" Presentation | 401-402, 403, 802, 1002 | Relevant as to Merck's knowledge of the risks and benefits of Vioxx; reelvant to Merck's disclosure of risks and benefits to the State; document is not hearsay - does not go to the truth of the matter, but fact that spoken; 1003 as to 1002 objection. | | Y or N |
| DX 2125 | 6/30/2004 DUR Annual Report | No Objection | | | Y or N |
| DX 2127 | 8/11/2004 PTC Minutes | No Objection | | | Y or N |
| DX 2128 | 8/11/2004 PTC Transcript | No Objection | | | Y or N |
| DX 2130 | 9/10/2004 PIR to Provider Synergies | No Objection | | | Y or N |
| DX 2131 | 9/15/2004 PIR to Provider Synergies | No Objection | | | Y or N |

33

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2132 | 9/17/2004 Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | No Objection | | | Y or N |
| DX 2133 | 9/30/2004 Email from J. Griffith to S. Pratt (both of Provider Synergies) re: Vioxx removal from the market | 401-402, 403, 802 | Relevant as to Vioxx's removal from market. Not hearsay because fact taht spoken is relevant. | | Y or N |
| DX 2135 | 10/16/2001 Letter from D. Hood to Drug Manufacturers re: Act 395 of the 2001 Regular Legislative Session | No Objection | | | Y or N |
| DX 2136 | 10/20/2004 Email from M. Massey to A. Ponti re: Brochure List | 401-402, 403, 802, 1002 | Relevant as to State's knowledge of risks and benefits of NSAIDs. Not prejudical, duplicative, or waste of time. Statements by party-opponent. 1003 duplicate and document produced by Plaintiff. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

34

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2137 | 10/1/2004 Email from J. Griffith to M.J. Terrebonne and H. Taylor re: financial impact of removing Vioxx from the PDL | 401-402, 403, 802, 1002 | Relevant as to financial impact as to removing Vioxx from the PDL. Exception to hearsay (803(6) - records of regularly conducted activity) Permissible duplicate. | | Y or N |
| DX 2140 | 11/1/2004 Agreement between La. DHH and Provider Synergies | No Objection | | | Y or N |
| DX 2144 | La. Medicaid Annual Report | No Objection | | | Y or N |
| DX 2152 | 6/30/2005 DUR Annual Report | No Objection | | | Y or N |
| DX 2165 | 11/1/2008 La. Medicaid PDL / PA | No Objection | | | Y or N |
| DX 2167 | 7/7/2004 Agreement between La. DHH and ULM College of Pharmacy | 401-402, 403 | Relevant as to State's knowledge regarding risks and benefits of prescription drugs and services available to State to evaluate the risks and benefits of prescription drugs. Not prejudicial, cumulative, or waste of time. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

35

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 2169 | 5/21/2002 Memo from M.J. Terrebonne to D. Hood re: P&T Committee May 8, 2002 Recommendations | No Objection | | | Y or N |
| DX 2170 | 7/16/2002 Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers with attached PDL | No Objection | | | Y or N |
| DX 2171 | 10/1/2009 La. Medicaid PDL / PA | 401-402, 403 | Relevant as DHH"s responses to similar circumstances and to how reasonable DHH's practices and procedures. | | Y or N |
| DX 2172 | 6/14/2004 Letter from B. Bearden to Pharmacy Provider with attached PDL | No Objection | | | Y or N |
| DX 2182 | CV for David Curtis, M.D. | No Objection | | | Y or N |
| DX 2183 | CV for Clement Eiswirth, Jr., M.D. | No Objection | | | Y or N |
| DX 2184 | CV for Melvin Parnell, Jr., M.D. | No Objection | | | Y or N |
| DX 2185 | CV for David Sales, M.D. | No Objection | | | Y or N |
| DX 2186 | CV for David Silvers, M.D. | No Objection | | | Y or N |
| DX 2187 | Attachment A of report for Jerry Wells, B.S. | No Objection | | | Y or N |
| DX 2188 | CV for Steven Wiggins, Ph.D | No Objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

