# EXHIBIT B

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

1

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0022 | 08/11/04 Harvey E-mail re cox-2 ispe poster | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0082 | 08/12/04 Hertz E-mail re cox-2 ispe poster | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0084 | 08/26/04 Villalba E-mail re "interesting reading" | 401-402, 403 | Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0136 | 05/18/00 Letter to Robert Utiger from Claire Bombardier | No objection | | | Y or N |
| DX 0186 | 02/04/01 Email from Harry Guess to Rhodes, Watson, et al. | 401-402, 403, 404 | Admitted in Irvin, Irvin II, Barnett, Smith, Mason and Dedrick cases - Scolnick states he is "No longer worried" about CV results in VIGOR | | Y or N |
| DX 0194 | 03/00/2001 Selling Clinics Leader's Guide | 401-402, 403 | Provides context and instructions to Dodgeball training document | | Y or N |
| DX 0236 | 10/01/01 NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID No. 9456 | 401-402, 403 | Admitted in Irvin I, Barnett, Smith, Mason, and Dedrick - Anstice/Merck response to Warning Letter | | Y or N |
| DX 0357 | 04/20/01 Email re Follow up to meeting | No objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

2

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0359 | 01/02/02 Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | No objection | | | Y or N |
| DX 0370 | 09/03/99 MK-0966 - Protocol / Amendment No. 088-04 | No objection | | | Y or N |
| DX 0372 | 11/19/01 Letter from Casola to Abrams re: NDA No. 21-042 VIOXX (rofecoxib) tablets | No objection | | | Y or N |
| DX 0373 | 05/02/01 Rofecoxib in the Prevention of Ischemic Events in Patients with Acute Coronary Syndromes and Elevated Markers of Inflammation | No objection | | | Y or N |
| DX 0374 | 08/30/01 Email re: Revisions in 6 month data | No objection | | | Y or N |
| DX 0376 | 06/22/01 Email re: Follow up | No objection | | | Y or N |
| DX 0377 | 10/16/01 Letter from Temple to Letters Editor JAMA | No objection | | | Y or N |
| DX 0378 | 05/18/00 Letter from Bombadier to Utiger with signature pages | No objection | | | Y or N |
| DX 0380 | 06/30/00 Letter from Kaplan to Bombardier | No objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

3

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|---------------------|----------------------|--------------|----------------|
| DX 0381 | 00/00/0000 Author Signature Sheets | No objection | | | Y or N |
| DX 0383 | 06/23/00 Letter from Steinbrook to Bombardier | No objection | | | Y or N |
| DX 0384 | 06/27/00 Fax from Bombardier to Steinbrook re Manuscript No. 00-1401 | No objection | | | Y or N |
| DX 0414 | 05/25/04 Graham email re: analysis of cox2 data | No objection | | | Y or N |
| DX 0416 | 07/17/00 Letter from Claire Bombardier to Marshall Kaplan | No objection | | | Y or N |
| DX 0418 | 08/15/00 Fax from Robert Steinbrook to Claire Bombardier re: revision request | No objection | | | Y or N |
| DX 0426 | 08/11/04 Seligman E-mail re cox-2 ispe poster | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0434 | 05/03/01 Email re: COX-2 Inhibitors in ACS | 401-402, 403 | Admitted in Smith case - Demopolous thanking Topol for the opportunity to share Merck's data with him | | Y or N |
| DX 0436 | 05/03/01 Email re COX-2 Inhibitors in ACS | 401-402, 403 | Admitted in Smith, Mason, and Dedrick case - Goes to Topol's proposed CV outcomes study | | Y or N |

