# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® | * |
| **Product Liability Litigation** | * |
| | * |
| This document relates to: | * |
| | * |
| *Gary Ofstad* | * |
| *v.* | * |
| *Merck & Co., Inc.* | * |
| | * |
| | * |
| | * |
| *Docket No. 2:05-cv-04872* | * |

MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gary Ofstad in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _5th_ day of _____ April _____, 2010.

_____
DISTRICT JUDGE