# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** |
| This document relates to: | * <br> * <br> * | **SECTION L** |
| Gerald R. Soileau, et al. <br> v. <br> Merck & Co., Inc. | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *James Sanborn, Diane Sanborn* <br> *Erlinger, and Charlotte Sanborn Causey,* <br> *individually and as representatives of the* <br> *estate of Wanda J. Sanborn* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-06170* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs James Sanborn, Diane Sanborn Erlinger, and Charlotte Sanborn Causey, individually and as representatives of the estate of Wanda J. Sanborn, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  5th  day of _____April_____, 2010.

_____
DISTRICT JUDGE