UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *  MDL No. 1657<br>* |
| STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General, | *  SECTION L<br>* |
| | *  JUDGE ELDON E. FALLON |
| Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
| versus | *  KNOWLES<br>* |
| MERCK SHARP & DOHME CORP., | *<br>* |
| Defendant. | *<br>* |
| Case No. 05-3700. | *<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Merck Sharp & Dohme Corp. ("Merck")'s Proposed Findings of Fact and Conclusions of Law Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Proposed Findings of Fact and Conclusions of Law under seal.

NEW ORLEANS, LOUISIANA, this <u>6th</u> day of April, 2010.

                                                         HONORABLE ELDON E. FALLON
                                                       UNITED STATES DISTRICT JUDGE