UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>　　　　　Plaintiffs<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP.,<br>　　　　　Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br><br>Case No. 05-3700 |

### LOUISIANA ATTORNEY GENERAL'S MOTION FOR EXPEDITED CONSIDERATION OF MOTION FOR RECONSIDERATION

NOW COME Plaintiff, the State of Louisiana ex rel. Attorney General James D. Caldwell and moves for expedited consideration of its Motion for Reconsideration of Order and Reasons dated March 31, 2010 for the following reason:

1.　　Trial of this matter is set to commence on April 12, 2010.

As trial is set to commence in less than a month, this Court should grant this motion and set the State of Louisiana's Motion for Reconsideration for hearing at the next available hearing date prior to the date set for trial of this matter.

Respectfully submitted, this 6th day of April, 2010.

/s/ *Stephen B. Murray, Jr.*
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Email: smurrayjr@murray-lawfirm.com

James D. Caldwell, Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing Motion for Expedited Consideration of Motion for Reconsideration has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 6th day of April, 2010.

                                        */s/ Stephen B. Murray, Jr.*
                                        Counsel for Plaintiff