UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|     STATE OF LOUISIANA, ex rel JAMES D. | * | JUDGE FALLON |
|     CALDWELL, JR. Attorney General, | * | |
|                       Plaintiff, | * | MAG. JUDGE KNOWLES |
| | * | |
|     versus | * | |
| | * | |
|     MERCK & CO., INC., | * | |
|                       Defendant | * | |
|     **CASE NO. 05-3700** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

O R D E R

CONSIDERING THE FOREGOING Motion for Expedited Consideration of Motion for Reconsideration filed on behalf of plaintiff, State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General:

IT IS HEREBY ORDERED that plaintiff's Motion for Expedited Consideration of Motion to Reconsideration be and is hereby GRANTED.

New Orleans, this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**