| | | |
|---|---|---|
| 1 | Q | What is a prospective DUR? |
| 2 | A | A prospective DUR, from the beginning of when drug |
| 3 | | utilization review started in '91, basically |
| 4 | | looked at prescription utilization within a store |
| 5 | | with what a provider, a pharmacy provider had |
| 6 | | available in his computer to see if there were any |
| 7 | | possible reasons why an incoming prescription |
| 8 | | should not be filled. |
| 9 | | As of 1996, prospective drug utilization |
| 10 | | review went electronic, and we had the capability |
| 11 | | of sending back edits to pharmacy providers. |
| 12 | Q | So after 1996, is it true that when we talk about |
| 13 | | prospective DUR steps, that was an online |
| 14 | | notification to the pharmacy that a claim is being |
| 15 | | denied because of things like an early refill or a |
| 16 | | concomitant medication? |
| 17 | A | Those would be part of the Pro DUR edits, that is |
| 18 | | true. |
| 19 | Q | What other prospective DUR edits would be sent |
| 20 | | online to the pharmacy when claims are denied? |
| 21 | A | This wouldn't have all been in that time frame, |
| 22 | | but we talked about the refills.  We talked about |
| 23 | | duration of therapy.  We have some maximum doses |
| 24 | | in there now.  I don't think we did at that time. |
| 25 | | We have -- diagnosis codes could be required with |

Melwyn Wendt, Pharm.D.

Page 48

```
 1       some of our edits.  And there were some other
 2       things, I believe.  That's pretty much what...
 3   Q   What is a retrospective DUR?
 4   A   Retrospective DUR is a review after prescriptions
 5       have been filled of patterns and trends,
 6       basically.
 7   Q   And what's the purpose of that?
 8   A   A lot of times when the Drug Utilization Review
 9       Board wants to -- or attempts to implement
10       something new, they will look at what has happened
11       in the past.  If you see that something happens in
12       the past, we would send out correspondence to the
13       physician and pharmacy providers to let them know
14       what's going on with their patient.
15   Q   So is the main point of the retrospective DUR to
16       look at a doctor's prescribing habits and help
17       educate the doctor about alternatives that he may
18       be interested in considering?
19   A   No.
20   Q   How would you describe it?
21   A   That would be -- DUR is based upon patient
22       utilization, and so it does inform prescribers or
23       it does inform pharmacists about what's going on
24       with their particular patient based upon the
25       criteria that's being looked at that month.  But
```

Melwyn Wendt, Pharm.D.

Page 189

1    where the DUR Board implemented a prospective edit
2    because of any safety concern?
3         MR. PLYMALE:
4              Objection; asked and answered.
5         THE WITNESS:
6              I'm sorry?  Oh, I have to answer?
7              Well, I think -- I mean, I think there's
8              safety concerns in a lot of the edits.
9              We have maximum doses on some other
10             drugs.  The therapeutic duplications are
11             a safety -- I mean, that's a safety
12             issue.  Actually, the early refills could
13             be a safety issue.  I mean, pretty much
14             most of the DUR edits have a safety issue
15             component.
16   BY MR. GOLDMAN:
17   Q   And maybe my use of the word "safety" was too
18       broad in that question.
19           Can you think of any example where the DUR
20       Board implemented a prospective edit to try to
21       prevent a specific side effect for any drug?
22   A   The ketorolac, Toradol.
23   Q   What was the side effect there?
24   A   Potential for bleeding.  Let's see.  Then there's
25       some things that we look at -- and these are