UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX          Products Liability Litigation | ) ) ) | MDL NO. 1657 |
| This Document Relates to: | ) ) ) | SECTION: L |
| STATE OF LOUISIANA, ex rel. JAMES D. CALDWELL, ATTORNEY GENERAL            Plaintiff | ) ) ) ) ) | HON. ELDON E. FALLON  MAG. JUDGE KNOWLES |
| versus | ) ) | |
| MERCK SHARP & DOHME CORP. | ) ) | |
| Case No. 05-3700 | ) ) | |

## PLAINTIFF'S PRE-ADMISSIBLE EXHIBIT LIST

Plaintiff, through undersigned counsel, hereby submits its Pre-Admissible Exhibit List (Exhibit A) deposition counter designations from which Plaintiff may read into evidence at trial. Plaintiff's introduction of the exhibits on the conditional list will depend upon the evidence that Plaintiff seeks to offer at trial.

Defendant's objections and Plaintiff's responses are noted on the Pre-Admissible Exhibit list. Plaintiff reserves all objections to Defendant's Pre-Admissible Exhibit lists and specifically reserves authentication and foundation objections.

Plaintiff reserves the right to add or withdraw exhibits on the lists included herein.

Respectfully submitted, this 6th day of April, 2010.

/s/ James R. Dugan
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
**MURRAY LAW FIRM**
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 648-0180

James D. Caldwell
Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020
Facsimile: (225) 326-6096

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188
Facsimile: (225) 342-2232

Counsel for Plaintiff

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Plaintiff's Pre-Admissable Exhibit List has this day been served on Liaison Counsel, Phillip A. Wittman and Russ Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis-Nexis File & Serve Advanced, in accordance to pretrial order No. 8B, on this the 6th day of April, 2010.

/s/ James R. Dugan