UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | * | SECTION L |
|    CALDWELL, JR., Attorney General, | * | |
| | * | JUDGE ELDON E. FALLON |
|                       Plaintiff, | * | |
| | * | MAGISTRATE JUDGE |
|    versus | * | KNOWLES |
| | * | |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|                      Defendant. | * | |
| | * | |
| Case No. 05-3700. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE MERCK SHARP & DOHME CORP. ("MERCK")'S SUPPLEMENTAL PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW AND ATTACHED EXHIBITS UNDER SEAL

Defendant Merck Sharpe & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Supplemental Proposed Findings of Fact and Conclusions of Law and attached exhibits under seal. Merck seeks to file this document under seal because Exhibit B consists of the April 2, 2010 deposition of Terry Leach, which was designated as confidential. The document itself quotes from Dr. Leach's deposition.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Supplemental Proposed Findings of Fact and Conclusions of Law and attached exhibits under seal.

Dated:  April 7, 2010.                                  Respectfully submitted,


                                                        */s/ Dorothy H. Wimberly*
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER
                                                        WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana  70130
                                                        Phone:  504-581-3200
                                                        Fax:     504-581-3361

                                                        Defendants' Liaison Counsel

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Merck Sharp & Dohme Corp. ("Merck")'s Supplemental Proposed Findings of Fact and Conclusions of Law and attached exhibits under seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of April, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel