UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>  Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>  CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br><br>       versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                    Defendant.<br><br>Case No. 05-3700. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Merck Sharp & Dohme Corp. ("Merck")'s Supplemental Proposed Findings of Fact and Conclusions of Law and Attached Exhibits Under Seal,

IT IS ORDERED that defendant Merck is hereby granted leave to file its Proposed Findings of Fact and Conclusions of Law and attached exhibits under seal.

NEW ORLEANS, LOUISIANA, this ___ day of April, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1013058v.1