## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **William Ball, et al.** | * | **JUDGE FALLON** |
| **v.** | * | |
| **Merck & Co., Inc.** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Katherine Mowery* | * | |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-04131* | * | |

*************************************

### <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Katherine Mowery in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
                        DISTRICT JUDGE