**Exhibit A**
**(Extinguished Claimants)**

| | VCN | Primary Counsel | Claimant Name | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1113461 | Pro Se | Blaustein, Patrice | Blaustein, Bruce | Patrice Blaustein, Bruce Blaustein vs. Merck & Co., Inc. | 2:05-cv-03624 |
| 2. | 1058841 | Pro Se | Henry, James | | James Henry vs. Merck & Co., Inc. | 2:06-cv-03658 |
| 3. | 1080397 | Pro Se | Swafford, Sherry | | Patricia Allison, et al. v. Merck & Co., Inc. | 2:05-cv-05822 |
| 4. | 1101184 | Pro Se | Walters, James | | J.M. Walters, Jr. vs. Merck & Co., Inc. | 2:05-cv-03837 |
| 5. | 1069238 | Pro Se | White, Dorothy | | Dorothy White vs. Merck & Co., Inc. | 2:06-cv-09705 |