UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *ALL CASES ON ATTACHED* | * | KNOWLES |
| *EXHIBITS A, B & C* | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Renewed and Second Motions, Rule and Incorporated Memorandum for an Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice For Material Non-Compliance With The Discovery Requirements of PTO 28 (R.Doc. 24266 and 24269) came on for hearing on the 23rd day of March 2010. The Court enters judgment as follows:

**IT IS ORDERED** that the claims of all plaintiffs on Exhibit A, pursuant to plaintiffs' counsel's request, be and they hereby are dismissed with prejudice;

**IT IS FURTHER ORDERED** that this motion is denied without prejudice as to all plaintiffs on Exhibit B;

**IT IS FURTHER ORDERED** that this motion is deferred for sixty (60) days as to the plaintiff on Exhibit C to enable parties to assess compliance.

1013120v.1

NEW ORLEANS, LOUISIANA, this  7th  day of      April     , 2010.

_____
Honorable Eldon E. Fallon
United States District Judge