## EXHIBIT A – Dismissed With Prejudice

|    | Plaintiff | Plaintiff's Counsel | Case Caption | Case Number |
|----|-----------|---------------------|--------------|-------------|
| 1. | Adams, Mary Ellen | Cellino & Barnes, P.C. & Oldfather Law Firm | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 2. | Carter, James | Cellino & Barnes, P.C. & Oldfather Law Firm | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 3. | Edwards, June | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 4. | McMurray, Scott | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |