## EXHIBIT B – Denied Without Prejudice

|    | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|----|---------------|-------------------------|------------------|-----------------|
| 1. | Amiss, Louise | Cellino & Barnes, P.C. & Oldfather Law Firm | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |
| 2. | Butterfield, Myrtle | Cellino & Barnes, P.C. & Oldfather Law Firm | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 3. | Eddy, Judith | Cellino & Barnes, P.C. & Oldfather Law Firm | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 4. | Reilly, James | Cellino & Barnes, P.C. & Oldfather Law Firm | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEK-DEK |