## EXHIBIT C – Deferred until April 29, 2010

|   | **Plaintiff** | **Plaintiff's Counsel** | **Case Caption** | **Case Number** |
|---|---|---|---|---|
| 1. | Carroll, John | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

1013120v.1