UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Walter Butler, et al. v. Merck & Co., Inc. | * * * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-05487 | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Walter Butler and Martha Butler in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  7th  day of         April        , 2010.

_____
DISTRICT JUDGE