**MINUTE ENTRY**
**FALLON, J.**
**APRIL 8, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| 05-3700, STATE OF LOUISIANA, | : | JUDGE FALLON |
| ex rel. JAMES D. CALDWELL, | : | MAG. JUDGE KNOWLES |
| ATTORNEY GENERAL | : | |

On this date, a pretrial conference was held in the Chambers of Judge Eldon E. Fallon.  Counsel, including, but not limited to, James Dugan and Steven Murray, Jr., were present on behalf of the Plaintiff and Counsel, including, but not limited to, Tarek Ismail, Travis Sales, and John Beisner, were present on behalf of the Defendant.  At the conference the parties discussed the upcoming trial date.  IT IS ORDERED that the parties' proposed pre-trial order is ACCEPTED AND ADOPTED. (Rec. Doc. No. 39111).

The bench trial in this matter is scheduled to begin on Monday, April 12, 2010 at 8:30 a.m and is expected to last no longer than two weeks.  Counsel shall report to Chambers no later than 30 minutes prior to that time.

IT IS FURTHER ORDERED that Plaintiff's witness, Dr. James Leach, produce to Defendants the draft copy of his supplemental expert report, dated February 16, 2010.

1

JS10(00:45)