**MINUTE ENTRY**
**FALLON, J.**
**APRIL 8, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL CONSUMER PURCHASE CLAIMS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon. Elizabeth Cabraser, Dawn Barrios, James Dugan, and Steven Murray, Jr., amongst others, participated on behalf of the Purchase Claims Committee and Consumer Plaintiffs. Russ Herman and Leonard Davis participated on behalf of the PSC. John Beisner and Jeffery Wyatt participated on behalf of Merck. At the conference, the parties discussed options for moving forward with these cases.

IT IS ORDERED that the parties shall meet and confer to discuss which consumer purchase claims remain viable. The parties should then attempt to agree upon an appropriate coarse of action, including the creation of a proposed case management order. During these discussions, the parties are directed to contact the Court if any issues should arise that require the Court's assistance.

IT IS FURTHER ORDERED that an additional status conference shall be held in these cases on Thursday April 29, 2010, immediately following the monthly status conference.

JS10(00:20)