UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Judge Eldon E. Fallon<br>Magistrate Judge Knowles |

THIS DOCUMENT RELATES TO:

Gene Weeks v. Merck & Co., Inc.,     Case No. 2:05-cv-4578-EEF-DEK

-----

## PROPOSED ORDER

Considering the foregoing Plaintiff's Motion for an Order Pursuant to Fed.r.civ.pr. Rule 59(e) Altering or Amending, or in the Alternative Pursuant to Rule 60(b) Vacating, this Court's Order of Dismissal Dated March 30, 2010, and to Substitute the Proposed Order Annexed as Exhibit to the Motion,

IT IS ORDERED that the motion for to alter and amend or vacate the March 30, 2010 order of the Honorable Eldon E. Fallon be, and hereby is, granted.   NEW ORLEANS, LOUISIANA, this _____ Day of_____, 2010.

_____
DISTRICT JUDGE