UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | | SECTION L |
| | : | |
| | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

-----------------------------------------------------------------------------------------------------------------

THIS DOCUMENT RELATES TO: Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for an Order Pursuant to

Fed. R. Civ. Pr. Rule 59(E) with Exhibit A, Plaintiff's Memorandum of Law in Support of His

Motion and Proposed Order, have been served on Liaison Counsel, Phillip Wittman and Maria

Tejedor by ECF and U.S. Mail, on  and upon all parties by electronically uploading the same to

LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was

electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing

in accord with the procedures established in MDL 1657.

Dated: April 9, 2010
      Binghamton, New York

MARY C. YOUNG