UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Denise Whittaker, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Armando Nicolia and Philomena* | * | |
| *Stefanacci, individually and as* | * | |
| *administrators of the estate of* | * | |
| *Christina Nicolia* | * | |
| | * | |
| Docket No. 2:05-cv-01257 | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Armando Nicolia and Philomena Stefanacci, individually and as administrators of the estate of Christina Nicolia, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of April, 2010.

_____
DISTRICT JUDGE