|  |  |
|---|---|
| ROSALIE H. BIENVENU, JOHN T. BIENVENU, PAUL BIENVENU, LOUIS BIENVENU and ALICE ROSE BIENVENU<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. MDL Docket No.: 1657<br>Civil Action No.: 2:05 cv 6160<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, **ROSALIE H. BIENVENU, JOHN T. BIENVENU, PAUL BIENVENU, LOUIS BIENVENU and ALICE ROSE BIENVENU**, individually and on behalf of **MAURICE BIENVENU (D)**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
David Abboud Thomas
Bar Roll No.:22701
**MOORE, WALTERS, THOMPSON, THOMAS, PAPILLION & CULLENS**
6513 Perkins Road
Baton Rouge, LA 70808
Telephone: (225) 766-1100
Facsimile: (225) 767-4486

Dated: 2/27/08

_____   _____
Stephen G. Strauss                              Phillip A. Wittmann
Bryan Cave LLP                                  Dorothy H. Wimberly
211 N. Broadway, Suite 3600          Stone Pigman Walther
St. Louis, MO 63102                           Wittmann LLC
(314) 259-2000 Tel                             546 Carondelet Street
(314) 259-2020 Fax                            New Orleans, LA 70130
                                                              (504) 581-3200 Tel
                                                              (504) 581-3361 Fax
Attorneys for Merck & Co., Inc.

Dated: 4-9-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of April, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.