**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| **Joni Barnett, et al.**<br>***v.***<br>***Merck & Co., Inc.*** | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Douglas Wald, individually and as administrator of the estate of Lothar Wald*** | * | |
| ***Docket No. 2:06-cv-08320*** | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Douglas Wald, individually and as administrator of the estate of Lothar Wald, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2010.

________________________
DISTRICT JUDGE