UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA HENDRICKS, KATY HOBBS
for the estate of FLORA HILL, CAROLYN
HOLMES, JAMES W. HOWARD, ALLEN
KLINE, PHILLIP LEE, SR., and GIUSEPPE
"JOE" LEONE

      Plaintiffs,

v.

MERCK & CO., INC.,

      Defendant.

Case No. 1:07-cv-02286-RJL

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Michael Kline as proposed representative for the estate of Allen Kline, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
(D.C. Bar No. 417738)
BRANCH LAW FIRM
Attorneys for Plaintiffs
1424 K Street NW, 6th Floor
Washington, DC 20005
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/23/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 4-12-10