UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | | |
| *Inez Kincaid, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

*Only with regard to:*
*Helen Molt, individually and as*
*representative of Louis Molt*

*Docket No. 2:06-cv-11442*
**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Helen Molt, individually and as representative of Louis Molt, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of _____April_____, 2010.

_____
DISTRICT JUDGE