MINUTE ENTRY
FALLON, J.
APRIL 12, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                               CIVIL ACTION
       LIABILITY LITIGATION
                                                  NO.  05-MD-1657

                                                  SECTION: L

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON        MONDAY, APRIL 12, 2010, at 8:30 am
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
            Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
            For State of Louisiana
            Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:
Case called; all present and ready.  Notice for Removal of Exhibits given to all counsel.
Opening Statements.

Plaintiffs' Witnesses:
Dr. David A. Kessler - sworn - accepted as an expert.

Plaintiffs will file into the record the following deposition transcripts:
Dr. Jerald Avorn dated June 29, 2006 and June 30, 2006
Dr. David Anstice dated March 16, 2005
Dr. Allen Nies dated March 2, 2005

Court adjourned at 4:10 pm until Tuesday, April 13, 2010, at 9:00 am.

JS10:    5:28