U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED 4-12-10
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                              CIVIL ACTION

                                                                MDL: 1657

This document relates to:           SECTION:  L
05-3700 State of Louisiana,
etc. v. Merck

### NOTICE FOR REMOVAL OF EXHIBITS

    Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

    LOCAL RULE 79.3 states "All exhibits in the custody of the Clerk shall be removed within 30 days of the final disposition of the case. The party offering exhibits shall be responsible for their removal and shall give a detailed receipt for the Clerk's records. If the parties or their attorneys fail or refuse to remove exhibits within 30 days, the exhibits may be destroyed or otherwise disposed of by the Clerk."

    New Orleans, LA, this 12th day of April, 2010.

                                                GAYLYN M. LAMBERT
                                                CASE MANAGER-SECTION L

    *THERE WILL BE NO FURTHER NOTICE ISSUED BY THE COURT REGARDING THE REMOVAL OR DESTRUCTION OF EXHIBIT

                                                    ___Fee_____
                                                    ___Process____
                                                    X__Docket_____
                                                    X__CtRm Dep___
                                                    ___Document No.___