# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Sherrill Grove, et al.* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-10160* |
| *Merck & Co., Inc.,* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Erma Green** | * | |
| | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiff Erma Green against Merck & Co., Inc., in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this <u>13th</u> day of <u>    April    </u>, 2010.

_____
DISTRICT JUDGE

1013600v.1