MINUTE ENTRY
FALLON, J.
APRIL 13, 2010

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON           TUESDAY, APRIL 13, 2010, 9:15 am
Case Manager: Gaylyn Lambert                  (continued from 4-12-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
             Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
             For State of Louisiana
             Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Plaintiffs' Witnesses:
Dr. David Y. Graham - sworn - accepted as an expert.
David W. Hood - sworn

Court adjourned at 6:20 pm until Wednesday, April 14, 2010, at 9:00 am.


JS10:         6:57