UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL Docket No. 1657 ) ) Section L |
| This document relates to THE COUNTY OF SUFFOLK, NEW YORK (05-2294 E.D. La.) (C.A. No. 05-1582 S.D.N.Y.) | ) ) Judge Fallon ) Magistrate Judge Knowles |

IT IS STIPULATED AND AGREED by Plaintiff, The County of Suffolk, New York and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: New York, NY
September 21, 2009

Plaintiff, The County of Suffolk, New York

By: LABATON SUCHAROW LLP

_____
Bernard Persky, Partner
140 Broadway
New York, NY 10005
212-907-0700

*Counsel for Plaintiff*

Defendant, Merck & Co., Inc.

By:

_____
John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Counsel for Defendant Merck & Co., Inc.
now named Merck Sharp & Dohme

725198 v1
[9/15/2009 12:12]