# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *THE COUNTY OF SUFFOLK, NEW YORK* | * | KNOWLES |
| | * | |
| | * | *No. 05-2294* |
| | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of The County of Suffolk, New York against Merck & Co., Inc., in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1013795v.1