UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) | MDL Docket No. 1657 |
| ) | |
| This document relates to ) | Section L |
| TEAMSTERS LOCAL 237 WELFARE FUND; ) | |
| LOCAL 237 TEAMSTERS RETIREES' ) | |
| BENEFIT FUND; LOCAL 237 TEAMSTERS- ) | Judge Fallon |
| PLAINVIEW-OLD BETHPAGE CENTRAL ) | Magistrate Judge Knowles |
| SCHOOL DISTRICT HEALTH AND WELFARE ) | |
| TRUST FUND; LOCAL 237 TEAMSTERS- ) | |
| NORTH BABYLON SCHOOL DISTRICT ) | |
| HEALTH AND WELFARE TRUST FUND; ) | |
| LOCAL 237 TEAMSTERS-BRENTWOOD ) | |
| SCHOOL DISTRICT HEALTH AND WELFARE ) | |
| TRUST FUND; and LOCAL 237 TEAMSTERS- ) | |
| SUFFOLK REGIONAL OFF-TRACK BETTING ) | |
| CORPORATION HEALTH AND WELFARE ) | |
| TRUST FUND (05-516 E.D. La.) (C.A. No. 04- ) | |
| 9248 S.D.N.Y.) ) | |

IT IS STIPULATED AND AGREED by Plaintiffs Teamsters Local 237 Welfare Fund; Local 237 Teamsters Retirees' Benefit Fund; Local 237 Teamsters-Plainview-Old Bethpage Central School District Health and Welfare Trust Fund; Local 237 Teamsters-North Babylon School District Health and Welfare Trust Fund; Local 237 Teamsters-Brentwood School District Health and Welfare Trust Fund; and Local 237 Teamsters-Suffolk Regional Off-Track Betting Corporation Health and Welfare Trust Fund, and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action, is hereby dismissed by Plaintiffs above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: New York, NY
September 21, 2009

| | |
|---|---|
| Plaintiffs, Teamsters Local 237 Welfare Fund; Local 237 Teamsters Retirees' Benefit Fund; Local 237 Teamsters-Plainview-Old Bethpage Central School District Health and Welfare Trust Fund; Local 237 Teamsters-North Babylon School District Health and Welfare Trust Fund; Local 237 Teamsters-Brentwood School District Health and Welfare Trust Fund; and Local 237 Teamsters-Suffolk Regional Off-Track Betting Corporation Health And Welfare Trust Fund | Defendant, Merck & Co., Inc. |

By: LABATON SUCHAROW LLP

*[signature]*

Bernard Persky, Partner
140 Broadway
New York, NY 10005
212-907-0700

*Counsel for Plaintiffs*

By:

*[signature]*

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue NW
Washington, DC 20005
Counsel for Defendant Merck & Co., Inc.
now named Merck Sharp & Dohme

725195 v1
[9/15/2009 12:10]