MINUTE ENTRY
FALLON, J.
APRIL 14, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS         LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON          WEDNESDAY, APRIL 14, 2010, 9:15 am
Case Manager: Gaylyn Lambert                      (continued from 4-13-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
            Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
            For State of Louisiana
            Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Plaintiffs' Witnesses:

Dr. John MacGregor - sworn - accepted as an expert.
Dr. John D. Abramson - sworn - accepted as an expert.


Court adjourned at 3:30 pm until Thursday, April 15, 2010, at 8:30 am.

JS10: 3:43