# Exhibit

# A

Harris, J.E.                    *State of Louisiana v. Merck*                    April 2, 2010

Revised Table 3. Gross Payments, Rebates, and Net Payments for Vioxx by the
Louisiana Department of Health and Hospitals:
2-June 1999 through 12-Jun-2001, and 13-Jun-2001 through 30-September 2004

| Time Period [a] | Gross Payments [b] | Total Rebates [c] | Net Payments [d] |
|---|---|---|---|
| 2-Jun 1999 – 12-Jun-2001 | 11,042,555 | 1,551,585 | 9,490,970 |
| 13-Jun-2001 – 30-Sep 2004 | 13,594,576 | 2,421,873 | 11,172,702 |
| 2-Jun 1999 –30- Sep 2004 | 24,637,131 | 3,973,458 | 20,663,672 |

Source: *LA Medicaid Vioxx Expenditures through 12-Jun-2001.log*

a. The time period for Gross Payments is partitioned according to the date of processing by the pharmacy.
b. Computation of gross payments takes into account all debit and credit adjustments and voided transactions.
c. Total rebates equal federal rebates plus state supplemental rebates.
d. Net payments equal gross payments minus total rebates.

EXHIBIT

A