| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| STATE OF LOUISIANA, *ex rel.* JAMES D. | *  SECTION L |
|     CALDWELL, JR., Attorney General, | * |
| | *  JUDGE ELDON E. FALLON |
|                        Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
|     versus | *  KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|                        Defendant. | * |
| | * |
| Case No. 05-3700. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

      Considering the foregoing Merck Sharp & Dohme Corp.'s Rule 52(c) Motion for Judgment on Partial Findings,

      IT IS ORDERED that Merck Sharp & Dohme Corp. be and it hereby is granted judgment in its favor.

      NEW ORLEANS, LOUISIANA this ____ day of _____, 2010.

                                                _____
                                                         DISTRICT JUDGE

1014020v.1