UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *TEAMSTERS LOCAL 237 WELFARE* | * | KNOWLES |
| *FUND; LOCAL 237 TEAMSTERS* | * | |
| *RETIREES' BENEFIT FUND;* | * | |
| *LOCAL 237 PLAINVIEW-OLD* | * | *No. 06-0516* |
| *BETHPAGE CENTRAL SCHOOL* | * | |
| *DISTRICT HEALTH AND WELFARE* | * | |
| *TRUST FUND; LOCAL 237* | * | |
| *TEAMSTERS-NORTH BABYLON* | * | |
| *SCHOOL DISTRICT HEAL AND* | * | |
| *WELFARE TRUST FUND; LOCAL* | * | |
| *237 TEAMSTERS-BRENTWOOD* | * | |
| *SCHOOL DISTRICT HEALTH AND* | * | |
| *WELFARE TRUST FUND; AND* | * | |
| *LOCAL 237 TEAMSTERS-SUFFOLK* | * | |
| *REGIONAL OFF-TRACK BETTING* | * | |
| *CORPORATION HEALTH AND* | * | |
| *WELFARE TRUST FUND* | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiffs Teamsters Local 237 Welfare Fund; Local 237 Teamsters Retirees' Benefit Fund; Local 237 Teamsters-Plainview-Old Bethpage Central School District Health and Welfare Trust Fund; Local 237 Teamsters-North Babylon School District Health and Welfare Trust Fund; Local 237 Teamsters-Brentwood School District Health and Welfare Trust Fund; and Local 237 Teamsters-Suffolk Regional Off-Track Betting Corporation Health and Welfare Trust Fund against Merck & Co., Inc., in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs,

1013791v.1

and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this <u>15th</u> day of <u>     April     </u>, 2010.

*[signature: Eldon E. Fallon]*

DISTRICT JUDGE

1013791v.1