MINUTE ENTRY
FALLON, J.
APRIL 15, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS            CIVIL ACTION
       LIABILITY LITIGATION

                                                     NO. 05-MD-1657

                                                     SECTION: L

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON        THURSDAY, APRIL 15, 2010, 9:05 am
Case Manager: Gaylyn Lambert                  (continued from 4-14-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
             Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
             For State of Louisiana
             Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Plaintiffs' Witnesses:
Dr. John D. Abramson - resumes testimony.

Plaintiffs will file into the record the following depositions:
Dr. Fran Kaiser taken January 29, 2010
Dr. Kerry Edwards taken December 17, 2009
Stephen Shearer taken November 18, 2009
Dr. Allan Goldberg taken November 5, 2009
Warren Lambert taken December 18, 2009
Mary Ogle taken December 16, 2009
Dr. Edward Scolnick taken January 30, 2003, March 22, 2005, April 29, 2005, May 17, 2005,
             June 1, 2005 and August 16, 2005
Melwyn Wendt taken December 14, 2009.

Stipulation of the Parties re: Amount of Expenditures for Vioxx by the State of Louisiana is filed

JS10: 5:10

| | |
|---|---|
| Trial Minutes - April 15, 2010 | MDL 1657 ref: 05-3700 - L |
| Page 2 | In re: Vioxx |

into the record.  Plaintiffs' Proffers #1, #2, and #3 are admitted.
Plaintiffs outstanding exhibits will be offered after the Court reviews the exhibits together with the objections of the defendants.
Plaintiffs rest subject to the above.
The defendant's motion is assumed to have been timely made and will be argued at a later time.

Defendant's Witnesses:

Jerry Wells - sworn - accepted as an expert over the objection of plaintiffs.
Charles Castille - by video deposition - Transcript filed into the record.
Valerie Taylor - by video deposition - Transcript filed into the record.

Court adjourned at 4:55 pm until Friday, April 16, 2010, at 9:00 am.