Castille DA, PA, DC, PC Merged on 04-05-10

Castille DA, PA, DC, PC Merged on 04-05-10

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   4-15-10
LORETTA G. WHYTE
CLERK

| Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|---|---|---|---|---|---|
| **9:23-10:2** | Castille 12/10/2009 | 00:00:07 | 00:00:00 | 01:15:55 | V501.1 |

9:23  Q:  Good morning, Mr. Castille.
9:24  A:  Good morning.
9:25  Q:  Can you please state your full name for the
10:1  record.
10:2  A:  My name is Charles Francis Castille.

| **10:3-10:8** | Castille 12/10/2009 | 00:00:11 | 00:00:07 | 01:15:48 | V501.2 |

10:3  Q:  Mr. Castille, my name is Travis Sales. I am one
10:4  of the attorneys representing Merck in the lawsuit
10:5  that the State of Louisiana has brought.
10:6  And you and I just met briefly before the
10:7  start of the deposition today; is that correct?
10:8  A:  That is correct.

| **10:9-10:13** | Castille 12/10/2009 | 00:00:09 | 00:00:18 | 01:15:37 | V501.3 |

10:9  Q:  How are you employed, Mr. Castille?
10:10  A:  I'm employed as the undersecretary for the
10:11  Department of Health and Hospitals.
10:12  Q:  For the State of Louisiana?
10:13  A:  That is correct.

| **10:14-10:19** | Castille 12/10/2009 | 00:00:11 | 00:00:27 | 01:15:28 | V501.4 |

10:14  Q:  Have you ever given a deposition before today?
10:15  A:  Yes, I have.
10:16  Q:  On how many occasions?
10:17  A:  Probably at least 20.
10:18  Q:  Okay.
10:19  A:  Over the last many years.

| **10:20-10:22** | Castille 12/10/2009 | 00:00:06 | 00:00:38 | 01:15:17 | V501.5 |

10:20  Q:  Were they in your capacity as undersecretary for
10:21  the Department of Health and Hospitals?
10:22  A:  Most of them were, yes.

| **12:13-12:15** | Castille 12/10/2009 | 00:00:06 | 00:00:44 | 01:15:11 | V501.6 |

12:13  I understand that you are originally a
12:14  lawyer by training yourself; is that correct?
12:15  A:  That is correct.

| **12:16-13:1** | Castille 12/10/2009 | 00:00:50 | 00:00:50 | 01:15:05 | V501.7 |

12:16  Q:  All right. Can you give us a little bit of your
12:17  educational background?
12:18  A:  Yes. I — I guess I'll start with, I graduated
12:19  from high school in 1966, Cecilia High School.
12:20  Went to college at, at that time, University of

**Castille DA, PA, DC, PC Merged on 04-05-10**

| | | |
|---|---|---|
| 12:21 | Southwestern Louisiana, USL. Received a B.A. in | |
| 12:22 | history in 1971. | |
| 12:23 | Attended LSU law school and received my | |
| 12:24 | Juris Doctor in 1974, and then later on was | |
| 12:25 | admitted to the Bar, Louisiana Bar, in October of | |
| 13:1 | 1974. | |

| 13:2-13:7 | Castille 12/10/2009 | 00:00:09   00:01:40   01:14:15 | V501.8 |
|---|---|---|---|
| 13:2 | Q:  Are you still currently licensed as a lawyer in | | |
| 13:3 | the State of Louisiana? | | |
| 13:4 | A:  Yes, I am. | | |
| 13:5 | Q:  Do you maintain your continuing legal education | | |
| 13:6 | requirements and maintain your license today? | | |
| 13:7 | A:  I do. | | |

| 14:7-14:9 | Castille 12/10/2009 | 00:00:11   00:01:49   01:14:06 | V501.9 |
|---|---|---|---|
| 14:7 | Q:  I think you said you became licensed as an | | |
| 14:8 | attorney in Louisiana in 1974. And what did you | | |
| 14:9 | do after obtaining your license? | | |

| 14:10-14:22 | Castille 12/10/2009 | 00:00:59   00:02:00   01:13:55 | V501.10 |
|---|---|---|---|
| 14:10 | A:  For a short period of time between my licensure | | |
| 14:11 | and when I became actually employed, I was a | | |
| 14:12 | substitute teacher for a few months. | | |
| 14:13 | And then I took a position as a staff | | |
| 14:14 | attorney with, at that time, the Department of | | |
| 14:15 | Health and Human Resources, which is the | | |
| 14:16 | predecessor agency to the Department of Health and | | |
| 14:17 | Hospitals. And I worked in the legal -- generally | | |
| 14:18 | did collections work for a few years. | | |
| 14:19 | I was then promoted to a division director | | |
| 14:20 | for our collections section, and then was promoted | | |
| 14:21 | in 19 -- in 1980 to the position of deputy general | | |
| 14:22 | counsel for the department. | | |

| 14:23-15:21 | Castille 12/10/2009 | 00:01:33   00:02:59   01:12:56 | V501.11 |
|---|---|---|---|
| 14:23 | And then in 1981, approximately -- I think | | |
| 14:24 | 1981, the general counsel had to take a medical | | |
| 14:25 | leave, medical retirement, and I replaced him and | | |
| 15:1 | became general counsel for the Department of | | |
| 15:2 | Health and Human Resources. | | |
| 15:3 | Q:  How long did you serve in that role? | | |
| 15:4 | A:  I served in that role until 199 -- well, let me -- | | |
| 15:5 | until about 19 -- I'm trying to remember because | | |
| 15:6 | at that -- at one time -- I served in the role as | | |
| 15:7 | general counsel in about 1991, but there was a | | |
| 15:8 | split of the department. | | |
| 15:9 | The department split into two departments, | | |

Castille DA, PA, DC, PC Merged on 04-05-10

| | |
|---|---|
| 15:10 | the Department of Health and Hospitals and the |
| 15:11 | Department of Social Services, and essentially the |
| 15:12 | legal staffs were split. And then I retained my |
| 15:13 | position as general counsel for the Department of |
| 15:14 | Health and Hospitals, and remained in that |
| 15:15 | position about -- until 1991. |
| 15:16 | And then in '91, I assisted in drafting |
| 15:17 | legislation to create the Louisiana Health Care |
| 15:18 | Authority, which essentially was the authority |
| 15:19 | that -- to which the charity hospitals, Louisiana |
| 15:20 | charity hospitals were transferred. The charity |
| 15:21 | hospitals were at one time part of our department. |

**15:22-16:1**   Castille 12/10/2009          00:00:19   00:04:32   01:11:23                    V501.12

| | |
|---|---|
| 15:22 | And in 1991, I was given -- I was asked to |
| 15:23 | be the temporary acting CEO of Louisiana Health |
| 15:24 | Care Authority, and I remained -- I was supposed |
| 15:25 | to be only for a few months, but ultimately ended |
| 16:1 | up being about 18 months. |

**16:2-16:7**   Castille 12/10/2009          00:00:19   00:04:51   01:11:04                    V501.13

| | |
|---|---|
| 16:2 | So at that time, between '91 and '92, I was |
| 16:3 | the -- I was general counsel, but also acting CEO |
| 16:4 | of the Louisiana Health Care Authority. |
| 16:5 | Q:   And was the Louisiana Health Care Authority a part |
| 16:6 | of the State of Louisiana government? |
| 16:7 | A:   Yes, it was. |

**16:8-16:10**   Castille 12/10/2009          00:00:11   00:05:10   01:10:45                    V501.14

| | |
|---|---|
| 16:8 | Q:   Was that an appointed position from the governor |
| 16:9 | or some other official? |
| 16:10 | A:   It was, yes. At that time, there was -- between |

**16:11-17:8**   Castille 12/10/2009          00:01:13   00:05:21   01:10:34                    V501.15

| | | |
|---|---|---|
| 16:11 | 1991 and '92, there was -- an election happened | |
| 16:12 | there. There was a dispute between the old board | |
| 16:13 | that was appointed by the previous governor, | |
| 16:14 | Governor Roemer, and the new board that was | |
| 16:15 | appointed by Governor Edwards, the new governor | |
| 16:16 | who -- the once and  former governor. | (Edited) |
| 16:17 | And I was asked by both sides to be the | |
| 16:18 | interim CEO. That was apparently the only thing | |
| 16:19 | they could agree on. And so I remained in that | |
| 16:20 | position for a while. So that's how that | |
| 16:21 | occurred. | |
| 16:22 | Q:   And so that lasted until 1993? | |
| 16:23 | A:   1992. | |
| 16:24 | Q:   Okay. | |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 16:25 | A:  And then I returned to the Department of Health |
| 17:1 | and Hospitals in -- no, I think you're right. It |
| 17:2 | was '93. I think it wasn't until 1993. I |
| 17:3 | returned as the general counsel for the |
| 17:4 | Department, at that time, of Health and |
| 17:5 | Hospitals -- Health -- I returned as the general |
| 17:6 | counsel of Department of Health and Hospitals, |
| 17:7 | yes. |
| 17:8 | Q:  And how long did you again serve in that capacity? |

---

| **17:9 -17:25** | Castille 12/10/2009 | 00:01:03   00:06:34   01:09:21 | V501.16 |

| 17:9 | A:  I served in that capacity until 1994. And then I |
| 17:10 | think it was in June -- July, excuse me, of 1994, |
| 17:11 | the deputy secretary of the Department of Health |
| 17:12 | and Hospitals retired, and I took his place. And |
| 17:13 | I remained in that position until February -- |
| 17:14 | January, excuse me, of 19 -- 1995, I think. Yes, |
| 17:15 | 1995. |
| 17:16 | Q:  And did you take any position at that point? |
| 17:17 | A:  No, I went back -- I went back to my classified |
| 17:18 | position as general counsel during that period of |
| 17:19 | time, until February of 1998. And then in |
| 17:20 | February of 1998, I was appointed as |
| 17:21 | undersecretary of the Department of Health and |
| 17:22 | Hospitals. |
| 17:23 | Q:  And who made that appointment? |
| 17:24 | A:  That was -- that appointment was made by Governor |
| 17:25 | Foster. |

---

| **18:1 -18:2** | Castille 12/10/2009 | 00:00:06   00:07:37   01:08:18 | V501.17 |

| 18:1 | Q:  And as I understand it, you were undersecretary of |
| 18:2 | Management and Finance of DHH? |

---

| **18:3 -18:13** | Castille 12/10/2009 | 00:00:38   00:07:43   01:08:12 | V501.18 |

| 18:3 | A:  Yes. The undersecretary in the Department of |
| 18:4 | Health and Hospitals, at least when I was |
| 18:5 | undersecretary, had two primary responsibilities. |
| 18:6 | One was statutory, which is to be the head of the |
| 18:7 | Office of Management and Finance, which is |
| 18:8 | generally the support arm for the department, |
| 18:9 | responsible for budget, finance, personnel, IT, |
| 18:10 | those kinds of things. |
| 18:11 | In addition, the secretary delegated to me |
| 18:12 | the authority, the operational day-to-day |
| 18:13 | authority over the Medicaid program. So those |

---

| **18:14 -18:23** | Castille 12/10/2009 | 00:00:28   00:08:21   01:07:34 | V501.19 |

| 18:14 | were my two primary functions. |

| | | |
|---|---|---|
| 18:15 | Q: And have you served with -- in that role and with | |
| 18:16 | that general title from 1998 to the present? | |
| 18:17 | A: That is correct. | |
| 18:18 | Q: And that's been through Governor Foster and | |
| 18:19 | Governor Blanco and Governor Jindal's terms? | |
| 18:20 | A: That is correct. | |
| 18:21 | Q: All right. Who was the secretary of DHH when you | |
| 18:22 | were first appointed as the undersecretary? | |
| 18:23 | A: David Hood. | |

**19:4-19:11**   Castille 12/10/2009     00:00:23  00:08:49  01:07:06          V501.20

Link > 2038.1

| 19:4 | Q: Mr. Castille, let me hand you what's been marked |
|---|---|
| 19:5 | as Exhibit 1 to your deposition. This appears to |
| 19:6 | be a 2002-2003 Louisiana Medicaid Annual Report. |

Link > 2038.1.1

| 19:7 | Your name is on the front, as well as Secretary |
|---|---|
| 19:8 | Hood, and Ben Bearden. |
| 19:9 | Do you recognize this document? |
| 19:10 | A: I do. |
| 19:11 | Q: Okay. And I really wanted to ask you about page |

**19:12-19:19**   Castille 12/10/2009     00:00:28  00:09:12  01:06:43          V501.21

Link > 2038.37
Link > 2038.37.1

| 19:12 | 33. Is this kind of an organizational chart for |
|---|---|
| 19:13 | the department in that time frame? Does the |
| 19:14 | organizational chart on page 33 accurately |
| 19:15 | reflect, as far as you recall, the setup of the |
| 19:16 | Department of Health and Hospitals in an |
| 19:17 | organizational management structure in that time |
| 19:18 | frame? |
| 19:19 | A: Yes, it does. |

