Taylor V DA, PC Merged on 04-05-10

Taylor V DA, PC Merged on 04-05-10

| Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|---|---|---|---|---|---|
| 5:23-5:25 | Taylor 01/15/2010 | 00:00:04 | 00:00:00 | 01:03:18 | V506GR.1 |

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED 4-15-10

LORETTA G. WHYTE
CLERK

5:23    Q:   Can you please state your full name for the
5:24         record.
5:25    A:   Valerie, middle initial E, Taylor.

| 6:15-6:16 | Taylor 01/15/2010 | 00:00:03 | 00:00:04 | 01:03:15 | V506GR.2 |

6:15    Q:   Where do you live currently?
6:16    A:   In Akron, Ohio.

| 6:20-6:23 | Taylor 01/15/2010 | 00:00:08 | 00:00:07 | 01:03:12 | V506GR.3 |

6:20    Q:   And how are you currently employed?
6:21    A:   Actually, I'm working part time for Kmart.
6:22    Q:   In what role?
6:23    A:   As a pharmacist.

| 7:1-8:11 | Taylor 01/15/2010 | 00:01:38 | 00:00:15 | 01:03:04 | V506GR.4 |

7:1     Q:   Were you previously employed by Provider
7:2          Synergies?
7:3     A:   Yes.
7:4     Q:   What position did you hold at Provider
7:5          Synergies?
7:6     A:   Originally, I held clinical director position,
7:7          and then I was promoted to vice president
7:8          clinical pharmacy.
7:9     Q:   We will talk a little bit more about your role
7:10         at Provider Synergies, but can you please tell
7:11         us a little bit about your educational
7:12         background.
7:13    A:   Educated with a bachelor of pharmacy from Ohio
7:14         Northern University. Received my Pharm.D.,
7:15         which is a doctorate of pharmacy, from the Ohio
7:16         State University, and completed an ASHA -- ASHP
7:17         accredited residency in clinical pharmacy at
7:18         the University of Cincinnati Hospital.
7:19    Q:   Okay. When did you obtain your Pharm.D.? What
7:20         year?
7:21    A:   1991.
7:22    Q:   And prior to joining Provider Synergies, did
7:23         you hold employment?
7:24    A:   Yes.
7:25    Q:   Where?
8:1     A:   I started my career in hospital practice at
8:2          Harper Hospital in Detroit as an
8:3          investigational drug coordinator. From there,

8:4     I went to Value RX, which is a managed care

8:5     company; and then from there, I went to Anthem

8:6     Prescription Management; and from there, I went

8:7     to Merck-Medco; and then from there to Provider

8:8     Synergies.

8:9     Q:   And what year did you start at Provider

8:10    Synergies?

8:11    A:   That would have been 1999.

| 8:23 -10:25 | Taylor 01/15/2010 | 00:02:53   00:01:53   01:01:26 | V506GR.5 |
|---|---|---|---|

8:23    Q:   Where were you headquartered when you were with

8:24    Provider Synergies?

8:25    A:   Provider Synergies was in Mason, Ohio.

9:1     Q:   And is that where you were located as well

9:2     while you worked there?

9:3     A:   For some of the time. I worked there for

9:4     several years, and then relocated here to

9:5     Akron, Ohio; worked from my home.

9:6     Q:   What type of business is Provider Synergies?

9:7     A:   Currently?

9:8     Q:   Well, let's start when you were there. You

9:9     were there from 1999 until 2008?

9:10    A:   Correct. When we started the business, we

9:11    actually were working with commercial health

9:12    plans negotiating pharmaceutical rebates as

9:13    well as handling P&T responsibilities. We got

9:14    our first state contract with the State of

9:15    Florida in, I believe that was -- must have

9:16    been '01, I think. It was either 2000 or '01.

9:17    I can't quite remember.

9:18    We still had some commercial business at

9:19    that time, although our focus became state

9:20    Medicaid at that point and -- anyway, we grew

9:21    it to ten states, you know, over those years.

9:22    Q:   And during that time frame, were you always the

9:23    clinical director?

9:24    A:   Yes. I was clinical director. The company was

9:25    sold in '06, January of '06, to Coventry

10:1    Healthcare and I was promoted to VP in November

10:2    of '06.

10:3    Q:   What were your responsibilities as clinical

10:4    director?

10:5    A:   I was responsible for all the clinical

10:6    activities of the company, which included

10:7    writing, therapeutic class reviews,

10:8    presentation at P&T committees, coordinating

10:9      the activities with the state accounts; and

10:10     then, also, there were several pharmacists over

10:11     the time that reported directly to me that I

10:12     directed their activities.

10:13     Q:   And I believe you said the first time that

10:14     Provider Synergies became involved with state

10:15     Medicaid as a PBM for the state's drug program

10:16     would have been in about 2001?

10:17     A:   Yeah. That was '01.

10:18     Q:   And it is your recollection the first state was

10:19     Florida?

10:20     A:   Yes.

10:21     Q:   Was Louisiana subsequent to that?

10:22     A:   Yes. It was after that. That was in '02. I

10:23     don't know what number -- I can't remember if

10:24     that was number two or number three. Texas and

10:25     Louisiana were about the same time.

---

**11:12 - 12:25**   Taylor 01/15/2010            00:01:35   00:04:46   00:58:33                V506GR.6

11:12     Q:   Were you directly responsible for Louisiana?

11:13     A:   Yes.

11:14     Q:   What other states were you directly responsible

11:15     for?

11:16     A:   Florida, Wisconsin, Pennsylvania, and then

11:17     there were some varying time frames that I had

11:18     some responsibilities for some of the other

11:19     states, too.

11:20     Q:   Okay. And your recollection is that Provider

11:21     Synergies would have entered in a contract with

11:22     those states?

11:23     A:   Yes.

11:24     Q:   Did you have any role with regard to

11:25     negotiating the contracts with the various

12:1      states?

12:2      A:   No.

12:3      Q:   Who would have been responsible for that?

12:4      A:   That would have been Terry Taylor and Dan

12:5      Kincaid.

12:6      Q:   Terry Taylor was the founder of Provider

12:7      Synergies?

12:8      A:   Correct.

12:9      Q:   And who was Mr. Kincaid?

12:10     A:   He was also a -- he was the vice president at

12:11     Provider Synergies. He was a lawyer by trade.

12:12     Q:   All right. Is it your recollection that

12:13     Louisiana -- and we'll have the contract we

Taylor V DA, PC Merged on 04-05-10

| | |
|---|---|
| 12:14 | will go through in a minute. But the original |
| 12:15 | contract was in 2002. Is that consistent with |
| 12:16 | your recollection? |
| 12:17 | A:  Yes. |
| 12:18 | Q:  And did Provider Synergies maintain that |
| 12:19 | contractual relationship to serve as the PBM |
| 12:20 | and consultant to the State of Louisiana |
| 12:21 | throughout the time period you were with the |
| 12:22 | company? |
| 12:23 | A:  Yes. |
| 12:24 | Q:  Do you know if they still serve in that role? |
| 12:25 | A:  To the best of my knowledge. |

**13:10 -13:22**   Taylor 01/15/2010                  00:00:31  00:06:21  00:56:58                  V506GR.7

Link >  TAY1.1

| | |
|---|---|
| 13:10 | Q:  Dr. Taylor, let me show you what has been |
| 13:11 | marked as Exhibit 1 to your deposition, which I |
| 13:12 | believe this is some web materials describing |
| 13:13 | Provider Synergies, the type of business they |
| 13:14 | do and their philosophy. Have you seen these |
| 13:15 | types of documents related to Provider |
| 13:16 | Synergies before? |
| 13:17 | A:  Yes. |
| 13:18 | Q:  Do they look to be, to the best of your |
| 13:19 | knowledge, true and correct copies of Provider |
| 13:20 | Synergies' marketing or business information |
| 13:21 | that would be put out? |
| 13:22 | A:  Yes. |

**14:10 -14:24**   Taylor 01/15/2010                  00:00:36  00:06:52  00:56:27                  V506GR.8

Link >  TAY1.1.1

| | |
|---|---|
| 14:10 | Q:  In the middle it says, 'We maintain |
| 14:11 | independence from pharmaceutical manufacturers, |
| 14:12 | wholesalers, chain pharmacies and large |
| 14:13 | insurance carriers, which eliminates the |
| 14:14 | potential for divergent interest and guarantees |
| 14:15 | that the focus remains on the goals of our |
| 14:16 | clients.' Did I read that correctly? |
| 14:17 | A:  Yes. |
| 14:18 | Q:  Is that consistent with your recollection as |
| 14:19 | the Provider Synergies claimed and, in fact, |
| 14:20 | did exercise independent -- an independent role |
| 14:21 | as a consultant to the state apart from the |
| 14:22 | manufacturers or the products that you would be |
| 14:23 | reviewing? |
| Link >  Hide | 14:24  A:  Correct. |

**15:8 -15:18**   Taylor 01/15/2010                  00:00:34  00:07:28  00:55:51                  V506GR.9

| | |
|---|---|
| 15:8 | Q:  As I understand it, when Provider Synergies |

|  |  |
|---|---|
| 15:9 | contracted with the State of Louisiana in 2002 |
| 15:10 | the goal was to provide integrated services to |
| 15:11 | both contract with manufacturers for |
| 15:12 | supplemental rebates and do cost analysis for |
| 15:13 | products, as well as clinical class reviews |
| 15:14 | that you mentioned a moment ago, and then make |
| 15:15 | recommendations to the P&T Committee as to what |
| 15:16 | drugs should be on a preferred drug list; is |
| 15:17 | that -- |
| 15:18 | A:   That's correct. |

---

**16:9 -16:17**   Taylor 01/15/2010        00:00:21   00:08:02   00:55:17                    V506GR.10

| 16:9 | Q:   Is it a fair statement that Provider Synergies |
|---|---|
| 16:10 | relies upon the Food and Drug Administration to |
| 16:11 | be the determiner of drugs that are approved |
| 16:12 | for use in this country? |
| 16:13 | A:   Correct. |
| 16:14 | Q:   And they rely upon the FDA to make decisions |
| 16:15 | about safety and efficacy and labeling of those |
| 16:16 | products? |
| 16:17 | A:   Correct. |

---

**16:18 -16:25**   Taylor 01/15/2010        00:00:16   00:08:23   00:54:56                    V506GR.11

Link > TAY1.3.1

| 16:18 | Q:   Then, again, in the next paragraph, going back |
|---|---|
| 16:19 | to what we talked about a minute ago, 'The |
| 16:20 | process used by Provider Synergies in |
| 16:21 | developing its PDL recommendations combines |
| 16:22 | clinical and financial information in a |
| 16:23 | competitive contracting process.' |
| 16:24 | Did I read that correctly? |

Link > Hide

| 16:25 | A:   Yes. |
|---|---|

---

**17:13 -17:18**   Taylor 01/15/2010        00:00:21   00:08:39   00:54:40                    V506GR.12

| 17:13 | Q:   Let me rephrase the question. Was it an |
|---|---|
| 17:14 | important feature of what you were doing, in |
| 17:15 | analyzing and making recommendations with |
| 17:16 | regard to drug classes, the financial component |
| 17:17 | of rebates and negotiations with the companies? |
| 17:18 | A:   No. |

---

**17:19 -17:23**   Taylor 01/15/2010        00:00:09   00:09:00   00:54:19                    V506GR.13

(Edited)

| 17:19 | Q:   Was that something that you were not -- |
|---|---|
| 17:20 | did you have any direct responsibility for |
| 17:21 | contracting with the manufacturers for |
| 17:22 | supplemental rebates? |
| 17:23 | A:   I did not. |

