MINUTE ENTRY
FALLON, J.
APRIL 16, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS           LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON          FRIDAY, APRIL 16, 2010, 9:00 am
Case Manager: Gaylyn Lambert                       (continued from 4-15-10)
Court Reporter: Karen Ibos

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
             Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
             For State of Louisiana
             Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Defendant's Witnesses:

Mary Julia Terrebonne - by video deposition.  Transcript filed into the record.
Ben Bearden - by video deposition.  Transcript filed into the record.

Defendant files into the record the deposition of Gina Biglane taken October 28, 2009.

Court adjourned at 11:45 am until Monday, April 19, 2010, at 9:00 am.


JS10:     2:25