Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| Designation | Source | Tx Duration | Elapsed | Remains | Barcode |
|---|---|---|---|---|---|
| 7:3 - 7:8 | Biglane 10/28/2009 | 00:00:10 | 00:00:00 | 00:34:46 | V1001.1 |

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   4-16-10
LORETTA G. WHYTE
CLERK

7:3  Q: Can you please state your full name for
7:4  the record?
7:5  A: Gina Chambers Biglane.
7:6  Q: And as I understand it, you're a Pharm.D.,
7:7  Ms. Biglane?
7:8  A: Yes.

| 9:17 - 9:25 | Biglane 10/28/2009 | 00:00:21 | 00:00:10 | 00:34:36 | V1001.2 |
|---|---|---|---|---|---|

9:17  Q: How are you employed, Ms. -- Dr. Biglane?
9:18  A: I'm an assistant professor at the
9:19  University of Louisiana Monroe College of Pharmacy.
9:20  Q: Okay. Are you employed by the Department
9:21  of Health & Hospitals of Louisiana?
9:22  A: No, I'm not.
9:23  Q: Are you employed by the State of
9:24  Louisiana?
9:25  A: Yes.

| 10:9 - 10:10 | Biglane 10/28/2009 | 00:00:05 | 00:00:31 | 00:34:15 | V1001.3 |
|---|---|---|---|---|---|

10:9  Q: All right. Can you please tell the
10:10  jury a little bit about your education background?

| 10:11 - 10:20 | Biglane 10/28/2009 | 00:00:21 | 00:00:36 | 00:34:10 | V1001.4 |
|---|---|---|---|---|---|

10:11  A: I received my bachelor's degree in
10:12  pharmacy in 1990, and then I received my doctor of
10:13  pharmacy degree in 2001.
10:14  Q: And where did you receive your B.S. in
10:15  pharmacy?
10:16  A: ULM, which was, at that time, Northeast
10:17  Louisiana University.
10:18  Q: Okay. And where did you receive your
10:19  Pharm.D.?
10:20  A: The University of Florida.

| 10:23 - 11:5 | Biglane 10/28/2009 | 00:00:17 | 00:00:57 | 00:33:49 | V1001.5 |
|---|---|---|---|---|---|

10:23  Q: All right. Did you go straight from B.S.
10:24  in -- after you received your B.S. in pharmacy from
10:25  ULM to the University of Florida?
11:1  A: No. I worked for 12 years, approximately.
11:2  Q: All right. And where were you working?
11:3  A: St. Francis Medical Center in Monroe.
11:4  Q: As a pharmacist?
11:5  A: Right.

Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts

| 11:11-11:14 | Biglane 10/28/2009 | 00:00:09 | 00:01:14 | 00:33:32 | V1001.6 |

11:11   Q:  Okay. So you were working here in Monroe
11:12       and received the Pharm.D. from the University of
11:13       Florida?
11:14   A:  Pursuing my degree at the same time, yes.

| 11:15-11:24 | Biglane 10/28/2009 | 00:00:21 | 00:01:23 | 00:33:23 | V1001.7 |

11:15   Q:  All right. Did you change employment
11:16       after receiving the Pharm.D.?
11:17   A:  I changed employment while I was in the
11:18       process of receiving the Pharm.D.
11:19   Q:  Okay. And what was the change?
11:20   A:  I was hired by the University of Louisiana
11:21       at Monroe to be the continuing education coordinator
11:22       for the College of Pharmacy.
11:23   Q:  And what year was that?
11:24   A:  1998.

| 12:9-12:23 | Biglane 10/28/2009 | 00:00:40 | 00:01:44 | 00:33:02 | V1001.8 |

12:9    Q:  Okay. Have you ever taught at the
12:10       university?
12:11   A:  Yes. I currently teach.
12:12   Q:  All right. And what is your current
12:13       title?
12:14   A:  Assistant professor.
12:15   Q:  And how long have you been an assistant
12:16       professor in the School of Pharmacy at ULM?
12:17   A:  Since 2004.
12:18   Q:  Okay. That was the first time that you
12:19       actually taught at the school?
12:20   A:  Well, I have taught in the classroom in
12:21       addition to my other duties the entire time I've
12:22       been employed, but it's only been my primary
12:23       responsibility since 2004.

| 12:24-13:1 | Biglane 10/28/2009 | 00:00:05 | 00:02:24 | 00:32:22 | V1001.9 |

12:24   Q:  All right. What was your job
12:25       responsibilities when you worked at St. Francis
13:1        Medical Center?

| 13:2-13:17 | Biglane 10/28/2009 | 00:00:44 | 00:02:29 | 00:32:17 | V1001.10 |

13:2    A:  I had a variety of positions at
13:3        St. Francis. They ranged from staff pharmacist,
13:4        which was dispensing and filling the orders. I
13:5        worked in the neonatal intensive care unit. I
13:6        worked in the adult intensive care units. I was the
13:7        night pharmacist for a year and a half.
13:8        I left the main hospital and opened their

Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts

| | | |
|---|---|---|
| | 13:9 | home infusion pharmacy and community health retail |
| | 13:10 | pharmacy and ran those for about four or five years |
| | 13:11 | prior to leaving St. Francis. |
| | 13:12 | Q: And what year did you leave St. Francis? |
| | 13:13 | A: '98. |
| | 13:14 | Q: Okay. And you've been employed by the |
| | 13:15 | University of Louisiana Monroe since 1998 to the |
| | 13:16 | present? |
| | 13:17 | A: Correct. |

| 13:18-14:2 | Biglane 10/28/2009    00:00:40   00:03:13   00:31:33 | V1001.11 |
|---|---|---|
| | 13:18   Q: Can you take us through your job titles -- | |
| | 13:19   I'm sure they've changed -- at ULM over the years, | |
| | 13:20   starting in 1998 to the present? | |
| | 13:21   A: I was hired to be the continuing education | |
| | 13:22   coordinator for the college in 1998. In 2001, I was | |
| | 13:23   named the director of the prior authorization | |
| | 13:24   program that the college was implementing in | |
| | 13:25   conjunction with the Department of Health & | |
| | 14:1    Hospitals. In 2004, I went back into the clinical | |
| | 14:2    faculty as assistant professor. | |

| 14:3-14:4 | Biglane 10/28/2009    00:00:03   00:03:53   00:30:53 | V1001.12 |
|---|---|---|
| | 14:3   Q: And that takes us to the present? | |
| | 14:4   A: That's where I am still. | |

