HUGHES HUBBARD & REED LLP
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220
Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Marie Allen, et al.,* <br><br> v. <br><br> *Merck & Co., Inc., Merck Frosst Canada, Ltd., and DOES 1 - 100,* <br><br> Only with regard to: <br><br> MARIE ALLEN, MARGARET DESORMEAU, GERALD DESORMEAU, and ARLEEN MCPHADEN | MDL Docket No. 1657 <br> SECTION L <br><br> CIVIL ACTION NO. 2:06-cv-02220-EEF-DEK <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiffs Marie Allen, Margaret Desormeau, Gerald Desormeau, and Arleen McPhaden against defendant Merck & Co. Inc. (now known as Merck Sharp & Dohme Corp.) be dismissed in their entirety with prejudice, with each party to bear its own costs.

In addition, pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (i), the undersigned counsel hereby gives notice that all claims of plaintiffs Marie Allen, Margaret Desormeau,

Gerald Desormeau, and Arleen McPhaden against defendant Merck Frosst Canada, Ltd. and DOES 1-100 are dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, P.C.
17 Court Street, 7th Floor
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: 3/16/10

_____
Phillip A. Wittmann
Dorothy H. Wimberly
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck & Co., Inc*

Dated: 4/20/10