**HUGHES HUBBARD & REED LLP**
A New York Limited Liability Partnership
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918
(201) 536-9220

Attorneys for Defendant Merck & Co., Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> This document relates to: <br><br> *Marilyn McCandless, et al.,* <br><br> v. <br><br> *Merck & Co., Inc.* <br> **Only with regard to:** <br><br> **Jerry Kemp (aka "Gerry Kemp")** | MDL Docket No. 1657 <br> SECTION L <br><br> Case Number: 2:06-cv-10746 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS, AS TO PLAINTIFF JERRY KEMP, ONLY** |

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims of plaintiff, Jerry Kemp, against defendant Merck & Co., Inc., be dismissed in their entirety, on the conditions as set forth below:

(a) With respect to any refilling of any of these lawsuits in the appropriate court in the Plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum.

(b) Merck agrees to satisfy any final judgment rendered by the appropriate forum in the Plaintiff's home country relating to such suits.

(c) Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statue of limitations in this country, was pending against it in a court of the United States.

(d) Merck will not act to prevent the Plaintiff from returning to this Court if the appropriate courts in the Plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

| | |
|---|---|
| _____ | _____ |
| John J. Carey | Charles W. Cohen |
| Francis J. "Casey" Flynn | Hughes Hubbard & Reed, LLP |
| Carey & Danis, LLC | One Battery Park Plaza |
| 8235 Forsyth Boulevard, Suite 1100 | New York, NY 10004-6000 |
| St. Louis, MO 63105 | (212) 837-6856 |
| (314) 725-7700 | |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 9/10/09 | Dated: 9/10/09 |