UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ®<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Donald K. Dickinson and Sara Dickinson, Individually, and as Husband and Wife,<br><br>                    Plaintiffs,<br><br>v.<br><br>Merck & Co., Inc., William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri<br><br>                    Defendants | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:07-cv-03178-EEF-DEK<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiffs Donald K. Dickinson and Sara Dickinson, Individually, and as Husband and Wife, against defendant Merck & Co. Inc. (now known as Merck Sharp & Dohme Corp.), William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazuras, Edward

M. Scolnick, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian P. Fitzgerald, Esq.
Brian P. Fitzgerald, P.C.
509 Liberty Building
424 Main Street
Buffalo, New York 14202

*Counsel for Plaintiffs Donald K. Dickinson and Sara Dickinson*

Dated: _____

_____
William H. Gussman, Jr.
Schulte, Roth, & Zabel, LLP.
919 Third Avenue
New York, New York 10022

*Counsel for Defendant Edward M. Scolnick*

Dated: 4/7/10

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther & Wittmann, LLC.
546 Carondelet Street
New Orleans, Louisiana 70130
(504) 581-3200

*Counsel for Defendant Merck, Sharp & Dohme Corp.*

Dated: 4/20/10

_____
Vilia B. Hayes
Hughes Hubbard & Reed
One Battery Park Plaza
New York, New York 10004

*Counsel for Defendants William G. Bowen, Ph.D., William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Thier, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, M.A., Heidi G. Miller, Ph.D., Thomas E. Shenk, Ph.D., William M. Daley, J.D., Peter C. Wendell, M.B.A., Wendell P. Weeks, M.B.A., Shelly Lazurus, H. Brewster Atwater, Jr., Dennis Weatherstone, Charles E. Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri*

Dated: 4/7/10