## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx<br>Products Liability Litigation | *<br>* | MDL No. 05-1657 |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Donald K. Dickinson and Sara Dickinson, Individually and as Husband and Wife,* | *<br>*<br>* | KNOWLES |
| | * | |
| | * | *No. 07-3718* |
| *v.* | * | |
| | * | |
| *Merck & Co., Inc., William G. Bowen, PhD, William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole, Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, MA, Heidi G. Miller, PhD, Thomas E. Shenk, PhD, William M. Dailey, JD, Peter C. Wendell, MBA, Wendell Weeks, MBA, Shellh Lazuras, Edward M. Scolnick, H. Brewster Arwater, Jr., Dennis Weatherstone, Charles Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiffs Donald and Sara Dickinson against

Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) and William G. Bowen, PhD,

William N. Kelley, M.D., Lawrence A. Bossidy, Samuel O. Their, M.D., Johnetta B. Cole,

Ph.D., Raymond V. Gilmartin, M.B.A., William B. Harrison, Jr., Anne M. Tatlock, MA, Heidi

G. Miller, PhD, Thomas E. Shenk, PhD, William M. Dailey, JD, Peter C. Wendell, MBA,

1014369v.1

Wendell Weeks, MBA, Shellh Lazuras, Edward M. Scolnick, H. Brewster Arwater, Jr., Dennis Weatherstone, Charles Exley, Jr., Lloyd C. Elam, Erskine B. Bowles, and Rosemary Soluri in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

    NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2010.

                                               _____
                                                     DISTRICT JUDGE