**RICHARDSON, PATRICK WESTBROOK & BRICKMAN, LLC**

James C. Bradley
Michael J. Brickman
Elizabeth Middleton Burke
J. David Butler
Aaron R. Dias
Jerry Hudson Evans
Nina H. Fields
Thomas P. Gressette, Jr.
H. Blair Hahn
Daniel S. Haltiwanger
Matthew D. Hamrick
David Hendricks
Gregory A. Lofstead
Christiaan A. Marcum
Katie McElveen
Christopher J. Moore
Daniel O. Myers
Karl E. Novak
Kimberly Keevers Palmer
Charles W. Patrick, Jr.
Terry E. Richardson, Jr.
Thomas D. Rogers
A. Hoyt Rowell, III
Brady R. Thomas
T. Christopher Tuck
James L. Ward, Jr.
Edward J. Westbrook
Kenneth J. Wilson
Robert S. Wood

Of Counsel:
Gordon C. Rhea (CA, DC & USVI only)
James H. Rion, Jr.
Howard Siegel (DC & MD only)
David L. Suggs (MN & NY only)
Robert M. Turkewitz

**ELIZABETH MIDDLETON BURKE**
Direct Dial: 843.727.6659
Direct Facsimile: 843.727.6642
bburke@rpwb.com

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 APR 20  PM 3:01
LORETTA G. WHYTE
CLERK

April 20, 2010

**VIA FACSIMILE ONLY: 504-589-7699**
Attention: Carolyn
Office of the Clerk of Court
USDC, E.D. of LA
New Orleans, LA

Re:   Elizabeth Middleton Burke
      Vioxx Litigation
      Correcting Address Information

Dear Carolyn:

This is to confirm my secretary's conversation with you this morning regarding my correct attorney information. I have been with Richardson Patrick Westbrook and Brickman, LLC since 2003. On January 29, 2007, the attached ECF registration form was sent via facsimile to the Eastern District of Louisiana.

Until October 2009, my legal name was Katherine Elizabeth Middleton Burke. On October 16, 2009, a court order was issued changing my name to Elizabeth Middleton Burke. Please correct my name and firm affiliation in your system to Elizabeth Middleton Burke, Richardson Patrick Westbrook & Brickman, LLC, 1037 Chuck Dawley Blvd., Building A, Mt. Pleasant, SC 29464, 843-727-6500, bburke@rpwb.com. Below is a listing of my name for cases filed with the Eastern District of Louisiana:

   Beth Middleton
   K. Elizabeth Middleton
   Katherine E. Middleton

I appreciate your help in this matter, and should you have any questions or concerns, please feel free to contact me at 843-727-6659 or bburke@rpwb.com. If you prefer, you may contact my secretary, Claudia Smith, at 843-727-6671 or csmith@rpwb.com.

Sincerely,

*[signature]*
Elizabeth Middleton Burke

EMB/cws
Attachment

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____

1037 CHUCK DAWLEY BLVD, BLDG-A, MT. PLEASANT SC 29464   P.O. BOX 1007, MT. PLEASANT SC 29465   PH: 843.727.6500   FAX: 843.216.6509   WWW.RPWB.COM
Offices in Barnwell, SC, Charleston, SC & Mt. Pleasant, SC
ATTORNEYS ALSO LICENSED IN: CA, DC, FL, GA, KS, MD, MI, MN, MO, NC, NY, TX, US-VI & WI