| | |
|---|---|
| Harry Brooks,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | EASTERN DISTRICT OF LOUISIANA<br><br>MDL DOCKET NO. 06-1707<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to F.R.C.P., Rule 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Harry Brooks, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____                    _____                    _____
Ronald S. Goldser, #35932                          Stephen G. Strauss                                      Phillip A. Wittmann
Stacy K. Hauer, #317093                            Bryan Cave LLP                                          Dorothy H. Wimberly
ZIMMERMAN REED, PLLP                         211 N. Broadway, Suite 3600                     Stone Pigman Walther
651 Nicollet Mall, Suite 501                         St. Louis, MO 63102                                   Wittmann LLC
Minneapolis, MN 55402                             (314) 259-2000 Tel                                      546 Carondelet Street
Telephone: (612) 341-0400                        (314) 259-2020 Fax                                      New Orleans, LA 70130
Facsimile: (612) 341-0844                                                                                             (504) 581-3200 Tel
                                                                                                                                      (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

ATTORNEYS FOR PLAINTIFFS            Dated: 4/20/10

Dated: 2/1/08

VE102 11/28/07

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of April, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.