## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Howard Davenport, et al.** | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Henry Hagerman and Nancy Hagerman*** | * | |
| | * | |
| | * | |
| | * | |
| ***Docket No. 2:06-cv-08392*** | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Henry Hagerman and Nancy Hagerman in

the above-captioned case be and they hereby are dismissed with prejudice with each party to bear

his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


                                        _____
                                                 DISTRICT JUDGE