U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  4-20-10
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>STATE OF LOUISIANA, *ex rel.* JAMES D.<br>    CALDWELL, JR., Attorney General,<br><br>                    Plaintiff,<br>versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>                  Defendant.<br><br>Case No. 05-3700. | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### MERCK SHARP & DOHME CORP. ("MERCK")'S NOTICE OF FILING OF TRANSCRIPT OF CERTAIN TESTIMONY BEFORE LEGISLATIVE COMMITTEE HEARINGS PLAYED DURING THE TESTIMONY OF DAVID W. HOOD

Defendant Merck Sharp & Dohme Corp., by and through its attorneys, hereby gives notice of filing of the transcription of certain testimony given before the Louisiana Legislature's Joint Committee on Health and Welfare on May 9, 2002 and May 22, 2002. This transcription reflects video played during the above captioned trial on April 13, 2010 during the testimony of David W. Hood. The transcript is attached as Exhibit A.

Tarek Ismail
Brian P. O'Donoghue
Goldman Ismail Tomaselli Brennan &
    Baum LLP
1 N. Franklin, Suite 625
Chicago, IL 60606

*Counsel for Defendant*