UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED 4-20-10
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>MDL NO. 1657 |
| This document relates to:<br>State of Louisiana, ex rel James Caldwell, Jr., Attorney General v. Merck Sharpe & Dohme<br>CA 05-3700 | SECTION: L |

### CERTIFICATION OF TRIAL EXHIBITS

Undersigned counsel have reviewed all of the exhibits in the possession of the Court and certify that these comprise all of the exhibits admitted into evidence by the Court during the course of the trial, *as well as those exhibits on which Ruling is Reserved.*

New Orleans, Louisiana, this 20 day of April, 2010.

_____          _____
Counsel for Plaintiff(s)                          Counsel for Defendant(s)