MINUTE ENTRY
FALLON, J.
APRIL 20, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>        LIABILITY LITIGATION | CIVIL ACTION<br>NO. 05-MD-1657<br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON        TUESDAY, APRIL 20, 2010, 9:00 am
Case Manager: Gaylyn Lambert                    (continued from 4-19-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
             Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
             For State of Louisiana
             Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Defendant's Witnesses:
Dr. David J. Sales - sworn - accepted as an expert.
Dr. Lisa Rarick - sworn - accepted as an expert.

Defendant will file into the record the trial testimony of Dr. Briggs Morrison from December 18, 2003, February 16, 2005, February 18, 2005, August 11, 2006, November 7, 2006 and November 8, 2006.
On April 19, 2010, defendant stated it would file into the record the trial testimony of Dr. Alise Reicin from September 29, 2006.  That date is now corrected to September 20, 2010.

Defendant rests.  Plaintiffs present no rebuttal evidence and rest.
Both sides have submitted to the Court deposition exhibits to which there are objections. RULING IS RESERVED on these exhibits.  The Court will issue its ruling on these exhibits separately.

Court adjourned at 5:30 pm until Wednesday, April 21, 2010, at 10:30 am.

JS10:    6:17