EXHIBIT A
PTO 43 Motion to Dismiss

|  | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Swe, Gilbert | Barrera, Joseph C., Law Offices of | Beauty Swe | Swe, Gilbert Dr. v. Merck & Co., Inc. | 2:06-cv-08314-EEF-DEK |
| 2. | Gatewood, Burnett | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sandra Morrow | Harris, Albert R v. Merck & Co., Inc. | 2:07-cv-09607-EEF-DEK |
| 3. | Lewis, Kimberly | Becnel Law Firm, LLC |  | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 4. | Thurmond, Margie | Becnel Law Firm, LLC |  | Bean, Carolyn v. Merck & Co., Inc. | 2:05-cv-06197-EEF-DEK |
| 5. | Russel, Donna | Bubalo, Hiestand & Rotman, PLC; Oldfather Law Firm | Robert E. Russel | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| 6. | Gray, Ken | Carey & Danis, LLC |  | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 7. | Taylor, Theta | Carey & Danis, LLC |  | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 8. | Wake, Mervin | Carey & Danis, LLC |  | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 9. | Hurst, Jimmy | Edwards Law Firm, The |  | Hurst, Jimmy R. v. Merck & Co., Inc. | 2:06-cv-10232-EEF-DEK |
| 10. | McCall, Ronald | Fibich, Hampton & Leebron, LLP |  | McCall, Ronald v. Merck & Co., Inc. | 2:06-cv-06807-EEF-DEK |
| 11. | Suttles, Myrtle | Getty & Childers, PLLC |  | Suttles, Myrtle v. Merck & Co., Inc. | 2:05-cv-06132-EEF-DEK |
| 12. | Schnepf, James | Harding & Moore | Mary-Ann Schnepf | Schnepf, James K. v. Merck & Co., Inc. | 2:06-cv-00321-EEF-DEK |
| 13. | Mitchell-Cockrell, Barbara | Jones, Jr., Bennie L. & Associates |  | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 14. | Mayo, Veronica | Lanier Law Firm, PC |  | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 15. | Taylor-Beck, Dimitri | Lanier Law Firm, PC |  | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 16. | Novick, Kenneth | Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. |  | Novick, Kenneth v. Merck & Co., Inc. | 2:07-cv-07756-EEF-DEK |
| 17. | Garcia, Richard | Mainor, Eglet, Cottle LLP | Janet Ann Garcia | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 18. | Brisbon, Patricia | Matthews & Associates |  | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |

1

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 19. | Bykowski-Walker, Evelien | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 20. | Camp, Jennie | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 21. | Courreges, Sandra | Matthews & Associates | Barbara Lux | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 22. | Harper, Rodney | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 23. | Johnson, Pauline | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 24. | Kaar, Lillian | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 25. | McCoy, Peggy | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 26. | Simpson, JoAnn | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 27. | Songer, Doris | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 28. | Williams, Shauna | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 29. | Grice, Daisey | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 30. | Hall, Suzie | Murray Law Firm | | Ruffino, Marilyn v. Merck & Co., Inc. | 2:05-cv-05443-EEF-DEK |
| 31. | Johnson, Bill | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 32. | Meadows, Essie | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 33. | Bilal, Jamaal | Pro Se | | Bilal, Jamal A. v. Merck & Co., Inc. | 2:06-cv-02364-EEF-DEK |
| 34. | Ford, Donald | Pro Se | | Ford, Donald D. v. Merck & Co., Inc. | 2:05-cv-06207-EEF-DEK |
| 35. | Lyon, Robert | Pro Se | | Lyon, Robert v. Merck & Co., Inc. | 2:07-cv-01077-EEF-DEK |
| 36. | Collier, Deborah | Salim, Robert L. | | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 37. | Beasley, Sherwood | The Law Group, Ltd. | Lisa Beasley | Beasley, Sherwood v. Merck Sharp & Dohme Corp. | 2:09-cv-07790-DEK-EEF |
| 38. | Williams, Johnny | The Simon Law Firm, PC | | Vick, Sonya v. Merck & Co., Inc. | 2:05-cv-01054-EEF-DEK |

1014235v.1
1014249v.1

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 39. | Facenda, Estelle | Weykamp, Paul A., Law Offices of | Leo Facenda | Facenda, Estelle v. Merck & Co., Inc. | 2:05-cv-05102-EEF-DEK |
| 40. | Hudson, Doris | Weykamp, Paul A., Law Offices of | Sharon Lawson | Lawson, Sharon v. Merck & Co., Inc. | 2:05-cv-05116-EEF-DEK |
| 41. | Palmore, Terrell | Yearout & Traylor, P.C. | | Palmore, Terrell v. Merck & Co., Inc. | 2:06-cv-10075-EEF-DEK |

1014235v.1
1014249v.1