## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER TO SHOW CAUSE WHY CASES
## SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A to

show cause on the 13th day of May, 2010, at 1:30 p.m., at the United States District Court,

Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should

not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil

Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the

Rule on or before the 5th day of May , 2010.  Defendant Merck Sharp & Dohme Corp. shall file

and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases

any replies to the oppositions on or before the 12th day of May, 2010.

NEW ORLEANS, LOUISIANA, this _____ day of April, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1014239v.1