MINUTE ENTRY
FALLON, J.
APRIL 21, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON          WEDNESDAY, APRIL 21, 2010, 10:30 am
Case Manager: Gaylyn Lambert                          (continued from 4-20-10)
Court Reporter: Karen Ibos

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
             Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
             For State of Louisiana
             Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:
Motion of defendant, Merck, to Exclude Testimony of Terry D. Leach (rec. doc. 35799) is
Denied as Moot.
That portion of the motion of defendant, Merck, for an Order Excluding Evidence and Testimony
raised by motions previously denied by the Court (rec. doc. 36651) on which ruling was reserved
as to Dr. Topol only is Denied as Moot.

Closing Arguments.
Simultaneous Proposed Findings of Fact and Conclusions of Law shall be submitted on
Wednesday, April 28, 2010, not later than Noon, at which time this matter shall be TAKEN
UNDER SUBMISSION.

Court adjourned at 12:23 pm.

JS10:    1:30