MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| | DEFENDANT EXHIBIT LIST | |
|---|---|---|
| NO. | DESCRIPTION | ADMITTED |
| DX 1 | ICH Harmonized Tripartite Guideline: The Extent of Population Exposure to Assess Clinical Safety for Drugs Intended for Long-Term Treatment of Non-Life Threatening Conditions E1 | |
| DX 2 | Letter from MRL to FDA re:  L-748,731 | |
| DX 3 | Letter from FDA to MRL re: IND 46,894 | |
| DX 4 | ICH-E1A Guideline for Industry: The extent of population Exposure to Assess Clinical Safety: For Drugs Intended for Long-term Treatment for Non-Life Threatening Conditions | |
| DX 5 | Medical Affairs Procedures and Policies, Procedure 11: Clinical Study Blinding | |
| DX 6 | Letter from Michael Heisler to Ray Gilmartin | |
| DX 7 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) | |
| DX 8 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New Protocol | |
| DX 9 | Letter from MRL to FDA re: MK-0966: IND 46,894 (L-748,731) | |
| DX 10 | Letter from MRL to FDA re: IND 46,894: MK-0966 Protocol Amendment – Change in Protocol | |
| DX 11 | Fax from FDA to B. Goldmann | |
| DX 12 | MK-966 - Phase III Osteoarthritis Clinical Development Strategy - Update 7/2/96 | |
| DX 13 | Memorandum from T. Musliner to B. Friedman, et al. | RR |
| DX 14 | MRL memorandum to MK-966 (COX-2) Project Team Members re: MK-966 (COX-2) Project Team Minutes - November 8, 1996 | |
| DX 15 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | RR |
| DX 16 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | |
| DX 17 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment – New  Protocol | |
| DX 18 | Letter from MRL to FDA re: IND 46, 894: MK-0966 (L-748,731) Protocol Amendment - New Protocol | |
| DX 19 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | |
| DX 20 | Project team meeting minutes | |
| DX 21 | Memo from J. Schwartz and P. Wong to B. Gertz et. al re: Prolongation of the QTc Interval Evaluation | |
| DX 22 | Harvey E-mail re cox-2 ispe poster | |
| DX 23 | MRL Epidemiology Department Technical Report No. EPR7006.005.98 | |
| DX 24 | Letter from MRL to FDA re: Original IND: MK-0966 (L-748, 731) | |
| DX 25 | Letter from FDA to MRL re: IND 55,269 | |
| DX 26 | Project Team Meeting Minutes | RR |
| DX 27 | Programmatic Review -- VIOXX Program | |
| DX 28 | The American Benefactor Letter | |
| DX 29 | Letter from MRL to FDA re: IND 46,894: MK-0996 (L-748,731) | |
| DX 30 | Minutes from May VIOXX Project Team | RR |

RR = Ruling Reserved

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 31 | Email from Scolnick re: VIOXX strategy | |
| DX 32 | Letter from MRL to FDA re: re: IND 46,894: MK-0996 (L-748,731) Protocol Amendment - Change in Protocol | |
| DX 33 | Email from L. Patino to D. Anstice et al. with Background Package for Review Prior to HHPAC Meeting 8/21 | |
| DX 34 | Letter from Robert Silverman to Robert DeLap | |
| DX 35 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) | |
| DX 36 | Clinical Safety Report for Protocol 069 | |
| DX 37 | E-mail from A. Nies to T. Baillie re: draft discussion 'Effect of Chronic Dosing of COX-2 Inhibitors on Prostanoid Excretion in Conscious Dogs'. | |
| DX 38 | Memo from Denis Riendeau to Don Nicholson and Mike Gresser | |
| DX 39 | Letter from Gro Harlem Brundtland to Raymond Gilmartin | |
| DX 40 | 'E. Clinical Safety' Vioxx Clinical Documentation  *a + B* | 4-19-10 + 4-20-10 |
| DX 41 | 2.3.3.4. Thromboembolic Cardiovascular Adverse Experiences | |
| DX 42 | Fax from FDA to MRL | |
| DX 43 | Letter from MRL to FDA re: Original New Drug Application, NDA 21-*378 + 43* 042: VIOXX (rofecoxib) Tablets | RR |
| DX 44 | Policy Letter 128 | |
| DX 45 | Policy Letter 140 | |
| DX 46 | Policy Letter No. 110 | |
| DX 47 | Policy Letter No. 118 | |
| DX 48 | Letter from MRL to FDA re: IND# 55,269: MK-0966 Protocol Amendment – New Protocol | |
| DX 49 | Minutes: FDA/Merck Research Laboratories VIOXX G.I. Outcomes Meeting | |
| DX 50 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib, MK-0966) Protocol Amendment – New Protocol | |
| DX 51 | Minutes from VIOXX Consultants Meeting to Discuss GI Clinical Outcomes Megatrial | |
| DX 52 | Analgesic and Anti-Inflammatory Training Program | |
| DX 53 | Rules of the Road | |
| DX 54 | FDA facsimile to MRL | |
| DX 55 | Memo from M. Lee to E. Ehrich and B. Daniels re: Effect of MK-0966 on QTc interval (Attachment 1) | |
| DX 56 | Memo from E. Ehrich and J. Giuliano to B. Seidenberg et al. | |
| DX 57 | Procedure 13 of the Medical Affairs Procedures and Policies entitled, "Adverse Experience Reporting to Worldwide Product Safety and Epidemiology" | |
| DX 58 | Catella-Lawson Letter | |
| DX 59 | Memo from J.P. Falgueyret to Denis Riendeau re: Inhibition of the B-oxidation of 6-keto-PGF 1 in isolated hepatocytes by / COX-2 inhibitors | |
| DX 60 | Memo to Denis Riendeau et al. re: 'Exploratory analysis of urinary metabolites from the metabolism of 3H-6-keto-PGF 1a in anesthetized dogs treated with Celecoxib' | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 61 | Letter from MRL to FDA re: NDA 21-042: VIOXX Tablets NDA 21-052: VIOXX Oral Suspension (Rofecoxib) Safety Update Report | |
| DX 62 | Letter from MRL to FDA re: IND 46,894: MK-0966 (L-748,731) Protocol Amendment - New Protocol | |
| DX 63 | Reference P010, MRL Clinical Study Report, Multicenter Study | |
| DX 64 | Letter from Robert Silverman to Robert DeLapp re: NDA 21-042 | |
| DX 65 | Arthritis Advisory Committee meeting, Silverman's Slides | |
| DX 66 | "NDA 21-042: Vioxx Tablets NDA 21-052: Vioxx Oral Suspension (Rofecoxib) FDA Advisory Committee Background Information Presented to: Arthritis Advisory Committee April 20, 1999" | |
| DX 67 | PI 9183800 | |
| DX 68 | Fax from FDA to MRL | |
| DX 69 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets, Response to FDA Request | |
| DX 70 | Email from S. Cook to MRL Regulatory Liaison re: Draft | |
| DX 71 | Fax from FDA to MRL | |
| DX 72 | Email from MRL Regulatory Liaison - Domestic to Sandra Cook re: NDA 21-042: Label | |
| DX 73 | Letter from FDA to MRL re: NDA 21-042 | 4-20-10 |
| DX 74 | Fax from MRL to FDA re: Press Materials for VIOXX | |
| DX 75 | Memorandum from Weinblatt to Bjorkman et al. re: VIGOR | |
| DX 76 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib) Tablets | |
| DX 77 | Memo from Denis Riendeau | |
| DX 78 | Letter from MRL to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application 50 mg Tablets | |
| DX 79 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | RR |
| DX 80 | PI 9183801 | |
| DX 81 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Information Amendment – Clinical, Data Analysis Plan for Protocol 088 | |
| DX 82 | Hertz E-mail re cox-2 ispe poster | |
| DX 83 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Refecoxib) | |
| DX 84 | Villalba E-mail re "interesting reading" | |
| DX 85 | Wong E-mail re rabbit aorta prostacyclin study | |
| DX 86 | Letter from MRL to FDA re: IND 46,894 Protocol Amendment – Change in Protocol | |
| DX 87 | Letter from MRL to FDA | |
| DX 88 | NDA 21-042: Vioxx (rofecoxib tablets) Special Supplement - Changes Being Effected | |
| DX 89 | Bulletin COX 00-079 Reference Binder for VIOXX | |

