UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Clare Kangas* v. *Merck & Co., Inc.* | * * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-02476* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Clare Kangas in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of April, 2010.

_____
DISTRICT JUDGE