UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Holt Singleton, obo The* | * | KNOWLES |
| *Estate of Emma D. Holt, et al.* | * | |
| | * | |
| *v.* | * | No. 09-2413 |
| | * | |
| *Merck & Co., Inc.,* | * | |
| | * | |
| **Only with regard to:** | * | |
| **Laura White, Dora Paulette, Juanita** | * | |
| **Nash, and Kathy Ann Davis** | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiffs Laura White, Dora Paulette, Juanita Nash, and Kathy Ann Davis against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this  21st  day of         April        , 2010.

_____
DISTRICT JUDGE

1014329v.1