UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Marie Allen, et al.* | * | KNOWLES |
| | * | |
| v. | * | |
| | * | *No. 06-2220* |
| Merck & Co., Inc., Merck Frosst | * | |
| Canada, Ltd, and DOES 1-100 | * | |
| | * | |
| **Only with regard to:** | * | |
| **Marie Allen, Margaret Desormeau,** | * | |
| **Gerald Desormeau, and Arleen** | * | |
| **McPhaden** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiffs Marie Allen, Margaret Desormeau, Gerald Desormeau, and Arleen McPhaden against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

IT IS FURTHER ORDERED, that all claims of Plaintiffs Marie Allen, Margaret Desormeau, Gerald Desormeau, and Arleen McPhaden against Merck Frosst Canada, Ltd. and DOES 1-100 are dismissed in their entirety with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

1014330v.1

NEW ORLEANS, LOUISIANA, this  21st  day of          April         , 2010.

_____
DISTRICT JUDGE

1014330v.1