# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Marilyn McCandless, et al.,* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-10746* |
| *Merck & Co., Inc.* | * | |
| | * | |
| ***Only with regard to:*** | * | |
| ***Jerry Kemp (aka Gerry Kemp)*** | * | |
| | * | |
| | * | |
| | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Notice of Dismissal with Prejudice,

IT IS ORDERED that all claims of the Plaintiff Jerry Kemp (aka Gerry Kemp) against

Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit

are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the

terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this <u>21st</u> day of <u>April</u>, 2010.

<u>_(signature)_</u>
DISTRICT JUDGE

1014331v.1