# TAB B

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) came on for hearing on the 29th day of October, 2009. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT **IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until December 3, 2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

IT **IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C.

992004v.1

NEW ORLEANS, LOUISIANA, this 30th day of ___October___, 2009.

_Eldon E. Fallon_
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

997034v.1

**Exhibit A**
**Claims Dismissed With Prejudice**

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 1. | 1105217 | Severson, Patricia J. | | Aubuchon, Raniere & Panzeri P.C. | Stiff, David v. Merck & Co., Inc. | 2:06-cv-03304-EEF-DEK |
| 2. | 1094067 | Cox, John Russell | | Balch & Bingham L.L.P. | Cox, John R. v. Merck & Co., Inc. | 2:07-cv-08074-EEF-DEK |
| 3. | 1028017 | Brooks, Jeffry | | Bartimus, Frickleton, Robertson & Gorny | Brooks, Jeffry v. Merck & Co., Inc. | 2:06-cv-10111-EEF-DEK |
| 4. | 1028187 | Sanjanwala, Smita | | Bartimus, Frickleton, Robertson & Gorny | Smita, Sanjanwala v. Merck & Co., Inc. | 2:05-cv-01011-EEF-DEK |
| 5. | 1113775 | Vasquez, Carlotta | | Bauer, Crystal Sharp | Vasquez, Carlotta v. Merck & Co., Inc. | 2:07-cv-01244-EEF-DEK |
| 6. | 1088444 | Chiszle, Clarence | | Beenel Law Firm, LLC | Chiszle, Clarence v. Merck & Co., Inc. | 2:05-cv-00469-EEF-DEK |
| 7. | 1088503 | Swope, Etta L. | | Beenel Law Firm, LLC | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 8. | 1088850 | Gilbert, Margie | | Boone Law Firm, P.A. | Gilbert, Margie L. v. Merck & Co., Inc. | 2:08-cv-00242-EEF-DEK |
| 9. | 1088859 | Lamar, Tammie | | Boone Law Firm, P.A. | Lamar, Tammie v. Merck & Co., Inc. | 2:08-cv-00244-EEF-DEK |
| 10. | 1088867 | Roy, J. W. | | Boone Law Firm, P.A. | Roy, J. W. Jr. v. Merck & Co., Inc. | 2:08-cv-00278-EEF-DEK |
| 11. | 1091903 | Williams, James L. | | Deakle, Couch | Williams, James L. v. Merck & Co., Inc. | 2:05-cv-01383-EEF-DEK |
| 12. | 1081383 | Capozzi, Joseph A. | | Dougherty, Hildre & Haklar | Capozzi, Joseph v. Merck & Co., Inc. | 2:05-cv-05282-EEF-DEK |
| 13. | 1081393 | Scott, Robert C. | | Dougherty, Hildre & Haklar | Scott, Robert v. Merck & Co., Inc. | 2:05-cv-05287-EEF-DEK |
| 14. | 1058940 | Friesz, Betty G. | Friesz, Jack | Driggs Bills & Day PC | Allred, Terry v. Merck & Co., Inc. | 2:06-cv-04050-EEF-DEK |
| 15. | 1058958 | Schneider, Ann K. | | Driggs Bills & Day PC | Luton, Francis v. Merck & Co., Inc. | 2:06-cv-09825-EEF-DEK |
| 16. | 1088614 | Elliott, Sandra K. | | Fabbro, Steven A., Law Office of | Elliott, Sandra v. Merck & Co., Inc. | 2:06-cv-10987-EEF-DEK |
| 17. | 1088661 | Zolt, Elliott | | Fabbro, Steven A., Law Office of | Zolt, Elliot v. Merck & Co., Inc. | 2:06-cv-11020-EEF-DEK |
| 18. | 1100388 | Copley (deceased), Sharon D. | Cooley, James | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 19. | 1100460 | Van Hooser, Marva L. | | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| 20. | 1072501 | Puckett, Josephine | Puckett, Roy | Getty & Childers, PLLC | Puckett, Roy v. Merck & Co., Inc. | 2:06-cv-04157-EEF-DEK |