**TAB C**

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
Facsimile: (804) 521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

December 23, 2009

**By U.S. Mail**

Smita Sanjanwala
11302 W. 142nd Terrace
Overland Park, KS 66221

Re: **Notice Regarding Your Future Evidence Stipulation and Dismissed Lawsuit
Vioxx Claim Number (VCN): 1028187**

Dear Claimant:

You submitted a claim in the Vioxx Resolution Program ("Program"). That claim was denied.

After your claim was denied, you sent us a Future Evidence Stipulation, which permits Claimants with open claims to leave the Program and file a lawsuit against Merck. You previously filed a lawsuit against Merck. Because that lawsuit has been dismissed with prejudice, you no longer have any right to sue Merck or any other party for any Vioxx claims. As a result, we will not process your Future Evidence Stipulation any further, for there is no need to do anything more with it.

If you have any questions, you may contact me at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804) 521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at ijr@ahhelaw.com. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

Sincerely,

*Diann W. Bates*

Diann W. Bates
Pro Se Coordinator