UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                     :    MDL NO. 1657
         PRODUCTS LIABILITY LITIGATION           :    SECTION: L
                                                 :
                                                 :    JUDGE FALLON
                                                 :    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: ALL NON-LOUISIANA GOVERNMENT ACTION CASES**

**ORDER**

IT IS ORDERED that a status conference be scheduled to discuss discovery with regard to computer database systems in all non-Louisiana governmental action cases. The conference shall take place on Thursday, April 29, 2010, immediately following the monthly status conference and the consumer purchase claims status conference. Those not attending the monthly status conference may participate by phone if they contact the Court two days in advance to provide a call in number.

New Orleans, Louisiana, this 22nd day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

1