TAB A

*Confidential Settlement Information*

| V2075 | NOTICE OF REJECTION OF FUTURE EVIDENCE STIPULATION<br>Date of Notice: 8/20/09<br>Deadline to Submit FES: 9/9/09 |||
|---|---|---|---|
| **A. CLAIMANT INFORMATION** ||||
| Name | First<br>Sandra | MI<br>K. | Last<br>Elliott |
| VCN | 1088614 | SSN | |
| Law Firm | Fabbro, Steven A., Law Office of |||
| **B. EXPLANATION** ||||

During their review of the Future Evidence Stipulation ("FES") you submitted for this Claimant, Merck's counsel identified the following issue(s):

| Incomplete Item | | Cure Action |
|---|---|---|
| FES-13 | On the FES you submitted, the Notary section (Section E) was left completely blank, with no Notary signature or other information completed in Section E. | You must download and print a replacement FES, have the Claimant or Representative Claimant sign it, have it notarized with the Notary Section (Section E) filled out completely, and return that original signed hard copy (with original signatures in ink) to the Claims Administrator, postmarked or placed with a carrier within 20 days after the date of this notice. |

**C. REQUIRED ACTION**

This is an official communication from BrownGreer PLC, the Vioxx Claims Administrator. You must take the Cure Action identified in Section B above no later than the Deadline to Cure FES shown at the top. If you do not successfully do so by then, we will be required to close this Claimant's file and deliver to Merck under Section 2.7.3.2 of the Settlement Agreement the original Release and Stipulation of Dismissal with Prejudice submitted during the Enrollment stage for this Claimant. This deadline is final and cannot be extended. Thus it is extremely important that you cure this FES correctly and that you do so by the Deadline to Cure FES date shown at the top. We also have been instructed that Claimants may have only one opportunity to cure these issues and submit a complete, signed FES, or the FES will be rejected finally and the Claimant's Release and Stipulation will be delivered to Merck.

Pursuant to Pretrial Order No. 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Stipulation on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorizations for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert. Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.

The Deadline to Cure FES shown at the top and the deadline to file a Plaintiff Profile Form and expert report pursuant to Pretrial Order 43 are separate and distinct deadlines. The Deadline to Cure FES does not in any way extend the time to file a Plaintiff Profile Form and expert report pursuant to Pretrial Order 43.

V2075v2

**VIOXX CLAIMS ADMINISTRATOR**
BROWNGREER ‖ PLC