Monday 15th 2010

United States District Court
Att: Judge E. Fallon
Eastern District of Louisiana
New Orleans, LA. 70130

This letter is in reguards to the Lawsuit I had the attorney to write up for me... I don't think that it was right for him to just put a figure on it...without asking me first. If I could change that figure I would... In axcess of 10 million dollars plus my costs, champa VA, Medicare, Medicade, Doctors, & Hospitals too. I surely do hope you can take this in Consideration.

Thank you
Dorothy A. Griffin
452 Stoneridge Drive
Flint, Texas 75762
Hm.# 903-956-0224
Cell# 903-277-4606

**ETMC First Physicians**
*Our specialty is you.*

Doug Johnston DO
6210 South Broadway Ave
Tyler, TX  75703-4413
03/08/2010

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Re : Dorothy Dierker Griffin MDL  NO 1657

Ms. Dierker has Diabetes Mellitus Type 2.

Sincerely,

*[signature]*

Doug  Johnston DO

*290281 91 ?*