UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: Janice Baum

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum. Ms. Baum requests the Court not dismiss her case at the motions hearing on March 23, 2010. This request is moot as the Court continued Ms. Baum's case until April 29, 2010.  IT IS ORDERED that the attached correspondence be entered into the record.  In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804



| | |
|---|---|
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |