Janice Baum
6638 Quail Ridge Lane
Fort Wayne IN 46804

March 22, 2010

US District Judge Eldon B Fallon
500 Poydras Street, Room C-456
New Orleans LA 70130

Re: VCN 1081541

Dear Honorable Judge Fallon:

Today, I received a call from Susan Werner, Provider Services Manager with Physician's Health Plan, my insurance company, telling me they are complying with the demands of my letter (attached) and will pay the outstanding balances to Boston Medical Center and Dr. Harrison Farber at 100% and in network. They are also adding Dr. Farber as "in network" for any future treatment I find necessary for my Pulmonary Hypertension. Because they don't have "expert witnesses" on staff, my request for "case specific expert reports" have been forwarded onto my former doctors along with my many medical records and how they pertain to my Vioxx damage claim. This is very important to my pending Vioxx case because PHP did not want to be added to my ongoing pursuit of justice against the doctors who've prevented me from getting the needed care in Fort Wayne and the necessary "case specific expert report" needed to not be dismissed in tomorrows hearing.

Your Honor, please consider the above facts before dismissing my case tomorrow. I don't have that much time remaining in my life to wait another six + years for still another lawsuit to be filed, fought, and tried because Merck Pharmaceuticals scared all the attorneys from proceeding on valid Vioxx damage claims that didn't fall under their out-of court settlement. Think of the literally millions and millions of dollars Merck saved because not everyone could do research under "cox-2 inhibitors" like I was able to do having a Registered Pharmacist daughter.

If you question my statement above as valid, have a law clerk read the Vioxx Plaintiff website for the many, many disgusted Vioxx users who were dismissed for the very same reasons by their former attorney firms.

Respectfully and in prayer,

Janice M. Baum
(260) 466-2568 Cell
(260) 207-5672 Office

March 18, 2010

Janice M Baum
6538 Quail Ridge Lane
Fort Wayne, IN 46804

Re: Medical Negligence/Mal-practice

Jay Gilbert, CEO;
Susan Warner, Provider Services Mgr.
PHP of Northern Indiana
8101 W. Jefferson Blvd
Fort Wayne, IN 46804

Dear Mr. Gilbert and Susan:

Enclosed is an unpaid medical bill for my Boston doctor, Dr. Harrison Farber, of Evans Medical Foundation from my Right Heart Catheterization last August 21, 2009. I was forced to go "out-of-network" for a PROPER pulmonary hypertension "stress test" after I received my medical records from Lutheran Hospital. In glancing through nearly 280 pages of my Coronary Intensive Care Unit stay from July 26-28, 2009, a stumbled across hand written notes dictating to Dr. Ryan: "Try especially to get good pulmonary artery reading." At this point, I realized what I'd suspected all along. Dr. Ryan was far too willing to test me for this rare condition when 5 local specialist (3 who'd previously treated me) refused to authorize this procedure. No matter what results they found during my RHC given by Dr. Ryan, my tests would allow NO heart issues or any signs of PH.

Because of this, and my many ongoing and worsening health conditions, I realized Dr. Vincente Rodriguez had destroyed any hope of me getting a proper diagnosis within the entire PHP network. On August 20, 2009, my husband and I drove to Boston Medical Center to keep an appointment previously scheduled with world-renowned Dr. Harrison Farber, MD, who has THREE specialties: Internal Medicine Specialist; Critical Care Specialist; and, Pulmonary Specialist. I WAS contemplating cancelling this Boston, MA, appointment until I realized Dr. Rodriguez would do anything to retaliate against me for the problems I caused him and his associates while doing my job as Benefits Administrator for my employer. He'd even try to PREVENT me from getting an earlier but proper diagnosis that could slow down my slowly but progressive disease of my vascular system. This was "criminal intent" and will be pursued.

The following are options I'm presenting to you to avoid any further legal recourse against PHP and the doctors who gave me good care (Dr. Ami Kulkami and Dr. Stephen Reed) until Dr. Rodriguez was added to my medical care providers and convinced them that I was mentally ill and/or a hypochondriac.

1.      I'm requesting any remaining balances regarding my Boston medical trips in August and December 2009 be paid as "in network". Evans Medical Foundation is showing a balance of $1,245.58, and I'd like this payment "over-nighted" to the doctor who gave a name to my 11 idiopathic symptoms; thus, sparing my life from the predicted but normal outcome as listed in most internet articles regarding pulmonary hypertension.....less than 2 years to live after being diagnosed with PH.

2.    If you cannot pay the above bill as "in network", I'm requesting PHP immediately seek reimbursement from Boston Medical Center for all "out-of network" bills I'm responsible for due to PHP's above admitted error. I need to be properly billed by Boston Medical Center and the other providers who PHP paid in error so I can file medical bankruptcy.    Use this letter as my request in writing, deemed necessary per Susan Werner, and please email and send me a copy via "certified letter". If my claims were truly paid in error, then this NEEDS to be corrected for accounting purposes for ALL involved parties, and, whoever let this huge financial error through should be reprimanded. (Remember, not just one claim was paid at 100% in error dated August 21, 2009, subsequently, the same exact error was paid for my December 10, 2009 visit to Dr. Harrison Farber.

How PHP chooses to handle my very complicated situation above between your doctors who've treated me [or lack thereof] while trying to seek causation of my morning and NOT imagined health issues, is in your control because of the following:

I consistently suggested to Dr. Stephen Reed and my Internal Medicine provider, Ami Kulkarni, DO, my suspicions that nearly 5 years of documented Vioxx usage (both continuously and intermittently) was the possible causation. Unfortunately, they BOTH refused to explore this possibility even though Vioxx was pulled from the market for causing known critical vascular issues. (Was this because of pride and at the expense of my life???) I only knew to research "cox-2 inhibitors" because my daughter is a Registered Pharmacist from Purdue University.

Late March 2009 and after learning that all 11 idiopathic conditions (including vascular) were listed as symptoms of Pulmonary Hypertension and proven to have a direct causation between "cox-2 inhibitor" usage, I became more persistent after getting NO answers to why I need "nocturnal oxygen" for life when I don't have asleep apnea. (Now up to 3 liters nightly.)

