SYLVIA CARDONE and )            IN THE UNITED STATES
FRANK CARDONE, )             DISTRICT COURT FOR THE
                                                  )            EASTERN DISTRICT OF LOUISIANA
                    Plaintiffs, )
                                                  )
v. )            DOCKET NO. 2:06-cv-08329-EEF-DEK
                                                  )
MERCK & CO., INC., )
                                                  )            STIPULATION OF DISMISSAL
                    Defendant. )             WITH PREJUDICE AS TO
                                                  )            ALL DEFENDANTS

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate

that all claims of plaintiffs, **SYLVIA CARDONE** and **FRANK CARDONE**, against

defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety

with prejudice, each party to bear its own costs.

Attorney for Plaintiff
Robert J. Fenstersheib
Law Offices of Robert J. Fenstersheib
& Associates, PA
520 West Hallandale Beach Blvd.
Hallandale, Florida 33009
(954) 456-2488

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 10/2/08

Dated: 4-23-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of April, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.