# TAB 1

# OLDFATHER LAW FIRM
### ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER†
aoldfather@oldfather.com

VICKI L. BUBA *
vbuba@oldfather.com

KIRSTEN R. DANIEL*
kdaniel@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

\* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

March 19, 2010

**VIA EMAIL**
Russ M. Herman, Esq.
Leonard A. Davis, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

*RE:  Vioxx Leadership and Organization: PTOs 28, 29, 43*

Dear Russ and Lenny:

Over the last six months, I have had frequent and repeated contacts from attorneys with cases under PTO 29, or with cases coming out of the Resolution Program under Future Evidence Stipulations and therefore subject to PTO 43. Most of these attorneys don't have a clue about any leadership, liaison or lead counsel organization on their cases or, even worse, what they need to do to keep their claims from being dismissed. While the PSC has adopted the posture of routinely objecting to all dismissals, it does not appear that any active steps are being done to prevent Merck's victory by attrition.

I would appreciate it if you would hold a meeting of the PSC after Tuesday's status conference for the purpose of discussing organization and leadership under PTO 29 and PTO 43, what steps need to be done to develop all of the remaining cases and to provide a summary of the work efforts that were done by the PSC with respect to non-MI and non-IS cases. All plaintiffs' attorneys present should be invited.

I also request that we have a census of all of the remaining cases outside of the Resolution Program. Even though Merck is continuing to add cases to the PTO 28 list, we have a pretty good handle on that group. But I have absolutely no idea how many cases are still active under PTO 29. Surely you have such a list? Could you provide it to me, please?

Similarly, given your role, I presume that you have detailed information on the number of cases where an FES has been filed, the number of those cases that Merck has then chosen to "push" back into the RP, the remaining number of those cases have returned to the litigation,

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
March 19, 2010
Page 2 of 2

which of those cases have subsequently been dismissed and which remain active. Could you please provide me with that information and with the contact information for all counsel?

Some active steps need to be taken to benefit these claimants. For example, to my knowledge, no member of leadership has provided any support to the multiple claimants whose claims will be dismissed after next Tuesday's hearing:

| | |
|---|---|
| Merck's Eighth Motion to Dismiss Under PTO 29 | 8 Claimants |
| Merck's Fourth Motion to Dismiss Under PTO 43 (47 Plaintiffs dismissed on March 4, 2010) | 2 (or potentially just 1) Claimant |
| Merck's First Motion Under PTO 31 | 125 Pro Se Claimants |
| Merck's First and Third Motions Under PTO 43 | 5 Claimants |

We very much want to work toward organizing all of these remaining cases in a way which will benefit <u>all</u> remaining claimants, not just those with heart attacks or ischemic strokes.

I very much appreciate your cooperation.

Sincerely,

Ann B. Oldfather

ABO/sgp

c:  Shawn G. Foster, Esq. (via email only sfoster@dbjlaw.net)
    Grant Davis, Esq. (via email only gdavis@dbjlaw.net)
    Thomas J. Preuss, Esq. (via email only tjpreuss@wagstaffcartmell.com)