# TAB 2

**OLDFATHER LAW FIRM**
ATTORNEYS AT LAW
1330 SOUTH THIRD STREET
LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER[†]
aoldfather@oldfather.com

VICKI L. BUBA [*]
vbuba@oldfather.com

KIRSTEN R. DANIEL[*]
kdaniel@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

[*] Also admitted in Indiana
[†] Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

April 14, 2010

**VIA E-MAIL AND U.S. MAIL**
Douglas R. Marvin, Esq.
WILLIAMS & CONNOLLY, LLP
725 Twelfth Street, NW
Washington, DC 20005

*RE: Vioxx Litigation MDL 1657*

Dear Doug:

  I received your email yesterday regarding the listing of *all* PTO 28 claimants, and I look forward to receipt of that information at your earliest convenience.

  As you will remember, you and I and Russ Herman discussed my request for contact information on all PTO 28, PTO 29 and PTO 43 cases during the March 23, 2010 status conference. Russ and I have now had an opportunity to discuss this matter further, and Russ has said that he intends to ask Merck to provide me the spreadsheets you said you had on the PTO 29 and PTO 43 cases. You might remember that you committed during our conference to provide the spreadsheets to me if it were agreeable to Russ, as it now is.

  I would also like to work out an agreement regarding receipt of information directly from Brown Greer upon the filing of Future Evidence Stipulations, along with some historical information on all Future Evidence Stipulations that have been filed. I am not aware that this information has been reported at any of the status conferences, but perhaps it has and I missed it.

  I hope that it will not be necessary to file motions regarding these issues with Judge Fallon. It is as important for these remaining claimants to receive vigorous representation, leadership and coordination of their claims as it was for those claimants whose cases have been resolved by Merck and the PSC. I am still hopeful that the IE/NE PSC can work out the assignment of duties with the original PSC, but in all events, these remaining claimants and their attorneys are entitled to coordinate and communicate, and we cannot do so without that contact information. It is my understanding from the comments during the status conference that neither Russ nor the PSC have accumulated contact information on these remaining claims, so that Merck is the only source for this material absent having to cull it from all filings and CTOs in the Clerk's office.

Douglas R. Marvin, Esq.
April 14, 2010
Page 2 of 2

      I look forward to hearing from you at your earliest convenience regarding this request.

                Sincerely,

                Ann B. Oldfather

ABO/mas

c:    Russ M. Herman (via email only)
      Andy D. Birchfield, Jr. (via email only)
      Shawn G. Foster, Esq. (via email)
      Grant Davis, Esq. (via email only)
      Thomas J. Preuss, Esq. (via email only)