PRODUCTS LIABILITY LITIGATION       *

                                    *       SECTION L

                                    *       JUDGE FALLON

                                    *       MAG. JUDGE KNOWLES

                                    *       MDL DOCKET NO. 1657

THIS RELATES TO:

Richard L. Jones v. Merck & Co., Inc.
1:07-cv-03058-WDQ

CLAIMANT:

Richard L. Jones

### NOTICE OF DISMISSAL WITH PREJUDICE OF RICHARD L. JONES

        Pursuant to Rule 68, the Plaintiff gives notice that he is dismissing with prejudice, the claims of Richard L. Jones, ONLY.

                                        _____
                                        Dennis F. O'Brien, Esquire
                                        Dennis F. O'Brien, P.A.
                                        424 Barnes Street, Suite 101
                                        Bel Air, Maryland 21014
                                        (410) 420-7411
                                        (410) 420-6647 Facsimile
                                        *Attorney for Plaintiff Richard L. Jones*

M010F437741

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __13th__ day of October 2008, a copy of the foregoing Notice of Dismissal with Prejudice of Richard L. Jones, was sent, first-class mail, postage prepaid to all parties by Order No. 8B, and:

Russ Herman, Esquire
Herman, Herman, Katz & Coltar
820 O'Keefe Avenue, Suite 4310
New Orleans, Louisiana 70170
*Liason Counsel*

Susan Giamportone, Esquire
Womble, Carlyle, Sandridge & Rice, PLLC
One West Fourth Street
Winston-Salem, North Carolina 27101

Christopher J. Conoscenti, Esquire
Stephen Edward Marshall, Esquire
Paul Farrell Strain, Esquire
Venable, LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
*Attorneys for Defendants Merck & Co., Inc.*

_____
Dennis F. O'Brien, Esquire
Dennis F. O'Brien, P.A.
424 Barnes Street, Suite 101
Bel Air, Maryland 21014
(410) 420-7411
(410) 420-6647 Facsimile
*Attorney for Plaintiff Richard L. Jones*

M01CF43742