UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Thomas Black, et al. v. Merck & Co., Inc., et al. | * * * * | JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Michael McClure, individually and as representative of the estate of Esther McClure | * * * * * | |
| Docket No. 2:06-cv-06442 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Michael McClure, individually and as personal representative of the estate of Esther McClure, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of _____April_____, 2010.

_____
DISTRICT JUDGE