UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                           MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION           SECTION L

                                        Judge Eldon E. Fallon
                                        Magistrate Judge Knowles

-----------------------------------------------------------------------

THIS DOCUMENT RELATES TO:

Kathleen Ackerman, et al.,

    v.                                  Docket No.: 2:06-CV-02198

Merck & Co., Inc., et al.

**Only with regard to:**
**Debra J. Miller and Douglas Miller**

-----------------------------------------------------------------------

**PLAINTIFFS' MOTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(3) TO VACATE, RESCIND OR DECLARE THE RELEASE OF ALL CLAIMS AND OTHER CONSENT THEY GAVE TO ACCEPT THE TERMS OF THE MASTER SETTLEMENT AGREEMENT NULL, VOID AND UNENFORCEABLE, AND, TO VACATE THIS COURT'S ORDER OF NOVEMBER 12, 2009, DISMISSING THEIR ACTION WITH PREJUDICE, and RESTORE THE ACTION TO THE COURT'S DOCKET, AND FOR THE COURT'S RECUSAL AND REFERRAL OF THE INSTANT MOTIONS TO ANOTHER JUDGE FOR DETERMINATION.**

Plaintiffs Debra J. Miller and and her husband Douglas Miller, by and through their attorneys, the Law Office of Ronald R. Benjamin, hereby move this Honorable Court, for good cause shown, for the following relief pursuant to Fed.R.Civ.P. 60(b)(3)::

    (a)   An order vacating, rescinding and/or declaring null, void and

unenforceable, the Release and other consent papers plaintiffs with respect to the Master Settlement Agreement and that resulted in their participating in the settlement program under that agreement;

(b) An order granting plaintiffs relief from the order of dismissal dated November 12, 2009, by vacating the same, and restoring their action to the docket of this Court for further proceedings; and

(c) An order recusing this Court and referring the aforesaid motions to another Judge in this district for determination,

along with such other and further relief as is just and proper under the circumstances.

In support of the relief requested in this motion, plaintiff state the following matters:

1. Based on the factual matters set forth in the Affidavit of Debra J. Miller, with exhibits, submitted in support of this motion, the release and other papers in which she and her husband agreed to participate in the settlement program were the result of fraud, misrepresentation or other misconduct of defendant Merck & Co., Inc., in the course of interfering with the relationship and representation of plaintiffs and their retained attorneys produced by their failure to use independent professional judgment in advising them because of improper considerations and conflicts stemming from the Master Settlement Agreement terms.

2. Based on the factual matters set forth in the Affidavit of Debra J. Miller, submitted in support of this motion, Merck is unjustly enriched and benefits from

plaintiff's detrimental reliance on the advice of her retained counsel that was adversely and improperly influenced and induced by the interference with the attorney-client relationship under the terms of the Master Settlement Agreement, and Merck should not be allowed to benefit from the same.

WHEREFORE, plaintiffs Debra J. Miller and Douglas Miller respectfully move the Court, and the Judge to whom the same is referred, if applicable, to grant the relief sought in the instant motion.

Respectfully submitted,

_____

RONALD R. BENJAMIN Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P O. Box 607
Binghamton, New York 13902-0607
607/772-1442

Attorneys for Plaintiffs in Above-Captioned
Individual Action