UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®                  MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION     SECTION L

                                                   Judge Eldon E. Fallon
                                                   Magistrate Judge Knowles

---

THIS DOCUMENT RELATES TO:

Kathleen Ackerman, et al.,

    v.                                       Docket No.: 2:06-CV-02198

Merck & Co., Inc., et al.

**Only with regard to:**
**Debra J. Miller and Douglas Miller**

---

## PROPOSED ORDER

Considering the foregoing Plaintiffs' Motion to Plaintiffs' Motion to Vacate, Rescind or Declare the Release of All Claims and Other Consent They Gave to Accept the Terms of the Master Settlement Agreement Null, Void and Unenforceable, And, to Vacate this Court's Order of November 12, 2009, Dismissing Their Action, and Restore the Action to the Court's Docket, and for the Court to Recuse Itself and Refer the Instant Motions to Another Judge for Determination,

IT IS ORDERED that the motion for recusal of the Honorable Eldon E. Fallon and referral of the instant motions remaining to another Judge in this district for determination be, and hereby is, granted.

IT IS FURTHER ORDERED that the plaintiffs' motion to rescind, vacate and declare null, void and unenforceable the Release of All Claims and other consent they gave to accept the terms of the Master Settlement Agreement and participate in the settlement program, be and the same hereby is, granted, and the Stipulation of Dismissal With Prejudice As to All Defendants, if filed, and this Court's November 12, 2009 Order of Dismissal with Prejudice be and are hereby striken and vacated respectively, and the plaintiffs' action is hereby restored to the docket of this Court.

NEW ORLEANS, LOUISIANA, this _____ Day of_____, 2010.

_____
DISTRICT JUDGE