UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY :
      LITIGATION :
                               :    MDL 1657
This document relates to:             SECTION: L
Kathleen Ackerman, et al.
v.                               :    JUDGE FALLON
Merck & Co., Inc., et al.         MAGISTRATE JUDGE KNOWLES

Only with regard to:          :
Debra J. Miller and Douglas Miller   :

Docket No.: 2:06-cv-02198        :

--------------------------------------------------- :

CERTIFICATE OF SERVICE

       I hereby certify that on April 26, 2010, the above and forgoing Motion Pursuant to

Federal Rule of Civil Procedure 60(b)(3), Plaintiff's Affidavit in Support, Memorandum of Law

in Support of their Motion and Proposed Order has been served on Liaison Counsel, Russ

Herman and Phillip Wittmann by US Mail and upon all parties by electronically uploading the

same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the

foregoing was electronically filed with the Clerk of the District Court for the Eastern District of

Louisiana by using the CM/ECF system which will send a notice of electronic filing to Phillip

Wittmann, Esq., in accord with the procedures established in MDL 1657.

                                      S/
                               RONALD R. BENJAMIN