UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Margaret Hadley, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** **Harold Perine** | * * * * | |
| *Docket No. 2:05-cv-04775* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Harold Perine in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of _____April_____, 2010.

_____
DISTRICT JUDGE