UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CONNIE REDMAN; LEONARD REED;
CLIFFORD RHOTEN; ZELMA RHOTEN;
JANN RHUDY-WILCOX; NOLEN
WILCOX; LORRAINE RIVERA;
BARBARA RODRIQUE; BARRY
RODRIQUE; JUAN M. RODRIGUEZ;
MARIE RODRIGUEZ; MARGARITO
ROMERO; MARIANO ROMERO;
BETTY RUFF; and RAY RUFF,

        Plaintiffs,

v.

1:07 CV 00977 DJS RHS

MERCK & CO., INC., and
JOHN DOES 1 THROUGH 25,

        Defendants.

## STIPULATION OF DISMISSAL WITH
## PREJUDICE AS TO ALL DEFENDANTS

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Zelma Rhoten, and Clifford Rhoten, wife and husband, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
Richard Sandoval
BRANCH LAW FIRM
Attorneys for Plaintiffs
2025 Rio Grande Blvd. NW
Albuquerque, NM 87104
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-9-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 4-26-10