| | |
|---|---|
| ORALIA F. ALANIZ; ALFRED ARREDONDO; ESTHER MARIE BANKS; MARTHA BRYANT, On Behalf of The Estate of EVA WITT BEAN, Deceased; JUNE BENNETT; AUTHOR ANDREW EUGENE BERKLEY; ZORA P. BILLINGSLEY; MARY JUNE BOYTE; EVA P. BROADAWAY; MARY MARIE BRYAN; SAMUEL LEE BUFFINGTON; HARLAN CANNON; CAROLYN CARTWRIGHT; GAIL CASON; JOSEPH J. CHARBA; JOHN DAVIS; SEVERLA GERMANY; ROY GONZALEZ, On Behalf of The Estate of CARMEN GONZALEZ, Deceased; HELEN GOTHARD, On Behalf of The Estate of BETTY GOTHARD, Deceased; LARRY GRAY; LAINA STORLIE, On Behalf of The Estate of DAISY ELLEN GUTHRIE, Deceased; RILEY HARRIS; MARIEA C. HITE; ANNETTE SCHELLER, On Behalf of The Estate of MARION HODGE, Deceased; JO ANNA M. HUBNER; BONNIE LOUISE JACOBS; MARY JACKSON; EVELYN D. JOHNSON; LYNDA JONES; JAMES E. KIDD; MONROE KILGORE; ROBERT KINNEY, On Behalf of The Estate of ESTELLE KINNEY, Deceased; ADRIAN G. KIRBY; JOEDNA W. KNIGHT; WILLIE B. LOCKHART; PHILLIP MACEDONIA; KATHERINE MAHER; DENNIS MARCH; JANICE S. MADLOCK; DEBBIE E. McCURRY; HOSIE BROWN, On Behalf of The Estate of HOSIE NELSON, Deceased; NORMAN OQUIN; ZOLA MAE OWENS; DEANNA PACUILLI; LARRY JOE PERRY; PHILLIP POLK; SHIRLEY POLK; JANNA MOORE, On Behalf of The Estate of BILLIE REEVES, Deceased; SHIRLEY RICHARD; JIMMY SANDERS, On Behalf of The Estate of THELMA | IN THE UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS MARSHALL DIVISION<br><br>DOCKET NO. 2:06CV-386<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

V1013

ANDERSON SANDERS, Deceased;
JERRY SCHWARTZ; FELIX L.
STEPHENS; DIANNE THOMAS; FAYE
THOMAS; LINDA C. THORNTON;
VELMA RUTH VELA; BOB K. WARE,
On Behalf of The Estate of JOYCE
ETHELYN WARE, Deceased;
DEBORAH S. WHATLEY, On Behalf of
The Estate of JOSEPH S. WHATLEY,
Deceased; NANCY WILKINSON;
HOMMER WILLIAMS; JERRY
WINTER; BETTY J. WOJCIK; J. B.
WORLEY, JR.; JOHN D. WRIGHT, On
Behalf of The Estate of ETHEL
BERNICE WRIGHT, Deceased; ALICE
YEVONNE YORK; CHARLES YORK;
CHARLES YORK, On Behalf of The
Estate of DOROTHY ANN YORK,
Deceased; MATTIE ROBINSON; and
VARICE SMITH, JR.,
    Plaintiffs,

VS.

MERCK & COMPANY, INC.,
    Defendant.

Pursuant to Fed. Civ. P. Rule 41(a), the undersigned counsel hereby stipulate that all claims of plaintiff, Shirley Richard, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Thomas M. Corea, Esq.
**THE COREA FIRM P.L.L.C.**
325 N. St. Paul street, Suite 4150
Dallas, Texas 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901
Attorney for Plaintiff's

Dated: 2-27-08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 4-26-10

V1013