UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Gene Weeks v. Merck & Co., Inc.*, **Case No. 05-4578**

## ORDER

IT IS ORDERED that Plaintiff's Motion to Alter, Amend or Vacate This Court's March 30, 2010 Order of Dismissal (Rec. Doc. No. 39594) is hereby DENIED.

New Orleans, Louisiana, this 23rd day of April, 2010.

_____
United States District Judge