**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05cv04130** |
| Allen Atkinson et al. | PLAINTIFFS |
| **Only with regard to:**<br>**Todd Jelden and Lynette Jelden (h/w)**<br>v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

**PARTIAL COMPLIANCE WITH PTO 43**

* * * * * * *

Come the Plaintiffs, Todd and Lynette Jelden, by counsel, and provide the following Partial Compliance with this Court's PreTrial Order 43. As required by Section II.2 of PTO 43, attached hereto is the Case Specific Expert Report addressed therein.

Plaintiffs have fully complied with Merck's Fourth Motion Under PTO 43, and this Court's Show Cause Orders, and the ruling of the Court at the hearing on March 23, 2010, and accordingly Plaintiffs request that the Order to Show Cause be overruled.

                                                Respectfully submitted,

                                                s/ Ann B. Oldfather
                                                Ann B. Oldfather
                                                KBA Bar #52553
                                                OLDFATHER LAW FIRM
                                                1330 S. Third Street
                                                Louisville, KY  40208
                                                502.637.7200
                                                502.637.3999
                                                aoldfather@oldfather.com
                                                *Counsel for Todd Jelden and Lynette Jeldon*

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of April, 2010.

                                                       s/ Ann B. Oldfather
                                                       Ann B. Oldfather
                                                       KBA Bar #52553
                                                       OLDFATHER LAW FIRM
                                                       1330 S. Third Street
                                                       Louisville, KY 40208
                                                       502.637.7200
                                                       502.637.3999
                                                       aoldfather@oldfather.com
                                                       *Counsel for Todd Jelden and Lynette Jeldon*