UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | * | KNOWLES |

*******************************************************************************

### ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiffs in the cases listed in the attached Exhibit A to show cause on the 13th day of May, 2010, at 1:30 p.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' cases dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).  Plaintiffs shall file and serve upon Liaison Counsel any oppositions to the Rule on or before the 5th day of May , 2010.  Defendant Merck Sharp & Dohme Corp. shall file and serve upon Plaintiffs' Liaison Counsel and plaintiffs' counsel in the above-referenced cases any replies to the oppositions on or before the 12th day of May, 2010.

NEW ORLEANS, LOUISIANA, this  23rd  day of April, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1014239v.1

EXHIBIT A
PTO 43 Motion to Dismiss

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Swe, Gilbert | Barrera, Joseph C., Law Offices of | Beauty Swe | Swe, Gilbert Dr. v. Merck & Co., Inc. | 2:06-cv-08314-EEF-DEK |
| 2. | Gatewood, Burnett | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | Sandra Morrow | Harris, Albert R v. Merck & Co., Inc. | 2:07-cv-09607-EEF-DEK |
| 3. | Lewis, Kimberly | Becnel Law Firm, LLC | | Artis, Dennis v. Merck & Co., Inc. | 2:06-cv-03162-EEF-DEK |
| 4. | Thurmond, Margie | Becnel Law Firm, LLC | | Bean, Carolyn v. Merck & Co., Inc. | 2:05-cv-06197-EEF-DEK |
| 5. | Russel, Donna | Bubalo, Hiestand & Rotman, PLC; Oldfather Law Firm | Robert E. Russel | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| 6. | Gray, Ken | Carey & Danis, LLC | | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 7. | Taylor, Theta | Carey & Danis, LLC | | Durant, Robert v. Merck & Co., Inc. | 2:06-cv-06239-EEF-DEK |
| 8. | Wake, Mervin | Carey & Danis, LLC | | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 9. | Hurst, Jimmy | Edwards Law Firm, The | | Hurst, Jimmy R. v. Merck & Co., Inc. | 2:06-cv-10232-EEF-DEK |
| 10. | McCall, Ronald | Fibich, Hampton & Leebron, LLP | | McCall, Ronald v. Merck & Co., Inc. | 2:06-cv-06807-EEF-DEK |
| 11. | Suttles, Myrtle | Getty & Childers, PLLC | | Suttles, Myrtle v. Merck & Co., Inc. | 2:05-cv-06132-EEF-DEK |
| 12. | Schnepf, James | Harding & Moore | Mary-Ann Schnepf | Schnepf, James K. v. Merck & Co., Inc. | 2:06-cv-00321-EEF-DEK |
| 13. | Mitchell-Cockrell, Barbara | Jones, Jr., Bennie L. & Associates | | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 14. | Mayo, Veronica | Lanier Law Firm, PC | | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 15. | Taylor-Beck, Dimitri | Lanier Law Firm, PC | | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 16. | Novick, Kenneth | Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | | Novick, Kenneth v. Merck & Co., Inc. | 2:07-cv-07756-EEF-DEK |
| 17. | Garcia, Richard | Mainor, Eglet, Cottle LLP | Janet Ann Garcia | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| 18. | Brisbon, Patricia | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |

1

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 19. | Bykowski-Walker, Evelien | Matthews & Associates | | Ackenback, Frank v. Merck & Co., Inc. | 2:06-cv-06943-EEF-DEK |
| 20. | Camp, Jennie | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 21. | Courreges, Sandra | Matthews & Associates | Barbara Lux | Clark, Clara E. v. Merck & Co., Inc. | 2:06-cv-06942-EEF-DEK |
| 22. | Harper, Rodney | Matthews & Associates | | Anderson, Johnny E. v. Merck & Co., Inc. | 2:05-cv-04762-EEF-DEK |
| 23. | Johnson, Pauline | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 24. | Kaar, Lillian | Matthews & Associates | | Jenkins, Kenneth v. Merck & Co., Inc. | 2:06-cv-07116-EEF-DEK |
| 25. | McCoy, Peggy | Matthews & Associates | | Cable, Linda M. v. Merck & Co., Inc. | 2:05-cv-04759-EEF-DEK |
| 26. | Simpson, JoAnn | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 27. | Songer, Doris | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 28. | Williams, Shauna | Matthews & Associates | | Rockingham, Valerie v. Merck & Co., Inc. | 2:06-cv-07115-EEF-DEK |
| 29. | Grice, Daisey | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 30. | Hall, Suzie | Murray Law Firm | | Ruffino, Marilyn v. Merck & Co., Inc. | 2:05-cv-05443-EEF-DEK |
| 31. | Johnson, Bill | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 32. | Meadows, Essie | Murray Law Firm | | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 33. | Bilal, Jamaal | Pro Se | | Bilal, Jamal A. v. Merck & Co., Inc. | 2:06-cv-02364-EEF-DEK |
| 34. | Ford, Donald | Pro Se | | Ford, Donald D. v. Merck & Co., Inc. | 2:05-cv-06207-EEF-DEK |
| 35. | Lyon, Robert | Pro Se | | Lyon, Robert v. Merck & Co., Inc. | 2:07-cv-01077-EEF-DEK |
| 36. | Collier, Deborah | Salim, Robert L. | | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 37. | Beasley, Sherwood | The Law Group, Ltd. | Lisa Beasley | Beasley, Sherwood v. Merck Sharp & Dohme Corp. | 2:09-cv-07790-DEK-EEF |
| 38. | Williams, Johnny | The Simon Law Firm, PC | | Vick, Sonya v. Merck & Co., Inc. | 2:05-cv-01054-EEF-DEK |

2

|  | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 39. | Facenda, Estelle | Weykamp, Paul A., Law Offices of | Leo Facenda | Facenda, Estelle v. Merck & Co., Inc. | 2:05-cv-05102-EEF-DEK |
| 40. | Hudson, Doris | Weykamp, Paul A., Law Offices of | Sharon Lawson | Lawson, Sharon v. Merck & Co., Inc. | 2:05-cv-05116-EEF-DEK |
| 41. | Palmore, Terrell | Yearout & Traylor, P.C. |  | Palmore, Terrell v. Merck & Co., Inc. | 2:06-cv-10075-EEF-DEK |

1014235v.1
1014249v.1