UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Matthew Cavallo, *et al.* v. Merck & Co., Inc., *et al.*, 2:05-cv-01513-EEF-DEK

## MERCK & CO., INC.'S NOTICE OF DEPOSITION OF MATTHEW CAVALLO

PLEASE TAKE NOTICE that the deposition of Plaintiff **Matthew Cavallo** will be held on **May 20, 2010, at 10:00 a.m.** at Norwich Courtyard Marriott, 181 West Town Street, Norwich, CT 06360. The deposition will be taken by a certified court reporter and may be used at trial.

Additionally, the Plaintiff is directed to produce copies of the following documents to Williams & Connolly LLP, 725 12th Street, N.W., Washington, D.C. 20005 for receipt no later than May 6, 2010 and bring the originals to the deposition:

With the exception of the records already produced to Merck by the Plaintiff in this case, please produce all documents within your possession, custody or control that relate to or refer to any or all of the following:

1.  All writings in Plaintiff's possession, custody or control regarding VIOXX.

2. All writings created or stored electronically, including, but not limited to, e-mail messages, web files, and word processing files, relating to or discussing VIOXX or Plaintiff's ingestion of VIOXX in Plaintiff's possession, custody or control.

3. All prescriptions, prescription records, and receipts for VIOXX® in Plaintiff's possession, custody or control.

4. All VIOXX tablet(s) prescribed to or otherwise obtained by Plaintiff, which have not been ingested, in Plaintiff's possession, custody or control (this item may be produced at the deposition).

5. All containers and packaging which contain or contained VIOXX in Plaintiff's possession, custody or control (this item may be produced at the deposition).

6. All records, including physician or office records, that show the period during which Plaintiff took VIOXX, the dosage of VIOXX, and the frequency with which the Plaintiff took VIOXX in Plaintiff's possession, custody or control.

7. All personal diaries, calendars, journals, logs, or similar materials in Plaintiff's possession, custody or control that relate to Plaintiff's mental or physical condition at any time, including his physical and mental conditions before, during and after ingestion of Vioxx.

8. All writings concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to Plaintiff when the Plaintiff's VIOXX prescription was filled or when the Plaintiff otherwise obtained VIOXX in Plaintiff's possession, custody or control.

9. All prescriptions, prescription records, drug containers, bottles, labels, package inserts, warnings, and/or instructions relating to any prescription drug, over-the-counter drug, medication, herbal remedy or medical preparation taken by Plaintiff in the past ten (10) years in Plaintiff's possession, custody or control.

Dated: April 27, 2010

                            Respectfully submitted,

By:   */s/ Eva Petko Esber*
       Douglas R. Marvin
       Eva Petko Esber
       WILLIAMS & CONNOLLY LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       Phone: 202-434-5000
       Fax:    202-434-5029

       Attorneys for Merck & Co., Inc.

       —and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition of **Matthew Cavallo** has been served on Plaintiff's Counsel, Ronald R. Benjamin, Law Office of Ronald R. Benjamin, 126 Riverside Drive, P. O. Box 607, Binghamton, NY 13902-0607, by U.S. Mail and facsimile, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of April, 2010.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone: 504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com