**TAB 1**

Click to Print                                                                        Printed on: Wednesday, April 21, 2010 10:55:54 EDT

# Case History Search
Search Created:
Wednesday, April 21, 2010 10:55:54 EDT

| Court: | LA US District Court Eastern District E-Service-Vioxx | Judge: | Judge, Louisiana Vioxx | File & Serve Live Date: | 11/16/2005 |
|---|---|---|---|---|---|
| Division: | N/A | Case Number: | 2:05cv04981 | Document(s) Filed: | 32 |
| Case Type: | Product Liability-Pharmaceutical(4) | Case Name: | Carver, Roger vs Merck & Co Inc | Date Range: | All |

1-15 of 15 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 29838640 | 3/2/2010 4:02 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Signed Order Granting Motion to Reassign Hearing date | 0.1MB |
| 29767475 | 2/25/2010 5:10 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Order Granting Motion to Reassign Hearing Date | 0.1MB |
| 29716596 | 2/23/2010 4:53 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Ann B Oldfather, Oldfather Law Firm | Motion | to reassign Hearing From February 26, 2010 | 0.1MB |
| 29667418 | 2/19/2010 8:37 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Brief | Memorandum in Opposition to Plaintiff Carver's Motion to Set Aside Order of Dismissal | 0.1MB |
| 29386462 | 2/3/2010 4:43 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Order Resetting hearing with Oral Argument for February 26, 2010 after the status conference | 0.1MB |
| 29313677 | 2/1/2010 8:30 AM CST | Serve Only - Private | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Ann B Oldfather, Oldfather Law Firm | Motion | Motion to Set Aside Order of Dismissal | 0.1MB |
|  |  |  |  |  | Affidavit | Affidavit of Roger Carver | 0.1MB |
| 29313655 | 2/1/2010 8:26 AM CST | Serve Only - Private | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Ann B Oldfather, Oldfather Law Firm | Entry of Appearance | Entry of Appearance | 0.1MB |
| 22016359 | 10/17/2008 2:08 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Dismissing Plaintiffs | 0.2MB |
| 21900154 | 10/8/2008 9:49 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Reply | Defendant's Reply in Support of Its Second Motion, Rule and Incorporated MEmorandum to Show Cause Why Cases Should Not Be Dismissed For Failure to Comply With the Lone Pine Requirements of PTO 28 | 0.1MB |
|  |  |  |  |  | Exhibits | Exhibit A | 0.1MB |
|  |  |  |  |  | Exhibits | Exhibit B | 0.1MB |
|  |  |  |  |  | Exhibits | Exhibit C | 0.1MB |
| 21709127 | 9/26/2008 2:51 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Setting Hearing on 2nd Lone Pine Motion for October 10, 2008 at 10:00 am | 0.1MB |

https://w3.fileandserve.lexisnexis.com/SearchReport/DocsByCase.aspx?t=4&s=1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 21615786 | 9/19/2008 3:33 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Motion | Defendant's Second Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Ex A | 0.1MB |
| | | | | | Exhibits | Ex B | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18831837 | 3/3/2008 4:17 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Shari Wright, Reich & Binstock LLP | Notice | Carver, Roger - Statement of Notices Sent | 0.7MB |
| 12928727 | 11/15/2006 4:53 PM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Shari Wright, Reich & Binstock LLP | Discovery Response | Carver, Gail - Deficiency Answers | 0.1MB |
| | | | | | Plaintiff Profile Form | Carver, Gail - Plantiff Profile Form | 0.1MB |
| | | | | | Discovery Response | Carver, Gail - Order Appointing Administrator | 0.1MB |
| | | | | | Discovery Response | Carver, Gail - Death Certificate | 0.1MB |
| | | | | | Discovery Response | Carver, Gail - Revised Medical Authorizations | 0.3MB |
| | | | | | Discovery Response | Carver, Gail - Diagnostic Tests | 0.1MB |
| | | | | | Discovery Response | Carver, Gail - Express Scripts 1999-2002 | 1.6MB |
| | | | | | Discovery Response | Carver, Gail - Express Scripts2 | 0.5MB |
| | | | | | Discovery Response | Carver, Gail - Lawrence General Hospital | 0.8MB |
| | | | | | Discovery Response | Carver, Gail - Stop & Shop Pharmacy | 0.7MB |
| 12692218 | 10/20/2006 4:19 PM CDT | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Shari Wright, Reich & Binstock LLP | Discovery Response | Carver, Gail - Deficiency Answers | 0.1MB |
| | | | | | Plaintiff Profile Form | Carver, Gail - Plantiff Profile Form | 0.1MB |
| 7695990 | 12/21/2005 11:49 AM CST | Serve Only - Public | 2:05cv04981 Carver, Roger vs Merck & Co Inc | Thomas P Owen, Stanley Flanagan & Reuter | Answer | Answer of Defendant Merck & Co., Inc. | 0.3MB |

1-15 of 15 transactions   <<Prev Page 1 of 1 Next>>