**TAB 2**

CLOSED, CONSOL, VIOXX

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-cv-04981-EEF-DEK

Carver v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Cause: 28:1332 Diversity-Product Liability

Date Filed: 10/17/2005
Date Terminated: 10/17/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Roger Carver**
*Individually and as Representative of the Estate of Gail F Carver*

represented by **Dennis Reich**
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027
713-622-7271
Email: dreich@reichandbinstock.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ann B. Oldfather**
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
502-637-7200
Fax: 502-637-3999
Email: aoldfather@oldfather.com
*ATTORNEY TO BE NOTICED*

**Robert J. Binstock**
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027
713-622-7271

**Shari A. Wright**
Reich & Binstock
4265 San Felipe
Suite 1000
Houston, TX 77027
713-622-7271
Email: swright@reichandbinstock.com

V.

**Defendant**

| | | |
|---|---|---|
| **Merck & Co Inc** | represented by | **Richard C. Stanley**<br>Stanley, Reuter, Ross, Thornton & Alford, LLC (New Orleans)<br>LL&E Tower<br>909 Poydras St.<br>Suite 2500<br>New Orleans, LA 70112<br>504-523-1580<br>Email: rcs@sfrlawfirm.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Bryan C. Reuter**<br>Stanley, Reuter, Ross, Thornton & Alford, LLC (New Orleans)<br>LL&E Tower<br>909 Poydras St.<br>Suite 2500<br>New Orleans, LA 70112<br>504-523-1580<br>Email: bcr@sfr-lawfirm.com<br><br>**Carmelite M. Bertaut**<br>Stone, Pigman, Walther, Wittmann, LLC (New Orleans)<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>(504) 581-3200<br>Email: cbertaut@stonepigman.com<br><br>**Dorothy Hudson Wimberly**<br>Stone, Pigman, Walther, Wittmann, LLC (New Orleans)<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>(504) 593-0849<br>Fax: (504) 596-0849<br>Email: dwimberly@stonepigman.com<br><br>**Phillip A. Wittmann**<br>Stone, Pigman, Walther, Wittmann, LLC (New Orleans)<br>546 Carondelet St.<br>New Orleans, LA 70130-3588<br>504 -581-3200<br>Email: pwittmann@stonepigman.com<br>*ATTORNEY TO BE NOTICED*<br><br>**Thomas P. Owen , Jr.**<br>Stanley, Reuter, Ross, Thornton & Alford, LLC (New Orleans)<br>LL&E Tower<br>909 Poydras St. |

Suite 2500
New Orleans, LA 70112
504-523-1580
Fax: 504-524-0069
Email: tpo@sfr-lawfirm.com

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2005 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $ 250.) filed by Roger Carver. (Attachments: # 1 Pretrial Order #14)(blg, ) (Entered: 11/14/2005) |
| 10/17/2008 | 2 | ORDERED that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice. Signed by Judge Eldon E. Fallon on 10/16/2008.(cms, ) (Entered: 11/04/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/21/2010 10:19:56 | | | |
| **PACER Login:** | om0044 | **Client Code:** | 1414 |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-04981-EEF-DEK |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |

https://ecf.laed.uscourts.gov/cgi-bin/DktRpt.pl?14403010152717-L_534_0-1