# TAB 3

May 12, 2006

Shari A. Wright
Attorney At Law
Reich & Binstock, LLP
4265 San Felipe, Suite #1000
Houston, TX  77027

Re:  Gail Carver – Vioxx Litigation

Dear Shari,

Just a note to clarify some points discussed in our recent telephone conversation on Tuesday, March 9, 2006.

My wife, Gail Carver, was first issued a Vioxx prescription from Stop & Shop Pharmacy per their records on November 16, 1999. She may have been given a few days samples earlier by her primary care physician, Dr. Sunit Mukherjee. Gail suffered a major heart attack on November 28, 1999 at Lawrence General Hospital Emergency Room after being transported by ambulance with chest pains.

Gail later changed her prescription provider to Express Scripts, a mail order pharmacy, which allowed her to receive a 90-day supply. (See enclosure, Vioxx Prescription History).

She was admitted to Lawrence General Hospital on September 16, 2002 and was transferred to Sutton Hill Center, a skilled nursing facility, on September 20, 2002 for physical therapy. On October 16, she was transported to Lawrence General Hospital Emergency Room where she passed away at 3:15 p.m. The cause of death was determined to be Pulmonary Embolism, Deep-Vein Thrombosis.

I hope this answers your questions regarding the prescription providers and the hospitalization and nursing home admission dates.

Thank you for your attention.

Respectfully,

*[signature]*

Roger Carver
12 Briarwood Court
North Andover, MA  01845
978-681-7704

Enclosure:  Vioxx Prescription History

## VIOXX PRESCRIPTION HISTORY *

## GAIL CARVER

<u>STOP & SHOP PHARMACY</u>    <u>EXPRESS SCRIPTS PHARMACY</u>

| | |
|---|---|
| Nov 16, 1999  30 (25mg) | Aug 22, 2001  90 |
| Nov 26, 1999  60 (25mg) | Nov 06, 2001  90 |
| Jan 19, 2000  60 (25mg) | Jan 15, 2002  90 |
| Feb 18, 2000  60 (25mg) | Mar 27, 2002  90 |
| Mar 19, 2000  60 (25mg) | Jun 11, 2002  90 |
| Apr 17, 2000  34 | |
| May 22, 2000  30 | |
| Jul 13, 2000  30 | |
| Aug 08, 2000  34 | |
| Sep 11, 2000  34 | |
| Oct 04, 2000  30 | |
| Nov 15, 2000  30 | |
| Dec 15, 2000  30 | |
| Jan 15, 2001  30 | |
| Feb 07, 2001  30 | |
| Mar 11, 2001  30 | |
| Apr 12, 2001  30 | |
| May 10, 2001  30 | |
| Jun 08, 2001  30 | |
| Jul 12, 2001  30 | |
| Aug 08, 2001  30 | |

\* Vioxx Prescriptions summarized from Stop & Shop Pharmacy and Express Script Pharmacy Statements – All prescriptions for 50 mg unless otherwise noted.

December 6, 2005

Christen Wiese
Reich & Binstock, LLP
4265 San Felipe, Suite #1000
Houston, TX  77027

Re:  Gail Carver – Vioxx Litigation

Dear Christen,

This is a follow-up to the Fax I sent to you yesterday.

Here is a summary listing of Diagnostic Tests for Gail Carver that I was able to identify from Health Insurance Explanation of Benefits Statements dating from 1996.

There are other Diagnostic Tests performed by the hospitals listed in the Chart of Medical Providers that should be available from the records that you will be soliciting.

In addition, while researching the insurance history, I discovered information that was omitted on the list of medical providers that I had furnished earlier.  New England Neurological Associates, 220 Sutton St., North Andover MA, 01845, treated Gail for back pain.  She had office/outpatient visits with Dr. Edward Cox on 05/15/2001 and 08/14/2001, and by Dr. Sara Lee on 05/16/2001 and 08/02/2001.

