**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv00781** |
| **Donna C. Russel and**<br>**Robert E. Russel (h/w)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \* \* \*

**MOTION TO DENY SHOW CAUSE ORDER RELATIVE TO**
**DONNA RUSSEL ON MERCK'S FIFTH MOTION TO DISMISS**
**UNDER PTO 43 and ALTERNATIVE MOTION DIRECTING RETURN OF**
**SETTLEMENT DOCUMENTS AND EXTENSION OF TIME TO COMPLY WITH**
**LONE PINE REQUIREMENTS OF PTO 43**

Donna Russel elected to proceed with litigation after she was found ineligible to participate in the Vioxx Resolution Program. She filed a timely and complete Future Evidence Stipulation, which contained the entirety of the Stipulation but which omitted the first page of instructions to claimant. Merck instructed the Claims Administrator to reject the Future Evidence Stipulation. Without any notice to Ms. Russel or her counsel, a Notice of Rejection was posted on the Brown Greer web site, which Ms. Russel's counsel discovered only by happenstance. Fortunately, the time period for requesting leave to cure (within the strictures of procedures enacted by Merck in late 2009) had not expired, and Ms. Russel's counsel was able to timely request leave to cure. Ms. Russel submitted another Future Evidence Stipulation, this time including the instruction page. The forms utilized by Merck throughout this process notified Ms. Russel that Merck would advise her counsel whether the request for leave to cure had been granted.

As recently as April 19, 2010, Ms. Russel's counsel checked on whether Merck had granted the leave to cure the supposedly incomplete Future Evidence Stipulation. Brown Greer advised Ms. Russel's counsel that Merck had not yet ruled on the request for leave to cure. Two days later, Merck filed its Fifth Motion to Dismiss for Failure to Comply with the *Lone Pine* Requirements of PTO 43, and included Ms. Russel's claim within that Motion.

The Affidavit of Ms. Russel's counsel, Leslie Cronen, together with supporting attachments, is provided herewith.

Merck should not be allowed to have it both ways. When a claimant is understandably waiting on Merck's determination as to whether her request for leave to cure will be granted, Merck should likewise refrain from procedural motions to dismiss her claim.

Accordingly, Ms. Russel hereby moves the Court to enter an Order denying the motion to show cause as it pertains to her claim.

Alternatively, Ms. Russel moves the Court to enter an Order requiring Merck to return the Release and Stipulation of Dismissal provisionally provided by her upon entry into the Vioxx Resolution Program, and to grant her a period of thirty (30) days within which to comply with the *Lone Pine* requirements of PTO 43.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Donna C. Russel and Robert E. Russel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of April, 2010.

                                      s/ Ann B. Oldfather
                                      Ann B. Oldfather
                                      KBA Bar #52553
                                      OLDFATHER LAW FIRM
                                      1330 S. Third Street
                                      Louisville, KY   40208
                                      502.637.7200
                                      502.637.3999
                                      aoldfather@oldfather.com
                                      *Counsel for Donna C. Russel and Robert E. Russel*