# TAB 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY
LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number:  2:06cv00781**

**Donna C. Russel and**
**Robert E. Russel (h/w)**

PLAINTIFFS

**v.**

**Merck & Co., Inc.**

DEFENDANTS

## AFFIDAVIT OF LESLIE M. CRONEN, ESQ.

Comes the affiant, Leslie M. Cronen, and for her sworn Affidavit states as follows:

1.      I am a resident of the Commonwealth of Kentucky and am over eighteen (18) years of age;

2.      I am a duly licensed attorney and am actively practicing in this Commonwealth;

3.      I have personal knowledge of the matters set forth herein;

4.      On February 8, 2010, we timely submitted an original Future Evidence Stipulation ("FES") for Donna Russel (VCN 1087787).  This submission contained all material and substantive pages.  (See Attachment A – first FES submitted for Donna Russel.)

5.      On February 15, 2010, the Claims Administrator posted a Notice of Rejection of FES on the portal.  However, unlike other instances where a claimant's status changes, no email notification was sent to counsel to inform us that our portal had new or updated notices that required attention.  As such, we only happened upon the change in status and Notice of Rejection

approximately two weeks later when checking the status of other claimants enrolled in the Resolution Program. (See Attachment B – Notice of Rejection.)

6.     The Notice of Rejection was very vague regarding the deficiency alleged. Rather than specifically informing counsel as to the reason it had been rejected by Merck, the Notice listed several "possible" deficiencies. After reviewing our file, we finally figured out that Merck had rejected Ms. Russel's FES because we had not included the instruction page (page 1) as part of the signed and submitted FES. There was nothing on the instruction page that directed that it should be returned with the signed FES. The instruction page contained instructions to the *claimant* and there was no obvious reason why it needed to be part of the finalized FES, which had been filed timely with all substantive pages. In fact, it was not until March 16, 2010 (after the rejection of Ms. Russel's FES), that the Claims Administrator sent an email blast to all primary counsel informing them that the Instruction Page must be submitted with a completed FES. (See Attachment C – email from Claims Administrator.)

7.     The Notice of Rejection for Ms. Russel's FES included a deadline to Request Leave to Cure and to Submit a Corrected FES no later than March 2, 2010, and specified that the new FES would have to be postmarked no later than this date. The Notice further indicated that a cure would be allowed only "for good cause shown," but offered no other guidance on the standards by which Merck would review or accept a new FES.

8.     On March 1, 2010, I timely requested "leave to cure" via email to the Claims Administrator's general email address, as well as our firm's specific contact at BrownGreer. (See Attachment D – email to Claims Administrator and David Smith.) The claimant timely mailed a new FES, complete with instruction page but otherwise unchanged, on March 2, 2010 to the Claims Administrator.

9.      Pursuant to an email blast notification from the Claims Administrator in October, 2009, counsel understood that the Claims Administrator would review and notify primary counsel of either acceptance or rejection of the newly submitted FES.  (See Attachment E – email from Claims Administrator.)

10.     On April 17, 2010, Ann Oldfather requested an update on whether Merck had finally accepted the "cured" FES.  Our Vioxx portal still noted the current status as the Notice of Rejection from February.  On April 19, 2010, I emailed David Smith at BrownGreer asking for an update on the status of the "cured" and newly submitted FES.

11.     On April 19, 2010, I received confirmation from Brown Greer that the corrected FES was submitted within the deadline and was forwarded to Merck on March 16, 2010. However, as of April 19, BrownGreer still had not been told by Merck, and hence had not informed counsel or Ms. Russel, whether the cured FES had been accepted.  (See Attachment F – email from David Smith.)  As of the date of this Affidavit, the status of Ms. Russel's FES has not changed on the portal and no additional information regarding acceptance or rejection of the "cured" FES has been received.

12.     On April 23, 2010, counsel received Merck's Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not by Dismissed Without Prejudice for Failure to Comply with PTO 43.  This Motion included Donna Russel as one of the claimants for whom Merck is seeking dismissal.  None of this history is set forth in Merck's motion.

Further, affiant sayeth not.

LESLIE M. CRONEN

COMMONWEALTH OF KENTUCKY

COUNTY OF JEFFERSON

    Subscribed, sworn to and acknowledged before me by Leslie M. Cronen, this 26th day of April, 2010.

