**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  VIOXX®PRODUCTS LIABILITY  	MDL 1657
LITIGATION  	SECTION L
	JUDGE FALLON
	MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  	**Case Number:  2:06cv10987**

**Sandra Elliott**  	PLAINTIFFS

**v.**

**Merck & Co., Inc.**  	DEFENDANTS

**PARTIAL COMPLIANCE WITH PTO 43**

\* \* \* \* \* \* \*

Come the Plaintiff, Sandra Elliott, by counsel, and provide the following Partial Compliance with this Court's PreTrial Order 43.  As required by Section II.2 of PTO 43, attached hereto is the Case Specific Expert Report addressed therein.

Plaintiff has fully complied with Merck's Third Motion Under PTO 43, and this Court's Show Cause Order.

	Respectfully submitted,

	s/ Ann B. Oldfather
	Ann B. Oldfather
	KBA Bar #52553
	OLDFATHER LAW FIRM
	1330 S. Third Street
	Louisville, KY   40208
	502.637.7200
	502.637.3999
	aoldfather@oldfather.com
	*Counsel for Sandra Elliott*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of April, 2010.

                                                  s/ Ann B. Oldfather
                                                  Ann B. Oldfather
                                                  KBA Bar #52553
                                                  OLDFATHER LAW FIRM
                                                  1330 S. Third Street
                                                  Louisville, KY   40208
                                                  502.637.7200
                                                  502.637.3999
                                                  aoldfather@oldfather.com
                                                  *Counsel for Sandra Elliott*