# David G. Changaris, M.D., P.S.C.

Board Certified in Neurological Surgery and Pain Medicine

801 Barret Avenue, Suite 103 • Louisville, Kentucky 40204
Tel (502) 584-6852 • Fax (502) 584-8379



April 26, 2010

Ann B. Oldfather
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Re: *Sandra Elliott v. Merck & Co., Inc., et al.*

My name is David Changaris. I am a physician specializing in neurological injuries while my primary board is in Neurological Surgery, I have had extensive training and experience in lipid chemistry. My credentials pertinent to this report are: I had two years of formal training as a post-doctoral fellow in Pharmacology at the Department of Pharmacology, Pennsylvania Statue University, Hershey, Penna. I published in peer reviewed journals glycolipid research. While a Neurosurgical Resident I spent a year in formal training in neuropathology and published papers dealing with the interaction of calcium and glycolipid. My partner Dr. Robert Levy at the University of Louisville was a respected lipid chemist. I currently have several patents dealing with the lipid chemistry of novel emulsions. I have followed the cyclo-oxygenase story for years.

I have been asked to provide an abbreviated opinion as to whether it is more probable than not that the ingestion of Vioxx by Ms. Elliott was a substantial factor in causing Ms. Elliott' injuries. I have not agreed to testify at trial or otherwise in this action.

This Report is based on the medical records of Ms. Elliott (which I assume to be true) regarding her complaints of shortness of breath, difficulty breathing and chest pain with the onset of congestive heart failure and hypertension around 5/12/03 and 10/21/03. This Report is also based on selected medical records provided to me by Ms. Elliott's counsel. I have not attempted to independently investigate Ms. Elliott' medical conditions and I assume that the records provided to me are accurate. These include Ms. Elliot's Plaintiff Profile form filed in 2007, department admission to Doctors Medical Center, 5/12/03 admission to Emanuel Medical Center, records showing Vioxx usage from McHenry Medial Group, records from a second admission ( 10 /21/03) to Kaiser Permanente.

I have read PTO 28, Section II (D.) and Judge Fallon's Order of May 30, 2008. It is my belief that this Report satisfies the requirements of those Orders. I am not attempting by this Report to rule out or establish other potential causes, and it is my understanding that this abbreviated Report can be supplemented at a later date by me or by others to address those issues.

During 5/03 and 10/03, Ms. Elliott suffered chest pain, congestive heart failure and hypertension, presumably from progressive heart disease worsened by the administration of Vioxx.

The materials provided to me establish that Vioxx 25mg was taken by Ms. Elliott from 10/29/02 through 5/25/04.

It is my opinion that it is more probable than not that the ingestion of Vioxx was a substantial factor in bringing about or causing the aforesaid medical events. The scientific basis for this opinion is my knowledge of the biochemical and pharmacologic properties of rofecoxib, which is totally consistent with the type of injury Ms. Elliott suffered.

Sincerely,

David G. Changaris, MD

*Sandra Elliott v. Merck & Co., Inc., et al*