# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br> <br> This document relates to: <br> <br> Hope Gonzalez, et al. <br> v. <br> Merck & Co., Inc. <br> <br> *Only with regard to:* <br> *Othon Lugo, Jr., individually and on* <br> *behalf of the estate of Othon Lugo, Sr.* <br> <br> *Docket No. 2:06-cv-10313* | MDL Docket No. 1657 <br> <br> SECTION L <br> <br> JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Othon Lugo, Jr., individually and on behalf of the estate of Othon Lugo, Sr., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of April, 2010.

_____
DISTRICT JUDGE