**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number: 2:06cv09757**

**Jo Levitt**  PLAINTIFF

**v.**

**Merck & Co., Inc.**  DEFENDANTS

\* \* \* \* \*
**MOTION TO SET ASIDE ORDER OF DISMISSAL**
and
**REINSTATE CASE ON ACTIVE DOCKET OF THE COURT**

Jo Levitt's claim against Merck was dismissed on August 4, 2009, by Merck's Eighth Motion under PTO 28. Ms. Levitt was shown as a *pro se* claimant on that motion. The Eighth Motion sought relief specifically directing the *pro se* claimant to contact the *Pro Se* Curator, and Ms. Levitt's Affidavit, attached, indicates that she never received the actual Motion, although she did learn that her case had been dismissed. Ms. Levitt tried to obtain reinstatement by working with Merck, and providing the report it sought, all to no avail. *Id.*

Ms. Levitt has repeatedly shown her commitment to proceeding with this claim. She provided Merck with a case specific report within two weeks and four days of the time she learned her claim had been dismissed. It is well within the Court's authority to set aside that Order of dismissal and allow Ms. Levitt to proceed with her claim.

The Court has frequently emphasized the importance of each individual claimant's ability to have his or her case heard in these proceedings. It is only when a claimant has shown a steadfast and repeated unwillingness to proceed with a claim, or to conform to orders of Court, that the Court has been willing to dismiss an individual's claim.

Jo Levitt filed her Vioxx claim in 2006. She has repeatedly proven her commitment to proceeding with this claim. She provided a Plaintiff Profile form, medical records and medical authorizations. She sought recourse from the Court when she learned that her attorneys planned to withdraw. *See* Affidavit, TAB 3. While Merck treated Ms. Levitt as a *pro se* plaintiff on its Eighth Motion to Dismiss, neither the LNFS case history nor the official docket of this Court reflect that an actual Order allowing establishing that counsel had withdrawn. *See* TAB 4 and 5.

Allowing Jo Levitt to proceed with her claim will serve the overall interests of justice. Merck has an unknown number of personal injury cases still pending against it, and termination of the *Levitt* claim by a procedural rule in the face of this claimant's obvious interest in proceeding with her case accomplishes nothing in terms of addressing substantive rights. Merck now has the *Lone Pine* report it wanted in 2009, and nothing would be different today had it been provided then instead of now. Permanently excluding Ms. Levitt from this litigation accomplishes nothing, when the same claims are made by multiple other claimants.

Accordingly, Jo Levitt moves the Court to set aside the Order of Dismissal entered October 30, 2009, and to reinstate her claim on the active docket of the Court.

        s/ Ann B. Oldfather
        Ann B. Oldfather
        KBA Bar #52553
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.637.3999
        aoldfather@oldfather.com
        *Counsel for Plaintiff, Jo Levitt*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of April, 2010.

        s/ Ann B. Oldfather
        Ann B. Oldfather
        KBA Bar #52553
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.637.3999
        aoldfather@oldfather.com
        *Counsel for Plaintiff, Jo Levitt*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:06cv09757** |

**Jo Levitt**                                                                                                                   PLAINTIFF

**v.**

**Merck & Co., Inc.**                                                                                               DEFENDANTS

## ORDER

The motion of the Plaintiff to Set Aside the Order of Dismissal and to Reinstate this case on the active docket of the Court having come before the Court, and the Court having considered the arguments of counsel,

**IT IS HEREBY ORDERED** that the motion to set aside the Order of Dismissal entered herein on August 4, 2009, and to reinstate this case on the active docket of this Court be and the same hereby is **GRANTED**.  **IT IS ORDERED that** this matter shall be reinstated on the active docket of this Court.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

4