# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

\* \* \* \* \* \* \*

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv09757** |
| **Jo Levitt** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \*

## AFFIDAVIT OF JO LEVITT

Comes the Affiant, Jo Levitt, after first being duly sworn, and states as follows:

1. It was not until my conversations with attorney Oldfather in 2010 that I realized that the Court might be willing to reinstate my claim. Prior to that time, I had sent my *Lone Pine* report to Susan Giamportone, an attorney for Merck. I had also sent an updated Plaintiff Profile Form and Answers to Interrogatories required by PTO 28. *See* email attached at TAB 1. Merck was not willing to reinstate my claim, even though the dismissal order had only been entered in August, 2009.

2. The case specific report from my cardiologist is attached at TAB 2.

3. There is nothing unusual about a heart related condition like mine being caused by Vioxx. I do not believe that Merck truly needed a "case specific" report to establish that Vioxx was a potential cause of my coronary artery disease, as it is throughout my medical

records, which Merck does have. I implore Judge Fallon to allow this case to go forward. I am available to speak with Judge Fallon at his convenience regarding this request.

4. I took Vioxx continuously from September, 1999 until approximately 2002.

5. I knew that my attorneys wanted to withdraw, but I have never seen any court order allowing that withdrawal.

6. I never received Merck's Eighth Motion to Dismiss, and I never knew that all it required of me was to contact the *pro se* curator, which I surely would have done. For example, I wrote the Court seeking help, and I would have taken any avenue available to me. *See* my letter to Judge Fallon at TAB 3.

7. Again, I implore the Court to allow me to present my case. I never chose to go into the settlement program because I believed in my case, and I very much want to proceed with it.

Further the Affiant sayeth not.

_____
Jo Levitt
Date: 4/28/2010

STATE OF Kansas         )
                        )SS:
COUNTY OF Johnson       )

I, a notary public within the State and County aforesaid, do hereby certify that on this ____ day of April, 2010, personally appeared before me, Jo Levitt, to me personally known, who being by me first duly sworn, signed, acknowledged and delivered the foregoing document, as her voluntary act and deed.

My Commission expires: 10/25/2010

_____
Notary Public

JAMI ALLEN CLARK
Notary Public
State of Kansas
My Commission Expires 10/25/2010