# TAB 1

## Kathryn T. Richardson

| | |
|---|---|
| **From:** | jo levitt |
| **Sent:** | Monday, April 19, 2010 3:15 PM |
| **To:** | Kathryn T. Richardson |
| **Subject:** | Fwd: Judge Fallon |
| **Attachments:** | vioxx PTO43.ExhibitB[1].pdf1.pdf; vioxx PTO43.exhibitA.revised[1].pdf; JIMANDJOFINANCIALINFORMATIONFORMERCK.xls; JIMANDJOSUMMARYOFVILLAGERINFORMATIONMERCK.xls; Dr. Rosamond Binder1.pdf; letter Your Honor Judge Fallon[1].doc |

---------- Forwarded message ----------
From: **jo levitt**
Date: Mon, Sep 28, 2009 at 2:38 PM
Subject: Judge Fallon
To: SGiamportone@wcsr.com


Hello Susan,

Please let me know that you received this email.
If there is anything else needed from me.

Thanks
Jo

4/27/2010