**TAB 2**

# Mid-America Cardiology
10787 Nall, Suite 300
Overland Park, KS 66211
(913) 588-9400

Page 1

## JO LEVITT
66 Year Old Female

**09/11/2009 - External Correspondence: Pt. History**
**Provider: Thomas L. Rosamond MD**
**Location of Care: Mid-America Cardiology at The University of Kansas Hospital**

To Whom It May Concern:

I want to take this opportunity to review Ms. Jo Levitt's medical record, at her request, regarding her
coronary artery disease. In brief, I think it is likely that Vioxx therapy
contributed significantly to the aggressive presentation of her coronary artery disease.

Ms. Levitt began her Vioxx therapy, I believe, in August 1999.

I initially became involved in her care subsequently in March 2000, when she presented
with acute unstable angina. I saw her in consultation from Dr. Ronald Hartman regarding
her symptoms of chest pain and EKG changes. I saw her initially on March 9, 2000 after
she presented with about a week of exertional chest discomfort and indigestion. She was
initially to be transferred to St. Luke's, but because of ambulance diversion, was diverted to
St. Luke's Hospital South, where I saw her in consultation. My consultation from that
interaction is available in our electronic medical record and is available for review from
March 10, 2000.

During that evaluation, her cardiac enzymes were negative, but her EKGs were consistent
with high-grade proximal LAD stenosis. Subsequent diagnostic heart catheterization
performed on March 10, 2000 showed a high-grade stenosis of the proximal LAD just beyond
the first diagonal which itself had a 60-percent ostial stenosis and possibly some
intraluminal thrombus in the LAD, suggesting acute plaque rupture while she was on Vioxx.

Her other past history at that time was significant for possible remote superficial
thrombophlebitis, mild hypercholesterolemia, and a remote history of smoking. Her family
history was not particularly positive for coronary disease at an early age, although she
had some elderly family members that had known coronary disease.

She subsequently was transferred to St. Luke's Hospital where Dr. Peter Tadros, my
colleague, placed a stent in both the LAD and the diagonal using a kissing balloon
technique with a very good result. She was started on Plavix, aspirin, Lopressor and
Lipitor at that time. She was also on Vioxx 25 mg daily for musculoskeletal and
osteoarthritic pains.

Thereafter she developed early stent restenosis in May, 2000. In my letter from that
interaction on May 29, 2000 I note that we were surprised to find that her LAD stent was severely re-
narrowed in such a short period of time. It is my understanding that she was still on Vioxx at that time.

She was subsequently seen by Dr. Michael Gordon in surgical consultation and subsequently
went to the OR during that hospital stay. She had a LIMA graft placed to the LAD and vein
graft to the diagonal.

Given the course of events, it seems likely based upon her historical information and what
we now know in retrospect about Vioxx, that Vioxx likely contributed to her aggressive
coronary artery presentation.

**Mid-America Cardiology**
10787 Nall, Suite 300
Overland Park, KS 66211
(913) 588-9400

Page 2

**JO LEVITT**
66 Year Old Female

---

I hope this review of our previous experience with Ms. Levitt is helpful. I have used our primary documents from that interaction to review the medical record. It should be noted that we have not seen Ms. Levitt in followup since the year 20002 , but I hope this historical review of the documents that we have available is helpful.

Thanks again. If I can elaborate further, please do not hesitate to contact me.

Sincerely,

Thomas L Rosamond, MD

TLR/MedQ
DD: 09/11/2009 16:56:57  DT: 09/11/2009 17:42:12
Job #: 151243/387323172

cc: Ronald B Hartman
MS JO LEVITT

Signed by Thomas L. Rosamond MD on 09/13/2009 at 11:25 PM