**TAB 3**



Feb 5 2009
4:29PM

Horn able Judge Fallon,

My name is Jo levitt.
I have one child, a daughter, with her two small children; her husband was diagnosed with stage 4 melanoma Dec 23 2007. Doctors then found 28 brain tumors. Sunday Dec 14, 2008 was his funeral.
I would sincerely appreciate it; you can give me some time, for anything I
Might currently, owe the court in my case.

I opted out of the settlement and lost my lawyer because that was what the settlement required. I do not mean to burden the court; however I could not opt-in to the settlement My encounter with Merck's "super aspirin" Vioxx, destroyed me, my company and every thing that took 30+ years to build. My HARD financial losses are many times, what
I would receive from Merck's settlement, even considering the high points I should receive.

I started a company in my basement and had spent my life building it into a little/big company, Chocolate Soup, which designed, manufactured, purchased and retailed children's clothing. Another company of ours American XO owned and operated a hotel. My husband and I were partners and I was the creative vision and creative director. I was responsible for design and factory production, my responsibilities included traveling to markets and going going overseas for purchasing and development.
I was in charge of construction, and did the interior architectural design work for the Chocolate Soup stores, the hotel, and the hotel restaurants. I was also responsible for the food operations menus and recipies.

After a March 10, 2000 emergency stent and balloon and then an emergency double bypass in May 28, 2000,
I tried to go back to work, but, I simply did not have the energy to do what I did before. My new reality was, out of nowhere, I had aggressive heart disease and I no longer had the stamina to do my job. The last wages
I earned, were a small amount in 2001.

Financial information in attachments

I believe my case has evidence to show cause.
I started 25mg Vioxx in Aug of 1999 for astroarthroritic pain, after my annual check up. At that time I, had a negative an EKG, mildly elevated cholesterol of 239, neg high blood pressure and glucose, negative family history for premature heart disease
. Some of the Angioplasty/cauterization evidence of some of what was happening in my heart from March 10, 2000 before STENT & balloon ...and before and after CBAG on May 26, 2000.

Below are some excerpts from medical reports.

**March 10, 2000** before stent & balloon

**Diagnostic cardiac cath...showed moderately severe stenosis of the Lad just beyond the sepal perforator and the first diagonal. The diagonal itself also had about a 60% stenosis. The Lad lesion probably 80%, possibly with some intraluminal thrombus.**

Coronary cineangiography
1. Left main- the left main is normal
2. left anterior descending- the las has an 85% stenosis just beyond the first major diagonal, which itself has perhaps a 60-70% stenosis
3. Circumflex-the left circumflex is unremarkable

Summary...study reveals single vessel coronary disease involving the prox lad ... Anterior descending and the origin of the diagonal at that sight.
90% stenosis at the bifurcation of the left anterior descending coronary and first diagonal branch (lesion type B2)

**May 26, 2000 before CBAG**
Cardiologist "...she has particularly aggressive heart disease..."

The left main coronary artery has a 20 to 30% ostial stenosis. The circumflex is nondominant, there is a 25% mid circumflex stenosis; first obtuse marginal branch has mild plaquing at its origin

If the cardiologist had been correct, I would be dead by now or .I would have had events after quitting Vioxx.
Now after 8 years, the prospect of more open heart surgery looms as the projected longevity of my sephoniious graft nears...

2

**Diagnostic catheterization showed critical stenos is of her proximal LAD and diagonal. The left anterior descending coronary artery has a 95% intrastent restenosis in the LAD just after the diagonal origin with a 90% narrowing at the diagonal origin.**

The contract with my lawyer included funding.

## CONTRACT FOR EMPLOYMENT OF ATTORNEYS

The undersigned, referred to as "CLIENT", whether one or more persons, hereby employs the law firm of Bartimus, Frickleton Robertson & Gorny, P.C. (referred to as "BFR&G") as attorneys to pursue and/or settle all of CLIENT'S claims against any or all persons who may be liable to CLIENT for injuries or damages to CLIENT'S person or property resulting from an incident or accident which occurred on or about _____, 20___.

### ATTORNEY FEES & LITIGATION EXPENSES

CLIENT agrees to pay BFR&G a sum equal to 40% of any amount recovered by way of suit or settlement. CLIENT acknowledges that the term "any amount recovered" will include the present value of any structured settlements and payments over time and further authorizes that said attorney's fees be paid to BFR&G out of initial cash sums recovered at the time of settlement or recovery.

CLIENT understands and agrees that the prosecution of any claim such as CLIENT'S involves the expenditure of money for litigation expenses. BFR&G agrees to advance all such litigation expenses. CLIENT understands and agrees that all such litigation expenses will be advanced by BFR&G from a line of credit established by BFR&G for that purpose. CLIENT shall not be obligated on this line of credit. However, CLIENT understands and agrees that interest on litigation expenses advanced will be added to such expenses. CLIENT understands that litigation expenses are those expenses advanced by BFR&G in pursuit of the claim. Litigation expenses do not include CLIENT'S medical bills or other expenses incurred directly by CLIENT.

