TAB 4

Click to Print    Printed on: Wednesday, April 21, 2010 15:53:24 EDT

## Case History Search
Search Created:
Wednesday, April 21, 2010 15:53:24 EDT

| | | | | |
|---|---|---|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Vioxx | **Judge:** Judge, Louisiana Vioxx | **File & Serve Live Date:** | 11/15/2006 |
| **Division:** | N/A | **Case Number:** 2:06cv09757 | **Document(s) Filed:** | 17 |
| **Case Type:** | Product Liability-Pharmaceutical(4) | **Case Name:** Levitt, Jo vs Merck & Co Inc | **Date Range:** | All |

1-9 of 9 transactions   <<Prev Page 1 of 1 Next>>

| Transaction | Date/Time | Option | Case Number Case Name | Authorizer Organization | Document Type | Document Title | Size |
|---|---|---|---|---|---|---|---|
| 30134369 | 3/18/2010 3:43 PM CDT | Serve Only - Private | 2:06cv09757 Levitt, Jo vs Merck & Co Inc | Ann B Oldfather, Oldfather Law Firm | Entry of Appearance | Notice of Appearance | 0.1MB |
| 26429686 | 8/4/2009 3:07 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Signed Order Regarding Eighth Lone Pine Motion | 0.1MB |
| 26102735 | 7/14/2009 3:13 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Order Resetting Hearing on 8th Lone Pine Motion | 0.1MB |
| 25748137 | 6/19/2009 3:53 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Order | Proposed Order to Show Cause Why Cases Should Not Be Dismissed with Prejudice | 0.1MB |
| 25701876 | 6/17/2009 3:10 PM CDT | Serve Only - Public | Multi-Case | Dorothy H Wimberly, Stone Pigman Walther Wittmann LLC | Motion | Defendant's Eighth Motion Rule and Incoropated Memorandum to Show Cause WHy Cases Should Not be Dismissed for Failure to Comply with the Lone Pine Requirements of PTO 28 | 0.1MB |
| | | | | | Exhibits | Ex A | 0.1MB |
| | | | | | Exhibits | Ex B | 0.1MB |
| | | | | | Exhibits | Ex C | 0.1MB |
| | | | | | Proposed Order | Proposed ORder | 0.1MB |
| 23645730 | 2/5/2009 4:29 PM CST | Serve Only - Public | 2:06cv09757 Levitt, Jo vs Merck & Co Inc | Dorothy H Wimberly, Stone Pigman Walter Wittmann LLC | Order | Order Signed By Judge Fallon re: entering correspondence of Jo Levitt into the record | 0.1MB |
| | | | | | Letter | Letter of Correspondence of Jo Levitt | 0.3MB |
| 19983686 | 5/27/2008 1:28 PM CDT | Serve Only - Public | 2:06cv09757 Levitt, Jo vs Merck & Co Inc | James Frickleton, Bartimus Frickleton Robertson & Gorny PC | Notice (Other) | Certification in Support of Motion to Withdraw as Counsel | 0.3MB |
| 19838443 | 5/14/2008 5:05 PM CDT | Serve Only - Public | 2:06cv09757 Levitt, Jo vs Merck & Co Inc | James Frickleton, Bartimus Frickleton Robertson & Gorny PC | Motion | Motion to Withdraw As Counsel | 0.1MB |
| | | | | | Motion - Other | Declaration of Counsel | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |
| 18869988 | 3/5/2008 3:54 PM CST | Serve Only - Public | 2:06cv09757 Levitt, Jo vs Merck & Co Inc | James Frickleton, Bartimus Frickleton Robertson & Gorny PC | Motion | Motion to Withdraw as Counsel of Record | 0.1MB |
| | | | | | Proposed Order | Proposed Order | 0.1MB |

https://w3.fileandserve.lexisnexis.com/SearchReport/DocsByCase.aspx?t=4&s=1