# TAB 5

CLOSED, CONSOL, VIOXX

# U. S. District Court
# Eastern District of Louisiana (New Orleans)
# CIVIL DOCKET FOR CASE #: 2:06-cv-09757-EEF-DEK

Levitt v. Merck & Co Inc
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court:  USDC, WDMO (Kansas City), 06-00808-SOW
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/14/2006
Date Terminated: 08/04/2009
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Jo Levitt**  represented by  **Jo Levitt**
1247 W. 56th Street
Kansas City, MO 64113
PRO SE

**James P. Frickleton**
Bartimus, Frickleton, Robertson & Gorny, PC
11150 Overbrook Dr.
Ste. 200
Leawood, KS 66211
913-266-2300
Email: jimf@bflawfirm.com
*TERMINATED: 08/25/2008*
*LEAD ATTORNEY*

**Bradley D. Honnold**
Goza & Honnold, LLC
1100 Main St.
Ste. 2630
Kansas City, MO 64148-2355
(816)512-2171
Email: bhonnold@gohonlaw.com
*TERMINATED: 08/25/2008*

**Brian J. Madden**
Wagstaff & Cartmell, LLP
4740 Grand Ave.
Suite 300
Kansas City, MO 64112
816-701-1100
Email: bmadden@wcllp.com
*TERMINATED: 08/25/2008*

**Grant L. Davis**

Davis Bethune & Jones, LLC
1100 Main St.
Suite 2930
P. O. Box 26250
Kansas City, MO 64196
816-421-1600
*TERMINATED: 08/25/2008*

**J. Scott Bertram**
The Bertram Law Firm, LLC
9229 Ward Pkwy.
Suite 225
Kansas City, MO 64114
816-523-2205
Fax: 816-523-8258
Email: jsbertram@bertramgraf.com
*TERMINATED: 08/25/2008*

**Kirk J. Goza**
Goza & Honnold, LLC
1100 Main St.
Ste. 2630
Kansas City, MO 64148-2355
916-512-2171
*TERMINATED: 08/25/2008*

**Shawn G. Foster**
Davis Bethune & Jones, LLC
1100 Main St.
Suite 2930
P. O. Box 26250
Kansas City, MO 64196
816-421-1600
Email: sfoster@dbjlaw.net
*TERMINATED: 08/25/2008*

**Thomas P. Cartmell**
Wagstaff & Cartmell, LLP
4740 Grand Ave.
Suite 300
Kansas City, MO 64112
816-701-1100
Email: tcartmell@wcllp.com
*TERMINATED: 08/25/2008*

**Thomas Joseph Preuss**
Wagstaff & Cartmell, LLP
4740 Grand Ave.
Suite 300
Kansas City, MO 64112
816-701-1168
Email: tjpreuss@wcllp.com
*TERMINATED: 08/25/2008*

        **Wayne S. Spivey**
Shrager, Spivey & Sachs
Two Commerce Square
32nd Floor
Philadelphia, PA 19103
800-568-5868
*TERMINATED: 08/25/2008*

**William Dirk Vandever**
Popham Law Firm, PC
323 W. 8th St.
Suite 200
Kansas City, MO 64105-1679
816-221-2288
*TERMINATED: 08/25/2008*

V.

**Defendant**

| | | |
|---|---|---|
| **Merck & Co Inc** | represented by | **John Christian Aisenbrey**<br>Stinson Morrison Hecker, LLP (Kansas City)<br>1201 Walnut<br>Suite 2900<br>Kansas City, MO 64106-2150<br>816-691-3111<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**George Francis Verschelden**<br>Stinson Morrison Hecker, LLP (Kansas City)<br>1201 Walnut<br>Suite 2900<br>Kansas City, MO 64106-2150<br>816-842-8600 |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/13/2006 | 1 | Case transferred in from Western District of Missouri; Case Number 06-818-SOW. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Jo Levitt. (Attachments: # 1 PTO #14, # 2 CMP - USDC, WDMO (Kansas City), # 3 DKT SHT - USDC, WDMO (Kansas City))(rll, ). (Entered: 11/14/2006) |
| 08/04/2009 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 28. Signed by Judge Eldon E. Fallon on 8/3/2009. (cms, ) (Entered: 08/04/2009) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/21/2010 14:54:02 | | | |
| **PACER Login:** | om0044 | **Client Code:** | 1414 |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-09757-EEF-DEK |
| **Billable Pages:** | 3 | **Cost:** | 0.24 |