# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:              **Case Number:  2:06cv09757**

**Jo Levitt**                                                                                          PLAINTIFF

**v.**

**Merck & Co., Inc.**                                                                      DEFENDANTS

## ORDER

The motion of the Plaintiff to Set Aside the Order of Dismissal and to Reinstate this case on the active docket of the Court having come before the Court, and the Court having considered the arguments of counsel,

**IT IS HEREBY ORDERED** that the motion to set aside the Order of Dismissal entered herein on August 4, 2009, and to reinstate this case on the active docket of this Court be and the same hereby is **GRANTED**.  **IT IS ORDERED that** this matter shall be reinstated on the active docket of this Court.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

4