UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL NON-LOUISIANA GOVERNMENT ACTION CASES**

**ORDER**

IT IS ORDERED that the status conference previously scheduled on April 29, 2010 to discuss discovery with regard to computer database systems in all non-Louisiana governmental action cases is hereby CONTINUED to April 30, 2010 at 8:15 a.m.  All parties may participate by telephone by calling (866)213-7163.  The conference ID is 72168684 and the leader is Judge Eldon E. Fallon.

New Orleans, Louisiana, this 27th day of April, 2010.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1