UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

******************************************************************************

## NOTICE

TO:  Tyler C. Vail
     Davis & Norris, LLP
     2154 Highland Avenue
     Birmingham, AL 35205
     Fax No.: (205) 930-9989

The Special Master is in receipt of the Audit findings of the Claims Administrator and your written responses to the Claims Administrator regarding the claim of **Gertrude Guffey, VCN #1023736**.

A hearing before the Special Master will be held at 9:00 a.m. on May 11, 2010, at the United States District Courthouse, 500 Poydras Street, Room C316, New Orleans, Louisiana, for the claimant to present her response to the findings of the Claims Administrator.

Lafayette, Louisiana, this 28th day of April, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

Tyler C. Vail  
Davis & Norris, LLP  
2154 Highland Avenue  
Birmingham, AL 35205  
Fax No.: (205) 930-9989  

Douglas R. Marvin  
Williams & Connolly  
725 Twelfth Street, NW  
Washington, DC 20005  
Fax No.: (202) 434-5029  

Russ M. Herman  
Herman, Herman, Katz & Cotlar  
820 O'Keefe Avenue  
New Orleans, LA 70113  
Fax No.: (504) 561-6024  

Orran L. Brown  
Brown Greer, PLC  
Post Office Box 85031  
Richmond, VA 23285-5031  
Fax No.: (804) 521-7299  

Lafayette, Louisiana, this 28th day of April, 2010.

/s/ PATRICK A. JUNEAU  
PATRICK A. JUNEAU, Bar # 07594  
Special Master  
1018 Harding Street, Suite 202  
Lafayette, LA 70503  
Telephone: (337) 269-0052  
Facsimile: (337) 269-0061  
Email: paj@juneaudavid.com