## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **AUDREY CULBRETH,** | **MDL NO.:  1657** |
| **Plaintiff,** | **SECTION:  L** |
| | **DOCKET NO.:  2:06-cv-08335** |
| **v.** | |
| | **STIPULATION OF DISMISSAL** |
| **MERCK & CO., INC.,** | **WITH PREJUDICE** |
| | **AS TO ALL DEFENDANTS** |
| **Defendant.** | |

Pursuant to F.R.C.P. 41(a), the undersigned counsel hereby stipulate that all claims of plaintiff, Audrey Culbreth, against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Robert C. Buck | Stephen G. Strauss | Phillip A. Wittmann |
| C. Andrew Childers | Bryan Cave LLP | Dorothy H. Wimberly |
| CHILDERS, BUCK & SCHLUETER, LLP | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| 260 Peachtree Street, NW, Suite 1601 | St. Louis, MO 63102 | Wittmann LLC |
| Atlanta, Georgia  30303 | (314) 259-2000 Tel | 546 Carondelet Street |
| (404) 419-9500 – Voice | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (404) 419-9501 – Facsimile | | (504) 581-3200 Tel |
| rbuck@cbsfirm.com | | (504) 581-3361 Fax |

Attorneys for Merck & Co., Inc.

*Attorney for Plaintiff*

Dated: 4-28-10

Date:  February 27th, 2008

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of April, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.