

Mar 12 2010
9:16AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| | JUDGE FALLON |
| Bill Black, et al. v. Merck & Co., Inc. Case No. 2:05cv4452, *specifically: Deborah H. Collier.* | |
| | MAGISTRATE JUDGE KNOWLES |

<u>MOTION TO WITHDRAW AS COUNSEL</u>

Pursuant to Local Rule 83.2.11, and in accordance with Pre-Trial Order No. 36, Robert L. Salim, Ronald Corkern, Jr., and Kenneth T. Fibich hereby respectfully move the Court for an Order granting them leave to withdraw as counsel of record in the above-styled action.  Movers would show that Plaintiff's medical expert was unwilling to make the attestations required by Pretrial Order No. 43.  Movers do not believe they have a reasonable basis upon which to proceed with the prosecution of Plaintiff's claims herein.  As set forth in the attached Declaration, as required by Pretrial Order No. 36, the undersigned have explained to Deborah H. Collier the reasons for counsel seeking to withdraw from the matter.  Plaintiff has consented to the withdrawal.

Movers further request that Plaintiff be granted a period of sixty (60) days from the date of this Motion to obtain new counsel, and that all pending deadlines be tolled during this period.  In the alternative, Movers request that Plaintiff be given a period of time that is satisfactory to the Court to locate substitute counsel.

Movers would show that Deborah Collier's address and phone number are as follows: Deborah H. Collier, 1069 Patrick Road, Natchitoches, LA 71457, (318) 357-7918.

RESPECTFULLY SUBMITTED,

By: /s/Robert L. Salim
    Robert L. Salim (#11663)

        Law Offices of Robert L. Salim
        1901 Texas Street
        Natchitoches, Louisiana 71457
        Phone: (800) 491-1817; Fax: (318) 354-1227

        Ronald E. Corkern (#4403)
        Post Office Box 1036
        Natchitoches, Louisiana 71458
        Phone: (318) 352-2302; Fax: (318) 352-7458

        Kenneth T. Fibich (#06952600)
        1401 McKinney, Suite 1800
        Houston, Texas 77010
        Phone: (713) 751-0025; Fax: (713) 751-0030
        ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Withdraw as Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of March, 2010.

        /s/Robert L. Salim
        Robert L. Salim (#11663)
        1901 Texas Street
        Natchitoches, Louisiana 71457
        Phone: (800) 491-1817; Fax: (318) 354-1227

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>Bill Black, et al. v. Merck & Co., Inc. Case No. 2:05cv4452, *specifically: Deborah H. Collier.* | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

DECLARATION OF COUNSEL FOR PLAINTIFF

As required by Paragraph IIA of Pretrial Order No. 36, Robert L. Salim, Ronald Corkern, Jr., and Kenneth T. Fibich, counsel for Plaintiff in the above captioned matter hereby declare as follows:

1.) Counsel has communicated with Plaintiff, Deborah H. Collier;

2.) Counsel has explained to Plaintiff the reasons for seeking to withdraw from the instant matter; and

3.) Plaintiff has indicated understanding of these reasons for withdrawal and consent to the same.

RESPECTFULLY SUBMITTED,

By: /s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227

Ronald E. Corkern (#4403)
Post Office Box 1036
Natchitoches, Louisiana 71458
Phone: (318) 352-2302; Fax: (318) 352-7458

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
Phone: (713) 751-0025; Fax: (713) 751-0030
ATTORNEYS FOR PLAINTIFFS