UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | **NOTICE OF APPEAL**<br><br>MDL 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   Gene Weeks v. Merck & Co., Inc.,
Case No.: 2:05-cv-04578

Notice is hereby given that plaintiff Gene Weeks hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissal With Prejudice ( Doc. No.: 39594) signed by the Honorable Judge Eldon E. Fallon on the 30th day of March, 2010, and filed and entered on the 31st day of March, 2010, and also appeals from the Order signed by the Honorable Judge Eldon E. Fallon on the 23rd day of April, 2010 ( Doc. No.: 40561) and filed and entered on the 26th day of April, 2010, denying plaintiff's Motion to Alter, Amend or Vacate the March 30, 2010 Order.

Dated:   April 29, 2010

_____
RONALD R. BENJAMIN, Fed. Bar Roll No.: 101131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, PO Box 607
Binghamton, New York 13902-0607
(607) 772-1442

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY :
    LITIGATION :
                                                   : MDL 1657
                                                     SECTION: L
                                                   : JUDGE FALLON
                                                       MAGISTRATE JUDGE KNOWLES

-------------------------------------------------- :

THIS DOCUMENT RELATES TO:      Gene Weeks v. Merck & Co., Inc.,
                                                     Case No.: 2:05

### CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, the above and forgoing Notice of Appeal has been served on counsel on the attached service list by US Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No.: 8B, and that the foregoing was electronically filed with the Clerk of the District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a notice of electronic filing in accord with the procedures established in MDL 1657. I further certify that all parties on the attached service list have been served by US Mail.

                                                     S/
                            RONALD R. BENJAMIN, Fed Bar Roll No.: 101131
                            LAW OFFICE OF RONALD R. BENJAMIN
                            126 Riverside Drive, P.O. Box 607
                            Binghamton, New York 13902-0607
                            (607) 772-1442

TO COUNSEL ON ATTACHED LIST :

## SERVICE LIST

Phillip A. Wittmann, Esq.
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Russ Herman, Esq.
Herman Gerel LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Douglas Marvin, Esq.
Williams & Connolly
725 12th Street, NW
Washington, DC 20005

Maria D. Tejedor, Esq
520 N. Semoran Blvd., Suite 200
Orlando, FL 32807