UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>　　　　Plaintiffs<br><br>　　v.<br><br>MERCK SHARP & DOHME CORP.,<br>　　　　Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br><br>Case No. 05-3700 |

## EX PARTE MOTION INCORPORATED MEMORANDUM FOR LEAVE TO FILE CORRECTED CORRECTED PLAINTIFF'S POST-TRIAL PROPOSED FINDINGS OF FACT

Plaintiff, James D. Caldwell, Jr., Attorney General, through undersigned counsel, hereby moves the Court for leave to file a Corrected Plaintiff's Post-Trial Proposed Findings Of Fact. Plaintiff seeks to file this corrected document for the sole purpose of deleting a comment of counsel and inserting a relevant cite to the record on paragraph 152.

WHEREFORE, defendant Plaintiff respectfully requests that it be granted leave to file a Corrected Plaintiff's Post-Trial Proposed Findings Of Fact.

Respectfully submitted, this 29th day of April, 2010.

-1-

/s/ Douglas R. Plymale
James R. Dugan, II (La. Bar No. 24785)
Douglas R. Plymale. (La. Bar No. 28409)
Stephen B. Murray, Jr. (La. Bar No. 23877)
Stephen B. Murray, Sr. (La. Bar No. 9858)
Justin Bloom
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Email: dplymale@dugan-lawfirm.com

James D. Caldwell, Attorney General
Trey Phillips
Bryan McMinn
L. Christopher Styron
Assistant Attorneys General
LOUISIANA DEPARTMENT OF JUSTICE
885 North Third Street - 6th Floor
Baton Rouge, Louisiana 70802
Telephone: (225) 326-6020

Francisco H. Perez
Kim Sullivan
General Counsel
Louisiana Department of Health and Hospitals
P.O. Box 3836
Baton Rouge, Louisiana 70821
Telephone: (225) 342-1188

COUNSEL FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion For Leave To File Corrected Plaintiff's Post-Trial Proposed Findings of Fact has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 29th day of April, 2010.

/s/ Douglas R. Plymale.
Counsel for Plaintiff