UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General, Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP., Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of an Order Granting Leave to File a Corrected Plaintiff's Proposed Findings of Fact,

IT IS ORDERED, the Plaintiff is hereby granted leave to file a Corrected Plaintiff's Post-Trial Proposed Findings Of Fact.

NEW ORLEANS, LOUISIANA, THIS _____ day of April, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

-1-