UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                            :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                        :
                                        :   JUDGE FALLON
                                        :   MAG. JUDGE KNOWLES
                                        :

**THIS DOCUMENT RELATES TO:** *Dorothy Griffin v. Merck & Co Inc,* **Case No. 10-873**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy Griffin. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

Due to the personal information contained within the attached correspondence, IT IS FURTHER ORDERED that the correspondence be filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                         Dorothy Griffin
Plaintiff's Liaison Counsel             452 Stoneridge Drive
Herman, Herman Katz & Cotlar, LLP       Flint, TX 75762
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130