UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                            :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :     SECTION: L
                                        :
                                        :     JUDGE FALLON
                                        :     MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

Due to the personal information listed in the attached correspondence, IT IS FURTHER ORDERED that the correspondence by filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of April, 2010.

                                        UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                         Antonio Denson
Plaintiff's Liaison Counsel             327 Citrus Ave
Herman, Herman Katz & Cotlar, LLP       Arcadia, FL 34266
820 O'Keefe Ave.
New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130