UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Emmanual Iwobi et al v. Merck & Co Inc.*, 08-cv-1422

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Emmanual Iwobi. Mr. Iwobi's claim was dismissed with prejudice by this Court on February 3, 2009. Mr. Iwobi has informed the Court that he was not notified of the motion to dismiss by his attorney and that his attorney has since been disbarred in Texas. Mr. Iwobi seeks reinstatement of his case. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel. IT IS FURTHER ORDERED that Plaintiff's Liason Counsel review this matter and take any action they deem necessary.

New Orleans, Louisiana, this 28th day of April, 2010.

              _____
              UNITED STATES DISTRICT JUDGE

Clerk to Serve:
 Mr. Russ Herman
 Plaintiff's Liaison Counsel
 Herman, Herman Katz & Cotlar, LLP
 820 O'Keefe Ave.
 New Orleans, LA 70113

 Emmanual Iwobi
 22802 Willhanna Dr.
 Katy, TX 77449

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130