UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                    :      MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION       :      SECTION: L
                                                     :
                                                   :      JUDGE FALLON
                                                   :      MAG. JUDGE KNOWLES

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO: L.J. Rollins**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff L.J. Rollins.

Mr. Rollins asks the Court for assistance in filing a motion to intervene. Mr. Rollins was

correctly informed by the claims administrator that he is required to file a new lawsuit as opposed

to a motion for intervention. The Court contacted Mr. Rollins and provided him with the name

and number of the pro se curator (504-561-7799) so that he may obtain assistance in filing a new

lawsuit. IT IS ORDERED that the attached correspondence be entered into the record. In

addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to

liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 28th day of April, 2010.

                                                            UNITED STATES DISTRICT JUDGE

Clerk to Serve:
   Mr. Russ Herman                       L.J. Rollins
   Plaintiff's Liaison Counsel         1021 College Dr., Apt 1008
   Herman, Herman Katz & Cotlar, LLP  Texarkana, TX 75501
   820 O'Keefe Ave.
   New Orleans, LA 70113

1

___Fee _____
___Process_____
_X_Dktd _____
_✓_CtRmDep_____
___Doc. No._____

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130