APR 14 2010
U.S. DIS.
ELDON

United States District Court
ATTN: Judge E. Fallon

I has sent you a copy of all my Records Last yr. I beleive you Forward my Records to Ms. Diann Bates... The Claims Administrator. She Sent them back to me Stating that she could Not help me. Because I did Not have a Law Suite Filed or a Tolling Agreement. But I hope you can help me to InterVene into this Law Suite. I also Sent a Copy of my motion to Intervene into the Law Suite to the Clerk's Office also.

          Thank you
          L.J. Rollins
     1021 College Dr. apt. 1008
      Texarkana, TX. 75501
      (903-559-2044)

United States District Court
Eastern District Of Louisiana

In re: Vioxx                    Plaintiff
                                L. J. Rollins
                                VS.
Title of Action        Merk & Co., Inc. Vioxx
File a Complaint       Civil Action No. ____
For Damages            Motion To Intervene

Comes the above-named applicant For Intervention and respectfully moves and pray For the Court to Order and permitte Me to Intervene as a Party-plaintiff in this action and permitte Me to File the Petition For Intervention attached hereto, and For Cause States:

I L.J. Rollins gives my Full permission to the United States District Court, Judge E. Fallon to persue my case and permitte to Intervene as a party Plaintiff in this action upon the Folling grounDs:

Applicant has a Substantial Interest in the Subject matter of this action.

Hope & pray Applicant will be bound by Judge E. Fallon, Decree or order entered or to be entered in this action.

Applicant's Complaint in this Cause, has Question OF Law and in Common.

L. J. Rollins
1021 College Dr. apt. 1008
Texarkana, TX. 75501
903-559-2044