U.S. DISTRICT COURT
Eastern District of Louisiana

FILED  APR 23 2010  wp

LORETTA G. WHYTE
Clerk

FORM 2

ELECTION OF OPTIONS AND NOTICE TO THE COURT

Fifth Circuit Case Number:     10-30209

Fifth Circuit Case Caption:    In Re: Vioxx Prod Liability

USDC Case Number:     2:05-MD-1657
USDC Case Number:     2:06-CV-9803

05 MDL 1657 L(3)

(To inmate completing this form. Please place an "x" in the appropriate box)

[ ] On (date) _____, the $455.00 filing fees were paid to the **district court clerk** of the U.S. District Court for the _____ District of _____. If you have a copy of a receipt from the district court, please attach it.

[X] On (date) April 20, 2010, I applied to the United States District Court for the Eastern District of Louisiana for permission to appeal in forma pauperis (IFP). If you have a copy of the application to the district court, please attach it.

[ ] On (date) _____, the United States District Court for the _____ District of _____ granted me permission to proceed on appeal IFP. If you have a copy of the district court's order, please attach it.

**YOU MUST COMPLETE AND RETURN THIS FORM WITHIN 45 DAYS OF THE DATE OF THE FORWARDING LETTER OR YOUR APPEAL MAY BE DISMISSED WITHOUT FURTHER NOTICE.**

(Name)            Homer Jones

(Prisoner Number) 143946

(Address)         P.B. Box 548

                  Lexington, OK 73051-0548

TENDERED FOR FILING
APR 23 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc No. _____

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount.  _N/A_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   | Name | Relationship | Amount Contributed for Support |
   |------|--------------|-------------------------------|
   |      |              |                               |

I declare under penalty of perjury that the above information is true and correct.

_April 20, 2010_                                        _Homer Jones_
Date                                                    Signature of Applicant

---

## STATEMENT OF ACCOUNT
(Certified Institutional Equivalent)
(To be completed by the institution of incarceration)

I hereby certify that this inmate, _Homer Jones_, has a present inmate account balance of $ _20.27_ at the _Joseph Harp C.C._ institution. I further certify that the average monthly deposits for the preceding six months is  $ _8.50_

*(The average monthly deposits are to be determined by adding the deposits made during a given month and dividing the total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is divided by six).*

I further certify that the average monthly balance for the prior six months is  $ _3.38_

*(The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six prior months. The balance from each of the six months are to be added together and the total is to be divided by six).*

_4/12/10_                                                _Barbara L Cason_
Date Certified                                           Authorized Officer of Institution

Date\Time: 4/12/2010 11:51:46 AM  
Institution: JHCC

## ODOC
## Offender Statement Report

Verified: _____

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0143946 | JONES, HOMER | JHCC | J | 1-CELL 132-BED A |

### Transaction List

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Sender Name | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 11/12/2009 | BEGINNING BALANCE | | | | | $10.00 |
| 01/31/2010 | GANG PAY | | | | $17.00 | $27.00 |
| 01/31/2010 | MEDICAL COPAY | 06-18-09 | | | ($1.48) | $25.52 |
| 01/31/2010 | MEDICAL COPAY | 07-07-09 | | | ($4.00) | $21.52 |
| 01/31/2010 | MEDICAL COPAY | 07-14-09 | | | ($4.00) | $17.52 |
| 01/31/2010 | MEDICAL COPAY | 08-05-09 | | | ($0.72) | $16.80 |
| 02/01/2010 | PLRA | CV00374FHS | 13156141 | | ($3.40) | $13.40 |
| 02/28/2010 | GANG PAY | | | | $17.00 | $30.40 |
| 02/28/2010 | MEDICAL COPAY | 08-05-09 | | | ($3.28) | $27.12 |
| 02/28/2010 | MEDICAL COPAY | 10-1-09 | | | ($6.00) | $21.12 |
| 02/28/2010 | MEDICAL COPAY | 11-10-09 | | | ($0.92) | $20.20 |
| 03/01/2010 | PLRA | CV00374FHS | 13156141 | | ($3.40) | $16.80 |
| 03/31/2010 | GANG PAY | | | | $17.00 | $33.80 |
| 03/31/2010 | MEDICAL COPAY | 11-10-09 | | | ($3.08) | $30.72 |
| 03/31/2010 | LEGAL COPAY | 09-03-09 | | | ($1.00) | $29.72 |
| 03/31/2010 | LEGAL COPAY | 3/16/10 | | | ($0.61) | $29.11 |
| 03/31/2010 | LEGAL COPAY | 3/16/10 | | | ($3.10) | $26.01 |
| 04/01/2010 | PLRA | CV00374FHS | 13161025 | | ($3.40) | $22.61 |
| 04/02/2010 | SALES | 47 | | | ($2.34) | $20.27 |

### Summary Balances

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.07 | $20.20 | $0.00 | $0.00 | $0.00 | $0.00 | $20.27 |

2

Homer Jones # 143946
JHCC; J-unit - Cell # 132-B
P.O. Box 548
Lexington, Oklahoma 73051

Clerk Office
United States District Court
Eastern District of Louisiana
New Orleans, Louisiana 70130