# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last: Flynn | First: Francis | Middle: Joseph |
|---|---|---|---|
| Name of Law Firm | Carey & Danis, LLC | | |

**Current Address**
- Street: 8235 Forsyth Blvd., Suite 1100
- City: St. Louis
- State: MO
- Zip: 63105
- Country: United States of America

| Telephone Number | (314) 725-7700 | Facsimile | (314) 721-0905 | Email | cflynn@careydanis.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last: Wake | First: Mervin | Middle: |
|---|---|---|---|

**Plaintiff Address**
- Street: P.O. Box 193
- City: Bland
- State: MO
- Zip: 65014
- Country: USA

| Telephone Number | (573) 859-3146 | Facsimile | | Email | |
|---|---|---|---|---|---|

| Case Caption | Pickard v. Merck et.al. |
|---|---|
| Case Number | 2:06-cv-01974 |
| Court Where Case is Pending | United States District Court Eastern District of Louisiana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last: | First: | Middle: |
|---|---|---|---|

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

| Telephone Number | | Facsimile | | Email | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  4  /  30  /  2010  .
   Month    Day    Year

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff's intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 4 / 30 / 2010 (Month/Day/Year) | F. Fly  Counsel |

#344082

2