U. S. DISTRICT COURT
Eastern District of Louisiana

FILED APR 29 2010

LORETTA G. WHYTE
Clerk

April 26, 2010

FAX & USPS 1st CLASS MAIL

Honorable Eldon E. Fallon
United States District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re: MDL 1657 Vioxx Products Liability Litigation
No. 05-5382 James Schneller et al v. Merck & Co. Inc.

L(3)

To Judge Fallon:

  I had written the Court in late March seeking continuance of action on defendant's Lone Pine (ninth) motion to dismiss, pending a serving upon me of any pleadings and any orders entered in this case in year 2010, which I claim to have never received..

  I filed by parcel mailed Saturday April 24th, a motion for leave to file answer to motion to dismiss, with proposed answer, and served all parties by email and the immediately concerned parties also by USPS mail. I am writing, respectfully hoping the included copy of the motion is not troublesome to your office, to request that I be permitted to attend the April 29th Court session by telephone.

Respectfully,

James D. Schneller
pro se

TENDERED FOR FILING
APR 29 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

cc: Dorothy A. Wimberly Esquire, Joshua Schiller Esquire, Russ Herman Esquire, Robert M. Johnston Esquire, Ann Oldfather Esquire; Clerk, Civil Section

560 E. Lancaster Avenue # 111d   Radnor, PA 19087   610-688-9471

In Re: VIOXX

PRODUCTS LIABILITY LITIGATION : MDL DOCKET NO. 1657

James D. Schneller, Trustee ad Litem for the
Individuals Entitled to Relief Due to the
Wrongful Death of Marjorie C. Schneller, et al     Civil Action No. 05 - 5382
                            plaintiffs
v.

Merck & Company, Inc.,   defendant

## CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the within Motion upon the following, by electronic mail, and by USPS first class mail where indicated, as follows:

Phillip Wittmann Esquire                                          USPS 1st Class Mail
Mrs. Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130
dwimberly@stonepigman.com

Ann B. Oldfather Esquire                                          USPS 1st Class Mail
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
aoldfather@oldfather.com

John Poulos Esquire
Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
poulos@hugheshubbard.com
M. Elaine Horn, Esquire
Williams & Connolly, LLP
725 Twelfth St., NW
Washington, DC 20005

1100 Poydras St.
New Orleans, LA 70163
gmeunier@gainsben.com

Drew Ranier
Ranier Gayle & Elliot
1419 Ryan St.
Lake Charles, LA 70601
dranier@rgelaw.com

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L St. NW, Suite 400
Washington, DC 20036
Cvtisi@aol.com

John H. Beisner
O'Melveny & Meyers LLP
1625 Eye St.
Washington, DC 20006
jbeisner@omm.com

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
909 Poydras St., Suite 2500
New Orleans, LA 70112
rcs@sfr-lawfirm.com

*/s/ James D. Schneller*
James D. Schneller

Date: April 24, 2010

CERTIFIED MAIL

7009 1410 0000 3137 7270

U.S. POSTAGE PAID
WAYNE, PA 19087
APR 26, 10
AMOUNT $3.41
00075484-09

James Schneller
500 E. Lancaster # 111 D
Radnor, PA 19087

Office of the Clerk
U.S. Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130