**MINUTE ENTRY**
**FALLON, J.**
**APRIL 29, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| **ALL CASES** : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

On this date, a status conference was held in the Chambers of Judge Eldon E. Fallon to discuss the Common Benefit Fee.  Russ Herman, Arnold Levin, Fred Longer, and Leonard Davis participated on behalf of the fee applicants.  Michael Stratton participated on behalf of the Objectors.

At the conference, Mr. Stratton indicated that felt that further discovery would be necessary.  Accordingly, IT IS ORDERED that, within ten (10) days, Mr. Stratton identify to the Court what discovery is needed, and why.  Within seven (7) days thereafter, the fee applicants shall provide the Court with their responses,  if any, to Mr. Stratton's requests.  At that time, the Court will take the matter under advisement and resolve any outstanding issues.

1

JS10(00:30)