| | |
|---|---|
| Dwain Hancey,<br><br>           Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>           Defendant(s). | United States District Court<br>Eastern District of Louisiana<br><br>MDL DOCKET NO. 1657<br><br>Case No. 2:05cv1167<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Dwain Hancey, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____      _____

Mitchel T. Rice                        Stephen G. Strauss            Phillip A. Wittmann
Morgan, Minnock, Rice & James, L.C.    Bryan Cave LLP              Dorothy H. Wimberly
Kearns Building, Eighth Floor, 136 South   211 N. Broadway, Suite 3600   Stone Pigman Walther
Main Street                               St. Louis, MO 63102           Wittmann LLC
Salt Lake City, UT 84101             (314) 259-2000 Tel            546 Carondelet Street
801-531-7888                             (314) 259-2020 Fax           New Orleans, LA 70130
                                                                                                           (504) 581-3200 Tel
                                                                                                           (504) 581-3361 Fax

Dated: _March 31, 2008_              Attorneys for Merck & Co., Inc.

                                                                           Dated: _5-3-10_

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of May, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.