## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **The Heirs of the Estate of Esther M.** | * | **JUDGE FALLON** |
| **Paz, et al.** | * | |
| **v.** | * | **MAGISTRATE JUDGE KNOWLES** |
| **Merck & Co., Inc.** | * | |
| | * | |
| | * | |
| ***Docket No. 2:05-cv-04739*** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Cynthia M. Garcia and Gloria I. Beoto,

individually and as representatives of the estate of Esther M. Paz, in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of _____April_____, 2010.

DISTRICT JUDGE