## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * * | SECTION L |
| *Rev. Calvin W. Fiddemon, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON |
| | * * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:08-cv-00742* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rev. Calvin W. Fiddemon, individually and as trustee of the estate of Willie Mae Fiddemon, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of _____April_____, 2010.

_____
DISTRICT JUDGE