MINUTE ENTRY
FALLON, J.
APRIL 30, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL GOVERNMENT ACTION CASES : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

    On this date, a telephone status conference was held in the Courtroom of Judge Eldon E. Fallon. Counsel for Merck and Counsel for various government action Plaintiffs participated. Ben Barnett argued on behalf of the Defendant. James Young argued on behalf of the government action plaintiffs. At the conference, the parties discussed discovery issues.

    For oral reasons given,

    IT IS ORDERED that Merck produce the data dictionaries and data models requested by the Plaintiffs. The Court will enter a protective order with regard to the data dictionaries and data models if the Defendants request one. IT IS FURTHER ORDERED that the parties agree upon a proposed discovery protocol and present it to the court within 10 days.

    The conference was transcribed by Ms. Karen Ibos, official court reporter. Those requesting a copy of the transcript may contact Ms. Ibos at (504)589-7776.

JS10(00:20)