UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                      :   MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION   :
                                                         :   SECTION: L
                                                         :
                                                         :   JUDGE FALLON
                                                         :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Peggy T. Owens v. Merck & Co., Inc.*, **06-cv-9368**

### ORDER

IT IS ORDERED that the attached Claimant's Petition Respecting Distribution of Special Master's Award be placed UNDER SEAL

New Orleans, Louisiana, this 30th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

1