UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Myrna Hamilton, et al v. Merck & Co., Inc., et al.*, **No. 06-11068 (as to Ken Gray only)**
*Steve Pickard, et al v. Merck & Co., Inc., et al.*, **No. 06-01974(as to Mervin Wake only**)

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 40846),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Ken Gray and Mervin Wake.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. All pending deadlines in this matter are tolled for the next 30 days as to the above named Plaintiffs. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 30th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE

1