## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| Ralph Trask, et al. v. Merck & Co., Inc. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Ronald Forseth, individually and as representative of Anna Marie Forseth* | |
| *Docket No. 2:06-cv-02181* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ronald Forseth, individually and as representative of Anna Marie Forseth, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of April, 2010.

_____
DISTRICT JUDGE