UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX                                              :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION         :    SECTION: L
                                                         :
                                                         :    JUDGE FALLON
                                                         :    MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Claudia Carter v. Merck & Co., Inc., et al.,*
No. 07-732 (as to Shirley E. Thompson only)

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Shirley E. Thompson. IT IS ORDERED that the attached correspondence be entered into the record. Ms. Thompson requests that the court reconsider dismissal of her claim. IT IS ORDERED that counsel of record for Ms. Thompson, Kevin Kelley, be sent a copy of Ms. Thompson's correspondence to take the appropriate necessary, if any.

New Orleans, Louisiana, this 30th day of April, 2010.

                                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Shirley Thompson<br>1219 Holly Glen Place<br>Dallas, TX 75232 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Kevin Kelley<br>Kelley & Witherspoon<br>325 N. St. Paul, Ste 1500<br>Dallas, TX 75201 |

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___