RECEIVED

APR - 7 2010

CHAMBERS OF
U.S. DISTRICT JUDGE
ELDONE. FALLON

April 1, 2010

Honorable Judge Fallon
U.S. District Court
Eastern District of Louisiana
New Orleans, L.A. 70130

In RE: Vioxx
Products Liability Litigation
MDL No 1657
Vioxx Claim # (VCN) 1100363

Dear Judge Fallon,

I am requesting that my case
be Re-instated to the fullest order,
my Councel Maxed Mackavitie,
never contacted me by letter or
phone regarding my case being
dismissed. I have resided at
1219 Holly Glen Dr Dallas Texas
75232 for over 36 Years.

Enclose please see attached.

1. Withdrawing as Counsel (2-4-2009)
2. Copy of Courts Order
3. Letter from Claims Administrator.
4. Order of Dismissal
5. Stipulation of Dismissal
6. Motion for Withdrawal
7. Order granting Motion   Respectfully Yours,
to Withdraw            Shirley C. Thompson

# FEARS | NACHAWATI PLLC

*Attorneys and Counselors at Law*
Dallas – Fort Worth – Houston – Austin – San Antonio

4925 Greenville Ave., Suite 715
Dallas, Texas 75206
T. (214) 890.0711   F. (214) 890.0712
www.fnlawfirm.com

February 4, 2009

Shirley Thompson
1219 Holly Glen Pl
Dallas, TX 75232

Re: Your VIOXX-related Claim

Dear Ms. Thompson,

We have been unable to communicate with you for several months. As a result, we are withdrawing as your counsel and will no longer represent you in this or any other matter. We have enclosed a copy of our motion to withdraw as well as a copy of the pretrial order (No. 36) in this case regarding withdrawing as counsel. Because I have not made any recovery on your behalf, you do not owe me anything for my services.

You have 30 days from the receipt of this letter to (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the curator the you are proceeding with your lawsuit pro se (that is, without representation of counsel). Whether you choose to contact us or contact new counsel, it is important to have counsel who is familiar with the law and procedures in Federal Court as this process is very complicated. Unless you contact me, secure new counsel, or contact the Curator and proceed pro se, the Motion to Withdraw will be considered by the court and may be granted.

Although I am no longer representing you in this case, it foes not mean that your case is without merit. Once again, I regret not being able to help you with your case and wish you all the best in your future.

Sincerely,

Majed Nachawati
MN/ec

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | |
| SHIRLEY E. THOMPSON | § | |
| | § | JUDGE FALLON |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MERCK & CO., INC. | § | |
| | § | MAGISTRATE JUDGE |
| Defendant. | § | KNOWLES |

## MOTION FOR WITHDRAWAL AS PLAINTIFF SHIRLEY THOMPSON'S COUNSEL

## TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Movant, Majed Nachawati, attorney for Plaintiff, Shirley E. Thompson, (hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof, shows the Court the following:

### I.

Good cause exists for withdrawal of Movant as counsel because Movant is unable effectively to communicate with Plaintiff in a manner consistent with good attorney-client relations.

### II.

The settings and deadlines in this case are as follows:

1.  No pending deadlines at this time.

### III.

This Motion is not sought for the purposes of delay.

*Movant Motion for Withdraw of Counsel*
*Page 1 of 3*

IV.

A copy of this motion bearing the enclosed notice has been delivered to the last known

address of Plaintiff.

Shirley E. Thompson
1219 Holly Glen Pl
Dallas, TX 75232

V.

Plaintiff is hereby notified in writing of the right to object to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Movant prays that the Court

enters an order discharging Movant as attorney of record for Plaintiff, Shirley E.

Thompson, and for such other and further relief that may be awarded at law or in

equity.

Respectfully submitted,
**FEARS | NACHAWATI LAW FIRM**

/s/ Majed Nachawati
Majed Nachawati
State Bar Number 24038319
4925 Greenville Avenue
Suite 715
Dallas, Texas 75206
Telephone:    (214) 890-0711
Facsimile:     (214) 890-0712
mn@fnlawfirm.com

*Movant Motion for Withdraw of Counsel*
*Page 2 of 3*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certification in Support of Motion to Withdraw as Counsel has been served on Liaison Counsel, John N. Poulos, Dorothy H. Wimberly, Phillip A. Whittmann and Russ M. Herman, by U.S. Mail and via facsimile and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of February, 2009.

