<u>Note: Correction to Letter Dated February 6th 2010</u>

<u>Delivered Via Facsimile</u>

To: The Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St. Room C-456
New Orleans, LA 70130

Your Honor, my name is Robert James Womack of Mesquite, Texas. I am a claimant in the Merck/Vioxx Lawsuit now pending in your Court.

I have received point awards and I am awaiting the Lien refund that is due any time for my final check with the exception of an **EI settlement.**

I have just been notified by my Attorney's office that I do not qualify for an **EI Award** as Brown Greer has counted my 401(k) (as wages) and as I cannot produce, $250,000 in out of pocket medical damages, I just will not qualify!

I am compelled to seek your help in this matter. As a matter of record I worked for Abbott Laboratories from June 1978 until August 2000. I suffered a back injury "at work" in August of 1999 and was unable to return to work and after one year I was separated from my company. The Matrix Co. out of Austin would not grant the needed operation. Abbott's Work Comp Administrator.

In November of 2000 and after years of being on Vioxx for back pain I suffered a heart attack and was never able to have the second back surgery that might have corrected my injury in the first place.

Having said all the above, I do not feel that my 401(k) or any other savings should be held against my qualifying for the **EI award** that I deserve. My earnings all of my tax records were submitted within the required time as directed by the court. My attorney is Mark Lanier of the Lanier Law Firm in Houston, Texas.

I have presented the required loss of wages statement and have shown that my losses are in excess of $309,333. I have not earned a dime or worked any kind of job since August 1999, the date of my heart attack in November 2000 and the stent implant in my LAD artery.

It would be an absolute matter of injustice to deny myself, my family or anyone else some equal share of the pending **EI resolution** based on earnings or savings 22 years before Vioxx caused my heart attack, not to mention the last 9 plus years of not being able to work and the loss of the earnings for the last 9 plus years. I'm now 62 years of age. My life will be cut short thanks to Vioxx.

Your Honor please consider this letter as my personal appeal for your help in the above.

**Respectfully, Your Honor Please disregard my letter dated Feb. 6th 2010 I inadvertently referenced (MI) where I meant (EI) Please accept this letter to correct my previous letter.**

Robert James Womack           February 10th 2010
208 N Bryan Place
Mesquite, TX 75149
972-285-4490 (home)

VCN 1038296

3 of 3

Date: March 31st, 2010

Page 2

You're Honor,

Addendum: To letter Dated February 10, 2010 as I have not received your response from my Original request for your help, I am again seeking your help with an appeal as today is the last date to ask for some kind of relief for my EI Claim.

BrownGreer requires a $700.00 fee (non-refundable) to file for a Special Master Appeal. That is more money than I can afford at this time, partly because I am still waiting on my Lien Hold Refund that it is in "process" and it may take another 2-weeks. I was told that there was no claim Filed against my SS# back on Jan 7th and like many others I am still waiting!

I did not have sufficient time to respond to the April 1st dead line in the first place as my wife and I were away from home when the Lanier Law Firm, my Atty's office sent an e-mail we were on the road from March 18th thru March 24th attending our only grand baby's 1st birthday 900 miles from home.

Judge Fallon Sir, My family is going to need money when I'm gone... I am a Viet Nam Vet with three tours of duty of honorable service to my country I have worked and held a job all my life starting at age 15. I did not attend high school but I did get my GED while in Danang in 1966. Until my heart attack in November 2000 I assumed I would continue to work until I reached 65 But that was not to be, Vioxx did a number on me and I have not worked since. My wife retired from the City of Mesquite as the City Secretary January 2009 we have a great family and one grandson Our daughter and son are both married and it is killing me that for the last 10 years give or take a few months I was putting money from my salary into my 401 for retirement but with putting 2-kids through college helping them get into their first home and paying for "both" weddings my 401 is down to less than $5000.00 it was almost $400,000 when I lost my job due to my heart attack. I tried to return but was told they had "no" light duty work available for me! I was a supervisor for Abbott Laboratories for almost 22years!!

You're Honor I need you help and I know I'm not alone here, but the rules changed about the EI Claims somewhere! all along we were told that everyone that had an MI or SI with a Points award would be entitled to some part of the EI Funds... You are our last hope!

Respectfully'
Robert Womack
208 North Bryan Place
Mesquite, Texas, 75149
Home # 972-285-4490

*Rob Womack* (signature)

VCN 1038296

2 of 3