UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY -3 PM 2:42

LORETTA G. WHYTE
CLERK

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Dennis J. Dailey**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dennis J. Dailey. IT IS ORDERED that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 30th day of April, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Dennis J. Dailey
72 Eno Rd.
Cedar Run, New Jersey 08092

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___Fee___
___Process___
_X_ Dktd___
___CtRmDep___
___Doc. No.___