March 26, 2010     JUDGE ELDON E. FALLON

DEAR JUDGE FALLON MY NAME IS DENNIS J. DAILEY, I'M JUST ONE OF THE 47,000 PEOPLE THAT WERE INJURED BY THE DRUG VIOXX. I JOINED THE CLASS ACTION LAW SUIT WHICH WAS SETTLED. MY ATTORNEY IS SEEGAR WEISS. IM EXTREMELY DISTURBED BY THE WAY THE SETTLEMENT WAS PUT TO ME THROUGH MY ATTORNEY . IT WAS MADE TO SOUND LIKE I WAS GOING TO BE COMPENSATED FAIRLY, ALMOST AS IF THIS WAS THE WAY TO GET ANY COMPENSATION AT ALL. MEDICAL BILLS , MEDICATIONS , ALL FINANCIAL LOSSES, INJURY ETC. ETC..I FEEL LIKE I WAS DUPED. I'M NOT A ATTORNEY I'M A HOUSE PAINTER, WHICH THE DRUG VIOXX PUT ME OUT OF BUSINESS , I'M ON TOTAL DISABILITY, I LOST MY HOME , MY WIFE , MY CARS , MY SHORT TERM MEMORY ,AND NUMEROUS OTHER BRAIN FUNCTIONS, 75% USE OF MY RIGHT SIDE. I WAS INJURED JUNE 18 ,2003 MY AGE WAS 56, I HAD 12 TO 15 YEARS OF EARNING A LIVING STILL AHEAD OF ME, NOW I HAVE NOTHING. I JUST CAN'T WRAP MY HEAD AROUND THE FACT THAT THE GOVERNING POWERS WOULD ALLOW SUCH A PUTRID SETTLEMENT. ALLOW MERCK TO GET AWAY WITH A MINASCULE AMOUNT OF COMPENSATION TO BE AWARDED TO THE INJURED. AND TO SET SUCH CRITERIA , THE POINT SYSTEM IS SHAMEFUL, THE VALUE OF POINTS IS SHAMEFUL. AND THE FREEDOM THAT WAS GIVEN TO THE CLAIMS ADMINSTRATOR IS A JOKE. WHY AREN'T WE COMPENSATED FOR ALL THE YEARS WE CAN'T WORK? WHY DO YOU HAVE TO MEET $250,000.00. MERCK CAUSED ME TO LOSE X NUMBER OF DOLLARS , WHY AM I NOT ENTITILED TO BE COMPENSATED X NUMBER OF DOLLARS. WHY WOULD I ONLY BE COMPENSATED FROM THE DATE THE INJURY OCCURRED TO THE DATE THE SETTLEMENT WAS MET . WHAT ABOUT THE REMAINDER OF TIME YOU HAVE TIL RETIREMENT.IF YOU MEET ALL THE SO CALLED CRITERIA THE CLAIMS ADM STILL DOESN'T HAVE TO AWARD YOU ANYTHING, IT'S UP TO HIS DISCRESSION. MERCK KNEW EXACTLY WHAT THEY WERE PUTTING OUT TO US , THE GUINNIE PIGS, THE FDA ALSO TURNED THEIR HEADS, AND NOW IT SEEMS AS THOUGH THE POWERS TO BE ARE IN ON THE SCAM , COVERUP,  GIVE THE GUINNIE PIGS SOME PEANUTS AND THEY'LL GO AWAY. THIS IS THE AMERICAN WAY, MONEY MOTIVATED, GREED, AND SHOVE IT TO THE GUY BELOW YOU. MY ATTORNEY SAYS "IT WAS EXPLAINED TO YOU HOW THE PROCESS WORKS" YEA YOU WERE GIVEN THE BASICS, ONLY ENOUGH TO GET YOU TO AGREE TO THE SETTLEMENT. AND I'M ONE OF THE FORTUNATE ONES, I'M STILL ALIVE, I CAN GO TO THE BATHROOM MYSELF. HOW ANYONE THINKS THIS IS A FAIR SETTLEMENT AGREEMENT IS BEYOND ME. MERCK , THE LEAD COUNSELS AND THE CLAIMS ADMINSTRATOR ALL THINK THIS IS GREAT , I GUESS THIS IS AN EXCELLENT EXAMPLE OF THE GREAT AMERICAN WAY . BEND OVER, IT WON'T HURT MUCH. THE WAY OUR SYSTEM WORKS I DON'T THINK YOU WILL EVER READ THIS LETTER , BUT BY CHANCE SOMEBODY HAS ENOUGH NERVE TO GIVE IT TO YOU A RESPONSE WOULD BE PLEASENTLY WELCOME AND  INTERESTING . SINCERELY, DENNIS J. DAILEY

DENNIS J. DAILEY
72 ENO RD.
CEDAR RUN ,NEW JERSEY 08092