UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Kimberly Nan Jelgerhuis, et al v. Merck & Co Inc,* Case No. 05-458 (as to Janice Baum only)

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum. Ms. Baum asks the Court not to dismiss her case, which was subject to a Merck's First PTO 43 Motion to Dismiss (R.Doc. 22492) on April 29, 2010. Merck's Motion was deferred at that time. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 30th day of April, 2010.

                                                  UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

1

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130