Janice M Baum
6638 Quail Ridge Lane
Fort Wayne IN 46804

April 27, 2010

Honorable Judge Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans LA 70130

Re: VCN1081541

Dear Judge Fallon:

In the 11th hour, again I find myself writing to you. Any hopes of getting my "Case Specific Expert Report" by April 29, 2010 have been exhausted...not for lack trying but for my own lack of financial funds. Mayo Clinic is willing to review my case but they want me to return to Rochester, MN. In order for Mayo Clinic to connect my vascular damage with Vioxx usage, their own doctors must evaluate me once again before they say my health deterioration and Pulmonary Hypertension are directly connected to my Vioxx usage, even though they first diagnosed me in Nov. 2003. However, until my previous outstanding balance is paid in full, even though they wrote the balance off at my request several years ago, they won't schedule an appointment for me. I'm currently thousands of dollars in medical debt, so it's currently not an option.

My entire local medical specialists group dismissed me from their care after I proved with a 5-hour "mental health assessment" that I have no mental psychosis, mental illness, or hypochondria...proof that I must carry with me to any medical appointment. This occurred because as Benefits Administrator for my employer I inadvertently uncovered a Medicaid fraudulent billing scam with my former pulmonary doctor and the oxygen provider his office gave me no choice but to use. (Both former doctor and oxygen provider are currently under investigation for Medicaid Fraud, as verified by my former attorneys, Price Waicukauski & Riley.)

Fort Wayne, IN., is a tight-knit medical community with many doctors owning the local HMO (my current insurance provider), Physician's Health Plan of Northern Indiana. So, no medical provider is willing to touch me or treat my PH, let alone investigate the connection between my extensive Vioxx usage and my deteriorating vascular damage. Yesterday, a local pulmonologist referred my request for my "Case Specific Expert Report" back to the cardiologist who referred me to him because my health issue is a "vascular issue". Yet, this same pulmonologist told me the referring cardiovascular doctor "doesn't feel your present medical condition is bad enough to be treated at this time." (I'm currently on 3 liters oxygen nightly and frequently use it throughout the day, too.)

Because of "hand written doctor notes" I obtained as my employer's Benefit's Administrator, my August 21, 2009, diagnosis in Boston, MA was just recently paid. In my possession is undeniable proof of doctors attempting to prevent me from being properly diagnosed. Because of my threats to go to the press, PHP recently agreed to add my Boston, MA doctor as "in-network". Prior to March 18, 2010, they'd paid my Boston medical bills "in error" at 100%...everything but Dr. Harrison W. Farber, the doctor who put a name to my 11 idiopathic symptoms. Dr. Farber's goal is to prevent me from getting to the point that my former local doctors expected of me before testing me for PH. However, by NOT paying Dr. Farber's bill in a timely manner, he wouldn't review my medical records before payment, either. Thus, I'm left at your mercy. (My next Boston appointment with Dr. Farber isn't until July 1st...too late for his help.)

As you well know, I'm a fighter, and I'm fighting for my life and rights. The many medical journal articles sent and entered into my record by the Courts prove Merck Pharmaceutical's knew of the direct connection between other critical health issues than "heart attack, strokes, and death." However, from the words of an attorney who formerly worked with the President of the American Bar Association, and from someone who

traveled from coast-to-coast sitting in on the negotiations between Merck Pharmaceuticals and the plaintiff's attorney's, I was informed, "she'll NEVER find an attorney to represent her in the entire United States, no matter how strong her case." Merck strong-armed them to agree to dismiss all plaintiffs from their legal counsel who weren't eligible for the out-of-court settlement, <u>a JOKE to women with heart attacks who are so frequently misdiagnosed</u>, as I apparently was with a "silent" heart attack. According to this participating attorney, Merck said they would run legal bills upwards of $100K for those attorneys who didn't drop their other Vioxx damage claimants. Merck Pharmaceuticals fully intends to prove the damaged plaintiff probably would have developed their health issue, in my case Pulmonary Hypertension, regardless of their Vioxx usage. (By threatening this, think of the thousands of others with Vioxx related health conditions ruled "ineligible" by Merck's gatekeeper who just "gave up". <u>Think of the millions of dollars more Merck will be profiting at the expense of our wellbeing.</u>

