UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *James Schneller v. Merck & Co Inc,* Case No. 05-5382

## ORDER

The Court is in receipt of the attached Motion for Leave to File Answer to Motion to Dismiss the Complaint from Vioxx Plaintiff James Schneller. IT IS ORDERED that the attached motion be entered into the record. The Court will construe the Motion as Opposition to Merck's 9th PTO 28 Motion (Rec. Doc. No. 21961) to dismiss Mr. Schneller's claim. On April 29, 2010, the Court deferred Merck's motion until June 3, 2010. At that time, the Court will entertain Merck's motion if Mr. Schneller has not complied with the requirements of PTO 28. The Court will DENY AS MOOT Mr. Schneller's attached motion.

New Orleans, Louisiana, this 30th day of April, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.

James Schneller
500 East Lancaster Ave #111d
Radnor, PA 19087

1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

New Orleans, LA 70113

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130