IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX  :  MDL DOCKET NO. 1657

Products Liability Litigation  :

:  SECTION : L

This Document Relates to:  :

05 - cv - 5382  :  JUDGE FALLON
MAG. JUDGE KNOWLES

:

ORDER

AND NOW, this _____ day of _____, 2010, upon consideration of plaintiff's Motion to answer motion and for extension of time, and _____, it is hereby ORDERED that defendant's motion to dismiss plaintiffs is denied, and plaintiffs are granted leave to try the causes of action not falling under the requirements of PTO 28, and are granted an extension of time within which to file an expert report pursuant to Pretrial Order No. 28, during the pendency of the case.

TENDERED FOR FILING

APR 27 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____
UNITED STATES DISTRICT JUDGE

- 1 -