UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Smita Sanjanwala* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 05-01011* |
| *Merck & Co., Inc.,* | * | |
| | * | |

## ORDER

Considering the Motion to Set Aside Order of Dismissal and Reinstate Case on Active Docket of the Court and the consent of defendant Merck Sharp & Dohme Corp.'s to the motion,

IT IS ORDERED that the Order of Dismissal With Prejudice (R.Doc. 26346) previously entered in this matter be and it hereby is set aside.

IT IS FURTHER ORDERED that the case be reinstated on the active docket of this Court.

NEW ORLEANS, LOUISIANA, this  5th  day of          May         , 2010.

_____
DISTRICT JUDGE

1014725v.1