UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | |
| | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| This document relates to: | * | |
| *Bill Black, et al. v. Merck & Co., Inc.* | * | JUDGE FALLON |
| *(2:05cv4452); specifically: Deborah H. Collier* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

## ORDER GRANTING CONTINUANCE

The Court considered Plaintiff, Deborah H. Collier's, Motion for Continuance and decided to grant the motion.

IT IS HEREBY ORDERED that the hearing on the matter of Merck's Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed Without Prejudice for Failure to Comply With PTO 43 scheduled for May 13, 2010, as it pertains to her specifically be continued and reset for the _____ day of _____, 2010 at ___ : ____ a.m. / p.m.

Signed this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE