# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  *  MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | *  *  SECTION L |
| This document relates to: | * |
| *Bill Black, et al. v. Merck & Co., Inc.* (2:05cv4452); specifically: Deborah H. Collier | *  *  JUDGE FALLON  *  *  MAGISTRATE JUDGE  *  KNOWLES  *  * |

## MOTION FOR CONTINUANCE

Plaintiffs, Deborah H. Collier, by and through her attorneys, Robert L. Salim, Ronald E. Corkern, Jr. and Kenneth T. Fibich ("Attorneys"), file this Motion for Continuance in the above captioned matter which has been set for hearing before the Court on May 13, 2010.

Plaintiffs would show that she is an FES Claimant who seeks a continuance in the above matter as she is in the process of obtaining new counsel. Current counsel have filed a Motion to Withdraw and a Request for Extension of Time to Comply with PTO 43 on March 12, 2010 which is currently pending before the Court.

WHEREFORE, Plaintiff, Deborah H. Collier, prays that her request for a Continuance in the hearing on the matter of Merck's Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed Without Prejudice for Failure to Comply With PTO 43 as it pertains to her specifically be granted.

RESPECTFULLY SUBMITTED,

By: /s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227

Ronald E. Corkern (#4403)
Post Office Box 1036

Natchitoches, Louisiana 71458
Phone: (318) 352-2302; Fax: (318) 352-7458

Kenneth T. Fibich (#06952600)
1401 McKinney, Suite 1800
Houston, Texas 77010
Phone: (713) 751-0025 ; Fax: (713) 751-0030
ATTORNEYS FOR PLAINTIFFS

### **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Continuance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of May, 2010.

/s/Robert L. Salim
Robert L. Salim (#11663)
1901 Texas Street
Natchitoches, Louisiana 71457
Phone: (800) 491-1817; Fax: (318) 354-1227