| IN RE: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
|---|---|
| **THIS RELATES TO:**<br><br>**Civil Action No:** | Plaintiff: _Joanne Eldridge_<br>(name) |

## PLAINTIFF PROFILE FORM

Other than in Sections I, those questions using the term "You" should refer to the person who used VIOXX®. Please attach as many sheets of paper as necessary to fully answer these questions.

## I. CASE INFORMATION

A.  Name of person completing this form: _JOANNE L. ELDRIDGE_

B.  If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person or a minor), please complete the following:

1.  Social Security Number: _____

2.  Maiden Or Other Names Used or By Which You Have Been Known: _____

3.  Address: _____

4.  State which individual or estate you are representing, and in what capacity you are representing the individual or estate? _____

5.  If you were appointed as a representative by a court, state the:

Court: _____    Date of Appointment: _____

6.  What is your relationship to deceased or represented person or person claimed to be injured? _____

7.  If you represent a decedent's estate, state the date of death of the decedent and the address of the place where the decedent died: _____

C.  Claim Information

1.  Are you claiming that you have or may develop bodily injury as a result of taking VIOXX®? Yes _X_  No_____  If "yes,"

    a.  What is your understanding of the bodily injury you claim resulted from your use of VIOXX®? _PARTIAL PARALYSIS DUE TO A THORACIC STROKE AT T5, NEUROLOGICAL BOWEL & BLADDER, T5 & BELOW WEAKNESS & PARALYSIS, CHRONIC PAIN._

    b.  When do you claim this injury occurred? _SEPT. 26, 2002_

    c.  Who diagnosed the condition? _ALFREDO SABBAJ, M. D._

    d.  Did you ever suffer this type of injury prior to the date set forth in answer to the prior question? Yes _____  No _X_  If "yes," when and who diagnosed the condition at that time? _DR M. WITTEMYER, OHSU WOMENS CLINIC 92_
    _____
    _____

    e.  Do you claim that that your use of VIOXX® worsened a condition that you already had or had in the past? Yes _____  No _____  If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took VIOXX®; and the date of recovery, if any. _____
    _____

D.  Are you claiming mental and/or emotional damages as a consequence of VIOXX®? Yes _X_  No ____

    If "yes," for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor) from whom have sought treatment for psychological, psychiatric or emotional problems during the last ten (10) years, state:

    _SEE LIST_

    a.  Name and address of each person who treated you: _DR M. WITTEMYER, WOMANS HEALTH CLINIC, OHSU 3181 S.W. SAM JACKSON PK RD, PORTLAND OR 97222_

    b.  To your understanding, condition for which treated: _WEAKNESS, CHRONIC PAIN, DEPRESSION,_

    c.  When treated: _11/24/03 - PRESENT,_

    d.  Medications prescribed or recommended by provider: _CYMBALTA, 60mg, VICODIN, AmyTriptilin 20mg, DITROPAN, CIPRO,_

## II. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A.  Name: _JOANNE  L  ELDRIDGE_

B.  Maiden or other names used or by which you have been known: _—_

C.  Social Security Number: _576- 68- 4642_

D.  Address: _16117 NE 332nd ST. YACOLT, WA 98675_

_Mailing -  P.O. Box 1185
BRUSH PRAIRIE, WA 98606_

E.  Identify each address at which you have resided during the last ten (10) years, and list
when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| 16117 NE 332ND ST<br>VACOLT, WA 98675 | 1992 - PRESENT |

F.  Driver's License Number and State Issuing License: ELDRJJL452JD

G.  Date of Place and Birth: 04-04-55   HONOLULU, HI

H.  Sex: Male ____ Female X

I.  Identify the highest level of education (high school, college, university or other
educational institution) you have attended (even if not completed), the dates of
attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| BIOLA | 76-77 | PSYCHOLOGY | NONE |
| UNIV of HAWAII | 73-76 | PRE-MED | NONE |

J.  Employment Information.

1.  Current employer (if not currently employed, last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |

2.  List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

3.  Are you making a wage loss claim for either your present or previous
employment? Yes ____ No ____

If "yes," state your annual income at the time of the injury alleged in
Section I(C):_____

