# David G. Changaris, M.D., P.S.C.

Board Certified in Neurological Surgery and Pain Medicine

801 Barret Avenue, Suite 103 • Louisville, Kentucky 40204
Tel (502) 584-6852 • Fax (502) 584-8379

April 9, 2010

Jeffrey A. Bowersox
5285 Meadows Road, Suite 320
Lake Oswego, Oregon 97035

Re: *Joanne L. Eldridge v. Merck & Co., Inc., et al.*

My name is David Changaris. I am a physician specializing in neurological injuries while my primary board is in Neurological Surgery, I have had extensive training and experience in lipid chemistry. My credentials pertinent to this report are: I had one year of formal general pathology training, two years of formal training as a post-doctoral fellow in Pharmacology at the Department of Pharmacology, Pennsylvania Statue University, Hershey, Penna. I published in peer reviewed journals glycolipid research. While a Neurosurgical Resident I spent a year in formal training in neuropathology and published papers dealing with the interaction of calcium and glycolipid. My partner Dr. Robert Levy at the University of Louisville was a respected lipid chemist. I currently have patents dealing with the lipid chemistry of novel emulsions. I have followed the cyclo-oxygenase story for years.

I have been asked to provide an abbreviated opinion as to whether it is more probable than not that the ingestion of Vioxx by Ms. Eldridge was a substantial factor in causing Ms. Eldridge's injuries as well as other causes. I have not agreed to testify at trial or otherwise in this action.

This Report is based on the records of Ms. Eldridge (which I assume to be true) regarding the ingestion of Vioxx. I have not attempted to independently verify that facts in the records. This Report is based on selected medical records provided to me by Ms. Eldridge's counsel. I have not attempted to independently investigate Ms. Eldridge' medical conditions and I assume that the records provided to me are accurate.

I have read PTO 28, Section II (D.) and Judge Fallon's Orders of May 30, 2008 and July 2, 2009. It is my belief that this Report satisfies the requirements of those Orders. I am not attempting by this Report to rule out or establish other potential causes, and it is my understanding that this abbreviated Report can be supplemented at a later date by me or by others to address those issues.

From September 2001 through September 9, 2002, Ms. Eldridge was given prescriptions of Vioxx 25 mg or 50 mg. The injury she sustained is anterior spinal artery occlusion with spinal-cord infarct on September 27, 2002 with total paralysis of her legs. She has shown partial recovery in the records provided.

It is my opinion that it is more probable than not that the ingestion of Vioxx was a substantial factor in bringing about or causing Ms. Eldridge's cord-stroke (paraparesis.) The scientific basis for this opinion is my knowledge of the biochemical and pharmacologic properties of rofecoxib, which is totally consistent with the type of injury Ms. Eldridge suffered.

Records from the following were reviewed: Records from Fred Meyer Pharmacy, Mark Chesnutt, MD, Medco Pharmacy, J Mandiberg, MD, John Kafrouni, MD, OHSU.

Sincerely,

David G. Changaris, MD

*Joanne L. Eldridge v. Merck & Co., Inc., et al.*