**JOANNE ELDRIDGE v. MERCK & CO, INC.**
**MDL CASE NO.: 2:05-MD-01657-EEF-DEK**
**CASE SPECIFIC DOCKET NO.: 2:05-CV-04447-EEF-DEK**

**MEDICAL RECORDS PORTFOLIO INDEX (ON DVD)**

1. FRED MEYER PHARMACY

2. JEFFREY BROWN, MD

3. JOHN KAFROUNI, MD

4. JOSEPH MANDIBERG, MD

5. MEDCO

6. OHSU

7. PACIFIC BALANCE AND DIZZINESS CENTER