UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL CASE NO. 2:05-md-01657-EEF-DEK |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| | * | |
| Plaintiff: Joanne Eldridge | * | MAG. JUDGE KNOWLES |
| Case Specific No. 05-04447 | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing AMENDED PLAINTIFF PROFILE FORM and PHYSICIAN'S EXPERT REPORT have been served on the following persons in the following manner in addition to electronically filing with the Clerk of the Court of The United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will, on May 7, 2010, send Notice of Electronic Filing in accordance with the procedures established in MDL 1657.

| | |
|---|---|
| Wilfrd P. Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3918 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☒ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Phillip A. Wittmann<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | ☐ By Hand Delivery<br>☐ By U.S. Mail<br>☒ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Dimitrios Mavroudis<br>Dechert, LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808 | ☐ By Hand Delivery<br>☐ By U.S. Mail<br>☒ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Susan Giamportone<br>Womble Carlyle Sandridge & Rice, PLLC<br>300 North Greene Street<br>Suite 1900<br>Greensboro, NC 27401 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☒ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Russ Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113-1125 | ☐ By Hand Delivery<br>☐ By U.S. Mail<br>☒ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |

Page 1 - CERTIFICATE OF SERVICE

I hereby certify that the foregoing MEDICAL RECORDS (on DVD of Joanne Eldridge in response to the Plaintiff Profile Form) and a MEDICAL RECORDS INDEX have been served on the following persons in the following manner on May 7, 2010.

| | |
|---|---|
| Wilfrd P. Coronato<br>Hughes Hubbard & Reed, LLP<br>101 Hudson Street, Suite 3601<br>Jersey City, NJ 07302-3918 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☐ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Phillip A. Wittmann<br>Stone Pigman Walther Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☐ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Dimitrios Mavroudis<br>Dechert, LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☐ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Susan Giamportone<br>Womble Carlyle Sandridge & Rice, PLLC<br>300 North Greene Street<br>Suite 1900<br>Greensboro, NC 27401 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☐ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |
| Russ Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113-1125 | ☐ By Hand Delivery<br>☒ By U.S. Mail<br>☐ By Electronic Copy (LexisNesix)<br>☐ By Email Attachment |

/s/ Jeffrey A. Bowersox
Jeffrey A. Bowersox
OSB Bar No. 81442
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
Phone: (503) 452-5858
Fax: (503) 345-6893
Email: Jeffrey@blfpc.com