
## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Flossie Batt, et al. *v.* Merck & Co., Inc. | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Only with regard to: **Laurence Wilkinson** | * * * * | |
| Docket No. 2:05-cv-05139 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Laurence Wilkinson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  3rd  day of _____May_____, 2010.

_Eldon E. Fallon_ (signature)
DISTRICT JUDGE