UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| George Mayfield, et al. v. Merck & Co., Inc., et al. | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Lloyd Buzzi, individually and as special administrator of the estate of Ada Buzzi | * * * * * | |
| Docket No. 2:07-cv-02103 | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lloyd Buzzi, individually and as special administrator of the estate of Ada Buzzi, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE