1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3    ***************************************************************

4    IN RE:  VIOXX PRODUCTS
           LIABILITY LITIGATION
5                                   MDL DOCKET NO. 1657
                                    NEW ORLEANS, LOUISIANA
6                                   THURSDAY, APRIL 29, 2010, 9:00 A.M.

7    ***************************************************************

8
                     TRANSCRIPT OF MOTION PROCEEDINGS
9            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
10

11   APPEARANCES:

12

13   FOR THE PLAINTIFFS:      HERMAN HERMAN KATZ & COTLAR
                              BY:  LEONARD A. DAVIS, ESQUIRE
14                            820 O'KEEFE AVENUE
                              NEW ORLEANS, LA 70113
15

16                            OLDFATHER LAW FIRM
                              BY:  ANN B. OLDFATHER, ESQUIRE
17                            1330 SOUTH THIRD STREET
                              LOUISVILLE, KY  40208
18

19

20   FOR THE DEFENDANT:       STONE PIGMAN WALTHER WITTMANN
                              BY:  DOROTHY H. WIMBERLY, ESQUIRE
21                            546 CARONDELET STREET
                              NEW ORLEANS, LA 70130
22

23                            BRYAN CAVE
                              BY:  STEFAN A. MALLEN, ESQUIRE
24                            ONE METROPOLITAN SQUARE
                              211 NORTH BROADWAY, SUITE 3600
25                            ST. LEWIS, MO  63102

1    APPEARANCES CONTINUED:

2

3    ALSO PRESENT:            MARK HENDRICHS (VIA PHONE)
                              JAMES SCHNELLER (VIA PHONE)
4

5

6    OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RPR, CRR
                                  500 POYDRAS STREET, ROOM B406
7                                 NEW ORLEANS, LOUISIANA 70130
                                  (504) 589-7779
8

9    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**I N D E X**

MOTIONS                                                          PAGE

MERCK'S FIRST PTO 43 MOTION, RECORD DOCUMENT 22492,        5
INVOLVING A SINGLE PLAINTIFF, JANICE BAUM..............

MERCK'S THIRD PTO 43 MOTION, RECORD DOCUMENT 24995,        5
INVOLVING FIVE *PRO SE* PLAINTIFFS......................

INVOVLING TWO PLAINTIFFS, TODD JELDEN.................     7

MERCK'S PTO 31 MOTION, RECORD DOCUMENT 22070,            10
INVOLVING A SINGLE PLAINTIFF, EUGENE BALDONI..........

MERCK'S NINTH PTO 28 MOTION, RECORD DOCUMENT 21961,      10
INVOLVING A SINGLE PLAINTIFF, JAMES SCHNELLER.........

MERCK'S EIGHTH PTO 29 MOTION, RECORD DOCUMENT 35757,     14
INVOVING FOUR PLAINTIFFS, SANDRA HURST, JAMES
LOCKHART, JAMES NESTOR, PETER AND BARBARA DONNELLY.....

CARVER MOTION, WHICH IS A MOTION TO REINSTATE, RECORD    15
DOCUMENT 33200 FILED BY MS. OLDFATHER.................

MS. OLDFATHER'S MOTION TO SET ASIDE DISMISSAL OF THE     15
CLAIMS OF SMITA SANJANWALA, RECORD DOCUMENT 40301......

MOTION TO SET ASIDE A DISMISSAL FILED BY                 16
MS. OLDFATHER, RECORD DOCUMENT 40303..................

MOTION TO DISMISS EXTINGUISHED CLAIMANTS' CASES,         16
RECORD DOCUMENT 39333.................................

1    MERCK'S FIFTH MOTION TO DISMISS UNDER PTO 43,              19

2    INVOLVING DONNA RUSSELL.................................

3    MERCK'S RENEWED FIRST MOTION RELATING TO PTO 28,          21

4    RECORD DOCUMENT 24266..................................

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1              **P-R-O-C-E-E-D-I-N-G-S**

2              M O R N I N G    S E S S I O N

3              THURSDAY, APRIL 29, 2010

4              (COURT CALLED TO ORDER)

5

6

7         THE DEPUTY CLERK:  Everyone rise.

8         THE COURT:  Folks, be seated, please.  We're dealing now

9    with motions.

10        MS. WIMBERLY:  Yes, Your Honor.  Dorothy Wimberly on

11   behalf of Merck.

12       We're here this morning with a number of matters, most of

13   which are deferrals from prior hearings.

14       The first matter on the docket is the single deferral from

15   Merck's first PTO 43 motion, Record Document 22492, involving a

16   single plaintiff, Janice Baum.

17       As per the discussions of plaintiffs' liaison counsel, the

18   *pro se curator* and myself, we will be convening a special

19   conference with Your Honor at a date to be determined, and we

20   will address Ms. Baum and the motion at that time, providing her

21   with notice of the time, and we will get her on the phone for

22   that call.

23        THE COURT:  So we are going to defer that one.

24        MS. WIMBERLY:  Defer that at this time.

25       The next motion up are the deferrals from Merck's third PTO

1  43 motion, Record Document 24995.

2      This motion involves five *pro se* plaintiffs.  One *pro se*

3  plaintiff, John Stafisz, has complied with Pretrial Order 43 and

4  submitted an expert report.  We are asking that the Court note

5  that we are withdrawing the motion as it relates to Mr. Stafisz.

6      As to the remaining four plaintiffs, Janice Baum is one of

7  them.  It was an error, a duplicate.  She's on both the first and

8  third.  So we will be deferring and addressing her as previously

9  mentioned.

10      With respect to Leslie Henry and Patricia Lewis, we have

11  confirmation of delivery of the motion, the order resetting it

12  multiple times via FedEx.  On Leslie Henry and Patricia Lewis, we

13  have had absolutely no response, and we would ask that the Court

14  dismiss their claims with prejudice at this time.  This motion

15  has been pending for well over six months, and they've taken no

16  steps to pursue their claims.

17      THE COURT:  Is anybody on the phone with regard to

18  Leslie Henry and Patricia Lewis?

19      MR. MALLEN:  No, Your Honor.

20      MS. WIMBERLY:  Your Honor, a third --

21      THE COURT:  Wait.  I'll dismiss those over the objection

22  of plaintiffs.  I'll dismiss them with prejudice, Leslie Henry

23  and Patricia Lewis.

24      MS. WIMBERLY:  Your Honor, another of the *pro se*

25  plaintiffs, the final one on that motion, is Stanley Bethea.

1    Mr. Bethea has not complied with Pretrial Order 43.  As with the

2    others, we have confirmation of FedEx delivery.

3         I did receive a -- in the mail, a response from him.  He

4    keeps basically repeating that he's -- didn't have a heart

5    attack.  He had heart failure.  But he -- and is asking for

6    $600,000.

7         Your Honor may recall that Mr. Bethea is the plaintiff who

8    has filed repeated motions to remand his case and to amend his

9    case and to appeal your denials to the point where Your Honor has

10   entered an order indicating that he is denied leave to file any

11   additional motions without first presenting them to the Court.

12        I assume, therefore, that Your Honor has not seen his

13   response.  It doesn't appear that he attempted to provide it to

14   the Court.  But, in any event, he has not complied, and we would

15   ask that the Court dismiss his case with prejudice.

16        THE COURT:  Anybody on the phone for Stanley Bethea?

17   All right.

18        MR. DAVIS:  Your Honor, we would oppose the dismissal

19   with prejudice.  We've dealt in my office a number of times with

20   this claimant on the suit.

21        THE COURT:  I'm dismissing that with prejudice.

22        MS. WIMBERLY:  Your Honor, the next matter up are the

23   deferrals from Merck's fourth PTO 43 motion, Record

24   Document 27190.

25        This motion was directed to two plaintiffs, Todd Jelden.

1   Mr. Jelden, who is now represented by Ms. Oldfather, has complied

2   with the requirements of Pretrial Order 43, and we are

3   withdrawing the motion as it relates to Mr. Jelden.

4        The remaining plaintiff subject to this motion is plaintiff

5   Mark Henrichs.  He is a *pro se* plaintiff.  I have had -- he is on

6   the phone, Your Honor.

7        I have had numerous telephone conversations with him.  He

8   has -- is aware of the motion.  He has been aware of the motion.

9   Each time he has been served with the motion or an order

10  deferring it, he has contacted me.  He has indicated that he

11  wants his case to continue.

12       He has not, however, taken any steps to comply with Pretrial

13  Order 43, but -- so Merck would like to move forward with

14  dismissal of his case, or, alternatively, defer his matter to the

15  conference that we're going to have as with Ms. Baum.

16       But since he is on the phone today, Your Honor, it would

17  probably prove fruitful for you to hear what he has to say about

18  his case.

