| | |
|---|---|
| KAY POWERS<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>NEW ORLEANS DIVISION<br><br>MDL 1657<br><br>CIVIL ACTION NO.: 05-6276<br><br>SECTION L, MAG 3<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to FRCvP 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, KAY POWERS, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____   _____   _____
Attorney for Plaintiff          Stephen G. Strauss         Phillip A. Wittmann
                                Bryan Cave LLP             Dorothy H. Wimberly
Allan Berger and Associates     211 N. Broadway, Suite 3600 Stone Pigman Walther
4173 Canal Street               St. Louis, MO 63102        Wittmann LLC
New Orleans, Louisiana  70119   (314) 259-2000 Tel         546 Carondelet Street
(504) 486-9481                  (314) 259-2020 Fax         New Orleans, LA 70130
                                                           (504) 581-3200 Tel
                                                           (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: March 4, 2008

Dated: 5/10/10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of May, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.