UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Donald R. Breckley, et al. v. Merck & Co., Inc., et al. | * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| | * * | |
| Docket No. 2:07-cv-00370 | * * * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Donald R. Breckley, individually and as personal representative of the estate of Robert Breckley, and Monna Jean Grieshaber, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE