**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| **This document relates to:** | * | **SECTION L** |
| ***John King, et al.***<br>***v.***<br>***Merck & Co., Inc.*** | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Sylvester Labartino*** | * | |
| ***Docket No. 2:08-cv-00857*** | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sylvester Labartino in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of May, 2010.

Eldon E. Fallon

DISTRICT JUDGE