

Clerks Office

United States
District Court
Eastern District
Of Louisiana
Att. Judge E. Fallon

Plaintiff
Dorothy A. Griffin
VS

U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAY - 7 2010

LORETTA G. WHYTE
Clerk

In Re: Vioxx          Defendant:
Products Liability    Merck & Co. Inc- Vioxx
    Litigation

OLD Address: 452 Stoneridge Dr.
Case # 10-873      Flint, TX. 75762

New Address: 2321 N. Street
Case # 10-873    apt. # 1
      L (3)      Sacamento, CA.
                        95816
      Cell= Phone # 903-277-4606


      Thank you            Vioxx Pro Se Curator
Dorothy A. Griffin MDL 1657)  400 Poydras St.
2321 N. Street            Suite 2450
Apt. # 1                 New Orleans, LA. 70130
Sacamento, CA. 95816
903-277-4606

___ Fee ___
___ Process ___
X  Dktd.
X  CtRmDep
___ Doc. No. ___

Mr. Russ Herman
Plaintiff Liaison Counsel
Herman, Herman Katz D.G. & Cotlar, LLP
820 O Keefe Ave.
New Orleans, LA. 70113

TENDERED FOR FILING

MAY - 7 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Mr. Phillip Wittman
Stone pigman Walter Wittman, LLC
546 Catondelet Street
New Orleans, LA. 70130

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

The reason For this Letter is in regvards
to A Package Sent to my OLD Address
iN FLint, TX. .. which I had already
moveD to Sacamento, CA. FeD-X had
Called me, but we got Disconnected. So
iF you all had sent MY extho: InjvnY
papers to me, they should be Sent back
to you. So here is my New Address.
" Please ~~Forward~~ Forward MY Mail
to me to this New Address."

Dorothy A. Griffin
2321 N. Street apt. # 1
Sacamento, CA. 95816
Cell # 903-277-4606

Here is the Attorney I Hired

Henderson Law Office - James Henderson
1603 Douglas BLVD.
# C2 Roseville, CA. 95678
phone # 1-866-923-4700
FAX # 530-477-1080

