United States District Court
Eastern District of Louisiana
New Orleans Louisiana

U.S. DISTRICT COURT
Eastern District of Louisiana
FILED   MAY 10 2010
LORETTA G. WHYTE
Clerk

Jamaal Ali Bilal,           MDL No. 1657
    Plaintiff,              Docket No. 2:06-CV-02344-EEF-DEK

v.

Merck & Co., Inc.,
    Defendants.
_____

**Motion For 30-Day Time Extension In Which To Submit Rule 26(a)(2) Fed. R. Civ. P. Case-Specific Expert Report From a Medical Expert**

Plaintiff Jamaal Ali Bilal, pro se, advises this honorable court that in approximately 30-days or less, he will obtain a case-specific report from Dr. Jacques Lamour M.D. of the Florida Civil Commitment Center who will provide testimony and attest that Plaintiff duly suffered a stroke as the result of Vioxx ingestion.

Plaintiff therefor would request a 30-day extension needed to present these facts.

TENDERED FOR FILING
MAY 10 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process___
 X  Dktd_____
 X  CtRmDep___
___ Doc. No.___

-1-

Respectfully submitted,
Jamaal Ali Bilal
Desoto County Jail
208 E. Cypress Street
Arcadia, Fl 34266

## Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing Motion For Time Extension has been furnished by U.S. Mail to Robert M. Johnson, Esq, 400 Poydras Street, Suite 2450, New Orleans, Louisiana 70130; attorneys for Merck & Co., Inc.,; and Diann Bates, Pro Se Coordinator, P.O. Box 85031, Richmond VA. 23285-5031 this 6th day of May 2010.

Jamaal Ali Bilal

- 2 -

Jamaal Ali Bilal
Desoto County Jail
208 E. Cypress Street
Arcadia, Florida 34266

Indigent Legal Mail

7010 0290 0000 3993

Clerk, United States District Co
Eastern District of Louisiana
United States Courthouse
New Orleans, Louisiana