UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Jane Cavins, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: | * | |
| Nancy Brennan | * | |
| | * | |
| | * | |
| | * | |
| Docket No. 2:05-cv-03816 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Nancy Brennan in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of _____May_____, 2010.

_____
DISTRICT JUDGE