UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> LINDA GRANT and LARRY CHARTRAND, <br><br> v. <br><br> Merck & Co., Inc. | MDL Docket No. 1657 <br> SECTION L <br><br> Case Number: 2:05-cv-00451 <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES <br><br><br> STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |

       Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims of plaintiff Larry Chartrand, only, against defendant Merck & Co., Inc. (now Merck Sharp and Dohme Corp., or "Merck"), be dismissed in their entirety, on the conditions as set forth below:

       (a) With respect to any refiling of this lawsuit in the appropriate court in the Plaintiff's home country, Merck will submit to service of process and jurisdiction in that forum.

       (b) Merck agrees to satisfy any final judgment rendered by the appropriate forum in the Plaintiff's home country relating to such suits.

       (c) Merck will not, in raising any statute of limitations or similar defense in such forums, include the period that a suit, not barred by a statue of limitations in this country, was pending against it in a court of the United States.

       (d) Merck will not act to prevent the Plaintiff from returning to this Court if the appropriate courts in the Plaintiff's home country decline to accept jurisdiction, provided that an action is filed in the foreign forum within 120 days of the order of dismissal.

_____  
Pamela G. Sotoodeh  
The Law Group Ltd.  
Three First National Plaza  
Chicago, Illinois 60602  
(312) 558-6444  

*Counsel for Plaintiff Larry Chartrand*

Dated: May 10, 2010

_____  
Phillip A. Wittmann  
Dorothy H. Wimberly  
STONE PIGMAN WALTHER  
WITTMANN, L.L.P.  
546 Carondelet Street  
New Orleans, Louisiana 70130  
(504) 581-3200  

*Counsel for Defendant Merck & Co., Inc*

Dated: 5/12/10