UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL NO. 1657 |
|  | * |  |
| IN RE: VIOXX | * | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | * |  |
|  | * | JUDGE FALLON |
|  | * | MAG: JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION TO REMAND WITH INCORPORATED MEMORANDUM IN SUPPORT OF MOTION TO REMAND**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, **SANDRA HURST,** who without waiving and specifically reserving all state court rights and remedies herein, files this Motion to Remand and Incorporated Memorandum in Support of Motion to Remand in the above-styled matter.

1.

The captioned matter is a legal malpractice claim against a Louisiana attorney for failing to meet certain deadlines with regard to the global Vioxx settlement. His failure caused plaintiff to lose her right to recover in the settlement.

2.

Out of an abundance of caution in the underlying legal malpractice action filed in Civil District Court, for the Parish of Orleans, State of Louisiana Merck & Co. Inc. was named as a defendant.

3.

Merck & Co, Inc. then removed the matter to this Court on July 20, 2009. Plaintiff filed a

Motion to Dismiss Merck & Co., Inc with Prejudice on March 12, 2010 and the Court granted said motion also on March 12, 2010. A copy of the Order dismissing Merck & Co., Inc. as a defendant in this case is attached as Exhibit 1 to this motion.

4.

Plaintiff therefore moves that the case be remanded back to Civil District Court for the Parish of Orleans, State of Louisiana as Merck & Co., Inc. is no longer a defendant in this litigation and there is no basis for federal jurisdiction in this matter as the remaining parties in this matter, plaintiff Sandra Hurst and defendant, Michael D. Riley are solely Louisiana residents with no diversity jurisdiction nor subject matter jurisdiction.

5.

There is no opposition to this motion to remand.

6.

Considering the foregoing plaintiff prays that the Motion to Remand be granted.

For these reasons more fully set forth in Plaintiff's Incorporated Memorandum in Support of Motion to Remand, Plaintiff requests that this matter be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Docket No.: 09-5852 Division D for all further proceedings.

Respectfully Submitted,

s/Robert J. Caluda
ROBERT J. CALUDA, LSBA 3804
Attorney for Plaintiff
The Caluda Law Firm
3232 Edenborn Avenue
Metairie, Louisiana 70002
Telephone: (504)586-0361
Facsimile: (504) 522-5161
rcaluda@rcaluda.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2010 a copy of the foregoing Motion to Remand was submitted to the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel in this matter.

                                                                            s/Robert J. Caluda  
                                                                            ROBERT J. CALUDA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL NO. 1657 |
|  | * |  |
| IN RE: VIOXX | * | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | * |  |
|  | * | JUDGE FALLON |
|  | * | MAG: JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER DISMISSING WITH PREJUDICE

Considering the foregoing Motion to Dismiss With Prejudice;

It is ORDERED that the motion is GRANTED and the claim of plaintiff Sandra Hurst against defendant Merck & Co, Inc. is hereby DISMISSED WITH PREJUDICE, with plaintiff Sandra Hurst reserving all rights to pursue her claim against Michael D. Riley and Continental Casualty Company in the previously filed state court proceeding in Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 09-5852, Division D.

NEW ORLEANS, LOUISIANA this __12th__ day of _____March_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

PLAINTIFF'S EXHIBIT