UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | * | MDL NO. 1657 |
|  | * |  |
| IN RE: VIOXX | * | SECTION: L |
| PRODUCTS LIABILITY LITIGATION | * |  |
|  | * | JUDGE FALLON |
|  | * | MAG: JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiff, Sandra Hurst will bring her Motion to Remand as a Matter of Law for hearing on the 9th June, 2010 at 9:00 o'clock a.m.

_____
U. S DISTRICT JUDGE ELDON E. FALLON