# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | * MDL NO. 1657<br>*<br>* SECTION: L<br>*<br>* JUDGE FALLON<br>* MAG: JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This document relates to : Case No. 09-4373, Sandra Hurst v. Michael D. Riley, et al**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF REMAND

Considering the foregoing Motion to Remand;

It is ORDERED that the motion is GRANTED and the claim of plaintiff Sandra Hurst is and is hereby remanded to the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Docket No.: 09-5852 Division D for all further proceedings.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
U. S DISTRICT JUDGE ELDON E. FALLON