# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| Product Liability Litigation | |
| | SECTION L |
| This document relates to: | |
| | |
| Isabelle Adkins, et al. | JUDGE FALLON |
| v. | |
| Merck & Co., Inc., et al. | MAGISTRATE JUDGE KNOWLES |
| | |
| *Only with regard to:* | |
| *Diana Pansky and Leonard F. Pansky* | |
| | |
| *Docket No. 2:06-cv-02199* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Diana Pansky and Leonard F. Pansky in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE