UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br> <br> SECTION L |
| **This document relates to:** | * <br> * | |
| Margaret A. Allahand, et al. <br> v. <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Rosemary Godfrey, individually and as personal representative of the estate of Richard R. Godfrey* | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-09344* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rosemary Godfrey, individually and as personal representative of the estate of Richard R. Godfrey, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>12th</u> day of <u>     May     </u>, 2010.

_____
DISTRICT JUDGE