UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| William Hnatuk, et al. *v.* | * * | JUDGE FALLON |
| *Merck & Co., Inc., et al.* | * * * * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-04860* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs William Hnatuk and Jennifer Hnatuk in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of May, 2010.

_____
DISTRICT JUDGE