UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| **Richard Zupkas, et al.** | * | JUDGE FALLON |
| *v.* | * | |
| ***Merck & Co., Inc., et al.*** | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| ***Docket No. 2:05-cv-06397*** | * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Richard Zupkas and Edna Zupkas in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of _____May_____, 2010.

_____
DISTRICT JUDGE