UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Daisey Grice | MAGISTRATE JUDGE KNOWLES |

### MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW AS COUNSEL OF RECORD

Murray Law Firm, Leger & Shaw, and/or Guerriero & Guerriero, by counsel undersigned, pursuant to Pretrial Order No. 36 and Local Rule 83.2.11 respectfully move this Court for an order allowing them leave to withdraw as counsel of record for plaintiff, Daisey Grice, in the above-captioned case, and for Plaintiff to be granted a modest extension to the deadlines set in Pretrial Order No. 43 to allow her to secure new counsel or appear *pro se*. In support of this motion, the undersigned states as follows:

1. Plaintiff enrolled in the Vioxx Master Settlement Program;

2. Prior to the scoring of Plaintiff's claims by the Claims Administrator, Counsel advised Plaintiff that if her claim was found not to qualify for payment under the terms of the Vioxx Master Settlement Program, that Counsel and their Law Firms would not continue to represent Plaintiff if Plaintiff wished to continue to litigate her Vioxx case;

3. Plaintiff was provided a copy of all Notices from the Claims Administrator regarding her case;

4. Plaintiff did not qualify for payment under the Vioxx Master Settlement Program;

1

  5. Plaintiff has advised Counsel that she wished to continue to litigate her Vioxx claim, as is her right under the terms of the Vioxx Master Settlement Agreement;

  6. Counsel have advised Plaintiff that she must secure new counsel or proceed *pro se* to continue to litigate her case;

  7. Counsel have provided Plaintiff with a copy of the Future Evidence Stipulation and certified materials from the Claims Administrator for her case;

  8. Counsel have provided Plaintiff with a copy of Pretrial Order No. 43 and a written explanation of the requirements thereof and the importance in complying with the deadlines therein;

  9. Counsel have discussed with Plaintiff the requirements and deadlines of Pretrial Order No. 43;

  10. To date, Plaintiff has been unable to secure new Counsel, but still desires to continue to litigate her case;

  11. Counsel will comply with PTO 36 and send Plaintiff a copy of this motion and proposed order to Plaintiff;

 For these reasons, Murray Law Firm, Leger & Shaw, Guerriero & Guerriero urge the Court to grant their motion to withdraw as counsel of record in this matter and grant plaintiff a 30 day extension of time in which to obtain new counsel, or appear and proceed *pro se*, and comply with the requirements of PTO 43.

 Respectfully submitted this the 13th day of May, 2010.

/s/ Douglas R. Plymale_____
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana  70112-4000
Telephone:  (504) 648-0180
Facsimile:   (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiff

## **CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 37.1E, Plaintiff states that counsel for the Plaintiff and Defendant's Liaison Counsel have conferred for the purposes of amicably resolving the issues raised in the accompanying Plaintiffs' Motion to Withdraw as Counsel of Record and Defendant neither opposes nor consents to the filing of this motion.

/s/ Douglas R. Plymale

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiff's Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittmann and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 13th day of May, 2010.

      /s/ Douglas R. Plymale