MINUTE ENTRY
FALLON, J.
MAY 13, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**All plaintiffs on Exhibit A of Rec. Doc. 40199**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Karen Ibos

Appearances: Lenny Davis, Esq. For PSC
              Dorothy Wimberly, Esq. For Merck

Fifth Motion of defendant, Merck, Rule to Show Cause Why Cases Should Not be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43  (40199)

Argument - Defendant, Merck, will submit an appropriate Order reflecting the Court's ruling.


JS10:  :07