UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| *This document relates to:* | * <br> * | |
| *Joseph Boyd, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Randolph Robert, Sr., Randolph Robert,* <br> *Jr., Gerald Robert, Donna Robert Stokes,* <br> *and Jennifer Ann Robert, individually* <br> *and as representatives of the estate of* <br> *Cynthia Robert* | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-06042* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Randolph Robert, Sr., Randolph Robert, Jr., Gerald Robert, Donna Robert Stokes, and Jennifer Ann Robert, individually and as representatives of the estate of Cynthia Robert, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE