UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

### FINDING OF SPECIAL MASTER UNDER PROVISIONS OF ARTICLE 10.4.2 OF SETTLEMENT AGREEMENT PERTAINING TO THE CLAIM OF GERTRUDE GUFFEY VCN #1023736

The Special Master has considered the Audit Notice regarding the claim of Gertrude Guffey VCN #1023736, together with the response and submission of counsel regarding this claim. It is the finding of the Special Master that the 856 pages of the LMI Huntsville Hospital pertaining to Gertrude Guffey were not submitted and, therefore, not reviewed by the Gates Committee. Additionally, it is the finding of the Special Master that counsel inadvertently submitted some medical records of Mary Ann Guffey in this claim. I further find that there was no intentional misrepresentation or ill practice in this matter. Accordingly, the matter is to be re-submitted to the Gates Committee with the records of LMI Huntsville Hospital and not the records pertaining to Mary Ann Guffey.

Lafayette, Louisiana, this 14th day of May, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, I electronically filed the foregoing Finding with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I faxed and mailed the foregoing Finding and the notice of electronic filing to the following:

Tyler C. Vail
Davis & Norris, LLP
2154 Highland Avenue
Birmingham, AL 35205
Fax No.: (205) 930-9989

Douglas R. Marvin
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
Fax No.: (202) 434-5029

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: (504) 561-6024

Orran L. Brown
Brown Greer, PLC
Post Office Box 85031
Richmond, VA 23285-5031
Fax No.: (804) 521-7299

Lafayette, Louisiana, this 14th day of May, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com