# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Eunice Lemke, et al* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-2044* |
| *Merck & Co., Inc.,* | * | |
| | * | |
| *Only with regard to:* | * | |
| *Alan Lemke* | | |

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal with Prejudice as to all

defendants,

IT IS ORDERED that all claims of the Plaintiff **Alvin Lemke** against Merck & Co., Inc.,

(now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed,

with prejudice, with each party to bear its own costs, and subject to the terms and conditions of

the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1016687v.1