# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Plymale | Douglas | R |

**Name of Law Firm:** Murray Law Firm

**Current Address**
- Street: 650 Poydras Street, Suite 2150
- City: New Orleans, LA
- State: LA
- Zip: 70130
- Country: USA

**Telephone Number:** 5046480180 **Facsimile:** 5046480181 **Email:** dplymale@dugan-lawfirm

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | Grice | Daisey | |

**Plaintiff Address**
- Street: 2222 Robert Street
- City: New Orleans
- State: LA
- Zip: 70115
- Country: USA

**Telephone Number:** 5043059431 **Facsimile:** **Email:**

**Case Caption:** Allen, et al v. Merck & Co, Inc.

**Case Number:** 2:05-cv-04421-EEF-DEK

**Court Where Case is Pending:** Eastern District of Louisiana

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Evans | Mary | |

**Address**
- Street: 301 Argyle Street
- City: McComb
- State: MS
- Zip: 39648
- Country: USA

**Telephone Number:** 6012501700 **Facsimile:** **Email:**

**Relationship to Plaintiff:** ☐ Friend  ☒ Relative (specify relationship: Sister )

#343319

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

## D. COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 13 / 10 . (*Record Docket No.* 41832)

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

## E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

**Date Signed**   5 / 14 / 10   (Month/Day/Year)   _____ Counsel

#343319

2