**UNITED STATES DISTRICT COURT FOR
EASTERN DISTRICT OF LOUISIANA**

In re: VIOXX PRODUCTS LIABILITY    )    MDL No. 1657
LITIGATION                         )    Section L
                                   )    JUDGE ELDON E. FALLON
                                   )
                                   )    MAGISTRATE JUDGE
                                   )    DANIEL E. KNOWLES, III
                                   )
_____)

THIS DOCUMENT RELATES TO:
Anita Finnegan v. Merck & Co., Inc., et al.
**Docket No.: 2:2007-CV-02092-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41(a), the undersigned counsel hereby stipulate that all

claims of plaintiff, ANITA FINNEGAN, against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Attorney for Plaintiff(s)                 Stephen G. Strauss          Phillip A. Wittmann
Lorenzo Williams, Esq.                    Bryan Cave LLP              Dorothy H. Wimberly
Gary, Williams, Finney, Lewis,            211 N. Broadway, Suite 3600 Stone Pigman Walther
Watson & Sperando, P.L.                   St. Louis, MO 63102         Wittmann LLC
221 East Osceola Street                   (314) 259-2000 Tel          546 Carondelet Street
Stuart, Florida 34994                     (314) 259-2020 Fax          New Orleans, LA 70130
772-283-8260                                                          (504) 581-3200 Tel
                                                                      (504) 581-3361 Fax

                                          Attorneys for Merck & Co., Inc.

Dated: ____2/5/08____                     Dated: __5(3)0__

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of May, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.