UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Ruth Pannell McNeely, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Dennis Morris and Gloria Morris*** | * | |
| | * | |
| ***Docket No. 2:06-cv-10179*** | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Dennis Morris and Gloria Morris in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE