# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Robert Layman, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Brenda Bruzek, individually and as a* | * | |
| *representative of the estate of John* | * | |
| *Bruzek* | * | |
| | * | |
| *Docket No. 2:06-cv-03372* | * | |

**********************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Brenda Bruzek, individually and as

representative of the estate of John Bruzek, in the above-captioned case be and they hereby are

dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


_____
DISTRICT JUDGE