## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **James Austin, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc., et al.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Lawrence E. Parkhurst and Beverly J.*** | * | |
| ***Parkhurst*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:06-cv-02211*** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Lawrence E. Parkhurst and Beverly J.

Parkhurst in the above-captioned case be and they hereby are dismissed with prejudice with each

party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of _____ May _____, 2010.

_____
DISTRICT JUDGE