# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Joseph Boyd, et al. | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Randolph Robert, Sr., Randolph Robert,* | * | |
| *Jr., Gerald Robert, Donna Robert Stokes,* | * | |
| *and Jennifer Ann Robert, individually* | * | |
| *and as representatives of the estate of* | * | |
| *Cynthia Robert* | * | |
| | * | |
| *Docket No. 2:05-cv-06042* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Randolph Robert, Sr., Randolph Robert, Jr., Gerald Robert, Donna Robert Stokes, and Jennifer Ann Robert, individually and as representatives of the estate of Cynthia Robert, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of May, 2010.

_____
DISTRICT JUDGE