UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx ® <br><br>PRODUCTS LIABILITY LITIGATION <br><br>This document relates to: <br><br>*Catherine Holt Singleton, on behalf of the Estate of Emma D. Holt, et al.,* <br><br>v. <br><br>*Merck & Co., Inc.* <br><br>**Only with regard to:** <br><br>**BARBARA MITCHELL-COCKRELL** | MDL Docket No. 1657 <br>SECTION L <br><br>CIVIL ACTION NO. 2:09-cv-02413-EEF-DEK <br><br>JUDGE FALLON <br><br>MAGISTRATE JUDGE KNOWLES <br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiff Barbara Mitchell-Cockrell against defendant Merck & Co. Inc. (now known as Merck Sharp & Dohme Corp.) be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____        _____
Bennie L. Jones, Jr.                                      Phillip A. Wittmann
Bennie L. Jones Jr. & Associates              Dorothy H. Wimberly
306 Court Street P.O. Box 357                 Stone Pigman Walther & Wittmann, LLC.
West Point, Mississippi 39773                  546 Carondelet Street
                                                                     New Orleans, Louisiana 70130
                                                                     (504) 581-3200

*Counsel for Plaintiff*                                  *Counsel for Defendant*

Dated: 5-12-2010                                       Dated: 5/17/10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Stipulation of Dismissal* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th of May, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1