UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Holt Singleton, on behalf of* | * | KNOWLES |
| *the Estate of Emma D. Holt, et al.,* | * | |
| | * | |
| v. | * | No. 09-2413 |
| | * | |
| *Merck & Co., Inc.,* | * | |
| | * | |

*Only with regard to:*
***Barbara Mitchell-Cockrell***

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal with Prejudice as to all defendants,

IT IS ORDERED that all claims of the Plaintiff **Barbara Mitchell-Cockrell** against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1016925v.1