UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE  500 POYDRAS ST., ROOM C-151
CLERK  NEW ORLEANS, LA 70130

May 18, 2010

Clerk
Civil District Court
Parish of Orleans
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198

RE: Sandra Hurst
v.
Michael D. Riley
Civil Action No. 09-4373 L (3)
Your No.09-5852 Div/16

Dear Sir:

    I am enclosing herewith a certified copy of an order entered by this court on 5/14/2010 remanding the above-entitled case to your court.

Very truly yours,

LORETTA G. WHYTE, CLERK

By:   s/Carolyn Stewart
      Deputy Clerk

Enclosure

Clerk
Orleans Parish Civil District Court
421 Loyola Ave., Room 402
New Orleans, LA 70112-1198