UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® **Product Liability Litigation** | * * * * * * * * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | | |
| *Thomas Brown* *v.* *Merck & Co., Inc.* | | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-05919* | | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Thomas Brown in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE