UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : <br> : <br> : | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Ann M.G. Albright, et al. v. Merck & Co., Inc., et al.*, **No. 06-2204 (as to Gladys Steerman and Clinton Steerman only)**

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 30745),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Gladys Steerman and Clinton Steerman.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 17th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

1