UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Eunice Lemke, et al* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-2044* |
| *Merck & Co., Inc.,* | * | |
| | * | |
| Only with regard to: | * | |
| Alan Lemke | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice as to all defendants,

IT IS ORDERED that all claims of the Plaintiff **Alvin Lemke** against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 17th day of May, 2010.

_____
DISTRICT JUDGE

1016687v.1