RECEIVED
MAY 17 2010

United States District Court
Eastern District of Louisiana
Attn: Judge E. Fallon
New Orleans, LA. 70130

I am writting this letter in reguards to my Lawsuite that was Filed against Merk-Vioxx. I thought I had retained a lawyer, but after he talked to Ms. Diann Bates - The Claims Administrator and Jennette - Johnston Firm. Ms. Diann Bates told the attorney that I was Disqualified From the Settlement Program because I had no proff of 30 pills and no proff of an Heart atch in 2000 after taking Vioxx. Jennette said the same thing too, and that I did not have proff of 30 pills, I only took ten pills. That is not the truth, Dr. Lober M.D. which is in In. wrote me a pre. to take home with me to get refilled, after the pills I took in Indiana. I also continue to take Vioxx From Dr. Chandler Office.

So I don't think that I can ever find an attorney if he talk to Ms. Dianna Bates & Jennette, they are giving me a bad resirence. Ms. Diann Bates also told me That I did not need an attorney & I was in the Database. When I First got in the Settlement Program, because a lot of the clients was going through it without an attorney. Attorney Brain Loncar was my attorney at First but he let me go... And after he found out about the settlement program... he tried to get me back. So I beleive what Ms. Diann Bates told me that I did not need an attorney. So I hope that you can help me. Please appoint me an attorney that can help me with my Lawsuite. Thank you

Dorothy A. Griffin

United States District Court
Eastern District of Louisiana
Att. Judge E. Fallon

In Re: Vioxx
Products Liability
Litigation

Case # 10-873

Plaintiff
Dorothy A. Griffin
VS
Defendant:
Merck & Co. Inc - Vioxx

OLD Address: 452 Stoneridge Dr.
Flint, TX. 75762

New Address: 2321 N. Street
Case # 10-873  Apt. # 1
Sacamento, CA.
95816
Cell - phone # 903-277-4606

Thank you
Dorothy A. Griffin (MDL 1657)
2321 N. Street
Apt. # 1
Sacamento, CA. 95816
903-277-4606

Vioxx Pro Se Curator
400 Poydras St.
Suite 2450
New Orleans, LA. 70130

Mr. Russ Herman
Plaintiff Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA. 70113

Mr. Phillip Wittman
Stone Pigman Walter Wittman, LLC
546 Carondelet Street
New Orleans, LA. 70130

CLerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

The reason for this Letter is in regards to A Package sent to my OLD Address in Flint, TX... which I had already moved to Sacamento, CA. FeD-X had called me, but we got Disconnected. So if you all had sent my Extho: Injury papers to me, they should be sent back to you. So here is my New Address. "Please ~~Fordard~~ Forward my mail to me to this New Address."

Dorothy A. Griffin
2321 N. Street apt. #1
Sacamento, CA. 95816
Cell # 903-277-4606

Here is the Attorney I Hired

Henderson Law Office - James Henderson
1603 Douglas Blvd.
#C2 Roseville, CA. 95678
phone # 1-866-923-4700
FAX # 530-477-1080