UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

This document relates to:   *Stanley Bethea v. Merck & Co., Inc.*, Case No. 05-6775

### ORDER

On September 12, 2007, the Court forbid the Plaintiff in the above-captioned case from filing any further documents in this action without prior Court approval, in light of his repeated frivolous filings requesting remand of his case. (Rec. Doc. 12237). The Court is in receipt of the attached letter asking the Court to discontinue his complaint. Seeing as Mr. Bethea was never granted leave to file a new complaint, this request is DENIED AS MOOT.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Stanley Bethea
P.O. Box 704
Harrisburg, PA 17108

___Fee _____
___Process _____
X_Dktd _____
___CtRmDep _____
___Doc. No. _____

1