From: STANLEY BETHEA
P.O. BOX 704
HBG, PA 17108

5-5-2010

MDL Docket No: 1657

TO: CLERK OF COURT
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
RE: STANLEY BETHEA VS. MERCK & CO. INC.
CIVIL ACTION NO. 2:05-CV-6775

ENCLOSED IS A COPY OF THE DISCONTINUE OF MY COMPLAINT PLEASE FILE.

THANK YOU
Stanley Bethea

TENDERED FOR FILING

MAY - 6 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

United States District Court
Eastern District of Louisiana

Stanley Bethea                    5-4-2010
                        MDL Docket No. 1657
    Plaintiff

vs.

Merck + Co. Inc.
    Defendant

Civil Action No. 2:05-CV-6775

As of May 4, 2010 I Stanley Bethea discontinue the complaint.

Respectfully Submitted

Stanley Bethea
STANLEY BETHEA

TENDERED FOR FILING

MAY - 6 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A COPY OF THE NOTICE OF THE DISCONTINUE OF COMPLAINT FILED 5-4-10 AS BEEN SERVED BY 1ST CLASS MAIL POSTAGE PRE-PAID UPON THE FOLLOWING:

Clerk of Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

And

Dorothy H. Wimberly, ESQ
546 Carondelet Street
New Orleans, LA 70130

And

Elizabeth Balakhani, ESQ
2929 Arch Street
Philadelphia, PA. 19104-2808

Respectfully Submitted
Stanley Bethea
STANLEY BETHEA