UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                   :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION    :   SECTION: L
                                               :
                                               :   JUDGE FALLON
                                               :   MAG. JUDGE KNOWLES

**SEALED**

THIS DOCUMENT RELATES TO: Marcellious Brown

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Marcellious Brown. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

IT IS FURTHER ORDERED that the attached documents be filed UNDER SEAL.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Marcellious Brown
133 So. 19th Ave
Maywood, IL 60153

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

___Fee _____
___Process _____
X  Dktd _____
___CtRmDep _____
___Doc. No. _____

1