UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| Johnny Allen Adkins, et al. v. Merck & Co., Inc. | * * * * | JUDGE FALLON |
| Only with regard to: Ulysses C. Hoke, individually and as representative of the estate of Patricia Hoke | * * * * * * | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-06601 | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ulysses C. Hoke, individually and as representative of the estate of Patricia Hoke, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of _____May_____, 2010.

_____
DISTRICT JUDGE