UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Glenda Meysami, et al. v. Merck & Co., Inc.*, Case No. 05-5353 (only as to plaintiff Mark Hendrichs)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Mark Hendrichs. Mr. Hendrichs requests an extension of time. At the last status conference, on April 29, 2010, the Court spoke with Mr. Hendrichs via telephone and deferred the motion to dismiss pending against him until May 27, 2010. IT IS ORDERED that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 18th day of May, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mark Hendrichs
P.O. Box 531
Pittsburg, KS 66762

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1