RECEIVED
APR 21 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Your Honor, Judge Fallon,

   I am writing to you with a massive sense of desperation, and also a slight hope of some sort of justice. My name is Mark C. Henrichs, and since last Aug. '09, when my class action suit against Merck (Vioxx) was dismissed due to inadequate representation (i.e. none at all), I have tried to find a lawyer, only to be let down at the very mention of the word VIOXX, on almost every occasion. As you might imagine, it is very frustrating, and I would not waste your valuable time, or mine for that matter, if I did not COMPLETELY BELIEVE IN the validity of my case.

   Unfortunately, at this late date, my health is extremely poor, due to stress and two operations (surgery) in the past week. (KU Med K.C. KS. and Pittsburg Internal). I am still trying to recover from them. I am unable to even answer the phone most times. Also still having small strokes, ten years after taking Vioxx for two years. And yes, I have medical records.

   I hope to retain a lawyer in the very near future. Until such time, I respectfully (beg) for an extension in my case for serious medical reasons, and pray for

YOUR GOOD JUDGEMENT, I NEED A SMALL MEASURE OF HOPE RIGHT NOW, IF POSSIBLE.

SINCERELY AND RESPECTFULLY,

Mark C. Hunn[?]

P.O. Box 531
Pittsburg, KS. 66762
#(602)-235-0748

THANK YOU FOR ANY CONSIDERATION AND TIME!