UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                      :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION      :   SECTION: L
                                           :
                                           :   JUDGE FALLON
                                           :   MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Bertha Rose Polite**

## ORDER

The Court is in receipt of the attached correspondence from Deceased Vioxx Plaintiff Berth Rose Polite's Daughter Barbara Baiano. IT IS ORDERED that the attached correspondence be entered into the record. IT IS FURTHER ORDERED that Plaintiff's Liaison Counsel take whatever action necessary in this matter with regard to fee capping.

New Orleans, Louisiana, this 18th day of May, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Barbara Baiano
45A Cardenia Lane
Staten Island, NY 10314

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1