

# Complimentary FAX
# EXPRESS Cover Sheet

**To:** Hon. Eldon E. Fallon

**From:** BARBARA BAIANO
Theresa Gosselin (Rep.)

**Fax #** (504) 589-6966

**Phone #** ( )  Gosselin Home # 505 299-2726
Baiano 718 494-2502

**Date:** 4/12/10

☒ Urgent  ☐ Confidential  ☐ Confirm Receipt

**Number of Pages:** 1
(Including Cover)

**Reply Fax #:** Barbara Baiano
cell # 646 301-7686

**Message:** Asking Judge Fallon to question paperwork
Cost = $5000.00 = Branch Law Office, Albuquerque, New Mexico

Tort Vioxx Case for Deceased mother
Bertha Rose Polite

As letter enclosed we rec'd "7" points & $5000.00 when Law Office want 32% plus another paperwork requested my sister & I did also by ourselves. Please contact Barbara Baiano 718 494-2502 Theresa Gosselin (Rep.) 505-299-2726
We're the daughters of B. Polite.

## Fax Pricing

| | | | |
|---|---|---|---|
| First Page Domestic | Qty ___ | X $ ___ | = $ ___ |
| Add. Pages Domestic: | Qty ___ | X $ ___ | = $ ___ |
| First Page International: | Qty ___ | X $ ___ | = $ ___ |
| Add. Pages International: | Qty ___ | X $ ___ | = $ ___ |
| Receptions: | Qty ___ | X $ 1 ___ | = $ ___ |
| TOTAL FAX EXPRESS COST: | | | $ ___ |

Thank You So Much

April 7, '10

Hon. Elden E. Fallon
United States District Court
Eastern District of Louisianna
500 - Poydras Street
Room C-456
New Orleans, La 70130

tel = 504-589-7545
FAX = 504-589-6966

To Judge Fallon,

I'm writing to you on behalf of my mothers (deceased) tort class action Vioxx case. My sister & I filed our claim back in 2007 with the Branch Law Offices in Alburquerque, New Mexico. We won our appeal & since then was awarded 7 points. The Branch Law offices is insisting that they get 32% and another $5000.00 for paper work. From everything I've read on the computer about Vioxx tort class action case is that you put a cap of 32% for attorney fees. Judge Fallon believe me my sister did all the leg work to get the paper work from all my mothers DR'S. and medical pharmacy & did just about everything we could to get all the records our selfs. My sister Theresa Gosselin is the representative of this case with the Branch Law Offices. I'm helping my sister with all the paper work. I don't feel our deceased mother Bertha Rose Poleto. We just don't feel is right that the attorney are insisted to take another $5000 from the little settlement that my poor mother suffered from taking Vioxx. She was 50 years old but took Vioxx to help her pain not thinking down the road that she was to have a stroke. Please contact our attorney & tell them that they should put a 32% cap & that enough that they should get. Please contact us with you decision. My E-mail is Octoberbarb@aol.com - my home addr is Barbara Barano, 459 Gardenia Lane, S.I. NY 10314 - my sister Theresa Gosselin - 3054 General Chenault St NE Albuquerque W. 87111
my home # 718 494-7502 Theresa Gosselin 505-299-2726.

Thank You
Barbara Barano