UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Marva D. Johnson v. Merck & Co., Inc.,*
Case No. 06-10985

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Marva D. Johnson. IT IS ORDERED that the attached correspondence be entered into the record. IT IS FURTHER ORDERED that Plaintiff's Liaison Counsel take whatever action necessary in this matter.

New Orleans, Louisiana, this 18th day of May, 2010.

                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Marva D. Johnson
H-84573   J-336-L
PO Box 2500
Vacaville, CA 95696

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1