RECEIVED
APR 2 1 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

MARVÁ D. JOHNSON
H-84573   J-336-L
P.O. Box 2500
Vacaville, CA  95696-2500
April 19, 2010

Honorable Eldin Fallen
  Eastern District Court
500 Poydras Street
New Orleans, LA  70130

Dear Honorable Fallen:

My name is Mr. Marvá D. Johnson and I am writing to you because I think that I have been subjected to some sort of discrimination (due to the fact that I am in a medical facility) while under your supervision - so to speak.

Theoretically, I was represented by Steven A. Fabro, Esquire, in your recent VIOXX/MERCK litigation.  I am sorry that I don't have the case number or cite, but it appears that I have been left in the dark by my counselor.

As you can tell by the markings on the envelope, I am incarcerated in a California State Prison (California Medical Facility).  I am also vision and hearing impaired.

A while back, Mr. Fabro sent someone to this prison and met with Mr. B.C. Williams (the Litigation Coordinator for the prison) and rushed me into signing (and having notarized) some sort of non-disclosure agreement stating that I would not tell anyone how much I received in a settlement from VIOXX/MERCK (I never have met anyone from Mr. Fabro's office).  To this day, I have received nothing and Mr. Fabro says that I have been dropped from the case.

After many years of filling out forms (and taking medication to counteract the effects of VIOXX), then being forced to sign some papers without legal representation - then telling me that I don't qualify for anything - PLEASE HELP.

Judge Fallen, I am not certain as to what I am asking you to do, I am not a legal scholar, but I would appreciate any insight that you might have regarding this travesty of justice.

Sincerely,

Marvá D. Johnson


cc:  Mr. Steven Fabro, 101 Montgomery St., 27th Floor, San
     Francisco, CA  94104

     Merck & Company, Inc., 1 Merck Dr., Whitehouse Station, NJ
     08889