UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  : 
 : SECTION: L
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Randy James Majors**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Randy James Majors. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 18th day of May, 2010.

                                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Randy James Majors<br>36 Birch St<br>Carteret, NJ 07008 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

1