RECEIVED
APR 15 2010
CHAMBERS OF
U.S. DISTRICT JUDGE

TO: THE HON. ELDON FALLON
FROM: RANDY JAMES MAJORS
SUBJECT: MERCK (VIOXX)

My name is Randy J. Majors. I am a pro se claimant, in the case involving the drug co. Merck. The name of the drug I was taken is Vioxx. I have sent you a letter concerning this matter in the past. I am reaching out to you once again, and well also send this correspondence to everyone I can think of, who is involved in this matter and to the Higher Courts, and who ever else I think can and will help me, including the Courts of New Jersey, Lousiana, Mississippi and Washington, D.C. and the gates committee. Your Honor I have complied with everything I was asked to do, which is all the tapes to Miss D. Bates, I have affidavits from the Dr. who gave me Vioxx, and my family stating I was taken and given Vioxx samples to last me literally a lifetime. I had my heart attacks 3-5-03.

I even took the Vioxx on the day of my heart attacks and I took them after my heart attacks. Why? I was prescribed them for the pain in my shoulder and back. I was not told to stop, not told there was something wrong. I found out by watching T.V. when I was convulsing from my heart attacks, even then I had no intentions of suing Merck. until I got more information from different sources, which made me realize how much damage was done and how much Merck was denying and hiding, all the evidence of the heart attacks and strokes, and people dieing, and their family's took up for the ones who died, they didn't let their loved ones die in vain. Whats right is right also. I have written affidavits from my family stating what they saw, how I was taking Vioxx for my shoulder and back pain. I was 43 years old at the time of my heart attacks, doing a normal job, helping round the

house like a normal person. I did have a stress test done, by Rush Hospitable. I had all kinds of tests done to me because I was having discomfort in my chest, even a nuclear stress test, what they did found out was I have Acid Reflux and bad indigestion, given Prevacid. With all them given to me they found nothing was wrong with my heart, given a very clean bill of health concerning my heart, no blockages anywhere, it's in the hospitable papers nothing was wrong with my heart to have these attacks, but I was taking Vioxx. After these 2 attacks I also had to have two (2) stints put in. What happened, Vioxx was proven to give people heart attacks, I was one of them. Again I stress the point that the Dr. gave me enough Vioxx samples to last me without having to get them from the drug store, I had told the Dr. there was times I just could not afford them, he told me not to worry,

he gave me plenty. 25mg 1 (once) a day. and I took them before, during and well after my heart attacks. I don't even know how I got home the day I had them 2 heart attacks, but I did and my family had to call the ambulance to come. I had thrown up, soiled myself, was incoherent. On the way to hospital I had the second attack in the ambulance and 7 (seven) times I was shocked to regain my pulse, my life again. I was still taking it after the attacks, (Vioxx) until I saw the evening news and information that was now pouring out to stop taking this medicine Vioxx. which I then did. I have fought this battle for 6 yrs. and yes it has been a battle to get what was awarded to me. Until Sept. 2009 I receive a letter stating I am not entitled to what I was awarded. Why? Told yes one day, then told again by Miss D. Bates I am not eligible. Why? It's over, done, finished. Why? I had these

heart attacks. I suffered very bad. major damage was done to my heart. My heart does not know it's over. I cannot walk far without getting short of breath, stairs are a challenge to me. trying to do normal things is a trial for me, mowing the lawn is out of the question walking far is out of the question for me. being out in the heat and sun is a trial for me, the cold is bad for me. Your Honor I am not dead, but I do have major limitations. I cannot get a job, first they look at my medical history, then if I did get the job I wouldn't be on it for long. Does the Judges and the Gates committee know I must take nitro Glycerin when the pain is bad, or I cannot catch my breath, and I start to sweat like I am in a oven, and it's cold out. or when my color is bad and instead of looking healthy I look like death warmed over, gray. I need to lay down until it passes and I wonder am I having

another heart attack, when my heart starts racing and beating to over a 150 beats a minute, skipping. Does anyone know? Does anyone care?

I am hoping you care, Your Honor, you work for justice for the people. I am one of these people. I am sure there are plenty more like me who did not get what they were awarded, but I can only speak for myself, but then again, this may be a story, a very true story, that needs to be told for the wrongs to be righted. I know I am pro se, I am ignorant to the laws, I am not a lawyer. But I also know I was not treated fairly. I was lied to repeatly. Did I get angry, Yes. did I say something I should not have said to Miss Bates? Yes. I apologized. I am sorry but to fight 6 (six) yrs. and then to be told no, after I was told yes repeatly. Miss Bates would say don't worry Mr. Majors, It's coming. And she was right after 6 (six)

of battling, it came, my letter telling me I am not eligible. So now what happens? Do I lay down on this? No. I must go on and I know there is someone out there, to right this wrong, and give justice where justice is do.

Are you the one? Your Honor. It takes just one person to fix this. It was you and the Courts of Louisiana who saw fit to award this to me, saw and read the suffering I went thru. You Your Honor with your knowledge, your insight, your sense of what is right and wrong, your furness to true justice, I ask you to Please see fit to look again for me and others like me who Merck has hurt and damaged for the rest of our life's. Your Wisdom I hope and pray will set this straight. For all the pain and suffering I went thru because of this medicine Vioxx. And the shame that I still have to endure this pain and suffering till this very day.

Even though You Your Honor aproved, what I was awarded.

With all due respect to your position and influence. Again I hope and pray your the one who will right this wrong.

Please contact me concerning your insight on this matter at the following address.

Very Respectfully Yours

R-d J. Mcjus
R-d J. Mjun

36 Birch St.
Carteret, NJ  07008

Home Phone: 732-969-1947
Cell:  908-868-8830