UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br> <br> **SECTION L** |
| This document relates to: | * <br> * | |
| *Brenda Bruzek, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * <br> * | **JUDGE FALLON** <br> <br> **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:07-cv-06087* | * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Brenda Bruzek, individually and as the special administrator of the estate of John Bruzek, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____May_____, 2010.

_____
DISTRICT JUDGE