UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Samella Butler, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Martha Bryant, individually and as* | * | |
| *representative of the estate of Elbert* | * | |
| *Bryant* | * | |
| | * | |
| *Docket No. 2:06-cv-01973* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Samella Butler in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of        May       , 2010.

_____
DISTRICT JUDGE