**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv00781** |
| **Donna C. Russel and**<br>**Robert E. Russel (h/w)**<br>v. | PLAINTIFFS |
| **Merck & Co., Inc.** | DEFENDANTS |

**PARTIAL COMPLIANCE WITH PTO 43**

\* \* \* \* \* \* \*

Come the Plaintiffs, Donna and Robert Russel, by counsel, and provide the following Partial Compliance with this Court's PreTrial Order 43. As required by Section II.2 of PTO 43, attached hereto is the Case Specific Expert Report addressed therein.

Plaintiffs have fully complied with Merck's Fifth Motion Under PTO 43, and this Court's Show Cause Orders, and accordingly Plaintiffs request that the Order to Show Cause be overruled.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Donna Russel and Robert Russel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of May, 2010.

                          s/ Ann B. Oldfather
                          Ann B. Oldfather
                          KBA Bar #52553
                          OLDFATHER LAW FIRM
                          1330 S. Third Street
                          Louisville, KY   40208
                          502.637.7200
                          502.637.3999
                          aoldfather@oldfather.com
                          *Counsel for Donna Russel and Robert Russel*