IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH NOVICK

      Plaintiff,

vs.

MERCK & CO., INC., a/k/a and sometimes d/b/a
MERCK SHARP & DOHME (I.A.) CORP.,
a New Jersey corporation,

      Defendant.

---

IN RE:     VIOXX PRODUCTS
             LIABILITY LITIGATION       MDL No. 1657
                                                          Section: L

---

## **DECLARATION BY COUNSEL**

1. I have communicated with the plaintiff in writing and provided him with a copy of PTO 36 and PTO 43;

2. I have explained to the plaintiff the reason for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

                                                    _/s/ Rachael R. Gilmer_
                                                    RACHAEL R. GILMER
                                                    Florida Bar No. 0887331
                                                    Levin, Papantonio, Thomas, Mitchell,
                                                    Echsner & Proctor, P.A.
                                                    316 South Baylen Street, Suite 600 (32502)
                                                    P. O. Box 12308
                                                    Pensacola, Florida 32591
                                                    (850) 435-7000 (Tel)
                                                    (850) 435-7020 (Fax)

www.levinlaw.com
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been provided to Plaintiff KENNETH NOVICK 502 West Palm Valley Dr., Oviedo, FL 32765 on this 31st day of March, 2010.

_/s/ Rachael Gilmer_
**RACHAEL R. GILMER**
Florida Bar No. 0887331
Levin, Papantonio, Thomas, Mitchell,
Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7000 (Tel)
(850) 435-7020 (Fax)
www.levinlaw.com
ATTORNEY FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH NOVICK

    Plaintiff,

vs.

MERCK & CO., INC., a/k/a and sometimes d/b/a
MERCK SHARP & DOHME (I.A.) CORP.,
a New Jersey corporation,

    Defendant.

---

IN RE:   VIOXX PRODUCTS
          LIABILITY LITIGATION                   MDL No. 1657
                                                                                      Section: L

---

## MOTION TO WITHDRAW AS COUNSEL

Counsel and plaintiff, KENNETH NOVICK, have a fundamental disagreement as to what action should be taken in the case. Counsel therefore moves this court for permission to withdraw as counsel. Counsel has attached a declaration to the motion signed by Counsel stating:

1. Counsel has communicated with the plaintiff;

2. Counsel has explained to the plaintiff the reason for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

                                          */s/ Rachael R. Gilmer*
                                          RACHAEL R. GILMER
                                          Florida Bar No. 0887331
                                          Levin, Papantonio, Thomas, Mitchell,

Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7000 (Tel)
(850) 435-7020 (Fax)
www.levinlaw.com
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been provided to Plaintiff KENNETH NOVICK 502 West Palm Valley Dr., Oviedo, FL 32765 on this 31st day of March, 2010.

*/s/ Rachael R. Gilmer*
RACHAEL R. GILMER
Florida Bar No. 0887331
Levin, Papantonio, Thomas, Mitchell,
   Echsner & Proctor, P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
(850) 435-7000 (Tel)
(850) 435-7020 (Fax)
www.levinlaw.com
ATTORNEY FOR PLAINTIFF