# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Catherine Holt Singleton, on behalf of* | * | KNOWLES |
| *the Estate of Emma D. Holt, et al.,* | * | |
| | * | |
| *v.* | * | *No. 09-2413* |
| | * | |
| *Merck & Co., Inc.,* | * | |
| | * | |

*Only with regard to:*
**Barbara Mitchell-Cockrell**

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal with Prejudice as to all

defendants,

IT IS ORDERED that all claims of the Plaintiff **Barbara Mitchell-Cockrell** against

Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit

are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the

terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this 19th day of _____May_____, 2010.

_____
DISTRICT JUDGE

1016925v.1