JJK/HAB
STATE OF ILLINOIS        )
                         )SS.
COUNTY OF COOK           )

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCTS LIABILITY     )
LITIGATION                   )     MDL No. 1657
                             )
                             )
                             )
This document relates to     )
JACKIE WHITE

## MOTION TO WITHDRAW AS COUNSEL

The LAW OFFICES OF JEFFREY J. KROLL, attorneys for Plaintiff, JACKIE WHITE, hereby requests leave of court to withdraw as attorneys of record in this case without substitution pursuant to Local Rule 83.2.11 and Pretrial Order No. 36, and in support thereof state as follows:

1. The LAW OFFICES OF JEFFREY J. KROLL was retained to pursue a personal injury cause of action on behalf of JACKIE WHITE. The case involves injuries that JACKIE WHITE sustained as a result of taking Vioxx medication.

2. Counsel has communicated via telephone to JACKIE WHITE that the LAW OFFICES OF JEFFREY J. KROLL is withdrawing as his counsel and the reasons for the withdrawal, which are confidential. Plaintiff, JACKIE WHITE, consents to the withdrawal of LAW OFFICES OF JEFFREY J. KROLL as his counsel in this matter.

3. On April 5, 2010, a letter was sent to JACKIE WHITE confirming that the LAW OFFICES OF JEFFREY J. KROLL would be withdrawing as counsel in this matter. At that time, counsel advised JACKIE WHITE that he should contact Mr. Robert Johnston, the Vioxx Pro Se Curator at 400 Poydras Street, Suite 2450, New Orleans, LA 70130, 504/561-7799.

4.  The LAW OFFICES OF JEFFREY J. KROLL seeks to withdraw as counsel in this matter.

WHEREFORE, LAW OFFICES OF JEFFREY J. KROLL hereby request that an order be entered granting the LAW OFFICES OF JEFFREY J. KROLL leave to withdraw as attorneys of record for Plaintiff, JACKIE WHITE, in this matter.

/s/ Jeffrey J. Kroll
Attorney for Plaintiff

Jeffrey J. Kroll
Heather A. Begley
Attorneys for Plaintiff
LAW OFFICES OF JEFFREY J. KROLL
10 South LaSalle Street
Suite 3702
Chicago, Illinois 60603
(312)676-7222