JJK/HAB
STATE OF ILLINOIS   )
                    )SS.
COUNTY OF COOK      )

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:
VIOXX PRODUCTS LIABILITY   )
LITIGATION                 )   MDL No. 1657
                           )
                           )
This document relates to   )
JACKIE WHITE

ORDER

This matter coming to be heard on the LAW OFFICES OF JEFFREY J. KROLL's Motion to Withdraw as Counsel, all parties given due notice and the court fully advised in the premises, IT IS HEREBY ORDERED:

1. The LAW OFFICES OF JEFFREY J. KROLL's Motion to Withdraw as Counsel is granted.

2. JACKIE WHITE has been advised that he should contact Mr. Robert Johnston, the Vioxx Pro Se Curator at 400 Poydras Street, Suite 2450, New Orleans, LA 70130, 504/561-7799.

DATE: _____   ENTERED: _____

Jeffrey J. Kroll
Heather A. Begley
Attorneys for Plaintiff
LAW OFFICES OF JEFFREY J. KROLL
10 South LaSalle Street
Suite 3702
Chicago, Illinois 60603
(312)676-7222