# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | Last | First | Middle |
|---|---|---|---|
| **Name** | Kroll | Jeffrey | J. |

| **Name of Law Firm** | Law Offices of Jeffrey J. Kroll |
|---|---|

**Current Address**
- Street: 10 S. LaSalle St., Suite 3702
- City: Chicago
- State: IL
- Zip: 60603
- Country: USA

| **Telephone Number** | 312-676-7222 | **Facsimile** | 312-849-2030 | **Email** | Jeff@kroll-lawfirm.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | Last | First | Middle |
|---|---|---|---|
| **Plaintiff Name** | White | Jackie | |

**Plaintiff Address**
- Street: 2412 S. 15th Avenue
- City: Broadview
- State: IL
- Zip: 60155
- Country: USA

| **Telephone Number** | 630-312-0008 | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Case Caption** | In re: Vioxx Products Liability Litigation |
|---|---|
| **Case Number** | MDL Docket No. 1657 |
| **Court Where Case is Pending** | Eastern District of Louisana |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

[x] Check here if Plaintiff failed to provide an alternative contact.

| | Last | First | Middle |
|---|---|---|---|
| **Name** | | | |

**Address**
- Street:
- City:
- State:
- Zip:
- Country:

| **Telephone Number** | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| **Relationship to Plaintiff** | ☐ Friend  ☐ Relative (specify relationship: _____ ) |
|---|---|

#343319

1