UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Larry Aranda | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-00663* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Larry Aranda in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of May, 2010.

_____
DISTRICT JUDGE

# Document Cover Page

| | |
|---|---|
| **VCN** | 1072110 |
| **Claimant** | Aranda, Larry |
| **SSN** | 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 |
| **Received Date** | 2/26/2008 |
| **Postmark Date** | 2/25/2008 |
| **Document Type ID** | 9 |
| **Document Type** | Stipulation of Dismissal |
| **Primary Firm ID** | 395 |
| **Primary Firm** | Hingle, Michael and Associates |

*1072110-009-01*