# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br><br> **SECTION L** |
| This document relates to: | * <br> * | |
| Mary M. Charles, et al. <br> *v.* <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:08-cv-00955* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary M. Charles, individually and as personal representative of the estate of Frank Lewis Charles, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____May_____, 2010.

_____
DISTRICT JUDGE

# Document Cover Page

| | |
|---|---|
| **VCN** | 1096954 |
| **Claimant** | Charles, Frank L. |
| **SSN** | 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 |
| **Received Date** | 11/24/2008 |
| **Postmark Date** | 11/18/2008 |
| **Document Type ID** | 93 |
| **Document Type** | Supplemental Stipulation |
| **Primary Firm ID** | 2023 |
| **Primary Firm** | Ingaldson, Maassen & Fitzgerald, P.C. |

*1096954-093-0001*