| File | Date |
|---|---|
| - Medical.pdf | 6/4/2009 |
| - Buffalo Medical Group.pdf | 6/4/2009 |
| 1076948 - Jospeh Gentile MD.pdf | 6/4/2009 |
| - WEGMANS PHARMACY.pdf | 6/4/2009 |
| - ST. JOSEPH HOSPITAL.pdf | 6/4/2009 |
| - MYSTIC PHARMACY.pdf | 6/4/2009 |
| - EDWARD O'HARA M.D..pdf | 6/4/2009 |
| - ECMC.pdf | 6/4/2009 |
| - 1075179 - Affidavit.pdf | 6/1/2009 |
| 1075381 - Records.pdf | 6/1/2009 |
| 1075381 - Lockport Memorial.pdf | 6/1/2009 |
| - 1075179 - Records.pdf | 6/1/2009 |
| 1075045 - Cleveland Clinic.pdf | 5/21/2009 |
| 1076471 - Magdi Sayegh MD.pdf | 5/20/2009 |
| 1076471 - Sisters of Charity Hospital.pdf | 5/20/2009 |
| 1075550- St. Barnabas Medical Center.pdf | 5/19/2009 |
| 1075214- Rochester General Hospital 1601-2000.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 1451-1600.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 1301-1450.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 1001-1300.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 751-1000.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 650-750.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 501-649.pdf | 5/18/2009 |
| 1075214- Rochester General Hospital 1-500.pdf | 5/18/2009 |
| 1077304- Athar Tehsin M.D. (u).pdf | 5/18/2009 |
| 1075214- Westfall Cardiology.pdf | 5/18/2009 |
| 1076203 - Range Drug.pdf | 5/15/2009 |
| Deficiency Cure - W      1077263 - Event.pdf | 5/14/2009 |
| Deficiency Cure - Cardiology - W      1077263.pdf | 5/14/2009 |
| 1076730 - Pharmacy CVS.pdf | 5/8/2009 |
| 1075285.pdf | 5/7/2009 |
| 1076500- Nanette D. Phillis M.D..pdf | 5/5/2009 |
| 1076500- Strong Memorial Hospital.pdf | 5/5/2009 |
| 1076500- Dr Kringstein.pdf | 5/5/2009 |
| 1076934- DeGraff Memorial.pdf | 5/4/2009 |
| Wilson Memorial Hospital.pdf | 5/4/2009 |
| - Family Health Center.pdf | 5/4/2009 |
| Medco.pdf | 5/4/2009 |
| medco.pdf | 5/4/2009 |
| Brookdale Hospital & Medical Center.pdf | 5/4/2009 |
| 1076500- Affidavit.pdf | 5/4/2009 |
| - 1076668 - Dr. Aguirre Affirmation.pdf | 5/4/2009 |