## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Cellino & Barnes, P.C.'s Expedited Motion to File an Amicus Curiae Brief in Partial Support of Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(3) to Vacate, Rescind or Declare the Release of All Claims and Other Consent They Gave to Accept the Terms of the Master Settlement Agreement Null, Void and Unenforceable, and to Vacate This Court's Order of November 12, 2009, Dismissing with Prejudice, and Restore the Action to the Court's Docket and for the Court's Recusal and Referral of the Instant Motions to Another Judge for Determination** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail of by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established on this 24th of May, 2010.

/s/ Brian A. Goldstein
Brian A. Goldstein
Amicus Curiae
Cellino & Barnes, P.C.
350 Main Street, 25th Floor
Buffalo, NY 14202-3725
1-800-483-2050
Fax: 1-716-854-6291
Brian.goldstein@cellinoandbarnes.com