UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:
**Kathleen Ackerman, *et al.* vs. Merck & Co., Inc., No 2:06-cv-02198-EEF-DEK**
(pertaining to **Debra Miller** only)

**[PROPOSED] ORDER Granting Cellino & Barnes, P.C.'s Expedited Motion to File an Amicus Curiae Brief in Partial Support of Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(3) to Vacate, Rescind or Declare the Release of All Claims and Other Consent They Gave to Accept the Terms of the Master Settlement Agreement Null, Void and Unenforceable, and to Vacate This Court's Order of November 12, 2009, Dismissing with Prejudice, and Restore the Action to the Court's Docket and for the Court's Recusal and Referral of the Instant Motions to Another Judge for Determination**

Considering the foregoing Motion filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to appear as amicus curiae is granted.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

_____
Eldon A. Fallon
United States District Judge