IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 21 2010

LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

\_\_ Fee_____
\_\_ Process_____
X  Dktd_____
\_\_ CtRmDep_____
\_\_ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 20, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30452    In Re: Vioxx Products
        USDC No. 2:05-MD-1657
        USDC No. 2:05-CV-4578

Enclosed is an order entered in this case.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Chris P. Descant, Deputy Clerk
                        504-310-7704

P.S. to all Counsel: In light of the attached court's order, the joint designation of record is due for filing with the District Court within 14 days from the date of this notice, or, by not later than June 3, 2010. Please serve a copy of the joint designation of record upon this court at the time of filing.

Mr. Ronald Ralph Benjamin
Ms. Carmelite M. Bertaut
Mr. Richard C Stanley
Ms. Loretta Whyte

*Motion Notice - MOT-2*