# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Glenda Meysami, et al. v. Merck & Co., Inc., no. 05-5353* | * | KNOWLES |
| *(only as to plaintiff Mark Hendrichs); and,* | * | |
| | * | |
| *Allen Atkinson, et al. v. Merck & Co., Inc., no. 05-4130* | * | |
| *(only as to plaintiffs Todd and Lynette Jelden)* | * | |
| | * | |

*************************************************************************

## **ORDER**

Matters deferred from Defendant Merck & Co., Inc.'s Fourth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 27190) came on for hearing on the 29th day of April, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiff Mark Hendrichs be and he hereby is given a final extension of time in which to fully comply with Pre-Trial Order No. 43, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until June 3, 2010. If plaintiff fails to fully comply with Pre-Trial Order No. 43 by June 3, 2010, his case will be dismissed with prejudice without further notice. In the interim, the Court intends to hold a conference with liaison counsel, the pro se curator, and certain pro se plaintiffs, including Mr. Hendrichs, during which the Court will emphasis the requirements and deadlines of Pre-Trial Order No. 43.

1015657v.1

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to plaintiff Todd Jelden who has complied with Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this  20th  day of                May              , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1015657v.1