## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| **This document relates to:** | * |
| | * MAGISTRATE JUDGE |
| *Leslie Henry v. Merck & Co., Inc.,* **No. 07-7514;** | * KNOWLES |
| | * |
| *Valerie Rockingham, et al v. Merck & Co., Inc,* **No. 06-7115 (only as to plaintiff John J. Stafisz);** | * |
| | * |
| *Keith Gladden, et al. v. Merck & Co., Inc.,* **No. 06-5996 (only as to plaintiff Patricia Lewis);** | * |
| | * |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* **No. 05-00458 (only as to plaintiff Janice Baum); and** | * |
| | * |
| *Stanley Bethea v. Merck & Co., Inc.,* **No. 05-6775)** | * |

***************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 24995) came on for hearing on the 29th day of April, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that all claims of plaintiffs Leslie Henry , Patricia Lewis and Stanley Bethea be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order No. 43.

IT IS FURTHER ORDERED that plaintiff Janice Baum be and she hereby is given a final extension of time in which fully comply with Pre-Trial Order No. 43, including

1015656v.1

providing updated plaintiff profile forms, medical records, and a case-specific expert report, until June 3, 2010.  If plaintiff fails to fully comply with Pre- Trial Order No. 43 by June 3, 2010, her case will be dismissed with prejudice without further notice.  In the interim, the Court intends to hold a conference with liaison counsel, the pro se curator, and certain pro se plaintiffs, including Ms. Baum, during which the Court will emphasis the requirements and deadlines of Pre-Trial Order No. 43.

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to plaintiff John Stafisz who has complied with Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this   20th   day of                    May                   , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1015656v.1