UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| Marilyn Ruffino, et al v. Merck, et al, Docket No. 05-5443, only Regarding Suzie B. Hall | MAGISTRATE JUDGE KNOWLES |

**DECLARATION OF DOUGLAS R. PLYMALE, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD**

I, DOUGLAS R. PLYMALE, declare and state as follows:

1. I am one of the attorneys for Plaintiff in the above-captioned case, and am competent to testify to the matters set forth below.

2. This declaration is submitted in support of Motion to Withdraw as Counsel of Record.

3. In accordance with PTO 36, counsel has communicated to Plaintiff, Suzie B. Hall, in writing their intent to file a Motion to Withdraw and their reasons for filing the Motion to Withdraw.  Plaintiff consents to the withdrawal.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 25, 2010

/s/  Douglas R. Plymale  
Douglas R. Plymale, Ph.D.
dplymale@dugan-lawfirm.com
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Counsel for Plaintiffs