UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| This document relates to: | JUDGE FALLON |
| Marilyn Ruffino, et al v. Merck, et al, Docket No. 05-5443, only Regarding Suzie B. Hall | MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the Motion to Withdraw as Counsel of Record:

**IT IS ORDERED**, that Murray Law Firm, Leger & Shaw and Guerriero & Guerriero, are hereby withdrawn as Counsel of Record for the listed Plaintiff;

**IT IS ORDERED**, that the listed Plaintiff will be granted an extension of time until 30 days from the date of this Order in which to obtain new counsel, or appear *pro se*, and comply with the requirements of PTO 43.

**NEW ORLEANS, LOUISIANA**, this \_\_\_\_ day of _____, 2010.

_____
**ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**

6