UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to: | JUDGE FALLON |
| William Everett Allen, et al v. Merck, et al, Docket No. 05-4421, only Regarding Essie B. Meadows and Bill Johnson | MAGISTRATE JUDGE KNOWLES |

### MOTION AND INCORPORATED MEMORANDUM TO WITHDRAW AS COUNSEL OF RECORD

Murray Law Firm, Leger & Shaw, and/or Guerriero & Guerriero, by counsel undersigned, pursuant to Pretrial Order No. 36 and Local Rule 83.2.11 respectfully move this Court for an order allowing them leave to withdraw as counsel of record for plaintiffs, Essie B. Meadows and Bill Johnson, in the above-captioned case, and for Plaintiffs to be granted a modest extension to the deadlines set in Pretrial Order No. 43 to allow each to secure new counsel or appear *pro se*.  In support of this motion, the undersigned states as follows:

1. Plaintiffs enrolled in the Vioxx Master Settlement Program;

2. Prior to the scoring of Plaintiff's claims by the Claims Administrator, Counsel advised Plaintiffs that if their claims were found not to qualify for payment under the terms of the Vioxx Master Settlement Program, that Counsel and their Law Firms would not continue to represent Plaintiffs if Plaintiffs wished to continue to litigate her Vioxx case;

3. Plaintiffs were provided a copy of all Notices from the Claims Administrator regarding their case;

1

4.     Plaintiffs did not qualify for payment under the Vioxx Master Settlement Program;

5.     Plaintiffs have advised Counsel that they wished to continue to litigate their Vioxx claim, as is their right under the terms of the Vioxx Master Settlement Agreement;

6.     Counsel have advised Plaintiffs that each must secure new counsel or proceed *pro se* to continue to litigate their case;

7.     Counsel have provided Plaintiffs with a copy of the Future Evidence Stipulation and certified materials from the Claims Administrator for their case;

8.     Counsel have provided Plaintiffs with a copy of Pretrial Order No. 43 and a written explanation of the requirements thereof and the importance in complying with the deadlines therein;

9.     Counsel have discussed with Plaintiffs the requirements and deadlines of Pretrial Order No. 43;

10.    To date, Plaintiffs have been unable to secure new Counsel, but still desires to continue to litigate their case;

11.    Counsel will comply with PTO 36 and send Plaintiffs a copy of this motion and proposed order to Plaintiffs;

For these reasons, Murray Law Firm, Leger & Shaw, Guerriero & Guerriero urge the Court to grant their motion to withdraw as counsel of record in this matter and grant plaintiffs a 30 day extension of time in which to obtain new counsel, or appear and proceed *pro se*, and comply with the requirements of PTO 43.

Respectfully submitted this the 25th day of May, 2010.

/s/ Douglas R. Plymale
Douglas R. Plymale, (LSBA No. 28409)
James R. Dugan, II (LSBA No. 24785)
Stephen B. Murray, Sr. (LSBA No. 9858)
Stephen Murray, Jr. (LSBA No. 23877)
MURRAY LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70112-4000
Telephone: (504) 648-0180
Facsimile: (504) 648-0181

Walter J. Leger, Jr. (LSBA No. 8278)
LEGER & SHAW
600 Carondelet Street, 9th Floor
New Orleans, Louisiana 70130

Jeffrey D. Guerriero
GUERRIERO & GUERRIERO
2200 Forsythe Avenue
Monroe, Louisiana 71211-4092

Attorneys for Plaintiff

## **CERTIFICATE OF COUNSEL**

Pursuant to Local Rule 37.1E, Plaintiffs state that counsel for the Plaintiff and Defendant's Liaison Counsel have conferred for the purposes of amicably resolving the issues raised in the accompanying Plaintiffs' Motion to Withdraw as Counsel of Record and Defendant neither opposes nor consents to the filing of this motion.

/s/ Douglas R. Plymale

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Plaintiffs' Motion to Withdraw as Counsel of Record has been served on Liaison Counsel, Phillip A. Wittmann and Russ Herman, by U. S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance Pretrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this the 25th day of May, 2010.

/s/ Douglas R. Plymale