# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Leonard Lassig, et al. v. Merck & Co., Inc.,* | * KNOWLES |
| No. 05-00538 (only as to plaintiff Eugene Baldoni) | * |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 31 (R. Doc. 22070) came on for hearing on the 29th day of April, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to plaintiff Eugene Baldoni who has complied with Pre-Trial Order No. 31.

**NEW ORLEANS, LOUISIANA**, this  20th  day of                May                , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1015659v.1