UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-00458 (only as to plaintiff Janice Baum) | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Matters deferred from Defendant Merck & Co., Inc.'s First Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 22492) came on for hearing on the 29th day of April, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that plaintiff Janice Baum be and she hereby is given a final extension of time in which fully comply with Pre-Trial Order No. 43, including providing updated plaintiff profile forms, medical records, and a case-specific expert report, until June 3, 2010. If plaintiff fails to fully comply with Pre- Trial Order No. 43 by June 3, 2010, her case will be dismissed with prejudice without further notice. In the interim, the Court intends to hold a conference with liaison counsel, the pro se curator, and certain pro se plaintiffs, including Ms. Baum, during which the Court will emphasis the requirements and deadlines of Pre-Trial Order No. 43.

1015654v.1

**NEW ORLEANS, LOUISIANA**, this  20th  day of           May          ,
2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1015654v.1