UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx®<br>**Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657**<br><br>**SECTION L** |
| **This document relates to:** | * <br> * | |
| *Elaine Bossell, et al.*<br>*v.*<br>*Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*James E. Lunsford, Jeffrey Lunsford,*<br>*Joel Lunsford, Jason Lunsford, and*<br>*John Lunsford, individually and as*<br>*successors-in-interest of the estate of*<br>*James J. Lunsford* | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-04132* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs James E. Lunsford, Jeffrey Lunsford, Joel Lunsford, Jason Lunsford, and John Lunsford, individually and as successors-in-interest of the estate of James J. Lunsford, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE