# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| Marilyn Canavan, et al. v. Merck & Co., Inc., et al. | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Joseph A. Perrotta and Patricia Perotta | * * * * | |
| Docket No. 2:06-cv-06032 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Joseph A. Perrotta and Patricia Perotta in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of May, 2010.

_____
DISTRICT JUDGE