# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Plymale | First: Douglas | Middle: R. |
| **Name of Law Firm** | Murray Law Firm | | |
| **Current Address** | Street: 650 Poydras St., Suite 2150 | | |
| | City: New Orleans | State: LA   Zip: 70130 | Country: USA |
| **Telephone Number** | 5046480180 | **Facsimile** 5046480181 | **Email** dplymale@dugan-lawfirm.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Meadows | First: Essie | Middle: B. |
| **Plaintiff Address** | Street: 401 Grayling Lane | | |
| | City: Monroe | State: LA   Zip: 71202 | Country: USA |
| **Telephone Number** | 3183220970 | **Facsimile** | **Email** |
| **Case Caption** | William Everette Allen, et al v Merck & Co., Inc. | | |
| **Case Number** | 2:05-cv-04421 | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Meadows | First: Robert | Middle: Earl |
| **Address** | Street: 401 Grayling Lane | | |
| | City: Monroe | State: LA   Zip: 71202 | Country: USA |
| **Telephone Number** | 3183220970 | **Facsimile** | **Email** |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Spouse ) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |
|---|
| (Paragraph II.C of PTO No. 36) |

| D. COMPLIANCE WITH PTO NO. 36 |
|---|

| [X] | I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 25 / 2010.  (*Record Docket No.* 42755 ) |
|---|---|
| ☐ | Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: |

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

| E. SIGNATURE |
|---|
| I certify under penalty of perjury that the foregoing is true and correct. |

| **Date Signed** | 5/ 26 /2010 (Month/Day/Year) | _____ Counsel |
|---|---|---|

#343319

2