# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last Plymale | First Douglas | Middle R. |

| | |
|---|---|
| **Name of Law Firm** | Murray Law Firm |

| | | | | |
|---|---|---|---|---|
| **Current Address** | Street 650 Poydras St., Suite 2150 | | | |
| | City New Orleans | State LA | Zip 70130 | Country USA |

| | | | | |
|---|---|---|---|---|
| **Telephone Number** | 5046480180 | **Facsimile** 5046480181 | **Email** | dplymale@dugan-lawfirm.com |

### B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last Johnson | First Bill | Middle |

| | | | | |
|---|---|---|---|---|
| **Plaintiff Address** | Street 1019 Dellwood | | | |
| | City Monroe | State LA | Zip 71202 | Country USA |

| | | | |
|---|---|---|---|
| **Telephone Number** | 3183872877 | **Facsimile** | **Email** |

| | |
|---|---|
| **Case Caption** | William Everette Allen, et al v Merck & Co., Inc. |
| **Case Number** | 2:05-cv-04421 |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana |

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ **Check here if Plaintiff failed to provide an alternative contact.**

| | | | |
|---|---|---|---|
| **Name** | Last Hayes | First Calfeas | Middle |

| | | | | |
|---|---|---|---|---|
| **Address** | Street 1307 S. 8th Street | | | |
| | City Monroe | State LA | Zip 71202 | Country USA |

| | | | |
|---|---|---|---|
| **Telephone Number** | 3183258156 | **Facsimile** | **Email** |

| | |
|---|---|
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: _Sister_ ) |

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

[X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 25 / 2010.  (*Record Docket No.*  42755         )
          Month  Day  Year

[ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.    A copy of PTO No. 36;

2.    A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.    An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.    A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 5/ 26 /2010 | _____ |
| | (Month/Day/Year) | Counsel |