# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
(Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph I.B of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| | | | |
|---|---|---|---|
| **Name** | Last: Plymale | First: Douglas | Middle: R. |
| **Name of Law Firm** | Murray Law Firm | | |
| **Current Address** | Street: 650 Poydras St., Suite 2150 | | |
| | City: New Orleans | State: LA   Zip: 70130 | Country: USA |
| **Telephone Number** | 5046480180   **Facsimile** 5046480181 | **Email** | dplymale@dugan-lawfirm.com |

## B. PLAINTIFF AND LAWSUIT INFORMATION
(Provide the last known information as to the Plaintiff)

| | | | |
|---|---|---|---|
| **Plaintiff Name** | Last: Hall | First: Suzie | Middle: B. |
| **Plaintiff Address** | Street: 3105 S. Grand | | |
| | City: South Monroe | State: LA   Zip: 71201 | Country: USA |
| **Telephone Number** | 3183220970   **Facsimile** | **Email** | |
| **Case Caption** | Marilyn Ruffino, et al v Merck & Co., Inc. | | |
| **Case Number** | 2:05-cv-05443 | | |
| **Court Where Case is Pending** | United States District Court, Eastern District of Louisiana | | |

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☐ Check here if Plaintiff failed to provide an alternative contact.

| | | | |
|---|---|---|---|
| **Name** | Last: Hall | First: James | Middle: |
| **Address** | Street: 3105 S. Grand | | |
| | City: South Monroe | State: LA   Zip: 71201 | Country: |
| **Telephone Number** | **Facsimile** | **Email** | |
| **Relationship to Plaintiff** | ☐ Friend  ☒ Relative (specify relationship: Spouse) | | |

#343319

1

| CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL (Paragraph II.C of PTO No. 36) |
|---|
| **D. COMPLIANCE WITH PTO NO. 36** |
| [X] I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on  5 / 25 / 2010.  (*Record Docket No.*  42754  ) <br>           Month  Day  Year |
| [ ] Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including: <br><br> 1. A copy of PTO No. 36; <br><br> 2. A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel); <br><br> 3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and <br><br> 4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located. |
| **E. SIGNATURE** |
| I certify under penalty of perjury that the foregoing is true and correct. |
| **Date Signed**  5/ 26 /2010  (Month/Day/Year)     [signature] Counsel |

#343319

2