UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx ) MDL Docket No. 1657
PRODUCTS LIABILITY )
LITIGATION ) SECTION L
)
) JUDGE FALLON
)
) MAGISTRATE JUDGE KNOWLES
)
)

*THIS DOCUMENT RELATES TO:*
**Kathleen Ackerman**, *et al.* **vs. Merck & Co., Inc.**, No 2:06-cv-02198-EEF-DEK
(pertaining to **Debra Miller** only)

## CELLINO & BARNES, P.C.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Cellino & Barnes, P.C., former counsel for plaintiff, respectfully requests the opportunity to file an Expedited Motion to File an Amicus Curiae Brief in Partial Support of Plaintiff's Motion Pursuant to Federal Rule of Civil Procedure 60(b)(3) to Vacate, Rescind or Declare the Release of All Claims and Other Consent They Gave to Accept the Terms of the Master Settlement Agreement Null, Void and Unenforceable, and to Vacate This Court's Order of November 12, 2009, Dismissing with Prejudice, and Restore the Action to the Court's Docket and for the Court's Recusal and referral of the Instant Motions to Another Judge For Determination and in support of certain portions of Mrs. Miller's pending motion. Having reviewed Merck's opposition, this firm believes it is in possession of information potentially beneficial to Mrs. Miller specifically responsive to factual issues raised by Merck for the first time. The firm accordingly seeks leave of

this Court to provide this information to the extent it may assist in resolving Mrs. Miller's pending motion.

/s/ Brian A. Goldstein
Brian A. Goldstein
Amicus Curiae
CELLINO & BARNES, P.C.
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
Ph: (716) 854-2020
Fax: (716) 854-6291
brian.goldstein@cellinoandbarnes.com