UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx<br>PRODUCTS LIABILITY<br>LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

*THIS DOCUMENT RELATES TO:*
**Kathleen Ackerman,** *et al.* **vs. Merck & Co., Inc., No 2:06-cv-02198-EEF-DEK**
(pertaining to **Debra Miller** only)

### [PROPOSED] ORDER GRANTING CELLINO & BARNES, P.C.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Considering the foregoing Motion filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to appear as amicus curiae is granted.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2010.

_____
Eldon A. Fallon
United States District Judge