UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**  MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

SECTION: L

JUDGE FALLON
……………………………………………….. MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Willis Fuller, et. al. v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK**
**(previously USDC SDIL 3:06cv00063-MJR-PMF)**
**Plaintiff Eleanor Taylor**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**
**FOR PLAINTIFF ELEANOR TAYLOR**

Pursuant to LR 83.2.11, Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to withdraw as attorneys of record for Plaintiff, Eleanor Taylor, in this matter for the reason that Brown and Crouppen can no longer effectively represent Plaintiff due to a breakdown in the attorney-client relationship, the details of which are within the confines of the attorney-client privileges. Plaintiff has given her express written consent to this motion.

Written notice of the filing of this motion was sent this date via certified mail to Plaintiff's last known mailing address of 10131 South Charles Street, 1st Floor, Chicago, Illinois 60643.

LexisNexis File & Serve will be notified of this change in party/counsel status by undersigned counsel's office as soon as the Order is entered.

1

Dated: May 26, 2010                RESPECTFULLY SUBMITTED,

                                   BROWN AND CROUPPEN

                                   /s/ Seth S. Webb
                                   Seth S. Webb, MO #505666
                                   Brown & Crouppen, P.C.
                                   211 North Broadway, Suite 1600
                                   St. Louis, MO 63102
                                   (314) 421-0216
                                   (314) 421-0359 fax
                                   swebb@brownandcrouppen.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 26th day of May, 2010.

                          By:   /s/ Seth S. Webb
                                Seth S. Webb, MO #505666