UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                    MDL NO. 1657
PRODUCTS LIABILITY LITIGATION:
                                                                SECTION: L

                                                                JUDGE FALLON
……………………………………………..                                             MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
Willis Fuller, et. al. v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK
(previously USDC SDIL 3:06cv00063-MJR-PMF)
**Plaintiff Eleanor Taylor**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel of Record for Plaintiff Eleanor Taylor, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Seth S. Webb and the law firm of Brown and Crouppen are withdrawn as attorneys for Plaintiff Eleanor Taylor.

IT IS SO ORDERED.

DATED: _____, 2010.

                                            _____
                                            Honorable Eldon E. Fallon/Judge
                                            United States District Court Judge
                                            Eastern District of Louisiana