UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657 |
| | SECTION:  L |
| …………………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
Willis Fuller, et. al.  v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK
(previously  USDC SDIL 3:06cv00063-MJR-PMF)
**Plaintiff Eleanor Taylor**

## DECLARATION OF SETH S. WEBB

I, Seth S. Webb, declare that:

1. Counsel has communicated with plaintiff.

2. Counsel has explained to the plaintiff the reasons for seeking to withdraw from the representation of the plaintiff; and

3. Plaintiff has consented to the withdrawal.

| | |
|---|---|
| Dated: May 26, 2010. | RESPECTFULLY SUBMITTED, |
| | BROWN AND CROUPPEN |
| | /s/ Seth S. Webb<br>Seth S. Webb, MO #505666<br>Brown & Crouppen, P.C.<br>211 North Broadway, Suite 1600<br>St. Louis, MO 63102<br>(314) 421-0216<br>(314) 421-0359 fax<br>swebb@brownandcrouppen.com |

1