## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *    **MDL Docket No. 1657** |
| **Product Liability Litigation** | * |
| | *    **SECTION L** |
| **This document relates to:** | * |
| | * |
| *Isabelle Adkins, et al.* | *    **JUDGE FALLON** |
| *v.* | * |
| *Merck & Co., Inc., et al.* | *    **MAGISTRATE JUDGE KNOWLES** |
| | * |
| *Only with regard to:* | * |
| *Maxine Brown* | * |
| | * |
| *Docket No. 2:06-cv-02199* | * |
| | * |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Maxine Brown in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 26th day of _____ May _____, 2010.

_____
DISTRICT JUDGE