UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>RONNIE D. FOX, INDIVIDUALLY AND<br>ON BEHLAF OF THE ESTATE OF<br>ELIZABETH ANN MURRAY FOX,<br>DECEASED<br><br>VS.<br><br>MERCK & CO., INC.<br>(MURRAY SNOOK, M.D.), ET AL. | MDL DOCKET NO. 1657<br><br>SECTION: "L"<br><br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br><br><br>MDL Case No. 2:07-CV-00943-EEF-DEK<br><br><br>Western District of Texas<br>C.A. No. 1:06-CV-00748-LY |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Come now, Jay H. Henderson and Pegi S. Block, formerly of Cruse, Scott, Henderson & Allen, L.L.P., and notify this court and parties of their new firm name and address listed below, effective May 15, 2010. Accordingly, all correspondence and pleadings filed in the above-styled case should be addressed as follows:

> Henderson, Block & Elmore, P.L.L.C.
> 5020 Montrose Blvd., Suite 300
> Houston, Texas 77006-6533
> (713) 275-4050 (Telephone)
> (713) 275-4046 (Telecopier)
> Email: jhenderson@hbelaw.com
> Email: pblock@bhbelaw.com

TML/13544 – NOTICE OF FIRM NAME AND ADDRESS CHANGE

Respectfully submitted,

HENDERSON, BLOCK & ELMORE, P.L.L.C.


By:  *s/Jay H. Henderson*
     Jay H. Henderson
     State Bar No.: 09424050
     Pegi S. Block
     State Bar No.: 02498250
     5020 Montrose Blvd., Suite 300
     Houston, Texas 77006-6533
     (713) 275-4050 (Telephone)
     (713) 275-4046 (Telecopier)

ATTORNEYS FOR DEFENDANT,
MURRAY SNOOK, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 28th day of May, 2010.

Jack Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street, Suite 1200
Corpus Christi, Texas 78471

Douglas A. Allison
Law Offices of Douglas A. Allison
403 N. Tancahua St.
Corpus Christi, Texas 78401

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

Russ M. Herman
Lenny Davis
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Richard L. Josephson
Travis J. Sales
Baker Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Charles A. Deacon
Emilie Paterson Baine
Stacey Ann Martinez
Thomas A. Countryman
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, Texas 75202-3793

                                               *s/Jay H. Henderson*
                                               Jay H. Henderson