UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | §<br>§<br>§ | MDL DOCKET NO. 1657<br><br>SECTION: "L" |
| | § | |
| This document relates to: | §<br>§ | JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE KNOWLES |
| NORA AIDA DE LOS RIOS AND<br>JULIO DE LOS RIOS | §<br>§<br>§ | |
| VS. | §<br>§ | MDL Case No. 2:07-cv-02137-EEF-DEK |
| | § | |
| MERCK & CO., INC. AND PEDRO<br>EMMANUEL MCDOUGAL, M.D. | §<br>§<br>§ | Southern District of Texas<br>CIVIL NO. 7:06-CV-00357 |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Come now, Jay H. Henderson and Pegi S. Block, formerly of Cruse, Scott, Henderson & Allen, L.L.P., and notify this court and parties of their new firm name and address listed below, effective May 15, 2010. Accordingly, all correspondence and pleadings filed in the above-styled case should be addressed as follows:

Henderson, Block & Elmore, P.L.L.C.
5020 Montrose Blvd., Suite 300
Houston, Texas 77006-6533
(713) 275-4050 (Telephone)
(713) 275-4046 (Telecopier)
Email: jhenderson@hbelaw.com
Email: pblock@hbelaw.com

Respectfully submitted,

HENDERSON, BLOCK & ELMORE, P.L.L.C.


By:   s/Jay H. Henderson
      Jay H. Henderson
      State Bar No.: 09424050
      Pegi S. Block
      State Bar No.: 02498250
      5020 Montrose Blvd., Suite 300
      Houston, Texas 77006-6533
      (713) 275-4050 (Telephone)
      (713) 275-4046 (Telecopier)

ATTORNEYS FOR DEFENDANT,
PEDRO EMMANUEL MCDOUGAL, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the _ _____ day of May, 2010.

Ms. Kathryn Snapka
Aditi Anita Shahani
The Snapka Law Firm
606 N. Carancahua, Ste. 1511
P. O. Drawer 23017
Corpus Christi, Texas 78403-3017

Russ M. Herman
Lenny Davis
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

Richard L. Josephson
Maryanne Lyons
Travis J. Sales
William Zachary Hughes
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995


s/Jay H. Henderson
Jay H. Henderson