UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX | § | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION: "L" |
| | § | |
| This document relates to: | § | JUDGE ELDON E. FALLON |
| | § | MAGISTRATE JUDGE KNOWLES |
| DONNA GAYE NAMAN | § | |
| | § | MDL Case No. 2:06-CV-02724-EEF-DEK |
| v. | § | |
| | § | |
| MERCK & CO., INC. | § | Eastern District of Texas |
| (GENE N. BARRY, M.D.), ET AL. | § | C.A. No. 1:06-CV-00169-TH |

## NOTICE OF FIRM NAME AND ADDRESS CHANGE

Come now, Jay H. Henderson and Pegi S. Block, formerly of Cruse, Scott, Henderson & Allen, L.L.P., and notify this court and parties of their new firm name and address listed below, effective May 15, 2010. Accordingly, all correspondence and pleadings filed in the above-styled case should be addressed as follows:

Henderson, Block & Elmore, P.L.L.C.
5020 Montrose Blvd., Suite 300
Houston, Texas 77006-6533
(713) 275-4050 (Telephone)
(713) 275-4046 (Telecopier)
Email: jhenderson@hbelaw.com
Email: pblock@hbelaw.com

Respectfully submitted,

HENDERSON, BLOCK & ELMORE, P.L.L.C.

By:     _s/Jay H. Henderson_
        Jay H. Henderson
        State Bar No.: 09424050
        Pegi S. Block
        State Bar No.: 02498250
        5020 Montrose Blvd., Suite 300
        Houston, Texas 77006-6533
        (713) 275-4050 (Telephone)
        (713) 275-4046 (Telecopier)

ATTORNEYS FOR DEFENDANT,
GENE N. BARRY, M.D.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument has been served on all Liaison Counsel, Russ Herman and Phillip Wittmann, by U. S. Mail and e-mail, or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this the 28th day of May, 2010.

Mr. Kurt B. Arnold
Mr. Jason A. Itkin
Arnold & Itkin, L.L.P
5 Houston Center
1401 McKinney Street, Suite 2550
Houston, Texas 77010

Mr. Richard L. Josephson
Mr. Travis J. Sales
Baker & Botts, L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002-4995

Russ M. Herman
Lenny Davis
Herman, Herman, Katz & Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Phillip A. Wittmann
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130

_s/Jay H. Henderson_
Jay H. Henderson