
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| **This document relates to:** | |
| Leo Calcavechia, et al. v. Merck & Co., Inc. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| **Only with regard to:** **Lorrain McDaniel** | |
| **Docket No. 2:06-cv-07081** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lorrain McDaniel in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 27th day of May, 2010.

_____
DISTRICT JUDGE