**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number:  2:05cv01011**

**Smita Sanjanwala**                    PLAINTIFF

**v.**

**Merck & Co., Inc.**                   DEFENDANTS

**PARTIAL COMPLIANCE WITH PTO 43**

* * * * * * *

Come the Plaintiff, Smita Sanjanwala, by counsel, and provide the following Partial Compliance with this Court's PreTrial Order 43.  As required by Section II.2 of PTO 43, attached hereto is the Case Specific Expert Report addressed therein.

Plaintiff has fully complied with Merck's Third Motion Under PTO 43, and this Court's Show Cause Order.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Smita Sanjanwala*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of May, 2010.

      s/ Ann B. Oldfather
      Ann B. Oldfather
      KBA Bar #52553
      OLDFATHER LAW FIRM
      1330 S. Third Street
      Louisville, KY   40208
      502.637.7200
      502.637.3999
      aoldfather@oldfather.com
      *Counsel for Smita Sanjanwala*