CLARENCE ABRAMS, et al.,                 )       IN THE UNITED STATES
                                         )       DISTRICT COURT FOR THE
                                         )       EASTERN DISTRICT OF
                                         )       LOUISIANA
                                         )
                Plaintiffs,              )
                                         )       CASE NO. 2:05-cv-05204-EEF-DEK
v.                                       )
                                         )
MERCK & CO., INC., et al.,               )       **STIPULATION OF DISMISSAL**
                                         )       **WITH PREJUDICE AS TO**
                Defendants.              )       **ALL DEFENDANTS**
                                         )

       Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiff, **ALICE COMMAGERE**, against defendant Merck &

Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.


Lynn E. Swanson                                  Stephen G. Strauss
Gladstone N. Jones III                           Bryan Cave LLP
Jones, Swanson, Huddell & Garrison, L.L.C.       211 N. Broadway, Suite 3600
601 Poydras Street, Suite 2655                   St. Louis, MO 63102
New Orleans, Louisiana 70130                     (314) 259-2000 Tel
(504) 523-2500                                   (314) 259-2020 Fax
Counsel for Plaintiffs

                                                 Phillip A. Wittmann
                                                 Dorothy H. Wimberly
                                                 Stone Pigman Walther
Dated: 12/4/2008                                 Wittmann LLC
                                                 546 Carondelet Street
                                                 New Orleans, LA 70130
                                                 (504) 581-3200 Tel
                                                 (504) 581-3361 Fax

                                                 Attorneys for Merck & Co., Inc.

                                                 Dated: 5-28-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of May, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.