# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Vioxx®** | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | **SECTION L** |
| **This document relates to:** | |
| | |
| **Robert Berard** | **JUDGE FALLON** |
| *v.* | |
| *Merck & Co., Inc.* | **MAGISTRATE JUDGE KNOWLES** |
| | |
| | |
| | |
| *Docket No. 2:05-cv-06721* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Robert Berard in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 27th day of _____ May _____, 2010.

_____
DISTRICT JUDGE