UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | | |

MONTHLY STATUS CONFERENCE
JUNE 3, 2010
<u>SUGGESTED AGENDA</u>

I. Settlement Agreement

II. The Vioxx Settlement Program

III. Lien Administrator

IV. Special Master and Deputy Special Masters

V. Class Actions

VI. State/Federal Coordination -- State Liaison Committee

VII. *Pro Se* Claimants

VIII. PSC MDL Trial Package

IX. Government Actions

X. Pending Personal Injury Cases Subject to PTO 28

- 1 -

XI.     Fee Allocation Committee

XII.    Merck's Motions and Rules on PTOs

XIII.   Other Motions

XIV.    Appeals

XV.     Motion for Attorney Fees and to Enforce Attorney's Lien

XVI.    Pending Personal Injury Cases Subject to PTO 29 and PTO 43

XVII.   Third Party Payor Settlement

XVIII.  Next Status Conference

1000543v.1
1014848v.1