UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx ) MDL Docket No. 1657
PRODUCTS LIABILITY )
LITIGATION ) SECTION L
)
) JUDGE FALLON
)
) MAGISTRATE JUDGE KNOWLES
)
)

THIS DOCUMENT RELATES TO:
**Kathleen Ackerman, et al. vs. Merck & Co., Inc., No 2:06-cv-02198-EEF-DEK**
(pertaining to **Debra Miller** only)

## ORDER GRANTING CELLINO & BARNES, P.C.'S MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

Considering the foregoing Motion filed with this Court by Brian A. Goldstein, Esq., and the Court having considered the same and having found good cause thereof,

IT IS ORDERED BY THE COURT that the Motion to appear as amicus curiae is granted.

NEW ORLEANS, LOUISIANA, this 27th day of ____May____, 2010.

_____
Eldon A. Fallon
United States District Judge