UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Plaintiffs James K. | * | |
| Schnepf and Mary-Ann | * | MAGISTRATE JUDGE |
| Schnepf | * | KNOWLES |
| Under Case No.2:06-CV- | * | |
| 00321-EEF-DEK | * | |

**************************************************************

**PLAINTIFFS JAMES K. SCHNEPF AND MARY-ANN SCHNEPF RESPONSE IN OPPOSITION TO DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY PLAINTIFFS' CASE SHOULD NOT BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH THE LONE PINE REQUIREMENTS OF PTO 43**

**AFFIRMATION IN OPPOSITION OF JAMES P. HARDING, ESQ.**

I, JAMES P. HARDING, ESQ., an attorney duly admitted to practice in the courts of the United States of America and a partner in the law firm of HARDING & MOORE, ESQS., the attorneys for JAMES K. SCHNEPF AND MARY-ANN SCHNEPF, Plaintiffs herein, do hereby affirm under penalties of perjury that the following is true:

1. I am fully familiar with the facts herein;

2. That this case arose in United States District Court for the Eastern District of New York under case number 2:06-cv-0031-EEF-DEK that thereafter it became part of the multidistrict litigation against defendant MERCK

(The Vioxx cases) under MDL Docket No. 1657 and was transferred to the United States District Court for the Eastern District of Louisiana;

3. That my clients' claim was timely filed with the Vioxx Resolution Program arrived at by and between defendant, MERCK and the Plaintiffs' Steering Committee on behalf of thousands of Vioxx claimants including these plaintiffs;

4. That a Future Evidence Stipulation (FES) was duly filed with the Claims Administrator in this case and the Gates Committee rejected the claim;

5. That I make this affirmation in response to defendant MERCK's motion to dismiss for failure to comply with Pre-Trial Order number 43 ("PTO 43") to provide a case-specific expert report. Attached to this Affirmation In Opposition and made a part hereof is my Declaration, the Expert Report dated 5/14/2010 of David Changaris, M.D. and a copy of the original Plaintiffs' Profile Form (PPF).

6. Plaintiffs have substantially complied with the requirements of PTO 43 and accordingly ask that the Court exercise its sound discretion in accepting the attached expert report as being in compliance with that Order. Plaintiffs would be greatly prejudiced because of the result in outright dismissal of their claim and defendant

MERCK would not be substantially prejudiced by the finding that Plaintiffs were in substantial compliance with PTO 43.

THEREFORE, I respectfully ask that defendant's motion to dismiss for failure to comply with Pre-Trial Order No. 43 be dismissed, and the Court grant such further relief as it may be deemed just and proper.

Dated: Kew Gardens, New York
       May 18, 2010

                              Respectfully submitted,

                              BY: *James P. Harding*
                                  James P. Harding, Esq.
                                  (jph-1804)
                                  HARDING & MOORE, ESQS.
                                  Attorneys for Plaintiffs
                                  80-59 Lefferts Blvd.
                                  Kew Gardens, New York
                                  11415: 718-805-1500

TO: CLERK
    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
    500 Poydras Street
    New Orleans, Louisiana 70130

    DOROTHY H. WIMBERLY, ESQ.
    Stone Pigman Walther Wittmann, LLC
    Defendants' Liaison Counsel
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:504-581-3200
    Fax:  504-581-3351

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| Plaintiffs James K. | * | |
| Schnepf and Mary-Ann | * | MAGISTRATE JUDGE |
| Schnepf | * | KNOWLES |
| Under Case No.2:06-CV- | * | |
| 00321-EEF-DEK | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DECLARATION**

I, JAMES P. HARDING, ESQ., make this Declaration under penalties of perjury as follows:

1. That I represent JAMES K. SCHNEPF AND MARY-ANN SCHNEPF;

2. That I submitted to David G. Changaris, M.D. of 801 Barret Avenue, Suite 103, Louisville, Kentucky 40204 the following:

   a) Parkway Hospital records for James K. Schnepf for 2/28/99—3/5/99;

   b) Parkway Hospital records for James K. Schnepf for 4/1/01-4/5/01;

   c) Parkway Hospital records for James K. Schnepf for 6/4/01—6/7/01;

-2-

d) Treatment records for James K. Schnepf from George Babitsky, M.D. showing Vioxx prescriptions and dosage;

e) Pharmacy records from CVS-Caremark Pharmacy;

f) Pharmacy records from Metropolitan Pharmacy;

g) Affidavit of James K. Schnepf detailing his Vioxx usage, including use of manufacturer's samples of Vioxx which he took without prescriptions;

h) Copy of Plaintiffs' Profile Form;

3. That Dr. Changaris, who is Board Certified in Neurological Surgery and has trained in Pharmacology and published in peer-reviewed journals regarding glycolipid research and treats patients in relevant fields has concluded, that based on the records presented and his knowledge of the biochemical and pharmacologic properties rofecoxib that the ingestion of Vioxx was a "substantial factor in causing plaintiff's injuries as well as other causes, and that Mr. Schnepf's Vioxx usage is totally consistent with the type of injury he suffered."

