## David G. Changaris, M.D., P.S.C.

Board Certified in Neurological Surgery and Pain Medicine

801 Barret Avenue, Suite 103 • Louisville, Kentucky 40204
Tel (502) 584-6852 • Fax (502) 584-8379

May 14, 2010

James P. Harding
80-59 Leffert's Boulevard
Kew Gardens, New York 11415

Re: James K. Schnepf v. *Merck & Co., Inc., et al.*

My name is David Changaris. I am a physician specializing in neurological injuries while my primary board is in Neurological Surgery, I have had extensive training and experience in lipid chemistry. My credentials pertinent to this report are: I had one year of formal general pathology training, two years of formal training as a post-doctoral fellow in Pharmacology at the Department of Pharmacology, Pennsylvania Statue University, Hershey, Penna. I published in peer reviewed journals glycolipid research. While a Neurosurgical Resident I spent a year in formal training in neuropathology and published papers dealing with the interaction of calcium and glycolipid. My partner Dr. Robert Levy at the University of Louisville was a respected lipid chemist. I currently have patents dealing with the lipid chemistry of novel emulsions. I have followed the cyclo-oxygenase story for years.

I have been asked to provide an abbreviated opinion as to whether it is more probable than not that the ingestion of Vioxx by Mr. Schnepf was a substantial factor in causing Mr. Schnepf's injuries as well as other causes. I have not agreed to testify at trial or otherwise in this action.

This Report is based on the records listed below of Mr. Schnepf (which I assume to be true) regarding the ingestion of Vioxx. I have not attempted to independently verify that facts in these records. This Report is also based on selected medical records provided to me by Mr. Schnepf's counsel. I have not attempted to independently investigate Mr. Schnepf's medical conditions and I assume that the records provided to me are accurate.

I have read PTO 28, Section II (D.) and Judge Fallon's Orders of May 30, 2008 and July 2, 2009. It is my belief that this Report satisfies the requirements of those Orders. I am not attempting by this Report to rule out or establish other potential causes, and it is my understanding that this abbreviated Report can be supplemented at a later date by me or by others to address those issues.

Mr. Schnepf was given prescriptions of Vioxx 12.5-50 mg from August 1997 through September 2004. The injuries he sustained were multiple strokes and chest pain 2/99, 4/1, 6/1, 10/1, 6/4.

It is my opinion that it is more probable than not that the ingestion of Vioxx was a substantial factor in bringing about or causing Mr. Schnepf's injuries. The scientific basis for this opinion is my knowledge of the biochemical and pharmacologic properties of rofecoxib, which is totally consistent with the type of injury Mr. Schnepf suffered.

Records from the following were reviewed: Records from Parkway Hospital, the affidavit by Mr. Schnepf, Office notes of Dr Babitsky, Pharmacy record from Caremark, pharmacy records from Metropolitian Pharmacy.

Sincerely,

David G. Changaris, MD

*James K. Schnepf v. Merck & Co., Inc., et al.*