## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| Frank Britton, et al. | * | **JUDGE FALLON** |
| v. | * | |
| Merck & Co., Inc. | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Lucy Cannavino, Georgianne Larken,* | * | |
| *Michael Cannavino, and Karen Green* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-08375* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Lucy Cannavino, Michael Cannavino, Karen Green, and Georgianne Larken, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of        June       , 2010.

_____
DISTRICT JUDGE