## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Alana Lyles, et al.* v. *Merck & Co., Inc., et al.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *Monica Robinson* | |
| *Docket No. 2:05-cv-04548* | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Monica Robinson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __1st__ day of _____June_____, 2009.

_____
DISTRICT JUDGE