UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>Product Liability Litigation | * * * | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | * * | |
| Clarence Abrams, et al.<br>v.<br>Merck & Co., Inc., et al. | * * * * | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| Only with regard to:<br>Alice Commagere | * * * * | |
| Docket No. 2:05-cv-04434 | * | |

*******************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Alice Commagere in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  1st  day of      June     , 2010.

_____
DISTRICT JUDGE