UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | \* <br> \* <br> \* | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | \* <br> \* | |
| David Chavez, et al. <br> v. <br> *Merck & Co., Inc., et al.* | \* <br> \* <br> \* <br> \* | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Russel D. Coon.* | \* <br> \* <br> \* <br> \* | |
| *Docket No. 2:08-cv-01030* | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Russel D. Coon in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __1st__ day of _____June_____, 2010.

_____
DISTRICT JUDGE