# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

**********************************

**THIS DOCUMENT RELATES TO:**

Plaintiff's Name: Gerald Smith

Case Name:  Bobbie Thompson et al. v Merck & Co.

Case Number: USDC ED of LA 2:05-cv-04055 EEF-DEK

## ENTRY OF APPEARANCE

COMES NOW Thomas P. Cartmell of the law firm of Wagstaff & Cartmell LLP and hereby formally enters his appearance as counsel on behalf of the plaintiff, Gerald Smith.

Respectfully submitted,

/s/ Thomas P. Cartmell
Thomas P. Cartmell                MO Bar # 45366
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO   64112
PH:   816-701-1100
FAX: 816-531-2372
tcartmell@wcllp.com
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing entry of appearance has been served on Phillip Wittmann and Russ Herman by e-mail and /or LexisNexis File & Serve and upon all parties by electronic means via LexisNexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of June, 2010.

Respectfully submitted,

    /s/ Thomas P. Cartmell
Thomas P. Cartmell    MO #45366
Brian J. Madden    MO #40637
Thomas J. Preuss    MO #54923
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
(816) 701-1100
Fax (816) 531-2372
Attorney for Plaintiff