UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
| Civil Action No 2:05-cv-4578, on appeal to | * | |
| the United States Court of Appeals for the | * | MAGISTRATE JUDGE |
| Fifth Circuit, Case No. 10-30452. | * | KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## JOINT DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, the parties hereby submit this Joint Designation of Record on Appeal and request that the following items be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-cv-4578 | 1 | COMPLAINT against Merck & Co Inc (Filing fee $ 250.) filed by Gene Weeks. (Attachments: # 1 pretrial order #14)(ala, ) (Entered: 11/08/2005) |
| 2:05-cv-4578 | 2 | ORDER OF DISMISSAL WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 3/30/2010.(caa, ) (Entered: 04/01/2010) |
| 2:05-cv-4578 | 3 | NOTICE OF APPEAL by Gene Weeks as to 2 Order Dismissing Case. (PAID: Filing fee $ 455.) (cms, ) (Entered: 04/30/2010) |
| 2:05-cv-1089 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 04-9653-GBD. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 4/20/2005 (blg, ). (Entered: 04/20/2005) |
| 2:05-cv-1089 | 2 | NOTICE OF APPEAL as to 12962 Pretrial Order #28, 12965 Pretrial Order #31 by Edward Henderson, Ronald R. O'Connor, David Agard. Filing fee $ 455. (cms, ) (Entered: 12/11/2007) |
| 2:05-cv-1089 | 3 | AMENDED NOTICE OF APPEAL by Edward Henderson, |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | Ronald R. O'Connor, David Agard. (cms, ) Certificate of Service added on 1/7/2008 (cms, ). Modified on 1/7/2008 (cms, ). (Entered: 12/17/2007) |
| 2:05-cv-1089 | 4 | ORDER of USCA dismissing Charlotte Fishetti as to 2 Notice of Appeal filed by Edward Henderson, Ronald R. O'Connor, David Agard (cms, ) (Entered: 01/28/2008) |
| 2:05-cv-1089 | 7 | NOTICE OF APPEAL by Ronald R. O'Connor, Rodney Darrow. (cms, ) (Entered: 05/21/2009) |
| 2:05-md-1657 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 2:05-md-1657 | 12965 | PRETRIAL ORDER #31-Registration of Claims. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 13099 | EXPARTE Emergency MOTION to Amend/Correct 12965 Pretrial Order 31, Registration of Claims, and, Emergency MOTION for Declaratory Judgment that Certain Provisions of Settlement Agreement are Unenforceable by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Exhibit 1# 3 Exhibit 2# 4 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) Modified on 12/17/2007 (cms, ). (Entered: 12/14/2007) |
| 2:05-md-1657 | 13102 | PRETRIAL ORDER #31(B)-Filing and Service of Registration Affidavits. Signed by Judge Eldon E. Fallon on 12/14/2007. (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(cms, ) (Entered: 12/14/2007) |
| 2:05-md-1657 | 13140 | MOTION to Withdraw Document by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) (Entered: 12/22/2007) |
| 2:05-md-1657 | 13159 | ORDER granting 13140 Motion to Withdraw 13099 Emergency MOTION to Amend/Correct 12965 Pretrial Order 31. Signed by Judge Eldon E. Fallon on 1/2/08. (Reference: all cases)(ala, ) (Entered: 01/04/2008) |
| 2:05-md-1657 | 13264 | Minute Entry for proceedings held before Judge Eldon E. Fallon : Monthly Status Conference held on 1/18/2008. The |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | next Status Conference set for 2/21/2008 09:00 AM before Judge Eldon E. Fallon. (Reference: ALL CASES)(cms, ) (Entered: 01/18/2008) |
