UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | SECTION L |
| This Document Relates to: | * | |
| | * | JUDGE ELDON E. FALLON |
| Civil Action Nos. 2:09-cv-3611; 2:09-cv-3613, on appeal to the United States Court of Appeals for the Fifth Circuit, Case No. 10-30215. | * * * * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT DESIGNATION OF RECORD ON APPEAL

In accordance with the Order entered by the United States Court of Appeals for the Fifth Circuit, the parties hereby submit this Joint Designation of Record on Appeal and request that the following items be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-cv-1089 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 04-9653-GBD. Copy of file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Pretrial Order #5A)(blg, ) Additional attachment(s) added on 4/20/2005 (blg, ). (Entered: 04/20/2005) |
| 2:05-cv-1089 | 2 | NOTICE OF APPEAL as to 12962 Pretrial Order #28, 12965 Pretrial Order #31 by Edward Henderson, Ronald R. O'Connor, David Agard. Filing fee $ 455. (cms, ) (Entered: 12/11/2007) |
| 2:05-cv-1089 | 3 | AMENDED NOTICE OF APPEAL by Edward Henderson, Ronald R. O'Connor, David Agard. (cms, ) Certificate of Service added on 1/7/2008 (cms, ). Modified on 1/7/2008 (cms, ). (Entered: 12/17/2007) |
| 2:05-cv-1089 | 4 | ORDER of USCA dismissing Charlotte Fishetti as to 2 Notice of Appeal filed by Edward Henderson, Ronald R. O'Connor, David Agard (cms, ) (Entered: 01/28/2008) |
| 2:05-cv-1089 | 7 | NOTICE OF APPEAL by Ronald R. O'Connor, Rodney Darrow. (cms, ) (Entered: 05/21/2009) |
| 2:09-cv-3611 | 1 | Case transferred in from Southern District of New York; Case |

1

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | Number 1:09-3864. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 Complaint, # 3 Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 06/05/2009) |
| 2:09-cv-3611 | 2 | NOTICE OF APPEAL by Lucretia Nobile re Order of Dismissal dated 2/2/2010. (cms, ) (Entered: 03/02/2010) |
| 2:09-cv-3613 | 1 | Case transferred in from Southern District of New York (Foley Square); Case Number 1:09-3866. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 Complaint, # 3 Docket Sheet, # 4 PTO #14)(clm, ) (Entered: 06/08/2009) |
| 2:09-cv-3613 | 2 | NOTICE OF APPEAL by Cheryl Singer re Order of Dismissal dated 2/2/2010. (cms, ) (Entered: 03/02/2010) |
| 2:05-md-1657 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 12964 | PRETRIAL ORDER #30: Staying activity in this MDL with certain exceptions as stated herein. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) Modified on 11/9/2007 (dmg, ). (Entered: 11/09/2007) |
| 2:05-md-1657 | 12965 | PRETRIAL ORDER #31-Registration of Claims. Signed by Judge Eldon E. Fallon on 11/9/2007.(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 2:05-md-1657 | 13099 | EXPARTE Emergency MOTION to Amend/Correct 12965 Pretrial Order 31, Registration of Claims, and, Emergency MOTION for Declaratory Judgment that Certain Provisions of Settlement Agreement are Unenforceable by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Exhibit 1# 3 Exhibit 2# 4 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) Modified on 12/17/2007 (cms, ). (Entered: 12/14/2007) |
| 2:05-md-1657 | 13102 | PRETRIAL ORDER #31(B)-Filing and Service of Registration Affidavits. Signed by Judge Eldon E. Fallon on 12/14/2007. (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(cms, ) (Entered: 12/14/2007) |
| 2:05-md-1657 | 13140 | MOTION to Withdraw Document by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) (Entered: 12/22/2007) |

