UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | **SECTION L** |
| **LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| **This document relates to:** | * | |
| | * | |
| *Rhodes v. Merck & Co.,* | * | **MAGISTRATE JUDGE** |
| *Inc.; Docket No. 2:07-cv-856* | * | **KNOWLES** |
| | * | |

**************************************

## MOTION TO DISMISS

Plaintiff James B. Rhodes, by and through counsel undersigned, move the Court to dismiss this claim in this Court, as it was previously dismissed on February 15, 2008, as evidenced by the Dismissal Order attached as Exhibit A, from the JCCP Court in California, in Appel, et al, v. Merck & Co. Inc., in the Los Angeles Superior Court, Case No. BC357718/JCCP No. 4247. This Dismissal will be with prejudice all of claims against Merck & Co., Inc. in the above-styled lawsuit, each party to bear its own costs.

Respectfully submitted,

PHILLIPS AND ASSOCIATES

By: /s/ Lowell W. Finson

Lowell W. Finson
20 E. Thomas Rd., Suite 2500
Phoenix, AZ 85012
Phone: 602-258-8900

*Counsel for Plaintiff*

911998v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion To Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of June, 2010.

PHILLIPS AND ASSOCIATES

By. _____
Lowell W. Finson
20 E. Thomas Rd., Suite 2500
Phoenix, AZ 85012
Phone: 602-258-8900

*Counsel for Plaintiff*

911998v.1