# EXHIBIT A

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):*<br>_ Robert Arentz<br>PHILLIPS & ASSOCIATES<br>3030 North Third Street, Suite 1100<br>Phoenix, Arizona 85012<br>ATTORNEY FOR *(Name):* Plaintiff James Rhodes | TELEPHONE NO.:<br>(602) 258-8900 | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br><br>FEB 15 2008<br><br>John A. Clarke, Executive Officer/Clerk<br>By_____, Deputy<br>C. GIPSON |
|---|---|---|

Insert name of court and name of judicial district and branch court, if any:
Los Angeles Superior Court / Central Civil West Courthouse

PLAINTIFF/PETITIONER: Arnold Appel, et al.

DEFENDANT/ RESPONDENT: Merck & Co., Inc., et al.

| REQUEST FOR DISMISSAL<br>[✓] Personal Injury, Property Damage, or Wrongful Death<br>   [ ] Motor Vehicle [ ] Other<br>[ ] Family Law<br>[ ] Eminent Domain<br>[ ] Other *(specify)* : | CASE NUMBER:<br>BC357718 / JCCP 4247 |
|---|---|

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please dismiss this action as follows:
   a. (1) [✓] With prejudice   (2) [ ] Without prejudice
   b. (1) [ ] Complaint   (2) [ ] Petition
      (3) [ ] Cross-complaint filed by *(name):*       on *(date):*
      (4) [ ] Cross-complaint filed by *(name):*       on *(date):*
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other *(specify):* Dismiss only the claims of James Rhodes. Each side to bear own fees and costs.

Date: February 15, 2008

Robert Arentz
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. TO THE CLERK: Consent to the above dismissal is hereby given.**
   Date: February 15, 2008

Arameh Zargham
(TYPE OR PRINT NAME OF [✓] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief -is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [✓] Defendant/Respondent
[ ] Cross - complainant

*(To be completed by clerk)*
3. [✓] Dismissal entered as requested on *(date):* 2-15-08
4. [ ] Dismissal entered on *(date):*       as to only *(name):*
5. [ ] Dismissal not entered as requested for the following reasons *(specify):*
6. [✗] a. Attorney or party without attorney notified on *(date):* 2-15-08
       b. Attorney or party without attorney not notified. Filing party failed to provide
          [ ] a copy to conformed [ ] means to return conformed copy

Date: 2-15-08       Clerk, by C. Gipson , Deputy

Page 1 of 1

**REQUEST FOR DISMISSAL** Code of Civil Procedure, § 581 et seq.; Cal. Rules of Court, rule 3.1390<br>www.courtinfo.ca.gov<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Sedgwick, Detert, Moran & Arnold LLP, 801 South Figueroa Street, 18th Floor, Los Angeles, California 90017-5556.  On February 15, 2008, I served the within document(s):

**REQUEST FOR DISMISSAL**

☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☐     ELECTRONIC MAIL – by transmitting via email the document(s) listed above to the email address set forth below.

☐     MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐     OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

☒     CASE HOME PAGE – by submitting an electronic version of the above referenced documents via file transfer protocol to the CaseHomePage.  Pursuant to the Court's Electronic Case Management Order (CMO No. 1), service upon all parties listed in the 38th Master Service List is deemed complete when the above – referenced documents have been posted on CaseHomePage.  The 38th Master Service List is currently available for review on CaseHomePage under the folder <u>Vioxx – Service Lists</u> entitled <u>Thirty-Eighth Amended Master Service List</u>.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 15, 2008, at Los Angeles, California.

Jeanine Johnson

1

**REQUEST FOR DISMISSAL**