UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> *Rhodes v. Merck & Co.,Inc.; Docket No. 2:07-cv-856* | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Motion to Dismiss With Prejudice,

IT IS ORDERED that the claims of plaintiff James Rhodes in the above captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

DONE AND ORDERED in Chambers at NEW ORLEANS, LOUISIANA, this _____ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

1