UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Hazel L. Baker; Joann Banner; Donna Ferrell Barrett; Carolyn Baumgardner; Oley Burks; William Byrd; Raymond Clark; Carolyn Cromwell; James Cromwell; Geraldine Davenport; Harvey Goins; Norma Goins; Kenneth Harbert; Peggeen Harbert; Mary Hightower; Cheryl Jackson; Barbara Johnson; Cornell Johnson; Vera Jones; Willie Lee Jones; Elsie B. King; Willora McCrorey; Connie McLellan; Danny Melton; Allien Mercer; Marion Nixon; Susan Nixon; Hattie Oxendine; Flora Pagano; Shirley Wood Parrish; Laquinta Pinkston; Calvin McCoy Robinson; Deborah Saunders; James L. Saunders, Sr.; Jocelyn Stevens; George Stewart; Kay Stewart; Phyllis Vause; Joan Walden; Thomas William Walden; and Kay Walters, <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | DOCKET NO. 06-6436 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Jocelyn Stevens, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Turner W. Branch<br>Richard Sandoval<br>BRANCH LAW FIRM, L.L.P<br>Attorneys for Plaintiffs<br>808 Travis, Suite 1553<br>Houston, TX 77002<br>(505) 243-3500 Telephone<br>(505)243-3534 Facsimile<br><br>Dated: 7/28/08 | Stephen G. Strauss<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000 Tel<br>(314) 259-2020 Fax<br><br>Attorneys for Merck & Co., Inc.<br><br>Dated: 6-1-10 | Phillip A. Wittmann<br>Dorothy H. Wimberly<br>Stone Pigman Walther<br>Wittmann LLC<br>546 Carondelet Street<br>New Orleans, LA 70130<br>(504) 581-3200 Tel<br>(504) 581-3361 Fax |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of June, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:   314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.