MINUTE ENTRY
FALLON, J.
JUNE 3, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : SECTION: L (3) |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Roger Carver v. Merck & Co. Inc.,* **Case No. 05-4981**
*Sandra Elliot v. Merck & Co. Inc.,* **Case No. 06-10987**

A motion hearing was held on this date in the Courtroom of Judge Eldon E. Fallon. Ann Oldfather participated on behalf of the Plaintiffs. Paul Boehm participated on behalf of the Defendant Merck.

For oral reasons given,

IT IS ORDERED that Roger Carver's Motion to Set Aside Order of Dismissal (Rec. Doc. NO. 33200) is hereby GRANTED. IT IS FURTHER ORDERED that the Clerk of Court REOPEN Mr. Carver's case (Case No. 05-4981).

IT IS FURTHER ORDERED that Sandra Elliot's Motion to Set Aside Order of Dismissal (Rec. Doc. No. 40303) is hereby DEFERRED until the next monthly status conference on July 27, 2010 at 9:00 a.m.

JS10(00:33)

-1-