UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Sara Matos Villegas, individually and as* | * | |
| *representative of Francisca Villegas-* | * | |
| *Rodriguez, and on behalf of Rafaela* | * | |
| *Matos Villegas, Pedro Matos Villegas,* | * | |
| *Felix Matos Villegas, Feliciano Matos* | * | |
| *Villegas, Raul Matos Villegas, Eduardo* | * | |
| *Matos Villegas, and Luis Matos Villegas* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |
| ************************************ | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sara Matos Villegas, individually and as representative of Francisca Villegas-Rodriguez, named in the complaint as Francisca Villegas, and on behalf of Rafaela Matos Villegas, Pedro Matos Villegas, Felix Matos Villegas, Feliciano Matos Villegas, Raul Matos Villegas, Eduardo Matos Villegas, and Luis Matos Villegas, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE