IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff Theta Taylor on the <u>Robert Durant et al v. Merck & Co Inc. et al</u>, 2:06-cv-6239 | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

## MOTION TO WITHDRAW AND MOTION FOR EXTENSION FOR THIRTY (30) FROM THE DATE OF THE ORDER OF WITHDRAW FOR THE DEADLINE FOR THE REQUIREMENTS OF PTO NOS 28 AND 29

Come now Evan Buxner and the Walther Glenn Law Firm; John J. Carey, Joseph P. Danis, Sarah Hale, David Bauman and the law firm of Carey & Danis, LLC; Jeffrey J. Lowe, Francis J. Flynn and the law firm of Jeffrey J. Lowe, P.C.; T. Evan Schaeffer, Andrea B. Lamere and the law firm of Schaeffer & Lamere; and Charles Lampin and the law firm of Kell Lampin LLC, and hereby withdraw as attorneys for Plaintiff Theta Taylor.

Furthermore, come now Plaintiff Theta Taylor and move for an Order granting plaintiff a thirty day (30) extension from the date of the Order of withdraw for the deadlines for the requirements of PTO No.s 28 and 29. In support thereof, plaintiff aver:

1. Plaintiff Theta Taylor has indicated that, despite the fact the Plaintiff's attorneys are moving to withdraw, she intends to continue with her case with the assistance of the pro se counsel.

91568.1

2. Plaintiff Theta Taylor has been unable to communicate with pro se counsel because the below plaintiff's attorneys have not withdrawn from her case; therefore the pro se counsel, appointed by this court is prohibited from assisting her with submitting materials in compliance with PTO No.s 28 and 29.

3. Plaintiff Theta Taylor is requesting a thirty (30) day extension from the date of the Order of withdraw, so she can work with the pro se counsel in submitting materials that are required by PTO No.s 28 and 29.

4. Plaintiff Theta Taylor has hitherto been compliant with all of this Court's orders and timely turned in their Future Evidence Stipulation ("FES") to preserve her Vioxx claim.

Wherefore, Plaintiff's attorneys request an order withdrawing the attorneys identified herein from the case of Plaintiff Theta Taylor and for other relief that is just and proper.

Wherefore, Plaintiff moves for an Order granting Plaintiff Theta Taylor a thirty day (30) extension from the date of the Order of withdraw for the deadlines for the requirements of PTO No.s 28 and 29 and for other relief that is just and proper.

                Jeffrey J. Lowe, P.C.

                By \s\ Francis Flynn
                    Jeffrey J. Lowe
                    Francis J. "Casey" Flynn
                    Attorney for Plaintiff

91568.1

8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
Sarah Hale
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

91568.1

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on June 4, 2010 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn

91568.1