IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff Theta Taylor on the <u>Robert Durant et al v. Merck & Co Inc. et al</u>, 2:06-cv-6239 | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

CERTIFICATION FOR PLAINTIFF THETA TAYLOR MOTION TO WITHDRAW FROM CASE

Plaintiff's counsel has attached as Exhibit A their certification for plaintiff Theta Taylor identified in the above style master pursuant to Pretrial Order 36(C.).

            Jeffrey J. Lowe, P.C.

     By \s\ Francis Flynn
            Jeffrey J. Lowe
            Francis J. "Casey" Flynn
            Attorney for Plaintiffs
            8235 Forsyth, Suite 1100
            St. Louis, Missouri 63105
            (314) 678-3400
            Fax: (314) 678-3401

            John Carey
            Joseph P. Danis
            Sarah Hale
            CAREY & DANIS, LLC
            8235 Forsyth Boulevard, Suite 1100

91564.1

St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905


T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite 1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

91564.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on June 4, 2010 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\ Francis Flynn

91564.1