IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br> This pleading applies to: <br> Plaintiff Theta Taylor on the <u>Robert Durant et al v. Merck & Co Inc. et al</u>, 2:06-cv-6239 | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

DECLARATION OF FRANCIS J. "CASEY" FLYNN IN SUPPORT OF
MOTION TO WITHDRAW FOR THE CASE OF THETA TAYLOR
IDENTIFIED ON THE STYLE MASTER

I, Francis J. "Casey" Flynn, declare as follows:

1. Plaintiff's counsels filed a motion to withdraw for the case identified on attached Exhibit A on or about November 26, 2009. (Attached as exhibit A).

2. Plaintiff is now filing a declaration in support of the motion to withdraw for the case identified on attached Exhibit A.

3. Regarding the plaintiff identified in Exhibit A, the undersigned plaintiff's counsel states the following:

    a. Plaintiff has communicated that plaintiff's counsel will withdraw from their case and in addition provided them with the contact information for the pro se curator, Mr. Robert M. Johnston;

    b. Plaintiff's counsel has explained to the plaintiff the reasons

91565.1

for our withdrawing from the case;

    c. Plaintiff has consented to our withdrawing from her case and in fact need us to withdraw from her case so she can proceed with the pro se curator Mr. Robert M. Johnston.

I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

Executed this 27th day of May, 2010.

                                      \s\ Francis Flynn
                                Francis J. "Casey" Flynn

91565.1

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on June 4, 2010 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established to all attorneys of record.

\s\ Francis Flynn

91565.1