IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> This pleading applies to: <br> Plaintiff Margaret Longdon on the <u>Edna McGhee et al v. Merck & Co Inc. et al</u>, 2:05-cv-02573 | MDL Docket No. 1657 <br> SECTION L <br> JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |

### ORDER

Evan Buxner and the Walther Glenn Law Firm; John J. Carey, Joseph P. Danis, Sarah Hale, David Bauman and the law firm of Carey & Danis, LLC; Jeffrey J. Lowe, Francis J. Flynn and the law firm of Jeffrey J. Lowe, P.C.; T. Evan Schaeffer, Andrea B. Lamere and the law firm of Schaeffer & Lamere, and Charles Lampin and the law firm of Kell Lampin LLC's motion to withdraw as attorneys for the plaintiffs indentified on the above style master is granted.

Plaintiff Margaret Longdon is granted a thirty day (30) extension from the date of this Order of withdraw for their attorneys for the deadlines specified in PTO No.s 28 and 29.

SO ORDERED:

_____
Judge Fallon

91563.1