IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

This pleading applies to:

Plaintiff Margaret Longdon on the
Edna McGhee et al v. Merck & Co Inc.
et al, 2:05-cv-02573

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE
KNOWLES

DECLARATION OF FRANCIS J. "CASEY" FLYNN IN SUPPORT OF
MOTION TO WITHDRAW FOR THE CASE OF MARGARET LONGDON
IDENTIFIED ON THE STYLE MASTER

I, Francis J. "Casey" Flynn, declare as follows:

1.     Plaintiff's counsels filed a motion to withdraw for the case

identified on attached Exhibit A on or about November 26, 2009. (Attached

as exhibit A).

2.     Plaintiff is now filing a declaration in support of the motion to

withdraw for the case identified on attached Exhibit A.

3.     Regarding the plaintiff identified in Exhibit A, the undersigned

plaintiff's counsel states the following:

a. Plaintiff has communicated that plaintiff's counsel will

withdraw from their case and in addition provided them with the contact

information for the pro se curator, Mr. Robert M. Johnston;

b. Plaintiff's counsel has explained to the plaintiff the reasons

for our withdrawing from the case;

        c.  Plaintiff has consented to our withdrawing from her case and in fact need us to withdraw from her case so she can proceed with the pro se curator Mr. Robert M. Johnston.

        I declare under penalty of perjury that the foregoing declaration is true and correct to the best of my knowledge.

        Executed this 27th day of May, 2010.

                \s\  Francis Flynn
              Francis J. "Casey" Flynn

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on June 4, 2010 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established to all attorneys of record.

\s\  Francis Flynn

91565.1