IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX®

PRODUCTS LIABILITY LITIGATION

This pleading applies to:

Plaintiff Margaret Longdon on the
Edna McGhee et al v. Merck & Co Inc.
et al, 2:05-cv-02573

MDL Docket No. 1657
SECTION L
JUDGE FALLON
MAGISTRATE JUDGE
KNOWLES

CERTIFICATION FOR PLAINTIFF MARGARET LONGDON MOTION TO
WITHDRAW FROM CASE

Plaintiff's counsel has attached as Exhibit A their certification for

plaintiff Margaret Longdon identified in the above style master pursuant to

Pretrial Order 36(C.).

Jeffrey J. Lowe, P.C.

By   \s\  Francis Flynn
         Jeffrey J. Lowe
         Francis J. "Casey" Flynn
         Attorney for Plaintiffs
         8235 Forsyth, Suite 1100
         St. Louis, Missouri 63105
         (314) 678-3400
         Fax: (314) 678-3401

         John Carey
         Joseph P. Danis
         Sarah Hale
         CAREY & DANIS, LLC
         8235 Forsyth Boulevard, Suite
         1100

91564.1

St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
618-467-8200

Evan Buxner
Walther Glenn Law Offices
1034 S. Brentwood Blvd., Suite
1300
St. Louis, MO 63117
314-725-9595
Fax: 314-725-9597

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.
St. Peters, Missouri 63376
636-498-4000

91564.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on June 4, 2010 on Liaison Counsel, Phillip Wittmann and Russ Herman, by U. S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established.

\s\  Francis Flynn

91564.1