UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * | |
| *Robert Ruzicka, et al.* v. *Merck & Co., Inc.* | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *William Krejci* | * | |
| *Docket No. 2:06-cv-01971* | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff William Krejci in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of _____June_____, 2010.

_____
DISTRICT JUDGE