# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> *Myrtle Louise Bell, et al.* <br> *v.* <br> *Merck & Co., Inc., et al.* <br><br> **Only with regard to:** <br> **Willie Martinez** <br><br> *Docket No. 2:05-cv-00546* | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Willie Martinez in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of June, 2010.

_____
DISTRICT JUDGE