UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Wilson Lord, et al.,* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | No. 05-2297 |
| *Merck & Co., Inc.,* | * | |
| | * | |
| | * | |

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal with Prejudice as to all defendants,

IT IS ORDERED that all claims of the Plaintiff **Wilson and RebeccaLord** against Merck & Co., Inc., (now known as Merck Sharpe & Dohme Corp.) in the above styled lawsuit are hereby dismissed, with prejudice, with each party to bear its own costs, and subject to the terms and conditions of the parties' Stipulation.

NEW ORLEANS, LOUISIANA, this  3rd  day of _____June_____, 2010.

_____
DISTRICT JUDGE

1018510v.1