UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 3rd day of June, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A.

IT IS FURTHER ORDERED that the motion is deferred until July 27, 2010, immediately following the monthly status conference that is scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

IT IS FURTHER ORDERED that the claims of plaintiff Gilbert Swe on the attached Exhibit C be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

1018870v.1

**NEW ORLEANS, LOUISIANA**, this __4th__ day of June, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1018870v.1

**EXHIBIT A**
**Motion Withdrawn**

|   | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Russel, Donna | Bubalo, Hiestand & Rotman, PLC; Oldfather Law Firm | Robert E. Russel | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| 2. | Hurst, Jimmy | Edwards Law Firm, The | | Hurst, Jimmy R. v. Merck & Co., Inc. | 2:06-cv-10232-EEF-DEK |
| 3. | Schnepf, James | Harding & Moore | Mary-Ann Schnepf | Schnepf, James K. v. Merck & Co., Inc. | 2:06-cv-00321-EEF-DEK |
| 4. | Mitchell-Cockrell, Barbara | Jones, Jr., Bennie L. & Associates | | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| 5. | Palmore, Terrell | Yearout & Traylor, P.C. | | Palmore, Terrell v. Merck & Co., Inc. | 2:06-cv-10075-EEF-DEK |

1

# EXHIBIT B
## Deferred Until July 27, 2010

|   | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Bilal, Jamaal | Pro Se | | Bilal, Jamal A. v. Merck & Co., Inc. | 2:06-cv-02364-EEF-DEK |
| 2. | Lyon, Robert | Pro Se | | Lyon, Robert v. Merck & Co., Inc. | 2:07-cv-01077-EEF-DEK |
| 3. | Beasley, Sherwood | Ron Benjamin | Lisa Beasley | Beasley, Sherwood v. Merck Sharp & Dohme Corp. | 2:09-cv-07790-DEK-EEF |
| 4. | Facenda, Estelle | Weykamp, Paul A., Law Offices of | Leo Facenda | Facenda, Estelle v. Merck & Co., Inc. | 2:05-cv-05102-EEF-DEK |
| 5. | Hudson, Doris | Weykamp, Paul A., Law Offices of | Sharon Lawson | Lawson, Sharon v. Merck & Co., Inc. | 2:05-cv-05116-EEF-DEK |

1018875v.1

# EXHIBIT C
## Dismissed With Prejudice for Failure to Comply With PTO 43

|   | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Swe, Gilbert | Barrera, Joseph C., Law Offices of | Beauty Swe | Swe, Gilbert Dr. v. Merck & Co., Inc. | 2:06-cv-08314-EEF-DEK |

1

1018876v.1