| | |
|---|---|
| ROSANNE ROCKWELL and JOSEPH ROCKWELL, JR., <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | UNITED STATES DISTRICT COURT <br> EASTERN DISTRICT OF LOUISIANA <br><br> MDL NO. 1657 <br><br> DOCKET NO. 06-11330 <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, Rosanne Rockwell and Joseph J. Rockwell, Jr. against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Francis J. Curran, Jr., Esquire
Attorney for Plaintiff
CURRAN & RASSIAS, LLP
200 East State Street, Suite 110
Media, Pennsylvania 19063
(610) 566-5300

Dated: 3/17/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: 6-4-10

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

VE102 1/13/08

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of June, 2010.

                                                  */s/ Stephen G. Strauss*
                                                  Stephen G. Strauss
                                                  BRYAN CAVE LLP
                                                  211 North Broadway, Suite 3600
                                                  St. Louis, Missouri 63102
                                                  Phone: 314-259-2000
                                                  Fax:    314-259-2020
                                                  sgstrauss@bryancave.com

                                                  Attorneys for Defendant
                                                  Merck & Co., Inc.