IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1657

THIS DOCUMENT RELATES TO:

SECTION L

*Amadis-Rosario, Gladys et al vs Merck & Co. Inc.; 2:05cv06234; Bell, Walter et al vs. Merck & Co. Inc. 06-6997; Alvarado, Ramon et al vs. Merck & Co. Inc. 06-7150; Acevedo, Jose et al vs. Merck & Co., Inc. 06-6997; Adames De La Rosa, et al vs. Merck & Co. Inc.;06-6999; Yeager, Bryan Keith, et al vs. Merck & Co., Inc.; 2:05cv04663; Kupcha, Ruth et al vs.*

JUDGE FALLON

## EMERGENCY REQUEST IN SUPPORT OF MOTION FOR RELIEF FROM LIEN AND PAYMENT OF ATTORNEY FEES AND EXPENSES

**TO THE HONORABLE COURT:**

**COME NOW,** the Plaintiffs, in the referenced actions, through the undersigned attorneys, and very respectfully allege, state and request:

1.  On March 16, 2010, the Plaintiffs filed a *Motion for Relief From Lien and Payment of Attorney Fees and Expenses ("Motion for Relief")*, by which it was requested for the Court to enter an Order directing the Claims Administrator to pay all attorney fees due to Primary Counsel and Secondary Counsel to the Trust Account of Primary Counsel E. Kirk Wood for distribution to Primary Counsel E. Kirk Wood, Secondary Counsel Eric Quetglas and the Bankruptcy Trustee for Secondary Counsel Archie Lamb. Further, the Order entered to also direct Primary Counsel to reimburse Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas expenses due from the fees held for Archie

Lamb as outlined in Exhibit D and F to the Motion and as approved by the Bankruptcy Trustee for Archie Lamb. *Document 37284.*

2. As sated in the *Motion for Relief,* Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas have continued to represent Plaintiffs in Joint Cases, as well as to manage and finance all aspects of the litigation as related to these Plaintiffs, including but not limited to, required filings and arguments, the preparation and filing of documents and responses requested by the Claims Administrator, interacting with the Claims Administrator by telephone and correspondence, the preparation of distribution documents, the distribution of payments to Plaintiffs and the payment of all costs and expenses associated with the process. *See Motion for Relief.*

3. The Claims Administrator has indicated that all claims either have been paid or will be paid in the first half of 2010 and substantial fees are being held by the Claims Administrator for the Primary Counsel and Secondary Counsel. *Id.*

4. Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas have fulfilled and are continuing to fulfill all requirements of representation of the Joint Cases and noted Plaintiffs and are due to be paid the agreed upon attorney fees and to be reimbursed for the expenses paid as outlined in the *Motion for Relief. Id.*

5. As of today, the term for any respondent to file an Opposition to the *Motion for Relief* has long expired. *See Local Civil Rule 7.* Therefore, Plaintiffs' *Motion for Relief,* being unopposed, should be expeditiously granted.

6. Plaintiffs and their counsel file this request on an emergency basis, due to the long time that has transpired since when the term to file any opposition to the *Motion for Relief* expired and in light of the heavy undue economic burden being imposed upon

them due to Plaintiffs' counsel inability to withdraw the moneys owned to them for attorney's fees and for the reimbursement of all costs and expenses incurred and financed by them with regards to this litigation.

**WHEREFORE,** it is respectfully requested that:

A.  Plaintiffs' unopposed *Motion for Relief* is expeditiously granted.

B.  The Court enters an Emergency Order directing the Claims Administrator to pay all attorney fees due to Primary Counsel and Secondary Counsel to the Trust Account of Primary Counsel E. Kirk Wood for distribution to Primary Counsel E. Kirk Wood, Secondary Counsel Eric Quetglas and the Bankruptcy Trustee for Secondary Counsel Archie Lamb.

C.  Further, that the Order directs Primary Counsel to reimburse Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas expenses due from the fees held for Archie Lamb as outlined in Exhibit D and F to the *Motion for Relief* and as approved by the Bankruptcy Trustee for Archie Lamb.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico, this 24th day of May, 2010.

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/   Eric M. Quetglas Jordan

ERIC M. QUETGLAS JORDAN

USDC-PR #202514
**QUETGLAS LAW OFFICES**
PO Box 16606
San Juan PR 00908-6606
Tel:(787)722-0635/(787)722-7745
Fax: (787)725-3970
Email: Eric@QuetglasLaw.com
QuetglasLaw@gmail.com