IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| *Amadis-Rosario, Gladys et al vs Merck & Co. Inc.; 2:05cv06234* | * | |
| *Bell, Walter et al vs. Merck & Co. Inc.; 06-6997;* | * | |
| *Alvarado, Ramon et al vs. Merck & Co. Inc. 06-7150;* | * | |
| *Acevedo, Jose et al vs. Merck & Co., Inc.; 06-6997;* | * | |
| *Adames De La Rosa, et al vs. Merck & Co. Inc.;06-6999;* | * | |
| *Yeager, Bryan Keith, et al vs. Merck & Co., Inc.; 2:05cv04663* | * | |
| *Kupcha, Ruth et al vs. Merck & Co., Inc. OKN - 06-533* | * | |
| ************************************* | | MAG. JUDGE KNOWLES |

## SUPPLEMENT TO MOTION FOR RELIEF FROM LIEN AND PAYMENT OF ATTORNEY FEES AND EXPENSES

**COME NOW** the undersigned Counsel of record for Plaintiffs relative to the cases listed in the above-captioned cause and file this *Supplement to Motion for Relief From Lien and Payment of Attorney Fees and Expenses* and state as follows:

1. The accompanying Exhibit "1" is provided to supplement and provide updated totals for expenses due and owing to Attorneys Quetglas and Wood.

2. This updated Exhibit includes all costs through the projected completion of all distributions now scheduled to be completed no later than July 1, 2010.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiffs, by and through Primary Counsel, hereby respectfully request this Honorable Court to enter an Order directing the Claims Administrator to pay all attorney fees due to Primary Counsel and Secondary Counsel to the Trust Account of Primary Counsel E. Kirk Wood for distribution to Primary Counsel E. Kirk Wood, Secondary Counsel Eric Quetglas and the Bankruptcy Trustee for Secondary Counsel Archie Lamb. Further, the Order entered to also direct Primary Counsel to reimburse Primary Counsel E. Kirk Wood and Secondary Counsel Eric Quetglas expenses due from the fees held for Archie Lamb as outlined in Exhibits D and F to the Motion filed on March 16, 2010 and Exhibit 1 to this Motion, and as approved by the Bankruptcy Trustee for Archie Lamb.

*Respectfully submitted,*

/s/ E. Kirk Wood, Esq.
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Direct Dial: 205-612-0243
Telecopy: 866-747-3905
ekirkwood1@bellsouth.net

**CERTIFICATE OF SERVICE**

I hereby certify that e above and foregoing Response has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this __4th__ day of June, 2010.

/s/ E. Kirk Wood, Esq.
E. Kirk Wood
Attorney at Law
Wood Law Firm, LLC
P.O. Box 382434
Birmingham, Alabama 35238-2434
Direct Dial: 205-612-0243
Telecopy: 866-747-3905
ekirkwood1@bellsouth.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| *Amadis-Rosario, Gladys et al vs Merck &* | * | |
| *Co. Inc.; 2:05cv06234* | * | |
| *Bell, Walter et al vs. Merck & Co. Inc.;* | * | |
| *06-6997;* | * | |
| *Alvarado, Ramon et al vs. Merck & Co. Inc.* | * | |
| *06-7150;* | * | |
| *Acevedo, Jose et al vs. Merck & Co., Inc.;* | * | |
| *06-6997;* | * | |
| *Adames De La Rosa, et al vs. Merck* | * | |
| *& Co. Inc.;06-6999;* | * | |
| *Yeager, Bryan Keith, et al vs. Merck &* | * | |
| *Co., Inc.; 2:05cv04663* | * | |
| *Kupcha, Ruth et al vs. Merck & Co., Inc.* | * | |
| *OKN - 06-533* | * | |
| | | |
| ************************************ | | MAG. JUDGE KNOWLES |

STATE OF ALABAMA )
JEFFERSON COUNTY )

### AFFIDAVIT OF E. KIRK WOOD

Before me the undersigned authority in and for said County and in said State, personally appeared E. Kirk Wood, who being known to me and being first duly sworn according to law, deposes and says the following:

1. My name is E. Kirk Wood and I am over the age of eighteen years. I am a resident of Birmingham, Alabama.

2. I am Primary Counsel for Vioxx cases that have been or are currently being processed in MDL 1657 by the Claims Administrator.

3. Since the filing of the Motion for Relief from Lien and Payment of Attorney Fees and Expenses by myself and Attorney Eric Quetglas on March 16, 2010, additional

expenses have been incurred, and the expenses expected to be incurred through July 1, 2010 are approximately $13,153.00, which brings the amount due to E. Kirk Wood and Eric Quetglas from Lamb fees to $212,446.80.

I further affirm that the information in the affidavit above is true and accurate.

DATED this the \_\_\_\_4/th\_\_\_\_ day of June, 2010.

_____
E. KIRK WOOD

**STATE OF ALABAMA )**
**JEFFERSON COUNTY )**

Before me, the undersigned, a notary public in and for said county and state, personally appeared E. Kirk Wood, who is known to me and who being by me first duly sworn, deposes and says that he has read the above and that the facts set forth therein are true and correct. Sworn to and subscribed to before me this the \_\_4th\_\_ day of June, 2010.

My Commission Expires: 6-24-2012

*Carla J. Baker*
NOTARY PUBLIC

SEAL