**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| This document relates to all plaintiffs | * | MAGISTRATE JUDGE |
| on attached Exhibit A | * | KNOWLES |
| | * | |
| | * | |

*********************************************************************************

## ORDER

    Defendant Merck Sharp & Dohme Corp.'s Motion and Incorporated Memorandum to Dismiss Extinguished Claimants' Cases (R. Doc. 39333) came on for hearing on the 29th day of April, 2010.  For the reasons orally assigned, the Court entered judgment as follows:

    **IT IS ORDERED** that the claims of all plaintiffs on Exhibit A be and they hereby are dismissed with prejudice.

    NEW ORLEANS, LOUISIANA, this <u>4th</u> day of <u>    June    </u>, 2010.

              _____
              ELDON E. FALLON
              UNITED STATES DISTRICT JUDGE

1018879v.1

## Exhibit A
**(Extinguished Claimants)**

| | VCN | Primary Counsel | Claimant Name | Derivative Claimant Name | Case Caption | Docket Number |
|---|---|---|---|---|---|---|
| 1. | 1113461 | Pro Se | Blaustein, Patrice | Blaustein, Bruce | Patrice Blaustein, Bruce Blaustein vs. Merck & Co., Inc. | 2:05-cv-03624 |
| 2. | 1058841 | Pro Se | Henry, James | | James Henry vs. Merck & Co., Inc. | 2:06-cv-03658 |
| 3. | 1080397 | Pro Se | Swafford, Sherry | | Patricia Allison, et al. v. Merck & Co., Inc. | 2:05-cv-05822 |
| 4. | 1101184 | Pro Se | Walters, James | | J.M. Walters, Jr. vs. Merck & Co., Inc. | 2:05-cv-03837 |
| 5. | 1069238 | Pro Se | White, Dorothy | | Dorothy White vs. Merck & Co., Inc. | 2:06-cv-09705 |