UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-00458 (only as to plaintiff Janice Baum); | * | |
| | * | |
| *James D. Schneller  v. Merck & Co., Inc.,* | * | |
| No. 05-05382; and, | * | |
| | * | |
| *Glenda Meysami, et al. v. Merck & Co., Inc.,* No. 05-5353 | * | |
| (only as to plaintiff Mark Hendrichs). | * | |
| | * | |

*************************************************************************

## ORDER

Motions to Dismiss With Prejudice for Failure to Comply With Pre-Trial Orders 28 or 43 (R.Docs. 22492, 24995, 27190, and 21961) are currently pending against p*ro se* plaintiffs Janice Baum, James Schneller, and Mark Hendrichs.  To ensure that these *pro se* plaintiffs fully understand the requirements of these Pre-Trial Orders, what must submitted in order to avoid dismissal of their cases, and the deadlines for submission of these materials, the Court hereby schedules a conference with these plaintiffs.  Accordingly,

IT IS ORDERED that plaintiffs Janice Baum, James Schneller and Mark Hendrichs participate via telephone in a conference with the Court, Liaison Counsel, and the *Pro Se* Curator on July 1, 2010, at 3:30 p.m. central time.

IT IS FURTHER ORDERED that plaintiffs Janice Baum, James Schneller and Mark Hendrichs must telephone the Court on June 30, 2010, telephone number 1-504-589-7545,

1018863v.1

to inform the Court of the telephone number at which they can be reached on July 1, 2010, for the 3:30 p.m. conference.

**NEW ORLEANS, LOUISIANA**, this __4th__ day of June, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1018863v.1