# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657 SECTION L JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv09757** |
| **Jo Levitt** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## MOTION TO SET HEARING DATE

Comes the Plaintiff, by counsel, and moves the Court to set for hearing, on July, 27, 2010, Plaintiff Jo Levitt's Motion to Set Aside Order of Dismissal and Reinstate Case on the Active Docket of the Court.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Plaintiff, Jo Levitt*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Motion has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of June, 2010.

                                            s/ Ann B. Oldfather
                                            Ann B. Oldfather
                                            KBA Bar #52553
                                            Liaison Counsel/Lead Counsel
                                            OLDFATHER LAW FIRM
                                            1330 S. Third Street
                                            Louisville, KY   40208
                                            502.637.7200
                                            502.637.3999
                                            aoldfather@oldfather.com
                                            *Counsel for Plaintiff, Jo Levitt*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv09757** |
| **Jo Levitt** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Order of Dismissal and Reinstate Case on the Active Docket of the Court, shall be heard on July 27, 2010, following the Vioxx MDL Status Conference.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE