# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06cv09757** |
| **Jo Levitt** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Order of Dismissal and Reinstate Case on the Active Docket of the Court, shall be heard on July 27, 2010, following the Vioxx MDL Status Conference.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE