# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

## A. COUNSEL INFORMATION

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Webb | | Seth | | S. |

| Name of Law Firm | Brown & Crouppen, P.C. |
|---|---|

| **Current Address** | Street | | | | |
|---|---|---|---|---|---|
| | 211 North Broadway, Suite 1600 | | | | |
| | City | State | Zip | Country | |
| | St. Louis | MO | 63102 | United States | |

| Telephone Number | 800-536-4357 | **Facsimile** | 314-421-0359 | **Email** | swebb@brownandcrouppen.com |
|---|---|---|---|---|---|

## B. PLAINTIFF AND LAWSUIT INFORMATION
### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | Taylor | | Eleanor | | |

| **Plaintiff Address** | Street | | | | |
|---|---|---|---|---|---|
| | 10131 South Charles Steret, 1st Floor | | | | |
| | City | State | Zip | Country | |
| | Chicago | IL | 60643 | US | |

| Telephone Number | 773-881-4709 | **Facsimile** | unknown | **Email** | unknown |
|---|---|---|---|---|---|

| Case Caption | Willis Fuller, et. al.  v. Merck & Co., Inc. |
|---|---|

| Case Number | 2:06-cv-03138 |
|---|---|

| Court Where Case is Pending | USDC EDLA |
|---|---|

## C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT

☒ **Check here if Plaintiff failed to provide an alternative contact.**

| Name | Last | | First | | Middle |
|---|---|---|---|---|---|
| | | | | | |

| **Address** | Street | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | City | State | Zip | Country | |
| | | | | | |

| Telephone Number | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

# CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
## (Paragraph II.C of PTO No. 36)

### D.  COMPLIANCE WITH PTO NO. 36

☒  I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on __5__ / __26__ / __2010__ .
      Month     Day     Year

☒  Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1. A copy of PTO No. 36;

2. A statement that Plaintiff had 30 days from the date of the certified letter to:  (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3. An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4. A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | __6__ / __7__ / __2010__<br>(Month/Day/Year) | _____<br>Counsel |
|---|---|---|

#344082

2