UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Rhodes v. Merck & Co.,Inc.; Docket No. 2:07-cv-856* | MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Motion to Dismiss With Prejudice,

IT IS ORDERED that the claims of plaintiff James Rhodes in the above captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

DONE AND ORDERED in Chambers at NEW ORLEANS, LOUISIANA, this __4th__ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE