ATTACHMENT B TO ENROLLMENT FORM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX |  |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

Geraldine Thomas

       Plaintiff(s),

v.

MERCK & CO., INC.,                     *DOCKET NO.*: 08-271

       Defendant(s).

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Fed.R.Civ.P.41, the undersigned counsel hereby stipulate that all claims of plaintiff, Geraldine Thomas, individually and as representative of Geraldine Thomas against defendant, Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Levi Boone, III | Stephen G. Strauss | Phillip A. Wittmann |
| **BOONE LAW FIRM, P.A.** | Bryan Cave LLP | Dorothy H. Wimberly |
| 401 WEST SUNFLOWER ROAD | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| P. O. BOX 1772 | St. Louis, MO 63102 | Wittmann LLC |
| CLEVELAND, MS 38732-1772 | (314) 259-2000 Tel | 546 Carondelet Street |
| TEL: (662) 843-7946 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |
| | Attorneys for Merck & Co., Inc. | |
| Dated: 2/28/08 | Dated: 6-7-10 | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of June, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.