UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Janie Alston, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc., et al.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Brenda A. Thomas and George F.*** | * | |
| ***Thomas*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:06-cv-02217*** | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Brenda A. Thomas and George F. Thomas

in the above-captioned case be and they hereby are dismissed with prejudice with each party to

bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th  day of _____ June _____ , 2010.

_____
DISTRICT JUDGE