UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   ALL CASES**

### ORDER

The Garretson Firm is the Lien Resolution Administrator ("LRA") in the Vioxx settlement.  The Garretson Firm was appointed due to their extensive expertise in this area.

The Court hereby ADOPTS the LRA's recommendation of a 20% maximum "holdback" and a 35% "offset" with regard to all Coast Guard statutory reimbursement obligations in this case.

New Orleans, Louisiana, this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE

1