UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Gladys Amadis Rosario, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: | * | |
| Vicente Quintana Mendez, individually | * | |
| and as representative of Bernabela | * | |
| Zayas, and on behalf of Jose Quintana | * | |
| Zayas, Maria Quintana Zayas, Jesus | * | |
| Quintana Zayas, Ana Quintana Zayas, | * | |
| Norma Quintana Zayas, and Ada | * | |
| Quintana Zayas | * | |
| | * | |
| Docket No. 2:05-cv-06234 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Vicente Quintana Mendez, individually and as representative of Bernabela Zayas Zayas, named in the complaint as Vernavela Zayas Zayas, and on behalf of Jose Quintana Zayas, Maria Quintana Zayas, Jesus Quintana Zayas, Ana Quintana Zayas, Norma Quintana Zayas, and Ada Quintana Zayas, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of June, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE