Page 1 of 2

|  |  |  |
|---|---|---|
| ROBYN WAGNER, et al., | ) | IN THE UNITED STATES |
|  | ) | DISTRICT COURT FOR THE |
|  | ) | EASTERN DISTRICT OF |
| Plaintiffs, | ) | LOUISIANA |
|  | ) |  |
|  | ) |  |
| v. | ) | CASE NO. 2:05-cv-03138-EEF-DEK |
|  | ) |  |
|  | ) |  |
| MERCK & CO., INC., et al., | ) | STIPULATION OF DISMISSAL |
|  | ) | WITH PREJUDICE AS TO |
| Defendants. | ) | ALL DEFENDANTS |
|  | ) |  |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **JULIE MALIK**, individually and as a representative of **ANITA MCPETERS**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

CAREY & DANIS, LLC

John J. Carey
Sarah Hale Bauman
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 725-7700
Facsimile: (314) 721-0905

Jeffrey J. Lowe
Francis J. "Casey" Flynn
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Telephone: (314) 678-3400
Facsimile: (314) 678-3401

T. Evan Schaeffer
Andrea B. Lamere
Schaeffer & Lamere, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfey, IL 62035

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 6-7-10

Evan Buxner
Walther Glenn Law Firm
10 South Brentwood Boulevard, Suite 102
St. Louis, MO  63105
Telephone:  (314) 725-9595


Dated:   11-17-08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th  day of June, 2010.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.