UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** |
| This document relates to: | * <br> * | **SECTION L** |
| *Oralia F. Alaniz, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Roy Gonzalez, individually and on behalf* <br> *of the estate of Carmen Gonzalez* | * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-10281* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Roy Gonzalez, individually and on behalf of the estate of Carmen Gonzalez, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __7th__ day of _____June_____, 2010.

_____
DISTRICT JUDGE