# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | \* | **MDL Docket No. 1657** |
| **Product Liability Litigation** | \* | |
| | \* | **SECTION L** |
| **This document relates to:** | \* | |
| | \* | |
| *Kenneth Jenkins, et al.* | \* | **JUDGE FALLON** |
| *v.* | \* | |
| *Merck & Co., Inc.* | \* | **MAGISTRATE JUDGE KNOWLES** |
| | \* | |
| **Only with regard to:** | \* | |
| *Rafael Santana Reyes* | \* | |
| | \* | |
| *Docket No. 2:06-cv-07116* | \* | |
| | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rafael Santana Reyes in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE