**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| ***Catherine Davis, et al.***<br>***v.***<br>***Merck & Co., Inc., et al.*** | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Gwendolyn Hollis*** | * | |
| ***Docket No. 2:06-cv-01209*** | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gwendolyn Hollis in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 8th day of June, 2010.

[signature]

DISTRICT JUDGE