# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Myrna Hamilton, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc. et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Ron Paul, individually and as the Special* | * | |
| *Administrator of the estate of Ellen* | * | |
| *Butor* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-11068* | * | |

*************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ron Paul, individually and as the special

administrator of the estate of Ellen Butor, in the above-captioned case be and they hereby are

dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  8th  day of _____ June _____, 2010.

_____

DISTRICT JUDGE