# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number: 2:06cv09757**

**Jo Levitt**                                    PLAINTIFF

v.

**Merck & Co., Inc.**                            DEFENDANT

## ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Set Aside Order of Dismissal and Reinstate Case on the Active Docket of the Court, shall be heard on July 27, 2010, following the Vioxx MDL Status Conference.

New Orleans, Louisiana, this __8th__ day of _____June_____, 2010.

_____
UNITED STATES DISTRICT JUDGE