UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| *Rodolfo Regalado* <br> *v.* <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:07-cv-02125* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rodolfo Regalado in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE