UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** |
| **This document relates to:** | * <br> * | **SECTION L** |
| *Shirley Johnson, et al.* <br> *v.* <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Shirley Johnson, individually and as* <br> *administrator for Milton Johnson* | * <br> * <br> * <br> * <br> * | |

*Docket No. 2:06-cv-03143*
**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Shirley Johnson, individually and as administrator for Milton Johnson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  9th  day of _____June_____, 2010.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE