UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * <br> * | |
| Jose Acevedo, et al. <br> v. <br> Merck & Co., Inc. | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Only with regard to: <br> Brenda Serrano Ojeda, named in the complaint as Serrano Ojeda, individually and as the wife and Personal Representative of Victor Molina-Figueroa | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| Docket No. 2:06-cv-06997 | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Brenda Serrano Ojeda, named in the complaint as Serrano Ojeda, individually and as wife and Personal Representative of Victor Molina-Figueroa, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of June, 2010.

*Eldon E. Fallon*
DISTRICT JUDGE