UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Gladys Amadis Rosario, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Alexis Alicea-Figueroa, Carmen Ruiz-* | * | |
| *Pagan, Ramon Alicea-Ruiz, Alexis* | * | |
| *Alicea-Ruiz, Linda Alicea-Ruiz, and* | * | |
| *Carmen Alicea-Ruiz* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Alexis Alicea-Figueroa, Carmen Ruiz-Pagan, Ramon Alicia-Ruiz, Alexis Alicea-Ruiz, Linda Alicea-Ruiz, and Carmen Alicea-Ruiz, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE