# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | **MDL Docket No. 1657** |
| | **SECTION L** |
| **This document relates to:** | |
| *Anna Baugher, et al.* <br> *v.* <br> *Merck & Co., Inc.* | **JUDGE FALLON** |
| | **MAGISTRATE JUDGE KNOWLES** |
| **Only with regard to:** <br> **Willodean Zills** | |
| *Docket No. 2:06-cv-10077* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Willodean Zills in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 9th day of June, 2010.

_____
DISTRICT JUDGE