## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br><br> **SECTION L** |
| This document relates to: | * <br> * | |
| *Robyn Wagner, et al.* <br> *v.* <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| **Only with regard to:** <br> *Julie Malik, individually and as* <br> *representative of Anita McPeters* | * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-03138* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Julie Malik, individually and as representative of Anita McPeters, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of June, 2010.

*/s/ Eldon E. Fallon*
DISTRICT JUDGE