# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® **Product Liability Litigation** | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Daphna Gunter, et al.* v. *Merck & Co., Inc.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-06974* | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Dalphna Gunter, incorrectly named in the complaint as Daphna Gunter, individually and on behalf of the wrongful death heirs of Otie H. Garrett, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of June, 2010.

_____
DISTRICT JUDGE