UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| *Gladys Amadis Rosario, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Alexis Alicea-Figueroa, Carmen Ruiz-Pagan, Ramon Alicea-Ruiz, Alexis Alicea-Ruiz, Linda Alicea-Ruiz, and Carmen Alicea-Ruiz* | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Alexis Alicea-Figueroa, Carmen Ruiz-Pagan, Ramon Alicia-Ruiz, Alexis Alicea-Ruiz, Linda Alicea-Ruiz, and Carmen Alicea-Ruiz, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of        June        , 2010.

_____
DISTRICT JUDGE