## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Patricia Battle, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Archie Lewis, individually and for the* | * | |
| *estate of Linda Lewis* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-06445* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Archie Lewis, individually and for the estate

of Linda Lewis, in the above-captioned case be and they hereby are dismissed with prejudice

with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of _____ June _____, 2010.

_____

DISTRICT JUDGE