# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** <br><br> This document relates to: <br><br> *Thelma L. Curtis, et al.* <br> *v.* <br> *Merck & Co., Inc.* <br><br> **Only with regard to:** <br> *Lyzette Colon Nieves, individually and as representative of the estate of Norberta Nieves Hernandez* <br><br> *Docket No. 2:06-cv-06946* | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lyzette Colon Nieves, individually and as representative of the estate of Norberta Nieves Hernandez, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of June, 2010.

_____
DISTRICT JUDGE