UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Gladys Amadis Rosario, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Carlos Haeussler Anca, Viola Rodriguez,* | * | |
| *Federico Haeussler, Annemarie* | * | |
| *Haeussler Rodriguez, and Violamarie* | * | |
| *Haeussler De Duran* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Carlos Haeussler Anca, Viola Rodriquez, Federico Haeussler, Annamarie Haeussler Rodriguez, and Violamarie Haeussler De Duran, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 11th day of June, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE