UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| Glenda Meysami, et al. <br> v. <br> Merck & Co., Inc. | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Beulah Watt, Sherry Watt, Guy* <br> *Harrington Snow, Clyde Snow, III.,* <br> *India Snow-Watt, and Brandy Snow,* <br> *individually and as representatives of the* <br> *estate of Earl Watt* | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-05353* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Beulah Watt, Sherry Watt, Guy Harrington Snow, Clyde Snow, III., India Snow-Watt, and Brandy Snow, individually and as representatives of the estate of Earl Watt, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE