UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              *       MDL NO. 1657
     PRODUCTS LIABILITY              *
     LITIGATION                            *       SECTION: L
                                               *
THIS RELATES TO:                     *       JUDGE FALLON
                                               *
Plaintiff: Joanne Eldridge            *       MAG. JUDGE KNOWLES
Case No. 05-04447                     *
                                               *

* * * * * * * * * * * * * * * * * * * * *

## SUBSTITUTION OF LEAD COUNSEL AND WITHDRAWAL OF COUNSEL

The Law Office of Daniel E. Becnel, Jr. hereby withdraws as counsel and Bowersox Law Firm, P.C. and Jeffrey A. Bowersox substitutes as lead counsel.

Dated: June 14, 2010.

Respectfully Submitted,

Jeffrey A. Bowersox
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
Jeffrey@blfpc.com
Telephone: 503-452-5858
Facsimile: 503-345-6893

Dated: June 14, 2010.

Salvadore Christina, Jr.
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
SChristina@becnellaw.com
Attorneys for Plaintiff Joanne Eldridge