UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX ® | * | MDL DOCKET NO. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |
| This document relates to:  Cases Listed | * | |
| on Exhibit A | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**PRE-TRIAL ORDER NO. 56**
**MODIFICATION OF DUTIES OF PLAINTIFFS' STEERING**
**COMMITTEE FOR INELIGIBLE OR NOT ENROLLED CLAIMS**

On July 13, 2009, the Court appointed Ann B. Oldfather and Shawn G. Foster to serve on the Plaintiffs' Steering Committee for Ineligible or Not Enrolled Claims ("PSC for IE/NE Claims").  These cases were governed by Pre-Trial Order No. 28.  By the same order, Ms. Oldfather was appointed lead counsel for these cases.  Later, on January 8, 2010, Grant L. Davis and Thomas J. Preuss were also named to the PSC for IE/NE Claims.

On September 22, 2009, the Court held a status conference at which time the Court indicated that the responsibilities of the PSC for IE/NE Claims extended only to Pre-Trial 28 cases, but when appropriate, the Court would consider what, if any, further structure was needed for Pre-Trial Order 29 and Pre-Trial Order 43 cases.

On June 3, 2010, the Court discussed the cases governed by Pre-Trial Order 29 and Pre-Trial Order 43 with Ann Oldfather and Andy Birchfield.  This was prompted by Ms. Oldfather's Motion to Establish Leadership Responsibilities for Pre-Trial Order 29

and Pre-Trial Order 43 (Rec. Doc. No. 40333). To resolve this matter, the following order is issued.

IT IS ORDERED that the responsibilities of the PSC for IE/NE Claims should be modified to include not only Pre-Trial Order 28 cases but certain cases governed by Pre-Trial Order 29 and Pre-Trial Order 43, which are attached on Exhibit A.

New Orleans, this the 14th day of June, 2010.

*Eldon E. Fallon*

Honorable Eldon E. Fallon
United States District Court Judge