**Exhibit A:  PTO 29 PTO 43 Cases**

**PTO 29 Cases:  "Other" Injury Allegations**

| Subject Name | Category | Injury | Plaintiff Counsel Name (LMI) | Case Caption | Docket Number Current |
|---|---|---|---|---|---|
| Anton, William L | PTO 29 | Other: Myocardial pathology | Alford Law Group, P. A. | Anton, William L. v. Merck & Co, Inc. | 2:08-cv-01016-EEF-DEK |
| Johnson, Charles E | PTO 29 | Other: Metastatic lung cancer.  Hospitalized on 8/16/2000 with unstable angina; no evidence of myocardial infarction at that time. | Law Offices of Eric H. Weinberg // Viles & Beckman, PA | Johnson, Charles v. Merck & Co., Inc. | 2:09-cv-02404-EEF-DEK |
| Banton, Violet | PTO 29 | Other: Cardiovascular disorder | Law Offices of Robert J Fenstersheib & Assoc | Banton, Violet v. Merck & Co., Inc. | 2:08-cv-04914-EEF-DEK |
| Lawrence, Clinita K | PTO 29 | Other: Worsening of atherosclerosis; cardiac disease; cardiomyopathy; | Law Offices of Robert J Fenstersheib & Assoc | Lawrence, Clinita v. Merck & Co., Inc. | 2:08-cv-04904-EEF-DEK |
| Sorosky, Eugene E | PTO 29 | Other: TIA; cardiomyopathy. | Law Offices of Robert J Fenstersheib & Assoc | Sorosky, Eugene v. Merck & Co., Inc. | 2:08-cv-04932-EEF-DEK |
| Abshire, Pauline E | PTO 29 | Other: Syncope, TIA | Law Offices of Robert J. Fenstersheib & Associates | Abshire, Pauline v. Merck & Co., Inc. | 2:08-cv-04919-EEF-DEK |
| Figueroa, Isidro | PTO 29 | Other: TIA | Law Offices of Robert J. Fenstersheib & Associates | Figueroa, Isidro v. Merck & Co., Inc. | 2:08-cv-04920-EEF-DEK |
| Wodowski, Michael | PTO 29 | Other: Bilateral occipital lobe infarcts with right temporal lobe infarct | Miserendino, Celniker, Seegert, & Estoff, P.C. | Wodowski, Michael v. Merck & Co., Inc. | 2:08-cv-04559-EEF-DEK |
| Fick, Roland | PTO 29 | Other: Chest pain. | Viles & Beckman, PA | Fick, Roland v. Merck & Co., Inc. | 2:09-cv-02401-EEF-DEK |

**Exhibit A: PTO 29 PTO 43 Cases**

PTO 43 Cases With Expert Reports: "Other" Injury Allegations

| Subject Name | Category | Injury | Plaintiff Counsel Name | Case Caption | Docket Number Current |
|---|---|---|---|---|---|
| Dumbell, Mabel C | FES | Pulmonary Embolism | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| Dunn, Velma | FES | Pulmonary Embolism/death | Jones, Jr., Bennie L. & Associates | Singleton, Catherine H. v. Merck & Co., Inc. | 2:09-cv-02413-EEF-DEK |
| Garner, Elizabeth A | FES | Deep Vein Thrombosis | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| Germany, Severla A | FES | Pulmonary embolus | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Happy, Anne H | FES | Bleeding gastric ulcerations | Getty & Childers, PLLC | Happy, Ann v. Merck & Co., Inc. | 2:05-cv-06143-EEF-DEK |
| Hubner, Jo Anna M | FES | Deep vein thrombosis /Pulmonary Embolism | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Jackson, Mary L | FES | Bilateral pulmonary embolism, deep vein thrombosis and death | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Jacobs, Bonnie L | FES | Coronary artery disease | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Jelden, Todd | FES | Pulmonary Embolism | Oldfather Law Firm | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK |
| Jones, Lynda G | FES | Pulmonary embolism | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Knotts, Jerrlyn Kay S | FES | Transient ischemic attack | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| Kuykendall, Cheryl T | FES | Unspecified cardiac event | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| Long, Stanley | FES | Gastric bleeding | Getty & Childers, PLLC | Long, Stanley v. Merck & Co., Inc. | 2:05-cv-06510-EEF-DEK |
| Madlock, Janice S | FES | Pulmonary embolism | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Major, Lynell | FES | Deep vein thrombosis and pulmonary embolism | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| Martin, Kristen M | FES | Perioperative pulmonary embolism | Fibich, Hampton & Leebron, LLP | Martin, Khristen v. Merck & Co., Inc. | 2:06-cv-06808-EEF-DEK |
| Moore, Rebecca A | FES | Thrombotic occlusion of the distal aorta and thrombosis of left brachial artery | Chessick, Kenneth C., The Law Office of | Moore, Rebecca v. Merck & Co., Inc. | 2:06-cv-04296-EEF-DEK |

