UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:      ALL CASES**

## ORDER

Having considered Objector Liaison Counsel's ("OLC") Motion for Discovery Related to the Common Benefit Fee Application (Rec. Doc. 41374) and the responsive briefs, IT IS ORDERED that OLC's Motion is GRANTED IN PART and DENIED IN PART.

The Court finds that records of hours submitted by Common Benefit Counsel will assist the Court and interested parties in determining a reasonable Common Benefit Fee. Accordingly, on or before July 15, 2010, Plaintiff's Liaison Counsel ("PLC") shall grant OLC reasonable access to inspect the accountant's records of hours submitted by Common Benefit Counsel, and OLC will maintain the confidentiality of those records. Accordingly, OLC's Request number 1 is GRANTED.

The Court also finds that any discovery related to the drafting or negotiation of the Master Settlement Agreement, Pretrial Order 19, or related matters, is premature. The Court has not made any findings regarding the amount of a reasonable Common Benefit Fee. The Court will first focus on the appropriate amount for the Common Benefit Fee and then consider, if

1

necessary, whether any variance is in order for a particular case or cases. Therefore, all other discovery requests in the Motion are DENIED.

IT IS FURTHER ORDERED that on or before August 1, 2010, all interested parties are invited to submit to the Court briefs regarding the Court's authority to set the Common Benefit Fee, and the reasonable percentage at which the Court should fix the Common Benefit Fee.

New Orleans, Louisiana, this 14th day of June, 2010.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE