UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Dorothy Griffin v. Merck & Co Inc*, Case No. 10-873

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy Griffin. The Court notes Ms. Griffin's new address, which is listed below. The Court further acknowledges that Ms. Griffin references filing suit against a Ms. Diane Bates in her letter. Ms. Griffin's letter does not constitute the filing of a lawsuit. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 14th day of June, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Dorothy Griffin<br>2321 N. Street, Apt No. 1<br>Sacramento, CA 95816 |

1

___Fee___
___Process___
_X_Dktd___
___CtRmDep___
___Doc. No.___

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130