RE: Vioxx Products Liability Litigation
MDL: 1657

Case No. 10-873

Plaintiff
Dorothy A. Griffin
VS
Defendant:
Merck & Co. Inc.

## Change of Address

OLD Address: Dorothy A. Griffin
452 Stoneridge
Flint, TX. 75762

## New Address

Dorothy A. Griffin
2321 N Street
Apt. No. 1
Sacamento, CA. 95816
Hm.# 916-476-4208

Thank you
Dorothy A. Griffin

Attorney: Susan J. Giampertone,
Womble Carlyle, One West Fourth Street
Winston-Salem, NC. 27101 and their Local Counsel, Dorothy Wimberly,
Stone Pigman Walter Wittman LLC,
546 Carondelet Street,
New Orleans, LA. 70130.

Date: 5-14-2010

United States District Court
ATTN: Judge E. Fallon
U.S. District Judge
500 Poydras Street
New Orleans, LA. 70130

June 1st
2010

① Dear Judge E. Fallon, I would like to file a claim against Ms. Diann Bates... The Claims Administrator; for miss leading me when I was in the settlement program. Ms. Bates told me on a phone conversation that she did not think that I needed an attorney... that I was already in the Data Base & many was going through it without an attorney. Also she did not give me a medical evaueration or any points. Ms. Bates also told the attorney Henderson that I was kicked out of the settlement program, then she said I jumped over in the future stipalation after I was also kicked out of the Extro. injury too. I fell like she trick me out of my settlement money of the Extro. injury too. I had ask the attorney Henderson "why did she mislead me like that, and his response was that... She was working with the co. (Merk). I thought Ms. Baits was a really nice Lady. I had my paper work in my hand from the attorney I had before, after he had found out about the settlement program trying to get me back. Here is a copy of the paper work he had sent me Attorney Brain Loncar, Dallas, TX. I still have not heard any word from Merk about my Law suite I had filed against them. I wonder if its any way that Ms. Bates can be made to let me return to the settlement program with an attorney, because she beat me out of my settlement and my ex.tro. Injury too. Ms. Bates Denied me on every- thing. Here is a copy of the paper work also that she should have done a evaularation on me. The reason that I got out of the settlement

(2) is I seen that they were not treating me right denied me in everything. If I had return to my attorney Brain Loncar... Well he would had got a settlement for me, because I had proof of me taking Vioxx and I also would have got a settlement from my Extro. Injury too. I really feel like MS. Diann Bates mistreaded me & something should be done about it. The attorney in South Carilina: stated that he had got a settlement for all of his clients that had proof of taking Vioxx except two, say they did not have proof. So I know I had a case in the settlement program and I should have got paid. I am in need of surgery on my hips, hands and my Rt. knee too. I am still on heart medication with a lot of swelling in my Chest, back, neck, hips, hands and my knee. I don't know what to do, but I do know that MS. Diann Bates did me wrong and she should not be able to get away with this terriable thing that she had done to me. (please let me hear something wheather ~~some~~ can be done about MS. Diann Bates, She is not a Doctor.

Thank you

(Dr. Weber and
 or Dr. Wade
   Dr. Wilson)

Dorothy A. Griffin   phone #
                     1-916-476-4208

Case # 10-873
MDL-1657
VCN-1081041

P.S. MS. Bates also has some of my medical records on the CD's that she sent to me up side down & side ways... Not in the proper manner, making it hard to read & not giving me enough time to read them,

③ Forcing me to say all my records was on the CD's. I think that some of the pages was not on there .... about Dr. Wade stating that I was allergic to Vioxx to stop taking it. But he told me that I had, had a light heartack. I had sent my records to MS. Diann Bates. I told her to make copies and return them to me, because I could not afford to make copies of all those records. So when I went back to St. Michael Hosp. to get my records the second time, well all my records was not there for the extro. injury. The Lady at the office in Texarkana, TX. getting my records, she was taking out pages. I ask her why was she taking out pages, she said because she would have to charge me for doubles. But when I got home to check my records, they were not all there, about the Vioxx was not in there. So MS. Diann Bates had those records and she knew that I did not have a copy of them, But I told her if she could not send

Dorothy A. Griffin

them back to me, that's OK. I thought that I could get them again, but I was wrong, I feel like the lady at St. Michael Hospital took them out for what reason, I do not know. The reason why I could not get a medical expert... was because I did not have an attorney. The Attorney Henderson did not take my case after all ... because he has never done a case like this before. So I still do not have an attorney. I Pray that you can give me more time.

④ There were also some missing pages Ms. Diann Bates sent me #A was missing it was two B's, but no #A. Here is a copy also. Also Ms. Bates told me that every thing that the courts sends me, that I need to send her a copy too, even the Questioneir.

Dorothy A. Griffin
Case # 10-873
MDL-1657

I Need to File a motion for reconsideration for the Settlement Program with an attorney. I was suppose to get Pd. too, because I had proff of taking Vioxx too, And a Lot of symtons also. Ms. Diann Bates took Advantage of me and that is so wrong. Attorney Henderson said Ms. Diann Bates gave me bad advice... Say I should have went back to my attorney Brain Loncar and I would have gotten a Settlement & my Extro. injury Settlement too, She don't need to be playing with peoples Lives.