

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Lloyd Bell v. Merck & Co Inc,* **Case No. 07-2070**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Lloyd Bell.

IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel. However, from the correspondence, it is unclear to the Court whether any action is required in this case. Thus, the Court will not order any action be taken at this time.

New Orleans, Louisiana, this 14th day of June, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Lloyd Bell
PO Box 152861
San Diego, CA 92195

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___Fee___
___Process___
_x_Dktd___
___CtRmDep___
___Doc. No.___