# LAW OFFICES OF
# COCHRAN, CHERRY, GIVENS & SMITH, P.C.

COCHRAN, JR. [1]
M. DAMASHEK [2]
HARVEY WEITZ [2]
D L. KLEINICK [2]
S. SCHNEIDER [2]
A. CHERRY, JR. [3]
KEITH GIVENS [4]
CK M. SMITH [5]
MONTGOMERY [17]
RIAN J. SHOOT [2]
HER E. PETERS [1]
SISTRUNK, JR. [7]
EVIN HAWKINS [3]
RT B. JACKSON [1]
RY J. CANNATA [2]
RIC G. FERRER [9]
MCMURRAY [11]
B. ANCOWITZ [13]
K L. REDDITT [3]
AMBERTI SAMS [7]
SEPH D. LANE [6]
J. MITCHELL [10]
WILLOUGHBY [3]
ORD J. STERN [10]
RLES J. NOLET [2]
RREST TAYLOR [8]
MARSZEWSKI
GRESHAM, III [3]
A. KLEINICK [2]
D M. ROBERTS [2]
GOLD, M.D. [2]
LARRY GIVENS [5]
ITH H. GROSS [2]
X W. ZOGHBY [1]
NICKLES, M.D. [5]
IAMS, JR., M.D. [9]
N K. HURLEY [2]
A. STEWART [11]
DEREK SELLS [14]
UL CARBO, JR. [5]
P W. DRUKER [2]
DERWOOD, III [3]
Y A. KEENAN [15]
LAS HOPSON [17]
V. SCHWARTZ [12]
ARK ANDREWS [2]
H S. ROSATO [10]
LA J. MASON [16]
L A. MARBER [10]
Y M. TOLSON [2]
D. WILLIAMS [7]
A. WILSON II [2]
ERS ADDISON [3]
S. DAMASHEK [16]
EW L. WEITZ [2]
EGORY EVANS [3]
ELCH BANDO [2]
LD D. CASALE [2]
J. ZALOUDEK
IAN T. DUNN
S V. DEFFINA [2]
D. SHERIDAN [10]
MES M. LANE [2]
GIOVANNINI [12]

4929 WILSHIRE BOULEVARD, SUITE 1010
LOS ANGELES, CALIFORNIA 90010
(323) 931-6200 • FAX: (323) 931-9521

August 4, 2000

Mr. Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

RE: Legal Representation

Dear Mr. Bell:

Regrettably, I write to inform you that, after careful review, we have concluded that we will be unable to handle your case.

Please understand that this decision to not accept your case is in no way a reflection of the merits of the incident. Rather, we must, by necessity, limit the number of cases which we will accept. It is quite unfortunate that we are unable to accept every justified claim that is presented to us.

You should **IMMEDIATELY** contact another attorney to obtain legal representation. You should be aware that there are strict time limitations within which you must act in order to protect your rights in this matter. These time limits are complex and vary for different types of legal actions. **YOU SHOULD ACT IMMEDIATELY IF YOU WISH TO PURSUE THIS MATTER. FAILURE TO FILE A LAWSUIT WITHIN THE REQUISITE TIME MAY MEAN THAT YOU COULD BE BARRED FOREVER FROM PURSUING YOUR ACTION.**

We regret that we could not take your case. There is no charge for our time. We wish you good luck in pursuing this matter with other counsel in your efforts to vindicate your rights.

Best regards,

LAW OFFICES OF COCHRAN,
CHERRY, GIVENS, SMITH & FERRER

CAMERON A. STEWART
CAS:dkd

ifornia, New York
ington, D.C. Bar
ber New York Bar
ber Alabama Bar
Alabama, Florida
& Georgia Bar
& Alabama Bar
na & Florida Bar
nber Georgia Bar
a & Virginia Bar
alifornia, Hawaii
& New York Bar
nber New York &
New Jersey Bar
ber California Bar
nber Missouri Bar
ork & Florida Bar
Member New York
bington, D.C. Bar
& Michigan Bar
v York, New Jersey
hington, D.C. Bar
ember Illinois Bar
ibama, Georgia &
hington D.C. Bar

