

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
:
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES
:

**THIS DOCUMENT RELATES TO: Douglas L. Lyman**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas Lyman. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator, the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

IT IS FURTHER ORDERED the attached documents be filed UNDER SEAL.

New Orleans, Louisiana, this 14th day of June, 2010.

                                             UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Douglas Lyman
6261 Fire Tower Rd. West
Theodore, AL 36582

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___Fee
___Process
X_Dktd
___CtRmDep
___Doc. No.