UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES
..............................................................:

**THIS DOCUMENT RELATES TO:** *Michael Heavrin, et al. v. Merck & Co., Inc., et al.,*
                No. 05-458 (as to Janice Baum only)

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Janice Baum.

IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel. The Court will not order any action be taken at this time.

New Orleans, Louisiana, this 14th day of June, 2010.

                                            UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113  

Janice Baum  
6638 Quail Ridge Lane  
Fort Wayne, IN 46804  

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130  

___Fee ___
___Process ___
_X_ Dktd ___
___CtRmDep ___
___Doc. No. ___