**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| ***Maggie Jackson***<br>***v.***<br>***Merck & Co., Inc.*** | * | **JUDGE FALLON** |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| ***Docket No. 2:05-cv-02043*** | * | |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Maggie Jackson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of June, 2010.

Eldon E. Fallon
DISTRICT JUDGE