UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WALTER HOLMES** | * | CIVIL ACTION |
| **SHIRLEY HOLMES** | * | |
| | * | NO. 05-2814 |
| **VERSUS** | * | |
| | * | SECTION: " L " |
| **MERCK & CO., INC.** | * | |
| | * | MAG. ( 3 ) |
| | * | |
| | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO EXTEND DEADLINE TO PROVIDE**
**CASE SPECIFIC EXPERT REPORT AND ADDITIONAL RECORDS**

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Walter Holmes and Shirley Holmes, who move for an additional thirty days to provide a case specific expert report and additional records for the reasons fully set out in the attached memorandum in support of this motion.

                                                  Respectfully submitted,
                                                  **S/ JAMES E. CAZALOT, JR.**
James E. Cazalot, Jr. (17510)
H. EDWARD SHERMAN, A.P.L.C.
1010 Common Street, Suite 1750
New Orleans, Louisiana   70112
Telephone: (504) 587-7100
Facsimile: (504) 587-7102
jamescazalot@hotmail.com

Page 1

## CERTIFICATE OF SERVICE

      I, hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the Lexis Nexis File and Serve system which will send a notice of electronic filing to the following:

1. Wilfred P. Coronato, Hughes Hubbard & Reed, LLP 1010 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918

2. Phillip A. Wittmann, Stone Pigman Walther Wittmann, LLC,

3. Dimitriors Mavroudis at Dechert LLP

4. Susan Giamportone, Womble, Carlyle Sandridge & Rice PLLC

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

1. Wilfred P. Coronato, Hughes Hubbard & Reed, LLP 1010 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918.

                                                    **s/   James E. Cazalot, Jr.**
                                                    JAMES E. CAZALOT, JR.