UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WALTER HOLMES** | * | **CIVIL ACTION** |
| **SHIRLEY HOLMES** | * | |
| | * | **NO.  05-2814** |
| **VERSUS** | * | |
| | * | **SECTION: " L  "** |
| **MERCK & CO., INC.** | * | |
| | * | **MAG. ( 3 )** |
| | * | |
| | * | **JURY TRIAL REQUESTED** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that plaintiffs, Walter Holmes and Shirley Holmes, will bring their Motion to Extend Deadline to Provide Case Specific Expert Report and Additional Records for hearing before the Honorable Eldon E. Fallon, of the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, on the **28th** day of **July, 2010**, at **9:00** o'clock a.m., or as soon thereafter as counsel may be heard.  You are invited to attend.

RESPECTFULLY SUBMITTED,

s/   James E. Cazalot, Jr.
JAMES E. CAZALOT, JR. (BAR # 17510)
H. EDWARD SHERMAN (BAR # 12016)
1010 COMMON STREET, SUITE 1750
NEW ORLEANS, LOUISIANA 70112
TELEPHONE: (504) 587-7100
FACSIMILE:   (504) 587-7102
jamescazalot@hotmail.com

### CERTIFICATE OF SERVICE

I, hereby certify that on June 16, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

1. Richard C. Stanley, at rcs@sfrlawfirm.com
2. Bryan C. Reuter, at bcr@sfr-lawfirm.com
3. Carmelite M. Bertaut, at cbertaut@stonepigman.com
4. Dorothy Hudson Wimberly, at dwimberly@stonepigman.com
5. Melissa Vanderbrook Beaug, at mvb@sfr-lawfirm.com
6. Phillip A. Wittmann, at pwittmann@stonepigman.com
7. Thomas P. Owen, Jr., at tpo@sfr-lawfirm.com

I further certify that I filed the Motion and Memorandum with the Lexis Nexis File and Serve on the following individuals:

1. Wilfred P. Coronato, Hughes Hubbard & Reed, LLP 1010 Hudson Street, Suite 3601, Jersey City, New Jersey 07302-3918
2. Phillip A. Wittmann, Stone Pigman Walther Wittmann, LLC,
3. Dimitriors Mavroudis at Dechert LLP
4. Susan Giamportone, Womble, Carlyle Sandridge & Rice PLLC

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: NONE.

s/   James E. Cazalot, Jr.
JAMES E. CAZALOT, JR.