UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
     PRODUCTS LIABILITY LITIGATION  : SECTION: L
  :
  : JUDGE FALLON
  : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Scott McHenry, Representative of the Estate of Kelen McHenry**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Scott McHenry, Representative of the Estate of Kelen McHenry. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel. Plaintiff's liaison counsel is directed to look into the matter addressed in Mr. McHenry's attached letter and report on the status of his claim to the Court within one week from the date of this Order.

New Orleans, Louisiana, this 16th day of June, 2010.

                                          UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Scott McHenry
4594 Eaglet Lane
Kissimmee, FL 34746

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael Miller
The Miller Firm
108 Railroad Ave
Orange, VA 22960

1