UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| Plaintiff: Joanne Eldridge | * | |
| Case No. 05-04447 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SUBSTITUTE LEAD COUNSEL AND
### MOTION TO WITHDRAW AS COUNSEL

The Law Office of Daniel E. Becnel, Jr. respectfully move for leave to withdraw as counsel of record for Plaintiff, Joanne Eldridge. Bowersox Law Firm, P.C. and Jeffrey A. Bowersox, already counsel of record for Plaintiff Eldridge, hereby substitute as lead counsel.

Respectfully Submitted,

_____
Jeffrey A. Bowersox
BOWERSOX LAW FIRM, P.C.
5285 Meadows Road, Suite 320
Lake Oswego, OR 97035
503-452-5858
Jeffrey@blfpc.com

_____
Kevin P. Klibert
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Kklibert@becnellaw.com

_____
Daniel E. Becnel, Jr.
Becnel Law Firm, LLC (Reserve)
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
985-536-1186
Dbecnel@becnellaw.com