UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: L |
| | * | |
| THIS RELATES TO: | * | JUDGE FALLON |
| Plaintiff: Joanne Eldridge | * | |
| Case No. 05-04447 | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING SUBSTITUTION OF LEAD COUNSEL AND GRANTING WITHDRAW AS COUNSEL**

Now before the Court is Plaintiff's counsels' Motion to Substitute Lead Counsel and to Withdraw as Counsel. The Motion is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: June ___, 2010

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE