## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * * * | **MDL Docket No. 1657** <br> **SECTION L** |
| **This document relates to:** | * * | |
| *Shelia G. Cox Senchuk, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * * * * * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:07-cv-09404* | * | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Sheila G. Cox Senchuck, incorrectly named in the complaint as Shelia G. Cox Senchuck, individually and as personal representative of the estate of Ernest A. Cox, II., and Elaine Anne De Brigard, Laura Lynn Spilman, and Ernest A. Cox, III., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE