UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br><br> **SECTION L** |
| **This document relates to:** | * <br> * | |
| **Gladys Amadis Rosario, et al.** <br> *v.* <br> **Merck & Co., Inc.** | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Josefina Vazquez* | * <br> * <br> * | |
| *Docket No. 2:05-cv-06234* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Josefina Vazquez in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of June, 2010.

_____
DISTRICT JUDGE