UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Clarence Abrams, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Gregory Allen, individually and as* | * | |
| *representative of the estate of Alice Allen* | * | |
| | * | |
| Docket No. 2:05-cv-05204 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gregory Allen, individually and as representative of the estate of Alice Allen, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _16_ day of _June_, 2010.

_____
DISTRICT JUDGE