## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  VIOXX                           )          **MDL DOCKET NO. 1657**
                                        )
**PRODUCTS LIABILITY**                  )
**LITIGATION**                          )          **SECTION: L**
                                        )
                                        )          **JUDGE FALLON**
                                        )
                                        )          **MAG. JUDGE KNOWLES**
                                        )

**THIS RELATES TO:**

| Case Caption | Docket Number |
|---|---|
| Thomas R. Patridge v. Merck & Co., Inc.; In MDL Docket No. 1657, Section L in the United States District Court Eastern District of Louisiana | 06-6774 |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to FRCP 41, the undersigned counsel hereby stipulate that all

claims of plaintiff, Thomas R. Patridge, individually against defendant Merck & Co., Inc.

and all other named defendants be dismissed in their entirety with prejudice, each party to

bear its own costs.

_____          _____          _____
Edward F. Blizzard                        Stephen G. Strauss                        Phillip A. Wittmann
Attorney for Plaintiff                    Bryan Cave LLP                            Dorothy H. Wimberly
Blizzard, McCarthy & Nabers, LLP          211 N. Broadway, Suite 3600               Stone Pigman Walther
440 Louisiana                             St. Louis, MO 63102                       Wittmann LLC
Suite 1710                                (314) 259-2000 Tel                        546 Carondelet Street
Houston, TX  77002                        (314) 259-2020 Fax                        New Orleans, LA 70130
(713) 844-3750                                                                      (504) 581-3200 Tel
                                                                                    (504) 581-3361 Fax

Dated:  2-8-08                            Attorneys for Merck & Co., Inc.

                                          Dated: 6-18-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th  day of June, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.