## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| ***Catherine Holt Singleton, et al.*** | * | **JUDGE FALLON** |
| *v.* | * | |
| ***Merck & Co., Inc., et al.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Beulah Abrams, individually and on*** | * | |
| ***behalf of the estate of Paul Jefferson*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:09-cv-02413*** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Beulah Abrams, individually and on behalf

of the estate of Paul Jefferson, in the above-captioned case be and they hereby are dismissed with

prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____June_____, 2010.

_____

DISTRICT JUDGE