UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| *Fernandos Matthews, et al.* v. *Merck & Co., Inc.* | * * * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-00257* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Fernandos Matthews, individually and as representative of the estate of Natalie K. Matthews, and Eric Matthews, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of June, 2010.

_____
DISTRICT JUDGE