MINUTE ENTRY
FALLON, J.
APRIL 19, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>      LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**State of Louisiana, ex rel James Caldwell, Jr., Attorney General**
**v. Merck Sharpe & Dohme Corp. CA 05-3700**

BEFORE JUDGE ELDON E. FALLON     MONDAY, APRIL 19, 2010, 9:00 am
Case Manager: Gaylyn Lambert            (continued from 4-16-10)
Court Reporter: Karen Ibos/Toni Tusa

Appearances: James Dugan, Esq., Stephen Murray, Jr., Esq., Donald Arbitblit, Esq.,
            Douglas Plymale, Esq., Justin Bloom, Esq., David Franklin, Esq.
            For State of Louisiana
            Tarek Ismail, Esq., Travis Sales, Esq.,Scott Voelz, Esq. For Merck

NON JURY TRIAL:

Defendant's Witnesses:
Dr. Melvin L. Parnell, Jr. - sworn - accepted as an expert.
Dr. Clement Eiswirth - sworn - accepted as an expert.
Steven Neil Wiggins - sworn - accepted as an expert.

Defendant will file into the record the depositions of:
John Fevurly taken November 12, 2009
Holly Jacque Tuner taken October 22, 2009
Trial testimony of Dr. Alise Reicin from March 2, 2005, March 3, 2005, March 23, 2005, May 27, 2005, August 19, 2005, September 21, 2006 and September 29, 2006.

Court adjourned at 4:15 pm until Tuesday, April 20, 2010, at 9:00 am.

JS10:    5:00