UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * * * | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | * * | |
| Harold Honea <br> v. <br> Merck & Co., Inc. | * * * | JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |
| | * * * | |
| *Docket No. 2:06-cv-00288* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Harold Honea in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE