**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| ***David Wade Clemens, et al.***<br>***v.***<br>***Merck & Co., Inc.*** | * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| ***Only with regard to:***<br>***Robert Krueger and Pat Krueger*** | * | |
| ***Docket No. 2:05-cv-02318*** | * | |

***********************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Robert Krueger and Pat Krueger in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23rd day of June, 2010.

Eldon E. Fallon

DISTRICT JUDGE