## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | \* | **MDL Docket No. 1657** |
| **Product Liability Litigation** | \* | |
| | \* | **SECTION L** |
| **This document relates to:** | \* | |
| | \* | |
| *Ronald Chickadel, et al.* | \* | **JUDGE FALLON** |
| *v.* | \* | |
| *Merck & Co., Inc.* | \* | **MAGISTRATE JUDGE KNOWLES** |
| | \* | |
| *Only with regard to:* | \* | |
| *Melvin Hart, Sr.* | \* | |
| | \* | |
| | \* | |
| *Docket No. 2:05-cv-05834* | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Melvin Hart, Sr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE