UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx® ) MDL Docket No. 1657
Product Liability Litigation )

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, Evan D. Buxner, The Buxner Law Firm of Counsel to Walther/Zwibelman Law Associates and hereby advise the Court and all attorneys of record that their new address is:

The Buxner Law Firm of Counsel to
Walther/Zwibelman Law Associates
230 S. Bemiston Ave. Suite 500
Clayton, MO 63105
Phone: 314-725-9595
Fax:    314-725-9595
E-mail:ebuxner@buxnerlaw.com

_/s/ Evan Buxner_
Evan D. Buxner, E.D.Mo. #37452, Missouri #41559
THE BUXNER LAW FIRM OF COUNSEL TO
WALTHER/ZWIBELMAN LAW ASSOCIATES
230 S. Bemiston Ave., Suite 500
Clayton, Missouri 63105
Phone: 314-725-9595
Fax:    314- 725-959595

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the parties hereto by mailing a copy thereof by U.S. Mail, postage prepaid, on this 16[h] day of June 2010, to:

Wilfred P. Coronato, Esq.
Hughes Hubbard & Reed, LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302-3918



# WALTHER/ZWIBELMAN
## LAW
## ASSOCIATES, P.C.

Roy A. Walther, III  
Myron S. Zwibelman  
Julie Z. Devine*  
*Licensed in Missouri, Illinois, North Carolina,  
 New York and Massachusetts

Of Counsel

Evan D. Buxner*, LLC  
*Licensed in Missouri and Illinois

230 S. Bemiston Ave.  
Suite 500  
Clayton, Missouri 63105  
(314) 725-9595  
Toll Free: (877) 725-9595

June 16, 2010

RECEIVED  
JUN 2 1 2010

Court Clerk  
500 Poydras Street Room C-456  
New Orleans, LA  70130

Re:   Notice of Change of Address

Dear Clerk:

Enclosed please find two (2) copies of our Notice of Change of Address. Please file the same with the Court and return a file stamped copy in the enclosed self addressed envelope. Thank you in advance for your cooperation.

Very truly yours

Evan D. Buxner, Of Counsel

EDB/er  
Enclosure