IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.        :   CIVIL ACTION
        Plaintiffs,   :
                      :   No. 08-1633
    vs.                    :
                      :   SECTION L, MAG. 3
BrownGreer PLC, U.S.       :
Bancorp, Inc. and John Does :  HONORABLE ELDON E. FALLON
                      :   HONORABLE DANIEL E. KNOWLES, III
        Defendants.   :
                      :   In relation to:  MDL No. 1657
                      :
                      :   In re: Vioxx Products Liability
                      :   Litigation
---------------------------------------------x

## CORRECTED MOTION TO, *INTER ALIA*, SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")

In accordance with Local Rule 5.7.12W and the Health Information Technology for Economic and Clinical Health Act, as incorporated into the American Recovery and Reinvestment Act of 2009 (the "HITECH Act"), Plan Plaintiffs respectfully file this Corrected Motion to, *inter alia*, seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103.

For the reasons more fully set forth in the enclosed memorandum and supporting Corrected Affidavit, Plan Plaintiffs seek an Order from this Court directing, *inter alia*, Exhibits "A" and "B" to the Corrected Declaration of Mark D. Fischer, Esq. to be sealed because the identity of the Eligible Claimants and the amount of their liens may qualify as "Protected Health Information" as defined in the regulations promulgated pursuant to HIPAA.

{1851 / MOT / 00102587.DOC v3}

Dated:  June 22, 2010

Respectfully submitted,

LOWEY DANNENBERG COHEN & HART, P.C.

By: /s/ Richard W. Cohen

Richard W. Cohen
Peter D. St. Phillip
Gerald Lawrence
Karen Iannace
White Plains Plaza
Fifth Floor
One North Broadway
White Plains, New York  10601
Telephone:  (914) 997-0500
Facsimile:   (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky  40031
Telephone:  (502) 587-1279
Facsimile:   (502) 584-8580

*Attorneys for the Plan Plaintiffs*