IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---

| | |
|---|---|
| AvMed, Inc., et al. | CIVIL ACTION |
| Plaintiffs, | |
| | No. 08-1633 |
| vs. | |
| | SECTION L, MAG. 3 |
| BrownGreer PLC, U.S. Bancorp, Inc. and John Does | HONORABLE ELDON E. FALLON |
| | HONORABLE DANIEL E. KNOWLES, III |
| Defendants. | |
| | In relation to: MDL No. 1657 |
| | |
| | In re: Vioxx Products Liability Litigation |

---

### CORRECTED (~~PROPOSED~~) ORDER GRANTING PLAN PLAINTIFFS' MOTION TO, *INTER ALIA*, SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")

The Court having considered Plan Plaintiffs' Corrected Motion to Seal That Portion of the Amended Complaint that contains Protected Health Information under Health Information Under Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103, and any opposition thereto, IT IS hereby ORDERED that Plan Plaintiffs' Corrected Motion is GRANTED, as follows:

Exhibits "A" and "B" to the Corrected Declaration of Mark D. Fischer, Esq. shall be sealed.

New Orleans, Louisiana, this 23 day of June, 2010.

Honorable Eldon E. Fallon
U.S. District Court Judge

{1851 / ORD / 00102628.DOC v2}