IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
---------------------------------------------x
AvMed, Inc., et al.              :    CIVIL ACTION
             Plaintiffs,         :
                                 :    No. 08-1633
        vs.                      :
                                 :    SECTION L, MAG. 3
BrownGreer PLC, U.S.             :
Bancorp, Inc. and John Does      :    HONORABLE ELDON E. FALLON
                                 :    HONORABLE DANIEL E. KNOWLES, III
             Defendants.         :
                                 :    In relation to: MDL No. 1657
                                 :
                                 :    In re: Vioxx Products Liability
                                 :    Litigation
---------------------------------------------x
```

**CORRECTED MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS**

In accordance with the Federal Rules of Civil Procedure, this Court's Local Rules, and clear Supreme Court and Fifth Circuit authority, Plan Plaintiffs respectfully file this Corrected Motion (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under Health Information Under Health Insurance Portability and Accountability Act of 1996

{1851 / NOT / 00102582.DOC v3}

("HIPAA"), 45 C.F.R. § 160.103; and (D) for a Preliminary Injunction imposing a constructive trust and prohibiting distribution of identified settlement funds.

For the reasons more fully set forth in the enclosed memorandum and supporting Corrected Affidavit, Plan Plaintiffs seek an Order from this Court directing: (A) Plan Plaintiffs to amend their First Amended Complaint to identify certain law firms (the "Defendant Law Firms") named as "John Does"; (B) Plan Plaintiffs to amend their First Amended Complaint to add claims for reimbursement as Medicare Advantage Organizations under the Medicare Secondary Payer Act and as contracting plans under FEHBA; (C) Exhibits "A" and "B" to the Corrected Declaration of Mark D. Fischer, Esq. shall be sealed; and (D) A preliminary injunction imposing a constructive trust and prohibiting distribution of identified settlement funds.

Dated: June 22, 2010

                    Respectfully submitted,

                    LOWEY DANNENBERG COHEN & HART, P.C.

                    By: /s/ Richard W. Cohen
                    Richard W. Cohen
                    Peter D. St. Phillip
                    Gerald Lawrence
                    Karen Iannace
                    White Plains Plaza
                    Fifth Floor
                    One North Broadway
                    White Plains, New York  10601
                    Telephone:  (914) 997-0500
                    Facsimile:   (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky  40031
Telephone:  (502) 587-1279
Facsimile:   (502) 584-8580

*Attorneys for the Plan Plaintiffs*

{1851 / NOT / 00102582.DOC v3}

# **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing:

1. Corrected Motion to, *Inter Alia*, Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA");

2. Corrected Motion: (A) To Identify Law Firms Representing Certain Eligible Plaintiffs in Place of the "John Doe" Defendants; (B) To Add Federal Employee Health Benefits Act ("FEHBA") and Medicare Advantage Reimbursement Claims; (C) To Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. That Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and (D) For a Preliminary Injunction Imposing a Constructive Trust and Prohibiting Distribution of Identified Settlement Funds;

3. Plan Plaintiffs' Corrected Memorandum of Law in Support of their Motion: (A) To Identify Law Firms Representing Certain Eligible Plaintiffs In Place of the "John Doe" Defendants; (B) To Add Federal Employee Health Benefits Act ("FEHBA") and Medicare Advantage Reimbursement Claims; (C) to Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and (D) For a Preliminary Injunction Imposing a Constructive Trust and Prohibiting Distribution of Identified Settlement Funds;

4. Second Amended Complaint;

5. Corrected (Proposed) Order Granting Plan Plaintiffs' Motion: (A) To identify Law Firms Representing Certain Eligible Plaintiffs in Place of the "John Doe" Defendants; (B) To Add Federal Employee Health Benefits Act ("FEHBA") and Medicare Advantage Reimbursement Claims; (C) To Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and (D) For a Preliminary Injunction Imposing a Constructive Trust and Prohibiting Distribution of Identified Settlement Funds;

6. Corrected (Proposed) Order Granting Plan Plaintiffs' Motion to, *Inter Alia*, Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. That Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPAA"); and

7. A copy of the Corrected Declaration of Mark D. Fischer, Esq.

have been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was

{1851 / SERV / 00102632.DOC v1}   1

electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of June, 2010.

_____
KAREN IANNACE