IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------x
AvMed, Inc., et al.              :   CIVIL ACTION
              Plaintiffs,        :
                                 :   No. 08-1633
      vs.                        :
                                 :   SECTION L, MAG. 3
BrownGreer PLC, U.S.             :
Bancorp, Inc. and John Does      :   HONORABLE ELDON E. FALLON
                                 :   HONORABLE DANIEL E. KNOWLES, III
              Defendants.        :
                                 :   In relation to:  MDL No. 1657
                                 :
                                 :   In re: Vioxx Products Liability
                                 :   Litigation
-----------------------------------------x
```

**CORRECTED (PROPOSED) ORDER GRANTING PLAN PLAINTIFFS' MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INFORMATION UNDER INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING <u>DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS</u>**

The Court having considered Plan Plaintiffs' Corrected Motion: (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under Health Information Under Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103; and (D) for a Preliminary Injunction imposing a constructive trust and prohibiting distribution of identified

settlement funds, and any opposition thereto, IT IS hereby ORDERED that Plan Plaintiffs' Corrected Motion is GRANTED, as follows:

1) Plan Plaintiffs may amend their First Amended Complaint to identify certain law firms (the "Defendant Law Firms") named as "John Does";

2) Plan Plaintiffs may amend their First Amended Complaint to add claims for reimbursement as Medicare Advantage Organizations under the Medicare Secondary Payer Act and as contracting plans under the FEHBA;

3) Exhibits "A" and "B" to the Corrected Declaration of Mark D. Fischer, Esq. shall be sealed; and

4) Defendant Law Firms are enjoined from distributing the amounts identified in Exhibit "A" to the Corrected Declaration of Mark D. Fischer, Esq. *pendente lite*. To the extent that Defendant Law Firms have already distributed some or all of these amounts to their client Eligible Claimants, Defendant Law Firms shall make efforts to recover such sums from their clients and hold the recovered monies in their trust accounts *pendente lite*.

New Orleans, Louisiana, this ___ day of _____, 2010.

                                                          _____
                                                          Honorable Eldon E. Fallon
                                                          U.S. District Court Judge