# Your Benefit Plan Document

BENPLCP1

CT00JA13

 HUMANA.

Administrative Office:
1100 Employers Boulevard
DePere, WI 54115

# HUMANA INSURANCE COMPANY

**Group Policyholder:**

PROVIDENT FINANCIAL GROUP, INC. DBA PROVIDENT BANK

**Group Policy Number:** N2229          **Plan** 033          **Option** 750

## CERTIFICATE OF INSURANCE

In accordance with the terms of the Group Policy issued to the Policyholder, Humana Insurance Company certifies that an eligible person is insured for the benefits described in this booklet. This booklet becomes the Certificate of Insurance and replaces any and all certificates and riders previously issued.

This Certificate describes the benefits, provisions and limitations of the Group Policy. Nothing in this Certificate waives or alters any of the terms or conditions of the Group Policy. The final interpretation of any specific provision in this Certificate of Insurance is governed by the terms of the Group Policy. The benefits outlined in this Certificate are effective only if you are eligible for insurance, become insured and remain insured in accordance with the terms of the Group Policy.

Any changes in this Certificate must be approved by an officer of Humana Insurance Company and endorsed on the Certificate or attached to it. Any verbal promise made by an officer or an employee of the insurance company, or any other person, including an agent, will not be binding on the company unless it is contained in writing in this Certificate or an endorsement to it.

*President*

NOTICE:  IF YOU OR YOUR FAMILY MEMBERS ARE COVERED BY MORE THAN ONE HEALTH CARE PLAN, YOU MAY NOT BE ABLE TO COLLECT BENEFITS FROM BOTH PLANS.  EACH PLAN MAY REQUIRE YOU TO FOLLOW ITS RULES OR USE SPECIFIC DOCTORS AND HOSPITALS, AND IT MAY BE IMPOSSIBLE TO COMPLY WITH BOTH PLANS AT THE SAME TIME. READ ALL OF THE RULES VERY CAREFULLY, INCLUDING THE COORDINATION OF BENEFITS SECTION, AND COMPARE THEM WITH THE RULES OF ANY OTHER PLAN THAT COVERS YOU OR YOUR FAMILY.

**This Certificate has been amended. Refer to the last page(s) of this Certificate .**

GPCFP          97-5

S331AE02

# SCHEDULE OF BENEFITS
## Plan 033   Option 750

---

**INDIVIDUAL MAXIMUM BENEFIT**     $1000000

---

**PRE-AUTHORIZATION PENALTY**

If any required pre-authorization of services is not obtained, the benefit payable for any Medically Necessary Services, after any applicable Deductibles or Co-Payments, will be reduced by $500. If services are not medically necessary, no benefits are payable at all. This out-of-pocket amount may not be used to satisfy any Out-Of-Pocket Expense Limits.

---

**ANNUAL DEDUCTIBLE** (Co-payments do not apply toward the Annual Deductible.)

|  |  |  |
|---|---|---|
| Single | $200 | Per Calendar Year |
| Family | $500 | Per Calendar Year |

---

**MAXIMUM OUT-OF-POCKET EXPENSE LIMITS** (Excluding Deductibles, Co-Payments and any out-of-pocket expenses for Covered Organ Transplants, the treatment of Mental Illness and Nervous Disorders, Alcoholism and Chemical Dependency).

|  |  |  |
|---|---|---|
| Single | $2000 | Per Calendar Year |
| Family | $6000 | Per Calendar Year |

---

**HOSPITAL SERVICES**

**Inpatient**                                      80%    Benefit Payable after Annual Deductible

**Outpatient Surgical Services**         80%    Benefit Payable after Annual Deductible

**Outpatient Non-Surgical Services**    80%    Benefit Payable after Annual Deductible

**Emergency Room Visits**                80%    Benefit Payable after Annual Deductible

GP1PFG01

## SCHEDULE OF BENEFITS (CONTINUED)

**PHYSICIAN SERVICES**

**Office Visits**                               80% Benefit Payable after Annual Deductible

(Includes diagnostic lab/x-rays; excludes Outpatient Surgery.)

**Allergy Testing**                             80% Benefit Payable after Annual Deductible

(When received in physician's office.)

**Allergy Serum**                               80% Benefit Payable after Annual Deductible

(When received in physician's office.)

**Allergy Injections**                          80% Benefit Payable after Annual Deductible

(When received in physician's office.)

**Chiropractic Visits**                         80% Benefit Payable after Annual Deductible

(Limited to a 20 visit maximum per Calendar Year.)


**Inpatient Services**                          80% Benefit Payable after Annual Deductible

**Outpatient Services**                         80% Benefit Payable after Annual Deductible

(Includes surgery.)

**Emergency Room Visit**                        80% Benefit Payable after Annual Deductible

GP1PFG02

## SCHEDULE OF BENEFITS (CONTINUED)

**MENTAL ILLNESS AND NERVOUS DISORDER COVERAGE***

**INPATIENT SERVICES**

**Hospital**                                     80% Benefit Payable after Annual Deductible

(Mental Illness and Nervous Disorder inpatient service is limited to a maximum of 30 days per Calendar Year.)

**Physician**                                    80% Benefit Payable after Annual Deductible

(Limited to one consultation per each inpatient day.)

**OUTPATIENT THERAPEUTIC SERVICES****
(Bereavement counseling is limited to a $200 maximum benefit per Calendar Year.)

**Individual Therapy**                           80% Benefit Payable after Annual Deductible

**Group Therapy**                                80% Benefit Payable after Annual Deductible

**ALCOHOLISM AND CHEMICAL DEPENDENCY***

**INPATIENT DETOXIFICATION**                     80% Benefit Payable after Annual Deductible
**SERVICES**

**OUTPATIENT DETOXIFICATION**                    80% Benefit Payable after Annual Deductible
**SERVICES**

*Any out-of-pocket expenses for treatment of Mental Illness and Nervous Disorders, Alcoholism or Chemical Dependency do not apply towards the Calendar Year Maximum Out-of-Pocket Expense Limits.

** All outpatient therapeutic services for Mental Illness and Nervous Disorders, Alcoholism and Chemical Dependency services are limited to combined maximum of 20 visits per Calendar Year. However, the plan will not pay less than $550 per Insured Person per Calendar Year for covered Medically Necessary Outpatient Mental Illness and Nervous Disorders Services.

GP1PFC00

## SCHEDULE OF BENEFITS (CONTINUED)

**ALCOHOLISM AND CHEMICAL DEPENDENCY\* (CONTINUED)**

**RESIDENTIAL REHABILITATION SERVICES**

**Facility**                              80%   Benefit Payable after Annual Deductible

(Residential Rehabilitation Service is limited to a maximum of 30     days per Calendar Year.)

**Physician**                             80%   Benefit Payable after Annual Deductible

(Limited to one consultation per each inpatient day.)


**OUTPATIENT THERAPEUTIC SERVICES\*\***

**Individual Therapy**                    80%   Benefit Payable after Annual Deductible

**Group Therapy**                         80%   Benefit Payable after Annual Deductible


\*Any out-of-pocket expenses for treatment of Mental Illness and Nervous Disorders, Alcoholism or Chemical Dependency do not apply towards the Calendar Year Maximum Out-of-Pocket Expense Limits.

\*\* All outpatient therapeutic services for Mental Illness and Nervous Disorders, Alcoholism and Chemical Dependency services are limited to combined maximum of 20   visits per Calendar Year. However, the plan will not pay less than $550 per Insured Person per Calendar Year for covered Medically Necessary Outpatient Mental Illness and Nervous Disorders Services.

SB33-4  10/01

GP1PFG03

## SCHEDULE OF BENEFITS (CONTINUED)

**ADDITIONAL MEDICAL SERVICES**

In addition to Hospital and Physician Services, benefits will be paid for the services listed below.

**HOME HEALTH CARE**                    100% Benefit Payable after Annual Deductible

(Limited to a maximum of 40 visits Per Calendar Year.)

**DURABLE MEDICAL EQUIPMENT**           100% Benefit Payable after Annual Deductible

**SKILLED NURSING FACILITY**            100% Benefit Payable after Annual Deductible

(Limited to a maximum of 60 days Per Calendar Year.)

**AMBULANCE**                           100% Benefit Payable after Annual Deductible

**HOSPICE**

(Limited to a $7,600 maximum benefit per Calendar Year.)

**Inpatient**                           100% Benefit Payable after Annual Deductible

**Outpatient**                          100% Benefit Payable after Annual Deductible

**PHYSICAL OR SPEECH AND HEARING
THERAPY**                               100% Benefit Payable after Annual Deductible

**PRIVATE DUTY NURSING**                100% Benefit Payable after Annual Deductible

(In-hospital only.)

**PRESCRIPTION DRUG COVERAGE**          80% Benefit Payable after Annual Deductible

**ALL OTHER SERVICES LISTED IN THE
ADDITIONAL MEDICAL SERVICES SEC-
TION**                                  80% Benefit Payable after Annual Deductible

OHN2229.S5                                                          SB33-5  10/01

CT01AK00

# TABLE OF CONTENTS

**GENERAL PROVISIONS**

**EFFECTIVE DATES OF INSURANCE**

**HEALTH INSURANCE BENEFITS**

**PROVISIONS APPLICABLE TO ALL HEALTH BENEFITS**

**CLAIMS**

**TERMINATION PROVISIONS**

**DISCLOSURE PROVISIONS**

**MISCELLANEOUS PROVISIONS**

GP01AA00

## GENERAL PROVISIONS

### DEFINITIONS

Here are some terms used in this certificate.   Other terms may be defined in the sections which follow.

