TB00LC00

## ORGAN TRANSPLANT BENEFIT

We will pay benefits for the expense of a Covered Organ Transplant as defined below, incurred by an Insured Person for an organ transplant approved in advance by Us, subject to those terms, conditions and limitations described below and contained in the Group Policy. Please contact the company's Transplant Management Department when in need of these services.

**Covered Organ Transplant** means only the services, care, and treatment received for or in connection with the pre-approved transplant of the organs identified hereafter, which are determined by Us to be Medically Necessary services and which are not Experimental or Investigational . The Covered Organ Transplant includes pre-transplant, transplant inclusive of any chemotherapy and associated services, post-discharge services, and treatment of complications after transplantation of the following organs or procedures only:

1.    Heart;
2.    Lung(s);
3.    Heart-lung;
4.    Liver;
5.    Kidney;
6.    Bone Marrow;
7.    Intestine;
8.    Simultaneous pancreas/kidney;
9.    pancreas following kidney;
10.   any organ not listed above required by state or federal law.

The term **Bone Marrow** identified in the foregoing Covered Organ Transplant definition refers to the transplant of human blood precursor cells which are administered to a patient following high-dose, ablative or myelosuppresive chemotherapy. Such cells may be derived from bone marrow, circulating blood, or a combination of bone marrow and circulating blood obtained from the patient in an autologous transplant or from a matched related or unrelated donor or cord blood. If chemotherapy is an integral part of the treatment involving a Covered Organ Transplant of Bone Marrow, the term Bone Marrow includes the harvesting, the transplantation and the chemotherapy components. Storage of cord blood and stem cells will not be covered unless as an integral part of a Covered Organ Transplant of Bone Marrow approved by Us.

Corneal transplants and porcine heart valve implants, which are tissues rather than organs, are considered part of regular plan benefits and are subject to other applicable provisions of the Group Policy.

For a Covered Organ Transplant to be considered fully approved, prior written approval from Us is required in advance of the Covered Organ Transplant. You or Your Physician must notify Us in advance of Your need for an initial evaluation for the Covered Organ Transplant in order for Us to determine if the Covered Organ Transplant will be covered. For approval of the Covered Organ Transplant itself, We must be given a reasonable opportunity to review the clinical results of the evaluation before rendering a determination.

GP5700  03/01

TB01IX00

## ORGAN TRANSPLANT BENEFIT (CONTINUED)

**EXCLUSIONS**

No benefit is payable for or in connection with a Covered Organ Transplant if:

1. It is Experimental or Investigational as defined elsewhere in the Group Policy.
2. We are not contacted for authorization prior to referral for evaluation of the Covered Organ Transplant, unless such authorization is waived by Us.
3. We do not approve coverage for the Covered Organ Transplant, based on Our established criteria.
4. Expenses are eligible to be paid under any private or public research fund, government program except Medicaid, or another funding program, whether or not such funding was applied for or received.
5. The expense relates to the transplantation of any non-human organ or tissue, unless otherwise stated in the Group Policy.
6. The expense relates to the donation or acquisition of an organ for a recipient who is not covered by Us.
7. A denied transplant is performed; this includes the pre-transplant evaluation, the transplant procedure, follow up care, immunosuppressive drugs, and complications of such transplant.
8. The Insured Person for whom a Covered Organ Transplant is requested has not met pre-transplant criteria as established by Us.

Once the Covered Organ Transplant is approved, We will advise the Insured Person's Physician. Benefits are payable only if the pre-transplant services, the Covered Organ Transplant and post-discharge services are approved by Us.

GP5701  9/00

TB02ED02

## ORGAN TRANSPLANT BENEFIT (CONTINUED)

**COVERED SERVICES**

For approved Covered Organ Transplants, and all related complications, We will cover only the following expenses:

1. Hospital benefits shown in the Schedule of Benefits under the Hospital Benefit section of this Group Policy will be paid at 100% of Reasonable Charges after Annual Deductible.

   Physician benefits shown in the Schedule of Benefits under the Physician Benefits section of this Group Policy will be paid at 80% of Reasonable Charges after the Annual Deductible.

   Any Maximum Out-of-Pocket Expense Limits in the Group Policy do not apply to the benefits shown in this section of the Group Policy. Any out-of-pocket expenses, including Co-Payments, directly related to the benefit in this section of the Group Policy do not apply toward any Maximum Out-of-Pocket Expense Limits shown elsewhere in the Group Policy.

   Organ acquisition and donor costs. However, donor costs are not payable under the Group Policy if they are payable in whole or in part by any other group plan, insurance company organization or person other than the donor's family or estate.

2. Direct, non-medical costs* for the Insured Person receiving the Covered Organ Transplant will be paid for: (a) transportation to and from the Hospital where the Covered Organ Transplant is performed; and (b) temporary lodging at a prearranged location up to $75 per day when requested by the Hospital and approved by Us. Transportation costs for the Insured Person to and from the Hospital where the Covered Organ Transplant is performed will be paid at 80% of Reasonable Charges after the Annual Deductible has been met. These direct, non-medical costs are only available if the Insured Person lives more than 100 miles from the transplant facility.

3. Direct, non-medical costs* for one member of the Insured Person's immediate family (two members if the patient is under age 18 years) will be paid for: (a) transportation to and from the approved facility where the Covered Organ Transplant is performed; and, (b) temporary lodging at a prearranged location during the Insured Person's confinement in a Hospital, not to exceed $75 per day. Transportation costs for the Insured Person's immediate family member(s) to and from the Hospital where the Covered Organ Transplant is performed will be paid at 80% of Reasonable Charges after the Annual Deductible has been met. These direct, non-medical costs are only available if the Insured Person's immediate family member(s) live more than 100 miles from the transplant facility.

* All direct, non-medical expenses for the Insured Person receiving the Covered Organ Transplant and his/her family member(s) are limited to a combined maximum coverage of $10000 per Covered Organ Transplant.

CB01BA00

# PROVISIONS APPLICABLE TO ALL HEALTH INSURANCE BENEFITS

## COORDINATION OF BENEFITS

**DEFINITIONS**

Here are some terms used in this provision.

**ALLOWABLE EXPENSE** means any necessary and reasonable item of expense at least a part of which is covered by any one of the plans that covered the person for whom claim is made. When the benefits from a plan are in the form of services, rather than cash payments, the reasonable cash value of each service is both an allowable expense and a benefit paid.

**CLAIM DETERMINATION PERIOD** means a calendar year or that part of a calendar year in which the person has been covered by our plan.

**PLAN** means the coverage of medical or dental expenses or services by:

1.   any group insurance plan, on an insured or uninsured basis;
2.   service plan contracts, group or individual practice or other pre-payment plans; or
3.   labor-management trusteed plans, union welfare plans, employers organization plans or employee benefit organization plans.

The term does not include coverage under individual or franchise policies or contracts; or supplemental sickness and accident policies. Each plan or part of a plan which has the right to coordinate benefits is considered to be a separate plan.

**THIS PLAN** means the benefits of the Group Policy which are subject to this coordination of benefits provision.

**WHAT A COORDINATION OF BENEFITS PROVISION DOES**

If a person is covered by this plan and by any of the other plans described above, a coordination of benefits provision will be used when the amount of benefits payable by this plan and the amount of benefits payable by any of the other plans for the same medical expenses would exceed the total amount of allowable expenses in a claim determination period. A coordination of benefit provision determines:

GP7001.01      1/86

CB02BX00

## COORDINATION OF BENEFITS (CONTINUED)

1.  the order in which all plans pay their benefits; and
2.  when, depending on the order of benefit determination, a plan may reduce its benefit so that not more than 100% of the total amount of allowable expenses are paid jointly by all plans.

### ORDER OF BENEFIT DETERMINATION

In order to administer this provision, it is first necessary to determine the order in which all of the plans pay their benefits. This order is shown below.

1.  A plan which does not contain a coordination of benefits provision is considered to determine its benefits before a plan which does contain a coordination of benefits provision.
2.  A plan which covers a person as an employee is considered to determine its benefits before a plan which covers a person as a dependent.
3.  A plan which covers a person as the dependent of a person whose month and day of birth (excluding the year of birth) occurs earlier in the calendar year is considered to determine its benefits before a plan which covers the person as the dependent of a person whose month and day of birth (excluding the year of birth) occurs later in the calendar year. If either one of the plans does not have this "birthday rule" provision, then the plan without this provision is considered to determine its benefits before the plan which does contain this provision. In the case of divorced or legally separated parents, the order of payment is determined as shown below.

    a.  If there is a court decree which establishes financial responsibility for a dependent child's health care expenses, the plan of the parent with that responsibility is considered to determine its benefits before the plan of the parent without the responsibility.
    b.  If there is no such decree and the parent with custody of the child has not remarried, the plan which covers the child as a dependent of the parent with custody is considered to determine its benefits before the plan of the parent without custody.
    c.  If the parent with custody of the child has remarried:

GP7002.01      1/86

CB03BX00

## COORDINATION OF BENEFITS (CONTINUED)

(1)  the plan which covers the child as a dependent of
      the parent with custody determines its benefits first;
(2)  the plan which covers the child as a dependent of
      the step-parent determines its benefits second; and
(3)  the plan which covers the child as a dependent of
      the parent without custody determines its benefits third.

