UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br> **SECTION L** |
| **This document relates to:** | * <br> * | |
| Scott Neal, et al. <br> v. <br> Merck & Co., Inc., et al. | * <br> * <br> * | **JUDGE FALLON** <br> **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:07-cv-00386* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Scott Neal and Harriet Neal in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>24th</u> day of <u>June</u>, 2010.

_____
DISTRICT JUDGE