UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>Product Liability Litigation | * * * | MDL Docket No. 1657 |
| This document relates to: | * * | SECTION L |
| Nelson Oquendo, et al.<br>v.<br>Merck & Co., Inc., et al. | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| Only with regard to:<br>Nelson Oquendo and Sonia Perez Oquendo | * * * * * | |
| Docket No. 2:05-cv-02561 | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Nelson Oquendo and Sonia Perez Oquendo in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 24th day of _____June_____, 2010.

_____
DISTRICT JUDGE