| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 797:10 to 798:10) 797<br>10  Q.   Exhibit 57, is that another<br>11  educational piece that came out in the<br>12  series that you edited?<br>13       A.   Yes.  It is basically the<br>14  same document about a year later.<br>15       Q.   Okay.<br>16            And was this used not just<br>17  with medical students, but with Harvard<br>18  faculty and interns and others?<br>19       A.   Right.<br>20       Q.   And Exhibit, both 56 and 57,<br>21  you approved of their use with the<br>22  medical students, with the residents and<br>23  with the faculty, correct?<br>24       A.   Right.<br><br>1       Q.   So, now, Exhibit 57, I think 798<br>2  you indicated that this was kind of an<br>3  updated version of what we saw before?<br>4       A.   Right.<br>5       Q.   And what's the date of this?<br>6       A.   April of 2003.<br>7       Q.   There's a section called<br>8  "Safety and cardiovascular disease" at<br>9  the bottom.  Do you see that?<br>10       A.   Right. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 798:17 to 799:14) 798<br>17   And does this piece that you<br>18   reviewed and approved state, "The VIGOR<br>19   trial found a four-fold higher rate of MI<br>20   in rheumatoid arthritis patients<br>21   randomized to rofecoxib compared to<br>22   rheumatoid arthritis patients randomized<br>23   to naproxen"?<br>24        A.   Right.<br><br>799<br>1        Q.   And then does the document<br>2   say, "More recent research suggests an<br>3   increased risk of myocardial infarction<br>4   in patients taking rofecoxib at doses<br>5   greater than 25 milligrams"?<br>6        A.   Right.<br>7        Q.   And then it goes on to talk<br>8   about the possible mechanism, right?<br>9        A.   Right.<br>10        Q.   And is there any statement<br>11   in here at all suggesting that there's<br>12   any risk of a higher rate of heart attack<br>13   for people who take 25 milligrams?<br>14        A.   No.<br><br>ja063006 - Vol. I, (Page 799:15 to 799:21) 799<br>15   We were only able to work<br>16   from the evidence that we had, and we<br>17   were not aware of a lot of the evidence<br>18   that was available to the company<br>19   documenting the higher risk that was not<br>20   available to us in the medical<br>21   literature. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 800:3 -800:15<br>800:3 On direct~examination, you<br>600:4 talked about how the Alzheimer's trials,<br>600:5 you said, showed an increase in all-cause<br>800:6 mortality in the Vioxx arm versus the<br>600:7 placebo arm.<br>600:6 Do you remember that?<br>600:9 A. That's right.<br>600:10 Q. And all-cause mortality<br>600:11 means that people died, and regardless of<br>800:12 what somebody thinks about the cause of<br>600:13 the death, more people died in the Vioxx<br>600:14 group than in the placebo group, right?<br>800:15 A. That's correct. | | |
| 800:22-801:2<br>800:22 Q. Was there also information . - ,<br>800:23 developed in the Alzheimer's trials that<br>800:24 compared the frequency of heart attacks<br>801:1 in the Vioxx arm versus the placebo arm?<br>801:2 A. Yes. | | |
| 801:24-802:8<br>801 :24 As part of your work in this<br>802:1 case, you testified that you reviewed<br>802:2 submissions made by Merck to the FDA,<br>802:3 correct?<br>802:4 A. Correct.<br>802:5 Q. And you reviewed FDA medical<br>802:6 officers' evaluations of the clinical<br>802:7 trials, correct?<br>802:8 A. Correct. | | |
| 803:19-803:24<br>803:19 Q. Can you answer this question<br>803:20 yes or no? Did you see, sir, in the<br>803:21 materials that the FDA believed that<br>803:22 there was no statistically significant .. ,<br>803:23 difference in heart attacks in the<br>803:24 Alzheimer's trials? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 804:3 to 804:23) 804<br>3  Q.   Can you answer that yes or<br>4  no?<br>5       A.   I would be pleased to look<br>6  at it if you want to show it to me.  I<br>7  have seen reports, I don't remember if it<br>8  was an FDA report or a Merck report or an<br>9  article indicating that there was not a<br>10  significant difference.  And if you have<br>11  an FDA report you would like me to look<br>12  at, I'd be happy to look at it.<br>13       Q.   From your deposition, Page<br>14  502, Line 20.<br>15       "Question:  Okay.  Did you<br>16  see, sir, in the materials that the FDA<br>17  believed that there was no statistically<br>18  significant difference in heart attacks<br>19  in the Alzheimer's trials?<br>20       "Answer:  Yes."<br>21       Was that your sworn<br>22  testimony a couple of weeks ago?<br>23       A.   I guess. |  |  |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 806:1 to 808:4) 806<br>1   Q.   Well, yeah, you disagreed<br>2   with the FDA.<br>3      A.   Right.  Right.<br>4      Q.   But the question I had asked<br>5   you before is, did the FDA conclude that<br>6   there was no statistically significant<br>7   difference?  And your answer in your<br>8   deposition was yes, right?<br>9          MR. TISI:  Objection.<br>10  BY MR. BECK:<br>11     Q.   Correct, sir?<br>12     A.   Yes.<br>13     Q.   All right.<br>14         Did you analyze all-cause<br>15  mortality in the Vioxx osteoarthritis<br>16  trials?<br>17     A.   I don't recall performing<br>18  those analyses myself, no.<br>19     Q.   Do you recall looking at<br>20  anybody else's analysis of that?<br>21     A.   Yes.  I don't recall<br>22  having -- I do recall having seen other<br>23  people's analyses of that.<br>24     Q.   How about for VIGOR,<br><br>807<br>1   ADVANTAGE and APPROVE, did you conduct<br>2   any all-cause mortality analysis in<br>3   those, concerning those clinical trials?<br>4      A.   We have to go back to the<br>5   same point.  I didn't conduct analyses of<br>6   the trials.  I reviewed the reports of<br>7   those who had done so.<br>8      Q.   And in reviewing the reports<br>9   of those who did look at all-cause<br>10  mortality for the osteoarthritis trials,<br>11  VIGOR, ADVANTAGE and APPROVE, is it true<br>12  that the conclusion was that there was no<br>13  statistically significant difference in<br>14  mortality in any one of those trials?<br>15     A.   I would need to go back and<br>16  take a look at that data before just<br>17  answering off the top of my head.<br>18     Q.   Do you remember as to any<br>19  one of those any analyses of all-cause<br>20  mortality suggesting that there was a | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 807:21 to 808:4) 807<br>21  statistically significant difference<br>22  between Vioxx and either placebo or any<br>23  comparator drug?<br>24       A.   Sitting here at the end of a<br><br>1  very long day, I cannot identify that. 808<br>2  But if you want, I can go back over the<br>3  analyses which we have here on the table<br>4  and take a look at them. | | |
| 808:21 Q. Doctor, I'm going to hand<br>808:22 you what I've marked as Exhibit 58. | | |
| ja063006 - Vol. I, (Pages 809:9 to 810:11) 809<br> 9  as an exhibit or not.  Maybe you do.  Do<br>10  you recognize Exhibit 58?<br>11       A.   Well, I've certainly seen<br>12  it.  I don't remember if it was an<br>13  exhibit in the last day or two, but I<br>14  know the Villalba report.<br><br>22       Q.   And you called this the<br>23  Villalba report?<br>24       A.   Right.<br><br>1       Q.   What do you mean by that? 810<br>2       A.   The one of December '04<br>3  called "Interim review."<br>4       Q.   So, we have here on the<br>5  first page, "December 2004 Interim<br>6  Review" by Dr. Villalba, correct?<br>7       A.   Correct.<br>8       Q.   And let's look over on Page<br>9  7, please.  Is there somewhere on Page 7<br>10  where the FDA indicates whether the --<br>11  here we go. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 810:12 to 810:24) 810<br>12  What's indicated on<br>13  Paragraph 2.1 of the Villalba review?<br>14      A.  "The current submission...<br>15  did not suggest an excess in the total<br>16  number of CV thrombotic events for Vioxx<br>17  as compared to placebo."<br>18          Shall I go on?<br>19      Q.  Sure.<br>20      A.  I thought we were talking<br>21  about deaths.<br>22      Q.  Well, I'm now talking about<br>23  CV events.<br>24      A.  All right. | | |
| ja063006 - Vol. I, (Page 811:10 to 811:20) 811<br>10   Is this one of the documents<br>11  that was provided to you by the lawyers<br>12  that you are working with so that you<br>13  could help form your opinion and testify<br>14  yesterday and today?<br>15      A.  Yes.<br>16      Q.  Did you take it into account<br>17  when you reached your opinions?<br>18      A.  Yes, I did.<br>19      Q.  Did you take it into<br>20  account -- | | |
| ja063006 - Vol. I, (Pages 812:23 to 813:8) 812<br>23  Q.  So, focusing on<br>24  cardiovascular deaths, does this indicate<br><br>1  in the Alzheimer's studies that there was 813<br>2  no difference between Vioxx and placebo?<br>3      A.  That's not what this box<br>4  that you've put up talks about, Mr. Beck.<br>5      Q.  Well, then, tell me what it<br>6  says.<br>7      A.  This is fatal and nonfatal<br>8  events. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 813:7 A This is fatal and nonfatal<br>813:8 events<br>813:9-813:14<br>813:9 Q. I'm sorry. So,<br>813:10 cardiovascular events, whether they were<br>813:11 deaths or not deaths, there was no<br>813:12 difference between Vioxx and placebo in<br>813:13 the Alzheimer's trials, correct?<br>813:14 A. Right. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 816:1 to 817:19) 816<br>1   Yesterday you referred to an<br>2   article which was Exhibit 9.  You don't<br>3   have to pull it out.  But it was about<br>4   confounders.  Do you remember that?<br>5       A.   Yes.<br>6       Q.   And I think you described<br>7   that you wanted to make sure that you<br>8   took into account variables that might<br>9   affect heart attack rates other than the<br>10   medications that were being examined,<br>11   right?<br>12       A.   Right.<br>13       Q.   For example, that for some<br>14   reason one group had a lot of smokers in<br>15   it and the other didn't and that could<br>16   skew the results, right?<br>17       A.   Correct.<br>18       Q.   And that's because you know<br>19   that smokers are more likely to have<br>20   heart attacks than nonsmokers, right?<br>21       A.   Correct.<br>22       Q.   And there are other<br>23   confounders such as people who are<br>24   overweight or high cholesterol, things<br><br>817<br>1   like that, right?<br>2       A.   Correct.<br>3       Q.   All of those would be<br>4   considered risk factors for someone to<br>5   have a heart attack; is that right?<br>6       A.   Correct.<br>7       Q.   What about, this is not<br>8   something you've mentioned, but would<br>9   someone who was subjected to years and<br>10   years of secondhand smoke, would that<br>11   also be a confounder?<br>12       A.   Well, we know that<br>13   secondhand smoke is a risk factor for<br>14   heart disease.<br>15       Q.   So, if, for example, one<br>16   spouse had been smoking for decades, the<br>17   other spouse would be at increased risk<br>18   from that alone of having a heart attack;<br>19   is that right? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 817:22 to 818:9) 817<br>22   THE WITNESS:  Right.  So, if<br>23        Vioxx users had more spouses who<br>24        smoked than Celebrex users, then<br><br>1        that would be something that was 818<br>2        not measured.<br>3   BY MR. BECK:<br>4        Q.    In any event, my question is<br>5   simply, if somebody's spouse has been<br>6   smoking for years, that alone puts them<br>7   at greater risk for a heart attack,<br>8   right?<br>9        A.   Yes. | | |
