| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |
| | | |
| | | |
| 852:15-852:18<br><br>852:15    Q.    Dr. Scolnick, would it be fair to say<br>852:16   that Vioxx was an important new drug for Merck at<br>852:17   that time?<br>852:18    A.    Yes. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 852:20-854:1<br><br>852:20   THE WITNESS:  Yes, it definitely was<br>852:21   an important new drug for Merck.<br>852:22   BY MR. RABER:<br>852:23        Q.      Would you call it a potential<br>852:24   blockbuster for Merck?<br>852:25   A.      Yes, I would.  We knew it would be<br><br>853<br>853: 1   medically very important, and drugs that are<br>853: 2   medically important usually turn out to be<br>853: 3   blockbusters.<br>853: 4    Q.   Was it important for Merck to have a<br>853: 5   blockbuster drug at that time?<br>853: 6        A.   Yes, it was.<br>853: 7        Q.      Why is that?<br>853: 8   A.      Merck faced the expiration of patents<br>853: 9   like Mevacor and Zocor around the turn of the cent<br>853:10   -- I'm sorry, Mevacor and Vasotec -- not Zocor, but<br>853:11   Mevacor and Vasotec around the turn of the century,<br>853:12   and Vioxx was an important drug because of that.<br>853:13 Q.      Dr. Scolnick, did there come a point<br>853:14   where you learned that there was a competing product<br>853:15   out there, in other words, another COX-2 inhibitor<br>853:16   that was being developed?<br>853:17 A.      Yes.  Somewhere in the mid-'90s, I<br>853:18   don't recall the exact time, we learned that<br>853:19 competing -- another company had a competing<br>853:20   product.<br>853:21 Q.      What was the name of that company?<br>853:22   A.      I think it was Searle.  I'm not sure<br>853:23   if it was Monsanto or Searle at that point, and the<br>853:24   competing product turned out to be Celebrex.<br>853:25        Q.      Did Merck want to be the first one to<br><br>854<br>854: 1   come to market? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 854:4-854:10<br><br>854: 4    THE WITNESS:  Yes, we did.  We<br>854: 5  clearly wanted to be the first to come to market.<br>854: 6  BY MR. RABER:<br>854: 7        Q.    Why is that?<br>854: 8  A.    Because the first to come to market<br>854: 9  usually has the greatest chance of having their drug<br>854:10   be the most successful and the most widely used. | | |
| | | |
| | | |
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 855:9-855:23<br><br>855: 9    Q.    Dr. Scolnick, what role did your<br>855:10  desire to have Vioxx be the first drug to market<br>855:11  play in your decisions about safety?<br>855:12    A.    Despite the fact we wanted to be<br>855:13  first, we wanted to be sure what the dosing was<br>855:14  because of the issues of hypertension and edema, and<br>855:15  we wanted to prove unambiguously the improved safety<br>855:16  profile by endoscopy before we went to market.<br>855:17  Although it was widely known and in a sense accepted<br>855:18  ahead of time that COX-2 inhibitors would be safer<br>855:19  for the stomach, we wanted the proof that we could<br>855:20  get by the endoscopy studies.  So, we took the time<br>855:21  to very, very carefully do that so that we could<br>855:22  document that as part of the initial submission for<br>855:23  the drug. | | |
| 856:2-856:11<br><br>856: 2    Q.    Which drug came to market first,<br>856: 3  Celebrex or Vioxx?<br>856: 4    A.    Celebrex came to market first.<br>856: 5    Q.    Why is that?<br>856: 6    A.    I don't know the details of why it<br>856: 7  came to market first.  I always felt that it was<br>856: 8  because we had spent the time on these extensive GI<br>856: 9  safety studies and other studies that I described to<br>856:10  you in order to have really meticulous clinical<br>856:11  data. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 856:23-858:16<br><br>856:23  Q.    Can you please tell us what was your<br>856:24  view about patient safety as president of Merck<br>856:25  Research Labs?<br><br>857<br>857: 1  A.    My view on patient safety was well<br>857: 2  known to every scientist in the laboratory,<br>857: 3  repeatedly told people that patient safety came<br>857: 4  first, that if we had a drug that was ready to go<br>857: 5  into the clinic and undergoing animal safety testing<br>857: 6  or was in the clinic already and had gone through<br>857: 7  stages of animal safety testing, that if any serious<br>857: 8  event occurred in animals or in people in such a<br>857: 9  program, that I wanted to be the first or among the<br>857:10  very first who would know about that so that I could<br>857:11  participate in the decision of potentially stopping<br>857:12  such a program.<br>857:13      Q.    How did your view about patient<br>857:14  safety influence your management style?<br>857:15      A.    I was very demanding on that point to<br>857:16  people. I was a perfectionist in that regard.  I<br>857:17  often reiterated that.  I wanted people to present<br>857:18  all of the data that they had whenever a safety<br>857:19  issue came up, analyze it in every which way, and I<br>857:20  constantly would go back over it even after first<br>857:21  presentations to make sure that whatever had been<br>857:22  said and whatever had been presented was accurate<br>857:23  and was there more that we could do to reassure<br>857:24  ourselves.<br>857:25      Q.    As the president of Merck Research<br><br>858<br>858: 1  Labs how did you attempt to ensure the integrity of | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 858: 2  the data from Merck studies?<br>858: 3         A.     I tried to ensure the integrity by,<br>858: 4  A, emphasizing that we would not tolerate anything<br>858: 5  but authentic data; and, secondly, by the<br>858: 6  appointments I made to critical positions in<br>858: 7  clinical development.  The people that headed<br>858: 8  clinical research, regulatory affairs and<br>858: 9  biostatistics who were present during most of my<br>858:10  time as president were honest, hard working,<br>858:11  meticulous people who I felt that I could trust<br>858:12  completely to tell me if there was a safety problem<br>858:13  about something in the areas that they were dealing<br>858:14  with, and the same true of the head of safety<br>858:15  assessment at Merck, who reported to me for a number<br>858:16  of years while I was president of MRL. | | |
| ████████████████████<br>████████████████████<br>██████████<br>█████████<br>███████████████<br>███████████████████<br>████████████████████<br>████████████████████<br>███████████████<br><br>███████████████<br>██████████████████<br>███████████████████<br>██████████████████<br>███████████<br>████████████████<br>████████████████<br>██████████████████<br>███████████████ | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| [redacted] | | |
| 860:7-860:14<br><br>860: 7  Q.      Did you encourage scientific debate<br>860: 8  within Merck?<br>860: 9      A.      I demanded it.  I had no tolerance<br>860:10  for people who didn't understand their data, hadn't<br>860:11  analyzed their data, and couldn't discuss the pros<br>860:12  and cons of projects that they were in charge of,<br>860:13  the good things, the bad things, what the issues<br>860:14  were.  I actually demanded that from everybody. | | |
| 860:17-860:22<br><br>860:17    Q.  Dr. Scolnick, did you ever make any<br>860:18  decisions as president of Merck Research Labs to<br>860:19  stop the development of a drug?<br>860:20      A.      Yes, of course.<br>860:21  Q.      What kinds of considerations were in<br>860:22  play in those decisions? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 860:24-863:6 | | |

