la ag v merck

Deposition Designations for Reicin_A_20050302, Reicin_A_20050323, Reicin_A_20050527, Reicin_A_20050819, Reicin_A_20060920, Rei

|  | Objections In | Responses In |
|---|---|---|

**12:22 - 12:25  Reicin, Alice 2005-03-02**  0:01
12 22    ALISE REICIN, M.D.,
12 23    after having been first duly
12 24    sworn, was examined and testified
12 25    as follows:

**29:3 - 29:10  Reicin, Alice 2005-03-02**  0:31
29 3    Q: Is the drug safe today? Is the drug
29 4    safe for use today?
29 5    A: I think that the risk/benefit of the
29 6    drug needs to be taken into account for each
29 7    patient. The way in which it's used needs to be
29 8    considered. I do think that there are patients who
29 9    would get more benefit than risk from the drug
29 10    today.

**30:11 - 30:25  Reicin, Alice 2005-03-02**  0:36
30 11    risk from the drug today. First of all, is the drug
30 12    being used today?
30 13    A: The drug is off the market. I can't
30 14    tell you whether there are patients who have kept
30 15    some of their Vioxx and are continuing to use it.
30 16    Q: Well, you advise people, as Merck,
30 17    advise people not to use the drug, if they had in it
30 18    their medicine cabinets, that you give them a
30 19    refund?
30 20    A: That is my understanding, that they
30 21    were told to send it back to the company.
30 22    Q: Right. So anyone who is using the
30 23    drug today is using the drug against the advice of
30 24    Merck, correct?
30 25    A: I guess you could put it that way.

**34:19 - 35:2  Reicin, Alice 2005-03-02**  0:25
34 19    Q: The APPROVe study demonstrated to you
34 20    and to Merck, both to you personally and to Merck,
34 21    there was an increased risk of myocardial
34 22    infarctions on long-term use of the drug, correct,
34 23    at 25 milligrams?
34 24    A: The APPROVe study certainly suggested
34 25    that prolonged continuous use of Vioxx 25 milligrams
35 1    could increase the risk of patients having a heart
35 2    attack and stroke.

**35:10 - 35:21  Reicin, Alice 2005-03-02**  0:34
35 10    Q: You decided to voluntarily remove the
35 11    drug for all people, Americans and people worldwide,
35 12    correct?
35 13    A: We felt we could have left the drug
35 14    on the market and changed the label, with a label
35 15    change. But at that point in time, the only drug
35 16    that was associated with the potential increase in
35 17    serious cardiovascular events, such as heart attack,
35 18    was Vioxx. And we didn't know about traditional
35 19    NSAIDs. We didn't know about other COX-2 selective
35 20    inhibitors, such as Celebrex, because they didn't

Re: [35:10-35:21]
Pltf Obj Nonresponsive

*overrvld*

| | | | Objections In | Responses In |
|---|---|---|---|---|

35 21   have similar data at that time.

**36:21 - 37:10** Reicin, Alice 2005-03-02   0:37
36 21   Q: No. I just asked you the next
36 22   question.
36 23   A: I said the data was not available on
36 24   Celebrex – Celebrex or traditional NSAIDs, not
36 25   Vioxx.
37 1   Therefore, we had Vioxx, which we had
37 2   studied extensively, probably more extensively than
37 3   any of the other similar drugs that were on the
37 4   market. We saw a potential risk. We didn't know if
37 5   it was limited to Vioxx or to the other drugs.
37 6   At that period of time we said,
37 7   alternative therapies are available, and, therefore,
37 8   it's in the best interest for patients for us to be
37 9   the most conservative and to voluntarily remove the
37 10   drug from the market.

Re: [36:21-37:10]
Pltf Obj Nonresponsive

**37:11 - 37:16** Reicin, Alice 2005-03-02   0:17
37 11   Q: You would -- my point was, and I have
37 12   many points to try to establish with you today, my
37 13   point was that you removed the drug from the market
37 14   not just for long-term users, correct?
37 15   A: We decided to remove the drug from
37 16   the market, the entire drug from the market.

**37:17 - 38:10** Reicin, Alice 2005-03-02   0:35
37 17   Q: That's all I'm trying to establish
37 18   with you.
37 19   A: And we did.
37 20   Q: Nothing more.
37 21   A: We took the most conservative route
37 22   in the interest of patient safety.
37 23   Q: Did you have any information, in your
37 24   mind, that the drug was unsafe for people who were
37 25   not long-term users?
38 1   A: Our data did not suggest that.
38 2   Q: None of your data suggested that?
38 3   A: Our data suggested that it was
38 4   continuous prolonged use.
38 5   Q: And only continuous prolonged use; is
38 6   that your testimony?
38 7   A: The APPROVe data, which was our
38 8   long-term placebo-control data, as well as our
38 9   Alzheimer's data, suggested that the risk was not
38 10   evident over the first 18 months.

Re: [37:17-38:10]
Pltf Obj 37:21-2 non-responsive,

**45:18 - 46:4** Reicin, Alice 2005-03-02   0:38
45 18   Q: So if you were asked the question,
45 19   Vioxx causes heart attacks in certain patients under
45 20   certain circumstances, what would be your answer?
45 21   A: I would say that it -- it potentially
45 22   can increase the risk of having a heart attack.
45 23   Q: As you currently understand it, Dr.
45 24   Reicin, does Vioxx increase the risk of causing
45 25   strokes, as you, Dr. Reicin, sitting here today,
46 1   understand it?
46 2   A: I think the data is a little less
46 3   clear there; but based on APPROVe, it appeared to
46 4   increase the risk of having a stroke.

**72:13 - 72:17** Reicin, Alice 2005-03-02   0:09

| | Objections In | Responses In |
|---|---|---|

72 13    you go by Alise Reicin, spelled A-L-I-S-E; is that
72 14    correct?
72 15    A:  Correct.
72 16    Q:  R-E-I-C-I-N?
72 17    A:  Correct.

**73:15  -  73:17  Reicin, Alice 2005-03-02**                                  0:14
73 15    You have been at Merck since 1996; is
73 16    that correct?
73 17    A:  That is correct.

**74:23  -  75:4  Reicin, Alice 2005-03-02**                                   0:14
74 23    Q:  And many of what you consider to be
74 24    your accomplishments at Merck are related to the
74 25    drug Vioxx, correct?
75  1    A:  As we talked about, a lot of what
75  2    I've done at Merck has been related to Vioxx. But
75  3    I've worked on Singulair and many other drugs as
75  4    well.

**75:24  -  76:3  Reicin, Alice 2005-03-02**                                   0:17
75 24    Q:  You are trained as an internist and
75 25    then an infectious disease doctor, correct?
76  1    A:  That's correct. I completed an
76  2    internship and residency in internal medicine, and
76  3    then did a subspecialty in infectious diseases.

**78:23  -  79:23  Reicin, Alice 2005-03-02**                                  1:08
78 23    Q:  So here it goes. Up through the time
78 24    of the completion of your fellowship, were you
78 25    involved in any -- the design or the implementation
79  1    of any clinical studies?
79  2    A:  I don't believe so during my
79  3    fellowship.
79  4    Q:  Okay. That takes us through 1993.
79  5    A:  Correct.
79  6    Q:  You finished your fellowship in 1993.
79  7    I assume it would be in the summer of that year?
79  8    A:  That's correct.
79  9    Q:  All right. So through mid-1993, we
79 10    now know that fact.
79 11    When did you come to Merck?
79 12    A:  In 1996.
79 13    Q:  When in 1996?
79 14    A:  I believe in February.
79 15    Q:  You would have finished your
79 16    fellowship June or July of '93?
79 17    A:  That is correct.
79 18    Q:  So we now have roughly two and a half
79 19    years that you were outside of your training before
79 20    you came to the Merck company, correct?
79 21    A:  I was an attending. I was on staff
79 22    at the hospital and an assistant professor at
79 23    Columbia University.

**80:21  -  80:25  Reicin, Alice 2005-03-02**                                  0:07
80 21    Q:  And 70 percent of your time was
80 22    devoted to research?
80 23    A:  That's correct.
80 24    Q:  What type of research?
80 25    A:  I was doing AIDS research.

**81:18  -  81:21  Reicin, Alice 2005-03-02**                                  0:08

04/18/10 17:56

| | | Objections In | Responses In |
|---|---|---|---|

81 18 So can I have an answer to my
81 19 question? Were you involved in clinical trials or
81 20 were you involved in laboratory tests at that time?
81 21 A: I did both.

81:22 - 82:4 Reicin, Alice 2005-03-02    0:33
81 22 Q: Now, clinical trials, in the period
81 23 from February -- June of '93, or roughly June or
81 24 July of '93, through February of '96, what clinical
81 25 trials were you involved in, other than the
82 1 antifungal drug study that you mentioned?
82 2 A: And that was -- if I remember
82 3 correctly, I believe that was the only one that I
82 4 had direct involvement in.

85:16 - 85:19 Reicin, Alice 2005-03-02    0:05
85 16 Q: Well, when did you first start work
85 17 on Vioxx?
85 18 A: Probably a year, year and a half
85 19 after I got to Merck.

87:6 - 87:12 Reicin, Alice 2005-03-02    0:17
87 6 When you came to Merck, you had
87 7 involvement with a handful of patients in an
87 8 anti-drug -- antifungal drug study involving
87 9 infectious disease patients? That was the extent of
87 10 your clinical trial experience, correct?
87 11 A: My hands-on clinical trial
87 12 experience, I think that's correct.

87:21 - 87:24 Reicin, Alice 2005-03-02    0:08
87 21 Q: All your publications, prior to 1999,
87 22 are in basic science, not in clinical trials,
87 23 correct?
87 24 A: That is true.

88:6 - 88:7 Reicin, Alice 2005-03-02    0:03
88 6 Q: You're not a cardiologist, correct?
88 7 A: I am not a cardiologist.

88:8 - 88:15 Reicin, Alice 2005-03-02    0:18
88 8 Q: If you have a problem relating to
88 9 cardiology, you will seek the advice of a
88 10 cardiologist, correct?
88 11 A: Not always. Many general internists
88 12 take care of common cardiology problems.
88 13 Q: Okay. Did you, as a -- at Columbia
88 14 Presbyterian, take care of cardiac patients?
88 15 A: I certainly did.

88:16 - 88:19 Reicin, Alice 2005-03-02    0:07
88 16 Q: Okay. Epidemiology, do you have
88 17 training in epidemiology?
88 18 A: I do not have training in
88 19 epidemiology.

89:2 - 89:13 Reicin, Alice 2005-03-02    0:22
89 2 Q: You're not a gastroenterologist
89 3 either?
89 4 A: I'm not a gastroenterologist, but, of
89 5 course, have taken care of patients who have had
89 6 gastrointestinal problems.
89 7 Q: Yes. But you are not a specialist of

|  | Objections In | Responses In |
|---|---|---|

89   8    gastroenterology, nor do you hold yourself out as
89   9    one; correct?
89  10    A: That is correct.
89  11    Q: You're not a clinical pharmacologist,
89  12    correct?
89  13    A: That is correct.

**89:17  -  89:25  Reicin, Alice 2005-03-02**                        0:16
89  17    Q: You're not a rheumatologist either,
89  18    correct?
89  19    A: I am not a board specified
89  20    rheumatologist, but I've spent close to eight years
89  21    doing research in the field.
89  22    Q: Eight years of research in the field?
89  23    A: Of rheumatology.
89  24    Q: When you were at Merck or beforehand?
89  25    A: At Merck.

**90:2  -  90:4  Reicin, Alice 2005-03-02**                          0:10
90   2    That -- that is in relationship,
90   3    largely, to the Vioxx product, correct?
90   4    A: Vioxx and other products.

**92:7  -  92:9  Reicin, Alice 2005-03-02**                          0:04
92   7    Q: And you're not -- you don't hold
92   8    yourself out as an allergist/immunologist, correct?
92   9    A: No, I do not.

**92:12  -  92:18  Reicin, Alice 2005-03-02**                        0:16
92  12    Q: Now, you came to Merck and were given
92  13    a title. The title was associate director of
92  14    pulmonology/immunology, correct?
92  15    A: Correct.
92  16    Q: Now, you're not a pulmonologist and
92  17    you're not an immunologist. We've established that,
92  18    correct?

**92:20  -  94:5  Reicin, Alice 2005-03-02**                         1:38
92  20    Q: How did you get the title of
92  21    associate director of a field in which you're not --
92  22    in which you're not a trained specialist?
92  23    A: I am -- first of all, an associate
92  24    director is one of the -- that's an entry level
92  25    position. And I am a general internist.
93   1    And the first study they gave me to
93   2    work on was asthma -- was an asthma-related study.
93   3    I certainly had taken care of patients with asthma.
93   4    The way Merck hires people is they
93   5    look for people who have medical background, medical
93   6    training, and who have shown an excellence in
93   7    scientific research, whether it's basic science
93   8    research or clinical research, bring them in at an
93   9    entry level position, and then will provide them
93  10    with the appropriate training.
93  11    And some of our -- some of the best
93  12    people who have joined Merck are not working in
93  13    their areas of specialty and have no prior
93  14    experience in clinical trials.
93  15    Q: Do you recall the question?
93  16    A: Yeah. You asked me how I came in to
93  17    get the title that I did.
93  18    Q: Yes. How did you get the title that
93  19    you got?

Re: [92:20-94:5]
Pltf Obj 92:20-93:14
nonresponsive

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | |
|---|---|---|
| 93 20 | A: And I think I answered your question. | |
| 93 21 | Q: Did you get the title because of what | |
| 93 22 | you were going to do or did you get the title | |
| 93 23 | because of some other reason? | |
| 93 24 | A: I got the job -- the title comes with | |
| 93 25 | the job -- because of the, I think, the strength of | |
| 94 1 | my background. I had shown my ability to be a good | |
| 94 2 | scientist and to think scientifically. I had shown | |
| 94 3 | my ability to be a good doctor. And that's why I | |
| 94 4 | got the job. The title reflected the work I would | |
| 94 5 | be doing as well. | |

**94:12  -  94:14**  Reicin, Alice 2005-03-02                    0:05

Re: [94:12-94:14]
Def Obj 401; 403

| | |
|---|---|
| 94 12 | Q: Do you own Merck stock? |
| 94 13 | A: I have options, and, also, in my |
| 94 14 | pension plan there's Merck stock. |

**97:21  -  97:25**  Reicin, Alice 2005-03-02                    0:13

| | |
|---|---|
| 97 21 | Q: Would you agree with me that your |
| 97 22 | performance in -- you first started -- you first |
| 97 23 | became involved with the drug Vioxx when? Give me a |
| 97 24 | benchmark and I'll ask the next series of questions. |
| 97 25 | A: It was in either '97 or '98. |

**98:21  -  99:2**  Reicin, Alice 2005-03-02                    0:18

| | |
|---|---|
| 98 21 | Q: Was it expected that you would get |
| 98 22 | into the Vioxx project at some point prior to your |
| 98 23 | getting in? |
| 98 24 | A: When I joined the company, we talked |
| 98 25 | about what projects were ongoing in the department, |
| 99 1 | and that was one of them, and the potential was |
| 99 2 | raised that I might work on Vioxx. |

**99:5  -  99:10**  Reicin, Alice 2005-03-02                    0:11

| | |
|---|---|
| 99 5 | When you joined the company, you knew |
| 99 6 | that you might be involved in the -- in the |
| 99 7 | development of Vioxx; is that correct? |
| 99 8 | A: I knew it was one of the areas of |
| 99 9 | research that was ongoing in the department and |
| 99 10 | that, at some point, I might work on that drug. |

**99:20  -  99:22**  Reicin, Alice 2005-03-02                    0:04

| | |
|---|---|
| 99 20 | there were years that you were working on Vioxx 80 |
| 99 21 | to 90 percent of your time, correct? |
| 99 22 | A: That's correct. |

**101:6  -  101:17**  Reicin, Alice 2005-03-02                    0:30

Re: [101:6-101:17]
Def Obj 401; 403

| | |
|---|---|
| 101 6 | Q: What are your current earnings; |
| 101 7 | salary, bonus and options? |
| 101 8 | A: It's probably -- are you saying last |
| 101 9 | year? |
| 101 10 | Q: Yes. |
| 101 11 | A: I haven't done my taxes yet. But |
| 101 12 | somewhere probably $380,000. I could be off by a |
| 101 13 | bit. That's about my recollection. |
| 101 14 | Q: Plus your stock options. How many |
| 101 15 | stock options were you given last year? |
| 101 16 | A: Maybe six or 7,000 shares. I don't |
| 101 17 | recall. |

**106:4  -  106:15**  Reicin, Alice 2005-03-02                    0:39

| | |
|---|---|
| 106 4 | Q: What did you believe was the meaning |
| 106 5 | of the commercialization team when you were part of |

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 106 | 6 | that team, Dr. Reicin? | |
| 106 | 7 | A: When I think of commercialization, | |
| 106 | 8 | from my perspective, and, as I said, there is a | |
| 106 | 9 | completely different way of using that term that is | |
| 106 | 10 | used within Merck Research Labs, it would be to work | |
| 106 | 11 | on studying the drug in humans and in patients to | |
| 106 | 12 | understand the safety and the efficacy of the drug, | |
| 106 | 13 | providing that information to regulatory agencies | |
| 106 | 14 | and working with them on labeling of the drug so | |
| 106 | 15 | that the drug can be marketed. | |

**109:25 - 110:5 Reicin, Alice 2005-03-02**      0:11

| | | |
|---|---|---|
| 109 | 25 | Q: I'm sorry. You were from clinical |
| 110 | 1 | research. Thank you. |
| 110 | 2 | So a person from clinical research at |
| 110 | 3 | Merck was the head of the commercialization team; is |
| 110 | 4 | that correct? |
| 110 | 5 | A: That is correct. |

**110:6 - 110:13 Reicin, Alice 2005-03-02**      0:25

| | | |
|---|---|---|
| 110 | 6 | Q: And you as the person from -- on |
| 110 | 7 | the -- as the commercialization team chair, among |
| 110 | 8 | other things, look at D, 'collaborated on marketing |
| 110 | 9 | strategy and promotional materials,' correct? |
| 110 | 10 | A: My role in that -- in that type of |
| 110 | 11 | capacity would be to ensure that both the strategy |
| 110 | 12 | and the promotional materials reflected the science |
| 110 | 13 | and the data that we knew at the time. |

**110:14 - 110:18 Reicin, Alice 2005-03-02**      0:13

| | | |
|---|---|---|
| 110 | 14 | Q: And you, as the commercialization |
| 110 | 15 | team chair, among other things, collaborated on |
| 110 | 16 | market strategy and promotional materials, correct? |
| 110 | 17 | A: To ensure that they were consistent |
| 110 | 18 | with the science and the data that we had. |

**110:23 - 111:11 Reicin, Alice 2005-03-02**      0:52

| | | |
|---|---|---|
| 110 | 23 | Q: Well, then, you were -- you don't |
| 110 | 24 | deny that part of your job was collaborating on |
| 110 | 25 | market strategy, correct? |
| 111 | 1 | A: Only in the way that I gave you the |
| 111 | 2 | answer; scientifically, to ensure that the strategy |
| 111 | 3 | was scientifically sound. |
| 111 | 4 | In other words, I don't decide how we |
| 111 | 5 | market the material. I am not a marketing person. |
| 111 | 6 | That is not my expertise. That is not what I was |
| 111 | 7 | hired to do at Merck. But I do try and ensure that |
| 111 | 8 | our promotional materials or other marketing pieces |
| 111 | 9 | are consistent with the data and the science that we |
| 111 | 10 | know. I'm not the only person that does that, but |
| 111 | 11 | there are occasions that I've done that. |

**148:4 - 148:22 Reicin, Alice 2005-03-02**      0:44

| | | |
|---|---|---|
| 148 | 4 | Q: Who designed the VIGOR study? |
| 148 | 5 | You're right. I didn't tell you |
| 148 | 6 | which study. |
| 148 | 7 | Who designed the VIGOR study? |
| 148 | 8 | A: I was one of the people that designed |
| 148 | 9 | it. Many other people within Merck and, certainly, |
| 148 | 10 | on the steering committee were involved with the |
| 148 | 11 | design of the study. |
| 148 | 12 | Q: Okay. Who was the principal designer |
| 148 | 13 | of the study? |

| | | Objections In | Responses In |
|---|---|---|---|

148 14   A: I, as I said, I was one of the
148 15   designers. I probably had the -- I was one of the
148 16   ones who was writing the protocol and had primary
148 17   responsibility for that. But all protocols at Merck
148 18   go to a peer review committee. That committee has
148 19   ultimate responsibility for approving the protocol.
148 20   And we had a steering committee for
148 21   the study, and they had to approve the protocol, and
148 22   they also had input into the protocol.

149:14 -   150:19 Reicin, Alice 2005-03-02                    1:26
149 14   Q: Okay. And the study -- what I heard
149 15   you say is that you can't tell definitively, and I
149 16   wrote the words down the old-fashioned way on my
149 17   tablet, you couldn't tell -- you can't tell
149 18   definitively as to whether Vioxx had an effect
149 19   because it wasn't being measured against a placebo.
149 20   Do I have that correct, that basic concept correct?
149 21   A: Without a placebo in the VIGOR study,
149 22   you couldn't tell definitively whether Vioxx was
149 23   higher than the placebo because the study -- that
149 24   arm wasn't included.
149 25   Q: And that begs the next question: Who
150  1   decided not to have a placebo in that study?
150  2   A: Oh, you couldn't have taken
150  3   rheumatoid -- it wouldn't have been ethical and they
150  4   wouldn't have stayed in the study. Rheumatoid
150  5   arthritis patients need NSAIDs, or let's put it this
150  6   way: The study called for patients who required
150  7   NSAIDs and had rheumatoid arthritis.
150  8   It would not be ethical to take those
150  9   patients and give them a placebo for 12 months.
150 10   They would just be in too much pain. And since
150 11   there are therapies available, they wouldn't agree
150 12   to be in that study, and you couldn't ethically ask
150 13   them.
150 14   On the other hand, you also wouldn't
150 15   want to take patients who didn't need NSAIDs for
150 16   prolonged continued use and then have them take that
150 17   drug without them actually needing it or getting a
150 18   benefit from it. So you couldn't have had a placebo
150 19   in a long-term rheumatoid arthritis study.

157:12 -   157:25 Reicin, Alice 2005-03-02                    0:38
157 12   Did you know that if you weren't
157 13   measuring it against a placebo that you could get a
157 14   result which was linked to the control product
157 15   rather than to the tested product?
157 16   A: First of all, we had studied Vioxx --
157 17   Q: Did you know that?
157 18   That was my only question.
157 19   A: That was the question we were asking.
157 20   If you -- if you have -- all drugs have side
157 21   effects. The question here was patients need to
157 22   take a certain class of drugs, and was Vioxx, from a
157 23   gastrointestinal safety viewpoint, safer than those
157 24   traditional drugs? That was the question we were
157 25   asking.

158:21 -   160:19 Reicin, Alice 2005-03-02                    2:37
158 21   Q: So, please, here's the question, in
158 22   case you want to remember it: What questions were
158 23   you asking relating to cardiovascular?

| | Objections In | Responses In |
|---|---|---|

158 24 A: At the end of 1998, we implemented
158 25 what we call a cardiovascular standard operating
159 1 procedure. And that was a procedure to, in a very
159 2 systematic way, collect all potential cardiovascular
159 3 thrombotic events in clinical trials. That was
159 4 started in 1998, and VIGOR was a part of that SOP.
159 5 The purpose of that SOP was to get
159 6 more information related to three questions related
159 7 to cardiovascular safety which were in the
159 8 literature. Number one, could COX-2 inhibitors be
159 9 cardioprotective through their anti-inflammatory
159 10 actions and, therefore, decrease atherosclerosis?
159 11 We talked about that previously.
159 12 Number two, could COX-2 inhibitors be
159 13 prothrombotic based on an imbalance in COX-1 and
159 14 COX-2?
159 15 Number three, could non-steroidals
159 16 act as cardioprotective agents through their
159 17 inhibition of an enzyme called cyclooxygenase-1,
159 18 which is the same enzyme that aspirin inhibits.
159 19 And those three questions were all in
159 20 the literature and posed at the time. And despite
159 21 the fact that in our Phase IIV-3 OA studies we had
159 22 seen no signal, there was no difference between
159 23 Vioxx and placebo or NSAIDs, we systematically,
159 24 going forward, were going to collect that
159 25 information in studies that we were doing versus
160 1 NSAIDs, such as VIGOR; studies we were doing versus
160 2 placebo, such as Alzheimer's studies; and other
160 3 studies that we were planning on doing.
160 4 Q: So one of the questions that was open
160 5 at the time that you, and, again, I used a very
160 6 specific question, I'm trying to pin it down, one of
160 7 the open questions was whether COX-2 could be
160 8 prothrombotic? When you started the VIGOR study,
160 9 that was an open question?
160 10 A: What I'd say is that the clinical
160 11 data at the time did not suggest that it was either
160 12 prothrombotic or cardioprotective, but there were
160 13 three questions in the literature at that time; one,
160 14 that Vioxx was prothrom -- Vioxx and other COX-2
160 15 selective inhibitors could be prothrombotic, the
160 16 other that they could be cardioprotective through
160 17 their anti-inflammatory properties, you know, and
160 18 decrease atherosclerosis and, three, that NSAIDs or
160 19 some NSAIDs could be cardioprotective.

165:14 -   165:18 Reicin, Alice 2005-03-02                                          0:09
165 14 Q: Was -- was an endpoint cardiovascular
165 15 study done, prior to the marketing of the drug?
165 16 A: I already answered that question.
165 17 Q: What's the answer?
165 18 A: The answer was no.

165:20 -   165:21 Reicin, Alice 2005-03-02                                          0:01
165 20 A: Based on the data that was available
165 21 at the time.

166:15 -   166:17 Reicin, Alice 2005-03-02                                          0:09
166 15 By '98, you had been promoted to
166 16 director of pulmonary/immunology; is that correct?
166 17 A: That is correct.

| | Objections In | Responses In |
|---|---|---|

**167:9 - 167:21 Reicin, Alice 2005-03-02**                    0:47

```
167   9    Q:  And then in 2002, you were given
167  10    this -- was it a new job or new responsibilities as
167  11    executive director and therapeutic area head of
167  12    clinical immunology and analgesia?
167  13    A:  Right. At the end -- I guess it was
167  14    at the end of 2001, beginning of 2002, they took the
167  15    pulmonary/immunology department, which was reporting
167  16    in to Dr. Barry Gertz, and they divided it into two
167  17    departments; one was the pulmonary department, and
167  18    the other what was we call clinical immunology and
167  19    analgesia. Someone was appointed head of the
167  20    pulmonary department, and I was appointed head of
167  21    the clinical immunology and analgesia.
```

**171:2 - 171:6 Reicin, Alice 2005-03-02**                    0:07

```
171   2    Q:  You don't treat patients at all; is
171   3    that correct?
171   4    A:  Family members. I don't, you know --
171   5    Q:  Other than family members?
171   6    A:  I don't have a clinic or a practice.
```

**171:12 - 171:21 Reicin, Alice 2005-03-02**                   0:27

```
171  12    Q:  And your current title, what is your
171  13    current title?
171  14    A:  I'm, right now, a vice president of
171  15    clinical research.
171  16    Q:  When did you become a vice president
171  17    of the company?
171  18    A:  In 2004.
171  19    Q:  When in 2004?
171  20    A:  Mid-2004. I can't tell you the exact
171  21    date.
```

**172:19 - 172:23 Reicin, Alice 2005-03-02**                   0:13

```
172  19    Q:  Who do you report to?
172  20    A:  Barry Gertz.
172  21    Q:  And what is his title?
172  22    A:  He is now an executive vice
172  23    president.
```

