| | Objections In | Responses In |
|---|---|---|

2176 18   A.  I WENT TO COLLEGE AT BARNARD COLLEGE, WHICH IS THE WOMAN'S
2176 19   COLLEGE OF COLUMBIA UNIVERSITY.  I GOT A DEGREE IN BIOCHEMISTRY
2176 20   AT BARNARD.  I THEN WENT TO HARVARD UNIVERSITY MEDICAL SCHOOL,
2176 21   HARVARD MEDICAL SCHOOL, WHERE I WAS IN A JOINT PROGRAM BETWEEN
2176 22   HARVARD AND MIT, THE MASSACHUSETTS OF TECHNOLOGY.  IT WAS
2176 23   SPECIFICALLY FOR MEDICAL STUDENTS WHO WERE INTERESTED IN DOING
2176 24   MEDICAL RESEARCH.
2176 25   AND THEN WHEN I FINISHED MY M.D., INCLUDING A YEAR --
2177  1   YOU HAD TO DO A RESEARCH PROGRAM AS A PART OF MY JOINT PROGRAM.
2177  2   I TOOK A YEAR OFF DURING MEDICAL SCHOOL WHERE -- AND I DID
2177  3   CANCER RESEARCH AT SLOAN-KETTERING CANCER INSTITUTE IN NEW YORK
2177  4   CITY.  AND I THEN DID AN INTERNSHIP AND A RESIDENCY IN INTERNAL
2177  5   MEDICINE.
2177  6   Q.  WHAT IS AN INTERNSHIP AND A RESIDENCY?
2177  7   A.  INTERNSHIP IS -- BOTH AN INTERNSHIP AND RESIDENCY, YOU
2177  8   BASICALLY SPEND THE MAJORITY OF YOUR TIME TAKING CARE OF
2177  9   HOSPITAL PATIENTS.  YOU ALSO HAVE AN OUTPATIENT CLINIC.  AND
2177 10   IT'S REALLY YOUR -- YOU HAVE -- YOU'RE LICENSED TO PRACTICE
2177 11   MEDICINE, BUT IT'S REALLY TRAINING.  YOU DO -- YOU KNOW, YOU
2177 12   PRACTICE MEDICINE USUALLY UNDER THE GUIDANCE OF MORE SENIOR
2177 13   PHYSICIANS.
2177 14   Q.  SO YOU WERE SAYING YOU WERE DOING -- YOU DID YOUR
2177 15   INTERNSHIP AND RESIDENCY --
2177 16   A.  -- IN GENERAL INTERNAL MEDICINE AT COLUMBIA PRESBYTERIAN
2177 17   HOSPITAL, WHICH IS A PART OF COLUMBIA MEDICAL SCHOOL.
2177 18   AND THEN I DID A THREE-YEAR FELLOWSHIP IN INFECTIOUS
2177 19   DISEASES.
2177 20   Q.  WAS THERE ANY PARTICULAR TYPE OF INFECTIOUS DISEASE THAT
2177 21   YOU FOCUSED ON, DR. REICIN?
2177 22   A.  AFTER DOING A YEAR OF CLINICAL WORK, I ENTERED THE
2177 23   LABORATORY AND DID A POST-DOCTORAL FELLOWSHIP WHERE I DID A
2177 24   BASIC SCIENCE AIDS RESEARCH, AND I ALSO HAD AN OUTPATIENT
2177 25   INFECTIOUS DISEASE CLINIC WHERE 90 PERCENT OF MY PATIENTS HAD
2178  1   AIDS OR WERE HIV-POSITIVE.
2178  2   Q.  WHY WERE YOU INTERESTED, DOCTOR, IN FOCUSING ON HIV AND
2178  3   AIDS FOR YOUR -- YOUR RESEARCH AND YOUR FELLOWSHIP?
2178  4   A.  WELL, I THINK THERE WERE TWO THINGS:  FIRST OF ALL, I
2178  5   LIKED INFECTIOUS DISEASES BECAUSE IT REALLY INVOLVED THE WHOLE
2178  6   BODY.  I DIDN'T WANT TO CONCENTRATE JUST ON THE HEART OR THE
2178  7   STOMACH.  I LIKED DEALING WITH DISEASES THAT REALLY -- THERE
2178  8   ARE A VARIETY OF DIFFERENT DISEASES.
2178  9   AND IN ADDITION, REALLY, AIDS, IT FIRST CAME ABOUT
2178 10   WAS RECOGNIZED RIGHT WHEN I STARTED MEDICAL SCHOOL.  AND ONE OF
2178 11   THE FIRST PATIENTS EVER ADMITTED TO THE BETH ISRAEL HOSPITAL IN
2178 12   BOSTON WITH AIDS I TOOK CARE OF, AND I WAS VERY AFFECTED BY
2178 13   THIS PARTICULAR PATIENT.  AND, IN ESSENCE, I THOUGHT AIDS WAS,
2178 14   IN ESSENCE, THE DISEASE OF MY GENERATION.
2178 15   Q.  BEFORE YOU JOINED MERCK, DR. REICIN, DID YOU BECOME
2178 16   BOARD-CERTIFIED IN INTERNAL MEDICINE AND INFECTIOUS DISEASES?
2178 17   A.  YES, I WAS.
2178 18   Q.  AND WHAT DOES IT MEAN TO BECOME BOARD-CERTIFIED?
2178 19   A.  WELL, YOU HAVE TO HAVE COMPLETED CERTAIN TRAINING
2178 20   PROGRAMS.  AND ALSO, THERE ARE EXAMINATIONS THAT YOU TAKE TO
2178 21   SHOW THAT YOU'RE PROFICIENT IN -- FOR INTERNAL MEDICINE AND
2178 22   INFECTIOUS DISEASES.
2178 23   Q.  AFTER YOUR FELLOWSHIP, DID YOU DO ANYTHING BEFORE JOINING
2178 24   MERCK?
2178 25   A.  AFTER MY FELLOWSHIP, I JOINED THE FACULTY AT COLUMBIA
2179  1   MEDICAL SCHOOL, WHERE I CONTINUED TO DO LABORATORY RESEARCH.
2179  2   AND I WOULD ALSO TEACH MEDICAL STUDENTS AND TEACH THE FELLOWS
2179  3   ON -- DOING INFECTIOUS DISEASE ROUNDS WITH THE FELLOWS, AND I
2179  4   ALSO CONTINUED TO SEE PATIENTS, NOT ONLY IN THE HOSPITAL
2179  5   FELLOWS BUT ALSO IN MY CLINIC.

| | Objections In | Responses In |
|---|---|---|

2179 6   Q.  HOW LONG DID YOU TEACH AS A PROFESSOR AT COLUMBIA MEDICAL
2179 7   SCHOOL?
2179 8   A.  WELL, I -- I TAUGHT FULL -- WELL, TAUGHT AND WAS ON
2179 9   FACULTY FULL-TIME UNTIL 1996, FROM 1993 TO 1996, WHEN I WENT TO
2179 10   MERCK.  I CONTINUED EVEN AFTER I CAME TO MERCK, UP UNTIL JUST A
2179 11   FEW YEARS AGO, TO VOLUNTEER MY TIME, AND I'D SPEND ABOUT A
2179 12   MONTH A YEAR DOING INFECTIOUS DISEASE ROUNDS WITH THE FELLOWS.
2179 13   Q.  CAN YOU TELL US WHY YOU DECIDED TO JOIN MERCK, DR. REICIN
2179 14   IN -- WHEN WAS IT?  1996?
2179 15   A.  IN 1996.  WELL, I -- BY ALL COUNTS, MY ACADEMIC CAREER
2179 16   WAS -- WAS DOING WELL.  I WAS GETTING FUNDING FOR MY RESEARCH,
2179 17   I WAS PUBLISHING PAPERS, AND I VERY MUCH ENJOYED THE PATIENT
2179 18   CARE AND ALSO THE TEACHING.  BUT I THINK I SLOWLY CAME TO
2179 19   REALIZE THAT, EVEN IF I WAS LUCKY ENOUGH TO REALLY DEVELOP
2179 20   SOMETHING IMPORTANT IN THE LAB, THAT MY ABILITY TO TRANSLATE
2179 21   THAT INTO SOMETHING THAT WOULD ACTUALLY IMPACT PATIENT CARE WAS
2179 22   QUITE LIMITED AND THAT IT WAS REALLY -- YOU NEEDED ALL OF THE
2179 23   RESOURCES OF A PHARMACEUTICAL COMPANY IN ORDER TO TRANSLATE
2179 24   WHAT YOU FOUND IN THE LAB INTO SOMETHING THAT COULD REALLY
2179 25   IMPACT PATIENT CARE.
2180 1   I GOT A PHONE CALL TO GO TO MERCK FOR AN INTERVIEW.
2180 2   I WASN'T REALLY LOOKING FOR A JOB AT THE TIME.  I WAS FIVE
2180 3   MONTHS' PREGNANT WITH MY THIRD CHILD, SO CHANGING JOBS WAS NOT
2180 4   SOMETHING I WAS INTERESTED IN DOING.  BUT I WENT ON THE
2180 5   INTERVIEW AND WAS JUST REALLY STRUCK BY THE QUALITY OF PEOPLE,
2180 6   AND MANY OF THEM HAD MADE THE TRANSITION TO MERCK FOR EXACTLY
2180 7   THE SAME REASON.  AND I JUST FOUND A LOT OF PEOPLE THAT WERE
2180 8   REALLY DEDICATED TO REALLY TRYING TO, YOU KNOW, IMPROVE THE WAY
2180 9   WE TAKE CARE OF PATIENTS.
2180 10   Q.  WAS DR. MORRISON, WHO THE JURY HAS MET BEFORE, WAS HE ONE
2180 11   OF THE INDIVIDUALS THAT YOU MET WHEN YOU JOINED MERCK?
2180 12   A.  HE WAS ONE OF THE -- HE WAS PART OF THE SMALL GROUP OF
2180 13   PHYSICIANS THAT I JOINED, YES.
2180 14   Q.  DID YOU JOIN WHAT'S KNOWN AS THE "VIOXX PROJECT TEAM" IN
2180 15   1997, DR. REICIN?
2180 16   A.  CORRECT.  NOT WHEN I INITIALLY CAME TO MERCK.  I WORKED ON
2180 17   AN ASTHMA DRUG WHEN I FIRST JOINED.  BUT THEN, IN 1997, I
2180 18   JOINED THE VIOXX PROJECT TEAM.
2180 19   Q.  AND CAN YOU TELL US, JUST GENERALLY, YOUR ROLE WITH
2180 20   RESPECT TO VIOXX, JUST STARTING WHEN YOU JOINED THE VIOXX
2180 21   PROJECT TEAM IN 1997, YOUR INITIAL ROLE AND HOW THAT CHANGED,
2180 22   IF IT DID.
2180 23   A.  I WAS INITIALLY ONE OF A GROUP OF, I DON'T KNOW, THREE,
2180 24   FOUR, FIVE, WHAT WE CALL "CLINICAL MONITORS," PHYSICIANS WHO
2180 25   WERE INVOLVED WITH DESIGNING CLINICAL STUDIES FOR VIOXX,
2181 1   MONITORING THOSE STUDIES, HELPING TO ANALYZE THE DATA.  AND I
2181 2   DID THAT FOR PROBABLY FIVE OR SIX YEARS AND THEN TOOK OVER MORE
2181 3   RESPONSIBILITY IN THE DEPARTMENT THAT VIOXX WAS BEING DEVELOPED
2181 4   IN.
2181 5   I EVENTUALLY BECAME THE HEAD OF WHAT IS CALLED THE
2181 6   CLINICAL IMMUNOLOGY AND ANALGESIA DEPARTMENT.  WE WORKED NOT
2181 7   ONLY ON VIOXX BUT OTHER NOVEL THERAPIES FOR THE TREATMENT OF
2181 8   RHEUMATOID ARTHRITIS AND PAIN.
2181 9   Q.  WHAT WAS THE FIRST MAJOR PROJECT, DOCTOR, THAT YOU WORKED
2181 10   ON WHEN YOU JOINED THE VIOXX PROJECT TEAM IN 1997?
2181 11   A.  THE FIRST THING THAT I WAS ASKED TO DO WAS TO DESIGN WHAT
2181 12   WE CALLED A "GI OUTCOMES" STUDY.  SO THE PHASE III STUDIES, I
2181 13   BELIEVE, WERE ALREADY UNDERWAY OR ABOUT TO START.  I CAN'T
2181 14   REMEMBER EXACTLY.  AND THIS WAS -- AND THOSE WERE GOING TO LOOK
2181 15   AT WHETHER THE DRUG EFFICACIOUS, AND THERE WERE SPECIAL
2181 16   ENDOSCOPY STUDIES WHERE THEY WERE LOOKING SPECIFICALLY AT THE
2181 17   LINING OF THE STOMACH WITH A TUBE.
2181 18   BUT THIS WAS A STUDY WHERE IT WAS SPECIFICALLY

| | Objections In | Responses In |
|---|---|---|

2181 19   DESIGNED TO SEE WHETHER PATIENTS WHO TOOK VIOXX WOULD HAVE
2181 20   FEWER OF THE MORE SERIOUS GI COMPLICATIONS THAT NONSTEROIDAL
2181 21   ANTI-INFLAMMATORIES LIKE ADVIL COULD CAUSE. SO LESS ULCERS,
2181 22   LESS BLEEDS, LESS HOLES IN THE STOMACH.
2181 23   Q. AND THIS OUTCOMES STUDY THAT YOU REFERRED TO, IS THAT A
2181 24   STUDY THAT YOU WORKED ON WITH DR. MORRISON?
2181 25   A. AMONG OTHERS. I MEAN, AT MERCK, IT'S NOT LIKE YOU ASK
2182 1   SOMEBODY TO DESIGN A CLINICAL TRIAL, PUT THEM IN A ROOM, AND
2182 2   THEN SAY, "OKAY. TELL US HOW IT WENT" THREE YEARS FROM NOW.
2182 3   WE WORK A LOT WITH EACH OTHER. THERE'S WHAT WE CALL A
2182 4   "PEER-REVIEW PROCESS" WHERE, YOU KNOW, MULTIPLE LAYERS OF
2182 5   MANAGEMENT PEOPLE, WHO HAVE HAD MANY YEARS OF EXPERIENCE, WILL
2182 6   USE STUDY DESIGNS. WE WORK WITH OUTSIDE PHYSICIANS AS WELL.
2182 7   Q. WE HEARD FROM DR. MORRISON A LITTLE BIT EARLIER,
2182 8   DR. REICIN, ABOUT THE GI OUTCOME STUDY AND SOME E-MAILS THAT
2182 9   YOU AND HE AND OTHERS HAD IN THIS 1997 TIME FRAME. I WANT TO
2182 10   ASK YOU ABOUT THOSE, AND THEY INVOLVE THE ISSUE OF ASPIRIN AND
2182 11   ISSUES LIKE THAT. DO YOU REMEMBER THOSE DISCUSSIONS?
2182 12   A. I DO.
2182 13   Q. DO YOU ALSO REMEMBER PARTICIPATING IN DRAFTING THE FIRST
2182 14   PROTOCOL OR FIRST DESIGN FOR THIS GI OUTCOMES STUDY?
2182 15   A. JUST TRYING TO BE SPECIFIC, DR. TOM MUSLINER HAD ACTUALLY
2182 16   WORK ON AN INITIAL DRAFT FOR THIS STUDY, AND THEN I WAS ASKED
2182 17   TO TAKE IT OVER FOR DR. MUSLINER, WHO WAS GOING TO BE WORKING
2182 18   ON OTHER PROJECTS. SO I PUT TOGETHER -- KIND OF BUILDING ON
2182 19   WHAT DOCTOR MUSLINER HAD DONE, PUT TOGETHER AN INITIAL DRAFT
2182 20   AND THEN SENT THAT OUT TO THE OTHER PHYSICIANS WHO I WORKED
2182 21   WITH IN MY GROUP WITH, EMBEDDED IN THE PROTOCOL, MANY QUESTIONS
2182 22   TO THEM SAYING, "WHAT DO YOU THINK ABOUT THIS?" YOU KNOW, "I'M
2182 23   THINKING THIS," ET CETERA.
2182 24   Q. IF YOU TURN, DR. REICIN, THERE IS TWO BINDERS TO YOUR
2182 25   LEFT, AND I THINK IN THE SECOND ONE YOU'LL SEE AN EXHIBIT THAT
2183 1   STARTS P, AS IN "PAUL," 1. AND THEN THERE IS A DASH 538. TELL
2183 2   ME WHEN YOU'RE THERE.
2183 3   A. I'VE GOT THAT.
2183 4   Q. DO YOU RECOGNIZE THAT DOCUMENT, DR. REICIN?
2183 5   A. YES. THIS WAS A COPY OF THE PROTOCOL THAT I SENT OUT.
2183 6   MR. GOLDMAN: WE OFFER P1.538.
2183 7   MR. BOUNDAS: NO OBJECTION.
2183 8   THE COURT: LET IT BE ADMITTED.
2183 9   BY MR. GOLDMAN:
2183 10   Q. OKAY. SO THIS IS THE FIRST PAGE. THERE IS A LITTLE GREEN
2183 11   MARK THERE. DO YOU KNOW HOW TO ERASE THAT ON THE SCREEN THERE?
2183 12   A. OH, DO I --
2183 13   Q. THERE'S A LITTLE, LIKE, JOHN MADDEN DEAL.
2183 14   A. DID I JUST MAKE THAT? NO. ALL I'M DOING IS MAKING MORE.
2183 15   Q. I THINK --
2183 16   A. NO, I'M MAKING THEM.
2183 17   MR. GOLDMAN: THANK YOU, GAYLYN.
2183 18   BY MR. GOLDMAN:
2183 19   Q. WHAT IS THIS DOCUMENT? IS THIS THE DRAFT THAT YOU WERE
2183 20   JUST REFERRING TO?
2183 21   A. YES, IT IS.
2183 22   Q. AND IF WE TURN TO PAGE 11, THERE IS A SECTION HERE CALLED
2183 23   "EXCLUSION CRITERIA." DO YOU SEE THAT ON THE SCREEN?
2183 24   A. I DO SEE IT ON THE SCREEN.
2183 25   Q. CAN YOU TELL US WHAT "EXCLUSION CRITERIA" MEANS,
2184 1   DR. REICIN?
2184 2   A. ALL STUDIES THAT ARE DESIGNED HAVE WHAT WE CALL "INCLUSION
2184 3   CRITERIA" AND "EXCLUSION CRITERIA," DEFINING THE PATIENT
2184 4   POPULATION THAT YOU'RE GOING TO STUDY.
2184 5   SO EXCLUSION CRITERIA MAY INCLUDE OTHER MEDICATIONS
2184 6   THAT A PATIENT IS ON THAT THEY COULDN'T TAKE WITH THE STUDY

| | Objections In | Responses In |
|---|---|---|

2184 7   DRUGS THAT YOU'RE PLANNING ON STUDYING OR OTHER CONDITIONS THAT
2184 8   PATIENTS MIGHT HAVE THAT MIGHT -- MIGHT NOT MAKE THEM ELIGIBLE
2184 9   FOR THE STUDY.
2184 10   Q.  I SHOULD HAVE SHOWN THIS EARLIER, DOCTOR, BUT DOWN AT THE
2184 11   BOTTOM RIGHT CORNER OF THIS PAGE, THERE IS A DATE.  WHAT IS
2184 12   THIS DATE THERE?
2184 13   A.  THE 25TH OF FEBRUARY, 1997.
2184 14   Q.  IS THIS WHEN YOU WERE WORKING ON THIS GI OUTCOMES STUDY?
2184 15   A.  IT WAS IN THAT TIME FRAME.  I BELIEVE THAT WHAT'S IN FRONT
2184 16   OF US IS I HAD SENT SOMETHING OUT TO MY COLLEAGUES.  AND THEN
2184 17   THIS ALSO INCLUDES SOME ANSWERS BACK FROM ONE OF MY COLLEAGUES.
2184 18   Q.  AND IF WE TURN TO THE NEXT PAGE, DR. REICIN, UNDER THE
2184 19   EXCLUSION CRITERIA, THERE IS A SUBPARAGRAPH F, AND THIS SAYS,
2184 20   "THE PATIENT HAS" -- IS IT ANGINA?  IS THAT HOW YOU PRONOUNCE
2184 21   IT?
2184 22   A.  ANGINA.
2184 23   Q.  OKAY.
2184 24   A.  IT MEANS CHEST PAIN THAT'S CAUSED BY ISCHEMIC HEART
2184 25   DISEASE.
2185 1   Q.  "OR CONGESTIVE HEART FAILURE WITH SYMPTOMS THAT OCCUR AT
2185 2   REST OR MINIMAL ACTIVITY."  SO WHAT IS THAT SAYING ABOUT --
2185 3   A.  WELL, THESE ARE.
2185 4   Q.  -- PATIENTS WHO INTO THAT CATEGORY?
2185 5   A.  RIGHT.  THESE ARE PATIENTS WHO ARE PRETTY UNSTABLE.  SO
2185 6   SOMEONE WHO HAS CONGESTIVE HEART FAILURE THAT IS SYMPTOMATIC AT
2185 7   REST REALLY MEANS THEY HAVE END-STAGE HEART FAILURE, WHICH IS A
2185 8   CONDITION WHERE YOUR HEART DOESN'T PUMP THE BLOOD OUT PROPERLY,
2185 9   AND WOULDN'T REALLY BE ELIGIBLE FOR A CLINICAL TRIAL.
2185 10   AND SIMILARLY, IF YOU ARE HAVING CHEST PAIN AT REST,
2185 11   IT MEANS THAT YOU HAVE VERY, VERY BAD ISCHEMIC HEART DISEASE.
2185 12   Q.  AND IN THIS PARAGRAPH, DOCTOR, ARE THESE NOTES IN BOLD
2185 13   YOURS?
2185 14   A.  YES, THEY ARE.
2185 15   Q.  AND CAN YOU READ FOR US THE PORTION THAT I HAVE
2185 16   HIGHLIGHTED, STARTING WITH "DO WE WANT..."
2185 17   A.  "DO WE WANT TO ALLOW HIGH-RISK PATIENTS IN THIS STUDY
2185 18   GIVEN THE RISKS WE HAVE DISCUSSED?  I THINK THIS WILL
2185 19   DEFINITELY MAKE ENROLLMENT MORE DIFFICULT, BUT I AM STILL
2185 20   CONCERNED THAT THE NSAID GROUP WILL BE GETTING CARDIOPROTECTION
2185 21   THAT THE 966 GROUP WILL NOT.  I SENT YOU AND ALAN AN ARTICLE ON
2185 22   FLURBIPROFEN GIVEN AFTER PTCA.  IT DECREASED THE REOCCLUSION
2185 23   RATE COMPARED TO PLACEBO - NO COMPARISON TO ASPIRIN."
2185 24   Q.  OKAY.  CAN YOU DESCRIBE FOR US WHAT YOU'RE TALKING ABOUT
2185 25   HERE?  I'M MOST INTERESTED IN THE SECOND SENTENCE, BUT IF YOU
2186 1   CAN JUST GIVE US THE GIST OF WHAT -- WHAT QUESTION YOU'RE
2186 2   RAISING AND WHY YOU'RE RAISING IT.
2186 3   A.  THERE WAS A WHOLE QUESTION THAT HAD ACTUALLY BEEN POSED
2186 4   FIRST BY DR. MUSLINER AS TO WHETHER PATIENTS WHO WERE ON
2186 5   LOW-DOSE ASPIRIN SHOULD BE ALLOWED IN THE STUDY.  DO YOU WANT
2186 6   ME TO GO THROUGH ALL OF THAT?
2186 7   Q.  YES.  WHY WAS THAT AN IMPORTANT ISSUE?
2186 8   A.  OKAY.  SO IT WAS IMPORTANT FOR TWO REASONS:  NUMBER ONE,
2186 9   REMEMBER THIS WAS A GI OUTCOMES STUDY, AND WE WERE TESTING A
2186 10   VERY SPECIFIC QUESTION; AND THAT QUESTION WAS:  IF YOU HAD A
2186 11   DRUG THAT ONLY INHIBITED CYCLOOXYGENASE-2 --
2186 12   Q.  COX-2?
2186 13   A.  COX-2.
2186 14   -- WOULD THAT WHICH -- LIKE VIOXX, WOULD THAT BE
2186 15   SAFER ON THE STOMACH COMPARED TO A DRUG THAT INHIBITED BOTH
2186 16   CYCLOOXYGENASE-1 AND CYCLOOXYGENASE-2, LIKE A STANDARD NSAID
2186 17   LIKE ADVIL.  OKAY?  BECAUSE WE THINK THE -- THE PAIN-REDUCING
2186 18   QUALITIES WE THOUGHT CAME FROM INHIBITING CYCLOOXYGENASE-2, BUT
2186 19   THE GI SIDE EFFECTS CAME FROM INHIBITING CYCLOOXYGENASE-1.