36

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2189 | Provider Synergies website materials: Home | 401-402, 403 | Relevant as to capacity and expertise of State's paid consultant for therapeutic class reviews. Goes to STate's knowledge of risks and benefits of prescription drugs, including Vioxx. | | Y or N |
| DX 2191 | Provider Synergies website materials: PDL development, implementation and maintenance | 401-402, 403 | Relevant as to capacity and expertise of State's paid consultant for therapeutic class reviews. Goes to STate's knowledge of risks and benefits of prescription drugs, including Vioxx. | | Y or N |
| DX 2197 | 5/11/2002 Memo from H. Jacques re: Summary of the PTC Hearing on 5-9-2002 | No Objection | | | Y or N |
| DX 2202 | 4/1/2004 Nonsteroidal Anti-inflammatories (NSAIDs) Review, April 2004 | 401-402, 403, 1002, 1003 | Relevant to show State's knowledge of risks and benefits fo NSAIDs (including Cox-2s). Document produced by State after FOIA request - no 1002, 1003 issue. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

37

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2203 | 4/1/2004 Nonsteroidal Anti-inflammatories (NSAIDs) Review, April 2004 | No Objection | | | Y or N |
| DX 2204 | 4/1/2003 Nonsteroidal Anti-inflammatories (NSAIDs), April 2003 | No Objection | | | Y or N |
| DX 2215 | 2/5/2010 Alternate Appendix 1 - Aggregate Louisiana Medicaid Expenditures Regressions | 401-402, 403, 802, 1002, 1003 | Document relevant as to State's calculations of damages. Permissible duplicate. If document inadmissible Plaintiff exhibits "1-29-10 Harris Depo. Ex. 3", "1-29-10 Harris Depo. Ex. 9", and "1-29-10 Harris Depo. Ex. 10" should also be excluded. | | Y or N |
| DX 2223 | 10/24/1997 Memo from Nies to Getz, Morrison re Cox-2 | 401-402, 403, | Relevant as to Merck's pre-marketing knowledge regarding risks and benefits of Vioxx. | | Y or N |
| DX 2501 | Celebrex Label, 2000 | 401-402, 403 | Entire Physician's Desk Reference  from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |

38

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|--------------------|--------------------|----------------------|--------------|----------------|
| DX 2502 | Celebrex Label, 2001 | 401-402, 403 | Entire PDR from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2503 | Celebrex Label, 2002 | 401-402, 403 | Entire PDR from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2504 | Celebrex Label, 2003 | 401-402, 403 | Entire PDR from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2505 | Celebrex Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2506 | Celebrex Label, 2005 | 401-402, 403 | Entire PDR from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

39

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 2507 | Celebrex Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2508 | Bextra Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2509 | Bextra Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |
| DX 2510 | Bextra Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs/Cox-2s. | | Y or N |

40

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 2511 | Anaprox Label, 2000 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2512 | Anaprox Label, 2001 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2513 | Anaprox Label, 2002 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2514 | Anaprox Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

41

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2515 | Anaprox Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2516 | Anaprox Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2517 | Anaprox Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2518 | Anaprox Label, September 2007 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

42

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 2519 | Voltaren Label, 2000 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2520 | Voltaren Label, 2001 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2521 | Voltaren Label, 2002 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2522 | Voltaren Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

43

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2523 | Voltaren Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2524 | Voltaren Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2525 | Voltaren Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2526 | Voltaren Label, March 2009 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

44

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2527 | Motrin Label, 2000 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2528 | Motrin Label, 2001 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2529 | Motrin Label, 2002 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2530 | Motrin Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

45

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 2531 | Motrin Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list.  Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2532 | Motrin Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list.  Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2533 | Motrin Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list.  Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2534 | Motrin, Ibuprofen Tablets Label, USP, NDA 17-463/S-104, Pages 3-17 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list.  Relevant as to risks and benefits of other NSAIDs. | | Y or N |

46

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|--------------------|--------------------|---------------------|-------------|----------------|
| DX 2535 | Mobic Label, 2001 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2536 | Mobic Label, 2002 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2537 | Mobic Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2538 | Mobic Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

47

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|------------------------|--------------|----------------|
| DX 2539 | Mobic Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2540 | Mobic Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2541 | Ponstel Label, 2000 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2542 | Ponstel Label, 2001 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

48

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2543 | Ponstel Label, 2002 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2544 | Ponstel Label, 2003 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2545 | Ponstel Label, 2004 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2546 | Ponstel Label, 2005 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 2547 | Ponstel Label, 2006 | 401-402, 403 | Entire Physician's Desk Reference from several years on State's exhibit list. Relevant as to risks and benefits of other NSAIDs. | | Y or N |
| DX 2548 | CSR for Study 136 | No Objection | | | Y or N |
| DX 2549 | CSR for Study 088/89 (VIGOR) | No Objection | | | Y or N |
| DX 2553 | 3/16/1998 CDER Handbook | 401-402, 403 | Relevant as to Merck's conduct with respect to FDA's evaluation into the drug - called into question by Plaintiff and Plaintiff's expert Kessler | | Y or N |

49