4

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0447 | 05/05/06 Letter re: MDL-1657 Vioxx Product Liability Litigation | 401-402, 403 | Evidences David J. Graham (FDA) is in league with Plaintiffs' lawyers and sharing evidence with them but not Defendant | | Y or N |
| DX 0448 | 05/06/06 Dagastino E-mail re "Part I" | 401-402, 403 | Evidences David J. Graham (FDA) is in league with Plaintiffs' lawyers and sharing evidence with them but not Defendant | | Y or N |
| DX 0470 | 10/25/04 E-mail from Goormastic to Topol, RE: Help on stats | No objection | | | Y or N |
| DX 0474 | 11/08/04 E-mail from L. Villalba to L. Lemley and J. Woodcock | 401-402, 403, 802 Hearsay | Admitted Smith, Mason, and Dedrick - Goes to validity of Topol's analysis | | Y or N |
| DX 0475 | 11/12/04 E-mail from Goormastic to Topol re: one other comparison | No objection | | | Y or N |
| DX 0486 | 05/18/00 Comparison of Rofecoxib, a Highly Selective-Inhibitor of Cox-2 Manuscript | No objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

5

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0487 | 08/20/00 Manuscript No. 00-1401 A Double-blind Comparison of Rofecoxib and Naproxen on the incidence of clinically important upper gastrointestinal events: the VIGOR trial | No objection | | | Y or N |
| DX 0488 | 00/00/0000 Floppy Disk | No objection | | | Y or N |
| DX 0489 | 05/06/00 VIGOR Manuscript | No objection | | | Y or N |
| DX 0499 | 06/20/00 VIGOR - Clinical and Statistical Documentation | No objection | | | Y or N |
| DX 0900 | 00/00/0000 NEJM Statement on the Expression of Concern | No objection | | | Y or N |
| DX 0901 | 12/08/05 Email re: Talking Points | No objection | | | Y or N |
| DX 0902 | 12/12/05 Expression of Concern Key Points and Q&A | No objection | | | Y or N |
| DX 0903 | 12/08/05 Email re Probable Early Releases Tomorrow PM | 401, 403 | Admitted in Mason case - NEJM Personnel discuss early release of EOC in light of Irvin trial developments - demonstrates bias of Dr. Curfman | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

6

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0904 | 12/08/05 Email re Vigor Editorial points from Merck | 401-402, 403 | Admitted in Mason case - Merck response to EOC ignored by NEJM | | Y or N |
| DX 0905 | 12/08/05 Email re 'for talking points'. | 401-402, 403 | NEJM talking points on EOC release | | Y or N |
| DX 0906 | 10/00/2005 International Committee of Medical Journal Editors, Uniform Requirements for Manuscripts Sutted to Biomedical Journals | 401-402, 403 | Evidences that EOC was a calculated decision by NEJM and not necessary/required | | Y or N |
| DX 0907 | 12/07/05 Email re: NEJM Expression of Concern | No objection | | | Y or N |
| DX 0908 | 12/08/05 Email re Release of Expression of Concern regarding the Vigor article | No objection | | | Y or N |
| DX 0909 | 12/08/05 Email re NEJM Article re Expression of Concern | 401-402, 403 | Admitted in Mason case - Evidences that NEJM of did not offer defendant an opportunity to respond at time of EOC publication | | Y or N |
| DX 0910 | 12/12/05 Email re NEJM Expression of Concern | No objection | | | Y or N |
| DX 0911 | 01/16/06 Email re: responses to the NEJM expression of concern | No objection | | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

7

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|---------------------|----------------------|-----------------------|--------------|----------------|
| DX 0912 | 00/00/0000 NEJM Memo re Suggestion for Transmittal to Authors | No objection | | | Y or N |
| DX 0913 | 08/30/04 Trontell E-mail re Vioxx/Merck update Monday August 30 | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study and evidences not an FDA study | | Y or N |
| DX 0914 | 01/16/06 Email re Submission of Response to Curfman et al | No objection | | | Y or N |
| DX 0915 | 07/11/05 Email re Clinical Trials | No objection | | | Y or N |
| DX 0916 | 07/08/05 Email re: VIGOR manuscript | No objection | | | Y or N |
| DX 0917 | 10/29/04 Review of reports of FDA/Kaiser Vioxx study: Questions about Inconsistencies and Bias | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0918 | 10/29/04 Horton E-mail re need to talk | 401-402, 403 | Admission by David J. Graham (FDA) regarding his views of FDA | | Y or N |
| DX 0923 | 12/10/05 Email from Cafasso re: Downloads for EOC | 401-402, 403 | Evidences NEJM published EOC to focus attention on Merck - not for scientific purposes | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