**19:20-19:24**   Castille 12/10/2009     00:00:17  00:09:40  01:06:15          V501.22

Link > Hide

| 19:20 | Q: So was there anything different in 1999 with |
|---|---|
| 19:21 | regard to the secretary or the undersecretary, the |
| 19:22 | Medicaid director and the program manager for the |
| 19:23 | pharmacy unit? |
| 19:24 | A: No, I don't think there was anything different. |

**19:25-20:11**   Castille 12/10/2009     00:00:26  00:09:57  01:05:58          V501.23

| 19:25 | Q: Okay. So when -- for example, when Vioxx came on |
|---|---|
| 20:1 | the market in May of 199, you were undersecretary |
| 20:2 | of Office of Management and Finance? |
| 20:3 | A: I was. |
| 20:4 | Q: And you would have reported to Secretary Hood for |
| 20:5 | DHH? |
| 20:6 | A: I did. |
| 20:7 | Q: And reporting to you would have been Mr. Bearden? |
| 20:8 | A: That is correct. |
| 20:9 | Q: And Ms. Terrebonne would have been the pharmacy -- |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 20:10 | the program manager for the pharmacy unit? |
| 20:11 | A:  Yes, she would have been. |

| **20:12 - 20:24** | Castille 12/10/2009 | 00:00:55  00:10:23  01:05:32 | V501.24 |

| 20:12 | Q:  Would it be a fair statement that Ms. Terrebonne |
| 20:13 | and Mr. Bearden would probably be more involved in |
| 20:14 | the day-to-day activities of the pharmacy benefit |
| 20:15 | program at their level than at your level? |
| 20:16 | A:  That would be fair, yes. |
| 20:17 | Q:  All right. Thank you. And let me ask you, the |
| 20:18 | only -- have there been any changes to that |
| 20:19 | organizational structure, other than Secretary |
| 20:20 | Hood leaving, I believe, in 2004? |
| 20:21 | A:  There was one change. Jerry Phillips -- Ben |
| 20:22 | Bearden retired. It's been probably about two, |
| 20:23 | maybe three years now. And Jerry Phillips, who |
| 20:24 | was deputy director, became the Medicaid director. |

| **20:25 - 21:6** | Castille 12/10/2009 | 00:00:23  00:11:18  01:04:37 | V501.25 |

| 20:25 | Q:  Okay. Let me ask it this way: From 1999 till |
| 21:1 | 2004, was this an accurate reflection of the |
| 21:2 | organizational structure? |
| 21:3 | A:  Yes, I think it was, yes. |
| 21:4 | Q:  Other than, I believe, at some point in 2004 |
| 21:5 | Secretary Hood left; is that correct? |
| 21:6 | A:  Yes, Secretary Hood -- yes, he did, yes. |

| **21:24 - 22:2** | Castille 12/10/2009 | 00:00:13  00:11:41  01:04:14 | V501.26 |

| 21:24 | With regard to being the undersecretary in |
| 21:25 | charge of finance and management in the DHH, what |
| 22:1 | kind of budget, in general terms, are you |
| 22:2 | responsible for? |

| **22:3 - 22:15** | Castille 12/10/2009 | 00:00:44  00:11:54  01:04:01 | V501.27 |

| 22:3 | A:  Well, in terms of more direct responsibility, I'm |
| 22:4 | obviously responsible for the budget for the |
| 22:5 | Office of Management and Finance, as well as |
| 22:6 | having oversight over the budget for the Medicaid |
| 22:7 | program, both the Medicaid payments program and a |
| 22:8 | Medicaid administration program. |
| 22:9 | And then in a more general sense, I am |
| 22:10 | responsible for presentation of the budget for the |
| 22:11 | entire department, which includes other programs |
| 22:12 | such as the Office of Mental Health, Office of |
| 22:13 | Public Health. But I have more involvement |
| 22:14 | directly in the budgets for Management and Finance |
| 22:15 | and Medicaid. |

| **23:13 - 23:17** | Castille 12/10/2009 | 00:00:11  00:12:38  01:03:17 | V501.28 |

| | | |
|---|---|---|
| | 23:13 | Q:  And so just so I understand it then, so you're |
| | 23:14 | kind of responsible for the overall budget, but |
| | 23:15 | with regard to -- you're also responsible for a |
| | 23:16 | subset of that, which is the Medicaid program? |
| | 23:17 | A:  That is correct. |

**25:2 - 25:8**   Castille 12/10/2009   00:00:19  00:12:49  01:03:06   V501.29

| | 25:2 | Q:  And the Louisiana Medicaid program has a couple of |
|---|---|---|
| | 25:3 | different components to it. One, obviously, it |
| | 25:4 | provides medical assistance to elderly or |
| | 25:5 | lower-income folks, correct? |
| | 25:6 | A:  That is correct. |
| | 25:7 | Q:  And it also provides a prescription drug program? |
| | 25:8 | A:  That is correct. |

**26:11 - 26:15**   Castille 12/10/2009   00:00:11  00:13:08  01:02:47   V501.30

| | 26:11 | Is that your recollection of the state of |
|---|---|---|
| | 26:12 | the legal requirements when you took over as |
| | 26:13 | undersecretary that Louisiana did not have -- they |
| | 26:14 | had what's called an open formulary in 1998? |
| | 26:15 | A:  That is correct. |

**27:20 - 28:4**   Castille 12/10/2009   00:00:23  00:13:19  01:02:36   V501.31

| | 27:20 | Q:  And that Louisiana basically relied upon the Food |
|---|---|---|
| | 27:21 | and Drug Administration; if they found that a drug |
| | 27:22 | product was safe and effective as labeled, then it |
| | 27:23 | was automatically covered under Louisiana |
| | 27:24 | Medicaid. |
| | 27:25 | Is that your understanding? |
| | 28:1 | A:  That was my understanding, that's correct. |
| | 28:2 | Q:  And that's how you -- as you understood it, it was |
| | 28:3 | applied? |
| | 28:4 | A:  Yes, that's my -- that's how it was applied. |

**28:15 - 28:15**   Castille 12/10/2009   00:00:01  00:13:42  01:02:13   V501.32

Link >  2035.1

| | 28:15 | Q:  Let me show you what's been marked as Exhibit 3 to |
|---|---|---|

**28:16 - 28:16**   Castille 12/10/2009   00:00:03  00:13:43  01:02:12   V501.33

| | 28:16 | your deposition. Mr. Castille, this is the |
|---|---|---|

**28:17 - 29:14**   Castille 12/10/2009   00:01:10  00:13:46  01:02:09   V501.34

Link >  2035.1.1

| | 28:17 | Louisiana Department of Health and Hospitals |
|---|---|---|
| | 28:18 | Medicaid Pharmaceutical & Therapeutics Committee |
| | 28:19 | meeting on November 7th, 2001 and apparently was |
| | 28:20 | held over at Southeastern Louisiana School of |
| | 28:21 | Nursing. |
| | 28:22 | You're familiar generally that minutes are |
| | 28:23 | taken from these meetings of the P&T Committee? |
| | 28:24 | A:  Yes, I am familiar. |

28:25    Q: And Ms. Terrebonne is frequently a presenter on

29:1     behalf of DHH at these meetings?

29:2     A: That is correct.

29:3     Q: She often makes presentations to, or at least has

29:4     discussions at, these meetings?

29:5     A: Yes, she does.

29:6     Q: And there's an attachment called Attachment 2 to

29:7     these minutes from this November 7th, 2001

29:8     meeting.

Link > 2035.4.1     29:9     As you can see actually on page 4 of the

29:10    document, under 'New Business' -- I'm sorry, I've

29:11    got it going backwards on you. Under 'New

29:12    Business,' at the end of that first paragraph, it

29:13    says, 'See Attachment 2 from Ms. Terrebonne's

29:14    presentation.' This one right there (indicating).

---

**29:15 -31:6**    Castille 12/10/2009      00:02:01   00:14:56   01:00:59      V501.120

29:15    I'm just asking if -- do you see where it

29:16    says --

29:17    A: Yes.

29:18    Q: -- that Ms. Terrebonne made a presentation that

29:19    was Attachment 2?

29:20    A: Yes, I see that.

29:21    Q: All right. You have, I take it, no reason to

29:22    believe that the minutes that are taken at these

29:23    meetings are anything but accurate, right?

29:24    A: That is correct.

Link > 2035.13.1    29:25    Q: And if we go to that Attachment 2 toward the back,

30:1     she was giving an OBRA 90 and OBRA 93 overview and

30:2     impact on prescription drug coverage.

30:3     Do you see that?

30:4     A: Yes, I do.

30:5     Q: Okay. And again, under your understanding, before

30:6     there was this law change that we're going to talk

30:7     about in 2001 establishing a preferred drug list,

30:8     was it your understanding, as she lays out here

30:9     that, under A-1, a covered outpatient drug is a

30:10    drug that may be dispensed only by prescription;

30:11    and B, a drug that's been approved as safe and

30:12    effective by the FDA?

30:13    A: A-1?

30:14    Q: Yes, sir.

30:15    A: Yes, that is -- that was my understanding.

30:16    Q: All right. And that was -- that's how the State

30:17    of Louisiana applied the Louisiana Medicaid drug

30:18    program from the time you took over in 1998 until

| | | |
|---|---|---|
| 30:19 | | that law change, which we'll talk about, which I |
| 30:20 | | think becomes effective in 2002; is that correct? |
| 30:21 | A: | Yes, that is correct. That's my understanding. |
| 30:22 | Q: | And Vioxx was a covered drug therefore in 1999, |
| 30:23 | | when it came on the market, and was approved by |
| 30:24 | | the Federal Drug Administration? |
| 30:25 | A: | Yes, it would have been. |
| 31:1 | Q: | At that point in time, there was no prior |
| 31:2 | | authorization process or any other process by |
| 31:3 | | which Louisiana would have in any way restricted |
| 31:4 | | coverage or reimbursement for an FDA-approved |
| 31:5 | | product; is that correct? |
| 31:6 | A: | Yes, that's my understanding. |

---

**32:20 -33:7**    Castille 12/10/2009        00:00:39  00:16:57  00:58:58        V501.35

Link > 2083.1

| | | |
|---|---|---|
| 32:20 | Q: | Let me show you what's been marked as Exhibit 5. |
| 32:21 | | Are you familiar with this document? |
| 32:22 | A: | Yes. |

Link > 2083.1.1

| | | |
|---|---|---|
| 32:23 | Q: | It appears to be the September 4, 2002 minutes |
| 32:24 | | from the Louisiana DHH Medicaid Pharmaceutical & |
| 32:25 | | Therapeutics Committee; is that correct? |
| 33:1 | A: | That is correct. |
| 33:2 | Q: | And it looks like you were present at this one? |
| 33:3 | A: | Yes. My name appears on it. |
| 33:4 | Q: | I wanted to ask you, on page 2 of the September 4, |
| 33:5 | | 2002 meeting minutes, there is a presentation that |
| 33:6 | | you gave; is that correct? |
| 33:7 | A: | Yes. |

---

**33:8 -33:24**    Castille 12/10/2009        00:00:35  00:17:36  00:58:19        V501.36

Link > 2083.2.1

| | | |
|---|---|---|
| 33:8 | Q: | And about halfway down from that paragraph on your |
| 33:9 | | presentation it says, 'He' -- Mr. Castille -- |
| 33:10 | | 'explained that the relationship between a state |
| 33:11 | | Medicaid program and drug manufacturers is not |
| 33:12 | | direct. He stated that drugs are purchased from |
| 33:13 | | pharmacies that provide the prescription services |
| 33:14 | | and are reimbursed by states for a prescription's |
| 33:15 | | drug ingredient cost plus a dispensing fee.' |
| 33:16 | A: | Yes. |
| 33:17 | Q: | Is that right? |
| 33:18 | A: | That is correct. |
| 33:19 | Q: | And that's an accurate statement, as you |
| 33:20 | | understand it? |
| 33:21 | A: | Yes, as I understand it, yes, that was -- was |
| 33:22 | | and -- |
| 33:23 | Q: | Currently is? |

Link > Hide

| | | |
|---|---|---|
| 33:24 | A: | -- was an accurate -- yes, an accurate statement. |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 33:25 - 34:12 | Castille 12/10/2009 | 00:00:36   00:18:11   00:57:44 | V501.37 |
|---|---|---|---|

33:25    Q:  Was then, and still -- that's still your

34:1      understanding of it, correct?

34:2    A:  Yes, except there is now somewhat a relationship

34:3      with regard to the State supplemental rebates.

34:4      But other than that, that statement is correct.

34:5    Q:  Okay. And so there's not a direct payment, for

34:6      example, from DHH or Medicaid, Louisiana Medicaid,

34:7      to a drug manufacturer, right?

34:8    A:  That is -- that is correct.

34:9    Q:  The drug manufacturer doesn't apply for a benefit

34:10    or submit a benefit to DHH; it's DHH -- that's

34:11    being applied for by the pharmacies?