---

**18:2 -18:5**   Taylor 01/15/2010        00:00:10   00:09:09   00:54:10                    V506GR.14

| 18:2 | Provider Synergies was responsible for the |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| | 18:3 | negotiations with the manufacturers for rebates | | | |
| | 18:4 | as well as doing the class reviews, correct? | | | |
| | 18:5 | A:  Correct. | | | |

| **18:11-18:13** | Taylor 01/15/2010 | 00:00:05   00:09:19   00:54:00 | V506GR.15 |
|---|---|---|---|
| | 18:11 | Q:  Okay. But with regard to Provider Synergies, | |
| | 18:12 | that was an important overall feature, right? | |
| | 18:13 | A:  Yes. | |

| **19:8-19:14** | Taylor 01/15/2010 | 00:00:19   00:09:24   00:53:55 | V506GR.16 |
|---|---|---|---|
| | 19:8 | What you at Provider Synergies were doing | |
| | 19:9 | in saying you would do and, in fact, did was | |
| | 19:10 | rely on independent peer-reviewed published | |
| | 19:11 | clinical data and FDA labeling and findings as | |
| | 19:12 | your primary source of information for your | |
| | 19:13 | reviews; is that correct? | |
| | 19:14 | A:  Yes. | |

| **19:24-20:5** | Taylor 01/15/2010 | 00:00:11   00:09:43   00:53:36 | V506GR.17 |
|---|---|---|---|
| | 19:24 | Did you oversee | (Edited) |
| | 19:25 | people that worked for you in your role as | |
| | 20:1 | clinical director? | |
| | 20:2 | A:  Yes. | |
| | 20:3 | Q:  And what type of employees would those folks | |
| | 20:4 | be? | |
| | 20:5 | A:  Pharm.Ds. | |

| **20:9-20:12** | Taylor 01/15/2010 | 00:00:06   00:09:54   00:53:25 | V506GR.18 |
|---|---|---|---|
| | 20:9 | Q:  Okay. Let's talk about with regard to your | |
| | 20:10 | role in Louisiana. Were you the clinical | |
| | 20:11 | director in charge of Louisiana? | |
| | 20:12 | A:  Yes. | |

| **20:16-20:19** | Taylor 01/15/2010 | 00:00:07   00:10:00   00:53:19 | V506GR.19 |
|---|---|---|---|
| | 20:16 | Q:  Did you have employees that would assist you in | |
| | 20:17 | preparing class reviews and information with | |
| | 20:18 | regard to Louisiana Medicaid? | |
| | 20:19 | A:  Yes. | |

| **24:7-24:19** | Taylor 01/15/2010 | 00:00:34   00:10:07   00:53:12 | V506GR.20 |
|---|---|---|---|
| Link > 2045.1 | 24:7 | Q:  Dr. Taylor, let me show you what has been | |
| | 24:8 | marked as Exhibit 3 to your deposition and ask | |
| | 24:9 | you if that, to your knowledge, is a true and | |
| | 24:10 | correct copy of the contract that Provider | |
| | 24:11 | Synergies entered with the State of Louisiana | |
| | 24:12 | in March of 2002 to act as the consultant to | |
| | 24:13 | state Medicaid? | |
| | 24:14 | A:  Looks correct to me. | |
| | 24:15 | Q:  You have seen this document before? | |

|  | 24:16 | A: | Yes. |
|--|-------|----|------|
|  | 24:17 | Q: | It looks like the effective date is March 19, |
| Link > 2045.1.1 | 24:18 | | 2002 with a termination date of March 18, 2005. |
|  | 24:19 | A: | Sounds correct. |

| **25:1 -25:6** | Taylor 01/15/2010 | 00:00:20  00:10:41  00:52:38 | V506GR.21 |
|---|---|---|---|

|  | 25:1 | Q: | It appears that the overall contract amount |
|--|------|----|------|
|  | 25:2 | | that the State of Louisiana agreed to pay |
|  | 25:3 | | Provider Synergies for their expert |
|  | 25:4 | | consultation services was in the amount not to |
|  | 25:5 | | exceed $7,560,000; is that correct? |
|  | 25:6 | A: | That's what it says here, yes. |

| **25:24 -26:20** | Taylor 01/15/2010 | 00:00:41  00:11:01  00:52:18 | V506GR.22 |
|---|---|---|---|

| Link > 2045.18.1 | 25:24 | Q: | And under the 'Scope' it says, 'The |
|--|------|----|------|
|  | 25:25 | | Contractor' -- which, as you understand, is |
|  | 26:1 | | Provider Synergies, right? |
|  | 26:2 | A: | Correct. |
|  | 26:3 | Q: | -- 'will provide clinical and contracting |
|  | 26:4 | | services required by the Department' -- and |
|  | 26:5 | | it's talking about the State of Louisiana |
|  | 26:6 | | Medicaid, right? |
|  | 26:7 | A: | Yes. |
|  | 26:8 | Q: | -- 'to develop, implement and operate the |
|  | 26:9 | | Department's Medicaid Pharmacy Program |
|  | 26:10 | | preferred drug list and supplemental rebate |
|  | 26:11 | | programs'; is that right? |
|  | 26:12 | A: | Correct. |
|  | 26:13 | Q: | Is that consistent with your recollection as to |
|  | 26:14 | | what the scope of your work was? |
|  | 26:15 | A: | Yes. |
|  | 26:16 | Q: | And that's the scope of work that you and the |
|  | 26:17 | | company provided while at the time you were |
|  | 26:18 | | there from 2002, the day of this contract, |
|  | 26:19 | | until the time you left? |
|  | 26:20 | A: | Correct. |

| **27:9 -28:7** | Taylor 01/15/2010 | 00:00:58  00:11:42  00:51:37 | V506GR.23 |
|---|---|---|---|

| Link > 2045.22.1 | 27:9 | Q: | And A talks about Therapeutic Class Reviews, |
|--|------|----|------|
|  | 27:10 | | and I think you mentioned that before. Is |
|  | 27:11 | | another word for that -- we have seen these |
|  | 27:12 | | documents called monographs? |
|  | 27:13 | A: | Correct. |
|  | 27:14 | Q: | Is monographs the same as Therapeutic Class |
|  | 27:15 | | Reviews? |
|  | 27:16 | A: | Yes. |
| Link > 2045.22.2 | 27:17 | Q: | And then there is -- under B it talks about a |

| | | |
|---|---|---|
| 27:18 | | 'Savings Analysis,' that 'No later than 90 days |
| 27:19 | | after the end of each Quarter' Provider |
| 27:20 | | Synergies is to provide a savings analysis |
| 27:21 | | report? |
| 27:22 | A: | Correct. |
| 27:23 | Q: | To your knowledge, were those prepared and sent |
| 27:24 | | to DHH? |
| 27:25 | A: | Yes. |
| 28:1 | Q: | And do you recall, generally speaking, not with |
| 28:2 | | regard to any particular number, but through |
| 28:3 | | the work that you and Provider Synergies did |
| 28:4 | | for the State of Louisiana, that, in fact, you |
| 28:5 | | did report savings to the State of Louisiana |
| 28:6 | | based on your work for the preferred drug list? |
| 28:7 | A: | Correct. |

Link > Hide

---

**28:15 - 29:14**   Taylor 01/15/2010       00:00:53   00:12:40   00:50:39        V506GR.24

| | | |
|---|---|---|
| 28:15 | Q: | Who was your -- did you have a primary contact |
| 28:16 | | point at State of Louisiana Medicaid for your |
| 28:17 | | work once the contract was entered and you |
| 28:18 | | began doing your work for them? |
| 28:19 | | Did you have a primary contact? |
| 28:20 | A: | Yes. |
| 28:21 | Q: | Who was that? |
| 28:22 | A: | M.J. Terrebonne. |
| 28:23 | Q: | Did you also have any interaction with Ben |
| 28:24 | | Bearden? |
| 28:25 | A: | Yes. |
| 29:1 | Q: | Okay. And do you recall his role at Louisiana |
| 29:2 | | Department of Health and Hospitals? |
| 29:3 | A: | I don't remember his official title. He was |
| 29:4 | | M.J.'s boss. |
| 29:5 | Q: | M.J. Terrebonne kind of oversaw the day-to-day |
| 29:6 | | operations of the Pharmacy Drug Benefit Program |
| 29:7 | | at Medicaid; is that correct? |
| 29:8 | A: | That's correct. |
| 29:9 | Q: | And then she reported to Mr. Bearden? |
| 29:10 | A: | Correct. |
| 29:11 | Q: | And Mr. Bearden reported to Charles Castille? |
| 29:12 | A: | Correct. |
| 29:13 | Q: | Did you have any interaction with Mr. Castille? |
| 29:14 | A: | Just at P&T meetings. |

---

**31:3 - 31:9**   Taylor 01/15/2010       00:00:18   00:13:33   00:49:46        V506GR.25

| | | |
|---|---|---|
| 31:3 | Q: | Okay. Did you regularly -- after the contract |
| 31:4 | | was entered and you started doing your work as |
| 31:5 | | the clinical director for Provider Synergies as |

**Taylor V DA, PC Merged on 04-05-10**

| | |
|---|---|
| 31:6 | the consultant to State of Louisiana, did you |
| 31:7 | regularly attend the pharmacy and therapeutics |
| 31:8 | committee meetings? |
| 31:9 | A: Yes. |

---

**31:21-32:17**    Taylor 01/15/2010          00:00:54   00:13:51   00:49:28                    V506GR.26

| | |
|---|---|
| 31:21 | Q: Let me rephrase. There would be some notice |
| 31:22 | that a class of drugs is going to be reviewed |
| 31:23 | at some point in time in the future, correct? |
| 31:24 | A: Correct. |
| 31:25 | Q: And then Provider Synergies would do their |
| 32:1 | independent clinical review of that class and |
| 32:2 | prepare a monograph, correct? |
| 32:3 | A: Correct. |
| 32:4 | Q: And also your colleagues at Provider Synergies |
| 32:5 | would be negotiating with the manufacturers in |
| 32:6 | that class for supplemental rebates, correct? |
| 32:7 | A: Correct. |
| 32:8 | Q: And then those processes would come together in |
| 32:9 | a cost financial -- as we have seen in the |
| 32:10 | materials, cost financial and clinical |
| 32:11 | recommendation that would be presented to a P&T |
| 32:12 | Committee meeting on that class, correct? |
| 32:13 | A: Correct. |
| 32:14 | Q: And then the P&T Committee would listen to that |
| 32:15 | presentation and either accept or decline to |
| 32:16 | accept that recommendation? |
| 32:17 | A: That's correct. |

---

**35:5-35:14**    Taylor 01/15/2010          00:00:22   00:14:45   00:48:34                    V506GR.27

Link > TAY5.1.1

| | |
|---|---|
| 35:5 | Q: Dr. Taylor, let me show you what has been |
| 35:6 | marked as Exhibit 5 to your deposition and ask |
| 35:7 | you to identify that document. |
| 35:8 | A: Looks like a Provider Synergies therapeutic |
| 35:9 | class review. |
| 35:10 | Q: And what was the class that was being reviewed? |
| 35:11 | A: The COX-2 inhibitors. |
| 35:12 | Q: And that would include Vioxx, Bextra and |
| 35:13 | Celebrex? |
| 35:14 | A: Correct. |

---

**35:24-36:2**    Taylor 01/15/2010          00:00:11   00:15:07   00:48:12                    V506GR.28

| | |
|---|---|
| 35:24 | Q: This appears to you to be the monograph that |
| 35:25 | was prepared by Provider Synergies in February |
| 36:1 | of '02 for the COX-2 inhibitor class? |
| 36:2 | A: Yes. |

---

**36:12-37:9**    Taylor 01/15/2010          00:00:53   00:15:18   00:48:01                    V506GR.29

| | |
|---|---|
| 36:12 | Q: Either you or your team would have prepared |
| 36:13 | this? |
| 36:14 | A: That's correct. |
| 36:15 | Q: And we talked about earlier that what Provider |
| 36:16 | Synergies and you all would do would be to do |
| 36:17 | an independent review of the peer-reviewed |
| 36:18 | published literature and the FDA labeling of |
| 36:19 | the products and FDA findings about the |
| 36:20 | products as the primary source of information |
| 36:21 | to prepare these; is that correct? |
| 36:22 | A: Correct. |
| 36:23 | Q: And you also, at the end of these, typically |
| 36:24 | would list the references -- |
| 36:25 | A: Yes. |
| 37:1 | Q: -- that you used? |
| 37:2 | A: Correct. |
| 37:3 | Q: And would you give these monographs ahead of |
| 37:4 | time to the P&T Committee members so they could |
| 37:5 | review them before the P&T meeting? |
| 37:6 | A: Yes. |
| 37:7 | Q: Do you recall, generally, how long typically |
| 37:8 | before the meeting you would provide them? |

Link > Hide   37:9   A: The State distributed them.