| 14:5-14:15 | Biglane 10/28/2009    00:00:39   00:03:56   00:30:50 | V1001.13 |
|---|---|---|
| | 14:5    Q: All right. Is the only title you | |
| | 14:6    currently hold with regard to being an employee | |
| | 14:7    of ULM is assistant professor of pharmacy? | |
| | 14:8    A: I'm also the director of residency | |
| | 14:9    programs. | |
| | 14:10   Q: Any other title or role? | |
| | 14:11   A: For the previous about two years, 18 | |
| | 14:12   months, I was assistant dean of the Monroe campus, | |
| | 14:13   and I still perform those duties. But due to some | |
| | 14:14   personal circumstances and the budget cuts, they let | |
| | 14:15   the title go. | |

| 14:18-14:22 | Biglane 10/28/2009    00:00:24   00:04:35   00:30:11 | V1001.14 |
|---|---|---|
| | 14:18   Q: You mentioned that you were a director of | |
| | 14:19   the prior authorization program in 2001. How long | |
| | 14:20   did you hold that title or role? | |
| | 14:21   A: Until 2004. Essentially until December | |
| | 14:22   31st of 2007. I'm sorry. 2003. | |

| 15:2-15:8 | Biglane 10/28/2009    00:00:17   00:04:59   00:29:47 | V1001.15 |
|---|---|---|
| | 15:2    You held the role -- do you remember when | |
| | 15:3    in 2001 you became director of the prior | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | |
|---|---|---|
| | 15:4 | authorization program? |
| | 15:5 | A: I think it was in August. |
| | 15:6 | Q: Okay. And so from August 2001 until |
| | 15:7 | December 31, 2004, you held that role? |
| | 15:8 | A: December 31, 2003. |

| 16:20 - 16:24 | Biglane 10/28/2009    00:00:04  00:05:16  00:29:30 | V1001.16 |
|---|---|---|
| | 16:20    MR. SALES: Let's go ahead and mark this | |
| | 16:21    as Exhibit 1. | |
| | 16:22    (Photocopy of Defendant's Composite | |
| | 16:23    Exhibit No. 1 was marked for identification.) | |
| | 16:24    BY MR. SALES: | |

| 16:25 - 17:19 | Biglane 10/28/2009    00:00:56  00:05:20  00:29:26 | V1001.17 |
|---|---|---|
| | 16:25    Q: Dr. Biglane, the court reporter's marked | |
| | 17:1    Exhibit 1 to your deposition, which is a contract | |
| | 17:2    that was produced by the State of Louisiana in this | |
| | 17:3    litigation. It says effective date, if you see on | |
| Link > 2078.1.1 | 17:4    line 10, of July 1. Does it say July 1, 2002, | |
| | 17:5    or 2003 on yours? | |
| | 17:6    A: 2002. | |
| | 17:7    Q: 2002. | |
| | 17:8    We have a signed version of that contract | |
| | 17:9    for July 1, 2003, and we don't have copies of | |
| | 17:10    contracts before July 1, 2002. Have you seen | |
| | 17:11    this document or a form of this document before | |
| | 17:12    today? | |
| | 17:13    A: Yes. | |
| | 17:14    Q: All right. Is this -- you mentioned that | |
| | 17:15    you had -- you -- the University of Louisiana Monroe | |
| | 17:16    College of Pharmacy, had a contract with the | |
| | 17:17    depart- -- Louisiana Department of Health & | |
| | 17:18    Hospitals; is that correct? | |
| | 17:19    A: Yes. | |

| 17:20 - 17:24 | Biglane 10/28/2009    00:00:15  00:06:16  00:28:30 | V1001.18 |
|---|---|---|
| | 17:20    Q: Is this the contract you were referring | |
| | 17:21    to? | |
| | 17:22    A: Prior to this contract with the work | |
| | 17:23    that's stated in here, we held other contracts that | |
| | 17:24    had a much lesser statement of work. | |

| 17:25 - 17:25 | Biglane 10/28/2009    00:00:01  00:06:31  00:28:15 | V1001.19 |
|---|---|---|
| | 17:25    Q: Okay. | |

| 18:1 - 18:4 | Biglane 10/28/2009    00:00:12  00:06:32  00:28:14 | V1001.20 |
|---|---|---|
| Link > Hide | 18:1    A: Mainly we were consultants for DHH. | |
| | 18:2    Q: And were you consultants related to the | |
| | 18:3    drug utilization review board? | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | 18:4 | A: Yes, and the Medicaid program. | | | | |
|---|---|---|---|---|---|---|
| **18:5-18:8** | Biglane 10/28/2009 | | 00:00:02 | 00:06:44 | 00:28:02 | V1001.21 |
| Link > 2098.1.1 | 18:5 | MR. SALES: All right. Let's go ahead and | | | | |
| | 18:6 | mark this as Exhibit 2. | | | | |
| | 18:7 | (Photocopy of Defendant's Composite | | | | |
| | 18:8 | Exhibit No. 2 was marked for identification.) | | | | |
| **18:9-18:20** | Biglane 10/28/2009 | | 00:00:33 | 00:06:46 | 00:28:00 | V1001.22 |
| | 18:9 | BY MR. SALES: | | | | |
| | 18:10 | Q: Dr. Biglane, the court reporter has marked | | | | |
| | 18:11 | and handed to you what's been marked as Exhibit 2 to | | | | |
| | 18:12 | your deposition, which is the July 1, 2003, contract | | | | |
| | 18:13 | between the Louisiana School of Phar- -- yeah, the | | | | |
| | 18:14 | Louisiana Monroe School of Pharmacy and the | | | | |
| | 18:15 | Department of Health & Hospitals; is that correct? | | | | |
| | 18:16 | A: Yes. | | | | |
| | 18:17 | Q: And at that point in time, you were still | | | | |
| | 18:18 | in your role as working with the Department of | | | | |
| | 18:19 | Health & Hospitals; is that right? | | | | |
| | 18:20 | A: Yes. | | | | |
| **23:4-23:14** | Biglane 10/28/2009 | | 00:00:43 | 00:07:19 | 00:27:27 | V1001.23 |
| Link > Hide | 23:4 | What was your | | | | (Edited) |
| | 23:5 | understanding of what ULM was supposed to be doing | | | | |
| | 23:6 | as a contractor for DHH at that time? | | | | |
| | 23:7 | A: When I started in 2001, I understood that | | | | |
| | 23:8 | the -- can't think of his name -- Hood, I think, was | | | | |
| | 23:9 | his name at the time -- was interested in | | | | |
| | 23:10 | implementing a preferred drug list, that he wanted | | | | |
| | 23:11 | the university to work with that implementation and | | | | |
| | 23:12 | ongoing management of the preferred drug list. And | | | | |
| | 23:13 | so my duties beginning in 2001 were to prepare to | | | | |
| | 23:14 | implement this drug list. | | | | |
| **23:15-23:18** | Biglane 10/28/2009 | | 00:00:12 | 00:08:02 | 00:26:44 | V1001.24 |
| | 23:15 | Q: Did you have any role prior to the | | | | |
| | 23:16 | discussion leading up to and then the implementation | | | | |
| | 23:17 | of a preferred drug list? | | | | |
| | 23:18 | A: I'm sorry. Would you repeat that for me? | | | | |
| **23:19-23:23** | Biglane 10/28/2009 | | 00:00:18 | 00:08:14 | 00:26:32 | V1001.25 |
| | 23:19 | Q: Did you have any role as an | | | | (Edited) |
| | 23:20 | employee of ULM College of Pharmacy as a contractor | | | | |
| | 23:21 | to Department of Health & Hospitals before the PDL | | | | |
| | 23:22 | process was being put in place in Louisiana? | | | | |
| | 23:23 | A: No. | | | | |
| **23:24-24:7** | Biglane 10/28/2009 | | 00:00:33 | 00:08:32 | 00:26:14 | V1001.26 |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | | |
|---|---|---|---|
| | 23:24 | Q: Did you gain an understanding | (Edited) |
| | 23:25 | of what the -- how the Medicaid formulary process | |
| | 24:1 | worked before the implementation of the | |
| | 24:2 | preferred drug list? | |
| | 24:3 | A: Yes. As I began working with the process | |
| | 24:4 | in August, I had from August -- I believe the -- we | |
| | 24:5 | first implemented the first class in very early | |
| | 24:6 | 2002. So I had four or five months to get, you | |
| | 24:7 | know, an understanding of what they wanted. | |