MDL 1657    IN RE: VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 90 | Atherosclerosis Consultants' Meeting | |
| DX 91 | Letter from FDA to MRL re: NDA 21-042/S-003 | |
| DX 92 | FDA Letter to MRL re sNDA -- May 26, 1999 | |
| DX 93 | PI 9183802 | |
| DX 94 | Letter from MRL to FDA re: Rofecoxib (L-748731; MK-0966) Initial Investigational New Drug Application | |
| DX 95 | Letter from FDA to MRL re: IND 59,222 | |
| DX 96 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence | |
| DX 97 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence, Request for Pre-sNDA Meeting, Rheumatoid Arthritis | |
| DX 98 | NDA 21-042: VIOXX (rofecoxib tablets), Final Printed Labeling for Approved Supplemental NDA S-001 | |
| DX 99 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 100 | Physician's Desk Reference -- Reference 80 | |
| DX 101 | PDR -- Genuine Bayer Professional Labeling | |
| DX 102 | MRL submits Protocol Amendment to Protocol 088 | |
| DX 103 | Press Release | |
| DX 104 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment – New Protocol | |
| DX 105 | Letter from FDA to MRL | |
| DX 106 | PI 9183804 | |
| DX 107 | Merck Response to 7/16/99 DDMAC Letter | |
| DX 108 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Information Amendment | |
| DX 109 | MRL letter to FDA re: NDA 21-042: VIOXX (Rofecoxib) Response to FDA Request for Information | |
| DX 110 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Background Package for April 10, 2000 Pre-sNDA Meeting VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | |
| DX 111 | Memo from Gruer to Reicin | |
| DX 112 | Fax from FDA to MRL | |
| DX 113 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 114 | E-mail from Reicin, Alise to Scolnick, Ed et al. | RR |
| DX 115 | Memo from Weinblatt to Bjorkman et al. | |
| DX 116 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Amendment to Pending Application | RR |
| DX 117 | Dear Investigator Letter | |
| DX 118 | Bulletin COX 00-019 | |
| DX 119 | Press release re prliminary results of GI outcomes study | |
| DX 120 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) General Correspondence | |
| DX 121 | Letter from MRL to FDA | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 122 | Email from Alise Reicin to Alan Nies, Barry Gertz | |
| DX 123 | PI 9556412 | |
| DX 124 | NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Final Printed Labeling for Approved Supplemental NDAs | |
| DX 125 | Fax from FDA to MRL | |
| DX 126 | Randall Pierson, "Merck's Vioxx Seen Facing FDA Scrutiny on Heart Attacks" | |
| DX 127 | 'Merck falls on safety concerns from Vioxx arthritis trial,', Reuters | |
| DX 128 | Dow Jones article | |
| DX 129 | CNBC transcript from 'Today's Business Early Edition' | |
| DX 130 | CNBC transcript from 'Street Signs' | |
| DX 131 | Bulletin for Vioxx New Obstacle Response COX 00-029 New Obstacle Response | |
| DX 132 | 'Shares of Merck Sink on Worries Over Vioxx,' Wall Street Journal | |
| DX 133 | FDA Webview | |
| DX 134 | Memo re: MK-0966 Protocols -078 and -091 | |
| DX 135 | MRL letter to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | |
| DX 136 | Letter to Robert Utiger from Claire Bombardier | RR |
| DX 137 | Press Release | |
| DX 138 | A Report from Digestive Disease Week Congress | |
| DX 139 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) NDA 21-052/S-003: VIOXX (rofecoxib oral suspension) Request for Agency Response | |
| DX 140 | Fax from FDA to MRL | |
| DX 141 | Fax from FDA to MRL | |
| DX 142 | Email from Dorothy Bolton re: Press Materials: EULAR Journalists Workshop | |
| DX 143 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 144 | Letter from D. Erb to R. Pazdur re: IND 59,222: MK-0966 Protocol Amendment - Change in Protocol Protocol 122: Sporadic Adenomatous Polyp (SAP) Chemoprevention Study | |
| DX 145 | MRL letter to FDA re: NDA 21-042: VIOXX (rofecoxib tablets) Supplemental New Drug Application, VIOXX Gastrointestinal Outcomes Research Study (VIGOR) *0042000 8017 - 0042000 8099* | 4-12-10 |
| DX 146 | PI 9183806 | |
| DX 147 | E-mail from Scolnick to Greene et al. | |
| DX 148 | Letter from FDA to MRL re: NDA 21-042/S-007 | |
| DX 149 | PI 9556413 | |
| DX 150 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) NDA 21-052/S-004 VIOXX (rofecoxib oral suspension) | |
| DX 151 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |



145A   MRL letter to FDA   RR
MRK- 00420008017-58,  MRK-0042008087-117

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 152 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | |
| DX 153 | Letter from MRL to FDA | |
| DX 154 | Letter from MRL to FDA re: NDA 21-042/S-003: VIOXX (rofecoxib tablets) Special Supplement | |
| DX 155 | Letter from MRL to FDA re: NDA 21-042/S-004: VIOXX (rofecoxib oral suspension) Safety Update Report VIOXX Gastrointestinal Outcomes Research Study (VIGOR) | RR |
| DX 156 | Letter from MRL to FDA re: IND 55,269: MK-0966 Protocol Amendment - Change in Protocol | |
| DX 157 | Fax from FDA to MRL | |
| DX 158 | Policy Letter 140 | |
| DX 159 | Orientation and Welcome | |
| DX 160 | Chart from Protocol 010 | |
| DX 161 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 162 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 163 | Barr Report on VIGOR CV Data | |
| DX 164 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 165 | Letter from MRL to FDA re: Initial Investigational New Drug Application MK-0966 (L-748731): VIOXX (rofecoxib) - Treatment of Migraine | |
| DX 166 | Fax from FDA to MRL | |
| DX 167 | Merck Culture, Leader's Guide | |
| DX 168 | Policy Letter No. 110: Statement of Professional Responsibility of U.S. Human Health Professional Representatives | |
| DX 169 | Policy Letter No. 118: Pharmaceutical Information to Physicians, Pharmacists, and Other Health Care Professional | |
| DX 170 | Basic Training Orientation | |
| DX 171 | Policy Letter 141 | |
| DX 172 | District Implementation Meeting | |
| DX 173 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) Response to FDA Request for Information | |
| DX 174 | Letter from R. Silverman to J. Bull re: IND 46,894: VIOXX (rofecoxib) Information Amendment – Clinical | |
| DX 175 | Letter from MRL to FDA re: IND 46,894: VIOXX (rofecoxib) - General Correspondence | |
| DX 176 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 177 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 178 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib) Request for Agency Meeting | |
| DX 179 | FDA ACM Background Package | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 180 | Letter from MRL to FDA Letter from MRL to FDA re: NDA 21-042/S-007 | |
| DX 181 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 182 | Memo from D. Shapiro to R. Silverman | |
| DX 183 | Minutes to Pre-Advisory Cmte Meeting | |
| DX 184 | DDMAC Warning Letter to Pharmacia | |
| DX 185 | DDMAC Letter to McMillen | |
| DX 186 | Email from Harry Guess to Rhodes, Watson, et al. | R R |
| DX 187 | FDA Advisory Committee Hearing, Transcript | 4-12-10 |
| DX 188 | Merck Slide Show Presentation to FDA Advisory Committee | |
| DX 189 | Press Release | |
| DX 190 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) General Correspondence - Request for Meeting | |
| DX 191 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | |
| DX 192 | Letter from MRL to FDA re: NDA 21-052: VIOXX (rofecoxib tablets) Supplemental New Drug Application Rheumatoid Arthritis | |
| DX 193 | PI 9183807 | |
| DX 194 | Selling Clinics Leader's Guide | |
| DX 195 | Fax from Bombardier to Reicin, Re: New England Journal of Medicine Manuscript | |
| DX 196 | NDA 21-042/S007: VIOXX (rofecoxib tablets) - Amendment to Supplemental New Drug Application | R R |
| DX 197 | Letter from D. Erb to R. Katz re: IND 55,296: MK-0966 (L-748731) Protocol Amendment - Change in Protocol | |
| DX 198 | Regulatory Liaison FDA Conversation Record | |
| DX 199 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 200 | Animal Model of Thrombosis | |
| DX 201 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 202 | Letter from MRL to FDA | |
| DX 203 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 204 | Celebrex DDMAC letter | |
| DX 205 | Email from R. Silverman to S. Folkendt re: NDA 21-042/S-007 | |
| DX 206 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Oral Suspension) Special Supplement – Changes Being Effected | |
| DX 207 | Letter from FDA to MRL re: NDA 21-042/S-007 NDA 21-052/S-004 | |
| DX 208 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (rofecoxib tablets) Response to FDA Request for Information | |
| DX 209 | Letter from MRL to FDA re: NDA 21-042/S-007 VIOXX (Rofecoxib Tablets) Response to FDA Request for Information | |
| DX 210 | PI 9183808 | |

MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 233 | Fax from FDA to MRL re: NDA 21-042 Clinical Information Request | |
| DX 234 | Letter from MRL to FDA re: NDA 21-042: Tablets VIOXX (rofecoxib) | |
| DX 235 | Letter from MRL to FDA | |
| DX 236 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | |
| DX 237 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | |
| DX 238 | E-mail from A. Moan to S. Kornowski and S. Nichtberger | |
| DX 239 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 240 | Letter from MRL to FDA re: NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | |
| DX 241 | Email from Barbara Gould to Robert Silverman re: VIOXX Draft Label | |
| DX 242 | Letter from MRL to FDA re NDA 21-042/S-007: Vioxx (Rofecoxib Tablets) Response to FDA Request for Information | |
| DX 243 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | |
| DX 244 | Email from E. Scolnick to A. Reicin | *R.R.* |
| DX 245 | Letter from Gilmartin to Fries | |
| DX 246 | Email from Robert E. Silverman (MRL) to B. Gould re: NDA 21-042/S-007: information relevant to VIGOR label negotiations | |
| DX 247 | Email from S. Duffy-Cyr to B. Biehn et al.:  Newsedge-web.com summary | |
| DX 248 | COX-2 Conference Call | |
| DX 249 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (rofecoxib tablets) Amendment to Supplemental New Drug Application | |
| DX 250 | Memo from L. Sherwood to D. Anstice re: Academic Interactions | |
| DX 251 | Letter from MRL to FDA re: NDA 21-052: Oral Suspension Vioxx (Rofecoxib) | |
| DX 252 | Fax from FDA to MRL re: NDA 21-042/S-012 AE Letter | |
| DX 253 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 Draft Label Proposal | |
| DX 254 | Our Values and Standards: The Basis of Our Success | |
| DX 255 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Amendment to Supplemental New Drug Application (Revised Proposed Label) | |
| DX 256 | Fax from FDA to MRL re: NDA 21-042/S-007 and NDA 21-052/S-004 AE Letter | |
| DX 257 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) General Correspondence (Rofecoxib and Cardiovascular Events) | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 258 | Emails re: Dr. Singh (VISN 22 Follow up) | |
| DX 259 | Fax from FDA to MRL re: NDA 21-042/S-007, 012 & NDA 21-042/S-004, 007 Proposed Label | |
| DX 260 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) NDA 21-052/S-004: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | |
| DX 261 | Letter from R. Silverman to L. Simon re: NDA 21-042/S-007: VIOXX (Rofecoxib Oral Suspension) Amendment to Supplemental New Drug Application | |
| DX 262 | FDA Request for Information | |
| DX 263 | E-mail from Robert E. Silverman to B. Gould re: VIGOR label negations proposals | |
| DX 264 | Letter from Anstice to Fries | |
| DX 265 | E-mail from R Silverman to B Gould re: NDA 21-042/ S-007 | |
| DX 266 | MRL Response to FDA Request for Information | |
| DX 267 | Worldwide Product Safety & Epidemiology Standard Operating Procedure SOP Number 1 | |
| DX 268 | Memo to file -- NDA 21-042/s007 (rofecoxib) | |
| DX 269 | APPROVe Trial Cardiovasular Safety Report | |
| DX 270 | Amicus Curiae Brief of the United States of America in Support of Defendants/Respondents SmithKline Beecham Consumer Healthcase LP, et al. in Dowhal v. SmithKline Beecham | |
| DX 271 | Our Values and Standards in Action, USHH Field Sales Version, Scenarios and Responses | |
| DX 272 | PI 9183811 | 4-14-10 |
| DX 273 | PI 9183810 | 4-12-10 |
| DX 274 | Letter from MRL to FDA re: NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment | |
| DX 275 | Letter from T. Casola to L. Governale re: NDA 21-042 VIOXX (rofecoxib) Tablets; NDA 21-052 VIOXX (rofecoxib) Oral Suspension | |
| DX 276 | NDA 21-042/S-007: VIOXX (Rofecoxib Tablets) Major Amendment (Complete Response) | |
| DX 277 | Fax from Barbara Gould to Ned Braunstein re: Approval Letter for NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 and NDA 21-052/S-004, S-005, S-006, S-007, S-008, S-009 | 4-20-10 |
| DX 278 | Bulletin COX 02-029 | |
| DX 279 | Letter from T. Casola of Merck to FDA | |
| DX 280 | Merck Medical Affairs Procedures and Policies: Procedure 13 Addendum, "Clarification of Adverse Experience Reporting for Clinical Studies and Marketing Programs" | |
| DX 281 | Bulletin COX 02-038 | |
| DX 282 | Bulletin COX 02-039 | |
| DX 283 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Final Printed Labeling For Approved Supplemental NDA 21-042/S-007, S-008, S-010, S-012, S-013, S-014 | |