## IMMEDIATE REQUIREMENT:

To dismiss PHP and all medical providers NOT listed below from any legal liability, I need a thorough and complete "Case Specific Expert Report" as it pertains to my Vioxx related health condition.

In order for my pending Vioxx case to move forward in the US Federal District Court in New Orleans next Tuesday, March 23, 2009, against Merck Pharmaceuticals, I'm enclosing a detailed timeline and a number of medical journal articles as they relate to the events that have led to my new permanent and most often deadly Pulmonary Hypertension. (NOT excluded are any wrong doings of Dr. Vincente Rodriguez, Dr. Thomas Ryan, and The Lutheran Hospital who allowed a Right Heart Catheterization to be performed on me by a self-admitted cardiologist with "very little knowledge of pulmonary hypertension" who wasn't up to par on the latest extensive testing needed for the proper diagnosis, and who stated I have no signs of heart attack, heart disease or Pulmonary Hypertension.)

I'm NOT now nor EVER asked anyone to lie on my behalf just so my Vioxx case could proceed. But without having any medical training I've been able to discover on my own that Vioxx, a "cox-2 inhibitor", most definitely can be connected with my current medical condition and beginning with the very first symptoms as far back as 2000. All I ever wanted was proper medical care, treatment and a diagnosis. When I learned Vioxx more than likely sent me to Mayo Clinic in 2003, nearly 10 months PRIOR to being pulled from the market, I'd already had plenty of mental stressors due to my mounting medical bills and sometimes more than $200.00 per month in my required RX co-pays. Now, at my present rate of health deterioration with NO doctor in Fort

Wayne who'll treat me because of Dr. Rodriguez, I have the added expenses of traveling to Boston for proper and unbiased medical care. I need to move forward with my Merck Pharmaceutical case more than ever for major medical debt and ongoing medical insurance expenses in the future when I'm no longer able to work.

The ball is in your court and I'm very prepared to move forward with whatever it takes to expose what has happened to me to Congress, the news-press, The Indiana Attorney General, the Medical Ethics Board, and much more. Because my family is truly concerned for my safety over this "medical conglomerate" cover-up and probable Medicaid fraud, my many, many documents proving medical negligence and mal-practice are in the hands of my sister, Constance E. Cumbey, Esq., my son and daughter, my husband, and SEVERAL attorneys who have been instructed what to do in the event something happens to me.

Dr. Rodriguez has already shown how far he'll go to prevent me from getting proper medical care in Fort Wayne, IN, when HE never attempted any further testing on me when referred by Dr. Kulkarni. What more will he do to shut me up? All of this mess began because I was doing my job for my employer as Benefits Administrator for our self-funded insurance plan, (I attempted to purchase my oxygen concentrator for less than $700.00.) Can you give me any other possible explanation other than an illegal medical exam & cover-up that he'd jeopardize his medical license and the life of a patient??? (Even our broker's office staff and my boss agreed on this point.)

Unless PHP and the four physicians named specifically below want to be named as "defendants" in my lawsuit that will be filed, I'm requiring a "case specific expert report" from each. These need to be properly prepared but short "reports" on letterhead and not merely a letter stating: Vioxx "could have possibly caused" my critical & life-threatening health issues. "

Dr. Anil Kulkarni, DO & Dr. Stephen Reed: The Lutheran Health Network
Dr. William W. Wilson of FW Cardiology
Dr. John B. Fouts of Indiana Medical Associates

These four well-respected physicians/specialists listened to a man who calls himself a "doctor". Yet this same man who is licensed to medically treat very ill patients lowered himself to "criminal levels" for monetary gain, and, while doing so, he actually put a monetary value on my life. This unbelievable story doesn't YET have an ending, and I await your immediate responses and reports no later than Monday, March 22nd. On Tuesday, March 23rd, after the results are known of the 10:00 AM hearing (CST) and after Merck Pharmaceutical is denied their request to "Dismiss With Prejudice" my personal lawsuit against them, I will sign a statement releasing only the 4 excluded medical providers who denied me proper medical treatment based on Dr. Rodriguez's lies about me.

Sincerely,

Janice M. Baum
(260) 207-5672 Office
(260) 466-2568 Cell

Case 2:05-md-01657-EEF-DEK   Document 40305-2   Filed 03/23/10   Page 5 of 23

# U.S. District Court Staff

( Home ][ Back )

**Last Updated:** August 22, 2008

INTRODUCTION

LINKS

DISCLAIMER

**Assigned District Judge:**
Judge Eldon E. Fallon

500 Poydras Street
Room C-456
New Orleans, LA 70130
Phone: (504) 589-7545
Fax: (504) 589-6966

MDL Law Clerk - Nathan Bays
Law Clerk - Jessica Price
Secretary - Ruth Leard

**Clerk's Office:**

500 Poydras Street
Room C-151
New Orleans, LA 70130

Courtroom Deputy - Gaylyn Lambert
Phone: (504) 589-7686
Fax: (504) 589-6966

Docket Clerk - Carolyn Stewart
Phone: (504) 589-7719
Fax: (504) 589-3199

Docket Manager - Dale Radosta
Phone: (504) 589-7700
Fax: (504) 589-3199

**Assigned Magistrate Judge:**
Magistrate Daniel E. Knowles

500 Poydras Street
Room C-102
New Orleans, LA 70130
Phone: (504) 589-7575
Fax: (504) 589-4500

Law Clerk - Jaime Waters
Secretary - Hope Tworzian

Justice Braun
6638 Quail Ridge Lane
Fort Wayne IN 46804

US District Judge Eldon E. Fallon
500 Poydras Street, Room C-456
New Orleans, LA 70130

March 19, 2010

Re: VCN 1081541

Dear Honorable Judge Fallon:

Per correspondence from Stone Pigman Walther Whittmann L.L.C, dated March 4, 2010, I have until March 23, 2010, to comply with Pre-Trial Order No. 43, by including a "Case-Specific Expert Report". Without this, my case against Merck Pharmaceuticals will be dismissed with prejudice without further notice. In reading this and as I understand it without any legal knowledge or current legal counsel, an exception can be made to this requirement per the exclusion: "except for good cause found".