Please contact me at any time should you need additional information.

Thank you for your attention.

Respectfully,

Roger Carver
12 Briarwood Court
North Andover, MA  01845
978-681-7704

Enclosure:

Diagnostic Tests – Summary Listing

GAIL F CARVER -- DIAGNOSTIC TESTS – SUMMARY LISTING

| DATE OF SERVICE | PROVIDER | DESCRIPTION | PHYSICIAN |
|---|---|---|---|
| 09-19-96 | Salem Hospital | Laboratory | M.S. Fisher MD |
| 11-20-96 | Charter Professional Svcs | Chemistry/Lab | M.S. Fisher MD |
| 07-23-97 | Merrimack Medical Lab | Chemistry/Lab | Not Stated |
| 01-07-98 | Merrimack Medical Lab | Chemistry/Lab | Not Stated |
| 06-09-98 | Lawrence General Hosp | Cat Scan – Body | Not Stated |
| 06-09-98 | L&M Radiology | Diagnostic Radiology | D.M. Novick MD |
| 06-23-98 | Merrimack Medical Lab | Chemistry/Lab | Not Stated |
| 11-20-98 | Lawrence General Hosp | Mammography | Not Stated |
| 12-14-98 | Lawrence General Hosp | Ultra Sound | Not Stated |
| 12-14-98 | L&M Radiology | Diagnostic Ultra Sound | B.P. Murphy MD |
| 11-05-99 | L&M Radiology | Diagnostic Radiology | D.A. Zambuto MD |
| 11-18-99 | Chelsea MRI | Diagnostic Radiology | K.R. Davis MD |
| 11-28-99 | L&M Radiology | Diagnostic Radiology | B.P. Murphy MD |
| 11-29-99 | L&M Radiology | Diagnostic Radiology | W.A. Wivell MD |
| 12-01-99 | L&M Radiology | Diagnostic Radiology | W.A. Wivell MD |
| 03-21-00 | L&M Radiology | Diagnostic Radiology | J.P. Keefe MD |
| 06-12-00 | L&M Radiology | Diagnostic Radiology | B.P. Murphy MD |
| 07-01-00 | L&M Radiology | Diagnostic Radiology | M.G. Goldstein |
| 07-03-00 | L&M Radiology | Diagnostic Radiology | J.P. Keefe MD |
| 08-04-00 | Pathology Assoc/Lawrence | Nuclear Medicine | R.A. Schafer MD |
| 09-07-00 | Pathology Assoc/Lawrence | Nuclear Medicine | Not Stated |
| 09-13-00 | L&M Radiology | Diagnostic Radiology | J.P. Keefe MD |
| 12-05-00 | Pathology Assoc/Lawrence | Nuclear Medicine | Not Stated |
| 01-03-01 | L&M Radiology | Chemistry Lab | Not Stated |
| 05-02-01 | Pathology Assoc/Lawrence | Nuclear Medicine | Not Stated |
| 05-08-01 | Merrimack Medical Lab | Laboratory | Not Stated |
| 05-09-01 | Rehab Assoc/New England | Diagnostic Radiology | Not Stated |
| 06-14-00 | L&M Radiology | Tests | B.P. Murphy MD |
| 06-27-00 | Tustin Teleradiology | Diagnostic Radiology | Not Stated |
| 07-26-00 | Merrimack Medical Lab | Chemistry Lab | Not Stated |
| 05-10-01 | L&M Radiology | Professional Svcs | A.G. Pratt MD |
| 09-17-02 | L&M Radiology | Outpatient X-Ray | B.P. Murphy MD |
| 09-29-02 | L&M Radiology | Outpatient X-Ray | M.M Belkin MD |
| 10-16-02 | L&M Radiology | Outpatient X-Ray | B.P. Murphy MD |