    My commission expires:    My Commission Expires September 28, 2013

                             *Melissa E. Golladay*

                         Notary Public, Kentucky at Large

# Attachment A

# BUBALO, HIESTAND
# & ROTMAN, PLC
### CIVIL TRIAL ADVOCATES

**Christine Fugate**
Litigation Paralegal
Direct 502.753.1610
cfugate@BHTrialLaw.com
www.BHTrialLaw.com

9300 Shelbyville Road · Ste 215
Louisville, Kentucky 40222
Telephone 502.753.1600
Toll Free 866.870.2489
Fax 502.753.1601

February 8, 2010

Claims Administrator
PO Box 85031
Richmond, VA 23285-5031

                              *Re:    VCN 1087787, Donna Russel*

Dear Claims Administrator,

    Enclosed are the signed, notarized Future Evidence Stipulations for the above-referenced claimants.

    Please advise if you have any additional questions regarding this claims package.

    Very truly yours,

*Christine Fugate*

Christine Fugate

LMC/cf
cc:    Ann B. Oldfather (via email only)

Offices also at 1344 South Broadway, Lexington, Kentucky 40504
Telephone 859.519.1750 · Toll Free 866.806.8770 ·Fax 859.519.1751

*Confidential Information*

| V2058 | **FUTURE EVIDENCE STIPULATION**<br>Date of Notice: 1/13/10<br>Deadline to Submit FES: 2/12/10 |
|---|---|

| **A. Claimant Information** | | | | | |
|---|---|---|---|---|---|
| **Name** | First<br>Donna | | MI<br>C. | | Last<br>Russel |
| **SSN** | | | **VCN** | 1087787 | |
| **Primary Counsel** | Bubalo, Hiestand & Rotman, PLC | | | | |
| **Primary Injury Claimed** | IS | | **Date of Injury** | 11 / 21 / 01<br>(Month/Day/Year) | |
| **Secondary Injury Claimed** | | | **Date of Injury** | ___ / ___ / ___<br>(Month/Day/Year) | |

**B. Stipulation Terms**

This Stipulation pertains to the Settlement Agreement ("the Agreement") dated November 9, 2007, incorporated herein by reference, including but not limited to the program for resolution of claims relating to the use of Vioxx described therein (generally and collectively referred to herein as the "Resolution Program" or the "Program").

I hereby stipulate and agree to the following:

1. I have received a determination from the Claims Administrator that I have not been found to be a Qualifying Program Claimant under the terms of the Agreement. I understand that the Claims Administrator has found under the terms of the Agreement that I [or the individual for whom I act as an agent or representative with respect to their claims, or as personal representative of their estate, or the individual with respect to whom I brought a derivative claim]: (a) did not experience a myocardial infarction ("MI" or heart attack), sudden cardiac death ("SCD"), or ischemic stroke, as those injuries are defined by the Agreement; and/or (b) did not have sufficient evidence to establish receipt of 30 Vioxx pills within a 60 day period as required by the Program; and/or (c) did not experience a MI, SCD or ischemic stroke within fourteen days of the last use of Vioxx as required by the Program. I further understand that the Gates Committee has not subsequently overturned the determination of the Claims Administrator, or otherwise deemed me to be a Qualifying Program Claimant.

2. I understand that I now have the option of (a) taking no further action under the Program; (b) seeking an appeal within the terms of the Program or (c) taking steps to exit from the Program under the terms of the Agreement.

3. By executing this Stipulation, I elect not to appeal the claim in the Program, and I understand that, under the terms of the Agreement, following the execution of this Stipulation, the Release and Stipulation of Dismissal I provided under the Agreement will be returned to me on or before Final Payments are made for the injury I alleged.

4. I further understand and specifically acknowledge and stipulate that if I should decide to pursue the claim outside of the Program, I may not make any allegations or introduce any evidence regarding: (a) Vioxx usage, including but not limited to the dose, duration, consistency of Vioxx usage, and/or alleged proximity of use of Vioxx to the date of alleged injury; (b) medical history; and/or (c) alleged injury, other than as were made and included in the Program through the Claims Package associated with my claim. I have reviewed the contents of the Claims Package associated with my claim and have certified its contents.