CLIENT agrees that in the event of any recovery, the attorney fee shall be calculated on the total recovery and that the litigation expenses shall be reimbursed to BFR&G in addition to the attorney fee. CLIENT agrees that BFR&G is authorized to withhold and pay directly attorney fees and litigation expenses from any settlement proceeds in the claim.

CLIENT further authorizes BFR&G to pay all medical bills, subrogation expenses or liens from CLIENT'S share of the proceeds of suit or settlement.

CLIENT understands and BFR&G agrees that in the event there is no recovery of money that there will be no attorney fee charged to CLIENT and CLIENT will not be obligated to pay any of the litigation expenses.

### SETTLEMENT

BFR&G shall have no right to settle or compromise CLIENT'S claims without CLIENT'S consent. CLIENT shall not attempt to settle CLIENT'S claims, nor shall CLIENT discuss any matters pertaining to CLIENT'S claims with others without the consent of BFR&G. If CLIENT neglects to cooperate fully in the preparation and prosecution of CLIENT'S claims, BFR&G shall have the right to withdraw from representation of CLIENT in which event CLIENT agrees to pay a reasonable fee to BFR&G for the work performed to the date of withdrawal.

3

**LITIGATION RESOURCES, INC.**
CLIENT understands that the attorneys who are shareholders in BFR&G also own Litigation Resources, LLC. CLIENT understands that BFR&G may from time to time contract with Litigation Resources, LLC. to provide services such as medical records retrieval, photocopying, videotape services, focus groups or mock trials, or other services that attorneys might, from time to time require to pursue CLIENT'S claims. CLIENT understands that any such expenses paid to Litigation Resources, LLC. will be advanced by BFR&G and will be reimbursed in the same manner as any other litigation expenses under this agreement.

I believe the constitution makes it clear how important it is that... we can rely on contracts

**Article I, Section 10, Clause 1 that "No State shall... pass any... Law impairing the Obligation of Contracts...**

If I was in the same position I was before I took the super aspirin Vioxx I would be able to fund the suit my self. I am no longer in the position to get any kind of loan.

**Missouri Revised Statutes 400.2-720.**
**Effect of "cancellation" or "rescission" on claims for antecedent breach.**
**Unless the contrary intention clearly appears, expressions of "cancellation" or "rescission" of the contract or the like shall not be construed as a renunciation or discharge of any claim in damages for an antecedent breach.**

Obviously Merck's intent was and is to deprive me of my lawyer and therefore the funding needed to pursue my case with the best defense and therefore deprive me of due process.
A search of the web yielded these conditions for a tortuous interference with a contract.

**In order to establish a claim for Tortuous Interference with Contract, six elements must usually be established:**
1. **A valid existing contract;**
2. **That defendant had knowledge of;**
3. **That defendant intended to induce breach of;**
4. **That the contract was in fact breached or performance was rendered more difficult;**
5. **Causation; and**
6. **Actual damage.**

If words are to be believed, common sense is Merck has intentionally committed tortuous interference.
The settlement intentionally interfered with the lawful business contract between my lawyer and me. Merck's settlement has deprived me of competent representation and of

4

the funding needed to prepare a competence case against an opponent with deep pockets Believe me; they have inflicted emotional distress, in my search for help.

I have called litigation law firms and the Kansas City lawyer matching service and none are taking contingency cases against Merck.
As an individual, I am also finding that experts are only willing to deal through lawyers. Apparently, a little "cottage industry" that excludes outsiders, Cannot satisfy PTO 28 without a lawyer. In light of past class action law suits, I have empathy for Merck in wanting to make sure that they are only compensating plaintiffs that took Vioxx and were harmed, Never the less, this is the untenable situation. Merck intentionally put me in because I was not willing to play by their rules and now I believe they are going to ask the court to dismiss my case.

It was hubris and greed of Merck executives that caused the cascade of events that destroyed my health, my business and my life. Merck's business model the block buster drug and market share, not the simple vicissitudes of life or heredity that pulled the chair out from behind me. My husband and I, filled suit only after the science fit my case. My daughter had a breast implant due to undevelopment of one breast. We did not file a law suit because after research we did not believe the science justified the dangers hyped by the media. My necessity of self defense is because Merck deprived me of my lawyer and line of credit, thus they effectively deprived me of a qualified defense. "A man who represents himself has a fool for a client."

I believe it is now established scientific fact that Vioxx can cause heart problems. That while I was taking Vioxx Merck falsely advertised and falsely represented to doctors and the public the safety of their product. Vioxx was the super aspirin. . That their marketing department was in charge of the data from the trials and their focus was on capturing market share.
 As a children's wear manufacturer I spent more time worrying that my product might harm. I am sure, that it is not your intent that cases that are unrepresentative of the Settlement negosititated should not be adjudicated.

I do not know if you can order, that Merck is in contract breach and require them to fund my case, or do I have to file suit for breach tortuous of contract, or you can amend my case to include breach of contract.

Please assume that this letter an affidavit and petition to proceed with my case.

Thank Judge Fallon, for your time and attention.
Respectfully submitted,

Jo Levitt

5