| | |
|---|---|
| John N. Poulos<br>Hughes Hubbard & Reed LLP<br>101 Hudson Street<br>Suite 3601<br>Jersey City, New Jersey 07302 | *Via facsimile (201) 536-0799* |
| Dorothy H. Wimberly<br>Phillip A. Wittmann<br>Stone Pigman \| Walther Wittmann L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130 | *Via facsimile (504) 596-0849*<br>*Via facsimile (504) 596-0804* |
| Russ M. Herman<br>Herman, Herman, Katz & Cotlar, L.L.P.<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | *Via facsimile (504) 504-6024* |

DATED: February 27, 2009

/s/ Majed Nachawati
Majed Nachawati
mn@fnlawfirm.com

*Movant Motion for Withdraw of Counsel*
*Page 3 of 3*

*Movant Motion for Withdraw of Counsel*
*Page 4 of 3*

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph I.B of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| Name | Nachawati | Nabil | Majed |
| Name of Law Firm | Fears | Nachawati Law Firm | | |

| | Street | | | | |
|---|---|---|---|---|---|
| Current Address | 4925 Greenville Ave. Suite 715 | | | | |
| | City | | State | Zip | Country |
| | Dallas | | Tx | 75206 | USA |

| Telephone Number | (214) 890-0711 | Facsimile | (214) 890-0712 | Email | mn@fnlawfirm.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the following information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| Plaintiff Name | Thompson | Shirley | E. |

| | Street | | | | |
|---|---|---|---|---|---|
| Plaintiff Address | 1219 Holly Glen Pl | | | | |
| | City | | State | Zip | Country |
| | Dallas | | TX | 75232 | USA |

| Telephone Number | (214) 374-5882 | Facsimile | N/A | Email | N/A |
|---|---|---|---|---|---|
| Case Caption | IN RE: VIOXX PRODUCTS LIABILITY LITIGATION. Plaintiff: Shirley Thompson | | | | |
| Case Number | MDL Docket No. 1657 | | | | |
| Court Where Case is Pending | E.D. LA | | | | |

#344083

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Pursuant to PTO No. 36)

### C. COMPLIANCE WITH PTO NO. 36

☐ I placed an advertisement or notice in a newspaper of general circulation for three consecutive days serving the community in which the Plaintiff last resided, for the purpose of attempting to ascertain the whereabouts of the Plaintiff.

☒ I sent a letter to the Plaintiff by certified mail to the Plaintiff's last known address that included the following:

a. The Motion to Withdraw;

b. A copy of PTO No. 36;

c. A statement that Plaintiff had 30 days from receipt of the letter to: (i) contact me; (ii) secure new counsel; or (iii) contact the Pro Se Curator, Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email mrj@mrj-law.com) to apprise the Curator that the Plaintiff is proceeding with his or her lawsuit *pro se* (that is, without representation of counsel);

d. An explanation of the importance of proceeding with current counsel or securing new counsel familiar with the law and procedures in Federal Court; and

e. An explanation that, unless Plaintiff contacted current counsel, engaged new counsel, or contacted the Curator and proceeded *pro se*, the Motion to Withdraw would be considered by the Court and that, if the Court considered the steps taken to reach the Plaintiff have been reasonable and without success, the Motion may be granted.

### D. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 2 / 27 / 2009<br>(Month/Day/Year) | | Counsel |

#344083

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| | § | |
| | § | |
| PRODUCTS LIABILITY | § | SECTION L |
| LITIGATION | § | |
| | § | |
| SHIRLEY E. THOMPSON | § | JUDGE FALLON |
| | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MERCK & CO., INC. | § | MAGISTRATE JUDGE |
| | § | KNOWLES |
| Defendant. | § | |

## ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL AS TO PLAINTIFF SHIRLEY E.THOMPSON

On this day Came, the Court considered the Motion for Withdrawal of Counsel by Movant Majed Nachawati.

IT IS THEREFORE ORDERED that Movant is permitted to withdraw as counsel of record for Plaintiff and ORDERED that all notices in this cause shall hereafter be served on Plaintiff by certified and first class mail to the address in the motion.

IT IS FURTHER ORDERED that Majed Nachawati, Movant, immediately notify Plaintiff Shirley Thompson in writing of any additional settings or deadlines of which Majed Nachawati now has knowledge and has not already notified Plaintiff.

SIGNED on _____, 2009.

_____
JUDGE PRESIDING

*Movant Motion for Withdraw of Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2009 NOV 16  PM 4: 00

LORETTA G. WHYTE
CLERK

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**THIS DOCUMENT RELATES TO: *Shirley E. Thompson only***

**ORDER**

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Shirley E.