Out of many "blood" relatives both living and deceased included, I'm the only one who took "Vioxx" extensively...<u>aka "Cox-2 Inhibitors"</u>. Including 4 "blood" grandparents; 2 parents with 7 siblings; 2 paternal aunts and 3 paternal uncles; 3 maternal uncles and far too many 1st cousins to count, <u>not one</u> immediate or further back relative has ever needed oxygen just to live or had Pulmonary Hypertension. My paternal grandmother lived to be <u>99 1/2</u> and one of her sons is still living at 87. My mother's remaining brother is still teaching college painting classes in Eugene, OR <u>at 92</u>. I wasn't doomed, as Merck will try to prove. I was always known in my immediate family as health conscious, trim and fit, nearly a vegetarian, a non-smoker or alcohol/drug abuser of any kind. I was one of the very few family members to be considered the picture of health. Ironically, they still think that until they see me with my oxygen cannulas in my nostrils.

Your Honor, God has dropped <u>many unbelievable opportunities</u> in my lap to allow my case to move forward as it has since last Sept.'09 after your surprise ruling my former attorneys had to continue to represent me. Even after that same law firm was dismissed from my case after telling me I'd never find any medical connection between my "perceived pulmonary hypertension" and Vioxx, I felt that was also coming from God. Suddenly, the term "<u>Cox-2 Inhibitors</u>" popped in my brain while Googling Vioxx. <u>Why</u>??? More than 5 years earlier (10+ months after Vioxx was pulled from the market for causing vascular damage) I'd called Mayo Clinic for their "expert opinion" if Vioxx could have caused or aggravated my deteriorating vascular health the year before. Their reply back then was, "We don't know. Ask your pharmacist". <u>I did</u>. I asked a Purdue University graduate, my daughter & personal Registered Pharmacist. She'd mentioned in Oct.'04 that Vioxx was in the "Cox-2 Inhibitor" drug classification, which at the time meant nothing to me. (Their response to me back in 2004 was a major reason I chose Boston to be tested for PH after the nightmare my local doctors put me through last summer...instead of Mayo Clinic.)

This evening as I read "MDL-1657 Current Developments", last updated April 1st, I could not find anywhere that April 29th would be my final extension or hope of continuing forward, though as you well know, I'm not an attorney. It clearly and boldly states:

<u>At the conference the Court stated no further extensions will be granted for ischemic stroke cases under claims review.</u>

My specific health issue <u>is not listed in the above</u>, and you've entered on my behalf my own research discovering many medical journal research articles dating back to 1999 connecting "Cox-2 Inhibitor" research to hypertension, vascular disease, and Pulmonary Hypertension. I developed all three conditions...slowly over the years and in that same order. My submitted proof of Vioxx usage along with my previously submitted medical records and extensive timeline details verifies everything.

Having lost a brother in 1993 to "drug therapy" in a very similar pharmaceutical situation, per his autopsy, makes me more determined than ever. After my case is allowed by you to move forward "as is" in the Courts, I fully intend to take this all the way. I want to take on the largest pharmaceutical company in the world, Merck Pharmaceuticals. I want a jury to decide if I'm a victim or not...not a piece of paper I could have paid any "expert witness" to write on my behalf. If I'd had the money, I probably would have done

that. But, because I must work paycheck-to-paycheck just to pay my medical bills makes me want to fight all the harder and while I'm still healthy enough to "fight".

My primary goal isn't about a monetary settlement for me, or, for my many mounting medical bills. My ultimate desire is to help other individuals who haven't had "inside knowledge" for research, or the guts to "buck" their own doctors and lawyers. I want to help others "fight like hell" for their lives, just as I have done. Please, Judge Fallon, exercise your rights as judge over this case to find it in your heart to allow my case to move forward without a "Case Specific Expert Report" per the clause in PTO No. 43, "except for good cause found".

I apologize for the length of this letter, Your Honor. But, I greatly appreciate the opportunities you've previously given me to advance as far as I have, and I thank you for that. I just can't let it go without one "last ditch effort", and something told me to write this tonight rather than tomorrow night, which will now involve updating my "Plaintiff Profile Form". Please take into consideration all of my outside "interferences and obstacles" as detailed in my timeline that have prevented my proper diagnosis and compliances all along before making a final decision to "Dismiss With Prejudice" my Vioxx/Cox-2 Inhibitor damage claim against Merck Pharmaceuticals. Let the jury decide for us...facts on the table.