K.  Military Service Information: Have you ever served in the military, including the
military reserve or national guard? Yes ____ No ____

If "yes," were you ever rejected or discharged from military service for any reason
relating to your physical, psychiatric or emotional condition? Yes ____ No ____

L. Insurance / Claim Information:

 1. Have you ever filed a worker's compensation and/or social security disability (SSI
 or SSD) claim?  Yes $\times$  No ____  *If "yes,"* to the best of your knowledge
 please state:

 a. Year claim was filed:  2005 - DISABILITY

 b. Nature of disability: Chronic PAIN, Neurogenic Bowel & Bladder, weakness TS
 Down

 c. Approximate period of disability:  ONGOING

 2. Have you ever been out of work for more than thirty (30) days for reasons related
 to your health (other than pregnancy)?  Yes $\times$  No ____  *If "yes,"* set forth
 when and the reason.  Pain, Constant UTI's, Paralysis,

 3. Have you ever filed a lawsuit or made a claim, other than in the present suit,
 relating to any bodily injury?  Yes ____  No $\times$  *If "yes,"* state to the best of
 your knowledge the court in which such action was filed, case name and/or names
 of adverse parties, and a brief description for the claims asserted.

M. As an adult, have you been convicted of, or plead guilty to, a felony and/or crime of fraud
or dishonesty?  Yes ____  No $\times$  *If "yes,"* set forth where, when and the felony and/or
crime.

## III.FAMILY INFORMATION

A. List for each marriage the name of your spouse; spouse's date of birth (for your
current spouse only); spouse's occupation; date of marriage; date the marriage ended, if
applicable; and how the marriage ended (e.g., divorce, annulment, death):  N/A

B. Has your spouse filed a loss of consortium claim in this action?  Yes ____  No ____

C.  To the best of your knowledge did any child, parent, sibling, or grandparent of yours suffer from any type of cardiovascular disease including but not limited to: heart attack, abnormal rhythm, arteriosclerosis (hardening or the arteries), murmur, coronary artery disease, congestive heart failure, enlarged heart, leaking valves or prolapse, heart block, congenital heart abnormality, Scarlet Fever, Rheumatic Fever, atrial fibrillation, stroke?
Yes _X_  No ____  Don't Know _____  *If "yes,"* identify each such person below and provide the information requested.

Name: _FRED ELDRIDGE — FATHER_

Current Age (or Age at Death): _91 - Deceased_

Type of Problem: _ARTERIOSCLEROSIS_

If Applicable, Cause of Death: _____

D.  If applicable, for each of your children, list his/her name, age and address: _____

E.  If you are claiming the wrongful death of a family member, list any and all heirs of the decedent. _____

## IV. VIOXX® PRESCRIPTION INFORMATION

A.  Who prescribed VIOXX® for you? _DR. MANDIBERG, DR. MOLLER, DR. BERTRUFF, DR. ANDERSON, DR. HOFF_

B.  On which dates did you begin to take, and stop taking, VIOXX®? _10/2000 – AUG/2002_

C.  Did you take VIOXX® continuously during that period?
Yes _X_  No ____  Don't Recall ____

D.  To your understanding, for what condition were you prescribed VIOXX®? (R) _ANKLE TENDONITIS_
(2) _SHOULDER inflammation_

E.  Did you renew your prescription for VIOXX®? Yes _X_  No ____  Don't Recall ____

F.  If you received any samples of VIOXX®, state who provided them, what dosage, how much and when they were provided: _OREGON, DR. MANDIBERG, 25mg, OCT/2000_

G.  Which form of VIOXX® did you take (check all that apply)?
_____ 12.5 mg Tablet (round, cream, MRK 74)
_____ 12.5 mg Oral Suspension
_X_ 25 mg Tablet (round, yellow, MRK 110)
_____ 25 mg Oral Suspension
_X_ 50 mg Tablet (round, orange, MRK 114)

H.  How many times per day did you take VIOXX®?
_____ *1 x DAY* _____

I.  Did you request that any doctor or clinic provide you with VIOXX® or a prescription for VIOXX®? Yes _____ No ✕ Don't Recall _____