19            THE COURT:  Mr. Hendrichs, what's your position, sir?

20            MR. HENDRICHS:  Is this the honorable judge?

21            THE COURT:  Yes, it is.

22            MR. HENDRICHS:  This is Mark Hendrichs.

23            THE COURT:  Yes, Mr. Hendrichs.

24            MR. HENDRICHS:  My situation is this:  For the first

25  time in my life, I had surgery a week and a half ago.  I had

1   actually two surgeries.  One's healed up.  The other one I have

2   to wait until May 7th before I'm even supposed to walk, so I am

3   unable to answer phones or anything unless it's right next to me.

4       It's a medical deferment, in that I honestly believe that I

5   deserve a little more time.

6           THE COURT:  Okay.  Mr. Hendrichs, I've been trying to

7   get you to do something in your case.  You have a right to file a

8   lawsuit, but then you have a duty and responsibility to pursue

9   your case.  I've tried to set out that information so that you

10  understood what type of information you would need or, if you

11  don't understand it, get a lawyer to help you.

12          MR. HENDRICHS:  Yes.  I understand.  I just got out of

13  the hospital a week ago, and I'm bedridden right now.  But

14  hopefully -- hopefully I will get better.

15      The thing of it is, is that -- I can't even think straight.

16          THE COURT:  All right.  Let me do this, Mr. Hendrichs.

17  I'll pass your case this time, but you've got to hear me now.

18  You've got to get some material that I've set forth in those

19  orders.  It's not burdensome.  If you're interested in pursuing

20  your case, you have to comply with those orders.

21          MR. HENDRICHS:  I understand, sir.

22          THE COURT:  I'm going to pass your case until the next

23  time, and then I'll have to deal with it, so maybe not today, but

24  as soon as you begin to feel better, you've got to comply with

25  those orders.

1          MR. HENDRICHS:  Absolutely.  I appreciate that.

2          THE COURT:  The next conference is June 3rd, so let's do

3     your work before June 3rd.

4          MR. HENDRICHS:  June 3rd.

5          THE COURT:  Yes, sir.

6          MR. HENDRICHS:  I appreciate that.  I appreciate your

7     integrity.

8          THE COURT:  Sure.  We hope you get well soon.

9          MR. HENDRICHS:  Well, I hope I do, too.

10          THE COURT:  All right, Mr. Hendrichs.  Okay.  Thank you.

11          MR. HENDRICHS:  I'll try.

12          MS. WIMBERLY:  Next up, Your Honor, are deferrals from

13     Merck's PTO 31 motion, Record Document 22070.

14          That involved a single plaintiff, Eugene Baldoni of whom

15     Ms. Oldfather assumed representation.  We are withdrawing the

16     motion as to Mr. Baldoni, who has complied.

17          Next up are deferrals from Merck's ninth PTO 28 motion,

18     Record Document 21961.

19          This involves a single plaintiff, James Schneller.

20     Mr. Schneller, the Court may recall, was previously placed, at

21     Merck's error, on a motion in spring of 2009.  We had complied

22     with his request to give him additional time.  Mr. Schneller's

23     case is a case that was filed in 2005.  So it is now ten years --

24     or five years old.

25          At that time, the Court, following the expiration of Merck's

1    agreed upon extension, the Court entered an order requiring that

2    he provide his expert report by July of 2009.  That report was

3    not forthcoming.  We placed Mr. Schneller on the eighth PTO 28

4    motion.

5         Mr. Schneller, in early March of this year, denied that he

6    had received prior notices.  Your Honor, I will be honest with

7    you, I don't have proof certain of the prior mailings because we

8    stopped using FedEx for a brief period of time.  But

9    Mr. Schneller will admit that he had knowledge of the June -- the

10   order requiring that he provide his expert report by July of

11   2009.

12        He also concedes, by his filings and responses, that at

13   least since March 4th of this year he has had knowledge of this

14   additional motion that he is on and, to my knowledge, has

15   submitted no additional records; instead, his only response was a

16   couple of days ago, which was to complain about lack of knowledge

17   and to ask for yet more time.

18        I understand from comments made this morning by

19   Ms. Oldfather that he has approached Ms. Oldfather about

20   considering assuming his representation.  I don't know if

21   Ms. Oldfather is -- oh, she is here.

22        Mr. Schneller is on the phone.

23        I don't know if you were aware of that since you were back

24   in chambers.

25        So I'm not certain, Your Honor, how you want to handle this,

1   but since he is currently *pro se*, I assume he has the right to

2   speak for himself and address his issues.  Ms. Oldfather did

3   commit in chambers that she would make a decision by next week as

4   to whether she would be in a position to assume his

5   representation and -- but if Mr. Schneller has anything that he

6   would like to add or any questions about what he's required to do

7   and what he's missing, it may prove very helpful to hear from him

8   at this time.

9               THE COURT:  Ms. Oldfather.

10              MS. OLDFATHER:  Thank you, Your Honor.  Thank you,

11  Ms. Wimberly.

12              THE DEPUTY CLERK:  Mr. Schneller, are you on the line?

13              THE COURT:  Mr. Schneller, are you on the line, sir?

14              MR. SCHNELLER:  Yes, Your Honor, James Schneller here.

15              MS. OLDFATHER:  Mr. Schneller, hold on just a second.

16  This is Ms. Oldfather.

17       The Court had asked me before we went on the record how long

18  it would take our office to decide whether we would be willing to

19  represent you, as you've asked us to look at that.  And I told

20  the judge that we would be able to make a decision by the end of

21  next week, and I just wanted -- and that would give us time to

22  speak with you and to look at your medical records.

23       So, Your Honor, that would be my position.  Thank you.

24              THE COURT:  Okay.  I'll do this.  I'll pass that one for

25  30 days until the next meeting, which is June 3rd.

1           MS. WIMBERLY:  June 3rd, following the monthly status
2    conference.
3           THE COURT:  Right.
4           MR. SCHNELLER:  Your Honor, I'd ask that I not waive my
5    right to appear before the Court prior to any action by this
6    agreement to --
7           THE COURT:  Mr. Schneller, you can talk to Ms. Oldfather
8    and ask her any questions that you might feel, but I've got to
9    get some material.  It's not enough to file a lawsuit.  You've
10   got to pursue your lawsuit, and I've given enough time for the
11   people to pursue the lawsuit.  You can't just wait and do nothing
12   and then just have the lawsuit just remain open.  We have to have
13   some closure on it.
14        So that's why I've taken the approach to put some orders in
15   shape and in force to give some basic information, some just
16   basic material to substantiate a particular claim, and I've given
17   countless notices to people.
18        You get to the point where after you constantly tell people
19   they have to present the material, have to get lawyers, have to
20   talk to someone, if, notwithstanding that, they either ignore it
21   or don't do it, then I have no choice but to dismiss the case.
22        So I'm going to pass yours until June 3rd, but on June 3rd
23   I'm going to have to focus on it one way or the other.
24           MR. SCHNELLER:  Yes, Your Honor.
25           THE COURT:  Okay.

1          MR. SCHNELLER:  Thank you, Your Honor.

2          THE COURT:  Thank you.

3          MS. WIMBERLY:  Next up, Your Honor, is Merck's eighth

4   PTO 29 motion.  There were four plaintiffs -- and that's Record

5   Document 35757.

6      There were four plaintiffs remaining on this motion.  One of

7   whom should have come up earlier because she filed a stipulation

8   of dismissal with prejudice, and that is plaintiff Sandra Hurst,

9   so the motion is moot as to her.

10      It is also moot as to plaintiff James Lockhart, who has

11   complied with PTO 29.

12      We are deferring the motion as to plaintiff James Nestor.

13   Yesterday he provided us with an expert report and medical

14   records and other information.  We are deferring to enable us to

15   have an opportunity to review the materials he's provided and

16   make certain that they are in compliance.  And we will notify him

17   as to whether or not we believe anything is missing, but -- and

18   for that reason we would like to defer until June 3rd as to James

19   Nestor.

20      That leaves plaintiffs Peter and Barbara Donnelly.  They

21   received service of the motion.  We have a signed FedEx receipt

22   showing that it was served upon them.  They have not responded in

23   any way, shape or form, and we would ask that the Court dismiss

24   their case with prejudice.

25          THE COURT:  The plaintiffs object to it.  I'll dismiss

1   it with prejudice.

2           MS. WIMBERLY:  Next up, Your Honor, was another deferred

3   matter.  It was a motion for reconsideration filed by a *pro se*

4   prisoner, Brian Anderson, Record Document 18800.

5       As the Court may recall at the last hearing, we committed to

6   try to gather his records and see whether he's someone who might

7   have been pushed into the settlement or otherwise appeared to

8   have a valid claim.  We have finally been able to gather the bulk

9   of those records.

10      He does not meet any eligibility requirements in Merck's

11  view, and we intend to file a written opposition to that motion.

12  We need to serve that motion on him in prison, so we would ask

13  that the Court defer this matter until June 3rd.  We will file

14  our opposition today and get it served on him.