-3-

4. Dr. Changaris' report is attached as Exhibit "A".

Dated: Kew Gardens, New York
       May 18, 2010

                                    _____
                                    James P. Harding, Esq.
                                    (jph1804)
                                    Attorney for Plaintiffs
                                    80-59 Lefferts Blvd.
                                    Kew Gardens, New York 11415
                                    718-805-1500

Sworn to before me this
19th Day of May, 2010.

_____
Notary Public

MARTIN L. GINSBERG
Notary Public, State of New York
No. 41-4735218
Qualified in Queens County
Commission Expires March 30, 20 11

TATE OF NEW YORK, COUNTY OF                                            ss.:

the undersigned, an attorney admitted to practice in the courts of New York State,

☐ **Certification By Attorney**    certify that the within
has been compared by me with the original and found to be a true and complete copy.

☐ **Attorney's Affirmation**    state that I am
the attorney(s) of record for                        in the within
action; I have read the foregoing                      and know the contents thereof;
the same is true to my own knowledge, except as to the matters therein alleged to be on information and belief, and as to those matters
I believe it to be true. The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

affirm that the foregoing statements are true, under the penalties of perjury.

ated:                                                       *The name signed must be printed beneath*

TATE OF NEW YORK, COUNTY OF                 ss.:

the undersigned, being duly sworn, depose and say: I am

☐ **Individual Verification**    in the action; I have read the foregoing
and know the contents thereof; the same is true to my own knowledge, except
as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.

☐ **Corporate Verification**    the            of
a              corporation and a party in the within action; I have read the foregoing
and know the contents thereof; and the same is true to my own knowledge,
except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This
verification is made by me because the above party is a corporation and I am an officer thereof.

he grounds of my belief as to all matters not stated upon my own knowledge are as follows:

worn to before me on                                      *The name signed must be printed beneath*

TATE OF NEW YORK, COUNTY OF    QUEENS        ss.:     (If more than one box is checked—indicate after names type of service used.)

the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at    Queens County

'n May 19, 2010      I served the within    AFFIRMATION IN OPPOSITION AND DECLARATION

☒ **Service By Mail**    by mailing a copy to each of the following persons at the last known address set forth after each name below.

☐ **Personal Service on Individual**    by delivering a true copy of each personally to each person named below at the address indicated. I knew each person served to be the person mentioned and described in said papers as *a party therein:*

☐ **Service by Electronic Means**    by transmitting a copy to the following persons by ☐ FAX at the telephone number set forth after each name below ☐ E-MAIL at the E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by mailing a copy to the address set forth after each name.

☐ **Overnight Delivery Service**    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

```
CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 Poydras Street
New Orleans, Louisiana 70130

DOROTHY H. WIMBERLY, ESQ.
Stone Pigman Walther Wittmann, LLC
Defendants' Liaison Counsel
546 Carondelet Street
New Orleans, Louisiana 70130
504-581-3200  fax:504-581-3351
```

*The name signed must be printed beneath*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Index No. Case No. 2:06-xxxxx CV-00321-EEF-DEK

MDL Docket No. 1657

SECTION L
JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

In re: Vioxx

PRODUCTS LIABILITY
LITIGATION

This document relates to
Plaintiffs James K. Schnepf
and Mary-Ann Schnepf
Under Case No.2:06-CV-00321-
EEF-DEK

AFFIRMATION IN OPPOSITION AND
DECLARATION

Signature (Rule 130-1.1-a)
_[signature]_
Print name beneath
James P. Harding, Esq.

**HARDING & MOORE**

Attorneys for Plaintiffs

Office and Post Office Address, Telephone
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NY 11415
(718) 805-1500

To

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated,

Attorney(s) for

1500 – Blumberg Excelsior Inc., NYC 10013

---

**NOTICE OF ENTRY**

PLEASE take notice that the within is a (certified)
true copy of a
duly entered in the office of the clerk of the within
named court on

Dated,

Yours, etc.

**HARDING & MOORE**

Attorneys for

Office and Post Office Address
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NY 11415

To

Attorney(s) for

---

**NOTICE OF SETTLEMENT**

PLEASE take notice that an order
of which the within is a true copy will be presented
for settlement to the Hon.
one of the judges of the within named Court, at
on
at
Dated,      M.

Yours, etc.

**HARDING & MOORE**

Attorneys for

Office and Post Office Address
80-59 LEFFERTS BOULEVARD
KEW GARDENS, NY 11415

To

Attorney(s) for