| 2:05-md-1657 | 14157 | MOTION to Expedite *and grant telephonic hearing*, MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008* by Plaintiff. (Reference: 05-1657) (Oldfather, Ann) Modified on 4/21/2008 (cms, ). (Entered: 04/17/2008) |
| 2:05-md-1657 | 14216 | RESPONSE to Motion filed by Defendant re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657)(Wimberly, Dorothy) (Entered: 04/23/2008) |
| 2:05-md-1657 | 14472 | Supplemental Memorandum filed by Defendant, in Opposition of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit, # 2 Exhibit)(Reference: 05-1657)(Wimberly, Dorothy) (Entered: 05/19/2008) |
| 2:05-md-1657 | 14504 | PRETRIAL ORDER #37 - Terms of Access to the PSC Trial Package. Signed by Judge Eldon E. Fallon.(Reference: ALL CASES)(cms, ) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14511 | REPLY to Response to Motion filed by Plaintiff re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit)(Reference: ALL CASES)(Davis, Leonard) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14524 | Supplemental Memorandum filed by Plaintiff of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657) (Oldfather, Ann) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14527 | Supplemental Memorandum filed by Plaintiff, in Support of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657)(Oldfather, Ann) (Entered: 05/21/2008) |
| 2:05-md-1657 | 14567 | ORDER granting in part and denying in part 14157 Motion for Modification and/or Suspension of Pre-Trial Order No. 28; Motion to Expedite. IT IS FURTHER ORDERED that the status conference currently scheduled for June 18, 2008, is hereby CANCELLED. Signed by Judge Eldon E. Fallon on 5/30/2008. (Reference: ALL CASES)(cms, ) (Entered: |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 05/30/2008) |
| 2:05-md-1657 | 14938 | MOTION for Extension of Deadlines, MOTION to Vacate by Plaintiff. Motion Hearing set for 8/13/2008 02:00 PM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support of Motion)(Reference: 05-1089; 05-1088;05-1090; 05-1091;06-cv-02708; 05-2583; 05-2297; 06-2238; 05-6221)(Benjamin, Ronald) Modified on 7/1/2008 (cms, ). (Entered: 06/30/2008) |
| 2:05-md-1657 | 15704 | ORDER that the Motion for the Courts Resignation as Chief Administrator of the Master Settlement Agreement, To Vacate the Master Settlement Agreement, To Modify and Grant an Extension of Time as to Pre-Trial Order Nos. 28 and to Vacate PTO 37 (Rec. Doc. 14938) shall be set for hearing at the next monthly status conference, which shall be held on September 23, 2008, at 9:00 a.m.. Deadlines set forth as stated in document. Signed by Judge Eldon E. Fallon on 8/21/2008.(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6221)(cms, ) (Entered: 08/26/2008) |
| 2:05-md-1657 | 15900 | RESPONSE to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate *or Modify the Master Settlement Agreement filed by the Plaintiffs' Steering Committee*. (Reference: 05-1089; 05-1088; 05-1090; 05-1091; 06-2708; 05-2583; 05-2297; 06-2238; 05-6221, and to ALL CASES)(Davis, Leonard) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| 2:05-md-1657 | 15903 | ERROR: DUPLICATE TO DOCUMENT #15907 - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator [*sic*] of MSA; hollding [*sic*] msa void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Notice of Manual Attachment)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6221)(Wimberly, Dorothy) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| 2:05-md-1657 | 15907 | DEFICIENT - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator [*sic*] of MSA; holding [*sic*] |