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 13159 | ORDER granting 13140 Motion to Withdraw 13099 Emergency MOTION to Amend/Correct 12965 Pretrial Order 31. Signed by Judge Eldon E. Fallon on 1/2/08. (Reference: all cases)(ala, ) (Entered: 01/04/2008) |
| 2:05-md-1657 | 13264 | Minute Entry for proceedings held before Judge Eldon E. Fallon : Monthly Status Conference held on 1/18/2008. The next Status Conference set for 2/21/2008 09:00 AM before Judge Eldon E. Fallon. (Reference: ALL CASES)(cms, ) (Entered: 01/18/2008) |
| 2:05-md-1657 | 14157 | MOTION to Expedite *and grant telephonic hearing*, MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008* by Plaintiff. (Reference: 05-1657) (Oldfather, Ann) Modified on 4/21/2008 (cms, ). (Entered: 04/17/2008) |
| 2:05-md-1657 | 14216 | RESPONSE to Motion filed by Defendant re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657)(Wimberly, Dorothy) (Entered: 04/23/2008) |
| 2:05-md-1657 | 14472 | Supplemental Memorandum filed by Defendant, in Opposition of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit, # 2 Exhibit)(Reference: 05-1657)(Wimberly, Dorothy) (Entered: 05/19/2008) |
| 2:05-md-1657 | 14504 | PRETRIAL ORDER #37 - Terms of Access to the PSC Trial Package. Signed by Judge Eldon E. Fallon.(Reference: ALL CASES)(cms, ) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14511 | REPLY to Response to Motion filed by Plaintiff re 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Attachments: # 1 Exhibit)(Reference: ALL CASES)(Davis, Leonard) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14524 | Supplemental Memorandum filed by Plaintiff of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657) (Oldfather, Ann) (Entered: 05/20/2008) |
| 2:05-md-1657 | 14527 | Supplemental Memorandum filed by Plaintiff, in Support of 14157 MOTION to Expedite *and grant telephonic hearing* MOTION for Extension of Deadlines *Under PTO 28 requiring case specific discovery by May 1, 2008 or July 1, 2008*. (Reference: 05-1657)(Oldfather, Ann) (Entered: 05/21/2008) |

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 14567 | ORDER granting in part and denying in part 14157 Motion for Modification and/or Suspension of Pre-Trial Order No. 28; Motion to Expedite. IT IS FURTHER ORDERED that the status conference currently scheduled for June 18, 2008, is hereby CANCELLED. Signed by Judge Eldon E. Fallon on 5/30/2008. (Reference: ALL CASES)(cms, ) (Entered: 05/30/2008) |
| 2:05-md-1657 | 14938 | MOTION for Extension of Deadlines, MOTION to Vacate by Plaintiff. Motion Hearing set for 8/13/2008 02:00 PM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Affidavit in Support of Motion)(Reference: 05-1089; 05-1088;05-1090; 05-1091;06-cv-02708; 05-2583; 05-2297; 06-2238; 05-6221)(Benjamin, Ronald) Modified on 7/1/2008 (cms, ). (Entered: 06/30/2008) |
| 2:05-md-1657 | 15900 | RESPONSE to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate *or Modify the Master Settlement Agreement filed by the Plaintiffs' Steering Committee*. (Reference: 05-1089; 05-1088; 05-1090; 05-1091; 06-2708; 05-2583; 05-2297; 06-2238; 05-6221, and to ALL CASES)(Davis, Leonard) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| 2:05-md-1657 | 15903 | ERROR: DUPLICATE TO DOCUMENT #15907 - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator [*sic*] of MSA; hollding [*sic*] msa void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Notice of Manual Attachment)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6221)(Wimberly, Dorothy) Modified on 9/16/2008 (cms, ). (Entered: 09/15/2008) |
| 2:05-md-1657 | 15907 | DEFICIENT - RESPONSE/MEMORANDUM in Opposition filed by Defendant re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator [*sic*] of MSA; holding [*sic*] msa void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06, 2238, 05-6221)(Wimberly, |