**Exhibit A: PTO 29 PTO 43 Cases**

| | | | | |
|---|---|---|---|---|
| Moxter, Bobby L | FES | Transient ischemic attack | Fibich, Hampton & Leebron, LLP | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK |
| Nolan, Maryann G | FES | Acceleration of atherosclerotic damage to her kidneys and renal failure. | Getty & Childers, PLLC | Nolan, Mary A. v. Merck & Co., Inc. | 2:05-cv-06146-EEF-DEK |
| Pacuilli, Deanna | FES | Pulmonary embolism | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| Silva, Valerie A | FES | Pulmonary embolism | James, Vernon & Weeks, P.A. | Silva, Valerie A. v. Merck & Co., Inc. | 2:05-cv-01768-EEF-DEK |
| Russel, Donna C | FES | Transient ischemic attack | Oldfather Law Firm | Russel, Donna C. v. Merck & Co., Inc. | 2:06-cv-00781-EEF-DEK |
| Slone, Norlena | FES | Acceleration of damage to heart and valves associated with aortic insufficiency and mitral regurgitation. | Getty & Childers, PLLC | Slone, Norlena v. Merck & Co., Inc. | 2:05-cv-06511-EEF-DEK |
| Thornton, Linda C | FES | Coronary artery disease | Corea Firm, P.L.L.C., The | Alaniz, Oralia F. v. Merck & Co., Inc. | 2:06-cv-10281-EEF-DEK |
| White, Jackie K | FES | Splenic, renal and cardiac infarcts | The Law Group, Ltd. | White, Jackie v. Merck & Co., Inc. | 2:10-cv-00504-EEF-DEK |

Exhibit A: PTO 29 PTO 43

## PTO 43 Cases Without Expert Reports: "Other" Injury Allegations

| Subject Name | Category | Injury | Plaintiff Counsel Name | Case Caption | Docket Number Current |
|---|---|---|---|---|---|
| Artis, Dennis C | FES | Other | Becnel Law Firm, LLC | Acosta, Ella M. v. Merck & Co., Inc. | 2:05-cv-04457-EEF-DEK |
| Baum, Janice M | FES | Other | Pro Se | Heavrin, Michael v. Merck & Co., Inc. | 2:05-cv-00458-EEF-DEK |
| Beasley, Sherwood | FES | Other | The Law Group, Ltd. | Beasley, Sherwood v. Merck Sharp & Dohme | 2:09-cv-07790-DEK-EEF |
| Farris, Pamela | FES | Other | Girardi & Keese | Farris, Pamela v. Merck & Co., Inc. | 2:07-cv-06313-EEF-DEK |
| Garcia, Richard A | FES | Other | Mainor, Eglet, Cottle LLP *Motion to w/d filed 3/2/2010* | Chapman, Don v. Merck & Co., Inc. | 2:07-cv-00902-EEF-DEK |
| Grice, Daisey M | FES | Other | Murray Law Firm | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Johnson, Bill | FES | Other | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Mayo, Veronica M | FES | Other | Lanier Law Firm, PC | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| Meadows, Essie B | FES | Other | Murray Law Firm | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| Rosa-Valle, Gladys | FES | Other | Wood Law Firm, LLC | Acevedo, Jose v. Merck & Co., Inc. | 2:06-cv-06997-EEF-DEK |
| Smith, Sadie B | FES | Other | Pro Se | Kincaid, Inez v. Merck & Co., Inc. | 2:06-cv-11442-EEF-DEK |
| Wince, Burse | FES | Other | Boone Law Firm, P.A. | Wince, Burse v. Merck & Co., Inc. | 2:08-cv-00241-EEF-DEK |