WOOLWORTH BUILDING • 223 BROADWAY
NEW YORK, NY 10279-0003

127 PEACHTREE STREET, NE
ATLANTA, GEORGIA 30303

[Handwritten annotations: "Judge Fallon My mother was killed August 5, 2000 Date of this letter Lloyd Bell 8-5-2000 FBI Have This" / "514 0891" / "Flossie 824-0100"]

323 931-9521

9-11-02

Hello;
ATTN; Cochran Firm

On your Letter DAted August 04-2000 your Office stAted thAt you could NOT Help On my Pending Complaint. Now If so Why hAven't I Received All Of my ~~complaints~~ PAPers About The ComplAint

The P.O. Box The SAme, For I CAN Pursue This MATTer. Since your OFFice CANNOT Help.

P.S Lets your Office hAve move From Old Address I hAve; Which I mAil A Certified Letter To The Address, WAS NOT sign Return To me. MAiled 8-27-02

SINcerely

Lloyd Bell



# W. A. Drew Edmondson
## Attorney General of Oklahoma

February 27, 2004

Mr. Lloyd D. Bell
P.O. Box 152861
San Diego, CA   92195

Dear Mr. Bell:

Thank you for your letter regarding nursing home abuse and perjury. I regret you have provided inadequate information upon which to initiate an inquiry. If you wish us to look into this, please identify the facility in Oklahoma, the person abused and the date of the occurrence.

I appreciate hearing from you and hope you will feel free to contact me if I may be of any other service.

Sincerely,

*[signature]*

W.A. DREW EDMONDSON
ATTORNEY GENERAL

WAE:seh

*[handwritten note:]* Please FAX To Chief Investigator Rob Luck, I only FAX To you, you can pass on To other Agency in California. US Senator Diana Feinstein San Fransico Office 415 393 0707

2300 N. Lincoln Blvd., Suite 112, Oklahoma City, OK 73105-4894  (405) 521-3921  •  Fax: (405) 521-6246
recycled paper

04-08-04

ATTY: General Drew Edmondson And Chief Investigator in The State of Oklahoma

I Left Oklahoma Last After breif Stay And discover This is what Going on in The Nursing homes in your State, Where my mother died in A Nursing home with Negilence. The Same Thing happen To her in Colonial Park Nursing in (Okemah) in Okfuskee Co. From 5-00 Thru 8-00. Now ATTY. Bruce Robinson is still holding my legal Document in his office. (Tel 525-0177). Now, This Lady Sandra Luke is Impossible To believe Use To work At Amberwood Nursing home, She was A CNA having Sex with patient And Selling drugs on The Property. Now, working For Heritage Manor As A AM/PM Cook. This I have happen JAN. 04 Til Now And Some of friends work For Alliegiance (severe) Nursing Facility. The problem in Oklahoma was getting set-up bye Mrs. Luke whom know she had Talk To Much. Sandra Luke Tel 751-1638.
909 NW 105 st Apt 139
OKC

Please Fax To
Cheif Investigator

Sincerely
Lloyd Bell



**Oklahoma State Department of Health**

Leslie M. Beitsch, MD, JD
Commissioner of Health and State Health Officer

August 9, 2001

Lloyd Bell
123 Georgia
Shawnee, OK  74801

Re: Complaint #  **20012545**

Dear Lloyd Bell:

This letter is to acknowledge that you have filed a complaint with the Oklahoma State Department of Health (OSDH) on 8/9/01 regarding Shawnee Sunset Estates. Your complaint has been identified in our system as Complaint # 20012545. Please refer to this number in any subsequent correspondence with the OSDH.

The OSDH will review this information and assign the complaint to an investigator. The investigator may be contacting you to obtain further information or clarification of the information that you have provided. At the conclusion of the investigation, you will receive a report of the findings.

If you have questions regarding the status of your complaint, please call the Long-Term Care Division of the OSDH at 405-271-6868. Please remember to reference your Complaint Number assigned above.