**ACCIDENT** means an injury which is:

1. caused by an event which is sudden and unforeseen; and
2. exact as to time and place of occurrence.

**ACTIVE SERVICE** means that you are performing all of your regular duties on a full-time basis for your employer on a regularly scheduled work day.  You will be considered to be in active service on a non-scheduled work day only if you were in active service on the last regularly scheduled work day.  An employee is deemed to be in active service if an absence from work is due to a sickness or injury, provided the individual otherwise meets the definition of employee.

**CALENDAR YEAR** means the period of time which begins on any January 1st and ends on the following December 31st.  When a person first becomes insured by the Group Policy, the first calendar year begins for him or her on the effective date of his or her insurance and ends on the following December 31st.

**CHILD** means your natural born child or legally adopted child, or child who has been placed with you for adoption for whom you have a legal obligation for total or partial support.  The term also includes any child who is dependent upon you for health care coverage pursuant to a valid court order.  We have the right to request proof of the child's dependency status at any time.

GP01AB00

## DEFINITIONS (CONTINUED)

**CREDITABLE COVERAGE** means prior coverage by an insured person under any of the following:

1. a group health plan, including church and governmental plans;
2. health insurance coverage;
3. Medicare or Medicaid;
4. the health plan for active military personnel, including CHAMPUS;
5. the Indian Health Services or other tribal organization program;
6. a state health benefits risk pool;
7. the Federal Employees Health Benefits Program;
8. a non-federal public health plan;
9. a health benefit plan under section 5(e) of the Peace Corps Act.

Creditable coverage does not include any of the following:

1. accident only coverage, disability income insurance, or any combination thereof;
2. supplemental coverage to liability insurance;
3. liability insurance, including general liability insurance and automobile liability insurance;
4. worker's compensation or similar insurance;
5. automobile medical payment insurance;
6. credit-only insurance;
7. coverage for on-site medical clinics;
8. benefit if offered separately:
   a. limited scope dental and vision;
   b. long-term care, nursing home care, home health care, community based care or any combination thereof, and
   c. other similar, limited benefits.
9. benefits if offered as independent, non-coordinated benefits:
   a. specified disease or illness coverage; and
   b. hospital indemnity or other fixed indemnity insurance.
10. benefits offered as a separate policy:
    a. Medicare supplement insurance;
    b. supplemental coverage to the health plan for active military personnel, including CHAMPUS;and
    c. similar supplemental coverage provided to group health plan coverage.

**DEPENDENT** means a person who is:

1. your lawful spouse; and
2. an unmarried child to the END OF THE MONTH                     that he or she attains the age of 19.

The term also includes a child to the END OF THE MONTH                     that he or she attains the age of 25, if the child is enrolled and actively attending an accredited learning institution as a full-time student. Semester breaks do not jeopardize a child's dependent status. However, if the child is not enrolled and attending an institution as a full-time student for the semester following the break, the child will no longer be considered a dependent for the purposes of insurance and insurance will terminate.

Under no circumstances shall dependent mean a grandchild, great grandchild, foster child or emancipated minor including where the grandchild, great grandchild, foster child or emancipated minor meets all of the qualifications of a dependent as determined by the Internal Revenue Service.

GP2101.02  01/03

GP02DD00

**EMANCIPATED MINOR** means a child who has not yet attained full legal age, but who has been declared by a court to be emancipated.

**EMPLOYEE** means a person who is in an eligible class as defined by the employer in active service for the employer on a full-time basis. The employee must be paid by the employer for work done at the employer's usual place of business or some other location which is usual for the employee's particular duties, other than the employee's home.

**EMPLOYER** means the organization for whom the employee works.

**ENROLLMENT DATE** means the first day of coverage of an employee under the Group Policy or, if there is a waiting period, the first day of the waiting period (i.e., the date of hire).

**FULL-TIME** for an employee, means a work week of at least 30 hours.

**GROUP** means the persons for whom this insurance coverage has been arranged to be provided.

**GROUP MEMBER** means you if you are eligible for the benefits of the Group Policy by reason of employment, membership or other established eligibility standard of the policyholder approved by us.

**GROUP POLICY** means the document describing the full plan of benefits we provide as contracted for by the policyholder.

**HEALTH STATUS-RELATED FACTOR** means any of the following:

1. health status or medical history;
2. medical condition, either physical or mental;
3. claims experience;
4. receipt of health care;
5. genetic information;
6. disability;
7. evidence of insurability, including conditions arising out of acts of domestic violence.

**INJURY** means accidental bodily loss or harm.

**INSURED PERSON** means you and any of your dependents who are enrolled for the benefits provided by the Group Policy and for whom premium payments are being made.

GP2102  01/03

GP03LB01

**LATE ENROLLEE** means an employee or dependent who requests enrollment in a health benefit plan after the initial 31 day enrollment period.  An individual will not be considered a late enrollee if:

1.  The person enrolls during his/her initial enrollment period under the Group Policy, or
2.  The person enrolls in the Group Policy during a special enrollment period; or
3.  A court orders that coverage be provided for a minor child under a covered employee's health benefit plan, but only as long as the person requests enrollment for such dependent within 31 days after the court order is issued.

**MEDICAL COMPLICATIONS OF PREGNANCY** means conditions needing hospital confinement where the diagnosis is different from pregnancy, but the diagnosed condition may be caused or affected by it.  These conditions include acute nephritis, nephrosis, cardiac decompensation, missed abortion, puerperal infection and disease of the vascular system.  Also included are serious medical and surgical conditions relating to pregnancy, such as hemopoietic nervous or endocrine systems, hyperemesis gravidarum, toxemia and eclampsia of pregnancy.  It also includes non-elective caesarean section, miscarriage, and ectopic pregnancy which is terminated or the spontaneous termination of a pregnancy which occurs during a period of gestation in which a viable birth is not possible.

This term does not include conditions such as false labor, occasional spotting, bed rest prescribed by a physician, morning sickness or any similar problems caused by a difficult pregnancy which cannot be classified as distinct from the pregnancy.

**PHYSICIAN** means a licensed medical practitioner who is practicing within the scope of his or her license and whose services are required to be covered by the laws of the jurisdiction where the treatment is given.

**POLICYHOLDER** means the employer or organization who has signed a contract for this insurance to be provided.

**SICKNESS** means a disturbance in function or structure of the body which causes physical signs or physical symptoms and which, if left untreated, will result in a deterioration of the health state of the structure or system(s) of the body.  The term also includes pregnancy and medical complications of pregnancy.

**SMALL EMPLOYER** means an employer who averaged at least 2 but not more than 50 employees during the preceding calendar year and who employs at least 2 employees on the first day of the Plan year.

**TOTAL DISABILITY OR TOTALLY DISABLED** means your continuing inability, as a result of injury or sickness, to perform the material and substantial duties of any job for which you are or become qualified by reason of education, training or experience.

The term also means a dependent's inability to engage in the normal activities of a person of like age.  If the dependent is employed, the dependent must be unable to perform his or her job.

**WE, US or OUR** means the Humana Insurance Company.

**YOU or YOUR** means the group member.

EE01BM00

### EFFECTIVE DATE OF INSURANCE FOR GROUP MEMBERS

If you are eligible for insurance, you may elect to be insured only by signing an enrollment form approved by and acceptable to us. The date your insurance begins depends on the date on which you enroll.

Subject to making any required premium contribution, your coverage will start as described in the paragraphs which follow:

1. If you are eligible for coverage on the effective date of the Group Policy, your coverage will start on the effective date of the Group Policy if you enrolled for coverage when you were first eligible for it, subject to completing any waiting period.

2. If you become eligible after the effective date of the Group Policy and you enroll on or before the date you first become eligible, your coverage will start on the date you become eligible, subject to completing any waiting period.

3. If you become eligible after the effective date of the Group Policy and you enroll within 31 days after the date you first become eligible, your coverage will start on the date you signed the enrollment application, subject to completing any waiting period.

4. If you do not enroll within 31 days after the date you first become eligible to do so, then you will be considered a late enrollee and your coverage will start on the first day of the calendar month coinciding with or next following the date your enroll but you will be subject to an 18 month pre-existing condition exclusion.

5. If the benefits of the Group Policy are being offered to you, along with similar coverage provided by a different carrier, you may choose to be insured under the Group Policy. If you elect the coverage provided by the Group Policy during the group's open enrollment period, your insurance becomes effective on the renewal date of the group's health benefit plan.

### ACTIVE SERVICE REQUIREMENT

If you are not in active service on the date your insurance would become effective for any reason other than a health status-related factor, it will not become effective until you return to active service. This requirement will not apply to retirees covered under the Group Policy.

EE02EK01

## BECOMING ELIGIBLE FOR DEPENDENT INSURANCE

You are eligible for dependent insurance only if you are eligible for insurance under the Group Policy as a group member.

If you have one or more dependents, you are eligible for dependent insurance on the date you become eligible for insurance as a group member.

If you do not have any dependents on the date you become eligible as a group member, you do not qualify for dependent insurance. You will become eligible for it on the date you acquire a dependent.

If your dependent is eligible for insurance as a group member, you may not enroll him or her as both a group member and a dependent. In addition, no person can be enrolled as a dependent of more than one group member. An adopted child is eligible for coverage upon the date of placement in your home.