If the above rules fail to establish the order of payment, the plan which has covered the person for the longest time is considered to determine its benefits first.  However, a person may be covered as an active employee by one plan and as a retired or laid-off person by another plan.  In this case, if both plans contain a provision regarding retired or laid-off employees, the plan which covers the person as an active employee is considered to determine its benefits before the plan which covers the person as a retired or laid-off employee.  If either one of the plans does not contain a provision for retired or laid-off employees, the order of benefit determination will be used to determine the order of payment by the plans.

### HOW BENEFITS ARE COORDINATED

If, based on the order of benefit determination, the benefits of this plan are payable first, the benefits payable by the other plans are ignored when we determine the amount payable by this plan. If this plan's benefits are payable after those of any other plan, we add up the benefits payable by each of the plans in the order in which they pay and compare the total benefits payable to the total amount of allowable expenses.  If this plan's payments would result in benefits being paid which exceed total allowable expenses, this plan's benefits are reduced.  When coordination of benefits reduces the total amount otherwise payable in a claim determination period for a person covered by this plan, each benefit that would have been payable in the absence of coordination is reduced in proportion.  The reduced amounts are charged against any applicable benefit limits of this plan. In no event will this plan's payment be more than it would have been in the absence of other plans.

CB04BX00

## COORDINATION OF BENEFITS(CONTINUED)

**HOW BENEFITS ARE COORDINATED  (continued)**

We reserve the right to release to or obtain from any other insurance company or other organization or person any information which, in our opinion, we need for the purpose of coordination  of benefits.

When payment which should have been made by this plan based on the terms of this provision have been made by any other plan, we have the right to pay to any organization  making these payments an amount we consider to be warranted.  Amounts paid in this manner are considered  to be benefits paid by this plan.  After we make such payments, we have no further liability.

When we have made an overpayment, we have the right to recover that payment to the extent of the excess.  We may recover the overpayment  from the person to whom it was made or from any other insurance company or organization.

GP7004.01      1/86

ME01EX00

## PROVISIONS APPLICABLE TO ALL HEALTH INSURANCE BENEFITS

### MEDICARE ELIGIBLES

**DEFINITIONS**

Here are some definitions of words used in this provision.

**MEDICARE PART A** means the Social Security program which provides hospital insurance benefits.

**MEDICARE PART B** means the Social Security program which provides medical insurance benefits.

For the purposes of determining benefits payable for any insured person who is eligible to enroll for Medicare Part B, but does not, we assume the amount payable under Medicare Part B to be the amount the insured person would have received if he or she enrolled for it.

An insured person is considered to be eligible for Medicare on the earliest date coverage under Medicare could become effective for him or her.

**INTEGRATION WITH MEDICARE**

When an employer employs less than 20 people, benefits under the Group Policy will be payable for an insured person who is age 65 or older and eligible for Medicare as shown below.

1. If expenses are incurred for which benefits are payable by both the Group Policy and Medicare Part A, benefits are payable by the Group Policy only for those expenses which exceed the amount payable by Medicare Part A.
2. If expenses are incurred for which benefits are payable by both the Group Policy and Medicare Part B, we reduce our benefit by the amount of benefits payable for those expenses by Medicare Part B.
3. The deductible of the Group Policy will apply only to eligible expenses incurred for prescription drugs and charges made by nurses.

For an insured person who is under age 65 and eligible for Medicare, the benefits payable by the Group Policy will be reduced so that not more than 100% of the expenses incurred are paid jointly by the Group Policy and Medicare.

When an employer employs 100 or more persons, the benefits of the Group Policy will be payable first for an insured person who is under age 65 and eligible for Medicare. The benefits of Medicare will be payable second.

GP7101      6/87

ME02BX03

# MEDICARE ELIGIBLES(CONTINUED)

**TEFRA OPTIONS**

Where an employer employs more than 20 people, the Tax Equity And Fiscal Responsibility Act of 1982 (TEFRA) allows his or her actively working insured group members age 65 or older and their insured spouses who are eligible for Medicare to choose one of the following options.

**OPTION 1 -**     The benefits of the Group Policy will be payable first and the benefits of Medicare will be payable second.

**OPTION 2 -**     Medicare benefits only. The group member and his or her dependents, if any, will not be insured by the Group Policy.

The group must provide each insured group member and each insured spouse with the choice to elect one of these options at least one month before the insured group member or the insured spouse becomes age 65. All new group members and newly insured spouses age 65 or older must be offered these options. If Option 1 is chosen, its issue is subject to the same requirements as for a group member or dependent who is under age 65.

Under the TEFRA regulations, there are two categories of persons eligible for Medicare. The calculation and payment of benefits by the Group Policy differs for each category.

**CATEGORY 1** Medicare Eligibles are:

1.    actively working insured group members age 65 or older who choose Option 1;
2.    their age 65 or older insured spouses; and
3.    age 65 or older insured spouses of actively working insured group members who are either under age 65 or age 70 or older;

GP7102      6/86

ME03BX00

## MEDICARE ELIGIBLES(CONTINUED)

**TEFRA OPTIONS (continued)**

**CATEGORY 2** Medicare Eligibles are any other insured persons entitled to Medicare, whether or not they enrolled for it.  This category includes, but is not limited to:

1.    retired group members and their spouses; or
2.    insured dependents of an insured group member, other than his or her spouse.

**CALCULATION AND PAYMENT OF BENEFITS**

For insured persons in Category 1, benefits are payable by the Group Policy without regard to any benefits payable by Medicare.  Medicare will then determine its benefits.

For insured persons in Category 2, Medicare benefits are payable before any benefits are payable by the Group Policy.  The benefits of the Group Policy will then be reduced by the full amount of all Medicare benefits the insured person is entitled to receive, whether or not they were actually enrolled for.

CL01CX01

# CLAIMS

## WE MUST BE NOTIFIED OF INTENT TO FILE A CLAIM

Notice of a claim for benefits must be given to us. The notice must be in writing. Any claim will be based on the written notice. The notice must be received by us within 30 days after the start of the loss on which the claim is based. If notice is not given in time, the claim may be reduced or invalidated. If it can be shown that it was not reasonably possible to submit the notice within the 30 day period and that notice was given as soon as possible, the claim will not be reduced or invalidated.

## WE FURNISH CLAIM FORMS

After we receive written notice of a claim, we provide claim forms. This form should be furnished within 15 days after we receive written notice. If we fail to furnish this form within 15 days, the claimant can meet the time period shown below for submitting proof of claim by submitting written proof which explains the reasons for the claim. Written proof should establish acts about the claim such as occurrence, nature and extent of the condition involved.

## WHEN TO FILE PROOF OF CLAIM

Written proof of claim must be given to us within 90 days after the date of the injury or sickness for which claim is made. If proof of claim is not submitted and received by us within the required time period, the claim may be reduced or invalidated. If it can be shown that it was not reasonably possible to submit within the time period and that the proof was submitted as soon as possible, the claim will not be reduced or invalidated.

## WE MAY EXTEND TIME LIMITS

If the time limit we allow for giving notice of claim or submitting proof of loss is less than the law permits in the state where the claimant lives, we extend our time limits to agree with the minimum period specified by that state's laws. The law must exist at the time the Group Policy is issued.

GP8001  11/89

CL02BX01

## CLAIMS (CONTINUED)

**OUR RIGHT TO REQUIRE MEDICAL EXAMS**

We have the right to require that a medical exam be performed on any claimant for whom a claim is pending as often as we may reasonably require.  If we require a medical exam, it will be performed at our expense.  We also have a right to request an autopsy in the case of death, if state law so allows.

**TO WHOM BENEFITS ARE PAYABLE**

All benefits are payable to the insured group member.  However, with our consent, an insured person may direct us to pay all or any part of the medical benefits to the medical care provider on whose charge the claim is based.

If any insured person to whom benefits are payable is a minor or, in our opinion, not able to give a valid receipt for any payment due him or her, such payment will be made to his or her legal guardian.  However, if no request for payment has been made by the legal guardian, we may, at our option, make payment to the person or institution appearing to have assumed his or her custody and support.