| ja063006 - Vol. I, (Pages 818:15 to 819:6) 818<br>15   Q.   On the question of the<br>16   labels where you and Mr. Tisi went<br>17   through the 1999 and the 2002 labels<br>18   yesterday, do you remember that?<br>19        A.   Yes.<br>20        Q.   And you indicated that in<br>21   the 1999 label there was no black box<br>22   warning, no warning or no precaution<br>23   concerning cardiovascular risk.  Do you<br>24   remember that?<br><br>1        A.   Right. 819<br>2        Q.   Do you know whether for the<br>3   label that was in effect for Celebrex in<br>4   1999, was there a black box warning<br>5   concerning cardiovascular risk?<br>6        A.   No. | | |
| ja063006 - Vol. I, (Page 819:9 to 819:15) 819<br>9   Q.   Was there a warning<br>10   concerning cardiovascular risk?<br>11        MR. TISI:  Objection.<br>12        MR. BUCHANAN:  Objection.<br>13        THE WITNESS:  I have not<br>14        reviewed the Celebrex label in<br>15        that level of detail. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 820:8 to 820:11) 820<br>8  Q.   And for other prescription<br>9  NSAIDs in 1999, did any of them have a<br>10  black box warning about cardiovascular<br>11  risk? | | |
| ja063006 - Vol. I, (Pages 821:22 to 822:23) 821<br>22  Q.   So, focusing on other NSAIDs<br>23  other than Vioxx or Celebrex, did any of<br>24  them have warnings about cardiovascular<br><br>1  risks?                                                          822<br>2      A.   In 1999?<br>3      Q.   In 1999.<br>4      A.   I do not think so.<br>5      Q.   That would be true for<br>6  Feldene, for example, correct?<br>7      A.   I have not reviewed the<br>8  Feldene label in particular.<br>9      Q.   How about Mobic?<br>10      A.    Again, I have not reviewed<br>11  specific ones, but my overall impression<br>12  is that they did not carry cardiovascular<br>13  risk warnings or black boxes.<br>14      Q.    And is it your understanding<br>15  that they did not have cardiovascular<br>16  risk information in the precaution<br>17  section as well?<br>18      A.    I can't answer that off the<br>19  top of my head.<br>20      Q.    We know that Vioxx was<br>21  withdrawn from the market in the fall of<br>22  2004, right?<br>23      A.   Right. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 823:1 to 824:3) 823<br>1  NSAIDs, prescription NSAIDs ended up with<br>2  black box warnings, correct?<br>3        MR. TISI:  Objection.<br>4        MR. BUCHANAN:  Objection.<br>5        MR. TISI:  Facts not in<br>6  evidence.  Go ahead.<br>7  BY MR. BECK:<br>8        Q.   Well, is that true or not?<br>9  Do you know?<br>10        A.   Well, I know, and it is<br>11  actually a complicated answer, I'm<br>12  afraid.  And that is, that FDA seemed to<br>13  encourage that, but it is not clear that<br>14  all other nonsteroidal manufacturers have<br>15  actually put those into their labels.<br>16        Q.   Okay.<br>17              Well, let me ask this.<br>18              Now, after Vioxx was<br>19  withdrawn from the market and then there<br>20  was an Advisory Committee meeting in<br>21  early 2005, as you indicated, did the FDA<br>22  encourage the manufacturers of all<br>23  prescription NSAIDs to add a black box<br>24  warning?<br><br>1        A.   They encouraged that, but I 824<br>2  don't think that most of the companies<br>3  did so. |  |  |
| 824:9 -824:16<br>824:9 Q. Did Celebrex add one?<br>824:10 A. I believe it did.<br>824:11 Q. Did Feldene?<br>824:12 A. I don't know about the<br>824:13 Feldene label.<br>82414 Q. Mobic?<br>824:15 A. I don't know about the Mobic<br>824:16 label. |  |  |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 831:3 to 831:11)<br>831<br>3   Q.   Do you have any information<br>4   about whether Mr. Gerald Barnett reviewed<br>5   any direct-to-consumer advertisements?<br>6       A.   No.<br>7       Q.   Do you have any information<br>8   about the materials that were considered<br>9   by the physicians who prescribed Vioxx<br>10   for Mr. Barnett?<br>11       A.   No. | Irrelevant | |
| 835:20-836:3<br>835:20 Doctor, you<br>835:21 expressed a lot of opinions in your<br>835:22 direct-examination, and I'm going to go<br>835:23 through some of those opinions and see<br>835:24 whether you still hold them to a<br>836: Page 836<br>836: 1 reasonable degree of medical and<br>836: 2 scientific certainty. Okay?<br>836: 3 A. Okay. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 837:2-838:3<br>837: 2 Q. And he has indeed shown you<br>837: 3 quite a few documents, correct?<br>837: 4 A. Correct.<br>837: 5 Q. Is there any document that<br>837: 6 Mr. Beck has shown you that has changed<br>837: 7 the opinion you gave on<br>837: 8 direct-examination that Vioxx is capable<br>837: 9 of causing heart attacks in human beings?<br>837:10 A. I have not changed my<br>837:11 opinion.<br>837:12 Q. Is there any document that<br>837:13 Mr. Beck has shown you in<br>837:14 cross-examination that changes your<br>837:15 opinion that Vioxx is capable of causing<br>837:16 strokes in human beings?<br>837:17 A. I have not changed my<br>837:18 opinion.<br>837:19 Q. is there any document that<br>837:20 Mr. Beck has shown you in<br>837:21 cross-examination that changes your<br>837:22 opinion that there was a reasonable<br>837:23 evidence of association between heart<br>837:24 attack and Vioxx when the VIGOR results<br>838: Page ~38<br>838: 1 became available to Merck in March of<br>838: 22000?<br>838: 3 A. That is still my opinion. | | |
| 838:10-838:16<br>838:10 is there anything that Mr.<br>838: 11 Beck showed you in cross-examination that<br>838:12 changed your opinion that Merck failed to<br>838: 13 express in a fair and accurate way the<br>838:14 scientific and medical evidence of Vioxx<br>838:15 as that evidence was emerging as you have<br>838: 16 reviewed it? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 839:3-839:13<br><br>Avorn Final Redirect<br>839: 3 THE WITNESS: Nothing he has<br>839: 4 shown me has changed my opinion<br>839: 5 about that matter.<br>839: 6 BY MR. TISI:<br>839: 7 Q. Is there anything that Mr.<br>839: 8 Beck has shown you in the course of the<br>839: 9 past eight hours or so that has changed<br>839:10 any of the core opinions that you have<br>839:11 given in a direct-examination in this<br>839:12 case?<br>839:13 A. Nothing. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 847:5-848:12<br>847: 5 Q. Doctor, I have placed two<br>847: 6 exhibits before you, before you sat down<br>847: 7 there, and they are exhibits -- would you<br>847: 8 tell me what exhibits those are?<br>847: 9 'A. Yes. 41 and 42.<br>847:10 Q. You were asked some<br>847:11 questions about Exhibit Number 42, and<br>847:12 those being those eight documents that<br>847:13 were relevant to Merck's defenses. Do<br>847:14 you remember those lines of questions?<br>847:15 A. Yes.<br>847:16 Q. Could you please turn to the<br>847:17 next exhibit, Document 41?<br>847:18 A. Yes.<br>847:19 Q. And can you tell me how many<br>847:20 references are in document -- could you<br>847:21 tell me what Document 41 is?<br>847:22 A. Yes. It is the reliance<br>847:23 materials or the materials that were sent<br>847:24 to me by plaintiffs' counsel in<br>848: Page 848<br>848: 1 formulating my opinion.<br>848: 2 Q. And the document that is<br>848: 3 Exhibit Number 42 says, "Additional<br>848: 4 materials provided," correct?<br>848: 5 A. Correct.<br>848: 6 Q. "Related to Merck's<br>848: 7 defenses"?<br>848: 8 :A. Correct.<br>848: 9 Q. And it lists eight<br>848:10 additional pieces of information,<br>848:11 correct?<br>848: 12 A. Correct. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 848:23-849:7<br>848:23 Now, if you'd turn to<br>848:24 Exhibit 41 , you've indicated that there<br>849: Page 849<br>849: 1 are almost 200 references in that<br>849: 2 document?<br>849: 3 A. That's right.<br>849: 4 Q. Included in those documents<br>849: 5 are depositions of Dr. Scolnick, for<br>849: 6 example, correct?<br>849: 7 A. Right. | | |
| 849:11-849:19<br>849:11 Included in those are<br>849:12 published peer-reviewed medical journal<br>849:13 articles published by Merck officials,<br>849:14 Merck employees, correct?<br>849:15 A. That's right.<br>849:16 Q. Included in that would be<br>849:17 FDA compilations of data that you<br>849:18 reviewed: is that correct?<br>849:19 A. That's right. | | |
| 849:23-850:8<br>849:23 Has any of that literature<br>849:24 that was provided to you been generated<br>850: Page 850<br>850: 1 by the plaintiffs' lawyers, In other<br>850: 2 words, are those our documents?<br>850: 3 A. No.<br>850: 4 Q. Okay.<br>850: 5 So, those either came from<br>850: 6 the public, the public domain, from<br>850: 7 Merck, or from the FDA, correct?<br>850: 8 A. Right. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 850:9-850:17<br>850: 9 Q. Doctor, you were asked some<br>850:10 questions about the preapproval signals.<br>850:11 Do you remember that? '<br>850:12 A. Yes.<br>850:13 Q. Okay.<br>850:14 Do you remember we talked a<br>850: 15 little bit about -- let's talk first<br>850:16 about trial 17,. Do you remember that?<br>850:17 A. Yes. | | |