860:24  THE WITNESS: Sometimes programs were
860:25  stopped due to lack of efficacy of the compound at

861
861: 1  the clinic that didn't work, and often they were
861: 2  stopped because of safety problems that arose either
861: 3  in animals on a promising drug or occasionally in
861: 4  trials in humans.
861: 5  BY MR. RABER:
861: 6     Q.    Can you give us any examples of a
861: 7  situation where you terminated the development of a
861: 8  drug over safety concerns?
861: 9     A.    Yes.  I can give you several examples
861:10  of that.
861:11     One of the most painful ones was a
861:12  precursor to Singulair, a compound for the treatment
861:13  for asthma, that almost got as far as a Phase III
861:14  study in humans.  The drug was working well, and a
861:15  very small number or percentage of patients
861:16  developed abnormalities of liver function, and we
861:17  terminated the program because we recognized there
861:18  was a signal in people and that we didn't want that
861:19  risk.
861:20     We stopped the development of a
861:21  special dosage form of Zocor, which was our
861:22  cholesterol-lowering drug in competition with
861:23 atorvastatin, and we were trying to develop a
861:24  special formulation for a higher dose of Zocor and
861:25  found in humans, despite the excitement about this

862
862: 1  dosage form, that it caused side effects in people,
862: 2  and we immediately stopped the program.  People, in
862: 3  fact, who were in charge of the program, knowing
862: 4  that I would want to know, actually called me in
862: 5  England to tell me about this and to tell me they
862: 6  were stopping the program, they thought it was so
862: 7  important, and they knew I would want to know about
862: 8  it.
862: 9     We stopped development in the late
862:10  '90s of a very, very promising compound in the
862:11  psychiatric area that would have been a dramatic
862:12  improvement over a class of drugs called
862:13  benzodiazepines, which are used to treat anxiety