**178:5 - 180:6 Reicin, Alice 2005-03-02**                     2:40

```
178   5    Q:  Do you recognize the document?
178   6    A:  I do recognize the document.
178   7    Q:  Did you review it, prior to its
178   8    publication to the world?
178   9    A:  I think it's very possible I did. I
178  10    can't remember completely sitting right here today.
178  11    I reviewed a lot of things and a lot of things were
178  12    going on around that time.
178  13    Q:  Were you consulted on the language
178  14    relating to the announcement?
178  15    A:  Again, I was certainly involved with
178  16    a lot of things that were going on. I don't
178  17    remember if I was consulted, as you say, directly on
178  18    the particular language here. I just don't recall.
178  19    Q:  Okay. The second paragraph says,
178  20    The trial, which is being stopped' -- let me start
178  21    again.
178  22    The language says, 'The trial was
178  23    designed to evaluate the efficacy of Vioxx 25 in
178  24    preventing recurrence of colorectal polyps in
178  25    patients with a history of colorectal adenomas.'
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

179 1    That is a correct statement, right?
179 2    A: That study on its own, that is
179 3    correct.
179 4    Q: Okay. That's -- that's talking about
179 5    which study, just so we're clear?
179 6    A: It is the APPROVe study.
179 7    Q: 'In this study,' meaning the APPROVe
179 8    study, Merck says 'there was an increased relative
179 9    risk for confirmed cardiovascular events, such as
179 10   heart attack and stroke, beginning after 18 months
179 11   of treatment in the patients taking Vioxx compared
179 12   to those taking placebo.'
179 13   Is that a correct statement?
179 14   A: That is correct.
179 15   Q: Is there any modification that you
179 16   would need to that statement to understand an
179 17   important finding in that study?
179 18   A: I don't think so.
179 19   Except for the next sentence. I
179 20   think you want to add to that as well.
179 21   Q: The next sentence says, 'The results
179 22   for the first 18 months of the APPROVe study did not
179 23   show any increased risk of confirmed cardiovascular
179 24   events on Vioxx, and in this respect, are similar to
179 25   the results of two placebo-controlled studies
180 1    described in the current U.S. labeling for Vioxx.'
180 2    And -- did I read it correctly?
180 3    A: You did.
180 4    Q: And what two studies does that refer
180 5    to, Dr. Reicin?
180 6    A: Those are the Alzheimer's studies.

207:5   -   208:24 Reicin, Alice 2005-03-02                       1:49
207 5    You view yourself as a defender of
207 6    the Vioxx franchise, correct?
207 7    A: No, I wouldn't view myself as that.
207 8    Q: No? Is that how you're viewed in the
207 9    company, as the defender of the franchise?
207 10   A: I can't say how I'm viewed in the
207 11   company. I think most people would view me as the
207 12   clinical lead for the franchise.
207 13   Q: Okay. How about a defender of the
207 14   franchise, of the Merck franchise, of the Vioxx
207 15   franchise?
207 16   A: What about that?
207 17   Q: Is that how you're viewed?
207 18   A: I can't tell you how others view me
207 19   in the company. I would say the majority of the
207 20   people view me as the clinical lead.
207 21   Q: Okay. Are you viewed as a tenacious
207 22   defender of Vioxx?
207 23   A: There may be -- I can't tell you how
207 24   everybody in the company views me.
207 25   Q: How are you viewed in your own
208 1    evaluation forms, Dr. Reicin? Do you know?
208 2    A: If you show me something, I can
208 3    comment on it.
208 4    Q: I sure will.
208 5    MR. KLINE: What's the next exhibit?
208 6    (Whereupon, Deposition Exhibit No.
208 7    Reicin-5, Performance Review Form for the period
208 8    1/1/01 to 12/31/01, Bates MRK-AAD 0800032, was
208 9    marked for identification.)

|  |  | Objections In | Responses In |
|---|---|---|---|

208 10    BY MR. KLINE:  :
208 11    Q:  Do you remember when I was discussing
208 12    with you earlier about how you get evaluated at
208 13    Merck?
208 14    A: I do.
208 15    Q:  And how much time you were spending
208 16    with Vioxx in any given year?
208 17    A:  Correct.
208 18    Q:  And what did you tell me you were
208 19    spending in the year '01 with Vioxx, what percentage
208 20    of your time?
208 21    A:  Why don't we look back? It was
208 22    probably 80 or 90 percent.
208 23    I would like to look back to make
208 24    sure I don't contradict myself.

**209:2  -  209:10 Reicin, Alice 2005-03-02**                              0:25
209  2     Would you read the first sentence of
209  3     the -- of the performance evaluation, Performance
209  4     Review Form, filled out by Barry Gertz, M.D.,
209  5     correct?
209  6     A:  M.D., Ph.D.
209  7     Q:  Barry Gertz, M.D., Ph.D., correct?
209  8     A:  That is -- Barry J. Gertz, M.D.,
209  9     Ph.D.
209 10     Q:  Barry J. Gertz, M.D., Ph.D.

**211:5  -  212:9 Reicin, Alice 2005-03-02**                               1:11
211  5     Q:  Okay. First sentence, 'Dr. Reicin's
211  6     major efforts this past year were focused on
211  7     defending the Vioxx franchise and building the
211  8     scientific base for a 2-coxib business.' Do you see
211  9     what it says there?
211 10     A: I do.
211 11     Q:  Okay. I'm asking you in the context
211 12     of your testimony here today and back then. That
211 13     all -- that does constitute your -- that did
211 14     constitute your major efforts in the year 2001,
211 15     correct?
211 16     A:  And I think if you look at the
211 17     subsequent sentences that you did not read, you will
211 18     understand what was meant by the word defender,
211 19     i.e., that I was the central presenter at a public
211 20     FDA hearing, that I was involved in scientific
211 21     discussions --
211 22     Q:  Yes.
211 23     A:  -- with regulatory agencies. And I
211 24     think that's what was meant by the word defender.
211 25     Q:  And it would be a fair description to
212  1     say that you are a person who has focused, since
212  2     19 -- since 2001, at least, on defending the Vioxx
212  3     franchise, correct?
212  4     A:  I would probably use a different
212  5     term. That was Dr. Gertz's term.
212  6     Q:  You knew Dr. Gertz used that term to
212  7     describe you, correct?
212  8     A:  I certainly didn't remember it until
212  9     I read this.

**213:5  -  213:10 Reicin, Alice 2005-03-02**                              0:16
213  5     Q:  And when you signed off on it, you
213  6     had read the first sentence of it, which says, 'Dr.
213  7     Reicin's major efforts this past year were focused

| | | | Objections In | Responses In |
|---|---|---|---|---|

213  8    on defending the Vioxx franchise and building the
213  9    scientific base for a 2-coxib business,' correct?
213 10    A:  I had read that.

**213:23 -   213:25 Reicin, Alice 2005-03-02**                    0:04
213 23    Q:  Have you seen your performance
213 24    evaluations yearly?
213 25    A:  Yes, I have.

**214:3  -   214:8 Reicin, Alice 2005-03-02**                    0:33
214  3    MR. KLINE:  Exhibit Number 6.
214  4    (Whereupon, Deposition Exhibit No.
214  5    Reicin-6, Portion of employee review, Bates MRK-AAD
214  6    0800078, was marked for identification.)
214  7    BY MR. KLINE:   :
214  8    Q:  Who evaluated you -- bear with me.

**215:11 -   216:9 Reicin, Alice 2005-03-02**                    1:08
215 11    tell me how you were described by your boss for
215 12    the -- your evaluation for the year '03?
215 13    A:  Well, there's several -- obviously,
215 14    as you pointed out, there's several sentences
215 15    missing.
215 16    Q:  Yes.
215 17    A:  What would you like me to --
215 18    Q:  'You have been a tenacious defender
215 19    of the coxib franchise and are considered invaluable
215 20    on the WBST.'
215 21    What is the WBST?
215 22    A:  The worldwide business strategy team.
215 23    Q:  The worldwide business strategy team.
215 24    Is that a correct description of you,
215 25    Alise Reicin?
216  1    A:  I think I answered this before. You
216  2    know, Dr. Gertz put those words. I certainly was
216  3    involved with, scientifically, the coxib franchise.
216  4    I was -- had a major role in determining
216  5    scientifically how we would describe the studies,
216  6    the analysis of the studies, the design of the
216  7    studies. I presented before regulatory agencies.
216  8    And I was involved in a variety of things related to
216  9    the franchise.

**216:24 -   217:4 Reicin, Alice 2005-03-02**                    0:23
216 24    Q:  And not only Dr. Gertz described you
216 25    as a tenacious defender of the coxib franchise and
217  1    invaluable asset on the worldwide business strategy
217  2    team, but Dr. Kim also signed that document on 3 --
217  3    on 2/2/04, and he describes you that way as well,
217  4    correct?

**217:8  -   218:2 Reicin, Alice 2005-03-02**                    0:32
217  8    THE WITNESS: Dr. Kim wouldn't have
217  9    written that document. So I wouldn't say Dr. Kim
217 10    described me in that way.
217 11    BY MR. KLINE:   :
217 12    Q:  Well, he signed off on it.
217 13    A:  That doesn't mean he would have used
217 14    the same words. He did sign the document, you are
217 15    correct.
217 16    Q:  Well, Dr. Kim, you worked with Dr.
217 17    Kim for years?
217 18    A:  For a few years.

| | Objections In | Responses In |
|---|---|---|

217 19   Q: And he -- you know him as somebody,
217 20   who if he signs the document, he's read the
217 21   document?
217 22   A: I don't want to speak for Dr. Kim. I
217 23   think that would be inappropriate.
217 24   Q: Would you expect him to sign a
217 25   document if he -- would you expect, if he signed the
218  1   document, he read it?
218  2   A: I would expect that.

**218:9  -  218:23 Reicin, Alice 2005-03-02**                     0:32
218  9   says, 'Written reviews should be signed by the
218 10   manager and second level manager prior to the
218 11   year-end review discussion with the employee.
218 12   Following the discussion, the employee should also
218 13   sign the form.' Is that how this happened here?
218 14   A: That's my recollection.
218 15   Q: Okay. 'If the employee comment
218 16   section is to be used,' and it says see the other
218 17   part above. You don't have any employee comments,
218 18   correct?
218 19   A: I don't recall writing any comments.
218 20   Q: You didn't -- you had a chance to
218 21   write a comment that said, I'm a scientist, not a
218 22   tenacious defender of the coxib franchise? You
218 23   could have written that if you wanted, correct?

**218:24  -  219:9 Reicin, Alice 2005-03-02**                     0:15
218 24   MR. KIERNAN: Objection.
218 25   THE WITNESS: There would have been
219  1   nothing that would have prevented me from writing
219  2   that.
219  3   BY MR. KLINE:  :
219  4   Q: And you also could have said that, I
219  5   don't consider myself to be invaluable on the
219  6   worldwide business strategy team either, correct,
219  7   had you chosen to do so?
219  8   A: Had I chosen to do so, I could have
219  9   written that.

**242:18  -  243:5 Reicin, Alice 2005-03-02**                     0:33
242 18   Q: Do you have Dr. Graham's article in
242 19   front of you?
242 20   A: I do.
242 21   Q: His interpretation, do you see his
242 22   interpretation in his summary, in the summary in the
242 23   abstract?
242 24   A: I do.
242 25   Q: 'Interpretation. Rofecoxib use
243  1   increases the risk of serious coronary heart disease
243  2   compared with celecoxib use. Naproxen use does not
243  3   protect against serious coronary heart disease.'
243  4   Do you see that?
243  5   A: I do.

**250:13  -  250:20 Reicin, Alice 2005-03-02**                     0:35
250 13   Q: Now, in the Topol article, if you
250 14   look at the, first of all, at the conclusions, or
250 15   the abstract. Now, he's looking there, insofar as
250 16   Vioxx is concerned, he's looking at the VIGOR study.
250 17   I understand he's looking at Celebrex
250 18   as well. But insofar as Vioxx is concerned, he's
250 19   looking at the VIGOR study, correct?

| | | | Objections In | Responses In |
|---|---|---|---|---|

250 20     A: He is.

**252:2 - 252:8 Reicin, Alice 2005-03-02**       0:22
252 2     Q: And what does that -- what does that
252 3     figure show, insofar as cardiovascular adverse
252 4     events are concerned with VIGOR?
252 5     A: It shows that beginning after around
252 6     six weeks you see a difference between -- in the
252 7     incidence of cardiovascular events on rofecoxib
252 8     compared with naproxen; the rate is higher on

**258:13 - 258:21 Reicin, Alice 2005-03-02**       0:24
258 13     Q: Did the Kaplan-Meier curve -- in
258 14     either its earlier version or whatever version it
258 15     was in at the time of the advisory committee meeting
258 16     of the FDA in February of '01, was the Kaplan-Meier
258 17     curve presented?
258 18     A: We did present the Kaplan-Meier curve
258 19     at the FDA advisory.
258 20     Q: In 2001?
258 21     A: That's correct.

**264:7 - 266:15 Reicin, Alice 2005-03-02**       3:13     Re: [264:7-266:15]
264 7     Q: Back in '96, did -- from your     **Def Obj Lack of foundation**
264 8     knowledge of what Merck knew, you weren't involved
264 9     at that time, but from your historical knowledge,
264 10     Merck knew that -- or at least considered that
264 11     vascular adverse events were expected, and the
264 12     thinking was COX-1 was not inhibited and, therefore,
264 13     you could get adverse events? Are you aware of that
264 14     fact?
264 15     A: When you say vascular adverse events,
264 16     what are you referring to?
264 17     Q: Well, cardiovascular adverse events.
264 18     A: Are you talking about heart attacks
264 19     and strokes?
264 20     Q: Heart attacks, strokes, thrombotic
264 21     events.
264 22     A: To my knowledge, nobody had raised
264 23     that as an issue in 1996.
264 24     Q: Okay. Well, let me show you a
264 25     document which we'll mark as the next exhibit.
265 1     In 1996 -- again, we'll go to 12, but
265 2     I'll ask you some questions while we get the
265 3     documents to save some time.
265 4     In 1996, the rheumatoid arthritis
265 5     studies were being developed, thought about,
265 6     correct?
265 7     A: There was an initial study, and I
265 8     don't recall the date that that study was done. It
265 9     may have been 1996. I don't recall.
265 10     (Whereupon, Deposition Exhibit No.
265 11     Reicin-12, Project Team Minutes dated 9/4/96, Bates
265 12     MRK-NJ 0000862-869, was marked for identification.)
265 13     BY MR. KLINE:  :
265 14     Q: Well, let me show you a document. It
265 15     has a Bates stamp on it of MRK-NJ 867. It appears
265 16     to be within a series of documents which are
265 17     labeled, and I'm going to hand it to you in a
265 18     minute, Project Team Minutes from September 4, 1996,
265 19     relating to MK-966, which -- we haven't had this
265 20     discussion today, but which relates to Vioxx --
265 21     A: Yes.

*Overrule*

| | | Objections In | Responses In |
|---|---|---|---|

265 22   Q: -- rofecoxib, correct?
265 23   And I'm referring you to rheumatoid
265 24   arthritis studies, paragraph E, the second sentence
265 25   underneath -- underneath that where it says Phase
266 1   IIa Pilot RA Enrollment Extension.
266 2   Do you see it?
266 3   A: I do.
266 4   Q: The first sentence says, 'Another
266 5   SAE' -- what is the meaning of SAE?
266 6   A: Serious adverse experience.
266 7   Q: -- 'of unstable angina was reported
266 8   in extension to RA study.'
266 9   Do you see that?
266 10   A: I do.
266 11   Q: And then it says, 'Vascular AEs are
266 12   expected since COX-1 is not inhibited.'
266 13   Do you see that?
266 14   A: And then it says, 'Please see
266 15   attachment.'

**266:19 - 267:17 Reicin, Alice 2005-03-02**   0:59
266 19   coming back, is to ask you, just ask you, are you
266 20   aware of the fact that there was a consideration
266 21   back in 1996 that vascular adverse events are
266 22   expected, if that was part of the thinking back
266 23   then?
266 24   A: It is my understanding that it was
266 25   not part of the thinking. And it is very possible
267 1   that what this is saying is that because Vioxx does
267 2   not inhibit COX-1, it would not inhibit platelet
267 3   aggregation and, therefore, would not protect
267 4   patients.
267 5   But I can't tell you that for sure
267 6   because I didn't write this and was not aware of
267 7   this.
267 8   Q: All right. And I'm asking you -- I'm
267 9   asking you if you were aware of it because of the
267 10   statement that you made earlier.
267 11   The first four words of that sentence
267 12   are 'vascular adverse events are expected.' Did I
267 13   read that correctly?
267 14   A: That is -- that is correct.
267 15   But my understanding is that there
267 16   was no expectation that Vioxx would have an increase
267 17   in cardiac thrombotic events in 1996.

**Re: [266:19-267:17]**
**Def Obj Lack of foundation**

*overruled*

**275:14 - 275:16 Reicin, Alice 2005-03-02**   0:07
275 14   Q: Who starts the e-mail exchange? You,
275 15   it appears.
275 16   A: I think that's correct.

**277:2 - 277:10 Reicin, Alice 2005-03-02**   0:41
277 2   Q: Well, look at page 7. I wanted to
277 3   get a sense of it so that I can understand how to
277 4   interpret it for the next session. There are places
277 5   where there are all caps, where it appears -- which
277 6   appears to be commentary.
277 7   Do you see page 7, the bottom, 'We're
277 8   excluding even low-dose aspirin, exclamation point,
277 9   exclamation point, exclamation point, exclamation
277 10   point'? Do you see that?

**278:5 - 278:19 Reicin, Alice 2005-03-02**   0:37

| | | Objections In | Responses In |
|---|---|---|---|

278  5    Q: The memo is from you to Briggs, dated
278  6    February 25, 1997. Do you have it in front of you,
278  7    your eyes on the e-mail?
278  8    A: It's only from me to Briggs, or to
278  9    several other people as well?
278 10    Q: Well, it's to several people.
278 11    A: I see, Briggs.
278 12    Q: But you have, 'Briggs, thanks for
278 13    your input, here are some answers.'
278 14    A: Correct. That's my e-mail.
278 15    Q: It's your e-mail, dated February 25.
278 16    You've sent him a protocol. You're now getting --
278 17    you're now -- you've now gotten input back from him,
278 18    correct?
278 19    A: Correct.

**279:2  -   279:6 Reicin, Alice 2005-03-02**                                0:15
279  2    Q: You have some definite opinions as to
279  3    whether to include low-dose aspirin in the study or
279  4    not, correct?
279  5    A: I think we're exploring the different
279  6    pros and cons of including low-dose aspirin.

**280:14 -   281:13 Reicin, Alice 2005-03-02**                               0:50
280 14    Q: Okay. Well, let me look at what you
280 15    took to write down at the time. That's what I want
280 16    to discuss with you in the limited time we have
280 17    before we leave today.
280 18    You wrote, 'I hear you.' Now, who
280 19    were you addressing that to?
280 20    A: It appears Briggs Morrison.
280 21    Q: And you wrote, 'This is a no-win
280 22    situation,' correct?
280 23    A: Correct.
280 24    Q: And you chose to put an exclamation
280 25    point on the end of the sentence, correct?
281  1    A: That is correct.
281  2    Q: You said, 'The relative risk of even
281  3    low-dose aspirin may be as high as two to fourfold.'
281  4    You're referring to relative risk of low-dose
281  5    aspirin being two to fourfold for GI -- creating GI
281  6    symptoms, PUBs, correct?
281  7    A: If it was given alone.
281  8    Q: If it was given alone?
281  9    A: Correct.
281 10    Q: That's what you were thinking there?
281 11    A: Right. And then Dr. Simon actually
281 12    says he thinks I've inflated the estimate in his
281 13    e-mail to me.

**281:24 -   283:8 Reicin, Alice 2005-03-02**                                1:15
281 24    Q: These are -- these e-mails are a
281 25    snapshot of what you and your colleagues were saying
282  1    to each other and really thinking at the time,
282  2    correct?
282  3    A: I'd say they were a snapshot of what
282  4    we were saying to each other at the time.
282  5    Q: You wouldn't agree with what you were
282  6    really thinking at the time?
282  7    A: As I said, they're a snapshot of what
282  8    we were saying at the time. Sometimes what you
282  9    write in an e-mail doesn't get the full extent of
282 10    your thoughts.

|  | | Objections In | Responses In |
|---|---|---|---|

282 11   Q: Well, it certainly would give a
282 12   partial extent of the thought, would you agree with
282 13   that?
282 14   A: It would give a partial extent.
282 15   Q: It would give a snapshot into that,
282 16   correct?
282 17   A: Yes.
282 18   Q: You say here, 'The relative risk' --
282 19   I did that one.
282 20   Next sentence, 'Yet,' you wrote, 'the
282 21   possibility of increased CV events is of great
282 22   concern.' Did you write that?
282 23   A: Yes. In relation to the fact that
282 24   NSAIDs could be cardioprotective, as was stated in
282 25   that protocol on page 7 that you pointed out to me
283 1   before.
283 2   Q: Where did you say -- where do you
283 3   suggest -- where, at any point, in any writing, do
283 4   you suggest prior to analyzing the VIGOR results
283 5   that -- that NSAIDs are cardioprotective?
283 6   A: Right here. It says, 'The downside
283 7   of this decision is that it will be difficult on
283 8   recruitment' --

**284:12 -   284:18 Reicin, Alice 2005-03-02**                 0:16
284 12   A: -- 'there is the possibility that the
284 13   NSAID group will get the cardioprotection that
284 14   aspirin would have given and the N -- and the N966
284 15   group will not, leaving the possibility that we have
284 16   more cardiovascular events in the N966 group.'
284 17   Q: Right. That's something you didn't
284 18   want to see, correct?

**284:19 -   285:6 Reicin, Alice 2005-03-02**                 0:38
284 19   A: Well, without a placebo group, you                  Re: [284:19-285:6]
284 20   wouldn't be able to tell, is what -- is what           Pltf Obj Nonresponsive
284 21   happened in VIGOR, whether there was an increased
284 22   risk on Vioxx or a decreased risk on the NSAID
284 23   group. And that would be confusing to physicians to
284 24   understand.
284 25   Q: Yeah. And as it turned out, as it
285 1   turned out, this became the basis of the study that
285 2   you -- that you did, correct?
285 3   A: No. This study actually was never
285 4   done. This protocol was not done. I went on to
285 5   work on other things, and then later came back to
285 6   design the VIGOR study, which was a different study.

**285:7 -   285:13 Reicin, Alice 2005-03-02**                 0:08
285 7   Q: I want to ask you a couple more
285 8   questions.
285 9   Look here at this language. 'Yet,
285 10   the possibility of increased cardiovascular events
285 11   is of great concern (I just can't wait to be the one
285 12   to present those results to senior management,'
285 13   exclamation points, exclamation point --

**286:2 -   286:21 Reicin, Alice 2005-03-02**                 0:49
286 2   Q: 'I just can't wait to be the one to
286 3   present those results to senior management,
286 4   exclamation point.'
286 5   Now, my question, which is a specific
286 6   one, as I've tried to be all day, is: You were not

| | Objections In | Responses In |
|---|---|---|

286   7   talking here about being worried about being the one
286   8   to present the results to senior management relating
286   9   to NSAIDs, were you?
286  10   A: Yes, I was.
286  11   Q: So when you wrote, 'I just can't wait
286  12   to be the one to present those results to senior
286  13   management, exclamation point,' you were referring
286  14   to the fact that there might be a cardiovascular
286  15   protective effect of NSAIDs, do I have it right?
286  16   A: Correct.
286  17   Q: And that's -- and that's what you
286  18   believe you were writing here when you wrote this
286  19   e-mail? That was what you thought you were
286  20   implying; is that correct?
286  21   A: That is correct.

**287:7  -   287:24  Reicin, Alice 2005-03-02**                                    0:40
287   7   Q: 'What about the idea of excluding
287   8   high-risk CV patients, i.e., those that have already
287   9   had an MI, CABG or PTCA?'
287  10   That's another thought that you had,
287  11   correct?
287  12   A: Well, we were excluding all of those
287  13   patients.
287  14   If you decided to exclude aspirin,
287  15   then you had to exclude those patients because those
287  16   patients are indicated for aspirin.
287  17   Q: And, therefore, you'd never find out
287  18   what the -- what the effect was of the people who
287  19   were taking the drug who were at highest risk,
287  20   correct?
287  21   A: At highest risk for what?
287  22   Q: Cardiovascular events.
287  23   A: Again, the cardiovascular safety was
287  24   not a question at that point in time.

**289:14  -   290:6  Reicin, Alice 2005-03-02**                                    0:43
289  14   Q: 'This may decrease the CV event rate
289  15   so that a difference between the two groups' -- and
289  16   we'll pick this up next time.
289  17   This may decrease the CV event rates
289  18   so that a difference' -- it's evident that we
289  19   covered partially -- I'm going to have to go back to
289  20   all of this given the time restraints here.
289  21   The only problem would be, would we
289  22   be able to recruit any patients?'
289  23   What's your explanation as to what
289  24   you were thinking there?
289  25   A: I -- what we were saying is, if you
290   1   took all patients who couldn't be on aspirin, would
290   2   it limit your ability to recruit the study.
290   3   In the end, in the VIGOR study, we
290   4   didn't allow aspirin. We were able to recruit the
290   5   study. And that's why I say this was a
290   6   back-and-forth between us at that time.

**309:17  -   310:5  Reicin, Alice 2005-03-23**                                    1:02
309  17   Q: Do you recall first explaining to Dr.
309  18   Scolnick your naproxen hypothesis with respect to
309  19   VIGOR?
309  20   A: I wouldn't characterize it in the way
309  21   you said. It wasn't my hypothesis. I think it was
309  22   something that the scientists at Merck considered

|  |  | Objections In | Responses In |
|--|--|---------------|--------------|

309 23    collectively as we looked at the data. I don't
309 24    remember the exact conversation that we had with Dr.
309 25    Scolnick when we discussed this.
310 1    Q: Well, let's take it apart.
310 2    You'd agree with me that it was a
310 3    hypothesis; correct?
310 4    A: I agree it was a hypothesis, that's
310 5    correct.

**311:17 - 311:20 Reicin, Alice 2005-03-23**      0:09
311 17    Q: So, as to the first time you recall
311 18    having a discussion about naproxen, there were two
311 19    people present, you and Dr. Gertz?
311 20    A: That's my recollection.

**311:21 - 314:16 Reicin, Alice 2005-03-23**      3:35
311 21    Q: What was said by you, as best you
311 22    recall? Only question pending, what you said to Dr.
311 23    Gertz.
311 24    A: I can't answer the question that way.
311 25    It was a conversation where we went over the VIGOR
312 1    data, where there was a difference between Vioxx and
312 2    naproxen. We went over, I believe, the Phase
312 3    IIB/III data where there was no difference between
312 4    Vioxx and nonnaproxen NSAIDs. And we may or may
312 5    not, probably, but I don't recall, have had the
312 6    placebo controlled data in the Alzheimer's studies
312 7    where there was no difference between Vioxx and
312 8    placebo, and we were trying to understand why we
312 9    were seeing differences in the data sets. And Dr.
312 10    Gertz reminded me that in the clinical pharmacology
312 11    studies that had been performed in his department,
312 12    naproxen had actually looked different than the
312 13    other NSAIDs that they had looked at with regards to
312 14    its ability to potently inhibit platelet aggregation
312 15    through its entire -- the half-life of the drug, in
312 16    other words, even between doses. And I remember he
312 17    went and he pulled out that data to show me, which I
312 18    had actually never seen before kind of put together
312 19    in the way he was showing it to me, and it showed
312 20    that if you took naproxen 500 milligrams twice a
312 21    day, the type of platelet -- inhibition of platelet
312 22    aggregation that you got was similar to aspirin, and
312 23    yet with ibuprofen and diclofenac, you didn't get
312 24    sustained maximal inhibition of platelet
312 25    aggregation.
313 1    Q: I want to let you finish because then
313 2    I'm going to come back to the principal point, which
313 3    I think answers the question, and make sure that
313 4    I've pinned it down. Do you have anything else to
313 5    say about what was said in the discussion?
313 6    A: Well, and he said -- I mean, the
313 7    conversation was, could that be the difference of
313 8    what we're seeing in VIGOR where we use naproxen
313 9    where naproxen could be acting as an anti-platelet
313 10    agent, and that could explain the difference between
313 11    naproxen and Vioxx in VIGOR. And it would explain
313 12    why we didn't see a difference in our Phase IIB/III
313 13    studies, because we didn't use naproxen in those
313 14    studies, we used ibuprofen and diclofenac, which
313 15    don't have that sustained inhibition. And that
313 16    would explain why those two in those Vioxx looked
313 17    similar than not to the nonnaproxen NSAIDs, as well

|  |  | Objections In | Responses In |
|---|---|---|---|

```
313 18    as to placebo in those studies. It would also
313 19    explain why Vioxx looks similar to placebo in the
313 20    Alzheimer's studies.
313 21    Q: I want to get a couple things down.
313 22    From what you just said to me in response to my
313 23    question, who first postulated the hypothesis, what
313 24    I got from you was that Dr. Gertz is the first
313 25    person who you heard it from because he proposed it
314  1    to you. That's how I heard it.
314  2    A: I can't, sitting here today, say it
314  3    exactly like that. It was part of a conversation.
314  4    Whether we came to it together or Dr. Gertz came to
314  5    it first, all I can do -- I think that I
314  6    appropriately described the conversation, and I
314  7    think I'd leave it at that.
314  8    Q: Well, am I incorrect that from what I
314  9    take from the conversation is that you did not bring
314 10    the hypothesis to the conversation, rather, Dr.
314 11    Gertz brought the idea that naproxen would explain
314 12    the VIGOR results on cardiovascular events, that he
314 13    brought it to the table?
314 14    A: I think it's possible that that's the
314 15    way it happened. What I remember is that he brought
314 16    the data to the table.
```

**314:17 -   315:1   Reicin, Alice 2005-03-23**                         0:24
```
314 17    Q: Who brought the idea to the table?
314 18    A: Well, it could have been Dr. Gertz,
314 19    it could have been during the conversation. I mean,
314 20    it was -- that's often the way science is, where
314 21    people bring different pieces of information to the
314 22    table. You're trying to look for a hypothesis that
314 23    explains all of the data that you have at hand, not
314 24    just one particular piece of data, and make sure
314 25    that that hypothesis would be consistent with the
315  1    data that you have.
```

**315:2  -   316:3   Reicin, Alice 2005-03-23**                         1:02
```
315  2    Q: This was the cardiovascular findings
315  3    from the VIGOR study. That was the first time that
315  4    the naproxen hypothesis was discussed, namely, after
315  5    the results were known, the unblinded results were
315  6    known from the VIGOR study; correct?
315  7    A: Well, I wouldn't quite put it like
315  8    that because we'd had extensive --
315  9    Q: Why not?
315 10    A: Well, when you say the 'naproxen
315 11    hypothesis' --
315 12    Q: Yes.
315 13    A: -- what you're saying is the
315 14    hypothesis that an NSAID, if it had anti-platelet
315 15    effects similar to aspirin could act as a
315 16    cardioprotective agent. There's documentation from
315 17    as early as 1996 that -- within Merck that we
315 18    thought that NSAIDs could do that, and the
315 19    literature has data in the early '90s suggesting
315 20    that NSAIDs could act as cardioprotective agents.
315 21    In fact --
315 22    Q: And literature --
315 23    A: -- there were clinical studies.
315 24    Q: And literature to the contrary as
315 25    well.
316  1    A: There's literature in many different
```

|  |  | Objections In | Responses In |
|--|--|--|--|

316  2      directions. Literature to the contrary came out, I
316  3      think, in 1998.

**316:8  -  317:12 Reicin, Alice 2005-03-23**                                    1:20
316  8      The fact of the matter is that that
316  9      question as to whether naproxen is cardioprotective
316  10     is really an open question. It's still being
316  11     debated in the medical literature; correct? Simple
316  12     question.
316  13     A:  Well, I think what I'd say is --
316  14     Q:  Is it an open question is my
316  15     question.
316  16     A:  I think until someone does a study
316  17     testing naproxen versus placebo, there will be
316  18     always be some questions about it. Certainly at the
316  19     recent FDA Advisory Committee, the advisors felt
316  20     that naproxen was different than the other NSAIDs.
316  21     Q:  You would agree then that -- I think
316  22     I'm just picking up and more precisely saying what
316  23     you said. The question will be an open question
316  24     until there are randomized placebo -- there is a
316  25     randomized placebo-controlled prospective clinical
317  1      trial; correct?
317  2      A:  I think there will still be some
317  3      questions about it. To definitively answer the
317  4      question, that is the type of study that you would
317  5      need done, but there's certainly as extensive data
317  6      that suggests that it could act as a
317  7      cardioprotective agent.
317  8      Q:  As of today, the question, therefore,
317  9      is not definitively answered; correct?
317  10     A:  I think you would want to see a
317  11     placebo-controlled study to definitively answer that
317  12     question.

**316:21 -  316:21 Reicin, Alice 2005-03-23**                                    0:03
316  21     Q:  You would agree then that -- I think

**318:22 -  319:21 Reicin, Alice 2005-03-23**                                    1:20
318  22     Q:  Let me pin it down in time. Was it
318  23     before or after you had sent people to the library
318  24     to attempt to find articles relating to naproxen and
318  25     its cardioprotective effect?
319  1      A:  I don't recall ever sending anybody
319  2      to the library to do that. I probably did any
319  3      literature searches on my own, and, in fact, I had
319  4      already in my file literature that discussed the
319  5      potential for NSAIDs to act as cardioprotective
319  6      agents.
319  7      Q:  Well, did you send anybody to the
319  8      library at any time to try to find out whether you
319  9      could find an article that would support the
319  10     hypothesis that either naproxen or that some NSAIDs
319  11     generally are cardioprotective? Did you ever do
319  12     that?
319  13     A:  As I said, before we even did VIGOR,
319  14     or when we were even considering doing outcomes
319  15     studies, I had done literature searches on whether
319  16     NSAIDs could act as cardioprotective agents. I had
319  17     those papers. I don't recollect what I did post
319  18     VIGOR. It's very likely that I would have done a
319  19     literature search to try and see if there had, since
319  20     that time, been any more papers published in the

|  |  |  | Objections In | Responses In |
|--|--|--|--|--|

319 21    literature.

**320:11 -   321:9 Reicin, Alice 2005-03-23**                                    1:03
320 11    MR. KLINE:  Let me mark a document
320 12    and see if you have a refreshed recollection about
320 13    events. The next Exhibit Number is 15.
320 14    - - -
320 15    (Whereupon, Deposition Exhibit
320 16    Reicin-15, E-mail, 3-12-00, with
320 17    attachment, 'Evaluation of flurbiprofen
320 18    for prevention of reinfarction and
320 19    reocclusion after successful
320 20    thrombolysis or angioplasty in acute
320 21    myocardial infarction,' (Brochier)
320 22    European Heart Journal (1993) 14, 951 --
320 23    957, MRK-ABT0012357 - MRK-ABT0012364,
320 24    was marked for identification.)
320 25    - - -
321  1    BY MR. KLINE:   :
321  2    Q:  It's a memo dated March 12 of 2000
321  3    from Helen Hanton, and it also bears the name on the
321  4    very top of Rita Nacchio-Wells, and it has an
321  5    attachment at least as presented to us. It's Bates
321  6    numbered ABT0012357 consecutively, which contains
321  7    the Brochier flurbiprofen article, which I know
321  8    you're familiar with that article. Correct?
321  9    A:  Uh-huh.

**322:5   -   322:13 Reicin, Alice 2005-03-23**                                  0:23
322  5    NSAIDs generally are cardioprotective?' My question
322  6    being, did you send anybody to the library at any
322  7    time to find any article on NSAIDs being
322  8    cardioprotective?
322  9    A:  And I think I answered your question
322 10    appropriately. No, I did not send anybody to the
322 11    library, but I did ask the library to send me a copy
322 12    of a specific article, and that's what you have
322 13    here.

**323:5   -   323:25 Reicin, Alice 2005-03-23**                                  1:18
323  5    Q:  We can establish at a point in time
323  6    that Sunday night, March 12 at 6:23 p.m. the Merck
323  7    library was working on an additional rush article
323  8    request from you. Is that what the memo says?
323  9    That's, first of all, my question.
323 10    A:  I don't know what 'additional' means,
323 11    but it says the subject is 'Additional RUSH Article
323 12    Request.' The date of the e-mail is March 12, 2000.
323 13    Q:  By the way, this is three days after
323 14    you were unblinded in the VIGOR trial; correct?
323 15    A:  That's correct.
323 16    Q:  During that period of time, at least
323 17    the document suggests, I'd like you to confirm it
323 18    for me, that you indeed were conducting article
323 19    requests, whether you asked someone to go to the
323 20    library or whether you asked the library directly,
323 21    to obtain literature to support the naproxen
323 22    hypothesis that was in the developmental stages to
323 23    provide an explanation for the differences in rates
323 24    of cardiovascular events in the VIGOR study;
323 25    correct?

**324:2   -   324:11 Reicin, Alice 2005-03-23**                                  0:27

| | Objections In | Responses In |
|---|---|---|

324  2    THE WITNESS: Yes. I could not
324  3    answer the question as yes/no in the way that you
324  4    proposed it. I am sure -- I know at that time I was
324  5    asking for many articles to explore many different
324  6    hypotheses for what could explain the difference.
324  7    This was one of them. I know that I was asking for
324  8    articles about rheumatoid arthritis and the role of
324  9    inflammation and cardiovascular disease in
324  10   rheumatoid arthritis. We were exploring many
324  11   different questions.

325:5  -  325:10 Reicin, Alice 2005-03-23                    0:14
325  5    Q: -- if it was usual. I asked you, is
325  6    it correct that the Merck library was working at
325  7    6:23 on a Sunday night to get the flurbiprofen
325  8    article? Is that a correct statement, Dr. Reicin.
325  9    A: I can say that Helen Hanton sent an
325  10   e-mail at 6:23 on a Sunday evening.

327:9  -  327:11 Reicin, Alice 2005-03-23                    0:04
327  9    Q: Dr. Reicin, you were the clinical
327  10   monitor for the VIGOR trial?
327  11   A: That's correct.

330:21 -  331:11 Reicin, Alice 2005-03-23                    0:37
330  21   Q: The flurbiprofen article was
330  22   retrieved from the library and presented to you;
330  23   correct?
330  24   A: It was retrieved from the library.
330  25   It looks like that request came from my secretary,
331  1    and I'm sure it was given to me. As I said, I also
331  2    had another copy of it somewhere in my files.
331  3    Q: You did have another copy of it in
331  4    your files?
331  5    A: I did, because I know I'd read it
331  6    previously.
331  7    Q: So, you were asking, then, for a
331  8    specific article which you knew about from the past.
331  9    Is that correct?
331  10   A: That is correct. I had read this
331  11   article several years before.

334:13 -  334:24 Reicin, Alice 2005-03-23                    0:24
334  13   Did you know it when the VIGOR trial
334  14   was published?
334  15   A: It's very hard to go back and say
334  16   what you knew four years ago versus now. What I'm
334  17   trying to tell you is I wouldn't have remembered
334  18   whether I knew or not because it wasn't relevant to
334  19   the question. Had it been relevant to the question,
334  20   I'm sure my memory would be much better on it.
334  21   Q: Then it wasn't relevant to the
334  22   question is what you're saying by deduction;
334  23   correct?
334  24   A: That is correct.

334:25 -  335:5 Reicin, Alice 2005-03-23                    0:16
334  25   Q: And what you're saying is that the
335  1    chemical structure of that drug versus naproxen in
335  2    answering the question of whether naproxen was
335  3    cardioprotective was not a relevant consideration
335  4    for you at that time; correct?
335  5    A: That is correct.

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 335:6 - | 335:8 Reicin, Alice 2005-03-23 | 0:08 | Re: [335:6-335:8] |
| 335 | 6 | Q: Was -- | Pltf Obj Nonresponsive |
| 335 | 7 | A: Whether they both inhibited COX-1 | |
| 335 | 8 | would have been a relevant -- | |

| | | |
|---|---|---|
| 339:5 - | 339:11 Reicin, Alice 2005-03-23 | 0:18 |
| 339 | 5 | Q: And it says, quote, using the same |
| 339 | 6 | words in my question to you, this is 'the only study |
| 339 | 7 | I could find which assessed the potential |
| 339 | 8 | cardioprotective effects of an NSAID.' Do you see |
| 339 | 9 | the words you used? |
| 339 | 10 | A: Yes. It looks like as of March 13. |
| 339 | 11 | Subsequent to that, I did find other articles. |

| | | |
|---|---|---|
| 342:20 - | 343:23 Reicin, Alice 2005-03-23 | 1:38 |
| 342 | 20 | Q: Well, Dr. Scolnick is an important |
| 342 | 21 | individual as part of this process of |
| 342 | 22 | post-unblinding of VIGOR; correct? |
| 342 | 23 | A: Absolutely. |
| 342 | 24 | Q: He was the senior person to whom |
| 342 | 25 | these results were being reported; correct? |
| 343 | 1 | A: That's correct. |
| 343 | 2 | Q: And his view on whether flurbiprofen |
| 343 | 3 | was a reasonable and logical explanation for why |
| 343 | 4 | naproxen was cardioprotective, that would be |
| 343 | 5 | something of some consequence and significance at |
| 343 | 6 | that time; correct? |
| 343 | 7 | A: I can't answer the question in the |
| 343 | 8 | way that you're putting it. |
| 343 | 9 | Q: Would it be something that would have |
| 343 | 10 | been of significance and of consequence to you? |
| 343 | 11 | A: There were a lot of discussions |
| 343 | 12 | around that time with literally data coming in on a |
| 343 | 13 | daily basis, and so everything was taken into |
| 343 | 14 | account and discussed. I can't answer the question |
| 343 | 15 | in the way you're putting it. |
| 343 | 16 | Q: Dr. Reicin, the fact of the matter |
| 343 | 17 | is, that the focus quickly became among the team on |
| 343 | 18 | an explanation that naproxen was cardioprotective, |
| 343 | 19 | and the principal piece of evidence for that |
| 343 | 20 | proposition was that by inference you could explain |
| 343 | 21 | naproxen as being cardioprotective because there was |
| 343 | 22 | this French article that showed that flurbiprofen |
| 343 | 23 | was cardioprotective; correct? |

| | | |
|---|---|---|
| 343:25 - | 344:1 Reicin, Alice 2005-03-23 | 0:01 |
| 343 | 25 | THE WITNESS: No. That is not |
| 344 | 1 | correct. |

| | | |
|---|---|---|
| 344:7 - | 344:17 Reicin, Alice 2005-03-23 | 0:23 |
| 344 | 7 | Q: Well, is the way I characterized it |
| 344 | 8 | much different from how Dr. Scolnick characterizes |
| 344 | 9 | it today on the Internet in an article that's |
| 344 | 10 | published by Merck? |
| 344 | 11 | A: I don't know. I haven't read that |
| 344 | 12 | article. |
| 344 | 13 | Q: Did you know that when the |
| 344 | 14 | flurbiprofen explanation was presented to him that |
| 344 | 15 | he did not readily accept that explanation? Did you |
| 344 | 16 | know that fact? |
| 344 | 17 | A: No, I did not. |

| | Objections In | Responses In |
|---|---|---|

**348:21 -   349:18 Reicin, Alice 2005-03-23**                     1:17

348  21      You mentioned that it's your belief
348  22      that Dr. Scolnick was a rigorous scientist. Is that
348  23      correct, your terms?
348  24      A: That is correct.
348  25      Q: Also, Dr. Scolnick was very blunt and
349   1      direct. Is that correct?
349   2      A: I think he's been characterized in
349   3      that way before.
349   4      Q: Dr. Scolnick has been -- you worked
349   5      with him for how many years?
349   6      A: Well, I worked -- I don't know if
349   7      you'd say I worked with him, but, you know, he was
349   8      president of Merck Research Labs when I joined in
349   9      1996 until he retired.
349  10      Q: You had many e-mail exchanges with
349  11      him; correct?
349  12      A: I don't know what you characterize by
349  13      many,' but through the years certainly we did have
349  14      e-mail exchanges.
349  15      Q: You had hundreds of e-mail exchanges
349  16      with him; correct?
349  17      A: I don't know if it was hundreds. It
349  18      could have been.

**349:25 -   350:17 Reicin, Alice 2005-03-23**                     0:52

349  25      Q: Dr. Scolnick, is he someone who you
350   1      believed you could trust?
350   2      A: Absolutely.
350   3      Q: And was he someone who you would call
350   4      steady?
350   5      A: (Indicating.)
350   6      Q: Your reaction spoke a thousand words.
350   7      A: I don't know if I would use the word
350   8      steady.'
350   9      Q: Are you aware of the fact that Dr.
350  10      Nies has testified that 'He's not what you would
350  11      call a steady person'?
350  12      MR. KIERNAN: Object to form.
350  13      THE WITNESS: I'm not aware of any of
350  14      Dr. Nies' testimony.
350  15      BY MR. KLINE:  :
350  16      Q: Would you agree with that?
350  17      A: I don't know how I'd characterize it.

**354:4   -   354:13 Reicin, Alice 2005-03-23**                     0:23

354   4      Q: Then if Dr. Scolnick makes the                 Re: [354:4-354:7]
354   5      statement that he was disturbed that there had been   Def Obj Lack of foundation
354   6      no placebo-controlled study, then he is incorrect
354   7      and just doesn't have his facts right; correct?
354   8      MR. KIERNAN: Object to form and
354   9      characterization.
354  10      THE WITNESS: Again, I can't comment            Re: [354:10-354:13]
354  11      on whether he has his facts correct without reading   Def Obj Lack of foundation
354  12      the context of it. There were placebo-controlled
354  13      studies.

**355:14 -   355:22 Reicin, Alice 2005-03-23**                     0:22

355  14      Q: Well, my question didn't call for why
355  15      you unblinded. It just had to do with the narrow
355  16      point of whether you would agree with the narrow
355  17      characterization that up until that point there were
355  18      few events compared with placebo. Would you agree

*Overruled*

*Overruled*

| | | Objections In | Responses In |
|---|---|---|---|

| | | |
|---|---|---|
| 355 19 | with that point so that I can have an answer to a | |
| 355 20 | question? | |
| 355 21 | A:  Right. I think I answered that | |
| 355 22 | already. | |

| **356:4  -   356:14** | **Reicin, Alice 2005-03-23** | 0:35 |
|---|---|---|
| 356  4 | My question is, on the narrow point, | |
| 356  5 | could you characterize the comparison to placebo | |
| 356  6 | that existed prior to the VIGOR trial as being | |
| 356  7 | small? | |
| 356  8 | A:  And I think what I said is that in | |
| 356  9 | terms of the number of cardiovascular events, there | |
| 356 10 | were probably less than ten in each group, which | |
| 356 11 | would make it a relatively small database. | |
| 356 12 | Q:  And do you recall Dr. Scolnick being | |
| 356 13 | disturbed about that? | |
| 356 14 | A:  I do not recall that. | |

| **362:11 -   363:2** | **Reicin, Alice 2005-03-23** | 0:40 |
|---|---|---|
| 362 11 | Q:  Did you know that he was skeptical of | |
| 362 12 | the flurbiprofen arguments that were being presented | |
| 362 13 | to him? | |
| 362 14 | A:  He certainly may have been at some | |
| 362 15 | point in time when he didn't have all of the data, | |
| 362 16 | but I think when we had the totality of the data, | |
| 362 17 | and we had the Alzheimer's studies, I think he | |
| 362 18 | actually thought the naproxen could act as a | |
| 362 19 | cardioprotective agent. | |
| 362 20 | Q:  My question was, did you know that he | |
| 362 21 | was skeptical? That was my question. | |
| 362 22 | A:  Again, I said at what point in time? | |
| 362 23 | Q:  In the early -- in those three weeks, | |
| 362 24 | the only three weeks we've been talking about | |
| 362 25 | post-unblinding, from 3/9 through March, was he | |
| 363  1 | skeptical at that point? | |
| 363  2 | A:  I don't know. | |

| **372:14 -   374:19** | **Reicin, Alice 2005-03-23** | 2:38 |
|---|---|---|
| 372 14 | Q:  Exhibit Number 16, which we had read | |
| 372 15 | and established was you sending to Alan Nies and Ed | |
| 372 16 | Scolnick an e-mail saying, 'Below is attached the | |
| 372 17 | abstract for the only study I could find which | |
| 372 18 | assessed the potential cardioprotective effects of | |
| 372 19 | an NSAID.' Did I read it correctly? | |
| 372 20 | A:  You did. | |
| 372 21 | Q:  Now, and you had established with me | |
| 372 22 | and corrected me that you were sending them the | |
| 372 23 | abstract and not the article, and I think it does | |
| 372 24 | say abstract. Correct so far? | |
| 372 25 | A:  I believe so. | |
| 373  1 | Q:  At this time, in this time frame, | |
| 373  2 | first of all, was there a published study on | |
| 373  3 | indobufen? | |
| 373  4 | A:  Yes. | |
| 373  5 | Q:  Did you provide them with the | |
| 373  6 | indobufen study? | |
| 373  7 | A:  At some period of time I likely did. | |
| 373  8 | I can't tell you whether I did on the 13th. | |
| 373  9 | Unlikely based on the way I wrote the e-mail. | |
| 373 10 | Q:  It appears the only thing that you | |
| 373 11 | could find on the 13th was the flurbiprofen article; | |
| 373 12 | correct? | |
| 373 13 | A:  According to this e-mail. | |

| | | Objections In | Responses In |
|---|---|---|---|

373 14    Q: And you clearly were looking,
373 15    according to this e-mail, for any study you could
373 16    find that assessed potential cardioprotective
373 17    effects of any NSAID; correct?
373 18    A: It appears that way from the e-mail.
373 19    Q: That was a very specific directed
373 20    task that you were attempting to accomplish on that
373 21    day and on that time; correct?
373 22    A: I don't think I could characterize it
373 23    like that.
373 24    Q: Well, it was a very specific directed
373 25    task; namely, finding all articles that show the
374 1    potential cardioprotective effects of NSAIDs;
374 2    correct?
374 3    A: You asked me a different question.
374 4    Q: No, but now I'm taking it apart
374 5    because I want to see what part of it you disagree
374 6    with. Will you agree with that part?
374 7    A: I don't know if it was a task, but I
374 8    certainly -- it appears from this e-mail that I was
374 9    doing literature searches looking for NSAIDs and
374 10    whether they could act as cardioprotective agents.
374 11    Q: And you wanted to find as many
374 12    articles as you could at that time to provide what
374 13    could be -- see, I'm going to give you some room on
374 14    this question -- which could be an explanation for
374 15    the results that were found in VIGOR; correct?
374 16    A: As I told you before, I was doing
374 17    multiple literature searches. One of them appears
374 18    to be related to whether NSAIDs such as naproxen
374 19    could act as cardioprotective agents.

**378:4 - 378:8 Reicin, Alice 2005-03-23**      0:16
378 4    Q: So, as you sit here today, it is not
378 5    a proposition that sounds to you farfetched that you
378 6    sent this e-mail off to Dr. Scolnick and Dr. Nies at
378 7    1:20 in the morning; correct?
378 8    A: It could have been.

**381:10 - 381:15 Reicin, Alice 2005-03-23**      0:03
381 10    THE COURT REPORTER: 17.
381 11    - - -
381 12    (Whereupon, Deposition Exhibit
381 13    Reicin-17, E-mails, MRK-NJ0209299 -
381 14    MRK-NJ0209301, was marked for
381 15    identification.)

**383:14 - 384:9 Reicin, Alice 2005-03-23**      1:05
383 14    Q: What was happening was -- let me see
383 15    if we can agree with this proposition.
383 16    Searle was attacking Vioxx as to a
383 17    number of different propositions, including
383 18    cardiovascular safety; correct?
383 19    A: I think that's a fair proposition.
383 20    Q: In fact, a Dr. Peter Isakson focused
383 21    on a cardiovascular safety of Vioxx. That's all I'm
383 22    really trying to get right now.
383 23    A: That's what it says in the e-mail.
383 24    Q: That's what it says in the e-mail.
383 25    And there was a concern -- I only have about three
384 1    or four questions through this thing.
384 2    There was a concern among the Merck
384 3    people that Vioxx be defended; correct?

*Objections column (for 383:14-384:9):*
Re: [383:14-384:9]
Def Obj Lack of foundation; hearsay

*Responses column (handwritten):* Overruled

| | Objections In | Responses In |
|---|---|---|

384 4   A: I don't know if anyone used that
384 5   term. I think the --
384 6   Q: The term was used. Ed, Peter, Steve
384 7   on October 12, the first page, the second from the
384 8   top. Ed, Peter, Steve: 'The local people made a
384 9   valiant effort to defend Vioxx.' Do you see that?

**385:3 - 388:7 Reicin, Alice 2005-03-23**          3:54

385 3   A: It appears that way from the e-mail.
385 4   Q: What they were telling the scientific
385 5   conferences there, the gist of it is that there is
385 6   information in the VIGOR study which calls into
385 7   question the cardiovascular risks of Vioxx; correct?
385 8   A: Does it say that they said exactly
385 9   that?
385 10  Q: No. But that's the overall import of
385 11  what Merck has to now defend. I was really trying
385 12  to cut through it and see if we could agree that
385 13  that is sort of the gist of what's going on here.
385 14  A: It does sound that based on Vioxx,
385 15  they were calling that into question, and I think
385 16  what people wanted was just to be able to show the
385 17  totality of data that we had because that wasn't the
385 18  only data that we had on the cardiovascular safety
385 19  of Vioxx.
385 20  Q: But my only question was, was the
385 21  overall import of -- is that if we can agree what's
385 22  going on in this e-mail was simply the -- strike
385 23  that. I'm going to start again.
385 24  What was going on in this e-mail was
385 25  that Merck needed to defend itself against attacks
386 1   by the Searle people showing the Vioxx VIGOR data.
386 2   That's the gist of it. I don't want to talk about
386 3   the merits of it. That's just the gist of what's
386 4   going on.
386 5   A: No. I think the gist of what's going
386 6   on is a report of what happened at a meeting in
386 7   Europe. That's the gist of what's going on.
386 8   Q: And the e-mail says, 'Although' --
386 9   that the local people,' meaning the Merck people in
386 10  Europe, 'made a valiant effort to defend Vioxx.'
386 11  That's who that's talking about when it says 'local
386 12  people'; correct?
386 13  A: From one of our subsidiaries, I
386 14  believe that's true.
386 15  Q: Indeed, the term that's used there
386 16  is -- the operative verb there is 'defend'; correct?
386 17  A: That was used in that one sentence,
386 18  yes.
386 19  Q: That, by the way, is the same word
386 20  that I pointed out to you that was used in your
386 21  personnel file when you were described, and we
386 22  discussed this last time, as the defender, in fact,
386 23  the tenacious defender of the Vioxx franchise.
386 24  Same word; correct?
386 25  A: That is the same word.
387 1   Q: What's being said in this e-mail in
387 2   October of 2001 is that -- and this is the last
387 3   e-mail from Barry Gertz to you -- is that they need
387 4   you back; correct?
387 5   A: I don't see that it says we need
387 6   Alise back.
387 7   Q: 'With Alise back we should be in a

**Re: [385:3-388:7]**
**Def Obj** Lack of foundation;
hearsay

*overruled*

| | | Objections In | Responses In |
|---|---|---|---|

| 387 | 8 | better position.' I assume that if they are saying |
| 387 | 9 | with Alise back we should be in a better position,' |
| 387 | 10 | it would mean that they want you back, they need you |
| 387 | 11 | back? |
| 387 | 12 | A: It says 'we should be in a better |
| 387 | 13 | position to cover such 'events.'' In other words, |
| 387 | 14 | that I could go and present data. I don't see |
| 387 | 15 | anywhere that says -- |
| 387 | 16 | Q: But the point is, what's needed is a |
| 387 | 17 | defense for Vioxx; correct? |
| 387 | 18 | A: I don't see that written anywhere |
| 387 | 19 | here. |
| 387 | 20 | Q: Well, isn't it since Ed, Peter and |
| 387 | 21 | Steve are being told in the previous e-mail that |
| 387 | 22 | the local people made a valiant effort to defend,' |
| 387 | 23 | the import being is that you're needed to defend it. |
| 387 | 24 | Would you agree with that read of this e-mail chain? |
| 387 | 25 | A: No, I don't. I think, again, it's a |
| 388 | 1 | readout of a large scientific meeting. And very |
| 388 | 2 | often for something of this stature, someone from |
| 388 | 3 | headquarters would go. Instead, a local person went |
| 388 | 4 | who might not have known all the data as well as I |
| 388 | 5 | or others on my team might. And so what they were |
| 388 | 6 | saying is that in the future, we might want to send |
| 388 | 7 | headquarters people. |

**389:21 - 390:15 Reicin, Alice 2005-03-23**   0:49

| 389 | 21 | Q: I'm going to wrap this up -- |
| 389 | 22 | A: Okay. |
| 389 | 23 | Q: -- with a couple of questions. |
| 389 | 24 | The e-mail says here, following the |
| 389 | 25 | e-mail that says 'the local people made a valiant |
| 390 | 1 | effort to defend Vioxx,' the last sentence of this |
| 390 | 2 | e-mail says, 'In any case - we will focus more on |
| 390 | 3 | such issues at the WBST and I will review with Alise |
| 390 | 4 | and Wendy how to better be prepared to meet the |
| 390 | 5 | barbarians at the gate.' Who are the barbarians? |
| 390 | 6 | A: Barry wrote the e-mail, so I don't |
| 390 | 7 | know that I should speculate on what he was |
| 390 | 8 | referring to. |
| 390 | 9 | Q: Did you have an understanding when |
| 390 | 10 | you read the e-mail as to who he was talking about? |
| 390 | 11 | A: I think he was probably talking |
| 390 | 12 | about -- |
| 390 | 13 | Q: The FDA? |
| 390 | 14 | A: No. I think he was probably talking |
| 390 | 15 | about Searle, or representatives of Searle. |

Re: [389:21-390:15]
Def Obj Lack of foundation

*Overruled*

**391:8 - 391:12 Reicin, Alice 2005-03-23**   0:13

| 391 | 8 | Q: Yes. Did you agree that the Searle |
| 391 | 9 | people were barbarians and should be met at the |
| 391 | 10 | gate? Yes or no? |
| 391 | 11 | A: It was an eloquent use of words. I |
| 391 | 12 | don't know that I would have put it like that. |

**393:5 - 393:22 Reicin, Alice 2005-03-23**   0:40

| 393 | 5 | Q: But that VIGOR data, to pick you up |
| 393 | 6 | on that point, which was nonresponsive, but which |
| 393 | 7 | I'll pick you up on, that VIGOR data was a red flag |
| 393 | 8 | at the time; correct? |
| 393 | 9 | A: I don't -- I wouldn't characterize it |
| 393 | 10 | as a red flag. |
| 393 | 11 | Q: Has it been characterized as a red |

30

|  | Objections In | Responses In |
|---|---|---|

393 12   flag by anyone?
393 13   A: Certainly people may have.
393 14   Q: Would they be incorrect if they
393 15   characterized it as a red flag?
393 16   A: What I would say is it was a signal.
393 17   We had to understand that signal. At that point in
393 18   time, based on the extensive amount of data we had
393 19   and continued to have over the next several years as
393 20   we continued to collect more, the totality of data
393 21   suggested that Vioxx compared with placebo did not
393 22   have an increased risk of cardiovascular events.

**394:2 - 395:2 Reicin, Alice 2005-03-23**    0:57
394 2   Here's my question. Would those who
394 3   characterize it as a red flag be incorrect? Yes or
394 4   no?
394 5   A: I don't know what that means. A red
394 6   flag to what?
394 7   Q: What is a red flag, ma'am?
394 8   A: I don't know what you mean by that.
394 9   Q: Does a red flag mean stop, look,
394 10   listen?
394 11   A: And we did.
394 12   Q: That's the question. Then if you
394 13   did, were the results, were the cardiovascular
394 14   results in VIGOR a red flag to Merck? Yes or no?
394 15   A: So, I would not use that term. What
394 16   I would say is, did we think that they were
394 17   important for us to stop, look and listen, which is
394 18   the way you described it? Yes, and we did.
394 19   Q: Well, then, the question is, you
394 20   would not use the term, but I'm using the term and
394 21   asking you, will you agree with that
394 22   characterization? Was the VIGOR data a red flag as
394 23   I've chosen to characterize it and asked you to
394 24   agree with it? Would you agree?
394 25   A: If you want to characterize a red
395 1   flag is that it means stop, look and listen, the
395 2   answer is yes.

**396:19 - 397:21 Reicin, Alice 2005-03-23**    0:51
396 19   Q: Doug Greene. In response to being
396 20   better 'prepared to meet the barbarians at the    **Re: [396:19-397:3]**
396 21   gate,' what does he say?    **Def Obj Argumentative**
396 22   A: 'We may need to seek them out and
396 23   destroy them where they live.'
396 24   Q: That's also a good characterization
396 25   and a good insight for any jury to see the inner
397 1   workings and feelings of those who work in the
397 2   pharmaceutical industry; correct?
397 3   A: No --
397 4   MR. KIERNAN: Objection to form.
397 5   THE WITNESS: I think he was trying    **Re: [397:5-397:21]**
397 6   to be funny.    **Def Obj Argumentative**
397 7   BY MR. KLINE:  :
397 8   Q: You think he was just trying to be
397 9   funny?
397 10   A: I know he was trying to be funny.
397 11   Q: If we agree that he was trying to be
397 12   funny, can we agree that the sentiment was sincere?
397 13   A: No.
397 14   Q: Can we agree that sometimes things
397 15   are said half in jest, all in earnest?

Overruled

|  |  | Objections In | Responses In |
|---|---|---|---|