| | Objections In | Responses In |
|---|---|---|

2186 20   THAT WAS THE HYPOTHESIS.
2186 21   SO WE WERE, IN FACT, TRYING TO PROVE, IF YOU ONLY
2186 22   INHIBIT COX-2 – CAN I CALL IT COX-2?
2186 23   Q.   YES, YOU CAN.
2186 24   A.   -- IF WE ONLY INHIBIT COX-2, IT WILL BE SAFER FOR THE
2186 25   STOMACH THAN IF YOU INHIBIT BOTH COX-1 AND COX-2.
2187  1   ASPIRIN INHIBITS COX-1.  SO IF YOU ALLOWED PATIENTS
2187  2   INTO THE STUDY WHO WERE ON LOW-DOSE ASPIRIN, YOU REALLY
2187  3   WOULDN'T BE TESTING THE HYPOTHESIS THAT I JUST TOLD YOU ABOUT
2187  4   BECAUSE THOSE PATIENTS WHO WERE TAKING BOTH VIOXX AND ASPIRIN
2187  5   WOULD HAVE INHIBITION OF COX-2 FROM THE VIOXX BUT ALSO
2187  6   INHIBITION OF ASPIRIN FROM THE COX-1.
2187  7   SO THAT WOULD BE A REASON THAT YOU WOULDN'T WANT TO
2187  8   INCLUDE ASPIRIN, BECAUSE IT MIGHT CONFOUND THE WHOLE REASON
2187  9   YOU'RE DOING THE STUDY, WHICH IS THE GI SIDE EFFECTS.
2187 10   Q.   BECAUSE YOU WOULDN'T BE ABLE TO KNOW IF VIOXX OR THE COX-2
2187 11   INHIBITOR WAS ACTUALLY REDUCING THE AMOUNT OF STOMACH PROBLEMS?
2187 12   A.   WELL, YOU MIGHT NOT BE ABLE TO SEE THAT BECAUSE THE
2187 13   ASPIRIN WOULD BE INHIBITING THE COX-1.  IF YOU WOULD BE TESTING
2187 14   SOMEBODY, AND WOULD BE A DIFFERENT QUESTION BETWEEN.  IT WOULD
2187 15   BE AN IMPORTANT QUESTION, BUT A DIFFERENT QUESTION, THAT YOU'D
2187 16   PROBABLY WANT TO DESIGN THE STUDY DIFFERENTLY FOR.
2187 17   WHAT DR. MUSLINER BROUGHT OUT WAS, HE POINTED OUT
2187 18   THAT, BECAUSE NSAIDS INHIBIT COX-1, THEY ALSO CAN INHIBIT
2187 19   PLATELET AGGREGATION.  THAT'S ANOTHER THING.  SO, IN ADDITION
2187 20   TO COX-1 – IF YOU INHIBIT COX-1, NOT ONLY DO YOU POTENTIALLY
2187 21   CAUSE GI SIDE EFFECTS, BUT THE GOOD THING THAT YOU DO BY
2187 22   INHIBITING COX-1 IS YOU INHIBIT PLATELETS FROM CLUMPING.
2187 23   THAT'S ACTUALLY HOW ASPIRIN WORKS.  THE WAY THAT ASPIRIN WORKS
2187 24   TO PREVENT HEART ATTACKS IS BY INHIBITING COX-1 AND, THEREFORE,
2187 25   PLATELET CLUMPING.
2188  1   AND SO THERE WAS A THEORY IN THE LITERATURE THAT
2188  2   NSAIDS COULD ACTUALLY ACT LIKE ASPIRIN AND SERVE AS
2188  3   CARDIOPROTECTIVE AGENTS AND ACTUALLY PREVENT PATIENTS FROM
2188  4   HAVING HEART ATTACKS.  AND THERE WAS A STUDY THAT I REFER TO IN
2188  5   THIS E-MAIL.  I SAY, "I SENT YOU AND ALAN AN ARTICLE ON
2188  6   FLURBIPROFEN AFTER PTCA."  IT WAS A STUDY ON FLURBIPROFEN,
2188  7   WHICH IS AN NSAID LIKE ADVIL.  IT POTENTLY INHIBITS COX-1 AND
2188  8   ACTUALLY WAS SHOWN IN THAT STUDY TO BE A CARDIOPROTECTIVE
2188  9   AGENT.  SO THERE WAS AT LEAST ONE CLINICAL TRIAL THAT SUPPORTED
2188 10   THAT THEORY.
2188 11   SO THEN THERE WAS A CONCERN THAT IF WE DIDN'T ALLOW
2188 12   ASPIRIN IN THE STUDY, YOU WOULD HAVE PATIENTS WHO WERE GETTING
2188 13   THE NSAID WHO WOULD BE GETTING POTENTIALLY CARDIOPROTECTION,
2188 14   THEIR RATE OF HEART ATTACKS WOULD BE LOWER, AND VIOXX WOULD BE
2188 15   NEUTRAL.  IT WOULDN'T INCREASE THE RISK; IT WOULDN'T DECREASE
2188 16   THE RISK.  IT WOULD BE NEUTRAL.
2188 17   SO IF YOU DID SUCH A STUDY, YOU WOULD ACTUALLY HAVE A
2188 18   LOWER RATE OF HEART ATTACKS ON THE NSAID GROUP, THERE WOULD BE
2188 19   NO PLACEBO IN THE STUDY, AND THEREFORE, YOU WOULDN'T REALLY
2188 20   KNOW WHY YOU HAD A DIFFERENCE.  AND PEOPLE COULD ACTUALLY
2188 21   MISINTERPRET THAT STUDY TO SAY THAT VIOXX IS INCREASING THE
2188 22   RATE EVEN THOUGH WHAT WE REALLY THOUGHT WAS THAT THE NSAID
2188 23   WOULD BE DECREASING THE RATE.
2188 24   Q.   SO WHY –
2188 25   A.   THAT WAS A LONG ANSWER.  I DON'T KNOW IF I MADE THAT CLEAR
2189  1   ENOUGH.
2189  2   Q.   I HOPE SO.  WE'LL HAVE MORE OPPORTUNITIES TO EXPLAIN IT.
2189  3   LET ME ASK YOU THIS, DOCTOR:  IN THIS STATEMENT HERE,
2189  4   YOU SAY YOU WERE CONCERNED:  "I AM CONCERNED THAT THE NSAID
2189  5   GROUP WILL BE GETTING CARDIOPROTECTION THAT THE 966 GROUP WILL
2189  6   NOT."  AND 966, WE KNOW BY NOW, IS VIOXX; RIGHT?
2189  7   A.   THAT'S CORRECT.

| | Objections In | Responses In |
|---|---|---|

2189  8     Q.  SO WHY ARE YOU SAYING YOU ARE STILL CONCERNED THAT THE

2189  9     NSAID GROUP IN THIS THE GI OUTCOMES STUDY WILL BE GETTING

2189 10     CARDIOPROTECTION, SO FEWER HEART ATTACKS THAN THE -- THAN THE

2189 11     VIOXX GROUP?

2189 12     A.  SO, AGAIN, PATIENTS ON THE NSAID WOULD HAVE INHIBITION OF

2189 13     COX-1; THEY WOULD HAVE INHIBITION OF PLATELET CLUMPING; THAT

2189 14     WOULD ACT AS CARDIOPROTECTIVE AGENT; THEIR HEART ATTACK RATE

2189 15     WOULD BE LOWER.

2189 16     966 GROUP, ONLY INHIBITION OF COX-2; NO INHIBITION OF

2189 17     COX-1; NEUTRAL EFFECT ON PLATELETS; NO EFFECT ONE WAY OR THE

2189 18     OTHER ON HEART ATTACKS; AND YOU GET A HIGHER RATE OF HEART

2189 19     ATTACK ON THE VIOXX GROUP.  NOT BECAUSE VIOXX WAS INCREASING

2189 20     THE HEART ATTACK RATE BUT BECAUSE THE NSAID GROUP WAS ACTUALLY

2189 21     DECREASING THE HEART ATTACK RATE.

2189 22     Q.  AND WAS THAT YOUR UNDERSTANDING OF THE STATE OF THE

2189 23     SCIENCE BACK HERE IN FEBRUARY OF 1997?

2189 24     A.  THAT IS CORRECT.  THERE WAS ABSOLUTELY NOTHING IN EITHER

2189 25     THE LITERATURE OR OTHER STUDIES THAT WE HAD DONE THAT SUGGESTED

2190  1     THAT VIOXX INCREASED THE RATE OF THESE EVENTS.

2190  2     Q.  NOW LET'S TURN TO WHAT'S ALREADY ADMITTED AS P1.0004.

2190  3     THIS IS AN E-MAIL EXCHANGE BETWEEN YOU AND -- WELL, IT'S

2190  4     ACTUALLY WRITTEN BY DR. MORRISON.  YOU SEE THAT UP HERE?  FROM

2190  5     DR. MORRISON.  AND YOU'RE ONE OF THE RECIPIENTS OF THE E-MAIL.

2190  6     AND THE SUBJECT LINE IS "GI OUTCOMES TRIAL PROTOCOL."  IT'S

2190  7     FEBRUARY 25, 1997.

2190  8     IS THE GI OUTCOMES TRIAL PROTOCOL THAT'S BEING

2190  9     REFERRED TO IN THIS E-MAIL WHAT WE JUST LOOKED AT?

2190 10     A.  THAT IS CORRECT.

2190 11     Q.  AND THEN DOWN HERE IN NUMBER 5, DR. MORRISON WRITES:

2190 12     "WOULD ALLOW LOW-DOSE ASPIRIN.  I KNOW THIS HAS BEEN DISCUSSED

2190 13     TO DEATH, BUT REAL WORLD IS EVERYONE IS ON IT, SO WHY EXCLUDE.

2190 14     AND WITHOUT COX-1 INHIBITION, YOU WILL GET MORE THROMBOTIC

2190 15     EVENTS AND KILL DRUG."  DO YOU SEE THAT, DR. REICIN?

2190 16     A.  I DO.

2190 17     Q.  CAN YOU EXPLAIN WHAT YOUR UNDERSTANDING WAS BACK THEN, IN

2190 18     FEBRUARY OF 1997, ABOUT WHAT DR. MORRISON IS TALKING ABOUT AND

2190 19     WHAT HE IS SAYING?

2190 20     A.  WELL, FIRST OF ALL, I THINK HE'S EXAGGERATING A LITTLE

2190 21     BIT.

2190 22     Q.  WHERE?

2190 23     A.  WELL, FOR INSTANCE, HE'S SAYING, "REAL WORLD, EVERYONE IS

2190 24     ON IT."  WELL, NOT EVERYONE IN THE WORLD TAKES LOW-DOSE

2190 25     ASPIRIN.  I DON'T TAKE LOW-DOSE ASPIRIN, BUT -- SO HE WAS

2191  1     EXAGGERATING A LITTLE BIT.  WHAT HE WAS SAYING IS THERE ARE

2191  2     PEOPLE OUT THERE IN THE REAL WORLD WHO TAKE LOW-DOSE ASPIRIN,

2191  3     SO YOU MIGHT AS WELL ALLOW PEOPLE TO TAKE IT IN THE STUDY.

2191  4     AND IN ADDITION, HE SAID, IF YOU DON'T, HEART ATTACK

2191  5     RATE WILL BE LOWER ON THE NSAID GROUP; YOU'RE NOT GOING TO HAVE

2191  6     A PLACEBO IN THE STUDY BECAUSE YOU'RE GIVING THIS TO PATIENTS

2191  7     WHO NEED TO TAKE THESE DRUGS CHRONICALLY; AND PEOPLE ARE JUST

2191  8     GOING TO ASSUME THAT YOUR NEW DRUG IS INCREASING THE HEART

2191  9     ATTACK RATE.  AND, OBVIOUSLY, THAT WOULD HAVE A NEGATIVE EFFECT

2191 10     ON THE DRUG.

2191 11     Q.  SO WHEN HE SAID, "WITHOUT COX-1 INHIBITION, YOU WILL GET

2191 12     MORE THROMBOTIC EVENTS," IS YOUR UNDERSTANDING OF WHAT THAT

2191 13     MEANT WAS THAT VIOXX WOULD CAUSE MORE THROMBOTIC EVENTS OR

2191 14     CLOTTING EVENTS?

2191 15     A.  NO.  THAT THE LACK OF COX-1 INHIBITION WOULD MAKE VIOXX

2191 16     NEUTRAL, VERSUS THE NSAID WHICH INHIBITED COX-1 AND WOULD

2191 17     DECREASE THE EVENT RATE.

2191 18     Q.  DID YOU THEN SEND AN E-MAIL FOLLOWING UP ON DR. MORRISON'S

2191 19     E-MAIL HERE?

2191 20     A.  YES, I DID.

04/18/10 17:56

| | Objections In | Responses In |
|---|---|---|

2191 21  Q.  SO IF WE GO TO THE FIRST PAGE, AND AT THE BOTTOM, THIS IS

2191 22  AN E-MAIL FROM YOU TO THE SAME GROUP THAT WAS ON THE OTHER

2191 23  E-MAIL, FEBRUARY 25:  "BRIGGS, THANKS FOR YOUR INPUT.  HERE ARE

2191 24  SOME ANSWERS."  AND HERE IS YOUR STATEMENT.  AND IF YOU COULD,

2191 25  READ IT, DR. REICIN, PLEASE, AND THEN TELL US WHAT IT MEANS.

2192 1   A.  "LOW-DOSE ASPIRIN, I HEAR YOU.  THIS IS A NO-WIN

2192 2   SITUATION.  THE RELATIVE RISK OF EVEN LOW-DOSE ASPIRIN MAY BE

2192 3   AS HIGH AS 2-4 FOLD.  YET THE POSSIBILITY OF INCREASED CV

2192 4   EVENTS IS OF GREAT CONCERN."

2192 5   Q.  LET'S STOP THERE.  CAN YOU EXPLAIN WHAT YOU MEANT UP UNTIL

2192 6   THAT POINT?

2192 7   A.  OKAY.  "THE RELATIVE RISK OF EVEN LOW-DOSE ASPIRIN MAY BE

2192 8   AS HIGH AS 2-4 FOLD," I'M TALKING ABOUT GI BLEEDING BECAUSE

2192 9   LOW-DOSE ASPIRIN CAN ALSO INCREASE YOUR RISK OF GI BLEEDING.

2192 10  SO I'M SAYING IT'S A NO-WIN SITUATION BECAUSE, IF WE ALLOW

2192 11  LOW-DOSE ASPIRIN, THEN WE'RE NOT TESTING THE COX-2 HYPOTHESIS

2192 12  AND ASPIRIN IS GOING TO INCREASE THE BLEEDING AND WE MAY NOT BE

2192 13  ABLE TO SEE A DIFFERENCE BETWEEN THE TWO GROUPS.  OR YOU MAY

2192 14  NEED MORE PATIENTS TO DO IT.  WE DON'T EVEN KNOW HOW TO POWER

2192 15  THE STUDY.  SO YOU WOULDN'T WANT TO ALLOW LOW-DOSE ASPIRIN.

2192 16  ON THE OTHER HAND, IF YOU DON'T ALLOW LOW-DOSE

2192 17  ASPIRIN, THEN YOU MAY GET A HIGHER EVENT RATE ON VIOXX BECAUSE

2192 18  IT'S NOT GOING TO BE CARDIOPROTECTIVE.

2192 19  AND THEN I SAID, "I JUST CAN'T WAIT TO BE THE ONE TO

2192 20  PRESENT THOSE RESULTS TO SENIOR MANAGEMENT" BECAUSE I SAID,

2192 21  HERE WE WOULD HAVE DONE THIS LARGE GI OUTCOMES STUDY, HOPEFULLY

2192 22  SHOWING A GI BENEFIT, AND THEN YOU GET A DISCREPANCY IN

2192 23  CARDIOVASCULAR EVENTS WITH NO PLACEBO, AND NO ONE WOULD KNOW

2192 24  HOW TO INTERPRET THE DATA.

2192 25  Q.  WELL, LET'S BACK UP A MINUTE ABOUT THE PLACEBO PART.

2193 1   PLACEBO, WE ALL KNOW, IS LIKE AN INACTIVE DRUG OR A SUGAR PILL;

2193 2   RIGHT?

2193 3   A.  THAT IS CORRECT.

2193 4   Q.  WHY COULDN'T YOU USE A PLACEBO IN THIS KIND OF AN OUTCOMES

2193 5   STUDY?

2193 6   A.  THESE WERE PATIENTS WITH ARTHRITIS WHO NEEDED CHRONIC

2193 7   NSAIDS OR CHRONIC -- YOU KNOW, CHRONIC PAIN RELIEVERS SUCH AS

2193 8   NSAIDS.  YOU WOULDN'T WANT TO TAKE SOMEONE WHO DIDN'T NEED TO

2193 9   TAKE THESE DRUGS EVERY DAY AND PUT THEM IN A SITUATION WHERE

2193 10  YOU MADE THEM TAKE THESE DRUGS.  SO THAT'S PART OF THE

2193 11  INCLUSION CRITERIA IN THAT THESE ARE PATIENTS THAT ACTUALLY

2193 12  NEED TO TAKE THESE DRUGS EVERY DAY.

2193 13  YOU CAN'T THEN PUT THOSE PATIENTS AND SAY, OKAY.  NOW

2193 14  WE'RE GOING TO PUT YOU IN A STUDY FOR A YEAR, AND FOR ONE YEAR

2193 15  YOU CAN'T TAKE THE DRUGS THAT YOU NEED FOR YOUR PAIN.  YOU'LL

2193 16  HAVE PATIENTS WHO WILL NOT REMAIN IN THE STUDY FOR THAT --

2193 17  THEY'LL ALL DROP OUT OF THE STUDY, WHICH MEANS YOU WOULDN'T GET

2193 18  THE ANSWER YOU WANTED, AND IT'S NOT -- IRB'S, WHICH ARE ETHICAL

2193 19  REVIEW BOARDS, WOULD NOT APPROVE A PROTOCOL LIKE THAT.

2193 20  Q.  IRB'S, ARE THOSE PEOPLE WITHIN HOSPITALS THAT DO THE

2193 21  CLINICAL TRIALS, THAT THEN DECIDE WHETHER OR NOT THEY ARE GOING

2193 22  TO DO IT?

2193 23  A.  THAT'S CORRECT.  OR IN CLINICAL CENTERS.

2193 24  Q.  NOW, LET ME BACK UP HERE ON THIS.  "I JUST CAN'T WAIT TO

2193 25  BE THE ONE TO PRESENT THOSE RESULTS TO SENIOR MANAGEMENT."  ARE

2194 1   YOU SAYING THERE THAT YOU ARE WORRIED ABOUT PRESENTING RESULTS

2194 2   TO YOUR BOSS, BOSSES, WHERE THE GI OUTCOMES STUDY MIGHT SHOW

2194 3   THAT THERE ARE MORE HEART ATTACKS IN THE VIOXX GROUP?