8

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0924 | 12/07/05 Email from Pederson re: Update on Expression of Concern | 401-402, 403 | Evidences cooperation of VIGOR study authors with EOC | | Y or N |
| DX 0925 | 01/03/06 Email re: Washington Post editorial | 401-402, 403 | Evidences NEJM knew Merck provided full VIGOR CV data to FDA | | Y or N |
| DX 0926 | 12/09/05 Email re: Next Steps | 401-402, 403 | Evidences NEJM published EOC to garner media attention | | Y or N |
| DX 0927 | 12/08/05 Email re: Statement for the press | 401-402, 403 | Evidences the NEJM had all VIGOR data since article was originally filed | | Y or N |
| DX 0929 | 11/14/04 Graham E-mail re "Paper" | No objection | | | Y or N |
| DX 0930 | 02/28/01 Letter re: Request for Information to Dr. Robinette | 401-402, 403 | PIR demonstrating Merck regularly provided healthcare professionals with correct VIGOR CV data | | Y or N |
| DX 0935 | 11/15/04 Graham E-mail re "response to Dr. Trontell's comments re: our COX-2 study" | 401-402, 403 | David J. Graham (FDA) writing to his supervisors regarding his relationship with FDA and Lancet after FDA tries to correct Graham's calculations | | Y or N |
| DX 0936 | 11/01/04 Graham E-mail re 60 Minutes | 401-402, 403 | David J. Graham (FDA) e-mail to Topol about the expected response to his to his article | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

9

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|---|---|---|---|---|---|
| DX 0937 | 10/06/04 Graham E-mail re COX-2 AMI study | 401-402, 403 | David J. Graham (FDA) writing Lancet that he believes FDA is in league with Merck regarding timing of withdrawal before publication of his article. | | Y or N |
| DX 0938 | Incidence rate chart | No objection | | | Y or N |
| DX 0942 | 10/23/04 Cheetham E-mail re Recoding Vioxx | 401-402, 403 | Admitted in Smith and Mason cases - Goes to validity of David J. Graham (FDA) study | | Y or N |
| DX 0946 | 10/22/04 Graham E-mail re cox-2 manuscript | No objection | | | Y or N |
| DX 0947 | 11/11/04 Graham E-mail re revised cox-2 manuscript | No objection | | | Y or N |
| DX 0964 | 06/01/06 E-mail from Oxenius re NEJM | 401-402, 403, 802 Hearsay | Demonstrates NEJM also treat APPROVe authors differently than other article authors | | Y or N |
| DX 0965 | 05/30/06 Merck letter to NEJM | 401-402, 403 | Letter to NEJM concurring that APPROVe reanalysis is appropriate | | Y or N |
| DX 0967 | 05/26/06 Summary of tables re APPROVe study | No objection | | | Y or N |
| DX 0970 | Kim letter to public re APPROVe | 401-402, 403 | Merck's public statement regarding NEJM correction | | Y or N |

Civil Action 05-3700;
State of Louisiana, *ex rel.*, James D. Caldwell, Jr.,
v. Merck Co., Inc.

LA AG Objections to Merck's
Preadmissible Conditional Exhibits

10

| Exhibit # | Exhibit Description | Objection to Exhibit | Response to Objection | Court Ruling | Admissible y/n |
|-----------|--------------------|--------------------|---------------------|-------------|----------------|
| DX 0971 | Bresalier letter to NEJM | 401-402, 403 | Non-Merck APPROVe Authors' Letter to NEJM re log/linear tests for non-proportionality which NEJM is reviewing | | Y or N |
| DX 0972 | Letter re APPROVe trial | 401-402, 403 | Non-Merck APPROVe Authors' Letter to NEJM in response to Nissen and Furberg letters | | Y or N |
| DX 0973 | 05/30/06 Cover e-mail to 5/30/06 APPROVe letter | 401-402, 403 | Cover letter to NEJM for DX 972 | | Y or N |
| Dx 0978 | Brigham and Women's Hospital Health Information | 401-402, 403 | Website of Dr. Avorn's hospital discussing cardioprotectiveness of Naproxen | | Y or N |