34:12    A:  That is correct.

| 35:2 - 35:8 | Castille 12/10/2009 | 00:00:24   00:18:47   00:57:08 | V501.38 |
|---|---|---|---|

35:2    Q:  Just going back then, so kind of breaking this

35:3    down then into a couple time frames before the law

35:4    change that set up a preferred drug list process,

35:5    as the undersecretary, you understood that

35:6    Louisiana Medicaid could not legally restrict

35:7    payments for any FDA-approved product; is that

35:8    right?

| 35:14 - 36:4 | Castille 12/10/2009 | 00:00:43   00:19:11   00:56:44 | V501.39 |
|---|---|---|---|

35:14    Q:  I'm asking for your understanding as

35:15    undersecretary.

35:16    A:  That is my understanding, yes, that is correct.

35:17    Q:  And never tried to do so, to your knowledge?

35:18    A:  Not to my knowledge.

35:19    Q:  And it would be strictly relying upon, again, the

35:20    FDA's determination that a product has been

35:21    approved for use by a prescribing doctor to a

35:22    patient?

35:23    A:  That is correct, that's my understanding.

35:24    Q:  And is it your understanding that the State of

35:25    Louisiana did not then, and does not currently,

36:1    make some determination independent of the FDA

36:2    whether a drug is safe and effective; is that

36:3    correct?

36:4    A:  That's my understanding, that is correct.

| 37:4 - 38:4 | Castille 12/10/2009 | 00:01:09   00:19:54   00:56:01 | V501.40 |
|---|---|---|---|

37:4    Q:  Now, Mr. Castille, let me show you what's been

Link > 2031.1    37:5    marked as Exhibit 6 to your deposition.

37:6    A:  Yes, I see it.

37:7    Q:  This is -- do you recognize this document?

| Link > 2031.1.1 | 37:8 | A:   Yes. It appears to be the minutes of the Medicaid |
|---|---|---|
| | 37:9 | Pharmaceutical & Therapeutics Committee meeting of |
| | 37:10 | August 8th, 2001. |
| | 37:11 | Q:   And it obviously lists all the people who were |
| | 37:12 | present at the meeting, the P&T members, some |
| | 37:13 | people were absent, and then it shows DHH staff; |
| | 37:14 | is that right? |
| | 37:15 | A:   Yes. |
| | 37:16 | Q:   And it shows that you were present at this |
| | 37:17 | meeting? |
| | 37:18 | A:   Yes, it does. |
| Link > 2031.2.4 | 37:19 | Q:   If you look at page 2, at the very top it talks |
| | 37:20 | about 'Secretary David Hood opened the meeting by |
| | 37:21 | introducing the DHH staff. He gave a brief |
| | 37:22 | synopsis of a legislation that has become Act |
| | 37:23 | 395.' |
| | 37:24 | Is it your recollection that this was the |
| | 37:25 | first meeting of the P&T Committee that had been |
| | 38:1 | established as a result of the law change that we |
| | 38:2 | talked about? |
| | 38:3 | A:   Yes, that is my recollection. The timing would |
| | 38:4 | have been about then, yes. |

**38:5-38:14**      Castille 12/10/2009      00:00:25   00:21:03   00:54:52      V501.41

| Link > 2031.2.5 | 38:5 | Q:   And it talks about that the act requires that the |
|---|---|---|
| | 38:6 | committee -- that's the P&T Committee, right? |
| | 38:7 | A:   Correct. |
| | 38:8 | Q:   -- determine the effectiveness of drugs based on |
| | 38:9 | medical evidence and to determine cost |
| | 38:10 | effectiveness of drugs, not based solely on their |
| | 38:11 | costs, but also on the cost of avoiding illness or |
| | 38:12 | hospitalizations. And Mr. Hood stated the |
| | 38:13 | committee must assure its integrity and |
| | 38:14 | credibility. |

**38:15-38:17**      Castille 12/10/2009      00:00:04   00:21:28   00:54:27      V501.42

| | 38:15 | A:   That is what it says, yes. |
|---|---|---|
| | 38:16 | Q:   And do you agree with that statement? |
| | 38:17 | A:   Yes. |

**38:18-38:21**      Castille 12/10/2009      00:00:19   00:21:32   00:54:23      V501.43

| Link > Hide | 38:18 | Q:   That the idea was that the P&T Committee would be |
|---|---|---|
| | 38:19 | a group that would make evidence-based decisions |
| | 38:20 | about which product should be on the preferred |
| | 38:21 | drug list, or the not preferred drug list; is that |

**38:22-39:4**      Castille 12/10/2009      00:00:22   00:21:51   00:54:04      V501.44

| | 38:22 | correct? |
|---|---|---|

Castille DA, PA, DC, PC Merged on 04-05-10

| | | |
|---|---|---|
| 38:23 | A: | Yes, that's my understanding. |
| 38:24 | Q: | And that they should consider in that |
| 38:25 | | medical-evidence-based determination not only the |
| 39:1 | | individual cost of a product, but the cost of |
| 39:2 | | avoiding illness and hospitalizations in making |
| 39:3 | | those determinations? |
| 39:4 | A: | Yes, that is correct. |

**39:12 - 39:18**   Castille 12/10/2009   00:00:19   00:22:13   00:53:42   V501.45

| | | |
|---|---|---|
| 39:12 | Q: | And the committee -- it was very important to have |
| 39:13 | | the committee be viewed as having high integrity |
| 39:14 | | and independence and credibility; is that correct? |
| 39:15 | A: | Yes, that was important. |
| 39:16 | Q: | And is that, in your experience, how that has |
| 39:17 | | worked? |
| 39:18 | A: | Generally, yes, I think that is how it has worked. |

**40:10 - 40:16**   Castille 12/10/2009   00:00:31   00:22:32   00:53:23   V501.46

| | | |
|---|---|---|
| 40:10 | Q: | Do you recall that, first of all, when the law |
| 40:11 | | changed in 2001 to, for the first time, permit |
| 40:12 | | some type of potential restriction, prior |
| 40:13 | | authorization on reimbursements for FDA-approved |
| 40:14 | | products, that the State hired University of |
| 40:15 | | Louisiana Monroe School of Pharmacy to act as a |
| 40:16 | | consultant to DHH? |

**40:21 - 41:21**   Castille 12/10/2009   00:01:19   00:23:03   00:52:52   V501.47

| | | |
|---|---|---|
| 40:21 | | I do recall that, yes. |
| 40:22 | | BY MR. SALES: |
| 40:23 | Q: | Were you involved in that process of hiring or |
| 40:24 | | retaining ULM? |
| 40:25 | A: | Yes, I was. |
| 41:1 | Q: | Okay. And Dr. Gina Biglane, who was the |
| 41:2 | | pharmacist, Pharm.D. at ULM, was the person that |
| 41:3 | | the State retained to help in that process? |
| 41:4 | A: | As I recall, yes, it was her. |
| 41:5 | Q: | And obviously the State of Louisiana DHH had a |
| 41:6 | | significant budget to go out, and if they needed |
| 41:7 | | to, to hire credible, well-experienced experts to |
| 41:8 | | help consult, correct? |
| 41:9 | A: | Yes, that was -- we had the -- we had the |
| 41:10 | | administrative funding to be able to hire the |
| 41:11 | | kinds of people that we needed to make this work. |
| 41:12 | Q: | And ULM is still acting as a consultant, |
| 41:13 | | currently? |
| 41:14 | A: | Yes, that's my understanding. |
| 41:15 | Q: | Have they, in your opinion, done a very |

41:16     professional, credible job in consulting with the

41:17     State in their role as both originally dealing

41:18     with setting up the prior authorization process as

41:19     well as implementing that process?

41:20     A:  Yes, I think they have done a pretty good job.

41:21     I've -- I've always been pleased with their work.

---

**43:20 -45:20**    Castille 12/10/2009       00:02:51   00:24:22   00:51:33        V501.48

43:20     Q:  Do you recall that there was obviously some time

43:21     necessary to establish a significant change in the

43:22     way the Medicaid program had been run in Louisiana

43:23     to set up a P&T Committee and set up the process

43:24     from when the law changed until that first class

43:25     of drugs was actually reviewed and decisions were

44:1     made?

44:2     A:  Yes, that -- that did not happen overnight.

44:3     Q:  Do you recall when it -- that first review

44:4     happened? Was it in 2002?

44:5     A:  Yes, I think it was. I think there were some

44:6     meetings in 2001, generally kind of setting out --

44:7     first of all, appointing the P&T Committee, and

44:8     then briefing them on their role, and then

44:9     meetings then -- later meetings really addressed

44:10     the issue of establishing the preferred drug list.

44:11     And so I don't recall specifically if

44:12     anything was done in 2001 with regard to the PDL,

44:13     but certainly in 2002, there were meetings

44:14     specifically with regard to the issue of

44:15     establishing the PDL.

44:16     Q:  Okay. And so -- and we have -- we'll go through

44:17     some of these meetings, but it's fair to say that

44:18     at least through 2002, did you understand that

44:19     Vioxx was in a group called a COX-2 inhibitor?

44:20     A:  I didn't -- I was not aware of that at the time.

44:21     Q:  Is that familiar with you now, as far as just the

44:22     class?

44:23     A:  Yes, now. Now I am obviously familiar with it.

44:24     Q:  All right. And it's part of a larger group of

44:25     traditional NSAIDs, nonsteroidal anti-inflammatory

45:1     drugs?

45:2     A:  That's my understanding, yes.

45:3     Q:  All right. And so going back before this process

45:4     was instituted after the law changed, those drugs

45:5     were all automatically covered without restriction

45:6     by Louisiana Medicaid?

45:7     A:  That was my understanding, yes.

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 45:8 | Q: And the drug manufacturer, you know, had nothing |
|---|---|
| 45:9 | to do with regard to making some type of |
| 45:10 | presentation or representation or submitting |
| 45:11 | anything; if it was an FDA-approved product, it |
| 45:12 | was approved? |
| 45:13 | A: That is my understanding how it happened, yes, how |
| 45:14 | it -- how it worked. |
| 45:15 | Q: How it worked. |
| 45:16 | And so, for example, Merck -- nothing Merck |
| 45:17 | said or did with regard to Vioxx had anything to |
| 45:18 | do with the State of Louisiana covering Vioxx in |
| 45:19 | 1999 and 2000 and 2001 until those products were |
| 45:20 | reviewed, correct? |

| **45:24 – 45:24** | Castille 12/10/2009 | 00:00:02 | 00:27:13 | 00:48:42 | V501.49 |
|---|---|---|---|---|---|
| | 45:24 | That is my understanding, yes. | | | |

| **46:1 – 46:4** | Castille 12/10/2009 | 00:00:13 | 00:27:15 | 00:48:40 | V501.50 |
|---|---|---|---|---|---|
| | 46:1 | Q: And so you would agree with me, you know, the | | | |
| | 46:2 | State of Louisiana covering Vioxx for Medicaid in | | | |
| | 46:3 | that time frame had nothing to do with any type of | | | |
| | 46:4 | representation or misrepresentation by Merck? | | | |

| **46:12 – 46:14** | Castille 12/10/2009 | 00:00:06 | 00:27:28 | 00:48:27 | V501.51 |
|---|---|---|---|---|---|
| | 46:12 | Yes, that is my understanding, that it | | | |
| | 46:13 | was based on the fact that they were | | | |
| | 46:14 | approved by the FDA. | | | |

| **47:8 – 49:2** | Castille 12/10/2009 | 00:02:02 | 00:27:34 | 00:48:21 | V501.52 |
|---|---|---|---|---|---|
| Link > 2041.1 | 47:8 | Q: Mr. Castille, let me show you what's been marked | | | |
| | 47:9 | as Exhibit 8 to your deposition. | | | |
| | 47:10 | Do you recognize that document? | | | |
| Link > 2041.1.1 | 47:11 | A: Yes, I do. It's the minutes of the Medicaid | | | |
| | 47:12 | Pharmaceutical & Therapeutics Committee meeting of | | | |
| | 47:13 | January 9th, 2002. | | | |
| | 47:14 | Q: And it appears at this meeting, you were present; | | | |
| | 47:15 | is that right? | | | |
| | 47:16 | A: Yes, it does. It shows my -- that I was present. | | | |
| Link > 2041.2.1 | 47:17 | Q: Under -- on page 2, under 'New Business' -- | | | |
| | 47:18 | A: Yes, I see. | | | |
| | 47:19 | Q: -- under the 'Current Program Coverage, | | | |
| | 47:20 | and New Drugs,' B, do you see that? | | | |
| | 47:21 | A: Yes, I do. | | | |
| | 47:22 | Q: It looks like Ms. Terrebonne was giving a | | | |
| | 47:23 | presentation under 'Drugs Currently Covered by the | | | |
| | 47:24 | Program.' | | | |
| | 47:25 | Do you see that? | | | |
| | 48:1 | A: Yes, I do. | | | |

48:2    Q:  It says, 'Ms. Terrebonne presented the
48:3       Department's' -- she's talking about DHH?
48:4    A:  Yes. Yes, she would be.
48:5    Q:  -- 'presented the Department's recommendation that
48:6       all drugs which are currently covered will remain
48:7       in payable status without requiring prior
48:8       authorization until the P&T Committee reviews
48:9       drugs or therapeutic classes under the
48:10      pharmacopeia' -- I always mispronounce that --
48:11      'process and makes decisions.'
48:12   A:  Yes, that's -- that's what the statement says.
48:13   Q:  And that's how it worked?
48:14   A:  Yes, that's my understanding.