---

**38:9 -38:16**   Taylor 01/15/2010          00:00:15   00:16:11   00:47:08          V506GR.30

| | |
|---|---|
| 38:9 | Q: The manufacturers could, if they wanted to, |
| 38:10 | submit some information to you all for |
| 38:11 | consideration, correct? |
| 38:12 | A: Correct. |
| 38:13 | Q: But, again, the primary materials you would |
| 38:14 | rely upon would be what you did on your |
| 38:15 | independent review, right? |
| 38:16 | A: Correct. |

---

**38:20 -39:3**   Taylor 01/15/2010          00:00:31   00:16:26   00:46:53          V506GR.31

Link > 2101.1

| | |
|---|---|
| 38:20 | Q: Exhibit 6 is a letter that was sent from |
| 38:21 | Pfizer, who you recall was a manufacture of |
| 38:22 | Bextra and Celebrex; is that correct? |
| 38:23 | A: Correct. |
| 38:24 | Q: They submitted some information to |
| 38:25 | Ms. Terrebonne as the pharmacy director for the |
| 39:1 | State of Louisiana with regard to Celebrex and |
| 39:2 | comparisons to it and Vioxx. If you take a |
| 39:3 | second. |

---

**39:4 -39:9**   Taylor 01/15/2010          00:00:17   00:16:57   00:46:22          V506GR.32

| | |
|---|---|
| 39:4 | We don't need to go through the whole |

|  | 39:5 | document. But does this appear to be clinical |
|--|------|----------------------------------------------|
|  | 39:6 | information and information that Pfizer |
|  | 39:7 | submitted to DHH regarding a COX-2 in the COX-2 |
|  | 39:8 | class? |
| Link > Hide | 39:9 | A:  Yes. |

| **40:7 -42:13** | Taylor 01/15/2010 | 00:02:06   00:17:14   00:46:05 | V506GR.33 |
|-----------------|-------------------|-------------------------------|-----------|

|  | 40:7 | Q:   If you look at the response to the Pfizer |
|--|------|---------------------------------------------|
|  | 40:8 | letter that was produced by Provider Synergies, |
| Link > 2177.1.3 | 40:9 | it talks about, 'The letter states that |
|  | 40:10 | Pharmacia's dossier for Celebrex was 'lacking |
|  | 40:11 | critical information.' Provider Synergies does |
|  | 40:12 | not use the dossier as a primary source for |
|  | 40:13 | drug information.' |
|  | 40:14 | Do you agree with that? |
|  | 40:15 | A:  Yes. |
|  | 40:16 | Q:   'Rather, Provider Synergies reviews published, |
|  | 40:17 | peer-reviewed, controlled clinical trials to |
|  | 40:18 | use in drug analysis.' Is that a correct |
|  | 40:19 | statement, too? |
|  | 40:20 | A:  Yes. |
| Link > 2177.1.4 | 40:21 | Q:   And it goes on to state, 'The letter states |
|  | 40:22 | that, in addition to the dossier, |
|  | 40:23 | pharmacoeconomic data presents a 'compelling |
|  | 40:24 | case for a second review.' Their |
|  | 40:25 | pharmacoeconomic data is not relevant to |
|  | 41:1 | Louisiana Medicaid as it uses costs not |
|  | 41:2 | reflective of those paid by Louisiana Medicaid |
|  | 41:3 | and uses a distinctly different patient |
|  | 41:4 | population.' |
|  | 41:5 | Again, this was part of the cost |
|  | 41:6 | component that Provider Synergies would be |
|  | 41:7 | looking at for a class review, correct? |
|  | 41:8 | A:   Correct. |
| Link > 2177.1.2 | 41:9 | Q:   And then if you look at bullet point three, it |
|  | 41:10 | says, Much of the data presented by Pfizer for |
|  | 41:11 | Celebrex in this letter has not been published |
|  | 41:12 | nor peer-reviewed. 'Although such data is |
|  | 41:13 | looked at, Provider Synergies does not consider |
|  | 41:14 | unpublished data from the pharmaceutical |
|  | 41:15 | manufacturer as worthy of consideration for our |
|  | 41:16 | unbiased reviews.' |
|  | 41:17 | Do you agree with that? |
|  | 41:18 | A:  Yes. |
| Link > Hide | 41:19 | Q:   Again, it goes on to say, 'Published, |
|  | 41:20 | peer-reviewed data mentioned in the letter had |

| | |
|---|---|
| 41:21 | been considered in our analysis of COX-II |
| 41:22 | inhibitors.' |
| 41:23 | Is all of this consistent with your |
| 41:24 | recollection of the type of review that you did |
| 41:25 | at Provider Synergies and the type of |
| 42:1 | information that you actually considered as the |
| 42:2 | primary source of information? |
| 42:3 | A:  Yes. |
| 42:4 | Q:  So is it a fair statement that you don't, for |
| 42:5 | example, consider manufacturers' marketing |
| 42:6 | materials in your clinical reviews? |
| 42:7 | A:  Fair statement, yes. |
| 42:8 | Q:  Don't consider internal e-mails or analyses? |
| 42:9 | A:  Correct. |
| 42:10 | Q:  Don't consider exchanges about unpublished |
| 42:11 | data, what they might mean and might not mean, |
| 42:12 | from manufacturers in your analysis? |
| 42:13 | A:  Correct. |

| 43:4 -43:14 | Taylor 01/15/2010 | 00:00:25   00:19:20   00:43:59 | V506GR.34 |
|---|---|---|---|

Link > 2110.1.1

| | |
|---|---|
| 43:4 | Q:  Let me show you Exhibit 8 to your deposition, |
| 43:5 | which is an e-mail from Steve Liles. Mr. Liles |
| 43:6 | was another clinical director at Provider |
| 43:7 | Synergies; is that correct? |
| 43:8 | A:  Clinical coordinator. |
| 43:9 | Q:  What was the difference between clinical |
| 43:10 | director and clinical coordinator? |
| 43:11 | A:  Clinical coordinator reported to the clinical |
| 43:12 | director. |
| 43:13 | Q:  So you were his boss? |
| 43:14 | A:  Correct. |

| 43:19 -44:12 | Taylor 01/15/2010 | 00:00:41   00:19:45   00:43:34 | V506GR.35 |
|---|---|---|---|

| | |
|---|---|
| 43:19 | Q:  It talks about 'Subject: Drug Information,' |
| 43:20 | and it's related to -- this is Monday, December |
| 43:21 | 1, 2003. And it says, 'Pfizer has submitted |
| 43:22 | the following formulary submission packets. |
| 43:23 | Would any of you like them sent to you?' And |
| 43:24 | then it has packages for, you see, Bextra and |
| 43:25 | Celebrex, several? |
| 44:1 | A:  Yes. |
| 44:2 | Q:  And then at the end, he notes, 'If nobody wants |
| 44:3 | them, they are going to the trash'; is that |
| 44:4 | correct? |
| 44:5 | A:  That's correct. |
| 44:6 | Q:  I'm sure he is being a bit facetious. But is |
| 44:7 | that consistent with your recollection, that |

| | |
|---|---|
| 44:8 | the dossiers were not considered very important |
| 44:9 | with regard to the work you were doing as an |
| 44:10 | independent consultant -- |
| 44:11 | A:  Correct. |
| Link > Hide   44:12 | Q:  -- for Provider? |

**44:22 -45:12**  Taylor 01/15/2010        00:00:45  00:20:26  00:42:53        V506GR.36

| | |
|---|---|
| 44:22 | Q:  Dr. Taylor, before the short break, you talked |
| 44:23 | about your primary source of information being |
| 44:24 | peer-reviewed published data, FDA labeling and |
| 44:25 | findings, and we have looked at some of the |
| 45:1 | correspondence, internal correspondence, and |
| 45:2 | e-mails saying that, basically, If anybody |
| 45:3 | wants the dossiers, fine; otherwise they're |
| 45:4 | going in the trash, and you mentioned you don't |
| 45:5 | really rely on the e-mails and marketing |
| 45:6 | material. Why is that or why was that? |
| 45:7 | A:  We felt that that was a biased review of |
| 45:8 | information. |
| 45:9 | Q:  And going with the independent review of the |
| 45:10 | peer-reviewed published data and the FDA |
| 45:11 | findings would not have had that same bias? |
| 45:12 | A:  That's correct. |

**45:16 -45:20**  Taylor 01/15/2010        00:00:15  00:21:11  00:42:08        V506GR.37
Link > TAY5.1.1

| | |
|---|---|
| 45:16 | Q:  Going back now to Exhibit 5. We had on the |
| 45:17 | break a full copy made. This was the monograph |
| 45:18 | of the COX-2 class, the original one, correct, |
| 45:19 | in February of '02? |
| 45:20 | A:  Yes. |

**45:21 -46:7**  Taylor 01/15/2010        00:00:33  00:21:26  00:41:53        V506GR.38
Link > TAY5.6.1

| | |
|---|---|
| 45:21 | Q:  If you go to page 6, which we now have on |
| 45:22 | Exhibit 5. There is a section called |
| 45:23 | 'Cardiovascular Concerns' and 'Cardiovascular |
| 45:24 | Events.' Do you see that? |
| 45:25 | A:  Yes. |
| 46:1 | Q:  Do you recall preparing reviews on the COX-2 |
| 46:2 | class -- including Vioxx, Celebrex and |
| 46:3 | Bextra -- in which you analyzed and presented |
| 46:4 | to the P&T Committee information about |
| 46:5 | potential cardiovascular risks of those |
| 46:6 | products? |
| 46:7 | A:  Yes. |