| | | | |
|---|---|---|---|
| **26:24 - 27:7** | Biglane 10/28/2009 | 00:00:22  00:09:05  00:25:41 | V1001.27 |
| | 26:24 | Q: Okay. So let's just talk about | |
| | 26:25 | your personal practice and understanding. | |
| | 27:1 | It was that prior to the implementation of | |
| | 27:2 | the preferred drug list in Louisiana, is if there | |
| | 27:3 | was an FDA-approved product, it could be filled -- | |
| | 27:4 | doctor could write it, and a pharmacy would fill it | |
| | 27:5 | without restriction and would be covered by | |
| | 27:6 | Medicaid; is that correct? | |
| | 27:7 | A: That's generally what I recall, yes. | |

| | | | |
|---|---|---|---|
| **29:3 - 29:9** | Biglane 10/28/2009 | 00:00:33  00:09:27  00:25:19 | V1001.28 |
| | 29:3 | Q: Are you aware of, just either through your | |
| | 29:4 | personal interaction as a pharmacist or your work at | |
| | 29:5 | ULM, of the DUR board ever attempting to place any | |
| | 29:6 | type of -- of approval limits on reimbursement for a | |
| | 29:7 | drug through the Medicaid system other than for | |
| | 29:8 | aberrant practice patterns? | |
| | 29:9 | A: I'm not aware of anything. | |

| | | | |
|---|---|---|---|
| **38:12 - 38:15** | Biglane 10/28/2009 | 00:00:13  00:10:00  00:24:46 | V1001.29 |
| | 38:12 | Q: Are you familiar with the terms related to | |
| | 38:13 | the DUR consulting process of prospective versus | |
| | 38:14 | retrospective review? | |
| | 38:15 | A: Yes. | |

| | | | |
|---|---|---|---|
| **38:16 - 39:9** | Biglane 10/28/2009 | 00:01:22  00:10:13  00:24:33 | V1001.30 |
| | 38:16 | Q: Okay. Is it fair to say that | |
| | 38:17 | prospective is where a review is done, and | |
| | 38:18 | you're seeing that, for example, a drug or a | |
| | 38:19 | doctor is filling prescriptions where people | |
| | 38:20 | maybe are having a lot of early refills or | |
| | 38:21 | they're having concurrent concomitant medications | |
| | 38:22 | prescribed, and you try to educate that doctor | |
| | 38:23 | and/or the patient about that that's not the most | |
| | 38:24 | preferred way to use that product? Is that your | |
| | 38:25 | understanding? | |
| | 39:1 | A: Yes. That sounds right. | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | |
|---|---|---|
| | 39:2 | Q: Okay. Whereas, retrospective is where you |
| | 39:3 | see somebody, for example, a doctor who may be, you |
| | 39:4 | know, writing after the fact incorrectly on a |
| | 39:5 | particular product or an exorbitant amount of a |
| | 39:6 | product, especially without considering other |
| | 39:7 | products that the patient may be using, and you |
| | 39:8 | educate them after the fact? |
| | 39:9 | A: Yes, that sounds right. |

| 40:4 - 40:13 | Biglane 10/28/2009     00:00:38   00:11:35   00:23:11 | V1001.31 (Edited) |
|---|---|---|
| | 40:4 Q: is it fair to | |
| | 40:5 say that you are not aware that there was ever any | |
| | 40:6 suggestion or implementation of any type of clinical | |
| | 40:7 edit or step process or prospective or retrospective | |
| | 40:8 review of Vioxx or COX-2 inhibitors while Vioxx was | |
| | 40:9 on the market? | |
| | 40:10 A: Not that I specifically can recall. | |
| | 40:11 Q: And 'not specifically' means not generally | |
| | 40:12 either; is that correct? | |
| | 40:13 A: Not that I recall. | |

| 41:2 - 41:23 | Biglane 10/28/2009     00:01:09   00:12:13   00:22:33 | V1001.32 |
|---|---|---|
| | 41:2 Q: Now, Dr. Biglane, the court reporter has | |
| Link > BIG4.1 | 41:3 marked and handed to you Exhibit 4 to your | |
| | 41:4 deposition, which is the Louisiana statute that put | |
| | 41:5 into place the preferred drug list prior approval | |
| | 41:6 process that you've been -- mentioned a couple of | |
| | 41:7 times today. | |
| | 41:8 Is it your recollection that the Louisiana | |
| | 41:9 legislature passed a change in the formulary laws of | |
| | 41:10 Louisiana in 2001? | |
| | 41:11 A: Yes. | |
| | 41:12 Q: All right. And is it your -- was it your | |
| | 41:13 understanding that because of that, that's why you | |
| | 41:14 were hired? | |
| Link > Hide | 41:15 A: Yes. | |
| | 41:16 Q: To give consulting services to the | |
| | 41:17 Department of Health & Hospitals related to the -- | |
| | 41:18 trying to implement the new legislation on how to | |
| | 41:19 establish a preferred drug list and what the process | |
| | 41:20 for prior authorization would look like and the | |
| | 41:21 details of the program? | |
| | 41:22 A: I did -- I was one person contributing to | |
| | 41:23 that development, yes. | |