9

MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 284 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) Special Supplement – Changes Being Effected | |
| DX 285 | Letter from MRL to FDA re: NDA 21-042: VIOXX (Rofecoxib Tablets) General Correspondence (Updated Cardiovascular Pooled Analysis) | 4-12-10 |
| DX 286 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 287 | Press Release | |
| DX 288 | Letter from N. Braunstein to R. Katz re: IND 55,296: MK-0966 Information Amendment - Clinical Clinical Study Reports (CSRs) 091 and 126 | |
| DX 289 | Amicus Brief for the United States in Support of the Defendant-Appellee and Cross-Appellant, and in Favor of Reversal of the District Court's Order Denying Partial Summary Judgment to Defendant-Appellee and Cross-Appellant in Motus v. Pfizer, Inc. | |
| DX 290 | Letter from L. Hostelley to P. Seligman | |
| DX 291 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Request for Special Protocol Assessment | |
| DX 292 | Letter from N. Braunstein to L. Simon re: IND 55,269: VIOXX (Rofecoxib) General Correspondence | |
| DX 293 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) General Correspondence | |
| DX 294 | Letter from P. Huang to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – New Protocol | |
| DX 295 | Letter from MRL to FDA re: NDA 21-042: VIOXX Rofecoxib Tablets NDA 21-052: VIOXX Rofecoxib Oral Suspension Response to Information Request | |
| DX 296 | Letter from N. Braunstein to D. Shames re: IND 62,768: Rofecoxib (MK-0966) Protocol Amendment – Change in Protocol | |
| DX 297 | Letter from L. Hostelley to P. Seligman | |
| DX 298 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) New Epidemiologic Studies on MI Risk with Rofecoxib | |
| DX 299 | MRL Response to FDA Request for Information MRL responds to 02/14/01 FDA request for information. 2 | |
| DX 300 | NDA 21-042: VIOXX (Rofecoxib Tablet) NDA 21-052: VIOXX (Rofecoxib Oral Suspension) Supplement – Changes Being Effected | |
| DX 301 | Letter from MRL to FDA re: IND 59,222: Rofecoxib (MK-0966) Protocol Amendment - Change in Protocol | |
| DX 302 | Letter from MRL to FDA re: NDA 21-042: Tablets Vioxx (Rofecoxib) | |
| DX 303 | Letter from N. Braunstein to L. Simon re: IND 46,894: VIOXX (Rofecoxib) Protocol Amendment - New Protocol | |
| DX 304 | Letter from FDA to MRL re: NDA 21-042/S-018 & NDA 21-052/S-012 | |

10

MDL 1657    IN RE: VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 305 | Email from C. Cannuscio to D. Watson et al. | |
| DX 306 | NDA 21-042/S-018: VIOXX Rofecoxib Tablet NDA 21-052/S-012: VIOXX Rofecoxib Oral Suspension Final Printed Labeling for Approved NDA 21-042/S-018 | |
| DX 307 | Email from C. Cannuscio to A. Schecter et al re: NEJM reviewer comments on Solomon paper.doc | |
| DX 308 | E-mail from Anstice to Gilmartin | |
| DX 309 | Letter from MRL to P. Seligman | |
| DX 310 | Fax from D. Solomon to C. Cannuscio | |
| DX 311 | Letter from MRL to FDA re: IND 46,894: VIOXX (Rofecoxib) Amendment to Request for Meeting/Teleconference (Rofecoxib Protocol 203 VIOXX CV Outcomes Study) | |
| DX 312 | Letter from R. Gilmartin to J. Fries | |
| DX 313 | sNDA -- NDA 21-052: VIOXX | |
| DX 314 | Letter from MRL to FDA re IND 55,269: Rofecoxib (MK-0966) Response to FDA Request for Information | |
| DX 315 | Rofecoxib (Vioxx) GI Outcomes Research (VIGOR) Consultants Meeting Agenda | |
| DX 316 | PI 9556414 | |
| DX 317 | PI 9556415 | |
| DX 318 | PI 9556416 | |
| DX 319 | Letter from MRL to FDA re: IND 46,894: VIOXX Information Amendment - Clinical | 4-19-10 |
| DX 320 | Letter from MRL to P. Seligman | |
| DX 321 | Letter from FDA to Merck | 4-20-10 |
| DX 322 | sNDA 21-052 (rofecoxib oral suspension) | |
| DX 323 | Email regarding Media coverage of Vioxx, including quotes from Garrett Fitzgerald in Barron's article | |
| DX 324 | Letter from FDA to MRL re: NDA 21-042 | 4-20-10 |
| DX 325 | Quan Safety Update for APPROVe | |
| DX 326 | VIOXX Timeline | |
| DX 327 | FDA Press Release | |
| DX 328 | Reminder Bulletins re: Appropriate Conduct as to Speakers and VIGOR | |
| DX 329 | Dear Healthcare Provider Letter re: Merck Announce Voluntary Worldwide Withdrawal of VIOXX | |
| DX 330 | Letter from MRL to P. Seligman | |
| DX 331 | Letter from Diane Louie, MD to Brian Harvey, MD re: IND 46,894 | |
| DX 332 | Slides: Preliminary Cardiovascular Safety Data from the APPROVe Study | |
| DX 333 | Braunstein's "Cox-2 FDA Advisory Committee Meeting 2005" | |
| DX 334 | Letter from MRL to FDA re: NDA 21-042:  VIOXX (Rofecoxib Tablets) Advisory Committee Background Package (Revised) | |
| DX 335 | Letter from MRL to FDA re: IND 46,894 VIOXX: General Correspondence | |

11

MDL 1657    IN RE: VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 336 | U.S. Department of Health and Human Services: Guidance for Industry: Premarketing Assessment | |
| DX 337 | N Engl J Med, Vol. 345, No. 23 Letters | |
| DX 338 | Memo from J. Jenkins and P. Seligman to NDA files 20-998, 21-156, 21-341, 21-042 | 4-15-10 |
| DX 339 | Letter from Weinblatt to Reicin | |
| DX 340 | FDA Public Health Advisory | |
| DX 341 | FDA Release re COX-2 and non-selective NSAIDs | |
| DX 342 | FDA -- New CV Language for NSAIDs | |
| DX 343 | Merck, Cardiac Event Documentation Inventory, Allocation No. 10385 | |
| DX 344 | Merck, Letter from P. Huang to B. Rappaport re Information Amendment – Clinical, and attachment | |
| DX 345 | Clinical Study Report (CSR) Protocol 201 | |
| DX 346 | Email from R. Griffing to A. Schechter, et al. | |
| DX 347 | Certificate of Appreciation | |
| DX 348 | Appendix to SOP | |
| DX 349 | Report of the Expert Advisory Panel on the Safety of Cox-2 Selective Non-steroidal Anti-Inflammatory Drugs (NSAIDS) | |
| DX 350 | Protocol for ibuprofen or diclofenac sodium, in an osteoarthritic elderly population | RR |
| DX 351 | Transcript of Joint Meeting of the FDA Advisory Committees | |
| DX 352 | Memo attaching executive summary minutes of VIOXX Project Team Meeting for 6/9/98 | |
| DX 353 | Letter from MRL to FDA re: NDA 21-042 /S-007: VIOXX (rofecoxib) VIGOR Advisory Committee Background Package Available for Public Disclosure | RR |
| DX 354 | FDA -- CDER -- AAC Draft Questions | |
| DX 355 | Transcript of Arthritis Advisory Committee Meeting | |
| DX 356 | Prostaglandins Consultants Meeting | |
| DX 357 | Email re Follow up to meeting | |
| DX 358 | Email re: COX-2 manuscript | |
| DX 359 | Letter re: NDA 21-042 Vioxx (rofecoxib) tablets. | |
| DX 360 | 12/18/04 Interim Review | 4-14-10 |
| DX 361 | Letter from Reicin to Weinblatt | RR |
| DX 362 | Statistical Data Analysis Plan | |
| DX 363 | Board of Advisors -- Alan S. Nies, MD | |
| DX 364 | Targum Memo to Cook re: Review of Cardiovascular Safety Database | |
| DX 365 | Questions and Answers - FDA Regulatory Actions for the COX-2 Selective and Non-Selective Non-Steroidal Anti-inflammatory drugs (NSAIDs) | |
| DX 366 | Emails re: Carlo Patrono on VIGOR | |
| DX 367 | Vioxx Label Change - Question and Answers | |
| DX 368 | Memo re P023 Data | |
| DX 369 | Schechter E-mail | |