Below is just a small part of what I have been and I'm up against:

1.    My attorneys were dismissed effective January 18, 2010 per your court order.

2.    Tried to get other legal counsel per the curators list given to me, plus several others with NO success. Often then this, curators office said they couldn't help be any further.

3.    Talked extensively with one "referral" attorney who formerly worked directly with and in the office of the president of the "American Bar Association" who investigated why not one law firm would pick up what she believed to be my very valid Vioxx damage claim against Merck Pharmaceuticals.

4.    Her inquiry was with someone very involved on all levels of the out-of-court settlement agreement between Merck Pharmaceuticals and the law firms representing the many plaintiffs. This man had known coast-to-coast and was part of the team making the decisions in many Vioxx meetings.

5.    She was informed by this same person: "She won't find an attorney or law firm in the entire country who will take her case on if she didn't qualify for an "out-of-court" settlement."

6.    His explanation as to why: Merck Pharmaceuticals has vowed to fight individual non-qualifying settlement cases as hard and long as possible to prove the plaintiffs alleged injuries would have probably occurred WITHOUT the Vioxx usage.

7.    She was told that even though a plaintiff had a valid Vioxx damage claim it would literally cost the law firm upwards of $100,000.00 to fight against Merck Pharmaceutical, and no law firm would be willing to or could afford to fight for their plaintiff; therefore, she felt this is why my attorney firm fought so hard to "make me go away", or, I couldn't ever prove any Vioxx damages and to discredit me in the eyes of the courts.

8.    She personally couldn't afford to take on my case with that risk either but she has helped me extensively, as much as possible. According to this advising attorney, the other attorney knowing the "inside of the Merck Pharmaceutical settlement agreement" had to drop a Pulmonary Hypertension case of his own for the exact reason.

On top of my legal challenges faced, I've faced extraordinary medical challenges too. My own medical providers in Fort Wayne, IN (all under the same medical facility, "The Heart Center Medical Group" now called "The Lutheran Health Network,") dismissed me from their care in June 2009 after I accidentally

uncovered a probable Medicaid fraud with my pulmonary specialist after I attempted to purchase rather than rent my oxygen concentrator.

I've been trying diligently to get the necessary legal counsel as well as a "Case Specific Expert Report" to comply with your Court Order 43. I've enclosed copies of what is currently with Mayo Clinic. (When my tax return comes, I'll schedule a visit with them for an expert opinion, but until I have my tax refund, they won't see me until my outstanding balance is paid at 100%). Also, my former physician from 1979 to 2007, and Physician's Health Plan of Northern Indiana aka PHP, my current insurance provider locally owned by Fort Wayne area doctors (including my former medical provider group) have been asked to review my medical records along with my "coxc-2 inhibitor" research articles, knowing of my approaching deadline of March 22nd. As of yet, I haven't heard back or even if they intend to provide me with what I want for the nightmare they've put me through these past two years.

Your Honor, please read the attached timeline. It truly connects my health issues and how it relates to my Vioxx damages, and you'll see how it all ties together with the PTO 43 "good cause found" clause and why my particular Vioxx damage case should not be dismissed with prejudice. By not allowing my case to be dismissed, you'll be allowing me to get the proper justice I need with a day in court against Merck Pharmaceuticals who spared all possible legal counsel away from anything beyond the heart attack, stroke or death eligibility by burying their research so deeply on the internet that no lay person would know to look at "coxc-2 inhibitors". I don't want to seek other legal options even though I do have others willing to represent me with "bad-practice" cases.

Because the many medical articles pertaining to "cox-2 inhibitors" proves that connection beginning as far back as 1999 to my deteriorating health that worsened while on Vioxx after my 2003 spider bite, I just want my Vioxx case to be heard in front of a jury so I can seek monetary justice for the thousands of dollars spend in the past and towards my future care when I'm no longer able to work. Your Honor, please allow my case to move forward at present while I continue my efforts for a "case specific expert report."

Thank you sincerely for your guidance and understanding on my very complicated but horrifically true medical journey. (If I hadn't lived it myself, I wouldn't believe it either.) If you find that you can't allow me this "except for good cause found" reason for not complying with PTO 43, then I'm requesting at least 2 more months of extension.

Respectfully yours,

*[signature]*

Janice M Baum
(260) 207-5470 Office
(260) 466-2568

**Medical Timeline**
Janice M. (Geiger) Braun
6638 Quail Ridge Lane
Fort Wayne, IN 46804
DOB: 8-30-1951
SS#: 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

| Dates | Circumstances |
|---|---|
| **Dec. '99 – Sept '04** | Vioxx used both Internist/family & continuously from Rx's & free samples from employer ('01-'02). Took for chronic neck/shoulder arthritic pain |
| 2000–2001 | Unexplained fatigue developed early on |
| Sept. '01 | Sudden onset of erratic & spiking hypertension; tried many different meds & combos of meds, but nothing really prevented spiking |
| 2001-2003 | Ongoing severe fatigue; had major issues staying awake during work and while driving after good nights sleep |
| June 27, 2003 | Felt "bug" in sandal at outdoor concert & kicked sandal off; told friends |
| June 28, 2003 | Noticed large blister had developed on right foot (as "bug" incident) developed extreme, edema, blisters on right foot/ankle |
| June 30, 2003 | Went to doctor; was told I find spider bite. While waiting on him, I noticed both feet to be dark bluish/purple (cyanosis), and remembered I'd pulled a blue pointed inch long glass piece out of foot but never felt initial injury. Tested me immediately for diabetes/neuropathy: No diabetes. |
| July – Aug 2003 | Always stating the "spider bite" theory, I was given many vascular & heart tests with negative results; however, diagnosed with neuropathy & "Peripheral Vascular Disease" |
| Aug 28, 2003 | Angioplasty given for suspected blockages; NO blockage present, to doctor's surprise. Developed severe edema and blister on both feet ankles & lower legs; Vasculitis |
| Sept 7, 2003 | Blister on left foot developed into a huge "bulla"; had to soak as a turn at local "burn unit" hospital 3-4 times per week; required to change my dressings twice daily |
| Sept-Oct. 2003 | Sent to Mayo Clinic by cardiovascular MD; Diagnosis: "You're a mystery; an enigma; an unknown" |
| Nov 16-20, 2003 | |
| Nov '03 - Sept 30, '04 | Believed my spider bite was initial cause of decreasing health issues, but was told not possible by all doctors because "symptoms" was now in BOTH extremities. During this time I was on 2 BP medications, Lasix, and Pletal (blood sticker) for the BP; caused/extenuating severe/chronic edema |
| Sept. 10, 2004 | Vioxx suddenly pulled from the market for causing severe, critical & deadly vascular issues that included heart attacks, strokes, and death. Other less reported vascular related health issues also |