Salem Hospital, 81 Highland Ave. Salem MA  01970
Charter Professional Services, 55 Highland Ave. Salem MA  01970
Merrimack Medical Lab, (address not stated – no telephone directory or internet listing)
Lawrence General Hospital, One General St. Lawrence MA  01841
L and M Radiology, P.O. Box 847235, Boston MA  02284-7235
Chelsea MRI, 80 Everett Ave. Chelsea MA  02150
Pathology Associates of Lawrence (address not stated – no directory or internet listing)
Rehabilitation Associates of New England, 220 Sutton St. North Andover MA  01845
Tustin Teleradiology (address not stated – no directory or internet listing)

October 26, 2005

Reich & Binstock, LLP
4265 San Felipe, Suite #1000
Houston, TX 77027

Re: Gail Carver – Vioxx Litigation

Dear Ali and Attorney Shari Wright,

    I am enclosing an amended Chart of Medical Providers on behalf of my wife, Gail Carver. I have provided as much information as I have been able to reconstruct from health insurance and medicare statements from the time of her first heart attack, which occurred in November 1996.

    Also enclosed is a copy of prescription history from Stop & Shop Pharmacy, a retail pharmacy, which indicates that the first prescription for Vioxx was issued on November 26, 1999 (page 8, item 6).

    I have requested prescription history from the mail order pharmacy, Express Scripts, and have confirmation that that information is in process and will be mailed to me shortly. I will forward a copy to you upon receipt.

    Please contact me at any time should you need additional information.

    Thank you for your attention.

Respectfully,

Roger Carver
12 Briarwood Court
North Andover, MA 01845
978-681-7704

Enclosures:

Amended Chart of Medical Providers
Stop & Shop Pharmacy Prescription History

## CHART OF MEDICAL PROVIDERS - GAIL F CARVER – Amended October 26, 2005

| Provider | Address/Phone | Service |
|---|---|---|
| Dr. Sunit Mukherjee | 232 Sutton St. North Andover, MA 01845<br>978-975-2300 | Primary Care Physician/Cardiologist<br>Nov 1996 – Oct 2002 |
| Lawrence General Hospital | 1 General St. Lawrence, MA 01841<br>978-683-4000 | Emergency Medical Services<br>Sep 2002 – Oct 2002<br>Jun 13 2000 – Jun 26 2000<br>Heart Attacks – Nov 1996 and<br>Nov 28 1999 – Dec 03 1999 |
| St. Elizabeth's Medical Center | 736 Cambridge St. Brighton, MA 02135<br>617-789-3200 | Angioplasty Procedures<br>Nov 11 1996 & Dec 03 1999 |
| Holy Family Hospital | 70 East St. Methuen, MA 01844<br>978-687-151 | Emergency Room – Observation<br>Aug 19, 2002 |
| Northeast Rehabilitation Hospital | 70 Butler St. Salem, NH 03079 | Outpatient Therapy – 5 Visits<br>May 18 2001 – June 11 2001 |
| Sutton Hill Center | 1801 Turnpike St. North Andover, MA 01845<br>978-688-1212 | Skilled Nursing Facility - Therapy<br>Sep 2002 – Oct 2002 |
| Wingate at Andover | 80 Andover St. Andover MA 01810<br>978-470-3434 | Skilled Nursing Facility - Therapy<br>Jun 26 2000 – Jul 01 2000<br>Jul 07 2000 – Jul 13 2000 |
| Home Health VNA | 360 Merrimack St. Lawrence, MA 01843<br>978-552-4000 | Skilled Nurse/Physical Therapist<br>Jul 14 2000 – Aug 8 2000 |
| Stop & Shop Pharmacy | 757 Turnpike St. North Andover, MA 01845<br>978-683-4925 | Retail Pharmacy<br>Jan 01 1999 – Oct 18 2005 |
| Express Scripts | 3684 Marshall Lane, Bensalem, PA 19020<br>800-892-5119 | Mail Order Pharmacy<br>To Oct 16 2002 |