*Confidential Information*

| V2058 | **FUTURE EVIDENCE STIPULATION**<br>**Date of Notice: 1/13/10**<br>**Deadline to Submit FES: 2/12/10** |
|---|---|

5.  I further understand and stipulate that the limitations imposed under paragraph four, above, remain applicable even if I obtain new evidence or documentation after the date of this Stipulation. However, I also understand that if I do obtain new evidence and submit it to the Claims Administrator on or before the Deadline to Submit FES shown above, I can re-submit the claim to the Program in which case my claim will be reviewed by the Claims Administrator anew in accordance with the Program's criteria and procedures. New evidence will only be considered for the Program if the Claims Administrator determines that (i) I was not aware of the new evidence at the time I submitted my original claims package, or that I had made a diligent and good faith attempt to produce the new evidence as part of my original claims package, and (ii) the new evidence is material to a determination as to whether I meet the Program's Eligibility Requirements. Evidence is "material" only if it is sufficient to satisfy the Gates criteria as set forth in the Settlement Agreement. I also understand that, if my Release and Dismissal With Prejudice Stipulation has been returned to me by the Claims Administrator, I will be required to execute and deliver a new Release and Dismissal With Prejudice Stipulation, as well as all other materials required for Enrollment.

6.  I stipulate that I will not attempt to introduce in any court of law or tribunal any evidence contrary to, or in addition to, the allegations, facts or records that were presented to the Program's Claims Administrator, as contained in my Claims Package, or allege an injury connected with Vioxx other than the injury or injuries I claimed through the Program, which is/are reflected in Section A of this Stipulation.

**C. Signature by Claimant**
A Claimant who is not deceased or legally incompetent must sign in this Section and indicate the date signed.

| Signature | *Donna G Russel* | Date | 02 / 04 / 10<br>(month)  (day)  (year) |
|---|---|---|---|

**D. Signature by Representative Claimant**

The authorized Representative acting for a deceased or legally incompetent Vioxx User Claimant who signed the Claimant's Release and whose proof of representative capacity was approved by Merck must sign in this Section. Fill in the name of the person acting as Representative and indicate the date signed. If the authorized Representative has changed since the Release was signed or if Merck has never approved any proof of representative capacity for such person, the current authorized Representative must sign in this Section and you must attach to this Stipulation a copy of the Order, letters of administration, or other Court-issued document authorizing this Representative to act for the Claimant. Merck will review those documents for sufficiency. A person who signed a Form V2031 under CAP 2008-1 is not authorized to sign this FES unless that person has since been appointed the authorized Representative acting for a deceased or legally incompetent Vioxx User Claimant.

| Name | |
|---|---|
| Signature | Date    / /<br>(month)  (day)  (year) |

*Confidential Information*

| | FUTURE EVIDENCE STIPULATION |
|---|---|
| **V2058** | **Date of Notice: 1/13/10**<br>**Deadline to Submit FES: 2/12/10** |

| **E. Notarization of Claimant's or Representative's Signature** |
|---|

I hereby certify that the person named above as the Claimant or Representative Claimant appeared on the date shown above and acknowledged under oath to my satisfaction that he/she: (a) is named and personally signed this document; and (b) signed, sealed and delivered this document as his or her act and deed.

| **Signature** | *Susan Stroud* |
|---|---|
| **Notary Public in and for the State of:** | IN |
| **Date Notary Commission Expires:** | 6 /25/ 2010<br>(month) (day) (year)  ☐ Check here if your Notary Commission has no expiration date under the law of your jurisdiction. |
| **Place Notary Seal or Stamp in this Space:** | |

| **F. Mailing Address** |
|---|

Send this Stipulation and any required attachments to the Claims Administrator by US Mail or Overnight Delivery as follows:

*Mailing Address:*    Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

*Delivery Address and Alternate*    Claims Administrator
*Mailing Address:*    115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209

Do not e-mail or upload electronic images of this Stipulation to the Claims Administrator. You must send the original hard copy by mail or delivery.

Attachment B

*Confidential Settlement Information*

| V2075A | NOTICE OF REJECTION OF FUTURE EVIDENCE STIPULATION<br>Date of Notice: 2/15/10<br>Deadline to Request for Leave to Cure and to Submit Correct FES: 3/2/10 |
|---|---|

### A. CLAIMANT INFORMATION

| Name | First<br>Donna | MI<br>C. | Last<br>Russel |
|---|---|---|---|
| VCN | 1087787 | SSN | 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 |
| Primary Counsel | Bubalo, Hiestand & Rotman, PLC | | |