Thompson.  IT IS ORDERED that the correspondence be entered into the record.  The Court has

no record of the filing the attached Motion for Withdrawal As Plainitff Shirley Thompson's

Counsel.  The Court will consider the motion once it has been appropriately filed with the Court.

New Orleans, Louisiana, this 5th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Majed Nachawati                          Ms. Shirley Thompson
Fears Nachawati PLLC                 1219 Holly Glen Plaza
4925 Greenville Ave. Suite 715     Dallas, Tx 75232
Dallas, TX 75232

1

_____ Fee_____
_____ Process_____
_X_ Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804) 521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia  23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia  23219-4209

November 16, 2009

**_By U.S. Mail_**

Shirley E. Thompson
1219 Holly Glen Place
Dallas, TX  75232

> **Re:**   **Shirley Thompson**
> **Vioxx Claim Number (VCN):  1100363**

Dear Ms. Thompson:

This letter is in response to your call to our office regarding the status of your claim in the Vioxx Settlement Program.  Our records show that you are represented by the firm serving as your Primary Counsel in the Vioxx Resolution Program, the Fears Nachawati Law Firm.  If a claimant is represented, we normally communicate with their counsel about claims and not with the claimant directly.  As a result, we contacted Majed Nachawati at the firm about your call.  Mr. Nachawati informed us that his firm had withdrawn from representing you and that he would forward to us the signed order granting the withdrawal.  Until we receive that order, your Primary Counsel will remain your counsel of record, but they have asked that we write you directly.

The claim you filed in the Vioxx Settlement Program has been closed because we never received a Claims Form, medical records, or records demonstrating proof of Vioxx use by the Claims Package Submission Deadline of November 30, 2008.  This letter explains the various opportunities provided by the Settlement Agreement to submit a Claims Package and the reasons why this claim was closed for failure to submit the required materials.  The claim cannot be reopened now.

The Settlement Agreement required the Claims Form and all Pharmacy, Medical, and Event records ("PME records") to be submitted to the Claims Administrator by July 1, 2008.  Exhibit 1.5 of the Settlement Agreement built in automatic extensions to this deadline.  Pursuant to Exhibit 1.5, if the required Claims Form and PME records were not submitted by the July 1, 2008 deadline, we as the Claims Administrator issued a _First Notice of Claims Package Deficiency_, which warned claimants that if the required materials were not submitted by September 1, 2008, a _Second Notice of Claims Package Deficiency_ would be issued.  We issued a _Second Notice of Claims Package Deficiency_ after September 1, 2008, which warned claimants that if the required materials were not received by November 1, 2008, a _Final Notice of Claims Package Deficiency_ would be issued.  Finally, if the required Claims Form and PME records

were not received by November 1, 2008, we issued a *Final Notice of Claims Package Deficiency*, which warned claimants that if the required materials were not received by the Claims Package Submission Deadline of November 30, 2008, a *Notice of Non-Submitting Program Claimant* would be issued, which would provide the claimant 15 Business Days to appeal that finding to the Special Master before losing all rights in the Settlement Program. Alternatively, the *Final Notice of Claims Package Deficiency* provided the claimant an opportunity to request an extension of the November 30, 2008 deadline to no later than December 30, 2008. For claimants represented by Primary Counsel, we sent all these notices to that firm electronically, using a secure web interface we created for us to exchange information with Primary Counsel about the claims of the firm's clients. We sent these notices electronically to the Fears Nachawati Law Firm.

We issued the three Notices of Claims Package Deficiency outlined above to all Enrolled and Eligible claimants who had not submitted the required materials. Your claim was not deemed Eligible to be in the Settlement Program until September 16, 2008, so we only issued two Notices of Claims Package Deficiency for this claim. An initial *Notice of Claims Package Deficiency* was issued on September 19, 2008, followed by a *Final Notice of Claims Package Deficiency* on November 6, 2008.

If a claimant subject to the November 30, 2008 *Notice of Non-Submitting Program Claimant* failed to appeal that determination to the Special Master within 15 Business Days, or if the Special Master denied the appeal, that claimant was deemed to have accepted the determination. We received no appeal on your claim. As a Non-Submitting Program Claimant, you immediately ceased to have further rights under the Settlement Program, we delivered any submitted Release and Dismissal Stipulation to Merck, and Merck could then file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish your claim.