Respectfully,

*[signature]*

Janice M. Baum
AWS Benefits Administrator
8515 Bluffton Road
Fort Wayne, IN 46809
(260) 207-5672 Office
(260) 207-5673 Fax
(260) 466-2568 Cell

*Sent to all my Ft. Wayne, IN Drs.... dismissed 3 weeks after I mailed them.*

**Northeast Indiana Consortium**
6223 Constitution Dr
Fort Wayne, IN 46804
Phone: (260) 755-5896
Fax: (260) 755-5927

| | | |
|---|---|---|
| Patient: | Janice Baum | **Instruments used** |
| DOB: | 8/30/51 | MMPI-2 |
| Date of Testing: | | Rorschach |
| Date of Report: | 4/30/09 | |
| Referral Source: | Dr. White | |

Janice is a 57 year old white female who presented for psychological evaluation on 4/30/09; she was referred by Dr. White after an inpatient stay at St. Joe Behavioral Health. She was pleasant to work with and was cooperative with each of the assessment tools. Janice reported that she was admitted to SBH just after Easter Sunday as a result of 'stress-related issues' due to her ongoing medical concerns. She took the drug Vioxx for a number of years and believes that this has left her with a condition called Primary Pulmonary Hypertension. Although she reported having 11 symptoms of this condition, she cannot find a doctor who will verify that this is the condition she is suffering from.

Janice's MMPI-2 results show a valid protocol with no signs of under or over-reporting. There is some indication that she is concerned with her physical body and its functioning; this elevation was not high enough to suggest any pathological over-concern in this area, and is consistent with someone who may have genuine medical issues. In addition to this, her testing pointed to high levels of energy and activation that would be consistent with hypomanic-like symptoms; even so, this elevation is not diagnostic and should be considered only with all relevant history.

Her Rorschach results also reveal a valid protocol and suggest that she was open and cooperative with the test-taking process. There is a good indication that there is some anger or resentment that is present; this could very well be a situational variable that is indicative of her response toward her current life events and the frustrations she has encountered. Along with this, there is a higher than average level of defensiveness that is present; this might also be accounted for by the current situation Janice finds herself in.

There appears to be a preoccupation with the physical body and its functioning. While it may be that this has always been the case for Janice, it is reasonable that her current physical issues have given rise to this finding. As such, the current elevation may be reflective only of Janice's present circumstances and the stress that she is experiencing because of this.

Janice's processing style suggests a strong tendency to examine her social field much less thoroughly than would be desired. Because of this, she may come to conclusions somewhat hastily after paying only cursory attention to details. As such, her information

processing may be ill-considered at times, and may lead to errors of oversight. This variable has the most important implications for the issue at hand, as Janice is at risk for misinterpreting physical symptoms such that she might 'jump to conclusions' rather than carefully and thoroughly considering all possibilities. Even so, given her current medical condition (including her need for oxygen) it would appear as though her concerns are grounded in the external reality of her physical mal functioning.

The current testing shows no indication of a Somatoform Disorder, and no indication of psychotic or disorganized thought processes.

Tom Dettmer MA, LMHC
Doctoral Intern

(260) 609-7007

# THE HEART CENTER MEDICAL GROUP

June 26, 2009

Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

Dear Ms. Baum:

A proper patient-physician relationship is a vital concern in the health and welfare of both the patient and the Lutheran Medical Group f/k/a/ The Heart Center Medical Group. It is clear to the physicians of the Lutheran Medical Group that this is not the case with you. Therefore, we feel that your health care needs will be better served outside the Lutheran Medical Group.

This is to inform you that the Lutheran Medical Group will no longer render medical services to you beginning thirty (30) days from the date of this letter. The physicians will be available to continue to treat you, upon your request, if any <u>emergencies</u> arise during this time period. This should give you ample time to select another suitable physician.

I strongly advise that you obtain the services of another Internist/Specialist to assist you in this process and, for your convenience, I am providing the telephone number for the Indiana State Medical Association. This organization will be able to provide you with the names and telephone numbers of other Internist/Specialist in the area. The Indiana State Medical Association telephone number is (317) 261-2060.

When you have selected another Internist/Specialist, I will, upon your written authorization, provide a copy of your medical records to your new doctor. I am enclosing a records release form for your convenience. Your new physician may call on me if he/she should have any questions regarding your medical condition.