J.  Instructions or Warnings:

   1.  Did you receive any written or oral information about VIOXX® before you took it? Yes ___ No ✕ Don't Recall _____

   2.  Did you receive any written or oral information about VIOXX® while you took it? Yes ___ No _____ Don't Recall _____

   3.  If "yes,"

      a.   When did you receive that information?_____

      b.   From whom did you receive it?_____

      c.   What information did you receive? ____
           ____

K.     What over-the-counter pain relief medications, if any, were you taking at the same time you were taking VIOXX®? *NONE* _____
_____

## V. MEDICAL BACKGROUND

A.  Height: *5'*

B.  Current Weight: *158*
Weight at the time of the injury, illness, or disability described in Section I(C): *155*

C.  Smoking/Tobacco Use History: *Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*

   ✕  Never smoked cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
   ✕  Past smoker of cigarettes/cigars/pipe tobacco or used chewing tobacco/snuff.
      a.  Date on which smoking/tobacco use ceased: _____
      b.  Amount smoked or used: on average *2* per day for *1* years.
   ___  Current smoker of cigarettes/cigars/pipe tobacco or user of chewing tobacco/snuff.
      a.  Amount smoked or used: on average _____ per day for _____ years.
   ___  Smoked different amounts at different times.

D.  Drinking History.  Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?  Yes _X_  No _____   *If "yes," fill in the appropriate blank* with the number of drinks that represents your average alcohol consumption during the period you were taking VIOXX® up to the time that you sustained the injuries alleged in the complaint:

_____ drinks per week,

_____ drinks per month,

_2-3_ drinks per year, *or*

Other (describe): _____

E.  Illicit Drugs.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?"  Yes _____  No _X_  Don't Recall _____

*If "yes"*, identify each substance and state when you first and last used it. _____

F.  Please indicate to the best of your knowledge whether you have ever received any of the following treatments or diagnostic procedures:

1.  Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed:  open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---------|-----------|------|--------------------|---------|
|         |           |      |                    |         |

2.  Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|------------------------|------|--------------------|---------|
|                        |      |                    |         |

3.  To your knowledge, have you had any of the following tests performed:  chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes _X_  No _____  Don't Recall _____   *If "yes,"* answer the following:

*See List, OHSU Records*

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| MRI | | | OHSU | (R) foot |

## VI. DOCUMENTS

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this profile form.

A. Records of physicians, hospitals, pharmacies, and other healthcare providers identified in response to this profile form. Yes X No ____

B. Decedent's death certificate (if applicable). Yes ____ No ____

C. Report of autopsy of decedent (if applicable). Yes ____ No ____

## VII. LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

*List the name and address of each of the following:*

A.    Your current family and/or primary care physician:

| Name | Address |
|---|---|
| Melaura Wittenyer | OHSU Womens Health   3181 SW Sam Jackson Pk Rd. Portland, OR 97222 |

B. To the best of your ability, identify each of your primary care physicians for the last ten (10) years.

| Name | Address | Approximate Dates |
|---|---|---|
| Allison Villhauer | Vancouver Clinic Salmon Creek, | 2007 - 2009 |
| | | |
| | | |

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| OHSU | | 9/26/2002 | THORACIC STROKE |
| LEARY | | 10/2/2002 | IN PT REHAB |
| Providence | | 1/24/1997 | CARPAL TUNNEL SURGERY |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) during the last ten (10) years.

| Name | Address | Admission Dates | Reason for Admission |
|---|---|---|---|
| See list | | | |

E. Each physician or healthcare provider from whom you have received treatment in the last ten (10) years.

| Name | Address | Dates of Treatment |
|---|---|---|
| | | |
| | | |
| | | |

F. Each pharmacy that has dispensed medication to you in the last ten (10) years.

| Name | Address |
|---|---|
| | |
| | |
| | |

G. If you have submitted a claim for social security disability benefits in the last ten (10) years, state the name and address of the office that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| Social Security AD. | 6615 E. Fourth Plain Blvd |
| | Vancouver, WA 98661-6615 |
| | Filed 1/6/05 |

H. If you have submitted a claim for worker's compensation, state the name and address of the entity that is most likely to have records concerning your claim.