15          THE COURT:  All right.

16          MS. WIMBERLY:  Next up, Your Honor, is the Carver

17  motion, which is a motion to reinstate, Record Document 33200

18  filed by Ms. Oldfather.

19      Although we have previously filed an opposition,

20  Ms. Oldfather filed a supplement on April 27th.  We intend to

21  respond to the additional information raised in that supplement,

22  and we would ask that the matter be deferred to June 3rd.

23          THE COURT:  All right.  Deferred.

24          MS. WIMBERLY:  Next up is Merck's motion -- I'm sorry,

25  Ms. Oldfather's motion to set aside dismissal of the claims of

1    Smita Sanjanwala, Record Document 40301.

2         Merck has communicated to Ms. Oldfather that we consent to

3    reinstate this case.  There was an intervening order of allowing

4    counsel to withdraw that provided a different time frame,

5    60 days, and it's our error.

6         And, in fact, Your Honor, we have gone back and are doing a

7    survey to make certain that there weren't any other errors like

8    that.

9         But I have prepared an order that simply shows our consent

10   to the motion and reinstates the case.  And I will submit that to

11   Katie.

12             THE COURT:  What's the docket number?

13             MS. WIMBERLY:  The docket number.  I don't have a copy

14   of the motion.  The case number, the record document is 40301.

15             THE COURT:  Okay.

16             MS. WIMBERLY:  Next is a motion to set aside a

17   dismissal, again, filed by Ms. Oldfather, Record Document 40303.

18        We need time -- it was just filed on the 22nd.  We need time

19   to respond to that, and a supplement was filed by Ms. Oldfather

20   on the 27th.  We, again, ask that it be deferred to the June 3rd

21   conference.

22             THE COURT:  Okay.

23             MS. WIMBERLY:  The last motion of Merck's is a new

24   motion, which was to dismiss extinguished claimants' cases,

25   Record Document 39333.

1        And Mr. Mallen from Bryan Cave is going to make that motion.

2            MR. MALLEN:  Good morning, Your Honor, Stefan Mallen

3    from Bryan Cave.

4        This is similar to some motions we had last year around this

5    time dismissing NSPC claimants' cases.  And here is a copy of the

6    motion.

7            THE COURT:  Okay.  Thank you.

8            MR. MALLEN:  And we hope this is the last one that we'll

9    have.  We may have one more as cleanup down the road, but we're

10   getting to the end of these kind of motions.

11       As you know as part of the settlement process, claimants

12   must submit complete claims packages, including the required

13   pharmacy, medical and event records, as well as proper releases

14   and stipulations.

15       In order to be eligible for payment, claimants must meet,

16   among other criteria, the injury, duration and proximity gate

17   requirements as defined in the Master Settlement Agreement and is

18   implemented and determined by the claims administrator.

19       If the claims administrator determines that a claimant does

20   not meet the requisite gate requirement, the Gate Committee takes

21   a further review.  If the Gate Committee still determines they

22   don't qualify, the claimant has two options:  They can appeal to

23   the Special Master, and that decision is binding, final, and not

24   appealable.  Or, as set forth in the Master Settlement Agreement,

25   they can submit a future evidence stipulation and litigate their

1    case.

2         Program claimants who do not appeal the Gate Committee's

3    determination to the Special Master and also choose not to submit

4    a future evidence stip are deemed by the claims administrator to

5    be closed with their claims extinguished.  At that point, the

6    settlement agreement directs Merck to file the claimant's

7    stipulations for dismissal.

8         The claimants before the Court today enrolled in the

9    settlement program.  They did not meet the gate criteria.  They

10   did not appeal the Gate Committee's determination to the

11   Special Master, and they did not choose to submit a future

12   evidence stip.  Accordingly, Merck is entitled to file their stip

13   because the claims administrator has extinguished their claims.

14        The problem, Your Honor, is that the claimants on Exhibit A

15   never submitted a stipulation for dismissal.  They have been

16   given ample opportunity to do so.  They have had opportunity to

17   appeal the Gate Committee's eligibility determination or submit a

18   future evidence stipulation, and notwithstanding, these claimants

19   remain extinguished.

20        Therefore, Your Honor, we're requesting dismissal with

21   prejudice of the cases on Exhibit A, and that is:

22   Patrice Blaustein, James Henry, Sherry Swafford, James Walters,

23   and Dorothy White.

24             THE COURT:  Is anybody on the phone with those

25   individuals?

1    Once you enter the program, you're bound by the terms of the

2    program.  And so I have no alternative but to grant their motion

3    to extinguish their claims.  Granted.

4              MR. MALLEN:  Thank you, Your Honor.

5              THE COURT:  Anything further on motions?

6              MS. OLDFATHER:  Your Honor, there are two other motions.

7    Give Dorothy a moment.

8         Do you want me to present it?

9         I'm counting on Dorothy to pull out the document record

10   number, but Merck filed its fifth motion to dismiss under PTO 43

11   about a week ago.  And yesterday we filed a request or a motion

12   on behalf of one of the named plaintiffs, Donna Russell, to

13   remand the show cause order as to her.

14        Ms. Russell had filed a future evidence stipulation, a

15   timely future evidence stipulation.  It was rejected by the

16   claims administrator because it didn't include the first page,

17   which are the instructions to the claimant about how you are to

18   complete pages 2 through 4.

19        And so the procedure that Merck and the claims administrator

20   have in place is that when the claims administrator rejects an

21   FES, the attorney gets a notice that they can ask for leave to

22   cure.  And they have to submit a corrected FES within a certain

23   period of time.

24        So Ms. Cronan (spelled phonetically), who is the attorney

25   who has been handling Ms. Russell's claim in front of the claims

1    administrator, did that timely, filed a motion for leave to cure,

2    and also had Ms. Russell complete a new FES that included the

3    signature page.  All that was filed timely.

4         And we inquired about the status of that because we were

5    told that Merck would tell us whether that was accepted.  We

6    inquired on April 19th.  And we were told that Merck was still

7    looking at that to see whether it would be accepted.  And then on

8    April 22nd, a few days later, Merck filed its motion to dismiss

9    and included Ms. Russell.

10        So we've just yesterday got a notice from Merck that the FES

11   has been accepted, and we now intend to make sure we get the loan

12   pie report in on time and the other requirements of PTO 43.

13        My motion is simply based on the fact that she had a foot in

14   both camps, and I think we were understandably waiting to hear

15   that the FES had been accepted.  And I don't know whether this

16   was perhaps a mistake on Merck's part or what.

17        MS. WIMBERLY:  Your Honor, Merck has not had an

18   opportunity to look at this.  Our motion is set for May 13th.

19   And I think the Court entered an order yesterday continuing and

20   setting this motion for May 13th.  So we're not prepared to

21   address this today.

22        THE COURT:  All right.  It may be moot.

23        MS. WIMBERLY:  And it may be moot.  We'll have to see.

24        Or, if additional time -- I mean, but we can work with

25   Ms. Oldfather between now and then.  I believe she was hoping to

1   avoid having to travel here on May 13th, so we could certainly

2   agree that we could bring those two issues up on June 3rd

3   instead.

4           THE COURT:  Sure.  We'll do that.

5           MS. OLDFATHER:  That would be great.

6           MS. WIMBERLY:  Your Honor, one other matter from Merck's

7   old motions that are hanging around.  There was one plaintiff

8   remaining on Merck's renewed first motion relating to PTO 28.  It

9   was Record Document 24266.

10      And Your Honor may recall, there were two motions where all

11  of the clients were represented by Cellino & Barnes.  Most of

12  those were disposed of.  Ms. Oldfather assumed representation of

13  certain of them.  But this person kind of appeared to have

14  remained in limbo, perhaps it was misunderstanding.

15      But Ms. Oldfather does not represent this plaintiff by the

16  name of John -- or Allen -- John -- John Carroll.  He remains

17  represented by Cellino & Barnes.  We've had repeated

18  correspondence to Cellino & Barnes requesting that they provide

19  authorizations.  We don't even have authorizations for this man.

20      And while this is technically not on the docket today,

21  Your Honor, we would like to have the Court issue an order

22  setting this matter for hearing on June 3rd so that it can be

23  resolved.  It's one of those.  We think that maybe they don't

24  even know -- don't have contact with the client.  But we've got

25  to get it resolved, so we would like to have this one set for

1  June 3rd.

2          THE COURT:  Sure.  I'll do that.

3          MS. OLDFATHER:  And that certainly is appropriate,

4  Your Honor.

5      So then the only other thing is there has been some mention

6  this morning of the motions to reinstate that have been filed by

7  our firm, and the last one of the ones we intended to file, we

8  filed yesterday.  And it's not on for today.  It's Joe Levitz'

9  (spelled phonetically) case.