4

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | msa void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06, 2238, 05-6221)(Wimberly, Dorothy) Modified on 9/17/2008 (cms, ). (Entered: 09/16/2008) |
| 2:05-md-1657 | 15919 | ORDER that 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate, which is currently scheduled for Tuesday, September 23, 2008, at 9:00 a.m. Accordingly, IT IS ORDERED that the motions hearing shall be held WITHOUT ORAL ARGUMENT. Deadlines stated as herein. Signed by Judge Eldon E. Fallon on 9/10/2008.(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 056-6621)(cms, ) (Entered: 09/16/2008) |
| 07-31161 (CA5) | | Motion filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to dismiss appeal for lack of jurisdiction. [5936031-1] Response/Opposition due on 1/28/08 in 07-31161, in 07-31164. Date of COS: 1/10/08 Sufficient [Y/N]: Y [07-31161, 07-31164] |
| 07-31161 (CA5) | | Response/opposition filed by Appellant David Agard in 07-31161, Appellant Edward Henderson in 07-31161, Appellant Ronald R O'Connor in 07-31161, Appellant Richard F Core in 07-31161, Appellant Robert D Gates in 07-31161, Appellant David Agard in 07-31164, Appellant Edward Henderson in 07-31164, Appellant Ronald R O'Connor in 07-31164, Appellant Richard F Core in 07-31164, Appellant Robert D Gates in 07-31164 to motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31164. Response/Opposition ddl satisfied. Reply to Resp/Opp due on 2/4/08 in 07-31161, in 07-31164. Date of COS: 1/25/08 Sufficient [Y/N]: Y [5956030-1] [07-31161, 07-31164] |
| 07-31161 (CA5) | | Reply filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to response/opposition [5956030-1] in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] in 07-31161, response/opposition [5956030-1] in 07-31164, motion to dismiss appeal for lack of jurisdiction [5936031-1]in 07-31164. Reply to Resp/Opp due |