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | Dorothy) Modified on 9/17/2008 (cms, ). (Entered: 09/16/2008) |
| 07-31161 (CA5) | | Motion filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to dismiss appeal for lack of jurisdiction. [5936031-1] Response/Opposition due on 1/28/08 in 07-31161, in 07-31164. Date of COS: 1/10/08 Sufficient [Y/N]: Y [07-31161, 07-31164] |
| 07-31161 (CA5) | | Response/opposition filed by Appellant David Agard in 07-31161, Appellant Edward Henderson in 07-31161, Appellant Ronald R O'Connor in 07-31161, Appellant Richard F Core in 07-31161, Appellant Robert D Gates in 07-31161, Appellant David Agard in 07-31164, Appellant Edward Henderson in 07-31164, Appellant Ronald R O'Connor in 07-31164, Appellant Richard F Core in 07-31164, Appellant Robert D Gates in 07-31164 to motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] by Appellee Merck and Co Inc in 07-31164. Response/Opposition ddl satisfied. Reply to Resp/Opp due on 2/4/08 in 07-31161, in 07-31164. Date of COS: 1/25/08 Sufficient [Y/N]: Y [5956030-1] [07-31161, 07-31164] |
| 07-31161 (CA5) | | Reply filed by Appellee Merck and Co Inc in 07-31161, Appellee Merck and Co Inc in 07-31164 to response/opposition [5956030-1] in 07-31161, motion to dismiss appeal for lack of jurisdiction [5936031-1] in 07-31161, response/opposition [5956030-1] in 07-31164, motion to dismiss appeal for lack of jurisdiction [5936031-1]in 07-31164. Reply to Resp/Opp due ddl satisfied. (Received on 1/22/08) Sufficient [Y/N]: Y [5956043-1] [07-31161, 07-31164] |
| 07-31161 (CA5) | | COURT Order filed granting appellee's motion to dismiss appeals for lack of jurisdiction [5936031-1], mooting the motion of the Plaintiffs' Steering Committee to become a party to the appeal [5956088-1] in 07-31161, 07-31164, mooting the alternative motion of the Plaintiffs' Steering Committee to file an amicus curiae brief [5956088-2] in 07-31161, 07-31164. Judge Initials: CES PRO LHS in 07-31164, 07-31164. Copies to all counsel. [07-31161, 07-31164] |
| 2:05-md-1657 | 16137 | Corrected REPLY to Response to Motion filed by Plaintiff re 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate. (Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05- |

5

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | 6221)(cms, ) (Entered: 09/25/2008) |
| 2:05-md-1657 | 16419 | ORDER - The Court will hold three Case Management Conferences - Conference A - for the plaintiffs listed in Exhibit A to this Order, set for 10/17/2008 10:00 AM 2008 at the United States District Court, Eastern District of Louisiana, in Judge Fallon's Courtroom, Room C-456. Conference B - for the plaintiffs listed in Exhibit B to this Order, set for 10/20/2008 10:00 AM at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/8/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16420 | SUPPLEMENTAL ORDER SCHEDULING CONFERENCES - Conference A - for the plaintiffs listed in Supplemental Exhibit A to this Order set for 10/17/2008 10:00 AM at the United States District Court, Eastern District of Louisiana. Conference B - for the plaintiffs listed in Supplemental Exhibit B to this Order set for 10/20/2008 10:00 AM 2008 at the United States District Court, Southern District of New York. Conference C - for the plaintiffs listed in Supplemental Exhibit C to this Order, set for 10/21/2008 10:00 AM at the United States District Court, Northern District of Illinois. Signed by Judge Eldon E. Fallon on 10/10/2008.(Reference: All Plaintiffs listed on Exhibits A,B, and C)(cms, ) (Entered: 10/14/2008) |
| 2:05-md-1657 | 16458 | NOTICE by Plaintiff re 16419 Order. (Reference: 06-2708;05-1089;05-1090;05-6221;05-1089;50-1091;05-2297;05-108905-1513;05-1699;06-5779; 06-2708)(Benjamin, Ronald) Modified on 10/16/2008 (cms, ). (Entered: 10/15/2008) |
| 2:05-md-1657 | 16498 | EXPARTE Emergency MOTION for Reconsideration re 16419 Order; Emergency MOTION to Vacate 16459 Notice (Other), 16458 Notice (Other) by Plaintiff. (Attachments: # 1 Proposed Order)(Reference: 05-1089;05-6221;05-1090;05-1513;06-2708;05-2583;06-2708;05-1089;05-1513;05-1091;06-5779; 08-4172;08-4167;05-2297;08-3220)(Benjamin, Ronald) Modified on 10/17/2008 (cms, ). (Entered: 10/16/2008) |
| 2:05-md-1657 | 16592 | ORDER denying 16498 Motion for Reconsideration of the Court's Order Scheduling Case Management Conferences. Signed by Judge Eldon E. Fallon on 10/20/2008. (Reference: ALL CASES)(cms, ) (Entered: 10/21/2008) |
| 2:05-md-1657 | 16989 | EXPARTE Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply* |