Sincerely,

Joseph W. Riggs, CFE
Director of Complaints and Enforcement
Oklahoma State Department of Health

**Board of Health**

Ron L. Graves, DDS, President
John B. Carmichael, DDS
Dan H. Fieker, DO

Haskell L. Evans, Jr, RPh, Vice President
Gordon H. Deckert, MD
Jay A. Gregory, MD

Ron Osterhout, Secretary-Treasurer
Glen E. Diacon, Jr, MD
Ann A. Warn, MD

1000 NE 10th Street
Oklahoma City, OK 73117-1299
www.health.state.ok.us




STATE OF CALIFORNIA—STATE AND CONSUMER SERVICES AGENCY

**BUREAU OF SECURITY AND INVESTIGATIVE SERVICES**
Post Office Box 989002
West Sacramento, CA 95798-9002
(916) 322-4000
www.dca.ca.gov/bsis

May 14, 2004

Lloyd Bell
P.O. Box 152861
San Diego, CA 92195

*2 PAges*
*ATTN: John Heiznerling*
*1-281-359-1968*
*ATTN: Caseworker*
*1-415-244-1012*

RE: Private Investigator License Application

Dear Applicant:

The bureau has received your application for Private Investigator Company. Your application is incomplete; please submit the following:

♦ A Certificate in Support of Experience Form. An employer or supervisor who has direct knowledge of your experience must complete this form. It cannot be a co-worker.

♦ A completed request for livescan service form signed by the livescan operator.

In accordance with California Code Regulations Section 601.3, Title 16, if you do not complete your application within one year from when the bureau originally received your application, it will be considered abandoned and you will be required to completely reapply.

Please return this notice along with the requested items. If you have questions, you may contact me at (916) 322-4000.

Sincerely,

Javonda Calloway
Program Technician II

*225 326 6797*

```
*********************
***  TX REPORT  ***
*********************

TRANSMISSION OK

TX/RX NO                3186
CONNECTION TEL          12813591968
SUBADDRESS
CONNECTION ID
ST. TIME                11/23 13:21
USAGE T                 00'41
PGS. SENT               2
RESULT                  OK
```

**BILL LOCKYER**
*Attorney General*

**State of California**
**DEPARTMENT OF JUSTICE**



PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TDY: (916) 324-5564
or (800) 952-5548

ATTN' John

May 6, 2004

PIU: 5805

Mr. Lloyd Bell
PO Box 152861
San Diego, CA 92195

Dear Mr. Bell:

Thank you for your inquiry to Attorney General Bill Lockyer requesting information on who has primary jurisdiction on criminal investigations of nursing home abuse.

Enforcement of state law is the primary duty of local law enforcement agencies. The Attorney General's role is to ensure that laws are uniformly enforced statewide. Local police authorities are designated the responsibility for investigating violations of law within their jurisdiction.

The decision whether or not to file criminal charges in any given case is committed to the discretion of local law enforcement authorities. This decision rests with the local authorities and the Attorney General is not prepared to supersede the local agency.

The state Attorney General undertakes the role of a prosecuting officer in specific cases only when a county district attorney is disqualified from the case or when he or she (without justification) fails to act. Based on the information you have provided, and a review by our office of the case, we have determined that this office cannot take action in this matter.

We appreciate the opportunity to be of assistance to you.

Sincerely,

Bill Canepa

LA DA
ATTN Elder Abuse Uni
22
320 W Temple

May 24, 2010

**THUMS LONG BEACH COMPANY**
as Townlot Administrator
P.O. Box 22620
Long Beach, California 90801
TEL (562) 624-3342   FAX (562) 624-3295

Lloyd Bell
PO Box 152861
San Diego, CA 92195

Re:   Owner No. 21806
      Maude Marks

Dear Mr. Bell:

Thank you for responding to our notice of unclaimed property. To avoid additional funds from being sent to the state of California as unclaimed property, please provide the documents as requested in our letter to you dated February 23, 2010 (copy enclosed) by **June 1, 2010**.

If you have any questions, please call me at (562) 624-3341.