## EFFECTIVE DATE OF DEPENDENT INSURANCE

If eligible, you may elect to insure your dependents only by signing an enrollment form approved by and acceptable to us. Subject to making any required premium contribution, dependent coverage will start as described in the paragraphs which follow:

1.  If you are eligible for coverage on the effective date of the Group Policy, dependent coverage will start on the effective date of the Group Policy if you enrolled for dependent coverage when you were first eligible for it, subject to completing any waiting period.

2.  If you become eligible after the effective date of the Group Policy and you enroll on or before the date you first become eligible, dependent coverage will start on the date you become eligible for dependent coverage, subject to completing any waiting period.

3.  If you become eligible after the effective date of the Group Policy and you enroll within 31 days after the date you first become eligible, dependent coverage will start on the date you signed the enrollment application for dependent coverage, subject to completing any waiting period.

4.  If you do not enroll within 31 days after the date you first become eligible to do so, then you will be considered a late enrollee and dependent coverage will start on the first day of the calendar month coinciding with or next following the date you enroll your dependents but your dependents will be subject to an 18 month pre-existing condition exclusion.

5.  If the benefits of the Group Policy are being offered to you, along with similar coverage provided by a different carrier, you may choose to be insured under the Group Policy. If you elect dependent coverage provided by the Group Policy during the group's open enrollment period, dependent insurance becomes effective on the renewal date of the group's health benefit plan.

GP3002  2/98

# ELIGIBILITY AND EFFECTIVE DATES

## SPECIAL ENROLLMENT PERIOD

1.  If you had other group coverage at the time you were first eligible to enroll in the Group Policy and, therefore, did not elect (in writing, if required) to be covered by the Group Policy at that time, but subsequently lost such other coverage, you and any of your dependents who were also covered under the other group plan will not be considered a late enrollee and can enroll in the Group Policy if you apply within 31 days of losing such other coverage, provided the other coverage was either: (a) COBRA coverage which was terminated; or (b) non-COBRA coverage which was cancelled due to a loss of eligibility (including legal separation, divorce, death, termination of employment, or a reduction of hours worked) or because the employer's contributions had ceased. This is a Special Enrollment Period. Coverage for you and any of your dependents will start on the first day following the date that your other group coverage terminated.

2.  If you are eligible for coverage under the group policy and dependent coverage is available to you, in the event you acquire a dependent (whether through marriage, birth, adoption or placement for adoption), you may enroll:

    a.  yourself, if not already enrolled;
    b.  your newly acquired dependent; and,
    c.  any other dependent that did not enroll when initially eligible.

You must apply within 31 days of acquiring the dependent. **This is a Special Enrollment Period**. Coverage for you and your dependent(s) becomes effective on the date of the qualifying event (marriage, birth, adoption, or placement for adoption).

## NEWBORN OR ADOPTED CHILDREN

A dependent child born to you, a child adopted by you or a child who has been placed with you for adoption will automatically become covered from the moment of birth, adoption or adoption placement for 31 days after the date of the child's birth, adoption or adoption placement. In order to continue coverage beyond the 31-day period, you must enroll the child for coverage no later than 31 days after the date of the child's birth, adoption or adoption placement and also make any required subscription fee contributions. If you do not enroll the child within the 31 day period, and you elect to enroll the child after that period, the child will be considered a late enrollee and dependent coverage will start on the first day of the calendar month coinciding with or next following the date you enroll your child but your child will be subject to an 18 month pre-existing condition exclusion.

This will provide for treatment for injury or sickness, including the necessary care and treatment of medically diagnosed congenital defects and birth abnormalities.

EE06EA00

**CHANGES IN INSURANCE**

The Group Policy may be revised to increase or decrease benefits after its effective date. For small employers, changes involving an increase in benefits can only be implemented if requested within 31 days of the policyholder's anniversary date. Changes involving a reduction in benefits can be made effective at any time during the year. You and your dependents become insured for the revised benefits on the effective date of the revision.

GP3006        97-5

EE07EA00

## SPECIAL PROVISIONS FOR THE REPLACEMENT OF COVERAGE

If the Group Policy replaces the policyholder's prior plan of group medical coverage and a group member is totally disabled or has a pre-existing condition, the group member may have limited insurance under the Group Policy.  To be eligible for this limited insurance:

1.  the group member must have been covered by the prior plan of group medical coverage on the day before the Group Policy becomes effective for the group; and
2.  the group member must be in an eligible class under the Group Policy on the date it becomes effective for the group.

Limited insurance will be provided as follows:

**TOTAL DISABILITY** - We will provide limited insurance for totally disabled persons covered under the prior plan's extension of benefits as follows:

1.  the Group Policy will provide benefits only for those covered medical expenses not directly related to the totally disabling condition; and
2.  the Group Policy will not cover medical expenses directly related to the totally disabling condition.  These expenses may be covered under the prior plan's extension of benefits provision, if any.

Our limited benefits for the totally disabled person will continue until the earliest of the following dates:

1.  the date the person's total disability ends.  If the total disability ends before the prior plan's extension of benefits is exhausted, the person will be eligible for the full benefits of the Group Policy, provided the person:

    a.  returns to active service, if he or she is a group member; or
    b.  is not hospital confined, if he or she is a dependent.

    No waiting period or pre-existing condition limitation will apply.

2.  the date the person's insurance under the Group Policy terminates in accordance with the termination provisions of the Group Policy; or

3.  the date the prior plan's extension of benefits for the disabling condition is exhausted.

EE08DA00

**SPECIAL PROVISIONS FOR THE REPLACEMENT OF COVERAGE (continued)**

**PRE-EXISTING CONDITIONS**

1.   If the group member satisfied the pre-existing condition waiting period while covered under the immediately preceding plan and any other prior creditable coverage during which time there was no break in any such coverage of 63 days, full benefits for the pre-existing condition will be provided under the Group Policy.

2.   If the group member had not satisfied the pre-existing condition waiting period, we will credit the period of time the group member was covered under all prior creditable coverages, subject to the maximum 63 days break in coverage limitation.   The group member must then satisfy the remainder of the pre-existing condition waiting period while insured under the Group Policy.   Once the pre-existing condition waiting period is fully satisfied, full benefits for the pre-existing condition will be provided under the Group Policy.

EE09AB00

**SPECIAL PROVISIONS FOR THE REPLACEMENT OF INSURANCE (CONTINUED)**

**WAITING PERIOD CREDITS** - If a group member had not satisfied the waiting period of the prior plan on the day that plan ended, any periods of time that were satisfied will be applied to the appropriate waiting period of the Group Policy, if any.

**DEDUCTIBLE CREDIT** - If a group member becomes insured by the Group Policy, we may reduce the deductibles of the Group Policy for the remainder of the calendar year in which the Group Policy becomes effective. Any reduction of the deductible of this plan will be based on the amount of same or similar covered medical expenses incurred in the same calendar year, under the prior plan, and applied to the deductible of the prior plan's deductible before the prior plan ended. This reduction will not apply if the Group Policy is replacing a health maintenance organization plan.

**OUT-OF-POCKET EXPENSE LIMITS** - Any amounts applied to the prior plan's out-of-pocket expense limit or stop-loss limit WILL NOT be credited toward the satisfaction of any out-of-pocket expense limits of the Group Policy.

GP3009       6/92

DF01HC00

# HEALTH INSURANCE BENEFITS

**DEFINITIONS**

Here are some terms used in this benefit description.

**ADMISSION** means entry into a facility as a registered inpatient according to the rules and regulations of that facility. An admission ends when the Insured Person is discharged, or released, from the facility and is no longer registered as an inpatient.

**ADVERSE DETERMINATION** means a determination by Us or Our designee utilization review organization that an admission, availability of care, continued stay, or other service has been reviewed and, based upon the information provided, the service does not meet the requirements for benefit payment under the Group Policy and coverage is therefore denied, reduced, or terminated.

**AMBULANCE** means a professionally operated vehicle equipped for the transportation of a sick or injured person to or from the nearest medical facility qualified to treat the person's Sickness or Injury. Use of the Ambulance must be Medically Necessary and/or ordered by a Physician and must be the most reason-able method of transportation.

**AMBULATORY SURGICAL CENTER** means a public or private institution which meets all of the following requirements.

1. It must be operated by Physicians and a medical staff which includes registered nurses.
2. It must have permanent facilities and equipment for the primary purpose of performing surgical procedures.
3. It must provide continuous physicians' services on an Outpatient basis.
4. It must admit and discharge patients from the facility within the same work day.
5. It must be licensed in accordance with the laws of the jurisdiction where it is located. It must be run as an Ambulatory Surgical Center as defined by those laws.
6. It must not be used for the primary purpose of terminating pregnancies, or as an office or clinic for the private practice of any Physician or dentist.

**AUTHORIZED PERSON** means a parent, guardian, or other person authorized to make health care decisions for a Group Member.

**BREAST RECONSTRUCTION** means the reconstruction of a breast on which a Medically Necessary mastectomy has been performed and the reconstruction of the non-diseased breast to achieve symmetry. The term also includes prostheses required for such reconstruction and treatment of physical complications of all stages of mastectomy including lymphedema, in a manner determined in consultation with the attending Physician and the Insured Person. Modification relating to achieving symmetry after the initial reconstruction must be Medically Necessary.

**CO-PAYMENT** means that portion of covered medical expenses which must be paid by or on behalf of the insured person incurring the expenses.

GP5001          02/00

DF02PA00

**DEDUCTIBLE** means a specified amount of medical expenses that an insured person must incur before benefits will be paid under the Group Policy.