**WHEN WE PAY**

We will pay benefits for covered medical services after the insured person has satisfied any deductibles and co-payment amounts.  No benefits are payable for charges which are discounted, waived or rebated by a provider of services simply because the insured person is insured.  We shall have the right to recover from a provider of services or from an insured person any excess benefits paid for charges which were discounted, waived or rebated.

CL03FA00

## CLAIMS (CONTINUED)

**WHEN WE PAY (continued)**

All benefits will be paid when we receive proper written proof of claim.

If an insured person dies while medical benefits remain unpaid, we may choose to pay benefits to:

1.  any person or persons related to the insured person by blood or marriage who appears to be entitled to the benefits; or
2.  the executors or administrators of the insured person's estate, based on our selection.

We will be discharged of liability to the extent of any such payments made in good faith.

**RIGHT OF RECOVERY**

Our intention is to preserve and assert our rights to recover for sums paid or benefits provided where circumstances warrant the assertion of our rights, to the fullest extent allowed by the applicable laws of the jurisdiction involved. Each provision below shall be considered severable, and if any provision is determined to be unenforceable or void, the remaining provisions shall remain unaffected.

**SUBROGATION**

This provision applies when another party (person or organization) is, or may be, considered responsible for causing injury or for payment of benefits due to an insured person's injury or sickness for which benefits under the Group Policy have been provided or paid. To the extent of such benefits, we are subrogated to all rights and claims for recovery the insured person has against any party (including a health care carrier) responsible for the injury for payment to the insured person on account of the injury.

**RIGHT OF REIMBURSEMENT**

If payment (by settlement, judgement or any other manner) is made, or may be made, in the future by, or on behalf of, a responsible party to the insured person, expenses arising from the insured person's injury or sickness are not covered by us.

However, if we receive a claim for which benefits would be payable in the absence of a responsible party as described above, we will pay those benefits subject to the following conditions:

1.  We will automatically have a lien to the extent of benefits advanced upon any recovery, by settlement, judgement or otherwise that you receive from the responsible party, or any person or organization making payment on behalf of the responsible party, including first party, underinsured and uninsured motorist coverage. The lien will be in the amount of benefits provided or paid by us for the treatment of the condition for which the third party is responsible.

2.  You agree to notify us, in writing, within 60 days of your claim against the responsible party and to take such action, furnish such information, cooperate generally, and execute any documents as we may require to facilitate enforcement of our rights.

Exclusively at our option and choice, and without any waiver of any other rights of the Group Policy, in the event of prejudice, non-cooperation or breach of this Group Policy, we may withhold, deduct or retract payments to or on behalf of the insured person.

GP8003      1/93

CL04EA00

# CLAIMS (CONTINUED)

## DUPLICATION OF BENEFITS/OTHER INSURANCE

This provision is intended to prevent overpayment or duplication of benefits under this Group Policy when other health care coverage provides the same benefits. It applies when a person is covered by us and has, or is entitled to, benefits as a result of their injuries from any other coverage including, but not limited to, first party uninsured or underinsured motorist coverage, any no-fault insurance, medical payment coverage (auto, homeowners or otherwise), workers compensation settlement or awards, other group coverage (including student plans), direct recoveries from liable parties, premises medical pay or any other insurer providing coverage that would apply to pay your medical expenses, except other group health carriers in which case coverage will be determined under Coordination of Benefits.

Where there is such coverage, we will not duplicate other coverage available to the insured person and shall be considered secondary, except where specifically prohibited. Where double coverage exists, we shall have the right to be repaid from whomever has received the overpayment to the extent of the duplicate coverage.

This provision applies whether or not the insured person has made a claim under other applicable coverage. When applicable, the insured person is required to provide us with authorization to obtain information about the other coverage available, and to cooperate in the recovery of overpayments from the other coverage, including executing any assignment of rights necessary to obtain payment directly from the other coverage available.

## COOPERATION REQUIRED

The insured person shall cooperate by providing information and executing any documents to preserve our right and shall have the affirmative obligation of notifying us that claims are being made against responsible parties to recover for injuries for which we have paid. If the insured person enters into litigation or settlement negotiations regarding the obligations of the other party, the insured person must not prejudice, in any way, our rights to recover an amount equal to any benefits we have provided or paid for the injury or sickness. Failure of the insured person to provide us such notice or cooperation, or any action by the insured person resulting in prejudice to our rights will be a material breach of this Group Policy and will result in the insured person being personally responsible to make repayment. In such an event, we may deduct from any pending or subsequent claim made under the Group Policy any amounts the insured person owes us until such time as cooperation is provided and the prejudice ceases.

IT01CX00

# TERMINATION PROVISIONS

## TERMINATION OF YOUR INSURANCE

Your insurance will terminate on the earliest of the following dates:

1.  the date you cease to be in a class of eligible group members or cease to qualify as a group member;
2.  the last day for which you make any required premium contribution for your insurance;
3.  the last day for which the policyholder has made any required premium contribution for insurance on your behalf;
4.  the date your Lifetime Maximum Benefit is reached; or
5.  the date the Group Policy is terminated.

## TERMINATION FOR CAUSE

We will terminate an insured person's insurance for cause under the following circumstances:

1.  If an insured person fails to pay or arrange to pay his or her co-payments.

2.  If an insured person allows an unauthorized person to use his or her identification card or uses the identification card of another subscriber.  Under these circumstances, the person who receives the services provided by use of the identification card will be responsible for paying us the reasonable charges for those services.

3.  If an insured person or group perpetrates fraud and/or misrepresentation on claims or identification cards in order to obtain services or a higher level of benefits.  This includes, but is not limited to, the fabrication and/or alteration of a claim or identification card.

GP8101      11/89

IT02AX00

# TERMINATION PROVISIONS (CONTINUED)

## RETIREMENT

If your active service ends because you retire, insurance will be continued until the date the policyholder stops paying premiums for you or otherwise terminates your insurance.

Any continuation of insurance must be based on a plan which precludes individual selection.

## TERMINATION OF DEPENDENT INSURANCE

A dependent's insurance will terminate on the earliest of the following dates:

1.   the date your insurance terminates;
2.   the date you cease to be in a class of group members eligible for dependent insurance;
3.   the last day for which you make any required premium contribution for dependent insurance;
4.   the last day for which the policyholder has made any required premium contribution for dependent insurance on your behalf;
5.   the date the dependent insurance benefit or the Group Policy is terminated;
6.   the date a dependent reaches his or her Lifetime Maximum Benefit; or
7.   the date a dependent no longer qualifies as a dependent.

## HANDICAPPED CHILDREN

If a dependent child who has reached the maximum age for a dependent meets all of the requirements shown below, we extend dependent health insurance for that child for as long as you remain insured for dependent insurance.

1.   The child must be incapable of self-sustaining employment because of mental or physical handicap.
2.   The child must rely on you for financial support.

You must give us proof of the child's handicap within 31 days of the date the child reaches the maximum age. We may request additional proof from time to time during the 2 year period after the date the handicapped child reached the maximum age. After this 2 year period, we may only request further proof of the child's incapacity annually.

GP8102        1/86

IT01AJ01

# DISCLOSURE PROVISIONS

**DISCOUNT PROGRAMS**

From time to time, We may offer or provide access to discount programs to persons who become Insured Persons. In addition, We may arrange for third party service providers such as pharmacies, optometrists, dentists and alternative medicine providers, to provide discounts on goods and services to persons who become Insured Persons. Some of these third party service providers may make payments to Us when Insured Persons take advantage of these discount programs. These payments offset the cost to Us of making these programs available and may help reduce the costs of Your plan administration. Although We have arranged for third parties to offer discounts on these goods and services, these discount programs are not insured benefits under this Group Policy. The third party service providers are solely responsible to Insured Persons for the provision of any such goods and/or services. We are not responsible for any such goods and/or services, nor are We liable if vendors refuse to honor such discounts. Further, We are not liable to Insured Persons for the negligent provision of such goods and/or services by third party service providers. Discount programs may not be available to persons who "opt out" of marketing communications and where otherwise restricted by law.

GP8150  02/02

IT01AQ01

## DISCLOSURE PROVISIONS (CONTINUED)

**SHARED SAVINGS PROGRAM**

We have a Shared Savings Program that may allow You to share in discounts We have obtained from providers.

It is not necessary for You to inquire about a provider's status in advance. When processing Your claim, We will automatically determine if that provider is participating in the Shared Savings Program and calculate Your Deductible and Coinsurance on the discounted amount. Your Explanation of Benefits statement will reflect any savings with a remark code used to reference the Shared Savings Program.