| 850:20-852:2<br>850:20 First of all, was that a<br>850:21 placebo-controlled trial?<br>850:22 A. I believe it was.<br>850:23 Q. Was it blinded?<br>850:24 A. I believe it was.<br>851: Page 851<br>851: 1 Q. And you were asked a<br>851: 2 question by Mr. Beck whether or not the<br>851: 3 investigator in the case, in that<br>851: 4 individual case where there was a heart<br>851: 5 attack, attributed the heart attack to<br>851: 6 Vioxx. Do you remember that question?<br>851: 7 A. I remember the question.<br>851: 8 Q. Is that possible to do in a<br>851: 9 blinded placebo-controlled trial? Does<br>851 :10 the investigator know whether or not the<br>851 :11 patient is on the experimental drug or<br>851 :12 the sugar pill?<br>851 :13 A. The study would have to be<br>851 :14 unblinded for them to know that.<br>851 :15 Q. And typically that is not<br>851 :16 the case with an investigator, they do<br>851 :17 not get that information?<br>851 :18 A. Right.<br>851 :19 Q. And where does the<br>851 :20 investigator in a company-run trial get<br>851 :21 information about the side effects of the<br>851 :22 study drug?<br>851 :23 A. Well, especially if it's a<br>851 :24 drug that is not yet on the market, the<br>852: 1 only place they could get it would be<br>852: 2 from the company. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 853:19-853:21<br>853:19 Q. Could you please go to<br>853:20 Exhibit Number 44 in the stack of<br>853:21 documents that you were given. And that | | |
| 854:10-855:10<br>854:10 Q. That would be Dr.<br>854:11 Villalba's, just for the record, her<br>854:12 medical officer report preapproval of the<br>854:13 drug in 1998; is that correct? '<br>854:14 A. 1998 through 1999, yes.<br>854: 15 Q. Would you please go to the<br>854:16 page --they're not really paginated<br>854:17 there.<br>854:18 A. Tell me the table number.<br>854:19 ,Q. Table 51 to 52.<br>854:20 'A, Got it.<br>854:21 Q. Would you read the paragraph<br>854:22 starting, "Evaluation of CV<br>854:23 thromboembolic events"?<br>854:24 A. Yes. "Evaluation of<br>855: Page 855<br>855: 1 cardiovascular thromboembolic events<br>855: 2 regardless of seriousness shows a<br>855: 3 numerically higher incidence of<br>855: 4 ischemic/thromboembolic events (angina,<br>855: 5 myocardial infarction, CVA," which is<br>855: 6 stroke, "TIA)," which is like a stroke,<br>855: 7 "in patients taking rofecoxib when<br>855: 8 compared with patients taking placebo,<br>855: 9 but the exposure to placebo was less than<br><br>855:10 the exposure to rofecoxib." | | |
| 855:23-856:3<br>855:23 "In 6 weeks studies there<br>855:24 was one event in the placebo group" or<br>856: Page 856<br>856: 1 2/10ths of a percent "and a total of 12<br>856: 2 events (approximately 1%) in the<br>856: 3 rofecoxib groups." | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 856:19-857:8<br>856:19 A. "In 6-month studies there<br>856:20 were 3 events in placebo (approximately<br>856:21 1%) and 23 (approximately 1%) in the<br>856:22 total rofecoxib group, even though<br>856:23 placebo patients were only exposed for up<br>856:24 to 18 weeks. The data seem to suggest<br>857: Page 857<br>857: 1 that in 6-week studies, thromboembolic<br>857: 2 events are more frequent in patient<br>857: 3 receiving rofecoxib than placebo but do<br>857: 4 not show a clear dose response<br>857: 5 relationship with rofecoxib."<br>857: 6 Q. Is that consistent with what<br>857: 7 you ultimately saw in your study which<br>857: 8 was published in 2004? | | |
| 857:10-857:17<br>857:10 THE WITNESS: Yes. It's all<br>857:11 the same pattern of a higher rate<br>857:12 seen with rofecoxib or Vioxx<br>857:13 compared to placebo.<br>857:14 BY MR. TISI:<br>857:15 Q. And is that what you meant<br>857:16 by way of a signal where you look at, you<br>857:17 see a trend and it raises a red flag? | Leading;duplicative | |
| ja063006 - Vol. I, (Page 857:15 to 857:17)<br>857<br>15    Q.   And is that what you meant<br>16   by way of a signal where you look at, you<br>17   see a trend and it raises a red flag? | Leading | |
| 857:19-857:24<br>857:19 THE WITNESS: That's right.<br>857:20 BY MR. TISI:<br>857:21 Q. Well, let me ask you,<br>857:22 Doctor, when you used the word "red flag"<br>857:23 in your direct testimony, what did that<br>857:24 mean? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 858:15-858:22<br>858:15 A signal or a red flag is<br>858:16 evidence of an increased prevalence of a<br>858:17 problem, in this case in one drug<br>858:18 compared to another, even though<br>858: 19 initially that may not reach the level of<br><br>858:20 statistical significance because there's<br>858:21 not yet enough experience with the drug<br>858:22 to see that. | | |
| 859:17-860:5<br>859:17 THE WITNESS: I tell them<br>859:18 that developing a drug from the<br>859:19 beginning to the end of the<br>859:20 process through post-marketing<br>859:21 surveillance requires that they<br>859:22 make assessments on an ongoing<br>859:23 basis and respond to new evidence<br>859:24 as it comes along. Sometimes that<br>860: Page 860<br>860: l will require doing studies that<br>860: 2 will follow up on signals that may<br>860: 3 not have been anticipated that<br>860: 4 come up in the early stages of<br>860: 5 drug development. | | |
| 860:11-860:24<br>860:11 Q. You were asked some<br>860:12 questions about the Board of Scientific<br>860:13 Advisors report. Do you remember that<br>860:14 earlier?<br>860:15 A. Yes.<br>860:16 Q. And Mr. Beck asked you<br>860:17 questions, and this is just for<br>860:18 reference, about some of the good<br>860:19 potential-- I think we can fairly call<br>860:20 them collateral potential benefits and<br>860:21 potential safety problems. Do you<br>860:22 remember the good and the bad discussion<br>860:23 that you had with Mr. Beck?<br>860:24 A. Yes. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 861 :6-862:3<br>861: 6 Well, first of all, do you<br>861: 7 know whether or not Vioxx was being<br>861: 8 investigated for the purpose of being a<br>861 : 9 drug for cardioprotection?<br>861:10 A. I don't know of any studies<br>861 :11 that were conducted in humans to<br>861 :12 demonstrate that.<br>861 :13 Q. Okay.<br>861:14 Do you know whether or not<br>861 :15 that was the purpose for developing<br>861 :16 Vioxx?<br>861: 17 A. No, it was not, as far as I<br>861 :18 know.<br>861 :19 Q. Do you know whether or not<br>861 :20 they filed a new drug application,<br>861 :21 supplemental new drug application or<br><br>861 :22 anything to investigate whether or not<br>861 :23 Vioxx could be capable of being a<br>861 :24 cardioprotective drug?<br>862: Page 862<br>862: 1 A. That was never part of the<br>862: 2 Vioxx human development program as far as<br>862: 3 I know. | | |

321

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 862:12-862:14<br>862:12 Q. I would like you to find, if<br>862:13 you could, the Board of Scientific<br>862:14 Advisors note or report. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 863:3'863:4<br>863: 3 'Q. If you'd go to the page with<br>863: 4 the cardiovascular issues. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 863:13-864:1<br>863:13 Now, you see that they<br>863:14 identify three different issues?<br>863:15 A. Yes.<br>863:16 Q. And Mr. Beck asked you,<br>863:17 well, isn't it true that some of these<br>863:18 could be potentially helpful?<br>863:19 A. Right.<br>863:20 Q. First of ail, he didn't ask<br>863:21 you about Number 3. Let me ask you about'<br>863:22 Number 3.<br>863:23 A. Yeah. Number 3 is where a<br>863:24 lot of the action is. We didn't get to<br>864: Page 864<br>864: 1 talk about that. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 864:7-865:9<br>864: 7 Q. Let me ask you about Number<br>864: 8 3. Can it ever be a good thing that<br>864: 9 there is "thromboembolic occlusion of the<br>864:10 vessel at the site of plaque rupture with<br>864:11 ensuing consequences of ischemic"?<br>864:12 A. No. That means that there's<br>864:13 a blood clot that forms and it blocks the<br>864:14 artery, and the ischemic refers to the<br>864: 15 deprivation of the tissue of oxygen and<br>864:16 often results in the death of the tissue.<br>864:17 Q. Is there ever a circumstance<br>864:18 where Number 3 is a good thing?<br>864:19 A. Weil, I think in fairness,<br>864:20 we need to point out that if you could<br>864:21 prevent it, it would be a good thing. 1,<br>864:22 2 and 3 were ail phrased by the board as<br>864:23 the bad thing. And in the case of 1,<br>864:24 they said it could be better or it could<br><br>865: 1 be worse. In the case of 2, Mr. Beck<br>865: 2 pointed out that their discussion was<br>865: 3 primarily of preventing the badness. And<br>865: 4 in Number 3, it is predominantly about<br>865: 5 causing the badness, but I would want to<br>865: 6 spend a moment, in fairness, just making<br>865: 7 sure that they were not talking about<br>865: 8 preventing the badness of point number 3.<br>865: 9 Q. Feel free to take a look. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 865:12-866:2<br>865:12 Okay.<br>865:13 I think a fair reading of<br>865:14 number 3 is that it is pretty much<br>865:15 exclusively looking at the likelihood or<br>865:16 the 'threat that a selective COX-2<br>865:17 inhibitor like Vioxx could just do harm.<br>865: 18 There was no good news in their<br>865:19 presentation about topic number 3.<br>865:20 Q. And do you have an opinion<br>865:21 to a reasonable degree of medical<br>865:22 certainty as to whether or not a<br>865:23 pharmaceutical company putting a drug on<br>865:24 the market has a responsibility to<br>866: Page 866<br>866: 1 investigate potential bad things that it<br>866: 2 may become aware of? | | |