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 862:14   problems and psychosis in humans.  This drug was<br>862:15   much more selective for the receptors in that<br>862:16   pharmacology field.  It produced all the benefits<br>862:17   and lacked most of the significant deficits and<br>862:18   problems associated with those drugs, and it was<br>862:19   very painful in that it was just a whisper of<br>862:20   potential for this drug to alter the structure of<br>862:21   DNA, to be a mutagen, and I decided it was not worth<br>862:22   that risk because the data was real, although the<br>862:23   evidence was slight, and we stopped the development<br>862:24   of that drug.  And there are two or three examples.<br>862:25      Q.     Why did you stop the development of<br>863: 00863<br>863: 1   those drugs when the safety was called into<br>863: 2   question? | | |
| 862:21   DNA, to be a mutagen, and I decided it was not worth<br>862:22   that risk because the data was real, although the<br>862:23   evidence was slight, and we stopped the development<br>862:24   of that drug.  And there are two or three examples.<br>862:25   Q.     Why did you stop the development of<br><br>863<br>863: 1   those drugs when the safety was called into<br>863: 2   question?<br>863: 3      A.  Because I looked at myself first as a<br>863: 4   physician in my position, and I always wanted to<br>863: 5   look out for the patient safety as well as the way<br>863: 6   our drugs worked and benefited patients. | | |



| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|



| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ███████████████████ ███████████████████ ███████████████████████ █████████████ | | |
| 876:16-878:3<br><br>876:16  Q.      Dr. Scolnick, are you familiar with<br>876:17  something called an FDA Advisory Committee?<br>876:18        A.      Yes.<br>876:19  Q.  What is an FDA Advisory Committee?<br>876:20        A.      An FDA Advisory Committee is a group<br>876:21 of outside scientists with various disciplines<br>876:22  convened solely by the FDA, composition determined<br>876:23  solely by the FDA, that they call upon to review<br>876:24  many new drug applications that come to them,<br>876:25  especially on any new drug that would have a new<br><br>877<br>877: 1  mechanism of action, and it's a province of the FDA.<br>877: 2  It's been there for a very, very long period of<br>877: 3  time.<br>877: 4  Q.  Was there an FDA Advisory Committee<br>877: 5  meeting that occurred relating to the approval of<br>877: 6  Vioxx?<br>877: 7        A.      Yes, definitely.<br>877: 8 Q.      Was that meeting open to the public?<br>877: 9        A.      Oh, yes.<br>877:10        Q.      Can you tell us generally what<br>877:11  occurred at that meeting?<br>877:12  A.      Yes.  What occurs at that meeting is<br>877:13  the same that occurs at all meetings of the Advisory<br>877:14  Committee.  The sponsor submits a background package<br>877:15  to the FDA that they give to the Advisory Committee.<br>877:16  The FDA prepares its own review of the application<br>877:17  which it gives to the committee ahead of time.  The<br>877:18  sponsor then comes and makes a presentation on the | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 877:19  data, quizzed for as long and as extensively as the<br>877:20  Advisory Committee wants on any question about the<br>877:21  data.  Has to answer it.  The FDA presents their<br>877:22  interpretation of the data, their analysis of the<br>877:23  data.  Again, the committee gets a chance to answer<br>877:24  questions, ask questions, get them answered.  This<br>877:25  goes on for several hours, and then eventually the<br><br>878<br>878: 1  committee is asked to vote on questions that the FDA<br>878: 2  gives them that relate to the safety, efficacy and<br>878: 3  approvability of the drug. | | |
| 878:7-878:12<br><br>878: 7       Q.      The process that you've just<br>878: 8  described, did that occur with respect to Vioxx<br>878: 9  before Vioxx was approved?<br>878:10       A.      Oh, yes.<br>878:11       Q.      I would like to show you a document<br>878:12  that we'll mark as Exhibit 102. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 878:21-879:24<br><br>878:21     Q.     Dr. Scolnick, can you identify<br>878:22  Exhibit 102, please?<br>878:23     A.     Yes.  It's a letter to Dr. Robert<br>878:24  Silverman, who was a senior director in the Merck<br>878:25  Research Lab, regulatory affairs department.  It is<br><br>879<br>879: 1  a letter that comes to him from Dr. Robert DeLap,<br>879: 2  M.D., Ph.D., who is director of drug evaluation at<br>879: 3  the FDA, and it relates to the new drug application<br>879: 4  of Vioxx.<br>879: 5     Q.     Dr. Scolnick, what is the date of<br>879: 6  this letter from the FDA?<br>879: 7     A.     I believe it's May 20, 1999.<br>879: 8  Q.    Sir, I would like you to take a look,<br>879: 9  if you would, at the first page of Exhibit 102, and<br>879:10  I'm going to ask you, if you would, please, to read<br>879:11  out loud the fourth paragraph of this letter.<br>879:12     A.     The one that begins "We have"?<br>879:13     Q.     Yes.<br>879:14     A.     The paragraph says, "We have<br>879:15  completed the review of this application, as<br>879:16  amended, and have concluded that adequate<br>879:17  information has been presented to demonstrate that<br>879:18  the drug product is safe and effective for use as<br>879:19  recommended in the enclosed labeling text.<br>879:20  Accordingly, the application is approved effective<br>879:21  on the date of this letter."<br>879:22     Q.     Is this letter what is known as the<br>879:23  approval letter for Vioxx?<br>879:24     A.     Yes, I believe so. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
|  |  |  |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ████████████████████<br>████████████████████<br>██████████████████████<br>██████████████████████<br>██████████████████████<br><br>████████████████████████<br>██████████████████████████<br>███████████████████████<br>██████████████████████████<br>██████████████<br>█████████████████<br>██████████████████████████<br>███████████████████████<br>████████████████<br>███████████████████████<br>██████████████████████<br>███████████████████████<br>██████████████ | | |
| 885:25-886:6<br><br>885:25          Did there come a point in time when<br><br>886<br>886: 1   you saw the results from the VIGOR study?<br>886: 2      A.     Yes.<br>886: 3      Q.     When did that occur?<br>886: 4      A.     March 9, 2000.<br>886: 5      Q.     Were you among the first people at<br>886: 6   Merck to see those results? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 886:9-886:16<br><br>886: 9          THE WITNESS:  I think I was shown the<br>886:10  data or sent the data after the project team<br>886:11  initially saw it and analyzed it, so, in that sense,<br>886:12  I was among the first, but I was not in the very<br>886:13  first group.<br>886:14  BY MR. RABER:<br>886:15          Q.     What was your initial reaction to the<br>886:16  VIGOR results? | | |
| 886:19-887:4<br><br>886:19          THE WITNESS:  I was extremely pleased<br>886:20  at the GI outcomes which were much better for Vioxx<br>886:21  than naproxen, even the 50 milligrams of Vioxx, and<br>886:22  I was stunned and surprised at the cardiovascular<br>886:23  differences seen in the trial between naproxen and<br>886:24  Vioxx.  I did not expect to see such a result.<br>886:25  BY MR. RABER:<br><br>887<br>887: 1          Q.     Did you ever put down that initial<br>887: 2  reaction in writing?<br>887: 3          A.     Yes, I did.  I sent an e-mail to some<br>887: 4  members of the project team stating that. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 887:19-889:9 | | |