```
397 16     A: I think --
397 17     Q: Here's the only pending question, and
397 18     we'll give you your break.
397 19     Did you ever hear the expression
397 20     half in jest, all in earnest'?
397 21     A: No.
```

**398:9 -   398:23 Reicin, Alice 2005-03-23**                    0:35
```
398  9     Q: You first began working on the drug
398 10     Vioxx, you've told me, but I want to put it in the
398 11     context of this. When did you first start working
398 12     on the drug Vioxx?
398 13     A: I think it was sometime in 1997. It
398 14     could have been end of '96, but somewhere around
398 15     that time. '97.
398 16     Q: '97. And you continue to work on it
398 17     today?
398 18     A: A smaller percentage of my time, yes.
398 19     Q: The drug from the very beginning had
398 20     complicated safety issues involved; correct?
398 21     A: I don't know if I would quite
398 22     characterize it like that. Are you referring to
398 23     something in particular?
```

**399:14 -   399:20 Reicin, Alice 2005-03-23**                    0:18
```
399 14     Q: Now, as to this drug, as you viewed
399 15     it as you went along in 2000, 2001, 2002, did you
399 16     view this as a drug that had complicated safety
399 17     issues?
399 18     A: Well, I think the data were
399 19     complicated. And in that regard I would say that it
399 20     had complicated safety issues.
```

**400:6 -   400:10 Reicin, Alice 2005-03-23**                    0:07
```
400  6     Q: Let me show you a document.
400  7     - - -
400  8     (Whereupon, Deposition Exhibit
400  9     Reicin-18, E-mails, MRK-AFJ0002573, was
400 10     marked for identification.)
```

**400:17 -   403:11 Reicin, Alice 2005-03-23**                    3:38
```
400 17     Q: Would you read the top line of the
400 18     e-mail that you wrote to Peter Kim? 'Peter, see
400 19     below our clinical data.' Would you read that line?
400 20     A: 'See below our clinical data versus
400 21     diclofenac on page 93 of the safety update report
400 22     which went to the FDA in July 2001.'
400 23     Q: Stop. What is diclofenac?
400 24     A: It is a nonselective NSAID.
400 25     Q: What did you say next?
401  1     A: 'Numbers are by no means large but
401  2     the numerical direction was in our favor.'
401  3     Q: When you say, 'Numerical direction
401  4     was in our favor,' meaning favoring Vioxx?
401  5     A: Meaning, yes, in some sort, I'm going
401  6     to assume in some sort of safety question, we looked
401  7     more favorable than diclofenac.
401  8     Q: In this e-mail and other e-mails
401  9     there's discussion about whether certain results
401 10     favor Vioxx versus other drugs and whether this is a
401 11     win for Vioxx or for Merck or a loss. You've seen
401 12     e-mails with those kinds of characterizations among
401 13     and between Merck people on the team including
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | |
|---|---|---|
| 401 | 14 | yourself; correct? |
| 401 | 15 | A:  It's not unusual to -- |
| 401 | 16 | Q:  I'm not asking if it is unusual. I'm |
| 401 | 17 | only asking if you've seen it. |
| 401 | 18 | A:  Well, you would have to tell me in |
| 401 | 19 | the context, but certainly could have seen e-mails |
| 401 | 20 | like that. |
| 401 | 21 | Q:  Yes, that's really what I'm trying to |
| 401 | 22 | find. There are e-mails which say that. |
| 401 | 23 | My question is, isn't science and |
| 401 | 24 | scientific studies, aren't they supposed to be |
| 401 | 25 | neutral? |
| 402 | 1 | A:  I don't understand your question. |
| 402 | 2 | Q:  Well -- |
| 402 | 3 | A:  The results are not. |
| 402 | 4 | Q:  Well, when you are conducting a |
| 402 | 5 | study, isn't the purpose of a scientist to be |
| 402 | 6 | neutral to the outcome rather than being concerned |
| 402 | 7 | about whether the result is favorable or unfavorable |
| 402 | 8 | or whether it's a win or a loss? |
| 402 | 9 | A:  The way -- |
| 402 | 10 | Q:  Can you answer that question? |
| 402 | 11 | A:  The way that we ensure that we are |
| 402 | 12 | neutral is by having blinded safety data. I mean |
| 402 | 13 | blinded data. We're blinded. That ensures our |
| 402 | 14 | neutrality. But you have hypotheses when you go in. |
| 402 | 15 | You have hypotheses. And often the hypotheses are |
| 402 | 16 | that drug X will be better than drug Y. That's the |
| 402 | 17 | hypotheses. It is a scientific hypotheses. |
| 402 | 18 | The issue about neutrality that |
| 402 | 19 | you're discussing relates to can you be neutral as |
| 402 | 20 | the data is coming in. And the way we ensure that |
| 402 | 21 | is that we're blinded, we don't know if patients are |
| 402 | 22 | on drug X or drug Y during the study. |
| 402 | 23 | Q:  That's why blinding is so important; |
| 402 | 24 | correct? |
| 402 | 25 | A:  Blinding is important. |
| 403 | 1 | Q:  And it's very important not to be -- |
| 403 | 2 | it's very important that there be no either |
| 403 | 3 | inadvertent or intentional unblinding; correct? |
| 403 | 4 | A:  Occasionally you will unblind a study |
| 403 | 5 | if there are valid reasons to do so. When we do |
| 403 | 6 | that at Merck and the studies continue, we don't |
| 403 | 7 | unblind whoever is monitoring those studies on a per |
| 403 | 8 | patient basis. |
| 403 | 9 | Q:  Blinding is a very important concept? |
| 403 | 10 | A:  So that we can maintain the |
| 403 | 11 | neutrality. |

| | | | |
|---|---|---|---|
| **404:3 - 405:2** | | **Reicin, Alice 2005-03-23** | 1:08 |
| 404 | 3 | The e-mail that's written here by you | |
| 404 | 4 | from your computer by you, this e-mail on the top of | |
| 404 | 5 | the page -- what's the Exhibit Number? | |
| 404 | 6 | THE COURT REPORTER:  18. | |
| 404 | 7 | BY MR. KLINE:   : | |
| 404 | 8 | Q:  18. On the top of Exhibit 18, it | |
| 404 | 9 | says, 'How about a nice drug with no complicated | |
| 404 | 10 | safety issues for me to work on?' Those are your | |
| 404 | 11 | words; correct? | |
| 404 | 12 | A:  That's correct. You asked me since | |
| 404 | 13 | the beginning. | |
| 404 | 14 | Q:  No. I didn't ask what you asked. I | |
| 404 | 15 | asked you what you said. | |

04/18/10 17:56

| | | Objections In | Responses In |
|---|---|---|---|

404 16   Did you say, 'how about a nice drug
404 17   with no complicated safety issues for me to work
404 18   on?' I'm asking you, are those your words?
404 19   A: Those are my words.
404 20   Q: Then you say, 'Although with my luck,
404 21   the drug would have no efficacy either.' Also your
404 22   words; correct?
404 23   A: Correct.
404 24   Q: You did believe as of 3/5/02 that you
404 25   were working on a drug with complicated safety
405  1   issues, namely Vioxx; correct?
405  2   A: I think that's right.

**405:16 -  406:6 Reicin, Alice 2005-03-23**                    0:41
405 16   Q: During the VIGOR study, did you have
405 17   the concept that the drug had complicated safety
405 18   issues? Specific to time. From the beginning of
405 19   the VIGOR trial -- when was the VIGOR trial begun?
405 20   A: In 1999?
405 21   Q: 9, I think that's right.
405 22   Do you remember the month?
405 23   A: I believe it was January of 1999.
405 24   Q: From January of 1999 through the
405 25   unblinding in March of 2000, did you have an
406  1   understanding during that time frame that you were
406  2   working on a drug that had complicated safety
406  3   issues? Yes or no?
406  4   A: I can't recall sitting here today
406  5   whether I would have characterized it in my mind
406  6   like that.

**407:23 -  408:24 Reicin, Alice 2005-03-23**                   1:02
407 23   When did you first come to the
407 24   conclusion that this was a complicated safety issue?
407 25   A: Well, first of all, you're referring
408  1   to this e-mail, which you can see was a bit of
408  2   banter.
408  3   Q: More banter?
408  4   A: Yes. More banter.
408  5   Q: You do a lot of banter in e-mails.
408  6   A: Well, we try and have a little bit of
408  7   levity in our job. And you can see it was a bit of
408  8   banter. So, I can't tell you that this was a
408  9   concept that came to me at any point in time.
408 10   Q: On many of the e-mails that you got
408 11   from Dr. Scolnick, did you view those as banter?
408 12   A: I don't recall having banter with Dr.
408 13   Scolnick.
408 14   Q: Vioxx was a serious safety concern
408 15   and safety issue not only for Merck, but for the
408 16   American public; correct?
408 17   A: We all took it seriously.
408 18   Q: And indeed you had an obligation to
408 19   take it seriously; correct?
408 20   A: And we felt that -- and we agreed --
408 21   Q: My only question goes to obligation.
408 22   You had an obligation to take safety seriously;
408 23   correct?
408 24   A: Correct.

**409:5 -  409:10 Reicin, Alice 2005-03-23**                    0:20
409  5   Flurbiprofen, we've established, is a
409  6   different drug in a different subclass of NSAIDs.

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 409 | 7 | Correct so far? | |
| 409 | 8 | A: Different than what? | |
| 409 | 9 | Q: Rofecoxib. | |
| 409 | 10 | A: Correct. | |

**412:19 -   413:6 Reicin, Alice 2005-03-23**                                          0:26

| 412 | 19 | Merck undertook no study of flurbiprofen; correct? |
|---|---|---|
| 412 | 20 | A: That's correct. |
| 412 | 21 | Q: You could have; correct? |
| 412 | 22 | A: I'm not sure what the question would |
| 412 | 23 | have been or what we would have been asking. |
| 412 | 24 | Q: Well, the question -- you could have, |
| 412 | 25 | had you so chosen, compared its cardioprotective |
| 413 | 1 | effect directly to naproxen had you chosen to do so; |
| 413 | 2 | correct? |
| 413 | 3 | A: That's certainly a study that could |
| 413 | 4 | have been done. It would have been quite large. I |
| 413 | 5 | think our resources were better put at studying |
| 413 | 6 | Vioxx in the way we studied it. |

**414:14 -   414:17 Reicin, Alice 2005-03-23**                                          0:25

| 414 | 14 | Was that study considered, naproxen |
|---|---|---|
| 414 | 15 | versus flurbiprofen? |
| 414 | 16 | A: I don't recall any discussions about |
| 414 | 17 | that particular study. |

**429:24 -   430:16 Reicin, Alice 2005-03-23**                                          0:36

| 429 | 24 | Q: That's a study at 25 milligrams; |
|---|---|---|
| 429 | 25 | correct? |
| 430 | 1 | A: 25 milligrams of Vioxx. |
| 430 | 2 | Q: Yes. |
| 430 | 3 | A: 200 milligrams of celecoxib. |
| 430 | 4 | Q: Yes. These are the standard doses of |
| 430 | 5 | those drugs; correct? |
| 430 | 6 | A: That is the starting dose, that is |
| 430 | 7 | the lowest chronic dose of celecoxib and the highest |
| 430 | 8 | chronic dose of rofecoxib. |
| 430 | 9 | Q: Highest chronic dose of both? |
| 430 | 10 | A: No. |
| 430 | 11 | Q: You are saying it is the lowest -- |
| 430 | 12 | A: It is the lowest chronic dose of |
| 430 | 13 | celecoxib and the highest chronic dose of rofecoxib. |
| 430 | 14 | Q: 25 milligrams was, you've chosen to |
| 430 | 15 | describe it as the highest chronic dose? |
| 430 | 16 | A: Highest recommended chronic dose. |

**431:25 -   432:8 Reicin, Alice 2005-03-23**                                          0:27

| 431 | 25 | Q: The article in question showed an |
|---|---|---|
| 432 | 1 | increase of blood pressure among users of Vioxx as |
| 432 | 2 | compared to Celebrex, correct, at those doses, which |
| 432 | 3 | those authors chose to write and which ended up in a |
| 432 | 4 | peer-reviewed journal; correct? |
| 432 | 5 | A: Among patients with Type II diabetes, |
| 432 | 6 | hypertension and osteoarthritis, the increases in |
| 432 | 7 | blood pressure were higher on 25 milligrams of Vioxx |
| 432 | 8 | compared with 200 of Celebrex. |

**437:2 -   437:16 Reicin, Alice 2005-03-23**                                          0:39

| 437 | 2 | Q: The blood pressure difference, if you |
|---|---|---|
| 437 | 3 | look at the abstract, the results, the blood |
| 437 | 4 | pressure difference between Vioxx and Celebrex was |
| 437 | 5 | 3.78 milligrams of mercury, a statistically |
| 437 | 6 | significant finding; correct? |

| | Objections In | Responses In |
|---|---|---|

437  7    A:  In this study, that's correct.
437  8    Q:  That's what I wanted to know. That
437  9    finding is similar to the findings that you had in
437 10    VIGOR at the 50 milligram dose, when you look at
437 11    that study compared to this study? That's the only
437 12    thing I'm asking you right now?
437 13    A:  They are two different studies.
437 14    Blood pressures were measured in two different ways.
437 15    So, I don't think you can make a head-to-head
437 16    comparison between the two studies.

**437:17 -   437:21 Reicin, Alice 2005-03-23**                    0:12
437 17    **Q:  You would not make a head-to-head**
437 18    **comparison. Is that your testimony?**
437 19    **A:  That's correct. Different patient**
437 20    **populations. You could not do a head-to-head**
437 21    **comparison.**

**437:22 -   439:9 Reicin, Alice 2005-03-23**                     1:40
437 22    Q:  These are two independent studies in
437 23    which the results show that there's an increase in
437 24    blood pressure difference between Vioxx and Celebrex
437 25    or, I'm sorry, between Vioxx and a comparator drug,
438  1    in fact, a comparator NSAID; correct?
438  2    A:  That part is true. But the studies
438  3    were done quite differently.
438  4    Q:  I didn't ask you if the studies were
438  5    done differently. I asked you about the first part,
438  6    so, I'm going to ask you to get a direct answer to
438  7    the question.
438  8    These are two independent studies in
438  9    which the results show that there's an increase in
438 10    blood pressure difference between Vioxx and
438 11    Celebrex. I'm sorry, between Vioxx and a comparator
438 12    drug; correct?
438 13    A:  Two different studies that showed
438 14    that. Yes.
438 15    Q:  That's what I wanted to know.
438 16    By the way, this was published in a
438 17    peer-reviewed journal; correct?
438 18    A:  That is my understanding. If
438 19    Archives Express is -- yes. Archives of Internal
438 20    Medicine, I believe, is a peer-reviewed journal.
438 21    Q:  Are you aware of any of the authors
438 22    here who had any axe to grind with Merck?
438 23    MR. KIERNAN:  Object to the form.
438 24    BY MR. KLINE:   :
438 25    Q:  Any one of those eight or ten
439  1    authors?
439  2    A:  Some of these authors work quite
439  3    extensively, if not exclusively, with Pfizer.
439  4    That's all I know about them.
439  5    Q:  Would that, in your opinion, have
439  6    biased the study against Merck because it was a
439  7    Pfizer study?
439  8    A:  It could have. I can't say one way
439  9    or another.