2194 4   A.  WELL, I WAS SAYING IT WOULD BE A -- CERTAINLY WOULDN'T

2194 5   HAVE BEEN AN OPTIMAL WAY TO DESIGN YOUR STUDY.  IF THOSE WERE

2194 6   THE RESULTS YOU CAME UP WITH AND YOU COULDN'T EVEN ADEQUATELY

2194 7   EXPLAIN, NO ONE WOULD KNOW WHETHER IT'S VIOXX INCREASING THE

2194 8   RATE, THE NSAID DECREASING THE RATE.  THAT CERTAINLY WOULDN'T

| | Objections In | Responses In |
|---|---|---|

2194  9    BE IDEAL.
2194  10   Q.  AND THEN YOU CONTINUE, DR. REICIN.  YOU SAY "WHAT ABOUT
2194  11   THE IDEA OF EXCLUDING HIGH-RISK CV PATIENTS; IN OTHER WORDS,
2194  12   THOSE THAT HAVE ALREADY HAD A HEART ATTACK, CABG" -- IS THAT
2194  13   LIKE A BYPASS SURGERY?
2194  14   A.  THAT'S CORRECT.
2194  15   Q.  "OR PTCA."  WHAT IS THAT?
2194  16   A.  ANGIOPLASTY.
2194  17   Q.  LIKE A STENT?
2194  18   A.  YES, THAT'S LIKE PUTTING A STENT IN.
2194  19   Q.  "THIS MAY DECREASE THE CV EVENT RATE SO THAT A DIFFERENCE
2194  20   BETWEEN THE TWO GROUPS WOULD NOT BE EVIDENT."  LET'S STOP
2194  21   THERE.  CAN YOU EXPLAIN FOR THE JURY WHAT YOU'RE SAYING THERE?
2194  22   A.  WELL, REALLY WHAT I'M SAYING IS WHY DON'T WE CONSIDER NOT
2194  23   INCLUDING PATIENTS WHO TAKE ASPIRIN, BECAUSE PATIENTS WHO HAVE
2194  24   HAD AN MI OR CABG OR ANGIOPLASTY ARE ALMOST ALWAYS ON ASPIRIN.
2194  25   I THEN GO ON TO SAY, IF WE EXCLUDE ALL OF THOSE
2195  1    PATIENTS, IN FACT, THE EVENT RATES MAY BE LOWER AND YOU MIGHT
2195  2    NOT SEE A DIFFERENCE BETWEEN THE TWO GROUPS.
2195  3    Q.  SO WERE YOU IN THE CAMP OF PEOPLE THAT THOUGHT THAT IT
2195  4    WOULD BE A BAD IDEA TO HAVE ASPIRIN IN THE STUDY?
2195  5    A.  I CAN'T YOU WHERE I WAS AT EXACTLY THAT POINT IN TIME.  I
2195  6    THINK I WAS STRUGGLING WITH WHAT THE RIGHT ANSWER, IN FACT,
2195  7    WOULD BE.
2195  8    Q.  BUT IF YOU DECIDED NOT TO INCLUDE ASPIRIN, WERE YOU THEN
2195  9    SAYING THAT YOU WOULD WANT TO NOT INCLUDE HIGH-RISK PATIENTS?
2195  10   A.  WELL, YOU COULDN'T BRING THEM IN, TAKE A HIGH-RISK
2195  11   PATIENT, AND THEN SAY, "YOU CAN'T TAKE YOUR ASPIRIN."  THAT
2195  12   WOULD NOT BE APPROPRIATE EITHER.
2195  13   Q.  AND THEN YOU SAY AT THE END, "THE ONLY PROBLEM WOULD BE
2195  14   WOULD WE ABLE TO RECRUIT ANY PATIENTS."
2195  15   A.  YOU KNOW --
2195  16   Q.  THAT'S SORT OF SELF-EXPLANATORY, BUT GO AHEAD.
2195  17   A.  -- FOR ALL STUDIES, THE MORE EXCLUSION CRITERIA YOU HAVE,
2195  18   THE FEWER PATIENTS WHO ARE ELIGIBLE TO COME INTO YOUR STUDY.
2195  19   Q.  DID YOU AND MERCK END UP DOING THAT GI OUTCOME TRIAL THAT
2195  20   YOU WERE TALKING ABOUT HERE IN 1997?
2195  21   A.  WE DID NOT DO THAT PARTICULAR STUDY.  BUT IN 1999, WE DID
2195  22   DO A GI OUTCOMES STUDY.
2195  23   Q.  WHAT WAS THAT CALLED?
2195  24   A.  THAT'S THE VIGOR STUDY.
2195  25   ·  Q.  THE JURY HAS HEARD A LOT ABOUT THE VIGOR STUDY, AND I
2196  1    DON'T WANT TO GO INTO ALL THE DETAILS ABOUT WHAT THAT INVOLVED,
2196  2    BUT JUST CAN YOU BRIEFLY DESCRIBE THE PATIENT POPULATION, THE
2196  3    DOSES THAT WERE USED, THE AVERAGE DURATION OF USE.  START
2196  4    THERE.
2196  5    A.  IT WAS A GI OUTCOMES STUDY IN 8,000 PATIENTS WITH
2196  6    RHEUMATOID ARTHRITIS.  RHEUMATOID ARTHRITIS IS DIFFERENT THAN
2196  7    OSTEOARTHRITIS.  OSTEOARTHRITIS IS THE COMMON ARTHRITIS THAT I
2196  8    THINK ALL OF US HEAR ABOUT WHEN AN ELDERLY PATIENT, OR
2196  9    SOMETIMES NOT SO ELDERLY, SAYS THEY HAVE ARTHRITIS.  IT'S
2196  10   DEGENERATIVE JOINT DISEASE.
2196  11   RHEUMATOID ARTHRITIS IS ACTUALLY AN AUTOIMMUNE
2196  12   DISEASE WHERE YOUR BODY ACTUALLY ATTACKS THE JOINTS, OFTEN
2196  13   FOUND IN WOMEN:  MIDDLE-AGED WOMEN, YOUNG WOMEN.
2196  14   AND SO -- THAT WAS THE PATIENT POPULATION.  AND WE
2196  15   WERE STUDYING VIOXX AT 50 MILLIGRAMS, WHICH IS TWO TIMES THE
2196  16   DOSE THAT'S RECOMMENDED FOR CHRONIC USE.  SO A SUPER, QUOTE,
2196  17   UNQUOTE, THERAPEUTIC DOSE OF VIOXX, THE 50 MILLIGRAMS, COMPARED
2196  18   WITH NAPROXEN, WHICH IS AN NSAID, AT A DOSE OF 500 MILLIGRAMS
2196  19   TWICE A DAY.
2196  20   Q.  WHY DID YOU DECIDE AND MERCK DECIDE TO USE THE
2196  21   50-MILLIGRAM DOSE, THE DOSE THAT WAS TWICE WHAT MR. SMITH USED?

04/18/10 17:56

|  | Objections In | Responses In |
|--|--|--|

2196 22   A.  THAT WAS A REQUEST OF THE FOOD & DRUG ADMINISTRATION, THE
2196 23   FDA. THEY SAID, OKAY, IF YOU'RE GOING TO TRY AND PROVE THAT
2196 24   VIOXX IS REALLY SAFE FROM A GI POINT OF VIEW, WE WANT YOU TO
2196 25   PUSH THE DOSE, SO THAT EVEN IF YOU HAVE PATIENTS WHO DOUBLE
2197  1   THEIR DOSE, YOU'LL PROVE THAT IT STILL REMAINS SAFER THAN
2197  2   NAPROXEN, WHICH WAS AT ITS MAXIMUM DOSE.
2197  3   Q.  AND WHY NAPROXEN? WHY WAS THAT CHOSEN AS THE COMPARATOR
2197  4   IN THE VIGOR TRIAL?
2197  5   A.  THERE WERE SEVERAL REASONS WHY WE CHOSE NAPROXEN.  THE
2197  6   FIRST THING IS THAT THESE WERE RHEUMATOID ARTHRITIS PATIENTS,
2197  7   THERE WERE OFTEN NOT A LOT OF OTHER MEDICATIONS, AND THE
2197  8   RHEUMATOLOGISTS WHO WE SPOKE TO SAID WE COULD ONLY GIVE THEM A
2197  9   DRUG THAT WAS TAKEN A MAXIMUM OF TWICE A DAY OR --
2197 10   Q.  WHAT ARE A RHEUMATOLOGISTS? I'M SORRY.
2197 11   A.  THEY ARE PHYSICIANS THAT TAKE CARE OF PATIENTS WITH
2197 12   RHEUMATOLOGIC DISEASES SUCH AS ARTHRITIS, RHEUMATOID ARTHRITIS.
2197 13   SO SPECIALISTS.
2197 14   AND THEY -- SO NAPROXEN IS ONLY GIVEN TWICE A DAY.
2197 15   ADVIL, YOU HAVE TO TAKE THREE TIMES A DAY.  DICLOFENAC, YOU
2197 16   ALSO HAVE TAKE THREE TIMES A DAY.  IN ADDITION, IT'S THE MOST
2197 17   WIDELY USED NSAID FOR THE TREATMENT OF RHEUMATOID ARTHRITIS;
2197 18   VERY EFFICACIOUS, VERY STRONG AND POTENT.
2197 19   AND THIRDLY, OUR PHASE III STUDIES, WE HAD TESTED
2197 20   VIOXX VERSUS IBUPROFEN, ADVIL, AND DICLOFENAC, AND SO THIS GAVE
2197 21   US AN OPPORTUNITY TO GET DATA FOR YET ANOTHER NONSTEROIDAL.
2197 22   Q.  WAS THERE A PLACEBO ARM IN THE VIGOR STUDY?
2197 23   A.  THERE AGAIN, WITH OSTEOARTHRITIS PATIENTS, THEY OFTEN NEED
2197 24   TO TAKE HIGH DOSES OF NSAIDS FOR PROLONGED LONG PERIODS OF
2197 25   TIME, BUT RHEUMATOID ARTHRITIS PATIENTS USUALLY REALLY TAKE
2198  1   HIGHER DOSES AND TAKE THEM EVERY DAY.  IT IS A DISEASE WITH A
2198  2   LOT OF PAIN AND A LOT OF INFLAMMATION.
2198  3   Q.  ABOUT HOW LONG, DOCTOR, DID THE PATIENTS IN THE VIGOR
2198  4   STUDY USE VIOXX AND NAPROXEN?
2198  5   A.  ABOUT -- IT WAS ABOUT NINE MONTHS, WAS, I THINK, THE MEAN
2198  6   OR MEDIAN, AND UP TO 13 MONTHS.  THE LONGEST PATIENT WAS IN THE
2198  7   STUDY WAS 13 MONTHS.
2198  8   Q.  YOU REFERRED BEFORE TO THE FOOD & DRUG ADMINISTRATION.
2198  9   DID THEY -- DID THE FDA HAVE ANY ROLE AT ALL IN THE DESIGN OF
2198 10   THE VIGOR STUDY?
2198 11   A.  WE SENT ALL OF OUR PROTOCOLS TO THE FDA PRIOR TO STARTING
2198 12   THE STUDY AND OFTEN WILL NEED TO THE DISCUSS THEM.  IN FACT, IN
2198 13   THIS CASE, WE WENT DOWN AND MET WITH THEM FACE-TO-FACE TO
2198 14   DISCUSS THE STUDY DESIGN, AND WE HAD TWO EXTERNAL CONSULTANTS
2198 15   WHO WERE HEADING A STEERING COMMITTEE TO OVERSEE THE STUDY ALSO
2198 16   COME DOWN AND MEET WITH THE FDA.
2198 17   Q.  AND DID THE FDA APPROVE OR WERE THEY AT LEAST IN FAVOR OF
2198 18   NAPROXEN BEING USED AS THE COMPARATOR DRUG AND, OBVIOUSLY, THE
2198 19   50-MILLIGRAM DOSE OF VIOXX BEING USED?
2198 20   A.  YES.
2198 21   Q.  DID THE FDA KNOW THAT YOU WERE EXCLUDING THE HIGHEST-RISK
2198 22   PATIENTS FROM THE VIGOR STUDY?
2198 23   A.  THEY KNEW THAT WE WERE EXCLUDING PATIENTS WHO HAD -- WHO
2198 24   WERE ON ASPIRIN.  AND, IN FACT, WE DISCUSSED THAT WITH THEM.
2198 25   BECAUSE THEY SAID, "WELL, WE'RE ALSO INTERESTED IN KNOWING
2199  1   ABOUT THE GI SAFETY IF YOU TAKE IT WITH ASPIRIN."
2199  2   WE AGREED WITH THEM, BUT WE DISCUSSED THE FACT THAT
2199  3   IF YOU WANTED TO LOOK SPECIFICALLY AT THE GROUP THAT JUST WAS
2199  4   ON ASPIRIN, YOU PROBABLY NEED TO DESIGN ANOTHER STUDY JUST TO
2199  5   LOOK AT ASPIRIN USERS; THAT IF ONLY 30 PERCENT OF YOUR PATIENTS
2199  6   WERE ON ASPIRIN, WHICH IS ABOUT, YOU KNOW, WHAT WE ANTICIPATED
2199  7   WE'D GET, YOU WOULDN'T REALLY BE ABLE TO ANSWER THAT QUESTION.
2199  8   Q.  CAN YOU TELL US, DOCTOR, WHAT THE RESULTS WERE?  LET'S
2199  9   START WITH THE GI RESULTS, THE GASTROINTESTINAL RESULTS, OF THE

| | Objections In | Responses In |
|---|---|---|

2199 10   VIGOR STUDY. WHAT WERE THEY?
2199 11   A.   THEY WERE EVERYTHING WE THOUGHT THEY WOULD BE.  REALLY
2199 12   WHAT WE SAID IS THEY CONFIRMED THE COX-2 HYPOTHESIS.  THERE WAS
2199 13   A. SIGNIFICANT REDUCTION IN THE PRIMARY ENDPOINT, WHICH WAS
2199 14   PERFORATIONS, HOLES IN THE STOMACH, ULCERS, AND GI BLEEDING, AS
2199 15   WELL AS WE HAD PRESPECIFIED A SUBGROUP OF THOSE IN MORE
2199 16   SERIOUS, ALMOST LIFE-THREATENING, BLEEDS AND -- AND HOLES IN
2199 17   THE STOMACH, AND THERE WAS ALSO A SIGNIFICANT REDUCTION IN
2199 18   THAT.
2199 19   Q.   HOW ABOUT THE CARDIOVASCULAR RESULTS?  DID YOU LEARN AT
2199 20   THE SAME TIME YOU LEARNED ABOUT THE STOMACH RESULTS, DID YOU
2199 21   LEARN ABOUT THE HEART ATTACK RESULTS?
2199 22   A.   YES.  AND THE RATE OF HEART ATTACKS -- WELL, THE RATE OF
2199 23   WHAT WE CALLED SERIOUS THROMBOTIC EVENTS, THE SERIOUS CLOTTING
2199 24   EVENTS, WAS HIGHER ON VIOXX THAN IT WAS ON NAPROXEN.  AND THAT
2199 25   WAS PRETTY MUCH DRIVEN BY AN INCREASE IN HEART ATTACKS.
2200  1   Q.   AND HOW MANY -- IN TERMS OF THE ABSOLUTE NUMBERS, HOW MANY
2200  2   HEART ATTACKS OCCURRED IN THE VIOXX GROUP AND HOW MANY OCCURRED
2200  3   IN THE NAPROXEN GROUP?
2200  4   A.   THERE WERE 20 HEART ATTACKS ON VIOXX AND 4 HEART ATTACKS
2200  5   ON NAPROXEN.
2200  6   Q.   YOU REFERRED EARLIER, DOCTOR, TO THE FACT THAT THERE WERE
2200  7   ABOUT 8,000-PLUS PATIENTS IN THE STUDY.  WHAT PERCENTAGE OF THE
2200  8   PATIENTS IN THE NAPROXEN GROUP AND WHAT PERCENTAGE OF THE
2200  9   PATIENTS IN THE VIOXX GROUP HAD HEART ATTACKS DURING THE VIGOR
2200 10   STUDY?
2200 11   A.   SO -- VERY LOW.  SO HIGHER ON VIOXX, BUT THE PERCENTAGES
2200 12   WERE VERY LOW.  SO IT WAS .5 PERCENT OF PATIENTS ON VIOXX
2200 13   VERSUS .1 PERCENT OF PATIENTS ON NAPROXEN.  THAT WOULD BE LIKE
2200 14   5 IN A 1,000 PATIENTS ON VIOXX VERSUS 1 IN 1,000 PATIENTS ON
2200 15   NAPROXEN.
2200 16   Q.   EVEN THOUGH THE PERCENTAGES WERE LOW, DOCTOR, WAS THE
2200 17   DIFFERENCE IN HEART ATTACKS SEEN IN THE VIGOR STUDY BETWEEN THE
2200 18   NAPROXEN GROUP AND THE VIOXX GROUP, WAS THAT DIFFERENT
2200 19   STATISTICALLY SIGNIFICANT?
2200 20   A.   YES, IT WAS.
2200 21   Q.   WHEN DID YOU LEARN OF THOSE RESULTS, DOCTOR?
2200 22   A.   WELL, I GOT THE -- I GOT SOME PRELIMINARY RESULTS, WHICH
2200 23   WEREN'T THE RESULTS THAT I ACTUALLY TOLD YOU, BUT PRELIMINARY
2200 24   RESULTS ON MARCH 9 OF 2000.
2200 25   Q.   WHAT WAS YOUR REACTION?
2201  1   A.   MY FIRST REACTION WAS ONE OF CONCERN.
2201  2   Q.   WHY?
2201  3   A.   MY FIRST REACTION TO IT WAS VIOXX INCREASED THE HEART
2201  4   ATTACK RATE, AND I WAS, OH, MY GOD, DID WE INADVERTENTLY CAUSE
2201  5   HARM?
2201  6   Q.   COULD YOU TELL, DOCTOR, AT THAT MOMENT FROM THE VIGOR
2201  7   STUDY ALONE WHETHER OR NOT VIOXX WAS CAUSING HEART ATTACKS IN
2201  8   THE VIGOR STUDY OR WHETHER NAPROXEN WAS PREVENTING THEM?
2201  9   A.   NO, YOU COULD NOT.  BECAUSE THERE WAS NO PLACEBO, YOU
2201 10   COULD NOT TELL.  I'M TELLING YOU WHAT MY FIRST REACTION TO THE
2201 11   DATA WAS.
2201 12   Q.   YES.  AND THEN WHAT YOU DO WHEN YOU HAD THIS INITIAL
2201 13   REACTION -- AND WE'RE GOING TO TALK ABOUT DR. SCOLNICK LATER.
2201 14   HE HAD THE SAME REACTION.  WHAT DID YOU DO WHEN YOU HAD THOSE
2201 15   THOUGHTS AND YOU FIRST INTERPRETED THE STUDY?
2201 16   A.   FIRST WE WENT BACK TO LOOK AT THE DATA ITSELF, YOU KNOW,
2201 17   LOOKED AT SUBGROUPS -- WAS THERE SOMETHING UNUSUAL ABOUT THE
2201 18   PATIENTS?  WAS THERE SOMETHING -- YOU KNOW, WERE BASELINE
2201 19   CHARACTERISTICS NOT THE SAME?  I MEAN, SOMEHOW WERE THE
2201 20   PATIENTS WHO WERE AT RISK WHO WERE PUT ON VIOXX?  THINGS LIKE
2201 21   THAT -- TO TRY AND SEE IF THERE WAS A REASON FOR IT.  BECAUSE,
2201 22   CERTAINLY, WE HADN'T SEEN THIS TYPE OF RESULT IN OUR PHASE

110

| | Objections In | Responses In |
|---|---|---|

2201 23  IIB/III, STUDIES.

2201 24  AND THAT WAS THE NEXT THING WE DID.  WE SAID, WE

2201 25  STUDIED THOUSANDS OF PATIENTS IN OUR PHASE IIB/III, STUDIES AND

2202  1  WE ACTUALLY HAD LOOKED AT THE RISK OF THROMBOTIC EVENTS AND HAD

2202  2  SEEN NO DIFFERENCE.  LET'S GO BACK TO THAT DATA AND REANALYZE

2202  3  IT.  LET'S MAKE SURE WE JUST -- WE DIDN'T MISS TOGETHER

2202  4  SOMETHING SOMEHOW.

2202  5  AND WE WENT BACK TO THAT AND IN FACT CONFIRMED THAT

2202  6  THE RATE OF SERIOUS THROMBOTIC EVENTS, INCLUDING HEART ATTACK,

2202  7  WAS SIMILAR ON VIOXX AND THE NSAID COMPARATORS, WHICH WERE

2202  8  IBUPROFEN AND DICLOFENAC; AS WELL AS VIOXX AND PLACEBO,

2202  9  ALTHOUGH, THERE WASN'T A LOT OF PLACEBO DATA FROM THE PHASE

2202 10  IIB/III STUDIES BECAUSE THEY WERE DONE IN PATIENTS WITH

2202 11  ARTHRITIS.

2202 12  Q.   AND AFTER LUNCH, DOCTOR, WE'RE GOING TO TALK ABOUT THE

2202 13  SPECIFIC THINGS YOU DID AFTER THE VIGOR STUDY TO INVESTIGATE

2202 14  THE VIGOR RESULTS.  BUT, SORT OF FAST-FORWARDING, DID YOU

2202 15  CONTINUE TO HOLD THE VIEW, AS YOU INITIALLY THOUGHT, THAT VIOXX

2202 16  WAS RESPONSIBLE FOR THE ADDITIONAL HEART ATTACKS IN THE VIGOR

2202 17  STUDY?

2202 18  A.   WELL, AFTER DOING MULTIPLE OTHER STEPS AND LOOKING AT THE

2202 19  TOTALITY OF THE DATA THAT WAS AVAILABLE TO US AT THAT POINT IN

2202 20  TIME, NO.  I THOUGHT THAT ACTUALLY WHAT WE HAD SEEN IN VIGOR

2202 21  WAS WHAT WE HAD PREDICTED SEVERAL YEARS BEFORE, WHICH WAS THAT

2202 22  NAPROXEN WAS ACTING AS A CARDIOPROTECTIVE AGENT AND THAT VIOXX

2202 23  WAS NEUTRAL.  BUT THAT WAS AFTER WE LOOKED AT OTHER DATABASES

2202 24  AND OTHER DATA AS WELL.

2202 25  MR. GOLDMAN:  YOUR HONOR, IF NOW IS A GOOD BREAKING

2203  1  TIME?

2203  2  THE COURT:  YES.  WE'LL COME BACK AT 2:30.  COURT

2203  3  WILL STAND IN RECESS UNTIL 2:30.

2203  4  (LUNCHEON RECESS)

2203  5  * * * * *

2203  6

2203  7

2203  8

2203  9

2203 10

2203 11

2203 12

2203 13

2203 14

2203 15

2203 16

2203 17

2203 18

2203 19

2203 20

2203 21

2203 22

2203 23

2203 24

2203 25

2204  1  AFTERNOON SESSION

2204  2  (SEPTEMBER 20, 2006)

2204  3  (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE

2204  4  TRANSCRIBED BY TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT

2204  5  REPORTER.)

2204  6  THE DEPUTY CLERK:  EVERYONE RISE.

2204  7  THE COURT:  BE SEATED, PLEASE.  YOU'RE STILL UNDER

2204  8  OATH, MA'AM.