Link > Hide    48:15   Q:  So in other words, all FDA-approved products were
48:16      covered without restriction, fully reimbursed, as
48:17      long as they were FDA-approved, until they went
48:18      through a review process by the P&T Committee and
48:19      a decision was made; for example, if they were on
48:20      the non-preferred drug list prior authorization,
48:21      that would be the first time that drug or that
48:22      class would be in any way restricted under
48:23      Louisiana Medicaid?
48:24   A:  Yes, that was my understanding of how it would
48:25      work.
49:1    Q:  And that's how it did work?
49:2    A:  Yes, that's -- that is correct.

---

**49:6-49:7**   Castille 12/10/2009        00:00:04   00:29:36   00:46:19        V501.53
Link > 2044.1.1   49:6    Q:  Mr. Castille, what is Exhibit 9 to your
49:7       deposition?

---

**49:8-49:13**   Castille 12/10/2009        00:00:16   00:29:40   00:46:15        V501.54
49:8    A:  It shows this as the Medicaid Pharmaceutical &
49:9       Therapeutics Committee meeting of March 6th, 2002
49:10      minutes.
49:11   Q:  And it looks like at this meeting, you were
49:12      present?
49:13   A:  Yes, it indicates that I was present.

---

**49:14-50:4**   Castille 12/10/2009        00:00:51   00:29:56   00:45:59        V501.55
Link > 2044.2.2   49:14   Q:  And if you see under the minutes for the
49:15      March 6th, 2002 meeting, under 'Old Business,' it
49:16      reports that -- Prior Authorization Status
49:17      Reports, that Mrs. Terrebonne and Dr. Gina
49:18      Biglane -- you understand that she's at ULM?
49:19   A:  That is correct, yes.
49:20   Q:  The State's consultant, right?

Castille DA, PA, DC, PC Merged on 04-05-10

|  | | |
|---|---|---|
| | 49:21 | A:  That is my understanding, yes. |
| | 49:22 | Q:  -- gave status reports on the Prior Authorization |
| | 49:23 | Project. |
| | 49:24 | Is it fair to say at this point in time that |
| | 49:25 | the prior authorization system was not yet up and |
| | 50:1 | running? |
| Link > 2044.2.3 | 50:2 | A:  Yes, the notes indicate that there were delays, so |
| | 50:3 | that -- and that the minutes indicate that the |
| Link > 2044.2.4 | 50:4 | realistic target date would be April of 2002. |

| **50:5 -51:24** | Castille 12/10/2009 | 00:02:26   00:30:47   00:45:08 | V501.56 |
|---|---|---|---|
| Link > 2044.3.1 | 50:5 | Q:  And if you look under 'New Business' on page 3, | |
| | 50:6 | under B, 'Provider Synergies,' it talks about | |
| | 50:7 | Dr. -- Secretary Hood informing the committee that | |
| | 50:8 | he had invited Mr. Terry Taylor and Mr. David | |
| | 50:9 | Mederedeff from Provider Synergies to attend the | (Edited) |
| | 50:10 | meeting and present their experiences with the | |
| | 50:11 | Florida Medicaid prior authorization and | |
| | 50:12 | supplemental rebate process. | |
| | 50:13 | A:  Yes, the minutes do indicate that, and that was | |
| | 50:14 | my -- that was my remembrance. | |
| | 50:15 | Q:  You actually recall this? This is a significant | |
| | 50:16 | meeting, right, in the sense that you were talking | |
| | 50:17 | about hiring a new consultant to work on this new | |
| | 50:18 | prior authorization process? | |
| | 50:19 | A:  Yes, it was significant. | |
| | 50:20 | Q:  It says that Dr. -- excuse me, Mr. Hood indicated | |
| | 50:21 | it was the Department's intent to utilize their | |
| | 50:22 | services in Louisiana and would be asking for the | |
| | 50:23 | committee's consent after the presentation. | |
| | 50:24 | And then Mr. Terry Taylor, the president of | |
| | 50:25 | Provider Synergies, made a presentation on the | |
| | 51:1 | Florida experience; is that correct? | |
| | 51:2 | A:  Yes, that is -- that's what the minutes indicate. | |
| | 51:3 | That was what I remember. | |
| | 51:4 | Q:  And Provider Synergies, the recommendation was | |
| | 51:5 | approved and Provider Synergies was hired? | |
| | 51:6 | A:  Yes, that was my recollection. | |
| | 51:7 | Q:  Were you involved in the selection process for | |
| | 51:8 | Provider Synergies? | |
| | 51:9 | A:  Yes, I was. | |
| | 51:10 | Q:  Can you explain that a little bit? | |
| | 51:11 | A:  It was related really to Provider Synergies' | |
| | 51:12 | experience in Florida, and the fact that Florida, | |
| | 51:13 | after some -- Florida had developed, really, to my | |
| | 51:14 | understanding, the first preferred drug list among | |

**Castille DA, PA, DC, PC Merged on 04-05-10**

Link > Hide

| | |
|---|---|
| 51:15 | the states, and there was litigation involving |
| 51:16 | that. |
| 51:17 | And ultimately, as a result of that |
| 51:18 | litigation, the district court indicated that |
| 51:19 | Florida was -- that the use of a preferred drug |
| 51:20 | list and State supplemental rebates were allowable |
| 51:21 | under Medicaid law. And Provider Synergies was |
| 51:22 | the contractor that Florida had used to develop |
| 51:23 | its program. |
| 51:24 | Q:  And so the State of Louisiana decided to hire |

---

**51:25 -52:4**    Castille 12/10/2009          00:00:11   00:33:13   00:42:42                    V501.57

| | |
|---|---|
| 51:25 | them, with their expertise and experience with |
| 52:1 | Florida, to come over and act as the consultant on |
| 52:2 | the preferred drug list prior authorization |
| 52:3 | program for Louisiana? |
| 52:4 | A:  That is correct. |

---

**52:5 -52:14**    Castille 12/10/2009          00:00:31   00:33:24   00:42:31                    V501.58

| | |
|---|---|
| 52:5 | Q:  Did you actually have any involvement in |
| 52:6 | negotiating with Provider Synergies their |
| 52:7 | contract? |
| 52:8 | A:  Yes, to some -- to some extent, I was involved. |
| 52:9 | Q:  And was it your understanding that Provider |
| 52:10 | Synergies was going to -- represented, and in fact |
| 52:11 | did bring expertise to looking at classes of drugs |
| 52:12 | independently, making a recommendation to the P&T |
| 52:13 | Committee based on those classes of drugs for the |
| 52:14 | PDL list? |

---

**52:15 -53:3**    Castille 12/10/2009          00:00:33   00:33:55   00:42:00                    V501.59

| | |
|---|---|
| 52:15 | A:  That was my understanding, yes. |
| 52:16 | Q:  And they had that experience, and you believe they |
| 52:17 | had that expertise to do that? |
| 52:18 | A:  I did. |
| 52:19 | Q:  And was part of what they -- you understood that |
| 52:20 | they were being hired to do, and the expertise |
| 52:21 | that they had is that they could do a cost |
| 52:22 | analysis of these drug classes, negotiate |
| 52:23 | supplemental rebates to get the State of Louisiana |
| 52:24 | the best deal that it could for those drugs, and |
| 52:25 | then make a recommendation overall based upon that |
| 53:1 | cost analysis, as well as their independent |
| 53:2 | clinical review? |
| 53:3 | A:  Yes, that was my understanding. |

---

**53:7 -53:10**    Castille 12/10/2009          00:00:12   00:34:28   00:41:27                    V501.60

| | |
|---|---|
| 53:7 | Q:  And in your experience in working with Provider |

Castille DA, PA, DC, PC Merged on 04-05-10

| | |
|---|---|
| 53:8 | Synergies, is that what they've done? |
| 53:9 | A:  In my -- based on my experience, yes, that is what |
| 53:10 | they have done. |

**54:6 - 54:11**   Castille 12/10/2009      00:00:19   00:34:40   00:41:15      V501.62

| | |
|---|---|
| 54:6 | Q:  Do you recall the process being that they were |
| 54:7 | going to look at peer-reviewed clinical published |
| 54:8 | data and FDA labeling as a primary source of what |
| 54:9 | their recommendations were going to be, other than |
| 54:10 | the cost side? |
| 54:11 | A:  Yes, that was my understanding. |

**54:15 - 56:18**   Castille 12/10/2009      00:03:10   00:34:59   00:40:56      V501.63

Link > 2045.1.1

| | |
|---|---|
| 54:15 | Q:  Mr. Castille, Exhibit 10 to your deposition, can |
| 54:16 | you tell the jury what that is? |
| 54:17 | A:  Yes, this is a copy of the contract between the |
| 54:18 | Department of Health and Hospitals and Provider |
| 54:19 | Synergies dated March 19th, 2002 until March 18th, |
| 54:20 | 2005. |
| 54:21 | Q:  Is that consistent with your recollection as to |
| 54:22 | the time frame that Provider Synergies was hired? |
| 54:23 | I think we saw the March 2002 minutes where the |
| 54:24 | recommendation was made, so to your recollection, |
| 54:25 | is it that Provider Synergies became the |
| 55:1 | consultant, that independent consultant to the |
| 55:2 | State, on March 19th, 2002? |
| 55:3 | A:  Yes, that is my recollection. |
| 55:4 | Q:  And it appears that the State agreed to -- well, |
| 55:5 | as I understand it, and correct me if I'm |
| 55:6 | misunderstanding it, is that the State agreed to |
| 55:7 | pay a monthly fee to Provider Synergies, not to |
| 55:8 | exceed 7.56 million over the term of the contract, |
| 55:9 | is that -- |
| 55:10 | A:  That is correct, the maximum contract amount is |
| 55:11 | 7.56 million. It was based on a -- I'm trying to |
| 55:12 | see the payment provisions, but I understand it |
| 55:13 | was monthly payments. |
| 55:14 | Q:  There was also -- do you recall that, at least on |
| 55:15 | this first contract, that there was also some |
| 55:16 | incentive payments, that Provider Synergies would |
| 55:17 | receive some percentage bonus if -- for every |
| 55:18 | $15 million of savings the State of Louisiana |
| 55:19 | received? |
| 55:20 | A:  I don't remember the exact number, but I do recall |
| 55:21 | there was an incentive payment provision. |
| 55:22 | Q:  I think if you look at the Bates number at the |
| 55:23 | bottom of 2850, that page, there's a chart set |

Link > 2045.13.1

55:24    forth there that talks about savings and

55:25    performance bonuses.

56:1    A:  Yes, I see it.

56:2    Q:   So it looks like after 20 million, about every

56:3    $15 million, they would receive another $250,000

56:4    bonus?

56:5    A:  Yes, that is correct.

56:6    Q:   And do you recall Provider Synergies meeting these

56:7    performance savings goals and actually receiving

56:8    performance bonuses?

56:9    A:  As I recall, they did.

56:10    Q:   So they -- I take it you put this in here on

56:11    behalf of DHH to incentivize them to do a good job

56:12    on the cost savings component, right?

56:13    A:  Yes. That was the rationale.

Link > Hide    56:14    Q:   And obviously they were also charged with

56:15    negotiating supplemental rebates with

56:16    manufacturers as part of recommendations to be on

56:17    the preferred drug list?

56:18    A:   That is correct.

---

**56:19-56:24**    Castille 12/10/2009    00:00:14    00:38:09    00:37:46    V501.64

56:19    Q:   Do you recall that if companies didn't agree to

56:20    the supplemental rebates, that was going to

56:21    obviously be a negative factor in recommendation

56:22    for their products to be on the preferred drug

56:23    list?

56:24    A:   Yes, that was my recollection.

---

**56:25-57:21**    Castille 12/10/2009    00:01:04    00:38:23    00:37:32    V501.65

56:25    Q:   And do you recall Merck initially not agreeing to

57:1    supplemental rebates in 2002 with regard to Merck

57:2    products?

57:3    A:   Yes, I do recall that.

57:4    Q:   And we're going to get into a couple -- the

57:5    minutes coming forward, but do you recall that

57:6    that was a -- that was the significant reason that

57:7    some of its products were put on the original

57:8    non-preferred drug list?

57:9    A:   Yes, that was generally the reason.

57:10    Q:   And do you recall that in 2003 that Merck agreed

57:11    to negotiate supplemental rebates through Provider

57:12    Synergies with the State of Louisiana, and that

57:13    that was obviously a welcome development, from

57:14    your perspective?