**46:8 -46:11**  Taylor 01/15/2010        00:00:08  00:21:59  00:41:20        V506GR.39

| | |
|---|---|
| 46:8 | Q:  And, again, this information would have been |
| 46:9 | presented to the P&T Committee meeting before |

| | | | | | |
|---|---|---|---|---|---|
| | 46:10 | the actual presentation you would make? | | | |
| | 46:11 | A:  Yes. | | | |

| | | | | | |
|---|---|---|---|---|---|
| **47:13 - 47:18** | Taylor 01/15/2010 | | 00:00:16  00:22:07  00:41:12 | | V506GR.40 |
| Link >  TAY5.10 | 47:13 | Q:  And is it a fair statement that all of the | | | |
| | 47:14 | references that you put on page 10 would have | | | |
| | 47:15 | actually been material that you or your staff | | | |
| | 47:16 | would have reviewed in preparation for the | | | |
| | 47:17 | monograph and presentation? | | | |
| | 47:18 | A:  Correct. | | | |

| | | | | | |
|---|---|---|---|---|---|
| **48:1 - 48:11** | Taylor 01/15/2010 | | 00:00:35  00:22:23  00:40:56 | | V506GR.41 |
| Link >  TAY5.10.1 | 48:1 | Q:  And do you see on page 10, reference 33 is to | | | |
| | 48:2 | an article by Mukherjee, Nissen and Topol? | | | |
| | 48:3 | Do you see that? | | | |
| | 48:4 | A:  I'm having trouble seeing 33. It's a little | | | |
| | 48:5 | small. | | | |
| | 48:6 | Q:  Do you want to borrow my readers? | | | |
| | 48:7 | A:  Yeah. Okay. I see it now. | | | |
| | 48:8 | Q:  So that would have been a peer-reviewed | | | |
| | 48:9 | published article that you considered in your | | | |
| | 48:10 | clinical review? | | | |
| | 48:11 | A:  Yes. | | | |

| | | | | | |
|---|---|---|---|---|---|
| **48:12 - 48:15** | Taylor 01/15/2010 | | 00:00:08  00:22:58  00:40:21 | | V506GR.42 |
| | 48:12 | Q:  And it talks about the risk of cardiovascular | | | |
| | 48:13 | events associated with selected COX-2 | | | |
| | 48:14 | inhibitors? | | | |
| | 48:15 | A:  Yes. | | | |

| | | | | | |
|---|---|---|---|---|---|
| **48:19 - 48:21** | Taylor 01/15/2010 | | 00:00:08  00:23:06  00:40:13 | | V506GR.43 |
| | 48:19 | Q:  And it talks about Coxibs and Selective | | | |
| | 48:20 | Inhibitors of COX-2 inhibitors, correct? | | | |
| Link >  Hide | 48:21 | A:  Yes. | | | |

| | | | | | |
|---|---|---|---|---|---|
| **48:22 - 49:8** | Taylor 01/15/2010 | | 00:00:27  00:23:14  00:40:05 | | V506GR.44 |
| | 48:22 | Q:  Any doubt, based on your recollection, and | | | |
| | 48:23 | specifically looking at this monograph -- and | | | |
| | 48:24 | we are going to go through some more -- that | | | |
| | 48:25 | you disclosed to the Louisiana P&T Committee | | | |
| | 49:1 | that there was a potential cardiovascular risk | | | |
| | 49:2 | associated with these products? | | | |
| | 49:3 | A:  Correct. We would have. | | | |
| | 49:4 | Q:  Any doubt in your mind that you disclosed to | | | |
| | 49:5 | the P&T Committee Louisiana Medicaid that there | | | |
| | 49:6 | was GI toxicity associated potentially with | | | |
| | 49:7 | these products? | | | |
| | 49:8 | A:  No doubt. | | | |

**Taylor V DA, PC Merged on 04-05-10**

| | | | | | | |
|---|---|---|---|---|---|---|
| **52:17 -53:5** | Taylor 01/15/2010 | 00:00:35 | 00:23:41 | 00:39:38 | | V506GR.45 |

Link > 2071.1

52:17   Q:  Dr. Taylor, tell the jury what Exhibit 10 to
52:18     your deposition is, please.
52:19   A:  It's the transcript from the May 8 Louisiana
52:20     Medicaid P&T Committee meeting.
52:21   Q:  As I understand the way the process worked, as
52:22     you described it earlier and from these
52:23     transcripts, is that you would typically get up
52:24     and make a presentation on the class review
52:25     that you previously submitted through the
53:1     monographs, right?
53:2   A:  That's correct.
53:3   Q:  And at the end of that, you would make a
53:4     recommendation?
53:5   A:  Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **53:14 -53:16** | Taylor 01/15/2010 | 00:00:10 | 00:24:16 | 00:39:03 | | V506GR.46 |

53:14   Q:  And this is the presentation in May of '02 on
53:15     the initial review of the COX-2 class?
53:16   A:  Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **53:17 -54:10** | Taylor 01/15/2010 | 00:00:45 | 00:24:26 | 00:38:53 | | V506GR.47 |

Link > 2071.36.2

53:17   Q:  And if you look on page 147 under your
53:18     presentation that you made to the P&T Committee
53:19     on this first class review of COX-2s, you say
53:20     there had been some trials for some of the
53:21     products showing that there is an increased
53:22     risk for GI effects. You also go on to say,
53:23     'Latest information in this class, there's been
53:24     a lot of looking at do the products increase
53:25     cardiovascular concerns, do they increase
54:1     edema.' You go on to say there is a lot of
54:2     discussion going on and 'We need to look at
54:3     further trials.'
54:4     Have you reason to believe that that was
54:5     not the presentation you made to the P&T
54:6     Committee in May of 2002?
54:7   A:  It looks correct.
54:8   Q:  Consistent with the monograph, consistent with
54:9     what we talked about before?
54:10   A:  Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **54:11 -54:24** | Taylor 01/15/2010 | 00:00:36 | 00:25:11 | 00:38:08 | | V506GR.48 |

54:11   Q:  Again, no doubt that you alerted the P&T
54:12     Committee that there were cardiovascular
54:13     concerns, there were GI toxicity concerns?
54:14   A:  Correct.

Link > 2071.36.1

| | | |
|---|---|---|
| 54:15 | Q: | On page 149, you go on and say, 'Both Bextra |
| 54:16 | | and Celebrex are less expensive to the State |
| 54:17 | | not to the extent that you would end up going |
| 54:18 | | to another dollar sign. From a strategy |
| 54:19 | | perspective going forward, it's important to |
| 54:20 | | choose one or the other.' That looks like |
| 54:21 | | that's Mr. Taylor's comments, correct? |
| 54:22 | A: | Yes. |
| 54:23 | Q: | Did he make a presentation with you? |
| 54:24 | A: | He would speak to the financial information. |

Link > Hide

---

**56:7 -56:21**   Taylor 01/15/2010       00:00:34  00:25:47  00:37:32             V506GR.49

| | | |
|---|---|---|
| 56:7 | Q: | And then there is a recommendation that we can |
| 56:8 | | see here at the end that we saw in the minutes |
| 56:9 | | that Bextra and Celebrex be put on the |
| 56:10 | | preferred and Vioxx be put on the nonpreferred, |
| 56:11 | | and we see Mr. Taylor talking about that |
| 56:12 | | being, one, Vioxx was more experience to the |
| 56:13 | | State? |
| 56:14 | A: | Correct. |
| 56:15 | Q: | There wasn't a recommendation that Vioxx be put |
| 56:16 | | on the nonpreferred as opposed to Bextra and |
| 56:17 | | Celebrex because the independent review |
| 56:18 | | revealed that one or the other was more or less |
| 56:19 | | safe with regard to cardiovascular concerns or |
| 56:20 | | GI toxicity, correct? |
| 56:21 | A: | Correct. |

Link > Hide

---

**57:3 -57:10**   Taylor 01/15/2010       00:00:14  00:26:21  00:36:58             V506GR.50

          (Edited)

| | | |
|---|---|---|
| 57:3 | | But based on your recollection and in |
| 57:4 | | the monographs that you submitted and your |
| 57:5 | | presentation, that was not the basis of the |
| 57:6 | | recommendation, correct, that one was more safe |
| 57:7 | | or less safe than the other, correct? |
| 57:8 | A: | Correct. |
| 57:9 | Q: | It was based on cost, correct? |
| 57:10 | A: | Yes. |

---

**57:11 -57:22**   Taylor 01/15/2010       00:00:31  00:26:35  00:36:44             V506GR.51

| | | |
|---|---|---|
| 57:11 | Q: | We talked earlier when we went through the |
| 57:12 | | Provider Synergies' materials that you |
| 57:13 | | recognized that there would be an annual review |
| 57:14 | | of the classes? |
| 57:15 | A: | Correct. |
| 57:16 | Q: | So if the first one was in May of '02 for |
| 57:17 | | COX-2s, the next one would come up about May of |
| 57:18 | | '03? |

**Taylor V DA, PC Merged on 04-05-10**

| | | |
|---|---|---|
| | 57:19 | A: Correct. |
| | 57:20 | Q: If you had any question of a manufacturer, you |
| | 57:21 | could ask and get information from them? |
| | 57:22 | A: Yes. |

---

**58:1 -58:16**  Taylor 01/15/2010      00:00:36  00:27:06  00:36:13                          V506GR.52

Link > 2080.1.1

58:1   Q: Dr. Taylor, Exhibit 11 is a letter from Merck
58:2   to Mr. Terry Taylor at Provider Synergies,
58:3   correct?
58:4   A: Yes.
58:5   Q: Have you seen this form of letter before when
58:6   either you or Mr. Taylor had a particular
58:7   question of Merck or other manufacturers, that
58:8   they would respond with some type of a letter
58:9   to you?
58:10  A: Yes.
58:11  Q: And without getting into the details of the
58:12  specifics of this letter, generally speaking,
58:13  do you recall that Merck was responsive if you
58:14  or Mr. Taylor had a request for information
58:15  that they would send you that information?
58:16  A: Yes.

---

**58:17 -58:25**  Taylor 01/15/2010      00:00:20  00:27:42  00:35:37                          V506GR.53

58:17  Q: And, again, while you believe that they were
58:18  responsive, this was not the type of primary
58:19  information that you relied upon for your
58:20  monographs and presentations, correct?

Link > Hide

58:21  A: Correct.
58:22  Q: Do you have any reason to believe that Merck
58:23  ever provided you inaccurate, misleading, false
58:24  information based on your request?
58:25  A: No.

---

**59:8 -59:12**  Taylor 01/15/2010      00:00:10  00:28:02  00:35:17                          V506GR.54

59:8   Q: Would you have typically received 'Dear
59:9   Healthcare Professional' letters from
59:10  manufacturers, certainly, with regard to drugs
59:11  that you were reviewing?
59:12  A: Yes.

---

**60:15 -60:22**  Taylor 01/15/2010      00:00:21  00:28:12  00:35:07                          V506GR.55

Link > TAY13.1

60:15  Q: This is the 2002 FDA-approved label for Vioxx.
60:16  That would have been information that you have
60:17  had and considered in making your presentations
60:18  and recommendations to the P&T Committee?
60:19  A: Yes.
60:20  Q: Is it significant to you that the FDA approves

|  | 60:21 | the language in these labels? |
|--|-------|-------------------------------|
|  | 60:22 | A: Yes. |

| **61:5 -61:15** | Taylor 01/15/2010 | 00:00:19  00:28:33  00:34:46 | V506GR.56 |
|-----------------|-------------------|------------------------------|-----------|

Link > TAY13.3.1

| | 61:5 | Q: It says, 'The information below should be taken |
|--|------|-----------------------------------------------------|
| | 61:6 | into consideration and caution should be |
| | 61:7 | exercised when VIOXX is used in patients with a |
| | 61:8 | medical history of ischemic heart disease.' |
| | 61:9 | That would have been information that you |
| | 61:10 | would have had and taken into consideration in |
| | 61:11 | making your recommendations? |
| | 61:12 | A: That's correct. |
| | 61:13 | Q: And you would have presented that information |
| | 61:14 | to the P&T Committee? |
| Link > Hide | 61:15 | A: Correct. |

| **61:19 -62:10** | Taylor 01/15/2010 | 00:00:50  00:28:52  00:34:27 | V506GR.57 |
|------------------|-------------------|------------------------------|-----------|