| 43:24 - 44:10 | Biglane 10/28/2009     00:00:30   00:13:22   00:21:24 | V1001.33 |
|---|---|---|
| | 43:24 Q: Were you -- would you -- is it fair to say | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | |
|---|---|---|
| | 43:25 | that you were the person primarily responsible |
| | 44:1 | for -- as the consultant with ULM to DHH for |
| | 44:2 | initially trying to develop the parameters of |
| | 44:3 | the program for PDL and for prior authorization? |
| | 44:4 | A: For the actual looking at the drug |
| | 44:5 | classes? |
| | 44:6 | Q: Right. And how the process would |
| | 44:7 | work with regard to looking at the drug classes |
| | 44:8 | and how the prior authorization system would be |
| | 44:9 | implemented. |
| | 44:10 | A: Yes. |

| 46:24-46:25 | Biglane 10/28/2009   00:00:05  00:13:52  00:20:54 | V1001.34 |
|---|---|---|
| | 46:24   Q: Did you work with -- in your role | |
| | 46:25   as I understand, just to kind of put the time | |

| 47:1-47:20 | Biglane 10/28/2009   00:00:42  00:13:57  00:20:49 | V1001.35 |
|---|---|---|
| | 47:1    frames on it, you've given us August, 2001 until | |
| | 47:2    December 31, 2003 -- | |
| | 47:3    A: Uh-huh. | |
| | 47:4    Q: -- as your involvement with the Medicaid | |
| | 47:5    program. | |
| | 47:6    A: Right. | |
| | 47:7    Q: Is that a fair statement? | |
| | 47:8    A: Yes. | |
| | 47:9    Q: That you had no involvement before that | |
| | 47:10   time and no involvement after that time? | |
| | 47:11   A: I definitely had no involvement after that | |
| | 47:12   time. Prior to that time, as I mentioned, my boss | |
| | 47:13   may have called me in and said, 'DHH had a question | |
| | 47:14   about this drug. Can you look this up for me? Can | |
| | 47:15   you tell me' whatever. And I would, you know, | |
| | 47:16   provide him the information, and then he would send | |
| | 47:17   it on to DHH. | |
| | 47:18   Q: But you had no direct responsibility or | |
| | 47:19   direct involvement with DHH? | |
| | 47:20   A: That's correct. | |

| 48:24-49:10 | Biglane 10/28/2009   00:00:26  00:14:39  00:20:07 | V1001.36 |
|---|---|---|
| | 48:24   Q: Dr. Biglane, the court reporter has marked | |
| Link > 2033.1.1 | 48:25   as Exhibit 5 to your deposition the minutes of a | |
| | 49:1    September 5, 2001, pharmaceutical and therapeutics | |
| | 49:2    committee meeting; is that correct? | |
| | 49:3    A: Yes. | |
| | 49:4    Q: And if you see under contractors present, | |
| | 49:5    it lists you as Gina Biglane, Pharm.D., ULM; is that | |
| | 49:6    right? | |

Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts

| | | |
|---|---|---|
| | 49:7 | A: Yes. |
| | 49:8 | Q: Do you remember attending meetings such as |
| | 49:9 | this? |
| | 49:10 | A: Yes. |

| 53:11-54:6 | Biglane 10/28/2009    00:01:11   00:15:05   00:19:41 | V1001.37 |
|---|---|---|
| Link > 2036.1 | 53:11    MR. SALES: Let's go ahead and mark this | |
| | 53:12    as Exhibit 7. | |
| | 53:13    (Photocopy of Defendant's Composite | |
| | 53:14    Exhibit No. 7 was marked for identification.) | |
| | 53:15    BY MR. SALES: | |
| | 53:16    Q: Exhibit 7 to your deposition, Dr. Biglane, | |
| | 53:17    is -- appears to be a transcript, if you look at the | |
| Link > 2036.3 | 53:18    second page, from a hearing held at the P&T | |
| | 53:19    committee on November 7, 2001; is that right? | |
| | 53:20    A: Yes. | |
| | 53:21    Q: And if you'll see, for example, on page 34 | |
| Link > 2036.12.1 | 53:22    of the transcript, which is, I think, page 11 of the | |
| | 53:23    document, upper left-hand column, it starts off by, | |
| | 53:24    'Dr. Gina Biglane - why don't you come up here.' | |
| | 53:25    You're being introduced. | |
| | 54:1    Do you see that? | |
| | 54:2    A: Uh-huh. Yes. | |
| Link > 2036.12.2 | 54:3    Q: All right. And under your name, you begin | |
| | 54:4    testifying at line 18. Does that appear to be | |
| | 54:5    correct? | |
| | 54:6    A: Yes. | |

| 54:7-54:11 | Biglane 10/28/2009    00:00:13   00:16:16   00:18:30 | V1001.38 |
|---|---|---|
| | 54:7    Q: And 'We just wanted to be able to | |
| | 54:8    familiarize the Committee with the steps that we're | |
| | 54:9    taking on our end in the research part of this | |
| | 54:10    process.' It says, 'Step 1, of course, would be | |
| | 54:11    identification of the new therapeutic category, and | |

| 54:12-54:12 | Biglane 10/28/2009    00:00:02   00:16:29   00:18:17 | V1001.39 |
|---|---|---|
| | 54:12    then the manufacturers would be notified.' | |

| 54:16-54:19 | Biglane 10/28/2009    00:00:15   00:16:31   00:18:15 | V1001.40 |
|---|---|---|
| Link > 2036.12.3 | 54:16    Q: If you see going down a few paragraphs, it | |
| | 54:17    talks about that, 'My staff will be conducting some | |
| | 54:18    internal research, doing Medline searches and | |
| | 54:19    looking at all the available data out there.' | |

| 54:20-55:5 | Biglane 10/28/2009    00:00:28   00:16:46   00:18:00 | V1001.41 |
|---|---|---|
| | 54:20    Was -- is it -- was it your -- one of your | |
| Link > Hide | 54:21    roles was to, as part -- at the time that you had | |
| | 54:22    this responsibility, was to do an independent | |
| | 54:23    analysis based on publicly available peer review | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | |
|---|---|---|
| | 54:24 | clinical literature to make your own independent |
| | 54:25 | analysis of these therapeutic classes; isn't that |
| | 55:1 | true? |
| | 55:2 | A: Yes. |
| | 55:3 | Q: Okay. And did you do that for that first |
| | 55:4 | class of drugs? |
| | 55:5 | A: Yes. |