12

MDL 1657    IN RE: VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 942 | Cheetham E-mail re Recoding Vioxx | |
| DX 943 | Graham Memo re Risk of acute MI and SCD in patients treated with COX-2 selective and non-selective NSAIDs | |
| DX 944 | Guidance for Industry - Changes to an Approved NDA or ANDA | |
| DX 945 | VIOXX Label | |
| DX 946 | Graham E-mail re cox-2 manuscript | |
| DX 947 | Graham E-mail re revised cox-2 manuscript | |
| DX 948 | Email from D. Riendeau to B. Gertz re: dog urinary study- preliminary | |
| DX 949 | NDA No. 21-042 VIOXX (rofecoxib) tablets MACMIS ID #9456 | |
| DX 950 | Baron E-mail re APPROVe Safety Paper | |
| DX 951 | Submission of Protocol 122 CSR | |
| DX 952 | Letter from Dr. Naides to Dr. Sherwood | |
| DX 953 | Newspaper article from The Philadelphia Inquirer entitled, "Threats to Critics of Vioxx Alleged" | |
| DX 954 | E-mail from Dr. Harris to Louis Sherwood | |
| DX 955 | Letter from Dr. Louis Sherwood to Dr. James Fries re ACR meeting in Philadelphia | |
| DX 956 | Telephone message re following up on letter | |
| DX 957 | Letter re: recent letter to the editor | |
| DX 958 | Letter to the NEJM Editor | |
| DX 959 | Division of gastrointestinal and Coagulation Drug Products - Medical Officer's Consult Review | |
| DX 960 | Press Release re FDA Approval | |
| DX 961 | APPROVe Trial Cardiovascular Safety Report | |
| DX 962 | Letter re NDA 21-052 | R R |
| DX 963 | Annual IND report attaching CSR synopsis for P 112-01 | |
| DX 964 | E-mail regarding update on NEJM and re-analysis | |
| DX 965 | Letter to NEJM re Bresalier et al. | |
| DX 966 | Form 2253 | |
| DX 967 | Summary of tables re APPROVe study | |
| DX 968 | Bulletin for VIOXX | |
| DX 969 | Email re Vioxx draft label | |
| DX 970 | An Open Letter from Merck | |
| DX 971 | Bresalier letter to NEJM | |
| DX 972 | Letter re APPROVe trial | |
| DX 973 | Cover e-mail to 5/30/06 APPROVe letter | |
| DX 974 | Hamill Ad materials | |
| DX 975 | Morrissey e-mail re: Expression of Concern | |
| DX 976 | Theory of Cox-2 Inhibitors | R R |
| DX 977 | E-mail re: Update | |
| DX 978 | Brigham and Women's Hospital  Health Information | R R |
| DX 979 | E-mail re: conference call | |
| DX 980 | Federal Register Part II Department of Health and Human Services | |
| DX 981 | Memo from L. Goldkind to N. Braustein re: IND 46,894. | R R |

13

MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 982 | Memo from P. Huang to J. Korvick re: IND 59,222: VIOXX (rofecoxib) General Correspondence | |
| DX 983 | Patient Information about VIOXX | |
| DX 984 | Bulletin for VIOXX:  Action Required: Label Change for Vioxx GI Outcomes Research Study and RA Indication No. COX 02-027 | |
| DX 985 | Arthritis Advisory Committee Summary Minutes | |
| DX 986 | Policy Letter No. 104A | |
| DX 987 | Reserved | |
| DX 988 | IND 46,894: Vioxx (Rofecoxib) Request for Special Protocol Assessment | |
| DX 989 | Statistical Data Analysis Plan - A Combined Analysis of Thrombotic Cardiovascular Events in 3 Placebo-Controlled Studies of Rofecoxib (Study 203) Prepared by Jennifer Ng and Jim Bolognese | |
| DX 990 | Memo from Jennifer Ng and Hongwei Wang regarding Exploratory Analyses for Hazard Rates/Ratios for TCVSAE and APTC Events in APPROVe | |
| DX 991 | FDA's Mission Statement | |
| DX 992 | Letter from Merck to FDA -- General Correspondence | |
| DX 993 | FDA Medical Officer NDA Review of Vioxx | 4-20-10 |
| DX 994 | E-mail from Morrison to Quan | |
| DX 995 | Reference 083 | |
| DX 996 | Clinical Study Report (CSR) 061, Appendix 4.1.12 | |
| DX 1000 | Fax from Barbara Gould to Phillip Huang | |
| DX 1001 | Form 2253 for Vioxx Tablets: PI: 9183804, 03/2000 and PPI: 9183901, 03/2000 | |
| DX 1002 | Form 2253 for Vioxx Tablets: PI:  9183808, 05/2001 and PPI: 9183903, 03/2001 | |
| DX 1003 | Form 2253 for Vioxx Tablets: PI: 9183808, 05/2001 and PPI: 9183903, 03/2001 | |
| DX 1004 | Form 2253 for Vioxx Tablets: PI: 9183811, 04/2002 and PPI: 9183906, 04/2002 | |
| DX 1005 | Form 2253 for Vioxx Tablets: PI: 9183811, 04/2002 and PPI: 9183906, 04/2002 | |
| DX 1006 | From 2253 for Vioxx Tablets: PI: 9183811, 04/2002 and PPI: 9183907, 09/2002 | |
| DX 1007 | Bulletin:  Important Enhancements to the Merck Patient Assistance Program | |
| DX 1008 | VIOXX PI Required Questions | |
| DX 1009 | OBR - Specialty Basic Training Curriculum Calendar | |
| DX 1010 | Arthritis and Analgesia Training Program:  Medical Background | |
| DX 1011 | The Cleveland Clinic Health Information Center - COX-2 Nonsteroidal Anti-Inflammatory Drugs (NSAIDs) 2007 | |
| DX 1013 | Memo from Bolognses, Shapiro, Reicin, Barr, Watson, Ramey to Braustein, Erb, Gertz, Morrison, Oppenheimber, Silverman, Simpson | |