| Date | Description |
|---|---|
| Oct. 1, 2004 | reported connected to Vioxx usage. Studies enclosed for PH |
| Oct. 2, 2004 | Called Mayo Clinic & asked if my vascular/mystery diagnosis could be Vioxx related. |
| Oct. 2, 2004 | Mayo Clinic returned call: "We don't know. Ask your pharmacist." |
| Oct. 12, 2004 | Contacted Indianapolis law firm & was added immediately as plaintiff to "Entract lawsuit" filed next day against Merck Pharmaceuticals. |
| Oct. 14, 2004 | Law firm used my case in their press release with the Indianapolis newspapers, story was released to the AP. |
| Dec. 2006 | Light-headed & passed out at work for unknown reason; vision like looking through waxed paper |
| July 29 - Aug 23, 2007 | Passed out again, diagnosed at ER w/acute Renal Failure for reasons unknown; hospitalized 5 days |
| Aug. 2007 | 3 different specialists MD's in one day ordered MRI's of my brain, evidence of TIA's found. ENT; 2 ORTH MD's-neck/shoulder Dr. and pain management Dr. |
| Nov. 2007 - August 2009 | Chronic Bronchitis, loss of voice that never really returned 100%, chronic unproductive cough w/blood in phlegm; brief & more frequent passing moments of light-headedness |
| Nov. 2007 | Stress test determined I'll had a "silent heart attack" of unknown timing; heart did a "natural bi-pass" per doctor |
| Earlier 2007-2008 | Ongoing invasive procedures for Acid Reflux; no evidence found to be present |
| March 12, 2008 | Overnight Sleep study done through Heart Center Medical Group, per Dr. Ami Kulkarni. NO SLEEP APNEA found, but blood O2 levels dropped dangerously low while sleeping. |
| March 2008 | Ordered "nocturnal oxygen" for the rest of my life, probably due to my heart attack (per NP at pulmonologist). 2.4 liters nightly to start. Ordered by Hartner Krull, NP for Dr. Rodriguez for service w/ North Central Respirator...35 miles from PH Wayne. |
| Late March/Early Apr. 2008 | Oxygen delivered by NCR with order from "Krull Initial Oxygen". $365.00 for rental (up to 36 mo.) per NCR's deliveryman. Or $313.40.00 billed to Medicaid, Husband check Internet w/exact model #, etc. for purchase price that was LESS then $700.00 w/free shipping.   As Benefits Administrator for self-funded insurance employer, immediately began the process to purchase under our DME claims, per Anthem contract agreement. Approved & covered from "rental to purchase" immediately.  My IOB to save any company monies when possible on ALL employees. |
| Summer-Fall 2008 | Noticed EOB's from Anthem had concentrator purchase reversed back to "rental" and I questioned why. In investigating this, Anthem could NEVER |

| Date | Description |
|---|---|
| | explain why this was done or who approved it. Started an investigation on NCR w/Anthem "internally" and with the Insurance Fraud Division of the Indiana Attorney General's office. |
| Late 2008-Spring 2009 | More testing for acute chronic hoarseness, nothing found. Acid reflux, but none found present. On twice RX dosage of reflux medicine: Protonix 2 times daily & twice OTC dosage of Zantac nightly. |
| January 2009 | Anthem finally determined "Their policy is to NEVER allow oxygen concentrators to be purchased because of the frequent and very expensive repairs required to keep them functioning properly. Service calls were more expensive than my concentrator while with them, and Carefusion monthly rental rates. (NCR never ONCE serviced my concentrator while with them, and Carefusion has never serviced my concentrator either in a whole year.) |
| Feb. 10, 2009 | Met with Dr. Vincente Rodriguez for FIRST time in nearly a year on nocturnal oxygen. I was hallucinating very badly nightly. "Why are YOU on oxygen?" "Can't be hallucinating, R&M Dreams". Told me to take extra "sleeping pill" to stop "dreams". Ordered new oximetry study, I said I refused to have new test done by NCR. Dr. Rodriguez & Jeannie BOTH told me, "OUR provider gives good service & you have no choice. Once with an oxygen provider, always with an oxygen provider. You can never change. It's the law." |
| Feb. 11-12, 2009 | NCR dropped off oximetry meter to my office. Asked how to take test; w/o or w/o oxygen? Told by Respiratory Therapist he wasn't sure. |
| Feb. 13, 2009 | Re-took test WITH my oxygen ON. Specifically told RT HOW test was done. Sent to independent lab. Hope Medical Services for reading of test results. Results given on my oximetry test showed I took test WITHOUT oxygen....OPPOSITE of what RT WAS told on 2/13/09 as he picked up meter. |
| Feb. 28, 2009 | Jeannie of Dr. Rodriguez's office called: "Janice, good news. Your oximetry test says you NO LONGER NEED OXYGEN at night. Stop using it." |
| Early March 2009 | Called PHP. Received permission to change providers, specifically told me what I already knew as Benefits Advocate, and as confirmed by both Anthem brokers & PHP. A patient can ALWAYS change providers, no matter what. Suggested several providers, especially "Careioeum", less than 5 minutes from home. Called next day & scheduled service. "Scout" told me, paraphrasing: "What your doctor told you is only true if you're a Medicaid patient. Even then you can ALWAYS change providers if you aren't happy with their service. Technically, if on Medicaid you're supposed to get prior permission from Medicaid before changing." I stated: "I'm... |