### B. EXPLANATION

During their review of the Future Evidence Stipulation ("FES") you submitted for this Claimant, Merck's counsel identified the following issue(s):

| Incomplete Item | | Cure Action |
|---|---|---|
| FES-12 | The FES you submitted was missing one or more pages, or you or the person who signed it crossed out or otherwise attempted to alter, add to, or deviate from the words or sections of the text in Section B of the FES, or the FES you submitted was not the official required FES Form. | You must download and print a replacement FES using the official required Form (V2058), have the Claimant or Representative Claimant sign it, have it notarized, and return that original signed hard copy (with original signatures in ink) with no missing pages or alterations to the Claims Administrator, postmarked or placed with a carrier within 15 days after the date of this notice. |

### C. REQUIRED ACTION

This is an official communication from BrownGreer PLC, the Vioxx Claims Administrator. Because the FES you submitted was incomplete, it has been rejected. A rejected FES can be cured only for good cause shown. This Claimant's file will be closed and we will be required by   Section 2.7.3.2 of the Settlement Agreement to deliver to Merck the original Release and Stipulation of Dismissal with Prejudice submitted during the Enrollment stage for this Claimant unless, on or before the Deadline shown above, you submit to us both (1) a request for leave to submit a corrected FES, explaining why you believe there is good cause to permit the FES to be corrected at this time and (2) a new FES with the problem(s) listed above corrected and completely filled out in all other respects. We will review the grounds shown and inform you whether the corrected FES has been accepted. This will be your only opportunity to correct this FES. If you do not take these actions by the Deadline shown above, or if a request for leave to cure is not granted for good cause, or if the replacement FES you submit still has any defects, we will be required to close this Claimant's file and deliver to Merck under Section 2.7.3.2 of the Settlement Agreement the original Release and Stipulation of Dismissal with Prejudice submitted during the Enrollment stage for this Claimant. The Deadline above is final and cannot be extended. Thus it is extremely important that you act quickly and that any FES you send us now is complete and signed correctly.

Pursuant to Pretrial Order No. 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Stipulation on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorizations for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert.   Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.

The Deadline shown at the top of this Notice and the deadline to file a Plaintiff Profile Form and expert report

**VIOXX CLAIMS ADMINISTRATOR**
BROWNGREER∥PLC

pursuant to Pretrial Order 43 are separate and distinct deadlines. The Deadline shown on this Notice does not in any way extend the time to file a Plaintiff Profile Form and expert report pursuant to Pretrial Order 43.

**NOTE:** Merck is filing motions to dismiss with prejudice Claimants with lawsuits who have failed to comply with Pretrial Order 43. This Notice has no impact on suits that appear on a motion to dismiss. If this Claimant had a lawsuit and that suit has been dismissed with prejudice or is at any time dismissed with prejudice, this Notice does not modify or impair the *res judicata* effect of such dismissal or otherwise alter the finality of such dismissal in any manner.

Attachment C

**Fugate, Christine**

| | |
|---|---|
| **From:** | Cronen, Leslie |
| **Sent:** | Monday, April 26, 2010 9:42 AM |
| **To:** | Fugate, Christine |
| **Subject:** | FW: Future Evidence Stipulation Instructions Page |
| | |
| **Importance:** | High |

**From:** Claimsadmin@browngreer.com [mailto:Claimsadmin@browngreer.com]
**Sent:** Tuesday, March 16, 2010 4:21 PM
**To:** Cronen, Leslie
**Subject:** Future Evidence Stipulation Instructions Page
**Importance:** High

We have received questions regarding the Instructions page of the Future Evidence Stipulation ("FES").

If you choose to submit an FES in response to your Claimant's Gate Committee Notice of Ineligibility, you must also submit the Instructions page of the FES. The Instructions page is considered to be page one of the FES which is four pages total. All pages of the FES must be submitted to the Claims Administrator. If any page is missing, including the Instructions page, the FES will be rejected as incomplete.

Please get in touch with your CA Contact if you have any questions.