Enclosed with this letter is a report entitled *Summary of Claims Event Notices*, which summarizes the processes outlined above as they applied to your particular claim. We hope that this letter and the enclosed report have helped explain why this claim was closed, in compliance with the Settlement Agreement. There is nothing more we can do on this claim.

Sincerely,


Vioxx Claims Administrator

Enclosure

cc:   Majed Nachawati, Esquire (w/enclosure)
      *(by electronic mail)*

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 11/16/09 | | |
|---|---|---|---|
| **CLAIMANT NAME** | **Shirley Thompson** | **VCN** | **1100363** |
| **PRIMARY COUNSEL** | **Fears Nachawati Law Firm** | | |

| | Date | Event/Notice |
|---|---|---|
| **1.** | 2/29/08 | Release and Stipulation of Dismissal received. |
| **2.** | 4/15/08 | Claimant became Enrolled in the Vioxx Settlement Program. |
| **3.** | 8/13/08 | Supplemental Release received. |
| **4.** | 8/18/08 | Supplemental Release received. |
| **5.** | 9/19/08 | *Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted, the deadline to submit a Claims Form and PME Records was 11/1/08, and if no Claims Materials were submitted by that date, the claimant would receive a *Final Notice of Claims Package Deficiency*. Counsel never viewed this Notice. |
| **6.** | 11/6/08 | *Final Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted, the deadline to submit a Claims Form and PME Records was 11/30/08, and if no Claims Materials were submitted by that date, the claimant would become a Non-Submitting Program Claimant. The Notice also provided an option to submit a *V2033 Request for Relief from Deadline* to request an extension of the 11/30/08 Claims Package Submission Deadline to no later than 12/30/08. Counsel never viewed this Notice. |
| **7.** | 11/20/08 | Primary Counsel logged into secure Vioxx Portal. |
| **8.** | 11/25/08 | Primary Counsel logged into secure Vioxx Portal. |
| **9.** | 11/26/08 | Primary Counsel logged into secure Vioxx Portal. |
| **10.** | 12/5/08 | *Notice of Non-Submitting Program Claimant* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted by the Claims Package Submission Deadline of 11/30/08, so the Claimant was determined to be a Non-Submitting Program Claimant. The Notice allowed 15 Business Days to accept the Claims Administrator's determination or to appeal that determination to the Special Master. Counsel never viewed this Notice. |
| **11.** | 12/12/08 | Primary Counsel logged into secure Vioxx Portal. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 11/16/09 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Shirley Thompson | **VCN** | 1100363 |
| **PRIMARY COUNSEL** | Fears Nachawati Law Firm | | |

| | Date | Event/Notice |
|---|---|---|
| 12. | 12/29/08 | Primary Counsel logged into secure Vioxx Portal. |
| 13. | 12/30/08 | Primary Counsel logged into secure Vioxx Portal. |
| 14. | 1/14/09 | Claimant's status as a Non-Submitting Program Claimant was deemed to have been accepted because counsel failed to appeal that determination to the Special Master within 15 Business Days of the posting of the Notice. |
| 15. | 1/28/09 | Claim was Closed because claimant was a Non-Submitting Program Claimant. As of this date, the Claimant's Release and Stipulation of Dismissal remained deficient; the claim Closed without these Enrollment documents becoming NCD (no current deficiencies). |
| 16. | 2/2/09 – 3/31/09 | Primary Counsel logged into secure Vioxx Portal intermittently. |
| 17. | 3/12/09 | Claimant called the Pro Se Curator's office regarding a letter received from Primary Counsel, who was seeking to withdraw as counsel. Pro Se Curator's office advised that no claims package had been submitted and that the claimant needed to consult with her attorney regarding future action. Claimant requested assistance in communicating with her attorney; the Pro Se Curator's office called Primary Counsel and left a message asking them to return the call. |
| 18. | 3/17/09 | Claimant called the Pro Se Curator's office to explain that she still had not heard from Primary Counsel. She asked for advice with proceeding as a Pro Se Claimant. Pro Se Curator's office explained that they would send her a Claims Form and instructions for its completion, but that the Claims Package Submission Deadline had passed. |
| 19. | 4/4/09 | Claimant submitted by regular mail medical records pertaining to her claim. |
| 20. | 5/8/09 | Claimant called the Claims Administrator's office and left a message to see if any other documents were required in addition to the medical records submitted in April. |
| 21. | 5/11/09 | Claims Administrator contacted Primary Counsel to inform them that the claimant had called. Primary Counsel informed the Claims Administrator that they still represented the claimant until the order was entered granting their Motion for Withdrawal. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 11/16/09 | | |
|---|---|---|---|
| **CLAIMANT NAME** | **Shirley Thompson** | **VCN** | **1100363** |
| **PRIMARY COUNSEL** | **Fears Nachawati Law Firm** | | |