Sincerely,

Richard C. Cardillo, MD
Medical Director

cc: Joel Sauer, CEO
    Dr. Vicente Rodriguez
    Dr. Anil Kulkarni
    Dr. Stephen Reed
    Medical Records

Lutheran Medical Park
7916 West Jefferson Blvd.
P.O. Box 2505
Fort Wayne, IN 46801-2505
heartcentermedicalgroup.com
p: 260/432-2297



8101 West Jefferson Blvd.
Fort Wayne, IN 46804-4163
260-432-6690
260-432-0493 Fax
1-800-982-6257
www.phpni.com

March 22, 2010

Janice Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804

RE: Services at Boston Medical Center and Dr. Harrison Farber

Dear Mrs. Baum:

I am writing to you on behalf of Physicians Health Plan of Northern Indiana (PHP) in follow-up to your letter dated March 18, 2010.

The services associated with your visits to Boston Medical Center on August 21, 2009, and December 10, 2009, will be processed in accordance to your in-network benefits. PHP will need to be notified of all future services with Dr. Farber. This information will need to be provided to PHP 30 days prior to your next visit. By receiving this information in a timely manner PHP can ensure that the appropriate authorization can be assigned and in network processing of your claims will occur.

Please be advised that PHP does not employee practitioners that provide case specific expert reports. To ensure a fair and unbiased review of your case, you may want to have your attorney direct you to an expert that can provide you with a Case Specific Expert Report.

Thank you for allowing me the opportunity to address this matter for you. If you should have any further questions or concerns, please contact our Customer Service Department at (260) 432-6690, ext. 11.

Professionally,

*Susan Werner*
Susan Werner
Provider and Customer Services Manager

c: Member File

Physicians Health Plan
of Northern Indiana, Inc.

PHP
Management Systems, Inc.

PHP Insurance Company
of Indiana, Inc.

## Medical Timeline

Janice M. (Geiger) Baum
6638 Quail Ridge Lane
Fort Wayne, IN 46804
DOB: 8-30-1951
SS#: 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

| Dates | Circumstances |
|---|---|
| **Dec. '99 - Sept '04** | **Vioxx used both intermittently & continuously** from Rx's & free samples from employer ('01-'02). Took for chronic neck/shoulder arthritic pain |
| 2000 - 2001 | **Unexplained Fatigue** developed early on. Even had treadmill to rule out heart issues. |
| Sept. '01 | **Sudden onset of erratic & spiking hypertension;** tried many different meds & combos of meds, but nothing really prevented spiking. |
| 2001-2003 | **Ongoing severe fatigue;** had major issues staying awake during work and while driving after good nights sleep |
| June 27, 2003 | Felt "bug" in sandal at outdoor concert & kicked sandal off; told friends |
| June 28, 2003 | Noticed huge blister had developed on right foot (as "bug" incident); **developed extreme edema**, blisters on right foot/ankle |
| June 30, 2003 | Went to doctor; was told I had spider bite. While waiting on him, I noticed both feet to be **dark bluish/purple (cyanosis)** and remembered I'd pulled a blue pointed inch long glass piece out of foot but never felt initial injury. Tested me immediately for diabetes/neuropathy. No diabetes. |
| July - Aug 2003 | Always stating the "spider bite" theory, I was given many vascular & heart tests with negative results; however, diagnosed with **neuropathy & "Peripheral Vascular Disease"** |
| Aug 28, 2003 | Angioplasty given for suspected blockages; **NO blockages** present, to doctor's surprise |
| Sept 7, 2003 | Developed **severe edema and blisters on both feet**, ankles & lower legs; **Vasculitis** |
| Sept-Oct. 2003 | Blister on left foot developed into a huge "bulla"; had to treat as a burn at local "burn unit" hospital 3-4 times per week; required to change my dressings twice daily |
| Nov 16-20, 2003 | Sent to Mayo Clinic by cardiovascular MD; Diagnosis: "You're a mystery; an enigma; an unknown" |
| Nov. '03 - Sept 30, '04 | Believed my spider bite was initial cause of decreasing health issues, but was told not possible by all doctors because "cyanosis" was now in BOTH extremities. During this time I was on 2 BP medications, Lasix, and Pletal (blood slicker) for the BP, **cyanosis/circulation issues/chronic edema** |
| Sept. 30, 2004 | Vioxx suddenly pulled from the market for causing severe, critical & deadly vascular issues that included heart attacks, strokes, and death. Other |