| Name | Address |
|---|---|
| | |
| | |

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part VI of this declaration, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have supplied the authorizations attached to this declaration.

| | | |
|---|---|---|
| _(signature)_ | JOANNE L. ELDRIDGE | 3/19/2010 |
| Signature | Print Name | Date |

### Eldridge, Joanne – List of Doctors

Dr. Frank Parker
OHSU Dermatology
3303 SW Bond Ave
Portland, OR 97239

Dr. John O'Shea
5050 NE Hoyt. Ste 138
Portland, OR 97213

Dr. M. Lenners
693 Glatt Circle St
Woodburn, OR 97071

Dr. Mary Moffit
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Dr. Robert Bell
9155 SW Barnes Rd, #835
Portland, OR 97225

Dr. Steven Hoff
5050 NE Hoyt #660
Portland, OR 97213

Dr. Walter Reynolds
6485 SW Borland Rd.
Tualatin, OR 97062

Dr. Melaura Wittemyer
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Dr. Stephanie Anderson
1200 NW 23rd Ave
Portland, OR 97210

Dr. Janet Roberts
2330 NW Flanders St.
Portland, OR 97210

Dr. Karen Adams
3181 SW Sam Jackson Park Rd
Center For Womens Health
Portland, OR 97239

Dr. Mandiberg
5050 NE Hoyt, #660
Portland, OR 97213

Legacy Rehabilitation Center
1040 NW 22nd , Suite 320
Portland, OR 97210

Department of Dermatology
Center for Health & Healing
3303 SW Bond Ave
Portland, OR 97239

Dr. T Scott Woll
One Center Court
Portland, OR 97227

Dr. Walter Reynolds
1130 North West 22nd Avenue
Portland, OR 97210

Legacy Good Samaritan Health Services
1015 NW 22nd Ave
Portland, OR 97210

Providence Hospital
4805 NE Glisan
Portland, OR 97213

Dr. Bartruff
3181 SW Sam Jackson Park Rd.
Portland, OR 97222

## Eldridge, Joanne – List of Doctors

Dr. Jeffrey Brown
501 N Graham St.
Portland, OR 97227

Dr. M. Kaempf
1130 NW 22nd St., #535
Portland, OR 97210

Dr. Mark Beuhler
5050 NE Hoyt #660
Portland, OR 97213

Dr. William Baer
1130 NW 22nd
Portland, OR 97210

Legacy Rehabilitation Center
1040 NW 22nd, Suite 320
Portland, OR 97225

Portland VA Medical Center
3710 SW US Veterans Hospital Rd.
Portland, OR 97239

Dr. Patricia Norris
2222 NW Lovejoy
Portland, OR 97210

Dr. Alfredo Sabbaj
Oregon Health Science University Hospital
3181 SW Sam Jackson Park Rd.
Portland, OR 97239

Dr. Thomas Deloughery
OHSU Hematology
3181 S.W. Sam Jackson Park Rd.
Portland, OR 97222

## **Eldridge, Joanne - Pharmacies**

Caremark Pharmacy
P.O. Box 14231
Lexington, KY 40512

Fred Meyer
401 NW 12th Ave
Battleground, WA 98604

Walgreens
Custodian of Records
P.O. Box 4039
Danville, IL 61834

Medco Privacy Services Unit
P.O. Box 800
Franklin Lakes, NJ 07417

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs
making a claim for lost wages, earnings or
earning capacity.)**

Name: _JOANNE L. ELDRIDGE_

Date of Birth: _04-04-1955_

Social Security Number: _576 68 4642_

I hereby authorize _____ to release
all existing records and information in its possession regarding the above-named person's
employment, income and education to the law firm of **HUGHES HUBBARD & REED LLP,
101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of
_____ and/or their
designated agents ("Receiving Parties").** These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file (including attendance reports, performance reports, W-4 forms, W-2
forms, medical reports, workers' compensation claims), and also includes all other records
relating to employment, past and present, all records related to claims for disability, and all
educational records (including those relating to courses taken, degrees obtained, and attendance
records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and
may be substituted in its place. Copies of these materials are to be provided at the expense of
Hughes Hubbard & Reed LLP or _____.