10     So there are four:  Roger Carver; Sandra Elliott; Smita

11  Sanjanwala, and Merck has agreed to reinstate Ms. Sanjanwala; and

12  then Joe Levitz.  And those are all that we know of that we

13  intend to file.  And I imagine Ms. Levitz will be heard on

14  June 3rd, too.

15          THE COURT:  All right.

16      Anything further?

17          MS. WIMBERLY:  June 3rd would be fine with us for all of

18  Ms. Oldfather's motions to reinstate.

19          THE COURT:  Great.  Okay.

20      All right.  Thank you very much.

21      The Court will stand in recess.

22          WHEREUPON, at 11:01 a.m. the proceedings were

23  concluded.)

24                          *   *   *

25

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Registered Professional Reporter, Certified Court Reporter of the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.


                              *s/Cathy Pepper*
                              _____
                              Cathy Pepper, CRR, RMR, CCR
                              Official Court Reporter
                              United States District Court

## $

**$600,000** [1] - 7:6

## 1

**10** [2] - 3:11, 3:13
**11:01** [1] - 22:22
**1330** [1] - 1:17
**13th** [3] - 20:18, 20:20, 21:1
**14** [1] - 3:15
**15** [2] - 3:18, 3:20
**16** [2] - 3:22, 3:24
**1657** [1] - 1:5
**18800** [1] - 15:4
**19** [1] - 4:1
**19th** [1] - 20:6

## 2

**2** [1] - 19:18
**2005** [1] - 10:23
**2009** [3] - 10:21, 11:2, 11:11
**2010** [2] - 1:6, 5:3
**21** [1] - 4:3
**211** [1] - 1:24
**21961** [2] - 3:13, 10:18
**22070** [2] - 3:11, 10:13
**22492** [2] - 3:6, 5:15
**22nd** [2] - 16:18, 20:8
**24266** [1] - 21:9
**24266..................
........** [1] - 4:4
**24995** [2] - 3:8, 6:1
**27190** [1] - 7:24
**27th** [2] - 15:20, 16:20
**28** [5] - 3:13, 4:3, 10:17, 11:3, 21:8
**29** [5] - 1:6, 3:15, 5:3, 14:4, 14:11

## 3

**30** [1] - 12:25
**31** [2] - 3:11, 10:13
**33200** [2] - 3:19, 15:17
**35757** [2] - 3:15, 14:5
**3600** [1] - 1:24
**39333** [1] - 16:25
**39333..................
........** [1] - 3:25
**3rd** [16] - 10:2, 10:3, 10:4, 12:25, 13:1, 13:22, 14:18, 15:13, 15:22, 16:20, 21:2,

**21:22, 22:1, 22:14, 22:17**

## 4

**4** [1] - 19:18
**40208** [1] - 1:17
**40301** [2] - 16:1, 16:14
**40301.....** [1] - 3:21
**40303** [1] - 16:17
**40303.................** [1] - 3:23
**43** [12] - 3:6, 3:8, 4:1, 5:15, 6:1, 6:3, 7:1, 7:23, 8:2, 8:13, 19:10, 20:12
**4th** [1] - 11:13

## 5

**5** [2] - 3:6, 3:8
**500** [1] - 2:6
**504** [1] - 2:7
**546** [1] - 1:21
**589-7779** [1] - 2:7

## 6

**60** [1] - 16:5
**63102** [1] - 1:25

## 7

**7** [1] - 3:10
**70113** [1] - 1:14
**70130** [2] - 1:21, 2:7
**7th** [1] - 9:2

## 8

**820** [1] - 1:14

## 9

**9:00** [1] - 1:6

## A

**a.m** [1] - 22:22
**A.M** [1] - 1:6
**ability** [1] - 23:8
**able** [2] - 12:20, 15:8
**above-entitled** [1] - 23:9
**absolutely** [2] - 6:13,

**10:1
accepted** [4] - 20:5, 20:7, 20:11, 20:15
**accordingly** [1] - 18:12
**action** [1] - 13:5
**add** [1] - 12:6
**additional** [6] - 7:11, 10:22, 11:14, 11:15, 15:21, 20:24
**address** [3] - 5:20, 12:2, 20:21
**addressing** [1] - 6:8
**administrator** [8] - 17:18, 17:19, 18:4, 18:13, 19:16, 19:19, 19:20, 20:1
**admit** [1] - 11:9
**ago** [4] - 8:25, 9:13, 11:16, 19:11
**agree** [1] - 21:2
**agreed** [2] - 11:1, 22:11
**Agreement** [2] - 17:17, 17:24
**agreement** [2] - 13:6, 18:6
**Allen** [1] - 21:16
**allowing** [1] - 16:3
**ALSO** [1] - 2:3
**alternative** [1] - 19:2
**alternatively** [1] - 8:14
**amend** [1] - 7:8
**ample** [1] - 18:16
**AND** [1] - 3:17
**Anderson** [1] - 15:4
**ANN** [1] - 1:16
**answer** [1] - 9:3
**appeal** [5] - 7:9, 17:22, 18:2, 18:10, 18:17
**appealable** [1] - 17:24
**appear** [2] - 7:13, 13:5
**APPEARANCES** [2] - 1:11, 2:1
**appeared** [2] - 15:7, 21:13
**appreciate** [3] - 10:1, 10:6
**approach** [1] - 13:14
**approached** [1] - 11:19
**appropriate** [1] - 22:3
**APRIL** [2] - 1:6, 5:3
**April** [3] - 15:20, 20:6, 20:8
**ASIDE** [3] - 3:20, 3:22
**aside** [2] - 15:25, 16:16
**assume** [3] - 7:12, 12:1, 12:4

**assumed** [2] - 10:15, 21:12
**assuming** [1] - 11:20
**attack** [1] - 7:5
**attempted** [1] - 7:13
**attorney** [2] - 19:21, 19:24
**authorizations** [2] - 21:19
**AVENUE** [1] - 1:14
**avoid** [1] - 21:1
**aware** [3] - 8:8, 11:23

## B

**B406** [1] - 2:6
**Baldoni** [2] - 10:14, 10:16
**BALDONI..........** [1] - 3:12
**Barbara** [1] - 14:20
**BARBARA** [1] - 3:17
**Barnes** [3] - 21:11, 21:17, 21:18
**based** [1] - 20:13
**basic** [2] - 13:15, 13:16
**Baum** [4] - 5:16, 5:20, 6:6, 8:15
**BAUM..............** [1] - 3:7
**bedridden** [1] - 9:13
**BEFORE** [1] - 1:9
**begin** [1] - 9:24
**behalf** [2] - 5:11, 19:12
**best** [1] - 23:8
**Bethea** [4] - 6:25, 7:1, 7:7, 7:16
**better** [2] - 9:14, 9:24
**between** [1] - 20:25
**binding** [1] - 17:23
**Blaustein** [1] - 18:22
**bound** [1] - 19:1
**Brian** [1] - 11:8
**brief** [1] - 11:8
**bring** [1] - 21:2
**BROADWAY** [1] - 1:24
**Bryan** [2] - 17:1, 17:3
**BRYAN** [1] - 1:23
**bulk** [1] - 15:8
**burdensome** [1] - 9:19
**BY** [8] - 1:13, 1:16, 1:20, 1:23, 2:8, 2:9, 3:19, 3:22

## C

**CALLED** [1] - 5:4
**camps** [1] - 20:14
**CARONDELET** [1] - 1:21
**Carroll** [1] - 21:16
**CARVER** [1] - 3:18
**Carver** [2] - 15:16, 22:10
**case** [20] - 7:8, 7:9, 7:15, 8:11, 8:14, 8:18, 9:7, 9:9, 9:17, 9:20, 9:22, 10:23, 13:21, 14:24, 16:3, 16:10, 16:14, 18:1, 22:9
**cases** [3] - 16:24, 17:5, 18:21
**CASES** [1] - 3:24
**CATHY** [1] - 2:6
**Cathy** [2] - 23:3, 23:14
**Cave** [2] - 17:1, 17:3
**CAVE** [1] - 1:23
**CCR** [2] - 2:6, 23:14
**Cellino** [3] - 21:11, 21:17, 21:18
**certain** [6] - 11:7, 11:25, 14:16, 16:7, 19:22, 21:13
**certainly** [2] - 21:1, 22:3
**CERTIFICATE** [1] - 23:1
**Certified** [2] - 23:3, 23:4
**certify** [1] - 23:7
**chambers** [2] - 11:24, 12:3
**choice** [1] - 13:21
**choose** [2] - 18:3, 18:11
**claim** [3] - 13:16, 15:8, 19:25
**claimant** [4] - 7:20, 17:19, 17:22, 19:17
**claimant's** [1] - 18:6
**claimants** [6] - 17:11, 17:15, 18:2, 18:8, 18:14, 18:18
**CLAIMANTS'** [1] - 3:24
**claimants'** [2] - 16:24, 17:5
**claims** [15] - 6:14, 6:16, 15:25, 17:12, 17:18, 17:19, 18:4, 18:5, 18:13, 19:3, 19:16, 19:19, 19:20,