5

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 07-31161 (CA5) | | ddl satisfied. (Received on 1/22/08) Sufficient [Y/N]: Y [5956043-1] [07-31161, 07-31164]<br>COURT Order filed granting appellee's motion to dismiss appeals for lack of jurisdiction [5936031-1], mooting the motion of the Plaintiffs' Steering Committee to become a party to the appeal [5956088-1] in 07-31161, 07-31164, mooting the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief [5956088-2] in 07-31161, 07-31164. Judge Initials: CES PRO LHS in 07-31164, 07-31164. Copies to all counsel. [07-31161, 07-31164] |
| 2:05-md-1657 | 16027 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-0297, 06-2238, 05-6221)(cms, ) (Entered: 09/18/2008) |
| 2:05-md-1657 | 16064 | REPLY to Response to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2 Dr Rich Report, # 3 Exhibit 3 Dr Rich Report 2)(Reference: 05-1089; 05-1088;05-1090; 05-1091; 06-2708; 05-2583; 05-2297; 06-2238; 05-6221)(Benjamin, Ronald) Modified on 9/22/2008 (cms, ). (Entered: 09/19/2008) |
| 2:05-md-1657 | 16137 | Corrected REPLY to Response to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6221)(cms, ) (Entered: 09/25/2008) |
| 2:05-md-1657 | 16419 | ORDER - The Court will hold three Case Management Conferences - Conference A - for the plaintiffs listed in Exhibit A to this Order, set for 10/17/2008 10:00 AM 2008 at the United States District Court, Eastern District of Louisiana, in Judge Fallon's Courtroom, Room C-456. Conference B - for the plaintiffs listed in Exhibit B to this Order, set for |

6

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 10/20/2008 10:00 AM at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/8/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16420 | SUPPLEMENTAL ORDER SCHEDULING CONFERENCES - Conference A - for the plaintiffs listed in Supplemental Exhibit A to this Order set for 10/17/2008 10:00 AM at the United States District Court, Eastern District of Louisiana. Conference B - for the plaintiffs listed in Supplemental Exhibit B to this Order set for 10/20/2008 10:00 AM 2008 at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Supplemental Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/10/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16458 | NOTICE by Plaintiff re 16419 Order. (Reference: 06-2708;05-1089;05-1090;05-6221;05-1089;50-1091;05-2297;05-108905-1513;05-1699;06-5779; 06-2708)(Benjamin, Ronald) Modified on 10/16/2008 (cms, ). (Entered: 10/15/2008) |
| 2:05-md-1657 | 16498 | EXPARTE Emergency MOTION for Reconsideration re 16419 Order; Emergency MOTION to Vacate 16459 Notice (Other), 16458 Notice (Other) by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 05-1089;05-6221;05-1090;05-1513;06-2708;05-2583;06-2708;05-1089;05-1513;05-1091;06-5779; 08-4172;08-4167;05-2297;08-3220)(Benjamin, Ronald) Modified on 10/17/2008 (cms, ). (Entered: 10/16/2008) |
| 2:05-md-1657 | 16592 | ORDER denying 16498 Motion for Reconsideration of the Court's Order Scheduling Case Management Conferences. Signed by Judge Eldon E. Fallon on 10/20/2008. (Reference: ALL CASES)(cms, ) (Entered: 10/21/2008) |
| 2:05-md-1657 | 16989 | EXPARTE Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: See Exhibits)(Wimberly, Dorothy) Modified on 12/1/2008 (cms, ). (Entered: 11/26/2008) |
| 2:05-md-1657 | 17108 | ORDER re 16989 Third MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 28. Show Cause Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 12/1/2008. IT IS FURTHER ORDERED that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before 12/31/2008. IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve upon Plaintiffs Liaison Counsel and plaintiffs counsel in the above-numbered cases any replies to the oppositions on or before 1/6/2009. (Reference: See Exhibits A and B)(cms, ) (Entered: 12/03/2008) |
| 2:05-md-1657 | 17394 | ORDER and REASONS denying 16803 Request for Stay 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate filed by Plaintiff. Signed by Judge Eldon E. Fallon on 12/10/2008.(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6621)(cms, ). (Entered: 12/12/2008) |
| 2:05-md-1657 | 17573 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth [sic] Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28*. (Attachments: # 1 Exhibit A Registration Affidavit, # 2 Exhibit B Notices Sent, # 3 Exhibit C Transfer Order, # 4 Exhibit D Expert Reports, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F1 102208 ltr from Horn, # 7 Exhibit F2 102208 ltr from Horn, # 8 Exhibit G Merck Deems Eligible List, # 9 Exhibit H 102708 ltr to Horn, # 10 Exhibit I 1102808 ltr from Horn, # 11 Exhibit I 2 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 Marvin ltr to Judge Fallon, # 14 Exhibit L Lexis Nexis Transaction Receipts, # 15 Exhibit M Transaction Receipts and letters)(Reference: 05-1089; 05-1090; 05-1513;06-2708;05-2583;05-2297;05-1088;05-6221;06-2238;05-1091;06-5779;2:05-cv-01513; 2:06-cv-02708)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17574 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 05-1089; 05-1090; 05-1513; 06-2708; 05-2583; 05-2297; 05-1088; 05-6221; 06-2238; 05-1091; 06-5779)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 |