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | with the Lone Pine Requirements of PTO 28 by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: See Exhibits)(Wimberly, Dorothy) Modified on 12/1/2008 (cms, ). (Entered: 11/26/2008) |
| 2:05-md-1657 | 17108 | ORDER re 16989 Third MOTION for Order to Show Cause Why Cases Should Not be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28. Show Cause Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 12/1/2008. IT IS FURTHER ORDERED that plaintiffs in the above-numbered cases file and serve upon Liaison Counsel any oppositions to the Rule on or before 12/31/2008. IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve upon Plaintiffs Liaison Counsel and plaintiffs counsel in the above-numbered cases any replies to the oppositions on or before 1/6/2009. (Reference: See Exhibits A and B)(cms, ) (Entered: 12/03/2008) |
| 2:05-md-1657 | 17394 | ORDER and REASONS denying 16803 Request for Stay 14938 MOTION for Extension of Deadlines MOTION for Extension of Time to File MOTION Resignation as chief administrator of MSA; holding MSA void ; modification of PTO 28 and 31 MOTION for Protective Order MOTION to Stay MOTION to Vacate filed by Plaintiff. Signed by Judge Eldon E. Fallon on 12/10/2008.(Reference: 05-1089, 05-1088, 05-1090, 05-1091, 06-2708, 05-2583, 05-2297, 06-2238, 05-6621)(cms, ). (Entered: 12/12/2008) |
| 2:05-md-1657 | 17573 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth [sic] Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28*. (Attachments: # 1 Exhibit A Registration Affidavit, # 2 Exhibit B Notices Sent, # 3 Exhibit C Transfer Order, # 4 Exhibit D Expert Reports, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F1 102208 ltr from Horn, # 7 Exhibit F2 102208 ltr from Horn, # 8 Exhibit G Merck Deems Eligible List, # 9 Exhibit H 102708 ltr to Horn, # 10 Exhibit I 1102808 ltr from Horn, # 11 Exhibit I 2 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 Marvin ltr to Judge Fallon, # 14 Exhibit L Lexis Nexis Transaction Receipts, # 15 Exhibit M Transaction Receipts and letters)(Reference: 05-1089; 05-1090; 05-1513;06-2708;05-2583;05-2297;05-1088;05-6221;06-2238;05-1091;06-5779;2:05-cv-01513; 2:06-cv-02708)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 17574 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 05-1089; 05-1090; 05-1513; 06-2708; 05-2583; 05-2297; 05-1088; 05-6221; 06-2238; 05-1091; 06-5779)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17575 | Cross MOTION for Extension of Time to Complete Discovery, MOTION for Recusal by Plaintiff. Motion Hearing set for 1/9/2009 10:00 AM before Judge Eldon E. Fallon. (Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) (Additional attachment(s) added on 1/5/2009: # 1 Memorandum in Support) (cms, ). Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17576 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28*. (Attachments: # 1 Exhibit Exhibit [*sic*] A Registration Affidavits, # 2 Exhibit Exhibit [*sic*] B Notices Sent, # 3 Exhibit C transfer Order, # 4 Exhibit D Expert Reports and Statements, # 5 Exhibit E 102208 ltr from Marvin, # 6 Exhibit F 1 102208 ltr from Horn, # 7 Exhibit F 2 2nd 102208 ltr from Horn, # 8 Exhibit G Merck Eligible List, # 9 Exhibit H 10 102708 ltr to Horn, # 10 Exhibit I 1 102808 ltr from Horn, # 11 Exhibit 102908 ltr to Horn, # 12 Exhibit J 110508 ltr to Judge Fallon, # 13 Exhibit K 111308 ltr to Judge Fallon, # 14 Exhibit L Transaction record, # 15 Exhibit M Transaction Receipts and ltrs, # 16 Certificate of Service)(Reference: 08-4173; 08-3321; 08-4172; 08-4167; 08-3220; 08-4170; 08-4166; 08-4169)(Benjamin, Ronald) Modified on 1/5/2009 (cms, ). (Entered: 12/31/2008) |
| 2:05-md-1657 | 17597 | REPLY to Response to Motion filed by Defendant re 16989 Third MOTION for Order to Show Cause *Rule, and Incorporated Memorandum to Show Cause Why Cases Should Not be Dismissed WIth [sic] Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 28 (Replying to Plaintiffs' Additional Opposition)*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 05-1089, 05-1090, 05-1513, 06-2708, 05-2583, 05-2297, 05-1088, 05-6221, 06-2238, 05-1091, 06-5779, 08-4173, 08-3221, 08-4172, 08-4167, 08-4171, 08-3220, 08-3222, 08-4170, 08-4166, 08-4168, 08-4169)(Wimberly, Dorothy) (Entered: 01/07/2009) |