Sincerely,

Karen Tripp
Townlot Accountant

Enclosure

May 15, 2010

**THUMS LONG BEACH COMPANY**
as Townlot Administrator
P.O. Box 22620
Long Beach, California 90801
TEL (562) 624-3342   FAX (562) 624-3295

MAUDE MARKS
C/O LLOYD BELL
PO BOX 152861
SAN DIEGO, CA 92195

Owner ID #: 21806

Dear Working Interest Owner:

Subject: Unclaimed Property

Our records indicate that we are holding funds for this account attributable to an oil and gas interest. **Because the funds have been held in suspense for the dormancy period prescribed by the state of California, with no contact by the owner, we are required by law to remit these funds to that state as Unclaimed Property.**

If you have an interest in these funds and wish to prevent such funds from being reported as Unclaimed Property, please indicate so by filling in the information requested below and returning in the enclosed self addressed envelope within 30 days from the date of this letter. Contact by phone will not serve as a claim to any proceeds.

Print Name: _Lloyd Bell_

Signature: _Lloyd Bell_    SSN: _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_

Print Name: _____

Signature: _____   SSN: _____

Address: _____   City: _____

State: _____   Zip: _____   Phone: _____

We will respond to your claim as soon as possible and advise you of any additional requirements for transfer or release of this interest.

Sincerely,

_Karen Tripp_
Karen Tripp
Townlot Accountant

*[Handwritten margin notes: "Atty Michael Douglas Hendricks 619-296-2361"]*

THUMS LONG BEACH COMPANY (THUMSCO)  Date: 2/23/10
Townlot Administration Department  Key File: _____
Attn.: Karen Tripp  Owner #: 21806
P O Box 22620
Long Beach, CA 90801  Owner Name: Maude Marks

# CURATIVE INSTRUMENTS NEEDED IN CONNECTION WITH THE TRANSFER OF TITLE TO REAL PROPERTY LOCATED WITHIN THE STATE OF CALIFORNIA

Note: ALL REFERENCES TO RECORDED DOCUMENTS APPLY TO THE RECORDS OF THE COUNTY WHERE THE REAL PROPERTY IS LOCATED.

☐ If decedent died owning the subject property in joint tenancy, furnish:
1. A certified copy of the decedent's Certificate of Death,
2. A copy of the recorded deed whereby the property was acquired as joint tenants, unless previously provided to THUMSCO,
3. A copy of recorded Affidavit re. Death of Joint Tenant.
OR

☐ If decedent died intestate (without a Will) and the estate was probated according to the California laws of descent and distribution, furnish:
1. A certified copy of the decedent's Certificate of Death,
2. A copy of Letters of Administration (California Court),
3. A copy of the recorded Order of Distribution, when available (California Court).
OR

*[Handwritten: "Perjury & Fraud"]*

☒ If decedent died testate (with a Will) and the Will was probated in the State of California, furnish:
1. A certified copy of the decedent's Certificate of Death,
2. A copy of the recorded Letters Testamentary or Letters of Administration,
3. A copy of the recorded Order of Distribution, when available (California Court).
OR

☐ If decedent died testate (with a Will) and the Will was probated outside the state of California, furnish:
1. A copy of the recorded ancillary probate proceedings as instituted in the State of California. (This is necessary because the state of California does not recognize the probate distributions issued by Courts located outside of California. If ancillary probate will not be pursued, you may wish to consider one of the options listed next.)
OR

☐ If no probate of the decedent's estate is anticipated and/or the estate value qualifies as "small", furnish:
1. A certified copy of the decedent's Certificate of Death,
2. A copy of the recorded Court Order Determining Succession to Real Property, pursuant to California Probate Code, Division 8; Disposition of Estates Without Administration, Part 1, Chapter 4, Sections 13150-13154; OR
3. A copy of the recorded Affidavit for Real Property of Small Value, California Probate Code, Division 8, Part 1, Chapter 5, Sections 13200-13209; OR
4. A copy of the recorded Order Determining Passage of Property to Surviving Spouse, California Probate Code, Division 8; Part 2, Chapter 5, Sections 13650-13656.