**DURABLE MEDICAL EQUIPMENT** means equipment, recognized as such by Medicare Part B, that meets all of the following criteria.

1. It can stand repeated use.
2. It is primarily and customarily used to serve a medical purpose rather than being primarily for comfort or convenience.
3. It is usually not useful to a person in the absence of sickness or injury.
4. It is appropriate for home use.
5. It is related to the patient's physical disorder.
6. It is for temporary use only.
7. It is certified in writing by a physician as being medically necessary.

**ELECTIVE PROCEDURE** means a medical procedure which is not considered to be an emergency by nature or one which may be delayed by the insured person to a later point in time.

**EXPERIMENTAL OR INVESTIGATIONAL** means a drug, biological product, device, treatment or procedure that meets any one of the following criteria, as determined by Us:

1. Cannot be lawfully marketed without the final approval of the United States Food and Drug Administration (FDA) and which lacks such final FDA approval for the use or proposed use, unless (a) found to be accepted for that use in the most recently published edition of the United States Pharmacopeia-Drug Information for Healthcare Professional (USP-DI) or in the most recently published edition of the American Hospital Formulary Service (AHFS) Drug Information, or (b) identified as safe, widely used and generally accepted as effective for that use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service; or is mandated by state law;

2. Is a device required to receive Premarket Approval (PMA) or 510K approval by the FDA but has not received a PMA or 510K approval;

3. Is not identified as safe, widely used and generally accepted as effective for the proposed use as reported in nationally recognized peer reviewed medical literature published in the English language as of the date of service;

4. Is subject of a National Cancer Institute (NCI) Phase I trial or a treatment protocol comparable to a NCI Phase I trial, or any trial not recognized by NCI regardless of the Phase.

**HOSPITAL** means an institution which meets all of the following requirements.

1. It must provide, for a fee, medical care and treatment of sick or injured patients on an inpatient basis.
2. It must provide or operate, either on its premises or in facilities available to the hospital on a pre-arranged basis, medical, diagnostic and surgical facilities.
3. Care and treatment must be given by and supervised by physicians. Nursing services must be provided on a 24 hour basis and must be given by or supervised by registered nurses.
4. It must be licensed by the laws of the jurisdiction where it is located.
5. It must be run as a hospital as defined by those laws.
6. It must not be primarily a:
   a. convalescent, rest or nursing home; or
   b. facility providing custodial, educational or rehabilitative care.

GP5002     08/00

DF03HB00

The term also includes licensed or accredited treatment facilities which are properly accredited to provide psychiatric, diagnostic and therapeutic services for the treatment of psychiatric disorders, alcoholism and drug dependency. In addition, if services specifically for the treatment of a physical disability are provided in a licensed hospital, services will not be denied solely because such hospital is primarily of a rehabilitative nature and lacks surgical facilities. However, the hospital must be accredited by one of the following:

1.  the Joint Commission on the Accreditation of Hospitals;
2.  the American Osteopathic Hospital Association; or
3.  the Commission on the Accreditation of Rehabilitative Facilities.

**HOSPITAL CONFINEMENT** means the number of days spent as a registered inpatient following each admission to a facility. If 7 days or more have not elapsed between the date of discharge from a facility and the date of the next admission, the days will be counted as one confinement. This occurs whether or not we provided benefits during the confinement. One confinement may consist of several admissions.

**INTENSIVE CARE UNIT** means a special unit of a hospital which:

1.  treats patients with serious sickness or injuries;
2.  can provide special life-saving methods and equipment;
3.  admits patients without regard to prognosis; and
4.  provides constant observation of patients by a specially trained nursing staff.

**MEDICAID** means a state program of medical care for needy persons, as established under Title 19 of the Social Security Act of 1965, as amended.

**MEDICARE** means a program of medical insurance for the aged and disabled, as established under Title 18 of the Social Security Act of 1965, as amended.

**MEDICAL EMERGENCY/MEDICAL SERVICES** are those health services provided in a Hospital emergency facility or comparable facility to evaluate and stabilize medical conditions of a recent onset and severity including but not limited to severe pain, that would lead a prudent layperson, possessing an average knowledge of medicine and health, to believe that his or her condition, Sickness or Injury is of such a nature that failure to get immediate medical care could result in:

1.  placing the patient's health in serious jeopardy;
2.  serious impairment of bodily functions;
3.  serious dysfunction of any bodily organ or part;
4.  serious disfigurement; or
5.  in the case of a pregnant woman, serious jeopardy to the health of the fetus.

GP5003              02/00

DF04AC01

**MEDICALLY NECESSARY SERVICES** means services and supplies appropriate in the treatment of the patient's diagnosed sickness or injury. In order to be considered medically necessary, the services or supplies provided by a qualified practitioner must be:

1. consistent with the symptom, diagnosis and treatment of the insured person's condition, disease, ailment, injury or sickness;
2. appropriate with regard to standards of accepted medical practice;
3. not solely for the convenience of an insured person or of a qualified practitioner;
4. the most appropriate supply setting or level of service which can be safely provided to the insured person; and
5. substantiated by the records and documentation maintained by the provider of services.

When applied to the care of an inpatient, it further means that the insured person's medical symptoms or conditions require that the services or supplies cannot be safely provided to the insured person on an outpatient basis.

**NURSE** means a registered nurse (R.N.), a licensed practical nurse (L.P.N.) or a licensed vocational nurse (L.V.N.).

**ORAL SURGERY** means procedures to correct diseases, injuries and defects of the jaw and mouth structures. These procedures include but are not limited to the following:

1. Surgical removal of full bony impactions.

2. Mandibular (staple) implant.

3. Maxillary or mandibular frenectomy.

4. Alveolectomy and alveoplasty.

5. Orthognathic surgery.

6. Surgery for treatment of temporomandibular joint syndrome/dysfunction.

7. Periodontal surgery, including gingivectomies.

**OUTPATIENT** means that an insured person is not hospital confined.

**OUTPATIENT SURGERY** means surgery that is performed in a physician's office, ambulatory surgical center, free-standing medical clinic or the outpatient department of a hospital.

GP5004.01  01/03

DF05VR02

**PERIODONTICS** means the branch of dentistry concerned with the study, prevention, and treatment of diseases of the tissues and bones supporting the teeth.

**PSYCHIATRIC DISORDER** means neurosis, psychoneurosis, psychopathy or psychosis.

**PSYCHIATRIC TREATMENT PROGRAM** means licensed psychiatric treatment programs, licensed drug dependency rehabilitation programs and alcoholism rehabilitation programs. These programs must be accredited by the Joint Commission on Accreditation of Healthcare Organizations or be in compliance with equivalent standards or be approved in the state where the program is run.

DF05XC01

**REASONABLE CHARGES** for covered expenses are the <u>lesser</u> of:

The fee charged by the provider for the services,

The fee that has been negotiated with the provider whether directly or through one or more intermediaries, or shared savings contracts for the services,

The fee established by us by comparing rates from one or more regional or national databases or schedules for the same or similar services from a geographic area determined by us,

The fee based on rates negotiated by Us or other payors with one or more providers in a geographic area determined by us for the same or similar services,

The fee equal to the provider's costs for providing the same or similar services as reported by such provider in its most recent publicly available Medicare cost report submitted to the Centers for Medicare and Medicaid Services (CMS) annually, or

The fee based on a percentage determined by us of the fee Medicare allows for the same or similar services provided in the same geographic area.

**NOTE**:  The bill you receive for services from Providers may be significantly higher than the Reasonable Charge.  In addition to your out-of-pocket deductibles and coinsurance, You are responsible for the difference between the Reasonable Charge and the amount the provider bills you for the services.  Any amount You pay to the provider bills you for the services.  Any amount You pay to the provider in excess of the Reasonable Charge will not apply to Your Out-of pocket Maximum or Deductible.

**ROOM AND BOARD** means all charges made by a Hospital on its own behalf for room and meals and all general services and activities needed for the care of registered bed patients.

**ROUTINE NURSERY CARE** means the charges made by a Hospital or birthing center for the use of the nursery.  It includes normal services and supplies given to well newborn children following birth.  Physician visits are not considered routine nursery care.  Treatment of an injury, Sickness, birth abnormality, congenital defect following birth and care resulting from prematurity is not considered routine nursery care.

DF06LD00

**SELF-ADMINISTERED INJECTABLE DRUGS** means a FDA approved medication which a person may administer to himself/herself by mean intramuscular, intravenous, or subcutaneous injection, excluding insulin, and intended for use by the Insured Person.

**SOUND NATURAL TEETH** means teeth that are free of active or chronic clinical decay, have at least 50% bony support, are functional in the arch, and have not been excessively weakened by multiple dental procedures.

**SURGICAL PROCEDURE** means any of the following procedures (excluding oral surgical procedures):

1.  incision, excision or electrocauterization of any organ or body part;
2.  reconstruction of any organ or body part or the suture or repair of lacerations;
3.  reduction of a fracture or dislocation by manipulation;
4.  use of endoscopic procedure to explore for or to remove a stone or other object from the larynx, bronchus, trachea, esophagus, stomach, intestine, urinary bladder or ureter;
5.  puncture for aspiration;
6.  injection for contrast media testing; or
7.  laser surgery.