However, if You would like to inquire in advance to determine if a provider participates in the Shared Savings Program, please call 1-800-448-6262. Please note, provider arrangements in the Shared Savings Program are subject to change without notice. We cannot guarantee that the provider from whom You received treatment is still participating in the Shared Savings Program at the time treatment is received. Discounts are dependent upon availability and cannot be guaranteed.

We reserve the right to modify, amend, or discontinue the Shared Savings Program at any time.

MP01CA00

# MISCELLANEOUS PROVISIONS

## ENTIRE CONTRACT

The entire contract is made up of the Group Policy, the application of the policyholder, a copy of which is attached to the Group Policy, and the applications of the group members, if any. All statements made by the policyholder or by a group member are considered to be representations, not warranties. This means that the statements are made in good faith. No statement will void the Group Policy, reduce the benefits it provides or be used in defense to a claim unless it is contained in a written application and a copy is furnished to the person making such statement or his or her beneficiary.

## TIME LIMIT FOR CERTAIN DEFENSES

After two years from the effective date of the Group Policy, no misstatement made by the policy-holder, except a fraudulent misstatement made in his application, may be used to void the Group Policy. After two years from a group member's effective date, no misstatement made by a group member, except a fraudulent misstatement made in his or her application, may be used to deny a claim for any loss or disability which begins after the end of the two year period.

## THE POLICYHOLDER IS OUR AGENT FOR LIMITED PURPOSES

The policyholder is considered to be our agent only for these two events:

1.   collecting premium; and
2.   giving out certificates of insurance.

No agent has the power to change or waive any provision of the Group Policy.

## MISSTATEMENTS

If any important facts about an individual in relation to his or her insurance are found to be mis-stated, we adjust the premium to the correct amount based on the true facts. If the misstatement affects the amount of an individual's insurance, the true facts are used to determine the correct amount of insurance.

## LEGAL ACTIONS

No action at law or in equity shall be brought to recover on this policy prior to the expiration of sixty days after written proof of loss has been furnished in accordance with the requirements of this policy. No such action shall be brought after the expiration of three years after the time written proof of loss is required to be furnished.

GP8201      97-5

MP02AX01

## MISCELLANEOUS PROVISIONS (CONTINUED)

**CERTIFICATES OF INSURANCE**

We issue certificates of insurance for each insured group member.  These are delivered to the policyholder to be given to the group members.  The certificate will describe the benefits provided under the Group Policy and the limitations of the Group Policy.  Nothing in the certificate will change or void the terms of the Group Policy.

**CHANGES IN GROUP POLICY**

Changes may be made in the Group Policy by an amendment signed by the policyholder  and by our President, Vice President, Secretary or Assistant Secretary.

**INSURANCE INFORMATION**

The policyholder provides us with the information we need to administer this insurance contract and compute the premium.  Failure of the policyholder to provide this information will not void or continue a group member's insurance.  We have the right to examine the policyholder's records on the benefits provided at any reasonable time while the Group Policy is in force.  We also have this right until all rights and obligations under the Group Policy are finally determined.

**WORKERS' COMPENSATION**

The Group Policy does not affect or take the place of Workers' Compensation.

**ASSIGNMENT**

The Group Policy and its benefits may not be assigned by the policyholder.

GP8202      1/86

GP1PFC01

## HUMANA INSURANCE COMPANY

## AMENDMENT

This amendment becomes a part of the Group Policy to which it is attached.  Contrary to any ex-
clusions in the Group Policy, we will pay benefits for the following routine preventive services:

**Annual Routine Adult Physical Exam**   100% Benefit Payable after Annual Deductible
**Office Visits and related Outpatient**
**Laboratory Tests and X-rays**

(Limited to Insured Persons 16  years of age or older.  Excludes all laboratory tests and x-rays;
medical examination and related expenses for treatment or diagnosis of an Injury or Sickness;
medical examination or associated diagnostic laboratory charges caused by or resulting from
pregnancy; eye examination for the purpose of prescribing corrective lens; dental examinations;
hearing tests but not screenings; immunizations; and expenses incurred for an employment
physical or exams for the purpose of obtaining insurance.)

**Annual Routine Pap Smears**         100% Benefit Payable after Annual Deductible

**Annual Routine Mammograms**      100% Benefit Payable after Annual Deductible

**Routine Immunizations**            100% Benefit Payable after Annual Deductible

(Limited to Insured Persons 17  years of age or younger; excludes immunizations given for or in
connection with travel.)

**Routine Child Care Visits**         100% Benefit Payable after Annual Deductible

(Limited to Insured Persons 15      years of age or younger; visit intervals based on American
Academy of Pediatric Guidelines.)

### HUMANA INSURANCE COMPANY

President

INDEMPREVBEN(1) 10/01

RRTRAB02

# HUMANA INSURANCE COMPANY

## AMENDMENT

This amendment becomes a part of the Group Policy to which it is attached.

Notwithstanding any provision of the Group Policy, any Maximum Out-of-Pocket Expense Limits in the Group Policy do not apply to the benefits shown in the Organ Transplant Benefit section of the Group Policy.  Out-of-pocket expenses, including Co-Payments, set forth in the Organ Transplant Benefit do not apply toward any Maximum Out-of-Pocket Expense Limits shown in the Group Policy.

### HUMANA INSURANCE COMPANY

Michael B. McCallister
President

TRNPLT-A 08/01

ERSA01C1

# Notices

**The following pages contain important information about Humana's claims procedures and certain federal laws**

This section includes notices about:

**Claims Procedures**

**Discretionary Authority**

**Appeals of Adverse Determinations**

**Women s Health and Cancer Rights Act**

**Statement of Rights Under the Newborns  and Mothers  Health Protection Act**

**Medical Child Support Orders**

**Consolidated Omnibus Budget Reconciliation Act**

**Tax Equity and Fiscal Responsibility Act of 1982 (TEFRA)**

**Family And Medical Leave Act (FMLA)**

**Uniformed Services Employment and Reemployment Rights Act of 1994 (USERRA)**

**Your Rights Under ERISA**

**Privacy and Confidentiality Statement**

ERSA02A1

## CLAIMS PROCEDURES

Notwithstanding any provisions in the group insurance policy, HMO contract or certificate of coverage, the following are the minimum claims procedures employed by Humana with respect to plans governed by the Employee Retirement Income Security Act of 1974, as amended ( ERISA ).  Covered persons in insured plans subject to ERISA should also consult their insurance benefit plan documents (e.g., the Certificate of Insurance or Evidence of Coverage).  Humana will comply with the requirements set forth in any such benefit plan document issued by it with respect to the plan unless doing so would prevent compliance with the requirements of the federal ERISA statute and the regulations issued thereunder.  The following claims procedures are intended to comply with the ERISA claims regulation, and should be interpreted consistent with the minimum requirements of that regulation. Covered persons in plans not subject to ERISA should consult their benefit plan documents for the applicable claims and appeals procedures.

## DISCRETIONARY AUTHORITY

With respect to paying claims for benefits or determining eligibility for coverage under a policy issued by Humana, Humana as administrator for claims determinations and as ERISA claims review fiduciary, shall have full and exclusive discretionary authority to: 1) interpret plan provisions, 2) make decisions regarding eligibility for coverage and benefits, and 3) resolve factual questions relating to coverage and benefits.

## CLAIMS PROCEDURES

---

**Definitions**

**Claimant:** A covered person (or authorized representative) who files a claim.

**Concurrent-care Decision:** A decision by the plan to reduce or terminate benefits otherwise payable for a course of treatment that has been approved by the plan (other than by plan amendment or termination) or a decision with respect to a request by a Claimant to extend a course of treatment beyond the period of time or number of treatments that has been approved by the plan.

**Group health plan:** an employee welfare benefit plan to the extent the plan provides medical care to employees or their dependents directly (self insured) or through insurance (including HMO plans), reimbursement or otherwise.

**Health insurance issuer:** the offering company listed on the face page of your Certificate of Insurance and referred to in this document as "Humana."

**Post-service Claim:** Any claim for a benefit under a group health plan that is not a Pre-service Claim.

**Pre-service Claim:** A request for authorization of a benefit for which the plan conditions receipt of the benefit, in whole or in part, on advance approval.

**Urgent-care Claim (expedited review):** A claim for covered services to which the application of the time periods for making non-urgent care determinations:

could seriously jeopardize the life or health of the covered person or the ability of the covered person to regain maximum function; or

in the opinion of a physician with knowledge of the covered person s medical condition, would subject the covered person to severe pain that cannot be adequately managed without the service that is the subject of the claim.

Humana will make a determination of whether a claim is an Urgent-care Claim.  However, any claim a physician, with knowledge of a covered person s medical condition, determines is an "Urgent-care Claim" will be treated as a "claim involving urgent care."