| ja063006 - Vol. I, (Page 866:9 to 866:19) 866<br>  9   THE WITNESS:  I have such an<br> 10        opinion, and my opinion, which is<br> 11        compatible with what I've written<br> 12        in my book and teach to classes<br> 13        that include pharmaceutical<br> 14        executives, is that it's necessary<br> 15        to do so.  I've -- since the Vioxx<br> 16        withdrawal, I've even made the<br> 17        argument that it is a good<br> 18        business case to do so because you<br> 19        can really regret it if you don't. | | |
| 867:4-867:15<br>867: 4 Do you have an opinion to a<br>867: 5 reasonable degree of medical and<br>867: 6 scientific certainty as an expert in drug<br>867: 7 risks and benefits and evaluating them as<br>867: 8 to whether or not Vioxx in this case had<br>867: 9 any responsibility to actually--<br>867:10 A. You mean Merck had a<br>867:11 responsibility?<br>867:12 Q. - Merck had a<br>867:13 responsibility or not to investigate the<br><br>867:14 potential bad effect that's identified<br>867:15 here by the Board of Scientific Advisors? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 868:4-868:22<br>868: 4 THE WITNESS: I have such an<br>868: 5 opinion, and the opinion is that<br>868: 6 the company did have a<br>868: 7 responsibility to follow up the<br>868: 8 issued raised in an effective<br>868: 9 manner by the scientific board,<br>868:10 BY MR. TISI:<br>868:11 Q. Now, I want you to put<br>868: 12 yourself back in 1998 when the Board of<br>868:13 Scientific Advisors commented on the<br>868: 14 potential good and the potential bad as<br>868:15 indicated here in this document. Okay?<br>868:16 A. Okay.<br>868:17 Q. Could a responsible<br>868:18 pharmaceutical company have designed at<br>868: 19 that time a trial to investigate whether<br>868:20 Vioxx was good or bad for the ·heart using<br>868:21 the information provided by the Board of<br>868:22 Scientific Advisors? | | |
| 869:8-869:16<br>869: 8 THE WITNESS: Yes. I<br>869: 9 believe such a study could have<br>869:10 been initiated at that time.<br>869:11 BY MR. TISI:<br>869:12 Q. And do you know whether or<br>869: 13 not a study -- or was a cardiovascular<br>869:14 outcomes study ever designed in 1998 to<br>869:15 look at the issue identified by the Board<br>869:16 of Scientific Advisors? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 869:22-871:1<br>869:22 THE WITNESS: I'm not aware<br>869:23 .) that in any year a study was<br>869:24 designed and implemented to test<br>870: Page 870<br>870: 1 the question of the cardiovascular<br>870: 2 risk of Vioxx in particular.<br>870: 3 BY MR. TISI:<br>870: 4 Q. You were asked some<br>870: 5 questions about arm bleeds and rat<br>870: 6 studies and all those kinds of questions.<br>870: 7 Do you remember those questions that you<br>870: 8 spoke to earlier?<br>870: 9 A. Yes.<br>870:10 Q. Beyond questions of looking<br>870:11 about whether or not these studies,<br>870:12 animal studies, et cetera, generally<br>870:13 demonstrate biologic plausibility, what<br>870:14 relevance do those studies have in light<br>870:15 of clinical trial and epidemiologic<br>870:16 evidence showing an association?<br>870:17 A. The ultimate outcome is what<br>870:18 happens to patients. And we try to learn<br>870:19 what happens -- what is going to happen<br>870:20 to patients based on animal studies or<br>870:21 lab models or other kinds of science,<br>870:22 which can be interesting and informative.<br>870:23 But at the end of the day, what matters<br>870:24 most is the good and the bad effects as<br>871: 1 they are recorded in actual human beings. | | |
| 871 :21-872:1<br>871 :21' Do you remember when Mr.<br>871 :22 Beck asked you a series of questions<br>871 :23 about why you did not mention the good<br>871 :24 aspects of the Board of Scientific<br>872: Page 872<br>872: 1 Advisors? Do you remember that? | | |
| 872:5-872:6<br>872: 5 THE WITNESS: I recall what<br>872: 6 you are talking about. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 874:1-874:20<br>874: 1 Mr. Beck showed you a couple<br>874: 2 of articles. I think he showed you the<br>874: 3 Burleigh article, and I think he showed<br>874: 4 you another article by Dr.•-<br>874: 5 A. Cipoilone.<br>874: 6 Q. -- Cipoilone. But there<br>874: 7 were other articles that you also cited<br>874: 8 in your article, correct?<br>874: 9 A. Right.<br>874:10 Q. Okay.<br>874:11 : And ultimately, after<br>874:12 reviewing the literature on ail sides of<br>874:13 the issue, including the articles that<br>874:14 Mr. Beck highlighted for you and<br>874:15 attached, looking at ail the references<br>874:16 and doing your own studies, what did you<br>874:17 conclude?<br>874:18 A. Weil, I can probably best<br>874:19 answer··<br>874:20 Q. In humans? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 875:1 to 879:20) | | |

ja063006 - Vol. I, (Pages 875:1 to 879:20)
875
1   THE WITNESS:  Well, I think
2       an answer that is not going to
3       repeat anything that we've done
4       today is the papers that Mr.
5       Goldman asked me to identify for
6       him at the first deposition two
7       weeks ago, because I think we've
8       heard today a rather skewed
9       presentation of the pharmacology
10      evidence that was in place before
11      the drug was marketed.  And two
12      weeks ago Mr. Goldman asked me to
13      identify animal studies that I had
14      relied upon in formulating my
15      opinion.  And we haven't gotten to
16      talk about those, but since we are
17      now talking about the animal
18      studies related to the effect of
19      Vioxx and related drugs, it
20      probably would be appropriate to
21      just mention them since they were
22      material that Mr. Goldman had
23      asked about.  And these are the
24      three papers that I had identified

876
1       for Merck's counsel.
2           And very brief, because the
3       hour is late, but one is from 1997
4       in Nature.  And it's a paper by
5       Murata, and I can provide the full
6       reference later.  Mr. Goldman
7       actually has it already, and I
8       assume he shared that with Mr.
9       Beck.  And essentially what it
10      says is that if one disrupts the
11      gene for prostacyclin, which is
12      the substance that Vioxx reduces
13      the production of, the
14      susceptibility to thrombosis is
15      increased.
16          And then they go on to say,
17      "Our results establish that
18      prostacyclin is an anti-thrombotic
19      agent in vivo."  And what that
20      means in English is, that the

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 876:21 to 879:20) | | |

ja063006 - Vol. I, (Pages 876:21 to 879:20)

876
21    material that Vioxx reduces the
22    production of prevents clotting,
23    so that blocking that would
24    increase clotting, and that was,

877
1    as I said, in 1997 in Nature.
2        The other one Mr. Goldman
3    asked me about was a paper that
4    was in the Journal of Biological
5    Chemistry, which is the main
6    journal in biochemistry, published
7    in 1999, again, February of 1999,
8    before the availability of Vioxx
9    on the market.
10       And this was a study in
11    which there was an investigation
12    of whether heart cells were
13    influenced by COX-2, the enzyme
14    that Vioxx blocks.  And their
15    conclusion on their abstract is
16    that in heart cells that are
17    injured in a variety of
18    experimental ways, prostacyclin,
19    which is the chemical that Vioxx
20    blocks, protects the heart cells.
21    And their conclusion was that if
22    you block that prostacyclin
23    chemical that protects the heart
24    cells, as you would do with a

878
1    COX-2 inhibitor such as Vioxx,
2    that would block the protection of
3    heart cells in an injured heart.
4        And the third paper, very
5    briefly, that I want to talk
6    about -- that paper was by
7    Adderley and Fitzgerald, a
8    different Fitzgerald, by the way.
9        And the last one is a paper
10    by Shinmura.  Again, Mr. Goldman,
11    and I expect Mr. Beck, have the
12    reference that I provided two
13    weeks ago.  This was a study about
14    the cardioprotective effects in
15    animal studies when they damage

331

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 878:21 to 879:20)<br>878<br>21    with heart damage.<br>22       And, again, in brief, what<br>23    it says, quite clearly, in their<br>24    abstract is that this study<br><br>879<br>1    identifies COX-2 as a<br>2    cardioprotective protein. They go<br>3    on to say, "COX-2 mediates the<br>4    anti-infarct effects," which means<br>5    COX-2, which is the enzyme that is<br>6    blocked by Vioxx, mediates or<br>7    helps to promote the anti-heart<br>8    attack effects in their model.<br>9       So, these were -- Mr.<br>10    Goldman's question to me to which<br>11    these were a response was what<br>12    evidence was there before Vioxx<br>13    was marketed that inhibiting COX-2<br>14    selectively might be bad for the<br>15    heart.  And I think this is pretty<br>16    clear that, granted, there was<br>17    evidence on both sides, but there<br>18    was pretty compelling evidence on<br>19    the damage side already, even<br>20    before the drug hit the market. | | |
| 881 :2-881:17<br>881: 2 Doctor, let me go back to<br>881: 3 your article, okay? Your article, which<br>881: 4 is Number 7 in the book.<br>881: 5 A. Is that my copy of the book?<br>881: 6 Q. Yes.<br>881: 7 A. Okay.<br>881: 8 Q. In that article you refer to<br>881: 9 both the Burleigh and the .-<br>881:10 :A. Cipollone.<br>881:11 Q. --Cipollone articles.<br>881:12 A. Right.<br>881:13 Q. Correct?<br>881:14 A. Right.<br>881:15 Q. So--<br>881 :16 A. Cipollone.<br>881:17 Q. Cipollone. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 881 :20-881 :24<br>881 :20 What were you trying to do<br>881 :21 by referring the readers to articles like<br>881 :22 these, as well as articles on the other<br>881 :23 side of the issue that were also<br>881 :24 contained in your paper? | | |