887:19     Q.     Dr. Scolnick, is Exhibit 14 in front
887:20   of you, the e-mail that you just referred to?
887:21     A.     Yes, it is.
887:22     Q.     In your e-mail you write:  "To all:
887:23   I just received and went through the data.  Thank
887:24   you for sending it to me.  There is no doubt about
887:25   the pub data.  Very very strong.  As expected."  Do

888
888: 1   you see that?
888: 2     A.     Yes, I do.
888: 3     Q.     What is the "pub data"?
888: 4     A.     PUB is shorthand for perforations,
888: 5   ulcers and bleeds.  Those were the serious side
888: 6   effects of prior nonsteroidals that everyone wanted
888: 7   to know about.
888: 8     Q.     When you say "Very very strong.  As
888: 9   expected," what were you referring to?
888:10     A.     I was referring to the fact that the
888:11   first look at the data, there seemed to be a
888:12   dramatic increase in the number of those compared to
888:13   naproxen in the study.
888:14     Q.     You go on to say:  "General safety is
888:15   better than could hope for in this patient
888:16   population.  Incidences of hypertension, renal
888:17   anything, edema, liver, all great - all very safe.
888:18   Very, very safe."  Do you see that?
888:19     A.     Yes, I do.
888:20     Q.     When you are talking about "better
888:21   than could hope for in this patient population,"
888:22   what does that refer to?
888:23     A.     These patients were patients who had
888:24   rheumatoid arthritis, a very serious illness.  Many
888:25   of them would be on steroids in addition to whatever