**440:11 -   440:14 Reicin, Alice 2005-03-23**                   0:14
440 11    Q:  You don't believe the study is biased
440 12    just because it's funded by Pfizer; do you?
440 13    A:  I don't think just because it's
440 14    funded by Pfizer would mean that it was biased.

| | Objections In | Responses In |
|---|---|---|

**446:20 - 447:6 Reicin, Alice 2005-03-23**  0:32
```
446 20    The real question, the nub of it, if
446 21    I might, Dr. Reicin, is, is there a warning about
446 22    hypertension in the 2002 label?
446 23    A:  There is language about hypertension.
446 24    Q:  Does the language warn that there is
446 25    an increased risk of hypertension in patients who
447  1    are taking Vioxx over patients who are taking either
447  2    some other NSAID or placebo?
447  3    A:  There is language that in at least
447  4    one of our studies that -- well, there is some
447  5    language to that, yes, depending on one particular
447  6    study that it can.
```

**452:10 - 452:18 Reicin, Alice 2005-03-23**  0:22
```
452 10    Q:  When Vioxx was studied against a
452 11    placebo, there was an increase in people with
452 12    hypertension who took Vioxx; correct?
452 13    A:  We expected that and we saw that.
452 14    Q:  I didn't ask you if you expected it.
452 15    I only asked you -- and you didn't see it, it was
452 16    what was seen in the study?
452 17    A:  That's correct. It was seen in the
452 18    study.
```

**454:7 - 454:14 Reicin, Alice 2005-03-23**  0:25
```
454  7    Q:  Do you agree generally with Dr.
454  8    FitzGerald that hypertension accelerates
454  9    atherogenesis?
454 10    A:  I think that that's a commonly held
454 11    belief.
454 12    Q:  Is it a belief that you hold?
454 13    A:  Certainly based on the literature, I
454 14    would believe that.
```

**457:5 - 457:9 Reicin, Alice 2005-03-23**  0:00
```
457  5    (Whereupon, Deposition Exhibit
457  6    Reicin-25, Memo 12-22-99
457  7    Cardiovascular Safety Analysis of VIGOR
457  8    - Unblinded Minutes,' MRK-AFL0000899-
457  9    MRK-AFL0000903, was marked for
```

**459:24 - 460:19 Reicin, Alice 2005-03-23**  1:18
```
459 24    Q:  First of all, the DSMB wanted an
459 25    analysis plan in place to analyze these
460  1    cardiovascular events which were being seen. Is
460  2    that correct?
460  3    A:  That is correct.
460  4    Q:  It is Dr. Weinblatt's opinion and
460  5    apparently information that there was no plan yet in
460  6    place to analyze the cardiovascular data; correct?
460  7    A:  That's what it appears from this
460  8    paragraph.
460  9    Q:  Is he correct?
460 10    A:  There certainly was no specific
460 11    analysis plan to look at the VIGOR cardiovascular
460 12    events. That is definitely, because we were
460 13    supposed to do it as part of a pooled analysis.
460 14    Q:  That's what I wanted to know. In
460 15    other words, he is correct that there was no plan to
460 16    look at the cardiovascular events from VIGOR at that
460 17    point?
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

460 18      A: Right. Other than as a part of our
460 19      normal safety analyses that we would have done.

**460:20 -    461:9    Reicin, Alice 2005-03-23**             0:48
  460 20      Q: Right. But that safety analyses,
  460 21      we're going to learn, having gone through these
  460 22      documents very carefully, was something that
  460 23      involved at least as of that time collecting
  460 24      information on cardiovascular events, but not
  460 25      analyzing the data, at least as of this point?
  461  1      A: No. I think we're talking past each
  461  2      other here.
  461  3      VIGOR certainly, as part of the data
  461  4      analysis plan, had specific prespecified analyses of
  461  5      overall safety. Cardiovascular safety would have
  461  6      been included in that. But I think by the
  461  7      definition of what they're talking about here, there
  461  8      wasn't a specific cardiovascular data analysis plan
  461  9      for VIGOR that was in place.

**465:10 -    465:24    Reicin, Alice 2005-03-23**             0:45
  465 10      Q: I think there's a December 20, 1999.
  465 11      A: You mean the actual letter?
  465 12      Q: Yes.
  465 13      - - -
  465 14      (Whereupon, Deposition Exhibit
  465 15      Reicin-26, Letter 12-20-99,
  465 16      MRK-AAX0002893, was marked for
  465 17      identification.)
  465 18      - - -
  465 19      BY MR. KLINE:  :
  465 20      Q: Did you receive that letter, and is
  465 21      that the letter that you were thinking of when you
  465 22      talked to me?
  465 23      A: I don't remember the exact way the
  465 24      letter was written, but I did receive this letter.

**466:16 -    466:25    Reicin, Alice 2005-03-23**             0:18
  466 16      Q: Did you know as of that point that
  466 17      there were serious vascular events in the VIGOR
  466 18      trial that were occurring?
  466 19      A: We certainly had a standard operating
  466 20      procedure in place.
  466 21      Q: Did you know they were occurring is
  466 22      the question?
  466 23      A: Yes. It would be expected in this
  466 24      age group to have serious cardiovascular events. I
  466 25      didn't know what treatment groups --

**468:6 -    468:18    Reicin, Alice 2005-03-23**             0:53
  468  6      (Whereupon, Deposition Exhibit
  468  7      Reicin-27, E-mails, MRK-ABT0022637-
  468  8      MRK-ABT0022638, was marked for
  468  9      identification.)
  468 10      - - -
  468 11      BY MR. KLINE:  :
  468 12      Q: I'm really focusing you on something
  468 13      that is said on the first page of this e-mail down
  468 14      below. It is from Doug Watson to a number of
  468 15      people, including you. There's an e-mail dated
  468 16      January 12, 2000 from Watson to, among others, you.
  468 17      Do you see it on the bottom of the first page?
  468 18      A: I do.

| | Objections In | Responses In |
|---|---|---|

**471:20 -   472:16 Reicin, Alice 2005-03-23**                                    1:02

471 20   Q: Well, assuming him to be correct, can
471 21   we agree that as of January 13th of 2000 that none
471 22   of the analyses of cardiovascular events which
471 23   occurred in either VIGOR or in any of the other
471 24   studies were going to be done 'til at least after
471 25   January of 2001?
472 1   MR. KIERNAN: Object to form.
472 2   THE WITNESS: At that point in time,
472 3   the plan was not to do those analyses for another
472 4   year. My guess is, I'm speculating a little, but I
472 5   know the way we do these things, they were waiting
472 6   for X number of events occurred before they would
472 7   have done the analyses. And they probably thought
472 8   they wouldn't have enough events.
472 9   BY MR. KLINE:  :
472 10   Q: The answer to my question is, when I
472 11   asked the question if none of the analyses were
472 12   going to be done until at least another year,
472 13   namely, at least until after January of '01, is the
472 14   answer to that question, as it appears from this
472 15   memo, Mr. Kline, that appears to be correct?
472 16   A: As of January 12, 2000.

**473:16 -   473:25 Reicin, Alice 2005-03-23**                                    0:24

473 16   Q: In your differential diagnosis --
473 17   see, I don't try to carry my lawyer hat with me all
473 18   the time.
473 19   But in your differential diagnosis of
473 20   the reason Weinblatt was asking, was they may have
473 21   seen an increased incidence of cardiovascular
473 22   events. Can I pin you down to that? At least you
473 23   were thinking that was a possibility?
473 24   A: I was thinking there was a
473 25   possibility they saw a difference between the two.

**476:3  -   478:3 Reicin, Alice 2005-03-23**                                    2:03

476 3   Q: Yes. Your worst fears concerning the
476 4   prostacyclin business which you had been thinking
476 5   about back in '97 and '98 were coming true; correct?
476 6   A: No. It could have also been that the
476 7   cardioprotective effect of NSAIDs was being
476 8   demonstrated, or that this was chance, or that there
476 9   was no difference whatsoever.
476 10   Q: But there was some thinking, at least
476 11   among your group, that the fears about the
476 12   prostacyclin business actually had foundation in
476 13   reality; correct?
476 14   A: Are you talking about on January 12,
476 15   2000?
476 16   Q: Yes.
476 17   A: I don't recall that. If there's a
476 18   specific document you would like me to look at and
476 19   comment on, I would be willing to do that.
476 20   Q: You don't recall that at all?
476 21   Who is Michael Gresser?
476 22   A: I don't know Michael Gresser.
476 23   Q: Well, you ended up on his chain of
476 24   e-mails. Do you see his e-mail on the bottom?
476 25   A: I do.
477 1   Q: He wrote to Elliot Ehrlich. Who is
477 2   Elliot Ehrlich?

| | Objections In | Responses In |
|---|---|---|

477  3    A: Elliot worked with me in pulmonary
477  4    immunology.
477  5    Q: When you got this e-mail, like you
477  6    would customarily do, I assume, you would read the
477  7    whole e-mail chain?
477  8    A: Sometimes I'm good about doing that
477  9    and sometimes not.
477 10    Q: What's your custom and practice?
477 11    A: It depends. If I think I understand
477 12    what's going on from the first three e-mails, often
477 13    I won't go all the way down to the bottom.
477 14    Q: Let me tell you, if you went all the
477 15    way down to see what's on the bottom e-mail where --
477 16    is it Mr. Gresser or Dr. Gresser, do you know?
477 17    A: I don't know. I don't know him.
477 18    Q: Did you ask at the time?
477 19    A: No.
477 20    Q: He says, 'I guess I would not expect
477 21    patients on Vioxx to have a lower incidence of
477 22    stroke (actually if our worst fears concerning the
477 23    prostacyclin business have any foundation and
477 24    reality they could have a higher incidence, but
477 25    let's put that aside for purposes of this query.)'
478  1    Do you see him saying -- among other things, do you
478  2    see him saying that?
478  3    A: I see that right there.

478:16 -   479:8 Reicin, Alice 2005-03-23                    1:01
478 16    Q: I'll ask you straight up. Did you
478 17    have fears concerning the prostacyclin business
478 18    having any foundation in reality, as did Gresser,
478 19    who is on this e-mail chain?
478 20    A: He didn't say that he had fears. I
478 21    mean, he didn't say he was fearful of it at the
478 22    time. In fact, my understanding of this e-mail --
478 23    and if you can just give me a chance to read it.
478 24    (Witness reviewing document.)
478 25    What he was trying to get at here is
479  1    actually whether we would have data that would
479  2    support the fact that Vioxx could protect against
479  3    strokes. That's what he was getting at. You can
479  4    see, 'George Robertson was telling me about some
479  5    recent reports on the effect of COX inhibitors on
479  6    ischemic injury, and I wondered whether one could
479  7    tease anything out of some of the trials which were
479  8    ongoing or already finished.'

479:23 -   480:17 Reicin, Alice 2005-03-23                   0:43
479 23    Q: There certainly were fears back in
479 24    the early days of the development of the drug that
479 25    the prostacyclin inhibition could cause some kind of
480  1    cardiovascular events, including potentially
480  2    thrombotic events; correct?
480  3    A: There was a question raised in the
480  4    literature, and when we saw that and we got our
480  5    Phase III data, we did specific analyses to look at
480  6    that. Those data were not supportive of that
480  7    hypothesis at that period of time.
480  8    Q: Whatever you said afterwards, I think
480  9    you answered the question which was, 'That was a
480 10    question raised in the literature.' Now, knowing
480 11    that it was a question raised in the literature --
480 12    correct so far?

| | | | Objections In | Responses In |
|---|---|---|---|---|

480 13    A: Yes.
480 14    Q: It was a question that you had
480 15    considered and Merck had considered early on;
480 16    correct?
480 17    A: Correct.

**481:1  -  481:18 Reicin, Alice 2005-03-23**                    0:51
481  1    Q: Throughout the entire thing, you
481  2    never put aside, you never put to rest the question
481  3    that there could be some inhibition of prostacyclin
481  4    which could lead to either strokes or
481  5    arteriosclerosis? In fact, up until today, you told
481  6    me at the first deposition that those are all
481  7    potential hypotheses?
481  8    A: And at that point in this 2000 period
481  9    before we saw VIGOR, we had no clinical data that
481 10    would have supported that hypothesis either.
481 11    Q: And no clinical data to disprove it;
481 12    correct?
481 13    A: No. That's not true. We had data
481 14    compared to non-naproxen NSAIDs from our Phase
481 15    IIB/III studies. There was no difference in the
481 16    cardiovascular event rate. And there was no
481 17    difference compared with placebo. Although as we
481 18    discussed earlier, that data set was more limited.

**483:2  -  483:11 Reicin, Alice 2005-03-23**                    0:33
483  2    Q: All right. Now, the VIGOR study was
483  3    powered for GI outcomes; correct?
483  4    A: The VIGOR study was powered to see
483  5    about a twofold difference in GI outcomes. That's
483  6    why you have to be very specific about how big a
483  7    difference.
483  8    Q: Was it powered to show a twofold
483  9    outcome in cardiovascular events?
483 10    A: At the time we designed it, that
483 11    wasn't one of the hypotheses of the study.

**484:3  -  485:1 Reicin, Alice 2005-03-23**                    0:54
484  3    The VIGOR study -- this is an e-mail,
484  4    again, this one is from Ehrich, E-H-R-I-C-H, Elliot
484  5    Ehrich?
484  6    A: Yes.
484  7    Q: Tell me again who he is. It's
484  8    slipped through my head.
484  9    A: He was another physician in the
484 10    pulmonary immunology group at Merck.
484 11    Q: What was his role in all of this?
484 12    A: He was a physician who was working on
484 13    Vioxx.
484 14    Q: Was he part of the team?
484 15    A: Yes.
484 16    Q: Are all the people in this e-mail
484 17    part of the team, on this e-mail chain that we are
484 18    looking at from 1/12-1/13/00?
484 19    A: They all work for Merck, but I
484 20    wouldn't say they were part of the Vioxx clinical
484 21    team.
484 22    Q: He says here, 'VIGOR powered for GI
484 23    outcomes. If the whole cardio vascular issue is
484 24    related to lack of COX-1, the VIGOR study is
484 25    underpowered.' Agree?
485  1    A: Yes.

| | | Objections In | Responses In |
|---|---|---|---|

**485:12 -   485:20 Reicin, Alice 2005-03-23**                                          0:25

485 12     Q:  Who eventually crafted the data
485 13     analysis plan for the cardiovascular events in
485 14     VIGOR?
485 15     A:  You mean after we got the request
485 16     from Dr. Weinblatt?
485 17     Q:  Yes. That's my question.
485 18     A:  My recollection is that Tom Capizzi
485 19     put something in the data analysis plan for VIGOR in
485 20     that period of time.

**488:17 -   489:5  Reicin, Alice 2005-03-23**                                          0:31

488 17     Q:  Do you remember there being
488 18     frustration by Tom Capizzi as to he was being asked
488 19     questions and he was having to give people answers
488 20     as to why we're doing this?
488 21     A:  I don't recall that. But if there's
488 22     something you have to show me, I'll be happy to
488 23     review it.
488 24     Q:  You always anticipate it, don't you,
488 25     and I'm going to show you something exactly where he
489  1     says it may be best to come clean. Do you recall
489  2     him saying maybe we should just come clean?
489  3     MR. KIERNAN:  Object to form.
489  4     THE WITNESS:  I don't recall that
489  5     comment. I'd have to see --

**489:10 -   489:11 Reicin, Alice 2005-03-23**                                          0:04

489 10     Q:  Well, I'll show you in context.
489 11     It's Exhibit 28.

**489:19 -   491:16 Reicin, Alice 2005-03-23**                                          2:56

489 19     Q:  Exhibit Number 28.
489 20     A:   (Witness reviewing document.)
489 21     Okay.
489 22     Q:  Do you see it? He says here in an
489 23     e-mail to you and to Deborah and Beth, that's to
489 24     Beth Seidenberg and to Deborah Shapiro, and you
489 25     three are really pivot people in this whole VIGOR
490  1     study; correct? You, Seidenberg and Shapiro?
490  2     A:  I don't know if you say we're
490  3     pivotal,' but I was the clinical monitor, Deborah
490  4     was the statistician who was working with the DSMB,
490  5     Beth Seidenberg was my boss.
490  6     Q:  You were hands-on decision-makers on
490  7     the project; correct?
490  8     A:  It depends in relation to what.
490  9     Deborah, once she became unblinded and was working
490 10     with the DSMB, was no longer a decision-maker with
490 11     regard to study conduct or analyses.
490 12     Q:  And the other two, you and Dr.
490 13     Seidenberg, key decision-makers?
490 14     A:  Again, you know, it depends on
490 15     exactly what you are referring to.
490 16     Q:  Were you key decision-makers with
490 17     respect to the conduct of the study?
490 18     A:  We certainly took a part of the
490 19     decisions. The steering committee played a major
490 20     role in that as well.
490 21     Q:  Would you characterize yourself as
490 22     one of the key decision-makers in the VIGOR study in
490 23     the conduct of the VIGOR study? Yes or no?

| | | Objections In | Responses In |
|---|---|---|---|

490 24    A:  Again, you would have to tell me
490 25    exactly what you are referring to. For instance,
491  1    the conduct, meaning deciding the study is over,
491  2    that was under the purview of the steering
491  3    committee. So, I can't answer your question which
491  4    is so generally put.
491  5    Q:  Dr. Shapiro -- I'm sorry.
491  6    Dr. Reicin, you have a four-year-old         **Re: [491:6-491:16]**
491  7    now?                                          **Def Obj Argumentative**
491  8    A:  I beg your pardon?
491  9    Q:  Do you have a four-year-old?
491 10    A:  No, I do not.
491 11    Q:  If a four or five-year-old asked you
491 12    the question, are you a key decision-maker in the
491 13    Vioxx study, would you be able to answer that
491 14    question yes or no?
491 15    A:  I'd say, what decision are you
491 16    referring to?

**492:7 -   492:17 Reicin, Alice 2005-03-23          0:34**
492  7    Q:  Tom Capizzi, is he a physician?
492  8    A:  Statistician.
492  9    Q:  That's right. I do know that.
492 10    Statistician Capizzi says, 'To avoid
492 11    a lot of nonsense, it may be best to come clean and
492 12    say that the DSMB requested this.'
492 13    New quote, the next sentence, 'I
492 14    personally believe the aggravation factor will be
492 15    less but around here who knows.'
492 16    Did I read it correctly?
492 17    A:  You did.

**492:18 -   493:5 Reicin, Alice 2005-03-23          0:44**
492 18    Q:  What was he referring to?
492 19    A:  I think what you can tell here is we
492 20    must have told Doug Watson, because you can see it
492 21    is after a message from Doug Watson that we needed
492 22    to ensure that the cardiovascular events from the
492 23    VIGOR study would be adjudicated prior to frozen
492 24    file, and that hadn't been part of the original
492 25    plan. And so Doug is saying, why do we have to do
493  1    this, I don't see that this was in the DAP, tell me
493  2    why we have to do that. And what Tom is saying is,
493  3    rather than just telling him he has to do it, let's
493  4    tell him that we got a letter from the DSMB and tell
493  5    him what the letter said.

**493:6 -   493:9 Reicin, Alice 2005-03-23          0:08**
493  6    Q:  Who was he referring to that you'd
493  7    have to come clean with?
493  8    A:  I think he was referring to Doug
493  9    Watson. It was right after we saw the e-mail from

**493:10 -   493:22 Reicin, Alice 2005-03-23          0:33**
493 10    Doug Watson.
493 11    Q:  That's what I wanted to know.
493 12    What was it that Doug Watson was
493 13    asking that you're going to have to come clean with?
493 14    A:  He's trying to figure out why we're
493 15    asking him to ensure that all of the cardiovascular
493 16    events get adjudicated prior to frozen file or as
493 17    many of them as possible.
493 18    Q:  Watson was a fellow who would ask a

| | | | Objections In | | Responses In |
|---|---|---|---|---|---|

| 493 | 19 | lot of questions, isn't he? | | | |
| 493 | 20 | A: Doug is a good scientist, and he | | | |
| 493 | 21 | often wants to understand why he's being asked to do | | | |
| 493 | 22 | things. | | | |

**495:8 -   496:17 Reicin, Alice 2005-03-23**                                    2:20

| 495 | 8 | Q: Let me ask you what he meant by the |
| 495 | 9 | e-mail at the top, and if you need extra time to |
| 495 | 10 | analyze the rest, I promise to give it to you. |
| 495 | 11 | A: You want to ask me that question |
| 495 | 12 | first, okay. |
| 495 | 13 | Q: I really have a bullet pointed |
| 495 | 14 | question. |
| 495 | 15 | A: Go ahead. |
| 495 | 16 | Q: First of all, with respect to Doug |
| 495 | 17 | Watson, who I'm going to talk about in this e-mail, |
| 495 | 18 | the whole concept by Tom Capizzi of having to come |
| 495 | 19 | clean and tell Watson, why didn't you just tell him |
| 495 | 20 | up front? |
| 495 | 21 | A: I had gotten a personal communication |
| 495 | 22 | from the Data Safety Monitoring Board, and |
| 495 | 23 | usually -- I mean, you're right, it was unusual for |
| 495 | 24 | me to get that, and, therefore, my general -- I |
| 495 | 25 | think I would have said, let's not distribute it |
| 496 | 1 | widely to the team. |
| 496 | 2 | Q: Why not? My question is why, not how |
| 496 | 3 | or where or if, but why? |
| 496 | 4 | A: Because I didn't know why I got the |
| 496 | 5 | letter. I don't know. It's because it was a |
| 496 | 6 | communication from the Data Safety Monitoring Board. |
| 496 | 7 | Q: Well, would part of the reason be |
| 496 | 8 | related to what you were thinking, is that there may |
| 496 | 9 | be cardiovascular events which are occurring here, |
| 496 | 10 | which is the reason that they want this data |
| 496 | 11 | analyzed, and I don't want to unblind Dr. Watson |
| 496 | 12 | early? |
| 496 | 13 | A: No. That wouldn't have been it, |
| 496 | 14 | because it could have -- we wouldn't have known if |
| 496 | 15 | it was higher on one group or higher on the other |
| 496 | 16 | group. So, I don't think that would have been the |
| 496 | 17 | issue, no. |

**499:23 -   499:25 Reicin, Alice 2005-03-23**                                    0:13

| 499 | 23 | Q: You were unblinded by March 9th; |
| 499 | 24 | correct? |
| 499 | 25 | A: Yes, we were. |

**504:11 -   505:7 Reicin, Alice 2005-03-23**                                    1:03

| 504 | 11 | Q: Yes. As of March 9th, the worst |
| 504 | 12 | fears concerning the prostacyclin business came true |
| 504 | 13 | for Merck; correct? |
| 504 | 14 | A: Not correct. All we knew on March |
| 504 | 15 | 9th was that there was a difference between Vioxx |
| 504 | 16 | and naproxen in this study. We did not know the |
| 504 | 17 | cause of the difference. |
| 504 | 18 | Q: What was suspected on March 9th among |
| 504 | 19 | the group of you was that you had an increased |
| 504 | 20 | incidence of cardiovascular events, and that it was |
| 504 | 21 | mechanism based just as you had worried about; |
| 504 | 22 | correct? |
| 504 | 23 | A: That was certainly one of the first |
| 504 | 24 | things that we considered, was that Vioxx could have |
| 504 | 25 | increased the risk compared with naproxen |

| | | Objections In | Responses In |
|---|---|---|---|

| | |
|---|---|
| 505  1 | potentially due to an impact on prostacyclin. It |
| 505  2 | was certainly one of the hypotheses that we |
| 505  3 | considered very seriously. |
| 505  4 | Q:  Not only was it considered very |
| 505  5 | seriously, it was the operating hypothesis of the |
| 505  6 | person who was in charge of the project, namely, Ed |
| 505  7 | Scolnick; correct? |

**505:9  -  506:1  Reicin, Alice 2005-03-23**                    0:36

| | |
|---|---|
| 505  9 | THE WITNESS: I can't comment on what |
| 505  10 | Dr. Scolnick's operating, quote, unquote, hypothesis |
| 505  11 | was. I think that it is something that he |
| 505  12 | considered very strongly in those initial hours |
| 505  13 | after we got that data. |
| 505  14 | BY MR. KLINE:  : |
| 505  15 | Q:  Well, he considered it in the initial |
| 505  16 | hours after, if I might respectfully suggest to you, |
| 505  17 | until you got to a point where you figured out that |
| 505  18 | you might be able to conjure up another explanation. |
| 505  19 | Would you agree with that? |
| 505  20 | MR. KIERNAN:  Objection to form. |
| 505  21 | THE WITNESS: I would completely |
| 505  22 | disagree with the way that you stated that. |
| 505  23 | BY MR. KLINE:  : |
| 505  24 | Q:  And you completely disagree with all |
| 505  25 | of the many scientists who have also said that as |
| 506  1 | well; correct? |

Re: [505:15-505:19]
Def Obj Argumentative

Re: [505:21-506:1]
Def Obj Argumentative

**506:4  -  507:6  Reicin, Alice 2005-03-23**                    0:45

| | |
|---|---|
| 506  4 | Q:  Do you agree with all of those people |
| 506  5 | who -- |
| 506  6 | A:  Who said that I conjured up analyses? |
| 506  7 | Q:  Yes. |
| 506  8 | A:  Yes. I disagree with them. |
| 506  9 | Q:  Yes. The scientists who have said |
| 506  10 | that the naproxen theory has no plausibility or |
| 506  11 | credibility whatsoever. Have you heard that said? |
| 506  12 | MR. KIERNAN:  Object to form. |
| 506  13 | BY MR. KLINE:  : |
| 506  14 | Q:  Have you heard that said is my only |
| 506  15 | question? |
| 506  16 | A:  Mr. Kline, I would never conjure up a |
| 506  17 | hypothesis. |
| 506  18 | Q:  Have you ever heard that said? |
| 506  19 | A:  You would have to show me exactly |
| 506  20 | what you are showing -- |
| 506  21 | Q:  Have you ever heard it said that the |
| 506  22 | naproxen theory has neither plausibility nor |
| 506  23 | credibility? Have you ever heard that said? |
| 506  24 | A:  I don't recall that sitting here |
| 506  25 | today. I'm sure there could have been people who |
| 507  1 | said that. |
| 507  2 | Q:  And there are people who have medical |
| 507  3 | degrees and who come from respected institutions who |
| 507  4 | have said exactly that, correct, Dr. Reicin? |
| 507  5 | A:  There are. And there are people who |
| 507  6 | agree with us completely on that. |

Re: [506:4-506:11]
Def Obj Argumentative

Re: [506:14-507:6]
Def Obj Argumentative

**507:24 -  508:9  Reicin, Alice 2005-03-23**                    0:19

| | |
|---|---|
| 507  24 | Q:  Well, there are plenty of people who |
| 507  25 | disagree. That much you'd agree with? |
| 508  1 | A:  There are people who disagree. I |
| 508  2 | agree with that. |

| | Objections In | Responses In |
|---|---|---|

508  3    Q: Including Dr. Graham; correct? Yes?
508  4    A: I believe that that may be so.
508  5    Q: Including Dr. Topol; correct?
508  6    A: Yes. That is true. Although not
508  7    completely actually. That's not true. He in his
508  8    own article said that naproxen could be
508  9    cardioprotective.

508:13 -   508:18 Reicin, Alice 2005-03-23                0:52
508 13    By the way, do you know Dr. Ray? Do
508 14    you know who Dr. Ray is?
508 15    A: I do.
508 16    Q: He disagrees with you on the naproxen
508 17    theory, too; doesn't he?
508 18    A: He certainly might.

509:14 -   509:21 Reicin, Alice 2005-03-23                0:01
509 14    (Whereupon, Deposition Exhibit
509 15    Reicin-30, 'Non-steroidal anti-
509 16    inflammatory drugs and risk of serious
509 17    coronary heart disease: an
509 18    observational cohort study' (Ray, et
509 19    al.) The Lancet Vol 359 January 12,
509 20    2002, 118-123, was marked for
509 21    identification.)

510:2 -   510:24 Reicin, Alice 2005-03-23                1:18
510  2    answers, a number of very directed points. First of
510  3    all, there's an article by Dr. Ray in Lancet in
510  4    January of 2002. We'll mark it as an exhibit. The
510  5    interpretation section, which is his conclusions of
510  6    which reads, and I'll ask you if this sounds
510  7    familiar. Absence of a protective effect of
510  8    naproxen or other NSAIDs on risk of coronary heart
510  9    disease suggests these drugs should not be used for
510 10    cardioprotection. Are you aware of that article
510 11    generally speaking? I've marked it as the next
510 12    exhibit.
510 13    A: I'm aware of this observational
510 14    cohort study.
510 15    Q: Yes. Those are his conclusions,
510 16    correct, that naproxen is not cardioprotective? You
510 17    know that's his conclusion; correct?
510 18    A: In his interpretation of this study.
510 19    Q: Yes. He did a study, it was
510 20    published in a peer-reviewed journal, Lancet --
510 21    A: Right.
510 22    Q: -- and he disagrees with your
510 23    fundamental proposition that naproxen is
510 24    cardioprotective; correct?

511:1 -   511:3  Reicin, Alice 2005-03-23                0:05
511  1    THE WITNESS: Based on his
511  2    observational cohort study, not a randomized
511  3    clinical trial. That is --

511:10 -   511:13 Reicin, Alice 2005-03-23                0:07
511 10    trial that studied the cardioprotective effects of
511 11    naproxen? Yes or no?
511 12    A: No, we do not. I think we stated
511 13    that previously.

512:2 -   512:5  Reicin, Alice 2005-03-23                0:07

|  | Objections In | Responses In |
|---|---|---|

512  2    Q:  Well, if you had that study, you
512  3    wouldn't have been as quick to jump to the
512  4    conclusion that naproxen was cardioprotective;
512  5    correct?

512:7  -   512:16  Reicin, Alice 2005-03-23                     0:31
512  7    THE WITNESS:  I'm not sure I agree
512  8    with that, because in terms of naproxen's
512  9    anti-platelet effects, you would need to take it at
512 10    500 milligrams twice daily continuously. He didn't
512 11    evaluate what dosage patients were taking. He
512 12    didn't evaluate if they were taking it twice daily.
512 13    And given the way NSAIDs are taken in the world at
512 14    large, taken on one day, don't take it on another,
512 15    it wouldn't be surprising if you didn't see it in an
512 16    observational study.

515:19 -   516:1  Reicin, Alice 2005-03-23                      0:25
515 19    When you postulated that naproxen's
515 20    cardioprotective effect explained the cardiovascular
515 21    increases in -- I'm going to start again. It's
515 22    getting late.
515 23    When you put forth the naproxen
515 24    hypothesis, that explanation was hypothetical and
515 25    was not demonstrated by substantial evidence;
516  1    correct?

516:3  -   517:2  Reicin, Alice 2005-03-23                      0:55
516  3    THE WITNESS:  I would not agree with
516  4    the way in which you characterized that.
516  5    BY MR. KLINE:   :
516  6    Q:  Well, the way I just characterized it
516  7    is exactly the way the FDA characterized it in a
516  8    warning letter to Merck. Have you ever seen that
516  9    warning letter?
516 10    A:  In the past.
516 11    Q:  Yes.
516 12    It's quite unusual that you get a
516 13    warning letter from the Department of Health & Human
516 14    Services, FDA, a company like Merck, isn't it?
516 15    A:  It's certainly -- we --
516 16    Q:  Don't like to get them?
516 17    A:  We do not like to get them.
516 18    Q:  Right. And you got one here;
516 19    correct?
516 20    A:  We did get a warning letter.
516 21    Q:  And was that warning letter routed to
516 22    your desk?
516 23    A:  I did see it at some point in time.
516 24    Q:  Well, when you say you saw it at some
516 25    point in time, it came on, it looks like 9/17/01.
517  1    Did you get it in that time frame?
517  2    A:  I was on leave at that time.

517:9  -   517:12  Reicin, Alice 2005-03-23                     0:00
517  9    (Whereupon, Deposition Exhibit
517 10    Reicin-31, 'Warning Letter' 9-17-01
517 11    MRK-ABI0003139 - MRK-ABI0003147, was
517 12    marked for identification.)

517:17 -   517:22  Reicin, Alice 2005-03-23                     0:24
517 17    your naproxen theory. And it says here: 'You
517 18    assert that Vioxx does not increase the risk of MIs

| | Objections In | Responses In |
|---|---|---|

517 19    and that the VIGOR finding is consistent with
517 20    naproxen's ability to block platelet aggregation
517 21    like aspirin. That is a possible explanation.'
517 22    Would you read the rest of that sentence?

**518:1  -  518:7  Reicin, Alice 2005-03-23**    0:14
518  1    Q:  Would you read the rest of that
518  2    sentence? 'But.'
518  3    A:  'But you fail to disclose that your
518  4    explanation is hypothetical, has not been
518  5    demonstrated by substantial evidence, and that there
518  6    is another reasonable explanation, that Vioxx may
518  7    have prothrombotic properties.'

**523:1  -  523:17  Reicin, Alice 2005-03-23**    0:38
523  1    Q:  By the way, have you ever seen --
523  2    other than this warning letter -- how many years are
523  3    you now working at Merck?
523  4    A:  About nine years.
523  5    Q:  Have you ever seen another warning
523  6    letter?
523  7    A:  Not to the best of my recollection.
523  8    Q:  So, it's quite unusual to see this
523  9    kind of letter; correct?
523 10    A:  As I told you before, Merck rarely
523 11    gets a warning letter.
523 12    Q:  If you look on Page 2, this letter
523 13    says to Merck: 'Your,' meaning Merck, 'minimizing
523 14    these potential risks and misrepresenting the safety
523 15    profile for Vioxx raise significant public health
523 16    and safety concerns.' Do you see that?
523 17    A:  I do.

**527:8  -  527:15  Reicin, Alice 2005-03-23**    0:18
527  8    Q:  A reasonably prudent pharmaceutical
527  9    company should not minimize the potential risks of a
527 10    drug as Merck was accused in this letter; correct?
527 11    A:  You want to repeat the first part?
527 12    Q:  A reasonably prudent pharmaceutical
527 13    --
527 14    A:  -- pharmaceutical company should not
527 15    minimize the risk of a drug. I agree with that.

**528:24 -  529:5  Reicin, Alice 2005-03-23**    0:17
528 24    Q:  A reasonably prudent pharmaceutical
528 25    company should not misrepresent the safety profile
529  1    of a drug as the FDA says that Merck did here;
529  2    correct?
529  3    A:  I would say that a pharmaceutical
529  4    company should not misrepresent the safety profile
529  5    of a drug.

**529:13 -  529:19  Reicin, Alice 2005-03-23**    0:24
529 13    Q:  I want to go back to my original
529 14    inquiry, which is Dr. Graham's article. We'll mark
529 15    Dr. Graham's article of January of 2005.
529 16    You are aware of the fact --
529 17    previously marked as Exhibit 10. I'm going to show
529 18    you, because I've highlighted one sentence, and I'm
529 19    going to ask you for some basic agreement.

**529:22 -  530:15  Reicin, Alice 2005-03-23**    0:57
529 22    He says, 'Naproxen use does not

|  | | Objections In | Responses In |
|---|---|---|---|

529 23   protect against serious coronary heart disease.' In
529 24   other words, he also does not believe that there is
529 25   a coronary -- that there is a cardiovascular
530  1   protection from naproxen; correct?
530  2   A: In this study, the rate on naproxen
530  3   was not lower compared to I think -- I can't
530  4   remember what his standard was.
530  5   Q:  And this kind of study, this was a
530  6   case controlled study, this was a retrospective
530  7   study; is that correct?
530  8   A:  That's correct.
530  9   Q: This is another epidemiologic study
530 10   which goes to disprove the naproxen hypothesis which
530 11   Merck put out in the year 2000 after the VIGOR study
530 12   was unblinded; correct?
530 13   A:  I'd say this is another epidem --
530 14   this is one epidemiologic study that did not show
530 15   that naproxen was cardioprotective. Others did.

**533:10 -   533:12 Reicin, Alice 2005-03-23**                     0:07
533 10   Q:  I want to show you a memo. I want to
533 11   go back and close the loop on a couple of things.
533 12   We must be coming up on Reicin break time.

**Re: [533:10-533:12]**
**Def Obj Side bar**

**533:19 -   533:21 Reicin, Alice 2005-03-23**                     0:00
533 19   (Whereupon, Deposition Exhibit
533 20   Reicin-32, E-mail, MRK-ABH0016219, was
533 21   marked for identification.)

**533:25 -   534:3 Reicin, Alice 2005-03-23**                     0:57
533 25   Q:  On March 9th, 2000 you received this
534  1   memo from Dr. Ed Scolnick, as I think we've already
534  2   characterized him, our blunt, outspoken and not
534  3   necessarily steady president?

**Re: [533:25-534:3]**
**Def Obj Argumentative**

**534:11 -   534:13 Reicin, Alice 2005-03-23**                     0:05
534 11   THE WITNESS:  I think we
534 12   characterized him as an excellent scientist, as a
534 13   trustworthy scientist, a lot of other adjectives.

**Re: [534:11-534:13]**
**Def Obj Argumentative**

**537:6  -   537:14 Reicin, Alice 2005-03-23**                     0:17
537  6   In this e-mail, looking at it, do you
537  7   recall it now?
537  8   A:  I've seen this several times during
537  9   depositions, and so it's hard for me to tell you
537 10   what I recall after seeing it a year ago.
537 11   Q:  Because everybody wants to ask you
537 12   about it?
537 13   A:  I've been asked about this e-mail,
537 14   and I've seen it quoted.

**537:22 -   538:3 Reicin, Alice 2005-03-23**                     0:20
537 22   Q:  Do you think maybe it's because he
537 23   says, 'It is low incidence and it is mechanism based
537 24   as we worried it was'? Is that how Dr. Scolnick
537 25   presented that to you in that e-mail?
538  1   A:  Well, that is what it says in this
538  2   e-mail, and I think those were his initial thoughts
538  3   in the first few hours after getting unblinded, yes.

**539:15 -   539:22 Reicin, Alice 2005-03-23**                     0:22
539 15   Now, Dr. Scolnick, did he know this
539 16   drug well? Was he familiar with -- very familiar

| | | | Objections In | Responses In |
|---|---|---|---|---|

539  17    with the drug?
539  18    A:  He was certainly familiar with Vioxx.
539  19    Q:  Knowledgeable about its pharmacologic
539  20    components?
539  21    A:  Barry Gertz probably knew more
539  22    details, but certainly Ed was aware.

**540:12 -   541:9    Reicin, Alice 2005-03-23**                    0:51
540  12    Q:  Well, did he know the clinical trials
540  13    as you saw and understood it working with him on
540  14    this drug?
540  15    A:  I think there were aspects. In
540  16    general, he knew the clinical trials. If you wanted
540  17    to pin him down on specific details, he might not
540  18    know them.
540  19    Q:  But he knew the drug and the studies
540  20    and the basics and, in fact, much more than the
540  21    basics on this drug; correct?
540  22    A:  I think that's true.
540  23    Q:  Have you ever heard the expression
540  24    gut reaction'?
540  25    A:  I have.
541  1    Q:  And your gut instinct on something?
541  2    A:  Yes.
541  3    Q:  Would you agree with me that what he
541  4    was expressing in this e-mail when he said 'The CV
541  5    events are clearly there. It's mechanism based as
541  6    we worried it was,' would you agree with me that
541  7    that appears, at least to the reader, you, that that
541  8    was his basic instinct, his gut reaction, first
541  9    instinct?

**541:12 -   542:5    Reicin, Alice 2005-03-23**                    0:46
541  12    Q:  Isn't that what really we have here?
541  13    A:  I think it would be speculative for
541  14    me to tell you what Dr. Scolnick was thinking beyond
541  15    the e-mail.
541  16    BY MR. KLINE:   :
541  17    Q:  That's not my question. My question
541  18    is, would you agree with me that it appears to you
541  19    as the reader, the recipient, that this was his gut
541  20    reaction based on this new information? Can we
541  21    agree?
541  22    A:  I'd probably characterize it
541  23    differently, which is that Dr. Scolnick is extremely
541  24    careful, and very often when you're presented with a
541  25    safety issue about one of Merck's drugs you have to
542  1    assume the worst. That would be his role as
542  2    president of Merck Research Labs.
542  3    Q:  He certainly was correct that it was          **Re: [542:3-542:5]**
542  4    the worst; correct?                              **Def Obj Argumentative**
542  5    A:  It was the worst what?

**552:18 -   553:8    Reicin, Alice 2005-03-23**                    0:55
552  18    Q:  As to the naproxen hypothesis, had
552  19    you settled on naproxen's cardioprotective effect
552  20    being an explanation for the differences in
552  21    cardiovascular rates between naproxen and the
552  22    comparator drug?
552  23    A:  I think at that period of time we
552  24    thought that the totality of data was most
552  25    consistent with naproxen acting as a
553  1    cardioprotective agent.

50

|  |  | Objections In | Responses In |
|---|---|---|---|

553  2   Q: Now, when you say 'the totality' of
553  3   the evidence, I'm looking in the next answer not for
553  4   an explanation, because I think I know a lot of the
553  5   exclamation, I'm looking just for a list. The
553  6   totality of the evidence included, and I'm going to
553  7   give you a chance to expand on this, the
553  8   flurbiprofen article; is that correct?

553:12 -  553:20 Reicin, Alice 2005-03-23          0:18
553  12   Q: The totality of the data. But one
553  13   piece of the evidence was the flurbiprofen article;
553  14   correct?
553  15   A: Correct.
553  16   Q: What else? I don't need an
553  17   explanation. I need a list.
553  18   A: There were indobufen studies that
553  19   suggested that inhibition of COX-1 could lead to
553  20   cardioprotection.

554:7  -  554:13 Reicin, Alice 2005-03-23          0:19
554  7   Q: What else? Sounds like I've read
554  8   this stuff more recently than you.
554  9   A: The placebo-controlled data from the
554  10   Alzheimer's studies that showed no difference --
554  11   that showed that, if anything, the rates were
554  12   numerically lower on Vioxx at that period of time
554  13   compared with placebo.

555:6  -  555:18 Reicin, Alice 2005-03-23          0:28
555  6   Q: Please give me a list, yes.
555  7   The placebo controlled early
555  8   Alzheimer's study data would be another thing you
555  9   looked at?
555  10   A: The placebo-controlled study which
555  11   included the Alzheimer's studies.
555  12   Both the placebo data as well as the
555  13   nonnaproxen data from our Phase IIB/III studies
555  14   which didn't show a difference in the rates of
555  15   cardiovascular events.
555  16   Q: The placebo data on the earlier
555  17   studies?
555  18   A: Right.

555:24 -  556:16 Reicin, Alice 2005-03-23          0:53
555  24   Q: Which data was that?
555  25   A: That was all of the pooled placebo
556  1   controlled data from our Phase IIB/III analyses, as
556  2   well as our pooled analyses.
556  3   Q: Which studies do they include, Dr.
556  4   Reicin?
556  5   A: Which studies?
556  6   Q: What study numbers do they include?
556  7   A: Oh, I'd need a 029, 033, 044. I
556  8   couldn't give you the exact list sitting here.
556  9   The fact that in the VIGOR study,
556  10   there was an increased incidence of minor bleeding
556  11   events and bruising on naproxen compared to Vioxx.
556  12   And those are very common side effects that you see
556  13   with aspirin, which inhibits platelet aggregation.
556  14   So, that was a kind of physiologic evidence that, in
556  15   fact, naproxen was acting to inhibit platelet
556  16   aggregation.

Re: [555:24-556:16]
Pltf Obj 556:9-16
Nonresponsive

| | Objections In | Responses In |
|---|---|---|

**563:16 -   564:20 Reicin, Alice 2005-03-23**                1:20

563  16    Q:  Wait a second. You reached a
563  17    conclusion that naproxen was cardioprotective
563  18    literally within days; correct?
563  19    A:  I don't know that that was our final
563  20    conclusion within days. I don't know that I could
563  21    characterize it in that way.
563  22    Q:  Dr. Reicin, you were unblinded on
563  23    March 9th?
563  24    A:  Correct.
563  25    Q:  Correct so far?
564  1    A:  Yes.
564  2    Q:  By March 27th you're telling the
564  3    world that the reason here, the only reason has to
564  4    do with there being fewer thromboembolytic events in
564  5    naproxen? That is, 27 --
564  6    A:  Your question to me was days.
564  7    Q:  Just hold on. 27 minus 9 is 18 days
564  8    later.
564  9    A:  So, weeks.
564  10    Q:  18 days later.
564  11    A:  I'm sorry. When you said 'days,' I
564  12    thought you were talking about two to three days,
564  13    three to four days.
564  14    Q:  No. 18 days later the naproxen
564  15    conclusion is firm enough in Merck's mind as a
564  16    company that it's stated to the public that the
564  17    issue here can be expressed in terms of fewer
564  18    thromboembolytic events observed in patients taking
564  19    naproxen, rather than the converse proposition;
564  20    correct?

**564:21 -   565:3 Reicin, Alice 2005-03-23**                0:15

564  21    A:  Again, we thought that the totality
564  22    of the data was most consistent with that.
564  23    Q:  And what you had to work --
564  24    A:  Because had Vioxx increased the risk,
564  25    we would have expected to see something in the
565  1    Alzheimer's database, we would have expected to see
565  2    something in the Phase IIB/III studies, and we
565  3    didn't.

**569:3 -   569:7 Reicin, Alice 2005-03-23**                0:13

569  3    You do not have an independent
569  4    recollection of either the standby statements on
569  5    this issue or whether you participated; correct?
569  6    A:  I don't recall the standby statement
569  7    or whether I participated in writing it.

**569:17 -   571:2 Reicin, Alice 2005-03-23**                1:09

569  17    (Whereupon, Deposition Exhibit
569  18    Reicin-35, 'Version 2 Standby
569  19    Statement - Vioxx and Cardiovascular
569  20    Events in VIGOR,' MRK-NJ0362784 -
569  21    MRK-NJ0362790 was marked for
569  22    identification.)
569  23    - - -
569  24    BY MR. KLINE:   :
569  25    Q:  What is the genesis of standby
570  1    statements?
570  2    A:  I can't stay -- I can't say.
570  3    Q:  Why are they called standby
570  4    statements? I can only think of that explanation.

52

04/18/10 17:56

|  |  | Objections In | Responses In |
|---|---|---|---|

| 570 | 5 | It would be stand by your drug. Am I incorrect? |
| 570 | 6 | A: You're incorrect. |
| 570 | 7 | Q: Now, look at this here, what happened |
| 570 | 8 | in this standby statement. There are changes that |
| 570 | 9 | are made. Are you familiar with this Microsoft |
| 570 | 10 | program where you do editing, and the editing is |
| 570 | 11 | underlined and the commentary? |
| 570 | 12 | A: I am. |
| 570 | 13 | Q: This document, are you familiar with |
| 570 | 14 | it? |
| 570 | 15 | A: I don't recall seeing this before. |
| 570 | 16 | I may have, but I don't recall sitting here. |
| 570 | 17 | MR. KIERNAN: Is this Exhibit 35? |
| 570 | 18 | MR. KLINE: Yes. |
| 570 | 19 | BY MR. KLINE:  : |
| 570 | 20 | Q: I will advise you that this was part |
| 570 | 21 | of what was produced to you as what the lawyers in |
| 570 | 22 | this litigation on the Merck side have characterized |
| 570 | 23 | as your, quote, custodial file. So, it was produced |
| 570 | 24 | from a file, at least as we understand it, that came |
| 570 | 25 | from you, from your file. |
| 571 | 1 | A: Okay. As I said, I don't recall |
| 571 | 2 | seeing this. |

**573:4 - 573:8 Reicin, Alice 2005-03-23**                    0:15
| 573 | 4 | Q: Isn't that exactly what happened |
| 573 | 5 | here, that there's a standby statement that |
| 573 | 6 | ultimately becomes an approved public statement? |
| 573 | 7 | A: I don't know if that was or was not. |
| 573 | 8 | Do we have a date on when this was written? |

**574:21 - 575:13 Reicin, Alice 2005-03-23**                    0:46
| 574 | 21 | Q: I would like you to look at the first |
| 574 | 22 | paragraph. That's the only thing I need to look at |
| 574 | 23 | with you right now. I'm not going to question you |
| 574 | 24 | on the totality. I'm going to question you on the |
| 574 | 25 | specifics of what was done here. Do you see in the |
| 575 | 1 | second sentence it says, 'There is an approximate |
| 575 | 2 | 2-fold' -- 'increase' is stricken out and 'decrease' |
| 575 | 3 | is put in? |
| 575 | 4 | A: I do see that. |
| 575 | 5 | Q: 'In the risk of certain |
| 575 | 6 | cardiovascular events, including myocardial |
| 575 | 7 | infarctions and cerebrovascular events in these RA |
| 575 | 8 | patients treated with' -- 'Vioxx' is crossed out and |
| 575 | 9 | naproxen' is put in? |
| 575 | 10 | A: I see that. |
| 575 | 11 | Q: 'Compared to' Vioxx that's put in and |
| 575 | 12 | naproxen' is crossed out. Do you see that? |
| 575 | 13 | A: I do. |

**577:5 - 577:11 Reicin, Alice 2005-03-23**                    0:18
| 577 | 5 | Q: It was a public statement that |
| 577 | 6 | started -- it was an issue which started out being |
| 577 | 7 | there's an approximate twofold increase with Vioxx, |
| 577 | 8 | to an approximate twofold decrease with naproxen. |
| 577 | 9 | Do you see where I'm pointing? |
| 577 | 10 | A: We already went through that, Mr. |
| 577 | 11 | Kline. |

**577:19 - 578:6 Reicin, Alice 2005-03-23**                    0:42
| 577 | 19 | Q: And it says, 'The preliminary |
| 577 | 20 | analysis' -- well, it's two words. It's 'I do,' |

|  |  | Objections In | Responses In |
|---|---|---|---|

| 577 | 21 | it's not yes. |
| 577 | 22 | A:  I changed it to yes. I thought you |
| 577 | 23 | would be happier with that as an answer. |
| 577 | 24 | Q:  That's the first one. |
| 577 | 25 | The preliminary analysis of |
| 578 | 1 | cardiovascular adverse events in VIGOR shows an |
| 578 | 2 | unexpectedly,' and then if you read through it, it |
| 578 | 3 | says, and I'll get to the parenthesis, 'Higher |
| 578 | 4 | incidence in rofecoxib.' And it's changed to, |
| 578 | 5 | Lower incidence in naproxen.' Do you see it? |
| 578 | 6 | A:  I do. |

**578:12 -   579:1  Reicin, Alice 2005-03-23**     0:31

| 578 | 12 | Q:  Well, I can tell you the timing, if |
| 578 | 13 | you look here, is sometime in March of 2000 is when |
| 578 | 14 | this was prepared. |
| 578 | 15 | A:  Right. But we don't know if it was |
| 578 | 16 | March 9, March -- |
| 578 | 17 | Q:  Well, it would have to be some time |
| 578 | 18 | between March 9 and March the 30th to be in March, |
| 578 | 19 | March 31st; correct? |
| 578 | 20 | A:  Correct. |
| 578 | 21 | Q:  Yes? |
| 578 | 22 | A:  Yes. |
| 578 | 23 | Q:  And, in fact, we know there's a |
| 578 | 24 | public statement by March 27th, so, it was done in |
| 578 | 25 | the time before then. Yes? |
| 579 | 1 | A:  Correct. |

**579:6   -   579:17  Reicin, Alice 2005-03-23**     0:21

| 579 | 6 | Q:  Was that correct as of that period of |
| 579 | 7 | time, that 'The company remained confident of the |
| 579 | 8 | safety profile of Vioxx'? |
| 579 | 9 | A:  'Vioxx in the treatment of OA and |
| 579 | 10 | pain, based on extensive clinical trials and |
| 579 | 11 | postmarketed surveillance.' |
| 579 | 12 | Q:  Is that correct? |
| 579 | 13 | A:  That is correct. |
| 579 | 14 | Q:  'The company was confident of the |
| 579 | 15 | overall safety profile of Vioxx' at that time; |
| 579 | 16 | correct? |
| 579 | 17 | A:  I think that is true. |

**580:20 -   581:4  Reicin, Alice 2005-03-23**     0:25

| 580 | 20 | Q:  Was the worry -- in other words, what |
| 580 | 21 | you're saying here is that there was initially a |
| 580 | 22 | high worry quotient, and then that was dispersed; |
| 580 | 23 | correct? Certainly by the time of this public |
| 580 | 24 | statement at the end of March? |
| 580 | 25 | A:  I would say there was a high worry |
| 581 | 1 | quotient when we first got the VIGOR results, and we |
| 581 | 2 | found the Alzheimer's results to be very comforting, |
| 581 | 3 | as well as going back looking at our Phase IIB/III |
| 581 | 4 | data as well. |

**583:1   -   583:13  Reicin, Alice 2005-03-23**     0:44

| 583 | 1 | Q:  The fact of the matter, Dr. Reicin, |
| 583 | 2 | is that at the highest levels of Merck, while you |
| 583 | 3 | had a public statement which was telling the world |
| 583 | 4 | of the confidence of the drug, at the highest level |
| 583 | 5 | of Merck, the worry quotient was high, correct, |
| 583 | 6 | going into April of the year 2000? |
| 583 | 7 | A:  I don't think I would characterize |

|  |  | Objections In | Responses In |
|--|--|--|--|

583  8    that for everybody in senior levels of the company
583  9    at all periods of time. That doesn't mean that
583 10   there weren't periods where people were rethinking,
583 11   relooking at the data, really trying to determine
583 12   whether we had done all of the analyses that we
583 13   needed to do.

**584:2  -  584:5  Reicin, Alice 2005-03-23**          0:10
584  2    The fact of the matter is that at the
584  3    highest levels of Merck, the worry quotient, even in
584  4    April after the public reassurances were made, were
584  5    high?

**584:8  -  584:20 Reicin, Alice 2005-03-23**          0:32
584  8    THE WITNESS: And the reason why I'm
584  9    trying to answer it in an accurate way is I know
584 10   that certainly there were periods where Dr. Scolnick
584 11   was worried, but in general, I know that he was
584 12   comfortable with the fact that naproxen was the most
584 13   likely explanation for the differences we saw in
584 14   VIGOR, and I know he found the Alzheimer's data to
584 15   be quite comforting.
584 16   BY MR. KLINE:   :
584 17   Q: That's exactly the opposite, what you
584 18   just said, as to what he was saying in an April 12,
584 19   2000 e-mail; correct?
584 20   A: No, that is not. I even commented --

**584:22 -  584:23 Reicin, Alice 2005-03-23**          0:03
**584 22   A: I commented it to you that I know**
**584 23   that there were periods where he was worried.**

**587:20 -  588:5  Reicin, Alice 2005-03-23**          0:13
587 20   Q: Dr. Scolnick was what he described as
587 21   being 'in minor agony,' and that's what he told you.
587 22   Do you recall that?
587 23   A: I recall there was an e-mail where he
587 24   said that.
587 25   Q: Let me show it to you so that we can
588  1    quickly go through it.
588  2    - - -
588  3    (Whereupon, Deposition Exhibit
588  4    Reicin-36, E-mails, MRK-ABC0033809, was
588  5    marked for identification.)

**589:20 -  590:2  Reicin, Alice 2005-03-23**          0:25
589 20   Q: This was an e-mail as of April 12,
589 21   assuming the accuracy of the time, it is 10:42 at
589 22   night; correct?
589 23   A: Correct.
589 24   Q: At 10:42 at night on April 12, which
589 25   is over two weeks after the public statement was
590  1    issued, with an importance that's high, do you see
590  2    Importance: High'?

**591:9  -  594:10 Reicin, Alice 2005-03-23**          2:43
591  9    Q: Here's what it says. It says at
591 10   10:42 at night. 'I will tell you my worry quotient
591 11   is high. I actually am in minor agony.' Maybe he
591 12   needed some Vioxx.
591 13   A: Dr. Scolnick took Vioxx is my
591 14   understanding.
591 15   Q: I understand he did, too. He's one

| | Objections In | Responses In |
|---|---|---|

591 16    of the lucky ones.

591 17    What I really want to do is a 10,000

591 18    versus' -- by the way, did you share his minor

591 19    agony?

591 20    A:  I don't think at that time I shared

591 21    his minor agony.

591 22    Q:  'What I really want to do is a 10,000

591 23    versus 10,000 patient study in mild-moderate OA.'

591 24    That's osteoarthritis?

591 25    A:  Correct.

592  1    Q:  'Tylenol versus Vioxx with PRN low

592  2    dose ASA for those judged to need it.' Did I read

592  3    it correctly?

592  4    A:  Correct.

592  5    Q:  That study had never been done;

592  6    correct?

592  7    A:  We did not do that study.

592  8    Q:  And here we have -- what is Dr.

592  9    Scolnick's title again?

592 10    A:  President of Merck Research Labs.

592 11    Q:  President of Merck Research Labs is

592 12    saying that that study is needed; correct?

592 13    A:  Correct. And you will see my --

592 14    Q:  I don't want to talk about your thing

592 15    yet. I just want to know, is the president of Merck

592 16    Research Labs saying that that is needed?

592 17    A:  At that point in time, that's what he

592 18    said here.

592 19    Q:  Did you believe that study was

592 20    needed?

592 21    A:  I had concerns that it wasn't a

592 22    doable study and that it wouldn't -- and it would be

592 23    a difficult study to perform.

592 24    Q:  Was that your thinking at the time?

592 25    A:  Well, you can see, I said 'I have a

593  1    lot of concerns about design issues for this type of

593  2    trial.'

593  3    Q:  The real reason that that study

593  4    wasn't done is because it would put Vioxx at an

593  5    extreme disadvantage to Celebrex and potentially

593  6    negate the existing osteoarthritis and Alzheimer's

593  7    data which favored the drug; correct?

593  8    A:  That's not true. If that had been

593  9    the case, we would have stopped the Alzheimer's

593 10    studies and we wouldn't have been doing the APPROVe

593 11    study, which was versus placebo, and we wouldn't

593 12    have embarked on other placebo-controlled studies.

593 13    MR. KLINE:  Mark this as the next

593 14    exhibit.

593 15    - - -

593 16    (Whereupon, Deposition Exhibit

593 17    Reicin-37, Memo 4-15-00

593 18    Background Material for 4/18/00'

593 19    with attachments, MRK-ABT0000639 -

593 20    MRK-ABT0000649; MRK-ABT0014815 -

593 21    MRK-ABT0014827, was marked for

593 22    identification.)

593 23    - - -

593 24    BY MR. KLINE:  :

593 25    Q:  What I just said to you comes right

594  1    out of a Merck document which says that a con to

594  2    doing a Vioxx versus Tylenol study is that it would

594  3    put Vioxx at an extreme disadvantage to Celebrex and

|  |  | **Objections In** | **Responses In** |
|---|---|---|---|

594  4    negate existing osteoarthritis and Alzheimer's data.
594  5    Let me show it to you.
594  6    A: That's not what you said to me.
594  7    Q: I quoted the article.
594  8    A: You said that is why we didn't do
594  9    this study. And I'm telling you that's not why we
594 10    didn't do this study.

595:7  -  595:8  Reicin, Alice 2005-03-23                0:08
595  7    Q: Do you recognize the document?
595  8    A: I have to go through this.

596:18  -  597:11  Reicin, Alice 2005-03-23            0:50
596 18    Q: Do you recognize the document, Dr.
596 19    Reicin?
596 20    A: I don't recall this specific
596 21    document.
596 22    Q: It is a PowerPoint presentation or it
596 23    appears to be; correct?
596 24    A: Part of it is.
596 25    Q: Yes. And part of it deals with the
597  1    exact study that Dr. Scolnick was talking about,
597  2    namely, doing a Vioxx versus Tylenol study. Do you
597  3    see it?
597  4    A: That's correct.
597  5    Q: It says one of the cons --
597  6    A: Oh, I'm not on that page. Yes.
597  7    Q: One of the cons is exactly what I
597  8    stated to you in my question; correct? A con being
597  9    that it would negate the osteoarthritis and
597 10    Alzheimer's data?
597 11    A: That is stated as a con.

*Objections column:*
Re: [596:18-597:11]
Def Obj Lack of foundation

598:1  -  598:10  Reicin, Alice 2005-03-23             0:26
598  1    Q: Dr. Scolnick stated in the e-mail,
598  2    which I would like to complete with you here, 'We
598  3    will not know for sure what is going on until we do
598  4    this study.' Do you see that?
598  5    A: I do.
598  6    Q: Was he correct that you didn't know
598  7    for sure what was going on?
598  8    A: Well, as we stated, it was that the
598  9    totality of evidence was most consistent with
598 10    naproxen.

599:8  -  599:11  Reicin, Alice 2005-03-23             0:07
599  8    Q: Did you tell him you disagreed?
599  9    A: Well, you can see above, I say, 'I
599 10    have alot of concerns about the design issues for
599 11    this type of study.'

599:23  -  601:11  Reicin, Alice 2005-03-23            1:50
599 23    Q: The last thing about his e-mail was
599 24    all capital letters -- by the way, he uses all
599 25    capital letters to say, 'WE WILL NOT KNOW FOR SURE
600  1    WHAT IS GOING ON UNTIL WE DO THIS STUDY.' Am I
600  2    correct he uses all capital letters?
600  3    A: He does.
600  4    Q: And he does say in the second
600  5    sentence of his e-mail, 'I will tell you my worry
600  6    quotient is high.' I did not read that to you. Do
600  7    you see that?
600  8    A: I think you read it before. I do see

| | Objections In | Responses In |
|---|---|---|

600  9    that.
600 10    Q:  The first three words of your e-mail
600 11    appear to run into a sentence. It appears that it
600 12    deserves a period, if I may help you punctuate. It
600 13    says, 'You are right.' And then it says, 'It is
600 14    late.' But you are right is meant to end with a
600 15    period; correct?
600 16    MR. KIERNAN:  Object to the form.
600 17    BY MR. KLINE:   :
600 18    Q:  It is just not punctuated.
600 19    A:  I'm not sure. I read it as you are
600 20    right, it's late, but --
600 21    BY MR. KLINE:   :
600 22    Q:  You are right, it's late, there would
600 23    be a period there to end that thought. 'You are
600 24    right' is the first thought in your e-mail, which is
600 25    an independent thought; correct?
601  1    A:  I'm not sure I would read it that way
601  2    because of everything else that I said in that
601  3    message.
601  4    Q:  Well, are you telling him that 'you
601  5    are right that it's late'?
601  6    A:  I thought that's what I was saying
601  7    when I read it, but --
601  8    Q:  Oh, come on, you are not saying 'you
601  9    are right that it's late.' You are saying 'you are
601 10    right,' period, 'it is late so this is my last
601 11    e-mail,' period.

**Re: [601:8-601:11]
Def Obj Side bar; question
withdrawn**

601:25  -   602:5  Reicin, Alice 2005-03-23                  0:10
601 25    Q:  Did you tell him that you are right?
602  1    Was that your first initial response to his e-mail?
602  2    A:  I was saying 'you are right, it is
602  3    late,' as he said --
602  4    Q:  Where does he say 'it is late'?
602  5    A:  'We are all online too late.'

602:6   -   602:10  Reicin, Alice 2005-03-23                 0:15
602  6    Q:  So, your response to, 'You are right
602  7    it is late,' is meant to respond to him saying that
602  8    it is -- let me just see, hat we are all online too
602  9    late.' Is that correct?
602 10    A:  Correct.

602:11  -   602:15  Reicin, Alice 2005-03-23                 0:12
602 11    Q:  'You are right' is not meant to agree
602 12    that your worry quotient was high; is that correct?
602 13    A:  That's correct. You don't see a
602 14    period there. You see, 'You are right it is late so
602 15    this is my last e-mail.'

602:23  -   603:3  Reicin, Alice 2005-03-23                  0:19
602 23    My question is, was your worry
602 24    quotient high? I want to pin you down. Was your
602 25    worry quotient high or not? Yes or no?
603  1    A:  As best as I can recollect from how I
603  2    felt on a specific date, April 12th, 2000, I don't
603  3    recall that my worry quotient was high at that time.

603:7   -   603:13  Reicin, Alice 2005-03-23                 0:17
603  7    Q:  Did you disagree with the need to do
603  8    a study? When he said, 'WE WILL NOT KNOW FOR SURE,'
603  9    did you tell him we do not need to do this study?

| | Objections In | Responses In |
|---|---|---|

603 10    A: I didn't say that in this e-mail.
603 11    Q: You said you had concerns about the
603 12    study design; correct?
603 13    A: That is correct.


604:4  -  606:12 Reicin, Alice 2005-03-23                    2:42
604  4    please. What were you being told by Dr. Patrono?
604  5    First of all, while we get it out, who was Carlo
604  6    Patrono?
604  7    A: Carlo Patrono is a well-respected
604  8    clinical pharmacologist in Italy.
604  9    Q: The world's most respected in that
604 10    area; correct?
604 11    A: I don't know if I'd use the 'world's
604 12    most,' but he is well-respected.
604 13    Q: Well, Alan Nies, I'm going to put
604 14    this in front of you, trust me on this, said that he
604 15    is the 'world's most respected and knowledgeable
604 16    gourmet' on the subject.
604 17    A: Did he use the word 'gourmet'?
604 18    Q: He did. Wasn't that creative of him?
604 19    - - -
604 20    (Whereupon, Deposition Exhibit
604 21    Reicin-38, E-mails, MRK-NJ0189508 -
604 22    MRK-NJ0189509, was marked for
604 23    identification.)
604 24    - - -
604 25    BY MR. KLINE:   :
605  1    Q: Are you familiar with this e-mail?
605  2    A: I have seen it in the past.
605  3    Q: Did you see it at the time, on March
605  4    28, 2000?
605  5    A: I likely did. It was addressed to me
605  6    on that date. I don't know that I saw it on March
605  7    28th. I could have seen it a couple days later.
605  8    Q: Now, on March 27th, to put this in
605  9    context for our final few questions of the day, on
605 10    March 27th, there was a press release which told the
605 11    world that there were significantly fewer
605 12    thromboembolytic events observed in patients taking
605 13    naproxen, essentially setting forth the naproxen
605 14    hypothesis. You're aware of that fact?
605 15    A: Yes.
605 16    Q: Days earlier someone from Merck had
605 17    met and now is reporting about the meeting, in fact,
605 18    the Saturday before, had met with Carlo Patrono. Do
605 19    you see that?
605 20    A: I do.
605 21    Q: And in the second paragraph, Dr.
605 22    Patrono said, 'He does not think that the
605 23    cardiovascular effect that we observed can be
605 24    attributed to naproxen for a couple good reasons.'
605 25    Do you see that? 'He said that he does not
606  1    think' --
606  2    A: Yes, I see that.
606  3    Q: Now, we'll save for next time
606  4    anything about Dr. Patrono and what he thought any
606  5    other time. I want to talk about what he was
606  6    thinking then.
606  7    What Merck knew, you correct me if
606  8    I'm wrong -- first of all, did you know what Dr.
606  9    Patrono was thinking in this time frame, very late
606 10    March/early April?

| | | | Objections In | Responses In |
|---|---|---|---|---|

606 11    A: As outlined by this e-mail that was
606 12    sent to me.

**606:17 -  606:18 Reicin, Alice 2005-03-23**    0:02
606 17    Q: It was sent to. You were copied on
606 18    it?

**607:6 -  607:12 Reicin, Alice 2005-03-23**    0:20
607 6    Q: Right. To Dr. Scolnick. You and all
607 7    of the people who are on this e-mail knew that Dr.
607 8    Patrono with the naproxen theory at the
607 9    very time that you were promulgating it as the
607 10    explanation to the world; correct?
607 11    A: In March of 2000, he disagreed with
607 12    it. He later actually supported it.

**607:18 -  607:20 Reicin, Alice 2005-03-23**    0:05
607 18    Q: The question was, in March of 2000,
607 19    did he disagree with it?
607 20    A: He did.

**607:21 -  608:1 Reicin, Alice 2005-03-23**    0:14
607 21    **Q: Here's my point. In March of 2000,**
607 22    **Merck was telling the world that the naproxen theory**
607 23    **was the explanation; correct? Yes or no?**
607 24    **A: Yes. But also you can see that he**
607 25    **also doesn't agree that Vioxx is increasing the**
608 1    **rate.**

    Re: [607:21-608:1]
    Pltf Obj Nonresponsive

**609:8 -  609:15 Reicin, Alice 2005-03-23**    0:36
609 8    Q: Now, as to the hypothesis on
609 9    naproxen, we'll get to the other part next time, as
609 10    to naproxen, the hypothesis that was being set forth
609 11    as the rationale for the increased cardiovascular
609 12    events on Vioxx in the VIGOR study, as to that
609 13    hypothesis as an explanation, Carlo Patrono, 'the
609 14    world's most respected and knowledgeable gourmet' as
609 15    of March 28, 2000 disagreed? Correct?

**609:18 -  609:22 Reicin, Alice 2005-03-23**    0:09
609 18    Q: Correct?
609 19    A: Dr. Patrono, at that point in time,
609 20    did not believe that naproxen was acting as a
609 21    cardioprotective agent. He thought the differences
609 22    were due to chance.

**8:2 -  8:2 Reicin, Alise 2005-05-27**    0:00
8 2    126'

**12:19 -  12:21 Reicin, Alise 2005-05-27**    0:03
12 19    ALICE REICIN, M.D.,
12 20    after having been duly sworn, was
12 21    examined and testified as follows:

**18:1 -  18:18 Reicin, Alise 2005-05-27**    0:47
18 1    Q: Well, I specifically asked
18 2    you to compare. I said, it doesn't
18 3    matter to you if naproxen is
18 4    cardioprotective, you thought it was
18 5    irrelevant, that was not a substance to
18 6    your answer. Your answer is what I want
18 7    to focus on.
18 8    You said: 'I think the most

    Re: [18:1-18:7]
    Def Obj Attorney giving a
    speech

04/18/10 17:56

| | | Objections In | Responses In |
|---|---|---|---|