2204  9  (WHEREUPON, ALISE REICIN, HAVING BEEN DULY SWORN,

2204 10  TESTIFIED AS FOLLOWS.)

| | Objections In | Responses In |
|---|---|---|

2204 11    DIRECT EXAMINATION
2204 12    BY MR. GOLDMAN:
2204 13    Q.   DR. REICIN, CAN YOU REMIND US WHEN YOU LEARNED ABOUT THE
2204 14    RESULTS OF THE VIGOR STUDY?
2204 15    A.   THAT WAS MARCH 9, 2000.
2204 16    Q.   I'M GOING TO PUT A MAGNET UP: "MARCH OF 2000 MERCK LEARNS
2204 17    OF VIGOR RESULTS."
2204 18    THE COURT:  CAN THE JURY SEE THAT?  CAN YOU FOLKS SEE
2204 19    THAT?  TURN IT A LITTLE BIT.
2204 20    BY MR. GOLDMAN:
2204 21    Q.   DID MERCK SEND THE RESULTS OF THE VIGOR STUDY TO THE FDA?
2204 22    A.   YES, WE DID.
2204 23    Q.   IF YOU TURN, DR. REICIN, TO DEFENSE EXHIBIT 116, DO YOU
2204 24    RECOGNIZE DX-116?
2204 25    A.   THIS WOULD HAVE BEEN THE PRELIMINARY REPORT THAT WE SENT
2205 1    DOWN TO THE FDA ABOUT TWO WEEKS AFTER WE FIRST SAW THE RESULTS.
2205 2    MR. GOLDMAN:  WE OFFER DEFENSE EXHIBIT 116.
2205 3    MR. WATTS:  NO OBJECTION.
2205 4    THE COURT:  LET IT BE ADMITTED.
2205 5    BY MR. GOLDMAN:
2205 6    Q.   SO THIS IS MARCH 23, 2000, AND IT'S A LETTER FROM MERCK TO
2205 7    DR. DELAP OF THE FDA.  IT'S REFERRING HERE TO A TELEPHONE
2205 8    CONVERSATION BETWEEN DR. DELAP OF THE FDA AND A WOMAN NAMED
2205 9    MARYJANE WALLING FROM THE FDA AND DR. BONNIE GOLDMANN OF MERCK
2205 10    ON MARCH 22, AND THE TOPIC WAS THE VIGOR STUDY.  RIGHT?
2205 11    A.   THAT'S CORRECT.
2205 12    Q.   IS THIS THE FAX THAT WAS USED TO SEND THE RESULTS OF THE
2205 13    VIGOR STUDY ALSO TO THE FDA?
2205 14    A.   THESE WERE THE PRELIMINARY REPORTS THAT WE HAD IN MARCH,
2205 15    THAT'S CORRECT.
2205 16    Q.   SO I'M GOING TO PUT UP ON THE BOARD "FAXED VIGOR TO FDA
2205 17    MARCH 23, 2000."  AFTER YOU SENT THE RESULTS TO THE FDA, DID
2205 18    YOU ALSO SUBMIT A REQUEST FOR A LABEL CHANGE TO INCLUDE THE
2205 19    RESULTS OF THE VIGOR STUDY?
2205 20    A.   YES, WE DID.  WE SENT THEM THE WHOLE COMPLETE REPORT IN
2205 21    JUNE OF 2000 AND, WITH THAT, A REQUEST FOR A LABEL CHANGE.
2205 22    Q.   IF YOU TURN TO DEFENSE EXHIBIT 145, PLEASE, DR. REICIN,
2205 23    THESE ARE EXCERPTS OR PORTIONS OF A VERY LARGE SUBMISSION TO
2205 24    THE FDA.  I JUST WANT TO ASK YOU IF YOU RECOGNIZE THAT AS A
2205 25    DOCUMENT THAT INCLUDES A REQUEST FOR A LABEL CHANGE IN JUNE OF
2206 1    2000?
2206 2    A.   YES.  THIS WOULD HAVE BEEN OUR SUPPLEMENTAL, WHAT WE CALL
2206 3    AN "SNDA," A SUPPLEMENTAL NEW DRUG APPLICATION.
2206 4    MR. GOLDMAN:  WE OFFER DEFENSE EXHIBIT 145 OR THE
2206 5    PORTIONS.
2206 6    MR. WATTS:  NO OBJECTION.
2206 7    THE COURT:  LET IT BE ADMITTED.
2206 8    BY MR. GOLDMAN:
2206 9    Q.   SO HERE IS A LETTER, AS YOU SAID, A SUPPLEMENTAL NEW DRUG
2206 10    APPLICATION FROM MERCK TO THE FDA, JUNE OF 2000, AND INCLUDED
2206 11    IN HERE IS A PROPOSED LABEL?
2206 12    A.   THAT IS CORRECT.
2206 13    Q.   SO LET ME PUT ON THE BOARD "SUBMIT LABEL TO THE FDA."
2206 14    JUNE OF 2000?
2206 15    A.   THAT'S CORRECT.
2206 16    Q.   NOW, LET'S GO BACK TO WHAT WE WERE TALKING ABOUT BEFORE WE
2206 17    BROKE, AND THAT IS WHAT YOU DID, DR. REICIN, AND WHAT OTHERS IN
2206 18    YOUR GROUP DID AFTER LEARNING ABOUT THE CARDIOVASCULAR RESULTS
2206 19    IN THE VIGOR STUDY TO FIND OUT IF THE RESULTS WERE DUE TO
2206 20    NAPROXEN OR WHETHER THEY WERE DUE TO VIOXX.  SO CAN YOU START
2206 21    AGAIN WITH WHAT YOU DID AS YOUR FIRST STEP?
2206 22    A.   SO, AGAIN, MY INITIAL REACTION, AS I SAID, WAS I WAS
2206 23    CONCERNED THAT VIOXX WAS ACTUALLY INCREASING THE RATE OF HEART

| | Objections In | Responses In |
|---|---|---|

2206 24 ATTACKS. BUT, OF COURSE, IF YOU LOOK AT VIGOR ALONE, YOU
2206 25 REALLY CAN'T TELL WHETHER NAPROXEN WOULD BE DECREASING THE RATE
2207 1 OR VIOXX WOULD BE INCREASING THE RATE BECAUSE THERE WAS NO
2207 2 PLACEBO. SO AFTER CONTINUING TO GET THE DATA FROM VIGOR AND
2207 3 LOOK AT VIGOR, AS I SAID, WE WENT BACK TO OUR PHASE IIB/III,
2207 4 STUDIES, WHICH WERE OUR LARGE OSTEOARTHRITIS STUDIES IN 5,000
2207 5 PATIENTS, AND REANALYZED THE CARDIOVASCULAR DATA FROM THAT
2207 6 STUDY AND CONFIRMED THAT THERE WAS NO DIFFERENCE BETWEEN VIOXX
2207 7 AND THE COMPARATOR NSAID GROUPS, IBUPROFEN AND DICLOFENAC.
2207 8 SO NOW YOU HAD TWO LARGE DATABASES: ONE WHICH SHOWED
2207 9 A DIFFERENCE; AND ONE WHICH DIDN'T SHOW A DIFFERENCE. WE
2207 10 STARTED THINKING ABOUT POTENTIAL REASONS FOR THAT DIFFERENCE,
2207 11 COULD IT BE THE DOSE, COULD IT BE THE PATIENT POPULATION, YOU
2207 12 KNOW, ALL SORTS OF THINGS WE WERE CONSIDERING. IN ADDITION, WE
2207 13 REALIZED WE HAD TWO LARGE PLACEBO-CONTROLLED STUDIES THAT WERE
2207 14 ONGOING.
2207 15 Q. LET ME ACTUALLY STOP YOU THERE, IF I COULD, DR. REICIN.
2207 16 ARE YOU ABOUT TO TALK ABOUT THE ALZHEIMER'S?
2207 17 A. THAT'S CORRECT.
2207 18 Q. WE'LL TALK ABOUT THAT IN ONE MINUTE. IF I COULD FIRST,
2207 19 THOUGH, TALK ABOUT THE FIRST STEP THAT YOU TOOK, THE LOOKING
2207 20 BACK AT THE OSTEOARTHRITIS STUDIES --
2207 21 A. YES.
2207 22 Q. -- DID YOU SUBSEQUENTLY PUBLISH AN ARTICLE, ALONG WITH
2207 23 OTHERS, SUMMARIZING THE RESULTS OF WHAT YOU SAW IN THE
2207 24 OSTEOARTHRITIS STUDIES?
2207 25 A. YES, WE DID.
2208 1 Q. SO LET'S DO THAT FIRST AND THEN WE'LL GO TO THE
2208 2 ALZHEIMER'S STUDIES. IF YOU CAN LOOK IN YOUR BINDER -- IT'S
2208 3 PROBABLY IN THE SECOND ONE -- P2-104. THIS IS AN ARTICLE, SO
2208 4 WE ARE JUST GOING TO MARK IT FOR IDENTIFICATION PURPOSES ONLY.
2208 5 LET ME ASK YOU IF, ON THE SCREEN, THIS IS THE ARTICLE THAT YOU
2208 6 AND OTHERS PUBLISHED ABOUT THE OSTEOARTHRITIS TRIALS?
2208 7 A. YES, IT IS.
2208 8 Q. THIS IS CALLED "COMPARISON OF CARDIOVASCULAR THROMBOTIC
2208 9 EVENTS" -- THAT'S THE CLOTTING EVENTS -- "IN PATIENTS WITH
2208 10 OSTEOARTHRITIS TREATED WITH VIOXX VERSUS NONSELECTIVE NSAIDS
2208 11 IBUPROFEN, DICLOFENAC, AND NABUMETONE."
2208 12 A. THAT IS CORRECT.
2208 13 Q. HERE YOU ARE. ARE THESE OTHER AUTHORS ALSO MERCK
2208 14 EMPLOYEES?
2208 15 A. YES, ALL THESE AUTHORS ARE MERCK EMPLOYEES.
2208 16 Q. NOW, MR. BECK USED THIS DOCUMENT WITH DR. MOYÁ‰. YOU
2208 17 WEREN'T HERE FOR THAT. ON FOLLOW-UP QUESTIONS BY MR. BOUNDAS,
2208 18 HE SAID THAT THIS WAS AN ARTICLE THAT MERCK PUT OUT. IT'S TRUE
2208 19 THAT THERE ARE MERCK AUTHORS; IS THAT RIGHT?
2208 20 A. THAT IS CORRECT.
2208 21 Q. DID MERCK FUND THIS STUDY OR THIS ANALYSIS?
2208 22 A. WELL, GIVEN THAT WE ARE ALL MERCK EMPLOYEES, I THINK YOU
2208 23 WOULD SAY YES TO THAT.
2208 24 Q. WAS THIS ARTICLE, THOUGH, PEER-REVIEWED?
2208 25 A. YES, IT WAS.
2209 1 Q. WHAT DOES THAT MEAN? CAN YOU TELL US WHAT "PEER-REVIEWED"
2209 2 MEANS.
2209 3 A. I WOULD SAY THAT THE MORE PRESTIGIOUS WELL-KNOWN MEDICAL
2209 4 JOURNALS HAVE A PEER-REVIEW PROCESS, WHICH MEANS THAT YOU SEND
2209 5 IN YOUR ARTICLE. EDITORS WILL FIRST LOOK AT THE ARTICLE AND
2209 6 THEN, IF THEY THINK IT'S OF INTEREST TO THE JOURNAL, THEY WILL
2209 7 SEND IT OUT TO PEOPLE WHO ARE CONSIDERED EXPERTS IN THE FIELD,
2209 8 ASK THEM TO REVIEW THE PAPER. THOSE EXPERTS WILL THEN SEND
2209 9 THEIR COMMENTS ON THE PAPER BACK TO THE JOURNAL.
2209 10 AT THAT POINT THE JOURNAL WILL EITHER SAY, "WE'LL
2209 11 ACCEPT IT WITHOUT CHANGE" -- WHICH IS PRETTY UNUSUAL. I DON'T

| | Objections In | Responses In |
|---|---|---|

2209 12   THINK I'VE EVER HAD A PAPER ACCEPTED WITHOUT CHANGE -- THEY

2209 13   WILL REJECT IT OUTRIGHT; OR THEY WILL SAY, "HERE ARE THE

2209 14   COMMENTS OF THE REVIEWERS. IF YOU CAN ADDRESS THE REVIEWERS'

2209 15   COMMENTS AND ARE STILL INTERESTED, PLEASE RESUBMIT IT TO US."

2209 16   THIS PAPER WENT THROUGH THAT PROCESS.

2209 17   Q. THE PEER-REVIEWERS, THOSE WHO ARE REVIEWING THE ACCURACY

2209 18   OF THE ARTICLE, ARE THEY AFFILIATED WITH MERCK IN SOME WAY?

2209 19   A. WE DON'T EVEN KNOW WHO THEY ARE, AND IT WOULD BE HIGHLY

2209 20   UNUSUAL FOR THEM TO SEND IT TO SOMEONE WHO WORKED AT MERCK.

2209 21   Q. DO YOU SEE HOW THE --

2209 22   A. I THINK IF THEY DID, THAT PERSON WOULD EXPLAIN TO THEM

2209 23   THAT THEY WERE A MERCK EMPLOYEE. I MEAN, I'VE BEEN SENT

2209 24   ARTICLES NOT FOR MERCK, BUT FOR A COMPETITOR DRUG, AND I'VE

2209 25   SAID, "I CAN REVIEW THIS IF YOU WOULD LIKE ME TO, BUT YOU

2210 1   SHOULD UNDERSTAND I WORK FOR A COMPETITOR," AND I WANT TO MAKE

2210 2   SURE EVERYBODY UNDERSTANDS --

2210 3   Q. THAT POSSIBLE CONFLICT.

2210 4   A. -- THAT PEOPLE COULD SEE A CONFLICT OF INTEREST THERE.

2210 5   Q. OKAY. SO THIS ARTICLE WAS PUBLISHED IN THE AMERICAN

2210 6   JOURNAL OF CARDIOLOGY IN JANUARY OF 2002?

2210 7   A. THAT IS CORRECT.

2210 8   Q. IS THAT A REPUTABLE JOURNAL?

2210 9   A. YES, IT IS.

2210 10   Q. LET'S LOOK, DR. REICIN, IN THE FIRST PORTION OF THE

2210 11   ABSTRACT HERE. THAT'S THE FIRST PART OF THE ARTICLE. DO YOU

2210 12   SEE HERE IN THE ABSTRACT YOU SAY, "TO COMPARE THE RISKS FOR

2210 13   THROMBOTIC CARDIOVASCULAR EVENTS AMONG PATIENTS RECEIVING

2210 14   VIOXX, NONSELECTIVE NSAIDS, AND PLACEBO, CARDIOVASCULAR SAFETY

2210 15   WAS ASSESSED IN 5,435 PARTICIPANTS IN EIGHT PHASE IIB/III

2210 16   OSTEOARTHRITIS TRIALS." THEN IT SAYS, "THE MEDIAN TREATMENT

2210 17   EXPOSURE WAS THREE AND A HALF MONTHS." DO YOU SEE THAT,

2210 18   DOCTOR?

2210 19   A. YES, I DO.

2210 20   Q. ARE THESE THE PHASE IIB/III STUDIES THAT YOU WERE TALKING

2210 21   ABOUT A MINUTE AGO?

2210 22   A. THAT IS CORRECT.

2210 23   Q. NOW, IF YOU TURN WITH ME TO TABLE 2 IN THIS ARTICLE, CAN

2210 24   YOU PLEASE EXPLAIN TO THE JURY WHAT THIS TABLE SHOWS AND WHAT

2210 25   IT TOLD YOU ABOUT THE RISKS OF MYOCARDIAL INFARCTION AND THESE

2211 1   THROMBOTIC EVENTS FROM VIOXX VERSUS THESE OTHER NSAIDS.

2211 2   A. WELL, THIS IS SHOWING THE PERCENTAGE OF PATIENTS IN EACH

2211 3   TREATMENT GROUP THAT HAD OVERALL POTENTIAL THROMBOTIC EVENTS

2211 4   AND THEN GOING DOWN THROUGH SPECIFIC TERMS, AND YOU CAN SEE THE

2211 5   OVERALL NUMBER. THE PERCENTAGE OF EVENTS WAS .95 PERCENT ON

2211 6   VIOXX AND 1.02 PERCENT ON THE NONSELECTIVE NSAID GROUP, NOT

2211 7   STATISTICALLY DIFFERENT. WE WOULD SAY THAT THESE ARE SIMILAR

2211 8   RATES OR SIMILAR INCIDENCES.

2211 9   Q. WHAT IS THE MYOCARDIAL INFARCTION OR THE HEART ATTACK

2211 10   INCIDENCE?

2211 11   A. .27 PERCENT ON VIOXX AND .26 PERCENT IN THE NSAID GROUP.

2211 12   Q. DID YOU ALSO DO AN ANALYSIS LIKE THIS COMPARING VIOXX TO

2211 13   PLACEBO IN THESE OSTEOARTHRITIS TRIALS?

2211 14   A. YES, WE DID, ALTHOUGH WE DIDN'T HAVE AS MUCH DATA BECAUSE

2211 15   IN THOSE STUDIES THAT HAD A PLACEBO GROUP WE ONLY HAD PLACEBO

2211 16   FOR SIX WEEKS. WE THOUGHT THAT WAS THE MAXIMUM THAT THESE

2211 17   PATIENTS COULD TOLERATE. IN FACT, YOU SAW A LOT OF DROPOUTS IN

2211 18   THE PLACEBO GROUP DURING THAT PERIOD OF TIME.

2211 19   Q. SO, WITH THAT EXPLANATION, DID YOU SEE A DIFFERENCE WHEN

2211 20   YOU LOOKED AT HEART ATTACKS BETWEEN THE VIOXX PATIENTS AND THE

2211 21   PLACEBO PATIENTS IN THESE OSTEOARTHRITIS TRIALS?

2211 22   A. NO, YOU DIDN'T. I MEAN, IT WAS .13 PERCENT ON VIOXX, .28

2211 23   PERCENT ON PLACEBO, WHICH WAS BASICALLY THE SAME. THERE'S

2211 24   PROBABLY A DIFFERENCE OF ONE OR TWO PATIENTS. THAT'S

| | Objections In | Responses In |
|---|---|---|

2211 25  ACCOUNTING FOR THE FACT THAT IT'S A LITTLE NUMERICALLY HIGHER
2212 1  ON PLACEBO, BUT YOU BASICALLY SAY THAT'S THE SAME.
2212 2  Q. THEN, IN THE LAST PAGE OF YOUR ARTICLE, THERE'S A
2212 3  CONCLUSION. CAN YOU READ THIS TO THE JURY, PLEASE.
2212 4  A. "IN SUMMARY, AN ANALYSIS FROM THE ROFECOXIB OSTEOARTHRITIS
2212 5  DEVELOPMENT PROGRAM FOUND NO DIFFERENCE BETWEEN ROFECOXIB,
2212 6  COMPARATOR NONSELECTIVE NSAIDS, AND PLACEBO IN THE RISKS OF
2212 7  CARDIOVASCULAR THROMBOTIC EVENTS."
2212 8  Q. SO WHAT DID THIS TELL YOU? YOU DID THIS ANALYSIS. WHAT
2212 9  DID THIS TELL YOU AT THAT MOMENT ABOUT THE VIGOR STUDY?
2212 10  A. WELL, WE SAW SOMETHING VERY DIFFERENT IN VIGOR AND, OF
2212 11  COURSE, WE NEEDED TO UNDERSTAND WHY WE SAW A DIFFERENCE BETWEEN
2212 12  THE TWO PROGRAMS.
2212 13  Q. WE ARE GOING TO TALK A LITTLE BIT ABOUT DR. TOPOL LATER.
2212 14  HIS DEPOSITION WAS PLAYED HERE YESTERDAY. I WANT TO SHOW YOU A
2212 15  PORTION OF HIS DEPOSITION TESTIMONY AND I WANT TO ASK YOU ABOUT
2212 16  IT.
2212 17  MR. WATTS: JUDGE, IS SHE UNDER THE FACT WITNESS RULE
2212 18  OR THE EXPERT RULE?
2212 19  THE COURT: YES. THAT'S A TOUGH ONE FROM THE
2212 20  SENSE --
2212 21  MR. GOLDMAN: IT'S A FACT QUESTION I'M ASKING HER.
2212 22  MR. WATTS: MY SENSE IS THE COURT ALLOWED
2212 23  CROSS-EXAMINATION OF AN EXPERT, BUT DIDN'T ALLOW IT OF A FACT
2212 24  WITNESS. AS FAR AS I CAN SEE, SHE'S BEEN PRESENTED AS A FACT
2212 25  WITNESS.
2213 1  THE COURT: THAT'S MY UNDERSTANDING, TOO. WHY DON'T
2213 2  YOU PUT IT IN A DIFFERENT WAY.
2213 3  BY MR. GOLDMAN:
2213 4  Q. THERE'S BEEN A SUGGESTION IN THIS TRIAL, DR. REICIN, THAT
2213 5  MERCK COMPLETELY EXCLUDED PATIENTS WITH HEART DISEASE AND AT
2213 6  RISK OF HEART DISEASE IN ITS CLINICAL TRIALS. IS THAT
2213 7  ACCURATE?
2213 8  A. NO, THAT IS NOT ACCURATE.
2213 9  Q. IF WE LOOK BACK AT YOUR STUDY, DO YOU ACTUALLY HAVE A
2213 10  TABLE THAT DESCRIBES THE BACKGROUNDS OF THE DIFFERENT PATIENTS
2213 11  WHO PARTICIPATED IN THESE OSTEOARTHRITIS TRIALS?
2213 12  A. YES. WHAT YOU HAVE PUT UP, TABLE 1, IS WHAT WE -- HERE
2213 13  IT'S CALLED "DEMOGRAPHIC DATA." WE CALL IT "BASELINE
2213 14  CHARACTERISTIC DATA," WHICH GIVES YOU INFORMATION ABOUT WHAT
2213 15  TYPE OF BASELINE CHARACTERISTICS THE PATIENTS IN THE
2213 16  OSTEOARTHRITIS STUDIES HAD.
2213 17  Q. SO IF WE LOOK HERE, JUST SO WE GET THE COLUMNS RIGHT, WE
2213 18  HAVE PLACEBO HERE, VIOXX IN THE MIDDLE COLUMN, THEN WHAT'S IN
2213 19  THE THIRD COLUMN?
2213 20  A. THAT'S THE NONSELECTIVE NSAID COMPARATOR GROUP.
2213 21  Q. LET'S JUST START WITH HERE, "ANY CARDIOVASCULAR RISK
2213 22  FACTOR." WHAT PERCENTAGE OF PATIENTS IN THE VIOXX ARMS OF
2213 23  THESE OSTEOARTHRITIS STUDIES HAD ANY CARDIOVASCULAR RISK
2213 24  FACTOR?
2213 25  A. ABOUT 57 PERCENT.
2214 1  Q. IF WE LOOK AT HYPERTENSION, WHAT PERCENTAGE OF PATIENTS IN
2214 2  THE OSTEOARTHRITIS TRIALS IN THE VIOXX ARM HAD HYPERTENSION?
2214 3  A. ABOUT 40 PERCENT, WHICH WE SEE -- EVERY TIME YOU DO AN
2214 4  OSTEOARTHRITIS STUDY, HYPERTENSION APPEARS TO BE IN ABOUT 40
2214 5  PERCENT OF THE PATIENTS.
2214 6  Q. IF WE LOOK AT HYPERCHOLESTEROLEMIA, OR HIGH CHOLESTEROL,
2214 7  WHAT PERCENTAGE OF THE PATIENTS IN THE OSTEOARTHRITIS TRIALS
2214 8  HAD THAT WHO WERE IN THE VIOXX ARM?
2214 9  A. APPROXIMATELY 17 PERCENT.
2214 10  Q. HOW DID THAT COMPARE WITH THE PLACEBO RATE OR THE
2214 11  PERCENTAGE OF PATIENTS WHO HAD ANY CARDIOVASCULAR RISK FACTOR,
2214 12  HYPERTENSION, HIGH CHOLESTEROL? HOW DID THAT COMPARE WITH

115

| | Objections In | Responses In |
|---|---|---|

2214 13  THOSE IN THE PLACEBO ARM?

2214 14  A.  NUMERICALLY, JUST A LITTLE BIT LOWER ON THE PLACEBO ARM.

2214 15  I'M NOT SURE EXACTLY WHY.  YOU KNOW, THAT HAPPENS SOMETIMES,

2214 16  THERE AREN'T AS MANY PLACEBO PATIENTS.  SO ABOUT 50 PERCENT HAD

2214 17  ANY RISK FACTOR, ABOUT 30 PERCENT HAD HYPERTENSION, AND ABOUT

2214 18  15 PERCENT HAD HIGH CHOLESTEROL.  THE, YOU KNOW, PERCENTAGE OF

2214 19  PATIENTS IN THE NONSELECTIVE NSAID COMPARATOR GROUP WAS SIMILAR

2214 20  TO THE PLACEBO, TO THE ROFECOXIB, THE VIOXX GROUP.

2214 21  Q.  HERE, IF WE WERE TO LOOK AT ONE MORE, THE HISTORY OF

2214 22  ATHEROSCLEROTIC CARDIOVASCULAR DISEASE, WHAT PERCENTAGE OF

2214 23  VIOXX PATIENTS HAD THAT?

2214 24  A.  ABOUT 11 PERCENT.

2214 25  Q.  OKAY.  SO NOW WE HAVE TALKED ABOUT THE OSTEOARTHRITIS

2215  1  TRIALS, DR. REICIN, AND WHAT YOU-ALL DID TO ANALYZE THAT

2215  2  INFORMATION.  YOU STARTED TO TALK ABOUT THE ALZHEIMER'S TRIALS.

2215  3  TELL US ABOUT THAT AND WHY YOU WERE LOOKING AT THE ALZHEIMER'S

2215  4  TRIALS.

2215  5  A.  THERE WAS DATA IN THE LITERATURE THAT SUGGESTED THAT

2215  6  NONSELECTIVE NSAIDS COULD ACTUALLY BE BENEFICIAL IN EITHER

2215  7  TREATING PATIENTS WITH ALZHEIMER'S DISEASE TO SLOW PROGRESSION

2215  8  OF THE DISEASE OR ACTUALLY TO PREVENT ALZHEIMER'S DISEASE FROM

2215  9  OCCURRING IN PATIENTS WHO HAVE, LET'S SAY, EARLY ALZHEIMER'S

2215 10  SYNDROME.  SO WE HAD AT THE TIME TWO LARGE STUDIES ONGOING -- I

2215 11  THINK IT WAS IN ABOUT 2,000 PATIENTS -- IN ELDERLY PATIENTS

2215 12  EITHER WITH PRE-ALZHEIMER'S DISEASE OR ALZHEIMER'S DISEASE,

2215 13  WHERE WE WERE COMPARING VIOXX 25 MILLIGRAMS WITH PLACEBO.