57:15    A:   I don't recall the exact date, but I do recall

57:16    Merck did -- changed their minds and did agree to

Castille DA, PA, DC, PC Merged on 04-05-10

| | |
|---|---|
| 57:17 | participate in the program. |
| 57:18 | Q:  I mean, when they did that, some of those products |
| 57:19 | that had originally been put on non-preferred were |
| 57:20 | recommended be put on the preferred? |
| 57:21 | A:  As I recall, yes, that did occur. |

| 58:21 -59:22 | Castille 12/10/2009 | 00:01:17   00:39:27   00:36:28 | V501.66 |
|---|---|---|---|

| | |
|---|---|
| 58:21 | Q:  But it was your view and the department's view |
| 58:22 | that Provider Synergies had done a good job? |
| 58:23 | A:  Yes. |
| 58:24 | Q:  And that they had done what they had said, that |
| 58:25 | they would negotiate these supplemental rebates, |
| 59:1 | and that they would be -- they would do an |
| 59:2 | independent review and make independent |
| 59:3 | recommendations to the committee? |
| 59:4 | A:  Yes, they had complied with the terms of their |
| 59:5 | previous contract, and we felt they had done a |
| 59:6 | good job. |
| 59:7 | Q:  I take it obviously as of November of 2004, you |
| 59:8 | did not have any complaints that they had made |
| 59:9 | improper recommendations about drug products for |
| 59:10 | the preferred drug list? |
| 59:11 | A:  No, I -- I do not recall of any complaints. |
| 59:12 | Q:  And I take it that's generally true, and also |
| 59:13 | specifically true with regard to Merck or with |
| 59:14 | regard to Vioxx; there were no complaints about |
| 59:15 | any recommendations that Provider Synergies had |
| 59:16 | made to the P&T Committee about Vioxx? |
| 59:17 | A:  I do not recall any such complaints. |
| 59:18 | Q:  Even to today, are you aware of any such |
| 59:19 | complaints? |
| 59:20 | A:  I am -- I'm not aware of any complaints about the |
| 59:21 | quality of the work of Provider Synergies |
| 59:22 | generally, or with respect to Merck and Vioxx. |

| 60:22 -61:9 | Castille 12/10/2009 | 00:00:32   00:40:44   00:35:11 | V501.67 |
|---|---|---|---|

| | |
|---|---|
| 60:22 | Q:  And do you recall that Provider Synergies, |
| 60:23 | obviously they were negotiating with the |
| 60:24 | manufacturers once they got those notices for |
| 60:25 | supplemental rebates, and they were also doing an |
| 61:1 | independent clinical review, right? |
| 61:2 | A:  That is correct. That's my recollection of what |
| 61:3 | they did. |
| 61:4 | Q:  And they would prepare what's called class |
| 61:5 | monographs? |
| 61:6 | A:  Yes, that is correct. |
| 61:7 | Q:  Did you see the class monographs? |

| | | |
|---|---|---|
| | 61:8 | A: I saw some of them. Didn't always know what they |
| | 61:9 | said, but I saw some of them. |

**61:10-61:21**  Castille 12/10/2009          00:00:32  00:41:16  00:34:39          V501.68

| | | |
|---|---|---|
| | 61:10 | (Exhibit Castille-12 was marked for |
| | 61:11 | identification.) |
| | 61:12 | BY MR. SALES: |
| Link > CAS12.1.1 | 61:13 | Q: Exhibit 12 to your deposition, Mr. Castille, |
| | 61:14 | appears to be the first class monograph dated |
| | 61:15 | February 2002 prepared by Provider Synergies for |
| | 61:16 | COX-2 inhibitors; is that correct? |
| | 61:17 | A: Yes, that is correct. |
| | 61:18 | Q: Do you recall seeing this particular monograph? |
| | 61:19 | A: I don't recall specifically, but generally, I |
| | 61:20 | think I probably would have seen it. But I can't |
| | 61:21 | say for sure. |

**62:5-63:9**  Castille 12/10/2009          00:01:25  00:41:48  00:34:07          V501.69

| | | |
|---|---|---|
| | 62:5 | Q: Mr. Castille, would you read these monographs if |
| | 62:6 | you received them? |
| | 62:7 | A: Yes, I would. Not in any great detail, obviously. |
| | 62:8 | I'm not a pharmacist. But generally, I would read |
| | 62:9 | them. |
| Link > CAS12.6.2 | 62:10 | Q: If you look at page 6 of that original monograph, |
| | 62:11 | there's a section called 'Cardiovascular |
| | 62:12 | Concerns.' |
| | 62:13 | A: Yes, I see that. |
| | 62:14 | Q: And if you see within that section of |
| | 62:15 | cardiovascular concerns prepared by Provider |
| | 62:16 | Synergies in February 2002, it discusses a couple |
| | 62:17 | of different clinical trials. Do you see that, |
| | 62:18 | the VIGOR trial? |
| | 62:19 | A: Yes. |
| | 62:20 | Q: And the CLASS trial? |
| | 62:21 | A: Yes, I see that. |
| | 62:22 | Q: It goes into some discussion about these studies |
| | 62:23 | and about the potential cardiovascular concerns of |
| | 62:24 | COX-2 inhibitors; is that correct? |
| | 62:25 | A: That is correct. |
| | 63:1 | Q: This monograph would have gone to the P&T |
| | 63:2 | Committee members? |
| | 63:3 | A: Yes, it would have. |
| | 63:4 | Q: As I understood it, this would go to the P&T |
| | 63:5 | Committee members sometime before the meeting so |
| | 63:6 | that they would have a chance to review, and if |
| | 63:7 | they had any questions, they could raise them with |
| | 63:8 | Provider Synergies? |

Castille DA, PA, DC, PC Merged on 04-05-10

|  | 63:9 | A: Yes, that was my understanding. |  |
|---|---|---|---|
| **63:13 - 64:10** | Castille 12/10/2009 | 00:01:28   00:43:13   00:32:42 | V501.7 |

|  | 63:13 | Q: Exhibit 13, Mr. Castille, what is Exhibit 13? |
|---|---|---|
| | 63:14 | A: It's the minutes to the Medicaid Pharmaceutical & |
| | 63:15 | Therapeutics Committee meeting of May 8th, 2002. |
| | 63:16 | Q: And are you present at that meeting? |
| | 63:17 | A: Yes, it indicates that I was present. |
| | 63:18 | Q: Do you recall that COX-2s and NSAIDs and some |
| | 63:19 | other drugs were being -- we saw that first group |
| | 63:20 | of drugs or classes of drugs that were going to be |
| | 63:21 | reviewed, and that did not include COX-2s. |
| | 63:22 | Do you recall that the -- that COX-2s were |
| | 63:23 | included in the second group of review? |
| | 63:24 | A: I don't recall specifically. I know ultimately |
| | 63:25 | they were reviewed. |
| | 64:1 | Q: And does it appear that they were reviewed at this |
| Link > 2070.7.1 | 64:2 | May 8, 2002 meeting? Specifically if you look at |
| | 64:3 | item number 11. |
| | 64:4 | A: Yes. It indicates that they were reviewed. |
| | 64:5 | Q: And at this May 8, 2002, it was recommended that |
| | 64:6 | Bextra and Celebrex be included on the preferred |
| | 64:7 | drug list, no prior authorization required, and |
| | 64:8 | that Vioxx be included on the non-preferred drug |
| | 64:9 | list, prior authorization required, correct? |
| Link > Hide | 64:10 | A: That is correct. |

Link > 2070.1.1

| **64:11 - 64:15** | Castille 12/10/2009 | 00:00:13   00:44:41   00:31:14 | V501.71 |
|---|---|---|---|

|  | 64:11 | Q: And based upon what we talked about earlier, this |
|---|---|---|
| | 64:12 | would have been the first time that Vioxx or |
| | 64:13 | COX-2s would have been reviewed under the new law; |
| | 64:14 | is that right? |
| | 64:15 | A: That's my recollection, yes. |

| **64:16 - 64:18** | Castille 12/10/2009 | 00:00:09   00:44:54   00:31:01 | V501.72 |
|---|---|---|---|

|  | 64:16 | Q: And this would have been the first time that there |
|---|---|---|
| | 64:17 | could have been any restriction placed by |
| | 64:18 | Louisiana Medicaid on Vioxx or other COX-2s? |

| **64:22 - 65:3** | Castille 12/10/2009 | 00:00:15   00:45:03   00:30:52 | V501.73 |
|---|---|---|---|

|  | 64:22 | THE WITNESS: |
|---|---|---|
| | 64:23 | Yes, that's my understanding. |
| | 64:24 | BY MR. SALES: |
| | 64:25 | Q: And you recall that prior to this recommendation |
| | 65:1 | being made that Merck had not agreed to pay the |
| | 65:2 | supplemental rebates; is that right? |
| | 65:3 | A: Yes, that is my recollection. |

| **65:7 - 67:5** | Castille 12/10/2009 | 00:02:26   00:45:18   00:30:37 | V501.74 |
|---|---|---|---|

| | | |
|---|---|---|
| Link > 2071.1 | 65:7 | Q:  Mr. Castille, Exhibit 14 is the transcript from |
| | 65:8 | the P&T Committee meeting of May 8, 2002 from |
| | 65:9 | which we just reviewed the minutes; is that |
| | 65:10 | correct? |
| | 65:11 | A:  Yes, that appears to be the case, yes. |
| | 65:12 | Q:  And again, you were at that meeting? |
| | 65:13 | A:  Yes, I was. |
| Link > 2071.36 | 65:14 | Q:  And I want to ask you to turn to page Bates number |
| | 65:15 | 2643. |
| | 65:16 | A:  Yes. |
| | 65:17 | Q:  Do you recall Valerie Taylor being the person at |
| | 65:18 | Provider Synergies who was knowledgeable about and |
| | 65:19 | made presentations about these classes of drugs |
| | 65:20 | that were being reviewed to the P&T Committee? |
| | 65:21 | A:  Yes. Yes, I do. |
| | 65:22 | Q:  And it's true that at these meetings, the way that |
| | 65:23 | it was designed to work, and did in fact work, was |
| | 65:24 | that Provider Synergies would provide a monograph |
| | 65:25 | of the class before the meetings and then make |
| | 66:1 | their presentation about those class of drugs at |
| | 66:2 | the meeting, and P&T members could ask Valerie |
| | 66:3 | Taylor or the other Provider Synergies |
| | 66:4 | representative questions? |
| | 66:5 | A:  Yes, that's my recollection. |
| | 66:6 | Q:  Drug manufacturers such as Merck were not -- they |
| | 66:7 | didn't get up and make presentations about their |
| | 66:8 | products, right? |
| | 66:9 | A:  No. That's not the way it worked. |
| | 66:10 | Q:  In fact, it was designed not to do that, that the |
| | 66:11 | independent review and recommendations were |
| | 66:12 | supposed to be done by Provider Synergies, right? |
| | 66:13 | A:  Correct. That is correct. |
| | 66:14 | Q:  And that's how it worked for Vioxx? |
| | 66:15 | A:  Yes, that's my recollection that's how it worked. |
| Link > 2071.36.4 | 66:16 | Q:  And if you see, Ms. Taylor makes a presentation |
| | 66:17 | about COX-2 inhibitors, as you see there on page |
| | 66:18 | 146 of the transcript, talking about the three |
| | 66:19 | products, Celebrex, Vioxx and Bextra, right? |
| | 66:20 | A:  That is correct. |
| Link > 2071.36.3 | 66:21 | Q:  And under -- as you go down on page 147, she |
| | 66:22 | talked about 'There have been some trials for some |
| | 66:23 | of the products showing that there's an increased |
| | 66:24 | risk of GI effects. Latest information in this |
| | 66:25 | class, there's been a lot of looking at do the |
| | 67:1 | products increase cardiovascular concerns, do they |
| | 67:2 | increase edema.' |

**Castille DA, PA, DC, PC Merged on 04-05-10**

|       |       |                                 |
|-------|-------|---------------------------------|
| 67:3  | A:    | Yes, I see that.                |
| 67:4  | Q:    | Do you see that?                |
| 67:5  | A:    | Yes, I do.                      |

---

**67:18-68:1**   Castille 12/10/2009          00:00:35   00:47:44   00:28:11          V501.75

Link > 2071.36.1

| 67:18 | Q:   | And if you go on to page 149, she's talking about |
| 67:19 |      | the cost issue of the three products. |
| 67:20 |      | Do you see that? |
| 67:21 | A:   | Yes. |
| 67:22 | Q:   | And at the end of the -- this process, as we saw |
| 67:23 |      | in the minutes, they recommended that Bextra and |
| 67:24 |      | Celebrex be on the preferred drug list and Vioxx |
| 67:25 |      | be on the non-preferred drug list? |

Link > Hide

| 68:1  | A:   | Yes, that is my recollection. |

---

**68:2-68:10**   Castille 12/10/2009          00:00:33   00:48:19   00:27:36          V501.76

| 68:2  | Q:   | And do you recall at that point in time that |
| 68:3  |      | Pfizer had in fact agreed to the supplemental |
| 68:4  |      | rebates that Merck had not agreed to? |
| 68:5  | A:   | Not specifically. I knew that -- I didn't -- I |
| 68:6  |      | didn't understand necessarily that Pfizer was a |
| 68:7  |      | competing manufacturer of a COX-2 at that time. |
| 68:8  |      | Of course, now I know, but -- so I can't say for |
| 68:9  |      | sure that -- but -- but I do know that Pfizer did |
| 68:10 |      | participate and Merck did not. |