Link > 2081.1.1

| | 61:19 | Q: Dr. Taylor, let me show you Exhibit 14. Does |
|--|-------|--------------------------------------------------|
| | 61:20 | that appear to be another response from Merck |
| | 61:21 | to a question asked by Mr. Taylor for |
| | 61:22 | information? |
| | 61:23 | A: Yes. |
| | 61:24 | Q: In the Merck -- this is August 8, 2002. Merck |
| | 61:25 | was giving Mr. Taylor additional information on |
| | 62:1 | the prescribing information for Vioxx; is that |
| | 62:2 | correct? |
| | 62:3 | A: Yes. |
| | 62:4 | Q: And he talks about the Vioxx gastrointestinal |
| | 62:5 | outcomes research study? |
| | 62:6 | A: Yes. |
| Link > 2081.3.1 | 62:7 | Q: If you look at page 3 of the letter, Mr. Taylor |
| | 62:8 | is also informed about the gastrointestinal |
| | 62:9 | effects under the 'Warnings' section, correct? |
| | 62:10 | A: Yes. |

| **62:15 -62:23** | Taylor 01/15/2010 | 00:00:18  00:29:42  00:33:37 | V506GR.58 |
|------------------|-------------------|------------------------------|-----------|

Link > Hide

| | 62:15 | It | (Edited) |
|--|-------|-----|---------|
| | 62:16 | would be something Merck was responding to, a | |
| | 62:17 | request for information from Provider | |
| | 62:18 | Synergies? | |
| | 62:19 | A: Correct. | |
| | 62:20 | Q: And it would be something that Provider | |
| | 62:21 | Synergies could take into consideration if it | |
| | 62:22 | chose to do so? | |
| | 62:23 | A: Correct. | |

| **63:2 -63:12** | Taylor 01/15/2010 | 00:00:29  00:30:00  00:33:19 | V506GR.59 |
|-----------------|-------------------|------------------------------|-----------|

Link > 2092A.1.1

| | 63:2 | Q: Dr. Taylor, can you identify Exhibit 15? |
|--|------|---------------------------------------------|

63:3        A:   It's an NSAID therapeutic class review from
63:4             April of 2003.
63:5        Q:   That's a Provider Synergies prepared document?
63:6        A:   Yes.
63:7        Q:   And you would have had responsibility for
63:8             those?
63:9        A:   Correct.
63:10       Q:   COX-2s were part of the overall NSAID class; is
63:11            that correct?
63:12       A:   That's correct.

---

**63:16 - 63:19**        Taylor 01/15/2010        00:00:09   00:30:29   00:32:50        V506GR.60

63:16       Q:   And this is, essentially, your updating the
63:17            monograph from the prior year for the upcoming
63:18            annual review; is that fair?
Link >  Hide         63:19       A:   Correct.

---

**64:3 - 64:19**         Taylor 01/15/2010        00:00:32   00:30:38   00:32:41        V506GR.61

64:3        Q:   Do you specifically mention that Vigor study,
64:4             the Vioxx gastrointestinal outcome study, that
64:5             we talked about before?
64:6             Is it Vigor?
64:7        A:   Yes.
64:8        Q:   This would have been submitted, again, to the
64:9             P&T Committee before the meeting for them to
64:10            review?
64:11       A:   Correct.
64:12       Q:   Any doubt in your mind that you alerted the P&T
64:13            Committee to the potential cardiovascular
64:14            concerns of Vioxx?
64:15       A:   No doubt.
64:16       Q:   Any doubt in your mind that you alerted the P&T
64:17            Committee of Louisiana about the potential GI
64:18            toxicity of Vioxx as well as other NSAIDs?
64:19       A:   No doubt.

---

**64:23 - 65:6**         Taylor 01/15/2010        00:00:24   00:31:10   00:32:09        V506GR.62

Link >  2092A.13.1         64:23       Q:   If you look at the reference page on page 14,
64:24            Dr. Taylor. Reference 16 is the Vioxx package
64:25            insert from 2002 that we just looked at,
65:1             correct?
65:2        A:   Yes.
65:3        Q:   That was provided or considered and also made
65:4             available to the P&T if they needed to look at
65:5             it?
65:6        A:   Correct.

---

**65:21 - 66:6**         Taylor 01/15/2010        00:00:36   00:31:34   00:31:45        V506GR.63

| | | |
|---|---|---|
| Link > 2092A.14.1 | 65:21 | Q:  Dr. Taylor, just one last question on Exhibit |
| | 65:22 | 15 on the reference list on the back. If you |
| | 65:23 | want to turn to that. Is it a fair statement |
| | 65:24 | that, again, you would have considered and |
| | 65:25 | taken into consideration these published |
| | 66:1 | articles that are listed -- such as Mukherhee, |
| | 66:2 | number 58; Whelton on number 62; and, again, |
| | 66:3 | Whelton on number 63 -- in your preparation of |
| | 66:4 | the monograph and your presentation to the P&T |
| | 66:5 | Committee? |
| | 66:6 | A:  Yes. |

| **66:10 - 66:12** | Taylor 01/15/2010 | 00:00:10 00:32:10 00:31:09 | V506GR.64 |
|---|---|---|---|
| Link > 2094.1 | 66:10 | Q:  Dr. Taylor, what is Exhibit 16? | |
| | 66:11 | A:  This is the Louisiana P&T Committee meeting May | |
| | 66:12 | 21, 2003 minutes. | |

| **66:13 - 66:14** | Taylor 01/15/2010 | 00:00:03 00:32:20 00:30:59 | V506GR.65 |
|---|---|---|---|
| Link > 2094.1.1 | 66:13 | Q:  And does it show you present? | |
| | 66:14 | A:  Yes. | |

| **66:15 - 67:3** | Taylor 01/15/2010 | 00:00:47 00:32:23 00:30:56 | V506GR.66 |
|---|---|---|---|
| Link > 2094.10.1 | 66:15 | Q:  It appears on page 10, under the section of | |
| | 66:16 | 'Selective Cyclooxygenase COX-2 Inhibitors' | |
| | 66:17 | that COX-2s were up for their annual review | |
| | 66:18 | again, correct? | |
| | 66:19 | A:  Yes. | |
| | 66:20 | Q:  And we just looked at the April monograph that | |
| | 66:21 | would have been submitted ahead of time to the | |
| | 66:22 | P&T Committee, right? | |
| | 66:23 | A:  Correct. | |
| | 66:24 | Q:  And as a result of the clinical and financial | |
| | 66:25 | review this year, what were the | |
| | 67:1 | recommendations? | |
| | 67:2 | A:  Vioxx, Bextra on the PDL and nonpreferred was | |
| Link > Hide | 67:3 | Celebrex. | |

| **67:14 - 68:3** | Taylor 01/15/2010 | 00:00:44 00:33:10 00:30:09 | V506GR.67 |
|---|---|---|---|
| Link > 2095.1 | 67:14 | Q:  Dr. Taylor, what is Exhibit 17? | |
| | 67:15 | A:  Transcripts from the May 21, 2003 Louisiana P&T | |
| | 67:16 | Committee. | |
| | 67:17 | Q:  So that's the transcript of the meeting for | |
| | 67:18 | which the minutes are reflected in Exhibit 16, | |
| | 67:19 | correct? | |
| | 67:20 | A:  That's correct. | |
| | 67:21 | Q:  And you would have made a presentation, again, | |
| | 67:22 | based upon your class review, the annual class | |
| | 67:23 | review, of COX-2 inhibitors? | |

|  |  |
|---|---|
| 67:24 | A:  Yes. |
| 67:25 | Q:  And would Mr. Taylor or some other |
| 68:1 | representative from Provider Synergies be there |
| 68:2 | to give the financial rebate cost analysis? |
| 68:3 | A:  Yes. |

---

**68:13 -68:19**     Taylor 01/15/2010          00:00:27  00:33:54  00:29:25          V506GR.68

Link > 2095.47.1

|  |  |
|---|---|
| 68:13 | Q:  If you look at page 181 of the transcript, what |
| 68:14 | do you say -- on that third last paragraph, |
| 68:15 | what do you say about cardiovascular concerns? |
| 68:16 | A:  It says 'There are cardiovascular concerns with |
| 68:17 | the COX-2 products at this point. Hypertension |
| 68:18 | and edema have been looked at for both the |
| 68:19 | celecoxib and rofecoxib.' |

---

**68:20 -68:21**     Taylor 01/15/2010          00:00:04  00:34:21  00:28:58          V506GR.69

Link > Hide

|  |  |
|---|---|
| 68:20 | Q:  And rofecoxib, as you understand, is Vioxx? |
| 68:21 | A:  Correct. |

---

**69:19 -69:24**     Taylor 01/15/2010          00:00:10  00:34:25  00:28:54          V506GR.70

|  |  |
|---|---|
| 69:19 | Q:  It looks at this point in time, the |
| 69:20 | recommendation, obviously, was made from |
| 69:21 | Provider Synergies to put Vioxx and Bextra on |
| 69:22 | the preferred drug list and Celebrex on the |
| 69:23 | nonpreferred, right? |
| 69:24 | A:  Correct. |

---

**71:6 -71:14**     Taylor 01/15/2010          00:00:16  00:34:35  00:28:44          V506GR.71

|  |  |
|---|---|
| 71:6 | Q:  And again, no doubt, based on the monographs |
| 71:7 | and your presentations to the P&T Committee in |
| 71:8 | May of '03, that the P&T Committee of Louisiana |
| 71:9 | Medicaid was well aware of the cardiovascular |
| 71:10 | concerns of COX-2 inhibitors? |
| 71:11 | A:  Correct. |
| 71:12 | Q:  And well aware of the potential GI toxicity as |
| 71:13 | well? |
| 71:14 | A:  Yes. |

---

**71:17 -71:21**     Taylor 01/15/2010          00:00:12  00:34:51  00:28:28          V506GR.72

|  |  |
|---|---|
| 71:17 | Louisiana Medicaid adopted and accepted |
| 71:18 | the recommendations that Provider Synergies |
| 71:19 | made about the COX-2 class. Is that your |
| 71:20 | recollection? |
| 71:21 | A:  From the minutes, it appears that way. |

---

**74:24 -75:18**     Taylor 01/15/2010          00:00:55  00:35:03  00:28:16          V506GR.73

Link > 2118.1

|  |  |
|---|---|
| 74:24 | Q:  Dr. Taylor, let me show you Exhibit 19. Can |
| 74:25 | you identify that, please? |
| 75:1 | A:  NSAID review dated April 2004 from Provider |

Taylor V DA, PC Merged on 04-05-10

| | | | | | |
|---|---|---|---|---|---|

75:2      Synergies.

75:3      Q:  Is that the updated class review for NSAIDs,

75:4      including COX-2s?

75:5      A:  Yes.

75:6      Q:  Is it a fair statement that you were,

75:7      obviously, keeping up with the issue in this

75:8      class as well as other classes that you were

75:9      responsible for, so if additional information

75:10     became available -- peer-reviewed literature,

75:11     FDA pronouncements -- that you would include

75:12     them in the monograms?

75:13     A:  Yes.

Link > 2118.14.1    75:14     Q:  And, again, on page 13 of the April '04

75:15     Provider Synergies' monograph, did you, again,

75:16     have a detailed discussion about cardiovascular

75:17     concerns?

75:18     A:  Yes.

---

**75:22 -76:4**    Taylor 01/15/2010      00:00:18  00:35:58  00:27:21      V506GR.74

Link > 2118.16.1    75:22     Q:  And if you look at page 15 of the updated

75:23     monograph. On the second-to-the-last

75:24     paragraph, you have a full paragraph on the

75:25     Vigor study; is that correct?

76:1      A:  Yes.

76:2      Q:  Raising questions concerning the cardiovascular

76:3      safety of Vioxx?

Link > Hide    76:4      A:  Yes.

---

**76:16 -77:9**    Taylor 01/15/2010      00:00:50  00:36:16  00:27:03      V506GR.75

76:16     Q:  Any doubt over the life of your reviews of

76:17     COX-2s, including Vioxx with the P&T Committee

76:18     of Louisiana, that you made them aware of the

76:19     cardiovascular potential risk of Vioxx in the

76:20     COX-2 class?