| 61:18-61:23 | Biglane 10/28/2009   00:00:25   00:17:14   00:17:32 | V1001.42 |
|---|---|---|
| Link > BIG9.1 | 61:18   Exhibit No. 9 was marked for identification.) | |
| | 61:19   MR. SALES: Exhibit 9 to Dr. Biglane's | |
| | 61:20   deposition, which is a document titled, 'A | |
| | 61:21   Format for Formulary Submissions.' It's by the | |
| | 61:22   AMCP, Academy of Managed Care Pharmacy. And | |
| | 61:23   it's Bates stamped MRK-JBR0001443 through 1500. | |

| 62:3-62:9 | Biglane 10/28/2009   00:00:15   00:17:39   00:17:07 | V1001.43 |
|---|---|---|
| Link > Hide | 62:3   Q: And so this is -- this is the | |
| | 62:4   format -- what -- this -- these -- these set of | |
| | 62:5   guidelines that are marked as Exhibit 9 are the type | |
| | 62:6   of guidelines you were telling manufacturers that | |
| | 62:7   they should consider in whatever product | |
| | 62:8   submission that they make, right? | |
| | 62:9   A: Yes. | |

| 63:6-63:12 | Biglane 10/28/2009   00:00:15   00:17:54   00:16:52 | V1001.44 |
|---|---|---|
| | 63:6   Q: Would you agree that that, from your | |
| | 63:7   perspective as a consultant making recommendations | |
| | 63:8   or potentially making recommendations to the P&T | |
| | 63:9   committee, that the published peer review clinical | |
| | 63:10   literature is the best evidence to rely upon in | |
| | 63:11   making those recommendations? | |
| | 63:12   A: Yes. | |

| 65:15-65:22 | Biglane 10/28/2009   00:00:24   00:18:09   00:16:37 | V1001.45 |
|---|---|---|
| | 65:15   Q: Do you recall there was both a review of | |
| | 65:16   the class of drugs as well as a request in this | |
| | 65:17   process for supplemental rebates from the | |
| | 65:18   manufacturers to be considered for the PDL? | |
| | 65:19   A: It was my understanding that the | |
| | 65:20   department was requesting information on | |
| | 65:21   supplemental rebates. I did not have access to that | |
| | 65:22   information. | |

| 68:7-68:11 | Biglane 10/28/2009   00:00:08   00:18:33   00:16:13 | V1001.46 |
|---|---|---|
| | 68:7   Q: I take it as part of your review of any | |
| | 68:8   product or class of products, is that you look at | |
| | 68:9   the FDA approved labeling for the product; is | |
| | 68:10   that correct? | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | | |
|---|---|---|---|
| | 68:11 | A: Yes. | |

| | | | |
|---|---|---|---|
| **70:12-70:17** | Biglane 10/28/2009 | 00:00:23  00:18:41  00:16:05 | V1001.47 |
| Link > 2045.1.1 | 70:12 | Q: Dr. Biglane, you've been handed Exhibit 11 | |
| | 70:13 | to your deposition, which is the contract that the | |
| | 70:14 | State of Louisiana produced between itself and | |
| | 70:15 | Provider Synergies, dated March 19, 2002, related to | |
| | 70:16 | its contract work for Medicaid; is that correct? | |
| | 70:17 | A: Yes. | |

| | | | |
|---|---|---|---|
| **70:18-70:23** | Biglane 10/28/2009 | 00:00:17  00:19:04  00:15:42 | V1001.48 |
| | 70:18 | Q: You had mentioned that sometime in early | |
| | 70:19 | 2002 -- didn't know the exact date -- Provider | |
| | 70:20 | Synergies was hired to take over the process of | |
| | 70:21 | making -- reviewing and making recommendations to | |
| | 70:22 | the PDL -- about the PDL; is that right? | |
| | 70:23 | A: Correct. | |

| | | | |
|---|---|---|---|
| **71:2-71:11** | Biglane 10/28/2009 | 00:00:32  00:19:21  00:15:25 | V1001.49 |
| Link > Hide | 71:2 | Q: All right. Is it fair to say, | |
| | 71:3 | then, after this point -- first of all, I take it | |
| | 71:4 | you were notified somehow that U -- ULM and | |
| | 71:5 | Dr. Biglane should continue to work on kind of | |
| | 71:6 | the nuts and bolts of how the prior authorization | |
| | 71:7 | program is going to work, for example, call center | |
| | 71:8 | and procedure. But Provider Synergies is going to | |
| | 71:9 | take over responsibility for class product review | |
| | 71:10 | and recommendations to the P&T committee? | |
| | 71:11 | A: Correct. | |

| | | | |
|---|---|---|---|
| **71:18-71:22** | Biglane 10/28/2009 | 00:00:12  00:19:53  00:14:53 | V1001.50 |
| | 71:18 | Q: Okay. Did you -- did he tell you any | |
| | 71:19 | reason for why they were making this change? | |
| | 71:20 | A: I don't remember exactly, but my | |
| | 71:21 | understanding was that we couldn't produce the class | |
| | 71:22 | reviews fast enough. | |

| | | | |
|---|---|---|---|
| **72:12-72:17** | Biglane 10/28/2009 | 00:00:17  00:20:05  00:14:41 | V1001.51 |
| | 72:12 | Q: Okay. So if I understand your -- | |
| | 72:13 | your answer, then, you would not have actually done | |
| | 72:14 | any type of preparation of any type of class or | |
| | 72:15 | product review for this next class once Provider | |
| | 72:16 | Synergies was hired? | |
| | 72:17 | A: That's correct. | |

| | | | |
|---|---|---|---|
| **73:15-73:24** | Biglane 10/28/2009 | 00:00:25  00:20:22  00:14:24 | V1001.52 |
| | 73:15 | Q: Okay. Do you recall that Provider | |
| | 73:16 | Synergies was actually also going to be involved in | |
| | 73:17 | negotiating the supplemental rebates? | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

|  |  |  |
|---|---|---|
| | 73:18 | A: Yes, I do. |
| | 73:19 | Q: Okay. So once Provider Synergies was |
| | 73:20 | contracted with DHH, they had the whole ball of wax |
| | 73:21 | in the sense that they were doing the product |
| | 73:22 | reviews and the supplemental rebates together, |
| | 73:23 | correct? |
| | 73:24 | A: Correct. |

**81:17 - 81:24**     Biglane 10/28/2009     00:00:19   00:20:47   00:13:59     V1001.53

Link > 2070.1.3

| | 81:17 | Q: Dr. Biglane, Exhibit 14 to your deposition |
|---|---|---|
| | 81:18 | are -- is the minutes of the May 8, 2002, Louisiana |
| | 81:19 | Department of Health & Hospitals pharmaceutical and |
| | 81:20 | thera- committee -- therapeutics committee meeting, |
| | 81:21 | correct? |
| | 81:22 | A: Yes. |
| | 81:23 | Q: And it looks like, again, you're present? |
| | 81:24 | A: Yes. |