14

MDL 1657     IN RE: VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 1014 | Transcript of FDA press conference | |
| DX 2001 | La. Medicaid Annual Report | |
| DX 2002 | La. Medicaid Annual Report | |
| DX 2003 | NSAID Brochure:  Can Your Arthritis Medicines be Harmful? | |
| DX 2004 | NSAID Brochure:  Complications of NSAID Therapy | |
| DX 2005 | La. Medicaid Annual Report | |
| DX 2006 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2007 | DUR Minutes | |
| DX 2008 | NSAID Brochure:  Can Your Arthritis Medicines be Harmful? | |
| DX 2009 | NSAID Brochure:  Preventing Complications of NSAID Therapy | |
| DX 2010 | DUR Annual Report | |
| DX 2011 | DUR Annual Report | |
| DX 2012 | DUR Minutes | |
| DX 2013 | DUR Minutes | |
| DX 2014 | La. Medicaid Annual Report | |
| DX 2015 | La. Rev. Stat. Ann. § 46:153.3 (2000) | |
| DX 2016 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2017 | DUR Minutes | |
| DX 2018 | DUR Minutes | |
| DX 2019 | DUR Minutes | |
| DX 2020 | La. Medicaid Annual Report | |
| DX 2021 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2022 | DUR Minutes | |
| DX 2023 | La. Senate Comm. on Health and Welfare Minutes | |
| DX 2024 | DUR Minutes | |
| DX 2025 | *Provider Synergies Review, Marketing Material* | *4-15-10* |
| DX 2026 | *Feb. 2002 Provider Synergies Monograph* | *4-15-10* |
| DX 2027 | DUR Annual Report | |
| DX 2028 | Agreement between La. DHH and ULM College of Pharmacy | |
| DX 2029 | Provider Synergies Monograph | |
| DX 2030 | Reserved | |
| DX 2031 | PTC Minutes | |
| DX 2032 | PTC Transcript | |
| DX 2033 | PTC Minutes | |
| DX 2034 | Letter from C. Castille to Selected Drug Manufacturers | |
| DX 2035 | PTC Minutes | |
| DX 2036 | PTC Transcript | |
| DX 2037 | DUR Minutes | |
| DX 2038 | La. Medicaid Annual Report | |
| DX 2039 | La. Rev. Stat. Ann. § 46:153.3 (2002) | |
| DX 2040 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2041 | PTC Minutes | |
| DX 2042 | PTC Transcript | |
| DX 2043 | Provider Synergies Monograph | |
| DX 2044 | PTC Minutes                              *3-6-2002* | *4-15-10* |
| DX 2045 | Agreement between La. DHH and Provider Synergies | *4-15-10* |

MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2046 | DUR Minutes | |
| DX 2047 | Letter from MRL to Healthcare Professionals | |
| DX 2048 | Letter from B. Bearden to A. Fredrickson (USDHH) | |
| DX 2049 | PIR to Provider Synergies | |
| DX 2050 | PIR to Provider Synergies | |
| DX 2051 | PIR to Provider Synergies | |
| DX 2052 | PIR to Provider Synergies | |
| DX 2053 | PIR to Provider Synergies | |
| DX 2054 | PIR to Provider Synergies | |
| DX 2055 | PIR to Provider Synergies | |
| DX 2056 | PIR to Provider Synergies | |
| DX 2057 | PIR to Provider Synergies | |
| DX 2058 | PIR to Provider Synergies | |
| DX 2059 | PIR to Provider Synergies | |
| DX 2060 | PIR to Provider Synergies | |
| DX 2061 | PIR to Provider Synergies | R R |
| DX 2062 | PIR to Provider Synergies | |
| DX 2063 | PIR to Provider Synergies | |
| DX 2064 | PIR to Provider Synergies | |
| DX 2065 | PIR to Provider Synergies | |
| DX 2066 | PIR to Provider Synergies | |
| DX 2067 | PIR to Provider Synergies | |
| DX 2068 | Faxed letter from A. Fredrickson (USDHHS) to B. Bearden re: supplemental rebate approval | |
| DX 2069 | Presentation "Pharmaceutical and Therapeutics Committee Meeting" | |
| DX 2070 | PTC Minutes        5-8-2002 | 4-15-10 |
| DX 2071 | PTC Transcript     5-8-2002 | 4-15-10 |
| DX 2072 | La. Senate Comm. on Health and Welfare Minutes | . |
| DX 2073 | Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | |
| DX 2074 | DUR Minutes | |
| DX 2075 | Provider Synergies Monograph | |
| DX 2076 | PTC Minutes | |
| DX 2077 | DUR Annual Report | |
| DX 2078 | Agreement between La. DHH and ULM College of Pharmacy | 4-16-10 |
| DX 2079 | Provider Synergies Monograph | |
| DX 2080 | PIR to Provider Synergies | R R |
| DX 2081 | PIR to Provider Synergies | R R |
| DX 2082 | PIR to Provider Synergies | R R |
| DX 2083 | PTC Minutes | |
| DX 2084 | DUR Minutes | |
| DX 2085 | PTC Minutes | |
| DX 2086 | La. Medicaid Annual Report | |
| DX 2087 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2088 | Executive Org. Chart for La. DHH | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2089 | PTC Minutes | |
| DX 2090 | PTC Transcript | |
| DX 2091 | La. DHH Pharmacy Benefits Management Org. Chart | |
| DX 2092 | Provider Synergies Monograph | |
| DX 2093 | DUR Minutes | |
| DX 2094 | PTC Minutes            5-21-03 | 4-15-10 |
| DX 2095 | PTC Transcript         5-21-03 | 4-15-10 |
| DX 2096 | Memo from M.J. Terrebonne to D. Hood re: P&T Committee May 21, 2003 Recommendations | |
| DX 2097 | DUR Annual Report | |
| DX 2098 | Agreement between La. DHH and ULM College of Pharmacy | 4-16-10 |
| DX 2099 | Email from G. Stockstill to R. Broussard and others re: PDL | |
| DX 2100 | Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | 4-15-10 |
| DX 2101 | Letter from C. Chapman (Pfizer) to M.J. Terrebonne | 4-15-10 |
| DX 2102 | DUR Minutes | |
| DX 2103 | PTC Minutes | |
| DX 2104 | PTC Transcript | |
| DX 2105 | Email from E. Myers to A. Ponti re: Arthritis P-3 Draft | |
| DX 2106 | DUR Minutes | |
| DX 2107 | NSAID Brochure: Risk of NSAID-Associated GI Complications | RR |
| DX 2108 | NSAID Brochure: Using NSAIDs Safely for Arthritis | |
| DX 2109 | PIR to Provider Synergies | |
| DX 2110 | Email from S. Liles (Provider Synergies) to V. Taylor and others at Provider Synergies re: Drug Information | 4-15-10 |
| DX 2111 | PTC Minutes           12-17-03 | 4-15-10 |
| DX 2112 | PTC Transcript        12-17-03 | 4-15-10 |
| DX 2113 | La. Medicaid Annual Report | |
| DX 2114 | Summary of Retrospective DUR Criteria Proposals | |
| DX 2115 | Email from A. Ponti to M.J. Terrebonne and others re: updated brochure listing | |
| DX 2116 | DUR Minutes | |
| DX 2117 | Provider Synergies Report "Louisiana Medicaid PDL Program Overview & Results" | 4-16-10 |
| DX 2118 | Provider Synergies Monograph | 4-15-10 |
| DX 2119 | PTC Minutes            5-5-04 | 4-15-10 |
| DX 2120 | PTC Transcript         5-5-04 | 4-15-10 |
| DX 2121 | Pfizer PIR to Provider Synergies | 4-15-10 |
| DX 2122 | Memo from M.J. Terrebonne to F. Cerise re: P&T Committee May 5, 2004 Recommendations | |
| DX 2123 | PIR to Provider Synergies | 4-15-10 |
| DX 2124 | "Product Information" Presentation | RR |
| DX 2125 | DUR Annual Report | |
| DX 2126 | DUR Minutes | |
| DX 2127 | PTC Minutes            8-11-04 | 4-15-10 |
| DX 2128 | PTC Transcript | |