| Date | Description |
|---|---|
| Late Feb. 2009 | NOT now nor have EVER been a Medicaid patient" Scott told me Medicaid allowed to bill patient for 36 months before unit was no longer billed as a rental. $400 x 36 = $14,400 for unit that RETAILS for $700 or LESS on Internet. |
| Late Feb. 2009 | Returned call to Dr. Rodriguez office. Told Jeannie, "How could my test state I no longer needed oxygen if I'd just done 24x7 test wearing my nightly oxygen?" She told me: "That's NOT possible...your test was taken W/O oxygen. That's what NCR wrote on your test." She basically said I was lying & argued with me. I demanded a new oximetry test, but I wanted to have it with my new provider. Jeannie told me again, "You can't change oxygen provider, etc." I informed her I already had changed & my NEW provider delivered a new concentration (per PH?) the prior day & I needed my oxygen RX sent to them. Jeannie got very flustered sisting over and over "You can't do that...we have a copy of the law in our office & you can come in and read it." She ultimately hung up on me. |
| March 2009 | I had to call Jeannie at dr. Rodriguez's office and leave message: "You are messing with my health and life." I had to demand that a prescription for NEW oximetry test be sent to Cardission, which was finally done 2 weeks after original request. |
| March 11, 2009 | New & correct oximetry test given & read by Virtox Lab. Took an ADDITIONAL two weeks to get these results read by Dr. Rodriguez. Test showed my nocturnal oxygen needs in the past year had worsened from my initial test. |
| Late March 2009 | Learned about Pulmonary Hypertension RX's & ongoing treatment for 1st "diagnosis" for cardium of PH. requested for RHC but told NO by Dr. Kulkerni, Dr. Rood, Dr. Rodriguez. "You CANT have PH" |
| March 30, 2009 | Requested to be tested for PH by Dr. Rodriguez. Refused & said I couldn't have PH. |
| April 2009 | Requested "Second Opinion" from different cardiologist, new doctor agreed after reviewing their records that I was a "hypochondriac." "You don't HAVE PH" Remarkable improvement since "Srtcas test in Nov. 2007"...if no prior heart problems, what was their a remarkable improvement of??? |
| April 7-9 2009 | Hospitalized due to psychotic reaction to new medication, took away ALL meds that could cause hallucinations in order to monitor me. Hospitalist heard my extreme hoarseness, listened to my '03-'09 medical journey, knew I needed nocturnal oxygen; saw my cyanosis colored lower extremities. He gave me name of Dr. Harrison Partor, MD in Boston, MA who specializes in PH diagnosis. Hospitalist said based on what he knew/heard/saw, he couldn't rule PH out 100%, though he tended to agree with other MD's. |

| Date | Description |
|---|---|
| April 9, 2009 | Dismissed from "psychiatric unit" with requirement for "mental health assessment" for doctors' verification that I was mentally ill & a hypochondriac. I was referred to their psychologist. |
| April 30, 2009 | 5 hour mental health assessment given, no mental illness found present and absolutely NO signs of hypochondria; slight increase in concern with body, but "normal" given 14 months for unknown reasons & without a firm genuine diagnosis. |
| May 4, 2009 | Dr. Kollarni re-ordered a duplicate vocal cord procedure to rule out acid reflux for 4th time. When she learned I'd already had it, she suggested "speech therapy" for ongoing voice loss. Next, she said, "Are you talking with your psychiatrist?" I joked that my psych test results were 100% normal and that all my family, friends, co-workers, bosses, and doctors would be receiving a copy of this report. She went from smiling to "concerned". |
| May 5, 2009 | Boss requested FMLA paperwork, which he'd never requested before due to renaming Dr. appts. I requested "Intermittent" leave request paper & sent via "certified mail" to Dr. Kollarni, my PCP. |
| Mid-May, 2009 | Paperwork returned "whited out" after Dr. Kollarni said she felt uncomfortable not having a diagnosis to insert. I suggested "Unknown/Multiple" like I frequently get. Received back by "certified mail", but unsigned Federal Documents then protected my job. |
| May 19, 2009 | Went to Dr. Kollarni for sinus infection. Instead of an antibiotic, she ordered a CT scan of my sinuses. This was the one and only sinus infection I'd ever had under her care. (Realized she was just "patronizing me") |
| May 19, 2009 | Called Boston Medical Center for Dr. Fischer. He personally called me after reading my faxed medical records and symptoms. He agreed based on my 11 symptoms of PH, I needed a Right Heart Catheterization, the ONLY way to be tested for PH. He would get it scheduled with his partner. |
| Late May 2009 | Sent via "certified mail" copies of mental health assessment to all medical providers stating I have no mental illness or hypochondria. |
| June 27, 2009 | Received letter from The Heart Center: Dr. Richard Cardillo, MD, the same doctor who first stated I needed inotropic oxygen in March 2008, was now terminating the "patient-physician relationship" effective July 27, 2009, between all doctors at "The Heart Center/aka Lutheran Medical Center (since 1/1/09). I truly believe Dr. Rodriguez convinced the need for this to cover their "asses" and to retaliate for the accidental uncovering of his probable fraudulent patient billing and/or conflict-of-interest" between NCB/Healthe Corp, NP/Medicaid fraud. |
| July 26-28, 2009 | Took to Lutheran Hospital ER w/BP 175/115. |