**Vioxx Claims Administrator**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

Attachment D

## Fugate, Christine

| | |
|---|---|
| **From:** | Cronen, Leslie |
| **Sent:** | Monday, March 01, 2010 3:57 PM |
| **To:** | 'Vioxx Claims Administrator'; 'David Smith' |
| **Cc:** | Fugate, Christine |
| **Subject:** | VCN 1087787 - Donna Russel |

Dear Claims Administrator,

We recently received a Notice of Rejection of Future Evidence Stipulation for the above claimant, Donna Russel and are hereby requesting leave to file a corrected FES. When we submitted the initial FES to your office, we sent all of the pages that the claimant had returned to us at the time. The claimant inadvertently failed to return page 1 to us in time for submitting with the original, and because it was the instruction page, not the page that contained hers or the notary's signature, we were unaware that its absence would nullify the entire FES. The claimant will be signing and resending a new FES, postmarked by March 2, 2010. Please accept this request for leave to cure for good cause shown and accept the corrected/complete FES that you will receive via US Mail.

Thank you in advance for your consideration. Please advise if there is anything further you need from our office.

Sincerely,

Leslie M. Cronen, Esq.
Bubalo, Hiestand & Rotman, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
502.753.1630 (direct)
502.753.1631 (facsimile)

Attachment E

**Fugate, Christine**

**To:**        Cronen, Leslie
**Subject:**   RE: Future Evidence Stipulation Cure Period Provided for Good Cause Shown

**From:** Claimsadmin@browngreer.com [mailto:Claimsadmin@browngreer.com]
**Sent:** Friday, October 02, 2009 3:39 PM
**To:** Cronen, Leslie
**Subject:** Future Evidence Stipulation Cure Period Provided for Good Cause Shown
**Importance:** High

On August 21, 2009, the Parties adopted a rule under which no cure period would be allowed for a defective Future Evidence Stipulation ("FES") generated on or after August 21, 2009. We have received instructions from the Parties to change that procedure. Now, if an FES is rejected as improperly signed or for other defects, Primary Counsel (or a Pro Se Claimant) will have 15 days from our issuance of the Notice of Rejection of the FES to request an opportunity to provide a complete FES by submitting: (1) a statement of why good cause exists to allow the defective FES to be cured; and (2) a complete and correctly signed FES to replace the rejected one. We will review each request and replacement FES and determine whether good cause exists to permit the cure. We will notify Primary Counsel (or a Pro Se Claimant) of either Acceptance or Final Rejection of the FES. A request submitted without a replacement FES must be denied and any request or replacement FES submitted after the 15-day period must be rejected.

**Vioxx Claims Administrator**
**BROWNGREER PLC**
115 S. 15th Street, Suite 400
Richmond, Virginia 23219-4209
Telephone: (804) 521-7200
Facsimile: (804) 521-7299
www.browngreer.com

*This electronic mail is intended to be received and read only by certain individuals. It may contain information that is privileged or protected from disclosure by law. If it has been misdirected, or if you suspect you received this in error, please notify me by replying and then delete this message and your reply. These restrictions apply to any attachment to this email.*

1

Attachment F

**Fugate, Christine**

| | |
|---|---|
| **From:** | Cronen, Leslie |
| **Sent:** | Monday, April 26, 2010 9:41 AM |
| **To:** | Fugate, Christine |
| **Subject:** | FW: VCN 1087787 - Donna Russel |

**From:** David Smith [mailto:dsmith@browngreer.com]
**Sent:** Monday, April 19, 2010 2:26 PM
**To:** Cronen, Leslie
**Cc:** AOldfather; Fugate, Christine
**Subject:** RE: VCN 1087787 - Donna Russel

Leslie,

This new FES form arrived on 3/5/10, but was postmarked on 3/2/10.  We submitted the Claimant's
Supplemental FES to Merck on 3/16/10, but we have not yet received the FES review results from them.

David

**From:** Cronen, Leslie [mailto:lcronen@BHTrialLaw.com]
**Sent:** Monday, April 19, 2010 1:41 PM
**To:** David Smith
**Cc:** AOldfather; Fugate, Christine
**Subject:** VCN 1087787 - Donna Russel

David,
Attached is a request for leave to cure a deficient FES we sent to you and the general Claims Administrator's email
address on March 1.  The claimant  indicates she had the new FES notarized and mailed it to you on March 2, the last
day to have it postmarked.  However, the portal has never been updated to show that this request for leave was made
nor that a replacement FES was provided.  Can you please give me an updated status on this one?  Thank you in
advance!

*Sincerely,*

BUBALO, HIESTAND
& ROTMAN, PLC
CIVIL TRIAL ADVOCATES

*Leslie M. Cronen, Esq.*
*9300 Shelbyville Road, Suite 215*
*Louisville, KY 40222*
*502.753.1630 (direct)*
*502.753.1631 (facsimile)*