| | Date | Event/Notice |
|---|---|---|
| **22.** | 10/31/09 | The claimant forwarded by fax a copy of a 2/4/09 letter from Primary Counsel explaining their withdrawal as counsel. A copy of the Motion for Withdrawal was included. To date, the Claims Administrator has not received a copy of the order granting the Motion for Withdrawal, so Primary Counsel remains counsel of record for the claimant. |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Claudia Carter, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Shirley E. Thompson* | * | |
| | * | |
| *Docket No. 2:07-cv-00732* | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Shirley E. Thompson in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this 15th day of _____ July _____, 2009.

_____
DISTRICT JUDGE

Shirley E. Thompson,

        Plaintiff(s),

v.

MERCK & CO., INC.,

        Defendant(s).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 1657

**2:07-cv-00732-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

      Pursuant to [applicable Rule], the undersigned counsel hereby stipulate that all claims of plaintiff, Shirley E. Thompson, [individually] against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Nabil Majed Nachawati
Fears Nachawati Law Firm
4925 Greenville Ave., Suite 715
Dallas, TX 75206
214-890-0711

Dated: _02/28/08_

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co, Inc.

Dated: _7-10-09_

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of July, 2009.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | § | MDL Docket No.: 1657 |
| | § | |
| **PRODUCTS LIABILITY** | § | **SECTION L** |
| **LITIGATION** | § | |
| | § | |
| **SHIRLEY E. THOMPSON** | § | |
| | § | |
| **Plaintiff,** | § | **JUDGE FALLON** |
| **V.** | § | |
| | § | |
| **MERCK & CO., INC.** | § | |
| | § | **MAGISTRATE JUDGE** |
| **Defendant.** | § | **KNOWLES** |

<u>**MOTION FOR WITHDRAWAL AS TO PLAINTIFF SHIRLEY THOMPSON'S COUNSEL**</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

     **NOW COMES** Movant, Majed Nachawati, attorney for Plaintiff, Shirley E. Thompson,

(hereinafter Plaintiff), and brings this Motion for Withdrawal of Counsel, and in support thereof,

shows the Court the following:

I.

     Good cause exists for withdrawal of Movant as counsel because Plaintiff has requested a

withdrawal.

II.

     The settings and deadlines in this case are as follows:

     1.     No known pending deadlines at this time.

III.

     This Motion is not sought for the purposes of delay.

*Movant Motion for Withdraw of Counsel*
*Page 1 of 3*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Certification in Support of Motion to Withdraw as Counsel has been served on Liaison Counsel, John N. Poulos, Dorothy H. Wimberly, Phillip A. Whittmann and Russ M. Herman, by U.S. Mail and via facsimile and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of November, 2009.

John N. Poulos                                          *Via facsimile (201) 536-0799*
Hughes Hubbard & Reed LLP
101 Hudson Street
Suite 3601
Jersey City, New Jersey 07302

Dorothy H. Wimberly                                  *Via facsimile (504) 596-0849*
Phillip A. Wittmann                                     *Via facsimile (504) 596-0804*
Stone Pigman | Walther Wittmann L.L.C.
546 Carondelet St.
New Orleans, LA 70130

Russ M. Herman                                         *Via facsimile (504) 504-6024*
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

DATED: November 24, 2009                          /s/ Majed Nachawati
                                                                Majed Nachawati
                                                                mn@fnlawfirm.com

*Movant Motion for Withdraw of Counsel*
*Page 3 of 3*

IV.

A copy of this motion bearing the enclosed notice has been delivered to the last known address of Plaintiff.

> Shirley E. Thompson
> 1219 Holly Glen Pl
> Dallas, TX 75232

V.

Plaintiff is hereby notified in writing of the right to object to this motion.

**WHEREFORE, PREMISES CONSIDERED,** Movant prays that the Court enters an order discharging Movant as attorney of record for Plaintiff, Shirley E. Thompson, and for such other and further relief that may be awarded at law or in equity.