|  |  |
|---|---|
|  | less reported vascular related health issues also reported connected to Vioxx usage. Studies enclosed for PH |
| Oct. 1, 2004 | Called Mayo Clinic & asked if my vascular/mystery diagnosis could be Vioxx related. |
| Oct. 2, 2004 | Mayo Clinic returned call: "We don't know. Ask your pharmacist." |
| Oct. 12, 2004 | Contacted Indianapolis law firm & was added immediately as plaintiff to "federal lawsuit" filed next day against Merck Pharmaceuticals. |
| Oct. 14, 2004 | Law firm used my case in their press release with the Indianapolis newspapers; story was released to the AP. |
| Dec. 2006 | <u>Light-headed & passed out</u> at work for unknown reason; vision like looking through waxed paper |
| July 29 - Aug 23, 2007 | <u>Passed out again</u>; diagnosed at ER w/acute Renal Failure for reasons unknown; hospitalized 5 days |
| Aug. 2007 | 3 different specialists MD's in one day ordered MRI's of my brain; <u>evidence of TIA's</u> found. ENT; 2 ORTH MD's--neck/shoulder Dr; and pain management Dr. |
| Nov. 2007 - August 2009 | <u>Chronic Bronchitis; loss of voice</u> that never really returned 100%, <u>chronic unproductive cough</u> w/<u>blood in phlegm; brief & more frequent passing moments of light-headedness.</u> |
| Nov. 2007 | Stress test determined I'd had a "<u>silent heart attack</u>" of unknown timing; heart did a "natural bi-pass", per doctor |
| Earlier 2007-2008 | Ongoing invasive procedures for Acid Reflux; no evidence found to be present |
| March 12, 2008 | Overnight 'sleep study' done through Heart Center Medical Group, per Dr. Ami Kulkarni. <u>NO SLEEP APNEA</u> found, but blood OS levels dropped dangerously low while sleeping. |
| March 2008 | Ordered "<u>nocturnal oxygen</u>" for the rest of my life, probably due to my heart attack (per NP at pulmonologist). 2.4 liters nightly to start. Ordered by Heather Krull, NP for Dr. Rodriguez for service w/ North Central Respirator...35 miles from Ft Wayne. |
| Late March Early Apr. 2008 | Oxygen delivered by NCR with order from "Krull Initial Oxygen". $365.00 for rental (up to 36 mo.) per NCR's deliveryman. Or <u>$13,140.00 billed to Medicaid.</u> Husband check Internet w/exact model #, etc. for purchase price that were LESS then $700.00 w/free shipping. As Benefits Administrator for self-funded insurance employer, the VERY next day after delivery of concentrator I immediately began the process to purchase under our DME clause, per Anthem contract agreement. Approved & reversed from "rental to purchase" immediately. My JOB to save my company monies when possible on ALL employees. |
| Summer-Fall 2008 | Noticed EOB's from Anthem had concentrator purchase reversed back to "rental" and I questioned |

| | |
|---|---|
| | why. In investigating this, Anthem could NEVER explain why this was done or who approved it. Started an investigation on NCR w/Anthem "internally" and with the Insurance Fraud Division of the Indiana Attorney General's office. |
| Later 2008-Spring 2009 | More testing for <u>**acute chronic hoarseness**</u>; nothing found & Acid reflux, but none found present. On twice RX dosage of reflux medicines: Protonix 2 times daily & twice OTC dosage of Zantac nightly. |
| January 2009 | Anthem finally determined: "Their policy is to NEVER allow oxygen concentrators to be purchased because of the frequent and very expensive repairs required to keep them functioning properly. Service calls were more expensive than monthly rental rates. (NCR never ONCE serviced my concentrator while with them, and Cardiosom has never serviced my new concentrator either in a whole year.) |
| Feb. 10, 2009 | Met with Dr. Vincente Rodriguez for FIRST time in nearly a year on nocturnal oxygen. I was hallucinating very badly nightly. "Why are YOU on oxygen?" "Can't be hallucinating. REM Dreams". Told me to take extra "sleeping pill" to stop "dreams". Ordered new oximetry study. I said I refused to have new test done by NCR. Dr. Rodriguez & Jeannie BOTH told me, "<u>**OUR provider**</u> gives good service & you have no choice. Once with an oxygen provider, always with an oxygen provider. You can never change. It's the law." |
| Feb. 11-12, 2009 | NCR dropped off oximetry meter to my office. Asked how to take test: w/or w/o oxygen? Told by Respiratory Therapist he wasn't sure. |
| Feb. 13, 2009 | Results given on my oximetry test showed I took test WITHOUT oxygen...OPPOSITE of what RT WAS told on 2/13/09 as he picked up meter. |
| Feb. 28, 2009 | Jeannie of Dr. Rodriguez's office called: "Janice, good news. Your oximetry test says you NO LONGER NEED OXYGEN at night. Stop using it." |
| Early March 2009 | Received permission to change providers; specifically told me: "A patient can ALWAYS change providers, no mater what." Suggested several, especially "Cardiosom", less than 5 minutes from home. Scheduled service. "Scott" told me, paraphrasing: "What your doctor told you is only true if you're a Medicaid patient. Even then you can ALWAYS change providers if you aren't happy with their service. Technically, if on Medicaid you're supposed to get prior permission from Medicaid before changing." I stated: <u>**"I'm NOT now nor have EVER been a Medicaid patient,"**</u> Medicaid allowed to bill patient for 36 months before unit was no longer billed as a rental. $400 x 36 = $14,400 for unit that RETAILS for $700 or |