Dated this _19_ day of _March_ 200_ _2010_

_Joanne L Eldridge_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _____

**AUTHORIZATION #4**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
RECORDS (To be signed by plaintiffs *not*
making a claim for lost wages or earnings or
earning capacity.)**

Name: _JOANNE L. ELDRIDGE_

Date of Birth: _04-04-55_

Social Security Number: _576 68 4642_

I hereby authorize _____ to release all
existing records and information in its possession regarding the above-named person's
employment and education (with the exception of W-4 and W-2 forms) to the law firm of
**HUGHES HUBBARD & REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New
Jersey 07302, and/or to the law firm of** _____
_____ **and/or their designated agents ("Receiving Parties").**
These records shall be used or disclosed solely in connection with the currently pending
VIOXX® litigation involving the person named above. This authorization shall cease to be
effective as of the date on which the above-named person's VIOXX® litigation concludes.

I understand that this authorization includes the above-named person's complete
employment personnel file with the exception of W-4 and W-2 forms (including attendance
reports, performance reports, medical reports, workers' compensation claims), and also includes
all other records relating to employment, past and present, all records related to claims for
disability, and all educational records (including those relating to courses taken, degrees
obtained, and attendance records). This listing is not meant to be exclusive.

Any photostatic copy of this document shall have the same authority as the original, and
may be substituted in its place. Copies of these materials are to be provided at the expense of
Hughes Hubbard & Reed LLP or _____.

Dated this _19_ day of _MARCH_ 200~~7~~ 2010 _9E_

_[signature: Joanne L. Eldridge]_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on
his/her behalf: _____

AUTHORIZATION #5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCT
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
PSYCHOTHERAPY NOTES PURSUANT
TO 45 C.F.R. § 164.508 (HIPAA)**

Name: _JOANNE L. ELDRIDGE_

Date of Birth: _04-04-1955_

Social Security Number: _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_

     I hereby authorize _____ to release
all existing psychotherapy notes regarding the above-named person's medical care, treatment,
physical/mental condition, and/or medical expenses to law firm of **HUGHES HUBBARD &
REED LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the
law firm of _____ and/or
their designated agents ("Receiving Parties").** These records shall be used or disclosed solely
in connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

     I understand that this authorization includes all psychotherapy notes maintained
separately from the above-named person's medical record that document or analyze the contents
of conversation during a private counseling session or a group, joint, or family counseling
session by referring to something other than medication prescription and monitoring, counseling
session start and stop times, the modalities and frequencies of treatment furnished, results of
clinical tests, and any summary of the following items: diagnosis, functional status, the treatment
plan, symptoms, prognosis and progress.

     I understand that the health information being disclosed by these psychotherapy notes
may include information relating to the diagnosis and treatment of Human Immunodeficiency
Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually transmitted disease and
drug and alcohol disorders.

     This will further authorize you to provide updated medical records, x-rays, reports or
copies thereof to the above attorney until the conclusion of the litigation. I understand that I
have the right to revoke in writing my consent to this disclosure at any time, except to the extent
that the above-named facility or provider already has taken action in reliance upon this

authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this _19_ day of _MARCH_ 200 _2010_ 9²

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

**AUTHORIZATION #3**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL No. 1657

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

**AUTHORIZATION FOR RELEASE OF
PSYCHOLOGICAL/PSYCHIATRIC
RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name: _JoANNE. L. ELDRIDGE_

Date of Birth: _04-04-1955_

Social Security Number: _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_

     I hereby authorize _____ to release
all existing records regarding the above-named person's psychological or psychiatric care,
treatment, condition, and/or expenses to the law firm of **HUGHES HUBBARD & REED LLP,
101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm of
_____ and/or their
designated agents ("Receiving Parties")**. These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes. The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

     I understand that this authorization includes information regarding the diagnosis and
treatment of psychiatric and psychological disorders, and that the health information being
used/disclosed may include information relating to the diagnosis and treatment of Human
Immunodeficiency Virus (HIV), Acquired Immune Deficiency Syndrome (AIDS), sexually
transmitted disease and drug and alcohol disorders.