19:25
**CLAIMS** [1] - 3:21
**cleanup** [1] - 17:9
**CLERK** [2] - 5:7, 12:12
**client** [1] - 21:24
**clients** [1] - 21:11
**closed** [1] - 18:5
**closure** [1] - 13:13
**comments** [1] - 11:18
**commit** [1] - 12:3
**committed** [1] - 15:5
**Committee** [2] -
   17:20, 17:21
**Committee's** [3] -
   18:2, 18:10, 18:17
**communicated** [1] -
   16:2
**complain** [1] - 11:16
**complete** [3] - 17:12,
   19:18, 20:2
**compliance** [1] -
   14:16
**complied** [7] - 6:3,
   7:1, 7:14, 8:1, 10:16,
   10:21, 14:11
**comply** [3] - 8:12,
   9:20, 9:24
**COMPUTER** [1] - 2:9
**concedes** [1] - 11:12
**concluded** [1] - 22:23
**conference** [5] - 5:19,
   8:15, 10:2, 13:2,
   16:21
**confirmation** [2] -
   6:11, 7:2
**consent** [2] - 16:2,
   16:9
**considering** [1] -
   11:20
**constantly** [1] - 13:18
**contact** [1] - 21:24
**contacted** [1] - 8:10
**continue** [1] - 8:11
**CONTINUED** [1] - 2:1
**continuing** [1] - 20:19
**convening** [1] - 5:18
**conversations** [1] -
   8:7
**copy** [2] - 16:13, 17:5
**correct** [1] - 23:7
**corrected** [1] - 19:22
**correspondence** [1] -
   21:18
**COTLAR** [1] - 1:13
**counsel** [2] - 5:17,
   16:4
**counting** [1] - 19:9
**countless** [1] - 13:17
**couple** [1] - 11:16

**COURT** [40] - 1:1, 2:6,
   5:4, 5:8, 5:23, 6:17,
   6:21, 7:16, 7:21,
   8:19, 8:21, 8:23, 9:6,
   9:16, 9:22, 10:2,
   10:5, 10:8, 10:10,
   12:9, 12:13, 12:24,
   13:3, 13:7, 13:25,
   14:2, 14:25, 15:15,
   15:23, 16:12, 16:15,
   16:22, 17:7, 18:24,
   19:5, 20:22, 21:4,
   22:2, 22:15, 22:19
**Court** [22] - 6:4, 6:13,
   7:11, 7:14, 7:15,
   10:20, 10:25, 11:1,
   12:17, 13:5, 14:23,
   15:5, 15:13, 18:8,
   20:19, 21:21, 22:21,
   23:4, 23:5, 23:6,
   23:15, 23:16
**criteria** [2] - 17:16,
   18:9
**Cronan** [1] - 19:24
**CRR** [2] - 2:6, 23:14
**curator** [1] - 5:18
**cure** [2] - 19:22, 20:1

**D**

**date** [1] - 5:19
**DAVIS** [2] - 1:13, 7:18
**days** [4] - 11:16,
   12:25, 16:5, 20:8
**deal** [1] - 9:23
**dealing** [1] - 5:8
**dealt** [1] - 7:19
**decide** [1] - 12:18
**decision** [3] - 12:3,
   12:20, 17:23
**deemed** [1] - 18:4
**DEFENDANT** [1] -
   1:20
**defer** [5] - 5:23, 5:24,
   8:14, 14:18, 15:13
**deferment** [1] - 9:4
**deferral** [1] - 5:14
**deferrals** [5] - 5:13,
   5:25, 7:23, 10:12,
   10:17
**deferred** [4] - 15:2,
   15:22, 15:23, 16:20
**deferring** [4] - 6:8,
   8:10, 14:12, 14:14
**defined** [1] - 17:17
**delivery** [2] - 6:11, 7:2
**denials** [1] - 7:9
**denied** [2] - 7:10, 11:5
**DEPUTY** [2] - 5:7,

12:12
**deserve** [1] - 9:5
**determination** [3] -
   18:3, 18:10, 18:17
**determined** [2] - 5:19,
   17:18
**determines** [2] -
   17:19, 17:21
**different** [1] - 16:4
**directed** [1] - 7:25
**directs** [1] - 18:6
**discussions** [1] - 5:17
**DISMISS** [2] - 3:24,
   4:1
**dismiss** [10] - 6:14,
   6:21, 6:22, 7:15,
   13:21, 14:23, 14:25,
   16:24, 19:10, 20:8
**dismissal** [8] - 7:18,
   8:14, 14:8, 15:25,
   16:17, 18:7, 18:15,
   18:20
**DISMISSAL** [2] - 3:20,
   3:22
**dismissing** [2] - 7:21,
   17:5
**disposed** [1] - 21:12
**DISTRICT** [3] - 1:1,
   1:1, 1:9
**District** [3] - 23:6,
   23:16
**docket** [4] - 5:14,
   16:12, 16:13, 21:20
**DOCKET** [1] - 1:5
**DOCUMENT** [10] - 3:6,
   3:8, 3:11, 3:13, 3:15,
   3:19, 3:21, 3:23,
   3:25, 4:4
**document** [2] - 16:14,
   19:9
**Document** [12] - 5:15,
   6:1, 7:24, 10:13,
   10:18, 14:5, 15:4,
   15:17, 16:1, 16:17,
   16:25, 21:9
**DONNA** [1] - 4:2
**Donna** [1] - 19:12
**Donnelly** [1] - 14:20
**DONNELLY....** [1] -
   3:17
**Dorothy** [4] - 5:10,
   10:23, 19:7, 19:9
**DOROTHY** [1] - 1:20
**down** [1] - 17:9
**duplicate** [1] - 6:7
**duration** [1] - 17:16
**duty** [1] - 9:8

**E**

**early** [1] - 11:5
**EASTERN** [1] - 1:1
**Eastern** [1] - 23:6
**EIGHTH** [1] - 3:15
**eighth** [2] - 11:3, 14:3
**either** [1] - 13:20
**ELDON** [1] - 1:9
**eligibility** [2] - 15:10,
   18:17
**eligible** [1] - 17:23
**Elliott** [1] - 22:10
**enable** [1] - 14:14
**end** [2] - 12:20, 17:10
**enrolled** [1] - 18:8
**enter** [1] - 19:1
**entered** [3] - 7:10,
   11:1, 20:19
**entitled** [2] - 18:12,
   23:9
**error** [3] - 6:7, 10:21,
   16:5
**errors** [1] - 16:7
**ESQUIRE** [4] - 1:13,
   1:16, 1:20, 1:23
**EUGENE** [1] - 3:12
**Eugene** [1] - 10:14
**event** [2] - 7:14, 17:13
**evidence** [6] - 17:25,
   18:4, 18:12, 18:18,
   19:14, 19:15
**Exhibit** [2] - 18:14,
   18:21
**expert** [4] - 6:4, 11:2,
   11:10, 14:13
**expiration** [1] - 10:25
**extension** [1] - 11:1
**extinguish** [1] - 19:3
**extinguished** [4] -
   16:24, 18:5, 18:13,
   18:19
**EXTINGUISHED** [1] -
   3:24

**F**

**fact** [2] - 16:6, 20:13
**failure** [1] - 7:5
**FALLON** [1] - 1:9
**FedEx** [4] - 6:12, 7:2,
   11:8, 14:21
**FES** [5] - 19:21, 19:22,
   20:2, 20:10, 20:15
**few** [1] - 20:8
**FIFTH** [1] - 4:1
**fifth** [1] - 19:10
**file** [9] - 7:10, 9:7,

13:9, 15:11, 15:13,
   18:6, 18:12, 22:7,
   22:13
**FILED** [2] - 3:19, 3:22
**filed** [18] - 7:8, 10:23,
   14:7, 15:3, 15:18,
   15:19, 15:20, 16:17,
   16:18, 16:19, 19:10,
   19:11, 19:14, 20:1,
   20:3, 20:8, 22:6,
   22:8
**filings** [1] - 11:12
**final** [2] - 6:25, 17:23
**finally** [1] - 15:8
**fine** [1] - 22:17
**FIRM** [1] - 1:16
**firm** [1] - 22:7
**FIRST** [2] - 3:6, 4:3
**first** [7] - 5:14, 5:15,
   6:7, 7:11, 8:24,
   19:16, 21:8
**FIVE** [1] - 3:9
**five** [2] - 6:2, 10:24
**focus** [1] - 13:23
**folks** [1] - 5:8
**following** [2] - 10:25,
   13:1
**foot** [1] - 20:13
**FOR** [2] - 1:13, 1:20
**force** [1] - 13:15
**foregoing** [1] - 23:7
**form** [1] - 14:23
**forth** [2] - 9:18, 17:24
**forthcoming** [1] - 11:3
**forward** [1] - 8:13
**FOUR** [1] - 3:16
**four** [4] - 6:6, 14:4,
   14:6, 22:10
**fourth** [1] - 7:23
**frame** [1] - 16:4
**front** [1] - 19:25
**fruitful** [1] - 8:17
**future** [6] - 17:25,
   18:4, 18:11, 18:18,
   19:14, 19:15