8

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17575 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17576 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28*. (Attachments: # 1 Exhibit Exhibit [*sic*] A Registration Affidavits, # 2 Exhibit Exhibit [*sic*] B Notices Sent, # 3 Exhibit C transfer Order, # 4 Exhibit D Expert Reports and Statements, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F 1 102208 ltr from Horn, # 7 Exhibit F 2 2nd 102208 ltr from Horn, # 8 Exhibit G Merck Eligible List, # 9 Exhibit H 10 102708 ltr to Horn, # 10 Exhibit I 1 102808 ltr from Horn, # 11 Exhibit 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 ltr to Judge Fallon, # 14 Exhibit L Transaction record, # 15 Exhibit M Transaction Receipts and ltrs, # 16 Certificate of Service)(Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17597 | REPLY to Response to Motion filed by Defendant re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth* [*sic*] *Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (Replying to Plaintiffs' Additional Opposition)*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 05-1089, 05-1090, 05-1513, 06-2708, 05-2583, 05-2297, 05-1088, 05-6221, 06-2238, 05-1091, 06-5779, 08-4173, 08-3221, 08-4172, 08-4167, 08-4171, 08-3220, 08-3222, 08-4170, 08-4166, 08-4168, 08-4169)(Wimberly, Dorothy) (Entered: 01/07/2009) |
| 2:05-md-1657 | 18338 | EXPARTE First MOTION to Vacate Consent, MOTION to Set Aside, First MOTION for Recusal by Plaintiff. (Attachments: # 1 Memorandum in Support of His Motion to Rescind, # 2 Affidavit in Support of His Motion to Vacate, # 3 Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 4/23/2009 (cms, ). (Additional attachment(s) added on 4/27/2009: # 4 Proposed Order) (cms, ). Modified on |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 4/27/2009 (cms, ). (Entered: 04/22/2009) |
| 2:05-md-1657 | 18527 | ORDER & REASONS denying 17574 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal; denying 17575 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal. IT IS FURTHER ORDERED that the plaintiffs listed in Exhibits A and B are hereby DISMISSED WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 4/28/2009. (Reference: Exhibits A & B)(cms, ) (Entered: 04/29/2009) |
| 2:05-md-1657 | 18810 | REPLY AFFIDAVIT filed by Plaintiff re 18338 First MOTION to Vacate Consent MOTION to Set Aside First MOTION for Recusal. (Reference: 05-4578)(Benjamin, Ronald) Modified on 5/21/2009 (cms, ). (Entered: 05/20/2009) |
| 2:05-md-1657 | 18811 | CERTIFICATE OF SERVICE by Plaintiff. (Reference: 05-4578)(Benjamin, Ronald) Modified on 5/21/2009 (cms, ). (Entered: 05/20/2009) |
| 2:05-md-1657 | 20319 | EXPARTE MOTION for Sanctions Against Ronald R. Benjamin by Plaintiff. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Reference: 05-4578)(Tejedor, Maria) Modified on 7/2/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: # 8 Proposed Order) (cms, ). (Entered: 07/02/2009) |
| 2:05-md-1657 | 20328 | EXPARTE MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs by Plaintiff. (Attachments: # 1 Exhibit a, # 2 Exhibit B- Letter to client description of settlement, # 3 Exhibit B - Settlement Agreement, # 4 Exhibit B- Claims Examples, # 5 Exhibit B - Election to Participate, # 6 Exhibit C, # 7 Exhibit D, # 8 Exhibit E, # 9 Exhibit F, # 10 Exhibit G, # 11 Exhibit H)(Reference: 05-4578)(Tejedor, Maria) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 7/6/2009: # 12 Proposed Order) (cms, ). (Entered: 07/02/2009) |
| 2:05-md-1657 | 21307 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 20328 MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs. (Reference: 05 -4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). (Entered: 07/22/2009) |
| 2:05-md-1657 | 21308 | CERTIFICATE OF SERVICE by Plaintiff re 21307 Response/Memorandum in Opposition to Motion,. (Reference: 05-4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | (Entered: 07/22/2009) |
| 2:05-md-1657 | 21309 | CERTIFICATE OF SERVICE by Plaintiff re 21307 Response/Memorandum in Opposition to Motion, 21308 Certificate of Service Amended. (Reference: 2:05-cv-4578)(Benjamin, Ronald) (Entered: 07/22/2009) |
| 2:05-md-1657 | 21310 | Cross Motion for Sanctions and Recusal filed by Plaintiff Gene Weeks re 20319 MOTION for Sanctions Against Ronald R. Benjamin. (Attachments: # 1 Memorandum in Support MOL in Support of PL Cross Motion for Sanctions)(Reference: 05-4578)(Benjamin, Ronald) Modified on 7/23/2009 (cms, ). (Additional attachment(s) added on 7/23/2009: # 2 Proposed Order) (cms, ). (Entered: 07/22/2009) |
| 2:05-md-1657 | 21311 | CERTIFICATE OF SERVICE by Plaintiff re 21310 Response to Motion. (Reference: 2:05-cv-4578)(Benjamin, Ronald) (Entered: 07/22/2009) |
| 2:05-md-1657 | 21315 | EXPARTE Cross MOTION for Recusal by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 05-4578)(Benjamin, Ronald) Modified on 7/24/2009 (cms, ). (Entered: 07/23/2009) |
| 2:05-md-1657 | 21656 | RESPONSE to Motion filed by Defendant re 18338 First MOTION to Vacate Consent MOTION to Set AsideFirst MOTION for Recusal. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit)(Reference: 05-4578)(Wimberly, Dorothy) (Entered: 08/05/2009) |
| 2:05-md-1657 | 26882 | REQUEST for Production of Documents by Plaintiff.(Reference: 05-4578)(Benjamin, Ronald) Modified on 11/12/2009 (cms, ). (Entered: 11/11/2009) |
| 2:05-md-1657 | 26884 | CERTIFICATE OF SERVICE by Plaintiff Gene Weeks. (Reference: 05cv4578)(Benjamin, Ronald) (Entered: 11/11/2009) |
| 2:05-md-1657 | 31370 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 21310 CROSS MOTION for Sanctions. (Reference: 05-4578)(Tejedor, Maria) Modified on 7/29/2009 (cms, ). (Entered: 07/28/2009) |
| 2:05-md-1657 | 26884 | CERTIFICATE OF SERVICE by Plaintiff Gene Weeks. (Reference: 05cv4578)(Benjamin, Ronald) (Entered: 11/11/2009) |
| 2:05-md-1657 | 30977 | ORDER Setting/Resetting Hearing with Oral Argument on 20319 MOTION for Sanctions Against Ronald R. Benjamin, 20328 MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs, 21310 CROSS MOTION for Sanctions : Motion Hearing set for 1/27/2010 |