1018841v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 | 18527 | ORDER & REASONS denying 17574 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal; denying 17575 Cross Motion for Extension of Time to Complete Discovery, Motion for Recusal. IT IS FURTHER ORDERED that the plaintiffs listed in Exhibits A and B are hereby DISMISSED WITH PREJUDICE. Signed by Judge Eldon E. Fallon on 4/28/2009. (Reference: Exhibits A & B)(cms, ) (Entered: 04/29/2009) |
| 2:05-md-1657 | 29116 | MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Requirements of PTO 28 by Defendant. Motion Hearing set for 1/7/2010 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Reference: 09-3610, 09-3611, 09-3612, and 09-3613)(Wimberly, Dorothy) (Entered: 12/07/2009) |
| 2:05-md-1657 | 29397 | NOTICE of Appearance by Ronald R. Benjamin on behalf of Plaintiff. (Reference: 06-02198)(Benjamin, Ronald) (Entered: 12/09/2009) |
| 09-31204 (CA5) | | MOTION filed by Appellees Merck Frosst Canada LTD and Merck and Company Inc to dismiss appeal for lack of jurisdiction [6446818-2]. Date of service: 12/23/2009 [09-31204] (MRB) |
| 2:05-md-1657 | 30780 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 29116 MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Requirements of PTO 28. (Reference: 09-3610, 09-3611, 09-361, 09-3613)(Benjamin, Ronald) Modified on 12/30/2009 (cms, ). (Entered: 12/29/2009) |
| 2:05-md-1657 | 33471 | ORDERED that the claims of all plaintiffs on the attached Exhibit A be andthey hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28. IT IS FURTHER ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit B re 29116 MOTION for Order to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Requirements of PTO 28. Signed by Judge Eldon E. Fallon on 2/2/2010.(Reference: Exhibits A & B)(cms, ) (Entered: 02/03/2010) |

1018841v.1

WHEREFORE, PREMISES CONSIDERED, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

| | |
|---|---|
| s/Ronald R. Benjamin<br>Ronald R. Benjamin<br>LAW OFFICE OF<br>RONALD R. BENJAMIN<br>126 Riverside Drive<br>P.O. Box 607<br>Binghamton, NY 13902<br>ATTORNEY FOR PLAINTIFFS | s/Dorothy H. Wimberly<br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>STONE PIGMAN WALTHER<br>WITTMANN L.L.C.<br>546 Carondelet Street<br>New Orleans, LA 70130<br><br>John H. Beisner<br>Jessica Davidson Miller<br>Geoffrey M. Wyatt<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>1440 New York Avenue, N.W.<br>Washington, DC 20005<br><br>Douglas R. Marvin<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth St., N.W.<br>Washington, DC 20005<br><br>ATTORNEYS FOR MERCK SHARP &<br>DOHME CORP. |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of June, 2010.

                                                          */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1018841v.1