OR

(Continued on the Reverse Side)

*[Handwritten at bottom: "May 27, 2010  State Controller John Chaing 916 445-3028  Contract Atty Scott Adams 405-232-9100"]*



**THUMS LONG BEACH COMPANY**
as Townlot Administrator
P.O. Box 22620
Long Beach, California 90801
TEL (562) 624-3342  FAX (562) 624-3295

February 23, 2010

Lloyd Bell
PO Box 152861
San Diego, CA 92195

Working Interest Owner No. 21806
Maude Marks
Long Beach Unit Townlot
-Los Angeles County, California

Dear Mr. Bell:

We are in receipt of the Table of Heirship and the first page of the Last Will and Testament of Maude Caver Marks. Our records indicate that she acquired the mineral rights in her name alone. In order to change the mineral interest to the heirs we will need a recorded copy of a legal conveyance.

The legal description that we have in our records for the mineral interest is as follows:

> Lot 12, Block B, Coughran and Hughes Tract, as per Map recorded in Book 5, Page 77 in the Office of the Los Angeles County Recorder
> (1407 Martin Luther King Jr. Avenue, Long Beach, California)

Although we believe the information provided to be correct, we cannot guarantee its accuracy.

I am enclosing a curative listing for transferring title in California, which may help you to obtain the proper documentation to transfer the mineral rights. Upon receipt of the proper documentation, we will update our records.

If you have any questions, please contact me at (562) 624-3341.

Sincerely,

Karen Tripp
Karen Tripp
Townlot Accountant

Enclosure



# JOHN CHIANG
## California State Controller



OFFICE USE ONLY

Claim ID **3159404**

CLAIM FLAG

**UPD**

LLOYD D BELL
PO BOX 152861
SAN DIEGO, CA 92195

ATTN: Karen Tripp

    Thank you for submitting your claim for unclaimed property. We received your claim packet on **02/22/2010**.

    We recognize that your claim is very important and we will process it as promptly as possible. Due to the tremendous volume of claims received, last year the Unclaimed Property Division received over 300,000 claims, it may take up to one hundred eighty (180) days to review your claim. If your claim involves a cash property, you should receive payment of the claim or a request for additional information within this 180-day period. If your property involves securities, you should receive your notice of claim approval or a request for additional information within 180 days.

    We also want to inform you that additional processing time is required for the payment of security claims. In order to ensure that we pay the correct amount for securities, we must check to see if there have been any corporate mergers, acquisitions, dividends, or other corporate actions that affect the value of the claim. If your claim is for securities, please allow **an additional 60 to 90 days** for this research to be completed.

    You may check the status of your claim at anytime by accessing our website at www.claimit.ca.gov. Claims Status Search. If you have not heard from this office within 180 days, you may call or e-mail the Unclaimed Property Division, as shown below:

- Phone Number: (800) 992-4647
- International callers: (916) 323-2827
- E-mail: www.claimit.ca.gov – Click on "Contact UCP";

Unclaimed Property Division
MAILING ADDRESS P.O. Box 942850, Sacramento, CA 94250-5873
10600 White Rock Road, Ste 141, Rancho Cordova, CA 95670 (800) 992-4647

```
TRANSMISSION VERIFICATION REPORT
```

```
TIME    : 10/20/2006 16:23
NAME    : FEDEX KINKOS
FAX     : 6192325410
TEL     : 6196453300
SER.#   : 000F6J941459
```

```
DATE,TIME          10/20  16:22
FAX NO./NAME       18584845709
DURATION           00:00:28
PAGE(S)            01
RESULT             OK
MODE               STANDARD
                   ECM
```

DATE: 10/12/06
SOURCE: LTR

**STEVE WESTLY**
California State Controller

PROPERTY ID NUMBER: 011817356

*[handwritten: PACIFIC LAW Center ATTN: ATTY: Gregory Boyke]*

*[handwritten: 916 445 3028]*
*[handwritten: 800 992 4647]*

MARKS MAUDE    (D)
C/O LLOYD BELL
PO BOX 152861
SAN DIEGO CA 92195

*[handwritten: 800 or 888 749-0000]*

This is to inform you that, according to our records, you may be entitled to the money, property or the proceeds from any sale of the property listed below.