**TRAUMA** means an injury to living tissue by an external physical force or chemical agent. Trauma does not include infections or psychotic events. Trauma includes fractures, dislocations, sprains and strains, internal injuries, open wounds, superficial injuries, contusions and burns. The current International Classification of Diseases - 9th Revision specifies these injuries with diagnosis codes 800.0 - 929.9 and 940.9 - 959.9.

**USUAL, CUSTOMARY AND REASONABLE CHARGES** means the following:

1.  USUAL CHARGES are the fees charged by a provider in normal practice for a given service.
2.  CUSTOMARY CHARGES are the range of usual fees charged by providers for the same service in a specific geographical or economic area.
3.  REASONABLE CHARGES are either usual or customary charges or the charges that a responsible medical review committee deems appropriate for specific care due to special conditions.

**WEEKEND NON-EMERGENCY HOSPITAL ADMISSION** means an admission to a Hospital on a Friday, Saturday or Sunday at the convenience of the Insured Person or his or her Physician when there is no cause for an emergency admission and the Insured Person receives no surgery or therapeutic treatment until the following Monday.

PY01PX11

# HEALTH INSURANCE BENEFITS

**WHAT WE PAY**

We pay the applicable benefit amount or percentage shown in the Schedule of Benefits for covered expenses if they are:

1. medically necessary as a result of an injury or a sickness;
2. received by an insured person;
3. for services authorized by a physician.

The benefit payable will be subject to any co-payment, deductible and pre-existing condition limitation that applies to the covered expense and will not exceed:

1. reasonable charges; or
2. any applicable limitation or maximum amount for the covered expense.

A covered expense is deemed to be incurred on the date a covered service is performed or a covered supply is furnished. Charges are not considered to be covered expenses until any applicable deductibles or co-payments have been satisfied. If a benefit is payable for certain covered expenses under a particular benefit section of the Group Policy, those covered expenses will not be considered for payment under any other benefit section of the Group Policy unless specified otherwise. An expense will not be covered if it is incurred after your coverage under the Group Plan is terminated unless it is required to be covered by state law.

GP5101.05  3/93

PY02KB06

## HEALTH INSURANCE BENEFITS (CONTINUED)

**THE ANNUAL DEDUCTIBLE**

An annual deductible is a specified dollar amount that an Insured Person must pay for covered medical expenses per Calendar Year before benefits will be paid under the Group Policy. There are single and family Deductible limits. After the family Deductible limit has been met, no further annual Deductible will be required to be satisfied for the remaining Insured Persons in that family for the rest of the Calendar Year. The Deductible amounts for each Insured Person and each insured family are shown in the Schedule of Benefits and must be satisfied each Calendar Year. Co-Payments do not apply toward any annual Deductibles.

If two or more Insured Persons of the same family are Injured in the same Accident and incur covered medical expenses for those Injuries, only one Deductible will be deducted from the total covered expenses resulting from the Accident in the Calendar Year in which the Accident occurs.

Only one Deductible will be deducted from the total covered medical expenses incurred as a result of a multiple birth of two or more dependents.  The covered expenses must be incurred in the same Calendar Year as the birth and result from:

1.  premature birth;
2.  an abnormal congenital condition; or
3.  an Injury or Sickness occurring within 31 days after the birth.

**OUT-OF-POCKET EXPENSE LIMIT**

A maximum Out-Of-Pocket Expense Limit is the amount of covered expenses, excluding expenses used to satisfy Deductibles and Co-Payments, that must be paid by each Insured Person before a benefit percentage will be increased.

There are single maximum Out-Of-Pocket Expense Limits. After the single Maximum Out-Of-Pocket Expense Limit has been satisfied in a Calendar Year, the benefit percentage for covered expenses will be payable at the rate of 100% for the rest of the Calendar Year. Benefit specific Co-Payments continue to be the responsibility of the Insured Person.

PY03RE03

## HEALTH INSURANCE BENEFITS (CONTINUED)

There are also family Maximum Out-Of-Pocket Expense Limits. After the family Maximum Out-Of-Pocket Expense Limit has been satisfied in a Calendar Year, the benefit percentage for covered expenses will be payable at the rate of 100% for the rest of the Calendar Year. Benefit specific Co-Payments continue to be the responsibility of the Insured Person.

The single and family Maximum Out-Of-Pocket Expense Limits are shown in the Schedule of Benefits. If the Maximum Out-Of-Pocket Expense Limit is shown to be unlimited, covered benefits will be paid at the levels indicated in the Schedule of Benefits. The Insured Person will be responsible for any out-of-pocket expense(s).

Benefits for expenses incurred in connection with Mental Illness and Nervous Disorders, Alcoholism and Chemical Dependency will be paid at the benefit level(s) shown on the Schedule of Benefits and will not apply towards the satisfaction of any single or family Out-Of-Pocket Expense Limit.

**INDIVIDUAL MAXIMUM BENEFIT**

The total amount of benefits payable for all covered expenses incurred for an Insured Person will not exceed the Individual Maximum Benefit shown on the Schedule of Benefits.

If an Insured Person uses any portion of his or her Individual Maximum Benefit, we will reinstate the used portion on each January 1, up to a maximum of $1,000. The 1,000 will be applied to covered services received after the date of reinstatement. Once an Individual Maximum Benefit has been reached, benefits will not be reinstated.

PY04PC01

## HEALTH INSURANCE BENEFITS (CONTINUED)

**PRE-AUTHORIZATION PROVISIONS**

All benefits payable under the Group Policy must be for services and supplies that are Medically Necessary. In order to determine whether services and supplies meet guidelines for medical necessity, they must be authorized by Us in advance.

The Insured Person is responsible for initiating the pre-admission process. This requirement can be met by the Insured, a family Member, a friend, or the attending Physician, as long as a call is made to the Humana Preadmission Department before that actual admission takes place. The identification card issued by Us will alert the Insured, Hospital and Physician that preadmission is required and will show the telephone number to call to obtain the appropriate authorization. If prior approval for services or supplies is not obtained, benefits may be reduced or not paid at all.

PY06AC00

## HEALTH INSURANCE BENEFITS (CONTINUED)

If you are dissatisfied with Our determination of your claim, you may appeal the decision.  Such appeals will be handled on a timely basis and appropriate records will be kept on all appeals.

You should appeal in writing to the address given on the denial letter you received or on Our web site at www.HUMANA.com. The appeal will be reviewed by Us and a response sent to you no later than 60 days following receipt of the appeal.

All requests for review should be submitted in writing or on Our web site at www.HUMANA.com. We have procedures for reviewing appeals and may conduct informal hearings about the appeal. If a hearing is to be held, you will be notified in advance.  Resolution of the appeal will be completed within a reasonable amount of time.  Our findings and recommendations will be final.

The appeal process does not preclude you from pursuing other appropriate remedies, including injunctive relief, a declaratory judgment, or relief available under law, if the requirement of exhausting the process for appeal and review places your health in serious jeopardy.

### EXHAUSTION OF REMEDIES

All levels of the appeal process applicable to you and any regulatory/statutory review process available to you under state or federal law must be completed prior to the filing of a legal action by you. Completion of these administrative and/or regulatory processes assures that both you and We have a full and fair opportunity to resolve any disputes regarding the terms and conditions contained in this Group Policy.

### LEGAL ACTIONS AND LIMITATIONS

No lawsuit may be brought with respect to plan benefits until all the remedies under the plan have been exhausted.

No lawsuit with respect to plan benefits may be brought after the expiration of three years after the time written proof of loss is required to be furnished.

HP01IA00

## HEALTH INSURANCE BENEFITS (CONTINUED)

## BASIC HOSPITAL BENEFIT

We will pay benefits for covered medical expenses incurred by an Insured Person while Hospital confined.  The Hospital Confinement must be ordered by a Physician and be the result of an Injury or sickness which occurs while insured under the Group Policy.  The following services and supplies for which charges are made by a Hospital on its own behalf will be considered covered medical expenses.

1.  Room and board.  Maternity benefits provide a minimum of 48 hours of inpatient care following a vaginal delivery and 96 hours following a delivery by cesarean section.  This minimum benefit may be shortened after consultation between the attending Physician and the patient and in accordance with the protocols and guidelines of the American College of Obstetricians and Gynecologists or the American Academy of Pediatrics.
2.  Medically Necessary services and supplies, other than room and board, provided by a Hospital to registered inpatients.
3.  Confinement in an intensive care, cardiac care or neonatal care unit.
4.  Routine nursery care for a newborn Child for up to a maximum of 10 days.
5.  Services provided in a Hospital's outpatient department in connection with outpatient surgery.
6.  Services provided in an ambulatory surgical center in connection with Outpatient Surgery.
7.  Services provided in a Hospital's emergency room.

Charges for physician's services in connection with surgical operations are not considered covered Hospital expenses.

PB01FA01

## HEALTH INSURANCE BENEFITS (CONTINUED)

## PHYSICIAN BENEFITS

We will pay benefits for covered expenses incurred by an insured person for physicians' charges. The insured person must incur physicians' charges as the result of an injury or a sickness which occurs while insured under the Group Policy. Reasonable charges for the following services and treatment will be considered as covered expenses.

1.  Surgical procedures performed on an inpatient or outpatient basis. If several surgical procedures are performed through the same incision or body opening during one operation, we will pay the reasonable charge for the most complex procedure. If several surgical procedures are performed through different incisions or body openings during one operation, we will pay the reasonable charge for the most complex procedure. For each additional procedure we will pay 50% of the reasonable charge for that procedure.

2.  Obstetrical services received on an inpatient or outpatient basis including medically necessary prenatal and postnatal care of the mother.