---

ERSA03A1

## Submitting a Claim

This section describes how a Claimant files a claim for plan benefits.

A claim must be filed in writing and delivered by mail, postage prepaid, by FAX or e-mail. A request for pre-authorization may be filed by telephone. The claim or request for pre-authorization must be submitted to Humana or to Humana's designee at the address indicated in the covered person's benefit plan document or identification card. This is particularly important with respect to mental health coordinators and other providers to whom Humana has delegated responsibility for claims administration. Claims will not be deemed submitted for purposes of these procedures unless and until received at the correct address.

Claims submissions must be in a format acceptable to Humana and compliant with any legal requirements. Claims not submitted in accordance with the requirements of applicable federal law respecting privacy of protected health information and/or electronic claims standards will not be accepted by Humana.

Claims submissions must be timely. Claims must be filed as soon as reasonably possible after they are incurred, and in no event later than the period of time described in the benefit plan document.

Claims submissions must be complete and delivered to the designated address. At a minimum they must include:

- Name of the covered person who incurred the covered expense.

- Name and address of the provider

- Diagnosis

- Procedure or nature of the treatment

- Place of service

- Date of service

- Billed amount

Presentation of a prescription to a pharmacy does not constitute a claim for benefits under the plan. If a covered person is required to pay the cost of a covered prescription drug, he or she may submit a written claim for plan benefits to Humana.

A general request for an interpretation of plan provisions will not be considered a claim. Requests of this type, such as a request for an interpretation of the eligibility provisions of the plan, should be directed to the plan administrator.

## Procedural Defects

If a Pre-service Claim submission is not made in accordance with the plan's requirements, Humana will notify the Claimant of the problem and how it may be remedied within five (5) days (or within 24 hours, in the case of an Urgent-care Claim). If a Post-service Claim is not made in accordance with the plan's requirement, it will be returned to the submitter.

## Authorized Representatives

A covered person may designate an <u>authorized representative</u> to act on his or her behalf in pursuing a benefit claim or appeal. The authorization must be in writing and authorize disclosure of health information. If a document is not sufficient to constitute designation of an authorized representative, as determined by Humana, the plan will not consider a designation to have been made. An assignment of benefits <u>does not</u> constitute designation of an authorized representative.

3

- Any document designating an authorized representative must be submitted to Humana in advance or at the time an authorized representative commences a course of action on behalf of the covered person. Humana may verify the designation with the covered person prior to recognizing authorized representative status.

- In any event, a health care provider with knowledge of a covered person's medical condition acting in connection with an Urgent-care Claim will be recognized by the plan as the covered person's authorized representative.

Covered persons should carefully consider whether to designate an authorized representative. Circumstances may arise under which an authorized representative may make decisions independent of the covered person, such as whether and how to appeal a claim denial.


## Claims Decisions

After a determination on a claim is made, Humana will notify the Claimant within a reasonable time, as follows:

### *Pre-service Claims*

Humana will provide notice of a favorable or adverse determination within a reasonable time appropriate to the medical circumstances but no later than 15 days after the plan receives of the claim.

This period may be extended by an additional 15 days, if Humana determines the extension is necessary due to matters beyond the control of the plan. Before the end of the initial 15-day period, Humana will notify the Claimant of the circumstances requiring the extension and the date by which Humana expects to make a decision.

If the reason for the extension is because Humana does not have enough information to decide the claim, the notice of extension will describe the required information, and the Claimant will have at least 45 days from the date the notice is received to provide the necessary information.

### *Urgent-care Claims (expedited review)*

Humana will determine whether a particular claim is an Urgent-care Claim. This determination will be based on information furnished by or on behalf of a covered person. Humana will exercise its judgment when making the determination with deference to the judgment of a physician with knowledge of the covered person's condition. Humana may require a Claimant to clarify the medical urgency and circumstances supporting the Urgent-care Claim for expedited decision-making.

Notice of a favorable or adverse determination will be made by Humana as soon as possible, taking into account the medical urgency particular to the covered person's situation, but not later than 72 hours after receiving the Urgent-care Claim.

If a claim does not provide sufficient information to determine whether, or to what extent, services are covered under the plan, Humana will notify the Claimant as soon as possible, but not more than 24 hours after receiving the Urgent-care Claim. The notice will describe the specific information necessary to complete the claim. The Claimant will have a reasonable amount of time, taking into account the covered person's circumstances, to provide the necessary information   but not less than 48 hours.

Humana will provide notice of the plan's Urgent-care Claim determination as soon as possible but no more than 48 hours after the earlier of:

- The plan receives the specified information; or

- The end of the period afforded the Claimant to provide the specified additional information.

4

ERSA05A1

### *Concurrent-care Decisions*

Humana will notify a Claimant of a Concurrent-care Decision involving a reduction or termination of pre-authorized benefits sufficiently in advance of the reduction or termination to allow the Claimant to appeal and obtain a determination.

Humana will decide Urgent-care Claims involving an extension of a course of treatment as soon as possible taking into account medical circumstances. Humana will notify a Claimant of the benefit determination, whether adverse or not, within 24 hours after the plan receives the claim, provided the claim is submitted to the plan 24 hours prior to the expiration of the prescribed period of time or number of treatments.

### *Post-service Claims*

Humana will provide notice of a favorable or adverse determination within a reasonable time appropriate to the medical circumstances but no later than 30 days after the plan receives the claim.

This period may be extended an additional 15 days, if Humana determines the extension is necessary due to matters beyond the plan's control. Before the end of the initial 30-day period, Humana will notify the affected Claimant of the extension, the circumstances requiring the extension and the date by which the plan expects to make a decision.

If the reason for the extension is because Humana does not have enough information to decide the claim, the notice of extension will describe the required information, and the Claimant will have at least 45 days from the date the notice is received to provide the specified information. Humana will make a decision on the earlier of the date on which the Claimant responds or the expiration of the time allowed for submission of the requested information.

### Initial Denial Notices

Notice of a claim denial (including a partial denial) will be provided to Claimants by mail, postage prepaid, by FAX or by e-mail, as appropriate, within the time frames noted above. With respect to adverse decisions involving Urgent-care Claims, notice may be provided to Claimants orally within the time frames noted above. If oral notice is given, written notification must be provided no later than 3 days after oral notification.

A claims denial notice will convey the specific reason for the adverse determination and the specific plan provisions upon which the determination is based. The notice will also include a description of any additional information necessary to perfect the claim and an explanation of why such information is necessary. The notice will disclose if any internal plan rule, protocol or similar criterion was relied upon to deny the claim. A copy of the rule, protocol or similar criterion will be provided to Claimants, free of charge, upon request.

The notice will describe the plan's review procedures and the time limits applicable to such procedures, including a statement of the Claimant's right to bring a civil action under ERISA Section 502(a) following an adverse benefit determination on review.

If an adverse determination is based on medical necessity, experimental treatment or similar exclusion or limitation, the notice will state that an explanation of the scientific or clinical basis for the determination will be provided, free of charge, upon request. The explanation will apply the terms of the plan to the covered person's medical circumstances.

In the case of an adverse decision of an Urgent-care Claim, the notice will provide a description of the plan's expedited review procedures.

ERSA06B1

## APPEALS OF ADVERSE DETERMINATIONS

A Claimant must appeal an adverse determination within 180 days after receiving written notice of the denial (or partial denial). An appeal may be made by a Claimant by means of written application to Humana, in person, or by mail, postage prepaid.

A Claimant, on appeal, may request an expedited appeal of an adverse Urgent-care Claim decision orally or in writing. In such case, all necessary information, including the plan's benefit determination on review, will be transmitted between the plan and the Claimant by telephone, facsimile, or other available similarly expeditious method, to the extent permitted by applicable law.

Determination of appeals of denied claims will be conducted promptly, will not defer to the initial determination and will not be made by the person who made the initial adverse claim determination or a subordinate of that person. The determination will take into account all comments, documents, records, and other information submitted by the Claimant relating to the claim.

On appeal, a Claimant may review relevant documents and may submit issues and comments in writing. A Claimant on appeal may, upon request, discover the identity of medical or vocational experts whose advice was obtained on behalf of the plan in connection with the adverse determination being appealed, as permitted under applicable law.

If the claims denial is based in whole, or in part, upon a medical judgment, including determinations as to whether a particular treatment, drug, or other service is experimental, investigational, or not medically necessary or appropriate, the person deciding the appeal will consult with a health care professional who has appropriate training and experience in the field of medicine involved in the medical judgment. The consulting health care professional will not be the same person who decided the initial appeal or a subordinate of that person.