| 882:3-882:24<br>882: 3 THE WITNESS: What that<br>882: 4 section is about was essentially<br>882: 5 saying this is a very active area<br>882: 6 of research. There's a lot of new<br>882: 7 information that is developing<br>882: 8 about the effect of this COX-2<br>882: 9 enzyme which had not been fully<br>882:10 studied over the years but that<br>882:11 people had begun to understand was<br>882:12 having an important effect on the<br>882:13 health of the vessel wall, as well<br>882:14 as on the ability of blood to<br>882:15 clot, as well as on the function<br>882:16 of the arteries, and that this is<br>882:17 an important area because there's<br>882: 18 a lot of very exciting research<br>882:19 going on, that COX-2 has a lot to<br>882:20 do with the arteries.<br>882:21 BY MR. TISI:<br>882:22 Q. Now, and when you took those<br>882:23 issues and you actually studied them in<br><br>882:24 human beings, what did you find? | | |
| ja063006 - Vol. I, (Page 883:9 to 883:15) 883<br>  9   THE WITNESS:  In brief, we<br>10         found that when all is said and<br>11         done, if you look at real typical<br>12         patients out there in the<br>13         community, they were more likely<br>14         to have heart attacks if they were<br>15         taking Vioxx. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 884: 15-884:23<br>884: 15 Q. In your article that you<br>884:16 wrote, did you acknowledge, and we went<br>884:17 through some of the articles on both<br>884:18 sides of the issue, that perhaps Vioxx<br>884: 19 could have a beneficial effect and a bad<br>884:20 effect In terms of the animal models that<br>884:21 you Identified?<br>884:22 A. Right. Those are the<br>884:23 citations that Mr. Beck asked me about. | | |
| 884:24 Q. In the articles that Merck<br>885: Page 885<br>885: 1 wrote, did they identify any of the<br>885: 2 potential bad articles that would support<br>885: 3 the proposition that Vioxx was<br>885: 4 prothrombotic? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
| --- | --- | --- |
| 886:8-887:5<br>886: 8 THE WITNESS: in fairness, I<br>886: 9 can't speak to what Merck did or<br>886:10 didn't say. This is an article<br>886: 11 written by many people, and there<br>886:12 ,will be other testimony about what<br>886: 13 ' Merck did or didn't do in relation<br>886:14 to the presentation of the<br>886:15 findings in ViGOR.<br>886:16 So, I can speak just to the<br>886:17 paper as it appeared in the New<br>886:18 England Journal that Dr. '<br>886:19 Bombardier and colleagues wrote.<br>886:20 We know there was a lot of<br>886:21 interaction with Merck, but let me<br>886:22 just speak about the paper.<br>886:23 The paper is really<br>886:24 presented in a very one-sided way.<br>887: Page 887<br>887: 1 It was all about the good news,<br>887: 2 and the bad news was presented in<br>887: 3 a way that minimized, in fact,<br><br>887:4 inverted it so that it was not<br>887: 5 even presented as bad news. | | |
| ja063006 - Vol. I, (Page 887:14 to 887:20)<br>                887<br>14   Q.   In any of the materials that<br>15   you've seen, the educational materials,<br>16   the label, the medical literature,<br>17   anything that came out of Merck, was<br>18   there ever an acknowledgment that at<br>19   least a potential mechanism of action was<br>20   that this drug would be prothrombotic? | Question without answer | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 888:5-888: 11<br>888: 5 Q. Well', let me ask you the<br>888: 6 question.<br>888: 7 ' What, if anything, have you<br>888: 8 ever seen -- have you seen in any of the<br>888: 9 Merck literature that presented Vioxx as<br>888:10 having any potential side effects before<br>888:11 APPROVE? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 888:17-890:3<br>888:17 THE WITNESS: The vast<br>888: 18 preponderance of the material that<br>888:19 Merck produced either in articles<br>888:20 that it had its staff or<br>888:21 consultants author, or the<br>888:22 educational so-called materials<br>888:23 for physicians, the vast, vast<br>888:24 predominance of it was all the<br>889: Page 889<br>889: 1 good things about Vioxx. Blind I<br>889: 2 cannot recall any materials that<br>889: 3 Merck produced that said this drug<br>889: 4 may increase -- may be<br>889: 5 prothrombotic, except in reciting<br>889: 6 the VIGOR data.<br>889: 7 BY MR. TISI: '<br>889: 8;0. Doctor, do you remember the<br>889: 9 Tuleja article that you were asked about?<br>889:10 Do you remember whether these men -- and<br>889: 11 this was the --<br>889:12 A. Bleeding.<br>889:13 Q, -- bleeding time study that<br>889:14 we talked about before.<br>889:15 Do you remember whether<br>889:16 these were healthy or unhealthy men?<br>889:17 A, They were healthy men as far<br>889:18 as I know.<br>889:19 Q. Do you know whether or not<br>889:20 they looked at -- what kind of vessels<br>889:21 they looked at? Did they look at<br>889:22 capillaries, coronary arteries, anything<br>889:23 like that?<br>889:24 A. I don't recall what kind of<br>890: Page 890<br>890: 1 vessels.<br>890: 2 Q. Let me show you the article.<br>890: 3 I'm showing you my copy. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 890:13-892:7<br>890:13 THE WITNESS: It says,<br>890:14 "Standard microvascular injury."<br>890:15 BY MR. TISI:<br>890:16 Q. What does that mean to you?<br>890:17 A. That it is an experimental<br>890:18 technique in which they damage the<br>890:19 smallest vessels.<br>890:20 ,Q. Okay.<br>890:21 ' Are those the same kind of<br>890:22 vessels that cause heart attacks in human<br>890:23 beings?<br>890:24 A. No.<br>891: Page 891<br>891: 1 Q. Okay.<br>891 : 2 Did they have<br>891: 3 atherosclerosis?<br>891 : 4 A. No. They were healthy men.<br>891 : 5 Q. And can you tell us who<br>891 : 6 funded this particular study?<br>891 : 7 A. Merck of Poland.<br>891: 8 Q. Let's go on to the next --<br>891: 9 A. And in fairness, the Polish<br>891 :10 State Research Council.<br>891 :11 Q. Let's discuss the 2001<br>891: 12 Advisory Committee for a moment. Do you<br>891: 13 have that transcript there? I believe<br>891 :14 it's the big one there.<br>891 :15 A. Okay.<br>891 :16 Q. I'd like to take you through<br>891 :17 some things here.<br>891:18 First of all, I would like<br>891: 19 to orient the jury. This was an Advisory<br>891 :20 Committee that was held in February of<br>891 :21 2001 to discuss the VIGOR data?<br>891 :22 A. Yes.<br>891 :23 Q. First of all, tell us a<br>891 :24 little bit about Advisory Committees.<br>892: Page 892<br>892: 1 Are they -- how many drugs do they see<br>892: 2 over the course of sitting as an Advisory<br>892: 3 Committee?<br>892: 4 A. It will vary. Sometimes<br>892: 5 they will see a bunch at one sitting.<br>892: 6 Sometimes they will focus just on one<br>892: 7 drug. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 892:18-894:12<br>Page 16<br>Avorn Final Redirect<br>892:18 And do they typically<br>892:19 receive a packet of information prior to<br>892:20 going in and silting and hearing<br>892:21 presentations?<br>892:22 A. Yeah. But sometimes it's<br>892:23 just like the day before.<br>892:24 Q. And how much information do<br>893: 1 they actually get if you're typically<br>893: 2 speaking?<br>893: 3 A. Well, again, it varies.<br>893: 4 Sometimes they get a ream that colleagues<br>893: 5 of mine who are on these committees say<br>893: 6 they can't possibly get through.<br>893: 7 Sometimes they get just a small packet.<br>893: 8 '0. And who typically presents<br>893: 9 at these Advisory Committees?<br>893:10 A. There will often be somebody<br>893:11 from FDA presenting. There will often be<br>893:12 somebody from the company presenting.<br>893:13 And sometimes they even have patients<br>893:14 presenting.<br>893:15 Q. Now, looking at the Advisory<br>893: 16 Committee of 2001, this would have been<br>893: 17 approximately a year after Merck became<br>893: 18 aware of the VIGOR results?<br>893:19 A. Right.<br>893:20 Q. And would you go to the<br>893:21 transcript at Page 5, if you could.<br>893:22 First of all, it's a<br>893:23 presentation by Dr. Goldman.<br>893:24 A. Okay.<br>894: 1 Q. And Dr. Goldman, I'll<br>894: 2 represent to you, is the Merck<br>894: 3 representative.<br>894: 4 A. Right.<br>894: 5 Q. Do you see where it says,<br>894: 6 "We believe that the highly significant<br>894: 7 results from VIGOR mirrored a<br>894: 8 modification of the product iabel to<br>894: 9 reflect a more appropriate presentation<br>894:10 of the demonstrated GI safety benefits<br>894:11 that is specific to Vioxx"?<br>894:12 Do you see that? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 895:7-895:19<br>895: 7 Do you have any<br>895: 8 understanding reading that as to what the<br>895: 9 primary purpose of this Advisory<br>895:10 Committee was?<br>895:11 A. Well, sure. Not just from<br>895: 12 that paragraph, but from having reviewed<br>895: 13 the transcript, the question, as well as<br><br>895:14 the rest of the history. The question<br>895:15 was whether the official labeling of<br>895: 16 Vioxx was going to be revised to include<br>895:17 in it information about Vioxx having a<br>895:18 greater safety on the GI tract compared<br>895:19 to other drugs | | |
| 898:20-899:18<br>898:20 Q. First of all, this is an '<br>898:21 internal e-mail from Merck dated January<br>898:22 29th, 2001; is that correct?<br>898:23 A. That's right.<br>898:24 Q. And is this before the<br>899: Page 899<br>899: 1 February 8th Advisory Committee?<br>899: 2 'A. About a week before.<br>899: 3 Q. Okay.<br>899: 4 And do you see the first,<br>899: 5 the e-mail from Dr. Shapiro to, among<br>899: 6 other things, Alise Reicin?<br>899: 7 A. Which one is that, that you<br>899: 8 want me to look at?<br>899: 9 Q. The very top of the page.<br>899:10 A. The top one.<br>899:11 Q. Uh-huh. Do you see that?<br>899:12 A. From Dr. Shapiro to Dr.<br>899:13 Reicin, yes.<br>899:14 Q. Yes.<br>899:15 And that's the same Dr.<br>899:16 Reicin that made the presentation to the<br>899:17 Advisory Committee --<br>899:18 A. Right. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 899:23-900:3<br>899:23 Do you see where Dr. Reicin,<br>899:24 in looking at the last couple of<br>900: Page 900<br>900: 1 sentences of the e-mail, says that there<br>900: 2 is a 30 to 10 imbalance in deaths in the<br>900: 3 Alzheimer's trials? | | |
| 900:7-900:16<br>900: 7 THE WITNESS: Yes. ,30 to<br>900:8 10.<br>900: 9 BY MR. TISI:<br>900:10 Q. Okay.<br>900:11 Is that the kind of<br>900:12 information--<br>900:13 Do you know whether that<br>900:14 information was ever shared with the<br>900:15 members of the Advisory Committee?<br>900:16 A. I don't believe it was. | | |