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 889<br>889: 1   nonsteroidal anti-inflammatories, some other<br>889: 2   medications also, and a somewhat fragile patient<br>889: 3   population in that regard.  Therefore, whenever one<br>889: 4   tests any kind of drug in a patient population<br>889: 5   that's sick to begin with, as these patients were,<br>889: 6   one worries that one might see side effects that<br>889: 7   would show up in an unexpected way, and those were<br>889: 8   not seen and not detected in the trial, and I was<br>889: 9   very pleased about that. | | |
| 889:18-890:11<br><br>889:18        Q.      Dr. Scolnick, you then go to say,<br>889:19   "The CV events are clearly there."  Do you see that?<br>889:20        A.      Yes, I do.<br>889:21        Q.      What does that refer to?<br>889:22        A.      What I was referring to was the<br>889:23   reports of the cardiovascular events in the two arms<br>889:24   of the trial and that the two curves were different,<br>889:25   the incidence of curves were clearly<br><br>890<br>890: 1   distinguishable.<br>890: 2        Q.      There was a difference in the number<br>890: 3   of CV events between the Vioxx group and the<br>890: 4   naproxen group.  Is that what you're saying?<br>890: 5        A.      Yes, that's exactly what I'm saying.<br>890: 6        Q.      Further down you say, "it is<br>890: 7   mechanism based as we worried it was."  Do you see<br>890: 8   that?<br>890: 9        A.      Yes, I do.<br>890:10        Q.       What does it mean when you say "it is<br>890:11   mechanism based"?  What were you referring to? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 890:14-894:13 | | |

890:14          THE WITNESS:  Well, as part of my
890:15  initial reaction, as I've described many times, I
890:16  hadn't expected these results, and my very first
890:17  reaction was that Vioxx had elevated the rate as
890:18  opposed to naproxen lowering the rate, and my
890:19  connection was to the prostacyclin hypothesis, which
890:20  was my set of first thoughts when I saw the data.
890:21  That's what I was talking about, since COX-2
890:22  inhibitors had been shown to lower prostacyclin in
890:23  the urine.
890:24  BY MR. RABER:
890:25      Q.    You go on to say at the end of this

891
891: 1  e-mail "We have a great drug" and you say "The class
891: 2  will do well."  Do you see those references?
891: 3      A.    Yes, I do.
891: 4      Q.    What did you mean by that?
891: 5      A.    Well, that even if these results were
891: 6  caused by Vioxx as opposed to not being caused by
891: 7  Vioxx, the incidence was low, we could change the
891: 8  label to reflect the results, the drug still had a
891: 9  significant benefit to patients, and people and we
891:10  would learn how to use it safely in people and still
891:11  produce the benefit with an articulation of what
891:12  could have been a known risk at that point -- what I
891:13  thought was a known risk at that point.
891:14      Q.    Dr. Scolnick, did there come a time
891:15  when members of the Vioxx team informed you that
891:16  there might be another explanation for the
891:17  difference in the CV events between Vioxx and
891:18  naproxen?
891:19      A.    Yes.  Subsequently to this, and I

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 891:20  don't recall whether it was this evening or the next<br>891:21  day, members of the team told me they, in fact,<br>891:22  thought there was a very plausible and more likely<br>891:23  explanation for the differences in the event rates<br>891:24  in the two arms of the trial.<br>891:25      Q.    What did you instruct the Vioxx team<br><br>892<br>892: 1  members to do at that point?<br>892: 2      A.    Well, they told me that because<br>892: 3  naproxen was at this dose twice a day, 500<br>892: 4  milligrams twice a day, had potent anti-platelet<br>892: 5  activity, that the more plausible explanation was<br>892: 6  that naproxen had actually lowered the CV event rate<br>892: 7  in the trial.  So, I said to them, well, that sounds<br>892: 8  good, but what other evidence is there to support<br>892: 9  that?  So, let's look back at all of our clinical<br>892:10  trial data and see if there's any other evidence for<br>892:11  that, and what other evidence can you find that<br>892:12  naproxen or drugs like naproxen couldn't be<br>892:13  cardioprotective.<br>892:14      Q.    Did the Vioxx team present you with<br>892:15  any evidence of naproxen's ability to inhibit<br>892:16  platelets the way that they had described?<br>892:17      A.    Yes.  They told me about it and I<br>892:18  believe showed me a graph which showed that naproxen<br>892:19  500 milligrams twice a day was potent, had a potent<br>892:20  anti-platelet effect throughout the day and compared<br>892:21  that to ibuprofen and diclofenac, two other members<br>892:22  of the class which did not in their usual dosage<br>892:23  regimens have that kind of effect, and, therefore,<br>892:24  naproxen was unique as a prototypical<br>892:25  anti-inflammatory drug. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 893<br>893: 1      Q.      That data about naproxen that you<br>893: 2   were shown, was that data that had been obtained in<br>893: 3   a Merck-related study?<br>893: 4      A.      The biochemistry data I'm talking<br>893: 5   about in people, I think, was in a Merck study, yes,<br>893: 6   clinical pharmacology study.<br>893: 7      Q.      That data, were you aware of that<br>893: 8   data when you wrote your e-mail on March 9, 2000?<br>893: 9      A.      No. I had not been aware of it.  I<br>893:10   was very surprised at this data and had not heard<br>893:11   about the naproxen effect before they told me about<br>893:12   it.<br>893:13      Q.      In your words, what did that data<br>893:14   about naproxen suggest to you at that point?<br>893:15      A.      Well, at that point, my thinking, I<br>893:16   thought, well, they have a plausible hypothesis<br>893:17   here.  This is certainly -- based on the<br>893:18   anti-platelet activity, they could be seeing a<br>893:19   naproxen-protective effect.  I wanted them to look<br>893:20   at all our other clinical trial data again and was<br>893:21   really struggling with trying to find a way to get<br>893:22   more placebo-controlled data.  Because in this<br>893:23   trial, what we had from our database at that point<br>893:24   was, on the one hand we had Vioxx versus all the<br>893:25   nonsteroidals which had been tested in our trials,<br>894: 00894<br>894: 1   Phase IIb/III trials and extensions where we had<br>894: 2   seen no difference in cardiovascular event rates.<br>894: 3   Then now we had a trial where at 50 milligrams of<br>894: 4   Vioxx versus naproxen we had a difference, and those<br>894: 5   were two different databases, neither of which had a<br>894: 6   placebo against it.  So, their interpretation based<br>894: 7   on the anti-platelet activity was naproxen had<br>894: 8   lowered the heart attack rate consistent with the<br>894: 9   fact that it was different biochemically from other<br>894:10   nonsteroidals and Vioxx was not different from them<br>894:11   in CV events.  I said the tie breaker here has to be<br>894:12   placebo data, and how much placebo data do we have<br>894:13   to see if Vioxx is different from placebo. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 894:16-895:25 | | |