```
18  9    important thing is what is Vioxx or one
18 10    of the other important things, what does
18 11    Vioxx look like compared to Placebo...And
18 12    in those studies, there was no evidence
18 13    of increased events on Vioxx. If
18 14    anything, the rate was higher,
18 15    numerically, on placebo.' Do you
18 16    remember saying that?
18 17    A:  I do. And at that time that
18 18    was correct.
```

22:1  -  23:20  Reicin, Alise 2005-05-27                                  1:41

```
22  1    Q:  Well, I'm just sitting here,
22  2    and I've pulled out Scolnick Exhibit
22  3    Number 24, and it looks to me like you're
22  4    the Alise Reicin who has been copied on
22  5    that. Am I correct?
22  6    (Handing over document.)
22  7    Is that you, Alise Reicin,
22  8    up at the top on the cc?
22  9    A:  Yes. In fact, what you said
22 10    before was incorrect, and that was good,
22 11    because that was not my recollection.
22 12    You said that there was 1 heart attack on
22 13    placebo, 4 on rofecoxib 25 and 2 on
22 14    rofecoxib 50. That is incorrect.
22 15    Q:  Okay.
22 16    A:  Those are all cardiovascular
22 17    events that could include hypertension,
22 18    et cetera. In fact, it looks like 1
22 19    heart attack in the entire study.
22 20    Q:  I'm not sure if I said heart
22 21    attacks. What we're looking at are
22 22    cardiovascular events, aren't we?
22 23    A:  No. You have to define what
22 24    you mean by 'cardiovascular events.'
23  1    Q:  Well, ma'am, that's what you
23  2    used in your answer that got us into this
23  3    to start with. You said there was no
23  4    evidence of increased events.
23  5    A:  And what I meant by that
23  6    were thromboembolic events.
23  7    Q:  Ma'am, you and I had been
23  8    talking about what these events were, and
23  9    you said that there were over 300 terms
23 10    included in cardiovascular events. Did
23 11    you know that?
23 12    A:  Mr. Lanier, I think we're
23 13    starting to compare apples and oranges.
23 14    If you want to give me what I read, my
23 15    guess is that's what I was talking about.
23 16    I may have been talking about the terms
23 17    for the SOP or all of the terms in the
23 18    category, but I'm sure that my answer to
23 19    you there, I was referring to thrombotic
23 20    cardiovascular events.
```

23:21  -  24:8  Reicin, Alise 2005-05-27                                  0:29

```
23 21    Q:  Well, so, ma'am, when you             Re: [23:21-24:8]
23 22    told this jury under oath that in the     Def Obj Argumentative
23 23    studies comparing Vioxx to placebo, in
23 24    those studies, all of them, there is no
24  1    evidence of increased events on Vioxx,
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 24 | 2 | you were wrong, weren't you? | |
| 24 | 3 | A: I was referring to | |
| 24 | 4 | thromboembolic events, and at that period | |
| 24 | 5 | of time I was correct. | |
| 24 | 6 | Q: Did you say thromboembolic | |
| 24 | 7 | events? | |
| 24 | 8 | A: That is what I meant. | |

**25:5 - 25:8   Reicin, Alise 2005-05-27   0:09**

| | | |
|---|---|---|
| 25 | 5 | Q: Well, no, ma'am, it just |
| 25 | 6 | says 'there was no evidence of increased |
| 25 | 7 | events,' any kind of event. That's what |
| 25 | 8 | it says, doesn't it? |

**26:10 - 26:16   Reicin, Alise 2005-05-27   0:20**

| | | | |
|---|---|---|---|
| 26 | 10 | THE WITNESS: So, we were | Re: [26:10-26:16] |
| 26 | 11 | having a whole conversation about | Pltf Obj Nonresponsive |
| 26 | 12 | myocardial infarctions and death | |
| 26 | 13 | and coronary artery disease, and | |
| 26 | 14 | it was in that context that I said | |
| 26 | 15 | events.' What part would you | |
| 26 | 16 | like me to read? | |

**26:20 - 27:21   Reicin, Alise 2005-05-27   0:43**

| | | |
|---|---|---|
| 26 | 20 | Q: Ma'am, the question was, in |
| 26 | 21 | fact, naproxen is -- if, in fact, |
| 26 | 22 | naproxen is not cardioprotective. You |
| 26 | 23 | understand that's talking about all |
| 26 | 24 | cardiovascular events, don't you? |
| 27 | 1 | A: No. When we use the word |
| 27 | 2 | cardioprotective,' we mean it prevents |
| 27 | 3 | heart attacks or unstable angina, acute |
| 27 | 4 | coronary syndrome. That's what that word |
| 27 | 5 | means. When you take aspirin -- |
| 27 | 6 | Q: That's all that word means? |
| 27 | 7 | A: When you are talking about |
| 27 | 8 | aspirin being cardioprotective, you're |
| 27 | 9 | talking about it preventing heart |
| 27 | 10 | attacks, strokes. That's what that |
| 27 | 11 | means, yes. |
| 27 | 12 | Q: So, 'cardioprotective' in |
| 27 | 13 | your opinion means only heart attacks and |
| 27 | 14 | strokes and nothing else? |
| 27 | 15 | A: No. |
| 27 | 16 | Q: It doesn't pertain to blood |
| 27 | 17 | pressure? |
| 27 | 18 | A: No. |
| 27 | 19 | Q: It doesn't pertain to |
| 27 | 20 | congestive heart failure? |
| 27 | 21 | A: No. |

**28:20 - 29:1   Reicin, Alise 2005-05-27   0:22**

| | | |
|---|---|---|
| 28 | 20 | Q: Because the bottom line is, |
| 28 | 21 | when you look at the low back study, |
| 28 | 22 | Vioxx did cause more cardiovascular |
| 28 | 23 | adverse experiences, didn't it? |
| 28 | 24 | A: No. That's not a correct |
| 29 | 1 | statement. |

**33:8 - 33:21   Reicin, Alise 2005-05-27   0:24**

| | | |
|---|---|---|
| 33 | 8 | able to play. So, just humor me and |
| 33 | 9 | answer me one clean question. Which one |
| 33 | 10 | had more cardiovascular adverse |

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 33 11 | experiences, Vioxx with 4 or placebo with | |
| 33 12 | 1? | |
| 33 13 | MR. KIERNAN:  Objection to | |
| 33 14 | the form. | |
| 33 15 | THE WITNESS:  So, again, in | |
| 33 16 | this one particular study that | |
| 33 17 | you're pointing out, numerically | |
| 33 18 | Vioxx 25 had more, 4, than | |
| 33 19 | placebo, which had 1, of a broad | |
| 33 20 | list of terms of cardiovascular | |
| 33 21 | events. | |

**50:3 - 51:9  Reicin, Alise 2005-05-27**    0:59

| | |
|---|---|
| 50  3 | Q:  When you use 'cardiovascular |
| 50  4 | events' there, you're not including blood |
| 50  5 | pressure? |
| 50  6 | A:  No. |
| 50  7 | Q:  You're not including |
| 50  8 | congestive heart failure? |
| 50  9 | A:  That is correct. |
| 50 10 | Q:  You're not including |
| 50 11 | anything except strokes and heart |
| 50 12 | attacks? |
| 50 13 | A:  No. It's more broad than |
| 50 14 | that. It includes strokes, heart |
| 50 15 | attacks, what we call acute coronary |
| 50 16 | syndrome, unstable angina, blood clots in |
| 50 17 | the periphery, deep venous thrombosis, |
| 50 18 | arterial thrombosis, and I may be |
| 50 19 | forgetting, so, basically kind of blood |
| 50 20 | clotting events. |
| 50 21 | Q:  Well, y'all actually have a |
| 50 22 | page where you talk about cardiovascular |
| 50 23 | events, don't you? |
| 50 24 | A:  If you want to show me what |
| 51  1 | you are referring to. I'm not exactly |
| 51  2 | sure what you are referring to. |
| 51  3 | Q:  Well, would you consider |
| 51  4 | arrhythmia a cardiovascular event? |
| 51  5 | A:  It is a cardiovascular |
| 51  6 | event, but the adjudication process was |
| 51  7 | put in place specifically to look for |
| 51  8 | thrombotic events. And in that respect |
| 51  9 | an arrhythmia would not be included. |

**52:1 - 53:2  Reicin, Alise 2005-05-27**    0:45

| | |
|---|---|
| 52  1 | Q:  Well, I'm going to hand you |
| 52  2 | a copy of Exhibit Number 1. This is |
| 52  3 | your 'Standard Operating Procedure for |
| 52  4 | the Surveillance, Monitoring and |
| 52  5 | Adjudication of Acute Thromboembolic |
| 52  6 | Vascular Events in Clinical Trials of |
| 52  7 | Cox-2 Specific Inhibitors.' Did I read |
| 52  8 | that title right? |
| 52  9 | A:  That's correct. |
| 52 10 | Q:  What that means, standard |
| 52 11 | operating procedure, I think jurors know |
| 52 12 | this just means your standard way of |
| 52 13 | doing it; right? |
| 52 14 | A:  We're trying to get |
| 52 15 | everything standardized. I can't tell |
| 52 16 | you it is standard across every single |
| 52 17 | program at Merck, but for this, yes. |