2215 14  Q.  WAS THE ALZHEIMER'S DATA THAT YOU LOOKED AT THE MOST

2215 15  THOROUGH OR COMPREHENSIVE SET OF PLACEBO DATA THAT YOU-ALL HAD?

2215 16  A.  YES.  IN FACT, IT WAS PROBABLY AT THAT TIME THE MOST --

2215 17  THE LARGEST AND LONGEST STUDY -- THE AMOUNT OF DATA ON ANY

2215 18  NSAID VERSUS PLACEBO.

2215 19  Q.  WHAT DID YOUR ANALYSIS OF THE ALZHEIMER'S TRIALS SHOW

2215 20  CONCERNING CARDIOVASCULAR EVENTS IN THE VIOXX GROUP VERSUS THE

2215 21  PLACEBO GROUP?

2215 22  A.  THERE WAS NO EVIDENCE OF AN INCREASED RISK OF THROMBOTIC

2215 23  EVENTS ON VIOXX COMPARED WITH PLACEBO.

2215 24  Q.  I'M GOING TO PUT UP ON THE BOARD HERE THAT YOU-ALL

2215 25  REVIEWED CLINICAL TRIAL DATA FOR THE OA AND ALZHEIMER'S GROUPS.

2216  1  A.  NOW, THE ALZHEIMER'S STUDIES WERE ONGOING, SO WE LOOKED AT

2216  2  THE DATA WE HAD AT THAT POINT IN TIME AND CONTINUED TO LOOK AT

2216  3  IT OVER TIME.

2216  4  Q.  WERE THOSE TRIALS COMPLETED?

2216  5  A.  NO, THEY WERE NOT COMPLETED AT THAT POINT IN TIME.

2216  6  Q.  SO NOW WHAT ARE YOU THINKING?  YOU'VE LOOKED AT THE

2216  7  OSTEOARTHRITIS TRIALS, YOU'VE LOOKED AT THE ALZHEIMER'S TRIALS,

2216  8  AND NOW WHAT ARE YOU DOING AT MERCK TO FIGURE OUT VIGOR?

2216  9  A.  WELL, THE ALZHEIMER'S STUDIES, I MEAN, I STILL CAN

2216 10  REMEMBER THE DAY I GOT THOSE RESULTS.  IT WAS A SUNDAY AND I

2216 11  WAS AT HOME AND THEY WERE JUST -- IT WAS A HUGE SIGH OF RELIEF,

2216 12  VERY, VERY REASSURING TO KNOW, IN THIS ELDERLY PATIENT

2216 13  POPULATION, THAT THERE WAS NO EVIDENCE OF AN INCREASED RISK

2216 14  VERSUS PLACEBO.  BUT YOU'RE THEN LEFT WITH THREE DIFFERENT

2216 15  DATABASES AND HOW DO YOU KIND OF PUT ALL OF THE DATA TOGETHER

2216 16  IN A WAY THAT MAKES THE MOST SENSE OF THE DATA.

2216 17  SO YOU'VE GOT VIGOR, WHERE THERE'S A HIGHER RATE ON

2216 18  VIOXX VERSUS NAPROXEN.  NOW, IF VIOXX WAS CAUSING AN INCREASED

2216 19  RISK IN THOSE PATIENTS, THEN YOU WOULD HAVE EXPECTED -- UNLESS

2216 20  THERE WAS SOMETHING ABOUT THE RA PATIENTS OR POTENTIALLY

2216 21  SOMETHING ABOUT THE DOSE.  WE LOOKED AT DOSE AND DIDN'T SEE

2216 22  CLEAR DOSE AT THAT POINT IN TIME.  BUT YOU WOULD HAVE EXPECTED

2216 23  THAT IF VIOXX WAS CAUSING THE INCREASE IN HEART ATTACKS THAT WE

2216 24  SAW IN VIGOR, THEN YOU SHOULD HAVE SEEN AN INCREASE IN HEART

2216 25  ATTACKS IN THE PHASE IIB/III OA STUDIES AND YOU SHOULD HAVE

116

|  | Objections In | Responses In |
|---|---|---|

2217  1   SEEN AN INCREASE IN HEART ATTACKS IN THE PLACEBO-CONTROLLED
2217  2   ALZHEIMER'S STUDIES.  THOSE PATIENTS WOULD HAVE BEEN -- THEY
2217  3   WERE MEAN AGE 75.  THOSE WERE HIGH-RISK PATIENTS JUST BASED ON
2217  4   EVEN THEIR AGE, AND WE DIDN'T SEE IT.
2217  5   OKAY.  SO THAT MADE THE FACT THAT VIOXX WAS CAUSING
2217  6   AN INCREASE IN HEART ATTACKS IN VIGOR MUCH LESS LIKELY.  SO
2217  7   THEN YOU LOOK AT THE OTHER.  OKAY.  THE OTHER ALTERNATIVE IS
2217  8   THAT NAPROXEN IS DECREASING THE RISK OF HEART ATTACKS BECAUSE
2217  9   IT'S ACTING AS A CARDIOPROTECTIVE AGENT.  THEN YOU KIND OF HAVE
2217 10   TO OF SAY, "WELL, OKAY.  IF AN NSAID IS CAPABLE OF BEING A
2217 11   CARDIOPROTECTIVE AGENT, THEN HOW COME IN OUR PHASE IIB/III
2217 12   STUDIES DIDN'T WE SEE A CARDIOPROTECTIVE EFFECT OF THE NSAIDS?"
2217 13   WE HADN'T SEEN THAT, AND THAT DIDN'T MAKE A LOT OF SENSE.
2217 14   IT WAS RIGHT AROUND THAT TIME THAT I HAD A MEETING
2217 15   WITH BARRY GERTZ, WHO WAS AT THAT TIME THE HEAD OF CLINICAL
2217 16   PHARMACOLOGY, KIND OF WALKING THROUGH THAT, TELLING HIM HOW WE
2217 17   WERE KIND OF STRUGGLING WITH HOW TO PUT THE DATA TOGETHER IN A
2217 18   WAY THAT MADE SENSE.  IT WAS AT THAT POINT HE SAID, YOU KNOW,
2217 19   "ALISE, WE HAVE DONE A STUDY THAT WE ACTUALLY SUBMITTED TO THE
2217 20   FDA, YOU KNOW, A YEAR OR TWO AGO THAT ACTUALLY SHOWED THAT
2217 21   NAPROXEN'S EFFECTS ON PLATELETS ARE SIMILAR TO ASPIRIN'S; BUT
2217 22   WHILE IBUPROFEN AND DICLOFENAC ALSO HAVE EFFECT ON PLATELETS,
2217 23   THEY ARE NOT SIMILAR TO ASPIRIN.  THEREFORE, IT IS VERY
2217 24   POSSIBLE NAPROXEN COULD ACT AS A CARDIOPROTECTIVE AGENT AND THE
2217 25   OTHER NSAIDS COULDN'T."
2218  1   Q.  WE ARE GOING TO LOOK AT THE RESULTS OF THAT STUDY IN A
2218  2   MINUTE, BUT I JUST WANT TO BACK UP TO SEE IF I HAVE THIS RIGHT.
2218  3   IF NAPROXEN WAS CARDIOPROTECTIVE --
2218  4   A.  CORRECT.
2218  5   Q.  -- IN THE VIGOR STUDY, THEN WERE YOU-ALL THINKING THAT YOU
2218  6   MIGHT SEE A DIFFERENCE IN HEART ATTACK RATES IN THE
2218  7   OSTEOARTHRITIS STUDIES BECAUSE THERE WERE TRADITIONAL NSAIDS
2218  8   USED IN THAT?
2218  9   A.  EXACTLY.  SO MY FIRST REACTION IS:  IF NAPROXEN CAN ACT AS
2218 10   A CARDIOPROTECTIVE AGENT, THEN THE OTHER NSAIDS SHOULD BE ABLE
2218 11   TO ACT AS CARDIOPROTECTIVE AGENTS.
2218 12   Q.  DID YOU SEE ANY CARDIOPROTECTION WITH DICLOFENAC OR
2218 13   IBUPROFEN IN YOUR OSTEOARTHRITIS STUDIES?
2218 14   A.  NO.  WELL, THE RATES WERE SIMILAR ON VIOXX, IBUPROFEN,
2218 15   DICLOFENAC, WITH A LITTLE NABUMETONE DATA, NOT A LOT.
2218 16   Q.  IF IT'S OKAY WITH THE COURT, DR. REICIN, IF YOU COULD COME
2218 17   DOWN, BECAUSE I WANT TO SHOW A DIAGRAM THAT I THINK DESCRIBES
2218 18   WHAT YOU WERE JUST MENTIONING ABOUT HOW NAPROXEN HAS DIFFERENT
2218 19   ANTIPLATELET EFFECTS THAN OTHER TRADITIONAL NSAIDS.  DO YOU
2218 20   RECOGNIZE THIS, DR. REICIN?
2218 21   A.  YES, I DO.
2218 22   Q.  I'M GOING TO STEP OUT OF YOUR WAY, AND THERE'S A
2218 23   MICROPHONE RIGHT THERE.  I DON'T KNOW IF YOU NEED IT.  MAYBE
2218 24   YOU CAN EXPLAIN TO THE JURY WHAT THIS SHOWS AND WHY THIS WAS
2218 25   SIGNIFICANT TO YOU IN INTERPRETING THE VIGOR STUDY.
2219  1   A.  SO JUST TO ORIENT YOU TO THIS STUDY THAT WAS BEING DONE,
2219  2   THIS WAS DONE IN, I THINK, YOUNG MEN WHO WERE BROUGHT INTO THE
2219  3   CLINIC AND AT BASELINE, NOT ON ANY DRUG, THEIR BLOOD WAS DRAWN.
2219  4   THEN THEY TOOK THE STUDY DRUG, AND THEY COULD HAVE BEEN IN ONE
2219  5   OF SEVERAL TREATMENT GROUPS FOR SIX DAYS.  IF THEY WERE TAKING
2219  6   VIOXX, THEY TOOK THE STUDY DRUG ONCE A DAY.  IT WAS DONE IN A
2219  7   MANNER SO IT WAS BLINDED, SO THEY DIDN'T KNOW WHAT THEY WERE
2219  8   ON.  VIOXX WAS TAKEN ONCE A DAY.  IF THEY WERE TAKING
2219  9   IBUPROFEN, WHICH IS IN THE GREEN THERE, THEY WERE TAKING IT
2219 10   THREE TIMES A DAY.  IF THEY WERE TAKING DICLOFENAC, THEY WERE
2219 11   TAKING IT THREE TIMES A DAY.  IF THEY WERE TAKING NAPROXEN,
2219 12   WHICH IN THIS STUDY WAS GIVEN AT A DOSE OF 500 MILLIGRAMS TWICE
2219 13   DAILY -- THE SAME DOSE WE USED IN VIGOR -- THEY WERE TAKING IT

117

|  | Objections In | Responses In |
|---|---|---|

2219 14    TWICE A DAY.
2219 15    THEN THEY CAME BACK INTO THE CLINIC ON DAY SIX AT
2219 16    ZERO HOURS. "ZERO HOURS" MEAN THAT IT WOULD BE RIGHT BEFORE
2219 17    THEY WOULD TAKE THE NEXT DOSE. SO IT WOULD BE 12 HOURS AFTER
2219 18    THEY TOOK THEIR LAST DOSE OF NAPROXEN, 24 HOURS AFTER THEY TOOK
2219 19    THEIR LAST DOSE OF VIOXX, EIGHT HOURS AFTER IBUPROFEN,
2219 20    ET CETERA. WHAT WE WERE MEASURING HERE — SO THAT'S WHAT'S
2219 21    TELLING YOU — THIS IS TIME ON THIS AXIS HERE.
2219 22    WHAT WE ARE MEASURING HERE IS A SURROGATE, BASICALLY,
2219 23    FOR INHIBITION OF COX-1 OR PLATELET CLUMPING. THERE'S ANOTHER
2219 24    ASSAY THAT WOULD LOOK VERY SIMILAR THAT INHIBITS PLATELET
2219 25    CLUMPING. YOU CAN SEE A BASELINE. THERE'S NO INHIBITION. NO
2220  1    ONE IS ON ANY DRUG HERE.
2220  2    AS YOU COME IN HERE, DAY SIX, ZERO HOURS, AND EVEN IF
2220  3    YOU FOLLOW IT OUT, THEN THEY TOOK THE DRUG OVER HERE, AND THEN
2220  4    WE DREW THEIR BLOOD AGAIN TWO, FOUR, AND EIGHT HOURS AFTER
2220  5    DOSING. SO, LET'S SEE, PLACEBO YOU CAN SEE ON THE LITTLE RED
2220  6    HEART HERE AND YOU CAN SEE BASELINE, NO INHIBITION AND, AS YOU
2220  7    WOULD EXPECT, THERE'S NO CHANGE. THEY ARE NOT TAKING ANY DRUG.
2220  8    IF YOU LOOK AT THE TWO VIOXX ARMS, WE HAD VIOXX 12.5
2220  9    AND VIOXX 25. THAT'S IN THE OPEN TRIANGLE AND IN THE CLOSED
2220 10    TRIANGLE. AGAIN, YOU SEE NOTHING AT BASELINE AND NO INHIBITION
2220 11    BECAUSE VIOXX DOESN'T INHIBIT COX-1, DOESN'T INHIBIT PLATELET
2220 12    AGGREGATION.
2220 13    IF YOU LOOK AT NAPROXEN, JUST TO GIVE YOU THE
2220 14    OPPOSITE, YOU SEE A BASELINE, NO INHIBITION. THEY COME IN ON
2220 15    DAY SIX, 12 HOURS AFTER TAKING THEIR LAST DOSE. THEY ARE UP TO
2220 16    95 PERCENT INHIBITION HERE. SO, AT TROUGH, YOU ARE GETTING
2220 17    ALMOST COMPLETE INHIBITION OF COX-1, 95 PERCENT INHIBITION, AND
2220 18    THEN THEY RE-DOSE AND YOU SEE 95 PERCENT INHIBITION.
2220 19    NOW, IF YOU HAD ASPIRIN IN THIS STUDY, THAT'S WHAT IT
2220 20    WOULD LOOK LIKE. YOU WOULD SEE A STRAIGHT LINE RIGHT UP THERE.
2220 21    IT WOULD LAST LONGER IN ASPIRIN. YOU CAN SEE HERE IT LASTS
2220 22    THROUGHOUT THE WHOLE DOSING INTERVALS. IF YOU TAKE IT AT A
2220 23    DOSE OF 500 MILLIGRAMS TWICE DAILY, YOU WILL GET 95 PERCENT
2220 24    INHIBITION THROUGHOUT THAT WHOLE TIME. FOR ASPIRIN, IT MIGHT
2220 25    LAST A DAY OR TWO LONGER THAN THAT.
2221  1    CONTRAST THAT IS IBUPROFEN OVER HERE, WHERE WHEN THEY
2221  2    CAME IN EIGHT HOURS AFTER THE TAKING OF THEIR LAST DOSE YOU DID
2221  3    GET SOME INHIBITION, BUT IT WASN'T 95 PERCENT; IT WAS ONLY
2221  4    ABOUT 40 PERCENT. TWO HOURS AFTER YOU DOSED, YOU DID GET UP TO
2221  5    95 PERCENT, AND THAT WAS MAINTAINED FOUR HOURS, BUT BY SIX
2221  6    HOURS YOU'RE BACK DOWN AGAIN. SO YOU CAN GET MAXIMAL
2221  7    INHIBITION OF PLATELET CLUMPING WITH IBUPROFEN, BUT IT'S NOT
2221  8    MAINTAINED.
2221  9    WITH DICLOFENAC, WHICH IS OVER HERE, EVEN AT PEAK,
2221 10    YOU CAN'T GET UP TO MAXIMAL INHIBITION. IT IS THOUGHT BY
2221 11    PEOPLE LIKE GARRETT FITZGERALD — I DON'T KNOW IF THAT NAME HAS
2221 12    BEEN MENTIONED — AND CARLO PATRONO, WHO ARE EXPERTS IN THIS
2221 13    FIELD, THAT YOU NEED PERSISTENT 95 PERCENT INHIBITION OF COX-1
2221 14    PLATELET AGGREGATION IN ORDER TO ACT AS A CARDIOPROTECTIVE
2221 15    AGENT.
2221 16    SO, LOOKING AT THIS DATA, YOU WOULD SAY THAT NAPROXEN
2221 17    IS THE ONLY NSAID HERE THAT MAINTAINS EVEN IN BETWEEN DOSES, IF
2221 18    YOU TAKE IT, BUT ONLY IF YOU TAKE IT AT 500 MILLIGRAMS TWICE
2221 19    DAILY, NEAR MAXIMAL INHIBITION OF PLATELET AGGREGATION, THAT
2221 20    WOULD ALLOW IT TO ACT AS A CARDIOPROTECTIVE AGENT AND PREVENT
2221 21    HEART ATTACKS. IBUPROFEN WOULD NOT DO THAT, AND DICLOFENAC
2221 22    WOULD NOT DO THAT.
2221 23    Q.  THANK YOU. SO WHAT DID THIS TELL YOU, DR. REICIN, BACK AT
2221 24    THE TIME, ABOUT HOW NAPROXEN ACTED AS A CARDIOPROTECTIVE AGENT
2221 25    LIKE ASPIRIN?
2222  1    A.  WELL, CERTAINLY, BIOCHEMICALLY, IT HAD THE SAME ABILITY TO

| | Objections In | Responses In |
|---|---|---|

2222  2   INHIBIT PLATELET AGGREGATION AS ASPIRIN DID IF YOU TOOK IT AT A
2222  3   DOSE OF 500 MILLIGRAMS TWICE DAILY, AS PEOPLE DID IN THE VIGOR
2222  4   STUDY. THE DATA THAT WE HAD, AS I SAID, WAS NOT CONSISTENT
2222  5   WITH VIOXX BEING PROTHROMBOTIC BECAUSE, IF IT WAS, WE SHOULD
2222  6   HAVE SEEN AN INCREASE IN OUR OSTEOARTHRITIS STUDIES. WE SHOULD
2222  7   HAVE SEEN AN INCREASE IN OUR ALZHEIMER'S STUDIES.
2222  8   Q.  "PROTHROMBOTIC" MEANING?
2222  9   A.  INCREASING THE HEART ATTACK RATE. SO THAT DIDN'T MAKE
2222 10   SENSE. NOW, PEOPLE HAVE ASKED ABOUT THE MAGNITUDE OF THE
2222 11   DIFFERENCE THAT WE SAW. IT WAS A PRETTY BIG DIFFERENCE, AND
2222 12   ASPIRIN DOESN'T DECREASE THE HEART ATTACK RATE BY AS MUCH AS
2222 13   WHAT WE SAW IN VIGOR. BUT THE 30, 40 PERCENT REDUCTION THAT
2222 14   PEOPLE TALK ABOUT WITH ASPIRIN, THE 20 TO 30 PERCENT, IS BASED
2222 15   ON LITERALLY HUNDREDS OF EVENTS FROM MANY, MANY STUDIES
2222 16   INCLUDING HUNDREDS OF THOUSANDS OF PATIENTS; WHEREAS, IN THE
2222 17   VIOXX STUDY, WE HAD 24 EVENTS TOTAL. SO WHEN WE TALK ABOUT THE
2222 18   VARIABILITY, THE PRECISION AROUND THAT ESTIMATE COULD BE GREAT.
2222 19   THE SAME WAY, IF WE HAD THREE EVENTS AND IT WAS 2 TO 1, YOU
2222 20   WOULD SAY THERE WAS A TWOFOLD DIFFERENCE. WELL, YOU HAD SO FEW
2222 21   EVENTS, YOU CAN'T REALLY KNOW HOW BIG THE DIFFERENCE WOULD BE.
2222 22   Q.  SO I'M GOING TO PUT ON THIS BOARD "REVIEW PHARMACOLOGY
2222 23   DATA" -- WAS THAT WHAT WE JUST LOOKED AT, PHARMACOLOGY DATA?
2222 24   A.  THAT'S CORRECT.
2222 25   Q.  "ON NAPROXEN." WAS THAT IN THE SPRING OF 2000 OR SO?
2223  1   A.  THAT'S CORRECT.
2223  2   Q.  SINCE YOU MENTIONED ASPIRIN AND HOW THE EXTENT OF
2223  3   CARDIOPROTECTION FOR ASPIRIN COMPARES WITH NAPROXEN, DO YOU
2223  4   KNOW, DR. REICIN, WHETHER OR NOT ASPIRIN ACTUALLY HAS A LARGER
2223  5   CARDIOPROTECTIVE EFFECT IN A POPULATION LIKE RHEUMATOID
2223  6   ARTHRITIS PATIENTS, WHO ARE AT HIGHER RISK JUST BY NATURE OF
2223  7   HAVING HEART ATTACKS?
2223  8   A.  NOBODY'S ACTUALLY LOOKED AT THAT IN RHEUMATOID ARTHRITIS
2223  9   PATIENTS, BUT IT WAS INTERESTING. AT SOME POINT ALONG THE WAY,
2223 10   AS I WAS DOING MY LITERATURE SEARCH, I FOUND AN ARTICLE BY
2223 11   PAUL RIDKER AT HARVARD, WHERE THEY HAD LOOKED AT THE EFFECT OF
2223 12   ASPIRIN BASED ON A MARKER OF INFLAMMATION CALLED C-REACTIVE
2223 13   PROTEIN. WHAT THEY SAW IS THOSE PATIENTS THAT HAD HIGHER
2223 14   LEVELS OF C-REACTIVE PROTEIN, MORE INFLAMMATION, HAD A LARGER
2223 15   DECREASE IN HEART ATTACKS ON ASPIRIN.
2223 16   RHEUMATOID ARTHRITIS PATIENTS HAVE VERY, VERY HIGH
2223 17   LEVELS OF C-REACTIVE PROTEIN BECAUSE IT'S AN INFLAMMATORY
2223 18   DISEASE, AND SO WE CERTAINLY CONSIDERED THE FACT THAT YOU MIGHT
2223 19   SEE A BIGGER REDUCTION IN HEART ATTACKS BECAUSE YOU WERE IN A
2223 20   RHEUMATOID ARTHRITIS PATIENT POPULATION. BUT AS I SAID, THAT
2223 21   WAS THEORETICAL, BUT SOMETHING WE CONSIDERED.
2223 22   Q.  AFTER YOU REVIEWED -- AND I DON'T KNOW IF THE TIMING IS
2223 23   EXACTLY RIGHT, BUT YOU REVIEWED AROUND THIS TIME THE
2223 24   PHARMACOLOGY DATA ON NAPROXEN, DID YOU ALSO ATTEMPT TO FIND OUT
2223 25   WHETHER THERE WERE ANY CLINICAL TRIALS ABOUT TRADITIONAL NSAIDS
2224  1   TO SEE IF THERE WAS ACTUALLY EVIDENCE IN THE CLINICAL TRIALS
2224  2   THAT A TRADITIONAL NSAID COULD BE CARDIOPROTECTIVE?
2224  3   A.  WELL, WE CERTAINLY DID. OF COURSE, THE FIRST STUDY THAT I
2224  4   FOUND -- I THINK IT WAS IN THE FIRST COUPLE OF DAYS, IN FACT --
2224  5   WAS THE FLURBIPROFEN STUDY, WHICH WAS THE ORIGINAL STUDY THAT I
2224  6   HAD FOUND TWO OR THREE YEARS BEFORE WHEN WE WERE DESIGNING THE
2224  7   FIRST STUDY, SHOWING THAT FLURBIPROFEN, ANOTHER NSAID, COULD BE
2224  8   CARDIOPROTECTIVE.
2224  9   I ALSO, A FEW DAYS LATER, FOUND SOME STUDIES -- WHICH
2224 10   I ALSO THINK I HAD FROM YEARS BEFORE, BUT HAD FORGOTTEN
2224 11   ABOUT -- ON INDOBUFEN, WHICH IS ANOTHER NSAID THAT IS NOT SOLD
2224 12   IN THE UNITED STATES. IT'S SOLD IN EUROPE IN A FEW COUNTRIES.
2224 13   IT'S INTERESTING. IT'S AN NSAID. IT INHIBITS BOTH COX-1 AND
2224 14   2, BUT IT'S ACTUALLY SOLD AS A CARDIOPROTECTIVE AGENT.