---

**68:11-68:14**   Castille 12/10/2009          00:00:09   00:48:52   00:27:03          V501.77

| 68:11 | Q:   | And that, as you said, was the significant part of |
| 68:12 |      | the decision on recommending which one was on the |
| 68:13 |      | preferred drug list and which was not? |
| 68:14 | A:   | Yes. |

---

**68:15-68:24**   Castille 12/10/2009          00:00:24   00:49:01   00:26:54          V501.78

| 68:15 | Q:   | And we're going to go through this in a minute; |
| 68:16 |      | but this is just the recommendation, right? After |
| 68:17 |      | this process, the way it worked would have to be |
| 68:18 |      | that the P&T would accept the recommendations and |
| 68:19 |      | then submit them to you and to Secretary Hood to |
| 68:20 |      | sign off and accept those recommendations for the |
| 68:21 |      | preferred drug list; is that correct? |
| 68:22 | A:   | Well, specifically to Secretary Hood, to the |
| 68:23 |      | secretary -- ultimately the secretary made the |
| 68:24 |      | final decision. |

---

**68:25-69:10**   Castille 12/10/2009          00:00:28   00:49:25   00:26:30          V501.79

| 68:25 | Q:   | Was it your recollection that the P&T Committee |
| 69:1  |      | would typically follow the recommendations of the |
| 69:2  |      | independent expert, Provider Synergies? |
| 69:3  | A:   | It was my recollection, yes, in general, they |

|  | 69:4 | would. |
|---|---|---|
|  | 69:5 | Q:  Okay. Do you recall of any instance in which they |
|  | 69:6 | did not? |
|  | 69:7 | A:  There were instances, but I don't recall |
|  | 69:8 | specifically what drugs they were. |
|  | 69:9 | Q:  Not with regard to the COX-2 class? |
|  | 69:10 | A:  Not -- not to my recollection, no. |

**69:14-69:22**     Castille 12/10/2009                    00:00:33   00:49:53   00:26:02                    V501.80

Link > 2073.1     69:14     Q:  Exhibit 15, Mr. Castille, appears to be a letter
                  69:15     that went out from Mr. Bearden to prescribing
                  69:16     practitioners and pharmacy providers in the State
                  69:17     of Louisiana following these recommendations on
                  69:18     the new preferred drug list related to COX-2s; is
Link > 2073.1.1   69:19     that correct? It also relates to proton pump
                  69:20     inhibitors.
                  69:21     Do you see that third paragraph?
                  69:22     A:  Yes, that is correct.

**70:7-70:13**     Castille 12/10/2009                    00:00:19   00:50:26   00:25:29                    V501.81

Link > Hide       70:7      Q:  And this was -- as you understand it, was to
                  70:8      notify practitioners that if -- once the preferred
                  70:9      drug list comes out, if you prescribe the drugs
                  70:10     that are on the non-preferred drug list, you need
                  70:11     to get prior authorization?
                  70:12     A:  Yes, that was my understanding of how the process
                  70:13     would work.

**71:2-71:5**     Castille 12/10/2009                    00:00:07   00:50:45   00:25:10                    V501.82

                  71:2      Q:  And is that the way it was designed to be?
                  71:3      A:  It was.
                  71:4      Q:  Is that the way it actually worked?
                  71:5      A:  It's my understanding, yes, that's the way it was.

**73:6-73:8**     Castille 12/10/2009                    00:00:10   00:50:52   00:25:03                    V501.83

                  73:6      Q:  And so that, in fact, was the most restrictive
                  73:7      thing the State of Louisiana could do with regard
                  73:8      to reimbursement for Vioxx in 2002; is that right?

**73:12-73:19**     Castille 12/10/2009                    00:00:20   00:51:02   00:24:53                    V501.84

                  73:12     I think that's correct. Louisiana --
                  73:13     the State could not have, for example,
                  73:14     have done what, let's say, the FDA could
                  73:15     do, and take a drug off the market. We
                  73:16     obviously did not have that authority.
                  73:17     So to the extent that we placed them on a
                  73:18     non-preferred list, that was the most
                  73:19     restrictive thing we could do.

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 74:15 - 75:9 | Castille 12/10/2009 | 00:00:48   00:51:22   00:24:33 | V501.85 |

Link >  2092A.1.1

74:15    Q:  Mr. Castille, let me show you what's been marked
74:16    as Exhibit 16 to your deposition, which is the
74:17    April 2003 Provider Synergies monograph for the
74:18    NSAID class, which obviously also would include
74:19    COX-2s, correct?
74:20    A:  Yes that's -- that's what it says.
74:21    Q:  Do you recall receiving this particular monograph?
74:22    A:  Not specifically. I probably did, but not
74:23    specifically.
74:24    Q:  It would be the general practice for you to
74:25    receive them?
75:1    A:  Yes, but I'm not the expert reviewer. It would
75:2    just be --
75:3    Q:  A courtesy copy?
75:4    A:  Yes. Yes.
75:5    Q:  But again, this monograph would go to the P&T
75:6    Committee members, who would review it before the
75:7    meeting, and if they had any questions, they could
75:8    ask Provider Synergies?
75:9    A:  Yes, that's the way it worked.

| 75:10 - 76:24 | Castille 12/10/2009 | 00:02:14   00:52:10   00:23:45 | V501.86 |

75:10    Q:  Let me just reference a couple of things in the
75:11    April 2003 monograph. On page 6.

Link >  2092A.6.1

75:12    A:  Yes.
75:13    Q:  There is a section, Vioxx and naproxen, and it
75:14    talks about the VIGOR study.
75:15    Do you see that, at the very bottom?
75:16    A:  I see -- yes, I see it now.
75:17    Q:  Again, talking in very clinical detail about the
75:18    VIGOR trial?
75:19    A:  Yes.

Link >  2092A.10.2

75:20    Q:  And on page 10 of the monograph, there is a fairly
75:21    lengthy section on cardiovascular concerns and
75:22    cardiovascular events.
75:23    Do you see that?
75:24    A:  Yes, I do.

Link >  2092A.13

75:25    Q:  And at the end of the monograph, it appears that
76:1    Provider Synergies would provide references for
76:2    the material that they had reviewed --
76:3    A:  Yes.
76:4    Q:  -- in preparing the monograph?
76:5    A:  Yes, that is correct. Extensive references.
76:6    Q:  And that -- that's consistent with your
76:7    recollection of how all these drugs were reviewed;

**Castille DA, PA, DC, PC Merged on 04-05-10**

|  |  |
|---|---|
| | 76:8      they would do a monograph and reference the |
| | 76:9      materials that they reviewed? |
| | 76:10     A: Yes, that's my recollection. |
| | 76:11     Q: And again, as earlier, they would typically review |
| | 76:12     peer-reviewed published literature and labels, |
| | 76:13     correct? |
| | 76:14     A: That is my understanding, yes. |
| Link > 2092A.14.2 | 76:15     Q: And for example, on item -- reference number 41, |
| | 76:16     at the very bottom of page 14, it references a |
| | 76:17     Vioxx package insert, 2002, right? |
| | 76:18     A: It does, yes. |
| Link > Hide | 76:19     Q: Again, based upon the monograph that was presented |
| | 76:20     to the P&T Committee by Provider Synergies, it's |
| | 76:21     clear that they thoroughly discussed the |
| | 76:22     cardiovascular clinical information and labeling |
| | 76:23     information on those issues with the P&T |
| | 76:24     Committee, correct? |

| **77:4 -77:7** | Castille 12/10/2009 | 00:00:09   00:54:24   00:21:31 | V501.87 |
|---|---|---|---|
| | 77:4      Yes, in terms of the presentation, the | | |
| | 77:5      written presentation made to the P&T | | |
| | 77:6      Committee, there was extensive review of | | |
| | 77:7      that. | | |

| **77:11 -77:16** | Castille 12/10/2009 | 00:00:15   00:54:33   00:21:22 | V501.88 |
|---|---|---|---|
| | 77:11     Q: Mr. Castille, let me show you what's been marked | | |
| Link > 2094.1 | 77:12     as Exhibit 17. | | |
| | 77:13     Can you tell us what that is, please? | | |
| | 77:14     A: Yes. This is the minutes of the Medicaid | | |
| | 77:15     Pharmaceutical & Therapeutics Committee meeting of | | |
| | 77:16     May 21st, 2003. | | |

| **77:23 -78:21** | Castille 12/10/2009 | 00:01:13   00:54:48   00:21:07 | V501.89 |
|---|---|---|---|
| Link > 2094.10.1 | 77:23     Q: And if you look at Page 10 of the minutes, the | | |
| | 77:24     COX-2 inhibitors were again being reviewed. This | | |
| | 77:25     was a year after the original decision, if you | | |
| | 78:1      recall, back in May of '02, right? | | |
| | 78:2      A: Yes, that is correct. | | |
| | 78:3      Q: And we saw that they had submitted another updated | | |
| | 78:4      monograph in April of 2003 that we just reviewed, | | |
| | 78:5      right? | | |
| | 78:6      A: That is correct, yes. | | |
| | 78:7      Q: And the recommendation from Provider Synergies and | | |
| | 78:8      accepted by the P&T Committee was that Bextra | | |
| | 78:9      remain on the preferred drug list, right? | | |
| | 78:10     A: Yes. | | |
| | 78:11     Q: Vioxx be put on the preferred drug list from the | | |

|       |                                                          |
|-------|----------------------------------------------------------|
| 78:12 | non-preferred?                                           |
| 78:13 | A:  Yes, that's what it appears, yes.                    |
| 78:14 | Q:  And Celebrex would be -- go from the preferred       |
| 78:15 | drug list to the non-preferred?                          |
| 78:16 | A:  Yes, that's what it indicates.                       |
| 78:17 | Q:  And as you indicated earlier, Merck at that point    |
| 78:18 | in time had agreed with Provider Synergies to           |
| 78:19 | provide the supplemental rebates leading to this        |
| 78:20 | change; is that correct?                                 |

Link > Hide    78:21    A:  Yes, that's my recollection.

---

**78:25-80:5**    Castille 12/10/2009          00:01:28   00:56:01   00:19:54          V501.90

Link > 2095.1    78:25    Q:  Mr. Castille, this is Exhibit 18 to your
79:1    deposition.
79:2    What is that document?
79:3    A:  This appears to be the transcript of the testimony
79:4    taken of the -- for the May 21st, 2003 Medicaid
79:5    Pharmaceutical & Therapeutics Committee.
79:6    Q:  So this goes with the minutes that we just
79:7    discussed?
79:8    A:  Yes, the same date.
79:9    Q:  I just want to ask you one issue on these -- or
79:10    one question about these transcripts of the
79:11    testimony. On page 181 of the testimony, which is
Link > 2095.47.2    79:12    Bates paged 422.
79:13    A:  Yes.
79:14    Q:  This is part -- if you kind of go back a little
79:15    bit, this is again part of Ms. Valerie Taylor's
79:16    presentations about COX-2s; is that right?
79:17    A:  Yes. Yes, it is.
79:18    Q:  And again, that would be the typical way this was
79:19    done: Monograph submitted, P&T Committee meeting,
79:20    Ms. Taylor would make her presentation, answer any
79:21    questions P&T members had and then make the
79:22    recommendation, and they would adopt it, or on
79:23    some rare occasion not?
79:24    A:  Yes, that's the usual process.
Link > 2095.47.3    79:25    Q:  And if you see on page 181 of the transcript,
80:1    she -- in her presentation, she talks about, if
80:2    you look at the last paragraph on page 181, 'There
80:3    are cardiovascular concerns with the COX-2
80:4    products at this point.'
80:5    A:  Yes, I see that.