76:21     A:  Would I have made them aware? Yes.

76:22     Q:  And as we said before, also the GI toxicity

76:23     issue?

76:24     A:  Correct.

76:25     Q:  If the P&T members had any questions

77:1      whatsoever, they could ask you, correct?

77:2      A:  That's correct.

77:3      Q:  Has any P&T Committee member from, say,

77:4      Louisiana ever told you that they felt they had

77:5      inaccurate information from Provider Synergies

77:6      about the COX-2 class?

77:7      A:  Not to my knowledge.

77:8      Q:  And that's up until the time you left in 2008?

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 77:9 | A: Correct. | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **77:13 -77:15** | Taylor 01/15/2010 | 00:00:10 | 00:37:06 | 00:26:13 | | V506GR.76 |

Link > 2119.1

77:13   Q: Dr. Taylor, what is Exhibit 20?
77:14   A: May 5, 2004 Louisiana P&T Committee meeting
77:15   minutes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **77:16 -77:18** | Taylor 01/15/2010 | 00:00:05 | 00:37:16 | 00:26:03 | | V506GR.77 |

Link > 2119.1.1

77:16   Q: Does that show that you were present at that
77:17   meeting?
77:18   A: Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **77:19 -78:21** | Taylor 01/15/2010 | 00:01:31 | 00:37:21 | 00:25:58 | | V506GR.78 |

77:19   Q: And this is the annual review. We saw the
77:20   monograph in April of 2004 that would have been
77:21   submitted before this meeting?
77:22   A: Correct.

Link > 2119.4.2

77:23   Q: And if you look on page 4 of the minutes from
77:24   the May 5, 2004 P&T meeting, there is a section
77:25   under 'Celebrex.' Do you see that?
78:1   A: Yes.
78:2   Q: And 'Class Review,' you see it references the
78:3   December 17, 2000 recommendation that we looked
78:4   at a few minutes ago, where the committee was
78:5   charged Provider Synergies, specifically
78:6   Mr. Taylor, to continue to negotiate on
78:7   Celebrex?
78:8   A: Yes.
78:9   Q: What was the recommendation in May after those
78:10   negotiations?
78:11   A: That Celebrex still remained off the PDL.
78:12   Q: Does it say under the Recommendation that
78:13   'Provider Synergies also reported that some
78:14   additional rebate had been offered by the
78:15   manufacturer of Celebrex, however the amount
78:16   was insufficient to warrant recommending
78:17   Celebrex be added to the PDL'?
78:18   A: Correct.
78:19   Q: And that's your understanding of the basis of
78:20   the recommendation?

Link > Hide

78:21   A: Yes.

| | | | | | | |
|---|---|---|---|---|---|---|
| **79:2 -79:16** | Taylor 01/15/2010 | 00:00:49 | 00:38:52 | 00:24:27 | | V506GR.79 |

Link > 2121.1.1

79:2   Q: Dr. Taylor, Exhibit 21 is a May 7, 2004 letter
79:3   from Pfizer to Provider Synergies, correct?
79:4   A: Yes.
79:5   Q: And in that letter it appears, does it not,
79:6   that Pfizer was alerting Provider Synergies

| | |
|---|---|
| 79:7 | to -- or requesting Provider Synergies to |
| 79:8 | consider the Solomon reprint, Solomon study for |
| 79:9 | consideration of Celebrex in the COX-2 class, |
| 79:10 | correct? |
| 79:11 | A:  Correct. |
| 79:12 | Q:  And would you have taken this information into |
| 79:13 | consideration for your recommendations? |
| 79:14 | A:  We would have reviewed this and then done our |
| 79:15 | own independent review and made a decision of |
| 79:16 | what to include. |

Link > Hide

---

**79:25 - 80:10**   Taylor 01/15/2010        00:00:28   00:39:41   00:23:38        V506GR.80

| | |
|---|---|
| 79:25 | Q:  Do you recall that, obviously, Pfizer and Merck |
| 80:1 | were competitors in this class? |
| 80:2 | A:  Yes. |
| 80:3 | Q:  In addition to public material available to you |
| 80:4 | and the FDA material, your recollection -- we |
| 80:5 | have seen some of it here today -- would it be |
| 80:6 | accurate to say that Pfizer would provide the |
| 80:7 | information if they thought it was something |
| 80:8 | you should consider in comparing Celebrex to |
| 80:9 | Vioxx? |
| 80:10 | A:  Yes. |

---

**80:14 - 80:22**   Taylor 01/15/2010        00:00:18   00:40:09   00:23:10        V506GR.8'

Link > 2123.1.1

| | |
|---|---|
| 80:14 | Q:  Dr. Taylor, does Exhibit 22 appear to be a |
| 80:15 | letter that Merck sent you in response to an |
| 80:16 | information request that you had made through a |
| 80:17 | Mr. John Fevurly? |
| 80:18 | A:  Yes. |
| 80:19 | Q:  Again, as in the earlier question about one of |
| 80:20 | these letters, was Merck responsive to your |
| 80:21 | request? |
| 80:22 | A:  Yes. |

Link > Hide

---

**80:23 - 81:2**   Taylor 01/15/2010        00:00:12   00:40:27   00:22:52        V506GR.82

| | |
|---|---|
| 80:23 | Q:  Did they -- you saw the Pfizer letter about the |
| 80:24 | Solomon article. It looks like you wanted to |
| 80:25 | hear if there was any other view of that from |
| 81:1 | Merck; is that correct? |
| 81:2 | A:  Correct. |

---

**81:3 - 81:9**   Taylor 01/15/2010        00:00:17   00:40:39   00:22:40        V506GR.83

| | |
|---|---|
| 81:3 | Q:  And did Merck provide you a detailed analysis |
| 81:4 | of clinical information surrounding some of |
| 81:5 | these published studies? |
| 81:6 | A:  Yes. |
| 81:7 | Q:  Any reason to believe that Merck provided you |

---

| | | | | |
|---|---|---|---|---|
| | 81:8 | inaccurate or misleading information? | | |
| | 81:9 | A:  No. | | |

---

| **81:21 - 82:6** | Taylor 01/15/2010 | 00:00:19   00:40:56   00:22:23 | V506GR.84 |
|---|---|---|---|
| | 81:21 | Have | (Edited) |
| | 81:22 | any Louisiana DHH official ever told you that | |
| | 81:23 | Provider Synergies provided incorrect or | |
| | 81:24 | inaccurate or misleading information to them | |
| | 81:25 | about the COX-2 class? | |
| | 82:1 | A:  No. | |
| | 82:2 | Q:  What about Vioxx specifically? | |
| | 82:3 | A:  No. | |
| | 82:4 | Q:  And that's up through the time you left the | |
| | 82:5 | company? | |
| | 82:6 | A:  Correct. | |

---

| **82:18 - 83:6** | Taylor 01/15/2010 | 00:00:24   00:41:15   00:22:04 | V506GR.85 |
|---|---|---|---|
| | 82:18 | Q:  So up until -- do you recall that Vioxx was | |
| | 82:19 | voluntarily withdrawn from the market in | |
| | 82:20 | September of '04? | |
| | 82:21 | A:  Correct. | |
| | 82:22 | Q:  And from that point forward for four years, you | |
| | 82:23 | were with Provider Synergies working with those | |
| | 82:24 | folks, correct? | |
| | 82:25 | A:  Yes. | |
| | 83:1 | Q:  Working with the P&T Committee members and | |
| | 83:2 | working with the Louisiana Department of Health | |
| | 83:3 | and Hospital personnel, correct? | |
| | 83:4 | A:  Um. | |
| | 83:5 | Q:  Periodically? | |
| | 83:6 | A:  Yes. | |

---

| **83:10 - 83:19** | Taylor 01/15/2010 | 00:00:24   00:41:39   00:21:40 | V506GR.86 |
|---|---|---|---|
| | 83:10 | Q:  And during any of those conversations or | |
| | 83:11 | meetings, did anybody ever tell you from the | |
| | 83:12 | Louisiana Department of Health and Hospitals or | |
| | 83:13 | the P&T Committee that Provider Synergies had | |
| | 83:14 | provided inaccurate, misleading, false | |
| | 83:15 | information about Vioxx or COX-2 inhibitors? | |
| | 83:16 | A:  No. | |
| | 83:17 | Q:  Or that Merck had provided such to you, false, | |
| | 83:18 | misleading or inaccurate material? | |
| | 83:19 | A:  No. | |

---

| **84:13 - 84:16** | Taylor 01/15/2010 | 00:00:09   00:42:03   00:21:16 | V506GR.87 |
|---|---|---|---|
| Link > 2127.1 | 84:13 | Q:  Dr. Taylor, what is Exhibit 23 to your | |
| | 84:14 | deposition? | |
| | 84:15 | A:  August 11, 2004 Louisiana P&T Committee | |

---

|  |  | 84:16 | minutes. |  |  |  |  |
|---|---|---|---|---|---|---|---|

| **84:17 - 84:18** | Taylor 01/15/2010 | 00:00:05 | 00:42:12 | 00:21:07 | V506GR.8{ |
|---|---|---|---|---|---|

Link > 2127.1.1

| 84:17 | Q: Are you present at that meeting? |
| 84:18 | A: Yes. |

| **84:19 - 84:22** | Taylor 01/15/2010 | 00:00:16 | 00:42:17 | 00:21:02 | V506GR.89 |
|---|---|---|---|---|---|

Link > 2127.11.1

| 84:19 | Q: If you look at page 11, it appears that the |
| 84:20 | COX-2 inhibitor class was looked at again; is |
| 84:21 | that right? |
| 84:22 | A: Yes. |

| **85:4 - 85:8** | Taylor 01/15/2010 | 00:00:14 | 00:42:33 | 00:20:46 | V506GR.90 |
|---|---|---|---|---|---|

| 85:4 | Q: Do you recall that at some point in time those |
| 85:5 | negotiations were sufficient to allow for |
| 85:6 | recommendation for Celebrex to go back on the |
| 85:7 | preferred drug list? |
| 85:8 | A: It appears that way from these recommendations. |

| **87:6 - 88:3** | Taylor 01/15/2010 | 00:01:03 | 00:42:47 | 00:20:32 | V506GR.91 |
|---|---|---|---|---|---|

Link > 2133.1.1

| 87:6 | Q: This appears to be -- Exhibit 24 appears to be |
| 87:7 | an e-mail, internal, at Provider Synergies |
| 87:8 | trying to respond from a question from the |
| 87:9 | State about investigating the financial impact |
| 87:10 | of Vioxx being withdrawn from the market and, |
| 87:11 | obviously, no longer on the preferred drug |
| 87:12 | list, correct? |
| 87:13 | A: Correct. |
| 87:14 | Q: Do you recall such analysis would be the |
| 87:15 | regular part of the business that you would do |
| 87:16 | for the State? |
| 87:17 | A: Yes. |

Link > 2137.1.1

| 87:18 | Q: And on page 2 of Exhibit 24, which is a |
| 87:19 | document produced by Provider Synergies, |
| 87:20 | Ms. Griffith reports back to Ms. Terrebonne and |
| 87:21 | to Harvey Taylor at Louisiana that 'The cost of |
| 87:22 | Celebrex and Vioxx were almost the same. So, |
| 87:23 | if most of the Vioxx utilization shifts to |
| 87:24 | Celebrex, there would be no difference. The |
| 87:25 | analysis showed essentially no financial impact |
| 88:1 | to the removal of Vioxx.' |
| 88:2 | Did I read that correctly? |

Link > Hide

| 88:3 | A: Yes. |

| **88:20 - 88:25** | Taylor 01/15/2010 | 00:00:13 | 00:43:50 | 00:19:29 | V506GR.92 |
|---|---|---|---|---|---|

| 88:20 | So Provider Synergies was of the opinion |
| 88:21 | after doing its analysis that there would be no |
| 88:22 | financial impact on the State of Louisiana |
| 88:23 | based on the removal of Vioxx from the |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | 88:24 | Louisiana preferred drug list? | | | |
| | 88:25 | A:  Correct. | | | |
| **89:25 - 90:14** | Taylor 01/15/2010 | 00:00:46   00:44:03   00:19:16 | | | V506GR.93 |

89:25    Q:  Do you recall following and considering the FDA

90:1    Advisory Committee meetings and findings of the

90:2    NSAID class in April of 2005?