**84:8 - 84:17**     Biglane 10/28/2009     00:00:30   00:21:06   00:13:40     V1001.54

| | 84:8 | So -- and you were at this meeting. That |
|---|---|---|
| | 84:9 | Provider Synergies had provided the P&T committee |
| | 84:10 | their financial and clinical recommendations for |
| | 84:11 | these three products, and the committee accepted |
| | 84:12 | those recommendations? |

Link > Hide

| | 84:13 | A: Yes. |
|---|---|---|
| | 84:14 | Q: And those recommendations were that Bextra |
| | 84:15 | and Celebrex be placed on the preferred drug list |
| | 84:16 | and that Vioxx be on the nonpreferred drug list? |
| | 84:17 | A: Yes. |

**85:2 - 85:5**     Biglane 10/28/2009     00:00:12   00:21:36   00:13:10     V1001.55

| | 85:2 | Q: And if Vioxx was off the preferred drug |
|---|---|---|
| | 85:3 | list -- it was on the nonpreferred drug list -- that |
| | 85:4 | was the most restrictive it could be, right? |
| | 85:5 | A: Yes. |

**85:9 - 85:14**     Biglane 10/28/2009     00:00:13   00:21:48   00:12:58     V1001.56

Link > 2071.1

| | 85:9 | Q: Dr. Biglane, Exhibit 15 to your deposition |
|---|---|---|
| | 85:10 | is the transcript from that May 8, 2002, meeting |
| | 85:11 | that we just saw the minutes from. Okay? |
| | 85:12 | A: Okay. |
| | 85:13 | Q: Do you see that? |
| | 85:14 | A: Yes. |

**87:13 - 88:4**     Biglane 10/28/2009     00:00:46   00:22:01   00:12:45     V1001.57

| | 87:13 | Q: All right. And if you see on page 147 as |
|---|---|---|

Link > 2071.36.8

| | 87:14 | she -- as Ms. Taylor is describing the COX-2 class, |
|---|---|---|
| | 87:15 | she talks about the latest information in this |
| | 87:16 | class. There's been a lot of looking at due to |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

|  |  |  |  |
|---|---|---|---|
|  | 87:17 | product's increased cardiovascular concerns. Do |  |
|  | 87:18 | they increase edema? I think there's a lot of |  |
|  | 87:19 | discussion going on about these particular topics |  |
|  | 87:20 | with no real conclusions at this point. So I think |  |
|  | 87:21 | we need to look at further trials to come. And some |  |
|  | 87:22 | other -- and some type of conclusion for those |  |
|  | 87:23 | particular instances. |  |
|  | 87:24 | Again, as we saw on the monograph, no |  |
|  | 87:25 | doubt that Provider Synergies was making the P&T |  |
|  | 88:1 | committee members aware that there was this ongoing |  |
|  | 88:2 | debate about potential cardiovascular concerns with |  |
|  | 88:3 | this class of drugs, correct? |  |
| Link > Hide | 88:4 | A:  Correct. |  |

| **88:13 - 88:25** | Biglane 10/28/2009    00:00:37   00:22:47   00:11:59 | V1001.58 |
|---|---|---|
|  | 88:13 | Q:  Dr. Biglane before the break we were |
|  | 88:14 | taking about the transcript from this May 8, 2002, |
|  | 88:15 | meeting that you attended, Exhibit 15, and just |
|  | 88:16 | going on on page 147 of the transcript where we |
|  | 88:17 | were -- we were discussing that there had been this |
|  | 88:18 | discussion about cardiovascular risk, do you see |
| Link > 2071.36.9 | 88:19 | lower down Ms. Taylor is also talking about GI side |
|  | 88:20 | effects? |
|  | 88:21 | A:  Yes. |
|  | 88:22 | Q:  Yes. And she says that the trials have |
|  | 88:23 | been done, have shown a decrease risk of ulcerations |
|  | 88:24 | using these particular products? |
|  | 88:25 | A:  Yes. |

| **91:2 - 91:22** | Biglane 10/28/2009    00:00:56   00:23:24   00:11:22 | V1001.59 |
|---|---|---|
| Link > 2073.1 | 91:2 | Q:  Dr. Biglane, Exhibit 16 to your deposition |
|  | 91:3 | is a letter from DHH to you prescribing |
|  | 91:4 | practitioners and pharmacy providers in Louisiana. |
|  | 91:5 | Do you see that? |
|  | 91:6 | A:  Yes. |
|  | 91:7 | Q:  It's dated May 24, 2002, and it's signed |
|  | 91:8 | off by Ben Bearden as director. |
|  | 91:9 | Do you see that? |
|  | 91:10 | A:  Yes. |
| Link > 2073.1.1 | 91:11 | Q:  It talks in the third paragraph about, |
|  | 91:12 | 'Implementation of the PA process will be by a |
|  | 91:13 | phased-in approach starting with the proton pump |
|  | 91:14 | inhibitors and the COX-2 inhibitor therapeutic |
|  | 91:15 | classes on June 10, 2002.' And it gives them |
|  | 91:16 | some -- attaches some material for them to look |
|  | 91:17 | at; is that right? |
|  | 91:18 | A:  Yes. |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

|  |  |  |
|---|---|---|
|  | 91:19 | Q: Is that your recollection of when the |
|  | 91:20 | preferred drug list and the prior authorization |
|  | 91:21 | process was actually implemented, June 10th, 2002? |
| Link > Hide | 91:22 | A: Yes. |

| 91:23 - 91:25 | Biglane 10/28/2009     00:00:11   00:24:20   00:10:26 | V1001.60 |
|---|---|---|
|  | 91:23   Q: All right. So is it a fair statement that |  |
|  | 91:24   before June 10, 2002, there could be no restrictions |  |
|  | 91:25   on Medicaid reimbursement for FDA-approved products? |  |

| 92:2 - 92:4 | Biglane 10/28/2009     00:00:02   00:24:31   00:10:15 | V1001.61 |
|---|---|---|
|  | 92:2   BY MR. SALES: |  |
|  | 92:3   Q: Your understanding? |  |
|  | 92:4   A: Yes. |  |

| 93:16 - 93:17 | Biglane 10/28/2009     00:00:03   00:24:33   00:10:13 | V1001.62 |
|---|---|---|
|  | 93:16   Q: If you want to follow along -- we don't |  |
|  | 93:17   need to mark this as an exhibit, but let me just |  |