MDL 1657     IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2129 | Memo from M.J. Terrebonne to F. Cerise re: P&T Committee August 11, 2004 Recommendations | |
| DX 2130 | PIR to Provider Synergies | |
| DX 2131 | PIR to Provider Synergies | |
| DX 2132 | Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers | |
| DX 2133 | Email from J. Griffith to S. Pratt (both of Provider Synergies) re: Vioxx removal from the market | |
| DX 2134 | Email from M.J. Terrebonne to A. Ponti and others re: voluntary withdrawal of Vioxx | |
| DX 2135 | Letter from D. Hood to Drug Manufacturers re: Act 395 of the 2001 Regular Legislative Session | |
| DX 2136 | Email from M. Massey to A. Ponti re: Brochure List | |
| DX 2137 | Email from J. Griffith to M.J. Terrebonne and H. Taylor re: financial impact of removing Vioxx from the PDL | 4-15-10 |
| DX 2138 | Provider Synergies Monograph | |
| DX 2139 | DUR Minutes | |
| DX 2140 | Agreement between La. DHH and Provider Synergies | |
| DX 2141 | FDA Questions and Answers: Strengthened Warnings on Bextra | |
| DX 2142 | Email from M. Wendt to M. Dear re: Cox-2 Inhibitors / NSAID Use | R R |
| DX 2143 | FDA Statement on the Halting of a Clinical Trial of the Cox-2 Inhibitor Celebrex | |
| DX 2144 | La. Medicaid Annual Report | |
| DX 2145 | Pharmaceutical Benefits Under State Medical Assistance Programs | |
| DX 2146 | DUR Minutes | |
| DX 2147 | Reserved | |
| DX 2148 | PTC Minutes | |
| DX 2149 | Provider Synergies Monograph | |
| DX 2150 | Pfizer Press Release "New FDA Labeling for Pfizer's Celebrex and all other NSAIDs to Reflect Similar Cardiovascular Profile" | |
| DX 2151 | Email from D. Robichaux to R. Broussard re: Cox-2 data for Healthcare Pharmacy and proposed letter to the nursing homes | |
| DX 2152 | DUR Annual Report | |
| DX 2153 | Provider Synergies Monograph | |
| DX 2154 | PTC Minutes | |
| DX 2155 | PTC Transcript | |
| DX 2156 | Memo from M.J. Terrebonne to F. Cerise re: P&T Committee August 17, 2005 Recommendations | |
| DX 2157 | La. Medicaid PDL / PA | |
| DX 2158 | La. Medicaid Annual Report | |
| DX 2159 | Provider Synergies Monograph | |
| DX 2160 | Provider Synergies Monograph | |
| DX 2161 | PTC Transcript | |
| DX 2162 | La. Medicaid Annual Report | |
| DX 2163 | PTC Minutes | |
| DX 2164 | Letter from J. Phillips to prescribing practitioners re: PDL # 07-02 | |

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|-----|-------------|----------|
| DX 2165 | La. Medicaid PDL / PA | 4-15-10 |
| DX 2166 | Letter from M.J. Terrebonne to C. Courtney-Williams re: Request for Proposal for State Supplemental Rebate / PDL | |
| DX 2167 | Agreement between La. DHH and ULM College of Pharmacy | |
| DX 2168 | Email from F. Cerise to M.J. Terrebonne re: Cox-2s | |
| DX 2169 | Memo from M.J. Terrebonne to D. Hood re: P&T Committee May 8, 2002 Recommendations | |
| DX 2170 | Letter from B. Bearden to Prescribing Practitioners and Pharmacy Providers with attached PDL | |
| DX 2171 | La. Medicaid PDL / PA | |
| DX 2172 | Letter from B. Bearden to Pharmacy Provider with attached PDL | |
| DX 2173 | ~~Reserved~~ CV - Lisa Rarick | 4-20-10 |
| DX 2174 | Search results for NSAIDs literature | |
| DX 2175 | Cox-II Inhibitors PA and clinical pharmacology research | |
| DX 2176 | Questions re: PA for Cox-2s | |
| DX 2177 | Notes re: Response to Pfizer Letter to LAM re: Celebrex | 4-15-10 |
| DX 2178 | Provider Synergies Monograph | |
| DX 2179 | Email from H. Taylor to L. Vinyard attaching PDL with removal of Vioxx | |
| DX 2180 | Search results for Cox-2 literature | |
| DX 2181 | Search results for NSAID literature | |
| DX 2182 | CV for David Curtis | |
| DX 2183 | CV for Clement Eiswirth, Jr., M.D. | 4-19-10 |
| DX 2184 | CV for Melvin Parnell, Jr., M.D. | |
| DX 2185 | CV for David Sales, M.D. | 4-20-10 |
| DX 2186 | CV for David Silvers, M.D. | |
| DX 2187 | Attachment A of report for Jerry Wells, B.S. | 4-15-10 |
| DX 2188 | CV for Steven Wiggins, Ph.D | 4-19-10 |
| DX 2189 | Provider Synergies website materials:  Home | |
| DX 2190 | Provider Synergies website materials:  Medicaid services | |
| DX 2191 | Provider Synergies website materials:  PDL development, implementation and maintenance | |
| DX 2192 | Provider Synergies website materials:  Formulary management | |
| DX 2193 | Provider Synergies website materials:  overview | |
| DX 2194 | Provider Synergies website materials:  PDL management | |
| DX 2195 | Provider Synergies website materials:  company | |
| DX 2196 | FDA Annual Report | |
| DX 2197 | Memo from H. Jacques re: Summary of the PTC Hearing on 5-9-2002 | |
| DX 2198 | Email from H. Taylor to L. Martin attaching PDL | |
| DX 2199 | Email from T. Williams to M.J. Terrebonne and R. Broussard attaching PDL | |
| DX 2200 | Email from T. Williamsattaching PDL | |
| DX 2201 | Letter from B. Bearden to Pharmacy Provider with attached PDL | |
| DX 2202 | Nonsteroidal Anti-inflammatories (NSAIDs) Review, April 2004 | |
| DX 2203 | Nonsteroidal Anti-inflammatories (NSAIDs) Review, April 2004 | |