| Date | Description |
|---|---|
| July 27, 2009 | Lutheran Hospital was told I had no doctor because my Heart Center doctors had dismissed me from their care. I was told LH would take care of me with a well-qualified cardiologist NOT associated with HC and NOT to worry. Dr. Thomas Ryan was assigned to my care & within minutes of meeting me agreed to give me a heart cath. & even RHC...after FIVE local doctors refused. My husband had told Dr. Ryan I was scheduled for a RHC by a specialist in Boston a few weeks away. I was admitted to ICU after his suggested calling my Boston doctor for me. |
| July 28, 2009 | RHC given. Dr. Ryan told my family that my heart had no signs of past or present heart problems and that it beat as "strong as a jack hammer". He told me during surgery that there were absolutely no signs of heart attack/disease/PH and that my heart was as healthy as a racehorse. |
| Mid August 2009 | Upon dismissal, Dr. Ryan asked to me (paraphrasing): "Now, I've saved you thousands of dollars because you don't have to go to Boston to be tested for PH. You don't have it. I want you and your husband to go out to dinner at "Eddie Medina" with the some of the money I've saved you and quit worrying about it." |
| Aug. 18, 2009 | Picked up copies of my Lutheran Hospital July 26-28th visit & approx. 275 pages. One page in particular has in quotation marks directing Dr. Ryan to: "Try especially to get good pulmonary artery pressure". Why & try whom? I strongly suspect Dr. Rodriguez for retaliation of the problems I caused his "money making scam or Medicaid fraud" that was accidentally uncovered while attempting to purchase my DME oxygen concentrator. Whoever it was apparently thought I'd be so happy to get a RHC that I'd buy into whatever I was told, but Dr. Ryan was FAR too willing when I met 5 other specialists who'd tested & treated me in the past had ALL refused. |
| Aug. 20-21, 2009 | As Benefits Administrator for my employer, I received FMLA papers for an employee from Dr. Ryan's office. I immediately called the number thinking them for the employee's paperwork. Then I requested in favor as a patient of Dr. Ryan's several weeks before. I asked if my RHC test results could be sent to my fax number so I could take them to my new doctor. The nurse agreed, and I now have those in my possession.

Drove to Boston Medical Center. Given an "exercise bicycle stress test" by Dr. Fanter. Catheter inserted into my heart through my neck for a RHC. During this procedure, I had to ride that bicycle while hooked to many monitors for 10 FULL minutes. Told on the spot, which Dr. Fanter doesn't do unless 100% certain, that I DO have PH. |

| Date | Description |
|---|---|
| Early September 2009 | The data determined any type of PH was the direct result of uncontrolled hypertension. |
| July 09-Jan. 18, 2010 | Called and reported suspected fraud of some type (possibly Medicaid) that involved Dr. Vincealo Rodriguez, North Central Respiratory, Heather Krull, NP & possibly both Anthem & PHP who backed down from the threats of the Heart Center doctors, and subsequently denied me proper medical treatment to the point that I cannot get proper medical care in Fort Wayne, IN. Every attempt has been worthless to the point that my "Bredrum PH diagnosis" for anesthesiology purposes MUST be with me for emergencies. One new doctor & another's nurse have introduced themselves by saying (paraphrasing): "I probably know more about you than you do yourself." |
| Jan. 18, 2010 forward | Ongoing battle with PW & Riley as to finding connections with my past medical records, current Pulmonary Hypertension diagnosis. They disliked that I proved legal malpractice, one of their specialties and they were being forced by Judge specialties and they were being forced by Judge Failure to represent me outside of Merck's settlement agreement. Ultimately, Judge Fallon dismissed them. |
| Early Feb. 2010 | Unable to find any of many legal firms connected to get help for me move forward with my specific case Vioxx damage case. |
| March 4, 2010 | Told by well known attorney that I never got any legal representation because of Merck's threat to make non-gratifying settlement cases extremely difficult and expensive to pursue, scared all potential law firms away in fear of not recouping their time & expenses. |
| March 4, 2010 | Received letter stating my final deadline for PTO 43 compliance was scheduled on 3/23/10. |
| March 4, 2010 | Began diligent attempt to get the required "Case Specific Expert Report" as to the newly discovered but older research as far back as 1999-2010 on "cox-2" inhibitors causing detrimental vascular damage to already inflamed vascular system. My spider bite and subsequent Vasculitis in June-October 2003 developed while taking Vioxx (cox-2 inhibition) and my deterioration to Pulmonary Hypertension diagnosis in Aug. 2010. |
| March 10, 2010 | Overnighted letters to Mayo Clinic and Dr. Harrison Farber along with fraud delivering a copy to my former doctor from 1979-2007. Waiting responses from all. |
| March 18, 2010 | Sent the same request on to PHP of Northern IN. Waiting for their response which will determine any future prosecution of my form Pulmonary Doctor, Lutheran Health Network, and many more involved in any medical cover-up and denial of treatment for proper PH diagnosis by all. |

Requested additional time from Judge Fallon to provide my needed "case specific expert report" or waiving that requirement due to the very complicated medical journey I've been on for the past 3 years under the "The Heart Center Medical Group", now called: "The Lutheran Health Network". Their subsequent medical cover-ups cost me to cover for their 'pulmonologist' in his money making scam I accidentally uncovered has taken a critical toll on my health and my probable continuation with my Merck Pharmaceutical damage claim.

I attest this documentation of my Vioxx usage and subsequent critical medical deterioration that has led to what I truly believe is medical negligence/malpractice to be completely accurate and true, to the best of my knowledge. Prior legal documentations regarding the above listed dates and references per my Vioxx usage have been presented to The Honorable Judge Eldon Fallon, US Federal District Court of New Orleans, Louisiana.

Signature _____ Date 3/22/10

Printed Name _____ Date 3/22/10

Janice M Braun
6638 Quail Ridge Lane
Fort Wayne IN 46804

(260) 466-2568 Cell
(260) 207-5673 Dedicated Fax
(260) 207-5673 Office

March 22, 2010

Janice M. (Görgei) Baum
6638 Quail Ridge Lane
Fort Wayne IN 46804

March 10, 2010

**URGENT**

Re: Mayo Clinic, Nov 17-20, 2003
DOB: 8-30-1951
SS # 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

Dr. Eric L. Matteson, MD
Chair, Rheumatology Department
Mayo Clinic
200 1st St SW
Rochester, MN 55905



Dear Dr. Matteson:

I'm in immediate need of a "case specific expert report" for my pending & final hearing on my Vioxx damage claim against Merck Pharmaceuticals. Without this, my case will be Dismissed With Prejudice" on March 23, 2010 in Federal Judge Eldon Fallon's court in New Orleans. My attorney firm was dismissed after refusing to investigate my connections to Vioxx damage because I didn't qualify for Merck Pharmaceuticals "out-of -court" settlement for heart attacks, strokes and death. Currently, I am without legal counsel and I'm Pro Se.