> Respectfully submitted,
> **FEARS | NACHAWATI LAW FIRM**
>
> /s/ Majed Nachawati
> Majed Nachawati
> State Bar Number 24038319
> 4925 Greenville Avenue
> Suite 715
> Dallas, Texas 75206
> Telephone:    (214) 890-0711
> Facsimile:    (214) 890-0712
> mn@fnlawfirm.com

*Movant Motion for Withdraw of Counsel*
*Page 2 of 3*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                          :        MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION         :        SECTION: L
                                                     :
                                                     :        JUDGE FALLON
                                                     :        MAG. JUDGE KNOWLES
. . . .. . .. . .. . .. . .. . .. . .. . .. . .. . .. . .. . .. . .. . :

**THIS DOCUMENT RELATES TO:**     *Claudia Carter v. Merck & Co., Inc., et al.,*
                                  **No. 07-732 (as to Shirley E. Thompson only)**

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 27999),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted

to withdraw from representation of Shirley E. Thompson.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to

the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain

new counsel or contact the Pro Se Curator's Office within 60 days if the Plaintiff wishes to

proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's

Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston,

VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 30th day of November, 2009.

_____
UNITED STATES DISTRICT JUDGE

1

# Office DEPOT FAX TRANSMISSION

*Taking Care of Business*

**TO:** *Judge Fallon*

**FAX NUMBER:** 504-589-6966

**DATE:** 4-12-2010

**FROM:** *Shirley C. Thompson*

**SENDER'S PHONE #:** 214-3765882

**# OF PAGES:** 1

**CUSTOMER'S NOTES:** RE: Eastate Claim Request Mailed on 4-5-2010 by Certified Mail. This form was left out. MDL-1657.
Vioxx Claim # (VCN) 1105363

## OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (1) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD-PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

**CUSTOMER SIGNATURE** (REQUIRED): *Shirley C. Thompson*

### STORE INFORMATION

**Office depot 160**
**3107 W. Camp Wisdom Rd.**
**Dallas, TX. 75237**
**Tel: ( 214) 467- 2840**
**Fax ( 214) 467-9805**

## THANK YOU FOR USING OFFICE DEPOT'S CUSTOMER FAX SERVICES

| First Page Local Fax | Additional Local Fax | First Page Long Distance Fax | Additional Long Distance Fax | First Page International Fax | Additional International Fax |
|---|---|---|---|---|---|
|  833- 071 |  466- 687 |  833- 081 |  833- 091 |  833- 101 | 833- 201 |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES Date of Summary: 11/16/09 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Shirley Thompson | **VCN** | 1100363 |
| **PRIMARY COUNSEL** | Fears Nachawati Law Firm | | |
| | **Date** | **Event/Notice** | |
| **1.** | 2/29/08 | Release and Stipulation of Dismissal received. | |
| **2.** | 4/15/08 | Claimant became Enrolled in the Vioxx Settlement Program. | |
| **3.** | 8/13/08 | Supplemental Release received. | |
| **4.** | 8/18/08 | Supplemental Release received. | |
| **5.** | 9/19/08 | *Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted, the deadline to submit a Claims Form and PME Records was 11/1/08, and if no Claims Materials were submitted by that date, the claimant would receive a *Final Notice of Claims Package Deficiency*. Counsel never viewed this Notice. | |
| **6.** | 11/6/08 | *Final Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted, the deadline to submit a Claims Form and PME Records was 11/30/08, and if no Claims Materials were submitted by that date, the claimant would become a Non-Submitting Program Claimant. The Notice also provided an option to submit a *V2033 Request for Relief from Deadline* to request an extension of the 11/30/08 Claims Package Submission Deadline to no later than 12/30/08. Counsel never viewed this Notice. | |
| **7.** | 11/20/08 | Primary Counsel logged into secure Vioxx Portal. | |
| **8.** | 11/25/08 | Primary Counsel logged into secure Vioxx Portal. | |
| **9.** | 11/26/08 | Primary Counsel logged into secure Vioxx Portal. | |
| **10.** | 12/5/08 | *Notice of Non-Submitting Program Claimant* posted to Primary Counsel's Vioxx Portal with email sent to nachawati@fnlawfirm.com alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted by the Claims Package Submission Deadline of 11/30/08, so the Claimant was determined to be a Non-Submitting Program Claimant. The Notice allowed 15 Business Days to accept the Claims Administrator's determination or to appeal that determination to the Special Master. Counsel never viewed this Notice. | |
| **11.** | 12/12/08 | Primary Counsel logged into secure Vioxx Portal. | |