|  |  |
|---|---|
|  | LESS on Internet. |
| Late Feb. 2009 | Asked Jeannie, "How could my test state I no longer need oxygen if I'd taken oximetry test wearing my nightly oxygen?" She told me: "That's NOT possible...your test was taken W/O oxygen. That's what NCR wrote on your test." She basically said I was lying & argued with me. I demanded a new oximetry test, but I wanted to have it with my new provider. Jeannie told me again, "You can't change oxygen providers, etc." I informed her I already had changed & my NEW provider delivered a new concentrator (per PHP) the prior day & I needed my oxygen RX sent to them. Jeannie got very flustered stating over and over, "You can't do that...we have a copy of the law in our office & you can come in and read it." She ultimately hung up on me. |
| March 2009 | I had to re-call Jeannie at Dr. Rodriguez's office and leave message: "You are messing with my health and life." Had to demand that a prescription for NEW oximetry test be sent to Cardiosom, which was finally done 2 weeks after original request. |
| March 11, 2009 | New & correct oximetry test given & read by Virtuox Lab. Took an ADDITIONAL two weeks to get these results read by Dr. Rodriguez. Test showed my nocturnal oxygen needs in the past year had worsened from my initial test. |
| Late March 2009 | Learned about Pulmonary Hypertension; RX's & ongoing treatment for **11 "idiopathic" symptoms of PH**; requested for RHC but told NO by Dr. Kulkarni, Dr. Reed. "You CAN'T have PH" |
| March 30, 2009 | Requested to be tested for PH by Dr. Rodriguez. Refused & said I couldn't have PH. |
| April 2009 | Requested "Second Opinion" from different cardiologist; new doctor agreed I was being treated for symptoms of PH but agreed after reviewing their records that I was a "hypochondriac" "You don't HAVE PH" Remarkable improvement since "stress test in Nov. 2007"...if no prior heart problems, what was their a remarkable improvement of??? |
| April 6, 2009 | Hired a "Patient Navigator"; a former Pharmaceutical Rep who distributed Fen Phen; well versed on PH & symptoms; got medications changed immediately with RPh. MD to see if they could be causing nightly hallucinations. |
| April 7-9 2009 | Hospitalized due to psychotic reaction to new medication; Hospitalist heard my extreme **hoarseness**; listened to my '03-'09 medical journey; knew I needed **nocturnal oxygen**; saw my **cyanosis** colored lower extremities. He gave me name of Dr. Harrison Farber, MD in Boston, MA who specializes in PH diagnosis. Hospitalist said based on what he knew/heard/saw, he couldn't rule PH out 100%. |
| April 9, 2009 Dismissed | Requirement for "mental health assessment" for doctors' verification that I was mentally ill & a |