     This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, psychiatric treatment and counseling records, psychological
treatment and counseling records, narratives, and any correspondence/memoranda and billing

information.  It also includes, to the extent such records currently exist and are in your possession, insurance records, including Medicare/Medicaid and other public assistance claims, applications, statements, eligibility material, claims or claim disputes, resolutions and payments, medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.).  This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation.  I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage.  I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization.  I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA.  I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place.  Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this _19_ day of _MARCH_, ~~200~~ _2010_ _92_

_[signature]_
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf: _____

AUTHORIZATION #2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX® PRODUCTS
LIABILITY LITIGATION

MDL No. 1657

**AUTHORIZATION FOR RELEASE OF
MEDICAL RECORDS PURSUANT TO
45 C.F.R. § 164.508 (HIPAA)**

Name: _JOANNE L. ELDRIDGE_

Date of Birth: _04-04-1955_

Social Security Number: _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_

    I hereby authorize _____ to release
all existing medical records regarding the above-named person's medical care, treatment,
physical condition, and/or medical expenses to the law firm of **HUGHES HUBBARD & REED
LLP, 101 Hudson Street, Suite 3601, Jersey City, New Jersey 07302, and/or to the law firm
of** _____ **and/or their
designated agents ("Receiving Parties").** These records shall be used or disclosed solely in
connection with the currently pending VIOXX® litigation involving the person named above.
This authorization shall cease to be effective as of the date on which the above-named person's
VIOXX® litigation concludes.  The Receiving Parties shall return or destroy the protected health
information (including all copies made) at the end of the above-named person's litigation or
proceeding.

    I understand that the health information being used/disclosed may include information
relating to the diagnosis and treatment of Human Immunodeficiency Virus (HIV), Acquired
Immune Deficiency Syndrome (AIDS), sexually transmitted disease and drug and alcohol
disorders.

    This authorization also may include x-ray reports, CT scan reports, MRI scans, EEGs,
EKGs, sonograms, arteriograms, discharge summaries, photographs, surgery consent forms,
admission and discharge records, operation records, doctor and nurses notes (excluding
psychotherapy notes maintained separately from the individual's medical record that document or
analyze the contents of conversation during a private counseling session or a group, joint, or
family counseling session by referring to something other than medication prescription and
monitoring, counseling session start and stop times, the modalities and frequencies of treatment
furnished, results of clinical tests, and any summary of the following items: diagnosis, functional
status, the treatment plan, symptoms, prognosis and progress), prescriptions, medical bills,
invoices, histories, diagnoses, narratives, and any correspondence/memoranda and billing
information.  It also includes, to the extent such records currently exist and are in your
possession, insurance records, including Medicare/Medicaid and other public assistance claims,
applications, statements, eligibility material, claims or claim disputes, resolutions and payments,

medical records provided as evidence of services provided, and any other documents or things pertaining to services furnished under Title XVII of the Social Security Act or other forms of public assistance (federal, state, local, etc.). This listing is not meant to be exclusive.

This will further authorize you to provide updated medical records, x-rays, reports or copies thereof to the above attorney until the conclusion of the litigation. I understand that I have the right to revoke in writing my consent to this disclosure at any time, except to the extent that the above-named facility or provider already has taken action in reliance upon this authorization, or if this authorization was obtained as a condition of obtaining insurance coverage. I further understand that the above-named facility or provider cannot condition the provision of treatment, payment, enrollment in a health plan or eligibility for benefits on my provision of this authorization. I further understand that information disclosed pursuant to this authorization may be subject to redisclosure by the recipient to its clients, agents, employees, consultants, experts, the court, and others deemed necessary by the recipient to assist in this litigation and may no longer be protected by HIPAA. I further reserve the right to request the return or redaction of sensitive or embarrassing information, not germane to the litigation, that is disclosed to the Receiving Parties.

Any photostatic copy of this document shall have the same authority as the original, and may be substituted in its place. Copies of these materials are to be provided at the expense of Hughes Hubbard & Reed LLP or _____.

Dated this 19 day of MARCH, 2002

_____
[PLAINTIFF OR REPRESENTATIVE]

If a representative, please describe your relationship to the plaintiff and your authority to act on his/her behalf:_____

AUTHORIZATION #1