**G**

**gate** [3] - 17:16, 17:20,
   18:9
**Gate** [5] - 17:20,
   17:21, 18:2, 18:10,
   18:17
**gather** [2] - 15:6, 15:8
**given** [3] - 13:10,
   13:16, 18:16
**grant** [1] - 19:2
**granted** [1] - 19:3
**great** [2] - 21:5, 22:19

## H

half [1] - 8:25
handle [1] - 11:25
handling [1] - 19:25
hanging [1] - 21:7
healed [1] - 9:1
hear [4] - 8:17, 9:17, 12:7, 20:14
HEARD [1] - 1:9
heard [1] - 22:13
hearing [2] - 15:5, 21:22
hearings [1] - 5:13
heart [2] - 7:4, 7:5
help [1] - 9:11
helpful [1] - 12:7
Hendrichs [6] - 8:19, 8:22, 8:23, 9:6, 9:16, 10:10
HENDRICHS [11] - 2:3, 8:20, 8:22, 8:24, 9:12, 9:21, 10:1, 10:4, 10:6, 10:9, 10:11
Henrichs [1] - 8:5
Henry [5] - 6:10, 6:12, 6:18, 6:22, 18:22
hereby [1] - 23:7
HERMAN [2] - 1:13
himself [1] - 12:2
hold [1] - 12:15
honest [1] - 11:6
honestly [1] - 9:4
Honor [35] - 5:10, 5:19, 6:19, 6:20, 6:24, 7:7, 7:9, 7:12, 7:18, 7:22, 8:6, 8:16, 10:12, 11:6, 11:25, 12:10, 12:14, 12:23, 13:4, 13:24, 14:1, 14:3, 15:2, 15:16, 16:6, 17:2, 18:14, 18:20, 19:4, 19:6, 20:17, 21:6, 21:10, 21:21, 22:4
honorable [1] - 8:20
HONORABLE [1] - 1:9
hope [3] - 10:8, 10:9, 17:8
hopefully [2] - 9:14
hoping [1] - 20:25
hospital [1] - 9:13
Hurst [1] - 14:8
HURST [1] - 3:16

## I

ignore [1] - 13:20
imagine [1] - 22:13
implemented [1] - 17:18
IN [1] - 1:4
include [1] - 19:16
included [2] - 20:2, 20:9
including [1] - 17:12
indicated [1] - 8:10
indicating [1] - 7:10
individuals [1] - 18:25
information [5] - 9:9, 9:10, 13:15, 14:14, 15:21
injury [1] - 17:16
inquired [2] - 20:4, 20:6
instead [2] - 11:15, 21:3
instructions [1] - 19:17
integrity [1] - 10:7
intend [4] - 15:11, 15:20, 20:11, 22:13
intended [1] - 22:7
interested [1] - 9:19
intervening [1] - 16:3
involved [1] - 10:14
involves [2] - 6:2, 10:19
INVOLVING [5] - 3:7, 3:9, 3:12, 3:14, 4:2
involving [1] - 5:15
INVOVING [1] - 3:16
INVOVLING [1] - 3:10
IS [1] - 3:18
issue [1] - 21:21
issues [2] - 12:2, 21:2

## J

James [7] - 10:19, 12:14, 14:10, 14:12, 14:18, 18:22
JAMES [4] - 2:3, 3:14, 3:16, 3:17
Janice [2] - 5:16, 6:6
JANICE [1] - 3:7
Jelden [3] - 7:25, 8:1, 8:3
JELDEN................ [1] - 3:10
Joe [2] - 22:8, 22:12
John [4] - 6:3, 21:16
judge [2] - 8:20, 12:20

## JUDGE [1] - 1:9
July [2] - 11:2, 11:10
June [17] - 10:2, 10:3, 10:4, 11:9, 12:25, 13:1, 13:22, 14:18, 15:13, 15:22, 16:20, 21:2, 21:22, 22:1, 22:14, 22:17

## K

Katie [1] - 16:11
KATZ [1] - 1:13
keeps [1] - 7:4
kind [2] - 17:10, 21:13
knowledge [4] - 11:9, 11:13, 11:14, 11:16
KY [1] - 1:17

## L

LA [2] - 1:14, 1:21
lack [1] - 11:16
last [5] - 15:5, 16:23, 17:4, 17:8, 22:7
LAW [1] - 1:16
lawsuit [5] - 9:8, 13:9, 13:10, 13:11, 13:12
lawyer [1] - 9:11
lawyers [1] - 13:19
least [1] - 11:13
leave [3] - 7:10, 19:21, 20:1
leaves [1] - 14:20
LEONARD [1] - 1:13
Leslie [4] - 6:10, 6:12, 6:18, 6:22
Levitz [2] - 22:12, 22:13
Levitz' [1] - 22:8
LEWIS [1] - 1:25
Lewis [4] - 6:10, 6:12, 6:18, 6:23
LIABILITY [1] - 1:4
liaison [1] - 5:17
life [1] - 8:25
limbo [1] - 21:14
line [2] - 12:12, 12:13
litigate [1] - 17:25
LITIGATION [1] - 1:4
loan [1] - 20:11
Lockhart [1] - 14:10
LOCKHART [1] - 3:17
look [3] - 12:19, 12:22, 20:18
looking [1] - 20:7
LOUISIANA [3] - 1:1, 1:5, 2:7

Louisiana [2] - 23:5, 23:6
LOUISVILLE [1] - 1:17

## M

mail [1] - 7:3
mailings [1] - 11:7
Mallen [2] - 17:1, 17:2
MALLEN [5] - 1:23, 6:19, 17:2, 17:8, 19:4
man [1] - 21:19
March [2] - 11:5, 11:13
Mark [2] - 8:5, 8:22
MARK [1] - 2:3
Master [5] - 17:17, 17:23, 17:24, 18:3, 18:11
material [4] - 9:18, 13:9, 13:16, 13:19
materials [1] - 14:15
matter [9] - 5:14, 7:22, 8:14, 15:3, 15:13, 15:22, 21:6, 21:22, 23:10
matters [1] - 5:12
MDL [1] - 1:5
mean [1] - 20:24
MECHANICAL [1] - 2:8
medical [4] - 9:4, 12:22, 14:13, 17:13
meet [4] - 15:10, 17:15, 17:20, 18:9
meeting [1] - 12:25
mention [1] - 22:5
mentioned [1] - 6:9
Merck [13] - 5:11, 8:13, 16:2, 18:6, 18:12, 19:10, 19:19, 20:5, 20:6, 20:8, 20:10, 20:17, 22:11
MERCK'S [7] - 3:6, 3:8, 3:11, 3:13, 3:15, 4:1, 4:3
Merck's [14] - 5:15, 5:25, 7:23, 10:13, 10:17, 10:21, 10:25, 14:3, 15:10, 15:24, 16:23, 20:16, 21:6, 21:8
Merit [1] - 23:4
METROPOLITAN [1] - 1:24
might [2] - 13:8, 15:6
missing [2] - 12:7, 14:17
mistake [1] - 20:16

misunderstanding [1] - 21:14
MO [1] - 1:25
moment [1] - 19:7
monthly [1] - 13:1
months [2] - 6:15
moot [4] - 14:9, 14:10, 20:22, 20:23
morning [4] - 5:12, 11:18, 17:2, 22:6
most [2] - 5:12, 21:11
MOTION [13] - 1:8, 3:6, 3:8, 3:11, 3:13, 3:15, 3:18, 3:20, 3:22, 3:24, 4:1, 4:3
motion [50] - 5:15, 5:20, 5:25, 6:1, 6:2, 6:5, 6:11, 6:14, 6:25, 7:23, 7:25, 8:3, 8:4, 8:8, 8:9, 10:13, 10:16, 10:17, 10:21, 11:4, 11:14, 14:4, 14:6, 14:9, 14:12, 14:21, 15:3, 15:11, 15:12, 15:17, 15:24, 15:25, 16:10, 16:14, 16:16, 16:23, 16:24, 17:1, 17:6, 19:2, 19:10, 19:11, 20:1, 20:8, 20:13, 20:18, 20:20, 21:8
MOTIONS [1] - 3:4
motions [11] - 5:9, 7:8, 7:11, 17:4, 17:10, 19:5, 19:6, 21:7, 21:10, 22:6, 22:18
move [1] - 8:13
MR [19] - 6:19, 7:18, 8:20, 8:22, 8:24, 9:12, 9:21, 10:1, 10:4, 10:6, 10:9, 10:11, 12:14, 13:4, 13:24, 14:1, 17:2, 17:8, 19:4
MS [26] - 3:19, 3:20, 3:23, 5:10, 5:24, 6:20, 6:24, 7:22, 10:12, 12:10, 12:15, 13:1, 14:3, 15:2, 15:16, 15:24, 16:13, 16:16, 16:23, 19:6, 20:17, 20:23, 21:5, 21:6, 22:3, 22:17
multiple [1] - 6:12
must [2] - 17:12, 17:15