11

| Case Number | Docket Number | Docket Text |
|---|---|---|
|  |  | 09:00 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that the Court shall accommodate Mr. Benjamins request to participate in this proceeding via telephone. Mr. Benjamin is directed to contact the Court on or before Monday, January 25, 2010 to obtain call-in information. Signed by Judge Eldon E. Fallon on 1/5/2010.(Reference: 05-4578)(cms, ) Modified on 1/6/2010 (cms, ). (Entered: 01/06/2010) |
| 2:05-md-1657 | 32180 | Letter to Court from Ronald Benjamin dated 1/19/2010 (Reference: 05-4578)(Benjamin, Ronald) Modified on 1/21/2010 (cms, ). (Entered: 01/20/2010) |
| 2:05-md-1657 | 33007 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 1/27/2010 re 20319] MOTION for Sanctions Against Ronald R. Benjamin, 20328 MOTION for Settlement Enforcement Between Merck and GeneWeeks as Deemed to Have Been Knowingly and Voluntarily and Allow Plaintiff's Counsel to Disperse Funds to Gene Weeks and Collect Fees and Costs, [ 21310 CROSS MOTION for Sanctions. (Court Reporter Cathy Pepper.) (Reference: 05-4578)(cms, ) (Entered: 01/27/2010) |
| 2:05-md-1657 | 34879 | ORDER and REASONS denying 18338 Motion to Vacate ; denying 20319 Motion for Sanctions; denying 20328 Motion for Settlement; denying 21310 Cross Motion for Sanctions. IT IS FURTHER ORDERED that the portion of Mr. Weeks settlement award to which he is now indisputably entitled should be disbursed to him. Signed by Judge Eldon E. Fallon on 2/18/2010. (Reference: 05-4578)(cms, ) (Entered: 02/19/2010) |
| 2:05-md-1657 | 36089 | Exparte MOTION to Withdraw Document re 20328 MOTION for Settlement Enforcement Between Merck and Gene Weeks as Deemed to Have Been Knowingly and Voluntarily and Motion to Allow Plaintiff's Counsel to Disburse Funds to Gene Weeks and Collect Fees and Costs by Plaintiff. (Reference: 05-4578)(Tejedor, Maria) Modified on 3/5/2010 (cms, ). (Entered: 03/04/2010) |
| 2:05-md-1657 | 37101 | NOTICE by Plaintiff re 34879 Order on Motion to Vacate,, Order on Motion to Set Aside,, Order on Motion for Recusal,, Order on Motion for Sanctions,, Order on Motion for Settlement,,, for Attorney Fees and Cost Lien. (Reference: 05-4578)(Tejedor, Maria) Modified on 3/16/2010 (cms, ). (Entered: 03/15/2010) |
| 2:05-md-1657 | 38399 | STIPULATION of Dismissal With Prejudice of the claims of Gene Weeks by Defendant, Plaintiff (Attachments: # 1 Proposed Order)(Reference: 05-4578)(Strauss, Stephen) |

1018838v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | (Entered: 03/29/2010) |
| 2:05-md-1657 | 38719 | Letter to Patrick A. Juneau (Special Master) by Plaintiff re 38399 Stipulation of Dismissal as to Gene Weeks. (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/1/2010 (cms, ). (Entered: 03/31/2010) |
| 2:05-md-1657 | 38758 | ORDER granting 38399 Stipulation of Dismissal with prejudice as to Gene Weeks filed by Plaintiff and Defendant. Signed by Judge Eldon E. Fallon on 3/30/2010.(Reference: 05-4578)(caa, ) (Entered: 04/01/2010) |
| 2:05-md-1657 | 39107 | Letter to Patrick A. Juneau (Special Master) by Plaintiff re 38399 Stipulation of Dismissal . (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/6/2010 (cms, ). (Entered: 04/05/2010) |
| 2:05-md-1657 | 39594 | DEFICIENT - MOTION to Alter Judgment by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Affidavit of Service)(Reference: 05-4578)(Benjamin, Ronald) Modified on 4/12/2010 (cms, ). (Entered: 04/09/2010) |
| 2:05-md-1657 | 40055 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 39594 MOTION to Alter Judgment. (Reference: 05-4578)(Wimberly, Dorothy) (Entered: 04/19/2010) |
| 2:05-md-1657 | 40561 | ORDER denying 39594 MOTION to Alter, Amend or Vacate This Courts March30, 2010 Order of Dismissal. Signed by Judge Eldon E. Fallon on 4/23/2010.(Reference: 05-4578)(cms, ) (Entered: 04/27/2010) |
| 2:05-md-1657 | 40806 | NOTICE OF APPEAL by Plaintiff Gene Weeks as to 38758 Order. (Filing fee $ 455, receipt number 053L-2412728.) (Reference: 05-4578)(Benjamin, Ronald) Modified on 4/30/2010 (cms, ). (Entered: 04/29/2010) |
| 2:05-md-1657 | 41176 | Response/Reply by Plaintiff to 4/26/10 letter of Maria Tejedor (Reference: 05-cv-4578)(Benjamin, Ronald) (Entered: 05/06/2010) |

1018838v.1

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Ronald R. Benjamin
Ronald R. Benjamin
LAW OFFICE OF
RONALD R. BENJAMIN
126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902
ATTORNEY FOR PLAINTIFFS

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1018838v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of June, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1018838v.1