The California State Controller's Office has a program to return unclaimed property value to rightful owners or heirs. Unclaimed property turned over to the State, primarily consists of money, securities, or tangible property held by businesses or financial institutions for more than three years without owner contact. California law requires businesses to transfer such property to the state at the close of the dormancy period.

You may claim this property or the proceeds thereof by completing and <u>signing</u> the reverse side of this form. In addition, you <u>must</u> provide a copy of your driver's license that shows your current address and some form of verification of your social security number, such as a copy of your social security card or a tax return showing your name and social security number. If you do not have all of the items required, please send as much information as possible to prove this claim. If you are an heir, not a direct owner, provide a certified copy of the owner's Death Certificate and Will or a Final Decree of Distribution. Send these documents to:

> CONTROLLER OF CALIFORNIA
> BUREAU OF UNCLAIMED PROPERTY
> P.O. BOX 942850
> SACRAMENTO, CA 94250-5873

Once your <u>signed</u> claim form, social security verification, and associated documentation are received, this office will be able to return your property or proceeds from its sale to you. Due to the success of

06/10/10 FAX 3259221   KING'S 23 PENN   ☒003/003

**BILL LOCKYER**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**



445 Ocean Goldengate Blds

June 12, 2000

PUBLIC INQUIRY UNIT
P.O. BOX 944255
SACRAMENTO, CA 94244-2550
(916) 322-3360
TOLL FREE: (800) 952-5225
TDY: (916) 324-5564
or (800) 952-5548

Mr. Lloyd D. Bell
P.O. Box 152861
San Diego, CA 92195

Dear Mr. Bell:

Thank you for your recent letter to Attorney General Bill Lockyer dated May 3, 2000 regarding back pay due to you.

We have reviewed your correspondence and determined that the following agency is in a much better position to render assistance to you in this matter. If you wish to pursue the matter further, we suggest you contact:

Department of Industrial Relations
Labor Standards Enforcement
P.O. Box 420603
San Francisco, CA 94142
(415) 557-7878
703-5020

We hope that our effort to help you to identify the correct government office to address your concern will be beneficial to you. Because you may need your documents in further action, we are returning them.

Again, thank you for contacting the Office of Attorney General Bill Lockyer.

Sincerely,

Prudential Policy Number  Hyatt Corp.  Wrongful Termination
79-383-569                               Workers Comp.
89 235 222

G. PEREZ, Analyst
Public Inquiry Unit

For  BILL LOCKYER
     Attorney General

Greetings                              July 21, 2000

GP:tem
Enclosure

The Attorneys names for this case
Benjamin P. Wasserman Long Beach, CA
Judith S. Leland Downey, CA
Contact Me
405-670-9295 or 405-677-4991



**CURTIS W. HARRIS**
**GENERAL MANAGER**

July 14, 1989

Rehabilitaiton Bureau
245 W. Broadway, 2nd Fl.
Long Beach, CA  90802

RE:     Employee: Lloyd Bell
        Employer: HYATT ~~LAX~~ Long Beach
        Acc Date: 05/19/86
        Our File: 89-000024202
        Rehab No. 87 T 11686
        WCAB No.: 86 LB 160780; 86 LB 156759

Dear Sirs:

Attached, you will find our request for case closure on the above matter.

Please note that the rehabilitation services ended almost one year ago, but for some reason, the appropriate paperwork was not filed with you earlier on time.  A RB-20 was prepared as well as the advise letter to the claimant both dated 8/1/88.  Please see attached for the record.

I have completed a new request for case closure RB-105 just in case the old ones are not good anymore.

At this time, we request you approval of our request.