3.  Care of a newborn child while the newborn is hospital confined immediately following birth for up to 10 days.

4.  Anesthesia administered by a physician or certified registered anesthetist attendant to a surgical procedure.

5.  Radiation therapy received on an inpatient or outpatient basis.

6.  Consultation charges requested by the attending physician during a hospital confinement. The benefit is limited to one consultation by any one consultant per specialty during a hospital confinement.

7.  Surgical assistance provided by a physician, when medically necessary. The benefit for surgical assistance will be 20% of the reasonable charge for the chief surgeon.

8.  Inhospital medical services furnished by the attending physician to a hospital confined insured person.

9.  Services of a pathologist during an inpatient confinement or when associated with a surgical procedure.

10. Services of a radiologist during an inpatient hospital confinement or when associated with a surgical procedure.

PB02AA00

## PHYSICIAN BENEFITS (CONTINUED)

11.  Services performed on an emergency basis in a hospital if the injury or sickness being treated results in a hospital confinement.

Benefits will be subject to the benefit amounts or percentages shown in the Physician section of the Schedule of Benefits.

Charges for physicians' services which are payable as a hospital charge are not payable under this benefit.

GP5302.01        9/93

MM00EB02

## HEALTH INSURANCE BENEFITS (CONTINUED)

## MENTAL ILLNESS AND NERVOUS DISORDER SERVICES

Benefits are payable for covered expenses incurred by an Insured Person while undergoing treatment for Mental Illness and Nervous Disorders, Alcoholism or Chemical Dependency. All charges must be made by a Physician, or a Hospital or a psychiatric treatment program, and benefits are payable as follows:

1.  Inpatient Charges - Charges incurred by an Insured Person while confined as a registered bed patient in a Hospital or psychiatric treatment program will be considered covered expenses. The confinement must be pre-authorized by Us and our Psychiatric Designee. Benefits are limited to the maximum number of inpatient days per Calendar Year shown on the Schedule of Benefits.

2.  Outpatient Charges - Charges incurred by an Insured Person while not confined in a Hospital or psychiatric treatment program will be considered as covered expenses. Benefits are limited to the maximum number of visits per Calendar Year and the Calendar Year maximum benefit shown on the Schedule of Benefits. The Outpatient treatment must be pre-authorized by Us and our Psychiatric Designee.

3.  Deductible and Benefit Percentage - All expenses incurred for the treatment of Mental Illness and Nervous Disorders, Alcoholism and Chemical Dependency are subject to the Deductibles and benefit amounts or percentages shown on the Schedule of Benefits.

MM01ZC01

## HEALTH INSURANCE BENEFITS (CONTINUED)

### ADDITIONAL MEDICAL SERVICES

We will pay benefits for the following covered expenses for charges incurred by an insured person as the result of an Injury or sickness which occurs while insured under the Group Policy. Benefits are subject to the applicable benefit amount or percentage and deductibles shown on the Schedule of Benefits.

Major medical expenses include:

1.  Services and supplies furnished by an ambulatory surgical center.

2.  Medical care and treatment given by a physician which is not covered under any other benefit section of the Group Policy.

3.  Outpatient medical care and treatment not covered under any other benefit section of the Group Policy.

4.  Private duty nursing in a hospital, by a nurse, if the physician certifies in writing that it is needed.

5.  Radium therapy, x-ray treatments and examination (other than dental x-rays), microscopic tests, pap tests, or any lab tests or analysis made for diagnosis or treatment; including the following performed upon the referral of a physician for breast cancer screening:

    a.  A baseline mammogram for women age 35 through 39:

    b.  A mammogram for women age 40 through 49, every two years or more frequently based upon a physician's recommendation; and

    c.  A mammogram every year for women age 50 and over.

The maximum mammography benefit is $85 per calendar year per eligible insured.

MM02EG04

Case 2:05-md-01657-EEF-DEK   Document 45429-8   Filed 06/23/10   Page 37 of 55

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

6.  The following services and supplies:

    a.  administration of whole blood and blood components.

    b.  casts, splints, trusses, crutches and braces (excluding replacement braces, dental splints or dental braces);

    c.  initial placement of a medically necessary prosthesis and its supportive device. We will also cover the replacement of such prosthesis if it is determined by the insured person's physician to be necessary because of growth or change;

    d.  oxygen or rental of equipment for administration of oxygen;

    e.  the initial pair of eyeglasses or contacts needed due to cataract surgery or an accident that occurs while insured under the Group Policy if the eyeglasses or contacts were not needed prior to the accident; and

    f.  the purchase or rental of medically necessary durable medical equipment. At our option, the cost or rental of durable medical equipment will be covered. If the cost of renting the equipment is more than an insured person would pay to buy it, only the cost of the purchase is considered to be a covered expense. In either case, total covered expense for durable medical equipment shall not exceed its purchase price. We do not pay for equipment or devices not specifically designed and intended for the care and treatment of an injury or sickness.

7.  Services of a speech therapist or pathologist to restore speech loss or impairment resulting from trauma, stroke or a surgical procedure while insured under the Group Policy.

8.  Services of a licensed audiologist to determine and measure hearing function loss which occurred while insured under the Group Policy.

9.  Services of a licensed physical therapist for purposes of training to aid restoration of normal physical functions lost due to trauma, stroke or a surgical procedure while insured under the Group Policy.

GP5402.01          6/91

MM03QD04

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

10.   Professional ambulance services.

MM04DA00

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

### HOME HEALTH CARE BENEFIT

**HOME HEALTH CARE AGENCY** means a home health care agency or a hospital which meets all of the following requirements.

1.  It must primarily provide skilled nursing services and other therapeutic services under the supervision of physicians or registered nurses.
2.  It must be run according to rules established by a group of professional medical people, including physicians and nurses.
3.  It must maintain clinical records on all patients.
4.  It must be licensed by the jurisdiction where it is located, if licensure is required. It must be run according to the laws of that jurisdiction which pertain to agencies providing home health care.

**HOME HEALTH AIDE** means a person who provides care of a medical or therapeutic nature. The home health aide must report to and be under the direct supervision of a home health care agency.

**HOME HEALTH CARE PLAN** means a plan of care and treatment of an insured person in his or her home. To qualify, the home health care plan must be established and approved by a physician. The physician must also certify that the insured person would otherwise require confinement in a hospital or skilled nursing facility if he or she did not have the care stated in the home health plan.

Benefits are payable for covered expenses incurred in connection with a home health plan. The home health care services must begin within 30 days after an insured person's discharge from a hospital or skilled nursing facility or may be provided in lieu of an admission. If confined, home health care must be for the same condition which caused the confinement or a related condition. If home health care services are to be provided instead of a hospital admission, the services must receive prior approval from us. All home health care services and supplies must be provided on a part-time or intermittent basis to an insured person in conjunction with a home health care plan.

Home health care services include:

1.  nursing care by or under the supervision of an R.N., L.P.N. or L.V.N.;
2.  physical, occupational, respiratory or speech therapy, medical social work, nutrition services and home health aide services;
3.  medical appliances and equipment, laboratory services and special meals, if such services and supplies would have been covered by the Group Policy if the insured person had been in a hospital;
4.  services of a home health aide including extension of therapy services, personal care, ambulation and exercise, household services essential to health care, assistance with medications that are ordinarily self-administered, reporting changes in the insured person's condition and needs and completing appropriate records.

MM05BG01

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

The Schedule of Benefits shows the benefit amount or percentage payable and the maximum number of visits allowed by a representative of a Home Health Care Agency. A combination of three (3) visits in a 24-hour period for all types of care will be considered a covered expense. A visit by any registered or licensed professional representative of a Home Health Care Agency, other than a Home Health Aide, will be one home health care visit. A visit by a Home Health Aide of four hours or less will be counted as one visit.

### HOSPICE BENEFIT

**HOSPICE CARE PROGRAM** means a coordinated, interdisciplinary program designed to meet the special physical, psychological, spiritual and social needs of the terminally ill Insured Person and his or her insured family members, by providing palliative and supportive medical, nursing and other services through at-home or inpatient care. The hospice must be licensed by the laws of the jurisdiction where it is located and must be run as a hospice as defined by those laws. It must provide a program of treatment for at least two unrelated individuals who have been medically diagnosed as having no reasonable prospect of cure for their Illness and, as estimated by a Physician, are expected to live less than 6 months as a result of that Illness.

We pay benefits for charges for a Hospice Care Program which is submitted in writing and approved by Us. The Insured Person must submit in writing his or her intent to enroll in a hospice care program approved by Us. Hospice benefits are subject to the applicable Deductible and Co-Payment. The most We pay for inpatient and outpatient treatment and bereavement counseling received in a Hospice Care Program is shown on the Schedule of Benefits.

All outpatient hospice counseling must be received within a 12 month period. Benefits for bereavement counseling will be payable for counseling received during the 6 month period following the Insured Person's death.

GP5405  10/01

MM06AE01

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

**PRE-ADMISSION TESTING BENEFIT**

**PRE-ADMISSION TEST** means a diagnostic test ordered by the attending or consulting physician in connection with a planned hospital admission or outpatient surgery and performed on an outpatient basis within 7 days before the insured person's admission or outpatient surgery.

A benefit will be payable for charges incurred by an insured person in connection with pre-admission testing when the following requirements are met:

1. The admission to the hospital or the scheduled outpatient surgery is confirmed in writing by the attending physician before the testing occurs.