### Time Periods for Decisions on Appeal

Appeals of claims denials will be decided and notice of the decision provided as follows:

| Urgent-care Claims | As soon as possible but no later than 72 hours after Humana receives the appeal request. |
|---|---|
| Pre-service Claims | Within a reasonable period but no later than 30 days after Humana receives the appeal request. |
| Post-service Claims | Within a reasonable period but no later than 60 days after Humana receives the appeal request. |
| Concurrent-care Decisions | Within the time periods specified above depending on the type of claim involved. |

### Appeals Denial Notices

Notice of a claim denial (including a partial denial) will be provided to Claimants by mail, postage prepaid, by FAX or by e-mail, as appropriate, within the time periods noted above.

A notice that a claim appeal has been denied will include:

- The specific reason or reasons for the adverse determination.

- Reference to the specific plan provision upon which the determination is based.

- If any internal plan rule, protocol or similar criterion was relied upon to deny the claim. A copy of the rule, protocol or similar criterion will be provided to the Claimant, free of charge, upon request.

- A statement describing any voluntary appeal procedures offered by the plan and the claimant's right to obtain the information about such procedures, and a statement about the Claimant's right to bring an action under section 502(a) of ERISA.

- If an adverse determination is based on medical necessity, experimental treatment or similar exclusion or limitation, the notice will state that an explanation of the scientific or clinical basis for the determination will be provided, free of charge, upon request. The explanation will apply the terms of the plan to the covered person's medical circumstances.

In the event an appealed claim is denied, the Claimant will be entitled to receive without charge reasonable access to, and copies of, any documents, records or other information that:

- Was relied upon in making the determination.

- Was submitted, considered or generated in the course of making the benefit determination, without regard to whether such document, record or other information was relied upon in making the benefit determination.

- Demonstrates compliance with the administrative processes and safeguards required in making the determination.

- Constitutes a statement of policy or guidance with respect to the plan concerning the denied treatment option or benefit for the claimant's diagnosis, without regard to whether the statement was relied on in making the benefit determination.


## EXHAUSTION

Upon completion of the appeals process under this section, a Claimant will have exhausted his or her administrative remedies under the plan. If Humana fails to complete a claim determination or appeal within the time limits set forth above, the claim shall be deemed to have been denied and the Claimant may proceed to the next level in the review process.

After exhaustion, a Claimant may pursue any other legal remedies available, which may include bringing civil action under ERISA section 502(a) for judicial review of the plan's determination. Additional information may be available from the local U.S. Department of Labor Office.


## LEGAL ACTIONS AND LIMITATIONS

No lawsuit may be brought with respect to plan benefits until all remedies under the plan have been exhausted.

No lawsuit with respect to plan benefits may be brought after the expiration of the applicable limitations period stated in the benefit plan document. If no limitation is stated in the benefit plan document, then no such suit may be brought after the expiration of the applicable limitations under applicable law.

ERSA08A1

## WOMEN'S HEALTH AND CANCER RIGHTS ACT OF 1998

## REQUIRED COVERAGE FOR RECONSTRUCTIVE SURGERY FOLLOWING MASTECTOMIES

Under federal law, group health plans and health insurance issuers offering group health insurance providing medical and surgical benefits with respect to mastectomy shall provide, in a case of a participant or beneficiary who is receiving benefits in connection with a mastectomy and who elects breast reconstruction in connection with such mastectomy, coverage for:

1.  reconstruction of the breast on which the mastectomy has been performed;

2.  surgery and reconstruction of the other breast to produce symmetrical appearance; and

3.  prostheses and physical complications of all stages of mastectomy, including lymphedemas,

in a manner determined in consultation with the attending physician and the patient. Such coverage may be subject to annual deductibles and coinsurance provisions as may be deemed appropriate and as are consistent with those established for other benefits under the plan.


## STATEMENT OF RIGHTS UNDER THE NEWBORNS' AND MOTHERS' HEALTH PROTECTION ACT (NMHPA)

**If your plan covers normal pregnancy benefits, the following notice applies to you.**

Under federal law, group health plans and health insurance issuers offering group health insurance coverage generally may not restrict benefits for any hospital length of stay in connection with childbirth for the mother or newborn child to less than 48 hours following a vaginal delivery or less than 96 hours following a delivery by cesarean section. However, the plan or issuer may pay for a shorter stay if the attending provider (e.g., physician, nurse midwife, or physician assistant), after consultation with the mother, discharges the mother or newborn earlier.

Also, under federal law, group health plans and health insurance issuers may not set the level of benefits or out-of-pocket costs so any later portion of the 48-hour (or 96-hour) stay is treated in a manner less favorable to the mother or newborn than any earlier portion of the stay.

In addition, a group health plan or health insurance issuer may not, under federal law, require a physician or other health care provider obtain authorization for prescribing a length of stay of up to 48 hours (or 96 hours). However, to use certain providers or facilities, or to reduce your out-of-pocket costs, you may be required to obtain pre-authorization. For information on pre-authorization, contact your plan administrator.

## MEDICAL CHILD SUPPORT ORDERS

An individual who is a child of a covered employee shall be enrolled for coverage under the group health plan in accordance with the direction of a Qualified Medical Child Support Order (QMCSO) or a National Medical Support Notice (NMSO).

A QMCSO is a state-court order or judgment, including approval of a settlement agreement that: (a) provides for support of a covered employee's child; (b) provides for health care coverage for that child; (c) is made under state domestic relations law (including a community property law); (d) relates to benefits under the group health plan; and (e) is "qualified," i.e., it meets the technical requirements of ERISA or applicable state law. QMCSO also means a state court order or judgment enforcing state Medicaid law regarding medical child support required by the Social Security Act section 1908 (as added by Omnibus Budget Reconciliation Act of 1993).

An NMSO is a notice issued by an appropriate agency of a state or local government that is similar to a QMCSO requiring coverage under the group health plan for a dependent child of a non-custodial parent who is (or will become) a covered person by a domestic relations order providing for health care coverage.

Procedures for determining the qualified status of medical child support orders are available at no cost upon request from the plan administrator.

## CONSOLIDATED OMNIBUS BUDGET RECONCILIATION ACT OF 1985 (COBRA)

On April 7, 1986, the Consolidated Omnibus Budget Reconciliation Act (COBRA) was signed into law. This federal law applies to employers with 20 or more employees. The law requires that employers offer qualified beneficiaries temporary continuation of medical and dental coverage at group rates in certain instances where there is a loss of group health insurance coverage due to a qualifying event.

A qualified beneficiary is an employee, employee's spouse, or dependent child covered under the group health plan on the day before the qualifying event. A former employee who is covered under the group health plan may be a qualified beneficiary if coverage is provided in whole or in part because of his or her previous employment. A child born to the covered employee or placed for adoption with the covered employee during the COBRA continuation period may also be a qualified beneficiary.

### Qualifying Events

Covered employees can elect to continue coverage if coverage is lost due to any of the following qualifying events:

- Termination of the employee's employment for reasons other than gross misconduct;

- Reduction in the employee's hours of employment with the employer; or,

- For a covered employee who is retired, the employer's bankruptcy (Title 11).

A covered spouse of a covered employee can elect continuation if coverage is lost due to any of the following qualifying events:

- Death of the employee;

- Termination of the employee's employment for reasons other than gross misconduct;

- Reduction in the employee's hours of employment with the employer;

- Divorce or legal separation from the employee;

- Coverage of the employee under Medicare becoming effective; or,

- For the spouse of a covered employee who is retired, the employer's bankruptcy (Title 11).

9

A covered dependent child has the right to elect continuation if coverage is lost due to any of the following qualifying events:

- Death of the employee parent;

- Termination of the employee parent's employment for reasons other than gross misconduct;

- Reduction in the employee's hours of employment with the employer;

- Parent's divorce or legal separation;

- Coverage of the employee parent under Medicare becoming effective;

- The dependent ceasing to be a "dependent child" under the terms of the Group Health Plan; or,

- For the dependent of a covered employee who is retired, the employer's bankruptcy (Title 11).

## Loss of Coverage

As used in this provision, "loss of coverage" means a covered employee, spouse, or dependent child ceases to be covered under the same group health plan terms and conditions as were in effect immediately before the qualifying event. Loss of coverage includes any increase in the premium or contribution that must be paid for employee, spouse, or dependent child coverage under the Group Health Plan as a result of the occurrence of a qualifying event.

If the qualifying event is bankruptcy of the employer, "loss of coverage" also means any substantial elimination of coverage under the employer-sponsored health plan, occurring within 12 months before or after the date the bankruptcy proceeding commences. This applies to a covered employee who has retired on or before the date of the substantial elimination of group health plan coverage.