| 901:10-901:13<br>901:10 A. To my knowledge, that<br>901 :11 information was never shared with the<br>901 :12 Advisory Committee as it was thinking<br>901 :13 about the labeling. | | |
| 901:14-901:19<br>901 :14 Q. Have you reviewed what has<br>901 :15 been known as the Shapiro meta-analysis?<br>901:16 A. Yes.<br>901:17 Q. Okay.<br>901:18 Could you tell the members<br>901 :19 of the jury what that was? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 901 :23-902:9<br>901 :23 THE WITNESS: Sure. Dr.<br>901 :24 Deborah Shapiro was a<br>902: Page 902<br>902: 1 biostatistician, I believe, who<br>902: 2 worked for Merck, and she was<br>902: 3 asked to pull together an overview<br>902: 4 of all of the studies of -- all<br>902: 5 the clinical studies of Vioxx that<br>902: 6 was presented at some Merck<br>902: 7 management meeting, and I had<br>902: 8 occasion to review the data from<br>902: 9 that report. | | |
| 902:11-902:16<br>902:11 Q. And what did that data show<br>902: 12 you --<br>902:13 And I'll represent to you<br>902:14 that that data was compiled and shared<br>902:15 within Merck in the fall of 2000 before<br>902:16 this Advisory Committee. | | |
| ja063006 - Vol. I, (Page 903:11 to 903:21) 903<br>11    THE WITNESS:  My<br>12        recollection was that that was an<br>13        analysis that was done once VIGOR<br>14        and ADVANTAGE and 090 and a number<br>15        of other studies had been<br>16        completed, and it was an overview<br>17        of the relative events in Vioxx<br>18        versus the various comparator<br>19        groups.  And there is a summary<br>20        slide that I've looked at that if<br>21        you have -- | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 906:14-907:2<br><br>906:14 Q. Doctor, first of all, what<br>906:15 is this?<br>906:16 A. This is Bates Number<br>906:17 MRK-NJ0070364. It's now marked as<br>906:18 Exhibit 61. And it's labeled, "Vioxx<br>906:19 Preliminary Cardiovascular Meta-Analysis,<br>906:20 Dr. Deborah Shapiro, October 18th, 2000,"<br>906:21 Q. So, that would have been<br>906:22 before the Advisory Committee raised<br>906:23 their hands and made any kind of<br>906:24 recommendations on labeling changes that<br>907: Page 907<br>907: 1 Mr. Beck asked you about?<br>907: 2 A. Months before. | | |
| 907:6-907:9<br>907: 6 Did Dr. Shapiro do a<br>907: 7 meta-analysis of MI-only events seen in<br>907: 8 the Vioxx clinical trials?<br>907: 9 A. Yes. | | |
| 907:13-907:14<br>907:13 Q. What did Dr. Shapiro present<br>907:14 within Merck in October of 2000? | | |
| 907:17-908:7<br>907:17 THE WITNESS: The MI<br>907:18 endpoint of rofecoxib or Vioxx<br>907:19 versus nonsteroidals. And there's<br>907:20 a summary of a variety of the<br>907:21 studies with the number of<br>907:22 patients in them, the number of<br>907:23 patients who had events, the<br>907:24 rates, and then the relative<br>908: Page 908 '<br>908: 1 .1isks, which is the risk of the<br>908: 2 event in Vioxx compared to the<br>908: 3 nonsteroidal drug that it was<br>908: 4 compared to.<br>908: 5 BY MR. TISI:<br>908: 6 Q. Okay.<br>908: 7 And what does it indicate? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 908:17-910:2<br>908:17 A. The first row is all<br>908:18 patients, which I assume is a summary of<br>908:19 everything else on the slide. And<br>908:20 basically It says relative risk 2.02 with<br>908:21 a confidence interval of 1.44 to 3,55,<br>908:22 which basically means a doubling of risk<br>908:23 of heart attacks in the overview of all<br>908:24 the studies that Dr. Shapiro of Merck<br>909: Page 909<br>909: 1 evaluated, which, interestingly, was<br>909: 2 almost exactly the same number as the<br>909: 3 APPROVE study in many years would find.<br>909: 4 And then she subdivides that<br>909: 5 into other studies, specific studies.<br>909: 6 So, VIGOR, and she then has a five-fold<br>909: 7 increase in heart attacks listed for<br>909: 8 VIGOR. ADVANTAGE, she has a 2.95 or<br>909: 9 almost a three-fold increase in heart<br>909:10 attacks in the ADVANTAGE study. One<br>909:11 called RA has a relative risk of 1.82 or<br>909:12 almost a doubling of risk.<br>909:13 I think this is probably a<br>909:14 summary of all the RA studies, that is,<br>909:15 all the rheumatoid arthritis studies.<br>909: 16 And the next line is non-RA, which, I<br>909:17 guess, is the non-rheumatoid arthritis<br>909:18 studies, and that has a relative risk of<br>909:19 1.68 or a 68 percent increase.· And then<br>909:20 the last line is OA-069, and that has a<br>909:21 lower number of 0.55.<br>909:22 Q. Now, Doctor, looking at the<br>909:23 overall results, is that, that greater<br>909:24 than 2.0, is that the level that Dr.<br>910: Page 910<br>910: 1 Strom in his book that Mr. Beck put in<br>910: 2 front of you is highly significant? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 910:11 to 910:19) 910<br>11   THE WITNESS:  It's a<br>12       doubling of risk, and that is in<br>13       the category -- it's slightly<br>14       greater than a doubling of risk,<br>15       and that is in the category that,<br>16       according to Dr. Strom's textbook,<br>17       would be categorized as an<br>18       important big deal.<br>19   BY MR. TISI: | | |
| 911:4-911:12<br>911: 4 Q. Going back to the Advisory<br>911: 5 Committee which raised its hand and Mr.<br>911: 6 Beck asked you questions about what they<br>911: 7 recommended and why they recommended, the<br>911: 8 basis of their recommendations, was Dr.<br>911: 9 Shapiro's analysis, to your knowledge,<br>911:10 shared by Dr. Reicin before the Advisory<br>911 :11 Committee when they raised their hand and<br>911 :12 made their votes? | | |
| 911:15-911:18<br>911:15 THE WITNESS: To my<br>911 :16 knowledge, none of this<br><br>911:17 information was shared with the<br>911 :18 Advisory Committee by Merck. | | |
| 922:20-923:2<br>922:20 Q. Now, as a result of the<br>922:21 Advisory Committee, the FDA did make a<br>922:22 recommendation to Merck, did it not?<br>922:23 A. Yes.<br>922:24 Q. And when it did, did it ask<br>923: Page 923<br>923: 1 that a warning for cardiovascular events<br>923: 2 be included in the label? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 923:8-923:12<br>923: 8 THE WITNESS: Yes, they did.<br>923: 9 The documents I reviewed indicated<br>923:10 that was a request.<br>923:11 BY MR. TISI:<br>923:12 Q. And was that ever done? | | |
| 923:20-924:6<br>923:20 Q. Was it ever done?<br>923:21 A. It was never done, to my<br>923:22 knowledge.<br>923:23 Q. He asked you -- Mr. Beck<br>923:24 asked you many questions about Dr. Topol<br>924: Page 924<br>924: 1 and Dr. Nissen.<br>924: 2 A. Right.<br>924: 3 Q. Have you read Dr. Topol and<br>924: 4 Dr. Nissen's public articles concerning<br>924: 5 Vioxx?<br>924: 6 A. Sure. | | |
| 925:7-925:17<br>925: 7 Since you were asked on your<br>925: 8 cross-examination about Dr. Nissen and<br>925: 9 Dr. Topol, I'm going to ask you this<br>925:10 question.<br>925:11 Having read -- having -read<br>925:12 their scholarship on and their articles<br>925:13 on Vioxx --<br>925:14 A. Yes.<br>925:15 Q. -- how would you<br>925:16 characterize their scholarship in terms<br>925:17 of the risks and benefits of Vioxx? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 925:22 to 926:6) 925<br>22    THE WITNESS:  I think a fair<br>23        summary of what they have written,<br>24          and that's what I do, I summarize<br><br>1        the literature and look at what 926<br>2        particular papers say viewed in<br>3        the aggregate, is that both of<br>4        them for years have expressed<br>5        grave concerns about the safety of<br>6        Vioxx. | | |
| 927:14-927:19<br>927:14 Turning to your study.<br>927:15 First of all, is the concept that you<br>927:16 referred to, the "depletion of the<br>927:17 susceptible," a generally accepted<br>927:18 Concept in epidemiology?<br>927:19 A. Yes. | | |
| 928:22-929: 1<br>928:22 What was your explanation of<br>928:23 why you did not see a risk after 90 days<br>928:24 when you were asked that question by Mr.<br>929: Page 929<br>929: 1 Beck? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 929:9-930:2<br>929: 9 Whether or not I used the<br>929:10 term "depletion of susceptibles,"<br>929:11 I certainly said to Mr. Beck that<br>929:12 our understanding of the failure<br>929:13 to see an effect after 90 days was<br>929:14 that in an observational study<br>929:15 where we're not controlling who<br>929:16 takes what drug, patients who were<br>929:17 going to get into trouble with<br>929: 18 Vioxx, many of them had already<br>929:19 done so by 90 days or had had<br>929:20 : related side effects to cause them<br>929:21 to drop out of the study, and that<br>929:22 that is what I believe explains<br>929:23 why we did not see an effect after<br>929:24 90 days, even though it is now<br>930: Page 930<br>930: 1 well known that there is an' effect<br>930: 2 after 90 days. | | |
| 930:8-930:19<br>930: 8 Q. Is there a scientific or<br>930: 9 epidemiologic term for that phenomenon --<br>930:10 A. Yes.<br>930:11 Q. -- that you just described?<br>930:12 A. It is called "depletion of<br>930:13 susceptibles."<br>930:14 Q. And is that something that<br>930: 15 is generally recognized in the<br>930:16 epidemiologic community as a principle of<br>930:17 when you look at epidemiologic studies<br>930:18 like this?<br>930:19 A. Yes | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 931 :5-932:2<br>931: 5 Q. You mentioned that in<br>931: 6 response to Mr. Beck's question that one<br>931: 7 of the reasons that it might -- that<br>931: 8 people may drop out in the first 30 to 90<br>931: 9 days would be things like hypertension,<br>931:10 CHI', those kinds of things, just<br>931 :11 referring you to testimony. Do you<br>931 :12 remember that testimony?<br>931:13 A. Yes.<br>931:14 Q. Okay.<br>931 :15 You have done studies into<br>931 :16 comparing celecoxib or Vioxx -- Celebrex<br>931: 17 and Vioxx on the issue of hypertension<br>931:18 and congestive heart failure. Have you<br>931 :19 done those kinds of studies?<br>931 :20 A. That is correct.<br>931 :21 Q. Okay.<br>931 :22 Would those be the same two<br>931 :23 comparators that were involved in your MI<br>931 :24 study that we're referring to as Exhibit<br>932: Page 932<br>932: 1 Number 7?<br>932: 2 A. Yes. | | |