894:16    Q.    Before we get to placebo data, did
894:17  the Vioxx project team provide you with any other
894:18  biochemical or pharmacological information that
894:19  suggested a drug like naproxen could inhibit
894:20  platelets like aspirin?
894:21    A.    Yes.  They actually told me about and
894:22  then subsequently sent me a paper on a drug called
894:23  flurbiprofen, which is a very potent nonsteroidal.
894:24  In the doses given in the trials they cited to me,
894:25  it blocks platelets like naproxen.  It had been

895
895: 1  tested in a very high risk patient population in
895: 2  which patients had their arteries open, something
895: 3  called angioplasty today, and then followed for six
895: 4  months with and without flurbiprofen treatment to
895: 5  see if flurbiprofen lowered the restenosis,
895: 6  reclotting rate of these opened arteries.  And lo
895: 7  and behold, flurbiprofen had a dramatic benefit to
895: 8  those patients that dropped the restenosis rate, the
895: 9  rethrombosis rate dramatically in those patients.
895:10    Subsequently they told me about a
895:11  drug called indobufen which had even more data
895:12  associated with it.  It had two other clinical
895:13  situations.  It had an actual heart bypass graft
895:14  where it blocked the stenosis, subsequent clotting
895:15  of that, and yet another situation, patients who
895:16  have a rhythm disturbance in their atrium which sets
895:17  them up to have clots, called atrial fibrillation,
895:18  and giving those patients indobufen reduced the
895:19  incidence of their thrombotic events.
895:20    So, they had three pieces of
895:21  information with drugs like naproxen, which was very
895:22  strong clinical evidence to support the biochemical
895:23  evidence that we had with naproxen at that point.
895:24    Q.    I would like to show you a document
895:25  that we'll mark as Exhibit 103.

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 896:13-899:11 | | |

896:13     Q.     Dr. Scolnick, can you identify
896:14  Exhibit 103, please?
896:15     A.     Yes.  Exhibit 103 is a paper from the
896:16  European Heart Journal published in 1993.  The title
896:17  of the paper is "Evaluation of flurbiprofen for
896:18  prevention of reinfarction and reocclusion after
896:19  successful thrombolysis or angioplasty in acute
896:20  myocardial infarction."
896:21     Q.     Is this Exhibit 103, the flurbiprofen
896:22  data or paper that you referred to earlier in your
896:23  testimony?
896:24     A.     Yes, it is.
896:25     Q.     Were you aware of the data contained
897: 00897
897: 1  in this paper on flurbiprofen when you wrote your
897: 2  e-mail on March 9, 2000?
897: 3     A.     No, I was not.
897: 4     Q.     Similarly, were you aware of the data
897: 5  regarding the drug indobufen when you wrote your
897: 6  e-mail on March 9, 2000?
897: 7     A.     No, I was not.
897: 8     Q.     You mentioned a few minutes ago
897: 9  something about placebo data.  Can you tell us what
897:10  else you and your team looked at to answer the
897:11  question of whether the difference in the CV rates
897:12  between naproxen and Vioxx was due to naproxen?
897:13     A.     During the discussion of trying to
897:14  figure out a way to look at placebo data, someone, I
897:15  don't recall who, reminded us that we had an ongoing
897:16  trial in patients with Alzheimer's disease.  This
897:17  trial compared placebo to 25 milligrams of Vioxx,
897:18  and I don't recall whether it was a treatment trial
897:19  or a prevention trial, but it was attempting to
897:20  improve the lot, the clinical benefit to patients
897:21  with Alzheimer's.  The reason this trial was ongoing
897:22  was there was a theory, again a hypothesis, that
897:23  such an anti-inflammatory would improve the clinical
897:24  condition or prevent the progression of Alzheimer's
897:25  disease based on literature post hoc epidemiology