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 52 18 | Q: In a sense, this is kind of | | |
| 52 19 | the bible that you are going to follow | | |
| 52 20 | for doing it? | | |
| 52 21 | A: These are the procedures | | |
| 52 22 | that we will follow for doing it, yes. | | |
| 52 23 | Q: Now, if we open it up to | | |
| 52 24 | Page 15, it's got an appendix called | | |
| 53 1 | Appendix B.' Do you see that? | | |
| 53 2 | A: I do. | | |
| | | | |
| **53:10 - 54:13** | **Reicin, Alise 2005-05-27** | **0:54** | |
| 53 10 | Q: Up at the very top, very | | |
| 53 11 | first line, 'Vascular Events Monitoring | | |
| 53 12 | and Adjudication.' | | |
| 53 13 | A: The header is 'Vascular | | |
| 53 14 | Events, Monitoring and Adjudication SOP,' | | |
| 53 15 | standard operating procedure. | | |
| 53 16 | Q: All right. | | |
| 53 17 | Now, these are 'Eligible for | | |
| 53 18 | Case Adjudication;' right? | | |
| 53 19 | A: That's correct. | | |
| 53 20 | Q: And it lists a whole bunch | | |
| 53 21 | of different things that evidently are | | |
| 53 22 | considered vascular events, doesn't it? | | |
| 53 23 | A: What do you mean -- tell me | | |
| 53 24 | what you are trying to get at. I'm | | |
| 54 1 | having a hard time understanding the | | |
| 54 2 | question you are asking me. | | |
| 54 3 | Q: Well, I'm trying to get at | | |
| 54 4 | the fact that there's a whole bunch of | | |
| 54 5 | different terms listed that are | | |
| 54 6 | considered vascular events. | | |
| 54 7 | A: Right. So, let me tell you | | |
| 54 8 | what we're trying to do here. | | |
| 54 9 | Q: No, ma'am, just answer my | | |
| 54 10 | question, please. Doesn't it list a | | |
| 54 11 | bunch of terms that are vascular events? | | |
| 54 12 | A: That could be vascular | | |
| 54 13 | events. | | |
| | | | |
| **65:13 - 65:22** | **Reicin, Alise 2005-05-27** | **0:13** | |
| 65 13 | Q: Have you ever seen that | | |
| 65 14 | before? | | |
| 65 15 | A: I have. I'm not an author | | |
| 65 16 | on this paper. | | |
| 65 17 | Q: Well, what is this dealing | | |
| 65 18 | with, what kind of events? | | |
| 65 19 | A: This paper was written in | | |
| 65 20 | 1990 -- | | |
| 65 21 | Q: That wasn't my question. | | |
| 65 22 | A: -- in 2005. | | |
| | | | |
| **70:17 - 70:24** | **Reicin, Alise 2005-05-27** | **0:18** | |
| 70 17 | Q: Ma'am, I'm not asking you to | **Re: [70:17-70:24]** | |
| 70 18 | dodge these things. I'm just asking you | **Def Obj Argumentative** | |
| 70 19 | to answer my questions. | | |
| 70 20 | I just would like you to be | | |
| 70 21 | honest with the jury and admit that in | | |
| 70 22 | the New England Journal of Medicine | | |
| 70 23 | article, cardiovascular events includes | | |
| 70 24 | congestive heart failure, doesn't it? | | |
| | | | |
| **71:3 - 71:7** | **Reicin, Alise 2005-05-27** | **0:05** | |

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | | Re: [71:3-71:7] |
| 71 | 3 | THE WITNESS:  In this | Def Obj Argumentative |
| 71 | 4 | article, congestive heart failure | |
| 71 | 5 | is probably included in | |
| 71 | 6 | cardiovascular events in that | |
| 71 | 7 | title. | |

72:10  -  72:19  Reicin, Alise 2005-05-27                                      0:18

| 72 | 10 | The question I'm asking you |
| 72 | 11 | is, we can look at the table, and we can |
| 72 | 12 | see that there are a whole lot more |
| 72 | 13 | people having congestive heart failure on |
| 72 | 14 | Vioxx than there are on the sugar pill; |
| 72 | 15 | right? |
| 72 | 16 | A:  There are more cases of |
| 72 | 17 | congestive heart failure on Vioxx than |
| 72 | 18 | there are on placebo, the sugar pill. |
| 72 | 19 | You are correct. |

105:14 -  106:24  Reicin, Alise 2005-05-27                                     1:30

| | | | Re: [105:14-106:24] |
| 105 | 14 | What other information would | Def Obj 401;403 |
| 105 | 15 | you need to know? Let's see. Sudden | |
| 105 | 16 | death with arrhythmia, and the autopsy |
| 105 | 17 | reveals atherosclerosis, and would you |
| 105 | 18 | consider that a cardiovascular event, |
| 105 | 19 | death from arrhythmia? |
| 105 | 20 | A:  It is a death from |
| 105 | 21 | arrhythmia is what I would say. |
| 105 | 22 | Q:  Which is a cardiovascular |
| 105 | 23 | event; right? |
| 105 | 24 | A:  Depending -- as we said, |
| 106 | 1 | people use that term in many different |
| 106 | 2 | ways, so, I think we need to be precise. |
| 106 | 3 | I would say it was a death from an |
| 106 | 4 | arrhythmia, and it might be counted as a |
| 106 | 5 | sudden death. As I said, I'm not -- we |
| 106 | 6 | should ask the adjudicators how they |
| 106 | 7 | would adjudicate it. |
| 106 | 8 | Q:  Well, it would be |
| 106 | 9 | cardiovascular if it was sudden death |
| 106 | 10 | from arrhythmia with atherosclerosis as |
| 106 | 11 | an underlying secondary cause? That |
| 106 | 12 | would be cardiovascular, wouldn't it? |
| 106 | 13 | A:  Sudden death would be |
| 106 | 14 | cardiovascular. |
| 106 | 15 | Q:  Okay. |
| 106 | 16 | So, for example, when you |
| 106 | 17 | have an autopsy like was done on Mr. |
| 106 | 18 | Ernst, and you see that his cause of |
| 106 | 19 | death was cardiac arrhythmia, secondary |
| 106 | 20 | to coronary atherosclerosis, you have a |
| 106 | 21 | sudden death cardiac event, don't you? |
| 106 | 22 | A:  I don't know more specifics |
| 106 | 23 | about that. It certainly could be a |
| 106 | 24 | sudden death cardiac event, yes. |

166:2  -  166:10  Reicin, Alise 2005-05-27                                     0:19

| | | | Re: [166:2-166:10] |
| 166 | 2 | When you use this phrase, 'A | Def Obj Argumentative |
| 166 | 3 | numeric imbalance in death,' that's a | |
| 166 | 4 | very clinical nice, polite way of saying |
| 166 | 5 | you got more people dying taking Vioxx |
| 166 | 6 | than you have dying taking the placebo; |
| 166 | 7 | right? |
| 166 | 8 | A:  There were numerically more |

|  | Objections In | Responses In |
|---|---|---|

166 9    deaths on Vioxx than there were on
166 10   placebo. That is correct.

166:11 -   166:22 Reicin, Alise 2005-05-27                    0:37
166 11        Q: That's not just true in one
166 12        of the groups, that's true in both of the
166 13        groups that y'all actually finished the
166 14        study on; right?
166 15        A: Numerically there were
166 16        differences in deaths in both of those
166 17        studies, correct. In 126 I believe they
166 18        were similar, but --
166 19        Q: Hold on one second.
166 20        A: In 126, the study that we
166 21        stopped, the mortality was actually
166 22        similar.

178:24 -   179:15 Reicin, Alise 2005-05-27                    0:27
178 24        Look on Page 2 of 12. It's
179 1         got 'Deaths on drug,' and it's got a
179 2         whole category for cardiovascular,
179 3         doesn't it?
179 4         A: Yes.
179 5         Q: How many people died taking
179 6         your drug from cardiovascular deaths?
179 7         A: 8.
179 8         Q: How many people died taking
179 9         the sugar pill?
179 10        A: 2.
179 11        Q: Four times as many people
179 12        died taking your drug from cardiovascular
179 13        deaths as sugar pills; right?
179 14        A: It was 8 and 2 in those
179 15        studies.

181:3 -    181:16 Reicin, Alise 2005-05-27                    0:27
181 3         Q: Well, I'm just saying it is          Re: [181:3-181:16]
181 4         final. You've got 8 people that finally  Pltf Obj Acknowledged
181 5         died on your drug from a heart problem    Error, see subsequent
181 6         and only 2 on the sugar pill; right?      testimony
181 7         A: Mr. Lanier, 078 was still
181 8         ongoing at that time, and so there were
181 9         more deaths that occurred in that study
181 10        that were not part of this analysis.
181 11        That's what I was trying to say.
181 12        If you looked at the overall
181 13        APTC which includes nonfatal heart
181 14        attacks --
181 15        Q: Excuse me.
181 16        A: -- and nonfatal strokes --

623:18 -   623:25 Reicin, Alise 2005-08-19                    0:29
623 18        You were a witness at a trial of        Re: [623:18-623:25]
623 19        Ernst versus Merck -- just within the past week or  Def Obj 401; 403
623 20        two you testified; correct?
623 21        A: That is correct.
623 22        Q: And you have, therefore, a knowledge
623 23        and familiarity such that you could provide
623 24        testimony as a spokesperson for Merck relating to
623 25        the drug Vioxx; correct?

624:3 -    624:12 Reicin, Alise 2005-08-19                    0:22
624 3         THE WITNESS: I can speak to what I       Re: [624:3-624:5]

04/18/10 17:56

|  |  | Objections In | Responses In |
|---|---|---|---|
|  |  | Def Obj 401; 403 |  |

624 4    know. That doesn't mean I can answer all your
624 5    questions if I don't have knowledge of them.
624 6    BY MR. KLINE:
624 7    Q: You have knowledge of the development
624 8    of the drug; correct?
624 9    A: I have some knowledge of that, yes.
624 10    Q: And you have knowledge of the
624 11    problems that have been associated with the drug;
624 12    correct?

**624:14 - 625:9 Reicin, Alise 2005-08-19**     0:57
624 14    THE WITNESS: I certainly have
624 15    knowledge, if you're referring to safety questions
624 16    or safety issues, I do.
624 17    BY MR. KLINE:
624 18    Q: And there have been safety questions
624 19    and issues raised about the drug Vioxx both before
624 20    and after its withdrawal from the market; correct?
624 21    A: There were certainly, yes. I think
624 22    that's a fair characterization.
624 23    Q: Those safety questions were raised by
624 24    the FDA as one place where the questions were
624 25    raised; correct?
625 1    A: Well, I think virtually every drug
625 2    has safety questions that are raised by it, and
625 3    certainly in the development of any drug, there are
625 4    discussions with regulatory agencies and others
625 5    about what the safety profile and what the
625 6    risk/benefit profile is of the drug.
625 7    Q: There have been safety questions
625 8    raised by the FDA relating to the drug Vioxx;
625 9    correct?

**625:13 - 625:22 Reicin, Alise 2005-08-19**     0:23
625 13    THE WITNESS: Again, I think as with
625 14    any drug, you have -- we've had discussions with
625 15    regulatory agencies about both the safety and the
625 16    benefits of the drug. That is correct.
625 17    BY MR. KLINE:
625 18    Q: Has every drug's cardiovascular
625 19    safety profile been called into question, Dr.
625 20    Reicin?
625 21    A: I'm not sure of the reference of what
625 22    you're talking about, but no, not every drug --

**626:2 - 627:24 Reicin, Alise 2005-08-19**     2:14
626 2    THE WITNESS: I mean, not every drug.
626 3    We know that NSAIDs and Vioxx falls in this class,
626 4    as well, has issues with hypertension. That's been
626 5    known for a long time.
626 6    BY MR. KLINE:
626 7    Q: Do you believe so far in the first
626 8    eight or ten questions, Dr. Reicin, that you have
626 9    been following my request to try to give a precise
626 10    answer to a precise question?
626 11    A: I've certainly done my best, Mr.
626 12    Kline.
626 13    Q: Okay.
626 14    And I would ask you again to focus on
626 15    the question.
626 16    Does the -- has the cardiovascular
626 17    safety profile of Vioxx been questioned by some
626 18    physicians and scientists, Dr. Reicin?

| | Objections In | Responses In |
|---|---|---|

626 19    A: Well, certainly we took -- we
626 20    voluntarily removed the drug from the market because
626 21    of concerns about cardiovascular safety. So, yes.
626 22    Q: Now, at the time the drug was
626 23    withdrawn from the market, the pharmaceutical
626 24    company, Merck, was selling the drug; is that
626 25    correct?
627 1    A: That is correct.
627 2    Q: There were millions of people who
627 3    were taking the drug; correct?
627 4    A: That is correct.
627 5    Q: And those people who were on the drug
627 6    were told that they should no longer continue to
627 7    take the drug; correct?
627 8    A: That is correct. Based on the safety
627 9    data that we had at that time, that is correct.
627 10    Q: And as of this moment, the drug is
627 11    not on the market; correct?
627 12    A: That is correct.
627 13    Q: Now, your role, as we know, and this
627 14    is the third day of deposition testimony which I've
627 15    been questioning you, your role was largely, or I
627 16    should say in part, in the clinical trial
627 17    development of the drug; correct?
627 18    A: That is correct.
627 19    Q: And what I'd like to ask you, Dr.
627 20    Reicin, and I have a pad out to make a list that we
627 21    can then go over, what mistakes were made in the
627 22    clinical trial development of the drug? Would you
627 23    kindly tell me those mistakes that Merck or that you
627 24    would admit to?

**628:2 -  628:15 Reicin, Alise 2005-08-19**    0:33
628 2    THE WITNESS: I don't believe we made
628 3    mistakes. I think it was a very carefully developed
628 4    drug, I think we were thoughtful every step of the
628 5    way, I think we carefully analyzed the data, and
628 6    then we thoughtfully determined what next steps
628 7    needed to be taken if there were continued questions
628 8    that needed to be addressed.
628 9    BY MR. KLINE:
628 10    Q: Okay.
628 11    I want to make sure that this is
628 12    pinned down.
628 13    Is there any one mistake that you
628 14    will admit to in the clinical trials of this drug,
628 15    any one mistake? It's a very narrow question.

**628:21 -  629:6 Reicin, Alise 2005-08-19**    0:20
628 21    THE WITNESS: Again, I don't think
628 22    there is a mistake that I would admit to. I think
628 23    that we were very careful in the development of the
628 24    drug every step of the way, in fact, went beyond
628 25    regulatory guidances for what was required.
629 1    BY MR. KLINE:
629 2    Q: My question only goes to whether you
629 3    made any mistake that you would admit to.
629 4    A: And I think I --
629 5    Q: Your answer is no?
629 6    A: That's correct.

**629:12 -  629:16 Reicin, Alise 2005-08-19**    0:11
629 12    By the way, I think you said that

| | | Objections In | Responses In |
|---|---|---|---|

629 13   there's no mistake that you would admit to. Is that
629 14   what I heard you say?
629 15   A: That was the question that you asked
629 16   me, so, that's the question that I answered.

630:8  -   631:5 Reicin, Alise 2005-08-19                          0:48
630  8   Q: Is there anything you would have done
630  9   differently?
630 10   A: I think it's a question I'd need to
630 11   give more thought to. Sitting here right now, I
630 12   can't think of anything, no.
630 13   Q: Have you given any thought to that
630 14   question in the, how many months has it been since
630 15   the drug is off the market, eight months?
630 16   A: Well, you've asked a very broad
630 17   question about --
630 18   Q: 11 months. Time goes by.
630 19   A: -- anything. I think certainly as
630 20   regards to cardiovascular safety, I think we did the
630 21   right studies, and we looked at the question in the
630 22   right way. I'd have to go back and think about
630 23   every other part of the development program, and I
630 24   haven't really done that. So, sitting here today,
630 25   no, I think I wouldn't have done anything different.
631  1   Q: My question doesn't have a thing to
631  2   do with what you did right.
631  3   My question has to do with can you
631  4   tell me anything that you would do different sitting
631  5   here today?

631:10 -   631:18 Reicin, Alise 2005-08-19                       0:35
631 10   THE WITNESS: Again, sitting here
631 11   right now, nothing comes to mind. I'd have to think
631 12   about it a little bit more.
631 13   BY MR. KLINE:
631 14   Q: Now, in science, it is necessary to
631 15   have objectivity; is that correct?
631 16   A: That is correct.
631 17   Q: In order to be objective, you need to
631 18   have a position of neutrality; is that correct?

631:21 -   631:23 Reicin, Alise 2005-08-19                       0:09
631 21   THE WITNESS: You certainly should --
631 22   everybody should try and be neutral. I think I
631 23   agree with that.

632:14 -   633:16 Reicin, Alise 2005-08-19                       1:20
632 14   Q: Would you agree, Dr. Reicin, that you
632 15   are largely an advocate for the position that Vioxx
632 16   is cardiovascularly safe? Would you agree with that
632 17   statement?
632 18   A: No, I would not agree with that
632 19   statement. First of all, I was an advocate for the
632 20   data that I believed in, for the hypotheses that I
632 21   believed in, and always tried to be very fair to the
632 22   data in keeping to the data.
632 23   And, you know, certainly when we got
632 24   the APPROVe data, which was the first data that we
632 25   had that suggested to us that there could be an
633  1   increased risk of cardiovascular events on Vioxx, we
633  2   didn't go out and advocate that that data wasn't
633  3   true, we voluntarily removed the drug from the
633  4   market.

| | | Objections In | Responses In |
|---|---|---|---|

633  5   Q: Well, what you then did was you --
633  6   that was the APPROVe data; correct?
633  7   A: That's what I said, yes.
633  8   Q: Were you involved in that decision?
633  9   A: I was.
633 10   Q: And did you agree with that decision?
633 11   A: It was a hard decision at the time to
633 12   make, and I had conflicting feelings about what
633 13   steps we could take. I did believe we could leave
633 14   the drug on the market with a change in the
633 15   labeling. But I didn't disagree with the decision
633 16   to take it off the market.

634:22 -   634:23  Reicin, Alise 2005-08-19     0:02
634 22   Q: Yes. Did you agree with the
634 23   decision?

635:1 -   636:2  Reicin, Alise 2005-08-19     1:24
635  1   THE WITNESS: It was a very difficult
635  2   decision. So, while that decision was being made, I
635  3   had varying views on the decision, and, therefore,
635  4   if you just ask me a yes or no, I can't answer it in
635  5   that way. I gave you the context of where I was
635  6   with that decision. Did I think we absolutely
635  7   needed to remove the drug from the market? No, I
635  8   did not.
635  9   I thought that we needed to change
635 10   the labeling, absolutely. We had to be clear with
635 11   patients and physicians with what the APPROVe data
635 12   had shown so people could understand that data. At
635 13   the time that we removed it, it was in the context
635 14   of the fact that Vioxx at that time was the only
635 15   NSAID or COX-2 inhibitor that had that data, and we
635 16   didn't know if this was a Vioxx-specific effect or
635 17   not, and, therefore, the conservative approach,
635 18   because alternative therapies were available, was to
635 19   take it off the market. Did I agree with that line
635 20   of thinking and that decision? I did.
635 21   Now that we have much more data and
635 22   it appears that Celebrex is associated with the same
635 23   potential risk and NSAIDs might be associated with
635 24   the same potential risk, now that I have that data,
635 25   no, I don't think we needed to remove it from the
636  1   market. But that's with data that I have today, not
636  2   that I had then.

*Re: [635:1-636:2]*
*Pltf Obj Improper narrative*

*Sustain'd*

638:7 -   638:22  Reicin, Alise 2005-08-19     1:01
638  7   Q: Now, you're telling me, as I
638  8   understand it, that belief evolved and it evolved
638  9   into a thinking that the drug could be on the market
638 10   with a warning label?
638 11   A: Well, I think at this point in time,
638 12   with all of the data that's been accumulated and
638 13   with what we've heard from certainly the FDA
638 14   Advisory Committee and the FDA itself, I think that
638 15   Vioxx doesn't appear from a cardiovascular view to
638 16   be different based on the data that's available
638 17   today from other COX-2 inhibitors and other NSAIDs
638 18   except for perhaps naproxen, and, therefore, since
638 19   there are some patients who've said that they got
638 20   benefit from Vioxx that they didn't from any other
638 21   drugs, yes, I think the drug could be on the market
638 22   with a new warning on it.

| | Objections In | Responses In |
|---|---|---|

**641:16 -   642:4   Reicin, Alise 2005-08-19**                                                0:40

641  16   Q: You said that Vioxx is no different
641  17   in cardiovascular safety profile as against any of
641  18   the other NSAIDs which now carry a black box
641  19   warning, as you know, except naproxen; correct?
641  20   A: Again, yes, based on the data that we
641  21   have available today. And we are gathering more
641  22   data with respect to long-term safety of COX-2
641  23   inhibitors versus NSAIDs.
641  24   Q: Yes.
641  25   Now, all of the NSAIDs carry a black
642   1   box warning today; is that correct?
642   2   A: I don't know if it's been
642   3   implemented, but that is the intention of the FDA,
642   4   that's correct.

**645:21 -   646:8   Reicin, Alise 2005-08-19**                                                0:49

645  21   Q: The idea that naproxen is
645  22   cardioprotective remains a hypothesis, not a proven,
645  23   tested hypothesis, rather, an untested hypothesis
645  24   insofar as there has been no randomized clinical
645  25   trials, placebo controlled; correct? In that sense.
646   1   A: In that sense, yes. Although there
646   2   is clear data from clinical trials that shows that
646   3   it has the same anti-platelet effects as aspirin.
646   4   That, I think, has been shown, and there have been
646   5   multiple clinical trials now where naproxen has had
646   6   a lower rate of cardiovascular events compared with
646   7   a COX-2 inhibitor, but NSAIDs other than naproxen
646   8   have looked similar to a COX-2 inhibitor.

**664:23 -   665:20   Reicin, Alise 2005-08-19**                                               0:59

664  23   When you make the statement, and
664  24   you've made it many times, that naproxen is
664  25   cardioprotective -- that you'd agree with, you've
665   1   made that statement many times, many places;
665   2   correct?
665   3   A: I would say based on the data that
665   4   I've seen, I believe it to be cardioprotective.
665   5   Q: I only ask if have you made the
665   6   statement many times. Have you made the statement
665   7   many times that Vioxx is -- that naproxen is
665   8   cardioprotective?
665   9   A: Again, I usually put it in the
665  10   context that I just did, that based on the data that
665  11   we have available, I believe that naproxen is
665  12   cardioprotective.
665  13   Q: Have you many times made the
665  14   observation that based on the data we have
665  15   available, I believe that naproxen is
665  16   cardioprotective?
665  17   A: That is correct.
665  18   Q: What you really meant -- what you
665  19   really were saying was that naproxen was less
665  20   cardiotoxic than Vioxx; correct?

**665:22 -   666:7   Reicin, Alise 2005-08-19**                                                0:34

665  22   THE WITNESS: I would say that
665  23   certainly when we had the VIGOR results, we had no
665  24   reason to believe at that point in time that NSAIDs
665  25   or COX-2 inhibitors were cardiotoxic, and so I
666   1   believed that naproxen was cardioprotective in the

| | Objections In | Responses In |
|---|---|---|

| | | |
|---|---|---|
| 666  2 | same way that aspirin was. | |
| 666  3 | I think now where we are, we have | |
| 666  4 | more data, and I think it's a little bit less clear | |
| 666  5 | as to whether it was cardioprotective versus NSAIDs | |
| 666  6 | and COX-2s, but we don't know what the rate is | |
| 666  7 | versus placebo. | |

**671:12 -   671:13 Reicin, Alise 2005-08-19**                    0:04

| | |
|---|---|
| 671  12 | Have you been an advocate for the |
| 671  13 | drug for the safety of Vioxx? Yes or no? |

**671:17 -   672:6 Reicin, Alise 2005-08-19**                    0:31

| | |
|---|---|
| 671  17 | THE WITNESS:  I can't give you a yes |
| 671  18 | or to that -- |
| 671  19 | BY MR. KLINE: |
| 671  20 | Q:  Not to that question? |
| 671  21 | A:  No, I'm sorry. |
| 671  22 | Q:  Really? Have you been an advocate? |
| 671  23 | A:  I think it depends how you are using |
| 671  24 | the word 'advocate.' So, if you want to say that I |
| 671  25 | have spoken publicly outlining what I thought the |
| 672  1 | safety profile of the drug was, yes. If that's how |
| 672  2 | you're using the word 'advocate.' |
| 672  3 | But if you are using it in a way to |
| 672  4 | say that I said that the drug was safe and had |
| 672  5 | absolutely no side effects, no, I would not use the |
| 672  6 | word 'advocate' in that way. |

**672:17 -   672:20 Reicin, Alise 2005-08-19**                    0:26

| | |
|---|---|
| 672  17 | Q:  Now, over many years, it's become a |
| 672  18 | necessity for Merck to put a positive spin on both |
| 672  19 | data as well as explanations for why certain things |
| 672  20 | were done or not done; correct? |

**672:22 -   673:3 Reicin, Alise 2005-08-19**                    0:23

| | |
|---|---|
| 672  22 | THE WITNESS:  I completely object to |
| 672  23 | the way that that was stated. We don't put spins on |
| 672  24 | data or what we do. We do present the data and our |
| 672  25 | interpretation of the data, but we presented |
| 673  1 | interpretations that we believed were correct, not a |
| 673  2 | positive spin. If I don't believe something is |
| 673  3 | correct, I won't say it. |

**673:10 -   673:12 Reicin, Alise 2005-08-19**                    0:12

| | |
|---|---|
| 673  10 | Q:  You never tried to paint something in |
| 673  11 | a positive light rather than just laying the facts |
| 673  12 | out neutrally? Never do that? |

**673:14 -   673:25 Reicin, Alise 2005-08-19**                    0:27

| | |
|---|---|
| 673  14 | THE WITNESS:  Again, I would always |
| 673  15 | give -- I would give my interpretation of the data. |
| 673  16 | That was, I think, absolutely acceptable in a |
| 673  17 | scientific forum. But, no, I don't put a spin on |
| 673  18 | something if I don't believe it. I just -- I give |
| 673  19 | the data, I give my interpretation of the data and |
| 673  20 | the scientific reasons that I believe my |
| 673  21 | interpretation of the data. |
| 673  22 | BY MR. KLINE: |
| 673  23 | Q:  How about any of your subordinates, |
| 673  24 | have they ever tried to put a positive spin on |
| 673  25 | things? |

**674:2 -   675:8 Reicin, Alise 2005-08-19**                    1:15

| | | | Objections In | Responses In |
|---|---|---|---|---|

| | | |
|---|---|---|
| 674 | 2 | THE WITNESS: Again, if I felt that |
| 674 | 3 | people who worked for me or people in other parts of |
| 674 | 4 | the company were going beyond the data, I would |
| 674 | 5 | state that. |
| 674 | 6 | BY MR. KLINE: |
| 674 | 7 | Q: Well, not only the data, but how |
| 674 | 8 | about just in explaining the company's actions, why |
| 674 | 9 | you would do something or not? For example, why you |
| 674 | 10 | would or would not do the cardiovascular outcomes |
| 674 | 11 | study, the large GI study, GI outcomes study, things |
| 674 | 12 | like that, those need explanations to the public, |
| 674 | 13 | why you're doing something or not doing something. |
| 674 | 14 | Correct so far? They need explanations. |
| 674 | 15 | A: If people ask us about them and we |
| 674 | 16 | tell them truthfully what the reasons were. I don't |
| 674 | 17 | consider that spin. |
| 674 | 18 | Q: Well, sometimes -- do you find the |
| 674 | 19 | word offensive? |
| 674 | 20 | A: I do. |
| 674 | 21 | MR. KLINE: Let me mark an exhibit. |
| 674 | 22 | - - - |
| 674 | 23 | (Whereupon, Deposition Exhibit |
| 674 | 24 | Reicin-39, E-mail with attachment, |
| 674 | 25 | MRK-NJ0317338 - MRK-NJ0317341, was |
| 675 | 1 | marked for identification.) |
| 675 | 2 | - - - |
| 675 | 3 | BY MR. KLINE: |
| 675 | 4 | Q: I'm showing you Exhibit 39. |
| 675 | 5 | You were involved in the planning of |
| 675 | 6 | the GI study, correct, the GI outcomes study; |
| 675 | 7 | correct? |
| 675 | 8 | A: Yes, that's true. |

**675:18 -   675:19 Reicin, Alise 2005-08-19**                     0:04

| | | |
|---|---|---|
| 675 | 18 | Q: The GI outcomes study wasn't |
| 675 | 19 | conducted, why? For cost reasons; correct? |

**675:24 -   677:9 Reicin, Alise 2005-08-19**                     1:33

| | | |
|---|---|---|
| 675 | 24 | A: No. I don't think that is correct. |
| 675 | 25 | I was not at the meeting where the final decision |
| 676 | 1 | was made, so, I can't tell you with certainty one |
| 676 | 2 | way or another what the decision was, why it was |
| 676 | 3 | made. |
| 676 | 4 | What I do know is that that decision |
| 676 | 5 | was made very soon after we met with the FDA, and |
| 676 | 6 | the FDA, at that period of time, didn't -- told us |
| 676 | 7 | that they weren't sure that doing that study would |
| 676 | 8 | have any impact on our labeling. And I think that |
| 676 | 9 | that interaction with the FDA contributed to the |
| 676 | 10 | decision. But, again, I wasn't at that meeting, so, |
| 676 | 11 | I can't speak with certainty. |
| 676 | 12 | Q: Have you seen documents -- well, |
| 676 | 13 | rather than going there. |
| 676 | 14 | Would you look at this e-mail in |
| 676 | 15 | terms of positive spin, putting a positive spin on |
| 676 | 16 | things, a term you find offensive. |
| 676 | 17 | Who is Kyra Lindemann? |
| 676 | 18 | A: She worked in public affairs. |
| 676 | 19 | Q: Worked in public affairs. |
| 676 | 20 | Is it a public affairs job at Merck |
| 676 | 21 | to put a positive spin on things? |
| 676 | 22 | A: Again, you know, they might use that |
| 676 | 23 | terminology. It's not terminology that I would use, |

| | Objections In | Responses In |
|---|---|---|

676 24     and it's not the way that I would represent the way
676 25     I represent comments and myself.
677 1     Q:  When I used the term, you told me it
677 2     was flat out offensive; correct?
677 3     A:  That's correct.
677 4     Q:  Okay.
677 5     So, when someone at Merck would use
677 6     putting a positive spin on something, you also would
677 7     find it flat out offensive, no different than if a
677 8     lawyer who happens to oppose your company suggested
677 9     it; correct?

**677:13 -   679:1   Reicin, Alise 2005-08-19**      1:44
677 13     A:  Again, I would find it offensive
677 14     probably.
677 15     Q:  Let's look at this and see if it's
677 16     offensive to.
677 17     She says, 'Attached is a draft
677 18     standby statement and Q&As explaining Merck's
677 19     reasons for not moving ahead with the GI outcomes
677 20     study. This was a bit awkward to write in view of
677 21     the fact that we haven't publicly discussed this
677 22     program and because of the actual reasons for not
677 23     proceeding with study.'
677 24     Then she says, 'So...in' order 'to
677 25     put a' -- I'm sorry, what are the next two words
678 1     there?
678 2     A:  'Positive spin.'
678 3     Q:  -- 'A positive spin on this...and
678 4     after conferring with Deepak.'
678 5     Who is Deepak?
678 6     A:  He was in the international marketing
678 7     group.
678 8     Q:  International marketing group.
678 9     So...in an effort to put a positive
678 10     spin on this...and after conferring with
678 11     Deepak...and attempting to be responsive to the
678 12     sensitivities raised by yesterday's WSJ article...I
678 13     have downplayed the cost factor (leaving it to the
678 14     Q&As section)  and not discussed the label risks at
678 15     all (because that was a confidential discussion with
678 16     a regulatory agency.)  Instead, I've emphasized the
678 17     fact that we're conducting the outcomes studies and
678 18     tried to convincingly express confidence that our
678 19     Phase III program is large enough to support these
678 20     studies.'
678 21     Is the terminology 'positive spin'
678 22     still offensive to you?
678 23     A:  Yes.
678 24     Q:  Isn't it true, Doctor, that positive
678 25     spin from 1997 forward became the Merck mantra on
679 1     the drug Vioxx?

**679:3  -   679:8   Reicin, Alise 2005-08-19**      0:11
679 3     THE WITNESS:  I object to that. I
679 4     think that we always try to be truthful and give our
679 5     position on the data.
679 6     BY MR. KLINE:
679 7     Q:  You weren't trying to be truthful
679 8     here with a positive spin by marketing; correct?

**679:10 -   679:15  Reicin, Alise 2005-08-19**      0:05
679 10     THE WITNESS:  First of all, I don't

|  | Objections In | Responses In |
|---|---|---|

679  11          --
679  12          BY MR. KLINE:
679  13          Q:  It says so right here in this e-mail,
679  14          that Merck's marketing was not going to be truthful;
679  15          correct?

**679:17 -   680:7   Reicin, Alise 2005-08-19**                    0:31
679  17          THE WITNESS:  I don't see that. I
679  18          see it saying that we had a confidential discussion
679  19          with regulatory agencies that we couldn't discuss,
679  20          so, I can't speak to the specifics here because,
679  21          again, I wasn't at the meeting where the decision
679  22          not to go forward with that study was discussed, and
679  23          as you can see, yes, I was copied on this e-mail,
679  24          but I didn't respond to it.
679  25          BY MR. KLINE:
680   1          Q:  You didn't respond to it. You never
680   2          wrote back to her and said, this isn't the way Merck
680   3          does things, did you?
680   4          A:  That's correct. I did not.
680   5          Q:  You didn't write back to her and say,
680   6          we don't put positive spins on things; correct?
680   7          A:  That's correct.

**684:5  -   684:9   Reicin, Alise 2005-08-19**                    0:30
684   5          Q:  Did you ever hear the expression, if           **Re: [684:5-684:9]**
684   6          someone will not tell the truth about the little    **Def Obj Argumentative**
684   7          things, then how can you trust them on the big
684   8          things? Did you ever hear that one?
684   9          A:  No, I haven't.

**685:11 -   687:14  Reicin, Alise 2005-08-19**                    2:50
685  11          Q:  There's an article published in the
685  12          American Journal of Cardiology, which I do plan to
685  13          show to you at a particular point in time during
685  14          your examination, and you're the lead author on that
685  15          article, 'Comparison of Cardiovascular Thrombotic
685  16          Events in Patients With Osteoarthritis Treated With
685  17          Rofecoxib Versus Nonselective Nonsteroidal
685  18          Anti-inflammatory Drugs (Ibuprofen, Di' --
685  19          A:    'Clofenac.'
685  20          Q:  -- 'and Nabumetone).'
685  21          A:  Nabumetone.
685  22          Q:  Nabumetone. Yes, that's right.
685  23          You authored that with Dr. Shapiro;
685  24          correct?
685  25          A:  Yes, among others.
686   1          Q:  And you presented it for review at
686   2          the American Journal of Cardiology in which it was
686   3          published; correct?
686   4          A:  We sent it to them and they accepted
686   5          it for publication, that's correct.
686   6          Q:  And do you recall the basic facts and
686   7          circumstances surrounding getting it published?
686   8          A:  I'm not sure what you are referring
686   9          to.
686  10          Q:  Do you remember generally the context
686  11          of getting this article published?
686  12          A:  We usually get comments from the
686  13          editors. I don't remember, sitting here today, what
686  14          those comments were. And then we often change
686  15          manuscripts to address comments from the editors.
686  16          Is that what you're asking me about?

|  | | Objections In | Responses In |
|---|---|---|---|

686 17    Q: I'm asking if you generally remember
686 18    what happened. Sometimes you have a general
686 19    recollection, sometimes you say I have really no
686 20    recollection, Mr. Kline, of what happened here.
686 21    A: I don't have a strong recollection,
686 22    if that's what you are referring to.
686 23    Q: That's all I'm trying to get to.
686 24    Some events you recall very firmly
686 25    and strongly, I'm sure.
687  1    A: Correct.
687  2    Q: Now, the conclusion in the article
687  3    was that there was no difference between rofecoxib
687  4    and the comparators in terms of the risks of
687  5    cardiovascular thrombotic events. Without showing
687  6    you the article, I'm sure that you're aware that
687  7    that's the conclusion of the article?
687  8    A: Correct.
687  9    Q: And the article is a multi-page
687 10    article, six pages in the peer-reviewed journal.
687 11    I'm sure you generally have a recollection that it
687 12    was a multi-page article in the peer-reviewed
687 13    journal; correct?
687 14    A: That's correct.