119

| | Objections In | Responses In |
|---|---|---|

2224 15  Q. INDOBUFEN IS?

2224 16  A. CORRECT.

2224 17  Q. LET'S FIRST FOCUS ON THE FLURBIPROFEN STUDY. IT'S IN YOUR

2224 18  BINDER, DR. REICIN, AS DEFENSE EXHIBIT 548, WHICH I MARK FOR

2224 19  IDENTIFICATION PURPOSES. IF IT'S EASIER, YOU CAN JUST LOOK AT

2224 20  THE SCREEN. IS THIS THE FLURBIPROFEN STUDY THAT YOU IDENTIFIED

2224 21  IN THE MEDICAL LITERATURE?

2224 22  A. THAT'S CORRECT.

2224 23  Q. IT'S A COMPLICATED TITLE: "EVALUATION OF FLURBIPROFEN FOR

2224 24  PREVENTION OF REINFARCTION AND REOCCLUSION AFTER SUCCESSFUL

2224 25  THROMBOLYSIS OR ANGIOPLASTY IN ACUTE MYOCARDIAL INFARCTION."

2225  1  SO WHAT DOES THAT MEAN?

2225  2  A. BASICALLY, THIS WAS A STUDY WHERE PATIENTS CAME IN WITH

2225  3  HAVING AN ACUTE HEART ATTACK -- THAT'S MYOCARDIAL INFARCTION --

2225  4  AND THEY WERE TREATED BY EITHER OPENING THE -- INITIALLY, THEY

2225  5  WERE TREATED BY EITHER OPENING THE VESSEL WITH ANGIOPLASTY --

2225  6  YOU GO IN AND BASICALLY ALMOST CLEAN OUT THE VESSEL -- OR THEY

2225  7  WERE GIVEN A DRUG THAT BREAKS THE CLOT, BECAUSE IT'S A CLOT

2225  8  THAT CAUSES THE HEART ATTACK. THEN, AFTER THAT, THEY WERE

2225  9  RANDOMIZED TO EITHER FLURBIPROFEN, THE NSAID, OR PLACEBO. NOW,

2225 10  THIS TYPE OF STUDY COULD NEVER BE DONE NOWADAYS.

2225 11  Q. WHY?

2225 12  A. BECAUSE EVERYBODY GETS ASPIRIN, AND NOBODY GOT ASPIRIN IN

2225 13  THIS STUDY, AND IT WOULD BE AN UNETHICAL STUDY TO DO. BUT THIS

2225 14  STUDY WAS DONE BEFORE ASPIRIN WAS THE STANDARD OF CARE AND HALF

2225 15  THE PATIENTS DIDN'T -- NO ONE GOT ASPIRIN. HALF THE PATIENTS

2225 16  GOT PLACEBO; HALF THE PATIENTS GOT FLURBIPROFEN. WHAT THEY

2225 17  WERE LOOKING FOR WERE PATIENTS WHO CAME IN -- I THINK IT WAS

2225 18  OVER THE NEXT SIX MONTHS -- AND HAD ANOTHER HEART ATTACK OR

2225 19  NEEDED TO BE HOSPITALIZED OR HAVE SURGERY.

2225 20  Q. IF YOU LOOK AT TABLE 3, DR. REICIN, DOES THIS INDICATE --

2225 21  HERE WE HAVE FLURBIPROFEN IN THE FIRST COLUMN AND PLACEBO IN

2225 22  THE SECOND. THEN THE FIRST ENTRY SAYS "REINFARCTION." DOES

2225 23  THAT BASICALLY MEAN LIKE A SECOND HEART ATTACK?

2225 24  A. CORRECT.

2225 25  Q. WHAT ARE THE NUMBER OF PATIENTS, THE ABSOLUTE NUMBER OF

2226  1  PATIENTS, IN THE FLURBIPROFEN GROUP THAT HAD A SECOND HEART

2226  2  ATTACK?

2226  3  A. SEVEN.

2226  4  Q. WHAT IS THE ABSOLUTE NUMBER OF PATIENTS IN THE PLACEBO

2226  5  ARM?

2226  6  A. 24.

2226  7  Q. IF YOU REMEMBER IN VIGOR, HOW MANY -- SO THERE'S 24

2226  8  PATIENTS WHO HAD A SECOND HEART ATTACK IN THE PLACEBO ARM IN

2226  9  THIS FLURBIPROFEN STUDY. HOW MANY PATIENTS HAD A HEART ATTACK

2226 10  IN VIGOR IN THE VIOXX ARM?

2226 11  A. 20.

2226 12  Q. SO VIOXX AND PLACEBO HAD A SIMILAR NUMBER OF ABSOLUTE

2226 13  NUMBER?

2226 14  A. YES. IN TWO DIFFERENT STUDIES IN TWO DIFFERENT PATIENT

2226 15  POPULATIONS.

2226 16  Q. FLURBIPROFEN HAD SEVEN PATIENTS WHO HAD A SECOND HEART

2226 17  ATTACK. HOW MANY PATIENTS HAD A SECOND HEART ATTACK IN THE

2226 18  NAPROXEN ARM OF THE VIGOR STUDY?

2226 19  A. FOUR.

2226 20  Q. NOW, LET'S TALK ABOUT -- JUST LOOKING AT THIS --

2226 21  A. SO THE REDUCTION THAT YOU SEE WAS SORT OF SIMILAR.

2226 22  Q. YES. DOES THIS MEAN, JUST LOOKING AT THIS RESULT HERE,

2226 23  THAT PLACEBO CAUSED MORE HEART ATTACKS, MORE SECOND HEART

2226 24  ATTACKS, THAN FLURBIPROFEN BECAUSE THERE'S MORE EVENTS THAN

2226 25  FLURBIPROFEN?

2227  1  A. NO. THAT WOULD BE AN INAPPROPRIATE READING OF THE DATA.

2227  2  YOU WOULD SAY THAT PLACEBO WAS NEUTRAL AND FLURBIPROFEN ACTED

120

| | | Objections In | Responses In |
|---|---|---|---|

2227  3   AS A CARDIOPROTECTIVE AGENT AND REDUCED THE RATE OF EVENTS.
2227  4   Q.  NOW, LET'S LOOK AT THE INDOBUFEN STUDY WHICH I'VE PUT UP
2227  5   FOR IDENTIFICATION AS DX-549.  IS THIS THE INDOBUFEN STUDY YOU
2227  6   REFERRED TO?
2227  7   A.  ONE OF THEM.
2227  8   Q.  IS INDOBUFEN A TRADITIONAL NSAID?
2227  9   A.  YES.  IT'S A TRADITIONAL NSAID THAT INHIBITS BOTH COX-1
2227  10   AND COX-2.
2227  11   Q.  JUST TELL US WHAT THE RESULTS WERE IN THIS STUDY.  IT
2227  12   SAYS, "INDOBUFEN IN THE PREVENTION OF" -- IS THIS CLOTTING
2227  13   COMPLICATIONS, "THROMBOEMBOLIC COMPLICATIONS"?
2227  14   A.  CORRECT.
2227  15   Q.  "IN PATIENTS WITH HEART DISEASE."  SO CAN YOU TELL US
2227  16   ABOUT THE RESULTS OF THIS STUDY.
2227  17   A.  IN THIS STUDY, INDOBUFEN ACTED AS A CARDIOPROTECTIVE
2227  18   AGENT, AS WELL.
2227  19   Q.  I DON'T KNOW IF THIS IS IN THE ABSTRACT.  WE CAN LOOK,
2227  20   BUT -- YES, IT IS.  LET ME JUST PULL UP THE RESULTS SECTION
2227  21   HERE.  TAKE AS MUCH TIME AS YOU NEED TO REFRESH YOUR
2227  22   RECOLLECTION ON THE RESULTS, OR YOU CAN LOOK ON THE SCREEN,
2227  23   WHATEVER IS EASIER.  DO YOU REMEMBER NOW THE RESULT IN TERMS OF
2227  24   THE PERCENTAGE REDUCTION THAT WAS SHOWN IN THE INDOBUFEN GROUP?
2227  25   A.  THERE WAS ABOUT A 65 PERCENT REDUCTION IN THROMBOEMBOLIC
2228  1   EVENTS, WHICH INCLUDED HEART ATTACKS, STROKES, BLOOD CLOTS IN
2228  2   THE LUNGS.
2228  3   Q.  THEN THE CONCLUSION SAYS, "THE RESULTS OF THE STUDY
2228  4   INDICATE THAT INDOBUFEN MAY REDUCE THE RISK OF ISCHEMIC EVENTS
2228  5   IN PATIENTS WITH HEART DISEASE ASSOCIATED WITH AN INCREASED
2228  6   RISK OF EMBOLISM"; RIGHT?
2228  7   A.  CORRECT.
2228  8   Q.  WHY DOES IT MATTER THAT WE ARE LOOKING AT AN INDOBUFEN
2228  9   STUDY TO FIND OUT WHETHER NAPROXEN IS CARDIOPROTECTIVE?  CAN
2228  10   YOU EXPLAIN WHY THIS WOULD HAVE ANY RELEVANCE AT ALL TO YOU.
2228  11   A.  WELL, INDOBUFEN IS ANOTHER NONSELECTIVE NSAID.  IT'S NOT
2228  12   ASPIRIN.  IT INHIBITS BOTH COX-1 AND COX-2 IN A MANNER SIMILAR
2228  13   TO OTHER NSAIDS, BUT IT'S A VERY POTENT INHIBITOR OF COX-1 IN
2228  14   THE SAME WAY THAT NAPROXEN IS A POTENT INHIBITOR OF COX-1, AND
2228  15   THE SAME GOES FOR FLURBIPROFEN.  SO THIS WAS EVIDENCE THAT
2228  16   OTHER NSAIDS THAT POTENTLY INHIBIT COX-1 WERE CAPABLE OF ACTING
2228  17   AS CARDIOPROTECTIVE AGENTS.  NO ONE HAD EVER LOOKED AT NAPROXEN
2228  18   TO SEE IF IT WAS A CARDIOPROTECTIVE AGENT OR NOT.
2228  19   Q.  WE HEARD FROM DR. MORRISON -- I WON'T REPEAT THIS WITH
2228  20   YOU, BUT HE SHOWED US EVIDENCE IN THE VIOXX CLINICAL TRIALS
2228  21   THAT VIOXX ACTUALLY HAD NO EFFECT ON BLEEDING TIME.
2228  22   A.  THAT'S CORRECT.
2228  23   Q.  WHAT WOULD YOU EXPECT TO SEE IF VIOXX WAS PROTHROMBOTIC,
2228  24   OR PRO-CLOTTING?
2228  25   A.  I COULDN'T TELL YOU.  I DON'T KNOW.  BECAUSE YOU MIGHT SEE
2229  1   AN EFFECT ON BLEEDING TIME, BUT WE DON'T HAVE ANY DRUGS THAT WE
2229  2   KNOW DO THAT, AND SO I DON'T KNOW.
2229  3   Q.  DID YOU CONSIDER IN THE VIGOR STUDY, DR. REICIN, WHETHER
2229  4   THERE WAS ANY EVIDENCE OF BLEEDING AND HOW THE BLEEDING TIMES
2229  5   COMPARED -- IT MAY NOT EVEN BE BLEEDING TIMES, BUT BLEEDING
2229  6   EVENTS -- IN THE NAPROXEN ARM?
2229  7   A.  YEAH.  WE KNOW THAT ASPIRIN, IN ADDITION TO, AS I SAID,
2229  8   INCREASING THE RISK FOR GI BLEEDING, ALSO CAN CAUSE PATIENTS
2229  9   WHO TAKE IT TO HAVE AN INCREASE IN MINOR BLEEDING EVENTS.  THE
2229  10   REASON THAT THAT IS IS, YOU KNOW, FOR INSTANCE, IF YOU'RE
2229  11   SHAVING AND YOU NICK YOURSELF, YOU DO STOP BLEEDING.  HOW DO
2229  12   YOU STOP BLEEDING?  YOUR PLATELETS CLUMP AND THEY MAKE LITTLE
2229  13   BLOOD CLOTS AND THAT STOPS YOU FROM BLEEDING.  THAT'S GOOD.  IF
2229  14   YOU ARE ON ASPIRIN, ACTUALLY, AND YOU CUT YOURSELF, YOU MAY
2229  15   BLEED FOR A MUCH LONGER PERIOD OF TIME BECAUSE YOU'RE NOT

| | Objections In | Responses In |
|---|---|---|

2229 16    ALLOWING THE PLATELETS TO CLUMP. SO PATIENTS WHO ARE ON
2229 17    ASPIRIN HAVE AN INCREASE IN WHAT WE CALL MINOR NON-GI BLEEDING
2229 18    SUCH AS THEY GET MORE NOSEBLEEDS AND THEY BRUISE MORE EASILY.
2229 19    SO WE WENT TO LOOK FOR EVIDENCE OF THAT IN THE VIGOR
2229 20    STUDY TO SEE, OKAY, IF NAPROXEN IS ACTING LIKE ASPIRIN, AS AN
2229 21    ANTIPLATELET AGENT AND CARDIOPROTECTIVE AGENT, IS THERE ALSO AN
2229 22    ASSOCIATED INCREASE IN THE NON-GI BLEEDING EVENTS SUCH AS
2229 23    NOSEBLEEDS AND BRUISING.
2229 24    Q.  WHAT DID YOU FIND?
2229 25    A.  WE FOUND, IN FACT, THERE WAS. THERE WAS A SIGNIFICANT
2230  1    INCREASE IN THOSE TYPE OF EVENTS COMPARED WITH VIOXX.
2230  2    Q.  DID YOU, DR. REICIN, HAVE ANY MEETINGS WITH ANY
2230  3    CONSULTANTS AT MERCK, OUTSIDE CONSULTANTS, TO DISCUSS THE VIGOR
2230  4    STUDY?
2230  5    A.  MULTIPLE MEETINGS.
2230  6    Q.  CAN YOU JUST TELL US ABOUT SOME OF THE MEETINGS, NOT THE
2230  7    DETAILS, BUT WHEN THEY OCCURRED, WHAT TYPES OF MEETINGS THESE
2230  8    WERE.
2230  9    A.  WELL, VERY SOON AFTER WE GOT THE RESULTS WE SPOKE WITH
2230 10    SEVERAL OF THE OUTSIDE EXPERTS THAT WE HAD BEEN WORKING WITH
2230 11    THROUGHOUT THE VIOXX DEVELOPMENT PROGRAM, PEOPLE LIKE CARLO
2230 12    PATRONO, WHO I MENTIONED BEFORE, JOHN OATES, WHO I THINK
2230 13    ACTUALLY TAUGHT GARRETT FITZGERALD AND CARLO PATRONO. IN
2230 14    ADDITION -- I MENTIONED THIS, BUT WE DIDN'T TALK ABOUT IT --
2230 15    THERE WAS A STEERING COMMITTEE, AN OUTSIDE GROUP OF EXPERTS,
2230 16    WHO OVERSAW THE CONDUCT OF THE VIGOR TRIAL, AS WELL AS A DATA
2230 17    SAFETY MONITORING BOARD. WE CERTAINLY MET WITH THEM TO REVIEW
2230 18    THE RESULTS WITH THEM, TO REVIEW OUR INTERPRETATION, TO HEAR
2230 19    WHAT THEIR THOUGHTS WERE ABOUT THE RESULTS, WHAT THEY MEANT.
2230 20    THOSE MEETINGS ALL HAPPENED IN THAT FIRST TWO-WEEK TIME PERIOD.
2230 21    IN ADDITION, LATER ON THROUGH THE SUMMER AND THE EARLY FALL WE
2230 22    HAD THREE --
2230 23    Q.  OF WHAT YEAR?
2230 24    A.  OF 2000. WE HAD THREE SEPARATE CONSULTANT MEETINGS WHERE
2230 25    WE REVIEWED ALL THE VIGOR DATA, OUR PHASE IIB/III OA DATA, OUR
2231  1    ALZHEIMER'S DATA, THE DATA THAT WE HAD AVAILABLE, TO SHOW THEM
2231  2    THE DATA, TO HEAR HOW THEY WOULD INTERPRET THE DATA, FIND OUT
2231  3    IF THEY THOUGHT WE HAD TO DO ANY ADDITIONAL ANALYSES, OTHER
2231  4    WORK THAT THEY SUGGESTED WE DO.
2231  5    Q.  IN THESE MEETINGS THAT YOU HAD WITH THESE OUTSIDE
2231  6    CONSULTANTS, DID ANY OF THEM, BASED ON THE VIGOR STUDY, SUGGEST
2231  7    THAT MERCK WITHDRAW VIOXX FROM THE MARKET?
2231  8    A.  NO.
2231  9    Q.  DID ANY SUGGEST THAT MERCK PUT A BLACK-BOX WARNING IN THE
2231 10    LABEL FOR CARDIOVASCULAR EVENTS?
2231 11    A.  NO, THEY DID NOT.
2231 12    Q.  BASED ON THE TOTALITY OF THE DATA, DR. REICIN, THE OA
2231 13    STUDIES, THE ALZHEIMER'S STUDIES, THE PHARMACOLOGY THAT YOU
2231 14    LOOKED AT, THE FLURBIPROFEN AND INDOBUFEN STUDIES, WHAT DID YOU
2231 15    BELIEVE, BASED ON THE SCIENCE THAT EXISTED AT THE TIME, ABOUT
2231 16    THE EXPLANATION FOR THE INCREASE IN HEART ATTACKS SEEN IN
2231 17    VIGOR?
2231 18    A.  I THOUGHT THAT WHAT WE WERE SEEING WAS A CARDIOPROTECTIVE
2231 19    EFFECT OF NAPROXEN.
2231 20    Q.  THE JURY HAS SEEN THIS DOCUMENT. IT'S P1-132. IT'S IN
2231 21    EVIDENCE. IT IS AN E-MAIL FROM DR. SCOLNICK TO YOU AND OTHERS
2231 22    ON MARCH 9, 2000. DO YOU SEE THAT?
2231 23    A.  I DO.
2231 24    Q.  THIS IS THE E-MAIL WHERE DR. SCOLNICK -- AND HE WAS ASKED
2231 25    ABOUT THIS IN HIS DEPOSITION, BUT HE SAYS, AMONG OTHER THINGS,
2232  1    "THE CV EVENTS ARE CLEARLY THERE," AND THEN FURTHER DOWN, "IT
2232  2    IS A SHAME, BUT IT IS A LOW INCIDENCE, AND IT IS
2232  3    MECHANISM-BASED, AS WE WORRIED IT WAS." DO YOU SEE THAT?

122

| | Objections In | Responses In |
|---|---|---|

2232 4    A.  I DO.

2232 5    Q.  DO YOU REMEMBER BACK AT THIS TIME, IN EARLY MARCH OF 2000,
2232 6    THAT DR. SCOLNICK WAS CONCERNED THAT THE REASON FOR THE
2232 7    DIFFERENCE IN HEART ATTACKS IN THE VIGOR STUDY WAS BECAUSE OF
2232 8    VIOXX?

2232 9    A.  I THINK THAT WAS HIS INITIAL IMPRESSION, THAT'S CORRECT.

2232 10   Q.  DO YOU ACTUALLY REMEMBER THAT THERE WERE TIMES WHEN HE WAS
2232 11   IN AGONY BECAUSE HE WAS SO CONCERNED ABOUT IT?

2232 12   A.  I DO.

2232 13   Q.  DID YOU AND OTHERS AT MERCK COLLECTIVELY DISCUSS WITH
2232 14   DR. SCOLNICK YOUR OBSERVATION, YOUR ANALYSIS OF THE DATA?

2232 15   A.  YES, WE DID.  CLEARLY -- I MEAN, I WAS ON THE PHONE WITH
2232 16   DR. SCOLNICK EXTENSIVELY DURING THE NEXT COUPLE OF WEEKS AND
2232 17   BEYOND THAT.  PATIENT SAFETY WAS OF PARAMOUNT IMPORTANCE TO
2232 18   DR. SCOLNICK, AND HE WAS QUITE CONCERNED ABOUT THE DATA.  BUT I
2232 19   KNOW, WHEN WE SHOWED HIM THE TOTALITY OF THE DATA, HE AGREED
2232 20   THAT THE MOST LIKELY EXPLANATION WAS THAT NAPROXEN WAS ACTING
2232 21   AS CARDIOPROTECTIVE AGENT.

2232 22   THAT'S NOT TO SAY THAT THERE WOULDN'T BE PERIODS
2232 23   THROUGHOUT THE COMING MONTHS WHERE HE WOULD HAVE DOUBTS AND
2232 24   SAY, "OH, MY GOD.  ARE WE SURE WE'RE RIGHT ABOUT THIS," AND
2232 25   ASKED US TO DO MORE ANALYSES AND MORE WORK, BUT I KNOW THAT HE
2233 1    REALLY FELT THAT WAS THE MOST LIKELY EXPLANATION.  WE ALL DID.
2233 2    I MUST TELL YOU, ALL THOSE CONSULTANT MEETINGS, THAT WAS THE
2233 3    MAJORITY VIEW OF OUR CONSULTANTS, AS WELL.

2233 4    Q.  LET ME SHOW YOU WHAT'S BEEN ADMITTED AS DX-186,
2233 5    DR. REICIN.  I'M GOING TO ASK YOU ABOUT BOTH OF THESE E-MAILS.
2233 6    THE FIRST IS FROM DR. SCOLNICK TO YOU AND OTHERS, FEBRUARY 4,
2233 7    2001.  IT'S CALLED "A WORD OF PRAISE."  JUST TO PUT THE CONTEXT
2233 8    HERE, FEBRUARY 1, 2001 [SIC] IS 20 OR SO MONTHS BEFORE
2233 9    MR. SMITH STARTED USING VIOXX.

2233 10   HERE DR. SCOLNICK WRITES, "ALAN AND ALISE AND HARRY,
2233 11   NOT A NEW TITLE FOR A WOODY ALLEN MOVIE," AND HE GOES ON --
2233 12   WE'VE SEEN THIS E-MAIL BEFORE, BUT HE GOES TO TALK ABOUT THE
2233 13   EFFORT THAT YOU-ALL GAVE IN PREPARING FOR THE ADVISORY
2233 14   COMMITTEE MEETING.  DO YOU REMEMBER THAT?