---

**80:14-80:17**    Castille 12/10/2009          00:00:05   00:57:29   00:18:26          V501.91
80:14    BY MR. SALES:
80:15    Q:  And we've seen the monograph where it discussed

Castille DA, PA, DC, PC Merged on 04-05-10

|  |  | 80:16 | it, correct? |  |
|--|--|-------|--------------|--|
| Link > Hide |  | 80:17 | A:   Yes, they were given that information. |  |

| **80:18 - 80:23** | Castille 12/10/2009 | 00:00:23   00:57:34   00:18:21 | V501.92 |
|--|--|--|--|
|  | 80:18 | Q:   Do you recall, having been at many of these |  |
|  | 80:19 | meetings and at least being courtesy copied on the |  |
|  | 80:20 | monographs, that with regard to traditional NSAIDs |  |
|  | 80:21 | there was a real issue of -- of stomach problems, |  |
|  | 80:22 | perforations, ulcers, bleeds? |  |
|  | 80:23 | A:   I do recall that, yes. |  |

| **80:24 - 81:11** | Castille 12/10/2009 | 00:00:47   00:57:57   00:17:58 | V501.93 |
|--|--|--|--|
|  | 80:24 | Q:   And in fact, going way back, earlier this morning, |  |
|  | 80:25 | we talked about one of the things that DHH was |  |
|  | 81:1 | very interested in was not just an individual drug |  |
|  | 81:2 | pill cost, but also looking at the whole cost |  |
|  | 81:3 | issue with regard to hospitalizations, |  |
|  | 81:4 | complications of products, right? |  |
|  | 81:5 | A:   That is correct. We were interested in both cost |  |
|  | 81:6 | and efficacy of the drug. |  |
|  | 81:7 | Q:   And so when the DHH and its consultants and the |  |
|  | 81:8 | P&T Committee were looking at these issues, they |  |
|  | 81:9 | would want to take into account, and did take into |  |
|  | 81:10 | account, for example, gastrointestinal toxicity of |  |
|  | 81:11 | traditional NSAIDs? |  |

| **81:14 - 81:21** | Castille 12/10/2009 | 00:00:16   00:58:44   00:17:11 | V501.119 |
|--|--|--|--|
|  | 81:14 | THE WITNESS: |  |
|  | 81:15 | Yes, they would, hence the reason for |  |
|  | 81:16 | having experts on the committee, the |  |
|  | 81:17 | pharmacists and physicians who would |  |
|  | 81:18 | presumably be aware of these things, and |  |
|  | 81:19 | based on presentations by Provider |  |
|  | 81:20 | Synergies and information provided by |  |
|  | 81:21 | Provider Synergies. |  |

| **81:25 - 83:9** | Castille 12/10/2009 | 00:01:54   00:59:00   00:16:55 | V501.94 |
|--|--|--|--|
| Link > CAS19.1.1 | 81:25 | Q:   Let me show you Exhibit 19, Mr. Castille, which is |  |
|  | 82:1 | an article published by Pharm.D. Edwin Adams, and |  |
|  | 82:2 | Eddie Myers and a Dr. Sandra Blake at the |  |
|  | 82:3 | University of Louisiana Monroe School of Pharmacy. |  |
|  | 82:4 | And it appears that this was done in October 2003 |  |
|  | 82:5 | talking about the risk of NSAID-associated |  |
|  | 82:6 | gastrointestinal complications. |  |
|  | 82:7 | Do you see that? |  |
|  | 82:8 | A:   Yes, I do. |  |
|  | 82:9 | Q:   At this point, ULM School of Pharmacy remained a |  |
|  | 82:10 | consultant to the State of Louisiana, right? |  |

Castille DA, PA, DC, PC Merged on 04-05-10

| | | |
|---|---|---|
| 82:11 | A: | Yes, they did. |
| 82:12 | Q: | Do you know those individuals? |
| 82:13 | A: | Their -- yes, I think I -- their names are |
| 82:14 | | familiar. I'm trying to remember -- I can't put a |
| 82:15 | | face with the name, but the names are familiar. |
| 82:16 | Q: | And if you look at page 7 of the article, under |
| 82:17 | | 'Discussion and Conclusion,' do you see that the |
| 82:18 | | authors state that GI toxicity is a major limiting |
| 82:19 | | factor in the use of non-steroidal |
| 82:20 | | anti-inflammatory drugs, NSAIDs? |
| 82:21 | A: | Yes, I see that. |
| 82:22 | Q: | And there's a statement in there that the overall |
| 82:23 | | risk for GI events in Louisiana Medicaid patients |
| 82:24 | | in poor health taking NSAIDs is 2.7 times greater |
| 82:25 | | than those not in poor health? |
| 83:1 | A: | Yes, I see that. |
| 83:2 | Q: | And it talks about the risk being particularly |
| 83:3 | | acute in elderly patients? |
| 83:4 | A: | Yes, it says that. |
| 83:5 | Q: | And then toward the end, it talks about, although |
| 83:6 | | most of these adverse events are classified as |
| 83:7 | | dyspepsia, there are a menacing number of 'silent' |
| 83:8 | | GI bleeds occurring in NSAID-treated patients? |
| 83:9 | A: | Yes, I see it. |

Link > CAS19.7.1

---

**83:14 -83:22**   Castille 12/10/2009          00:00:30   01:00:54   00:15:01                V501.95

| | | |
|---|---|---|
| 83:14 | Q: | Okay. And it talks about the silent killer, |
| 83:15 | | right? |
| 83:16 | A: | Yes, it does. |
| 83:17 | Q: | So that would be, again, something that ULM and |
| 83:18 | | Provider Synergies and the P&T Committee have to |
| 83:19 | | take into account in doing these class reviews, is |
| 83:20 | | if there are drugs that have these other potential |
| 83:21 | | serious GI concerns, correct? |
| 83:22 | A: | Yes, it would be my expectation they would, yes. |

---

**89:1 -89:21**   Castille 12/10/2009          00:01:03   01:01:24   00:14:31                V501.96

Link > 2100.1.1

| | | |
|---|---|---|
| 89:1 | Q: | Let me show you Exhibit 22, which I think |
| 89:2 | | clarifies that for the first time, it would have |
| 89:3 | | been -- Vioxx would have been on the Louisiana |
| 89:4 | | preferred drug list -- |
| 89:5 | A: | Yes, this is -- |
| 89:6 | Q: | -- July 14, 2003? |
| 89:7 | A: | Yes, this is a letter from Ben Bearden to |
| 89:8 | | practitioners and pharmacy providers indicating |
| 89:9 | | that -- the drugs that would be on the preferred |
| 89:10 | | drug list. |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| | | |
|---|---|---|
| Link > 2100.5.1 | 89:11 | Q:  And if you'd look at Bates number 2337, at the |
| | 89:12 | bottom, it lists the COX-2 class, correct? |
| | 89:13 | A:  Yes, it does. |
| | 89:14 | Q:  And it says -- off to the right of COX-2s, it |
| | 89:15 | shows implementation date of July 14, 2003? |
| | 89:16 | A:  Yes, that is the date it shows. |
| | 89:17 | Q:  All right. So to correct my misstatement about |
| | 89:18 | the date, it's July 14, 2003 would have been the |
| | 89:19 | first time in the State of Louisiana that Vioxx |
| | 89:20 | would have been on the preferred drug list? |
| Link > Hide | 89:21 | A:  That is correct. |

| | | | | | |
|---|---|---|---|---|---|
| **89:25 - 91:13** | Castille 12/10/2009 | 00:02:02 | 01:02:27 | 00:13:28 | V501.97 |

| | | |
|---|---|---|
| Link > 2101.1 | 89:25 | Q:  Mr. Castille, Exhibit 23 is a letter from Pfizer |
| | 90:1 | to Ms. Terrebonne at Louisiana DHH dated July 15, |
| | 90:2 | 2003? |
| | 90:3 | A:  Yes, that's -- that's what it is. |
| | 90:4 | Q:  And it cc's Secretary Hood? |
| | 90:5 | A:  Yes. |
| | 90:6 | Q:  Would you have -- it doesn't show you as an actual |
| | 90:7 | cc, but if something like this came in to |
| | 90:8 | Ms. Terrebonne and to Secretary Hood, would you |
| | 90:9 | have likely seen it as well? |
| | 90:10 | A:  I probably would have because about -- you know, |
| | 90:11 | during this time I would meet extensively with |
| | 90:12 | Mr. Bearden and Ms. Terrebonne. So I probably |
| | 90:13 | would have. |
| | 90:14 | Q:  And this is a letter from the manufacturer of |
| | 90:15 | Celebrex, correct? |
| | 90:16 | A:  Pfizer -- yes, yes. It shows that. |
| | 90:17 | Q:  And if you recall the May meeting, Celebrex had |
| | 90:18 | been moved from the preferred drug list to the |
| | 90:19 | non-preferred drug list, right? |
| | 90:20 | A:  Yes, that's my recollection. |
| | 90:21 | Q:  And they are writing after that decision to the |
| | 90:22 | secretary and to Ms. Terrebonne? |
| | 90:23 | A:  That is correct. |
| | 90:24 | Q:  And I take it that the DHH would consider such |
| | 90:25 | information if submitted by Pfizer regarding this |
| | 91:1 | class? |
| | 91:2 | A:  We would -- we would consider it. Whether or not |
| | 91:3 | we would act on it would be another matter. |
| | 91:4 | Q:  Would this also, to your knowledge, go to Provider |
| | 91:5 | Synergies? |
| | 91:6 | A:  Yes, it would have been sent -- I'm fairly certain |
| | 91:7 | it would have been sent to Provider Synergies. |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| Link > 2101.3.1 | 91:8 | Q: And if you look at page 3 of the document, this is |
| | 91:9 | yet another piece of information being provided to |
| | 91:10 | Provider Synergies and DHH from Celebrex -- the |
| | 91:11 | Celebrex manufacturer, talking about Vioxx having |
| | 91:12 | a potential cardiovascular effect, correct? |
| | 91:13 | A: Yes. |

| **91:17 - 91:17** | Castille 12/10/2009 | 00:00:02   01:04:29   00:11:26 | V501.98 |
| | 91:17 | That is -- that is what it says, yes. | |

| **91:21 - 92:7** | Castille 12/10/2009 | 00:00:38   01:04:31   00:11:24 | V501.99 |
| Link > 2111.1.1 | 91:21 | Q: Mr. Castille, what is Exhibit 24 to your | |
| | 91:22 | deposition? | |
| | 91:23 | A: It's the minutes of the Medicaid Pharmaceutical & | |
| | 91:24 | Therapeutics Committee meeting of December 17th, | |
| | 91:25 | 2003. | |
| | 92:1 | Q: And you were present at that meeting? | |
| | 92:2 | A: Yes, it indicates that I was present. | |
| Link > 2111.13.1 | 92:3 | Q: And it appears on page 13 of those minutes that | |
| | 92:4 | there was further discussion about the COX-2 | |
| | 92:5 | class, and specifically Celebrex's not being on | |
| | 92:6 | the PDL; is that right? | |
| | 92:7 | A: That is correct. | |

| **92:8 - 93:4** | Castille 12/10/2009 | 00:01:12   01:05:09   00:10:46 | V501.100 |
| Link > 2112.1 | 92:8 | (Exhibit Castille-25 was marked for | |
| | 92:9 | identification.) | |
| | 92:10 | BY MR. SALES: | |
| | 92:11 | Q: And Exhibit 25 is the transcript of that | |
| | 92:12 | December 17th, 2003 meeting, right? | |
| | 92:13 | A: Yes, that is correct. | |
| Link > 2112.47.1 | 92:14 | Q: And I just want to ask you one quick question | |
| | 92:15 | about that. On page Bates numbered 506, | |
| | 92:16 | transcript page 181. | |
| | 92:17 | A: Yes. | |
| | 92:18 | Q: Dr. Weather, was he a member of the P&T Committee? | |
| | 92:19 | A: Yes, my recollection was that he was at the time. | |
| | 92:20 | Q: Do you see on the second paragraph of his | |
| | 92:21 | comments, he says, 'Based on that' -- he's talking | |
| | 92:22 | about revisiting COX-2s -- 'it's been recently | |
| | 92:23 | shown that there's an increase in myocardial | |
| | 92:24 | infarction with Vioxx.' | |
| | 92:25 | A: Yes, I see that. | |
| | 93:1 | Q: And with that information, do you recall that the | |
| | 93:2 | committee and Provider Synergies still viewed the | |
| | 93:3 | decision to have Vioxx on the preferred drug list | |
| Link > Hide | 93:4 | after the supplemental rebates as appropriate? | |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| 93:8 - 93:11 | Castille 12/10/2009 | 00:00:06   01:06:21   00:09:34 | V501.101 |

93:8    THE WITNESS:
93:9       My recollection is that they remained
93:10      on the preferred drug list even after
93:11      this information.

| 94:1 - 94:22 | Castille 12/10/2009 | 00:01:00   01:06:27   00:09:28 | V501.102 |

Link > 2118.1

94:1      BY MR. SALES:
94:2        Q:   Let me show you Exhibit 26, which is the
94:3      April 2004 COX-2 NSAID review by Provider
94:4      Synergies, correct?
94:5        A:   Yes, that's -- that's what it says.
94:6        Q:   And, again, typically you would have received a
94:7      copy of those?
94:8        A:   A courtesy copy, at least.
94:9        Q:   And I just want to point to page 13 of the
94:10      monograph.

Link > 2118.14.1

94:11      A:   Yes.
94:12      Q:   Where again, there is a lengthy discussion of
94:13      cardiovascular events, cardiovascular concerns and
94:14      specific clinical data about those issues by
94:15      Provider Synergies?
94:16      A:   Yes, there is.
94:17      Q:   And this information, again, would have been
94:18      provided to the P&T Committee?
94:19      A:   It would have been, yes.
94:20      Q:   And that would have been presented at a P&T
94:21      Committee meeting, as we've seen, right?