90:3    A:  Yes.

90:4    Q:  Do you recall that the FDA, after looking at

90:5    all of the data from all of the NSAIDs,

90:6    traditional and selective, concluded that there

90:7    is no rank ordering of risk and that they all

90:8    have some potential cardiovascular risk?

90:9    A:  Correct.

90:10    Q:  And do you recall that as a result of their

90:11    findings that all NSAIDs, COX-2s and

90:12    traditional had a box warning for potential

90:13    cardiovascular risks?

90:14    A:  Yes.

|  |  |  |  |
|---|---|---|---|
| **90:15 - 90:20** | Taylor 01/15/2010 | 00:00:17   00:44:49   00:18:30 | V506GR.94 |

90:15    Q:  That would be -- the FDA findings in April 2005

90:16    are part of that hierarchy of material that you

90:17    look at -- FDA findings labels, published

90:18    peer-reviewed literature -- in making your

90:19    recommendations, correct?

90:20    A:  Correct.

|  |  |  |  |
|---|---|---|---|
| **93:19 - 93:23** | Taylor 01/15/2010 | 00:00:11   00:45:06   00:18:13 | V506GR.95 |

93:19    Q:  So a drug or a class of drugs would be reviewed

93:20    by Provider Synergies at least on an annual

93:21    basis and recommendations would be made at the

93:22    P&T Committee; is that correct?

93:23    A:  That's correct.

|  |  |  |  |
|---|---|---|---|
| **94:5 - 94:10** | Taylor 01/15/2010 | 00:00:16   00:45:17   00:18:02 | V506GR.96 |

94:5    Q:  Did anyone from the State of Louisiana ever

94:6    contact you before -- to your knowledge, before

94:7    filing this lawsuit and ask your views of

94:8    whether or not there had been any

94:9    misrepresentation about Vioxx?

94:10    A:  No.

|  |  |  |  |
|---|---|---|---|
| **94:24 - 95:15** | Taylor 01/15/2010 | 00:00:48   00:45:33   00:17:46 | V506GR.97 |

94:24    Q:  Dr. Taylor, we have gone through a series of

94:25    monographs and the P&T Committee meetings and

95:1    minutes that reflected the COX-2 and NSAID

95:2    discussions earlier today. Is it your

95:3    recollection that -- and I think you described

| | | |
|---|---|---|
| | 95:4 | the process, about how you prepare and then |
| | 95:5 | present the monographs and then make a |
| | 95:6 | presentation, oral presentation, at the |
| | 95:7 | meetings. |
| | 95:8 | From 2002 to 2004, while Vioxx was on the |
| | 95:9 | market and Provider Synergies was doing class |
| | 95:10 | reviews, is it right that the manufacturers at |
| | 95:11 | those meetings did not make presentations to |
| | 95:12 | the P&T Committee? |
| | 95:13 | A: No. |
| | 95:14 | Q: That's -- |
| | 95:15 | A: No. They did make presentations. |

| **95:16 - 96:7** | Taylor 01/15/2010 | 00:00:58  00:46:21  00:16:58 | V506GR.98 |
|---|---|---|---|
| | 95:16 | Q: In 2002 through 2004? | |
| | 95:17 | I know that they did subsequent to that. | |
| | 95:18 | I think we can go through the transcripts. Do | |
| | 95:19 | you recall -- if I understood the process -- | |
| | 95:20 | let's back up a second -- that you all would | |
| | 95:21 | make a presentation on the class and then make | |
| | 95:22 | a recommendation and the P&T could ask you | |
| | 95:23 | questions, and then there was an open period | |
| | 95:24 | for public comment at the end of those | |
| | 95:25 | meetings. Is that -- | |
| | 96:1 | A: Correct. | |
| | 96:2 | Q: Is that what you are talking about? | |
| | 96:3 | A: Yes. | |
| | 96:4 | Q: Okay. But the presentation on the COX-2 class | |
| | 96:5 | and NSAIDs was made by Provider Synergies to | |
| | 96:6 | the P&T, correct? | |
| | 96:7 | A: Correct. | |

| **96:8 - 96:13** | Taylor 01/15/2010 | 00:00:13  00:47:19  00:16:00 | V506GR.99 |
|---|---|---|---|
| | 96:8 | Q: And the P&T Committee, as you understood it, | |
| | 96:9 | pursuant to the contract Provider Synergies had | |
| | 96:10 | with the State, was relying on Provider | |
| | 96:11 | Synergies' review and recommendation and not | |
| | 96:12 | the manufacturers, correct? | |
| | 96:13 | A: Correct. | |

| **96:14 - 96:20** | Taylor 01/15/2010 | 00:00:22  00:47:32  00:15:47 | V506GR.100 |
|---|---|---|---|
| | 96:14 | Q: And based upon Provider Synergies' independent | |
| | 96:15 | clinical review and price negotiations that we | |
| | 96:16 | have talked about earlier of the NSAID class, | |
| | 96:17 | both traditional NSAIDs and COX-2s, Provider | |
| | 96:18 | Synergies made its recommendation that Vioxx be | |
| | 96:19 | included on the 2003 and 2004 preferred drug | |

**Taylor V DA, PC Merged on 04-05-10**

|          |                |                                                    |
|----------|----------------|----------------------------------------------------|
|          | 96:20          | list; is that right?                               |

| 96:21 - 97:16 | Taylor 01/15/2010 | 00:01:16  00:47:54  00:15:25 | V506GR.101 |

| | 96:21 | A:  Yes. |
| | 96:22 | Q:  And that recommendation was that after doing |
| | 96:23 | that independent review and the contract |
| | 96:24 | negotiations, rebate negotiations, that it was |
| | 96:25 | cost effective for the State of Louisiana to |
| | 97:1 | have Vioxx on the preferred drug list for 2003 |
| | 97:2 | and 2004; is that correct? |
| | 97:3 | A:   Correct. |
| | 97:4 | Q:   And the State adopted that recommendation, as |
| | 97:5 | you recall? |
| | 97:6 | A:   Yes. |
| | 97:7 | Q:   And that recommendation that was adopted by the |
| | 97:8 | State to place Vioxx on the preferred drug list |
| | 97:9 | in Louisiana in 2003 and 2004 was made after |
| | 97:10 | Provider Synergies, and you specifically, |
| | 97:11 | presented the State with the monographs that we |
| | 97:12 | have been through today, the information about |
| | 97:13 | the cardiovascular risk, the information about |
| | 97:14 | the GI toxicity, made oral presentations about |
| | 97:15 | those issues to the P&T, correct? |
| | 97:16 | A:   Yes. |

| 97:17 - 98:2 | Taylor 01/15/2010 | 00:00:28  00:49:10  00:14:09 | V506GR.102 |

| | 97:17 | Q:   And that recommendation which was adopted was |
| | 97:18 | based, to your knowledge, on the monograph |
| | 97:19 | class review and your presentation and |
| | 97:20 | recommendations and not on Merck's submissions, |
| | 97:21 | correct? |
| | 97:22 | A:   Correct. |
| | 97:23 | Q:   You do not have any information to believe that |
| | 97:24 | Merck in any way misled or misrepresented the |
| | 97:25 | risk and benefits of Vioxx that somehow had an |
| | 98:1 | affect on that decision; is that correct? |
| | 98:2 | A:   Correct. |

| 102:10 - 103:5 | Taylor 01/15/2010 | 00:01:32  00:49:38  00:13:41 | V506GR.103 |

| | 102:10 | Q:   I wanted to ask a bit more about the sources of |
| | 102:11 | information that you used in developing your |
| | 102:12 | monographs and recommendations. Could you |
| | 102:13 | reiterate what the sources were that you used |
| | 102:14 | in coming to your recommendation to the State |
| | 102:15 | of Louisiana? |
| | 102:16 | A:   We reviewed peer-reviewed articles that we |
| | 102:17 | searched through PubMed. We also procured |

**Taylor V DA, PC Merged on 04-05-10**

| | | |
|---|---|---|
| 102:18 | articles from certain online sources and | |
| 102:19 | downloaded package inserts from online sources | |
| 102:20 | or requested them from pharmaceutical | |
| 102:21 | manufacturers. | |
| 102:22 | Q:  Was there any other information that you used | |
| 102:23 | that helped you to make your recommendations? | |
| 102:24 | A:  No. | |
| 102:25 | Q:  We looked at some documents earlier where it | |
| 103:1 | appeared that Provider Synergies had requested | |
| 103:2 | information directly to Merck, and then those | |
| 103:3 | documents appeared to be responding to what | |
| 103:4 | Merck calls PIRs. Was that also taken into | |
| 103:5 | consideration in making your recommendation? |

---

**103:8 - 103:10**   Taylor 01/15/2010          00:00:10  00:51:10   00:12:09                    V506GR.104

| | |
|---|---|
| 103:8 | A:  The only thing used from those information |
| 103:9 | articles would be any references to published |
| 103:10 | peer-reviewed articles. |

---

**104:8 - 104:11**   Taylor 01/15/2010          00:00:15  00:51:20   00:11:59                    V506GR.105

| | |
|---|---|
| 104:8 | Q:  After having participated in a number of P&T |
| 104:9 | Committee meetings, were you aware that the P&T |
| 104:10 | Committee also relied on other sources of |
| 104:11 | information in making their decision? |

---

**104:14 - 104:18**   Taylor 01/15/2010          00:00:22  00:51:35   00:11:44                    V506GR.10ₒ

| | |
|---|---|
| 104:14 | A:  I have no idea what they would have relied on. |
| 104:15 | Q:  Do you know if they were aware of other sources |
| 104:16 | of information besides what was presented in |
| 104:17 | the monograph or by Provider Synergies at the |
| 104:18 | P&T Committee meeting? |

---

**104:20 - 104:23**   Taylor 01/15/2010          00:00:17  00:51:57   00:11:22                    V506GR.107

| | |
|---|---|
| 104:20 | A:  No idea. |
| 104:21 | Q:  Do you recall if they brought up other sources |
| 104:22 | of information other than what you had digested |
| 104:23 | and utilized in preparing your monograph? |

---

**105:1 - 105:10**   Taylor 01/15/2010          00:00:38  00:52:14   00:11:05                    V506GR.108

| | |
|---|---|
| 105:1 | A:  I don't recall in this particular instance. |
| 105:2 | Q:  Did you ever -- do you recall ever discussing |
| 105:3 | with the P&T Committee, or any members of the |
| 105:4 | P&T Committee, any data that was on the FDA |
| 105:5 | website? |
| 105:6 | A:  Don't recall. |
| 105:7 | Q:  Did you ever point out any other resources that |
| 105:8 | might have been available to members of the P&T |
| 105:9 | Committee? |
| 105:10 | A:  I don't remember. |

---

**106:19-107:1**   Taylor 01/15/2010          00:00:22   00:52:52   00:10:27          V506GR.109

Link > TAYP1.1

106:19   Q:  Pardon me, then. PIR is a Merck term. Would
106:20   this be the form in which you would request
106:21   additional information from Merck?
106:22   A:  It could be one of the forms that we used, yes.
106:23   Q:  And does this appear that this was you asking
106:24   for additional information from someone from
106:25   Merck?
107:1   A:  Yes.