| 93:18 - 94:7 | Biglane 10/28/2009     00:00:46   00:24:36   00:10:10 | V1001.63 |
|---|---|---|
|  | 93:18   show you. At page 78 of Mr. Bearden's testimony, he |  |
|  | 93:19   was asked, 'How did' -- at line 4, 'How did it work |  |
|  | 93:20   for this state prior authorization?' |  |
|  | 93:21   And he gives a fairly long answer. |  |
|  | 93:22   But what he says is -- in the second paragraph, |  |
|  | 93:23   'The PA process itself, I described it as not a |  |
|  | 93:24   hard PA process, in that if a prescriber wanted |  |
|  | 93:25   to prescribe that drug, we would approve it. |  |
|  | 94:1   But we use that opportunity as an education to |  |
|  | 94:2   discuss the drug that he was recommending and other |  |
|  | 94:3   drugs that were on the PDL that could be just as |  |
|  | 94:4   effective as the drug he was prescribing.' |  |
|  | 94:5   Is that a fair reflection also of your |  |
|  | 94:6   belief? |  |
|  | 94:7   A: Yes. |  |

| 94:8 - 94:14 | Biglane 10/28/2009     00:00:15   00:25:22   00:09:24 | V1001.64 |
|---|---|---|
|  | 94:8   Q: All right. And that was something |  |
|  | 94:9   that you were in charge of at the time -- even after |  |
|  | 94:10  Providers Synergies became involved, you were still |  |
|  | 94:11  responsible for the implementation of the actual |  |
|  | 94:12  process on prior authorization, the call center and |  |
|  | 94:13  hiring the people to take the calls? |  |
|  | 94:14  A: Yes. |  |

| 101:6 - 101:13 | Biglane 10/28/2009     00:00:20   00:25:37   00:09:09 | V1001.65 |
|---|---|---|
|  | 101:6   Q: And you're -- you know, as being |  |
|  | 101:7   in charge of that prior authorization process, |  |
|  | 101:8   know that many drugs that were on the preferred drug |  |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

101:9  list have potential cardiovascular risks?
101:10  A: Uh-huh, yes.
101:11  Q: But again, they have benefits, and the
101:12  doctors weigh those decisions, right?
101:13  A: Yes.

---

**110:22-110:25**  Biglane 10/28/2009    00:00:12  00:25:57  00:08:49    V1001.66

110:22  Q: I think you mentioned earlier, but I want
110:23  to be clear, that you don't recall any discussion
110:24  you've ever had with any employee or representative
110:25  of Merck about Vioxx?

---

**111:1-111:8**  Biglane 10/28/2009    00:00:24  00:26:09  00:08:37    V1001.67

111:1  A: No, I don't.
111:2  Q: In fact, I don't think you recalled ever
111:3  having such a conversation; is that correct?
111:4  A: Correct.
111:5  Q: All right. I mean, is it fair, based on
111:6  that, to say that you're certainly -- that Merck
111:7  certainly did not make any misrepresentations
111:8  to you about Vioxx?

---

**111:12-111:16**  Biglane 10/28/2009    00:00:08  00:26:33  00:08:13    V1001.68

111:12  THE WITNESS: No, I have no reason to
111:13  think they misrepresented anything to me.
111:14  BY MR. SALES:
111:15  Q: Even as we sit here in 2009?
111:16  A: Correct.

---

**116:9-116:20**  Biglane 10/28/2009    00:00:30  00:26:41  00:08:05    V1001.69

116:9  A: I'm licensed by the Board of Pharmacy for
116:10  the State of Louisiana.
116:11  Q: Is there a separate license or category
116:12  for the Pharm.D.?
116:13  A: No. The board simply recognizes you as a
116:14  registered pharmacist.
116:15  Q: In Louisiana, do Pharm.D.s prescribe
116:16  drugs?
116:17  A: I'm sorry?
116:18  Q: Do Pharm.D.s, people with Pharm.D.s,
116:19  prescribe drugs?
116:20  A: No, we do not prescribe.

---

**117:18-117:20**  Biglane 10/28/2009    00:00:09  00:27:11  00:07:35    V1001.70

117:18  Q: And at that time, the sole source of
117:19  information for that drug that get -- that goes into
117:20  that label is from the manufacturer of that drug --

---

**117:22-117:23**  Biglane 10/28/2009    00:00:01  00:27:20  00:07:26    V1001.71

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

|  |  |  |
|---|---|---|
|  | 117:22    BY MR. PLYMALE:<br>117:23    Q:  -- right? |  |
| **117:25-118:6** | Biglane 10/28/2009        00:00:17   00:27:21   00:07:25<br>117:25    THE WITNESS:  That information is from the<br>118:1      manufacturer, and it usually reflects the<br>118:2      clinical trials that were conducted as they<br>118:3      were preparing the drug to go to market. So no<br>118:4      outside sources generally would have been able<br>118:5      to conduct any trials until after it's on the<br>118:6      market. | V1001.72 |
| **118:8-118:9** | Biglane 10/28/2009        00:00:07   00:27:38   00:07:08<br>118:8      Q:  Okay. Do you expect the information in a<br>118:9      drug's label to be complete? | V1001.73 |
| **118:11-118:14** | Biglane 10/28/2009        00:00:09   00:27:45   00:07:01<br>118:11    THE WITNESS:  I guess if it were a perfect<br>118:12    world, it should. But we're always learning<br>118:13    new things about drugs at all times. So it's<br>118:14    never 100 percent complete. | V1001.74 |
| **118:15-119:4** | Biglane 10/28/2009        00:00:50   00:27:54   00:06:52<br>118:15    BY MR. PLYMALE:<br>118:16    Q:  Do -- in your professional experience in<br>118:17    conducting drug class reviews, do you expect the<br>118:18    information in a drug's label to be truthful?<br>118:19    A:  Yes.<br>118:20    Q:  You also mentioned that the clinical<br>118:21    literature -- published clinical literature was an<br>118:22    important source of information when conducting drug<br>118:23    class reviews; is that right?<br>118:24    A:  Yes.<br>118:25    Q:  And you rely on the information in the<br>119:1      published clinical literature in formulating and<br>119:2      conducting drug class reviews as a pharmacist,<br>119:3      right?<br>119:4      A:  Yes. | V1001.75 |
| **119:5-119:6** | Biglane 10/28/2009        00:00:06   00:28:44   00:06:02<br>119:5      Q:  And do you expect the information in the<br>119:6      published clinical literature to be complete? | V1001.76 |
| **119:8-119:15** | Biglane 10/28/2009        00:00:22   00:28:50   00:05:56<br>119:8      THE WITNESS:  That's, perhaps, hard to<br>119:9      answer. There are always issues that are<br>119:10    coming up. So the -- the point of all the<br>119:11    trials that get conducted would be to show --<br>119:12    establish a benefit or a risk for a drug that | V1001.77 |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