19

MDL 1657    IN RE:  VIOXX

REF:  State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2227 | Standard Operating Procedure for the Surveillance, Monitoring and Adjudication of Acute Thromboembolic Vascular Events in Clinical Trials of COX-2 Specific Inhibitors | |
| DX 2228 | 'E. Clinical Safety' Vioxx Clinical Documentation | |
| DX 2229 | Memorandum from T. Musliner to B. Friedman, et al. | R R |
| DX 2230 | Plaintiff's Responses to Defendant's First Set of Interrogatories | |
| DX 2231 | Plaintiff's Responses to Defendant's Second Set of Interrogatories | |
| DX 2232-2499 | Reserved | |
| DX 2501 | Celebrex Label, 2000 | |
| DX 2502 | Celebrex Label, 2001 | |
| DX 2503 | Celebrex Label, 2002 | |
| DX 2504 | Celebrex Label, 2003 | |
| DX 2505 | Celebrex Label, 2004 | |
| DX 2506 | Celebrex Label, 2005 | |
| DX 2507 | Celebrex Label, 2006 | 4-20-10 |
| DX 2508 | Bextra Label, 2003 | |
| DX 2509 | Bextra Label, 2004 | |
| DX 2510 | Bextra Label, 2005 | |
| DX 2511 | Anaprox Label, 2000 | |
| DX 2512 | Anaprox Label, 2001 | |
| DX 2513 | Anaprox Label, 2002 | |
| DX 2514 | Anaprox Label, 2003 | |
| DX 2515 | Anaprox Label, 2004 | |
| DX 2516 | Anaprox Label, 2005 | |
| DX 2517 | Anaprox Label, 2006 | |
| DX 2518 | Anaprox Label, September 2007 | |
| DX 2519 | Voltaren Label, 2000 | |
| DX 2520 | Voltaren Label, 2001 | |
| DX 2521 | Voltaren Label, 2002 | |
| DX 2522 | Voltaren Label, 2003 | |
| DX 2523 | Voltaren Label, 2004 | |
| DX 2524 | Voltaren Label, 2005 | |
| DX 2525 | Voltaren Label, 2006 | |
| DX 2526 | Voltaren Label, March 2009 | |
| DX 2527 | Motrin Label, 2000 | |
| DX 2528 | Motrin Label, 2001 | |
| DX 2529 | Motrin Label, 2002 | |
| DX 2530 | Motrin Label, 2003 | |
| DX 2531 | Motrin Label, 2004 | |
| DX 2532 | Motrin Label, 2005 | |
| DX 2533 | Motrin Label, 2006 | |
| DX 2534 | Motrin, Ibuprofen Tablets Label, USP, NDA 17-463/S-104, Pages 3-17 | |
| DX 2535 | Mobic Label, 2001 | |
| DX 2536 | Mobic Label, 2002 | |

20

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2537 | Mobic Label, 2003 | |
| DX 2538 | Mobic Label, 2004 | |
| DX 2539 | Mobic Label, 2005 | |
| DX 2540 | Mobic Label, 2006 | |
| DX 2541 | Ponstel Label, 2000 | |
| DX 2542 | Ponstel Label, 2001 | |
| DX 2543 | Ponstel Label, 2002 | |
| DX 2544 | Ponstel Label, 2003 | |
| DX 2545 | Ponstel Label, 2004 | |
| DX 2546 | Ponstel Label, 2005 | |
| DX 2547 | Ponstel Label, 2006 | |
| DX 2548 | CSR for Study 136 | |
| (a) DX 2549 | CSR for Study 088/89 (VIGOR)  *pg 283* | *4-20-10* |
| DX 2550 | Merck Policy Letter No. 136 | |
| DX 2551 | Merck Policy Letter No. 1 Presentation | |
| DX 2552 | Merck Policy Letter No. 1 | |
| DX 2553 | CDER Handbook | |
| DX 2554-2599 | | |
| DX 2601 | Arora G., et al., "Proton Pump Inhibitors for Gastro-duodenal Damage Related to NSAIDs or Aspirin: 12 Important Questions for Clinical Practice," Clinical Gastroenterology and Hepatology 2009; doi: 10.1016/j.cgh.2009.03.015. | |
| DX 2602 | Bensen W, Weaver A, Espinosa L. et al.. "Efficacy and safety of valdecoxib in treating the signs and symptoms of rheumatoid arthritis: a randomized, controlled comparison with placebo and naproxen.," Rheumatology. 2002;41:1008 16. | |
| DX 2603 | Borman M.S., "Organ-Specific Warnings; Internal Analgesic, Antipyretic, and Antirheumatic Drug Products for Over-the-Counter Human Use; Final Monograph," Federal Register 2009 Apr 24; 74:81. | |
| DX 2604 | Cannon G., et al., "Rofecoxib, A Specific Inhibitor of Cyclooxygenase 2, with Clinical Efficacy Comparable with that of Diclefenac Sodium," Arthritis & Rheumatism 2000; 43:978-987. | |
| DX 2605 | Chen L-C., et al., "Risk of Myocardial Infarction Associated with Selective COX-2 Inhibitors: Meta-Analysis of Randomised Controlled Trials," Pharmacoepidemiol and Drug Safety 2007; 16(7):762-72. | |
| DX 2606 | Chen L-C., et al., "Do Selective COX-2 Inhibitors Increase the Risk of Cerebrovascular Events? A Meta-analysis of Randomized Controlled Trials, " J of Clinical Pharmacy and Therapeutics 2006; 31:565-576. | |
| DX 2607 | Crofford LJ. "COX-1 and COX-2 tissue expression: Implications and Predictions," J Rheumatol. 1997;24(Suppl 49):15-19. | |

*21*

MDL 1657    IN RE: VIOXX

REF: State of Louisiana, ex rel James D. Caldwell, Jr., Attorney General v. Merck, 05-3700 - L

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| DX 2652 | Thomsen R.W., et al., "30-day Mortality After Peptic Ulcer Perforation Among Users of Newer Selective Cox-2 Inhibitors and Traditional NSAIDs: A Population-based Study." Am J Gastroenteol 2006; 101:2704-10. | |
| DX 2653 | Truitt K., et al., "A Multicenter, Randomized, Controlled Trial to Evaluate the Safety Profile, Tolerability, and Efficacy of Refecoxib in Advanced Elderly Patients with Osteoarthritis," Aging Clin Exp Res 2001; 13:112-121. | |
| DX 2654 | Van der Linden, M.W., "Cox-2 Inhibitors: Complex Association with Lower Risk of Hospitalization for Gastrointestinal Events Compared to Traditional NSAIDs Plus Proton Pump Inhibitors," Pharmacoepi and Drug Safety 2009. | |
| DX 2655 | Warner TD. Giuliano F, Vojnovic, et al. "Nonsteroidal drug selectivities for cyclo-oxygenase-1 rather than cyclo-oxygenase-2 are associated with human gastrointestinal toxicity: A full in vitro analysis," Proc Natl Acad Sci 1999; 96:7563-7568. | |
| DX 2656 | Wong, P-S, et al., "A randomized, double-blind, placebo-controlled trial of a COX-2 inhibitor (Rofecoxib) in patients undergoing coronary artery bypass surgery, interactive Cardiovascular and Thoracic Surgery 5," 2006; 101-104 | |
| | | |
| DX 3637 | 2006 Federal Registry on Labeling | 4-12-10 |
| | | |
| DX 3639 | 2002 LA Medicaid Pharmacy Benefits mgmt. Prior Authorization Program Instructions | 4-13-10 |
| | | |
| DX 4015 | Gross Expenditures graph w/ witness Wiggins  1999-2004 | 4-19-10 |
| DX 4016 | Gross Expenditures graph w/ witness Wiggins  2001-2004 | 4-19-10 |
| | | |
| | | |
| | | |
| | | |

22