I found your name in Cox-2 Researchers, which is why I'm contacting you. I was a patient at Mayo Clinic (Nov. 16-20, 2003) after developing vascular issues in June 2003. At that time, Dr. Vincent J Yaguihny told me: "You're a mystery, an enigma, an unknown". This was approximately 10 months PRIOR to Vioxx being pulled from the market.

Since that visit I have deteriorated to Pulmonary Hypertension that was diagnosed at Barton Medical Center by Dr. Harrison Patner on August 21, 2009. The following is his diagnosis and problems added during my self referral visit after being treated for nearly 6 years with up to 11 idiopathic conditions of PH. Most recently, in April 2009, 5 local doctors refused to treat me for PH and subsequently dismissed me from their care.

Diagnosis

WHO GROUP: II PH associated w/left heart disease caused by Arterial or ventricular disease
NYHA/WHO Functional Class: II

**Problems added or changed during this visit**

PULMONARY HYPERTENSION (ICD-416.8)
DIASTOLIC DYSFUNCTION (ICD-429.9)

FILE COPY

The enclosed medical journal articles that I've recently found on the Internet on "Cox 2-Inhibitors" date back to 1999, when I first began using Vioxx. I very much need your written opinion on whether or not Vioxx aka "Cox 2-Inhibitors" could without a doubt, in your expert opinion, have caused my ongoing and potentially deadly health issues. I took Vioxx both intermittently and continuously from December 1999 through September 30th, 2004...the very day it was removed from the market.

All of my medical history records and Vioxx usage records are already submitted to the courts as evidence. Because my former doctors refused to explore or attempt to connect any of my deteriorating health conditions to my Vioxx usage, I'm thousands of dollars in debt, medically from numerous and repeated heart, vascular, gastric, etc. testing...only to be dismissed as a "hypochondriac" where I can't get care in Fort Wayne, IN.

Please help me have a day in front of a jury with an expert opinion from you so my personal pursuit of justice won't be "Dismissed With Prejudice" like my former legal representative gloated would certainly happen. Thank you in advance for your immediate help. I'm enclosing a small check for your trouble, even though I know this is just a "token" of what you are worth.

Gratefully & Prayerfully,

Janice M. (Geiger) Baum
(260) 207-5672 Office
(260) 466-2568 Cell

Janice M. (Geiger) Baum
6638 Quail Ridge Lane
Fort Wayne IN 46804

March 10, 2010


FILE
COPY

URGENT--March 22, 2010 deadline

Re: DOB: 8-30-1951
    SS # 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

Dr. Mitchell Stuchy, MD
First Care Family Physicians
3909 New Vision Drive
Fort Wayne, IN 46845

Hi, Dr. Stuchy—

I'm in immediate need of a "case specific expert report" for my pending & final hearing on my Vioxx damage claim against Merck Pharmaceuticals. Without this, my case will be Dismissed With Prejudice" on March 23, 2010 in Federal Judge Eldon Fallon's court in New Orleans. My attorney firm was dismissed after refusing to investigate my connections to Vioxx damage because I didn't qualify for Merck Pharmaceuticals "out-of-court" settlement for heart attacks, strokes and death. Currently, I am without legal counsel and I'm Pro Se.

You might recall my rather sudden and changing health in the summer of 2003, after a spider bite on my right foot. This ultimately led to an angioplasty by Dr. Stephen Reed where no blockages were found. Then, I was a patient at Mayo Clinic (Nov. 16-20, 2003) after developing vascular issues that led to treatment for a Bulla in Sept-Oct. 2003 at St. Joseph Burn Unit. At Mayo Clinic, Dr. Vincent J Vacsolyn told me: "You're a mystery, an enigma, an unknown". This was approximately 10 months PRIOR to Vioxx being pulled from the market.

Since that visit I have deteriorated to Pulmonary Hypertension that was diagnosed at Bostan Medical Center by Dr. Harrison Parker on August 21, 2009. The following is his diagnosis and problems added during my self-referred visit after being treated for nearly 6 years with up to 11 idiopathic conditions of PH. Most recently, in April 2009, 5 other local doctors refused to test me for PH and subsequently dismissed me from their care.

Diagnosis

WHO GROUP: II PH associated w/left heart disease caused by Arterial or ventricular diseases
NYHA/WHO Functional Class: II

Problems added or changed during this visit

PULMONARY HYPERTENSION (ICD-416.8)
DIASTOLIC DYSFUNCTION (ICD-429.9)

The enclosed medical journal articles that I've recently found on the internet on "Cox 2-Inhibitory" date back to 1999, when I first began taking Vioxx. I very much need your written opinion on whether or not Vioxx aka "Cox 2-Inhibitors" could without a doubt, in your expert opinion, have caused my ongoing and potentially deadly health issues. I took Vioxx both intermittently and continuously from December 1999 through September 30th, 2004...the very day it was removed from the market. (Free samples for MONTHS from my then employer, ONB for neck and shoulder pain.)

All of my medical history records and Vioxx usage records are already submitted to the courts as evidence. Because my former specialists refused to explore or attempt to connect any of my deteriorating health conditions to my Vioxx usage, I'm thousands of dollars in debt medically from numerous and repeated heart, vascular, gastric, etc., testing...only to be dismissed as a "hypochondriac" where I can't get care in Fort Wayne, IN, as you are aware.

Much, I feel I can trust you when all others have dismissed me as a "hypochondriac" and a patient after I proved them wrong with the results of a 5-hour psychological test. Please help me have a day in front of a jury with your expert opinion so my personal pursuit of justice won't be "Dismissed With Prejudice" on March 23rd, 2010. Thank you in advance for your immediate help and past excellent health care. (I should have NEVER switched to specialist!!)