| | |
|---|---|
| | hypochondriac. Used their psychologist. |
| April 30, 2009 | 5 hour mental health assessment given; <u>no mental illness found present and absolutely NO signs of hypochondria</u>; slight increase in concern with body, but "normal" given I'd been on oxygen for more than nearly 14 months for unknown reasons & without sleep apnea diagnosis. |
| May 4, 2009 | Dr. Kulkarni re-ordered a duplicate vocal cord procedure to rule out acid flux for 4th time. When she learned I'd already had it, she suggested "speech therapy" for ongoing voice loss. Asked, "Are you talking with your psychiatrist?" Joked that my psych test results were 100% normal and that all my family, friends, co-workers, bosses, and doctors would be receiving a copy of this report. |
| May 5, 2009 | Boss requested FLMA paperwork due to mounting Dr. appts. I prepared "intermittent" leave request papers & sent via "certified mail" to Dr. Kulkarni, my PCP. |
| Mid-May, 2009 | Paperwork returned "whited out" after Dr. Kulkarni said she felt uncomfortable not having a diagnosis to insert. I suggested "Unknown/Multiple" like I frequently get. Received back by "certified mail", but unsigned Federal Documents that protected my job. |
| May 19, 2009 | Went to Dr. Kulkarni for sinus infection. Instead of an antibiotic, she ordered a CT scan of my sinuses. This was the one and only sinus infection I'd ever had under her care |
| May 19, 2009 | Called Boston Medical Center for Dr. Farber. He <u>personally called me</u> after reading my faxed medical records and symptoms. He agreed I needed a Right Heart Catheterization, the ONLY way to be tested for PH. He would get it scheduled with his partner. |
| Late May 2009 | Sent Via "certified mail" copies of mental health assessment to all medical providers stating I have no mental illness or hypochondria. |
| June 27, 2009 | Letter of "dismissal as patient" from LMC. Dr. Richard Cardillo, MD, the doctor who first stated I needed nocturnal oxygen in March 2008, was now terminating the "patient-physician relationship" effective July 27, 2009, between all doctors at The Heart Center/aka Lutheran Medical Center. Dr. Rodriguez convinced the need for this to retaliate for the accidental uncovering of his probable fraudulent patient billing and/or conflict-of-interest" between NCR/Heather Crull, NP/Medicaid fraud. |
| July 26-28, 2009 | Took to Lutheran Hospital ER w/<u>BP 175/115</u>. Lutheran Hospital knew my Heart Center doctors had dismissed me from their care. I was told LH would take care of me with a well-qualified cardiologist NOT associated with LMG. Dr. Thomas Ryan was assigned to my care & within minutes of meeting me agreed to give me a heart cath. & even RHC...after FIVE local doctors |

| | |
|---|---|
| | refused. My husband had told Dr. Ryan I was scheduled for a RHC by a specialist in Boston a few weeks away. I was admitted to ICU after he suggested calling my Boston doctor for me. |
| July 27, 2009 | RHC given. Dr. Ryan told my family that my heart had no signs of past or present heart problems and that it beat as "strong as a jack hammer". He told me during surgery that there were absolutely no signs of heart attack/heart disease/PH and that my heart was as healthy as a racehorse. |
| July 28, 2009 | Dr. Ryan stated to me (paraphrasing): "Now, I've saved you thousands of dollars because you don't have to go to Boston to be tested for PH. You don't have it. I want you and your husband to go out to dinner at "Eddie Merlots" with the some of the money I've saved you and quit worrying about it." |
| Mid August 2009 | Picked up copies of my Lutheran Hospital July 26-28th visit & approx. 275 pages. One page in particular has in quotation marks directing Dr. Ryan to: "<u>Try especially to get good pulmonary artery pressure</u>". <u>Why & by whom?</u> I strongly suspect Dr. Rodriguez for retaliation of the problems I caused his "scam or Medicaid fraud" that I uncovered while attempting to purchase my DME oxygen concentrator. Apparently thought I'd be so happy to get a RHC that I'd buy into whatever I was told, but Dr. Ryan was FAR too willing when 5 other TREATING specialists refused. |
| Aug. 18, 2009 | I received FMLA papers for an employee from Dr. Ryan's office & called the number thanking them for the employee's paperwork. Requested a favor as a patient of Dr. Ryan's several weeks before: I asked if my RHC test results could be sent to my fax number so I could take them to my new doctor. The nurse agreed, and I now have those in my possession. |
| Aug. 20-21, 2009 | Drove to Boston Medical Center. Given an "exercise bicycle stress test" by Dr. H.W.Farber. Catheter inserted into heart through my neck for a RHC. I had to ride that bicycle while hooked to many monitors for 10 FULL minutes. Told on the spot, which Dr. Farber doesn't do unless 100% certain, that I DO have PH. The data determined my type of PH was the direct result of uncontrolled hypertension.. |
| Early September 2009 | Called and reported suspected fraud of some type (possibly Medicaid) that involved Dr. Vincente Rodriguez, North Central Respiratory, Heather Krull, NP & possibly both Anthem & PHP who backed down from the threats of the Heart Center doctors |
| Feb. 26, 2010 | Saw Dr. Godley at FW Cardiology, referred by Dr. Stucky, my GP MD of 29 yrs. He walked in while smiling and saying, "I probably know more about you than YOU do!" I gave him a copy of my |