## N

**name** [1] - 21:16
**named** [1] - 19:12
**need** [4] - 9:10, 15:12, 16:18
**Nestor** [2] - 14:12, 14:19
**NESTOR** [1] - 3:17
**never** [1] - 18:15
**NEW** [4] - 1:5, 1:14, 1:21, 2:7
**new** [2] - 16:23, 20:2
**next** [15] - 5:25, 7:22, 9:3, 9:22, 10:2, 10:12, 10:17, 12:3, 12:21, 12:25, 14:3, 15:2, 15:16, 15:24, 16:16
**NINTH** [1] - 3:13
**ninth** [1] - 10:17
**NO** [1] - 1:5
**NORTH** [1] - 1:24
**note** [1] - 6:4
**nothing** [1] - 13:11
**notice** [3] - 5:21, 19:21, 20:10
**notices** [2] - 11:6, 13:17
**notify** [1] - 14:16
**notwithstanding** [2] - 13:20, 18:18
**NSPC** [1] - 17:5
**number** [6] - 5:12, 7:19, 16:12, 16:13, 16:14, 19:10
**numbered** [1] - 23:9
**numerous** [1] - 8:7

## O

**O'KEEFE** [1] - 1:14
**object** [1] - 14:25
**objection** [1] - 6:21
**OF** [4] - 1:1, 1:8, 3:20, 3:21
**office** [2] - 7:19, 12:18
**Official** [2] - 23:5, 23:15
**OFFICIAL** [1] - 2:6
**old** [2] - 10:24, 21:7
**Oldfather** [17] - 8:1, 10:15, 11:19, 11:21, 12:2, 12:9, 12:16, 13:7, 15:18, 15:20, 16:2, 16:17, 16:19, 20:25, 21:12, 21:15
**OLDFATHER** [8] -

1:16, 1:16, 3:23, 12:10, 12:15, 19:6, 21:5, 22:3
**OLDFATHER'S** [1] - 3:20
**Oldfather's** [2] - 15:25, 22:18
**OLDFATHER.............
....** [1] - 3:19
**once** [1] - 19:1
**ONE** [1] - 1:24
**one** [16] - 5:23, 6:2, 6:6, 6:25, 9:1, 12:24, 13:23, 14:6, 17:8, 17:9, 19:12, 21:6, 21:7, 21:23, 21:25, 22:7
**one's** [1] - 9:1
**ones** [1] - 22:7
**open** [1] - 13:12
**opportunity** [4] - 14:15, 18:16, 20:18
**oppose** [1] - 7:18
**opposition** [3] - 15:11, 15:14, 15:19
**options** [1] - 17:22
**ORDER** [1] - 5:4
**Order** [4] - 6:3, 7:1, 8:2, 8:13
**order** [11] - 6:11, 7:10, 8:9, 11:1, 11:10, 16:3, 16:9, 17:15, 19:13, 20:19, 21:21
**orders** [4] - 9:19, 9:20, 9:25, 13:14
**ORLEANS** [4] - 1:5, 1:14, 1:21, 2:7
**otherwise** [1] - 15:7

## P

**packages** [1] - 17:12
**page** [2] - 19:16, 20:3
**PAGE** [1] - 3:4
**pages** [1] - 19:18
**part** [2] - 17:11, 20:16
**particular** [1] - 13:16
**pass** [4] - 9:17, 9:22, 12:24, 13:22
**Patrice** [1] - 18:22
**Patricia** [4] - 6:10, 6:12, 6:18, 6:23
**payment** [1] - 17:15
**pending** [1] - 6:15
**people** [3] - 13:11, 13:17, 13:18
**Pepper** [3] - 23:3, 23:13, 23:14
**PEPPER** [1] - 2:6

**per** [1] - 5:17
**perhaps** [2] - 20:16, 21:14
**period** [2] - 11:8, 19:23
**person** [1] - 21:13
**PETER** [1] - 3:17
**Peter** [1] - 14:20
**pharmacy** [1] - 17:13
**PHONE** [2] - 2:3, 2:3
**phone** [7] - 5:21, 6:17, 7:16, 8:6, 8:16, 11:22, 18:24
**phones** [1] - 9:3
**phonetically** [2] - 19:24, 22:9
**pie** [1] - 20:12
**PIGMAN** [1] - 1:20
**place** [1] - 19:20
**placed** [2] - 10:20, 11:3
**plaintiff** [13] - 5:16, 6:3, 7:7, 8:4, 8:5, 10:14, 10:19, 14:8, 14:10, 14:12, 21:7, 21:15
**PLAINTIFF** [3] - 3:7, 3:12, 3:14
**PLAINTIFFS** [3] - 1:13, 3:10, 3:16
**plaintiffs** [10] - 6:2, 6:6, 6:22, 6:25, 7:25, 14:4, 14:6, 14:20, 14:25, 19:12
**plaintiffs'** [1] - 5:17
**PLAINTIFFS..............
.......** [1] - 3:9
**point** [3] - 7:9, 13:18, 18:5
**position** [3] - 8:19, 12:4, 12:23
**POYDRAS** [1] - 2:6
**prejudice** [9] - 6:14, 6:22, 7:15, 7:19, 7:21, 14:8, 14:24, 15:1, 18:21
**prepared** [2] - 16:9, 20:20
**present** [2] - 13:19, 19:8
**PRESENT** [1] - 2:3
**presenting** [1] - 7:11
**Pretrial** [4] - 6:3, 7:1, 8:2, 8:12
**previously** [3] - 6:8, 10:20, 15:19
**prison** [1] - 15:12
**prisoner** [1] - 15:4
**pro** [7] - 5:18, 6:2, 6:24, 8:5, 12:1, 15:3

**PRO** [1] - 3:9
**problem** [1] - 18:14
**procedure** [1] - 19:19
**proceedings** [2] - 22:22, 23:9
**PROCEEDINGS** [3] - 1:8, 2:8, 5:1
**process** [1] - 17:11
**PRODUCED** [1] - 2:9
**PRODUCTS** [1] - 1:4
**Professional** [1] - 23:4
**program** [4] - 18:2, 18:9, 19:1, 19:2
**proof** [1] - 11:7
**proper** [1] - 11:7
**prove** [2] - 8:17, 12:7
**provide** [4] - 7:13, 11:2, 11:10, 21:18
**provided** [3] - 14:13, 14:15, 16:4
**providing** [1] - 5:20
**proximity** [1] - 17:16
**PTO** [18] - 3:6, 3:8, 3:11, 3:13, 3:15, 4:1, 4:3, 5:15, 5:25, 7:23, 10:13, 10:17, 11:3, 14:4, 14:11, 19:10, 20:12, 21:8
**pull** [1] - 19:9
**pursue** [4] - 6:16, 9:8, 13:10, 13:11
**pursuing** [1] - 9:19
**pushed** [1] - 15:7
**put** [1] - 13:14

## Q

**qualify** [1] - 17:22
**questions** [2] - 12:6, 13:8

## R

**raised** [1] - 15:21
**RE** [1] - 1:4
**Realtime** [1] - 23:3
**reason** [1] - 14:18
**receipt** [1] - 14:21
**receive** [1] - 7:3
**received** [2] - 11:6, 14:21
**recess** [1] - 22:21
**reconsideration** [1] - 15:3
**Record** [12] - 5:15, 6:1, 7:23, 10:13, 10:18, 14:4, 15:4,

15:17, 16:1, 16:17, 16:25, 21:9
**record** [4] - 12:17, 16:14, 19:9, 23:9
**RECORD** [10] - 3:6, 3:8, 3:11, 3:13, 3:15, 3:18, 3:21, 3:23, 3:25, 4:4
**RECORDED** [1] - 2:8
**records** [6] - 11:15, 12:22, 14:14, 15:6, 15:9, 17:13
**regard** [1] - 6:17
**Registered** [2] - 23:3, 23:4
**REINSTATE** [1] - 3:18
**reinstate** [5] - 15:17, 16:3, 22:6, 22:11, 22:18
**reinstates** [1] - 16:10
**rejected** [1] - 19:15
**rejects** [1] - 19:20
**relates** [2] - 6:5, 8:3
**RELATING** [1] - 4:3
**relating** [1] - 21:8
**releases** [1] - 17:13
**remain** [2] - 13:12, 18:19
**remained** [1] - 21:14
**remaining** [4] - 6:6, 8:4, 14:6, 21:8
**remains** [1] - 21:16
**remand** [2] - 7:8, 19:13
**RENEWED** [1] - 4:3
**renewed** [1] - 21:8
**repeated** [2] - 7:8, 21:17
**repeating** [1] - 7:4
**report** [6] - 6:4, 11:2, 11:10, 14:13, 20:12
**REPORTER** [1] - 2:6
**Reporter** [6] - 23:3, 23:4, 23:5, 23:15
**REPORTER'S** [1] - 23:1
**represent** [2] - 12:19, 21:15
**representation** [4] - 10:15, 11:20, 12:5, 21:12
**represented** [3] - 8:1, 21:11, 21:17
**request** [2] - 10:22, 19:11
**requesting** [2] - 18:20, 21:18
**required** [2] - 12:6, 17:12
**requirement** [1] -