Very truly yours,

Crawford and Company Risk Management Services


Maria C. Zepeda
Adjuster



cc:  Lloyd Bell
     1410 Myrtle
     Long Beach, CA  90813

Atty. General John CORNYN

Tel 712 460 5310

FAX 712-

~~800 252-8011~~
Atty General

Fax 512-476-2653

Fretia
619
583 0646

Atty General
Atty John CORNYN
P.O Box 12548
Austin TX
78711

512 475 2994

## 1982 MONTHLY ANALYSIS OF WINDFALL PROFIT TAX COMPUTATION                PAGE

TO  ADELLA LANGDON BELL
    RT 4 BOX 192                 FROM    R LACY INC
    OKEMAH    OK  74859                  P O BOX 2146
                                         LONGVIEW          TX  75605

| | BARRELS | REMOVAL VALUE | ADJUSTED BASE VALUE | TAX ADJ | WINDFALL PROFIT | | LIABILI |
|---|---|---|---|---|---|---|---|
| TIER 3 - N DISC '82 | | | | | | | |
| 28-8895 ROBBINS-LACY-THOMPSON #1 | | | | | | | |
| 2 | .20 | 6.81 | 4.46 | .11 | 2.24 | .275 | |
| 12 | .20 | 6.31 | 4.69 | .07 | 1.55 | .275 | |
| | .40 | 13.12 | 9.15 | .18 | 3.79 | | |
| TIER 3 | .40 | 13.12 | 9.15 | .18 | 3.79 | | 1.0 |
| TOTAL | .40 | 13.12 | 9.15 | .18 | 3.79 | | 1.0 |

---

This is the Land deed paper that Are in Atty White & Atty Price III Hand. This have my mother address on it and my Aunt have her old address on it 1410 myrtle Ave. This is a Lots of Land in Texas.

Attn: Mickey Melton

Need Copies of the will.

   555 1212

903  758 8276



12/20/2005

Thank you for choosing us as your health care plan. We appreciate the confidence you've placed in us to provide you with quality, affordable health care coverage. We hope we can continue to serve you. If you have any questions, feel free to contact our Customer Service Department at 1-800-228-2144 or TDHI 1-800-685-9355, Monday through Friday from 7:00 a.m. to 9:00 p.m.

Sincerely,

Secure Horizons Customer Service Department

Enclosure

P.O. Box 489 Cypress, CA. 90630-0489
www.securehorizons.com

040520G-CA/OR/WA 6/04

# FAX


MBE MAIL BOXES ETC.

Date: ~~Sept-28-05~~ OCT. 10-05
Fax: 318-255-2646
To: ATTY: RYAN Madden / Howard Bell
Company: Law Firm   Tel. NO. 318-255-2631
From: Lloyd Bell
Phone: 619-952-3105
Re:

Total Pages (including cover page):   ☐ Urgent   ☑ For Review   ☐ Please Reply

**Comments:**

ATTN: ATTY. Gen. Bill Lockyer OCT 11-05 And Drew Edmondson State And Consumer Agency, Woska & Hayes, LLP L.A. D.A. Office's

Hello:
I hope This will be my Last Report About The Ongoing Legal Matters. This what happen In Ruston, LA. On August 12, 05 AT my Family Reunion in Ruston, LA I still hoping I get The documents That was done. I FAXing To All Parties Concern. Thank you

~~Oct 27, 05~~
Faxed To Ryan madden Notary Public From my mother To Ruston, LA

Sincerely
Lloyd Bell

If there is any problems with this FAX, please call (405)275-2048.

## WE KNOW HOW TO GIVE YOUR DOCUMENT THE TREATMENT!

- Copying
- Binding & Laminating
- Specialty Paper Stocks
- Professional Staff To Assist You
- Documents Shipped Overnight Or Faxed
- Need Something Else? Ask Us!



# "...S OF ...LL STREET"

## Greenwood Chamber of Commerce, Inc.
## MEMBERSHIP APPLICATION

NAME: _____

TITLE: _____

CORPORATION: _____

ADDRESS: _____

CITY: _____

STATE/ZIP: _____

TELEPHONE: (___) _____

FAX: (___) _____

Annual Minimum Investment
( ) Corporate                         $500
( ) Business                          $150
( ) Non-Profit Organization            $75
( ) Individual                         $50

SIGNATURE: _____

Return Check & Application to
Greenwood Chamber of Commerce, In... 131 North Greenwood
Ave., 2nd Floor, Tulsa, Okla...oma 74120
(918)585-2084 - Fax (91...585-9268

916 585 9268