2. The tests must be performed within 7 days before admission to the hospital or the outpatient surgery.

3. The tests must be ordered by the attending physician.

4. The tests are performed in a facility accepted by the hospital in place of the same tests which would normally be done while hospital confined.

5. The tests are not duplicated in the hospital.

6. The insured person is subsequently admitted to the hospital or the outpatient surgery is performed, except if a hospital bed is unavailable or because there is a change in the insured person's health condition which would preclude the procedure.

GP5406  6/91

MM08BD00

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

**SECOND SURGICAL OPINION BENEFIT**

**SECOND SURGICAL OPINION** means a consultation with a Board Certified surgeon after an insured person has received a recommendation to have surgery. This consultation includes the physical examination, laboratory work and X-rays not previously performed by the original surgeon. The consulting surgeon must not be affiliated in practice with the surgeon who first recommended surgery.

A benefit will be payable for charges incurred by an insured person in obtaining a second surgical opinion, after he or she has received a recommendation to have elective surgery which is covered under the Group Policy. The charges will not be subject to a deductible or copayment if:

1.  the consulting physician personally examines the insured person and we receive a copy of the written opinion; and

2.  the consulting physician does not perform the surgery to correct the condition for which the original recommendation was given.

If both the conditions stated above are not met, the applicable deductible and benefit amount or percentage will be applied to the charges for the second opinion.

If the second opinion does not confirm the original recommendation, the insured person may consult another physician for a third opinion. The third opinion must be obtained, and benefits will be payable in the same manner as the second opinion.

MM09AE00

## ADDITIONAL MEDICAL SERVICES (CONTINUED)

**SKILLED NURSING FACILITY BENEFIT**

**SKILLED NURSING FACILITY** means an institution which meets all of the following requirements.

1. It must provide treatment to restore the health of sick or injured persons.
2. The treatment must be given by or supervised by physicians. Nursing services must be given by or supervised by registered nurses.
3. It must qualify as a skilled nursing facility and as a provider of services under Medicare.
4. It must not primarily be a place of rest, a nursing home or a place of care for senility, drug addiction, alcoholism, mental retardation, psychiatric disorders, chronic brain syndromes or a place for the aged.
5. It must be licensed by the laws of the jurisdiction where it is located. It must be run as a skilled nursing facility as defined by those laws.

A benefit is payable for charges made by a skilled nursing facility for room and board, and necessary services, supplies and routine care. The insured person must be confined to the skilled nursing facility as an inpatient, based upon the written recommendation of a physician. The confinement must begin within 14 days after a discharge from the hospital confinement. In addition, the confinement must be due to the same condition which caused the hospital confinement or a related cause. If an insured person is discharged from the skilled nursing facility and again becomes an inpatient in such facility within 14 days of the original discharge, it is considered one period of confinement.

The benefit amount or percentage payable and the length of time for which we pay benefits is shown on the Schedule of Benefits.

GP5409      6/91

LX01AF00

## HEALTH INSURANCE BENEFITS (CONTINUED)

## LIMITATIONS AND EXCLUSIONS

**PRE-EXISTING CONDITIONS LIMITATION**

**PRE-EXISTING CONDITION** means a physical or mental condition which:

1.  is caused by an injury or sickness; and

2.  required an insured person, during the 6 months prior to his or her enrollment date to seek diagnosis or advice or receive medical care or treatment.

Health insurance benefits are limited to the first $2000 of covered expenses incurred for a pre-existing condition for 12 consecutive months following your enrollment date, 18 months for late enrollees.

The exclusion does not apply to:

*   Pregnancy;

*   Genetic information in the absence of a diagnosis of the condition related to the information; or

*   Newborn children or children adopted before the age of 18 if they are covered under the Group Policy within 31 days of the date of birth or date of placement for adoption.

The pre-existing condition limitation shall not be applied to you if you were continuously covered for an aggregate period of 12 months under creditable coverage.

**Portability of creditable coverage**

You are eligible for portability of creditable coverage if your coverage was continuous without a break of more than 63 days between the termination of coverage under creditable coverage and the enrollment date under this Group Policy. The pre-existing condition exclusion period will be reduced by the number of days of coverage that you had under the creditable coverage.

If on a particular day you have creditable coverage from more than one source, all the creditable coverage on that day will be counted as one day. Any day of the waiting period for a plan or policy is not counted as creditable coverage.

**Notice**

You must submit to us certification of creditable coverage from your prior plan(s). Upon request and authorization from you, we can contact your prior carrier(s) for your creditable coverage certification.

LX02HB02

## LIMITATIONS AND EXCLUSIONS (CONTINUED)

### OTHER LIMITATIONS AND EXCLUSIONS

Unless specifically stated otherwise, no benefits will be provided for or on account of the following items.

1.  An injury or sickness arising out of, or in the course of, any employment for wage, gain or profit.

2.  A sickness or injury which is covered under any Workers' Compensation or similar law. This limitation also applies to an insured person who: (a) is not covered by Workers' Compensation; and (b) lawfully chose not to be.

3.  Any service or supply received in, or in connection with a Veterans Hospital or other government facility or program due to, or in connection with, a condition or disability resulting from service in an armed force or military and for which the member has no legal liability.

4.  Any service the insured person would not be legally required to pay for in the absence of this insurance.

5.  Sickness or injury for which the insured person is in any way paid or entitled to payment or care and treatment by or through a government program, other than Medicaid.

6.  Education or training; medical services provided by the insured person's parent, spouse, brother, sister, or child.

7.  Investigational or experimental drugs or substances not approved by us or by the Food and Drug Administration; drugs or substances used for other than Food and Drug Administration approved indications; or drugs labeled: "Caution-limited by Federal law to investigational use".

8.  Non-prescription drugs or medicines, vitamins, birth control pills unless medically necessary for a medical condition, and self-administered injectable drugs unless received by the insured a. while an inpatient in a hospital or skilled nursing facility, b. from a physician during an office visit or c. from a home health care agency, when approved by Us.

9.  Treatment, services, supplies or surgery that is not medically necessary.

10. Purchase or fitting of hearing aids or advice on their care; implantable hearing devices.

11. Weekend non-emergency hospital admissions.

12. In-vitro fertilization; sex change services; or reversal of elective sterilization.

GP5502  01/01

LX03FH01

## LIMITATIONS AND EXCLUSIONS (CONTINUED)

13. Any drug, biological product, device, medical treatment, or procedure which is experimental or investigational that is defined in this Group Policy; any drug, biological product, device, medical treatment or procedure which is not covered as experimental or investigational (or similar) by the HCFA Medicare Coverage Issues Manual; any drug, biological product, or device which cannot be lawfully marketed without approval of the U.S. Food and Drug Administration and which lacks such approval at the time of its use or proposed use; or, any drug or biological product categorized as a Treatment Investigational New Drug (IND) by the U.S. Food and Drug Administration or as a Group C Treatment Protocol drug by the U.S. National Cancer Institute at the time of its use or proposed use. Specifically excluded are: ambulatory blood pressure monitor, refractive keratoplasty or radial keratotomy, positron emission tomography (PET) scans, transurethral balloon dilation of prostate, immunotherapy for recurrent abortion, chemonucleolysis, biliary lithotripsy, home uterine activity monitor, immunotherapy for food allergy, and percutaneous lumbar discectomy.

14. Cosmetic/Plastic Surgery: No services will be provided for plastic, cosmetic or reconstructive surgery, unless a functional impairment is present. An objective functional impairment is defined as a direct measurable reduction of physical performance of an organ or body part. The presence of a psychological condition will not entitle an Insured Person to coverage for plastic, cosmetic or reconstructive surgery unless all conditions are met. Any and all plastic, cosmetic or reconstructive surgery, except for Breast Reconstruction, is subject to a maximum benefit of $10,000 while the person is covered under this Group Policy.

    Coverage will be extended for Breast Reconstruction when the Insured Person has had a Medically Necessary mastectomy, as determined by Us.

15. Services and supplies for dental services, treatment of teeth or periodontium or occlusive realignment of the mandible or maxilla, or oral surgery, unless (a) the services are required due to the surgical removal of a tumor or lesions in the mouth, or (b) the services are received in connection with an injury to sound natural teeth or jaw sustained while the person is covered by the Group Policy. For an injury, the care and treatment must be provided within the 12 month period beginning on the date of the injury. Also, the member must remain covered under the Group Policy during the 12 month period while the care and treatment is being received. We will not cover any treatment related to the preparation or the fitting of dentures, including dental implants.

16. Diagnosis or care and treatment of: (a) weak, strained, unstable or flat feet; or (b) toenails, except removal of a nail matrix.

17. Any: (a) superficial lesions of the feet, such as corns, calluses or hyperkeratoses; or (b) tarsalgia, metatarsalgia or bunion, except surgery which involves exposure of bones, tendons or ligaments.

18. Any service, supply or treatment connected with custodial care. We do not provide these services no matter who provides, prescribes, recommends or performs them. Custodial care means services designed to help an insured person meet the needs of daily living, whether or not he or she is disabled. These services include help in:

    a.  walking or getting in or out of bed;
    b.  personal care such as bathing, dressing, eating, or preparing special diets; or
    c.  taking medication which the insured person would normally be able to take without help.

LX04QC00

## LIMITATIONS AND EXCLUSIONS (CONTINUED)

19. Sickness or injury caused by: (a) war, whether or not declared, or insurrection; or (b) military service.

20. Sickness or injury caused by the insured person's: (a) engaging in an illegal occupation; or (b) commission of or an attempt to commit a criminal act.