If coverage is reduced or eliminated in anticipation of an event (for example, an employer's eliminating an employee's coverage in anticipation of the termination of the employee's employment, or an employee's eliminating the coverage of his or her spouse in anticipation of a divorce or legal separation), the reduction or elimination is disregarded in determining whether the event causes a loss of coverage. If an employee discontinues the coverage of a spouse in anticipation of a divorce or legal separation, the actual divorce or separation will be considered a qualifying event.

A loss of coverage need not occur immediately after the event, so long as it occurs before the end of the maximum coverage period.

## Notification and Election

Each covered employee or other qualified beneficiary has the responsibility to inform the plan administrator of a divorce, legal separation, or a child losing dependent status under the group health plan. The covered employee or qualified beneficiary must give this notice within 60 days from the later of the date of the qualifying event or the date coverage would be lost under the terms of the group health plan. If this notice is not given in a timely manner the option of electing continuation coverage is forfeited. Under the COBRA statute, the employer is required to notify the plan administrator of qualifying events that are terminations or reduction in hours, death, Medicare entitlement and bankruptcy.

If, during the COBRA continuation period, a child is born or placed for adoption, the child is considered a qualified beneficiary. The covered employee on continuation or other guardian may elect continuation coverage for the child provided the child satisfies the otherwise applicable group health plan eligibility requirements (for example: age). The covered employee or qualified beneficiary must notify the plan administrator within 31 days of the birth or placement to enroll the child. Failure to do so may result in the loss of the right to cover the child under continuation coverage.

Upon timely notification of the qualifying event, the plan administrator is obligated under the COBRA statute to notify qualified beneficiaries of the right to elect COBRA continuation coverage. A qualified beneficiary must take action to become entitled to continuation of coverage. The qualified beneficiary must elect continuation coverage within 60 days of the later of:

- The date coverage is lost; or,

- The date that notice of COBRA continuation rights is sent to the qualified beneficiary.

Qualified beneficiaries not electing continuation coverage within the 60-day election period lose the right to continue coverage under COBRA. An election is considered to be made on the date the election is sent to the plan administrator.

Each qualified beneficiary has an independent right to elect COBRA continuation coverage. However, a covered employee or the covered employee's spouse may elect continuation coverage on behalf of another qualified beneficiary. An election on behalf of a minor child can be made by the child's parent or legal guardian.

## Premium and Coverage

If continuation coverage is elected and the applicable premium is paid, the continuation coverage will be identical to the coverage provided under the group health plan to similarly situated active employees and/or their covered dependents. If coverage is changed or modified for active employees, then continuation coverage will be changed or modified for individuals on continuation. Additionally, qualified beneficiaries have the same open enrollment and special enrollment rights as similarly situated active employees.

New family members, other than newborn children or children placed for adoption, added to the coverage by the qualified beneficiary on or after the date of the qualifying event do not themselves become qualified beneficiaries. As such, coverage for these family members is generally dependent upon the coverage selection activity of the qualified beneficiary.

If the qualified beneficiary is covered by an employer-sponsored medical plan and an employer-sponsored dental plan, he or she may elect continuation under one plan or both plans.

If the qualified beneficiary is participating in a region-specific benefit plan, and moves outside of the service area for the region-specific coverage, the qualified beneficiary will have the opportunity to elect alternative coverage made available by the employer, if such coverage is available to active employees.

The individual continuing COBRA coverage is responsible for ensuring the timely payment of COBRA premiums. In addition to the applicable premium, a 2% administration fee may be charged. Information regarding premium amounts and payment responsibilities can be obtained from the plan administrator.

The initial premium payment is due by the 45th day after the date continuation coverage is elected. The initial premium payment must include charges back to the date continuation coverage began (the date of loss of coverage). Subsequent premiums are due monthly on the first day of each month for which premium is payable, subject to a 31 day grace period.

## Duration of Coverage

The maximum coverage period for a spouse and dependent children is 36 months from the date of the qualifying event if coverage is lost due to:

- The death of the covered employee;

- Divorce or legal separation;

- Coverage of the employee under Medicare becoming effective; or,

- The loss of dependent status under the group health plan.

If coverage is lost due to the covered employee's termination of employment for reasons other than gross misconduct or reduction in hours, the maximum continuation period for the employee, spouse and dependent children is 18 months from the date of the qualifying event. There are two exceptions to this 18-month continuation period:

- If a qualified beneficiary is determined under the Social Security Act to have been disabled at any time during the first 60 days of continuation, the continuation period for all qualified beneficiaries is 29 months from the date of the qualifying event. For the 29 month continuation period to apply, notice of the determination of disability under the Social Security Act must be provided by the disabled individual to the plan administrator within the initial 18 month continuation period but no later than 60 days after the date of the determination. During the extended period of continuation (11 months), up to 150% of the applicable premium may be charged.

- If a second qualifying event, such as the death of the employee, occurs within the 18 month or 29 month continuation period, the maximum coverage period becomes 36 months from the date of the initial termination or reduction in hours for those individuals who:

  - Were qualified beneficiaries under the group health plan in connection with the initial qualifying event; and,

  - Are still qualified beneficiaries at the time of the second qualifying event.

There is a special rule when coverage of the covered employee under Medicare becomes effective prior to an initial qualifying event that is termination of employment or reduction of hours. If coverage of the employee under Medicare is effective prior to the initial qualifying event, the period of continuation for other qualified beneficiaries is the later of:

- 36 months from the effective date of the employee's Medicare coverage;

- 18 months from the date of the qualifying event; or,

- 29 months from the date of the qualifying event if the continuation coverage is subject to a disability extension.

If coverage of the covered employee under Medicare becomes effective within the initial continuation period following an initial qualifying event, the other qualified beneficiaries may be entitled to continuation not to exceed 36 months from the date of the initial qualifying event.

If the qualifying event for continued coverage is the bankruptcy of the employer, the maximum coverage period for a qualified beneficiary who is the retired covered employee ends on the date of the retired covered employee's death. The maximum coverage period for a qualified beneficiary who is the spouse, surviving spouse, or dependent child of the retired covered employee ends on the earlier of:

- The date of the qualified beneficiary's death; or,

- The date that is 36 months after the death of the retired covered employee.

If the qualified beneficiary is a newborn child or a child placed for adoption during the continuation period, the qualifying event for that child is the event that initiated the parent's COBRA continuation during which the child was born or placed for adoption. The maximum coverage period for the child is measured from the date of the qualifying event that initiated COBRA continuation.

ERSA13A1

## Termination of COBRA Continuation Coverage

COBRA continuation coverage may be terminated prior to the end of the maximum continuation period when:

- Premiums are not paid timely;

- The employer ceases to maintain a group health plan;

- The qualified beneficiary obtains coverage under another group health plan:

  - That does not contain any exclusion or limitation with respect to any pre-existing condition the individual has; or,

  - When the exclusion or limitation no longer applies, if such plan has an applicable exclusion or limitation. (An exclusion or limitation of the new plan may not apply at all depending on the length of the individual's prior creditable coverage under the previous plan(s). Federal law requires that once an individual obtains creditable health insurance, evidence of this coverage can be used to reduce or eliminate any pre-existing medical condition exclusion or limitation period that might otherwise apply under the new health insurance coverage.);

- Coverage of the qualified beneficiary under Medicare becomes effective (even if entitlement is based on end stage renal disease);

- Coverage has been extended due to disability and the qualified beneficiary is no longer disabled as determined by the Social Security Administration. COBRA coverage for all qualified beneficiaries covered under the disability extension will terminate on the later of:

  - The first day of the month that is more than 30 days after the date of the final agency determination that the qualified beneficiary is no longer disabled; or,

  - The end of the coverage period that applies without regard to the disability extension.

- Any event occurs that would permit termination of coverage for cause under the Group Health Plan, such as submission of a fraudulent claim.

## Other Information

Please contact the plan administrator for any questions regarding COBRA continuation. Notify the plan administrator of any change in marital status, or a change of address.

ERSA14A1

# IMPORTANT NOTICE FOR INDIVIDUALS ENTITLED TO MEDICARE TAX EQUITY AND FISCAL RESPONSIBILITY ACT OF 1982 (TEFRA) OPTIONS

Where an employer employs more than 20 people, the Tax Equity And Fiscal Responsibility Act of 1982 (TEFRA) allows covered employees in active service who are age 65 or older and their covered spouses who are eligible for Medicare to choose one of the following options.

**OPTION 1** - The benefits of their group health plan will be payable first and the benefits of Medicare will be payable second.

**OPTION 2** - Medicare benefits only. The employee and his or her dependents, if any, will not be insured by the group health plan.