| 932:20-933:2<br>932:20 Is there a scientific basis,<br>932:21 based upon your own studies, for your<br>932:22 conclusion that people in the first 30 to<br>932:2390 (,lays would drop out at a greater rate<br>932:24 compared to Celebrex because of<br>933: Page 933<br>933: 1 hypertension and congestive heart<br>933: 2 failure? | | |
| 933:8-933:13<br>933: 8 A. Yes. Our studies of<br>933: 9 hypertension in Vioxx, as well as those<br>933:10 of others such as Dr. Whelton, indicate a<br>933:11 higher rate of patients becoming<br>933:12 hypertensive when they take Vioxx<br>933:13 compared to when they take Celebrex. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 934:15-936:18<br>934:15 Q. Could you please go, Doctor,<br>934:16 to your methods and results section of<br>Page 24<br>.. ~<br>.. \<br>Avorn Final Redirect<br>934:17 your paper that's up on the screen here?<br>934:18 A. Yes.<br>934:19 Q. Could you -- I think it's 4,<br>934:20 where it says .054, the p-value that Mr.<br>934:21 Beck--<br>934:22 A. Yes.<br>934:23 Q. -- was asking you about.<br>934:24 How many lines up is it? My eyes are not<br>935: Page 935<br>935: 1 so good.<br>935: 2 A. No..It's in the abstract.<br>935: 3 Q. In the abstract portion of<br>935: 4 it.<br>935: 5 A. If you could just blow up<br>935: 6 the bottom half of the methods section.<br>935: 7 Q. Right there. Right there.<br>935: 8 A. Yeah, that's good. Okay.<br>935: 9 It's on Lines 2 and 3. .<br>935:10 Q. Do you see that?<br>935:11 A. Yes.<br>935:12 Q. You were asked some<br>935:13 questions about some suggestions by the<br>935: 14 Journal of the American Medical<br>935:15 Association, about including the fact-935:<br>16 including information about statistical<br>935:17 significance. Do you remember those<br>935:18 questions?<br>935:19 A. Yes.<br>935:20 Q. Did you do anything in<br>935:21 response to that particular suggestion<br>935:22 when you resubmitted the paper to<br>935:23 Circulation?<br>935:24 A. Yes. As Dr. Solomon<br>936: Page 936<br>936: 1 indicated on his handwritten note that<br>936: 2 Mr. Beck projected, we put the p-value<br>936: 3 into the abstract, as you can see it<br>936: 4 righi there.<br>936: 5 Q. And for anybody who's | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 936: 6 reading this article, is the p-value<br>936: 7 prominently displayed for them to look<br>936: 8 at?<br>936: 9 A. Sure. It's right there ..<br>936:10 It's on line -- of the blowup, it's line<br>936:11 3, just a couple of characters in. If<br>936: 12 you can highlight that. It's right<br>936:13 there, p=.054.<br>936:14 Q. Now, in your article in the<br>936: 15 journal of the -- comments of the Journal<br>936: 16 of the American Medical Association,<br>936:17 which 1believe was Exhibit Number 54, if<br>936:18 you can pull that, please. | | |
| 937:2-937:13<br>937: 2 Q. Overall comments of the<br>937: 3 people that investigated -- who looked at<br>937: 4 the paper, the peer reviewers?<br>937: 5 A. Yes. Do you want to<br>937: 6 indicate what page you're looking at?<br>937: 7 Q. Page 2.<br>937: 8 A. Page 2 of what? Page 2 --<br>937: 9 well, yeah. It's, I guess, Bates Number<br>937:10 3253 --<br>937:11 Q. Yes.<br>937:12 A. -- is probably the best way<br>937:13 to refer to it. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 937:20-938:13<br>937:20 Q. First of all, just so<br>937:21 everybody understands, these are<br>937:22 anonymous peer reviewers who look at<br>937:23 manuscripts that are submitted for<br>937:24 publication. Is that fair? '<br>938: Page 938<br>938: 1 A. Right.<br>938: 2 Q. So, you don't know who these<br>938: 3 people are?<br>938: 4 A. Right.<br>938: 5 Q. You don't know whether they<br>938: 6 -- who they work for, what their academic<br>938: 7 or affiliation is, nothing?<br>938: 8 A. Right. Just experts in the<br>938: 9 field.<br>938:10 Q. Okay.<br>938:11 Now, what is the result-<br>938:12 what does the first author say about the<br>938: 13 manuscript as a general matter? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 940:12-943:2<br>940:12 THE WITNESS: Okay.<br>940:13 I think in the interest of<br>940:14 time, I can just indicate that<br>940: 15 reviews always start out with an<br>940:16 overview, and there's a<br>940:17 line-and-a-half overview that is<br>940:18 the reviewer's general impression.<br>940:19 I will just read the<br>940:20 line-and-a-half overview.<br>940:21 "This manuscript reports a<br>940:22 well-thought out investigation and<br>940:23 is well written and concise.<br>940:24 There are a number of probably<br>941: Page 941<br>941: 1 minor issues and one major issue."<br>941 : 2 That's the general overview as<br>941: 3 stated by the reviewer.<br>941: 4 BY MR. TISI:<br>941: 5 Q. Okay. ,<br>941: 6 Going to the next comment.<br>941: 7 A. The next reviewer, you mean?<br>941: 8 Q. Yes. Could you please read<br>941:9the--<br>941 :10 A. Okay.<br>941 :11 Yes. Again, the overview<br>941 :12 that the reviewer presents. "The authors<br>941 :13 have conducted a large scale study with<br>941 :14 appropriate analysis."<br>941:15 Q. Keep going, please.<br>941: 16 A. "The strength of the<br>941 :17 manuscript is the consistency of findings<br>941 :18 for different subgroups and the<br>941 :19 seflSitivity analysis. However,<br>941 :20 conclusions must be tempered with caveats<br>941 :21 regarding retrospective data from a<br>941 :22 database, rather than a prospective<br>941 :23 randomized control trial or even a cohort<br>941 :24 observational study with propensity<br>942: Page 942<br>942: 1 analysis of the likelihood of receiving a<br>942: 2 particular treatment."<br>942: 3 Q. Okay.<br>942: 4 Now, in your study that was<br>942: 5 published, did you address the<br>942: 6 limitations of observational anaiyses? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 942: 7 Did you address the potential issues of<br>942: 8 the study that you conducted with Dr.<br>942: 9 Solomon?<br>942:10 A. I believe we did that, yes.<br>942: 11 Q. Going to the next reviewer's<br>942:12 comments. I'd like to refer you to<br>942: 13 the general comment that says, "The<br>942:14 study's results are interesting."<br>942:15 A. Yes.<br>942:16 Q. Okay.<br>942:17 "The study's results are<br>942:18 interesting, but not novel."<br>942:19 ., A. Right.<br>942:20 Q. "Previous observational<br>942:21 studies and meta-analyses have already<br>942:22 suggested a deleterious effect of<br>942:23 rofecoxib and/or a protective effect of<br>942:24 naproxen."<br>943: Page 943<br>943: 1 Do you see that?<br>943: 2 A. Yes. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 953:1-953:22<br>953: 1 Did you have the information<br>953: 2 that you have been made aware of during<br>953: 3 the course of this litigation about, let<br>953: 4 me ask you, trial 090? Did you know<br>953: 5 that?<br>953: 6 A. No, I did not have that<br>953: 7 information.<br><br>953: 8 Q. Did you know of the results<br>953: 9 of the ADVANTAGE trial that you now know?'<br>953:lOA. I did not have that<br>953:11 information.<br>953:12 Q. Did you know of the results<br>953:13 of the Alzheimer's study that you now<br>953:14 know?<br>953:15 A. Right. There was no way I<br>953:16 could have seen that information.<br>953:17 Q. Did you know that in the<br>953:18 Alzheimer's study there was an imbalance<br>953:19 of cardiovascular deaths, 8 to 2? Did<br>953:20 You know that?<br>953:21 A. That information was never<br>953:22 made available. | | |
| 954:14-954:20<br>954:14 Q. Is that the kind of<br>954: 15 information that you as a doctor helping<br>954:16 make decisions about what goes on a<br>954:17 pharmaceutical and therapeutics committee<br>954:18 at the Brigham hospital would have wanted<br>954:19 to know when you were making decisions<br>954:20 about patients in your hospital? | | |
| 955:3-955:10<br>955: 3 If a drug doubles the risk<br>955: 4 of death, I would want to know that as a<br>955: 5 member of the pharmacy and therapeutics<br>955: 6 committee, because I would not be<br>955: 7 comfortable having that drug on our<br>955: 8 formulary unless it had some incredible<br>955: 9 beneficial property that would outweigh<br>955:10 the doubling of the risk of death. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 956:22-957:8<br>956:22 Q. Doctor, you wrote this in<br>956:23 the 200212003 time frame, which would<br>956:24 have been about the time that you were<br>957: Page 957 '<br>957: 1 writing these or editin9 these particular<br>957: 2 things for the Brigham?<br>957: 3 A. Right.<br>957: 4 Q. Would you tell us, sir, what<br>957: 5 you wrote in that time frame about the<br>957: 6 risk of heart attack based upon your<br>957: 7 understanding of the evidence?<br>957: 8 A. Yes | | |
| ja063006 - Vol. I, (Pages 957:12 to 958:3)<br>957<br>12  THE WITNESS:  The first full<br>13     paragraph on Page 202, "As for the<br>14     products in question:" which is<br>15     the COX-2 inhibitors, "Years of<br>16     clinical research and experience<br>17     have confirmed that the coxibs,"<br>18     or COX-2 inhibitors, "are no more<br>19     effective than older drugs,<br>20     despite massive ad campaigns that<br>21     subtly imply otherwise.  And while<br>22     the coxibs do reduce gastric<br>23     bleeding somewhat, this advantage<br>24     appears to be modest.  Then, of<br>958<br>1     course, came the findings that<br>2     these medications can increase the<br>3     risk of heart attack and stroke." | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 958:23-960:4<br>958:23 Q.<br>958:24 A.<br>959: Page 959<br>959: 1 paperback was published later, So, let<br>959: 2 me read from Page 202 of the book as it<br>959: 3 was -- came out in mid-'04, having been<br>959: 4 written in 200212003. Okay. To read.<br>959: 5 "As for the products in<br>959: 6 question, years of clinical research and<br>959: 7 experience have confirmed that the coxibs<br>959: 8 are no more effective than older drugs<br>959: 9 despite massive ad campaigns that subtly<br>959:10 imply otherwise. And while the coxibs do<br>959:11 reduce gastric bleeding somewhat, this<br>959:12 advantage appears to be modest. Concerns<br>959: 13 have also emerged about other safety<br>959: 14 problems, primarily for Merck's Vioxx.<br>959:15 Research led by Dr. Dan Solomon in my<br>959:16 division, as well as studies from<br>959: 17 Vanderbilt University, and even Merck's<br>959:18 own clinical trial data, indicate that<br>959: 19 Vioxx can increase the risk of heart<br>959:20 attack, as well as cause high blood<br>959:21 pressure.<br>959:22 "Nonetheless, extravagant<br>959:23 marketing aimed at patients and doctors<br>959:24 have made these among the most profitable<br>960: Page 960<br>960: 1 drugs ever sold, Those of us who work at<br>960: 2 universities may not be very good at<br>960: 3 turning ordinary things into gold, but<br>960: 4 others clearly are." | | |