898
898: 1  data, but it was only a hypothesis.
898: 2          And it was now regarded that Vioxx
898: 3  was safe enough on the stomach to test this theory
898: 4  in patients with Alzheimer's compared to placebo.

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 898: 4  in patients with Alzheimer's compared to placebo.<br>898: 5  No drug had ever been shown to retard the<br>898: 6  progression of Alzheimer's, so, it was perfectly<br>898: 7  ethical to do the study versus placebo, it was a<br>898: 8  fairly large study.  And the group thought very<br>898: 9  sharply, they figured out that -- there were only<br>898:10  two arms in the trial, treatment arm A and treatment<br>898:11  arm B.  They were blinded, but during any trial,<br>898:12  including this one, we always record immediately in<br>898:13  our database adverse experience reports that come in<br>898:14  during the course of the trial, and, therefore, this<br>898:15  database had potentially in it cardiovascular<br>898:16  adverse experience reports from the Alzheimer's<br>898:17  trial, an old population presumably with some<br>898:18  underlying heart disease.<br>898:19          So, we said, terrific, is there a way<br>898:20  without unblinding the whole trial that we can look<br>898:21  at this safety data, column A and column B.  And it<br>898:22  was clear, made clear by the statistics group to me<br>898:23  that we could do that without compromising the trial<br>898:24  by just aggregating the data under treatment A and<br>898:25  treatment B, and they would enumerate the<br><br>899<br>899: 1  cardiovascular side effects.<br>899: 2          And I said that's just terrific, go<br>899: 3  do it right away.  I want to know the minute you<br>899: 4  know the answer to this.  So, they did all the<br>899: 5  things necessary to do this legally, and they<br>899: 6  enumerated all the data, they called me 48 hours<br>899: 7  later in the evening on a Sunday night and told me<br>899: 8  that there was no difference in the event rates in<br>899: 9  treatment A and treatment B arm.  That was greatly<br>899:10  reassuring.<br>899:11          Q.      Why was that significant to you? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 899:14-900:10<br><br>899:14          THE WITNESS:  That was significant to<br>899:15  me because it was in my mind the critical piece of<br>899:16  information to accept the naproxen hypothesis that<br>899:17  the group had put forward.  We knew naproxen could<br>899:18  be potentially cardioprotective based on all the<br>899:19  data I've talked to you about, but I wanted to see<br>899:20  data versus Vioxx, because if they were right, Vioxx<br>899:21  versus placebo should not have been different.  And<br>899:22  when I was told this data, I was reassured, but I<br>899:23  then asked the statistician who called me, I want to<br>899:24  know not just the grouped data that that you've<br>899:25  given me, I want to know all the categories of<br><br>900<br>900: 1  cardiovascular events in both treatment arms, A and<br>900: 2  B.  And he read me those on the phone and, again,<br>900: 3  they were no different.  And so I was really<br>900: 4  relieved and reassured, and thought, well, they are<br>900: 5  right, I was wrong, and the naproxen hypothesis is<br>900: 6  the explanation for this.<br>900: 7  BY MR. RABER:<br>900: 8          Q.     Did Merck do anything to look at the<br>900: 9  osteoarthritis data that it was continuing to<br>900:10   collect at that point? | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 900:12-901:1<br><br>900:12　　　　THE WITNESS:  Yes.  We continually<br>900:13　looked at that data, as more and more patients<br>900:14　accrued from different trials, updated it, did large<br>900:15　meta-analyses of the trials comparing Vioxx to the<br>900:16　other comparators, continually looking to see if<br>900:17　there was a signal, and there was no signal.<br>900:18　　Q.　All right.<br>900:19　　　　Dr. Scolnick, then after you<br>900:20　considered the data about naproxen, after you<br>900:21　considered the data about flurbiprofen and the data<br>900:22　about indobufen and the data from the Alzheimer's<br>900:23　trials comparing Vioxx with placebo, what did you<br>900:24　conclude was the best explanation for the<br>900:25　differences in CV events that occurred in the VIGOR<br><br>901<br>901: 1　study? |  |  |