**688:4  -  688:7 Reicin, Alise 2005-08-19**                          0:15
688  4    The article by its very content would
688  5    clearly serve to reassure physicians, in particular,
688  6    you're sending it to cardiologists, that the drug
688  7    had a good cardiovascular safety profile; correct?

**688:9  -  689:5 Reicin, Alise 2005-08-19**                          1:00
688  9    THE WITNESS: Well, I wouldn't
688 10    characterize it that way. I found the data very
688 11    reassuring, and certainly I think it was worth
688 12    publishing the data. But it wasn't done with that
688 13    specific goal in mind. It didn't matter what the
688 14    data showed. We would have published it. Had it
688 15    shown something different, we would have published
688 16    that as well. But the data was reassuring to me.
688 17    BY MR. KLINE:
688 18    Q: You had very little data to get this
688 19    article out of; correct? Very little data.
688 20    A: No. I mean, it depends -- that's all
688 21    relative, isn't it? I think we had maybe a couple
688 22    fewer events in this study than we did, for
688 23    instance, in VIGOR, but it was a relatively -- it
688 24    wasn't the largest database, it was the data that
688 25    was available at that time. And, in fact, from
689  1    those studies, we had extensions, and ultimately we
689  2    got even more data, and we published that as well.
689  3    Q: Wait a second. It was an amazing
689  4    feat to get a paper like this out of so little data;
689  5    correct?

**689:8  -  690:22 Reicin, Alise 2005-08-19**                          1:17
689  8    THE WITNESS: No. I don't agree with
689  9    that.
689 10    BY MR. KLINE:
689 11    Q: You don't.
689 12    Showing her a copy.
689 13    - - -
689 14    (Whereupon, Deposition Exhibit
689 15    Reicin-40, E-mail 4-20-01, with

|  | | Objections In | Responses In |
|--|--|--|--|

689 16    attachment, MRK-ABK0156786 -
689 17    MRK-ABK0156808, was marked for
689 18    identification.)
689 19    - - -
689 20    MR. KLINE: Exhibit Number --
689 21    MR. PATRYK: 40?
689 22    MR. KLINE: Yes. Number 40.
689 23    BY MR. KLINE:
689 24    Q: It's an e-mail from you dated
689 25    4/20/01, months before the article was published;
690  1    correct?
690  2    A: I don't know. I don't know exactly
690  3    when the article was published. We'd have to look.
690  4    Q: Well, a draft of this article is
690  5    contained here; correct?
690  6    A: I'm sorry, say that again?
690  7    Q: A draft of the article which
690  8    eventually ended up in the American Journal of
690  9    Cardiology is contained here; correct, Dr. Reicin?
690 10    A: That is correct.
690 11    Q: And look what you said to Rhoda
690 12    Sperling.
690 13    Who is Rhoda Sperling?
690 14    A: She was a medical writer.
690 15    Q: And Deborah Shapiro, she was your
690 16    statistician and number two author; correct?
690 17    A: Correct.
690 18    Q: Sperling is your number three author?
690 19    A: Okay.
690 20    Q: And Eliav -- help me. I'm hard with
690 21    names here today.
690 22    A: Eliav.

**691:14 -    691:20 Reicin, Alise 2005-08-19**                    0:12
691 14    So, you have Eliav, Deborah, and look
691 15    what you said to them.
691 16    And when I questioned you a minute
691 17    ago, I said, it's an amazing feat to get a paper
691 18    like this out of such little data. Do you remember
691 19    me saying that to you?
691 20    A: I do.

**691:23 -    691:25 Reicin, Alise 2005-08-19**                    0:04
691 23    Q: And by your answer and by the
691 24    expression on your face, you took offense to that
691 25    concept; correct?

**692:2  -    692:16 Reicin, Alise 2005-08-19**                    0:30
692  2    THE WITNESS: Correct. And the way
692  3    that I read what you were saying was that you didn't
692  4    have enough cardiovascular events to have it put
692  5    into a paper.
692  6    BY MR. KLINE:
692  7    Q: I see.
692  8    A: And I think what I was referring to
692  9    here is, in essence, we had a single data set, and
692 10    we got a paper out of it. So, I inferred your
692 11    question to mean something else. As you heard me
692 12    say, I went right to the number of events. I said
692 13    we had X number of events there versus VIGOR, and
692 14    that's the way I understood your question.
692 15    Q: Is that a positive spin on the prior
692 16    answer?

Re: [692:15-692:16]
Def Obj Attorney side bar

04/18/10 17:56

|  | Objections In | Responses In |
|---|---|---|

**692:21 -   693:3  Reicin, Alise 2005-08-19**                                          0:23
692 21    Q:  Well, let's look at what you really
692 22    said.
692 23    When you were responding to the
692 24    paper, you wrote, 'Rhoda' Rhoda Sperling,
692 25    Congrats--looks very good. Amazing feat to develop
693  1    an entire paper out of little data.' You said
693  2    exactly to your co-author what I suggested to you;
693  3    correct?

**693:5   -   693:8  Reicin, Alise 2005-08-19**                                         0:06
693  5    THE WITNESS:  You did. You're
693  6    absolutely correct. I won't argue with that.
693  7    Again, look at the way I answered your question and
693  8    the way I understood it.

**694:16 -   694:20  Reicin, Alise 2005-08-19**                                         0:15
694 16    Q:  Well, making an amazing feat to get
694 17    an entire paper on the cardiovascular safety out of
694 18    little data, here's my only question that's going to
694 19    be pending. Isn't an amazing feat to get an entire
694 20    paper out of little data a form of spin?

**694:23 -   695:4  Reicin, Alise 2005-08-19**                                          0:14
694 23    THE WITNESS:  No. No. We thought it
694 24    was important to publish the cardiovascular data.
694 25    BY MR. KLINE:
695  1    Q:  And you thought it was important to
695  2    get it in a place where as few questions as would be
695  3    asked and as favorable a treatment you'd get would
695  4    be possible; correct?

**695:6   -   697:5  Reicin, Alise 2005-08-19**                                         1:59
695  6    THE WITNESS:  No. I don't think
695  7    that's a fair characterization either.
695  8    BY MR. KLINE:
695  9    Q:  Okay.
695 10    Well, you certainly would submit this
695 11    for peer review; correct?
695 12    A:  This was a peer-reviewed journal.
695 13    Q:  And the peer review reviewers,
695 14    generally you don't know the peer reviewers;
695 15    correct?
695 16    A:  That's correct.
695 17    Q:  You face a panel of people who you
695 18    don't know who they are; correct?
695 19    A:  That's not exactly how I characterize
695 20    it. It gets submitted to a journal. They send it
695 21    out to reviewers. There's no panel, you know, it's
695 22    not like an oral presentation.
695 23    Q:  Or do you get to pick the reviewers?
695 24    A:  Some journals allow you to suggest
695 25    names of reviewers. I don't recall if we did that
696  1    here or whether that's the policy of this journal.
696  2    Q:  What kind of process is that where
696  3    you get to submit an article to people and then you
696  4    get to pick the judge of whether it's a good article
696  5    or not? That's not a good practice, is it?
696  6    A:  Well, you'd have to speak to the
696  7    journals. It's their policies. Again, you can make
696  8    suggestions of who you believe are people who know
696  9    the field, but they can use your suggestions or not

| | | Objections In | Responses In |
|---|---|---|---|

| | | |
|---|---|---|
| 696 10 | use your suggestions. | |
| 696 11 | Q: So, you would on occasions use -- | |
| 696 12 | suggest reviewers? | |
| 696 13 | A: On occasion. I don't recall if we | |
| 696 14 | did it here. I didn't do it that often. | |
| 696 15 | Q: Would you ever do -- why didn't you | |
| 696 16 | do it that often? | |
| 696 17 | A: Just, you know, I don't know, I | |
| 696 18 | don't -- | |
| 696 19 | Q: It's a bad practice, isn't it? | |
| 696 20 | A: No, I don't think it's a bad practice | |
| 696 21 | as long as you choose people who are fair. | |
| 696 22 | Q: You wouldn't have a lot of | |
| 696 23 | confidence, would you, if you learned that, for | |
| 696 24 | example, in a case that's being tried where the jury | |
| 696 25 | may see this tape that I pick the judge? That | |
| 697 1 | wouldn't give you a lot of confidence, would it? | |
| 697 2 | A: Again, we don't pick the people. | |
| 697 3 | Q: Would that give you a lot of | |
| 697 4 | confidence is the question, that I picked the judge | |
| 697 5 | in the case? | |

**697:9 - 697:11 Reicin, Alise 2005-08-19**                    0:05

| | |
|---|---|
| 697 9 | A: I don't think I could comment on that |
| 697 10 | one way or another. You're going way beyond my area |
| 697 11 | of expertise. |

**697:18 - 697:21 Reicin, Alise 2005-08-19**                    0:12

| | |
|---|---|
| 697 18 | Q: Now, would you pick a Merck |
| 697 19 | consultant to be a judge of an article? |
| 697 20 | A: It's possible if that person -- |
| 697 21 | Q: How could that be? |

**697:24 - 698:24 Reicin, Alise 2005-08-19**                    1:04

| | |
|---|---|
| 697 24 | THE WITNESS: We choose consultants |
| 697 25 | who give us their opinion whether they agree with us |
| 698 1 | or they don't agree with us. If a Merck consultant |
| 698 2 | had an expertise in the field, we might suggest that |
| 698 3 | he be a reviewer of a paper. |
| 698 4 | BY MR. KLINE: |
| 698 5 | Q: Peer review is supposed to be |
| 698 6 | independent; correct? |
| 698 7 | A: Again, Mr. Kline, it would be for the |
| 698 8 | journal to decide. We don't pick the reviewers. We |
| 698 9 | might or might not make suggestions. |
| 698 10 | Q: Oh, I meant to ask you this. |
| 698 11 | Would you ever tell a journal, don't |
| 698 12 | use somebody or other? |
| 698 13 | A: Yes. |
| 698 14 | Q: You would? |
| 698 15 | A: And we have on occasion, yes. |
| 698 16 | Q: You would actually say to a journal, |
| 698 17 | don't let so and so review our paper? |
| 698 18 | A: We would do that, and we have done |
| 698 19 | it. We did it for the VIGOR study. We didn't think |
| 698 20 | that people that were involved with a similar study |
| 698 21 | done with Celebrex would be appropriate reviewers |
| 698 22 | for the paper. I think that was very legitimate. |
| 698 23 | Q: Let me show you a document rather |
| 698 24 | than talk in abstractions. |

**699:9 - 700:13 Reicin, Alise 2005-08-19**                    0:58

| | |
|---|---|
| 699 9 | (Whereupon, Deposition Exhibit |

|  |  | Objections In | Responses In |
|--|--|--|--|

| | |
|--|--|
| 699 10 | Reicin-41, Letter 6-27-01, |
| 699 11 | MRK-ACC0028228 - MRK-ACC0028229, was |
| 699 12 | marked for identification.) |
| 699 13 | - - - |
| 699 14 | BY MR. KLINE: |
| 699 15 | Q:  Here's a letter to Dr. Roberts from |
| 699 16 | your co-author Sperling, and you ask for a 'blinded |
| 699 17 | review,' and then you list the appropriate |
| 699 18 | reviewers. You say, we believe that the following |
| 699 19 | would be appropriate reviewers, Bob Califf. |
| 699 20 | Was Bob Califf a Merck consultant? |
| 699 21 | A:  He has consulted with us in the past. |
| 699 22 | I can tell you, if you know Dr. Califf, you would |
| 699 23 | know that he says it like it is no matter who he |
| 699 24 | consults for. |
| 699 25 | Q:  Is Dr. Califf a Merck consultant? I |
| 700  1 | didn't ask you if he said it like it is. That would |
| 700  2 | hold a hold other trial on whether you're truthful |
| 700  3 | as to whether he says it like it is or not. |
| 700  4 | I just want to know, is he a Merck |
| 700  5 | consultant? Yes or no? |
| 700  6 | A:  Yes, Mr. Kline. But you are making |
| 700  7 | an implication that because he served as a |
| 700  8 | consultant, that would bias him, and I'm telling |
| 700  9 | you -- |
| 700 10 | Q:  Why do you see an implication in a |
| 700 11 | simple question that goes like this: Was he a Merck |
| 700 12 | consultant? That's a question. It needs an answer. |
| 700 13 | What's the answer? |

**700:17 -   700:18 Reicin, Alise 2005-08-19**                    0:01

| | |
|--|--|
| 700 17 | THE WITNESS:  He is a Merck |
| 700 18 | consultant. |

**700:24 -   701:19 Reicin, Alise 2005-08-19**                    0:54

| | |
|--|--|
| 700 24 | Was Jeff Anderson a Merck consultant? |
| 700 25 | A:  I don't know. |
| 701  1 | Q:  Was Greg Fonorow a Merck consultant? |
| 701  2 | A:  I don't know. |
| 701  3 | Q:  Were Drs. Antmann, Cannon, Simon from |
| 701  4 | Boston, any one of those three a Merck consultant? |
| 701  5 | A:  Dr. Simon was not a Merck consultant. |
| 701  6 | I don't know Dr. Antmann. Dr. Cannon is now. I |
| 701  7 | don't know if he was at that time. |
| 701  8 | Q:  Okay. |
| 701  9 | Dr. Cannon is currently a Merck |
| 701 10 | consultant; correct? |
| 701 11 | A:  He is the chair of the steering |
| 701 12 | committee for one of our large outcome studies. |
| 701 13 | Q:  Dr. Kleinman, a Merck consultant? |
| 701 14 | A:  I do not know. I do not know. |
| 701 15 | Q:  Garret FitzGerald, we sure know he |
| 701 16 | was a Merck consultant. |
| 701 17 | A:  He was, and he was the one that |
| 701 18 | raised the whole question about COX-2 inhibitors |
| 701 19 | potentially having a prothrombotic effect. |

**723:8  -   723:23 Reicin, Alise 2005-08-19**                    0:30

| | |
|--|--|
| 723  8 | Dr. Desmond Fitzgerald, is that some |
| 723  9 | relative of Dr. Garret FitzGerald? |
| 723 10 | A:  No, I don't believe so. |
| 723 11 | Q:  Just a coincidence? |
| 723 12 | A:  They just have the same last name. |

|  |  | Objections In | Responses In |
|---|---|---|---|

723 13   Q: Now it says, 'We are requesting that
723 14   the following individuals be excluded...Dr. Steve
723 15   Nissen,' a critic of Merck and Vioxx; correct?
723 16   A: Yes, that's true.
723 17   Q: Eric Topol --
723 18   A: But also a consultant at Merck.
723 19   Q: At one time?
723 20   A: Still is a consultant at Merck.
723 21   Q: Is that right?
723 22   Eric Topol?
723 23   A: Yes.

**724:4 - 724:6   Reicin, Alise 2005-08-19**   0:07
724  4   Q: Pitt, Bert Pitt, consultant?
724  5   A: He may have been at some point.
724  6   Q: Critic of Merck?

**724:11 - 724:21   Reicin, Alise 2005-08-19**   0:20
724 11   Q: This is a -- this document is a Merck
724 12   document; correct?
724 13   A: I'm sorry. I'm not sure which
724 14   document you're referring to.
724 15   Q: The Roberts letter, the letter to
724 16   Roberts by Rhoda Sperling.
724 17   A: It was -- Rhoda Sperling is an
724 18   employee of Merck, if that's what you are asking.
724 19   Q: Not only is she an employee of Merck,
724 20   she is a co-author of the study?
724 21   A: Or she was. That's correct.

**727:5 - 727:8   Reicin, Alise 2005-08-19**   0:13
727  5   I believe you've testified in Texas
727  6   and I think in other places that you're on the --
727  7   that you've taken the drug Vioxx; is that correct?
727  8   A: That is true.

Re: [727:5-727:8]
Pltf Obj MIL re: personal
use of Vioxx

*Sustained*

**729:15 - 730:2   Reicin, Alise 2005-08-19**   0:36
729 15   Q: When you say you can't even recall,
729 16   can you give me some approximation of the quantity
729 17   and the frequency with which you took the drug
729 18   Vioxx?
729 19   A: I think it depended on the year. I
729 20   know in 2001 I went through a several-month period
729 21   where I was taking the drug. I had prolonged issues
729 22   with my lower back. I'll go other periods where I'm
729 23   not taking it.
729 24   Q: Would you take it intermittently?
729 25   A: Again, there were times where I took
730  1   it intermittently. In 2001 I was taking it pretty
730  2   continuously.

Re: [729:15-730:2]
Pltf Obj MIL re: personal
use of Vioxx

**739:20 - 740:7   Reicin, Alise 2005-08-19**   0:33
739 20   Can you tell us the longest
739 21   continuous time that you took it?
739 22   A: There was a several-month period in
739 23   2001 when I was taking it almost every day. I
739 24   can't -- I'm not very good at remembering to take
739 25   medications, so, I can't tell you it was every day.
740  1   But it was what I considered continuous.
740  2   Q: How many milligrams?
740  3   A: In fact, I had been taking
740  4   diclofenac, and I was concerned about the liver
740  5   function abnormalities on diclofenac, and so when I

Re: [739:20-740:7]
Pltf Obj MIL re: personal
use of Vioxx

| | | | Objections In | Responses In |
|---|---|---|---|---|

740  6     was starting to take it continuously, that's why I
740  7     switched to Vioxx.

**744:4  -  744:12 Reicin, Alise 2005-08-19**     0:25

744  4     Q:  I either said it or thought it, so, I
744  5     have to ask it, which is what milligram?
744  6     A:  Sometimes, 25 milligrams, sometimes
744  7     50
744  8     Q:  Would you buy the 50 milligram
744  9     tablets or the -- is that what you're saying, or
744  10     would you have both in supply?
744  11     A:  I would say more often we had 25
744  12     milligrams in the house, but on occasion we had 50.

*Re: [744:4-744:12]*
*Pltf Obj MIL re: personal*
*use of Vioxx*

**753:17 -  754:10 Reicin, Alise 2005-08-19**     1:21

753  17     Q:  I want to focus on a particular
753  18     sentence which says, 'COX-1 catalyzes the formation
753  19     of platelet derived thromboxane' -- would you read
753  20     the rest?
753  21     A:  '(A pro-thrombotic eicosanoid).'
753  22     Q:  And would you continue?
753  23     A:  'And COX-2 catalyzes (in part) the
753  24     formation of endothelial derived prostacyclin (an
753  25     inhibitor of platelet aggregation).'
754  1     Q:  That was a representation made by Dr.
754  2     Sperling to Dr. Roberts on behalf of Merck. Do you
754  3     agree?
754  4     A:  She did write that, although I can
754  5     tell you we don't know if COX-2 inhibits
754  6     endothelial-derived prostacyclin. I realize that's
754  7     what she wrote, but actually we don't have
754  8     definitive data to support that.
754  9     Q:  Well, why would she write it if you
754  10     don't have definitive data?

**754:13 -  754:21 Reicin, Alise 2005-08-19**     0:16

754  13     THE WITNESS:  I can't comment one way
754  14     or another.
754  15     BY MR. KLINE:
754  16     Q:  Is she wrong?
754  17     A:  Well, what I would say is she went
754  18     beyond the data that we had.
754  19     Q:  She went beyond the -- wait -- she
754  20     went beyond the Merck spin on that particular issue;
754  21     correct?

*Re: [754:19-754:21]*
*Def Obj Argumentative*

**754:23 -  755:1 Reicin, Alise 2005-08-19**     0:03

754  23     THE WITNESS:  No. No. She went
754  24     beyond the available data. She would have been --
754  25     BY MR. KLINE:
755  1     Q:  You don't like that sentence, do you?

*Re: [754:23-755:1]*
*Def Obj Argumentative*

**755:12 -  756:10 Reicin, Alise 2005-08-19**     0:55

755  12     THE WITNESS:  It's not a question of
755  13     liking or not liking. I don't think it's the most
755  14     precise data. It's most precise in terms of the
755  15     data that was available.
755  16     BY MR. KLINE:
755  17     Q:  She was writing this letter to the
755  18     editor-in-chief of the American Journal of
755  19     Cardiology describing herself as the associate
755  20     director of Merck Research Labs; correct?
755  21     A:  She was an associate director.

*Re: [755:12-755:15]*
*Def Obj Argumentative*

|  | Objections In | Responses In |
|---|---|---|

```
755  22    Q: And this was the description that an
755  23    associate director of Merck Research Labs gave to
755  24    the editor-in-chief of the American Journal of
755  25    Cardiology; correct?
756   1    A: That is what she wrote there. That
756   2    is correct.
756   3    Q: Was she above you or below you in the
756   4    pecking order?
756   5    A: I believe that I had a more senior
756   6    position than she did.
756   7    Q: Did you see this letter?
756   8    A: I don't recall seeing this letter.
756   9    It's possible I did. Sitting here today, I don't
756  10    recall that.
```

**757:18 -    757:23 Reicin, Alise 2005-08-19**                    0:33
```
757  18    Q: This is a letter from Bill Roberts to
757  19    Merck. It's a letter back. It's the response
757  20    letter.
757  21    A: Okay. Bill Roberts. William
757  22    Roberts. Can I have the version of the paper we
757  23    sent in initially.
```

**758:12 -    759:4 Reicin, Alise 2005-08-19**                    0:52
```
758  12    Q: The second page, comment 6, Page 2.
758  13    In light of the July 4th Editorial in the Journal
758  14    of the American Medical Association, do the authors
758  15    feel comfortable with all of the authors
758  16    representing employees of the company?' You had no
758  17    outside consultant here; correct?
758  18    A: Well, there was no one on the
758  19    article, but you can see that we thank Rory Collins
758  20    for reviewing the data. But, I mean, we had done
758  21    all of this -- we had done all of the analyses
758  22    ourselves without a consultant. It would have been
758  23    inappropriate to just put someone's name on if they
758  24    hadn't done any work on the paper. But we did send
758  25    it out to Rory Collins for review.
759   1    Q: Well, you've -- you did -- Merck did
759   2    that on occasion, to have somebody look at the
759   3    article and then sign off on it and not do the work;
759   4    correct?
```

**759:7 -    759:8 Reicin, Alise 2005-08-19**                    0:04
```
759   7    Q: That's exactly what's been done with
759   8    certain papers.
```

**759:10 -    759:16 Reicin, Alise 2005-08-19**                    0:24
```
759  10    THE WITNESS: Well, I think that we
759  11    tried to stick with policies, so, if someone -- did
759  12    someone have -- were they involved in the conduct of
759  13    the study, were they involved in coming up with
759  14    analyses, were they involved with the writing of the
759  15    study? Sometimes, though, we did take the lead on
759  16    writing, sent it out for comments.
```

**760:9 -    760:19 Reicin, Alise 2005-08-19**                    0:20
```
760   9    (Whereupon, Deposition Exhibit
760  10    Reicin-45, Letter 8-27-01,
760  11    MRK-ACC0011890 - MRK-ACC0011893, was
760  12    marked for identification.)
760  13    - - -
760  14    BY MR. KLINE:
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

760 15    Q: Here's an exhibit which we have. And
760 16    I know and appreciate, you can feel free to read the
760 17    whole thing, but I'm going to flip right to the
760 18    response to comment 6, which is what I'm interested
760 19    in.

**761:9 - 761:16 Reicin, Alise 2005-08-19**    0:21
761  9    Q: You see here there's a response, and
761 10    the response is by Rhoda Sperling again, and she
761 11    says, 'We agree with the JAMA editorial but not the
761 12    reviewer's comments.'
761 13    A: I see that.
761 14    Q: Okay.
761 15    Let me show you the JAMA editorial.
761 16    A: Okay.

**768:20 - 769:1 Reicin, Alise 2005-08-19**    0:32
768 20    Q: Now, you've had a chance to review
768 21    this ABA -- AMA editorial?
768 22    A: Yes, I did.
768 23    Q: Okay.
768 24    And as part of that editorial, if you
768 25    look on Page 2, the last paragraph on the right-hand
769  1    column.

**769:9 - 769:21 Reicin, Alise 2005-08-19**    0:43
769  9    Q: It says, 'For industry-sponsored
769 10    research studies, an investigator who is not an
769 11    employee of the sponsoring company, and who ideally
769 12    is the principal investigator, should provide a
769 13    statement that he or she 'had full access to all of
769 14    the data in the study and takes responsibility for
769 15    the integrity of the data and the accuracy of the
769 16    data analysis.''
769 17    Now, here you didn't have that
769 18    situation; correct?
769 19    A: Well, this wasn't a study, as I
769 20    pointed out before, and, therefore, there was no
769 21    principal investigator, so, that is correct.

**769:22 - 770:4 Reicin, Alise 2005-08-19**    0:24
769 22    Q: 'For some studies without industry
769 23    sponsorship or funding that report original data,'
769 24    does this report original data?
769 25    A: But this isn't -- this is without
770  1    industry sponsorship or funding. And our article
770  2    would have been considered, I think, with industry
770  3    sponsorship and funding. So, this sentence also
770  4    does not apply.

Re: [769:22-770:4]
Pltf Obj Relevance,
nonresponsive,

**770:5 - 771:16 Reicin, Alise 2005-08-19**    1:46
770  5    Q: Beginning with the sentence, 'In
770  6    addition, we strongly encourage that the data
770  7    analysis for industry-sponsored studies.'
770  8    This is an industry-sponsored study;
770  9    correct?
770 10    A: Again, it's not a study, it is an
770 11    analysis. But it is industry sponsored, that is
770 12    correct.
770 13    Q: You don't think that this editorial
770 14    policy applies to the -- applies to what you call
770 15    the analysis of 069, the article in the Journal of
770 16    American Cardiology? Is that what you're telling

Overruled

| | Objections In | Responses In |
|---|---|---|

770 17    me?
770 18    A: No, I didn't say that.
770 19    Q: Okay.
770 20    A: It might, but I can't be sure. You'd
770 21    have to ask them. I didn't write it. I think the
770 22    first sentence clearly was corresponding to an
770 23    actual clinical trial --
770 24    Q: Well, all the --
770 25    A: -- where you would have a principal
771 1    investigator.
771 2    Q: The only answer in response to the
771 3    commentary by Dr. Roberts was, 'We agree with the
771 4    JAMA editorial.'
771 5    I'm trying to see if you agree with
771 6    this JAMA editorial?
771 7    A: Do I agree with every sentence? I
771 8    agree in principle with it. This is saying that
771 9    they think you should have full financial
771 10    disclosure. That's the upshot of what this article
771 11    is.
771 12    Q: When you have a principal
771 13    investigator, that principal investigator should
771 14    have full access to all of the data and take
771 15    responsibility for the integrity of the data;
771 16    correct?

**771:19 - 772:20 Reicin, Alise 2005-08-19**      0:54
771 19    THE WITNESS: Again, I think if you
771 20    have a principle investigator and they're putting
771 21    their name on a paper, they should have access to
771 22    the data and take responsibility. I do agree with
771 23    that.
771 24    BY MR. KLINE:
771 25    Q: Okay. Good.
772 1    And this point here on a study, put
772 2    aside this study, we'll just get general rather than
772 3    get bogged down in that. 'In addition,' they say,
772 4    we strongly encourage that the data analysis for
772 5    industry-sponsored studies be conducted by an
772 6    independent entity, such as a biostatistician at an
772 7    academic center, rather than only by statisticians
772 8    employed by the company sponsoring the research.'
772 9    Do you agree with that as a general
772 10    proposition?
772 11    A: No, I don't.
772 12    Q: So, to that extent you disagree with
772 13    the policy that's being outlined here; correct?
772 14    A: Well, again, it's not a policy. It's
772 15    an encouragement, it's a suggestion. And I don't
772 16    agree with that particular suggestion.
772 17    Q: All right.
772 18    So, there you have a difference of
772 19    opinion; correct?
772 20    A: I do think so, yes.

**773:12 - 773:14 Reicin, Alise 2005-08-19**      0:06
773 12    Q: My question, it's kind of like it's
773 13    okay with you if the fox is watching the chicken
773 14    coop; correct?

Re: [773:12-773:14]
Def Obj Argumentative

**773:17 - 773:17 Reicin, Alise 2005-08-19**      0:02
773 17    Q: That's a good analogy; correct?

Re: [773:17-773:17]

|  |  | Objections In Def Obj Argumentative | Responses In |
|---|---|---|---|

**773:19 -   773:20 Reicin, Alise 2005-08-19**                                    0:05

773  19      THE WITNESS:  I think that -- I don't

773  20      agree with the characterization.

Re: [773:19-773:20]
Def Obj Argumentative

**774:4   -   774:10 Reicin, Alise 2005-08-19**                                   0:17

774  4       The analogy of -- the JAMA editorial

774  5       board is really saying, we don't want the people who

774  6       were in the study who were doing the study to do the

774  7       biostatistics in-house because they have a vested

774  8       interest in the outcome of the study, therefore, we

774  9       want somebody independent. That's really what's

774  10      going on here; correct?

**774:17 -   774:23 Reicin, Alise 2005-08-19**                                    0:15

774  17      THE WITNESS:  I think that that is

774  18      what they're saying, and I think the same could be

774  19      applied for any academic study that's done. You

774  20      might say that they have a vested interest, as they

774  21      do in the beginning of this article, and you would

774  22      need an outside statistician. I don't think it's

774  23      practical.

**790:6   -   790:12 Reicin, Alise 2005-08-19**                                   0:17

790  6       Q:  All right.

790  7       Let's move off of the word 'spin' and

790  8       move to 'message.'

790  9       There's this term that's used widely

790  10      in American parlance today which is message, staying

790  11      on message. Are you familiar with that terminology?

790  12      A:  I have heard that, that's correct.

**794:25 -   796:19 Reicin, Alise 2005-08-19**                                    2:28

794  25      Q:  Before VIGOR, the cardiovascular

795  1       safety profile was in question within some quarters

795  2       in the medical community; correct?

795  3       A:  As I said, based on studies that

795  4       Merck conducted with Dr. FitzGerald, as well as Dr.

795  5       FitzGerald conducted with Searle. The question was

795  6       raised, theoretical question, as to whether Vioxx

795  7       could increase the risk of cardiovascular effects

795  8       because of its effects on prostacyclin and

795  9       thromboxane. The medical literature also had

795  10      questions about whether Vioxx could be

795  11      cardioprotective because of its anti-inflammatory

795  12      effects.

795  13      So, there were many questions raised

795  14      about the cardiovascular safety, some suggesting it

795  15      could be cardioprotective, other theories suggesting

795  16      it would be prothrombotic.

795  17      Q:  You didn't take seriously the

795  18      suggestion that Vioxx was cardioprotective

795  19      pre-VIGOR, did you, you Alise Reicin? You're not

795  20      suggesting that to someone who hears this tape, are

795  21      you?

795  22      A:  I don't know that I gave that

795  23      particular question a lot of thought. I think there

795  24      were some people that took it very seriously.

795  25      Q:  You don't believe that today, do you?

796  1       By any stretch of the imagination that Vioxx is

796  2       cardioprotective?

796  3       A:  Do I believe that Vioxx is

| | | Objections In | Responses In |
|---|---|---|---|

```
796   4      cardioprotective? No. I think potentially there
796   5      was a recent article written by Cipilo suggesting
796   6      that in certain circumstances, like maybe just after
796   7      an MI, it could be cardioprotective. I haven't seen
796   8      any data on Vioxx that would lead me to conclude
796   9      that was the case, but some people have raised that.
796   10     Q:  Now, after the Advisory Committee,
796   11     you came back to Merck, and what were your feelings?
796   12     Were your feelings that the naproxen theory, when
796   13     all was said and done -- and I think there's an
796   14     e-mail congratulating the team.
796   15     You were a member of the Vioxx team,
796   16     and there was an e-mail by Dr. Scolnick
796   17     congratulating you and the others of making the FDA
796   18     look like grade D high schoolers. Do you remember
796   19     that e-mail with that colorful language?
```

**796:21 -   797:10 Reicin, Alise 2005-08-19**                          0:29
```
796   21     THE WITNESS:  I don't remember that
796   22     particular e-mail. I do remember e-mails
796   23     congratulating us, that we had done a good job, we
796   24     knew the data, we could answer questions with the
796   25     data. I do remember that. I don't remember the
797   1      exact e-mail you're referring to.
797   2      BY MR. KLINE:
797   3      Q:  By the way, on the cardiovascular --
797   4      you don't recall the grade D high schooler e-mail?
797   5      A:  I don't.
797   6      Q:  Did you ever hear that expression
797   7      before?
797   8      A:  No.
797   9      Q:  No? You never referred to them as
797   10     grade D high schoolers, have you?
```

**797:12 -   797:18 Reicin, Alise 2005-08-19**                          0:07
```
797   12     THE WITNESS:  No.
797   13     BY MR. KLINE:
797   14     Q:  Have you ever referred to the FDA as
797   15     bastards?
797   16     A:  No, I have not.
797   17     Q:  Did you know that that's how they
797   18     were referred to?
```

**797:22 -   798:1 Reicin, Alise 2005-08-19**                           0:08
```
797   22     Q:  You don't approve of that, do you?
797   23     A:  No, I do not.
797   24     Q:  Conduct unbefitting the president of
797   25     a major division of a major U.S. pharmaceutical
798   1      company; correct?
```

**798:3  -   798:5 Reicin, Alise 2005-08-19**                           0:05
```
798   3      THE WITNESS:  I don't think it was
798   4      proper, and my guess is that Dr. Scolnick doesn't
798   5      either in retrospect. But that's just a guess.
```

**801:22 -   801:24 Reicin, Alise 2005-08-19**                          0:07
```
801   22     The FDA at the Advisory Committee,
801   23     the FDA bought your naproxen theory. Is that a fair
801   24     way to state it?
```
**Re: [801:22-801:24]**
**Def Obj Question without**
**answer**

**802:4  -   803:2 Reicin, Alise 2005-08-19**                           0:54
```
802   4      Q:  Let me see how you characterized it.
802   5      Let me show you an exhibit.
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

802 6     - - -
802 7     (Whereupon, Deposition Exhibit
802 8     Reicin-47, Handwritten notes,
802 9     MRK-AFI0000028, was marked for
802 10     identification.)
802 11     - - -
802 12     BY MR. KLINE:
802 13     Q: When you come back from the FDA, you
802 14     had something called an FDA Advisory Committee
802 15     review. Do you recall it?
802 16     A: I don't, but maybe if you show me
802 17     something, it will --
802 18     Q: Refresh your recollection?
802 19     A: Correct.
802 20     Q: Fine. Who was Dr. Baumgartner?
802 21     A: I don't know who Dr. Baumgartner is.
802 22     Q: Susan Baumgartner?
802 23     A: She was a member of the marketing
802 24     group, I believe, at that time.
802 25     Q: These marketing group people, they     **Re: [802:25-803:2]**
803 1     always seem to write what people are really     **Def Obj Argumentative**
803 2     thinking, don't they?

**803:4 - 803:8 Reicin, Alise 2005-08-19**        0:09
803 4     THE WITNESS: I can't -- I can't     **Re: [803:4-803:8]**
803 5     comment one way or another.     **Def Obj Argumentative**
803 6     BY MR. KLINE:
803 7     Q: It seems that they and Dr. Scolnick
803 8     are less inhibited.

**803:10 - 803:18 Reicin, Alise 2005-08-19**        0:15
803 10     THE WITNESS: I really can't comment     **Re: [803:10-803:11]**
803 11     on that.     **Def Obj Argumentative**

803 12     BY MR. KLINE:
803 13     Q: This is kept on her, apparently on     **Re: [803:13-803:18]**
803 14     her daily record of events with a quote, and let me     **Def Obj Argumentative;**
803 15     see if you think it is an apt quote from Calvin     **401; 403**
803 16     Coolidge, where it says on the top, 'I have never
803 17     been hurt by anything I didn't say.'
803 18     Do you agree with that statement?

**803:20 - 804:4 Reicin, Alise 2005-08-19**        0:15
803 20     THE WITNESS: I've never seen that     **Re: [803:20-804:4]**
803 21     quote before. This is the first time.     **Def Obj Argumentative;**
803 22     BY MR. KLINE:     **401; 403**
803 23     Q: He's the fellow who said if, you
803 24     know, if you're handed a lemon, make a lemonade
803 25     stand. Did you ever hear that one from Calvin
804 1     Coolidge?
804 2     A: No, I haven't.
804 3     Q: That was pretty much Merck's motto
804 4     with Vioxx; correct?