2233 15   A.  THAT'S CORRECT.  WE WERE ABOUT TO HAVE A PUBLIC FDA
2233 16   ADVISORY COMMITTEE MEETING TO DISCUSS THE VIGOR RESULTS.

2233 17   Q.  IN THIS E-MAIL DR. SCOLNICK WRITES, "WE ALL WORRIED TO
2233 18   DEATH ABOUT THE CV EVENTS LAST SPRING.  MERCK IS, OF COURSE,
2233 19   ALWAYS AN ISSUE, BUT I WAS SICK AT THE THOUGHT WE MIGHT BE
2233 20   DOING HARM TO PATIENTS."  THEN HE CONTINUES.  "I KNOW EACH OF
2233 21   YOU WELL ENOUGH TO KNOW YOU FELT THE SAME WAY.  WITH ALL THE
2233 22   DATA NOW AVAILABLE, I AM NO LONGER WORRIED."  DO YOU SEE THAT?

2233 23   A.  I DO.

2233 24   Q.  IS THAT CONSISTENT WITH YOUR RECOLLECTION THAT
2233 25   DR. SCOLNICK, WHILE AT FIRST HE THOUGHT VIOXX MIGHT BE THE
2234 1    REASON FOR THE DIFFERENCE IN HEART ATTACKS IN VIGOR, DIDN'T
2234 2    THINK THAT WAY LATER ON?

2234 3    A.  THAT IS CORRECT.

2234 4    Q.  LET ME SHOW YOU WHAT'S IN EVIDENCE AS DEFENSE EXHIBIT 244.
2234 5    THIS IS ANOTHER E-MAIL FROM DR. SCOLNICK, THIS ONE TO YOU.  NOW
2234 6    WE ARE NOVEMBER 1, 2001 [SIC] ABOUT A YEAR OR SO BEFORE
2234 7    MR. SMITH USES VIOXX.  HE SAYS, "ALISE, THANKS FOR THE UPDATE
2234 8    TODAY.  THE RATES IN THE ALZHEIMER'S STUDY AND THE LARGE
2234 9    NUMBERS OF PATIENTS INCLUDED MAKE ME VERY COMFORTABLE WITH THE
2234 10   DATA AND THAT WE DO NOT HAVE ANY PROBLEMS."  DO YOU SEE THAT?
2234 11   "MANY THANKS, ED."

2234 12   A.  I DO.  AGAIN, I THINK AS I MENTIONED BEFORE, WE WERE
2234 13   CONTINUING TO GET MORE DATA, CONTINUED TO UPDATE IT, CONTINUED
2234 14   TO WANT TO LOOK AT THE DATA TO MAKE SURE THAT THE WAY THAT WE
2234 15   ANALYZED THE DATA THE FIRST TIME WAS ACCURATE.  THIS WAS, I
2234 16   THINK, ONE OF THOSE UPDATES.  WE HAD GOTTEN MORE ALZHEIMER'S

123

| | Objections In | Responses In |
|---|---|---|

2234 17   DATA. WE HAD DONE MORE ANALYSES. WE WERE REVIEWING THEM WITH
2234 18   DR. SCOLNICK AND OTHER SENIOR PEOPLE AT MERCK.
2234 19   Q. I WANT TO SWITCH SUBJECTS NOW, DR. REICIN, TO THE VIGOR
2234 20   ARTICLE. DID YOU AND OTHERS PUBLISH THE RESULTS OF THE VIGOR
2234 21   STUDY IN THE NEW ENGLAND JOURNAL OF MEDICINE?
2234 22   A. YES. I WAS AN AUTHOR ON THAT AS WELL AS DEBORAH SHAPIRO
2234 23   AND THE OUTSIDE MEMBERS OF THE STEERING COMMITTEE.
2234 24   Q. WHEN DID THE VIGOR ARTICLE GET PUBLISHED IN THE
2234 25   NEW ENGLAND JOURNAL OF MEDICINE?
2235 1   A. THAT WAS IN NOVEMBER OF 2000.
2235 2   Q. I'LL PUT "PUBLISHED VIGOR IN NEW ENGLAND JOURNAL OF
2235 3   MEDICINE." NOW, YOU REFERRED BEFORE, DR. REICIN, TO THE FACT
2235 4   THAT THERE WERE 20 HEART ATTACKS IN THE VIOXX GROUP IN VIGOR
2235 5   AND 4 IN THE NAPROXEN ARM; RIGHT?
2235 6   A. THAT'S CORRECT.
2235 7   Q. YOU SAID SOMETHING ABOUT HOW THAT WAS HOW THE ULTIMATE
2235 8   NUMBERS CAME OUT. DID YOU AT FIRST, WHEN YOU FIRST SUBMITTED
2235 9   THIS ARTICLE TO THE NEW ENGLAND JOURNAL OF MEDICINE, THINK THAT
2235 10   THERE WERE 17 HEART ATTACKS IN THE VIOXX GROUP?
2235 11   A. THAT'S CORRECT, 17 ON VIOXX, 4 ON NAPROXEN. THAT WAS
2235 12   BASED ON A PRESPECIFIED ANALYSIS AND A PRESPECIFIED CUTOFF
2235 13   DATE.
2235 14   Q. WHAT DOES THAT MEAN? WHAT'S A PRESPECIFIED CUTOFF AND A
2235 15   PRESPECIFIED ANALYSIS?
2235 16   A. WHEN YOU DO LARGE CLINICAL TRIALS, YOU WANT TO PRESPECIFY
2235 17   THE ANALYSES THAT YOU'RE GOING TO DO BEFORE YOU UNBLIND OR SEE
2235 18   THE DATA. YOU KNOW, OCCASIONALLY, YOU WILL DO THINGS
2235 19   AFTERWARDS BECAUSE YOU WILL SEE SOMETHING YOU DIDN'T EXPECT TO
2235 20   SEE AND YOU DO ADDITIONAL ANALYSES, BUT YOU DO TRY TO
2235 21   PRESPECIFY HOW YOU ARE GOING TO ANALYZE THE DATA.
2235 22   Q. WHY? I'M SORRY. WHY DO YOU DO THAT?
2235 23   A. IT ADDS TO THE RIGOR BECAUSE AFTERWARDS -- AND AS I SAID,
2235 24   YOU DO DO OTHER ANALYSES, BUT YOU CAN DO A THOUSAND ANALYSES
2235 25   AND FIND ONE AND THEN MAYBE MAKE SOMETHING OUT OF THAT ONE THAT
2236 1   YOU SHOULDN'T BE BECAUSE MAYBE IT HAPPENED BY CHANCE.
2236 2   IN ADDITION, WE PRESPECIFY FOR ALL OF OUR CLINICAL
2236 3   TRIALS -- AND ALL PHARMACEUTICAL COMPANIES DO THIS. YOU HAVE
2236 4   PRESPECIFIED CUTOFF DATES BY WHICH YOU SAY ANY DATA THAT'S IN
2236 5   BY THIS DATE WE'LL BE INCLUDED IN THE ANALYSIS. ANYTHING THAT
2236 6   COMES IN AFTERWARDS, WE COLLECT AND THEN WE SEND THAT DOWN TO
2236 7   REGULATORY AGENCIES.
2236 8   I MUST SAY, EVEN ME COMING FROM ACADEMIA, AT FIRST I
2236 9   THOUGHT, WELL, THAT STUDY IS OVER, YOU GET THE DATA, AND YOU GO
2236 10   ON. BUT IT TURNS OUT SOMETIMES YOU CAN HAVE A STUDY THAT'S
2236 11   OVER A YEAR AGO AND SOMEONE FINDS SOMETHING IN, YOU KNOW, A
2236 12   CHART THAT THEY REALIZED THEY HAD FORGOTTEN TO REPORT AND THEY
2236 13   SEND THAT IN. SO YOU HAVE TO -- YOU USUALLY DO A PRESPECIFIED
2236 14   CUTOFF DATE.
2236 15   Q. WHAT WAS THE PRESPECIFIED CUTOFF DATE FOR CARDIOVASCULAR
2236 16   EVENTS IN THE VIGOR TRIAL?
2236 17   A. SO WE HAD A PRESPECIFIED CUTOFF DATE FOR CARDIOVASCULAR
2236 18   EVENTS AND A DIFFERENT ONE FOR GI EVENTS, WHICH I COULD EXPLAIN
2236 19   THE REASON WHY IF YOU WANTED ME TO. THE PRE-SPECIFIED CUTOFF
2236 20   DATE FOR CV EVENTS WAS THE TERMINATION DATE OF THE STUDY, WHICH
2236 21   WAS IN FEBRUARY.
2236 22   Q. AT THAT TIME -- AND I AM GOING TO ASK YOU TO EXPLAIN WHY
2236 23   THE DIFFERENT DATES. AT THAT TIME, FEBRUARY 10, 2000, THE
2236 24   PRESPECIFIED CUTOFF DATE FOR THE VIGOR STUDY, HOW MANY HEART
2236 25   ATTACKS HAD BEEN REPORTED BY THAT DATE IN THE VIOXX GROUP?
2237 1   A. WELL, I THINK WHAT I'D SAY IS OF THOSE THAT HAD BEEN -- OF
2237 2   ALL THE EVENTS THAT HAD BEEN REPORTED, 17 HAD BEEN CONFIRMED ON
2237 3   VIOXX AND 4 WERE CONFIRMED ON NAPROXEN. WE HAD PRESPECIFIED
2237 4   THAT THAT WOULD BE THE PRIMARY ANALYSIS FROM THE STUDY,

| | Objections In | Responses In |
|---|---|---|

2237 5   THEREFORE, THAT WAS THE DATA THAT WAS SENT IN IN JUNE TO THE
2237 6   FDA WITH OUR LABEL CHANGE AND THAT WAS THE DATA THAT WAS SENT
2237 7   INTO THE NEW ENGLAND JOURNAL IN MAY OF 2000.
2237 8   Q.  DID YOU LEARN ABOUT THREE ADDITIONAL HEART ATTACKS THAT
2237 9   WERE CONFIRMED AFTER THE FEBRUARY 10, 2000 DATE?
2237 10   A.  THAT'S CORRECT.  THERE WERE SOMETHING LIKE 11 OVERALL
2237 11   EVENTS THAT WERE REPORTED AFTER THE CUTOFF DATE.  OF THOSE 11,
2237 12   THERE WERE 3 CONFIRMED HEART ATTACKS THAT OCCURRED ON VIOXX.
2237 13   Q.  YOU MENTIONED THERE WAS A DIFFERENT CUTOFF DATE FOR THE
2237 14   CARDIOVASCULAR EVENTS VERSUS THE GI EVENTS.  WHY WAS THAT?
2237 15   A.  BECAUSE FOR THE CARDIOVASCULAR EVENTS WE -- ALMOST ALL OF
2237 16   THE CARDIOVASCULAR EVENTS WERE IN PATIENTS WHO WERE
2237 17   HOSPITALIZED.  I DON'T KNOW IF YOU TALKED WITH THEM ABOUT THE
2237 18   WHOLE ADJUDICATION PROCESS?
2237 19   Q.  NOT REALLY.
2237 20   A.  OKAY.  SO WHAT WE DID WITH THESE EVENTS -- REMEMBER WE HAD
2237 21   RHEUMATOLOGISTS TAKING CARE OF PATIENTS.  SO WE WANTED TO MAKE
2237 22   SURE IF SOMEONE REPORTED A HEART ATTACK, WAS IT REALLY A HEART
2237 23   ATTACK; AND IF SOMEONE REPORTED, YOU KNOW, SOMETHING LIKE CHEST
2237 24   PAIN, COULD THAT HAVE BEEN A HEART ATTACK.  SO WE HAD AN
2237 25   ADJUDICATION PROCESS IN PLACE BOTH FOR GI AND CARDIOVASCULAR
2238 1   ADVERSE EVENTS WHEREBY, IF A POTENTIAL EVENT WAS REPORTED TO
2238 2   US, WE WOULD THEN GO BACK TO THE SITE AND SAY, "CAN YOU SEND US
2238 3   ALL OF THE SOURCE DOCUMENTATION."
2238 4   SO FOR POTENTIAL HEART ATTACKS OR STROKES WE'D SAY,
2238 5   YOU KNOW, COULD WE GET THE EKG'S, COULD WE GET ANY IMAGING
2238 6   STUDIES, COULD WE GET THE HOSPITAL RECORDS, AND IT OFTEN TOOK
2238 7   LONGER TO GET THOSE HOSPITAL RECORDS.  IT TOOK A LONG TIME.
2238 8   YOU NEEDED PERMISSION OF THE PATIENTS, ET CETERA.  SO IT WAS
2238 9   LONGER FOR US TO GET THE DATA ON THE CARDIOVASCULAR EVENTS THAN
2238 10   ON THE GI EVENTS.  SO IN ORDER WE GOT THE DATA AS QUICKLY AS
2238 11   POSSIBLE, WE HAD A SEPARATE CUTOFF DATE.
2238 12   Q.  THE DECISION CONCERNING THE CUTOFF DATE, THE FEBRUARY 10
2238 13   CUTOFF DATE, WAS THAT DECISION MADE BEFORE OR AFTER THE RESULTS
2238 14   CAME IN FOR THE VIGOR STUDY?
2238 15   A.  THAT WAS BEFORE I WAS UNBLINDED TO THE RESULTS FOR THE
2238 16   VIGOR STUDY.
2238 17   Q.  IF YOU COULD TURN TO --
2238 18   A.  THAT'S WHY WE CALL IT "PRESPECIFIED."
2238 19   Q.  GOT IT.  DEFENSE EXHIBIT 361, DR. REICIN, THIS IS A LETTER
2238 20   FROM YOU, FEBRUARY 7, 2000, TO DR. WEINBLATT, WHICH WE OFFER IN
2238 21   EVIDENCE.
2238 22   MR. WATTS:  NO OBJECTION, YOUR HONOR.
2238 23   THE COURT:  LET IT BE ADMITTED.
2238 24   BY MR. GOLDMAN:
2238 25   Q.  LET ME BACK UP.  IT'S A LETTER FROM WHO?
2239 1   A.  IT'S FROM ME.
2239 2   Q.  WHO DID YOU WRITE THIS TO?
2239 3   A.  THIS WAS TO DR. MICHAEL WEINBLATT, WHO IS A RHEUMATOLOGIST
2239 4   AT HARVARD UNIVERSITY, BRIGHAM AND WOMEN'S HOSPITAL.  HE WAS
2239 5   THE HEAD OF THE EXTERNAL SAFETY DATA MONITORING COMMITTEE.
2239 6   Q.  WHAT IS THE DATA SAFETY MONITORING COMMITTEE?
2239 7   A.  THIS WAS A COMMITTEE THAT WAS SET UP TO BASICALLY MONITOR
2239 8   THE SAFETY OF THE TRIAL IN AN ONGOING BASIS DURING THE TRIAL.
2239 9   FIVE PEOPLE WERE ON THE COMMITTEE, ALL EXTERNAL TO MERCK.
2239 10   DEBORAH SHAPIRO DID DO THE ANALYSES.  SHE WAS NOT A VOTING
2239 11   MEMBER OF THE COMMITTEE.  ONCE SHE STARTED DOING THE ANALYSES
2239 12   FOR THEM, SHE COULD NO LONGER INTERACT WITH THE REST OF US WHO
2239 13   WERE ON THE VIGOR STUDY.
2239 14   Q.  WAS SHE AN EMPLOYEE OF MERCK?
2239 15   A.  YES, SHE WAS AN EMPLOYEE OF MERCK, BUT, AGAIN, NONVOTING
2239 16   MEMBER, AND ALL SHE DID WAS PROVIDE THE ANALYSES TO THEM.  SO
2239 17   THEY WERE SEEING THE DATA AS TREATMENT GROUP A AND TREATMENT

125

| | Objections In | Responses In |
|---|---|---|

2239 18   GROUP B WHILE THE STUDY WAS ONGOING.
2239 19   Q.   THEN, IN THIS LETTER TO DR. WEINBLATT, DO YOU SAY, "A
2239 20   CUTOFF DATE FOR REPORTING OF THESE EVENTS TO MERCK WILL BE
2239 21   FEBRUARY 10, THE TERMINATION DATE FOR THE STUDY"?
2239 22   A.   THAT'S CORRECT.  "THESE EVENTS" WERE CARDIOVASCULAR
2239 23   EVENTS.
2239 24   Q.   IT'S A LONG PARAGRAPH, BUT AT THE END YOU SAY, "WE WILL DO
2239 25   OUR BEST TO ENSURE THAT EVENTS ARE ADJUDICATED AND ANALYSES ARE
2240  1   COMPLETED PRIOR SUBMISSION OF VIGOR DATA TO REGULATORY
2240  2   AGENCIES.  ANY EVENTS WHICH ARE REPORTED AFTER FEBRUARY 10 WILL
2240  3   BE ADJUDICATED.  HOWEVER, THEY WILL NOT BE INCLUDED IN THE
2240  4   INITIAL ANALYSIS."  IS THAT WHAT YOU TOLD DR. WEINBLATT ON
2240  5   FEBRUARY 7, 2000?
2240  6   A.   YES, I DID.
2240  7   Q.   I THINK YOU MENTIONED THIS BEFORE, BUT THE FIRST DRAFT OF
2240  8   THE VIGOR STUDY WAS SENT TO THE NEW ENGLAND JOURNAL OF MEDICINE
2240  9   WHAT MONTH?
2240 10   A.   IN MAY OF 2000.
2240 11   Q.   DID THAT REFERENCE THE 17 HEART ATTACKS AS OPPOSED TO THE
2240 12   20?
2240 13   A.   IN MAY THAT'S ALL WE KNEW ABOUT WAS 17.  WE KNEW THAT SOME
2240 14   OTHERS HAD BEEN REPORTED BUT HAD NOT BEEN YET ADJUDICATED.
2240 15   Q.   IF YOU TAKE A LOOK AT DEFENSE EXHIBIT 136, DR. REICIN,
2240 16   THIS IS A LETTER, MAY OF 2000, FROM YOU AND THE AUTHORS OF THE
2240 17   VIGOR STUDY.  I BELIEVE IT'S TO THE NEW ENGLAND JOURNAL OF
2240 18   MEDICINE.
2240 19   MR. GOLDMAN:  WE OFFER IT INTO EVIDENCE.
2240 20   MR. WATTS:  NO OBJECTION, YOUR HONOR.
2240 21   THE COURT:  LET IT BE ADMITTED.
2240 22   BY MR. GOLDMAN:
2240 23   Q.   136 IS THE EXHIBIT NUMBER, AND ON THE SCREEN IT'S A LETTER
2240 24   WRITTEN TO -- IS IT DR. UTIGER?
2240 25   A.   I BELIEVE THAT'S HOW HE PRONOUNCES IT.
2241  1   Q.   OF THE NEW ENGLAND JOURNAL OF MEDICINE, MAY 18, 2000.
2241  2   THEN ON THE SECOND PAGE THERE ARE A LOT OF SIGNATURES HERE.
2241  3   LET ME START OUT.  THIS FIRST ONE, DR. BOMBARDIER, WHO IS SHE?
2241  4   A.   DR. BOMBARDIER IS THE PROFESSOR OF MEDICINE AT THE
2241  5   UNIVERSITY OF TORONTO.  SHE IS A RHEUMATOLOGIST AND AN
2241  6   EPIDEMIOLOGIST.
2241  7   Q.   HERE IS YOUR SIGNATURE HERE, DR. REICIN.
2241  8   A.   THAT'S CORRECT.
2241  9   Q.   CAN YOU JUST BRIEFLY TELL THE JURY WHO THESE OTHER PEOPLE
2241 10   ARE, DR. LAINE AND OTHERS, JUST BRIEFLY.
2241 11   A.   LOREN LAINE IS A PROFESSOR OF GASTROENTEROLOGY AT U.S.C.
2241 12   HE SIGNED ON ANOTHER PAGE.  DEBORAH SHAPIRO IS A STATISTICIAN
2241 13   WHO WORKS AT MERCK.  DR. BARRY DAVIS IS A STATISTICIAN AND ALSO
2241 14   A CLINICAL TRIALIST, A PHYSICIAN WHO WORKS AT THE UNIVERSITY OF
2241 15   TEXAS, PROFESSOR, UNIVERSITY OF TEXAS.  MARCOS BOSI FERRAZ IS A
2241 16   RHEUMATOLOGIST FROM BRAZIL.  MARK HOCHBERG IS A PROFESSOR OF
2241 17   MEDICINE AND RHEUMATOLOGY AT THE UNIVERSITY OF MARYLAND.  TOM
2241 18   SCHNITZER IS A PROFESSOR OF MEDICINE IN CLINICAL TRIALS AND
2241 19   RHEUMATOLOGY AT NORTHWESTERN UNIVERSITY.  RUBEN BURGOS-VARGAS
2241 20   IS A RHEUMATOLOGIST IN MEXICO.  RICHARD DAY IS A PROFESSOR AND
2241 21   ACTUALLY ONE OF THE HEADS OF THE MEDICAL SCHOOL IN AUSTRALIA.
2241 22   CHRISTOPHER HAWKEY IS A PROFESSOR OF GASTROENTEROLOGY IN THE
2241 23   UNITED KINGDOM.  TORE KVIEN IS A PROFESSOR OF RHEUMATOLOGY AND
2241 24   MEDICINE IN NORWAY.  ARTHUR WEAVER IS A RHEUMATOLOGIST.  HE WAS
2241 25   THE EX HEAD OF THE AMERICAN COLLEGE OF RHEUMATOLOGY IN I THINK
2242  1   OMAHA.  IT'S IN THE MIDWEST.  I MAY BE WRONG ON OMAHA.
2242  2   Q.   ON THE FIRST PAGE, DR. REICIN, IN THE VERY FIRST
2242  3   PARAGRAPH, IS THIS WHERE ALL OF THE AUTHORS ARE SUBMITTING THE
2242  4   ORIGINAL MANUSCRIPT OF THE VIGOR PAPER FOR THE NEW ENGLAND
2242  5   JOURNAL OF MEDICINE'S CONSIDERATION.