Link > Hide

94:22      A:   Yes.

| 95:18 - 96:6 | Castille 12/10/2009 | 00:00:38   01:07:27   00:08:28 | V501.103 |

95:18      Q:   Do you recall if Celebrex agreed to -- was there
95:19      ongoing discussions between Provider Synergies, as
95:20      the agent for DHH, on the supplemental rebate
95:21      negotiations with the manufacturers?
95:22      A:   Yes, that was my understanding, that -- that
95:23      discussions went on all the time between Provider
95:24      Synergies and drug manufacturers.
95:25      Q:   And do you have any recollection that Celebrex
96:1      agreed to some additional supplemental rebates to
96:2      get back on the preferred drug list?
96:3      A:   I'm not positive about that. I really -- I seem
96:4      to recall that's the case, but I am not positive.
96:5        (Exhibit Castille-27 was marked for
96:6        identification.)

| 96:7 - 97:19 | Castille 12/10/2009 | 00:01:42   01:08:05   00:07:50 | V501.104 |

| | | |
|---|---|---|
| | 96:7 | BY MR. SALES: |
| Link > 2119.1.2 | 96:8 | Q:  Mr. Castille, let me show you Exhibit 27. And |
| | 96:9 | what is Exhibit 27? |
| | 96:10 | A:  It references the minutes of the -- the Medicaid |
| | 96:11 | Pharmaceutical & Therapeutics Committee meeting of |
| | 96:12 | May the 5th, 2004. |
| | 96:13 | Q:  And are you present? |
| | 96:14 | A:  Yes, it indicates that I was present. |
| Link > 2119.4.3 | 96:15 | Q:  If you look at page 4 of those notes. |
| | 96:16 | A:  Yes. |
| | 96:17 | Q:  It talks about a May 5, 2004 recommendation under |
| | 96:18 | the class review for COX-2s? |
| | 96:19 | A:  Yes, it does. |
| | 96:20 | Q:  And under that, first, it talks about the Vioxx |
| | 96:21 | package insert advising physicians. And then, do |
| | 96:22 | you see the second paragraph, it talks about |
| | 96:23 | 'Provider Synergies also reported that some |
| | 96:24 | additional rebate had been offered by the |
| | 96:25 | manufacturer of Celebrex, however, the amount was |
| | 97:1 | insufficient to warrant recommending Celebrex be |
| | 97:2 | added to the PDL.' |
| | 97:3 | A:  Yes, I see that. |
| | 97:4 | Q:  That's consistent with what you were talking |
| | 97:5 | about, the ongoing negotiations between Provider |
| | 97:6 | Synergies and the drug manufacturers? |
| | 97:7 | A:  Yes, that would be consistent. |
| | 97:8 | Q:  Does that refresh your recollection that there was |
| | 97:9 | this negotiation with Celebrex that -- with Pfizer |
| | 97:10 | that you need more rebate for Celebrex in order to |
| | 97:11 | get on the PDL? |
| | 97:12 | A:  Well, it does indicate, yes, that an attempt |
| | 97:13 | apparently had been made to offer some additional |
| | 97:14 | rebates, but apparently our independent consultant |
| | 97:15 | did not feel that it was -- it was -- |
| | 97:16 | Q:  Enough? |
| | 97:17 | A:  -- enough to warrant adding them to the PDL. |
| Link > 2120.1 | 97:18 | (Exhibit Castille-28 was marked for |
| | 97:19 | identification.) |

| | | | | | |
|---|---|---|---|---|---|
| **97:20 -98:25** | Castille 12/10/2009 | 00:01:19 | 01:09:47 | 00:06:08 | V501.105 |

| | |
|---|---|
| 97:20 | BY MR. SALES: |
| 97:21 | Q:  And is Exhibit 28 the transcript from that |
| 97:22 | May 2004 -- May 5, 2004 P&T Committee -- |
| 97:23 | A:  Yes, it is. |
| 97:24 | Q:  -- meeting? |
| 97:25 | A:  Yes, it is. |

| Link > 2120.15 | 98:1 | Q:  And if you just look at Bates page 551. |
| | 98:2 | A:  Yes. |
| | 98:3 | Q:  Actually, starting at the bottom of page 26 on the |
| | 98:4 | transcript itself. I think you're on the right |
| | 98:5 | page. |
| | 98:6 | A:  Uh-huh. |
| | 98:7 | Q:  At the very bottom -- |
| | 98:8 | A:  Yes. |
| | 98:9 | Q:  -- there's more -- it's more detail about what |
| | 98:10 | Provider Synergies was negotiating with regard to |
| | 98:11 | Celebrex. |
| | 98:12 | A:  Yes, I see that. |
| Link > 2120.15.1 | 98:13 | Q:  All right. It says, 'We also did go back to the |
| | 98:14 | manufacturer for Celebrex. They did offer some |
| | 98:15 | additional rebate to the State of Louisiana. |
| | 98:16 | However, at this point, Celebrex still remains the |
| | 98:17 | premium-priced product in that category.' |
| | 98:18 | A:  Yes, that's what it says. |
| Link > Hide | 98:19 | Q:  So does it appear inconsistent with your |
| | 98:20 | recollection of being in this meeting that the |
| | 98:21 | decision was, with regard to Celebrex, to not be |
| | 98:22 | on the preferred drug list at this point in time |
| | 98:23 | because they had not given sufficient rebates? |
| | 98:24 | A:  Yes, that would be consistent with my |
| | 98:25 | recollection. |

**99:11 -100:2**   Castille 12/10/2009          00:00:46  01:11:06  00:04:49                V501.106

| Link > 2121.1.1 | 99:11 | Q:  Mr. Castille, let me show you Exhibit 29 to your |
| | 99:12 | deposition. |
| | 99:13 | A:  Yes. |
| | 99:14 | Q:  Does this appear to be another letter from Pfizer, |
| | 99:15 | the maker of Celebrex, to the -- Louisiana's |
| | 99:16 | consultant, Provider Synergies, dated May 7th, |
| | 99:17 | 2004? |
| | 99:18 | A:  Yes, it is. |
| Link > 2121.1.2 | 99:19 | Q:  And do you see in the middle of the first big |
| | 99:20 | paragraph -- |
| | 99:21 | A:  Uh-huh. |
| | 99:22 | Q:  -- Pfizer is discussing their belief that |
| | 99:23 | rofecoxib, Vioxx, is associated with a |
| | 99:24 | significantly increased adjusted relative risk of |
| | 99:25 | acute MI. |
| | 100:1 | Do you understand that to be a heart attack? |
| | 100:2 | A:  Let me see if I can -- yes, I see that. |

**100:10 -100:17**   Castille 12/10/2009          00:00:22  01:11:52  00:04:03                V501.107

| | 100:10 | Q:  And so this was yet another piece of information |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| | | |
|---|---|---|
| | 100:11 | that Provider Synergies would have had in doing |
| | 100:12 | its independent review and making recommendations |
| | 100:13 | about the status of these products, Vioxx, |
| | 100:14 | Celebrex, on the preferred drug list for the State |
| | 100:15 | of Louisiana, correct? |
| | 100:16 | A:  Yes, it would. The letter was sent to Provider |
| Link > Hide | 100:17 | Synergies. |

| **101:16 - 102:15** | Castille 12/10/2009 | 00:01:19   01:12:14   00:03:41 | V501.108 |
|---|---|---|---|
| Link > 2127.1.2 | 101:16 | Q:  And what is Exhibit 31 to your deposition, |
| | 101:17 | Mr. Castille? |
| | 101:18 | A:  It's minutes of the Medicaid Pharmaceutical & |
| | 101:19 | Therapeutics Committee meeting of August 11th, |
| | 101:20 | 2004. |
| | 101:21 | Q:  And if you look at -- well, first of all, you were |
| | 101:22 | present at that meeting? |
| | 101:23 | A:  Yes, it indicates that I was present. |
| Link > 2127.11.1 | 101:24 | Q:  If you look at page 11 of the minutes. |
| | 101:25 | A:  Yes. |
| | 102:1 | Q:  There -- at the bottom, there was another |
| | 102:2 | recommendation with regard to COX-2 inhibitors? |
| | 102:3 | A:  Yes. |
| | 102:4 | Q:  And what was that recommendation? |
| | 102:5 | A:  Recommendation to accept Provider Synergies' and |
| | 102:6 | for -- committee recommendations for the PDL were |
| | 102:7 | Celebrex, Vioxx and Bextra. |
| Link > Hide | 102:8 | Q:  Do you recall that specifically at this point? |
| | 102:9 | A:  I don't recall it specifically, but -- but |
| | 102:10 | generally, it's -- you know, it's my remembrance |
| | 102:11 | that ultimately Celebrex did get onto the PDL. |
| | 102:12 | But -- |
| | 102:13 | Q:  Is it -- I'm sorry. I didn't mean to speak over |
| | 102:14 | you. |
| | 102:15 | A:  That's okay. |

| **102:16 - 102:21** | Castille 12/10/2009 | 00:00:14   01:13:33   00:02:22 | V501.109 |
|---|---|---|---|
| | 102:16 | Q:  Was that, from what we've seen before, based on |
| | 102:17 | your recollection that eventually Provider |
| | 102:18 | Synergies and Pfizer agreed to the acceptable |
| | 102:19 | supplemental rebate? |
| | 102:20 | A:  That would -- yes, that would be my understanding |
| | 102:21 | of how that occurred. |

| **102:22 - 103:2** | Castille 12/10/2009 | 00:00:24   01:13:47   00:02:08 | V501.110 |
|---|---|---|---|
| | 102:22 | Q:  Do you know when that recommendation was finalized |
| | 102:23 | and actually implemented on the PDL? |
| | 102:24 | A:  It would have probably been a month or two later, |

| | |
|---|---|
| 102:25 | given the time it took to get the approval by -- |
| 103:1 | by the secretary, and then the implementation. I |
| 103:2 | would -- I would say probably September, October. |

**105:4 -105:18**    Castille 12/10/2009            00:00:48   01:14:11   00:01:44                              V501.111

| | |
|---|---|
| 105:4 | Q:  I think I asked you earlier, Mr. Castille, about |
| 105:5 | in all your experience of the process and having |
| 105:6 | been at many of these meetings, that generally the |
| 105:7 | drug manufacturers would not make any presentation |
| 105:8 | about their products or recommendations to the P&T |
| 105:9 | Committee, correct? |
| 105:10 | A:  That is correct. |
| 105:11 | Q:  And that's true for Merck specifically as well? |
| 105:12 | A:  Yes. There was a period later on in the meetings |
| 105:13 | where we would have public comment, but no |
| 105:14 | presentations were made by drug manufacturers. |
| 105:15 | Q:  And I -- have you had any discussions with any |
| 105:16 | Merck representatives directly with regard to any |
| 105:17 | of their products and the PDL process? |
| 105:18 | A:  Not that I'm -- not to my recollection, no. |

**105:19 -105:23**    Castille 12/10/2009            00:00:10   01:14:59   00:00:56                              V501.112

| | |
|---|---|
| 105:19 | Q:  So is it fair to say that no one from Merck has |
| 105:20 | ever misrepresented anything to you about Vioxx or |
| 105:21 | its products to you in your capacity as |
| 105:22 | undersecretary of Department of Health and |
| 105:23 | Hospitals? |

**106:1 -106:5**    Castille 12/10/2009            00:00:07   01:15:09   00:00:46                              V501.113

| | |
|---|---|
| 106:1 | THE WITNESS: |
| 106:2 | Not to my recollection. |
| 106:3 | BY MR. SALES: |
| 106:4 | Q:  Or to your knowledge, in your presence, to anyone |
| 106:5 | else at DHH? |

**106:9 -106:9**    Castille 12/10/2009            00:00:01   01:15:16   00:00:39                              V501.114

| | |
|---|---|
| 106:9 | Not to my knowledge. |

**106:16 -106:19**    Castille 12/10/2009            00:00:05   01:15:17   00:00:38                              V501.116

| | |
|---|---|
| 106:16 | THE WITNESS: |
| 106:17 | Not to my knowledge, either, with |
| 106:18 | regard to members of the P&T Committee or |
| 106:19 | Provider Synergies. |

**108:9 -108:17**    Castille 12/10/2009            00:00:33   01:15:22   00:00:33                              V501.117

| | |
|---|---|
| 108:9 | Q:  And to go back to something we talked about |
| 108:10 | earlier this morning, to be clear, prior to the |
| 108:11 | implementation of the preferred drug list that we |
| 108:12 | saw became effective in July of 2002, I believe, |

**Castille DA, PA, DC, PC Merged on 04-05-10**

| | | | | | |
|---|---|---|---|---|---|
| | 108:13 | the State of Louisiana, and specifically DHH and | | | |
| | 108:14 | Louisiana Medicaid could not and, in fact, did not | | | |
| | 108:15 | restrict coverage for any FDA-approved product | | | |
| | 108:16 | that was not specifically listed under OBRA, | | | |
| | 108:17 | correct? | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **108:24-108:24** | Castille 12/10/2009 | | 00:00:04 | 01:15:51 | 00:00:04 | V501.118 |
| | 108:24 | That is my understanding, correct. | | | | |

Play Time for this Script:    **01:15:55**

**Castille DA, PA, DC, PC Merged on 04-05-10**

**Total time for all Scripts in this report:      01:15:55**