**107:11-107:17**   Taylor 01/15/2010          00:00:23   00:53:14   00:10:05          V506GR.110

107:11   Q:  Does it appear that you are responding to
107:12   information published in the Wall Street
107:13   Journal about Vioxx?
107:14   A:  Yes.
107:15   Q:  And that you are asking for Merck's take on the
107:16   latest information from that article?
107:17   A:  Yes.

**108:3-108:7**   Taylor 01/15/2010          00:00:19   00:53:37   00:09:42          V506GR.111

Link > TAYP1.1.1

108:3   Q:  In the second paragraph of your note, you are
108:4   asking how you can continue to recommend Vioxx
108:5   as a preferred drug in light of this
108:6   information, new information. Is that correct?
108:7   A:  That's what's stated here, yes.

**108:23-109:18**   Taylor 01/15/2010          00:01:04   00:53:56   00:09:23          V506GR.112

108:23   Q:  Does it appear to you that you are asking for
108:24   additional information about how a study was
108:25   conducted?
109:1   A:  Yes.
109:2   Q:  And you are asking Merck, or you are telling
109:3   Merck, that you are interested in any other
109:4   information that Merck can provide you that is
109:5   not published about the study?
109:6   A:  Yes.
109:7   Q:  And would that typically -- would that appear
109:8   to be that you are asking for information
109:9   beyond just the published study itself?
109:10   A:  That was part of our normal process.
109:11   Q:  How often would you, in general, ask a
109:12   manufacturer for additional information about a
109:13   particular study?
109:14   A:  No idea.
109:15   Q:  Do you ever -- do you recall any other times
109:16   that you asked for additional information about
109:17   a Vioxx study?

Link > Hide                 109:18        A:  Don't recall.

| 112:1 - 113:5 | Taylor 01/15/2010 | 00:01:44  00:55:00  00:08:19 | V506GR.11 |

112:1        Q:  Okay. I'm going to start over again, then.
112:2        'The risk reduction for PUBs and complicated
112:3        PUBs for Vioxx compared to naproxen
112:4        (approximately 50 percent) was maintained in
112:5        patients with or without the following risk
112:6        factors for developing a PUB
112:7          cumulative rate of PUBs at approximately 10 1/2
112:8          months. Vioxx versus naproxen, respectively);
112:9        with a prior PUB (5.2, 11.47).'
112:10       MS. WEISSER:  I think that's
112:11       '5.12.' I'm sorry to interrupt.
112:12       MR. BLOOM:  I'm sorry. I
112:13       misread.
112:14       Q:  '(5.12, 11.47); without a prior PUB (1.54,
112:15       3.27); age 65 or older (2.83, 6.49); or younger
112:16       than 65 years of age (1.48, 3.01). A similar
112:17       risk reduction for PUBs and complicated PUBs
112:18       (approximately 50 percent) was also maintained
112:19       in patients with or without Helicobacter pylori
112:20       infection or concomitant corticosteroid use.'
112:21       Did you take that in?
112:22       A:  Yes.
112:23       Q:  What does that mean to you?
112:24       A:  That Vioxx had a lower rate of causing GI
112:25       toxicity than other NSAIDs in this particular
113:1        study that was cited.
113:2        Q:  Would you interpret that to mean that the
113:3        approximate 50 percent reduction in risk for
113:4        PUBs and complicated PUBs was true for patients
113:5        with or without concomitant steroid use?

| 113:8 - 113:8 | Taylor 01/15/2010 | 00:00:04  00:56:44  00:06:35 | V506GR.114 |

113:8        A:  That's what's stated in there, yes.

| 113:16 - 113:20 | Taylor 01/15/2010 | 00:00:19  00:56:48  00:06:31 | V506GR.115 |

113:16       Q:  Would you have relied on the 2002 label, with
113:17       that paragraph included, in developing your
113:18       monograph and making your ultimate
113:19       recommendation to the P&T Committee?
113:20       A:  That, plus additional information.

| 116:6 - 116:10 | Taylor 01/15/2010 | 00:00:20  00:57:07  00:06:12 | V506GR.116 |

116:6        Q:  If you had additional information at your
116:7        disposal in the form of a peer-reviewed article
116:8        or clarification by Merck about the

**Taylor V DA, PC Merged on 04-05-10**

| | | | | | |
|---|---|---|---|---|---|
| | 116:9 | cardiovascular effects of Vioxx, would that | | | |
| | 116:10 | have been taken into consideration? | | | |

---

**116:15-116:20**  Taylor 01/15/2010        00:00:26   00:57:27   00:05:52        V506GR.117

116:15     A:  It would have to be peer-reviewed in order for
116:16     us to include it in our monograph.
116:17     Q:  Yet, we have gone over a couple of instances, I
116:18     think in this deposition, where you ask for
116:19     clarification from Vioxx -- excuse me, from
116:20     Merck about Vioxx. Is that your recollection?

---

**116:24-117:7**  Taylor 01/15/2010        00:00:29   00:57:53   00:05:26        V506GR.118

116:24     A:  I'm not sure how to answer that. I don't know
116:25     what you mean. I mean, that was our standard
117:1      procedure, to request additional information
117:2      from all manufacturers if we, indeed, had any
117:3      questions about any information that we had.
117:4      Q:  And if you had received additional information,
117:5      which called into doubt prior studies which you
117:6      had reviewed and relied on, would you had taken
117:7      that information into consideration?

---

**117:12-117:19**  Taylor 01/15/2010        00:00:34   00:58:22   00:04:57        V506GR.119

117:12     A:  We reviewed all information. The only
117:13     information we presented to P&T was
117:14     peer-reviewed published articles.
117:15     Q:  If you had learned that any of those
117:16     peer-reviewed published articles misrepresented
117:17     the cardiovascular risks of Vioxx, would you
117:18     have addressed that?
117:19     How would you have addressed that?

---

**117:25-118:2**  Taylor 01/15/2010        00:00:10   00:58:56   00:04:23        V506GR.120

117:25     A:  I don't think I can specifically answer that in
118:1      regards to Vioxx. I mean, I can tell you about
118:2      our process of evaluating articles.

---

**121:19-122:8**  Taylor 01/15/2010        00:00:41   00:59:06   00:04:13        V506GR.121

Link > TAYP3.1.1

121:19     Q:  Do you see in the second box down under
121:20     'Requesting Health Care Professional,' your
121:21     name, Valerie Taylor?
121:22     A:  Yes.
121:23     Q:  And then the box below that indicates that the
121:24     Merck product was Vioxx and 'Specific question
121:25     requested,' and that Dr. Taylor asked in
122:1      quotes, Why does the data in the Solomon
122:2      abstract look different than what Merck has
122:3      reported in their circular?
122:4      Do you recall having asked a Merck

---

| | |
|---|---|
| 122:5 | representative this question? |
| 122:6 | A:  No. |
| 122:7 | Q:  Do you recall the Solomon abstract? |
| Link >  Hide | 122:8 | A:  No. |

---

**123:17 -123:20**   Taylor 01/15/2010          00:00:11   00:59:47   00:03:32                    V506GR.122

123:17          Q:  Had you learned that that information included
123:18          false or misleading information, would you have
123:19          discounted the information which you had
123:20          received?

---

**123:25 -124:7**   Taylor 01/15/2010          00:00:17   00:59:58   00:03:21                    V506GR.123

123:25          A:  I just wouldn't have had any reason to believe
124:1           that. I can't answer that. I just would not
124:2           believe that of a manufacturer, any
124:3           manufacturer, that they would provide false or
124:4           misleading information. So I don't have any
124:5           grounds to answer that hypothetical because I
124:6           don't believe it. I don't know. I don't know
124:7           how to answer it.

---

**124:8 -124:9**   Taylor 01/15/2010          00:00:15   01:00:15   00:03:04                    V506GR.124

124:8           Q:  What sources would you find credible to debunk
124:9           a particular peer-reviewed journal article?

---

**124:13 -124:25**   Taylor 01/15/2010          00:00:34   01:00:30   00:02:49                   V506GR.12[

124:13          A:  If it's peer-reviewed, it should be valid
124:14          information.
124:15          Q:  What if additional information came out after
124:16          the publication of the article which --
124:17          A:  Then we would have reviewed that and made
124:18          appropriate comments on it.
124:19          Q:  So what form -- so then you are saying that the
124:20          form of that additional information would have
124:21          needed to have been in another peer-reviewed
124:22          article?
124:23          A:  Yes.
124:24          Q:  What about had the FDA itself provided that
124:25          information?

---

**125:3 -125:5**   Taylor 01/15/2010          00:00:06   01:01:04   00:02:15                    V506GR.126

125:3           A:  I don't know. It just depends on what it was
125:4           and how it came out and whether we believed
125:5           what it said.

---

**137:17 -138:3**   Taylor 01/15/2010          00:00:49   01:01:10   00:02:09                    V506GR.127

137:17          Q:  Dr. Taylor, just a few more questions and then
137:18          I will be done. Earlier on in the deposition,
137:19          counsel went through a number of the actual

| | |
|---|---|
| 137:20 | monographs that were prepared by Provider |
| 137:21 | Synergies. A number of those monographs would |
| 137:22 | have been the monographs used at the time of |
| 137:23 | your developing and coming up with your |
| 137:24 | recommendation to the P&T Committee meeting |
| 137:25 | for -- to the P&T Committee for Louisiana. And |
| 138:1 | I notice in these -- do you recall that the |
| 138:2 | monographs generally included information about |
| 138:3 | the Vigor trial? |

**138:6 -138:8**    Taylor 01/15/2010        00:00:07   01:01:59   00:01:20        V506GR.128

| | |
|---|---|
| 138:6 | A:  It depends on what monograph, I guess. I don't |
| 138:7 | know. I would have to review them again to |
| 138:8 | see. |

**139:19 -140:1**    Taylor 01/15/2010        00:00:34   01:02:06   00:01:13        V506GR.129

| | |
|---|---|
| 139:19 | Q:  And, again, I think I've asked this question |
| 139:20 | before, but I'm going to ask it again over your |
| 139:21 | objections. But had the results of Vigor -- |
| 139:22 | had you learned that the Vigor results |
| 139:23 | understated the risks, the cardiovascular |
| 139:24 | risks, would you have reported Vigor in the way |
| 139:25 | that you did -- included it in the way that you |
| 140:1 | did in this monograph? |

**140:7 -140:12**    Taylor 01/15/2010        00:00:13   01:02:40   00:00:39        V506GR.130

| | |
|---|---|
| 140:7 | A:  I don't know how to answer that. I need |
| 140:8 | black-and-white data to look at to make a |
| 140:9 | determination of how we would have responded to |
| 140:10 | it. I don't know. |
| 140:11 | Q:  So you are unable to answer the question? |
| 140:12 | A:  Correct. |

**140:16 -140:19**    Taylor 01/15/2010        00:00:22   01:02:53   00:00:26        V506GR.131

| | |
|---|---|
| 140:16 | Q:  Were you to learn that the Vigor study omitted |
| 140:17 | three MIs that were not reported in the study, |
| 140:18 | would that have affected your analysis of the |
| 140:19 | study? |

**140:24 -140:25**    Taylor 01/15/2010        00:00:05   01:03:14   00:00:05        V506GR.132

| | |
|---|---|
| 140:24 | A:  I don't know. I would have to review whatever |
| 140:25 | that information was to make a determination. |

Play Time for this Script:    **01:03:19**

**Taylor V DA, PC Merged on 04-05-10**

**Total time for all Scripts in this report:    01:03:19**