|  |  |  |
|---|---|---|
| | 119:13 | maybe we didn't know about before. So you |
| | 119:14 | can't ever fully have the complete picture on |
| | 119:15 | everything. |

| 119:16 - 119:17 | Biglane 10/28/2009 | 00:00:04  00:29:12  00:05:34 | V1001.78 |
|---|---|---|---|
| | 119:16 | I don't know if we're going in the | |
| | 119:17 | same place. | |

| 119:20 - 120:17 | Biglane 10/28/2009 | 00:01:18  00:29:16  00:05:30 | V1001.79 |
|---|---|---|---|
| | 119:20 | Have you ever published a scientific | |
| | 119:21 | paper? | |
| | 119:22 | A:  I have published reviews, review articles | |
| | 119:23 | and continuing education-type articles. I have not | |
| | 119:24 | published new research. | |
| | 119:25 | Q:  Are you generally familiar with the | |
| | 120:1 | process of getting a manuscript published, a review | |
| | 120:2 | article? | |
| | 120:3 | A:  Yes. I have served as a reviewer for | |
| | 120:4 | articles that are being -- that have been submitted | |
| | 120:5 | for publication. | |
| | 120:6 | Q:  For which journals? | |
| | 120:7 | A:  The Annal -- The Annals of | |
| | 120:8 | Pharmacotherapy. I think that's the only journal. | |
| | 120:9 | I think I've reviewed three or four times for | |
| | 120:10 | them. | |
| | 120:11 | Q:  During what time period have you been a | |
| | 120:12 | reviewer for them? | |
| | 120:13 | A:  I would say the last two or three years. | |
| | 120:14 | Q:  Okay. Do you expect information that's | |
| | 120:15 | contained in published clinical literature to be | |
| | 120:16 | truthful? | |
| | 120:17 | A:  I would expect it, yes. | |

| 120:21 - 120:23 | Biglane 10/28/2009 | 00:00:08  00:30:34  00:04:12 | V1001.80 |
|---|---|---|---|
| | 120:21 | Q:  What is your understanding of how the term | |
| | 120:22 | 'ghostwriting' is used in the context of scientific | |
| | 120:23 | and medical literature? | |

| 120:25 - 121:10 | Biglane 10/28/2009 | 00:00:48  00:30:42  00:04:04 | V1001.81 |
|---|---|---|---|
| | 120:25 | THE WITNESS:  My understanding would be | |
| | 121:1 | that the researchers themselves would not be | |
| | 121:2 | the ones who actually complete the manuscript. | |
| | 121:3 | That they would hire someone who's proficient | |
| | 121:4 | in writing medical literature to take their | |
| | 121:5 | findings and develop a manuscript. | |
| | 121:6 | BY MR. PLYMALE: | |
| | 121:7 | Q:  As a reviewer for a journal, does | |
| | 121:8 | ghostwriting or ghostwritten articles have the | |

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

| | | |
|---|---|---|
| | 121:9 | potential to introduce bias into the information |
| | 121:10 | contained in those published articles? |

| 121:12-121:21 | Biglane 10/28/2009 | 00:00:29  00:31:30  00:03:16 | V1001.82 |
|---|---|---|---|
| | 121:12 | THE WITNESS: I don't think necessarily. | |
| | 121:13 | I think it -- you know, you have to have a | |
| | 121:14 | disclosure of all relationships and involvement | |
| | 121:15 | of all the parties, researchers and anyone | |
| | 121:16 | writing the manuscript. I think as long as all | |
| | 121:17 | of that is disclosed -- and again, the | |
| | 121:18 | researchers should have the final approval of | |
| | 121:19 | if their research is accurately portrayed. So | |
| | 121:20 | I don't think the presence of a ghostwriter | |
| | 121:21 | necessarily would introduce bias. | |

| 121:22-121:25 | Biglane 10/28/2009 | 00:00:15  00:31:59  00:02:47 | V1001.83 |
|---|---|---|---|
| | 121:22 | BY MR. PLYMALE: | |
| | 121:23 | Q: If the presence of a ghostwriter is not | |
| | 121:24 | disclosed, does that affect your work product in | |
| | 121:25 | conducting drug class reviews? | |

| 122:2-123:10 | Biglane 10/28/2009 | 00:02:29  00:32:14  00:02:32 | V1001.84 |
|---|---|---|---|
| | 122:2 | THE WITNESS: I need to think about that | |
| | 122:3 | for a minute. | |
| | 122:4 | BY MR. PLYMALE: | |
| | 122:5 | Q: Take your time. | |
| | 122:6 | A: My personal opinion is that in the medical | |
| | 122:7 | field, disclosure should occur always so that -- I | |
| | 122:8 | mean, we realize that there are clinical judgments | |
| | 122:9 | that have to be made and interpretations of | |
| | 122:10 | information. And I think disclosure of all things | |
| | 122:11 | that might impact that is required so that the | |
| | 122:12 | clinician can make the best judgment for the | |
| | 122:13 | patient. So I would prefer, if there was a | |
| | 122:14 | ghostwriter, to know that there was a ghostwriter, | |
| | 122:15 | personally, just so that I would understand how | |
| | 122:16 | the whole process worked. | |
| | 122:17 | Q: Does the disclosure of an author's ties to | |
| | 122:18 | a drug manufacturer affect your analysis of that | |
| | 122:19 | literature when conducting a drug class review? | |
| | 122:20 | A: I take it into account, yes. | |
| | 122:21 | Q: Could you elaborate how you would take it | |
| | 122:22 | into account? | |
| | 122:23 | A: Well, I think, generally speaking, most | |
| | 122:24 | of the colleagues that I have conversations with | |
| | 122:25 | about clinical literature, if the author has a | |
| | 123:1 | relationship with a company that provided the | |

Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts

| | | |
|---|---|---|
| | 123:2 | medication, we tend to think they may have other |
| | 123:3 | motivations than -- than just getting their research |
| | 123:4 | out there. So we tend to maybe discount the |
| | 123:5 | research a little more if we feel that there was a |
| | 123:6 | potential conflict of interest, you know, or a |
| | 123:7 | preexisting relationship between the researcher and |
| | 123:8 | the drug company. |
| | 123:9 | Q:  Would that also apply to the disclosure of |
| | 123:10 | monies of some kind being paid to those authors? |

| 123:12 - 123:12 | Biglane 10/28/2009    00:00:02  00:34:43  00:00:03 | V1001.85 |
|---|---|---|
| | 123:12    THE WITNESS:  Absolutely, yes. | |

Play Time for this Script:    **00:34:46**

**Biglane G DA, PA, DC, PC Merged on 04-05-10 With Cuts**

Total time for all Scripts in this report:   00:34:46