Gratefully & Prayerfully,

Janice M. (Geiger) Baum
(260) 207-5672 Office
(260) 466-2568 Cell

Mar. 22. 2010  2:56PM                                                              No. 1998   P. 16

*Sent to all my*
*Ft. Wayne, IN*
*Dr's... dismissed*
*3 weeks after I mailed*
*them.*

**Northeast Indiana Consortium**
6223 Constitution Dr
Fort Wayne, IN 46804
Phone: (260) 755-5896
Fax: (260) 755-5927

Patient:          Janice Baum
DOB:              8/20/51
Date of Testing:
Date of Report:   4/30/09
Referral Source:  Dr. White

Instruments used
MMPI-2
Rorschach

Janice is a 57 year old white female who presented for psychological evaluation on 4/30/09; she was referred by Dr. White after an impatient stay at St. Joe Behavioral Health. She was pleasant to work with and was cooperative with each of the assessment tools. Janice reported that she was admitted to SJBH just after Easter Sunday as a result of 'stress-related issues' due to her ongoing medical concerns. She took the drug Vioxx for a number of years and believes that this has left her with a condition called Primary Pulmonary Hypertension. Although she reported having 11 symptoms of this condition, she cannot find a doctor who will verify that this is the condition she is suffering from.

Janice's MMPI-2 results show a valid protocol with no signs of under or over-reporting. There is some indication that she is concerned with her physical body and its functioning; this elevation was not high enough to suggest any pathological over-concern in this area, and is consistent with someone who may have genuine medical issues. In addition to this, her testing pointed to high levels of energy and motivation that would be consistent with hypomanic-like symptoms; even so, this elevation is not diagnostic and should be considered only with all relevant history.

Her Rorschach results also reveal a valid protocol and suggest that she was open and cooperative with the test-taking process. There is a good indication that there is some anger or resentment that is present; this could very well be a situational variable that is indicative of her response toward her current life events and the frustrations she has encountered. Along with this, there is a higher than average level of defensiveness that is present; this might also be accounted for by the current situation Janice finds herself in.

There appears to be a preoccupation with the physical body and its functioning. While it may be that this has always been the case for Janice, it is reasonable that her current physical issues have given rise to this finding. As such, the current elevation may be reflective only of Janice's present circumstances and the stress that she is experiencing because of this.

Janice's processing style suggests a strong tendency to examine her social field much less thoroughly than would be desired. Because of this, she may come to conclusions somewhat hastily after paying only cursory attention to details. As such, her information

processing may be ill-considered at times, and may lead to errors of oversight. This variable has the most important implications for the issue at hand, as Janice is at risk for misinterpreting physical symptoms such that she might 'jump to conclusions' rather than carefully and thoroughly considering all possibilities. Even so, ███████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████████████

Tom Dettmer MA, LMHC
Doctoral Intern

(260) 609-7007

THE
HEART CENTER
MEDICAL GROUP

June 26, 2009

Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Dear Ms. Baum:

A proper patient physician relationship is a vital concern in the health and welfare of both the patient and the Lutheran Medical Group d/b/a/ The Heart Center Medical Group. It is clear to the physicians of the Lutheran Medical Group that this is not the case with you. Therefore, we feel that your health care needs will be better served outside the Lutheran Medical Group.

This is to inform you that the Lutheran Medical Group will no longer render medical services to you beginning thirty (30) days from the date of this letter. The physicians will be available to continue to treat you, upon your request, if any emergencies arise during this time period. This should give you ample time to select another suitable physician.

I strongly advise that you obtain the services of another Internist/Specialist to assist you in this process and, for your convenience, I am providing the telephone number for the Indiana State Medical Association. This organization will be able to provide you with the names and telephone numbers of other Internist/Specialist in the area. The Indiana State Medical Association telephone number is (317) 261-2060.

When you have selected another Internist/Specialist, I will, upon your written authorization, provide a copy of your medical records to your new doctor. I am enclosing a records release form for your convenience. Your new physician may call on me if he/she should have any questions regarding your medical condition.

Sincerely,

Richard C. Castillo, MD
Medical Director

cc:    Joel Sauer, CEO
       Dr. Vicente Rodriguez
       Dr. Ami Kulkarni
       Dr. Stephen Reed
       Medical Records

Lutheran Medical Park
2518 West Jefferson Blvd.
P.O. Box 2406
Fort Wayne, IN 46801-2406
p: 260/435-7509
heartcentermedicalgroup.com

STONE PIGMAN WALTHER WITTMANN L.L.C.

COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

DOROTHY H. WIMBERLY
A PROFESSIONAL CORPORATION
DIRECT DIAL: (504) 593-0849
DIRECT FAX: (504) 596-0849
E-MAIL: dwimberly@stonepigman.com

OUR FILE NUMBER

66,000

March 4, 2010

VIA FED EX

Ms. Janice M. Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Re:    *In re: Vioxx Products Liability Litigation*

Dear Ms. Baum:

As you know, you are subject to a pending Motion, Rule, and Incorporated
Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to
Comply With the of PTO 43. That matter was originally filed in 2009 and has been deferred on
several occasions. It most recently came before the Court on February 26, 2010. At that time,
the Court entered an Order which requires that you fully comply with Pre-Trial Order No. 43,
including providing updated plaintiff profile forms, medical records, and a case-specific expert
report on or before March 23, 2010. Failure to fully comply and provide the updated profile
form, medical records and a case-specific expert report before March 23 will result in the
dismissal with prejudice of your case with no further notice. Copies of the Court's Order and of
Pre-Trial Order No. 43 are enclosed.

If you have any questions on this, you should contact the *Pro Se* Curator's office
by phone at 504-561-7799, via email form@hhklaw.com, or via facsimile at 504-387-3794.
When contacting the Curator, please have this letter and enclosure(s) available and identify
yourself as inquiring about the Vioxx matter so that your inquiry can be forwarded to the
appropriate person.

Sincerely,

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly

DHW/jas
Enclosures
cc:    Russ Herman, Esq./Leury Davis, Esq (via e-mail)
       Robert M. Johnston, Esq (via e-mail)

1009156-1