| | |
|---|---|
| | Boston diagnosis. Allegedly put in my records. Referred me to another doctor to test me for Narcolepsy...no need for anymore heart tests. |
| March 10-11, 2010 | Called by Dr. Sekar's office to verify appointment next day w/ "sleep specialist." Told they had my medical records by a nurse and I said I'm certain you do. She also laughed, "we probably know more about you" than you want to know. Asked if my Boston PH diagnosis was included in what they received and she said "NO". Cancelled appt. |
| March 11, 2010 | Discovered insurance PAID ALL Boston trip medical bills "in error" at 100%; however, they'd never paid Dr. Farber ANYTHING since 8/21/09. Called & suggested they pay it at 100% like the other "error". Told NO...I'd agreed to be responsible for non-network pricing & past the 180 days of appeal. Told to be thankful they made the "error". Refused to send me "letter" they were denying payment to my Boston doctor who gave me my true PH diagnosis. Suggested she go to supervisor. |
| March 12, 2010 | Hand delivered copies of my medical nightmare journey to Dr. Mitchell Stucky & asked him to review. He's on PHP's advisory board, my MD owned insurance. |
| March 15-17, 2010 | Several conversations with Susan Werner with PHP. She'd been told could only provide me with a copy of their original letter to deny me "in-network" treatment in Boston. Told her this WOULD go to the courts and press. |
| March 18, 2010 | Received 3 phone calls from Susan Werner asking me just what I wanted from them. Also asked how often I'd need to go to Boston. Told her I was in process of writing a letter to her & CEO as to my demands or they would also be included in my lawsuit/press release & much more. |
| March 22, 2010 | Received call and emailed letter from PHP's Susan Werner. They added Dr. Harrison Farber and Boston Medical Center as my in-network provider and were paying Dr. Farber at 100% for my 2009 unpaid bills. |
| March 23, 2010 | Received 2 calls back to back before leaving for work. First was from Dr. Sekar's office for the consultation I'd cancelled.; 2nd came from Dr. Godley's office telling me how important it was for me to follow up after seeing Dr. Sekar. Rescheduled my appoint. w/Dr. Sekar on March 29th. |
| March 29, 2010<br>Appt. at 11:30 AM | Made copies of medical timeline and diagnosis of PH from Boston & stapled all together before leaving for appointment. Gave to nurse and she gave me paperwork to complete & left for lunch. Dr. Sekar asked why I was there. I said I have PH & he inquired who told me that. Told him I'd learned of PH in late March '09 after I had been |

|  |  |
|---|---|
|  | treated for 11 idiopathic conditions of PH, and it's causation from Vioxx usage. He laughed. I said a copy of my medical report from Boston and my "timeline" were attached to my medical records he was looking at. Dr. Sekar said, "There is nothing from Boston Med. Center here". Stated it WAS there & stapled w/other records before leaving to appt.; asked to see myself. My Boston records WERE missing. Stood up crying & said: "I'm not going through this again. You're trying to make me out as mentally ill, too. It was there when I gave it to nurse." Nurse called in after I described the type of bicycle exercise stress test I'd had in Boston & asked if I had a phone number for Dr. Farber. "As a matter of fact, I DO". Gave nurse 2 numbers. She verified Boston trips & scheduled to go back in July. Showed picture of me/Dr. Farber and Dr Sekar LAUGHED and said, "That's your doctor?" I said, "Go ahead and laugh. He's world-renowned and who the TV show "House" is mirrored after. Google him!" Ordered a "pulmonary function test" on me. Was unaware he was a pulmonologist, but agreed because it'd been more than 2 yrs from last PFT. Dr. Sekar inquired after glancing through my time-line, "They never explored your problems to be connected with your Vioxx usage?" Told him they'd all refused to connect the two. |
| March 29, 2010<br>2:45 PM Parkview Hospital | My 1/2 hour -45 min. appt. ended with me going to Parkview Hospital for CT of lungs; my symptoms listed for Dr. Sekar listed "cough up blood" occasionally. After the test results were phoned to Dr. Sekar, he called me at hospital himself...a whole different attitude than his "non-believing" rudeness from earlier. "You've really had a long day! We had to make sure the blood you cough up isn't from blood clots caused by your PH." Left hospital at 6:45 PM. Obviously, he'd "Googled" Dr. Farber & his Harvard credentials and biography. |

I attest this documentation of my Vioxx usage and subsequent critical medical deterioration that has led to what I truly believe is medical negligence/malpractice to be completely accurate and true, to the best of my knowledge.

Signature _Janice M. Baum_     Date _4/27/10_

Printed Name _Janice M. Baum_

Janice M Baum * 6638 Quail Ridge Lane * Fort Wayne IN 46804