17:20
**requirements** [4] - 8:2, 15:10, 17:17, 20:12
**requiring** [2] - 11:1, 11:10
**requisite** [1] - 17:20
**resetting** [1] - 6:11
**resolved** [2] - 21:23, 21:25
**respect** [1] - 6:10
**respond** [2] - 15:21, 16:19
**responded** [1] - 14:22
**response** [4] - 6:13, 7:3, 7:13, 11:15
**responses** [1] - 11:12
**responsibility** [1] - 9:8
**review** [2] - 14:15, 17:21
**rise** [1] - 5:7
**RMR** [1] - 23:14
**road** [1] - 17:9
**Roger** [2] - 22:10
**ROOM** [1] - 2:6
**RPR** [1] - 2:6
**Russell** [4] - 19:12, 19:14, 20:2, 20:9
**Russell's** [1] - 19:25
**RUSSELL**..................
............. [1] - 4:2

**S**

**s/Cathy** [1] - 23:13
**Sandra** [2] - 14:8, 22:10
**SANDRA** [1] - 3:16
**Sanjanwala** [3] - 16:1, 22:11
**SANJANWALA** [1] - 3:21
**Schneller** [12] - 10:19, 10:20, 11:3, 11:5, 11:9, 11:22, 12:5, 12:12, 12:13, 12:14, 12:15, 13:7
**SCHNELLER** [5] - 2:3, 12:14, 13:4, 13:24, 14:1
**Schneller's** [1] - 10:22
**SCHNELLER**......... [1] - 3:14
**se** [7] - 5:18, 6:2, 6:24, 8:5, 12:1, 15:3
**SE** [1] - 3:9
**seated** [1] - 5:8
**second** [1] - 12:15
**see** [3] - 15:6, 20:7,

20:23
**serve** [1] - 15:12
**served** [3] - 8:9, 14:22, 15:14
**service** [1] - 14:21
**set** [7] - 9:9, 9:18, 15:25, 16:16, 17:24, 20:18, 21:25
**SET** [2] - 3:20, 3:22
**setting** [2] - 20:20, 21:22
**Settlement** [2] - 17:17, 17:24
**settlement** [4] - 15:7, 17:11, 18:6, 18:9
**shape** [2] - 13:15, 14:23
**Sherry** [1] - 18:22
**show** [1] - 19:13
**showing** [1] - 14:22
**shows** [1] - 16:9
**signature** [1] - 20:3
**signed** [1] - 14:21
**similar** [1] - 17:4
**simply** [2] - 16:9, 20:13
**single** [4] - 5:14, 5:16, 10:14, 10:19
**SINGLE** [3] - 3:7, 3:12, 3:14
**situation** [1] - 8:24
**six** [1] - 6:15
**Smita** [2] - 16:1, 22:10
**SMITA** [1] - 3:21
**someone** [2] - 13:20, 15:6
**soon** [2] - 9:24, 10:8
**sorry** [1] - 15:24
**SOUTH** [1] - 1:17
**Special** [3] - 17:23, 18:3, 18:11
**special** [1] - 5:18
**spelled** [1] - 19:24, 22:9
**spring** [1] - 10:21
**SQUARE** [1] - 1:24
**ST** [1] - 1:25
**Stafisz** [2] - 6:3, 6:5
**stand** [1] - 22:21
**Stanley** [2] - 6:25, 7:16
**State** [1] - 23:5
**STATES** [2] - 1:1, 1:9
**States** [2] - 23:6, 23:16
**status** [2] - 13:1, 20:4
**STEFAN** [1] - 1:23
**Stefan** [1] - 17:2
**STENOGRAPHY** [1] -

2:8
**steps** [2] - 6:16, 8:12
**still** [2] - 17:21, 20:6
**stip** [3] - 18:4, 18:12
**stipulation** [6] - 14:7, 17:25, 18:15, 18:18, 19:14, 19:15
**stipulations** [2] - 17:14, 18:7
**STONE** [1] - 1:20
**stopped** [1] - 11:8
**straight** [1] - 9:15
**STREET** [3] - 1:17, 1:21, 2:6
**subject** [1] - 8:4
**submit** [7] - 16:10, 17:12, 17:25, 18:3, 18:11, 18:17, 19:22
**submitted** [2] - 6:4, 11:15, 18:15
**substantiate** [1] - 13:16
**suit** [1] - 7:20
**SUITE** [1] - 1:24
**supplement** [3] - 15:20, 15:21, 16:19
**supposed** [1] - 9:2
**surgeries** [1] - 9:1
**surgery** [1] - 8:25
**survey** [1] - 16:7
**Swafford** [1] - 18:22

**T**

**technically** [1] - 21:20
**telephone** [1] - 8:7
**ten** [1] - 10:23
**terms** [1] - 19:1
**THE** [43] - 1:9, 1:13, 1:20, 3:20, 5:7, 5:8, 5:23, 6:17, 6:21, 7:16, 7:21, 8:19, 8:21, 8:23, 9:6, 9:16, 9:22, 10:2, 10:5, 10:8, 10:10, 12:9, 12:12, 12:13, 12:24, 13:3, 13:7, 13:25, 14:2, 14:25, 15:15, 15:23, 16:12, 16:15, 16:22, 17:7, 18:24, 19:5, 20:22, 21:4, 22:2, 22:15, 22:19
**therefore** [2] - 7:12, 18:20
**they've** [1] - 6:15
**third** [5] - 5:25, 6:8, 6:20
**THIRD** [2] - 1:17, 3:8
**THURSDAY** [2] - 1:6,

5:3
**timely** [3] - 19:15, 20:1, 20:3
**TO** [7] - 3:18, 3:20, 3:22, 3:24, 4:1, 4:3, 5:4
**today** [3] - 8:16, 9:23, 15:14, 18:8, 20:21, 21:20, 22:8
**TODD** [1] - 3:10
**Todd** [1] - 7:25
**transcript** [1] - 23:8
**TRANSCRIPT** [2] - 1:8, 2:8
**travel** [1] - 21:1
**tried** [1] - 9:9
**true** [1] - 23:7
**try** [2] - 10:11, 15:6
**trying** [1] - 9:6
**two** [6] - 7:25, 9:1, 17:22, 19:6, 21:2, 21:10
**TWO** [1] - 3:10
**type** [1] - 9:10

**U**

**unable** [1] - 9:3
**UNDER** [1] - 4:1
**under** [1] - 19:10
**understandably** [1] - 20:14
**understood** [1] - 9:10
**UNITED** [2] - 1:1, 1:9
**United** [2] - 23:6, 23:16
**unless** [1] - 9:3
**up** [7] - 5:25, 7:22, 9:1, 10:12, 10:17, 14:3, 14:7, 15:2, 15:16, 15:24, 21:2

**V**

**valid** [1] - 15:8
**via** [1] - 6:12
**VIA** [2] - 2:3, 2:3
**view** [1] - 15:11
**VIOXX** [1] - 1:4

**W**

**wait** [3] - 6:21, 9:2, 13:11
**waiting** [1] - 20:14
**waive** [1] - 13:4
**walk** [1] - 9:2
**Walters** [1] - 18:22

**WALTHER** [1] - 1:20
**wants** [1] - 8:11
**week** [5] - 8:25, 9:13, 12:3, 12:21, 19:11
**WHEREUPON** [1] - 22:22
**WHICH** [1] - 3:18
**White** [1] - 18:23
**willing** [1] - 12:18
**WIMBERLY** [19] - 1:20, 5:10, 5:24, 6:20, 6:24, 7:22, 10:12, 13:1, 14:3, 15:2, 15:16, 15:24, 16:13, 16:16, 16:23, 20:17, 20:23, 21:6, 22:17
**wimberly** [1] - 12:11
**Wimberly** [1] - 5:10
**withdraw** [1] - 16:4
**withdrawing** [3] - 6:5, 8:3, 10:15
**WITTMANN** [1] - 1:20
**written** [1] - 15:11

**Y**

**year** [3] - 11:5, 11:13, 17:4
**years** [2] - 10:23, 10:24
**yesterday** [5] - 14:13, 19:11, 20:10, 20:19, 22:8