21. Enrollment in a health, athletic, or similar club; or a weight loss or similar program.

22. Purchase or rental of supplies of common household use such as: exercise cycles; air purifiers; central or unit air conditioners; water purifiers; allergenic pillows or mattresses; or waterbeds.

23. Purchase or rental of: motorized transportation equipment; escalators or elevators; saunas or swimming pools; professional medical equipment such as blood pressure kits; or supplies or attachments for any of these items.

24. Convenience or personal care services such as use of a telephone or television.

25. Any treatment to reduce obesity including, but not limited to, surgical procedures.

26. Elective abortion unless:

    a. the physician certifies in writing that the pregnancy would endanger the life of the mother; or
    b. the pregnancy is a result of rape or incest; or
    c. the services are received to treat medical complications due to the abortion.

27. Homeopathic drugs as defined in the Homeopathic Pharmacopeia.

28. Acupuncture, unless:

    a. the treatment is medically necessary and appropriate and is provided within the scope of the acupuncturist's license;
    b. the insured person is referred to the acupuncturist's treatment by a licensed physician; and
    c. the acupuncture is performed in lieu of generally accepted anesthesia practices.

29. Any and all benefits related to organ or artificial organ transplants or organ donations, except as specifically provided in the Organ Transplant Benefit section of this Group Policy.

GP5504  01/03

GP1PFG05

## LIMITATIONS AND EXCLUSIONS (CONTINUED)

30. Vision analysis, testing or orthoptic training or the purchase of eyeglasses or contact lenses.

31. Services and supplies which are (a) rendered in connection with mental illnesses not classified in the International Classification of Diseases of the U.S. Department of Health and Human Services, (b) extended beyond the period necessary for evaluation and diagnosis of learning and behavioral disabilities or for mental retardation, (c) for marriage counseling, or (d) for mental illnesses which, according to generally accepted professional standards, are not usually amenable to favorable modification.

32. Routine physical examinations, even when required by an employer, school or insurance company.

33. Services related to methadone treatment and care related to a dependency created by the use of methadone.

34. Court ordered treatment for psychiatric disorders, alcoholism and drug dependency, except as otherwise provided by this Group Policy.

35. Maintenance care, which consists of services and supplies furnished mainly to:

    a. maintain, rather than improve, a level of physical or mental function; or
    b. provide a protected environment free from exposure that can worsen the insured member's physical or mental condition.

36. Care and treatment rendered by a provider whose services are not required to be covered by state law, except as provided by the Group Policy.

37. Care and treatment of complications of non-covered procedures, unless required by state law.

38. More than one prescription for the same drug or therapeutic generic medication prescribed by one or more physicians and dispensed by one or more pharmacies until at least 75% of the previous prescription has been used by the member. (Based on the dosage schedule prescribed by the physician.)

39. Expenses incurred prior to the effective date or after the termination date of your coverage under the Group Policy. Coverage will be extended under the Extension of Health Insurance provision, if such coverage is required by state law.

40. Treatment of temporomandibular joint disorder or dysfunction by surgery of the temporomandibular joint or mandible, intra-oral prosthetic devices, orthodontics, dental splints or extractions, or any other means, regardless of medical necessity.

LX05YC02

## LIMITATIONS AND EXCLUSIONS (CONTINUED)

42. Services that are billed separately as professional services, when the procedure requires only a technical component (CPT code) that gives a numerical or self-explanatory result and does not require professional intervention or interpretation.

43. Services that are billed incorrectly or billed separately, but are an integral part of another billed service, as determined by us.

TX01NA00

## HEALTH INSURANCE BENEFITS (CONTINUED)

**WHEN HEALTH INSURANCE TERMINATES**

If health insurance ends:

1. it may be converted to a plan of medical insurance as described in the Health Insurance Conversion provision; or
2. it may be continued under the State Continuation of Health Insurance provision or the Federal Continuation of Group Insurance (COBRA) provision, if any.

A complete description of these provisions follows.

TX03EX00

## HEALTH INSURANCE BENEFITS (CONTINUED)

**HEALTH INSURANCE CONVERSION PRIVILEGE**

**WHO MAY CONVERT**

If a person has been insured by the Group Policy and any plan it replaced for at least a total of 3 full calendar months, he or she may obtain a separate plan of health insurance (called the conversion plan). A conversion plan may be obtained by:

1.   an insured group member if his or her insurance under the Group Policy terminates.  The group member may also include in the conversion policy any dependents who were insured by the Group Policy on the date the group member's insurance ends.  Conversion is not available to members of a group that has been terminated by us for non-payment of premium, or at the Policyholder's request.
2.   the group member's insured spouse whose insurance under the Group Policy ends because of termination of the marriage or because of the group member's death.
3.   the group member's insured child whose insurance under the Group Policy ends because he or she no longer qualifies as a dependent or because of the group member's death.

GP5603      6/87

TX04AX00

## HEALTH INSURANCE BENEFITS (CONTINUED)

4.   the insured dependents of a group member whose insurance under the Group Policy ends and the group member cannot convert because he or she is eligible for Medicare; and

5.   a retiring group member whose insurance under the Group Policy ends, provided he or she does not choose any available continuation option under the Group Policy.

No conversion plan is available if:

1.   the insured person is eligible for Medicare;

2.   issuance of the conversion plan would result in the insured person being overinsured.

A person will be considered to be overinsured if his or her insurance under the Group Policy is re-placed by similar group coverage within 31 days of the date his or her insurance ends, or if the benefits of the conversion plan, when combined with similar benefits result in an excess of insur-ance. Similar benefits include:

1.   those for which the person is covered by another hospital, medical or surgical or medical ex-pense insurance policy or by a hospital or medical service subscriber contract, or by a med-ical practice or other prepayment plans;

2.   those for which the person is eligible, whether or not covered, under any plan of group cover-age on an insured or uninsured basis; or

3.   those available for the person by or through any state, provincial or federal law.

### HOW TO CONVERT

We will give all of the necessary information about conversion to an insured person who is entitled to convert so that application may be made. An insured person entitled to convert must apply in writing and pay the first premium on the conversion plan within 31 days after his or her insurance under the Group Policy terminates. Evidence of insurability will not be required to obtain a con-version plan.

GP5604        1/86

TX05AX00

## HEALTH INSURANCE BENEFITS (CONTINUED)

**CONVERSION COVERAGE**

The conversion plan will be one we offer or arrange to offer at the time the first premium is received.

The conversion plan is issued to you if you are entitled to convert. It will insure you and any dependents you choose to convert if they were insured under the Group Policy. If you are not entitled to convert and your insured spouse and insured dependents are, the conversion plan is issued to your spouse and will insure all such dependents. If the conversion plan is for an individual dependent, it will be issued to that dependent.

The conversion plan takes effect on the day after the person's insurance under the Group Policy ends. The cost of the conversion plan on its effective date is based on:

1.    the class of risk to which the person entitled to convert belongs;
2.    that person's age; and
3.    the benefits chosen.

The conversion plan may not exclude any pre-existing condition not excluded by the Group Policy. During the first 12 months that conversion coverage is in effect, the amount payable under the Extension of Health Insurance Benefit provision of the Group Policy is reduced so that total amount payable by the conversion plan and the Group Policy does not exceed the amount payable by the Group Policy if the person's insurance had not ceased.

TX06IA00

## HEALTH INSURANCE BENEFITS (CONTINUED)

**STATE CONTINUATION OF HEALTH INSURANCE**

If you are no longer eligible for the health insurance benefits provided by the Group Policy, you may choose to continue these benefits for up to 6 months after the date your insurance terminates. You must give us written notice of your choice to continue benefits within 31 days after becoming ineligible for insurance. We will determine the amount of premium you must pay each month for health insurance to continue.

The policyholder is responsible for sending us the premium payments for those individuals who choose to continue their health insurance. If the policyholder fails to make proper payment of premiums to us, we are relieved of all liability for any health insurance that was continued and the liability will rest with the policyholder.

The option to continue health insurance is not available if:

1.  the Group Policy or the Health Insurance Benefit terminates or insurance for your entire class terminates;
2.  you become eligible for similar group coverage within 31 days after your health insurance under the Group Policy terminates;
3.  you are no longer eligible for health insurance because you failed to make any required premium payment;
4.  you were not insured by the Group Policy and the prior plan replaced by the Group Policy for at least 3 months prior to the date your health insurance terminates; or
5.  you are eligible for Medicare.

If you were insured for dependent health insurance when your health insurance terminated, you may choose to continue health insurance for any dependent who was insured by the Group Policy. The same terms with regard to the availability of continued health insurance described above will apply to dependents.

GP5606        97-5

TX07EA00

## HEALTH INSURANCE BENEFITS (CONTINUED)

Continued health insurance terminates on the earliest of the following dates:

1. the last day of the 6 month period following the date you were no longer eligible for health insurance.
2. the date you become insured for similar group benefits, either on an insured or uninsured basis;
3. the date you fail to make any required premium payment;
4. the date you reach your Lifetime Maximum Benefit; or
5. the date the Group Policy or the Health Insurance Benefit terminates.

Continued health insurance for dependents terminates on the date your continued health insurance terminates, or on the date the dependent no longer qualifies as a dependent, whichever occurs first.

If continued health insurance terminates and is not replaced by similar group coverage, you and your dependents may choose to convert to a separate plan of health insurance. To convert, the terms of the Group Policy which apply to health insurance conversion must be satisfied.