The employer must provide each covered employee and each covered spouse with the choice to elect one of these options at least one month before the covered employee or the insured spouse becomes age 65. All new covered employees and newly covered spouses age 65 or older must be offered these options. If Option 1 is chosen, its issue is subject to the same requirements as for an employee or dependent that is under age 65.

Under TEFRA regulations, there are two categories of persons eligible for Medicare. The calculation and payment of benefits by the group health plan differs for each category.

**Category 1** Medicare eligibles are:

- Covered employees in active service who are age 65 or older who choose Option 1;

- Age 65 or older covered spouses; and

- Age 65 or older covered spouses of employees in active service who are either under age 65 or age 70 or older;

**Category 2** Medicare eligibles are any other covered persons entitled to Medicare, whether or not they enrolled. This category includes, but is not limited to:

- Retired employees and their spouses; or

- Covered dependents of a covered employee, other than his or her spouse.

## Calculation and Payment of Benefits

For covered persons in Category 1, benefits are payable by the policy without regard to any benefits payable by Medicare. Medicare will then determine its benefits.

For covered persons in Category 2, Medicare benefits are payable before any benefits are payable by the policy. The benefits of the policy will then be reduced by the full amount of all Medicare benefits the covered person is entitled to receive, whether or not the eligible individual is actually enrolled for Medicare Benefits.

## FAMILY AND MEDICAL LEAVE ACT (FMLA)

If an employee is granted a leave of absence (Leave) by the employer as required by the Federal Family and Medical Leave Act, he or she may continue to be covered under the Plan for the duration of the Leave under the same conditions as other employees who are currently employed and covered by the Plan. If the employee chooses to terminate coverage during the Leave, or if coverage terminates as a result of nonpayment of any required contribution, coverage may be reinstated on the date the employee returns to work immediately following the end of the Leave. Charges incurred after the date of reinstatement will be paid as if the employee had been continuously covered.

14

ERSA15A1

# UNIFORMED SERVICES EMPLOYMENT AND REEMPLOYMENT RIGHTS ACT OF 1994 (USERRA)

## Continuation of Benefits

Effective October 13, 1994, federal law requires health plans offer to continue coverage for employees that are absent due to service in the uniformed services and/or dependents.

## Eligibility

An employee is eligible for continuation under USERRA if he or she is absent from employment because of voluntary or involuntary performance of duty in the Armed Forces, Army National Guard, Air National Guard, or commissioned corps of the Public Health Service. Duty includes absence for active duty, active duty for training, initial active duty for training, inactive duty training and for the purpose of an examination to determine fitness for duty.

An employee's dependents that have coverage under the plan immediately prior to the date of the employee's covered absence are eligible to elect continuation under USERRA.

If continuation of Plan coverage is elected under USERRA, the employee or dependent is responsible for payment of the applicable cost of coverage. If the employee is absent for not longer than 31 days, the cost will be the amount the employee would otherwise pay for coverage. For absences exceeding 31 days, the cost may be up to 102% of the cost of coverage under the plan. This includes the employee's share and any portion previously paid by the employer.

## Duration of Coverage

If elected, continuation coverage under USERRA will continue until the earlier of:

1.  Eighteen months beginning the first day of absence from employment due to service in the uniformed services; or

2.  The day after the employee fails to apply for a return to employment as required by USERRA, after the completion of a period of service.

Under federal law, the period coverage available under USERRA shall run concurrently with the COBRA period available to an employee and/or eligible dependent.

## Other Information

Employees should contact their employer with any questions regarding coverage normally available during a military leave of absence or continuation coverage and notify the employer of any changes in marital status, or change of address.

## YOUR RIGHTS UNDER ERISA

Under the Employee Retirement Income Security Act of 1974 (ERISA), all plan participants covered by ERISA are entitled to certain rights and protections, as described below. Notwithstanding anything in the group health plan or group insurance policy, following are a covered person s minimum rights under ERISA. ERISA requirements do not apply to plans maintained by governmental agencies or churches.

### Information about the Plan and Benefits

Plan participants may:
1. Examine, free of charge, all documents governing the plan. These documents are available in the plan administrator's office.
2. Obtain, at a reasonable charge, copies of documents governing the plan, including a copy of any updated summary plan description and a copy of the latest annual report for the plan (Form 5500), if any, by writing to the plan administrator.
3. Obtain, at a reasonable charge, a copy of the latest annual report (Form 5500) for the plan, if any, by writing to the plan administrator.

As a plan participant, you will receive a summary of any material changes made in the plan within 210 days after the end of the plan year in which the changes are made unless the change is a material reduction in covered services or benefits, in which case you will receive a summary of the material reduction within 60 days after the date of its adoption.

If the plan is required to file a summary annual financial report, you will receive a copy from the plan administrator.

### Responsibilities of Plan Fiduciaries

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the plan. These people, called 'fiduciaries" of the plan, have a duty to act prudently and in the interest of plan participants and beneficiaries.

No one, including an employer, may discharge or otherwise discriminate against a plan participant in any way to prevent the participant from obtaining a benefit to which the participant is otherwise entitled under the plan or from exercising ERISA rights.

### Continue Group Health Plan Coverage

Participants may be eligible to continue health care coverage for themselves, their spouse or dependents if there is a loss of coverage under the group health plan as a result of a qualifying event. You or your dependents may have to pay for such coverage. Review the COBRA notice in this document regarding the rules governing COBRA continuation coverage rights.

Participants should review their group health plan document regarding reduction or elimination of exclusionary periods for preexisting conditions due to creditable coverage from another plan. The group health plan or health insurance issuer should provide a certificate of creditable coverage when coverage ends under the plan, the participant becomes entitled to elect COBRA continuation coverage, COBRA continuation coverage ceases (if COBRA is requested before losing coverage) or, if requested, up to 24 months after losing coverage. Without evidence of creditable coverage, a participant may be subject to a pre-existing condition exclusion for 12 months (18 months for late enrollees) after the coverage enrollment date.

ERSA17C1

**Claims Determinations**

If a claim for a plan benefit is denied or disregarded, in whole or in part, participants have the right to know why this was done, to obtain copies of documents relating to the decision without charge and to appeal any denial within certain time schedules.

**Enforce Your Rights**

Under ERISA, there are steps participants may take to enforce the above rights. For instance, if a participant requests a copy of plan documents does not receive them within 30 days, the participant may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you up to $ 110 a day until the participant receives the materials, unless the materials were not sent because of reasons beyond the control of the plan administrator. If a claim for benefits is denied or disregarded, in whole or in part, the participant may file suit in a state or Federal court.  In addition, if the participant disagrees with the plan's decision, or lack thereof, concerning the qualified status of a domestic relations order or a medical child support order, the participant may file suit in Federal court. If plan fiduciaries misuse the plan's money, or if participants are discriminated against for asserting their rights, they may seek assistance from the U.S. Department of Labor, or may file suit in a Federal court.

The court will decide who should pay court costs and legal fees. If the participant is successful, the court may order the person sued to pay costs and fees. If the participant loses, the court may order the participant to pay the costs and fees.

**Assistance with Questions**

Contact the group health plan human resources department or the plan administrator with questions about the plan.  Contact the nearest area office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210 with questions about ERISA rights. Call the publications hotline of the Employee Benefits Security Administration to obtain publications about ERISA rights.

## PRIVACY AND CONFIDENTIALITY STATEMENT

We understand the importance of keeping your personal and health information private (PHI). PHI includes both medical information and individually identifiable information, such as your name, address, telephone number or social security number.  We are required by applicable federal and state law to maintain the privacy of your PHI.

Under both law and our policies, we have a responsibility to protect the privacy of your PHI.  We:
- Protect your privacy by limiting who may see your PHI;
- Limit how we may use or disclose your PHI;
- Inform you of our legal duties with respect to your PHI;
- Explain our privacy policies; and
- Strictly adhere to the policies currently in effect.

ERSA18A1

We reserve the right to change our privacy practices at any time, as allowed by applicable law, rules and regulations. We reserve the right to make changes in our privacy practices for all PHI that we maintain, including information we created or received before we made the changes. When we make a significant change in our privacy practices, we will send notice to our health plan subscribers. For more information about our privacy practices, please contact us.

As a covered person, we may use and disclose you PHI, without your consent/authorization, in the following ways:

**Treatment**: we may disclose your PHI to a health care practitioner, a hospital or other entity which asks for it in order for you to receive medical treatment.

**Payment**: we may use and disclose your PHI to pay claims for covered services provided to you by health care practitioners, hospitals or other entities.

We may use and disclose your PHI to conduct other health care operations activities.

It has always been our goal to ensure the protection and integrity of your personal and health information. Therefore, we will notify you of any potential situations where your identification would be used for reasons other than treatment, payment and health plan operations.