| | | |
| 963:6-963:9<br>963: 6 , Is there information that<br>963: 7 you 'were not aware of that you are now<br>963: 8 aware of that would have changed in any<br>963: 9 way your statement in your book? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 963:16 to 963:20) 963<br>16   THE WITNESS:  The<br>17        information that I have become<br>18        aware of since the withdrawal of<br>19        the drug would have just made that<br>20        an even stronger statement. | | |
| 964:11-965:5<br>964: 11 Q. Is there anything about<br>964:12 these documents that Mr. Beck showed you<br>964:13 that needs to be clarified, sir?<br>964:14 A. Yes. If the question is,<br>964:15 what did I believe about the riskiness of<br>964:16 Vioxx or the safety of Vioxx in 2003, I<br>964:17 think probably the most relevant piece is<br>964:18 the fact that Dr. Solomon and I asked our<br>964: 19 pharmacy and therapeutics committee,<br>964:20 which we both sit on, to remove high-dose<br>964:21 Vioxx from the formulary because we felt<br>964:22 that it was unnecessarily safe (sic), and<br>964:23 we questioned the decision of having<br>964:24 Vioxx be the CBX-2 of choice at our<br>965: Page 965<br>965: 1 hospital because we felt that at, any<br>965: 2 dose, it was not as safe as other<br>965: 3 alternatives, and we requested the<br>965: 4 hospital computer system be changed to<br>965: 5 reflect that. | | |
| 965:14-965:15<br>965:14 Q. Let me just ask you one<br>965:15 question. Mr. Beck asked you several | | |
| 965:15-965:19<br>965:15 question. Mr. Beck asked you several<br>965:16 questions about Celebrex and other drugs<br>965:17 and their cardiovascular risks. Do you<br><br>965:18 remember those questions?<br>965:19 A. Yes. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 966:14-966:18<br>966:14 Do you have an opinion that<br>966: 15 you hold to a reasonable de9ree of<br>966:16 medical certainty as to whether or not<br>966: 17 Celebrex carries the same cardiovascular<br>966:18 risk as Vioxx does? | | |
| 966:24-967:6<br>966:24 THE WITNESS: Yes, I do.<br>967: Page 967<br>967: 1 And I did at the time that we<br>967: 2 prepared the document educating<br>967: 3 the Brigham doctors that Mr. Beck<br>967: 4 asked me about.<br>967: 5 BY MR. TISI:<br>967: 6 Q. And what was that opinion? | | |
| 967:17-968:5<br>967:17 A. As of 2002/2003, there was<br>967:18 evidence in place in the literature, and<br>967:19 we now know beyond that, that Vioxx<br>967:20 increased the risk of heart attack, and<br>967:21 that comparable evidence of a similar<br>967:22 magnitude was not available for Celebrex,<br>967:23 which is why, in comparing the two drugs,<br>967:24 we had petitioned our pharmacy and<br>968: Page 968 ,<br>968: 1 therapeutics committee to not have Vioxx<br>968: 2 be the COX-2 of choice, to not allow use<br>968: 3 of the high-dose drug at all, and to<br>968: 4 allow doctors to use Celebrex rather than<br>968: 5 Vioxx if that was their preference | | |
| 972:17-972:20<br>972:17 Q. And, Doctor, do you have an<br>972:18 opinion as to whether or not Vioxx is an<br>972: 19 unsafe drug?<br>972:20 A. Yes, I do. | | |
| 973:8-973:11<br>973: 8 Q. And what is that?<br>973: 9 A. I have such an opinion, and<br>973:10 the opinion is that Vioxx is an unsafe<br>973:11 drug, | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 973:18 to 974:1) 973<br>18  Q.   Doctor, I have a few<br>19  questions on one subject that Mr. Tisi<br>20  asked you about, and that is<br>21  hypertension.<br>22         Do you remember talking with<br>23  Mr. Tisi about the question of whether<br>24  Vioxx increases the risk of hypertension?<br><br>                                   974<br>1      A.   Yes. | | |
| 974:2 -974:16 Avorn, Jerome 2006-05-30 00:04:37<br>974:2 Q Was hypertension and the ' - ,<br>974.3 possibility that it could be caused by<br>974:4 VIOXX)( something that was In the Vioxx<br>974:5 label from day one?<br>974:6 A I have the labels here. and<br>974:7 let me just quickly look at them and I<br>974:8 can answer that.<br>974:9 Q Do you remember off the top<br>974.10 of your head?<br>974:11 A I know there was mention of<br>974:12 hypertension, but I can't tell you<br>9"14:13 whether it was from day one or whether<br>974:14 there was the April '02 label or the 1999<br>974:15 label but I know they're here. and I can<br>9:14:16 just find them and look at them. | | |
| ja063006 - Vol. I, (Page 974:21 to 974:23)<br>                                   974<br>██████████████<br>████████████████<br>███████████████ | | |
| ja063006 - Vol. I, (Page 975:6 to 975:8)<br>                                   975<br>█████████<br>█████████████<br>███████████████ | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Page 975:9 to 975:14) 975<br>9    Q.    If a patient had mostly<br>10   normal blood pressure readings during the<br>11   time he took Vioxx but had some elevated<br>12   blood pressure spikes, would you agree<br>13   that that would not be considered<br>14   hypertension?<br><br>ja063006 - Vol. I, (Page 975:20 to 975:24) 975<br>20   THE WITNESS:  I couldn't<br>21        answer that without looking at the<br>22        patient's clinical record.<br>23   BY MR. BECK:<br>24        Q.    Your deposition, Page 330. | | |
| ja063006 - Vol. I, (Page 976:12 to 976:22) 976<br>12   Q.    330.  Lines 4 through 10.<br>13        "Question:  What if a<br>14   patient actually had mostly normal<br>15   readings of blood pressure during the<br>16   period of time that he was on Vioxx, but<br>17   had some elevated blood pressure spikes?<br>18   Would you consider that to be<br>19   hypertension?<br>20        "Answer:  No."<br>21        Was that your sworn<br>22   testimony a couple of weeks ago? | | |
| ja063006 - Vol. I, (Page 977:7 to 977:14) 977<br>7    Q.    Was that your sworn<br>8    testimony?<br>9        A.    It is what I said, but I<br>10   don't think what I said was correct.<br>11        Q.    Is it true, sir, that all<br>12   NSAIDs can cause hypertension?<br>13        A.    Virtually all the ones that<br>14   I know about. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 978:14 to 979:7) 978<br>14  Q.   -- to you is, is it true<br>15  that long before Vioxx came on the<br>16  market, the medical community knew that<br>17  NSAIDs could cause hypertension?<br>18       MR. BUCHANAN:  Same<br>19    objections.<br>20       THE WITNESS:  Yes, but some<br>21    can do it more than others.<br>22  BY MR. BECK:<br>23    Q.   And, of course, it was also<br>24  known that hypertension could increase<br><br>979<br>1  the risk of heart attack and stroke,<br>2  correct?<br>3    A.   Yes.<br>4    Q.   Before the FDA approved<br>5  Vioxx, was the FDA, to your knowledge,<br>6  aware that Vioxx could cause<br>7  hypertension? | | |
| ja063006 - Vol. I, (Page 979:17 to 979:18) 979<br>17  THE WITNESS:  I believe it<br>18    did. | | |
| ja063006 - Vol. I, (Pages 979:20 to 980:7) 979<br>20  Q.   You just said a second ago<br>21  that some NSAIDs -- I think you said that<br>22  all or most NSAIDs can increase blood<br>23  pressure, and some do it more than<br>24  others, right?<br><br>980<br>1    A.   Correct.<br>2    Q.   And from your review of the<br>3  material, is it true, sir, that the FDA<br>4  was aware, prior to approval of Vioxx,<br>5  that in some studies Vioxx increased<br>6  blood pressure and hypertension more than<br>7  certain other NSAIDs? | | |
| ja063006 - Vol. I, (Page 980:11 to 980:14) 980<br>11    THE WITNESS:  I can't answer<br>12       that without looking at all the<br>13       materials, and I don't think we<br>14       have time for that. | | |

362

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 980:16 to 981:8) 980<br>16  Q.   Page 331 of your deposition,<br>17  going over to 332, starting at line 24.<br>18        "Question:  And the FDA was<br>19  also fully aware, prior to approval and<br>20  thereafter, that Vioxx, in some studies,<br>21  increased blood pressure and hypertension<br>22  more than comparator NSAIDs, right?<br>23        "Answer:  I believe they<br>24  were aware of that."<br><br>1        Was that your testimony a 981<br>2  couple of weeks ago?<br>3        MR. BUCHANAN:  Object.<br>4        Misstates his prior answer, and I<br>5        object to this line of questioning<br>6        as beyond the scope of redirect.<br>7        THE WITNESS:  That is what<br>8        it says. | | |
| ja063006 - Vol. I, (Page 981:10 to 981:14) 981<br>10  Q.   And also you're aware, are<br>11  you not, of other studies showing that<br>12  there's no difference in the risk of<br>13  hypertension between Vioxx and other<br>14  NSAIDs? | | |
| ja063006 - Vol. I, (Pages 981:17 to 982:3) 981<br>17  THE WITNESS:  And my answer<br>18        now is the same as my answer then,<br>19        that I was aware of studies and am<br>20        aware of studies that come to the<br>21        opposite conclusion, including our<br>22        own.  I cannot cite for you a<br>23        study that shows no difference.<br>24        But if there is one that you want<br><br>1        me to review, I'd be happy to look 982<br>2        at it.  I don't have a citation in<br>3        my head about that. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ja063006 - Vol. I, (Pages 982:18 to 983:3) 982<br>18  Q.   It's mixed on whether Vioxx<br>19  causes more hypertension or doesn't cause<br>20  more hypertension?<br>21        A.   I know there are some<br>22  studies that show that it causes more.  I<br>23  know there's some studies that show that<br>24  it causes a comparable amount.  I can<br><br>1  think of no studies that I'm aware of 983<br>2  sitting here at the end of a long day<br>3  that show that it causes less. | | |