| 901:3-901:6<br><br>901: 3　　　　THE WITNESS:  I concluded the team<br>901: 4　had been right and I had been wrong, that the<br>901: 5　naproxen arm was lower than the Vioxx arm because<br>901: 6　naproxen had been cardioprotective. |  |  |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |
| | 903:24-903:13 [801,802] | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| ███████████████████████<br>███████████████<br>████████████████████<br>████████████████████████████<br>█████████████<br>███████████████████████<br>████████████████████ | | |
| 905:1-907:16<br><br>905: 1       Can you identify the e-mail that<br>905: 2 appears towards the bottom of this exhibit?<br>905: 3     A.    Yes, I can. It's an e-mail from<br>905: 4 myself on February 8th to Douglas Greene, Alise<br>905: 5 Reicin, Alan Nies, Harry Guess, Deborah Shapiro and<br>905: 6 Thomas Simon, and the subject is "Today."<br>905: 7     Q.    Doctor, your e-mail reads "To ALL."<br>905: 8 Well, let me back up. What was the context of your<br>905: 9 sending this e-mail to those individuals on this<br>905:10 day?<br>905:11     A.     The context was to congratulate them<br>905:12 for the wonderful job they had done in presenting<br>905:13 the data to the committee, answering all the<br>905:14 questions in great detail, being prepared for the<br>905:15 details that the Advisory Committee wanted on<br>905:16 additional questions, and I thought they had just<br>905:17 done a fantastic job, and I wanted to encourage them<br>905:18 and tell them what a great job it was.<br>905:19     Q.    Your E-mail reads: "To ALL. I bit<br>905:20 my nails all day. You all were FANTASTIC. You made<br>905:21 them look like grade d high school students and you<br>905:22 won big huge and completely. You should be proud<br>905:23 happy and exhausted. Enjoy and bask in the warmth<br>905:24 of having done an impossible job superbly/Ed." Do<br>905:25 you see that?<br><br>906<br>906: 1     A.    Yes, I do.<br>906: 2     Q.    Can you explain to us your reference<br>906: 3 there to making someone look like grade D high<br>906: 4 school students?<br>906: 5     A.    Yes. I was trying to praise the team | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| 906: 5      A.      Yes.  I was trying to praise the team<br>906: 6   in a way that was simply an analogy to something<br>906: 7   that had that happened several years ago during our<br>906: 8   Crixivan NDA review.<br>906: 9      Q.      What had happened there?<br>906:10      A.      When we presented Crixivan at a<br>906:11   comparable FDA Advisory Committee meeting, and I<br>906:12   don't recall the exact year this was, it was in the<br>906:13   earlier '90s, we had come -- it was a two-day<br>906:14   meeting on protease inhibitors.  Another sponsor had<br>906:15   presented theirs on the first day, and we were<br>906:16   presenting on the second day.  Our presentation was<br>906:17   finished by the physician who made it, and when he<br>906:18   finished, the first hand up from the Advisory<br>906:19   Committee was from someone on the committee who said<br>906:20   to our presenter, that was fantastic.  You made them<br>906:21   look like grade D high school students.  And that<br>906:22   was all I was referring to here.  It was a laudatory<br>906:23   comment by a member of this past Advisory Committee,<br>906:24   and I was sort of reminding them of that comment in<br>906:25   a kind of jovial way when I was so proud of them for<br><br>907<br>907: 1   what they had done.<br>907: 2      Q.      You refer later on in this e-mail to<br>907: 3   your team "having done an impossible job superbly."<br>907: 4   Do you see that?<br>907: 5      A.      Yes, I do.<br>907: 6      Q.      What's the "impossible job" that<br>907: 7   you're referring to?<br>907: 8      A.      Well, I thought that having a public<br>907: 9   discussion about cardiovascular events was a very<br>907:10   difficult subject to handle and that they did it in<br>907:11   an unemotional way where it was carried out in a<br>907:12   completely rational discussion with full disclosure<br>907:13   of all the data without anyone becoming emotional<br>907:14   about it either on our side or the committee side,<br>907:15   so that all the data could be considered rationally,<br>907:16   and a most rational decision could be made. | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |

| PLAINTIFF'S AFFIRMATIVE DESIGNATIONS & DEFENDANT'S COUNTER DESIGNATIONS | ALL OBJECTIONS | COURT RULING |
|---|---|---|
| | | |
| | | |
| | | |