**804:6 - 805:7 Reicin, Alise 2005-08-19**        0:56
804 6     THE WITNESS: I don't even understand     **Re: [804:6-804:10]**
804 7     the analogy, Mr. Kline. I'm sorry.     **Def Obj Argumentative;**
804 8     BY MR. KLINE:     **401; 403**
804 9     Q: I think those who listen may
804 10     understand it.
804 11     Look here. It says, 'FDA Advisory
804 12     Committee Review.' It says 'Alise Reicin.'
804 13     That's you talking?

| | | | Objections In | Responses In |
|---|---|---|---|---|

804 14   A: I'm not sure that that's me talking.
804 15   I'm not sure of that at all.
804 16   Q: The keeper of the notes said,
804 17   Clearly got VIGOR in the label,' 'not sure if can
804 18   get 069 in the label.'
804 19   A: That was the GI safety from Protocol
804 20                                                    69
804 21   Q: Yes. We went through that much
804 22   earlier today at length; correct?
804 23   A: No. You were talking about the
804 24   cardiovascular safety. This is referring to the GI.
804 25   Q: Oh, the GI safety. Very important to
805  1   Merck to get that in the label; correct?
805  2   A: We thought the data was valid, and we
805  3   thought it should go in the label.
805  4   Q: And you thought it would help sell
805  5   the drug; correct?
805  6   A: We thought that --
805  7   Q: Come on. There's a correlation.

**805:11 -   806:3** Reicin, Alise 2005-08-19                      0:44
805 11   THE WITNESS: I don't recall this
805 12   being related to selling the drug. We thought the
805 13   069 data was valid at the time that the drug was
805 14   first put on the market. The FDA at that point was
805 15   not convinced by that, but said that if the VIGOR
805 16   results were positive, they would consider the GI
805 17   results from 069 going in the label.
805 18   BY MR. KLINE:
805 19   Q: Was there --
805 20   A: Ultimately that did not happen.
805 21   Q: Was there a meeting at Merck on
805 22   February 9, 2001 to review what happened at the FDA
805 23   Advisory Committee the day before? Yes or no?
805 24   A: I don't recall that. We'd have to
805 25   look on my calendar.
806  1   Q: It says here attributed to you, 'FDA
806  2   bought that naproxen could be cardioprotective.' Do
806  3   you see that?

**806:7 -   806:10** Reicin, Alise 2005-08-19                    0:06
806  7   THE WITNESS: I'm not sure that this
806  8   is attributed to me, and I don't recall this
806  9   meeting, and I don't recall saying it. It could
806 10   have happened. I don't recall it.

**806:12 -   806:22** Reicin, Alise 2005-08-19                    0:27
806 12   Q: Well, if it did happen and somebody
806 13   recorded these words, is that words that you would
806 14   use, that the FDA bought that naproxen could be
806 15   cardioprotective?
806 16   A: I don't recall using those words.
806 17   That doesn't sound like the words that I would use.
806 18   Q: Well, if you did use the words, then
806 19   what I said to you earlier that the FDA bought your
806 20   naproxen theory would be something that would have
806 21   come right out of your mouth if somebody had heard
806 22   it; correct?

**806:25 -   807:4** Reicin, Alise 2005-08-19                    0:08
806 25   THE WITNESS: This is all
807  1   speculation. I didn't say those words. I said it
807  2   didn't sound like something I would say. It doesn't

Objections In:
Re: [805:7-805:7]
Def Obj Side bar
Re: [805:11-806:3]
Def Obj Lack of foundation

Re: [806:7-806:10]
Def Obj Lack of foundation

|  |  | Objections In | Responses In |
|---|---|---|---|

| | | |
|---|---|---|
| 807 3 | say that Alise Reicin said this. I'm not sure what | |
| 807 4 | you want me to say. | |

| **809:16 - 809:17 Reicin, Alise 2005-08-19** | | 0:03 |
|---|---|---|
| 809 16 | If you have something that's bought, | |
| 809 17 | do you have to have something that's sold? | |

| **809:21 - 809:22 Reicin, Alise 2005-08-19** | | 0:01 |
|---|---|---|
| 809 21 | THE WITNESS: That sounds -- I | |
| 809 22 | suppose so. | |

| **810:22 - 810:24 Reicin, Alise 2005-08-19** | | 0:08 |
|---|---|---|
| 810 22 | After VIGOR, Dr. Scolnick gets the | |
| 810 23 | FDA review package and he's really stewing about it; | |
| 810 24 | correct? | |

| **811:1 - 811:19 Reicin, Alise 2005-08-19** | | 0:34 |
|---|---|---|
| 811 1 | THE WITNESS: I'm not sure what | |
| 811 2 | you're referring to when you say the 'FDA review | |
| 811 3 | package.' | |
| 811 4 | BY MR. KLINE: | |
| 811 5 | Q: Okay. | |
| 811 6 | The FDA does a review of VIGOR; | |
| 811 7 | correct? | |
| 811 8 | A: Are you talking about the background | |
| 811 9 | package that was -- | |
| 811 10 | Q: Yes. | |
| 811 11 | A: Okay. Yes. | |
| 811 12 | Q: Dr. Scolnick receives it; correct? | |
| 811 13 | A: I can't recall. It's very possible. | |
| 811 14 | Q: You recall that he was stewing about | |
| 811 15 | it; correct? | |
| 811 16 | A: I don't recall that, but I can't -- | |
| 811 17 | it's possible. | |
| 811 18 | Q: Well, it's possible because the whole | |
| 811 19 | thing was bad for Merck; correct? | |

| **811:21 - 812:5 Reicin, Alise 2005-08-19** | | 0:31 |
|---|---|---|
| 811 21 | THE WITNESS: No, I wouldn't -- it's | |
| 811 22 | all hypothetical. I don't recall Dr. Scolnick's | |
| 811 23 | thoughts about it. | |
| 811 24 | BY MR. KLINE: | |
| 811 25 | Q: And what you really now have is a -- | |
| 812 1 | A: And just because you called it the | |
| 812 2 | FDA background package, those were the comments of | |
| 812 3 | the reviewers. They didn't necessarily reflect the | |
| 812 4 | FDA's opinion. | |
| 812 5 | Q: And you now know you're in a war. | |

| **812:16 - 813:2 Reicin, Alise 2005-08-19** | | 0:29 | Re: [812:5-812:5] Def Obj Question without answer; argumentative |
|---|---|---|---|
| 812 16 | THE WITNESS: Again, I can only tell | | |
| 812 17 | you the way I was viewing it at that time, which was | | |
| 812 18 | I wanted to go into the FDA advisory with a command | | |
| 812 19 | of the science and the data to show people the data, | | |
| 812 20 | to show all of the data, to show what our | | |
| 812 21 | interpretation of it was and to be able to answer | | |
| 812 22 | questions. That was my view of what was going on. | | |
| 812 23 | I was very focused at that point in time. | | |
| 812 24 | BY MR. KLINE: | | |
| 812 25 | Q: Well, you were focused on | | |
| 813 1 | communicating a message and staying on message; | | |
| 813 2 | correct? | | |

| | Objections In | Responses In |
|---|---|---|

**813:4  -  813:15 Reicin, Alise 2005-08-19**                                                0:27

813  4   THE WITNESS: Again, that's not the
813  5   way I would characterize what was -- my thoughts.
813  6   My thoughts were more on there was a large volume of
813  7   data, I wanted to make sure that I understood that
813  8   data, that I had it at my fingertips so I could
813  9   answer questions, and also wanted to be clear about
813 10   what the data showed and why we thought what we
813 11   thought about the data.
813 12   BY MR. KLINE:
813 13   Q:  But what it really boiled down to was
813 14   trying to figure out, as a lawyer would do, what
813 15   your best arguments were; correct?

**813:17  -  814:9 Reicin, Alise 2005-08-19**                                                0:39

813 17   THE WITNESS: I'm not a lawyer. So,
813 18   I can't really comment on what a lawyer would do.
813 19   BY MR. KLINE:
813 20   Q:  Well, you sure have been around
813 21   lawyers quite a while now, now that there's all this
813 22   litigation about this drug, and you certainly know
813 23   that lawyers want to put forward their best
813 24   argument; correct?
813 25   A:  And I would say that lawyers do
814  1   things differently than scientists.
814  2   Q:  Well, that's what I'm trying to get
814  3   at. That's right.
814  4   But the question I have is, when
814  5   you're trying to advocate a position and trying to
814  6   get a message across, that's really being more like
814  7   a lawyer than by being like a scientist when you're
814  8   simply advocating the position; correct? Would you
814  9   agree as a general proposition?

**814:11  -  815:1 Reicin, Alise 2005-08-19**                                                0:35

814 11   THE WITNESS: No. I can't agree with
814 12   what you said.
814 13   BY MR. KLINE:
814 14   Q:  A scientist should be neutral and
814 15   determined to not be swayed by anything other than
814 16   what the true facts are; correct?
814 17   A:  Certainly your going in should be to
814 18   be open to all of the data that's there, but if you
814 19   then have an interpretation of the data, you are
814 20   allowed to have an opinion. Not every scientist
814 21   will agree with your opinion, but there is nothing
814 22   wrong with putting your stake in the sand and saying
814 23   this is my opinion.
814 24   Q:  But that's something different than
814 25   trying to stake out a position and then win a public
815  1   relations war; correct?

**815:3  -  815:10 Reicin, Alise 2005-08-19**                                                0:13

815  3   THE WITNESS: I'm not sure exactly
815  4   what you're trying to get me to answer. I've
815  5   already stated to you what my goal was in going to
815  6   the FDA advisory.
815  7   BY MR. KLINE:
815  8   Q:  Did you view yourself as -- at this
815  9   point in time that I'm describing as being in a
815 10   public affairs war?

**815:12  -  815:21 Reicin, Alise 2005-08-19**                                                0:19

| | Objections In | Responses In |
|---|---|---|

815 12    THE WITNESS: I don't recall viewing
815 13    it in that way, no.
815 14    BY MR. KLINE:
815 15    Q:  Was it that way? Would you disagree
815 16    with somebody who said that it was a public affairs
815 17    war, that's what you were in?
815 18    A:  No, I would not view going to an FDA
815 19    advisory as being in a public affairs war.
815 20    Q:  Someone who viewed it that way would
815 21    not be acting like a scientist; correct?

**816:1  -   816:17 Reicin, Alise 2005-08-19**                                    0:44
816  1    A:  I think you have to see it in its
816  2    full context. You asked me how I was viewing my
816  3    going into the FDA. I did not view it as a public
816  4    affairs war.
816  5    Q:  Let me show you an e-mail and mark it
816  6    as Exhibit 48.
816  7    - - -
816  8    (Whereupon, Deposition Exhibit
816  9    Reicin-48, E-mail 1-21-01,
816 10    MRK-ABH0019058, was marked for
816 11    identification.)
816 12    - - -
816 13    BY MR. KLINE:
816 14    Q:  The date of the e-mail is January
816 15    21st, 2001. It's from Dr. Scolnick. You're a
816 16    recipient of the e-mail; correct?
816 17    A:  That is correct. If you'll give me a

**817:23  -   818:10 Reicin, Alise 2005-08-19**                                  0:52
817 23    Q:  Okay.
817 24    In this e-mail, Dr. Scolnick
817 25    discusses the battleground ahead; correct?
818  1    A:  I think he's --
818  2    Q:  Does he describe the battleground
818  3    ahead?
818  4    A:  I don't think he uses those exact
818  5    words. He does -- I don't think -- do you see
818  6    something where he says 'battleground ahead'?
818  7    Q:  No. I was characterizing it. When
818  8    he says we're going to win 'the public affairs war,'
818  9    that's describing the battleground ahead for Merck;
818 10    correct?

**818:12  -   819:13 Reicin, Alise 2005-08-19**                                  1:11
818 12    THE WITNESS:  I think what he's
818 13    saying here is he saw the FDA background package,
818 14    there were questions that they raised, and all that
818 15    he's saying is, we have our data, but I think that
818 16    there are points that we need to make because there
818 17    were questions that the FDA raised that we need to
818 18    address that we might not have been addressing
818 19    enough. That's the way I'm reading this now.
818 20    BY MR. KLINE:
818 21    Q:  Does he say we have to win the public
818 22    affairs war? Yes or no?
818 23    A:  No. He doesn't use those exact
818 24    words. He doesn't say we have to win the public
818 25    affairs war, I don't think.
819  1    Q:  'By looking at the data,' next --
819  2    last sentence of the next to last paragraph. 'By
819  3    looking at the data and not relying on our

| | | Objections In | Responses In |
|---|---|---|---|

```
819  4    preconceived notions we can now formulate a correct
819  5    strategy to the meeting and the upcoming round two
819  6    battle with this group, and win the public affairs
819  7    war.'
819  8    Are those his words?
819  9    A:  Those were his words.
819 10    Q:  In fact, what you folks did at Merck
819 11    was you created a very careful, not scientific plan,
819 12    but, rather, a communications plan. Do you recall
819 13    it?
```

**819:15 -   820:7  Reicin, Alise 2005-08-19**                                          0:42
```
819 15    THE WITNESS:  No. In fact, I think
819 16    if you read this e-mail, he comes back to the
819 17    science again and again. He says we have to stick
819 18    with the science. Everything's got to be based on
819 19    science, scientifically based. Everything
819 20    throughout all of this. We can stand behind it
819 21    scientifically with integrity. He says that
819 22    everywhere here.
819 23    BY MR. KLINE:
819 24    Q:  He says, 'This will allow us to
819 25    argue.' Do you see those words in the one, two, in
820  1    the large next to last paragraph? Do you see the
820  2    lead-in words? Read the lead-in words. 'This will
820  3    allow us to argue.'
820  4    Do you see that?
820  5    A:  Yes, i.e., the scientific data gives
820  6    us a basis for arguing.
820  7    Q:  Arguing your position; correct?
```

**820:9  -   820:13  Reicin, Alise 2005-08-19**                                          0:09
```
820  9    THE WITNESS:  That is correct.
820 10    BY MR. KLINE:
820 11    Q:  And in order to have a position,
820 12    Merck developed a finely honed message to
820 13    communicate to the FDA; correct?
```

**820:18 -   821:9  Reicin, Alise 2005-08-19**                                          0:46
```
820 18    THE WITNESS:  I think that's a
820 19    mischaracterization of what we did. If you read
820 20    this whole thing, it's based on the science. But
820 21    what he's saying is the FDA reviewer has brought up
820 22    issues that I don't think we're addressing head on.
820 23    You need to address them head on. Don't forget to
820 24    do that. And in that respect, it is a -- they had a
820 25    view, we had a view. That is allowed in the
821  1    scientific forum. It is very, very common, in fact.
821  2    You bring the data that you think supports your view
821  3    to a discussion, and that's what an FDA Advisory
821  4    Committee is. Here is the data, here's our
821  5    interpretation of the data.
821  6    BY MR. KLINE:
821  7    Q:  Then, of course, if you're wrong, you
821  8    say, I'm wrong if you don't have a vested interest;
821  9    correct?
```

**821:11 -   821:17  Reicin, Alise 2005-08-19**                                          0:07
```
821 11    THE WITNESS:  I think if you find out
821 12    you're wrong, you say you're wrong whether or not
821 13    you had a vested interest.
821 14    BY MR. KLINE:
821 15    Q:  Really?
```

| | | | Objections In | Responses In |
|---|---|---|---|---|

821 16   A: Yes.
821 17   Q: Is that what Merck did?

**821:20 - 821:23 Reicin, Alise 2005-08-19**   0:03
821 20   MR. KLINE: With respect to the
821 21   development of Vioxx.
821 22   BY MR. KLINE:
821 23   Q: Is that really what Merck did, ma'am?

**822:1 - 822:9 Reicin, Alise 2005-08-19**   0:13
822 1   THE WITNESS: When Merck saw the
822 2   APPROVe data, we thought we saw that there was an
822 3   increased risk of cardiovascular events on Vioxx
822 4   compared with placebo, and we took the drug off the
822 5   market.
822 6   BY MR. KLINE:
822 7   Q: Where it should have been in the
822 8   first place; correct?
822 9   A: I completely disagree with you.

**823:2 - 823:3 Reicin, Alise 2005-08-19**   0:03
823 2   Q: You controlled all of those things,
823 3   correct, Dr. Reicin?

**823:7 - 823:14 Reicin, Alise 2005-08-19**   0:18
823 7   THE WITNESS: Mr. Kline, the FDA now   Re: [823:7-823:14]
823 8   believes that Vioxx is similar in terms of its   Pltf Obj Non-responsive,
823 9   cardiovascular safety profile compared to Celebrex   improper narrative
823 10   and other NSAIDs. If you believe that Vioxx should
823 11   never have been on the market, then you believe that
823 12   NSAIDs should be off the market. And I truly don't
823 13   believe that would be in the best interest of
823 14   patients.

**829:4 - 829:21 Reicin, Alise 2005-08-19**   0:30
829 4   Q: Well, let's talk about the message   Re: [829:4-829:8]
829 5   you had back then rather than the message you have   Def Obj Attorney making a
829 6   now. The message you had back then simply dealt   speech; side bar
829 7   with Vioxx. Let's show the witness the next
829 8   document, Exhibit Number 49.
829 9   - - -
829 10   (Whereupon, Deposition Exhibit
829 11   Reicin-49, 'VIGOR and CLASS FDA Advisory
829 12   Committee Meetings Communications Plan'
829 13   Slide Set, 1-24-01, MRK-ABH0002208 -
829 14   MRK-ABH0002216 , was marked for
829 15   identification.)
829 16   - - -
829 17   BY MR. KLINE:
829 18   Q: You go into an Advisory Committee.
829 19   Merck just doesn't make a decision that, well, we're
829 20   going to go, we'll answer the questions, let the
829 21   chips fall where they may; correct?

*Sustained*

**829:23 - 829:25 Reicin, Alise 2005-08-19**   0:07
829 23   THE WITNESS: Certainly we go into an
829 24   Advisory Committee and we talk about the data and
829 25   our interpretation of the data.

**830:18 - 831:2 Reicin, Alise 2005-08-19**   0:28
830 18   The idea would be that you have a   Re: [830:18-831:2]
830 19   particular message to get across here to the FDA   Def Obj Lack of foundation
830 20   about Vioxx. Look at page -- first of all, do you

| | | Objections In | Responses In |
|---|---|---|---|

830 21    know this document, 'VIGOR and CLASS FDA Advisory
830 22    Committee Meetings,' the 'Communications Plan'?
830 23    A:  I don't recall it. I'd like to look
830 24    through it.
830 25    Q:  Okay.
831  1    Please do.
831  2    A:   (Witness reviewing document.)

**832:18 -   832:20 Reicin, Alise 2005-08-19**    0:04
832 18    MR. KLINE:  Okay. I'll withdraw the
832 19    document. The document is now withdrawn. Here's
832 20    some questions.

**832:23 -   833:12 Reicin, Alise 2005-08-19**    0:36
832 23    Q:  Was there a Merck class -- was there
832 24    a Merck Advisory Committee meeting communications
832 25    plan that you recall? Yes or no?
833  1    A:  I don't recall this, but --
833  2    Q:  Do you recall a plan which said --
833  3    which described the vulnerabilities that Merck had
833  4    from the FDA review? Do you recall such a document?
833  5    Yes or no?
833  6    A:  No, I don't.
833  7    Q:  Do you recall a document which talked
833  8    in terms of Merck having timeline vulnerabilities
833  9    and having a high vulnerability to the FDA review?
833 10    Do you recall a document to that effect, ma'am? Yes
833 11    or no?
833 12    A:  No, I do not.

**834:5   -   834:9 Reicin, Alise 2005-08-19**    0:10
834  5    Q:  Do you recall any document which
834  6    suggested that there was an objective of
834  7    strengthening the positioning of Vioxx in front of
834  8    the FDA? Do you recall anything that made that kind
834  9    of suggestion?

**834:11 -   834:16 Reicin, Alise 2005-08-19**    0:15
834 11    THE WITNESS:  I think I'd have to see
834 12    where those were used in context with. Certainly we
834 13    wanted to show all of the data and show our
834 14    interpretation of the data. That's viewed as
834 15    strengthening our position. It could have been said
834 16    like that, I don't know.

**834:24 -   835:8 Reicin, Alise 2005-08-19**    0:20
834 24    (Whereupon, Deposition Exhibit
834 25    Reicin-50, 'Merck Key Messages,'
835  1    MRK-ABH0002218, was marked for
835  2    identification.)
835  3    - - -
835  4    BY MR. MERCK:
835  5    Q:  A one-page document of that thing is                    Re: [835:5-835:8]
835  6    as follows: 'Merck Key Messages.' Let's see if you            Def Obj Attorney speech;
835  7    have a recollection of in the face of going to the            side bar
835  8    FDA whether Merck had key messages.

**835:18 -   836:21 Reicin, Alise 2005-08-19**    1:06
835 18    Q:  'Merck Key Messages,' do you see                          Re: [835:18-836:16]
835 19    that?                                                          Def Obj Lack of foundation
835 20    A:  I do.
835 21    Q:  Do you recall having key messages
835 22    before the FDA?

|  | Objections In | Responses In |
|---|---|---|

835 23    A: I think what you're referring to is a
835 24    communications plan. That's very different than a
835 25    scientific presentation. We have people who are
836 1    non-scientists that are going to be talking to the
836 2    press, and they have to know what they are and are
836 3    not allowed to say, what the data supports and what
836 4    the data doesn't support. So, my guess is, since
836 5    this was part of the communications plan, that these
836 6    are the key messages for those people who would be
836 7    dealing with the press. We just can't have people
836 8    going out and talking to the press who don't
836 9    understand the data.
836 10    Q: You're sure that's what this document
836 11    is, Dr. Reicin, and that it's not the plan of how to
836 12    handle the FDA? Are you sure about that?
836 13    A: I think if it says it's a
836 14    communications plan, I don't think it is about how
836 15    to handle the FDA. I think it's how to handle
836 16    communications to the press.
836 17    Q: Well, the way you were going to
836 18    handle everybody was to tell them that the decrease
836 19    in MI in VIGOR is consistent with naproxen's ability
836 20    to block platelet aggregation by inhibiting COX-1
836 21    like aspirin; correct?

**836:23 - 836:24 Reicin, Alise 2005-08-19**     0:02
836 23    THE WITNESS: That is what we
836 24    believed. That is true.

**838:20 - 839:11 Reicin, Alise 2005-08-19**     0:22
838 20    (Whereupon, Deposition Exhibit
838 21    Reicin-51, 'Strategic Approach,'
838 22    MRK-ABH0002219; MRK-ABH0002217;
838 23    MRK-ABH0002220 - MRK-ABH0002228, was
838 24    marked for identification.)
838 25    - - -
839 1    BY MR. KLINE:
839 2    Q: Let me show you the next exhibit
839 3    number, Number 51, the 'Strategic Approach.' I'm
839 4    going to mark it as 51. Yes. The strategic
839 5    approach of Merck at that point was to 'Prepare for
839 6    crisis.'
839 7    Do you see that?
839 8    A: I do see that.
839 9    Q: And, indeed, that would be a correct
839 10    statement, that Merck was in a crisis mode at that
839 11    time; correct?

*Re: [838:20-839:11]*
*Def Obj Lack of foundation*

*overruled*

**839:13 - 839:18 Reicin, Alise 2005-08-19**     0:06
839 13    THE WITNESS: I don't think we were
839 14    in a crisis mode either before or after the Advisory
839 15    Committee.
839 16    BY MR. KLINE:
839 17    Q: Why would it say, 'Prepare for
839 18    crisis'?

*Re: [839:13-839:18]*
*Def Obj Lack of foundation*

**839:22 - 840:9 Reicin, Alise 2005-08-19**     0:44
839 22    THE WITNESS: I can't comment on this
839 23    because I did not write this.
839 24    BY MR. KLINE:
839 25    Q: Let's change and discuss a study
840 1    called ADVANTAGE which I alluded to. You're
840 2    familiar with the ADVANTAGE study?

*Re: [839:22-839:23]*
*Def Obj Lack of foundation*

| | Objections In | Responses In |
|---|---|---|

840  3      A: Yes, I am.
840  4      Q: What was your role in ADVANTAGE?
840  5      A: I didn't have any role in the conduct
840  6      of that study.
840  7      Q: Okay.
840  8      The ADVANTAGE study was not a
840  9      legitimate scientific study; correct?

**840:11 -    840:17 Reicin, Alise 2005-08-19**                          0:10
840  11     THE WITNESS: Incorrect.
840  12     BY MR. KLINE:
840  13     Q: It was a seeding study; correct?
840  14     A: Incorrect.
840  15     Q: Do you know how Dr. Scolnick has
840  16     characterized it in both documents and testimony?
840  17     A: I have been told.

**841:12 -    841:22 Reicin, Alise 2005-08-19**                          0:27
841  12     Q: Is he incorrect?
841  13     A: He is incorrect.
841  14     Q: Are there documents which suggest
841  15     that it's a seeding study?
841  16     A: I don't know, but you certainly could
841  17     look at the protocol itself, and you would see that
841  18     it has a hypothesis, a scientifically justified
841  19     hypothesis, and in that regard, it's not a seeding
841  20     study, it was asking a scientific question.
841  21     Q: If it was a seeding study, that would
841  22     be wrong; correct?

**841:24 -    842:14 Reicin, Alise 2005-08-19**                          0:29
841  24     THE WITNESS: I think you have to
841  25     tell me what you mean by 'seeding study.'
842  1      BY MR. KLINE:
842  2      Q: You've heard that term. It's a term
842  3      of art; correct?
842  4      A: I need to know what you mean by it.
842  5      Q: I was -- I asked you and you
842  6      responded to it. I'm going to ask you this way.
842  7      What do you mean by a seeding study?
842  8      A: If you mean that you are doing a
842  9      study just to have physicians use the drug, then I
842  10     think that would be incorrect, if it has no
842  11     scientific basis. But this study had a scientific
842  12     basis.
842  13     Q: It was the idea of the marketing
842  14     division, wasn't it, the ADVANTAGE study?

**842:16 -    842:20 Reicin, Alise 2005-08-19**                          0:14
842  16     THE WITNESS: I can't confirm or deny
842  17     that. I don't recall.
842  18     BY MR. KLINE:
842  19     Q: In Ray Gilmartin's Merck, marketing
842  20     and science cross pollinated; correct?

**842:22 -    843:8 Reicin, Alise 2005-08-19**                           0:33
842  22     THE WITNESS: I think that we
842  23     definitely interacted with each other. Marketing
842  24     would bring to us ideas, this is what physicians
842  25     want to know, these are the questions they want
843  1      asked. We would say yes, you can say that, no, you
843  2      cannot say that, the data doesn't support that. I
843  3      think it's positive that we interacted. We wouldn't

|  | Objections In | Responses In |
|---|---|---|

*Overruled*

| | | |
|---|---|---|
| 843 4 | want our marketing colleagues going beyond the data. | |
| 843 5 | BY MR. KLINE: | |
| 843 6 | Q:  If the ADVANTAGE study were a seeding | Re: [843:6-843:8] |
| 843 7 | study and that's a fact that Merck or someone in | Def Obj Assumes facts not |
| 843 8 | Merck tried to hide, that would be wrong; correct? | in evidence; speculation |

**843:10 -   843:16** Reicin, Alise 2005-08-19                                    0:14

| | | |
|---|---|---|
| 843 10 | THE WITNESS: Again, I know that | Re: [843:10-843:16] |
| 843 11 | ADVANTAGE had a very valid scientific hypothesis, | Def Obj Assumes facts not |
| 843 12 | so, it was not a seeding study. | in evidence; speculation |
| 843 13 | BY MR. KLINE: | |
| 843 14 | Q:  If it were a seeding study and | |
| 843 15 | someone tried to hide that fact, that would be | |
| 843 16 | wrong; correct? | |

**843:20 -   844:3** Reicin, Alise 2005-08-19                                    0:18

| | | |
|---|---|---|
| 843 20 | THE WITNESS: I'm sorry. I don't | Re: [843:20-843:22] |
| 843 21 | even know how to answer that question because it | Def Obj Assumes facts not |
| 843 22 | wasn't a seeding study. | in evidence; speculation |
| 843 23 | BY MR. KLINE: | |
| 843 24 | Q:  The fact of the matter, it was a | |
| 843 25 | seeding study, and Merck in the -- made a decision, | |
| 844 1 | a concerted effort and decision in your internal | |
| 844 2 | documents to eliminate the reference to seeding | |
| 844 3 | study; correct? | |

**844:5  -   844:10** Reicin, Alise 2005-08-19                                    0:08

| | |
|---|---|
| 844 5 | THE WITNESS: Again, I'm not aware |
| 844 6 | any of scientific documents that do that. |
| 844 7 | BY MR. KLINE: |
| 844 8 | Q:  Well, how about other documents? How |
| 844 9 | about other documents that aren't so-called |
| 844 10 | scientific documents? |

**844:14 -   845:9** Reicin, Alise 2005-08-19                                    1:00

| | |
|---|---|
| 844 14 | THE WITNESS:  I think at some point |
| 844 15 | someone showed me something from public affairs that |
| 844 16 | said something like that. And again, I can't tell |
| 844 17 | you what public affairs was thinking, but it was not |
| 844 18 | a seeding study. The primary hypothesis of |
| 844 19 | ADVANTAGE was that fewer patients would discontinue |
| 844 20 | Vioxx because of GI symptoms or GI side effects. |
| 844 21 | One of the most common reasons that patients stop |
| 844 22 | using NSAIDs is because of GI side effects. It was |
| 844 23 | a very valid scientific question to be looking at. |
| 844 24 | BY MR. KLINE: |
| 844 25 | Q:  Did you know -- you say that you are |
| 845 1 | looking just at a valid scientific purpose; is that |
| 845 2 | correct? |
| 845 3 | A:  I'm talking about the primary |
| 845 4 | hypothesis. |
| 845 5 | Q:  Did you know that the marketing |
| 845 6 | people saw it such that they were trying to get the |
| 845 7 | doctors who were the big time prescribers into the |
| 845 8 | action for purposes of trying to seed them on Vioxx? |
| 845 9 | Did you know that fact? |

**845:12 -   845:14** Reicin, Alise 2005-08-19                                    0:02

| | |
|---|---|
| 845 12 | Q:  At the time? |
| 845 13 | A:  No, I'm not aware of that. |
| 845 14 | Q:  Do you know that today? |

04/18/10 17:56

|  | Objections In | Responses In |
|---|---|---|

**845:16 -   845:16 Reicin, Alise 2005-08-19**                                  0:00
845  16          THE WITNESS: No.

**846:13 -   846:17 Reicin, Alise 2005-08-19**                                  0:14
846  13          Q:  If it were the fact that this was
846  14          nothing more than a seeding study to get big time
846  15          users and prescribers of the drug to get in the
846  16          action with Merck, that would be something that
846  17          would offend you; correct?

**846:21 -   847:1 Reicin, Alise 2005-08-19**                                   0:09
846  21          THE WITNESS: Again, this was not a
846  22          seeding study.
846  23          BY MR. KLINE:
846  24          Q:  If it were, as I describe it, in
846  25          documents that I'm about to show you, would you then
847   1          agree with me that you're offended?

**847:3  -   847:8 Reicin, Alise 2005-08-19**                                   0:23
847   3          THE WITNESS: Well, again, I know
847   4          that Merck has taken a policy not to do seeding
847   5          studies. So, what someone writes in a document I
847   6          can't comment on. I know this wasn't a seeding
847   7          study, I know that this went through scientific peer
847   8          review.

**847:18 -   848:6 Reicin, Alise 2005-08-19**                                   0:17
847  18          If the purpose of the study was to
847  19          have doctors gain experience with the drug, that
847  20          would be a seeding study; correct?
847  21          A:  If that was the sole purpose and
847  22          there was no scientific purpose for the study, that
847  23          is correct.
847  24          Q:  Let me show you a document.
847  25          - - -
848   1          (Whereupon, Deposition Exhibit
848   2          Reicin-52, E-mails, MRK-ADI0024337 -
848   3          MRK-ADI0024338, was marked for
848   4          identification.)
848   5          - - -
848   6          MR. KLINE:  Exhibit Number 52.

**849:2  -   849:15 Reicin, Alise 2005-08-19**                                  0:33
849   2          Q:  Who is Christine Fanelle?
849   3          A:  She worked in public affairs.
849   4          Q:  Who's Kyra Lindemann?
849   5          A:  She worked in public affairs.
849   6          Q:  Who's Rebecca Higbee?
849   7          A:  She worked in public affairs.
849   8          Q:  Who's Jan Weiner?
849   9          A:  She worked in public affairs.
849  10          Q:  This is a discussion among the public
849  11          affairs people; correct?
849  12          A:  That's what it looks like. It is a
849  13          little hard to --
849  14          Q:  They certainly had the idea that
849  15          ADVANTAGE was a seeding study; correct?

**849:17 -   849:25 Reicin, Alise 2005-08-19**                                  0:16
849  17          THE WITNESS:  It looks to me here
849  18          that they also saw -- thought LIFE was a seeding
849  19          study.
849  20          BY MR. KLINE:

| | Objections In | Responses In |
|---|---|---|

849 21    Q: I didn't ask you what else they saw.
849 22    I said --
849 23    My question to you is, they certainly
849 24    had the idea that the ADVANTAGE trial was a seeding
849 25    study; correct?

850:8  -   850:17 Reicin, Alise 2005-08-19          0:27
850 8    It appears here that they did, and
850 9    they clearly were wrong. And additional evidence to
850 10    that is that they refer to LIFE as a seeding study.
850 11    LIFE is a study that actually had an FDA Advisory
850 12    Committee meeting to review the data, and the data
850 13    from LIFE changed the label. So, if they're
850 14    referring to LIFE, which had incredibly important
850 15    scientific data come out of it as a seeding study,
850 16    they were incorrect, and, therefore, they were
850 17    incorrect about ADVANTAGE as well.

851:14 -   851:23 Reicin, Alise 2005-08-19        0:23
851 14    Q: Okay. Fine.
851 15    A: If you'd like to know the way I'm
851 16    thinking about it, I'll tell you this. ADVANTAGE,
851 17    as I said before, was not a seeding study. It had a
851 18    very valid scientific hypothesis. You're now
851 19    putting this in front of me and saying, but look at
851 20    it, public affairs thought it was a seeding study,
851 21    so, it must be. And what I'm saying to that is,
851 22    they thought LIFE was a seeding study as well, and
851 23    LIFE definitely was not a seeding study either.

852:14 -   852:21 Reicin, Alise 2005-08-19        0:20
852 14    Q: Yes. It says here, it says right
852 15    here, 'IT MAY BE A SEEDING STUDY, BUT LET'S NOT CALL
852 16    IT THAT IN OUR INTERNAL DOCUMENTS.'
852 17    A: And it does say that, and I'm telling
852 18    you, public affairs people may have been under the
852 19    misimpression that it was a seeding study in the
852 20    same way they were under the misimpression that LIFE
852 21    was a seeding study, but neither of them were.

2175:2 -   2303:6 Reicin_A_20060920        #####
2175 21    THE DEPUTY CLERK: PLEASE BE SEATED, AND IF YOU WOULD
2175 22    USE THE MICROPHONE THERE, WOULD YOU STATE YOUR FULL NAME FOR
2175 23    THE RECORD.
2175 24    THE WITNESS: DR. ALISE SUSAN REICIN, R-E-I-C-I-N.
2175 25
2176 1    DIRECT EXAMINATION
2176 2    BY MR. GOLDMAN:
2176 3    Q. GOOD AFTERNOON, DOCTOR. COULD YOU PLEASE INTRODUCE
2176 4    YOURSELF TO THE JURY AND TELL US A LITTLE BIT ABOUT WHERE YOU
2176 5    LIVE, WHETHER YOU HAVE A FAMILY.
2176 6    A. I LIVE IN ENGLEWOOD, NEW JERSEY. I'VE BEEN MARRIED FOR 22
2176 7    YEARS AND I HAVE THREE CHILDREN. I HAVE A 16-YEAR-OLD SON AND
2176 8    A 14-YEAR-OLD SON AND A 10-YEAR-OLD SON.
2176 9    Q. WHERE DO YOU WORK, DR. REICIN?
2176 10    A. I WORK AT MERCK RESEARCH LABS.
2176 11    Q. AND YOUR CURRENT TITLE IS?
2176 12    A. I'M A VICE-PRESIDENT OF CLINICAL RESEARCH AT MERCK.
2176 13    Q. WHEN DID YOU JOIN MERCK, DR. REICIN?
2176 14    A. I JOINED MERCK TEN YEARS AGO IN FEBRUARY OF 1996.
2176 15    Q. BEFORE WE TALK ABOUT YOUR EXPERIENCE AT MERCK, DOCTOR, CAN
2176 16    YOU TELL US A LITTLE BIT ABOUT YOUR EDUCATION, STARTING AT
2176 17    COLLEGE, AND WALKING US THROUGH YOUR MEDICAL TRAINING?

04/18/10 17:56