| | Objections In | Responses In |
|---|---|---|

2242 6    A.  THAT'S CORRECT.
2242 7    Q.  THEN THE FOURTH PARAGRAPH, CAN YOU READ WHAT THIS
2242 8    PARAGRAPH SAYS.
2242 9    A.  "THIS MANUSCRIPT HAS BEEN READ AND APPROVED BY ALL
2242 10   AUTHORS. EACH AUTHOR HAS SIGNED A STATEMENT ATTESTING TO HIS
2242 11   OR HER FULFILLMENT OF THE AUTHORSHIP CRITERIA AS DESCRIBED IN
2242 12   THE UNIFORM REQUIREMENTS."
2242 13   Q.  WHAT DOES THAT MEAN, "UNIFORM REQUIREMENTS"?
2242 14   A.  IN ORDER TO BE AN AUTHOR ON A PAPER, YOU EITHER HAVE TO
2242 15   HAVE CONTRIBUTED TO THE DESIGN OF THE STUDY, TO THE ANALYSIS OF
2242 16   THE STUDY, TO THE WRITING OF THE MANUSCRIPT. THERE ARE A LIST
2242 17   OF REQUIREMENTS.
2242 18   Q.  DID THIS PAPER GO THROUGH THE SAME PEER-REVIEW PROCESS
2242 19   THAT YOU WERE DESCRIBING YOUR OTHER PAPER WENT THROUGH?
2242 20   A.  YES, IT DID.
2242 21   Q.  HOW LONG DID THAT PROCESS TAKE ABOUT?
2242 22   A.  WELL, SEVERAL MONTHS. WE HAD ASKED FOR AN EXPEDITED
2242 23   REVIEW. WE THOUGHT THE RESULTS OF THE PAPER WERE IMPORTANT TO
2242 24   BE PUBLISHED QUICKLY. WE WERE TURNED DOWN FOR THAT. THE PAPER
2242 25   WAS PUBLISHED IN NOVEMBER OF 2000.
2243 1    Q.  LET'S TAKE A LOOK AT THE FINAL PAPER, DR. REICIN. IT'S
2243 2    DEFENSE EXHIBIT 586, WHICH I'LL MARK FOR IDENTIFICATION. IS
2243 3    WHAT'S ON THE SCREEN THE FINAL VIGOR STUDY PUBLISHED IN THE
2243 4    NEW ENGLAND JOURNAL OF MEDICINE IN NOVEMBER OF 2000?
2243 5    A.  THIS IS THE PAPER THAT WAS PUBLISHED IN THE NEW ENGLAND
2243 6    JOURNAL OF MEDICINE.
2243 7    Q.  JUST FOCUSING ON THE RESULTS SECTION, IS THIS WHERE YOU
2243 8    DESCRIBE THE RESULTS OF THE VIGOR STUDY, DOCTOR?
2243 9    A.  YES, IT IS.
2243 10   Q.  WHERE IT SAYS THE INCIDENCE OF MYOCARDIAL INFARCTION WAS
2243 11   LOWER AMONG PATIENTS IN THE NAPROXEN GROUP THAN AMONG THOSE IN
2243 12   THE VIOXX GROUP, .1 VERSUS .4 PERCENT, RELATIVE RISK .2, AND
2243 13   THEN IT HAS A 95 PERCENT CONFIDENCE INTERVAL, AND THEN IT TALKS
2243 14   ABOUT OVERALL MORTALITY RATE BEING SIMILAR, WHAT IS THIS
2243 15   DESCRIBING HERE TO READERS?
2243 16   A.  THIS IS DESCRIBING THE RATES OF HEART ATTACKS, THE
2243 17   INCIDENCE OF HEART ATTACKS THAT WE SAW IN THE VIGOR STUDY.
2243 18   THIS WAS BASED ON 4 EVENTS IN NAPROXEN AND 17 IN THE VIOXX
2243 19   GROUP, WHICH TRANSLATED TO .1 PERCENT VERSUS .4 PERCENT. THEN
2243 20   RELATIVE RISK, YOU WOULD READ THAT AS BEING AN 80 PERCENT
2243 21   REDUCTION OR, IF YOU FLIP IT OVER, A FIVEFOLD INCREASE.
2243 22   Q.  FIVEFOLD INCREASE IN THE VIOXX ARM VERSUS THE NAPROXEN
2243 23   ARM?
2243 24   A.  CORRECT, OR AN 80 PERCENT REDUCTION IN THE NAPROXEN ARM
2243 25   COMPARED WITH THE VIOXX.
2244 1    Q.  NOW, DR. REICIN, IF YOU KNEW ABOUT THE THREE HEART ATTACKS
2244 2    THAT WERE CONFIRMED AFTER FEBRUARY OF 2000, WHY NOT -- LET ME
2244 3    FIRST ASK YOU: DID YOU INFORM THE NEW ENGLAND JOURNAL OF
2244 4    MEDICINE ABOUT THOSE THREE ADDITIONAL HEART ATTACKS BEFORE THE
2244 5    NEW ENGLAND JOURNAL OF MEDICINE PUBLISHED THE VIGOR STUDY IN
2244 6    NOVEMBER OF 2000?
2244 7    A.  NO, WE DID NOT.
2244 8    Q.  WHY NOT?
2244 9    A.  FRANKLY I DIDN'T EVEN THINK ABOUT IT. WE HAD COME UP WITH
2244 10   A. PRESPECIFIED PLAN. WE HAD FOLLOWED THAT PLAN. THE RESULT,
2244 11   THE CONCLUSIONS WE DREW DIDN'T CHANGE. THERE WAS A
2244 12   STATISTICALLY SIGNIFICANT DIFFERENCE WHEN IT WAS 17 VERSUS 4
2244 13   AND NOW IT WAS 20 VERSUS 4. IN FACT, THE RELATIVE RISK THAT WE
2244 14   REPORTED WOULD HAVE BEEN .2, SO IT WOULD HAVE BEEN THE SAME.
2244 15   IT DIDN'T EVEN OCCUR TO ME. IT WASN'T A MEANINGFUL DIFFERENCE.
2244 16   I WAS BASICALLY FOLLOWING OUR STANDARD PROCEDURES.
2244 17   WE PRESPECIFIED WHAT THE DATA CUTOFF WAS. THAT'S WHAT WE WENT
2244 18   WITH. IF YOU THINK ABOUT IT, HAD THREE MORE HEART ATTACKS COME

| | Objections In | Responses In |
|---|---|---|

2244 19  IN AND IF THEY HAD ALL BEEN ON NAPROXEN, THAT WOULD HAVE
2244 20  CHANGED IT TO 17 VERSUS 7, WHICH MIGHT NOT HAVE BEEN
2244 21  STATISTICALLY SIGNIFICANT, AND I THINK I WOULD HAVE BEEN HIGHLY
2244 22  CRITICIZED HAD I TRIED TO SUBMIT THOSE RESULTS THEN AND CHANGED
2244 23  THE CONCLUSIONS OF THE PAPER.
2244 24  Q.  DID THE THREE ADDITIONAL HEART ATTACKS CHANGE THE RELATIVE
2244 25  RISK AT ALL IN THE VIGOR STUDY?
2245  1  A.  OH, I'M SURE IF YOU WENT OUT TO THE MORE DECIMAL PLACES
2245  2  THERE WAS CERTAINLY A DIFFERENCE.
2245  3  Q.  HOW ABOUT TO THE FIVE TIMES NUMBER?
2245  4  A.  WELL, IT WOULD HAVE BEEN .2, WHICH IS EXACTLY WHAT WE
2245  5  ENDED UP REPORTING BECAUSE OF THE WAY THINGS ROUNDED HERE.  SO
2245  6  THE RELATIVE RISK, HAD WE REPORTED IT AS .5 PERCENT VERSUS .1
2245  7  PERCENT, WOULD HAVE BEEN REPORTED AS .2, WHICH IS EXACTLY WHAT
2245  8  WAS REPORTED THERE.  IT WAS STATISTICALLY SIGNIFICANT WHEN IT
2245  9  WAS 17 VERSUS 4 AND IT REMAINED STATISTICALLY SIGNIFICANT WHEN
2245 10  IT WAS 20 VERSUS 4.
2245 11  Q.  WERE THERE ADVERSE EVENTS, DR. REICIN, THAT WAS
2245 12  ADJUDICATED ON NAPROXEN AFTER FEBRUARY 10, 2000?
2245 13  A.  YES, THERE WERE.
2245 14  Q.  DID YOU REPORT THOSE TO THE NEW ENGLAND JOURNAL OF
2245 15  MEDICINE BEFORE THE VIGOR ARTICLE WAS PUBLISHED?
2245 16  A.  NO, FOR THE SAME EXACT REASON.  THERE WAS A STROKE THAT
2245 17  WAS REPORTED ON NAPROXEN AND ALSO ANOTHER GI BLEED ON NAPROXEN.
2245 18  Q.  DID YOU INFORM THE FDA, DR. REICIN, ABOUT THE PRESPECIFIED
2245 19  CUTOFF IN VIGOR AND THE FACT THAT THERE WERE THREE ADDITIONAL
2245 20  HEART ATTACKS THAT WERE CONFIRMED AFTER THE FEBRUARY 10, 2000
2245 21  CUTOFF DATE?
2245 22  A.  YES WE DID.
2245 23  Q.  WHEN DID YOU DO THAT, WHERE DID YOU DO THAT, AND HOW DID
2245 24  YOU DO THAT?
2245 25  A.  THERE'S SOMETHING CALLED THE SAFETY UPDATE REPORT, WHICH
2246  1  MEANS AFTER YOU SEND IN YOUR INITIAL SUBMISSION, X NUMBER OF
2246  2  MONTHS LATER -- THERE'S A STANDARD TIME LATER -- YOU SEND IN
2246  3  ANY ADDITIONAL DATA THAT HAS COME IN SINCE THAT TIME, AGAIN, IT
2246  4  BEING UNDERSTOOD THAT THERE WILL BE ADDITIONAL DATA THAT COMES
2246  5  IN.  SO WE SUBMITTED THAT SAFETY UPDATE REPORT IN OCTOBER,
2246  6  WHICH IS I THINK WHAT THE TIME FRAME WAS FOR THAT, TO THE FDA.
2246  7  Q.  OCTOBER OF?
2246  8  A.  2000.
2246  9  Q.  IF YOU TAKE A LOOK, DR. REICIN, AT DEFENSE EXHIBIT 155,
2246 10  WHICH IS AN OCTOBER 13, 2000 PERIODIC SAFETY UPDATE REPORT TO
2246 11  THE FDA -- WE OFFER THAT INTO EVIDENCE.
2246 12  MR. WATTS:  NO OBJECTION.
2246 13  THE COURT:  LET IT CAN ADMITTED.
2246 14  BY MR. GOLDMAN:
2246 15  Q.  DO YOU SEE, DR. REICIN, ON THE SCREEN THERE IS A SAFETY
2246 16  UPDATE REPORT OCTOBER 13, 2000?  DO YOU SEE THAT?
2246 17  A.  YES, I DO.
2246 18  Q.  WAS THIS SUBMITTED BEFORE THE NEW ENGLAND JOURNAL OF
2246 19  MEDICINE ARTICLE CAME OUT?
2246 20  A.  YES, IT WAS.
2246 21  Q.  WHAT IS A SAFETY UPDATE REPORT?
2246 22  A.  AGAIN, IT IS A STANDARD PROCEDURE THAT YOU DO WITH ANY
2246 23  REGULATORY SUBMISSIONS TO THE FDA THAT -- WAS IT THREE MONTHS
2246 24  AFTERWARDS?  THREE OR FOUR MONTHS AFTERWARDS YOU UPDATE ANY
2246 25  ANALYSES THAT HAVE NEW DATA AND SUBMIT THOSE TO THE FDA.
2247  1  Q.  SO HERE THIS IS A LETTER FROM MERCK, A SUBMISSION FROM
2247  2  MERCK TO THE FDA IN OCTOBER OF 2000, AND YOU SAY, "WITH THIS
2247  3  SUBMISSION MERCK IS PROVIDING A SAFETY UPDATE REPORT," RIGHT,
2247  4  FOR VIOXX?
2247  5  A.  YOU CAN SEND IN SAFETY UPDATE REPORTS AT OTHER TIMES, AS
2247  6  WELL, BUT JUST AFTER ANY SUBMISSION THERE IS A SET TIME, I

| | Objections In | Responses In |
|---|---|---|

2247 7   JUST WANTED THE CLARIFY THAT.

2247 8   Q. THAT'S OKAY. "THIS REPORT PROVIDES UPDATED CARDIOVASCULAR

2247 9   SAFETY INFORMATION FROM THE VIGOR STUDY. THE ORIGINAL REPORT,

2247 10   WHICH WAS PART OF THE VIGOR SNDA" -- WHAT IS THAT?

2247 11   A. THAT'S THE SUPPLEMENTAL NEW DRUG APPLICATION THAT WE SENT

2247 12   IN IN JUNE OF 2000.

2247 13   Q. "INCLUDED ANALYSES OF ALL ADJUDICATED SERIOUS

2247 14   CARDIOVASCULAR THROMBOTIC EVENTS WHICH WERE REPORTED PRIOR TO

2247 15   FEBRUARY 10, 2000, THE STUDY CUTOFF DATE"; IS THAT WHAT YOU'RE

2247 16   INFORMING THE FDA OF?

2247 17   A. THAT'S CORRECT.

2247 18   Q. THEN THIS UPDATE TO THE REPORT INCLUDES DATA ON HOW MANY

2247 19   ADDITIONAL PATIENTS?

2247 20   A. 11 ADDITIONAL PATIENTS.

2247 21   Q. "WHO EXPERIENCED CARDIOVASCULAR SERIOUS ADVERSE

2247 22   EXPERIENCES ELIGIBLE FOR ADJUDICATION. THESE ADDITIONAL EVENTS

2247 23   WERE REPORTED AFTER THE PRESPECIFIED CUTOFF DATE. HOWEVER, IN

2247 24   AN EFFORT TO ENSURE COMPLETENESS IN REPORTING AND ANALYZING

2247 25   SAFETY DATA, THESE EVENTS WERE REFERRED FOR ADJUDICATION." IS

2248 1   THAT WHAT YOU INFORMED THE FDA IN OCTOBER OF 2000?

2248 2   A. THAT IS CORRECT.

2248 3   Q. WE ARE GOING TO TALK IN A MINUTE ABOUT THE ADVISORY

2248 4   COMMITTEE MEETING. THAT OCCURRED IN FEBRUARY OF 2001; RIGHT?

2248 5   A. THAT'S CORRECT.

2248 6   Q. YOU ALSO INFORMED THE ADVISORY COMMITTEE ABOUT ALL OF THE

2248 7   HEART ATTACKS THAT OCCURRED IN THE VIGOR STUDY?

2248 8   A. YES, WE DID, AND EXPLAINED WHY THERE WAS A DIFFERENCE

2248 9   BETWEEN WHAT WAS REPORTED IN THE NEW ENGLAND JOURNAL OF

2248 10   MEDICINE AND WHAT WAS IN THE BACKGROUND PACKAGE THAT WE WERE

2248 11   GETTING TO THEM.

2248 12   Q. IF YOU TURN TO DEFENSE EXHIBIT 353, WHICH IS THIS

2248 13   BACKGROUND PACKAGE YOU JUST MENTIONED --

2248 14   THE COURT: WHEN WE GET TO A CUTOFF, LET'S TAKE A

2248 15   BREAK.

2248 16   MR. GOLDMAN: SO DEFENSE EXHIBIT 353 IS THE

2248 17   BACKGROUND PACKAGE TO THE ADVISORY COMMITTEE. WE OFFER THAT

2248 18   INTO EVIDENCE.

2248 19   MR. WATTS: NO OBJECTION.

2248 20   THE COURT: LET IT BE ADMITTED.

2248 21   BY MR. GOLDMAN:

2248 22   Q. JANUARY 4, 2001, ADVISORY COMMITTEE BACKGROUND PACKAGE, IS

2248 23   THIS THE INFORMATION THAT YOU ALL SUBMITTED TO THE FOOD & DRUG

2248 24   ADMINISTRATION IN PREPARATION FOR THE ADVISORY COMMITTEE IN

2248 25   FEBRUARY OF 2001?

2249 1   A. CORRECT, TO THEM. ALSO, THIS WAS GOING TO BE MADE

2249 2   PUBLICLY AVAILABLE TO THE ADVISORY COMMITTEE THAT WAS MEETING,

2249 3   AND THEN THEY USUALLY PUT IT ON THE FDA WEB SITE, AS WELL.

2249 4   Q. IF YOU TURN TO PAGE 71 OF THIS DOCUMENT, DO YOU SEE HERE ON

2249 5   THE BOTTOM OF THAT PAGE IT SAYS, "ANALYSIS OF THROMBOTIC

2249 6   CARDIOVASCULAR EVENTS, THE VIGOR STUDY"? DO YOU SEE THAT?

2249 7   A. YES, I DO.

2249 8   Q. DO YOU SAY HERE, "ALL AVAILABLE THROMBOTIC CARDIOVASCULAR

2249 9   EVENT DATA FROM VIGOR ARE REPORTED IN THIS DOCUMENT, AS

2249 10   DESCRIBED IN THE SAFETY UPDATE REPORT SUBMITTED TO THE FDA ON

2249 11   OCTOBER 13, 2000," AND THEN IT REFERS TO THE FACT THAT THE

2249 12   ORIGINAL EVENTS ANALYSIS DID NOT INCLUDE 11 PATIENTS IN WHOM

2249 13   SERIOUS ADVERSE EXPERIENCES WERE REPORTED?

2249 14   A. RIGHT. WE EXPLAINED ABOUT THE ORIGINAL CARDIOVASCULAR

2249 15   EVENT ANALYSIS, WHICH WERE INCLUDED IN A RECENT PUBLICATION,

2249 16   AND THAT REFERENCES TO THE VIGOR PUBLICATION IN THE NEW ENGLAND

2249 17   JOURNAL.

2249 18   Q. SO 74 IS THE --

2249 19   A. THE NEW ENGLAND JOURNAL PAPER.

| | |
|---|---|
| 2249 20 | Q.  THEN YOU SAY HERE, "THE DATE WAS PRESPECIFIED AS THE |
| 2249 21 | CUTOFF DATE FOR EVENTS TO BE INCLUDED IN THE PRIMARY |
| 2249 22 | CARDIOVASCULAR ANALYSIS."  WHAT DOES THAT MEAN, "THE PRIMARY |
| 2249 23 | CARDIOVASCULAR ANALYSIS"? |
| 2249 24 | A.  THAT MEANS THE PRIMARY ANALYSIS OF CARDIOVASCULAR |
| 2249 25 | THROMBOTIC EVENT DATA. |
| 2250 1 | Q.  "HOWEVER, FOR COMPLETENESS, THE EVENTS WHICH WERE REPORTED |
| 2250 2 | AFTER THIS CUTOFF DATE WERE INCLUDED IN THE SUBSEQUENT SAFETY |
| 2250 3 | REPORT OF OCTOBER 13, 2000."  IS THIS AN EXAMPLE OF HOW MERCK |
| 2250 4 | IS INFORMING THE FDA AGAIN, THIS TIME IN PREPARATION FOR AN |
| 2250 5 | ADVISORY COMMITTEE MEETING, OF ALL OF THE HEART ATTACKS THAT |
| 2250 6 | OCCURRED IN THE VIGOR STUDY? |
| 2250 7 | A.  THAT'S CORRECT, AND THE ADVISORY COMMITTEE THAT'S MEETING |
| 2250 8 | THAT DAY. |
| 2250 9 | MR. GOLDMAN:  NOW IS A GOOD TIME, JUDGE. |
| 2250 10 | THE COURT:  OKAY.  WE'LL TAKE A 15 MINUTE BREAK AT |
| 2250 11 | THIS TIME. |
| 2250 12 | THE DEPUTY CLERK:  EVERYONE RISE. |
| 2250 13 | (WHEREUPON, THE COURT TOOK A BRIEF RECESS.) |
| 2250 14 | THE DEPUTY CLERK:  EVERYONE RISE. |
| 2250 15 | THE COURT:  BE SEATED, PLEASE. |
| 2250 16 | BY MR. GOLDMAN: |
| 2250 17 | Q.  DR. REICIN, WE ARE GOING TO LOOK AT THE APRIL 2002 LABEL |
| 2250 18 | IN A MINUTE, BUT DID THAT LABEL INCLUDE ALL OF THE EVENTS, ALL |
| 2250 19 | OF THE HEART ATTACKS, THAT OCCURRED IN THE VIGOR STUDY? |
| 2250 20 | A.  YES, 20 TO 4. |
| 2250 21 | Q.  DR. GREFER, THE PRESCRIBER IN THIS CASE, TESTIFIED ABOUT A |
| 2250 22 | SCIENTIFIC DEBATE, AND THERE'S BEEN EVIDENCE ABOUT A SCIENTIFIC |
| 2250 23 | DEBATE IN THE MEDICAL COMMUNITY AFTER THE VIGOR STUDY CAME OUT. |
| 2250 24 | CAN YOU TELL US A LITTLE BIT ABOUT THAT SCIENTIFIC DEBATE, WHAT |
| 2250 25 | WAS GOING ON IN THE MEDICAL COMMUNITY AFTER VIGOR? |
| 2251 1 | A.  I THINK IT WAS A QUESTION ABOUT HOW TO INTERPRET THE |
| 2251 2 | RESULTS OF THE VIGOR STUDY AND WHETHER NAPROXEN WAS ACTING AS A |
| 2251 3 | CARDIOPROTECTIVE AGENT OR NOT.  SOME PEOPLE THOUGHT YES, SOME |
| 2251 4 | PEOPLE THOUGHT NO, SOME PEOPLE THOUGHT IT WAS BY CHANCE, AND |
| 2251 5 | OTHER PEOPLE RAISED THE QUESTION OF WHETHER VIOXX WAS |
| 2251 6 | PROTHROMBOTIC IN THAT STUDY.  THERE WAS ANOTHER STUDY DONE WITH |
| 2251 7 | CELEBREX AT A SIMILAR TIME AND THAT, YOU KNOW, PEOPLE COMPARED |
| 2251 8 | AND CONTRASTED THE RESULTS OF THAT STUDY.  SO IT WAS |
| 2251 9 | EXTENSIVELY DISCUSSED IN THE LAY PRESS AS WELL AS THE |
| 2251 10 | SCIENTIFIC LITERATURE. |
| 2251 11 | Q.  HOW DID THE FDA DECIDE, IN LIGHT OF ALL THAT DEBATE, HOW |
| 2251 12 | DID THE FDA DECIDE TO ADDRESS THE QUESTION IN VIGOR TO FIND OUT |
| 2251 13 | WHAT WAS GOING ON IN THE VIGOR STUDY? |
| 2251 14 | A.  WELL, SOMETIMES WHEN THERE IS -- SOMETIMES THE FDA WILL |
| 2251 15 | REVIEW THE DATA THEMSELVES AND THEN JUST MAKE A DECISION, BUT |
| 2251 16 | OFTENTIMES -- OR SOMETIMES THEY WILL ASK, ESPECIALLY IF THEY'RE |
| 2251 17 | UNCERTAIN OR IF IT'S CONTROVERSIAL, THEY WILL CALL TOGETHER |
| 2251 18 | WHAT'S CALLED AN FDA ADVISORY COMMITTEE, WHERE THEY ASK |
| 2251 19 | EXTERNAL EXPERTS TO COME TOGETHER AND THERE'S A PUBLIC ADVISORY |
| 2251 20 | COMMITTEE WHERE THEY REVIEW THE DATA, AND THEY WILL THEN ASK |
| 2251 21 | THEM A SERIES OF QUESTIONS AND THEIR ADVICE. |
| 2251 22 | Q.  WAS THERE AN ADVISORY COMMITTEE MEETING HELD IN FEBRUARY |
| 2251 23 | 2001? |
| 2251 24 | A.  YES, THERE WAS.  WE REFERRED TO IT A FEW TIMES ALREADY |
| 2251 25 | TODAY. |
| 2252 1 | Q.  YOU SAY THAT THAT'S A PUBLIC MEETING.  DO YOU KNOW WHETHER |
| 2252 2 | OR NOT THERE ARE TRANSCRIPTS OF THE ACTUAL PROCEEDINGS THAT ARE |
| 2252 3 | AVAILABLE TO THE PUBLIC? |
| 2252 4 | A.  THAT IS MY UNDERSTANDING, YES. |
| 2252 5 | Q.  DO YOU KNOW WHETHER THE PRESENTATIONS THAT ARE MADE AT |
| 2252 6 | THOSE MEETINGS INCLUDING THE ONE FROM FEBRUARY OF 2001, ARE |
| 2252 7 | AVAILABLE TO THE PUBLIC? |