| | Objections | Rulings |
|---|---|---|

2095 25   Q.  NOW, YOU SAID SOMETIMES PEOPLE TALK ABOUT THAT AS BEING A
2096  1   BLOOD THINNER?  IT'S NOT RIGHT, BUT THEY TALK IN TERMS --
2096  2   A.  WHEN YOUR PLATELETS ARE -- THE BLOOD THINNER PART IS WHEN
2096  3   YOU INHIBIT THE ABILITY OF PLATELETS TO CLUMP, IN COLLOQUIAL
2096  4   TERMS PEOPLE CALL THAT A BLOOD THINNER.
2096  5   Q.  SO WE'VE GOT PROSTACYCLIN.  NOW, IT'S NOT JUST A POTENT,
2096  6   IT IS THE MOST POTENT INHIBITOR OF PLATELET AGGREGATION?
2096  7   A.  I DON'T KNOW THE ANSWER TO THAT.  NITROUS OXIDE IS ALSO,
2096  8   BUT I DON'T KNOW WHICH ONE IS MOST POTENT.
2096  9   Q.  WELL, THE FACT THAT IT WAS A POTENT INHIBITOR OF PLATELET
2096 10   AGGREGATION, THAT WAS KNOWN BACK WHEN 1992.  IT BEEN KNOWN FOR
2096 11   A.  LONG, LONG TIME; RIGHT?
2096 12   A.  I'M PRETTY SURE I LEARNED THAT IN MEDICAL SCHOOL.

**2106:8 -   2106:1**: Morrison_B_20060811
2106  8   Q.  WE'LL GET BACK TO THAT.  YOU KNOW THAT YOUR OWN STUDY, THE
2106  9   APPROVE STUDY, SHOWED THAT VIOXX INCREASED THE RISK OF CARDIAC
2106 10   EVENTS WITH A RELATIVE RISK OF 2.8; IS THAT CORRECT?
2106 11   A.  THAT'S CORRECT.
2106 12   Q.  STATISTICALLY SIGNIFICANT; RIGHT?
2106 13   A.  CORRECT.

**2107:6 -   2117:1**: Morrison_B_20060811
2107  6   Q.  LET'S GO BACK NOW.  ON YOUR TIME LINE, YOU SAID THAT BACK
2107  7   IN THE EARLY '90S OR AFTER THE DISCOVERY OF THE COX-2 ENZYME
2107  8   THAT THE SCIENTIFIC COMMUNITY AT THAT POINT THOUGHT THAT BOTH
2107  9   PROSTACYCLIN AND THROMBOXANE WERE PRODUCED BY COX-1 ENZYMES; IS
2107 10   THAT CORRECT?
2107 11   A.  ONCE WE UNDERSTOOD COX-1 AND COX-2 -- CERTAINLY, I CAN SAY
2107 12   IT FOR MYSELF -- GOING INTO THE FITZGERALD STUDY, WE THOUGHT
2107 13   THAT PROSTACYCLIN WOULD COME FROM COX-1.
2107 14   Q.  THAT STUDY YOU WERE INVOLVED IN, YOU HAD THAT UNINSPECTED
2107 15   FINDING; RIGHT?
2107 16   A.  CORRECT.
2107 17   Q.  THAT UNEXPECTED FINDING WAS THAT THAT STUDY SUGGESTED THAT
2107 18   PROSTACYCLIN CAME FROM COX-2?
2107 19   A.  SOMEWHERE IN THE BODY, ABSOLUTELY.
2107 20   Q.  A DISCOVERY LIKE THAT, THAT'S AN IMPORTANT THING, ISN'T
2107 21   IT?
2107 22   A.  THAT'S WHY WE WROTE IT UP AND PUBLISHED IT.  WE THOUGHT IT
2107 23   WAS ACTUALLY PRETTY INTERESTING.
2107 24   Q.  IT COULD LEAD TO SOME IMPORTANT NEW DEVELOPMENTS; RIGHT?
2107 25   A.  ABSOLUTELY.  THAT'S WHY WE WROTE IT UP AND PUBLISHED IT,
2108  1   TO MAKE SURE OTHER SCIENTISTS KNEW ABOUT IT AND THEY COULD
2108  2   START TO EXPLORE THE ISSUE.
2108  3   Q.  IT COULD ALSO HAVE SOME VERY DANGEROUS IMPLICATIONS FOR A
2108  4   COX-2 INHIBITOR, COULDN'T IT?
2108  5   A.  WE TALKED ABOUT THAT, EXACTLY.
2108  6   Q.  SO WHEN YOU DISCOVERED IN THIS STUDY 023 THAT YOU TALKED
2108  7   ABOUT -- WHEN YOU REALIZED THAT VIOXX, AS A COX-2 INHIBITOR,

| | **Objections** | **Rulings** |
|---|---|---|

2108 8  COULD BLOCK PROSTACYCLIN PRODUCTION, YOU KNEW THAT WAS A BIG

2108 9  DEAL; RIGHT?

2108 10  A.  AS I SAID, IT WAS AN UNEXPECTED SCIENTIFIC RESULT, AND WE

2108 11  WERE TRYING TO FIGURE OUT WHY DID YOU GET THIS RESULT.  AS I

2108 12  SAID, IT'S A URINE FINDING.  SO, AS I DESCRIBED, WE AND OTHER

2108 13  SCIENTISTS TRIED TO GO FIGURE OUT WHERE IT IS THIS IS HAPPENING

2108 14  IN THE BODY.  BUT I DID REVIEW WITH YOU THE BOARD OF SCIENTIFIC

2108 15  ADVISORS' RECOMMENDATIONS TO US THAT, YES, ONE OF THE POSSIBLE

2108 16  PLACES IS THE BLOOD VESSELS, AND MERCK SHOULD TAKE THIS

2108 17  SERIOUSLY, PUT IT IN THE SOP, AND LOOK AT THE CLINICAL DATA,

2108 18  ABSOLUTELY.

2108 19  Q.  BUT THE RESULTS FROM THAT FINDING RAISED SERIOUS CONCERNS

2108 20  ABOUT THE CARDIOVASCULAR RISKS OF THE COX-2 INHIBITOR; RIGHT?

2108 21  A.  I WOULDN'T SAY THE RESULT OF THE URINE TEST RAISED SERIOUS

2108 22  CARDIOVASCULAR CONCERNS.  I WOULD SAY THAT THERE'S NOW A

2108 23  HYPOTHESIS THAT ADDITIONAL INVESTIGATION NEEDED TO BE DONE TO

2108 24  EXPLORE.

2108 25  Q.  SO YOU DON'T THINK THAT THE 023 STUDY RAISED CONCERNS

2109 1  ABOUT CARDIOVASCULAR RISKS?

2109 2  A.  NO, I DIDN'T SAY THAT.  I DID SAY THAT WAS A POTENTIAL

2109 3  EXPLANATION FOR THE RESULTS, THAT THIS WAS HAPPENING IN BLOOD

2109 4  VESSELS, AND THAT WAS SOMETHING WE INVESTIGATED, YES.

2109 5  Q.  DID 023 RAISE CONCERNS ABOUT CARDIOVASCULAR RISKS?

2109 6  A.  THIS AND A SISTER STUDY THAT GARRETT DID WERE THE TWO

2109 7  STUDIES THAT LED TO THE FITZGERALD HYPOTHESIS, WHICH DOES RAISE

2109 8  QUESTIONS ABOUT COULD THERE BE A CARDIOVASCULAR RISK FROM

2109 9  SELECTIVE INHIBITION OF COX-2, ABSOLUTELY.

2109 10  Q.  QUESTIONS, BUT NOT CONCERNS?

2109 11  A.  I DON'T KNOW THERE'S MUCH OF A DIFFERENCE.  THERE ARE

2109 12  CERTAINLY QUESTIONS ABOUT THE CARDIOVASCULAR SAFETY BASED UPON

2109 13  THIS, AS ONE OF THE HYPOTHESES FOR THE RESULT, WHICH IS WHY WE

2109 14  WENT TO DO ADDITIONAL EXPERIMENTS TO TRY TO EXPLORE THEM.

2109 15  Q.  DID STUDY 023 RAISE CONCERNS AT MERCK ABOUT THE

2109 16  CARDIOVASCULAR RISKS?

2109 17  A.  I THINK I'VE TRIED TO ANSWER YOUR QUESTION.

2109 18  Q.  WELL, YOU HAVE SAID "QUESTIONS," BUT I WANT TO KNOW IF YOU

2109 19  HAD CONCERNS.  THIS IS BEFORE VIOXX WENT ON THE MARKET; RIGHT?

2109 20  A.  THE RESULTS OF 023 WERE BEFORE WE FILED THE NDA.

2109 21  Q.  THIS IS A STUDY YOU WERE INVOLVED IN, 023; RIGHT?

2109 22  A.  RIGHT.

2109 23  Q.  A STUDY YOU WERE INVOLVED IN?

2109 24  A.  RIGHT.

2109 25  Q.  WHEN YOU CAME TO MERCK IN 1995, YOU HADN'T DONE ANY WORK

2110 1  ON PROSTAGLANDINS OR PROSTACYCLINS OR ANYTHING LIKE THAT

2110 2  BEFORE?

2110 3  A.  THAT'S CORRECT.

2110 4  Q.  SO YOU CAME TO MERCK IN 1995 AND YOU STARTED THIS STUDY,

2110 5  023, IN 1996; IS THAT RIGHT?

2110 6  A.  I THINK THAT'S RIGHT.

2110 7  Q.  THEN YOU WERE WORKING WITH A PHARMACOLOGIST NAMED

| | **Objections** | **Rulings** |
|---|---|---|

2110 8   DR. GARRETT FITZGERALD; IS THAT RIGHT?

2110 9   A. THAT'S CORRECT.

2110 10   Q. AT THE UNIVERSITY OF PENNSYLVANIA?

2110 11   A. THAT'S CORRECT.

2110 12   Q. DR. GARRETT FITZGERALD, HE IS A PHARMACOLOGIST LIKE YOU

2110 13   DESCRIBED BEFORE?

2110 14   A. THAT'S CORRECT.

2110 15   Q. WELL-RESPECTED CARDIOVASCULAR PHARMACOLOGIST?

2110 16   A. THAT'S CORRECT.

2110 17   Q. HE HAD BEEN STUDYING PROSTAGLANDINS FOR YEARS AND YEARS

2110 18   AND YEARS; RIGHT?

2110 19   A. THAT'S PART OF THE REASON WE DID THE STUDY WITH HIM. HE

2110 20   HAD THE INFRASTRUCTURE TO STUDY THESE BREAKDOWN PRODUCTS IN HIS

2110 21   LAB.

2110 22   Q. THIS STUDY THAT YOU STARTED IN 1996 INVOLVED 36 PATIENTS?

2110 23   A. 36 HEALTHY ELDERLY PATIENTS BETWEEN THE AGES OF --

2110 24   SUPPOSED TO BE BETWEEN 60 AND 80, BUT SOMEBODY SNUCK IN AT 59.

2110 25   Q. WE ARE TALKING ABOUT HUMANS? IT'S A HUMAN STUDY?

2111 1   A. OH, YES.

2111 2   Q. AT THE TIME OF THIS STUDY, DR. FITZGERALD HAD BEEN

2111 3   STUDYING AND RESEARCHING THESE PROSTAGLANDINS FOR A LONG, LONG

2111 4   TIME; RIGHT.

2111 5   A. THAT'S CORRECT.

2111 6   Q. YOU WERE NEW TO THE STUDY, RELATIVELY NEW, RIGHT?

2111 7   A. THAT'S CORRECT.

2111 8   Q. I THINK YOU AGREE THAT OUT OF THIS STUDY YOU DISCOVERED

2111 9   THAT PROSTACYCLIN COMES FROM COX-2?

2111 10   A. SOMEWHERE IN THE BODY, CLEARLY.

2111 11   Q. WHEN YOU SAY "SOMEWHERE IN THE BODY," NOW, WASN'T IT

2111 12   DISCOVERED IN THE HUMAN UMBILICAL VEINS? ISN'T THAT WHERE IT

2111 13   WAS INITIALLY DISCOVERED?

2111 14   A. PROSTACYCLIN?

2111 15   Q. NO, THE COX-2.

2111 16   A. THE INITIAL CLONING OF COX-2 THAT I KNOW BEST IS ACTUALLY

2111 17   THERE WAS A CANCER RESEARCHER WHO CLONED IT. SO IT MAY BE THAT

2111 18   SOMEBODY CLONED IT FROM BLOOD VESSELS, AS WELL, BUT THE ONE I'M

2111 19   MOST FAMILIAR WAS THE CANCER.

2111 20   Q. NOW, THIS STUDY SUGGESTED THAT NOT ONLY SOME OF THE

2111 21   PROSTACYCLIN CAME FROM COX-2, BUT MOST OF THE PROSTACYCLIN CAME

2111 22   FROM COX-2; RIGHT?

2111 23   A. AGAIN, ABOUT A 50 OR 60 PERCENT INHIBITION WITH VIOXX,

2111 24   SO -- YEAH, I GUESS A MAJORITY IS TURNED OFF BY A SPECIFIC

2111 25   COX-2 INHIBITOR, WHICH MEANS IT IS COMING FROM COX-2.

2112 1   Q. ARE YOU QUIBBLING ON WHETHER OR NOT MOST OF THE

2112 2   PROSTACYCLIN COMES FROM COX-2?

2112 3   MR. GOLDMAN: OBJECTION.

2112 4   THE COURT: LET'S RESTATE THE QUESTION, PLEASE.

2112 5   BY MR. BIRCHFIELD:

2112 6   Q. DO YOU AGREE THAT THIS STUDY SUGGESTED THAT MOST OF THE

2112 7   PROSTACYCLIN CAME FROM COX-2?

| | | Objections | Rulings |
|---|---|---|---|

2112 8    A. SOMEWHERE IN THE BODY 50 TO 60 PERCENT WAS INHIBITED BY

2112 9    VIOXX.

2112 10    Q. THIS WAS A BIG DEAL FOR THE HEART ATTACK RISK; RIGHT?

2112 11    A. AS I SAID, IT WAS THIS AND ANOTHER STUDY TOGETHER WAS WHAT

2112 12    CREATED THE FITZGERALD HYPOTHESIS.

2112 13    Q. THE REASON FOR THAT IS BECAUSE VIOXX WAS A SELECTIVE COX-2

2112 14    INHIBITOR; RIGHT?

2112 15    A. THAT'S CORRECT.

2112 16    Q. IT MEANS IT BLOCKS COX-2, BUT NOT COX-1?

2112 17    A. RIGHT.

2112 18    Q. LOOKING AT OUR CHART, WE HAVE THE TRADITIONAL NSAIDS WOULD

2112 19    BLOCK COX-1 AND 2?

2112 20    A. THAT'S CORRECT.

2112 21    Q. SO NOW WE HAVE THIS DISCOVERY IN 023 AND WHAT DOES IT TELL

2112 22    US ABOUT PROSTACYCLIN?

2112 23    A. WELL, 023 DOESN'T TALK ABOUT BLOOD VESSELS; IT JUST TALKS

2112 24    ABOUT PROSTACYCLIN SOMEWHERE IN THE BODY.

2112 25    Q. DOES IT COME FROM COX-1 OR COX-2?

2113 1    A. PROSTACYCLIN COMES FROM SOMEWHERE -- ONE OF THE MAJOR

2113 2    SOURCES OF PROSTACYCLIN IN THE BODY, IT COMES FROM COX-2.

2113 3    Q. SO WE HAVE GOT COX-2 --

2113 4    A. THAT DOESN'T MEAN THERE ARE NOT OTHER SOURCES WHERE IT

2113 5    COMES FROM COX-1.

2113 6    Q. AT THIS TIME, IMMEDIATELY FOLLOWING 023, YOU STILL THOUGHT

2113 7    THAT COX-1 PRODUCED THROMBOXANE; RIGHT?

2113 8    A. THAT'S CORRECT.

2113 9    Q. SO, THEORETICALLY, IF YOU HAVE AN NSAID THAT BLOCKS BOTH

2113 10    COX-1 AND COX-2, YOU MAINTAIN THAT BALANCE; RIGHT?

2113 11    A. I THINK WE WENT THROUGH THIS BEFORE.

2113 12    MR. GOLDMAN: JUDGE, ASKED AND ANSWERED. BEFORE

2113 13    LUNCH WE TALKED ABOUT THIS.

2113 14    THE COURT: NOW WE ARE ON COX-1. I'LL ALLOW IT.

2113 15    THE WITNESS: AGAIN, THE ABILITY TO MOVE FROM ONE

2113 16    SIDE TO THE OTHER. THE ABILITY TO MOVE FROM ONE SIDE TO

2113 17    ANOTHER YOU WOULD SAY IS APPARENTLY THE SAME WITH AN NSAID, AND

2113 18    WITH A COX-2 INHIBITOR YOU START OFF WITH LESS PROSTACYCLIN.

2113 19    IT DOESN'T TELL US WHETHER YOU'RE STILL ABLE TO MOVE FROM ONE

2113 20    SIDE TO THE OTHER WHEN YOU NEED TO.

2113 21    BY MR. BIRCHFIELD:

2113 22    Q. BUT YOU UNDERSTOOD THAT BY BLOCKING COX-2, FOLLOWING THE

2113 23    023 STUDY, THAT THAT WOULD BLOCK PROSTACYCLIN, BUT LEAVE

2113 24    THROMBOXANE UNIMPAIRED; RIGHT?

2113 25    A. LET ME BE REAL CLEAR. AFTER 023, WE DID NOT KNOW THAT

2114 1    VIOXX WOULD BLOCK PROSTACYCLIN IN BLOOD VESSELS. WE DID NOT

2114 2    KNOW THAT.

2114 3    Q. YOU DIDN'T KNOW ONE WAY OR ANOTHER?

2114 4    A. IT WAS ONE OF THE POSSIBILITIES. I THINK YOU'RE TRYING TO

2114 5    SAY WE KNEW IT WORKED IN BLOOD VESSELS. WE DIDN'T KNOW THAT.

2114 6    IT WAS CLEARLY ONE OF THE POSSIBILITIES, BUT THAT STUDY

2114 7    COULDN'T ANSWER THAT QUESTIONS BECAUSE YOU'RE JUST LOOKING AT

| | **Objections** | **Rulings** |
|---|---|---|

2114  8  THE URINE.

2114  9  Q.  WELL, IF THAT'S A POSSIBILITY, YOU BETTER KNOW THE ANSWER

2114 10  BEFORE YOU PUT THE DRUG ON THE MARKET.

2114 11  A.  THAT'S WHY WE WENT AND DID OTHER ADDITIONAL EXPERIMENTS,

2114 12  EXACTLY.

2114 13  Q.  THAT'S WHY YOU DID THE RABBIT EXPERIMENT?

2114 14  A.  THE RABBIT AND LOOKING AT THE CLINICAL TRIAL DATA.

2114 15  Q.  AND THE BLEEDING TIME; RIGHT?

2114 16  A.  WELL, THE BLEEDING TIME WASN'T DONE AS A RESULT OF THIS.

2114 17  THE BLEEDING TIME HAD BEEN DONE PREVIOUSLY.  IT WAS JUST A

2114 18  PIECE OF INFORMATION WE HAD.  WE DIDN'T DO IT BECAUSE OF THIS

2114 19  STUDY.

2114 20  Q.  DR. MORRISON, DID YOU SLOW DOWN THE CLINICAL DEVELOPMENT

2114 21  PROGRAM AT MERCK WHEN YOU MADE THIS DISCOVERY THAT RAISED THIS

2114 22  ISSUE, RAISED CONCERNS?

2114 23  A.  NO.  I THINK WE STARTED OFF FROM THE BOARD OF SCIENTIFIC

2114 24  ADVISORS, AS WELL, THEIR RECOMMENDATION TO NOT SLOW DOWN.

2114 25  Q.  THE BOARD OF SCIENTIFIC ADVISORS, ARE THOSE SCIENTISTS

2115  1  THAT ARE PAID BY MERCK?

2115  2  A.  MY UNDERSTANDING IS THEY ARE COMPENSATED FOR THEIR TIME.

2115  3  THEY ARE INDEPENDENT SCIENTISTS WHO ARE ASKED TO COME AND GIVE

2115  4  AN INDEPENDENT ASSESSMENT OF HOW MERCK IS DOING AND THEY ARE

2115  5  PAID FOR THEIR TIME.

2115  6  Q.  THEY CAME IN AND THEY TOLD YOU THAT, BASED ON 023 IN PART

2115  7  AND BASED ON ALL THE STUFF THEY SAW SO FAR, THAT THERE WERE TWO

2115  8  POSSIBILITIES THAT COX-2 INHIBITION COULD CAUSE SERIOUS

2115  9  PROBLEMS IN THREE DIFFERENT WAYS; RIGHT?

2115 10  A.  NO.  I THINK THE THREE THINGS, TWO OF THEM COULD

2115 11  POTENTIALLY BE PROBLEMATIC, ONE WAS A BENEFIT.

2115 12  Q.  THEY SAID IT COULD HAVE A GOOD EFFECT OR A BAD EFFECT;

2115 13  RIGHT?

2115 14  A.  THAT'S CORRECT.

2115 15  Q.  YOU NEEDED TO GET AN ANSWER TO THAT, DON'T YOU AGREE,

2115 16  BEFORE YOU STARTED SELLING THE DRUG?

2115 17  A.  NO.  WE SAW THE EXACT WORDING THEY USED.  THEY SAID THIS

2115 18  SHOULD NOT DELAY THE INTRODUCTION OF THE -- THE DRUG SHOULD BE

2115 19  INTRODUCED INTO THE MARKET AS SOON AS POSSIBLE.  THAT WAS THEIR

2115 20  WORDS, NOT OURS.

2115 21  Q.  SO ARE YOU SAYING THAT IT'S THE BOARD OF SCIENTIFIC

2115 22  ADVISORS THAT MADE THE DECISION FOR MERCK TO GO FORWARD?

2115 23  A.  NO.  I'M SAYING THAT THE BOARD OF SCIENTIFIC ADVISORS GAVE

2115 24  ADVICE TO MERCK AND SOMEBODY MADE THE DECISION TO ACCEPT THAT

2115 25  ADVICE AND, IN FACT, INTRODUCED THIS TO PATIENTS AS SOON AS

2116  1  POSSIBLE, WHICH IS WHAT THEY RECOMMENDED TO US.

2116  2  Q.  NOW, LET ME SEE IF WE CAN AGREE.  BASED ON 023, IT WAS A

2116  3  REAL POSSIBILITY THAT VIOXX WAS PROTHROMBOTIC; CORRECT?

2116  4  A.  IT WAS A POSSIBILITY THAT VIOXX -- THAT THIS EFFECT WAS

2116  5  HAPPENING IN BLOOD VESSELS AND THERE'S A POSSIBILITY OF A 50

2116  6  PERCENT REDUCTION MEANINGFUL AND, THEREFORE, POTENTIALLY HAS

2116  7  CLINICAL IMPLICATIONS.  REMEMBER, I SAID THE KEY THING HERE IS

| | Objections | Rulings |
|---|---|---|

2116  8  THAT THE BODY CAN REACT BACK AND FORTH.  SO WHAT WE DIDN'T

● 2116  9  ADDRESS HERE IS, UNDER SITUATIONS WHERE YOU NEED TO INCREASE

2116 10  YOUR PROSTACYCLIN, COULD THE BODY DO THAT.  WE DIDN'T ADDRESS

2116 11  THAT IN OUR EXPERIMENT EITHER.  SO THERE'S A LOT OF UNANSWERED

2116 12  QUESTIONS.

2116 13  I'M NOT AT ALL SUGGESTING THAT THIS WASN'T SOMETHING

2116 14  THAT WE PAID VERY CLOSE ATTENTION TO.  WE SAW IT, REVIEWED IT

2116 15  WITH THE BOARD OF SCIENTIFIC ADVISORS.  YOU SAW THE ADDITIONAL

2116 16  EXPERIMENTS WE DID.  YOU SAW THE WRITE-UP IN THE ISS.  WE

2116 17  DEFINITELY TOOK IT SERIOUSLY, BUT I DO WANT TO BE CLEAR IT'S

2116 18  REALLY JUST A POSSIBILITY AT THIS POINT.  IT'S A URINE TEST.

2116 19  Q.  ONE REASON THAT IT WOULD BE A BIG DEAL TO PUT A

2116 20  PROTHROMBOTIC DRUG ON THE MARKET THAT'S A PAIN-RELIEVER AND

2116 21  PRESCRIBED TO MILLIONS AND MILLIONS OF AMERICANS IS BECAUSE WE

2116 22  KNOW THAT MOST AMERICANS HAVE PLAQUE BUILDUP; RIGHT?

2116 23  A.  I'M NOT A CARDIOLOGIST.  I THINK THAT WHAT I'VE HEARD

2116 24  SITTING HERE IS THAT, YEAH, AND IT'S MEN MORE THAN WOMEN.  AS

2116 25  MEN AGE, THEY DO GET PLAQUE BUILDUP.

2117  1  Q.  WE HAVE HEARD PLAQUE TESTIMONY THAT 85 PERCENT OF MEN OVER

2117  2  50 WOULD HAVE PLAQUE BUILDUP; RIGHT?  DOES THAT SOUND RIGHT?

2117  3  A.  I DON'T KNOW.  I DON'T THINK I WAS HERE IF THAT WAS

2117  4  DISCUSSED.

2117  5  Q.  IF YOU WERE PRESCRIBING A DRUG THAT WOULD IMPACT FOLKS

● 2117  6  THAT HAVE PLAQUE BUILDUP, DON'T YOU THINK YOU NEED TO KNOW

2117  7  THAT?  DON'T YOU THINK YOU NEED TO UNDERSTAND THE MARKET YOU

2117  8  ARE DESCRIBING THE DRUG TO?

2117  9  A.  AS I SAID WHEN WE TALKED ABOUT THE GI OUTCOMES TRIAL, I

2117 10  DID UNDERSTAND THAT MANY PEOPLE WHO HAVE OSTEOARTHRITIS AND

2117 11  WERE OLDER DO TAKE ASPIRIN FOR A CARDIOVASCULAR PROPHYLAXIS, SO

2117 12  I CERTAINLY UNDERSTOOD THAT.


2118:1 -  2118:1  Morrison_B_20060811

2118 14  Q.  DID THE SCIENTISTS AT MERCK UNDERSTAND THAT VIOXX HAD A

2118 15  POTENTIAL TO BE PROTHROMBOTIC?


2118:1 -  2118:2  Morrison_B_20060811

2118 19  THE WITNESS:  I CAN SPEAK FOR MYSELF AND I CAN SPEAK

2118 20  FOR MY COLLEAGUES WHO WERE ON THE PROJECT TEAM THAT THIS

2118 21  INFORMATION, THE RESULT OF THE URINE TEST WAS KNOWN, AND ONE OF

2118 22  THE POTENTIAL IMPLICATIONS OF THE CHANGE IN PROSTACYCLIN IN THE

2118 23  BLOOD VESSEL WAS KNOWN BY A NUMBER OF THE SCIENTISTS THAT I

2118 24  INTERACTED WITH.


2120:5 -  2120:1  Morrison_B_20060811

2120  5  Q.  AT THE TIME THAT YOU CONDUCTED THIS STUDY, 023, MERCK WAS

● 2120  6  IN A RACE AGAINST CELEBREX; RIGHT?

2120  7  A.  I WENT OVER THAT.  WE DEFINITELY WANTED TO BE FIRST TO

2120  8  MARKET.

2120  9  Q.  BEATING CELEBREX TO THE MARKET WAS VERY, VERY IMPORTANT TO

2120 10  MERCK; RIGHT?

| | | Objections | Rulings |
|---|---|---|---|

2120 11    A. WE WANTED TO BE FIRST TO MARKET, BUT WE ALSO WANTED TO

**2124:2 - 2127:2** Morrison_B_20060811

2124  2    Q. WHEN 023 AND THOSE RESULTS CAME OUT, MERCK WAS IN A

2124  3    CLINICAL DEVELOPMENT PROGRAM THAT WAS COMPRESSED AND

2124  4    ACCELERATED; IS THAT RIGHT?

2124  5    A. I DON'T THINK I KNOW THE ANSWER TO THAT. WE WERE DOING

2124  6    THE CLINICAL STUDIES THAT WE HAD SAID WE WERE GOING TO DO IN

2124  7    OUR INTERACTIONS WITH THE FDA AND WE WERE DOING THEM AS FAST AS

2124  8    WE POSSIBLY COULD WHILE TRYING TO ACCUMULATE ALL OF THE

2124  9    INFORMATION WE WOULD NEED TO BE ABLE TO GET THE DRUG

2124 10    REGISTERED.

2124 11    Q. WHEN YOU CAME TO WORK AT MERCK, THE CLINICAL DEVELOPMENT

2124 12    PROGRAM WAS UNDER WAY; RIGHT?

2124 13    A. THE DRUG WAS IN PHASE II, YES.

2124 14    Q. AT THAT POINT YOU STOPPED AND REVIEWED ALL THE CLINICAL

2124 15    DATA, YOU REVIEWED THE CLINICAL DEVELOPMENT PROGRAM; RIGHT?

2124 16    A. I REVIEWED THE INFORMATION THAT MERCK HAD HAD AT THAT

2124 17    TIME, WAS MADE AVAILABLE TO ME, AND I REVIEWED THE SCIENCE OF

2124 18    THE WHOLE AREA FROM LITERATURE, YES.

2124 19    Q. FROM THAT POINT FORWARD UNTIL THE DRUG WAS ON THE MARKET,

2124 20    YOU WERE AN INTEGRAL PART OF THE CLINICAL DEVELOPMENT PROGRAM

2124 21    FOR VIOXX?

2124 22    A. I WORKED WITH THE CLINICAL TEAM, YES.

2124 23    Q. YOU UNDERSTOOD MERCK HAD A CLINICAL DEVELOPMENT PROGRAM

2124 24    FOR VIOXX THAT WAS COMPRESSED AND ACCELERATED?

2124 25    A. WELL, I DO KNOW FROM MY OWN PERSONAL EXPERIENCES THAT WE

2125  1    WERE DEFINITELY TRYING TO GET THESE STUDIES DONE AS FAST AS WE

2125  2    COULD, NOT IN ANY WAY COMPROMISING ON THE DESIGN OF THE STUDIES

2125  3    OR THE AMOUNT OF SAFETY DATA, BUT DEFINITELY, REALLY FROM AN

2125  4    OPERATIONAL POINT OF VIEW, GET THE STUDIES DONE AS QUICKLY AS

2125  5    YOU CAN, BUT THE STUDIES THEMSELVES -- MY FEELING WAS THE

2125  6    STUDIES WERE VERY WELL-DESIGNED. THEY ANSWERED ALL THE

2125  7    IMPORTANT QUESTIONS. SO MAYBE OPERATIONAL PIECES OF THIS --

2125  8    WHEN YOU GO OUT AND TRY TO FIND DOCTORS TO ENROLL PATIENTS IN

2125  9    THE STUDIES, IT TAKES TIME TO ENROLL THOSE PATIENTS. IT TAKES

2125 10    TIME TO ANALYZE THE DATA ONCE THE STUDY IS DONE. SO ALL OF

2125 11    THAT, WE WERE ABSOLUTELY TRYING TO DO ALL THOSE OPERATIONAL

2125 12    PIECES AS FAST AS WE COULD.

2125 13    Q. YOU KNEW THAT THE MARKET FOR VIOXX WAS A VERY LUCRATIVE

2125 14    MARKET; CORRECT? MERCK KNEW THAT BACK IN 1996?

2125 15    A. I THINK THE NUMBER OF PEOPLE WHO HAVE OSTEOARTHRITIS IS

2125 16    LARGE. IT WAS MY UNDERSTANDING THERE ARE A LOT OF PEOPLE THAT

2125 17    TRADITIONAL MEDICATIONS DIDN'T SATISFY THEIR NEEDS AND

2125 18    PHYSICIANS DEFINITELY WANTED A NEW MEDICATION. SO CLEARLY

2125 19    THERE WOULD BE A LARGE NUMBER OF PATIENTS WHO WOULD BE

2125 20    CANDIDATES FOR MERCK'S MEDICINE, SURE.

2125 21    Q. SO IT WAS A BIG UNSATISFIED MARKET; RIGHT?

2125 22    A. YES, THAT'S CORRECT.

2125 23    Q. MERCK HAD COMPETITIVE PRESSURE TO GET THEIR COX-2

|  | **Objections** | **Rulings** |
|---|---|---|

| 2125 24 | INHIBITOR ON THE MARKET FIRST; RIGHT? |
| 2125 25 | A.  IT'S A BUSINESS.  WE WOULD LIKE TO GET OUR DRUG THERE |
| 2126  1 | FIRST, ABSOLUTELY. |
| 2126  2 | Q.  IN ORDER TO DO THAT, YOU ENGAGED IN A HIGHLY AGGRESSIVE |
| 2126  3 | CLINICAL DEVELOPMENT PROGRAM; RIGHT? |
| 2126  4 | A.  AS I JUST SAID, WE WERE TRYING TO DO ALL THESE STUDIES AS |
| 2126  5 | FAST AS WE COULD, YES. |
| 2126  6 | Q.  PART OF THAT AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM |
| 2126  7 | INVOLVED A COMPRESSED AND ACCELERATED CLINICAL DEVELOPMENT |
| 2126  8 | PROGRAM; RIGHT? |
| 2126  9 | A.  AS I SAID, WE WERE TRYING TO DO IT AS FAST AS WE COULD. |
| 2126 10 | Q.  THAT MEANT YOU STARTED YOUR PHASE III STUDIES BEFORE YOU |
| 2126 11 | EVEN FINISHED YOUR PHASE II; RIGHT? |
| 2126 12 | A.  WE STARTED THE PHASE III STUDIES -- REMEMBER, I TOLD YOU |
| 2126 13 | THERE WERE TWO OF THESE STUDIES.  WE LOOKED AT THE DOSE 125 |
| 2126 14 | AGAINST 125, AND THE OTHER STUDY HAD 5, 12.5, 25, AND 50.  WE |
| 2126 15 | STARTED PHASE III BEFORE WE HAD FINISHED THE 5, 12.5, 25, AND |
| 2126 16 | 50.  WE WERE FAIRLY CONFIDENT, BASED ON OTHER DATA, THAT 12.5 |
| 2126 17 | AND 25 WERE THE RIGHT DOSES TO PUT IN PHASE III.  WE HADN'T |
| 2126 18 | ACTUALLY FINISHED THAT DOSE RANGING TRIAL WHEN WE WENT INTO |
| 2126 19 | PHASE III.  WE PICKED 12.5 AND 25 MILLIGRAMS AS THE PHASE III |
| 2126 20 | DOSES EVEN THOUGH WE HADN'T FINISHED THAT SECOND DOSE RANGING, |
| 2126 21 | AND THAT WAS A RISK THAT WE TOOK THAT WE WOULD BE WRONG AND WE |
| 2126 22 | WOULD HAVE TO START PHASE III OVER WITH A DIFFERENT DOSE. |
| 2126 23 | Q.  SO WILL YOU ANSWER MY QUESTION "YES" OR "NO," PLEASE, |
| 2126 24 | DOCTOR.  DID YOU START PHASE III STUDIES BEFORE YOU COMPLETED |
| 2126 25 | PHASE II STUDIES? |
| 2127  1 | A.  BEFORE THE PHASE IIB DOSE RANGING STUDY WAS COMPLETED, WE |
| 2127  2 | STARTED PHASE III. |

**2128:1 - 2130:1** Morrison_B_20060811

| 2128 14 | Q.  HOW MANY PATIENTS WERE ON IT FOR MORE THAN THREE YEARS? |
| 2128 15 | A.  MORE THAN THREE YEARS?  HOLD ON.  CAN I JUST LOOK IN THE |
| 2128 16 | ISS. |
| 2128 17 | Q.  SURE. |
| 2128 18 | A.  I THINK IN THE ISS THE LONGEST POPULATION THAT WE HAVE IS |
| 2128 19 | PEOPLE ON THE DRUG FOR SIX MONTHS UP TO 86 WEEKS.  SO 86 WEEKS |
| 2128 20 | IS, WHAT, JUST UNDER TWO YEARS? |
| 2128 21 | Q.  UH-HUH.  SO THE ANSWER TO THAT QUESTION WOULD BE ZERO? |
| 2128 22 | A.  I THINK THERE PROBABLY -- PROBABLY ZERO.  I CAN'T TELL YOU |
| 2128 23 | SPECIFICALLY, BUT I DON'T THINK THERE WERE PEOPLE UP TO THREE |
| 2128 24 | YEARS. |
| 2128 25 | Q.  VIOXX WAS DESIGNED TO BE PRESCRIBED TO PATIENTS ON A |
| 2129  1 | LONG-TERM BASIS; RIGHT? |
| 2129  2 | A.  I DON'T KNOW IF I WOULD SAY THAT.  IT WAS CERTAINLY CLEAR |
| 2129  3 | IT WOULD BE CHRONICALLY USED, BUT I THINK EVEN THE ORIGINAL |
| 2129  4 | LABEL TOLD PEOPLE TO USE IT AT THE LOWEST DOSE FOR THE SHORTEST |
| 2129  5 | PERIOD OF TIME. |
| 2129  6 | Q.  YOU WERE TREATING FOLKS FOR ARTHRITIS; RIGHT? |
| 2129  7 | A.  YOU WERE TREATING FOLKS WITH ARTHRITIS, AND MANY |

| | Objections | Rulings |
|---|---|---|

2129  8  PHYSICIANS TREAT THOSE PATIENTS WITH INTERMITTENT TREATMENTS.

2129  9  WHEN THEIR ARTHRITIS FLARES UP, THEY TAKE THEIR MEDICATION.

2129 10  WHEN IT CALMS DOWN, THEY DON'T. SO I THINK THAT'S WHY ON THE

2129 11  LABEL IT SAYS TAKE IT ON THE LOWEST DOSE FOR THE SHORTEST

2129 12  PERIOD OF TIME YOU NEED.

2129 13  Q.  VIOXX WASN'T GOING TO CURE ARTHRITIS?  IT WASN'T GOING TO

2129 14  MAKE IT GO AWAY; IT WAS JUST GOING TO TREAT THE PAIN?

2129 15  A.  IT WAS COMPLETELY SYMPTOMATIC THERAPY.

2129 16  Q.  SO THE FOLKS THAT HAVE ARTHRITIS, YOU EXPECTED THEM TO

2129 17  HAVE IT FOR THE REST OF THEIR LIFE; RIGHT?

2129 18  A.  I THINK, AS PEOPLE KNOW, SOME PEOPLE WITH OSTEOARTHRITIS

2129 19  EVENTUALLY END UP WITH A JOINT REPLACEMENT OR SOME OTHER WAY OF

2129 20  SOLVING THE PROBLEM, BUT ABSOLUTELY THERE ARE MANY PATIENTS WHO

2129 21  DON'T HAVE THAT AND HAVE ARTHRITIS CHRONICALLY FOR A LONG TIME.

2129 22  Q.  SO MERCK WAS IN THIS COMPRESSED AND ACCELERATED OR

2129 23  AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM THAT WOULD HAVE ALLOWED

2129 24  THE DRUG TO BE SUBMITTED TO THE FDA IN THE FOURTH QUARTER OF

2129 25  1998; RIGHT?

2130  1  A.  FOURTH QUARTER '98 WAS OUR TARGET, YES.


2134:2 -   2135:2 Morrison_B_20060811

2134  2  Q.  YOU TESTIFIED THAT IT WAS IMPORTANT FROM A BUSINESS

2134  3  STANDPOINT FOR MERCK TO GET THE DRUG TO THE MARKET FIRST;

2134  4  RIGHT?

2134  5  A.  SURE.

2134  6  Q.  YOU UNDERSTOOD THAT MERCK ACTUALLY CALCULATED THE AMOUNT

2134  7  OF MONEY, THE DIFFERENCE BETWEEN BEING FIRST TO MARKET AND

2134  8  SECOND; IS THAT CORRECT?

2134  9  A.  I DON'T REMEMBER SEEING THAT, BUT THE MARKETING PEOPLE

2134 10  GENERALLY DO DO THOSE FORECASTS.

2134 11  Q.  YOU KNOW THAT THE DIFFERENCE BETWEEN BEING FIRST TO MARKET

2134 12  VERSUS SECOND TO MARKET FOR VIOXX WAS $611 MILLION?

2134 13  A.  I DON'T KNOW THE EXACT FIGURE.  FOR ME, PERSONALLY, I

2134 14  THINK IT'S PRETTY OBVIOUS YOU WANT TO BE FIRST.  IF YOU'RE

2134 15  FIRST, YOU HAVE A BETTER CHANCE OF TAKING OVER THE MARKET THAN

2134 16  SOMEBODY WHO COMES SECOND.  I DON'T KNOW THE EXACT FIGURES THAT

2134 17  THE MARKETING FOLKS.

2134 18  Q.  DOES $611 MILLION SOUND PRETTY CLOSE TO WHAT YOUR

2134 19  UNDERSTANDING WAS FROM BEING FIRST TO SECOND FOR VIOXX?

2134 20  A.  I HAVE NO IDEA.

2134 21  Q.  SO WE HAVE THIS CLINICAL DEVELOPMENT PROGRAM THAT -- YOU

2134 22  AT LEAST ADMIT THAT IT'S AN AGGRESSIVE CLINICAL DEVELOPMENT

2134 23  PROGRAM; RIGHT?

2134 24  A.  THERE'S NO QUESTION WE WERE TRYING TO GO AS FAST AS

2134 25  POSSIBLE, BUT AGAIN I WANT TO BE REAL CLEAR THAT THE STUDIES

2135  1  THAT WE DID, THE SAFETY DATA THAT WE COLLECTED, WAS ALL I THINK

2135  2  VERY APPROPRIATE.  WE HAD DISCUSSED THAT WITH THE FDA BEFORE WE

2135  3  EVEN STARTED THE PHASE III STUDIES TO MAKE SURE THEY AGREED, AS

2135  4  WELL, THAT THIS WOULD BE A GOOD PROGRAM, ADEQUATE SAFETY

2135  5  DATABASE, TO BE ABLE TO ASSESS THE PRODUCT.

| | **Objections** | **Rulings** |
|---|---|---|

2135 6    Q. THIS AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM WOULD ALLOW
2135 7    VIOXX TO BE SUBMITTED TO THE FDA IN THE FOURTH QUARTER OF 1998;
2135 8    IS THAT RIGHT?
2135 9    A. THAT'S WHAT WE WERE TARGETING, YES.
2135 10   Q. SO THAT WAS SET UP IN 1996; RIGHT?
2135 11   A. I THINK THAT OVERALL PLAN, YES.
2135 12   Q. SO RIGHT IN THE MIDDLE OF THAT PERIOD OF TIME, OF THAT
2135 13   AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM, YOU GET THE RESULTS
2135 14   FROM 023; CORRECT?
2135 15   A. YES.
2135 16   Q. 023 RAISED CONCERNS ABOUT THE CARDIOVASCULAR RISKS
2135 17   ASSOCIATED WITH VIOXX; RIGHT?
2135 18   A. AS I SAID, I THINK IT RAISED QUESTIONS ABOUT WHY YOU'RE
2135 19   SEEING AN EFFECT IN THE URINE ON PROSTACYCLIN.
2135 20   Q. MERCK DIDN'T SLOW DOWN THEIR CLINICAL DEVELOPMENT PROGRAM,
2135 21   DID YOU?
2135 22   A. NO. THE PROGRAM WAS GOING ON. WE PUBLISHED THE DATA. WE
2135 23   PRESENTED IT TO THE BOARD OF SCIENTIFIC ADVISORS. AS YOU SAW,
2135 24   THEY ENCOURAGED US TO BRING THE PRODUCT TO MARKET AS QUICKLY AS
2135 25   POSSIBLE, AND THAT'S WHAT WE DID.

2136:20 - 2139:6   Morrison_B_20060811

2136 20   Q. WHAT WOULD BE CONSIDERED TO BE THE TOP BOOK, THE MOST
2136 21   AUTHORITATIVE BOOK IN THE FIELD OF PHARMACOLOGY?
2136 22   A. WELL, I CAN TELL YOU THE BOOK I USED WHEN I WAS IN MEDICAL
2136 23   WAS GOODMAN & GILMAN'S.
2136 24   Q. THIS BOOK?
2136 25   A. THAT'S NOT THE EDITION I HAD IN MEDICAL SCHOOL, BUT THAT'S
2137 1    THE BOOK.
2137 2    Q. THIS IS THE 2006 EDITION.
2137 3    A. OKAY. THIS IS 2006.
2137 4    Q. HAVE YOU REVIEWED THE 2006 EDITION OF GOODMAN & GILMAN'S
2137 5    TO SEE WHAT IT SAYS ABOUT THE IMBALANCE THEORY?
2137 6    A. NO, I HAVEN'T.
2137 7    Q. ARE YOU WITH ME, DOCTOR, ON PAGE 684?
2137 8    A. JUST SO WE ARE ALL CLEAR, GARRETT WROTE THIS CHAPTER.
2137 9    Q. GARRETT FITZGERALD WROTE THIS?
2137 10   A. YES, SO THIS IS GARRETT'S PERSPECTIVE.
2137 11   Q. THE PREEMINENT PHARMACOLOGIST, GARRETT FITZGERALD?
2137 12   A. YES, BUT IT IS THE FITZGERALD HYPOTHESIS AND SO GARRETT
2137 13   WROTE THIS CHAPTER.
2137 14   Q. YOU AGREE THAT THIS BOOK SUPPORTS THE FITZGERALD
2137 15   HYPOTHESIS, THIS IMBALANCE THEORY; IS THAT RIGHT?
2137 16   A. WHAT I'M READING ON THE SCREEN IS --
2137 17   Q. LET'S READ IT.
2137 18   A. -- THE WRITINGS THAT I THINK GARRETT HAS PUT FORWARD IN
2137 19   GENERAL.
2137 20   Q. "SELECTIVE INHIBITORS OF COX-2 DEPRESS PGI2FORMATION" --
2137 21   THAT'S PROSTACYCLIN, RIGHT, PGI2?
2137 22   A. YES.

| | Objections | Rulings |
|---|---|---|

2137 23   Q. "BY EPITHELIAL CELLS WITHOUT CONCOMITANT" --

2137 24   "CONCOMITANT," THAT MEANS AT THE SAME TIME?

2137 25   A. CORRECT.

2138  1   Q. "INHIBITION OF PLATELET THROMBOXANE. EXPERIMENTS IN MICE

2138  2   SUGGEST THAT PROSTACYCLIN RESTRAINS THE CARDIOVASCULAR EFFECTS

2138  3   OF THROMBOXANE, AFFORDING A MECHANISM BY WHICH SELECTIVE

2138  4   INHIBITORS MIGHT INCREASE THE RISK OF THROMBOSIS." DID I READ

2138  5   THAT CORRECTLY?

2138  6   A. YES, YOUR DID.

2138  7   Q. "THIS MECHANISM SHOULD PERTAIN TO INDIVIDUALS OTHERWISE AT

2138  8   RISK OF THROMBOSIS, SUCH AS THOSE WITH RHEUMATOID ARTHRITIS, AS

2138  9   THE RELATIVE RISK OF MYOCARDIAL INFARCTION IS INCREASED IN

2138 10   THESE PATIENTS." IS THAT RIGHT?

2138 11   A. YES.

2138 12   Q. "COMPARED TO PATIENTS WITH OSTEOARTHRITIS OR NO

2138 13   ARTHRITIS." CORRECT?

2138 14   A. CAN YOU JUST TELL ME WHAT PAGE? I WOULD RATHER READ IT ON

2138 15   THE THING THAN ON THE SCREEN.

2138 16   Q. 684. "THE INCIDENCE OF MYOCARDIAL INFARCTION AND

2138 17   STROKE" --

2138 18   MR. GOLDMAN: OBJECTION, YOUR HONOR. MAY WE

2138 19   APPROACH? THIS IS BEYOND WHETHER OR NOT THE IMBALANCE THEORY

2138 20   HAS MERIT. HE IS NOW TALKING ABOUT EXPERT OPINION TESTIMONY.

2138 21   THE COURT: YOU CAN USE THIS. I'M GOING TO LET HIM

2138 22   USE IT. I OVERRULE THE OBJECTION.

2138 23   BY MR. BIRCHFIELD:

2138 24   Q. "THE INCIDENCE OF MYOCARDIAL INFARCTION AND STROKE HAS

2138 25   DIVERGED IN SUCH AT-RISK PATIENTS WHEN COX-2 INHIBITORS ARE

2139  1   COMPARED WITH THE TNSAIDS." IS THAT TRADITIONAL NSAIDS?

2139  2   A. YES.

2139  3   Q. "PLACEBO-CONTROLLED TRIALS HAVE NOW REVEALED AN INCREASED

2139  4   INCIDENCE OF MYOCARDIAL INFARCTION AND STROKE IN PATIENTS

2139  5   TREATED WITH ROFECOXIB." IS THAT RIGHT?

2139  6   A. THAT'S THE APPROVE STUDY.

2144:1 -  2147:2 Morrison_B_20060811

2144 15   Q. WHEN PROTOCOL 023 WAS PUBLISHED, MERCK WANTED TO MAKE SURE

2144 16   THAT THE HEART ATTACK RISK RAISED BY THAT STUDY WAS NOT

2144 17   EVIDENT; WOULD YOU AGREE WITH THAT?

2144 18   A. NO, I WOULDN'T AGREE WITH THAT AT ALL. I WAS ONE OF THE

2144 19   AUTHORS OF THE PAPER. ALL OF THE AUTHORS WORKED TOGETHER TO

2144 20   WRITE UP THE PAPER, PRIMARILY FRANCESCA, WHO IS THE FIRST

2144 21   AUTHOR, GARRETT, MYSELF, AND BARRY GERTZ. SO WE WERE ALL

2144 22   WORKING TOGETHER TO WRITE UP THE PAPER, AND I DISAGREE WITH

2144 23   YOUR CHARACTERIZATION.

2144 24   Q. WELL, THE FIRST DRAFT WAS PREPARED BY THE AUTHORS FROM THE

2144 25   UNIVERSITY OF PENNSYLVANIA; RIGHT?

2145  1   A. BY FRANCESCA.

2145  2   Q. FRANCESCA, AND SHE WAS WORKING UNDER THE SUPERVISION OF

2145  3   THE SENIOR AUTHOR, GARRETT FITZGERALD; RIGHT?

|  | **Objections** | **Rulings** |
|--|--|--|

2145  4   A.  FRANCESCA WROTE THE FIRST DRAFT.  FRANCESCA WORKED IN

2145  5   GARRETT'S UNIT, HIS LABORATORY.

2145  6   Q.  THAT FIRST DRAFT OF THAT MANUSCRIPT FOR 023 URGED CAUTION

2145  7   IN CLINICAL PRACTICE FOR VIOXX, DIDN'T IT?

2145  8   A.  I THINK I REMEMBER THAT WORD, YES.

2145  9   Q.  IT URGED CAUTION AND YOU NEGOTIATED GETTING THAT LANGUAGE

2145  10  TAKEN OUT; IS THAT RIGHT?

2145  11  A.  WELL, WE ALL TOGETHER AGREED THAT THAT LANGUAGE WASN'T

2145  12  APPROPRIATE FOR THE PAPER.  I THINK I DEFINITELY WAS ONE OF THE

2145  13  PEOPLE SAYING, "I'M NOT QUITE SURE WHY YOU WOULD SAY THAT BASED

2145  14  UPON THE DATA FROM A URINE STUDY," BUT AT THE END OF THE DAY

2145  15  ALL FOUR OF US AGREED THAT, YES, THAT WAS PROBABLY NOT

2145  16  SOMETHING THAT SHOULD BE PUT IN THE PAPER.

2145  17  Q.  GARRETT FITZGERALD AND FRANCESCA DRAFTED THE INITIAL

2145  18  MANUSCRIPT THAT HAD A SENTENCE IN THERE THAT WOULD URGE CAUTION

2145  19  IN CLINICAL PRACTICE AND YOU AND BARRY GERTZ NEGOTIATED THAT

2145  20  OUT; IS THAT RIGHT?

2145  21  A.  AGAIN, ALL OF US AGREED ON WHAT THE FINAL WORDING WOULD

2145  22  BE.  BARRY AND I BOTH DID PRESENT A POINT OF VIEW THAT WE

2145  23  WEREN'T REALLY SURE WHY THEY WANTED THAT SENTENCE IN.  AGAIN,

2145  24  WE HAD THAT URINE RESULT.  NOTHING HAPPENED TO ANY OF THE

2145  25  PATIENTS IN THIS TRIAL.  THE 36 PATIENTS WHO WERE IN THE TRIAL,

2146  1   NONE OF THEM HAD ANY CARDIOVASCULAR EVENTS, SO WE THOUGHT

2146  2   THAT -- WE JUST DIDN'T UNDERSTAND WHY THEY WANTED THAT WORDING

2146  3   IN.  IT SEEMED LIKE A STRETCH BASED UPON THE DATA THAT WE HAD

2146  4   IN THIS STUDY.

2146  5   Q.  THAT'S DATA THAT WOULD SAY, LOOK, THE IMBALANCE THEORY,

2146  6   THE IMBALANCE BETWEEN PROSTACYCLIN AND THROMBOXANE, POSES A

2146  7   HEART ATTACK RISK, THAT LANGUAGE THAT WOULD URGE CAUTION IN

2146  8   CLINICAL PRACTICE IS TAKEN OUT; RIGHT?

2146  9   A.  YES.  I THINK THE "CAUTION IN CLINICAL PRACTICE" KIND OF

2146  10  WORDING WOULD COME FROM A CLINICAL STUDY.  THIS IS A CLINICAL

2146  11  PHARMACOLOGY STUDY REALLY JUST LOOKING AT URINE.  THERE ARE

2146  12  ALMOST NO ADVERSE EVENTS AT ALL IN ANY OF THESE PATIENTS, AND

2146  13  SO IT SEEMED TO US IF WE WANTED TO RECOMMEND TO PEOPLE TO USE

2146  14  CAUTION, WE SHOULD LOOK AT THE CLINICAL TRIAL DATA FROM THE

2146  15  PHASE II AND III STUDIES, NOT A URINE STUDY.

2146  16  Q.  AS A RESULT OF YOUR HANDLING OF 023 AND THE PUBLICATION OF

2146  17  THIS MANUSCRIPT, YOU GOT A RAISE AND A PROMOTION AT MERCK;

2146  18  RIGHT?

2146  19  A.  NO, THAT'S NOT TRUE.  I DID GET PROMOTED SOMEWHERE ALONG

2146  20  THE WAY, BUT IT WASN'T AS A RESULT OF -- DOING THE 023

2146  21  EXPERIMENT WAS DEFINITELY AN ACCOMPLISHMENT THAT MY BOSSES FELT

2146  22  WAS IMPORTANT.  WRITING THE PAPER UP AND PUBLISHING IT WAS

2146  23  IMPORTANT.  THOSE WERE SCIENTIFIC ACCOMPLISHMENTS THAT GET YOU

2146  24  PROMOTED AT MERCK.

2146  25  Q.  YOUR BOSS' BOSS, THAT WOULD BE BARRY GERTZ; RIGHT?

2147  1   A.  AT WHAT TIME ARE YOU TALKING ABOUT?

2147  2   Q.  AT THE TIME OF THIS 023 STUDY.

2147  3   A.  MY BOSS WAS BETH, AND BETH'S BOSS WAS ALAN.  I DON'T THINK

|  | Objections | Rulings |
|---|---|---|

| 2147 | 4 | BARRY WAS -- BARRY WAS A COLLEAGUE OF MINE WORKING ON THIS. |
| 2147 | 5 | Q.   YOU GOT A LETTER OF RECOMMENDATION FOR A PROMOTION BASED |
| 2147 | 6 | ON 023; RIGHT? |
| 2147 | 7 | A.   FRANCESCA WAS KIND ENOUGH TO WRITE A LETTER ON MY BEHALF. |
| 2147 | 8 | WHEN YOU GET PROMOTED AT MERCK, YOU HAVE TO GET OUTSIDE PEOPLE |
| 2147 | 9 | TO WRITE LETTERS FOR YOU, AND FRANCESCA WAS KIND ENOUGH TO |
| 2147 | 10 | WRITE A LETTER FOR ME. |
| 2147 | 11 | Q.   FRANCESCA GOT HIRED BY MERCK; RIGHT? |
| 2147 | 12 | A.   A NUMBER OF YEARS LATER.  I DON'T REMEMBER WHEN SHE CAME |
| 2147 | 13 | TO MERCK.  A NUMBER OF YEARS AFTER THIS. |
| 2147 | 14 | Q.   THE SCIENTIFIC COMMUNITY GOT A PUBLICATION WITHOUT THE |
| 2147 | 15 | CAUTION URGED FOR VIOXX WITH THE CLINICAL TRIALS? |
| 2147 | 16 | A.   I THINK THE SCIENTIFIC COMMUNITY GOT A VERY NICE |
| 2147 | 17 | PUBLICATION THAT DESCRIBED AN IMPORTANT RESULT.  ALL THE |
| 2147 | 18 | RESULTS WERE OUT THERE FOR SCIENTISTS ALL OVER THE WORLD TO |
| 2147 | 19 | LOOK AT AND DRAW THEIR OWN CONCLUSIONS AND PROPOSE ADDITIONAL |
| 2147 | 20 | EXPERIMENTS TO TRY TO UNDERSTAND THIS. |

**2148:3 - 2154:1** Morrison_B_20060811

| 2148 | 3 | THE WITNESS:  MR. BIRCHFIELD, DURING THE BREAK I WENT |
| 2148 | 4 | BACK AND CHECKED.  THERE WERE NO PATIENTS MORE THAN TWO YEARS. |
| 2148 | 5 | THERE WERE ABOUT 800 PATIENTS FOR GREATER THAN A YEAR.  I JUST |
| 2148 | 6 | WANTED TO ANSWER YOUR QUESTION. |
| 2148 | 7 | BY MR. BIRCHFIELD: |
| 2148 | 8 | Q.   NO PATIENTS GREATER THAN TWO YEARS; CORRECT? |
| 2148 | 9 | A.   IN THE ORIGINAL NDA. |
| 2148 | 10 | Q.   DR. MORRISON, LET ME SHOW YOU WHAT'S MARKED AS P.1-1894. |
| 2148 | 11 | DR. MORRISON, IS THIS A MEMO YOU PREPARED REGARDING THE |
| 2148 | 12 | PROTOCOL 023 TRANSCRIPT? |
| 2148 | 13 | A.   THIS IS A MEMO REGARDING THE PUBLICATION, YES. |
| 2148 | 14 | MR. BIRCHFIELD:  YOUR HONOR, WE OFFER IT INTO |
| 2148 | 15 | EVIDENCE. |
| 2148 | 16 | MR. GOLDMAN:  NO OBJECTION. |
| 2148 | 17 | MR. BIRCHFIELD:  PLAINTIFF'S EXHIBIT P.1-1894. |
| 2148 | 18 | THE COURT:  LET IT BE ADMITTED. |
| 2148 | 19 | BY MR. BIRCHFIELD: |
| 2148 | 20 | Q.   WE SEE THAT THIS IS A MEMO TO YOU -- I MEAN, FROM YOU TO |
| 2148 | 21 | BETH SEIDENBERG.  THAT'S YOUR BOSS; RIGHT? |
| 2148 | 22 | A.   THAT'S CORRECT. |
| 2148 | 23 | Q.   THE REST OF THE FOLKS ARE MERCK EMPLOYEES? |
| 2148 | 24 | A.   ALAN NIES, WE'VE TALKED ABOUT.  BARRY GERTZ, WE'VE TALKED |
| 2148 | 25 | ABOUT.  HUI QUAN IS THE STATISTICIAN ON THE STUDY, AND ELLIOTT |
| 2149 | 1 | AND JIM ARE OTHER MERCK EMPLOYEES. |
| 2149 | 2 | Q.   YOU'RE CIRCULATING A DRAFT MANUSCRIPT FOR THE 023 STUDY; |
| 2149 | 3 | RIGHT? |
| 2149 | 4 | A.   CORRECT. |
| 2149 | 5 | Q.   TO BE PUBLISHED.  IT WAS WRITTEN BY FRANCESCA |
| 2149 | 6 | CATELLA-LAWSON AT THE UNIVERSITY OF PENNSYLVANIA WE TALKED |
| 2149 | 7 | ABOUT; IS THAT CORRECT? |
| 2149 | 8 | A.   THAT'S CORRECT. |

| | **Objections** | **Rulings** |
|---|---|---|

2149  9    Q.  WILL YOU GO TO PAGE 2.  DO YOU SEE -- WELL, FIRST OF ALL,

2149  10   PAGE 2 IS THE -- I'M SORRY.  PAGE 2 OF THE MANUSCRIPT.  THAT'S

2149  11   AN ABSTRACT; IS THAT CORRECT?  THAT'S THE ABSTRACT --

2149  12   A.  YES, THAT'S THE ABSTRACT.

2149  13   Q.  THE ABSTRACT IS A SYNOPSIS THAT GIVES THE MOST IMPORTANT

2149  14   FINDINGS IN A NUTSHELL VERSION FOR DOCTORS AND SCIENTISTS TO

2149  15   READ; IS THAT RIGHT?

2149  16   A.  THAT'S CORRECT.

2149  17   Q.  THE LAST SENTENCE IN THIS DRAFT MANUSCRIPT STATES, "THE

2149  18   INHIBITION OF URINARY PGI-M" -- THAT'S THE PROSTACYCLIN

2149  19   METABOLITE?

2149  20   A.  YES.

2149  21   Q.  -- "BY MK-966."  THAT'S VIOXX; RIGHT?

2149  22   A.  CORRECT.

2149  23   Q.  IT SAYS, "IMPLIES A MAJOR ROLE" -- WELL, "IMPLIES" IS

2149  24   STRUCK OUT, AND IT SAYS "SUPPORTS A MAJOR ROLE FOR COX-2 IN THE

2149  25   VASCULAR BIOSYNTHESIS OF PROSTACYCLIN IN HUMANS."  IS THAT

2150  1    RIGHT?

2150  2    A.  CORRECT.

2150  3    Q.  THAT'S LANGUAGE THAT YOU NEGOTIATED OUT FOR THE FINAL

2150  4    DRAFT; IS THAT RIGHT?

2150  5    A.  FOR THE FINAL VERSION.  "COX-2 MAY PLAY A ROLE IN THE

2150  6    SYSTEMIC" -- MAYBE YOU CAN JUST HIGHLIGHT IT.  "COX-2 MAY PLAY

2150  7    A. ROLE IN THE SYSTEMIC BIOSYNTHESIS OF PROSTACYCLIN IN HEALTHY

2150  8    HUMANS."

2150  9    Q.  WHEN YOU TAKE IT OUT, THAT IT PLAYS A MAJOR ROLE; RIGHT?

2150  10   THAT WOULD BE DETRIMENTAL TO THE SALES OF VIOXX, WOULDN'T IT?

2150  11   A.  MR. BIRCHFIELD, AT THE TIME THAT WE ARE WRITING THIS

2150  12   MANUSCRIPT, VIOXX HADN'T APPLIED FOR A REGISTRATION OF THE

2150  13   PRODUCT YET.  I DON'T THINK AN ARTICLE PUBLISHED --

2150  14   PHARMACOLOGY ARTICLE REALLY HAD MUCH TO DO WITH SALES OF THE

2150  15   DRUG.  WHAT WE ARE TRYING TO DO HERE IS ACCURATELY PRESENT THE

2150  16   SCIENCE AND ACCURATELY PRESENT AN INTERPRETATION OF THAT

2150  17   SCIENCE.

2150  18   Q.  DR. MORRISON, YOU'RE NOT SAYING THAT AT THE TIME THAT

2150  19   Y'ALL DID THE STUDY AND YOU WERE PUBLISHING IT, THAT YOU

2150  20   WEREN'T THINKING ABOUT THE VIOXX MARKET, WERE YOU?  YOU'RE NOT

2150  21   SAYING THAT, ARE YOU?

2150  22   A.  WHEN I WAS WRITING THIS PAPER?

2150  23   Q.  YES.

2150  24   A.  NO.  I WAS WRITING THIS PAPER AS A SCIENTIST, TRYING TO

2150  25   MAKE SURE THAT WE ACCURATELY PRESENT THE RESULTS OF THE STUDY

2151  1    AND WE ACCURATELY PRESENT OUR INTERPRETATION OF THE RESULTS OF

2151  2    THE STUDY.

2151  3    Q.  YOUR BOSSES WERE LOOKING AT WHAT WAS BEING PUBLISHED;

2151  4    RIGHT?

2151  5    A.  MY BOSSES DO REVIEW ALL OF MY WORK, YES.

2151  6    Q.  MERCK WAS IN AN AGGRESSIVE CLINICAL DEVELOPMENT PROGRAM

2151  7    BECAUSE IT WAS A COMPETITIVE MARKET; RIGHT?  THAT WAS IN PLACE

2151  8    BEFORE YOU HAD PUBLISHED -- STARTED DRAFTING THIS MANUSCRIPT?

| | Objections | Rulings |
|---|---|---|

2151  9   A.  I THINK WE WENT THROUGH THAT, BUT WE WERE TRYING TO DO THE

2151 10   DEVELOPMENT PROGRAM AS QUICKLY AS WE COULD.  THIS IS A

2151 11   SCIENTIFIC PUBLICATION, AND MY INTEREST AS A SCIENTIST IS TO

2151 12   MAKE SURE THAT THE RESULTS ARE CLEARLY PRESENTED FOR OTHER

2151 13   SCIENTISTS AND THAT THE ABSTRACT IS AN ACCURATE REFLECTION OF

2151 14   THE EXPERIMENT THAT WE DID AND AN ACCURATE INTERPRETATION OF

2151 15   THE EXPERIMENT WE DID.

2151 16   Q.  YOU LOOKED AT THIS ARTICLE WITH MR. GOLDMAN EARLIER.

2151 17   WHILE WE'VE GOT IT UP, LET'S GO TO PAGE -- IT'S PAGE 739,

2151 18   DR. MORRISON.  CAN YOU SEE THE PARAGRAPH THERE?  THIS IS THE

2151 19   PORTION I BELIEVE YOU READ WITH MR. GOLDMAN.  LET'S GO DOWN

2151 20   BELOW THAT.  DO YOU SEE WHERE YOU LEFT OFF EARLIER?  IT SAYS,

2151 21   "ONE POSSIBLE EXPLANATION MAY BE RELATED TO THE FINDING THAT

2151 22   LAMINAR SHEAR STRESS UP-REGULATES COX-2" -- WHERE IS THAT?

2151 23   A.  IN THE VASCULAR ENDOTHELIUM IN VITRO.

2151 24   Q.  IN THE BLOOD VESSELS; RIGHT?

2151 25   A.  IN VITRO.  THAT MEANS IF YOU TAKE BLOOD VESSELS AND PUT

2152  1   THEM ONTO A TISSUE CULTURE PLATE, THEN THE BLOOD VESSELS ON THE

2152  2   TISSUE CULTURE PLATE WILL TURN ON COX-2.

2152  3   Q.  BUT THIS IS YOUR ARTICLE, AND IT'S TALKING ABOUT COX-2 IN

2152  4   THE BLOOD VESSELS, IN THE ENDOTHELIUM; RIGHT?

2152  5   A.  SURE.  AGAIN, WE ARE TRYING TO UNDERSTAND THIS, SO WE'RE

2152  6   SAYING ONE POSSIBLE EXPLANATION IS THIS FINDING, THAT IF YOU

2152  7   TAKE THE ENDOTHELIAL CELLS AND PUT THEM ON PLASTIC AND

2152  8   ARTIFICIALLY GROW THEM, THEY WILL TURN ON COX-2 THEN.  SO SOME

2152  9   PEOPLE SAY, WELL, MAYBE THERE'S CERTAIN CIRCUMSTANCES WHERE YOU

2152 10   CAN GET THIS THING TO TURN ON.  BECAUSE, AGAIN, THIS IS AN

2152 11   UNEXPECTED RESULT.  NONE OF US WOULD HAVE THOUGHT COX-1 WAS IN

2152 12   ENDOTHELIAL CELLS.  UNDER THESE CONDITIONS, YOU CAN SHOW THAT

2152 13   COX-2 CAN BE TURNED ON IN ENDOTHELIAL CELLS.

2152 14   Q.  "A FURTHER CONTRIBUTION FROM COX-2 MIGHT BE EXPECTED IN

2152 15   ADVANCING AGE AND IN SYNDROMES OF PLATELET ACTIVATION AND

2152 16   INFLAMMATION WHERE PROSTACYCLIN BIOSYNTHESIS AS REFLECTED BY

2152 17   EXCRETION OF URINARY PGI-M IS AUGMENTED."  IS THAT RIGHT?

2152 18   A.  YOU READ THAT CORRECTLY.

2152 19   Q.  "THUS PROTHROMBOTIC AND INFLAMMATORY STIMULI INTRODUCE

2152 20   COX-2 EXPRESSION AND PROSTACYCLIN GENERATION BY VASCULAR

2152 21   TISSUES IN VITRO."  IS THAT RIGHT?

2152 22   A.  THAT'S CORRECT.

2152 23   Q.  VASCULAR BEING VESSELS, BLOOD VESSELS; RIGHT?

2152 24   A.  "IN VITRO" MEANING WHEN YOU PUT THEM ON -- TAKE THEM OUT

2152 25   AND PUT THEM ON A TISSUE CULTURE.

2153  1   Q.  AGAIN, THAT'S THE ARTICLE THAT YOU WROTE WITH DR. GARRETT

2153  2   FITZGERALD; IS THAT RIGHT?

2153  3   A.  CORRECT.

2153  4   Q.  LET ME SHOW YOU WHAT'S MARKED AS PLAINTIFF'S EXHIBIT

2153  5   1.1184.  YOU RECOGNIZE THIS AS A MEMO YOU PREPARED,

2153  6   DR. MORRISON?

2153  7   A.  I DO, YES.

2153  8   MR. BIRCHFIELD:  YOUR HONOR, WE OFFER EXHIBIT

| | | **Objections** | **Rulings** |
|---|---|---|---|

2153 9     P1.1184.

2153 10    THE COURT: LET IT BE ADMITTED.

2153 11    BY MR. BIRCHFIELD:

2153 12    Q. LET'S GO TO THE THIRD PAGE IN THE DOCUMENT. IT'S A LETTER

2153 13    FROM FRANCESCA FOR YOU. IN THE MIDDLE OF THE FIRST PAGE, IT

2153 14    HAS "CHANGES REQUESTED BY BARRY GERTZ." THAT'S A MERCK

2153 15    SCIENTIST; RIGHT?

2153 16    A. THAT'S CORRECT.

2153 17    Q. THEN GO DOWN TO THE THIRD MARK THERE. IT SAYS, "THE

2153 18    SUGGESTION TO USE CAUTION IN CLINICAL PRACTICE HAS BEEN

2153 19    DELETED." IS THAT RIGHT?

2153 20    A. YES. SO THIS IS THE LETTER FROM FRANCESCA. WE HAD SENT

2153 21    HER SOME COMMENTS, AND THEN SHE WRITES BACK HER REACTION TO

2153 22    THOSE COMMENTS. SHE IS SAYING WE TOOK THAT SENTENCE OUT.

2153 23    Q. IT WAS A REQUEST THAT WAS MADE BY MERCK; RIGHT?

2153 24    A. RIGHT.

2153 25    Q. TO DELETE THAT SENTENCE TO URGE CAUTION IN CLINICAL

2154 1    PRACTICE?

2154 2    A. BY BARRY, AND FRANCESCA AGREED.

2154 3    Q. BEFORE WE BROKE FOR LUNCH, I HAD ASKED ABOUT THE MOTTO

2154 4    "WHERE PATIENTS COME FIRST."

2154 5    A. OKAY.

2154 6    Q. A QUESTION THAT WAS RAISED REGARDING THE CARDIOVASCULAR

2154 7    RISKS ABOUT VIOXX WAS RAISED IN 023; IS THAT RIGHT?

2154 8    A. THAT WAS ONE OF THE POTENTIAL IMPLICATIONS OF THAT URINE

2154 9    STUDY.

2154 10    Q. SO 023 RAISED A QUESTION ABOUT THE CARDIOVASCULAR RISKS OF

2154 11    VIOXX; RIGHT?

2154 12    A. RAISED A QUESTION, YES.

2171:2( -   2176:1. Morrison_B_20060811

2171 20    Q. YOU WERE ASKED ABOUT THE ISS, AND YOU ASKED MR. BIRCHFIELD

2171 21    IF HE WANTED TO SHOW YOU THE SIX-MONTH STUDIES IN THE ISS. DO

2171 22    YOU KNOW WHERE EXACTLY THAT IS IN THE ISS, SIR?

2171 23    A. IT'S PAGE E-330, AND YOU'RE -- I CAN GIVE YOU THE NUMBER.

2171 24    THE LAST THREE NUMBERS ARE 402 ON YOUR LITTLE STAMP ON THE

2171 25    BOTTOM.

2172 1    Q. IS THIS THE TABLE YOU WERE REFERRING TO?

2172 2    A. RIGHT. THIS IS PATIENTS WHO WERE IN SIX-MONTH STUDIES,

2172 3    AND AGAIN, THEY HAVE THE -- SORT OF GO THROUGH THE RATES JUST

2172 4    TO BE -- IN THE PLACEBO GROUP, THE RATE IS .8 PERCENT.

2172 5    Q. WHAT ARE WE LOOKING AT HERE?

2172 6    A. THIS IS THE SAME THING, THROMBOEMBOLIC CARDIOVASCULAR

2172 7    ADVERSE EXPERIENCES THAT OCCURRED IN PATIENTS WHO TOOK PART IN

2172 8    SIX-MONTH OSTEOARTHRITIS TRIALS. AT THE BOTTOM THEY POINT OUT

2172 9    THAT -- REMEMBER, IT WAS SAID THAT WE DID THE SIX-WEEK STUDIES

2172 10    PRIMARILY BECAUSE EVERYBODY GOT PLACEBO FOR THE WHOLE SIX

2172 11    WEEKS.

2172 12    IN THESE STUDIES, SOME OF THE PATIENTS ON PLACEBO

2172 13    WERE STOPPED BEFORE SIX MONTHS. THEY ACTUALLY DIDN'T QUITE

**Objections:**

Re: [2171:20-2176:14] **Pltf Obj** Trial testimony - Plaintiff's objections preserved in the underlying record. Plaintiff objects under 701-702 to any opinions offered by Dr. Morrison that are not within his expertise and/or has no personal knowledge to the extent the witness was not qualified as an expert witness.

**Rulings:**

no ruling required

|  | **Objections** | **Rulings** |
|---|---|---|

2172 14   HAVE THE SAME EXPOSURE. THEY DIDN'T TAKE THE DRUG FOR QUITE AS

2172 15   LONG. SO THE RATE IS .8 PERCENT IN THE PLACEBO PATIENTS; 1.2

2172 16   FOR 12.5 MILLIGRAMS; 1.0 FOR 25 MILLIGRAMS; AND 1.1 FOR

2172 17   50 MILLIGRAMS. I THINK THE OTHER RELEVANT VALUE IS THE

2172 18   DICLOFENAC AT THE END IS 1.8 AND IBUPROFEN IS 0.5.

2172 19   Q. SO WOULD IT BE FAIR TO SAY OR NOT THAT THE PERCENTAGE IN

2172 20   DICLOFENAC, THE 1.8, SINCE IT'S LARGER THAN THE PERCENTAGES IN

2172 21   THE VIOXX ARM OR THE PLACEBO ARM, THAT THAT MEANS THAT

2172 22   DICLOFENAC HAS A HIGHER INCIDENCE OF THESE PARTICULAR EVENTS?

2172 23   A. NONE OF THESE DIFFERENCES ARE STATISTICALLY DIFFERENT. BY

2172 24   STATISTICS, THEY ARE ALL THE SAME. YOU GET THE SENSE THAT THE

2172 25   VIOXX NUMBERS AND THE PLACEBO NUMBERS ARE ALL ROUGHLY THE SAME.

2173 1   THEY ARE DIFFERENT. THE DICLOFENAC NUMBER LOOKS A LITTLE BIT

2173 2   HIGHER, BUT NONE OF THESE ARE STATISTICALLY DIFFERENT.

2173 3   Q. WERE THERE ALSO STUDIES DONE SIX MONTHS TO 86 WEEKS?

2173 4   A. RIGHT. SO THIS IS LONGER TERM. THIS IS PEOPLE TAKING THE

2173 5   DRUG FOR MORE THAN SIX MONTHS.

2173 6   Q. AND THAT'S -- I'M SORRY.

2173 7   A. YEAH. SO HERE YOU SEE THIS EXACT SAME TABLE, THE

2173 8   THROMBOEMBOLIC EVENTS IN PEOPLE WHO TOOK THE DRUG FOR MORE THAN

2173 9   SIX MONTHS. THE 12.5 MILLIGRAMS OF VIOXX IS 1.3 PERCENT; THE

2173 10   25 MILLIGRAMS IS 1.1 PERCENT; 50 MILLIGRAMS, WHICH IS NOT A

2173 11   DOSE THAT WE RECOMMENDED PEOPLE TAKE, 2.4 PERCENT; DICLOFENAC

2173 12   1.1 PERCENT; AND NABUMETONE, WHICH IS ANOTHER NSAID, 1.1

2173 13   PERCENT.

2173 14   Q. SO IF YOU LOOK JUST AT THE 25-MILLIGRAM DOSE THAT

2173 15   MR. BARNETT WAS ON, HERE, THE 1.1, HOW DOES THAT COMPARE TO

2173 16   DICLOFENAC AND NABUMETONE?

2173 17   A. THE 1.1 IS THE SAME FOR 25 DICLOFENAC, AND NABUMETONE'S

2173 18   12.5 IS 1.3 AND 1.1. AGAIN, WHAT I WANT TO POINT OUT IS LOOK

2173 19   AT ALL -- ALL OF THIS DATA -- THE SIX WEEKS, SIX MONTHS, THE

2173 20   LONG-TERM -- AND THAT'S SORT OF TOTALITY WHAT YOU GET A SENSE

2173 21   OF: IS THERE ANYTHING GOING ON HERE. OUR CONCLUSION WAS THERE

2173 22   WAS NOT, AND I THINK DR. VILLALBA AGREED. SHE DID SAY THAT YOU

2173 23   CAN'T ANSWER THAT QUESTION DEFINITIVELY, BUT SHE FELT THAT, AS

2173 24   WE, THERE DOESN'T APPEAR TO BE ANYTHING HERE.

2173 25   Q. YOU WERE ALSO ASKED QUESTIONS ABOUT THE IMBALANCE THEORY

2174 1   AND YOU WERE SHOWN THE GOODMAN & GILMAN'S TEXT THAT YOU POINTED

2174 2   OUT WAS WRITTEN BY -- AT LEAST THAT CHAPTER, WAS WRITTEN BY

2174 3   DR. FITZGERALD.

2174 4   A. YES.

2174 5   Q. THEN MR. BIRCHFIELD ASKED YOU WHETHER THE APPROVE STUDY

2174 6   SOMEHOW CONFIRMED THE VALIDITY OF THE FITZGERALD HYPOTHESIS.

2174 7   DO YOU REMEMBER THAT?

2174 8   A. I DO.

2174 9   Q. AFTER THE WITHDRAWAL OF VIOXX IN SEPTEMBER OF 2004, DID

2174 10   THE FDA HOLD AN ADVISORY COMMITTEE MEETING TO DISCUSS VIOXX AND

2174 11   OTHER COX-2 INHIBITORS?

2174 12   A. YES.

2174 13   Q. WAS THAT IN FEBRUARY OF 2005?

| | Objections | Rulings |
|---|---|---|

2174 14   A.  THAT SOUNDS ABOUT RIGHT.

2174 15   Q.  DID THE FDA ALSO PREPARE A MEMO SUMMARIZING ITS FINDINGS

2174 16   CONCERNING THE --

2174 17   MR. BIRCHFIELD:  OBJECT TO THE LEADING, YOUR HONOR,

2174 18   AND THIS IS OUTSIDE THE --

2174 19   THE COURT:  JUST RESTATE THE QUESTION SO IT'S NOT

2174 20   LEADING.  GET HIM FOCUSED, BUT THEN ASK A QUESTION.

2174 21   BY MR. GOLDMAN:

2174 22   Q.  HAVE YOU EVER HEARD ONE WAY OR THE OTHER WHETHER THE

2174 23   FOOD & DRUG ADMINISTRATION EVER SUMMARIZED THEIR VIEWS ABOUT

2174 24   THE CARDIOVASCULAR PROFILE OF VIOXX AND OTHER NSAIDS?

2174 25   A.  MY UNDERSTANDING IS THEY HAD AN ADVISORY COMMITTEE IN

2175 1   FEBRUARY OF 2005 WHERE THEY WENT OVER NOT JUST THE MERCK DRUGS

2175 2   BUT PFIZER'S DRUGS, ALL OF THOSE.  THEY REVIEWED IT ALL AND

2175 3   THEN A LARGE NUMBER OF FOLKS AT THE FDA ISSUED A SORT OF PUBLIC

2175 4   MEMO OF THEIR CONCLUSIONS OF ALL THIS EXTENSIVE REVIEW OF ALL

2175 5   THE SCIENCE.

2175 6   Q.  I'M HANDING YOU WHAT I HAVE MARKED AS DEFENSE EXHIBIT 338.

2175 7   MR. BIRCHFIELD:  MAY WE APPROACH?

2175 8   THE COURT:  YES.

2175 9   (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

2175 10   THE BENCH.).

2175 11   MR. BIRCHFIELD:  YOUR HONOR, THIS IS AN FDA ADVISORY

2175 12   COMMITTEE THAT TOOK PLACE LONG AFTER HE SAID HE WAS INVOLVED

2175 13   WITH VIOXX.  I WAS PRECLUDED FROM GOING INTO A NUMBER OF

2175 14   DOCUMENTS THAT DEALT SPECIFICALLY WITH THE CLINICAL DEVELOPMENT

2175 15   PROGRAM WHILE HE WAS THERE BECAUSE HE DIDN'T HAVE PERSONAL

2175 16   KNOWLEDGE.  THERE IS NOTHING HERE TO SAY THAT HE WAS THERE AT

2175 17   THE FDA FOR THE ADVISORY COMMITTEE.  THERE'S NO FOUNDATION FOR

2175 18   HIM TO GET INTO THIS BASED ON PERSONAL KNOWLEDGE.  IT'S

2175 19   INAPPROPRIATE.

2175 20   THE COURT:  IT'S A LITTLE DIFFERENT THAN THAT.  YOU

2175 21   WENT INTO THE FDA AND GOT HIM TO AGREE THAT IT WAS 34 TO 34 OR

2175 22   SOMETHING, SO YOU ARE REBUTTING THAT.  I UNDERSTAND.  I

2175 23   OVERRULE THE OBJECTION.

2175 24   (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

2175 25   OPEN COURT.)

2176 1   MR. GOLDMAN:  WE OFFER EXHIBIT 338.

2176 2   THE COURT:  LET'S ASK HIM QUESTIONS ABOUT IT FIRST,

2176 3   THEN I'LL DECIDE.

2176 4   BY MR. GOLDMAN:

2176 5   Q.  HAVE YOU REVIEWED, DR. MORRISON, THE MEMO PREPARED BY

2176 6   JOHN JENKINS MARKED DEFENSE EXHIBIT 338?

2176 7   A.  NOT IN ANY DETAIL, NO.

2176 8   Q.  ARE YOU FAMILIAR ONE WAY OR THE OTHER WITH WHAT THE FDA'S

2176 9   POSITION WAS ON THE FITZGERALD HYPOTHESIS FOR THE IMBALANCE

2176 10   THEORY?

2176 11   A.  AGAIN, I'LL SAY THE SAME THING I SAID TO MR. BIRCHFIELD.

2176 12   I HAVE SEEN THIS A NUMBER OF TIMES IN THESE CASES, AND I'M

2176 13   FAMILIAR TO THAT EXTENT.  I'VE NEVER REVIEWED THIS IN

|  | **Objections** | **Rulings** |
|---|---|---|

2176 14      TREMENDOUS DETAIL.

1639:1 -   1688:3  Morrison_B_20061107

1639 14      MR. ISMAIL: THANK YOU, YOUR HONOR.  MERCK CALLS AS

1639 15      ITS FIRST WITNESS DR. BRIGGS MORRISON.

1639 16      (WHEREUPON, BRIGGS MORRISON, HAVING BEEN DULY SWORN,

1639 17      TESTIFIED AS FOLLOWS.)

1639 18      THE DEPUTY CLERK:  PLEASE STATE YOUR FULL NAME AND

1639 19      CORRECT SPELLING FOR THE RECORD.

1639 20      THE WITNESS: MY NAME IS BRIGGS, B-R-I-G-G-S,

1639 21      WILLIAM, MORRISON, M-O-R-R-I-S-O-N.

1639 22      DIRECT EXAMINATION

1639 23      BY MR. ISMAIL:

1639 24      Q.  GOOD AFTERNOON, DR. MORRISON.

1639 25      A.  GOOD AFTERNOON.

1640  1      Q.  COULD YOU PLEASE INTRODUCE YOURSELF TO THE JURY AND TELL

1640  2      THE FOLKS OF THE JURY A LITTLE BIT ABOUT YOURSELF.

1640  3      A.  MY NAME IS BRIGGS MORRISON.  I'M A MEDICAL DOCTOR.  I WORK

1640  4      FOR MERCK.

1640  5      Q.  WHAT IS YOUR POSITION CURRENTLY AT MERCK?

1640  6      A.  I'M A VICE PRESIDENT IN THE RESEARCH DIVISION OF THE

1640  7      COMPANY.

1640  8      Q.  IF YOU COULD JUST IN A FEW SENTENCES BRIEFLY DESCRIBE WHAT

1640  9      YOUR DUTIES CURRENTLY ARE AS A VICE PRESIDENT AT MERCK.

1640 10      A.  RIGHT NOW I OVERSEE A GROUP OF SCIENTISTS WHO ARE TRYING

1640 11      TO INVENT AND DEVELOP NEW MEDICINES FOR THE TREATMENT OF

1640 12      CANCER.

1640 13      Q.  WHERE DO YOU CURRENTLY WORK AND LIVE, SIR?

1640 14      A.  I LIVE IN SUMMIT, NEW JERSEY.  IT'S SORT OF A SUBURB OF

1640 15      MANHATTAN.  I WORK IN NEW JERSEY AND PENNSYLVANIA.

1640 16      Q.  DO YOU HAVE A FAMILY, DOCTOR?

1640 17      A.  I DO.  I'M MARRIED AND I HAVE THREE KIDS, THREE BOYS AGES

1640 18      13, 15, AND 17.

1640 19      Q.  DOCTOR, COULD YOU JUST DESCRIBE FOR US THE EDUCATIONAL

1640 20      BACKGROUND AND TRAINING YOU HAD BEFORE IT WAS THAT YOU ARRIVED

1640 21      AT MERCK?

1640 22      A.  SURE.  I WENT TO GEORGETOWN UNIVERSITY TO COLLEGE.  I WAS

1640 23      A MAJOR IN BIOLOGY.  I WENT TO THE UNIVERSITY OF CONNECTICUT

1640 24      FOR MEDICAL SCHOOL.  AFTER THAT I TRAINED AS AN INTERNIST AT --

1640 25      IN BOSTON AT A HOSPITAL CALLED THE MASSACHUSETTS GENERAL

1641  1      HOSPITAL.  AFTER THAT I TRAINED, SPECIALTY TRAINING, AS A

1641  2      CANCER DOCTOR, AN ONCOLOGIST.  THAT WAS AT THE CANCER CENTER IN

1641  3      BOSTON.

1641  4      THEN I DID BASIC RESEARCH -- I HAD DONE BASIC

1641  5      RESEARCH WHEN I WAS IN MEDICAL SCHOOL, BUT DIDN'T -- ABOUT FOUR

1641  6      OR FIVE YEARS OF BASIC RESEARCH AT HARVARD MEDICAL SCHOOL, I

1641  7      WENT BACK TO THE CANCER CENTER AS A JUNIOR FACULTY PERSON FOR

1641  8      ABOUT A YEAR OR SO, AND THEN I CAME TO MERCK.

1641  9      Q.  HAVE YOU EVER HAD EXPERIENCE AS A TREATING PHYSICIAN, IN

1641 10      YOUR EXPERIENCE, BEFORE COMING TO MERCK?

| | **Objections** | **Rulings** |
|---|---|---|

1641 11   A. YES. I WAS A TREATING PHYSICIAN, ESSENTIALLY, AFTER I GOT

1641 12   OUT OF MEDICAL SCHOOL. SO AS PART OF INTERNSHIP AND RESIDENCY,

1641 13   I TOOK CARE OF GENERAL INTERNAL MEDICINE PATIENTS. THEN, AS

1641 14   PART OF MY CANCER TRAINING, I TOOK CARE OF PATIENTS THERE.

1641 15   AFTER I FINISHED MY RESIDENCY, I ALSO DID WHAT WE CALL

1641 16   "MOONLIGHTING," WHERE I WORKED IN EMERGENCY ROOMS IN THE

1641 17   GREATER BOSTON AREA, SEEING PATIENTS THERE AND COVERING OTHER

1641 18   PHYSICIANS' PRACTICES.

1641 19   Q. HOW LONG IN TOTAL DID YOU HAVE IN TREATING PATIENTS BEFORE

1641 20   YOU ARRIVED AT MERCK?

1641 21   A. ABOUT TEN YEARS.

1641 22   Q. WHEN WAS IT, DOCTOR, THAT YOU CAME TO MERCK?

1641 23   A. IT WAS ALMOST EXACTLY 11 YEARS AGO. NOVEMBER -- I THINK

1641 24   IT WAS NOVEMBER 5 OF 1995.

1641 25   Q. WHAT WAS YOUR POSITION AT MERCK WHEN YOU ARRIVED ALMOST

1642 1   EXACTLY 11 YEARS AGO?

1642 2   A. MY TITLE AT THE TIME WAS AN ASSOCIATE DIRECTOR. I WAS

1642 3   SORT OF AN ENTRY-LEVEL PHYSICIAN AT THE COMPANY.

1642 4   Q. WHY DID YOU LEAVE PRIVATE PRACTICE AND TREATING PATIENTS

1642 5   AND COME TO MERCK?

1642 6   A. WHEN I CAME TO MERCK, I WAS DOING PRIMARILY BASIC RESEARCH

1642 7   AND ALSO SEEING PATIENTS. THE MAIN REASON I CAME TO MERCK WAS,

1642 8   AS I SAID, I'M TRAINED AS A CANCER DOCTOR, AND IT WAS MY

1642 9   FEELING THAT THE MEDICINES WE HAD FOR TREATING CANCER WERE NOT

1642 10   VERY EFFECTIVE AND HAVE A LOT OF SIDE EFFECTS. I THOUGHT,

1642 11   GIVEN MY BASIC SCIENCE TRAINING AND MY CLINICAL TRAINING, IT

1642 12   WOULD BE A REWARDING CAREER WORKING AND TRYING TO FIND NEW

1642 13   MEDICINES THAT ARE MORE EFFECTIVE AND SAFER FOR TREATING

1642 14   CANCER.

1642 15   Q. AT SOME POINT IN TIME, DOCTOR, DID YOU JOIN SOMETHING

1642 16   KNOWN AS THE VIOXX PROJECT?

1642 17   A. YES. WHEN I CAME --

1642 18   Q. WHEN WAS THAT?

1642 19   A. WHEN I CAME TO THE COMPANY IN '95, I JOINED -- IT WASN'T

1642 20   CALLED VIOXX THEN. IT STILL HAD, I THINK, AN L NUMBER. BUT IT

1642 21   WAS THE TEAM THAT BECAME THE VIOXX PROJECT TEAM.

1642 22   Q. JUST AS AN OVERVIEW, FOR WHAT PERIOD OF TIME DID YOU WORK

1642 23   ON VIOXX AS A DEVELOPMENTAL DRUG AND THEN WORKING THROUGH THE

1642 24   CLINICAL TRIALS OF THAT MEDICINE?

1642 25   A. I WAS ON THE PROJECT TEAM WHEN I CAME IN NOVEMBER OF 1995

1643 1   THROUGH THE TIME THAT THE DRUG GOT APPROVED, WHICH WAS MAY OF

1643 2   '99. THEN I WENT OFF THE PROJECT TEAM. I STILL WAS AFFILIATED

1643 3   WITH THEM -- WE'LL PROBABLY TALK A LITTLE BIT ABOUT SOME

1643 4   STUDIES WE WERE DOING TO SEE IF VIOXX COULD TREAT CANCER, AND

1643 5   SO I WAS HELPING SET UP THOSE STUDIES, BUT I WASN'T FORMALLY

1643 6   PART OF THE PROJECT TEAM.

1643 7   THEN, IN 2000, I THINK IT WAS, 2001, THERE WAS A

1643 8   SHORT PERIOD WHERE I COVERED FOR ONE OF MY COLLEAGUES DOING

1643 9   SOME WORK ON VIOXX.

1643 10   Q. CAN YOU EXPLAIN TO US GENERALLY WHAT A PROJECT TEAM IS AT

**Objections:** Re: [1642:4-1642:14] Pltf Obj 403

**Rulings:** overruled I don't find it confusing or prejudicial

| | Objections | Rulings |
|---|---|---|

1643 11  MERCK WITH REGARD TO THE DEVELOPMENT OF NEW MEDICINES.

1643 12  A.  SURE.  THE PROJECT TEAM IS THE TEAM OF PEOPLE WHOSE JOB IT

1643 13  IS TO DEVELOP A NEW PRODUCT, AND SO THERE -- IT'S PEOPLE WITH

1643 14  DIFFERENT EXPERTISE IN DIFFERENT THINGS COME TOGETHER AS A

1643 15  GROUP TO TRY TO DEVELOP A NEW PRODUCT.

1643 16  SO THERE WILL BE CLINICAL SCIENTISTS LIKE MYSELF;

1643 17  THERE WILL BE PEOPLE FROM THE REGULATORY GROUP WHO DEAL

1643 18  PRIMARILY WITH INTERACTIONS WITH REGULATORY AGENCIES; THERE'S

1643 19  PEOPLE FROM THE MANUFACTURING GROUP WHO HAVE TO ACTUALLY MAKE

1643 20  THE DRUG AND MAKE THE PILLS; THERE'S FOLKS FROM THE MARKETING

1643 21  ORGANIZATION; THERE'S PEOPLE WHO SPECIALIZE IN PHARMACOLOGY AND

1643 22  ANIMAL PHARMACOLOGY.  SO ALL THE DIFFERENT SPECIALTIES THAT YOU

1643 23  WOULD NEED TO DEVELOP THE DRUG COME TOGETHER AS PART OF THE

1643 24  PROJECT TEAM.

1643 25  Q.  WAS THERE A PROJECT TEAM FORMED ALREADY BY THE TIME THAT

1644  1  YOU ARRIVED AT MERCK IN 1995 WITH REGARD TO WHAT EVENTUALLY

1644  2  BECAME VIOXX?

1644  3  A.  YES, THERE WAS.

1644  4  Q.  WAS THE PROJECT TEAM THAT YOU HAVE JUST DESCRIBED IN THE

1644  5  GENERAL SENSE THE SAME TYPE OF TEAM THAT WAS IN PLACE FOR

1644  6  VIOXX?

1644  7  A.  YES.

1644  8  Q.  APPROXIMATELY HOW MANY DOCTORS AND SCIENTISTS WORKED WITH

1644  9  YOU ON THE VIOXX PROJECT TEAM THROUGH THE DEVELOPMENT OF THE

1644 10  MEDICINE?

1644 11  A.  WHEN I FIRST JOINED -- WE'LL GET INTO AN EXPLANATION OF

1644 12  THE DIFFERENT PHASES OF DEVELOPMENT, BUT VIOXX WAS PRETTY EARLY

1644 13  IN ITS DEVELOPMENT, SO I THINK THERE PROBABLY WEREN'T MORE THAN

1644 14  MAYBE A DOZEN OR TWO PEOPLE ON THE PROJECT TEAM.  BY THE TIME

1644 15  WE GOT TO THE APPROVAL, I WOULD SAY THERE WERE PROBABLY CLOSE

1644 16  TO 100 PEOPLE WORKING ON THE PROJECT TEAM.

1644 17  Q.  IN YOUR WORK ON THE VIOXX PROJECT TEAM, DOCTOR, DID YOU

1644 18  COME TO REVIEW THE CLINICAL SCIENCE AND LABORATORY DATA THAT

1644 19  HAD BEEN CONDUCTED BY THE OTHER MERCK SCIENTISTS AT THAT POINT

1644 20  IN TIME?

1644 21  A.  YES.

1644 22  Q.  DO YOU HAVE AN UNDERSTANDING OF WHY IT WAS THAT THE MERCK

1644 23  SCIENTISTS WERE WORKING TO DEVELOP A COX-2 INHIBITOR?

1644 24  A.  YES, I DO.

1644 25  Q.  CAN YOU PLEASE TELL US THE REASONS FOR THAT DEVELOPMENT?

1645  1  A.  VERY SIMPLY -- I THINK YOU'VE HEARD ABOUT THIS IN THE --

1645  2  THROUGHOUT THE TRIAL -- THE PROMISE OF VIOXX WAS THAT THERE

1645  3  WOULD BE A MEDICINE THAT COULD TREAT THE PAIN AND INFLAMMATION

1645  4  THAT PATIENTS HAVE FROM VARIOUS FORMS OF ARTHRITIS WITHOUT

1645  5  DAMAGING THE STOMACH AND WITHOUT THINNING THE BLOOD.  THOSE

1645  6  WERE THE TWO SIDE EFFECTS OF TRADITIONAL NONSTEROIDALS THAT WE

1645  7  THOUGHT VIOXX WOULD NOT HAVE.

1645  8  Q.  PRIOR TO THE DEVELOPMENT OF COX-2 INHIBITORS LIKE VIOXX,

1645  9  WHAT WAS THE STANDARD OF THERAPY WITH REGARD TO

1645 10  ANTI-INFLAMMATORY MEDICATIONS?

**Re: [1645:8-1650:17]**
**Pltf Obj** 701/702

overruled

170
04/20/10 09:42

| | Objections | Rulings |
|---|---|---|

1645 11   A.  THE STANDARD WERE THESE SO-CALLED NONSTEROIDAL ANTIBIOTIC

1645 12   INFLAMMATORIES YOU HEARD THEM TALK ABOUT, THE SORT OF

1645 13   NONSELECTIVE ONES THAT INHIBIT BOTH COX-1 AND COX-2.

1645 14   Q.  WHAT ARE SOME EXAMPLES OF THOSE TYPES OF MEDICINES?

1645 15   A.  ONES THAT I THINK EVERYBODY WOULD KNOW ARE THINGS LIKE

1645 16   IBUPROFEN, WHICH IS EITHER -- AN OVER-THE-COUNTER VERSION OF

1645 17   THAT IS MOTRIN; NAPROXEN, THE OVER-THE-COUNTER VERSION OF THAT

1645 18   IS ALEVE.  THERE ARE MANY OTHERS THAT ARE NOT OVER-THE-COUNTER;

1645 19   THEY'RE PRESCRIPTION STRENGTH, THINGS LIKE DICLOFENAC AND

1645 20   INDOMETHACIN.  THERE MUST BE ABOUT 20 OF THESE NONSTEROIDALS.

1645 21   Q.  DOCTOR, CAN YOU -- AND MAYBE WE CAN USE A FLIP CHART TO DO

1645 22   THIS -- EXPLAIN TO THE JURY WHAT WAS EVENTUALLY DISCOVERED AS

1645 23   THIS PROBLEM WITH GASTROINTESTINAL SIDE EFFECTS THAT YOU HAVE

1645 24   DISCUSSED WITH THE TRADITIONAL ANTI-INFLAMMATORY MEDICINES?

1645 25   THE WITNESS:  IS IT OKAY IF I STEP DOWN?

1646 1   THE COURT:  SURE.

1646 2   MR. BLIZZARD:  YOUR HONOR, CAN I COME AROUND WHERE I

1646 3   CAN SEE?

1646 4   THE COURT:  CERTAINLY.

1646 5   THE WITNESS:  I'LL TRY TO EXPLAIN BRIEFLY THE SCIENCE

1646 6   THAT I UNDERSTOOD AT THE TIME WHEN WE WERE WORKING ON VIOXX.

1646 7   SO YOU HAVE HEARD, I THINK, THE TERM ENZYMES.

1646 8   ENZYMES ARE ESSENTIALLY LITTLE FACTORIES THAT ARE IN YOUR BODY

1646 9   THAT MAKE CHEMICALS, IN SIMPLE TERMS.  THERE ARE MANY, MANY

1646 10   DIFFERENT KINDS OF FACTORIES.  SO IF YOU THINK ABOUT YOUR SKIN

1646 11   VERSUS YOUR EYE VERSUS YOUR EAR, THEY DO DIFFERENT THINGS.  THE

1646 12   WAY THE BODY ALLOWS THEM TO DO DIFFERENT THINGS IS THEY HAVE

1646 13   DIFFERENT FACTORIES IN DIFFERENT PARTS OF THE BODY.

1646 14   THE BODY ALSO HAS FACTORIES THAT AREN'T NORMALLY

1646 15   AROUND BUT YET SORT OF ACTIVATED IF YOU NEED THEM.  SO IF YOU

1646 16   CUT YOURSELF, YOU MIGHT NOT NEED YOUR BLOOD TO CLOT, BUT ONCE

1646 17   YOU CUT YOURSELF, YOU DO.  SO THE FACTORIES THAT ARE INVOLVED

1646 18   IN THAT WOULD GET TURNED ON.  IF YOU GOT A SPLINTER OR A

1646 19   FISHHOOK IN YOUR FINGER OR SOMETHING, AND YOUR BODY MOBILIZED

1646 20   SOME FACTORY TO TRY TO GET THIS OUT, THAT'S A DIFFERENT KIND OF

1646 21   THING.  SO YOUR BODY CAN CONTROL WHERE THE FACTORIES ARE AND

1646 22   WHEN THEY GET TURNED ON.

1646 23   SO THERE'S TWO THAT ARE RELEVANT FOR THIS, AND I

1646 24   KNOW YOU HAVE HEARD A LOT ABOUT IT, BUT I'LL GIVE YOU MY BRIEF

1646 25   VERSION OF WHAT I UNDERSTOOD WHEN I STARTED WORKING ON VIOXX.

1647 1   THE FIRST ONE IS COX-1.  SO COX-1 IS ONE OF THE THESE FACTORIES

1647 2   THAT'S ON IN YOUR BODY ALL THE TIME.  SO AS YOU SIT HERE AND I

1647 3   STAND HERE, ALL OF US HAVE COX-1 FACTORIES OPERATING, MAKING

1647 4   LITTLE CHEMICALS IN VARIOUS PARTS OF YOUR BODY.

1647 5   THE TWO PARTS THAT WE WERE MOST INTERESTED IN

1647 6   WERE THE STOMACH AND PLATELETS.  COX-1 WORKING IN YOUR STOMACH

1647 7   MAKES THIS PROTECTIVE LINING.  SO YOUR STOMACH IS FILLED WITH

1647 8   ACID.  IF WE TAKE THIS FOOD IN YOUR STOMACH AND PUT IT IN A

1647 9   GLASS AND YOU STICK YOUR FINGER IN IT, YOU'LL GET A BURN

1647 10   BECAUSE IT'S ACID, AND IT USES THAT ACID TO DIGEST YOUR FOOD.

**Objections**          **Rulings**

| | |
|---|---|
| 1647 11 | BUT, AS YOU CAN IMAGINE, THAT ACID WOULD ALSO DIGEST YOUR |
| 1647 12 | STOMACH.  SO THE COX-1 FACTORY IN YOUR STOMACH MAKES THIS |
| 1647 13 | PROTECTIVE LINING SO YOUR STOMACH WON'T GET DIGESTED. |
| 1647 14 | COX-1 IN PLATELETS ALLOWS YOUR BLOOD TO CLOT. |
| 1647 15 | SO YOU'VE HEARD ABOUT PLATELETS, THESE LITTLE THINGS THAT FLOAT |
| 1647 16 | AROUND IN YOUR BLOOD.  THEIR JOB IS BASICALLY TO PLUG HOLES. |
| 1647 17 | SO IF THERE'S A BREAK IN THE BLOOD VESSEL, THE PLATELETS ALL |
| 1647 18 | CLUMP UP, AND THEY BLOCK THE HOLE.  COX-1 IN THE PLATELETS |
| 1647 19 | ALLOWS YOUR BLOOD TO CLOT.  SO IF YOU BLOCK COX-1 -- OR I THINK |
| 1647 20 | THE PHRASE IF YOU DAMPEN DOWN, TURN THAT OFF, YOU'LL LOSE THE |
| 1647 21 | PROTECTIVE LINING OF YOUR STOMACH.  THAT'S WHERE YOU GET THE |
| 1647 22 | ULCERS, AND YOU'LL LOSE THE ABILITY OF YOUR BLOOD TO CLOT AND |
| 1647 23 | YOU'LL BLEED. |
| 1647 24 | SO IF YOU ARE TAKING ASPIRIN OR YOU ARE TAKING A |
| 1647 25 | NONSTEROIDAL, YOUR DOCTOR WILL TELL YOU BE CAREFUL ABOUT |
| 1648 1 | BLEEDING.  IF YOU CUT YOURSELF, YOUR BLOOD IS NOT GOING TO CLOT |
| 1648 2 | AS WELL.  THEY WILL TELL YOU TO WATCH OUT FOR BLOOD IN YOUR |
| 1648 3 | STOOL.  THAT'S BECAUSE YOU HAVE DECREASED THE ABILITY OF YOUR |
| 1648 4 | BLOOD TO CLOT AND YOU HAVE CAUSED DAMAGE TO THE PROTECTIVE |
| 1648 5 | LINING.  SO THAT'S COX-1. |
| 1648 6 | COX-2 IS NOT NORMALLY ON.  OUR UNDERSTANDING |
| 1648 7 | WHEN WE DEVELOPED VIOXX IS THAT THE COX-2 FACTORY IS NOT ON AS |
| 1648 8 | WE SIT HERE TODAY.  NORMAL, HEALTHY PEOPLE DON'T HAVE COX-2. |
| 1648 9 | COX-2 GETS TURNED ON AS A WAY TO FIGHT INFECTIONS OR VIRUSES OR |
| 1648 10 | FOREIGN BODIES, THINGS THAT SHOULDN'T BE THERE.  SO IF YOU GET |
| 1648 11 | A. SPLINTER, A FISHHOOK, DIRT IN A WOUND, ALL THAT, YOUR BODY |
| 1648 12 | SAYS, "THAT DOESN'T BELONG HERE.  THAT'S FOREIGN.  I NEED TO |
| 1648 13 | GET RID OF IT," AND IT TURNS ON THE COX-2 FACTORY TO GET RID OF |
| 1648 14 | THAT. |
| 1648 15 | SO WHAT COX-2 WILL LEAD TO IS PAIN, |
| 1648 16 | INFLAMMATION, AND FEVER.  SO THAT'S ALL GOOD IF YOU HAVE A CUT |
| 1648 17 | OR YOU HAVE A SPLINTER OR YOU HAVE AN INFECTION.  THERE'S A |
| 1648 18 | REASON WHY YOUR BODY DOES THAT, AND THESE THINGS ARE PART OF |
| 1648 19 | YOUR BODY'S MECHANISM TRYING TO GET RID OF THE FOREIGN -- THE |
| 1648 20 | INFECTION OR THE FOREIGN BODY.  SO, NORMALLY, IT'S NOT ON, BUT |
| 1648 21 | IT GETS TURNED ON WHEN YOU CUT YOURSELF OR YOU HAVE AN |
| 1648 22 | INFECTION. |
| 1648 23 | THE PROBLEM IS THAT, PEOPLE WHO HAVE ARTHRITIS, |
| 1648 24 | IT STAYS ON ALL THE TIME.  SO, NORMALLY, IT GOES ON AND TURNS |
| 1648 25 | OFF, BUT IN PEOPLE WHO HAVE ARTHRITIS, IT'S ON.  SO THEY |
| 1649 1 | CONSTANTLY HAVE PAIN, INFLAMMATION, AND FEVER.  THEY DON'T FEEL |
| 1649 2 | WELL.  SO THE REASON THAT YOU'RE GIVING PEOPLE THESE |
| 1649 3 | NONSTEROIDAL ANTI-INFLAMMATORY DRUGS IS TO TURN THIS OFF, AND |
| 1649 4 | THAT WILL TAKE CARE OF THE PAIN, THE INFLAMMATION, AND THE |
| 1649 5 | FEVER.  THE PROBLEM IS IT WILL ALSO TURN OFF THIS, AND SO THEN |
| 1649 6 | YOU LOSE THE PROTECTIVE LINING OF YOUR STOMACH AND YOUR BLOOD |
| 1649 7 | DOESN'T CLOT. |
| 1649 8 | SO, ONCE THIS WAS UNDERSTOOD, THE THEORY BEHIND |
| 1649 9 | THIS, SCIENTISTS SAID MAYBE WE CAN MAKE SOMETHING THAT ONLY |
| 1649 10 | TURNS THIS OFF, TREATS PAIN, INFLAMMATION, AND FEVER, BUT IT |

| | Objections | Rulings |
|---|---|---|

1649 11    WON'T THIN YOUR BLOOD AND IT WON'T DAMAGE YOUR STOMACH. SO

1649 12    THAT'S WHAT WE KNEW AT THE TIME AND WHY WE DEVELOPED VIOXX, TO

1649 13    TRY TO FIND A MEDICINE THAT WOULD ONLY AFFECT THIS AND NOT

1649 14    AFFECT THIS.

1649 15    BY MR. ISMAIL:

1649 16    Q.  THANK YOU, DOCTOR.  PLEASE RETURN TO YOUR SEAT.  NOW,

1649 17    DR. MORRISON, DID SCIENTISTS ALWAYS UNDERSTAND THAT THERE WERE

1649 18    TWO OF THESE COX ENZYMES, AS YOU JUST DESCRIBED IT TO THE JURY?

1649 19    A.  NO.  WHEN I WAS IN MEDICAL SCHOOL AND I WAS IN RESIDENCY

1649 20    TRAINING AS WELL, WE ALWAYS THOUGHT THERE WAS ONLY ONE.  SO IT

1649 21    WAS JUST GENERALLY ASSUMED THAT, IF YOU MAKE A MEDICINE THAT

1649 22    TREATS PAIN, INFLAMMATION, AND FEVER, YOU'RE GOING TO GET THE

1649 23    STOMACH PROBLEMS AND THE BLOOD THINNING.  NOBODY KNEW HOW WE

1649 24    COULD SEPARATE THOSE.  SO PEOPLE USED TO MAKE DIFFERENT

1649 25    NONSTEROIDALS AND TRY TO SEPARATE THESE, BUT THERE WAS NO

1650 1    UNDERSTANDING OF THE SCIENCE OF WHY.

1650 2    SO IT WAS AROUND, I THINK, 1991 THAT THIS SECOND FORM

1650 3    OF COX-2 WAS DISCOVERED AND THAT'S -- AS PEOPLE STARTED

1650 4    FIGURING OUT WHERE THESE THINGS ARE, WHEN THE BODY TURNS THEM

1650 5    ON, THAT'S WHERE THIS WHOLE IDEA CAME UP, ORIGINATED.  BUT

1650 6    BEFORE THAT, NOBODY KNEW HOW TO SEPARATE THOSE TWO THINGS.

1650 7    Q.  OKAY.  SO IN 1991 -- DO I HAVE IT RIGHT HERE ON THE TIME

1650 8    LINE -- THAT SCIENTISTS -- WERE THESE SCIENTISTS OUTSIDE OF

1650 9    MERCK?

1650 10    A.  YES.

1650 11    Q.  -- SCIENTISTS DISCOVERED THAT THERE WERE NOT JUST ONE COX

1650 12    ENZYME BUT TWO?

1650 13    A.  CORRECT.

1650 14    Q.  YOU INDICATED THAT, BACK WHEN YOU WERE IN MEDICAL SCHOOL

1650 15    AND IN PRACTICE, DOCTORS THOUGHT THIS WAS JUST ONE OF THE

1650 16    CONSEQUENCES OF HAVING AN ANTI-INFLAMMATORY AGENT?

1650 17    A.  CORRECT.

1650 18    Q.  DID YOU EVER HAVE ANY CLINICAL EXPERIENCE AS A PHYSICIAN

1650 19    WITH THE ADVERSE CONSEQUENCES TO PATIENTS KNOCKING OUT BOTH COX

1650 20    ENZYMES?

1650 21    A.  SURE.  THE SIDE EFFECT ON THE STOMACH, TAKING AWAY THAT

1650 22    PROTECTIVE LINING, WHICH, AS I SAID, IF YOU LOSE THAT NOW, YOUR

1650 23    ACID STARTS TO DIGEST YOUR STOMACH.  IF IT DIGESTS A LITTLE

1650 24    BIT, YOU GET WHAT WE CALL AN ULCER.  THE TYPICAL SYMPTOMS FOR

1650 25    AN ULCER, PEOPLE GET THIS TERRIBLE BURNING PAIN IN THEIR

1651 1    STOMACH.  IF THEY EAT, IT GOES AWAY; IF THEY TAKE AN ANTACID,

1651 2    IT GOES AWAY.  SO THAT WAS A COMMON THING THAT I WOULD SEE IN

1651 3    EMERGENCY ROOMS OR IN PATIENTS IN THE CLINICS.

1651 4    IF IT DIGESTS FURTHER AND IT HITS A BLOOD VESSEL, NOW

1651 5    YOU GET BLOOD POURING INTO YOUR STOMACH.  WHEN YOU GET BLOOD

1651 6    POURING INTO YOUR STOMACH, WHAT A PATIENT EXPERIENCES IS

1651 7    USUALLY THEY GET VERY NAUSEOUS BECAUSE THERE'S ALL THIS STUFF

1651 8    IN THEIR STOMACH AND THEY VOMIT.  SO THEY WILL VOMIT UP BLOOD,

1651 9    AND THAT'S NOT AN UNCOMMON, AND I, IN WORKING IN EMERGENCY

1651 10    ROOMS, I HAD PEOPLE COMING INTO THE EMERGENCY ROOM AND VOMITING

**Objections:**

Re: [1650:18-1650:21]
Pltf Obj 401/402

Re: [1650:21-1652:19]
Pltf Obj 701/702; 602
(discussing research at
Merck before the
witness was employed
at Merck)

**Rulings:**

overruled

| | Objections | Rulings |
|---|---|---|

1651 11   UP BLOOD.  YOUR JOB IN THE EMERGENCY ROOM IS TO TRY TO STOP THE

1651 12   BLEEDING AND GIVE THEM BACK BLOOD IF THEY'VE LOST A LOT.

1651 13   THE THIRD THING IS IT CAN DIGEST RIGHT THROUGH THE

1651 14   WALL OF THE STOMACH.  IF IT DOES THAT, THEN EVERYTHING, THE

1651 15   ACID AND ALL, JUST POURS OUT INTO YOUR BELLY, AND THAT'S WHAT

1651 16   IN MEDICINE CALL AN ACUTE BELLY.  THEIR BELLY IS ROCK HARD.  IF

1651 17   THEY MOVE AT ALL, THEY GET HORRIBLE PAIN, SO THAT WHEN THEY

1651 18   COME TO THE EMERGENCY ROOM THEY JUST DON'T WANT TO MOVE BECAUSE

1651 19   THEIR ENTIRE BELLY IS FILLED WITH ACID.  I'VE SEEN CASES LIKE

1651 20   THAT IN EMERGENCY ROOMS, AS WELL.

1651 21   Q.  WHEN YOU CAME TO WORK ON DEVELOPING A COX-2 INHIBITOR, DID

1651 22   YOU VIEW THE TRADITIONAL OR THE ADVERSE EFFECTS OF TRADITIONAL

1651 23   ANTI-INFLAMMATORIES TO BE A SERIOUS PROBLEM WITH PATIENTS?

1651 24   A.  I DID.  I WANT TO ALSO TALK ABOUT THE PLATELET PART OF

1651 25   THIS.  SO THERE ARE CERTAIN PEOPLE WHO YOU CAN'T GIVE THE

1652  1   NONSTEROIDAL ANTI-INFLAMMATORY TO BECAUSE IT INHIBITS THEIR

1652  2   PLATELETS.  SO IF YOU HAVE, FOR EXAMPLE, PEOPLE WHO ARE GOING

1652  3   INTO SURGERY, I MEAN, IT'S VERY COMMON THE SURGEONS WILL ASK TO

1652  4   HAVE THEM STOP THEIR NONSTEROIDALS, BECAUSE IF THEY ARE ON THAT

1652  5   AT THE TIME OF SURGERY, THERE'S MORE LIKELY TO BE BLEEDING.

1652  6   PEOPLE WHO HAVE LIVER FAILURE -- THE LIVER MAKES SOME

1652  7   OF THE THINGS THAT YOUR BODY USES TO CLOT, SO IF THEY HAVE A

1652  8   BAD LIVER, THEY ARE ALREADY NOT MAKING THOSE.  YOU DON'T GIVE

1652  9   THEM AN NSAID.  PEOPLE WITH HEMOPHILIA, THEY BLEED, SO YOU

1652 10   CAN'T GIVE THEM AN NSAID.  THEN THE PLACE WHERE I SAW IT MOST

1652 11   COMMONLY IS PATIENTS WITH CANCER, THE THERAPIES THAT WE USE

1652 12   ACTUALLY DECREASE THE NUMBER OF PLATELETS.  IT TURNS OFF THE

1652 13   ABILITY OF THE BODY TO MAKE PLATELETS.  SO THEIR BLOOD IS

1652 14   ALREADY THIN AND WE COULDN'T GIVE THEM NSAIDS.

1652 15   SO I THINK BOTH THE STOMACH PROBLEMS AND THE PLATELET

1652 16   PROBLEMS, MY -- I MEAN, PART OF THE REASON I CAME TO MERCK TO

1652 17   WORK ON THIS, I ACTUALLY THOUGHT IT WAS A BIG MEDICAL PROBLEM,

1652 18   AND IT WOULD BE VERY IMPORTANT TO HAVE A DRUG THAT WOULDN'T

1652 19   HAVE THOSE SIDE EFFECTS.

1652 20   Q.  FOLLOWING THE DISCOVERY THAT THERE WERE TWO, NOT ONE, COX

1652 21   ENZYMES, DID THE SCIENTISTS AT MERCK BEGIN WORK ON INVENTING A

1652 22   COX-2 INHIBITOR MEDICINE?

1652 23   A.  YES, THEY DID.

1652 24   Q.  WE HAVE IN THE TIME LINE HERE IN THE GREEN BARS -- AND

1652 25   WE'LL GET TO EACH OF THESE PHASES WE PROGRESS -- BUT IF YOU

1653  1   COULD TELL THE JURY WHAT THE FIRST STAGE WAS IN THE DEVELOPMENT

1653  2   OF A COX-2 INHIBITOR.

1653  3   A.  SO ONCE THEY FIGURED OUT THAT THERE'S THESE TWO DIFFERENT

1653  4   FACTORIES, COX-1, COX-2, THERE ARE CHEMISTS WHICH, IN THE

1653  5   PHARMACEUTICAL INDUSTRY, ARE CALLED MEDICINAL CHEMISTS BECAUSE

1653  6   THEY MAKE MEDICINES.  I'M NOT A CHEMIST, SO I FIND THIS PRETTY

1653  7   FASCINATING.  THEY ARE ACTUALLY ABLE TO MAKE A DRUG THAT ONLY

1653  8   TURNS OFF COX2 BUT DOESN'T TURN OFF COX-1.  THERE'S WAYS THAT

1653  9   THE MEDICINAL CHEMISTS CAN DO THIS, BUT THAT'S THE FIRST THING

1653 10   THEY HAVE TO DO.  SO THEY MADE ACTUALLY A SERIES OF COMPOUNDS

Objections column:

Re: [1653:3-1653:20]
**Pltf Obj** 701/702; 602
(discussing research at
Merck before the
witness was employed
at Merck)

Rulings column: *overruled*

| | Objections | Rulings |
|---|---|---|

1653 11   THAT WOULD ONLY INHIBIT COX-2 BUT NOT INHIBIT COX-1.

1653 12   Q. WE HAVE UP ON THE TIME LINE, THAT FAR-LEFT BAR THERE,

1653 13   "BASIC SCIENCE RESEARCH FROM 1991 TO 1992." DOES THAT HAVE ANY

1653 14   RELATION TO THE WORK YOU JUST DESCRIBED?

1653 15   A. YES. SO THEY ARE TRYING TO SET UP EXPERIMENTS THAT THEY

1653 16   CAN SCREEN THROUGH COMPOUNDS AND FIND ONE THAT CAN ONLY INHIBIT

1653 17   THAT COX-2 BUT NOT COX-1. SO THEY'RE DOING THAT. I THINK IT

1653 18   WAS AROUND 1992 THAT THEY ACTUALLY INVENTED THE MOLECULE THAT

1653 19   BECAME KNOWN AS VIOXX, WHICH ONLY INHIBITS COX-2, BUT NOT

1653 20   COX-1.

1653 21   Q. CAN YOU THEN TAKE US TO THE NEXT PHASE OF CLINICAL AND

1653 22   LABORATORY DEVELOPMENT FOR WHICH EVENTUALLY BECAME VIOXX,

1653 23   DOCTOR?

1653 24   A. SURE. SO FINDING THE DRUG -- ESSENTIALLY, THEY DO THOSE

1653 25   EXPERIMENTS IN TEST TUBES. THEY CAN ESSENTIALLY MAKE PURIFIED

1654 1   VERSIONS OF THESE TWO FACTORIES, CREATE CHEMICALS, AND

1654 2   DETERMINE AM I INHIBITING ONE OR THE OTHER. ONCE YOU DO THAT,

1654 3   THEN THE QUESTION IS -- THIS WAS A HYPOTHESIS. PEOPLE CAME UP

1654 4   WITH THIS IDEA -- DOES IT ACTUALLY WORK?

1654 5   SO THEY GO INTO ANIMALS. THEY HAVE ANIMAL MODELS OF

1654 6   PAIN AND INFLAMMATION AND ANIMAL MODELS OF STOMACH DAMAGE, AND

1654 7   THEY TREAT THE ANIMALS WITH THESE CHEMICALS THAT THEY HAVE NOW

1654 8   MADE AND SAY DOES IT TREAT PAIN AND INFLAMMATION, WHICH IT

1654 9   SHOULD AND IT DID; AND DOES IT NOT DAMAGE THE STOMACH, WHICH IT

1654 10   SHOULDN'T AND IT DIDN'T. SO THOSE ARE ANIMAL EXPERIMENTS WHERE

1654 11   THEY ARE TRYING TO FIGURE OUT, IN ANIMALS, AT LEAST, DOES THIS

1654 12   SEEM LIKE THIS HYPOTHESIS IS TRUE.

1654 13   Q. ARE YOU FAMILIAR WITH A REGULATORY CONCEPT CALLED AN

1654 14   INVESTIGATIONAL NEW DRUG APPLICATION?

1654 15   A. YES.

1654 16   Q. IS THAT SOMETIMES REFERRED TO AS AN IND?

1654 17   A. YES.

1654 18   Q. CAN YOU PLEASE TELL THE JURY WHEN AN IND IS IN THE CONTEXT

1654 19   OF DEVELOPING A NEW MEDICINE?

1654 20   A. WHAT AN IND IS -- YOU CAN'T ADMINISTER AN EXPERIMENTAL

1654 21   DRUG TO PATIENTS OR EVEN NORMAL VOLUNTEERS IN THE UNITED STATES

1654 22   WITHOUT FDA APPROVAL, SO THE IND IS WHERE THE COMPANY APPLIES

1654 23   TO THE FDA AND ASKS FOR PERMISSION TO FINISH TESTING THEIR DRUG

1654 24   IN PEOPLE. SO IT'S A SUMMARY OF ALL OF THE EXPERIMENTS THAT

1654 25   HAVE BEEN DONE UP TO THAT POINT IN ANIMALS. WE SUMMARIZE THAT

1655 1   AND THEN ASK FOR THEIR PERMISSION TO NOW BE ABLE TO START

1655 2   TESTING THIS IN PEOPLE.

1655 3   Q. WAS THERE AN IND FILED BY MERCK FOR THE MEDICINE THAT

1655 4   BECAME VIOXX?

1655 5   A. YES.

1655 6   Q. WHEN WAS THAT?

1655 7   A. I THINK IT WAS 1994.

1655 8   Q. DID THE FDA THEREAFTER ALLOW MERCK TO PROCEED IN THE

1655 9   CLINICAL TESTING OF VIOXX?

1655 10   A. YES.

**Re: [1653:21-1659:23]**
**Pltf Obj** 701/702; 602
(witness testified the
ISS was submitted
before he was
employed at Merck)

overruled

| | Objections | Rulings |
|---|---|---|

1655 11   Q.  ARE THERE DIFFERENT PHASES -- BY THE WAY, WHEN WE TALKED

1655 12   ABOUT THESE PHASES OF DRUG DEVELOPMENT, ARE THESE SORT OF THE

1655 13   STANDARD DEVELOPMENT WHEN IT COMES TO MEDICINE, OR IS THIS

1655 14   SOMETHING SPECIFIC THAT WAS DONE FOR VIOXX?

1655 15   A.  NO.  THE PHASES WE ARE GOING TO TALK ABOUT ARE STANDARD

1655 16   PHASES OF ALL DRUG DEVELOPMENT.

1655 17   Q.  WHAT IS THE FIRST PHASE, THEN, FOR CLINICAL TRIALS AFTER

1655 18   THE FDA ALLOWS YOU TO TEST THE MEDICINE IN HUMAN BEINGS?

1655 19   A.  LET ME GO BACK THE ONE OTHER THING WE DIDN'T TALK ABOUT

1655 20   BEFORE WE GIVE IT TO HUMANS; AND THAT IS, AS PART OF THE IND,

1655 21   WE SUMMARIZE EXPERIMENTS THAT WE DO IN ANIMALS THAT LOOK AT THE

1655 22   SAFETY OF THE DRUG.  SO MOST OF THE ORGANS IN ANIMALS -- ONES

1655 23   THAT ARE USUALLY USED ARE MICE RATS AND DOGS -- BEHAVE THE SAME

1655 24   WAY AS HUMANS.  SO IF YOU GIVE A DOG A COMPOUND AND IT DAMAGES

1655 25   THEIR LIVER, THEN YOU'RE HIGHLY SUSPICIOUS IT'S GOING TO DAMAGE

1656 1   A. PERSON'S LIVER.  IF YOU GIVE IT TO A DOG AND IT DAMAGES THEIR

1656 2   KIDNEY, YOU WORRY IT'S GOING TO DAMAGE A PERSON'S KIDNEY.

1656 3   SO WE DO WHAT ARE CALLED TOXICOLOGY STUDIES IN

1656 4   ANIMALS SO WE CAN, NUMBER ONE, KNOW WHAT WE SHOULD LOOK FOR IN

1656 5   PEOPLE, BUT HOPEFULLY, IT DIDN'T CAUSE SIDE EFFECTS TO THE

1656 6   ANIMALS, SO NOW YOU CAN GO INTO PEOPLE.

1656 7   THE FIRST EXPERIMENT DONE IN PEOPLE, TYPICALLY, IS IN

1656 8   NORMAL VOLUNTEERS.  SO THESE ARE NORMAL, YOUNG, HEALTHY MEN.

1656 9   THE REASON IT'S MEN IS THAT THERE'S ANOTHER SET OF EXPERIMENTS

1656 10   WE DO IN ANIMALS TO SEE WHETHER THE DRUG WILL DAMAGE THE

1656 11   WOMEN'S REPRODUCTIVE ORGANS.  THAT OFTEN HASN'T BEEN DONE YET

1656 12   BY THE TIME WE START IN PEOPLE, SO WE START WITH MEN.

1656 13   SO THESE YOUNG, HEALTHY MEN WILL TAKE ONE PILL, AND

1656 14   THAT'S THE BEGINNING OF PHASE I.  SO THEY TAKE ONE PILL OF THE

1656 15   MEDICINE AND THEY ARE MONITORED VERY, VERY CAREFULLY, AND THEY

1656 16   ARE BLOOD SAMPLES TAKEN AT VARIOUS TIMES AFTER THEY TAKE ONE

1656 17   PILL TO FIND OUT WHETHER THE DRUG ACTUALLY GETS INTO THEIR

1656 18   BODY.

1656 19   SO THERE ARE MEDICINES THAT YOU GO THROUGH ALL THIS

1656 20   AND YOU GIVE IT TO PEOPLE, AND IT BASICALLY GETS BROKE DOWN IN

1656 21   THE STOMACH AND IT NEVER GETS INTO THE BLOODSTREAM.  SO THE

1656 22   FIRST PART OF THIS IS, WHEN THEY TAKE THE PILL, WILL IT

1656 23   ACTUALLY GET INTO THEIR BLOODSTREAM.  THAT'S THE BEGINNING OF

1656 24   PHASE I DONE IN NORMAL, HEALTHY MEN.

1656 25   Q.  WERE THOSE STUDIES DONE WITH VIOXX?

1657 1   A.  YES.

1657 2   Q.  WHAT RANGE OF DOSES WERE TESTED WITH VIOXX IN THE STUDIES

1657 3   THAT YOU HAVE JUST DESCRIBED?

1657 4   MR. BLIZZARD:  YOUR HONOR, I JUST WANT SOME

1657 5   CLARIFICATION.  IS THIS BEFORE DR. MORRISON CAME TO THE COMPANY

1657 6   THAT WE ARE TALKING ABOUT HERE?

1657 7   THE COURT:  WHY DON'T YOU CLEAR IT UP.

1657 8   MR. ISMAIL:  I'LL BE HAPPY TO TALK IT THROUGH.

1657 9   BY MR. ISMAIL:

1657 10   Q.  YOU SAID YOU ARRIVED IN 1995; IS THAT CORRECT?

| | | Objections | Rulings |
|---|---|---|---|

1657 11    A.  CORRECT.

1657 12    Q.  WHEN YOU ARRIVED AT MERCK AND BEGAN WORK ON THE VIOXX

1657 13    PROJECT TEAM, WHAT DID YOU DO?

1657 14    A.  WHEN I FIRST GOT TO MERCK, MY FIRST TWO MONTHS,

1657 15    ESSENTIALLY, WERE REVIEWING ALL OF THE INFORMATION THAT MERCK

1657 16    HAD ACCUMULATED ON ALL OF THE ANIMAL TESTING, TOXICOLOGY

1657 17    TESTING, ANY TESTING DONE IN HUMANS.  I REVIEWED ALL OF THAT

1657 18    DATA SO THAT I UNDERSTOOD WHERE MERCK WAS WITH THEIR TESTING

1657 19    AND REVIEWED AS MUCH AS I COULD OF THE WORLD'S LITERATURE ON

1657 20    COX-1 AND COX-2 SO THAT I HAD A FIRM UNDERSTANDING OF WHAT

1657 21    MERCK HAD DONE AND WHAT THE STATE OF THE SCIENCE WAS.

1657 22    Q.  SO, AT THIS POINT IN THE PHASE I DEVELOPMENT, BY THE TIME

1657 23    YOU HAD ARRIVED AND THE LABORATORY DEVELOPED, HAD SOME OF THAT

1657 24    ALREADY OCCURRED ON THE VIOXX DEVELOPMENT?

1657 25    A.  YES.  SO THE IND HAD BEEN FILED BEFORE I CAME, THESE PHASE

1658  1    I STUDIES HAD BEEN DONE BEFORE I CAME, AND MY FIRST,

1658  2    ESSENTIALLY, ASSIGNMENT WHEN I GOT THERE WAS TO LEARN ABOUT ALL

1658  3    THIS STUFF SO I KNEW WHAT EVERYBODY ALREADY KNEW ABOUT THE

1658  4    SCIENCE AND THE COMPOUND.

1658  5    Q.  IN A VERY ABBREVIATED FASHION, IS THAT WHAT KNOWLEDGE THAT

1658  6    YOU HAVE JUST TRIED TO DISCUSS WITH THE JURY OVER THE LAST 20

1658  7    MINUTES REGARDING THE SCIENCE THAT HAD BEEN DEVELOPED BEFORE

1658  8    YOU ARRIVED?

1658  9    A.  YES, THAT'S CORRECT.

1658 10    Q.  NOW, YOU WERE DISCUSSING WITH US THE PHASE I TESTING THAT

1658 11    WAS DONE ON VIOXX, AND I THINK I JUST ASKED WHAT THE DOSES WERE

1658 12    THAT WERE UNDER DEVELOPMENT IN THE PHASE I PROGRAM.

1658 13    A.  RIGHT.  IN THE PHASE I PROGRAM, ON THE PHASE I DOSE, YOU

1658 14    WANT TO SEE DOES THE DRUG GET INTO THEIR BLOODSTREAM AND THEN

1658 15    DOES THE BODY BREAK IT DOWN.  AS PART OF THAT, WE GIVE

1658 16    INCREASING DOSES.  SO THE HIGHEST DOSE, AS I RECALL, IN THE

1658 17    NORMAL, HEALTHY VOLUNTEERS UP TO 1,000 MILLIGRAMS.

1658 18    SO, REMEMBER, THE CLINICAL DOSE IS 25 MILLIGRAMS.  IT

1658 19    TAKES A WHILE TO FIGURE OUT EXACTLY WHAT DOSE YOU SHOULD BE

1658 20    USING.  SO, IN THESE FIRST ONES, WE JUST KEEP RAISING THE DOSE

1658 21    TO SEE IF ANYBODY HAS -- IF THE DRUG IS BEING HANDLED BY THE

1658 22    BODY AND IF THERE'S ANY SIDE EFFECTS FROM IT.  SO THEY WENT AS

1658 23    HIGH AS 1,000 MILLIGRAMS IN THE SINGLE-DOSE STUDIES.

1658 24    Q.  WHAT WAS THE NEXT PHASE IN THE VIOXX DEVELOPMENT PROGRAM

1658 25    AT MERCK?

1659  1    A.  LET ME JUST FINISH A LITTLE BIT ABOUT PHASE I.  SO

1659  2    PHASE I:  ONE DOSE; YOUNG, HEALTHY MEN.  THEN YOU DO USUALLY

1659  3    ABOUT TWO WEEKS OF DOSING IN YOUNG, HEALTHY MEN.  YOU DO THE

1659  4    SAME THING:  YOU LOOK AT HOW THE DRUG GETS INTO THEIR BODY AND

1659  5    HOW IT GETS OUT OF THEIR BODY.

1659  6    THE REASON YOU DO THE LONGER DOSING IS SOMETIMES A

1659  7    MEDICINE CAN AFFECT THE BODY, AND IT AFFECTS THE WAY THE BODY

1659  8    HANDLES IT.  SO ONE DOSE MAY GET IN AND HANDLE WELL, BUT, OVER

1659  9    MULTIPLE DOSES, IT NOW STARTS TO ACCUMULATE OR SOMETHING ELSE

1659 10    CHANGES.  SO THERE'S SINGLE DOSE AND MULTIPLE DOSE IN YOUNG

| | Objections | Rulings |
|---|---|---|

1659 11   HEALTHY MEN, AND THERE'S SINGLE DOSE AND MULTIPLE DOSE IN OLDER

1659 12   FOLKS, IN WHAT WE CALL ELDERLY.

1659 13   THE REASON FOR THAT IS OLDER FOLKS, ALSO, THEIR BODY

1659 14   CAN HANDLE DRUGS VERY DIFFERENTLY THAN YOUNG FOLKS. SO YOU DO

1659 15   THE SAME -- SINGLE DOSE, MULTIPLE DOSE -- IN THE ELDERLY TO SEE

1659 16   HOW DO THEY HANDLE THE DRUG AND DOES THE DRUG GET IN, DOES THE

1659 17   DRUG GET OUT. ALL OF THAT IS DONE IN PHASE I.

1659 18   THERE ARE OTHER STUDIES WHERE YOU LOOK AT WHAT EFFECT

1659 19   DOES FOOD HAVE. SO IF YOU TAKE THE PILL ON AN EMPTY STOMACH OR

1659 20   YOU TAKE THE PILL AFTER YOU HAVE EATEN A NORMAL BREAKFAST, DOES

1659 21   TAKE CHANGE THE WAY THE BODY HANDLES THE DRUG? SO ALL THIS IS

1659 22   DONE SO WE CAN FIGURE OUT HOW PEOPLE SHOULD TAKE IT. THAT'S

1659 23   ALL IN THE PHASE I PART.

1659 24   Q. THEN, PROGRESSING FURTHER IN THE DEVELOPMENT, WHAT WOULD

1659 25   BE THE WORK THAT WAS DONE BY MERCK IN DEVELOPING VIOXX?

1660 1   A. AFTER PHASE I COMES PHASE II. PHASE II IS WHERE YOU --

1660 2   WHAT WE CALL PROOF OF CONCEPT. SO NOW WE ARE GOING TO ASK A

1660 3   QUESTION: OKAY. THE DRUG GETS INTO YOUR SYSTEM, GETS OUT OF

1660 4   YOUR SYSTEM, DOES IT TREAT PAIN, AND DOES IT NOT DAMAGE YOUR

1660 5   STOMACH. SO THERE WERE THREE DIFFERENT PHASE II STUDIES THAT

1660 6   WERE DESIGNED TO ANSWER THOSE QUESTIONS: DOES IT TREAT PAIN

1660 7   AND DOES IT NOT DAMAGE YOUR STOMACH?

1660 8   Q. WHEN YOU SAY "PROOF OF CONCEPT," WHAT TYPE OF PAIN MODELS,

1660 9   IF YOU WILL, WERE USED TO TEST THE MEDICINE?

1660 10   A. THE FIRST PAIN MODEL IS AN ORAL SURGERY MODEL. SO, AGAIN,

1660 11   YOUNG HEALTHY -- OTHERWISE HEALTHY, COLLEGE STUDENTS OFTEN HAVE

1660 12   THEIR WISDOM TEETH TAKEN OUT. WHEN THEY GOT THEIR WISDOM TEETH

1660 13   TAKEN OUT, AFTER THE NOVOCAIN WEARS OFF, THEY DEVELOP PAIN

1660 14   BECAUSE THEY JUST HAD SURGERY. THEN THEY GET DOSED WITH AN

1660 15   EXPERIMENTAL DRUG AND YOU FOLLOW THEM TO FIND OUT IF THEIR PAIN

1660 16   GOT BETTER.

1660 17   SO JUST ONE THING TO EXPLAIN ABOUT THESE WHAT WE CALL

1660 18   CLINICAL TRIALS. A BIG PART OF THESE CLINICAL TRIALS IS

1660 19   THEY'RE WHAT WE CALL BLINDED. SO YOU, I THINK, HEARD ABOUT THE

1660 20   TERM PLACEBO. SO SOME OF THE PATIENTS ARE TAKING A PLACEBO;

1660 21   SOME OF THE PATIENTS ARE TAKING -- MAYBE TAKING VIOXX; SOME OF

1660 22   THE PATIENTS MIGHT BE TAKING ANOTHER DRUG. NOBODY IN THE

1660 23   EXPERIMENT KNOWS WHAT THE PERSON IS TAKING. THE PATIENT

1660 24   DOESN'T KNOW, THE DOCTOR DOESN'T KNOW, AND WE AT MERCK DON'T

1660 25   KNOW. IT'S BLINDED.

1661 1   Q. WHAT'S THE PURPOSE OF THE BLINDING?

1661 2   A. WELL, THERE'S TWO PURPOSES. THE FIRST IS THAT,

1661 3   PARTICULARLY FOR PAIN MEDICATIONS, THERE IS WHAT'S KNOWN AS THE

1661 4   PLACEBO EFFECT. ALL RIGHT? SO IF IN THESE ORAL SURGERY

1661 5   EXPERIMENTS, IF YOU TAKE SOMEBODY WHO HAS HAD THEIR WISDOM

1661 6   TEETH TAKEN OUT, AND THE NOVOCAIN WEARS OFF AND THEY ARE IN

1661 7   PRETTY BAD PAIN, AND YOU HAVE GIVEN THEM A PLACEBO, THERE ARE A

1661 8   CERTAIN NUMBER OF PEOPLE WHO WILL SAY THE DRUG WORKED

1661 9   WONDERFULLY AND IT TREATS THEIR PAIN.

1661 10   SO YOU HAVE TO HAVE THAT AS WHAT WE CALL A CONTROL.

**Objections:** Re: [1660:1-1661:22]
Pltf Obj 701/702

**Rulings:** Overruled

|  | Objections | Rulings |
|---|---|---|

1661 11 RIGHT? YOU WANT TO KNOW, WELL, IF IT'S JUST A PLACEBO EFFECT,

1661 12 YOUR DRUG IS NOT DOING ANYTHING. SO PART OF THE PLACEBO IS TO

1661 13 KNOW IS THE DRUG REALLY DOING IT OR IS IT A PLACEBO EFFECT.

1661 14 THE SECOND PART IS THAT IT ALSO HELPS TO LOOK AT THE

1661 15 SAFETY. SO IF YOU SAY I GIVE, YOU KNOW, 20 PEOPLE A PLACEBO

1661 16 AND 5 OF THEM DEVELOP A HEADACHE, WELL, IT HAS NOTHING TO DO

1661 17 WITH THE DRUG; IT'S JUST PEOPLE GET HEADACHES. SO BY HAVING A

1661 18 PLACEBO ARM, WHEN YOU LOOK AT SAFETY, YOU CAN SAY 25 PEOPLE

1661 19 DEVELOPED A HEADACHE IN THIS AND 5 HERE, THAT'S PROBABLY

1661 20 RELATED TO THE DRUG. YOU NEED THE PLACEBO ARM BOTH FOR SAFETY

1661 21 AND TO KNOW WHETHER THE TREATMENT EFFECT IS FROM THE DRUG OR

1661 22 THE PLACEBO EFFECT.

1661 23 Q. WERE THESE PHASE II STUDIES DONE ON VIOXX OF A LONGER

1661 24 DURATION THAN THE PHASE I STUDIES THAT YOU HAVE TALKED ABOUT?

1661 25 A. THERE ARE THREE OF THEM. THE FIRST ONE, THIS ORAL

1662 1 SURGERY, IS JUST ONE DAY. THEY HAVE THEIR WISDOM TEETH TAKEN

1662 2 OUT, THEY TAKE ONE DOSE OF MEDICINE, AND YOU FOLLOW THEM FOR 24

1662 3 HOURS AND SEE IF THEIR PAIN GETS BETTER.

1662 4 THE SECOND ONE, THE SECOND PAIN MODEL, WAS

1662 5 OSTEOARTHRITIS, WHICH IS WHAT VIOXX WAS EVENTUALLY APPROVED

1662 6 FOR. SO OSTEOARTHRITIS IS THE WEAR-AND-TEAR ARTHRITIS THAT

1662 7 PEOPLE TEND TO GET AS THEY GET OLDER. SO THAT PHASE II STUDY

1662 8 WAS A SIX-WEEK STUDY WHERE SOME PATIENTS GOT PLACEBO, SOME

1662 9 PATIENTS GOT 25 MILLIGRAMS OF VIOXX, AND SOME PATIENTS GOT 125

1662 10 MILLIGRAMS OF VIOXX FOR SIX WEEKS. SAME THING YOU LOOK AT:

1662 11 DOES IT TREAT THE PAIN OF OSTEOARTHRITIS, AND YOU LOOK AT THE

1662 12 SAFETY OF THE PATIENTS WHO GOT THE MEDICINE.

1662 13 Q. YOU MENTIONED THAT, IN THESE PHASE II STUDIES, THERE ARE

1662 14 SAFETY DATA COLLECTED?

1662 15 A. YES.

1662 16 Q. FIRST OF ALL, WHO IS ACTUALLY COLLECTING THE DATA WITH

1662 17 RESPECT TO WHAT THE PATIENTS ARE REPORTING?

1662 18 A. SO, FOR ALL OF THESE CLINICAL TRIALS, THERE ARE PRACTICING

1662 19 PHYSICIANS WHO DO ACTUALLY TREAT THE PATIENTS. I'M A

1662 20 PHYSICIAN. I WORK IN NEWARK. I ACTUALLY DON'T TREAT THE

1662 21 PATIENTS IN THE CLINICAL TRIALS. WE FIND PRACTICING

1662 22 PHYSICIANS.

1662 23 SO, IN THE PHASE I STUDIES, THERE ARE SPECIALLY

1662 24 TRAINED PHYSICIANS WHO ARE EXPERT IN DOING PHASE I TRIALS. SO

1662 25 THEY ARE THE ONES WHO ACTUALLY DO -- GIVE THE MEDICINE TO THE

1663 1 PATIENT, TAKE THE BLOOD SAMPLES. IF ANYTHING -- IF THEY HAVE

1663 2 ANY SAFETY PROBLEMS, THEY ARE THE DOCTOR TAKING CARE OF THE

1663 3 PATIENT. IN THE PHASE II STUDIES, SIMILAR KIND OF THING.

1663 4 SO THERE ARE TRAINED RESEARCH PHYSICIANS WHO DO THESE

1663 5 ORAL SURGERY EXPERIMENTS AND THERE ARE TRAINED RESEARCH

1663 6 PHYSICIANS WHO TAKE THEIR PATIENTS WITH OSTEOARTHRITIS AND PUT

1663 7 THEM INTO THE CLINICAL TRIALS. SO THEY ARE THE ONES SEEING THE

1663 8 PATIENT, THEY ARE THE ONES DOING ALL THE MEASUREMENTS AND

1663 9 RECORDING ALL THE INFORMATION, AND THEY ARE THE ONES ASSESSING

1663 10 WHETHER THE PATIENTS HAVE HAD ANY ADVERSE EVENTS.

Re: [1662:23-1663:10]
Pltf Obj 701/702; 602
(discussing research at
Merck before the
witness was employed
at Merck)

Overruled

| | Objections | Rulings |
|---|---|---|

1663 11  Q.  IN THE DEVELOPMENT THROUGH THE PHASE II PROGRAM, WERE
1663 12  CARDIOVASCULAR EVENTS COLLECTED BY THE INVESTIGATORS OR
1663 13  PHYSICIANS WHO WERE TREATING THESE PATIENTS IN THE STUDY?
1663 14  A.  YES.  LET ME START.  SO, IN THE PHASE I, REMEMBER I SAID
1663 15  THAT THE MAIN PURPOSE IS TO SEE DOES THE BLOOD GET INTO YOUR
1663 16  SYSTEM; DOES IT GET OUT OF YOUR SYSTEM.  SO A LOT OF BLOOD
1663 17  TESTS ARE TAKEN.  BUT THERE ARE ALSO BLOOD TESTS TAKEN TO LOOK
1663 18  AT YOUR LIVER FUNCTION, TO LOOK AT YOUR KIDNEY FUNCTION.
1663 19  THERE'S URINE TESTS TAKEN TO LOOK AT YOUR LIVER FUNCTION.
1663 20  ELECTROCARDIOGRAMS ARE DONE TO LOOK AT WHAT EFFECT IT HAS ON
1663 21  YOUR HEART RHYTHM.  SO ALL THAT -- AS I SAID, THESE ARE
1663 22  PHYSICIANS WHO ARE EXPERTS IN DOING THESE PHASE I TRIALS.  THEY
1663 23  ARE VERY CAREFULLY WATCHING THOSE PATIENTS TO SEE WHAT HAPPENS.
1663 24  IN THE PHASE II TRIALS, SAME THING:  VERY WELL
1663 25  TRAINED RESEARCH PHYSICIANS, DOING BLOOD TESTS, DOING
1664 1  ELECTROCARDIOGRAMS -- LET ME JUST MAKE SURE EVERYBODY
1664 2  UNDERSTANDS.  THE WORD "ADVERSE EVENT" WHICH YOU HAVE HEARD,
1664 3  THERE'S A VERY SPECIFIC DEFINITION OF WHAT THAT IS.  ANYTHING
1664 4  AT ALL THAT HAPPENS TO SOMEBODY THAT YOU MIGHT CONSIDER BAD IN
1664 5  A. CLINICAL TRIAL IS AN ADVERSE EVENT.
1664 6  SO IF YOU'RE IN THE STUDY AND YOU SPRAIN YOUR ANKLE,
1664 7  THAT'S AN ADVERSE EVENT; IF YOU'RE IN THE STUDY AND YOU GET A
1664 8  HEADACHE, THAT'S AN ADVERSE EVENT.  IF YOU ARE IN THE STUDY AND
1664 9  YOU GET A RASH, THAT'S AN ADVERSE EVENT.  IF YOU ARE IN THE
1664 10  STUDY AND YOU HAVE A SERIOUS PROBLEM -- YOU GET HOSPITALIZED,
1664 11  YOU HAVE A HEART ATTACK, YOU HAVE A STROKE, YOU HAVE AN
1664 12  INFECTION -- ALL OF THOSE THINGS ARE ADVERSE EVENTS.  THE
1664 13  DOCTORS WHO ARE TAKING PART IN THESE TRIALS REPORT THAT TO US
1664 14  ON A REGULAR BASIS, AND THAT'S THE INFORMATION THAT WE USE TO
1664 15  DETERMINE WHETHER THE DRUG IS SAFE.
1664 16  Q.  WHEN THESE SPECIALLY TRAINED INVESTIGATORS OR SCIENTISTS
1664 17  WHO ARE PARTICIPATING IN OVERSEEING THE PATIENTS REPORT AN
1664 18  ADVERSE EVENT, HAVE THEY NECESSARILY DETERMINED THAT THE STUDY
1664 19  MEDICATION IS CAUSING THE EVENT IN THOSE PATIENTS?
1664 20  A.  THEY ARE ASKED TO ASSESS WHETHER THEY THINK IT CAUSED IT.
1664 21  SO, OBVIOUSLY, THEY ARE BLINDED.  THEY DON'T KNOW WHAT THE
1664 22  PATIENT IS ON.  SO IF THEY -- YOU KNOW, IF THE PATIENT TRIPS
1664 23  AND SPRAINS THEIR ANKLE, THE DOCTOR MAY SAY, "I DON'T THINK
1664 24  THAT'S RELATED TO THE DRUG," BUT THEY ARE ASKED TO, BASED UPON
1664 25  EVERYTHING THEY KNOW ABOUT THE PATIENT, TO ASSESS WHETHER THEY
1665 1  THOUGHT THAT ADVERSE EXPERIENCE WAS LIKELY DUE TO THE DRUG OR
1665 2  NOT LIKELY DUE TO THE DRUG, ESSENTIALLY.
1665 3  SO THERE MAY BE -- AGAIN, THESE DOCTORS ARE ALSO VERY
1665 4  WELL INFORMED ABOUT EVERYTHING WE KNOW ABOUT THE DRUG.  SO THEY
1665 5  GET WHAT WE CALL A CONFIDENTIAL INVESTIGATOR'S BROCHURE WHICH
1665 6  SUMMARIZES BASICALLY EVERYTHING IN THE IND.  SO THEY SHOULD --
1665 7  THEY DO KNOW A TREMENDOUS AMOUNT ABOUT THE DRUG AND WHAT COULD
1665 8  POTENTIALLY HAPPEN.  THEY KNOW ABOUT THE ANIMALS TOXICOLOGY
1665 9  STUDIES AND THEY PUT THAT ALL INTO CONTEXT.
1665 10  IF A PATIENT, FOR EXAMPLE, DEVELOPED HIGH BLOOD

Objections:
Re: [1663:11-1664:13] Pltf Obj 701/702; 602 (discussing research at Merck before the witness was employed at Merck or that he was not involved with)

Re: [1665:3-1665:16] Pltf Obj 602; speculation; 701/702

Rulings: Overruled

180
04/20/10 09:42

| | Objections | Rulings |
|---|---|---|

1665 11     PRESSURE IN ONE OF THESE TRIALS, THEY MIGHT SAY, "I THINK

1665 12     THAT'S PROBABLY DUE TO THE DRUG. I CAN'T SEE ANY OTHER REASON

1665 13     WHY THE PATIENT WOULD HAVE DEVELOPED HIGH BLOOD PRESSURE. SO

1665 14     I'M GOING TO" -- SO THEY ATTRIBUTE CAUSALITY EVEN THOUGH THEY

1665 15     ARE BLINDED, AND THEY DO THAT BASED UPON EVERYTHING THEY KNOW

1665 16     ABOUT THE PATIENT AND THE MEDICINES.

1665 17     Q. LET'S SAY AN INVESTIGATOR DETERMINED THAT THERE WAS NO

1665 18     LIKELY CONNECTION BETWEEN THE MEDICATION AND, SAY, THE SPRAINED

1665 19     ANKLE. DO THEY STILL HAVE TO REPORT THAT EVENT?

1665 20     A. YES. THEY REPORT THE EVENT REGARDLESS OF WHETHER -- THEY

1665 21     HAVE TO REPORT EVERY ADVERSE EVENT. SO, AS I SAID, IF THE

1665 22     PERSON HAS A HISTORY OF HEADACHES, BUT THEY GET A HEADACHE,

1665 23     THEY STILL REPORT IT. THEY HAVE TO REPORT EVERYTHING. THEN --

1665 24     REGARDLESS OF WHETHER THEY THINK IT WAS CAUSED BY THE DRUG, AND

1665 25     THEN THEY TELL US WHETHER THEY THINK IT WAS OR WASN'T CAUSED BY

1666 1     THE DRUG. BUT THEY HAVE TO REPORT THEM ALL.

1666 2     Q. WHEN MERCK COLLECTS THE DATA AND GATHERS IT TOGETHER AND

1666 3     ANALYZES IT, DOES MERCK INCLUDE ALL THE EVENTS REGARDLESS OF

1666 4     CAUSALITY?

1666 5     A. ABSOLUTELY.

1666 6     Q. WHAT WAS THE NEXT PHASE IN THE DEVELOPMENT OF VIOXX?

1666 7     A. THERE'S ONE MORE EXPERIMENT YOU FORGOT. SO, IN

1666 8     PHASE II --

1666 9     MR. BLIZZARD: YOUR HONOR, THIS HAS HAPPENED SEVERAL

1666 10     TIMES. I ASK THAT IT PROCEED BY QUESTION AND ANSWER.

1666 11     THE COURT: ALL RIGHT.

1666 12     BY MR. ISMAIL:

1666 13     Q. I THINK ACTUALLY YOU'RE RIGHT. YOU GOT TWO OF THE PAIN

1666 14     MODELS AND I FORGOT TO ASK YOU ABOUT THE THIRD ONE. I

1666 15     INTERRUPTED THE ANSWER EARLIER, AND I APOLOGIZE.

1666 16     THE COURT: ASK A QUESTION FIRST.

1666 17     THE WITNESS: SO THE THIRD EXPERIMENT --

1666 18     THE COURT: WAIT. ASK HIM A QUESTION FIRST.

1666 19     BY MR. ISMAIL:

1666 20     Q. WHAT WAS THE THIRD PAIN MODEL THAT I INTERRUPTED YOU ON?

1666 21     A. IT WASN'T A PAIN MODEL. IT WAS THE EXPERIMENT TO SEE IF

1666 22     VIOXX DAMAGES THE STOMACH.

1666 23     Q. THANK YOU. NOW, PLEASE PROCEED.

1666 24     A. OKAY. REMEMBER, THE WHOLE THEORY HERE IS THE DRUG WILL

1666 25     TREAT PAIN AND INFLAMMATION BUT NOT DAMAGE YOUR STOMACH. THE

1667 1     ORAL SURGERY MODEL AND THE OSTEOARTHRITIS TRIALS BOTH SHOWED

1667 2     THAT VIOXX DOES TREAT PAIN AND INFLAMMATION. THEN THE QUESTION

1667 3     IS: WILL IT NOT DAMAGE YOUR STOMACH?

1667 4     SO THE PHASE II STUDY FOR THAT WAS DONE IN NORMAL

1667 5     VOLUNTEERS. THE WAY THE EXPERIMENT IS DONE IS -- AND PEOPLE

1667 6     VOLUNTEER FOR THESE STUDIES. THE GASTROENTEROLOGIST HAS A TUBE

1667 7     THEY CAN PASS INTO YOUR STOMACH AND LOOK AT YOUR STOMACH. SO

1667 8     THEY LOOK INTO THE STOMACH AND SEE IF THERE ARE ANY ULCERATIONS

1667 9     OR LESIONS. AS LONG AS THE STOMACH IS NORMAL, THEN THE PATIENT

1667 10     IN THIS CASE GOT RANDOMLY ASSIGNED TO EITHER GET PLACEBO,

| | Objections | Rulings |
|---|---|---|

1667 11   250 MILLIGRAMS OF VIOXX, OR IBUPROFEN OR ASPIRIN AT THE FULL
1667 12   DOSE, THE DOSE THAT'S TAKEN FOR INFLAMMATION, NOT THE LOW DOSE.
1667 13   THEY TAKE THAT FOR, I THINK IT WAS, 10 OR 14 DAYS.
1667 14   THEN THE GASTROENTEROLOGIST LOOKS AT THE STOMACH
1667 15   AGAIN AND SAYS, "ARE THERE ANY ULCERS, BLEEDS, ANYTHING NEW
1667 16   THAT I DIDN'T SEE BEFORE THE EXPERIMENT STARTED?"  THEN ONCE
1667 17   THAT'S ALL DONE, YOU UNBLIND IT AND YOU SEE WHAT HAPPENED.
1667 18   WHAT WE SAW HAPPENED WAS THAT ASPIRIN AND IBUPROFEN
1667 19   DAMAGED THE STOMACH THE WAY THAT WE ALL WOULD EXPECT THEM TO,
1667 20   BUT VIOXX, IN THIS CASE AT 250 MILLIGRAMS, DIDN'T DAMAGE THE
1667 21   STOMACH ANY DIFFERENT FROM PLACEBO.  SO NOW YOU HAVE IN
1667 22   PEOPLE -- GRANTED, IT'S EARLY EVIDENCE, BUT IN PEOPLE YOU HAVE
1667 23   EVIDENCE IT TREATS PAIN AND INFLAMMATION AND IT DOESN'T DAMAGE
1667 24   THE STOMACH.  THOSE WERE THE PHASE II STUDIES.
1667 25   Q.   WHAT DID THE PHASE II STUDIES SHOW ABOUT THE EFFECTIVENESS
1668 1    OF VIOXX WITH REGARD TO TREATING PAIN?
1668 2    A.   IT WAS EFFECTIVE IN TREATING BOTH ORAL SURGERY PAIN AND
1668 3    THE OSTEOARTHRITIS PAIN.
1668 4    Q.   CONTINUING FORWARD, PHASE III STUDIES, CAN YOU DESCRIBE
1668 5    GENERALLY FOR US WHAT A PHASE III STUDY IS?
1668 6    A.   YES.  SO THE PHASE II STUDIES ARE PROOF OF CONCEPT:  IS
1668 7    THERE EVIDENCE AT ALL THAT THIS LOOKS LIKE IT'S TRUE IN
1668 8    HUMANS?  PHASE III ARE NOW MUCH LARGER TRIALS DONE IN THE
1668 9    PATIENT POPULATION THAT YOU ARE GOING TO EVENTUALLY MARKET THE
1668 10   DRUG IN AND TYPICALLY WILL INCLUDE A COMPARATOR.
1668 11   SO THE WHOLE IDEA HERE IS THIS IS GOING TO BE --
1668 12   TREAT PAIN AND INFLAMMATION THE SAME AS THE TRADITIONAL NSAIDS
1668 13   BUT NOT DAMAGE THE STOMACH.  SO THE PHASE III STUDIES ARE
1668 14   PRIMARILY IN PATIENTS WITH OSTEOARTHRITIS ASKING DOES IT TREAT
1668 15   PAIN AND INFLAMMATION AS WELL AS COMPARATOR AGENTS -- IBUPROFEN
1668 16   WAS ONE AND DICLOFENAC THE OTHER -- AND DOES IT NOT DAMAGE THE
1668 17   STOMACH, BUT NOW IN PATIENTS WHO HAVE OSTEOARTHRITIS, NOT IN
1668 18   THE NORMAL, HEALTHY VOLUNTEERS.
1668 19   Q.   LOOKING BACK IN THIS PERIOD, MOVING FROM PHASE II TO PHASE
1668 20   III, DID MERCK INTERACT WITH THE FOOD & DRUG ADMINISTRATION ON
1668 21   THE TYPE OF STUDIES THAT SHOULD BE DONE TO TEST THE SAFETY AN
1668 22   EFFECTIVENESS OF VIOXX?
1668 23   A.   YES, THEY DID.
1668 24   Q.   CAN YOU DESCRIBE FOR US WHAT THAT INTERACTION WAS BETWEEN
1668 25   MERCK AND THE FDA WITH REGARD TO THE DESIGN OF THE STUDIES?
1669 1    MR. BLIZZARD:  YOUR HONOR, TO THE EXTENT THAT HE HAS
1669 2    PERSONAL KNOWLEDGE OF THIS, I HAVE NO OBJECTION TO HIS
1669 3    TESTIMONY ABOUT IT, BUT I'M NOT SURE THAT THIS IS HIS AREA.
1669 4    THE COURT:  ASK HIM.
1669 5    BY MR. ISMAIL:
1669 6    Q.   DOCTOR, CAN YOU TELL US WHAT YOUR OWN INVOLVEMENT WAS AS A
1669 7    MEMBER OF THE VIOXX PROJECT TEAM WITH RESPECT TO WHETHER MERCK
1669 8    WAS INTERACTING WITH THE FDA IN THE DESIGN OF THE STUDIES?
1669 9    A.   YES.  SO, FROM MY OWN PERSONAL -- ON THE SPECIFIC STUDIES
1669 10   THAT I DID, I WOULD WORK WITH OUR REGULATORY COLLEAGUES TO SEND

**Re: [1668:4-1668:14]**
**Pltf Obj 701/702**

Overruled

| | Objections | Rulings |
|---|---|---|

1669 11   THOSE PROTOCOLS TO THE FDA.  BEFORE WE START THE EXPERIMENT,

1669 12   THE PROTOCOL GOES TO THE FDA FOR THEM TO REVIEW IT AND

1669 13   ESSENTIALLY ALLOW US TO PROCEED WITH THE EXPERIMENTS.

1669 14   SO ALL THE ONES THAT I DID, I WOULD WORK WITH OUR

1669 15   REGULATORY COLLEAGUES.  THOSE WOULD GET SENT BACK.  IF THERE

1669 16   WERE COMMENTS, WE WOULD INTERACT WITH THEM ON THOSE.  THEN, AS

1669 17   PART OF THE PROJECT TEAM, WE HAD REGULAR UPDATES, PART OF THE

1669 18   STANDARD AGENDA OF ALL OF OUR INTERACTIONS WITH THE REGULATORY

1669 19   AGENCIES.

1669 20   Q.  WHEN IS AN END-OF-PHASE-II MEETING?

1669 21   A.  AN END-OF-PHASE-II MEETING IS SORT OF WHAT IT SAYS:  YOU

1669 22   FINISHED PHASE II.  NOW YOU WANT TO START YOUR PHASE III

1669 23   TRIALS.  YOU GO TO THE FDA TO SAY, "HERE'S WHAT WE WOULD LIKE

1669 24   TO DO FOR OUR PHASE III TRIALS AND HERE'S WHAT WE THINK THEY

1669 25   ARE GOING TO SHOW.  YOU ESSENTIALLY ASK THEM, "IF THEY SHOW

1670 1   WHAT WE THINK THEY ARE GOING TO SHOW, IS THAT SUFFICIENT

1670 2   EVIDENCE FOR YOU TO ALLOW US TO MARKET THE DRUG?"

1670 3   SO, BEFORE YOU DO ALL THOSE EXPERIMENTS, YOU

1670 4   ESSENTIALLY GO TO THEM AND SAY, "HERE'S WHAT WE ARE PLANNING ON

1670 5   DOING.  HERE'S THE NUMBER OF PATIENTS.  HERE'S THE COMPARATOR

1670 6   DRUG.  HERE'S HOW LONG WE ARE GOING TO DO THEM.  HERE'S THE

1670 7   TESTS WE ARE GOING TO DO.  IF THEY ALL COME OUT THE WAY WE

1670 8   THINK THEY WILL, IS THAT SUFFICIENT TO APPROVE THE DRUG?"  SO

1670 9   YOU HAVE THE DIALOGUE WITH THEM BEFORE YOU START PHASE III.

1670 10   Q.  THROUGH YOUR WORK ON THE PROJECT TEAM, DID YOU EVER COME

1670 11   TO LEARN WHETHER OR NOT THERE WERE AN END-OF-PHASE-II MEETING

1670 12   BETWEEN MERCK AND THE FDA WITH REGARD TO DEVELOPMENT OF VIOXX?

1670 13   A.  IN THE PROJECT TEAM, THEY REVIEWED ALL OF THE SESSIONS

1670 14   THAT WERE HANDLED, AND THERE WERE ACTUALLY A NUMBER OF

1670 15   END-OF-PHASE-II MEETINGS.

1670 16   Q.  TO YOUR KNOWLEDGE, SIR, DID THE FDA EVER CRITICIZE THE

1670 17   SIZE OF THE STUDIES THAT WERE DONE BY MERCK IN THE DEVELOPMENT

1670 18   OF THE MEDICINE?

1670 19   A.  I'M JUST TO GO BACK TO THERE'S A -- THERE'S A DIALOGUE

1670 20   BETWEEN THE FDA AND MERCK.  SO WHEN MERCK PUTS IN A PROPOSAL

1670 21   AND SAYS WE ARE GOING TO DO THESE NUMBER OF PATIENTS, THEY MAY

1670 22   COME BACK AND SAY, "WE THINK YOU SHOULD DO MORE."  "WE THINK

1670 23   YOU SHOULD DO LONGER."  SO THERE IS A CONVERSATION THAT GOES ON

1670 24   BETWEEN.

1670 25   AT THE END OF THE DAY, THOUGH, THEY THEN AGREE

1671 1   THAT -- WHAT WE BOTH NOW AGREE:  "HERE'S THE PROGRAM WE THINK

1671 2   YOU SHOULD BE ABLE TO DO.  IF IT COMES OUT THE WAY YOU THINK IT

1671 3   WILL, THEN WE'LL BE ABLE TO APPROVE YOUR DRUG."

1671 4   Q.  DO YOU HAVE EXHIBIT 15 BY YOU?

1671 5   A.  YES, SIR.

1671 6   Q.  DO YOU RECOGNIZE THIS DOCUMENT, SIR?

1671 7   A.  I DO.

1671 8   Q.  WHAT IS IT?

1671 9   A.  THESE ARE THE MINUTES FROM THE END-OF-PHASE-II MEETINGS

1671 10   WITH THE FDA.

| | Objections | Rulings |
|---|---|---|

1671 11   Q.  DID YOU REVIEW THESE MINUTES AS PART OF YOUR WORK ON THE

1671 12   PROJECT TEAM?

1671 13   A.  YES.

1671 14   MR. ISMAIL:  YOUR HONOR, WE MOVE THE ADMISSION OF

1671 15   EXHIBIT 15.

1671 16   MR. BLIZZARD:  YOUR HONOR, I OBJECT TO THE FOUNDATION

1671 17   BECAUSE HE WASN'T INVOLVED IN THIS PART OF THE PROJECT FROM

1671 18   WHAT I UNDERSTAND.

1671 19   MR. ISMAIL:  YOUR HONOR, HE WAS PERSONALLY

1671 20   INVOLVED --

1671 21   THE COURT:  I UNDERSTAND.  I'LL OVERRULE THE

1671 22   OBJECTION.

1671 23   MR. ISMAIL:  THANK YOU, YOUR HONOR.

1671 24   BY MR. ISMAIL:

1671 25   Q.  WE HAVE ON THE SCREEN, DOCTOR, EXHIBIT 15, THAT YOU HAVE

1672  1   IN FRONT OF YOU; IS THAT CORRECT?

1672  2   A.  YES.

1672  3   Q.  YOU WERE DESCRIBING THESE END-OF-PHASE-II MEETINGS BETWEEN

1672  4   MERCK AND THE FDA IN THE DEVELOPMENT OF THE MEDICINE; IS THAT

1672  5   CORRECT?

1672  6   A.  YES.

1672  7   Q.  I WOULD ASK THAT YOU TURN TO PAGE -- WE HAVE THESE LITTLE

1672  8   NUMBERS AT THE BOTTOM THAT END IN 955.  THIS IS AN

1672  9   END-OF-PHASE-II MEETING THAT WAS IN MAY OF 1996; CORRECT?

1672 10   A.  THESE ARE THE MINUTES OF THAT MEETING.

1672 11   Q.  CORRECT.  YOU SAID THERE WAS A NUMBER OF PHASE II

1672 12   MEETINGS.  OVER WHAT PERIOD OF TIME ARE WE TALKING ABOUT?

1672 13   A.  OVER THE SERIES OF A FEW MONTHS, THERE WERE VARIOUS

1672 14   MEETINGS WITH THE FDA.

1672 15   Q.  NOW, TURNING BACK ONE PAGE, IS THIS THE EXECUTIVE SUMMARY

1672 16   THE MINUTES OF THAT END-OF-PHASE-II MEETING?

1672 17   A.  YES.

1672 18   Q.  I JUST WANT TO SHOW TO THE JURY HERE -- CAN YOU READ THIS

1672 19   SENTENCE RIGHT HERE INTO THE RECORD, PLEASE?

1672 20   A.  IT SAYS, "THE AGENCY ACKNOWLEDGED THAT THE SUCCESSFUL

1672 21   DEVELOPMENT OF A COX-2 SPECIFIC INHIBITOR HELD THE POTENTIAL TO

1672 22   BE A VERY SIGNIFICANT THERAPEUTIC ADVANCE."

1672 23   Q.  WHAT DID YOU UNDERSTAND THAT COMMENT THERE THROUGH THESE

1672 24   MINUTES BETWEEN MERCK AND THE FDA MEANT WHEN YOU REVIEWED THEM

1672 25   BACK AS PART OF THE PROJECT TEAM?

1673  1   A.  WELL, MY UNDERSTANDING IS THE AGENCY IS THE FDA, AND SO

1673  2   THEY'RE ACKNOWLEDGING, AS WE TALKED ABOUT BEFORE, THAT IF THIS

1673  3   HYPOTHESIS WERE TRUE, YOU COULD MAKE MEDICINE THAT TREATED PAIN

1673  4   AND INFLAMMATION BUT DIDN'T DAMAGE THE STOMACH AND DIDN'T THIN

1673  5   THE DRUG, THAT WOULD BE, FROM THEIR POINT OF VIEW, AN IMPORTANT

1673  6   THERAPEUTIC ADVANCE.

1673  7   Q.  THEN YOU INDICATED, I THINK, THAT THERE WAS A DIALOGUE

1673  8   BETWEEN THE FDA AND MERCK REGARDING HOW TO DESIGN THE CLINICAL

1673  9   TRIALS?

1673 10   A.  CORRECT.

| | Objections | Rulings |
|---|---|---|

1673 11   Q.  GOING FORWARD THREE PAGES, DOCTOR, IN THESE MINUTES, IT
1673 12   SAYS: "THE AGENCY CONCURRED WITH THE DURATION OF THE ACTIVE
1673 13   COMPARATOR EFFICACY TRIALS."  DO YOU SEE THAT?
1673 14   A.  I DO.
1673 15   Q.  THEN WHEN WE SAY "THE AGENCY" HERE, WHO ARE WE REFERRING
1673 16   TO?
1673 17   A.  THAT'S THE FDA.
1673 18   Q.  THEN OUT HERE WE HAVE "ACTIVE COMPARATOR EFFICACY TRIALS."
1673 19   A.  RIGHT.
1673 20   Q.  WHAT ARE THOSE?
1673 21   A.  SO, REMEMBER, I SAID THE PHASE III STUDIES ARE WHERE
1673 22   YOU'RE NOW GOING TO COMPARE YOUR DRUG TO THE STANDARD
1673 23   MEDICINES.  SO THE "ACTIVE COMPARATOR" IS THEIR LANGUAGE FOR A
1673 24   DRUG WE ALREADY KNOW WORKS.
1673 25   SO THE TWO THAT ARE WERE DONE IN OUR TRIALS WERE
1674  1   EITHER IBUPROFEN AT ITS PRESCRIPTION STRENGTH, SO IT'S NOT
1674  2   OVER-THE-COUNTER IBUPROFEN THAT YOU CAN GET IN THE DRUGSTORES,
1674  3   THE STRENGTH THAT A PHYSICIAN CAN PRESCRIBE FOR YOU.  THOSE
1674  4   STUDIES WERE SIX WEEKS.
1674  5   THEN THERE WAS A COMPARISON AGAINST DICLOFENAC, WHICH
1674  6   IS ANOTHER ONE OF THESE MEDICINES, AND THOSE STUDIES WERE FOR A
1674  7   YEAR.  PATIENTS STAYED ON THE MEDICATION FOR A YEAR.
1674  8   Q.  THEN, DOWN BELOW, FIRST WE COVERED DURATION AND WITH
1674  9   RESPECT TO THE NUMBER OF PATIENTS TESTED.  I PUT ON THIS SCREEN
1674 10   HERE THIS COMMENT IN THE MINUTES: "THE AGENCY OFFERED NO
1674 11   CONCERNS WITH THE PROPOSED TOTAL PATIENT EXPOSURE FOR THE
1674 12   CLINICAL SAFETY DATABASE."  WHAT DOES THIS PHRASE MEAN,
1674 13   "PROPOSED TOTAL PATIENT EXPOSURE"?
1674 14   A.  ESSENTIALLY WHAT IT MEANS IS, OVERALL, HOW MANY PATIENTS
1674 15   WILL HAVE TAKEN THE DRUG WHEN YOU SUBMIT THE DRUG, THE
1674 16   APPLICATION.  SO WE TOLD THEM WE ARE GOING TO DO ALL THESE
1674 17   VARIOUS STUDIES:  SOME FOR THIS PERIOD OF TIME; SOME FOR THAT
1674 18   PERIOD OF TIME.  WHEN YOU ADD THAT ALL UP, HOW MANY PATIENTS
1674 19   WILL HAVE TAKEN IT FOR VARIOUS PERIODS OF TIME THAT WE CAN THEN
1674 20   USE TO SAY WHAT IS THE GENERAL SAFETY OF THIS DRUG.
1674 21   SO WHAT THE AGENCY SAID WAS WHAT YOU PLAN ON DOING,
1674 22   THE NUMBER OF PATIENTS, AND THE LENGTH OF TIME YOU'RE GOING TO
1674 23   TREAT THEM IS OKAY WITH US.
1674 24   Q.  DID YOU HELP DESIGN ANY OF THE CLINICAL TRIALS, WORK ON
1674 25   ANY OF THE CLINICAL TRIALS, IN THIS PHASE OF THE DEVELOPMENT?
1675  1   A.  YES.
1675  2   Q.  WHICH TRIALS, SIR?
1675  3   A.  MY RESPONSIBILITY WAS FOR ALL OF THE ACUTE PAIN TRIALS AND
1675  4   FOR ONE OF THE OSTEOARTHRITIS TRIALS.
1675  5   Q.  WHAT DID THE PHASE III TRIALS SHOW WITH REGARD TO THE
1675  6   EFFECTIVENESS OF VIOXX IN REDUCING PAIN AND INFLAMMATION?
1675  7   A.  WHAT THEY SHOWED IS THAT -- AND THIS, AGAIN, WAS IN A LOT
1675  8   OF DISCUSSIONS WITH THE FDA ABOUT HOW YOU CAN ACTUALLY SHOW
1675  9   THIS.  THE HYPOTHESIS, WHAT WE THOUGHT WOULD HAPPEN, IS THAT
1675 10   VIOXX WOULD BE AS EFFECTIVE AS TREATING PAIN AND INFLAMMATION

| | Objections | Rulings |
|---|---|---|

1675 11  AS PRESCRIPTION-STRENGTH IBUPROFEN AND PRESCRIPTION-STRENGTH

1675 12  DICLOFENAC.

1675 13  WITHOUT GOING THROUGH ALL THE STATISTICS, THERE WAS

1675 14  AN AGREEMENT ABOUT WHAT WE WOULD HAVE TO SHOW TO BE ABLE TO SAY

1675 15  THEY'RE THE SAME.  IN THOSE TRIALS, WE MET ALL OF THOSE

1675 16  ENDPOINTS AND WERE ABLE TO DEMONSTRATE SCIENTIFICALLY TO OUR

1675 17  SATISFACTION AND TO THE SCIENTIFIC COMMUNITY'S SATISFACTION AND

1675 18  TO THE FDA THAT THE EFFICACY, THE WAY YOU TREATED PAIN AND

1675 19  INFLAMMATION, WAS AS GOOD AS PRESCRIPTION-STRENGTH IBUPROFEN

1675 20  AND PRESCRIPTION-STRENGTH DICLOFENAC.

1675 21  Q.  IN THESE PHASE III STUDIES, WERE THE MERCK SCIENTISTS ALSO

1675 22  LOOKING AT THIS IDEA OF THE SAFETY OF THE MEDICINE ON THE

1675 23  STOMACH?

1675 24  A.  YES.

1675 25  Q.  WHAT DID THOSE STUDIES SHOW WITH REGARD TO THE PROMISE OF

1676 1  THE MEDICINE THAT YOU DESCRIBED EARLIER THAT KICKED OFF THE

1676 2  WHOLE DEVELOPMENT YEARS EARLIER?

1676 3  A.  IT CONFIRMED WHAT THE -- I WOULD SAY, IT PRELIMINARILY

1676 4  CONFIRMED WHAT WE THOUGHT WAS GOING TO HAPPEN; AND THAT IS,

1676 5  THERE WERE STUDIES DONE IN OSTEOARTHRITIS PATIENTS WHERE,

1676 6  AGAIN, THE GASTROENTEROLOGISTS PUT A TUBE DOWN THE STOMACH AND

1676 7  LOOKED FOR ULCERS, AND THERE WERE SIGNIFICANTLY LESS ULCERS

1676 8  WITH VIOXX THAN WITH IBUPROFEN.

1676 9  IN ALL OF THE STUDIES, WE ALSO, AGAIN, WERE

1676 10  COLLECTING THESE ADVERSE EVENTS.  SO IF, IN ANY ONE OF THESE

1676 11  STUDIES A PATIENT REPORTS TO HIS DOCTOR AND SAYS, "I HAVE THIS

1676 12  TERRIBLE BURNING PAIN," AND THEY DO AN EVALUATION AND FIND OUT

1676 13  THEY HAD AN ULCER, WE COUNTED THOSE.  IF ANYBODY IN THESE

1676 14  STUDIES PRESENTED TO AN EMERGENCY ROOM VOMITING UP BLOOD, WE

1676 15  COUNTED THOSE.  IF ANYBODY PRESENTED WITH A PERFORATION.

1676 16  SO WHEN YOU TAKE THE ENTIRE DATABASE AND PUT THAT ALL

1676 17  TOGETHER, IT WAS FAIRLY CLEAR THAT THERE WERE LESS ULCERS,

1676 18  BLEEDING ULCERS, OR PERFORATIONS ON VIOXX THAN ON THE

1676 19  TRADITIONAL NSAID; IN THIS CASE, IBUPROFEN AND DICLOFENAC.

1676 20  Q.  HAVE YOU HEARD OF A NEW DRUG APPLICATION, THAT CONCEPT?

1676 21  A.  YES.

1676 22  Q.  IS THAT SOMETIMES CALLED AN NDA?

1676 23  A.  AN NDA, NEW DRUG APPLICATION.

1676 24  Q.  WHAT IS AN NDA WITH REGARD TO THE DEVELOPMENT OF MEDICINE?

1676 25  A.  SO THE NDA IS ESSENTIALLY YOU ARE NOW APPLYING TO THE FDA

1677 1  FOR PERMISSION TO SELL YOUR DUG.

1677 2  Q.  WAS THERE AN NDA FILED WITH RESPECT TO VIOXX?

1677 3  A.  YES.

1677 4  Q.  DO YOU RECALL APPROXIMATELY WHEN THAT WAS?

1677 5  A.  IT WAS IN THE FALL OF '98, I THINK OCTOBER OR NOVEMBER.

1677 6  Q.  WHEN YOU SAY IT WAS THE APPLICATION TO SEEK PERMISSION TO

1677 7  SELL THE DRUG, CAN YOU DESCRIBE WHAT GOES INTO AN NDA?

1677 8  A.  YES.  THE NDA IS A SUMMARY OF EVERYTHING WE KNOW ABOUT THE

1677 9  MEDICINE, EVERY EXPERIMENT WE HAVE EVER DONE.  FOR EVERY

1677 10  CLINICAL TRIAL, THERE'S A REPORT THAT WE CALL A CLINICAL STUDY

| | Objections | Rulings |
|---|---|---|

1677 11    REPORT. SO THERE'S A REPORT FOR EVERY TRIAL WHICH SUMMARIZES

1677 12    EXACTLY WHAT HAPPENED, PROVIDES ALL OF THE RAW DATA TO THE FDA.

1677 13    SO THERE ARE INDIVIDUAL REPORTS OF EVERY EXPERIMENT, AND THEN

1677 14    THERE IS SORT OF AN INTEGRATED SUMMARY OF THAT.

1677 15    SO AFTER WE HAVE DONE ALL THESE, WE THEN WRITE AN

1677 16    INTEGRATED SUMMARY OF, BASED UPON ALL OF THIS, THIS IS WHAT --

1677 17    IF WE PUT IT ALL TOGETHER, IT TELLS US THIS, BOTH ABOUT HOW THE

1677 18    DRUG TREATS PAIN AND INFLAMMATION AND ABOUT ITS SAFETY.  SO THE

1677 19    NDA HAS A SUMMARY OF ESSENTIALLY EVERYTHING WE KNOW ABOUT THE

1677 20    DRUG.

1677 21    Q.  CAN YOU GIVE US A --

1677 22    MR. BLIZZARD:  YOUR HONOR, CAN WE JUST APPROACH THE

1677 23    BENCH BRIEFLY?

1677 24    THE COURT:  SURE.

1677 25    (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

1678 1    THE BENCH.)

1678 2    MR. BLIZZARD:  YOUR HONOR, IN THE PAST WHAT I'VE SEEN

1678 3    IS THE WITNESS HAS REFUSED TO ANSWER ANY QUESTIONS ABOUT

1678 4    COMMUNICATIONS OR E-MAILS HE HASN'T BEEN A PARTY TO, AND YET

1678 5    HERE WE HAVE HIM TALKING ABOUT THE APPLICATION FOR AN NDA WHICH

1678 6    WAS CLEARLY A REGULATORY ISSUE CLEARLY OUTSIDE OF HIS AREA

1678 7    WITHIN THE COMPANY.  IF HE CONTINUES TO TESTIFY LIKE THIS, I

1678 8    WILL BE FORCED TO TALK TO HIM ABOUT THE TARGUM MEMO AND OTHER

1678 9    THINGS THAT RELATE TO FDA APPROVAL, SO I FAIL TO SEE WHY HE IS

1678 10    THE WITNESS.  IF HE IS A CLINICAL SCIENTIST INVOLVED IN SOME OF

1678 11    THE STUDIES AND IF HE IS GOING TO GO AND TALK ABOUT ALL OF THE

1678 12    STUDIES OR EVEN FDA APPROVAL, THEN I THINK IT'S FAIR GAME FOR

1678 13    ME TO BE ABLE TO CROSS HIM ON THAT.

1678 14    THE COURT:  I THOUGHT HE WAS INVOLVED IN THAT.  ISN'T

1678 15    HE?

1678 16    MR. ISMAIL:  HE HELPED WRITE THE NDA.

1678 17    THE COURT:  JUST GET THROUGH THAT.  LET'S MAKE SURE

1678 18    BEFORE HE TESTIFIES TO SOMETHING HE HAS SOME KNOWLEDGE OF OR

1678 19    HAS PARTICIPATED IN THE DRAFTING OF IT, CONSULTED WITH

1678 20    SOMEBODY.

1678 21    MR. ISMAIL:  YES, SIR.

1678 22    (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN

1678 23    OPEN COURT.)

1678 24    BY MR. ISMAIL:

1678 25    Q.  DR. MORRISON, DID YOU PARTICIPATE IN THE PREPARATION OF

1679 1    THE VIOXX NDA?

1679 2    A.  YES, I DID.

1679 3    Q.  IN WHAT CAPACITY DID YOU PARTICIPATE IN THAT?

1679 4    A.  I WROTE SOME OF THE CLINICAL STUDY REPORTS FOR THE

1679 5    EXPERIMENTS THAT I DID AND I WROTE THE INTEGRATED SUMMARY OF

1679 6    HOW THE DRUG WORKS FOR TREATING PAIN, AND I WROTE PART OF THE

1679 7    CLINICAL SUMMARY OF THE SAFETY.

1679 8    SO MY COLLEAGUE AND I SPLIT UP THE WRITING OF THE

1679 9    SAFETY SECTION:  I WROTE PART, HE WROTE PART, AND THEN WE

1679 10    WORKED TOGETHER AND SORT OF EDITED EACH OTHER.  SO,

| | Objections | Rulings |
|---|---|---|

1679 11   ESSENTIALLY, THE WHOLE INTEGRATED SUMMARY OF SAFETY, I WAS

1679 12   INVOLVED IN WRITING OR EDITING.

1679 13   Q.  CAN YOU GIVE US THE SENSE OF A VOLUME OF WHAT A NEW DRUG

1679 14   APPLICATION, AT LEAST THE ONE FOR VIOXX, IS WITH THE

1679 15   INFORMATION SENT DOWN TO THE AGENCY?

1679 16   A.  IT'S A LOT OF INFORMATION.  WHAT I WAS ALWAYS TOLD IS THEY

1679 17   ACTUALLY HAVE A TRUCK THAT THEY LOAD ALL OF THE REPORTS ONTO,

1679 18   AND THERE'S A TRUCK THAT DRIVES DOWN TO THE FDA.  SO IT'S A

1679 19   LARGE AMOUNT OF INFORMATION.

1679 20   Q.  SO, HERE WE ARE IN 1998, SEVEN YEARS AFTER THE DISCOVERY

1679 21   OF COX-2, AND WE HAVE THESE VARIOUS PHASES OF CLINICAL TRIALS.

1679 22   APPROXIMATELY HOW MANY CLINICAL TRIALS IN TOTAL, INCLUDING THE

1679 23   PHASE I AND PHASE II AND PHASE III STUDIES, WERE PART OF THE

1679 24   NDA SUBMISSION?

1679 25   A.  IT'S IN THE FIFTIES.

1680  1   Q.  APPROXIMATELY, TO THE BEST OF YOUR RECOLLECTION, HOW MANY

1680  2   PATIENTS ARE WE TALKING ABOUT HERE, CLINICAL TESTING PROGRAM

1680  3   FOR VIOXX?

1680  4   A.  THERE WERE ABOUT 10,000 PATIENTS IN THE TRIALS, AND AS I

1680  5   RECALL, ABOUT 5,000 OF THEM WERE ON VIOXX; THE OTHER 5,000 WERE

1680  6   EITHER ON A COMPARATOR DRUG OR ON PLACEBO.

1680  7   Q.  YOU INDICATED EARLIER WHEN YOU WERE TALKING ABOUT PHASE II

1680  8   STUDIES THAT ALL THE ADVERSE EVENTS WERE COLLECTED, INCLUDING

1680  9   CARDIOVASCULAR EVENTS.  DO YOU RECALL SAYING THAT?

1680 10   A.  YES.

1680 11   Q.  WAS THAT TRUE IN THE PHASE III STUDIES, AS WELL?

1680 12   A.  YES.

1680 13   Q.  NOW, AT SOME POINT IN TIME, DID YOU LEARN THAT THERE WAS

1680 14   ANOTHER COMPANY OUT THERE WHO WAS TRYING TO FIND A COX-2

1680 15   INHIBITOR DRUG?

1680 16   A.  YES.

1680 17   Q.  WHAT COMPANY WAS THAT?

1680 18   A.  IT WAS A COMPANY AT THE TIME CALLED SEARLE.  IN THIS

1680 19   INDUSTRY, THERE'S SORT OF, YOU KNOW, MERGERS, AND SO SEARLE

1680 20   ENDED UP BECOMING PART OF PHARMACIA, AND PHARMACIA ENDED UP

1680 21   BECOMING PART OF PFIZER.  BUT AT THE TIME THAT WE WERE FIRST

1680 22   DOING THIS, IT WAS SEARLE THAT HAD ANOTHER COX-2 INHIBITOR.

1680 23   Q.  WAS MERCK INTERESTED IN BEING THE FIRST COMPANY TO COME

1680 24   OUT WITH A COX-2 INHIBITOR?

1680 25   A.  YES.

1681  1   Q.  DID MERCK SUCCEED IN BECOMING THE FIRST COMPANY TO COME

1681  2   OUT WITH A COX-2 INHIBITOR?

1681  3   A.  NO.

1681  4   Q.  DID CELEBREX COME OUT BEFORE VIOXX?

1681  5   A.  CELEBREX CAME OUT, I THINK, ABOUT SIX MONTHS BEFORE VIOXX.

1681  6   Q.  JUST LOOKING WHERE WE ARE IN 1998, WHAT WAS YOUR BELIEF,

1681  7   DOCTOR, AS A MEMBER OF THE PROJECT TEAM AND AS A SCIENTIST

1681  8   WORKING ON THIS MEDICINE, WITH REGARD TO VIOXX'S POTENTIAL TO

1681  9   BE AN EFFECTIVE PAIN-RELIEVER WITH REDUCED GASTROINTESTINAL

1681 10   SIDE EFFECTS?

| | Objections | Rulings |
|---|---|---|

1681 11    A.  I THOUGHT WE HAD VERY GOOD CLINICAL DATA FROM THE TRIALS

1681 12    IN PEOPLE TO SHOW THAT THE DRUG WAS AN EFFECTIVE PAIN-RELIEVER

1681 13    AND SAFER ON THE STOMACH AND ALSO DID NOT INHIBIT PLATELET

1681 14    FUNCTION.

1681 15    Q.  YOU MENTIONED THE INTEGRATED SUMMARY OF SAFETY IN 1998 YOU

1681 16    HAD A HAND IN HELPING TO PREPARE; IS THAT CORRECT?

1681 17    A.  RIGHT.  I WROTE HALF OF IT, AND THEN THE OTHER HALF I

1681 18    EDITED WITH A COLLEAGUE OF MINE.

1681 19    Q.  IS EXHIBIT 40 A COPY OF THE INTEGRATED SUMMARY OF SAFETY?

1681 20    A.  IT'S PART OF IT.

1681 21    Q.  PART OF IT.  DID MERCK SUMMARIZE IN THIS DOCUMENT SOME OF

1681 22    THE CARDIOVASCULAR DATA THAT HAD BEEN DEVELOPED IN THE CLINICAL

1681 23    TRIAL DEVELOPMENT FOR VIOXX?

1681 24    A.  YES.

1681 25    Q.  IF YOU TURN TO PAGE 328 OF THIS DOCUMENT?

1682 1    MR. ISMAIL:  FIRST OF ALL, YOUR HONOR, WE MOVE THE

1682 2    ADMISSION OF EXHIBIT 40.

1682 3    MR. BLIZZARD:  NO OBJECTION, YOUR HONOR.

1682 4    THE COURT:  LET IT BE ADMITTED.

1682 5    BY MR. ISMAIL:

1682 6    Q.  DR. MORRISON, HAVE YOU TURNED TO PAGE 328?

1682 7    A.  YES.

1682 8    Q.  WE HAVE A SECTION HERE CALLED "THROMBOEMBOLIC

1682 9    CARDIOVASCULAR ADVERSE EXPERIENCE"; IS THAT CORRECT?

1682 10    A.  CORRECT.

1682 11    Q.  WHAT ARE THROMBOEMBOLIC CARDIOVASCULAR ADVERSE

1682 12    EXPERIENCES?

1682 13    A.  SO ADVERSE EXPERIENCES, I EXPLAINED TO YOU.  THAT'S

1682 14    ANYTHING THAT CHANGES TO SOMEBODY TAKING PART IN A TRIAL.  THE

1682 15    CARDIOVASCULAR SYSTEM IS THE HEART AND BLOOD VESSELS, AND

1682 16    THROMBOEMBOLIC ARE BLOOD CLOTS OR BLOOD CLOTS THAT TRAVEL

1682 17    SOMEWHERE ELSE IN YOUR BODY.

1682 18    SO SOMETIMES PEOPLE CAN GET A BLOOD CLOT IN THEIR LEG

1682 19    BUT THEN BREAKS OFF AND GOES SOMEPLACE ELSE.  THAT'S CALLED AN

1682 20    EMBOLIC EVENT.  SO THROMBOEMBOLIC ARE THESE CLOTTING EVENTS IN

1682 21    THE BLOOD VESSELS.

1682 22    Q.  SO WHAT IS SUMMARIZED HERE IN THIS SECTION?

1682 23    A.  WHAT'S SUMMARIZED HERE IS THE DATA THAT CAME FROM ALL OF

1682 24    THE CLINICAL TRIALS ON THESE SPECIFIC ADVERSE EXPERIENCES FROM

1682 25    THE 10,000-PATIENT DATABASE.

1683 1    Q.  DOWN IN THE THIRD PARAGRAPH, DID MERCK SUMMARIZE THE

1683 2    CLINICAL TRIALS THAT HAD BEEN DONE TO DATE AS "THE INCIDENCES

1683 3    OF SERIOUS CARDIOVASCULAR ADVERSE EXPERIENCES WERE NOT

1683 4    STATISTICALLY DIFFERENT AMONG TREATMENT GROUPS"?

1683 5    A.  THAT'S CORRECT.

1683 6    Q.  WHAT DOES THAT MEAN, DOCTOR?

1683 7    A.  SO ONE OTHER WORD I WANT TO MAKE SURE EVERYBODY

1683 8    UNDERSTANDS:  ADVERSE EVENT IS ANYTHING THAT HAPPENS.  A

1683 9    SERIOUS ADVERSE EVENT HAS A SPECIFIC DEFINITION, AS WELL.

1683 10    THAT'S IF YOU ARE HOSPITALIZED OR IF YOU DIE OR IF YOU HAVE A

| | | Objections | Rulings |
|---|---|---|---|

1683 11 PERMANENT DISABILITY. SO IF SOMETHING BAD HAPPENS TO YOU AND
1683 12 YOU GET HOSPITALIZED, YOU DIE, OR YOU HAVE A PERMANENT
1683 13 DISABILITY, THOSE ARE THE SERIOUS ONES. SO, IN THIS CASE, WHAT
1683 14 WE ARE LOOKING AT ARE SERIOUS. SO SOMEONE IS HOSPITALIZED OR
1683 15 DIED OR HAD A DISABILITY, ADVERSE EXPERIENCES THAT ARE PART OF
1683 16 THE CARDIOVASCULAR SYSTEM.
1683 17 NOT ALL OF THOSE ARE THE CLOTTING ONES. SO, FOR
1683 18 EXAMPLE, IF YOU HAD AN IRREGULAR HEARTBEAT THAT LED YOU TO GET
1683 19 HOSPITALIZED, THAT WOULD BE A SERIOUS CARDIOVASCULAR ADVERSE
1683 20 EXPERIENCE THAT'S NOT RELATED TO CLOTTING. SO THIS FIRST
1683 21 ANALYSIS HERE IS ALL, EVERYTHING THAT WAS SERIOUS IN THE
1683 22 CARDIOVASCULAR SYSTEM, AND WHAT IT SAYS IS THE LIKELIHOOD OF
1683 23 THAT HAPPENING WAS THE SAME REGARDLESS OF WHETHER YOU WERE ON
1683 24 PLACEBO, VIOXX, OR ONE OF THE COMPARATOR NSAIDS: IBUPROFEN OR
1683 25 DICLOFENAC.
1684 1 Q. WAS THERE A SIMILAR SUMMARY WITH REGARD TO THESE
1684 2 THROMBOEMBOLIC CARDIOVASCULAR ADVERSE EXPERIENCES?
1684 3 A. RIGHT. SO THERE'S TWO THINGS: ONE HERE IS ALL SERIOUS
1684 4 THAT ARE RELATED TO THE HEART AND BLOOD VESSELS, AND THEN
1684 5 SPECIFICALLY THE CLOTTING ONES THAT RELATE TO THE HEART AND
1684 6 BLOOD VESSELS. WE LOOKED AT HOW LIKELY THAT WAS IN PEOPLE ON
1684 7 PLACEBO, VIOXX, OR THE COMPARATOR NSAIDS; AND IN THIS DATASET,
1684 8 THEY WERE THE SAME.
1684 9 Q. WHEN YOU SAY "COMPARATOR NSAIDS," WERE THESE THE OLDER
1684 10 NONSTEROIDALS THAT VIOXX WAS TESTED AGAINST IN THE CLINICAL
1684 11 TRIALS?
1684 12 A. YES. THE TWO THAT WERE PRIMARILY USED IN THE PHASE III
1684 13 PROGRAM WERE IBUPROFEN AT ITS PRESCRIPTION STRENGTH AND
1684 14 DICLOFENAC AT ITS PRESCRIPTION STRENGTH.
1684 15 Q. SO WHAT DID THE CLINICAL TRIALS SHOW AS OF THE TIME THAT
1684 16 THE NEW DRUG APPLICATION WAS FILED WITH REGARD TO VIOXX'S
1684 17 POTENTIAL TO INCREASE CARDIOVASCULAR THROMBOEMBOLIC RISKS?
1684 18 A. THE DATA AT THE TIME WE FILED THE DRUG WOULD SAY THAT THE
1684 19 LIKELIHOOD OF THESE EVENTS HAPPENING ARE THE SAME ON VIOXX
1684 20 VERSUS PLACEBO VERSUS TRADITIONAL MEDICINES.
1684 21 Q. TURNING NOW TO A NEW SUBJECT, WHEN IS AN FDA ADVISORY
1684 22 COMMITTEE, DOCTOR?
1684 23 A. IT'S EXACTLY SORT OF WHAT IT DESCRIBES. IT'S WHERE THE
1684 24 FDA ASKS FOR ADVICE. SO IF THEY GET AN APPLICATION AND THEY
1684 25 HAVE TO MAKE -- THEY HAVE TO MAKE THE DECISION. THEY ARE THE
1685 1 DECISION-MAKER OF DOES THE DRUG GET APPROVED OR NOT. THEY MAY
1685 2 ASK FOR ADVICE ON WHETHER IT SHOULD BE APPROVED; THEY MAY ASK
1685 3 FOR ADVICE ON SPECIFIC THINGS THEY WANT TO PUT INTO THE PRODUCT
1685 4 INFORMATION FOR DOCTORS; AND THEY ESSENTIALLY CALL IN ADVISORS
1685 5 WHO ARE SCIENTISTS AND PHYSICIANS WHO DON'T WORK FOR THE FDA,
1685 6 WHO GIVE THEM ADVICE.
1685 7 Q. WAS THERE AN ADVISORY COMMITTEE MEETING HELD TO DISCUSS
1685 8 MERCK'S NEW DRUG APPLICATION FOR VIOXX?
1685 9 A. YES.
1685 10 Q. DID YOU PARTICIPATE IN HELPING DRAFT MERCK'S PRESENTATION?

**Objections (Re: [1684:15-1684:20]):**
**Re: [1684:15-1684:20]**
**Pltf Obj** 602, 701/702 to the extent the opinion is based on studies the witness was not involved with)

**Rulings:** Overrule

| | Objections | Rulings |
|---|---|---|

1685  11   A.  YES.

1685  12   Q.  WHAT WAS THE OUTCOME OF THE ADVISORY COMMITTEE MEETING FOR

1685  13   VIOXX?

1685  14   A.  IT WAS ONE OF THOSE GOOD DAYS AT MERCK WHERE THE ADVISORY

1685  15   COMMITTEE APPROVED -- THEY VOTED THAT THE FDA SHOULD APPROVE

1685  16   THE DRUG.

1685  17   Q.  DID THERE COME A TIME WHEN THE FDA DID APPROVE VIOXX?

1685  18   A.  YES.

1685  19   Q.  IF YOU TURN TO EXHIBIT 73 --

1685  20   MR. ISMAIL:  YOUR HONOR, I BELIEVE THIS IS ALREADY IN

1685  21   EVIDENCE.  IF NOT, I OFFER IT.

1685  22   THE COURT:  IT'S ADMITTED.

1685  23   BY MR. ISMAIL:

1685  24   Q.  DOCTOR, CAN YOU TELL US WHAT EXHIBIT 73 IS?

1685  25   A.  EXHIBIT 73 IS WHAT WE REFER TO AS THE APPROVAL LETTER.

1686  1    THE FDA SENDS A LETTER TO MERCK SAYING, "WE APPROVE YOUR DRUG."

1686  2    MR. ISMAIL:  WE OFFER EXHIBIT 73, YOUR HONOR.

1686  3    MR. BLIZZARD:  NO OBJECTION.

1686  4    THE COURT:  LET IT BE ADMITTED.

1686  5    BY MR. ISMAIL:

1686  6    Q.  EXHIBIT 73, CAN YOU TELL US WHAT THE DATE OF IT IS,

1686  7    DOCTOR?

1686  8    A.  THE DATE STAMP IS MAY 20, 1999.

1686  9    Q.  I WOULD ASK TO DIRECT YOUR ATTENTION DOWN HERE TO THIS

1686  10   FOURTH -- BEFORE I DO THAT, I WANT TO ASK YOU ABOUT THIS

1686  11   PARAGRAPH HERE.  WE HAVE ALL THESE SUBMISSIONS.  WE TALKED

1686  12   ABOUT THIS NEW DRUG APPLICATION THAT WAS SUBMITTED BACK IN

1686  13   1998.  WAS THAT THE LAST TIME THAT MERCK HAD ANY COMMUNICATIONS

1686  14   WITH THE FDA REGARDING THE POTENTIAL APPROVAL OF VIOXX?

1686  15   A.  ASK YOUR QUESTION AGAIN.

1686  16   Q.  WE TALKED ABOUT HOW THE NEW DRUG APPLICATION WAS FILED IN

1686  17   NOVEMBER OF 1998.  DID MERCK AND THE FDA CONTINUE TO DIALOGUE

1686  18   AND INTERACT WITH REGARD TO THE APPROVAL OF VIOXX?

1686  19   A.  YES.  AFTER THE APPLICATION GOES IN, AS THEY ARE REVIEWING

1686  20   IT, THEY WILL SEND QUESTIONS TO US.  SO THEY ARE REVIEWING

1686  21   THINGS, AND THEY'LL SAY EITHER WE CAN'T FIND SOMETHING OR WE

1686  22   WOULD LIKE YOU TO DO ANOTHER ANALYSIS.  SO THERE IS CONTINUED

1686  23   QUESTIONS FROM THEM AND ANSWERS BACK FROM US.

1686  24   Q.  DOES THIS PARAGRAPH DESCRIBE SOME OF THAT INTERACTION?

1686  25   A.  YES.

1687  1    Q.  NOW, GOING ON, THEN, TO THE FOURTH PARAGRAPH, CAN YOU GO

1687  2    AHEAD, PLEASE, AND READ FOR THE JURY WHAT THE FDA WROTE TO

1687  3    MERCK IN MAY OF 1999.

1687  4    A.  "WE HAVE COMPLETED THE REVIEW OF THIS APPLICATION AS

1687  5    AMENDED AND HAVE CONCLUDED THAT ADEQUATE INFORMATION HAS BEEN

1687  6    PRESENTED TO DEMONSTRATE THAT THE DRUG PRODUCT IS SAFE AND

1687  7    EFFECTIVE FOR USE AS RECOMMENDED IN THE ENCLOSED LABELING

1687  8    TEXT."

1687  9    Q.  THERE'S A SENTENCE OVER HERE, OR THIS PHRASE OVER HERE,

1687  10   "ENCLOSED LABELING TEXT."  WHAT DOES THAT REFER TO?

| | **Objections** | **Rulings** |
|---|---|---|

1687 11   A.  YOU KNOW, IT'S -- YOU'VE HEARD PEOPLE TALK ABOUT THE

1687 12   LABEL.  IT'S ESSENTIALLY THE INFORMATION FOR PRESCRIBING

1687 13   PHYSICIANS.

1687 14   SO THERE IS A -- AND I WAS INVOLVED IN HELPING TO

1687 15   DRAFT THE LABEL, AND THEN THE FDA WOULD SAY, "WELL, WE WOULD

1687 16   LIKE THESE WORDS FOR THIS INITIAL LABEL."  YOU TALK ABOUT THAT,

1687 17   BUT AT THE END OF THE DAY, THEY ENCLOSE HERE WHAT WE HAVE ALL

1687 18   AGREED IS THE APPROVED LABEL.  THAT'S THE INFORMATION THAT'S

1687 19   GOING TO GO OUT TO DOCTORS.  THEY ARE ESSENTIALLY SAYING IT'S

1687 20   SAFE AND EFFECTIVE WHEN USED ACCORDING TO THE INSTRUCTIONS IN

1687 21   THE LABEL.  THE LABEL, TO ME, IS ESSENTIALLY THE INSTRUCTIONS

1687 22   FOR PHYSICIANS IN HOW TO USE THE DRUG.

1687 23   Q.  SO WHEN THE FDA APPROVED VIOXX AS SAFE AND EFFECTIVE, DID

1687 24   THE FDA APPROVE THE FINAL LANGUAGE FOR THE VIOXX LABEL?

1687 25   A.  YES.

1688  1   Q.  LET'S UPDATE OUR TIME LINE HERE WITH THE FIRST FDA

1688  2   APPROVAL IN MAY OF 1999.

1688  3   A.  CORRECT.


1692:1 - 1747:3   Morrison_B_ 20061108

1692 14   (WHEREUPON, BRIGGS MORRISON, HAVING BEEN PREVIOUSLY

1692 15   DULY SWORN, TESTIFIED AS FOLLOWS.)

1692 16   DIRECT EXAMINATION

1692 17   BY MR. ISMAIL:

1692 18   Q.  GOOD MORNING, DOCTOR.

1692 19   A.  GOOD MORNING.

1692 20   Q.  WHEN WE LEFT OFF YESTERDAY AFTERNOON, WE, IN OUR TIME

1692 21   LINE, HAD GOTTEN UP TO MAY 1999, WHEN THE FDA FIRST APPROVED

1692 22   VIOXX FOR SALE.  IS THAT ABOUT RIGHT?

1692 23   A.  CORRECT.

1692 24   Q.  NOW, ARE YOU FAMILIAR WITH THE TERM INDICATIONS?

1692 25   A.  YES.

1693  1   Q.  WHAT, CAN YOU TELL THE JURY WHAT THE WORD INDICATIONS MEAN

1693  2   IN THE CONTEXT OF PHARMACEUTICAL MEDICINE?

1693  3   A.  IT'S BASICALLY THE DISEASE THAT THE DRUG IS APPROVED TO BE

1693  4   USED IN.

1693  5   Q.  DID THE FDA, WHEN IT APPROVED VIOXX, IN MAY OF 1999,

1693  6   APPROVE IT FOR CERTAIN INTENDED USES OR INDICATIONS?

1693  7   A.  YES.

1693  8   Q.  WHAT WERE THOSE INDICATIONS?

1693  9   A.  FOR THE TREATMENT OF OSTEOARTHRITIS AND FOR THE TREATMENT

1693 10   OF ACUTE PAIN AND PRIMARY DYSMENORRHEA, WHICH IS THE PAIN THAT

1693 11   WOMEN GET FROM THEIR PERIODS.

1693 12   Q.  WE HAD TALKED BEFORE YESTERDAY ABOUT THE WORK THE MERCK

1693 13   SCIENTISTS WERE DOING UNDERSTANDING THE RIGHT DOSES TO BE USED

1693 14   WITH VIOXX.  WHEN THE FDA APPROVED VIOXX IN MAY OF 1999, DID IT

1693 15   DO SO WITH RESPECT TO CERTAIN DOSES?

1693 16   A.  YES.

1693 17   Q.  WHAT WAS THE INTENDED DOSE FOR OSTEOARTHRITIS, THAT

1693 18   INDICATION?

|  | Objections | Rulings |
|--|--|--|

1693 19  A.  IT WAS 12 AND A HALF MILLIGRAMS WAS RECOMMENDED AS A

1693 20  STARTING DOSE; 25 MILLIGRAMS WAS THE HIGH END OF THAT DOSE.

1693 21  Q.  WHEN VIOXX WAS FIRST APPROVED, HOW OFTEN WAS VIOXX

1693 22  INTENDED TO BE USED?

1693 23  A.  ONCE DAILY.

1693 24  Q.  WHY IS THAT?

1693 25  A.  THE ONCE DAILY HAS TO DO WITH HOW LONG IT TAKES YOUR BODY

1694 1  TO GET RID OF THE MEDICINE.  SOME MEDICINES YOU HAVE TO TAKE

1694 2  TWO OR THREE TIMES A DAY.  VIOXX, IT TAKES ABOUT 17 HOURS FOR

1694 3  THE -- FOR YOU TO GO FROM A CERTAIN AMOUNT TO HALF THAT.  WE

1694 4  CALL THAT THE HALF LIFE.

1694 5  SO BASED UPON THAT, AROUND 34 HOURS, YOU HAVE HALF

1694 6  AND THEN HALF, WHICH IS ABOUT A QUARTER, AND SO YOU WOULD NEED

1694 7  TO TAKE ANOTHER DOSE TO START GETTING YOUR BLOOD LEVELS UP

1694 8  AGAIN.  SO IT WAS ONCE DAILY BECAUSE OF HOW THE BODY HANDLES

1694 9  GETTING RID OF IT.

1694 10  Q.  AFTER TWO OR THREE DAYS, WHAT WAS DID THE SCIENCE TELL YOU

1694 11  WITH RESPECT TO WHETHER THE MEDICINE WAS ACTIVE AS A

1694 12  PHARMACEUTICAL MEDICINE IN THE BODY?

1694 13  A.  YOU TAKE IT ONCE EVERY DAY, NOT ONCE EVERY OTHER DAY.  THE

1694 14  REASON YOU TAKE IT ONCE EVERY DAY IS YOU NEED TO GET THE LEVELS

1694 15  BACK UP AGAIN FOR IT TO HAVE THE EFFICACY TO WORK.  SO IF YOU

1694 16  WEREN'T TAKING IT FOR A COUPLE DAYS, IT WOULD BE OUT OF YOUR

1694 17  SYSTEM AND WOULDN'T HAVE ANY BENEFIT.  SO THAT'S WHY IT WAS

1694 18  DOSED ONCE A DAY.

1694 19  Q.  NOW, THE JURY HAS HEARD SOME WITNESSES DESCRIBE A

1694 20  SCIENTIFIC THEORY KNOWN AS THE IMBALANCE THEORY?

1694 21  A.  YES.

1694 22  Q.  ARE YOU FAMILIAR WITH THAT THEORY AS IT'S BEEN PROPOSED IN

1694 23  THE MEDICAL LITERATURE?

1694 24  A.  YES.

1694 25  Q.  HAVE YOU HAD ANY INVOLVEMENT IN THE INVESTIGATION AND

1695 1  UNDERSTANDING THAT THEORY?

1695 2  A.  WELL, THE THEORY ACTUALLY COMES OUT OF A STUDY THAT I

1695 3  PARTICIPATED IN WITH SOME SCIENTISTS AT THE UNIVERSITY OF

1695 4  PENNSYLVANIA, SO I'M AWARE OF THE THEORY BECAUSE IT WAS -- OUR

1695 5  EXPERIMENT WAS, I THINK, THE FIRST ONE THAT ACTUALLY TRIGGERED

1695 6  THIS IDEA.

1695 7  Q.  I WOULD ASK, DOCTOR, IF YOU COULD TURN IN YOUR BINDER --

1695 8  HOPEFULLY, YOU STILL HAVE IT UP THERE -- TO EXHIBIT 565 AND ASK

1695 9  WHETHER YOU RECOGNIZE THIS DOCUMENT.

1695 10  A.  YES, I DO RECOGNIZE IT.

1695 11  Q.  CAN YOU TELL US WHAT EXHIBIT 565 IS?

1695 12  A.  THIS IS THE SCIENTIFIC PUBLICATION OF THE EXPERIMENT THAT

1695 13  I WAS JUST REFERRING TO.

1695 14  Q.  HAVE I PUT ON THE SCREEN, HERE, DR. MORRISON, A COPY OF

1695 15  EXHIBIT 565, WHICH IS THE MEDICAL ARTICLE YOU WERE JUST

1695 16  REFERRING TO?

1695 17  A.  YES.

1695 18  Q.  IF WE LOOK AT THE TOP OF THIS ARTICLE, WE SEE A NUMBER OF

| | | **Objections** | **Rulings** |
|---|---|---|---|

1695 19   NAMES LISTED HERE. WHO ARE THESE FOLKS AND WHAT IS THEIR

1695 20   SIGNIFICANCE AS BEING LISTED HERE ON THE FIRST PAGE OF THE

1695 21   DOCUMENT?

1695 22   A. THESE ARE THE AUTHORS OF THE PAPER, AND THESE ARE THE

1695 23   VARIOUS SCIENTISTS WHO PARTICIPATED IN THE EXPERIMENT. SO

1695 24   ANYBODY WHO PARTICIPATES, HELPS DESIGN THE EXPERIMENT, CONDUCT

1695 25   THE EXPERIMENT, INTERPRET THE EXPERIMENT, THEY GET LISTED AS

1696 1   AUTHORS ON THE PAPER.

1696 2   Q. YOU SEE YOUR NAME HERE; IS THAT CORRECT?

1696 3   A. YES.

1696 4   Q. DOES THAT MEAN YOU WERE ONE OF THE AUTHORS OF THIS PAPER?

1696 5   A. YES, I WAS.

1696 6   Q. CAN YOU JUST EXPLAIN THE BASIS OF WHAT THIS EXPERIMENT

1696 7   WAS, WHY IT WAS CONDUCTED, AND HOW IT WAS CONDUCTED?

1696 8   A. SURE. SO THE BASIC REASON WE DID THIS EXPERIMENT -- I

1696 9   EXPLAINED TO YOU YESTERDAY ABOUT COX-1 AND COX-2, AND THAT

1696 10   COX-2, WHEN WE FIRST STARTED WORKING ON VIOXX, WE THOUGHT THAT

1696 11   COX-2 WAS NOT PRESENT IN NORMAL PEOPLE AT ALL. IT TURNS OUT

1696 12   THAT THE TRADITIONAL NONSTEROIDALS ARE KNOWN TO HAVE AN EFFECT

1696 13   ON THE KIDNEY. SO WHAT THEY DO TO YOUR KIDNEY IS THEY CAUSE

1696 14   YOUR KIDNEY TO BRING BACK INTO YOUR BODY SALT AND WATER.

1696 15   SO SOME PATIENTS WHO TAKE THE TRADITIONAL

1696 16   NONSTEROIDALS, THEY'LL GET WHAT WE CALL EDEMA, WHICH IS

1696 17   SWELLING OF THEIR HANDS, SOMETIMES THEIR FEET. THAT'S BECAUSE

1696 18   THE MEDICINE IS CAUSING YOUR KIDNEY TO BRING SALT AND WATER

1696 19   BACK INTO YOUR SYSTEM INSTEAD OF GOING OUT IN YOUR URINE. SO

1696 20   THE MAIN PURPOSE OF THIS STUDY WAS TO ASK WHETHER VIOXX WOULD

1696 21   DO THAT SAME THING: DOES IT ALSO AFFECT YOUR KIDNEY AND CAUSE

1696 22   IT TO RETAIN SALT AND WATER, OR IS THAT A COX-1 EFFECT THAT

1696 23   WOULD ONLY HAPPEN WITH TRADITIONAL NSAIDS?

1696 24   Q. WITH RESPECT TO THAT PART OF THE STUDY, WHAT DID THE

1696 25   EXPERIMENT SHOW?

1697 1   A. WELL, IT WAS -- IT SHOWED THAT, IN FACT, THIS SCIENCE WAS

1697 2   EVOLVING. AFTER DOING THE EXPERIMENT, THERE IS ACTUALLY COX-2

1697 3   IN YOUR KIDNEYS, AND IT TURNS OUT THAT COX DOES AFFECT YOUR

1697 4   KIDNEYS THE SAME WAY THAT TRADITIONAL NSAIDS DO. SO YOU CAN

1697 5   GET THE SWELLING AND RETAINING OF SALTWATER WITH VIOXX JUST

1697 6   LIKE YOU DID WITH TRADITIONAL MEDICINES.

1697 7   Q. WHAT TYPE OF PATIENTS WERE ENROLLED IN THE STUDY?

1697 8   A. THE PATIENTS WERE BETWEEN THE AGES OF 60 AND 80, BASICALLY

1697 9   OTHERWISE HEALTHY.

1697 10   IN ORDER TO DO THE EXPERIMENT, WE HAD TO CONTROL THE

1697 11   AMOUNT OF SALT THAT THEY HAD IN THEIR DIET. SO THEY FIRST

1697 12   WORKED WITH A DIETICIAN TO GET PUT ON A STRICT DIET OF HOW MANY

1697 13   SALT THEY WERE TAKING IN, AND WE WOULD MONITOR THAT AND MONITOR

1697 14   THE SALT IN THEIR URINE SO THAT WE KNEW THEY WERE SORT OF IN

1697 15   BALANCE, TAKING A CONSTANT AMOUNT OF SALT.

1697 16   AND THEN WE PUT THEM ON THE MEDICATIONS. AGAIN, THIS

1697 17   IS ONE OF THE BLINDED TRIALS, SO THE PATIENT DOESN'T KNOW, WE

1697 18   DON'T KNOW, THE INVESTIGATOR DOESN'T KNOW. AND THIS WAS DONE

**Objections:** Re: [1696:11-1697:6] Pltf Obj 701/702

**Rulings:** overruled

| | | Objections | Rulings |
|---|---|---|---|

1697 19  AT ANOTHER ONE OF THESE CLINICAL RESEARCH UNITS.  IT'S SORT OF

1697 20  LIKE A LITTLE HOSPITAL WHERE THE PATIENTS STAY THERE FOR THE

1697 21  WHOLE 14 DAYS, TAKING MEDICINE, HAVING BLOOD TESTS, HAVING

1697 22  EXAMINATIONS, AND COLLECTING ALL THEIR URINE.

1697 23  Q.  AT WHAT DOSE OF VIOXX WAS TESTED IN THIS EXPERIMENT?

1697 24  A.  50 MILLIGRAMS.

1697 25  Q.  WHO FUNDED THE STUDY, DOCTOR?

1698 1  A.  MERCK DID.

1698 2  Q.  WAS MERCK WORKING IN COLLABORATION WITH ANY UNIVERSITY

1698 3  RESEARCHERS TO CONDUCT THIS EXPERIMENT?

1698 4  A.  YES.  AS I SAID, THE -- IF YOU LOOK ON THE PAPER, THE

1698 5  FIRST AND LAST AUTHORS, FRANCESCA CATELLA-LAWSON AND GARRETT

1698 6  FITZGERALD ARE AT THE UNIVERSITY OF PENNSYLVANIA, AND THEY WERE

1698 7  THE ACADEMIC SCIENTISTS THAT WE WORKED WITH TO DO THIS STUDY.

1698 8  Q.  HOW LONG DID THE STUDY -- WELL, WHEN DID THE STUDY BEGIN

1698 9  IN TERMS OF ENROLLING PATIENTS AND THAT TYPE OF ACTIVITY?

1698 10  A.  I THINK WE STARTED DESIGNING THIS BACK IN '96, FINISHED

1698 11  THE STUDY WITH ALL OF THE PATIENTS HAVING FINISHED THE

1698 12  TREATMENT AROUND THE END OF '96.  BUT THEN THERE WAS ANOTHER

1698 13  PART TO THIS STUDY THAT GARRETT'S LAB DID, AND THAT DATA WE

1698 14  DIDN'T GET TILL THE FALL OF '97.

1698 15  Q.  WHEN YOU SAY "GARRETT'S LAB," ARE YOU REFERRING TO

1698 16  DR. FITZGERALD AT THE UNIVERSITY OF PENNSYLVANIA?

1698 17  A.  YES.

1698 18  Q.  NOW, YOU SAID THERE WAS -- WHAT WAS YOUR ROLE WITH RESPECT

1698 19  TO THIS EXPERIMENT THAT YOU DESCRIBED THUS FAR?

1698 20  A.  OH, I WAS WHAT WE REFER TO AT MERCK AS THE CLINICAL

1698 21  MONITOR, SO I HELPED TO DESIGN THE STUDY AND OVERSEE THE

1698 22  CONDUCT OF THE STUDY.  SO, AS I SAID, I WASN'T THE ONE TREATING

1698 23  THE PATIENTS.

1698 24  BUT I WOULD GO TO THE UNIVERSITY OF PENNSYLVANIA.

1698 25  THERE WAS ANOTHER SITE IN MIAMI.  I WOULD GO, FIRST, TO MAKE

1699 1  SURE THEY UNDERSTOOD EXACTLY WHAT WAS SUPPOSED TO BE DONE, WHAT

1699 2  THE PROCEDURES WERE, AND THEN I WOULD GO PERIODICALLY TO LOOK

1699 3  AT THE DATA AND HOW THEY WERE CONDUCTING THE STUDY TO MAKE SURE

1699 4  THEY WERE DOING IT THE WAY WE HAD INTENDED, AND THEN ONCE THE

1699 5  DATA WAS ALL DID DONE, I HELPED TO ANALYZE THE DATA AND WRITE

1699 6  THE REPORT FOR THE FDA AND TO WRITE THE PAPER.

1699 7  Q.  YOU INDICATED A MOMENT AGO THAT IN ADDITION TO MEASURING

1699 8  THE SALT-RETENTION ASPECTS OF ANTI-INFLAMMATORIES, THAT THERE

1699 9  WERE OTHER MEASUREMENTS TAKEN OF THE PATIENT'S URINE?

1699 10  A.  CORRECT.

1699 11  Q.  CAN YOU DESCRIBE WHAT ADDITIONAL EXPERIMENTS WERE RUN IN

1699 12  THE COURSE OF THIS STUDY THAT WE'VE TALKED ABOUT THIS MORNING?

1699 13  A.  YES.  SO, AS I SAID, THIS IS THE FIRST STUDY WHERE WE OR

1699 14  ANYBODY LOOKED AT THE EFFECT OF A COX-2 INHIBITOR ON

1699 15  PROSTACYCLIN AND THROMBOXANE.  SO WHAT WE MEASURED IN THE URINE

1699 16  ARE THE BREAKDOWN PRODUCTS OF THAT.

1699 17  SO THESE THINGS, THESE LITTLE CHEMICALS WE HAVE BEEN

1699 18  TALKING ABOUT, THEY ARE MADE AT THE VARIOUS PLACES IN YOUR BODY

Re: [1699:17-1699:22]

Pltf Obj 701/702

_overruled_

195

04/20/10 09:42

| | Objections | Rulings |
|---|---|---|

1699 19 AND -- BUT THEY -- THEY DON'T LAST VERY LONG.  SO THE MINUTE

1699 20 THEY ARE MADE, THEY WORK, AND THEN THE BODY TURNS THEM OFF.

1699 21 AND THEN THE BODY BREAKS THEM DOWN, AND THEN THE BODY PUTS THE

1699 22 BREAKDOWN PRODUCTS IN THE URINE.

1699 23 SO SINCE WE WERE COLLECTING URINE ON THESE PATIENTS

1699 24 AND SINCE DR. FITZGERALD ACTUALLY HAS DEVELOPED SOME OF THE

1699 25 METHODOLOGY TO LOOK AT THESE THINGS, WE SAID, WELL, LET'S LOOK

1700 1 AT THE BREAKDOWN PRODUCTS OF THROMBOXANE AND PROSTACYCLIN IN

1700 2 THE URINE.  SO THAT'S WHAT WE DID.

1700 3 Q.  IS ANOTHER WORD -- I THINK WE'VE HEARD AT VARIOUS TIMES --

1700 4 FOR THESE BREAKDOWN PRODUCTS CALLED METABOLITES?

1700 5 A.  YES.

1700 6 Q.  GOING INTO THE STUDY, WHAT DID YOU AND YOUR COAUTHORS

1700 7 BELIEVE THE EXPERIMENT WOULD SHOW WITH REGARD TO THESE OTHER

1700 8 BREAKDOWN PRODUCTS YOU WERE MEASURING IN THE URINE?

1700 9 A.  WHAT WE BELIEVE IS THAT THE PRODUCTION OF BOTH THROMBOXANE

1700 10 AND PROSTACYCLIN WOULD COME FROM COX-1 AND, THEREFORE, VIOXX

1700 11 WOULD NOT AFFECT EITHER OF THOSE.  WE HAD ALREADY HAD SOME

1700 12 OTHER EXPERIMENTS TO SHOW THAT VIOXX WAS NOT AFFECTING

1700 13 THROMBOXANE, BUT, GOING INTO THE EXPERIMENT, WE ALSO THOUGHT

1700 14 VIOXX WOULD NOT AFFECT PROSTACYCLIN.

1700 15 Q.  YOU INDICATED THAT THERE ARE MANY PLACES IN THE BODY WHERE

1700 16 PROSTACYCLIN IS MADE.  CAN YOU DESCRIBE SOME OF THE BODY

1700 17 SYSTEMS WHERE PROSTACYCLIN CAN BE FOUND?

1700 18 A.  RIGHT.  YES.  PROSTACYCLIN IS MADE IN MANY PARTS OF YOUR

1700 19 BODY.  SO YOU'VE HEARD OF IT ABOUT ITS PRODUCTION IN BLOOD

1700 20 VESSELS AND THE ROLE THAT IT HAS IN BLOOD VESSELS.  IT'S ALSO

1700 21 MADE IN THE BRAIN.

1700 22 IT'S ALSO MADE IN THE LUNGS, AND SO IN THE LUNGS, ITS

1700 23 JOB IS ACTUALLY SIMILAR TO BLOOD VESSELS:  IT OPENS UP YOUR

1700 24 AIRWAYS.

1700 25 IT'S PART OF THE STOMACH LINING THAT WE TALKED ABOUT

1701 1 THAT PROTECTS YOU FROM THE ACID DIGESTION.  IT'S MADE IN THE

1701 2 PROSTATE GLAND.  IT'S MADE IN THE UTERUS.  IT'S MADE IN SMOOTH

1701 3 MUSCLE.  IT'S MADE IN MANY PLACES THROUGHOUT THE BODY.

1701 4 Q.  AND WHEN YOU'RE MEASURING THE BREAKDOWN PRODUCT OF

1701 5 PROSTACYCLIN IN THE URINE, ARE YOU ABLE, IN THAT EXPERIMENT, TO

1701 6 FIGURE OUT WHERE THE PROSTACYCLIN ORIGINATED FROM THAT YOU'RE

1701 7 MEASURING IN THE URINE?

1701 8 A.  NO.  ALL YOU CAN DO IS TO SAY IF THERE IS A CHANGE

1701 9 SOMEWHERE IN THE BODY OF ALL THESE DIFFERENT PLACES IT'S MADE,

1701 10 SOMETHING CHANGED AND NOW YOU SEE LESS OF IT.  BUT BY MEASURING

1701 11 THE URINE, YOU DON'T KNOW WHERE THAT HAPPENED.

1701 12 Q.  NOW, YOU'VE DESCRIBED ONE SET OF THE RESULTS OF THE STUDY

1701 13 WAS THAT VIOXX WAS LIKE THE OTHER ANTI-INFLAMMATORIES WITH

1701 14 REGARD TO THE SALT ISSUE; IS THAT CORRECT?

1701 15 A.  CORRECT.

1701 16 Q.  WHAT DID THE EXPERIMENT SHOW WITH REGARD TO THIS BREAKDOWN

1701 17 PRODUCT IN THE URINE THAT YOU'VE BEEN DESCRIBING?

1701 18 A.  SO IT WAS A VERY SURPRISING RESULT.  AS I SAID, WHEN WE

**Objections:**

Re: [1700:6-1700:14]
Pltf Obj 701-702

Re: [1701:12-1702:1]
Pltf Obj 701-702

**Rulings:**

Overrule

| | Objections | Rulings |
|---|---|---|

1701 19  WENT INTO THE EXPERIMENT, WE THOUGHT THAT BOTH PROSTACYCLIN AND

1701 20  PROSTACYCLIN WOULD COME FROM COX-1, BUT WHAT WE FOUND IS THAT

1701 21  THE TRADITIONAL NSAID INHIBITED BOTH THROMBOXANE AND

1701 22  PROSTACYCLIN. VIOXX ONLY INHIBITED PROSTACYCLIN.

1701 23  THE FACT THAT VIOXX INHIBITED THE BREAKDOWN PRODUCT

1701 24  OF PROSTACYCLIN IN THE URINE WAS WHAT WAS SURPRISING. WE

1701 25  DIDN'T THINK THAT WOULD HAPPEN. WE THOUGHT VIOXX WOULD HAVE NO

1702 1  EFFECT ON THAT BECAUSE THAT WAS COMING FROM COX-1.

1702 2  Q. AND YOU INDICATED A MOMENT, DOCTOR, WITH REGARD TO THIS

1702 3  EXPERIMENT ONE OF YOUR RESPONSIBILITIES WAS TO HELP DRAFT THE

1702 4  STUDY REPORT THAT WAS SUBMITTED TO THE FDA.

1702 5  A. CORRECT.

1702 6  Q. CAN YOU TURN TO EXHIBIT 43-434 AND TELL US WHETHER THAT IS

1702 7  A. COPY OF THE STUDY REPORT AS SUBMITTED?

1702 8  A. YES, IT IS.

1702 9  MR. ISMAIL: YOUR HONOR, WE OFFER IN EVIDENCE

1702 10  EXHIBIT 43-434.

1702 11  MR. BLIZZARD: NO OBJECTION, YOUR HONOR.

1702 12  THE COURT: LET IT BE ADMITTED.

1702 13  BY MR. ISMAIL:

1702 14  Q. DOCTOR, I HAVE ON THE SCREEN AT LEAST THE FIRST PAGE OF

1702 15  THE STUDY REPORT THAT YOU HELPED PREPARE.

1702 16  A. YES.

1702 17  Q. AND I THINK TO EVERYONE'S GREAT PLEASURE, I'M NOT GOING TO

1702 18  WALK THROUGH THIS HUNDRED-PAGE DOCUMENT. I JUST WANT TO

1702 19  CONFIRM HERE, THAT IF WE LOOK DOWN HERE AT THE FOLKS WHO HELPED

1702 20  PREPARE AND SUBMIT THIS DOCUMENT TO THE FDA, DO WE SEE YOUR

1702 21  SIGNATURE AND NAME?

1702 22  A. YES, YOU DO.

1702 23  Q. DOES THIS REPORT -- WHEN WAS THIS REPORT SUBMITTED,

1702 24  DOCTOR?

1702 25  A. THIS WAS SUBMITTED AS PART OF THE NDA. SO, AS I TOLD YOU

1703 1  YESTERDAY, WE WRITE UP A REPORT ON EVERY EXPERIMENT DONE. THIS

1703 2  IS THE REPORT FOR THIS EXPERIMENT THAT WAS DONE PRIOR TO THE

1703 3  FILING.

1703 4  Q. AND IS THAT BEFORE OR AFTER THE FDA APPROVED VIOXX AS SAFE

1703 5  AND EFFECTIVE?

1703 6  A. BEFORE. IT'S PART OF THE ORIGINAL NDA.

1703 7  Q. NOW, GOING BACK TO THIS PUBLICATION, I WOULD ASK THAT

1703 8  YOU -- THIS IS EXHIBIT 565 AGAIN. IF YOU COULD TURN TO

1703 9  PAGE 739 OF THE MEDICAL ARTICLE. ARE YOU WITH ME?

1703 10  A. I AM.

1703 11  Q. IF YOU LOOK AT THE LAST PARAGRAPH THERE IN THE RIGHT

1703 12  COLUMN, DOES THIS PARAGRAPH DESCRIBE THE PROSTACYCLIN RESULTS

1703 13  THAT YOU HAVE BEEN TALKING ABOUT WITH THE JURY?

1703 14  A. YES.

1703 15  Q. I WANT TO FOCUS ON THIS SENTENCE HERE. WHEN TALKING ABOUT

1703 16  THE PROSTACYCLIN PART OF THE EXPERIMENT, YOU AND YOUR COAUTHORS

1703 17  DESCRIBE THE RESULTS AS "UNEXPECTED." WHAT WERE YOU AND YOUR

1703 18  COAUTHORS TELLING THE COMMUNITY AND SCIENTIFIC COMMUNITY OR WHY

**Re: [1703:15-1704:7]**
**Pltf Obj 701-702**

| | Objections | Rulings |
|---|---|---|

1703 19   WERE YOU TELLING THE MEDICAL COMMUNITY THAT THESE RESULTS WERE

1703 20   UNEXPECTED?

1703 21   A.  AS I SAID, THE -- GOING INTO THE EXPERIMENT, WE THOUGHT

1703 22   THAT COX-2 IS NOT NORMALLY PRESENT IN THE NORMAL PERSON, SO YOU

1703 23   WOULDN'T EXPECT THAT VIOXX WOULD INHIBIT SOMETHING THAT'S

1703 24   COMING FROM COX-1, AND THE PREVAILING SCIENCE AT THE TIME

1703 25   SUGGESTED THAT PROSTACYCLIN COMES FROM COX-1.

1704 1   THIS -- SO, REMEMBER, THIS IS THE FIRST EXPERIMENT

1704 2   ANYBODY WAS EVER ABLE TO DO TO ASK THIS QUESTION BECAUSE, UNTIL

1704 3   YOU HAD A DRUG LIKE VIOXX, YOU COULDN'T ASK DID IT COME FROM

1704 4   COX-1 OR COX-2.  NOW THAT YOU HAVE VIOXX, YOU CAN DO THIS KIND

1704 5   OF EXPERIMENT.

1704 6   GOING IN, WE THOUGHT IT WAS NOT GOING TO BE AFFECTED.

1704 7   THE FACT THAT IT WAS UNEXPECTED.

1704 8   Q.  WERE YOU PART OF THE GROUP THAT DISCUSSED THE

1704 9   INTERPRETATION AND MEANING OF THESE EXPERIMENTS AND THIS DATA

1704 10   AT MERCK?

1704 11   A.  YES.

1704 12   Q.  DID DR. FITZGERALD, THE RESEARCHER AT THE UNIVERSITY OF

1704 13   PENNSYLVANIA, DID HE PROPOSE A THEORY OF HIS OWN OR HYPOTHESIS

1704 14   THAT HE SAW IN THESE UNEXPECTED RESULTS?

1704 15   A.  YES, HE DID.

1704 16   Q.  IS THAT SOMETIMES REFERRED TO AS THE FITZGERALD

1704 17   HYPOTHESIS?

1704 18   A.  YES.

1704 19   Q.  IS THAT SIMILAR TO OR ANOTHER NAME FOR THIS IMBALANCE

1704 20   THEORY THAT WE'VE HEARD OVER THE LAST WEEK OR SO?

1704 21   A.  YES, EXACTLY.  SO GARRETT'S SPECIALTY IS VASCULAR BIOLOGY.

1704 22   HE STUDIES BLOOD VESSEL FUNCTION, AND SO AS ONE OF THE

1704 23   EXPLANATIONS FOR WHY YOU SEE LESS PROSTACYCLIN IN THE URINE, HE

1704 24   SAID, WELL, IT COULD HAVE BE BECAUSE OF THE BLOOD VESSELS, AND

1704 25   IF IT'S IN THE BLOOD VESSELS, THEN THIS IS THIS IMBALANCE

1705 1   THEORY YOU'VE HEARD ABOUT WHERE THROMBOXANE IS NOT AFFECTED,

1705 2   BUT PROSTACYCLIN IS.  AND THAT BECAME -- I THINK PEOPLE

1705 3   REFERRED TO IT AS THE FITZGERALD HYPOTHESIS.

1705 4   Q.  AND IF WE TURN TO PAGE 740 OF THE PUBLICATION, WE'RE GOING

1705 5   TO HIGHLIGHT A PARAGRAPH ON THE SCREEN HERE.  LOOK AT THIS

1705 6   FIRST LINE WHERE DR. FITZGERALD AND THE REST OF YOU AUTHORS

1705 7   SAY, "PRESENTLY, THE IMPLICATIONS OF PROSTACYCLIN SUPPRESSION

1705 8   IN VIVO ARE UNCLEAR."  DO YOU SEE THAT?

1705 9   A.  YES.

1705 10   Q.  AND WHAT IS THIS PHRASE IN VIVO?

1705 11   A.  IN VIVO MEANS IN LIVING OR IN -- IN LIFE.  SO, USUALLY, IT

1705 12   MEANS IN A LIVING ANIMAL OR PERSON.

1705 13   Q.  WHAT WERE YOU AND DR. FITZGERALD AND THE OTHER SCIENTISTS

1705 14   TELLING THE MEDICAL COMMUNITY -- WHY WERE YOU TELLING THE

1705 15   MEDICAL COMMUNITY THAT THE IMPLICATIONS OF THIS URINE STUDY AND

1705 16   WHAT THAT MEANT TO THE ACTUAL BODY WERE UNCLEAR?

1705 17   A.  WELL, THERE IS A NUMBER OF REASONS:  ONE IS WE DON'T KNOW

1705 18   WHERE IN THE BODY IT'S HAPPENING.  SO IF YOU DON'T KNOW WHERE

| | Objections | Rulings |
|---|---|---|

1705 19  IT'S HAPPENING, IT'S PRETTY FAIR TO SAY WHAT THE -- CLINICALLY

1705 20  THAT'S GOING TO MEAN.

1705 21  AND IT'S ONE OF THESE INTERESTING THINGS.  EVERYTHING

1705 22  WE KNOW ABOUT PROSTACYCLIN WE'VE LEARNED BY ADDING PROSTACYCLIN

1705 23  TO EITHER AN ANIMAL OR A TEST TUBE OR SOMETHING.  TO KNOW WHAT

1705 24  THE ROLE IS OF SOMETHING IN THE BODY, YOU HAVE TO TAKE IT AWAY.

1705 25  THEN YOU CAN SAY, WELL, IF IT'S GONE, WHAT HAPPENS?

1706 1  THERE WAS NEVER -- THERE ARE NO AGENTS, THERE'S NO

1706 2  MEDICATIONS THAT CAN TURN OFF PROSTACYCLIN PRODUCTION

1706 3  SELECTIVELY SO YOU CAN STUDY THAT.  THIS IS THE VERY FIRST

1706 4  TIME -- WE THOUGHT INITIALLY THAT WE -- SOMEONE CAN SHOW

1706 5  PROSTACYCLIN GOES DOWN BY ABOUT 50 PERCENT, AND WHAT THAT WOULD

1706 6  MEAN, NOBODY KNEW.

1706 7  Q.  DID THIS URINE METABOLITE OR BREAKDOWN EXPERIMENT

1706 8  DEMONSTRATE THAT COX-2 INHIBITORS REDUCED PROSTACYCLIN IN THE

1706 9  BLOOD VESSELS?

1706 10  A.  NO.

1706 11  Q.  WERE YOU PART OF THE GROUP AT MERCK THAT CONTINUED TO

1706 12  EXPLORE THE MEANING OF THIS PROSTACYCLIN DATA THAT YOU HAD BEEN

1706 13  A.  PART OF WITH DR. FITZGERALD?

1706 14  A.  YES.

1706 15  Q.  ULTIMATELY, WHAT DID YOU CONCLUDE WITH REGARD TO THE

1706 16  MEANING OF THE PROSTACYCLIN DATA AND THIS IMBALANCE THEORY?

1706 17  A.  WELL, WITH REGARD TO THIS SPECIFIC EXPERIMENT, WE COULDN'T

1706 18  REALLY CONCLUDE -- WHAT WE COULD CONCLUDE FROM THIS EXPERIMENT

1706 19  IS SOMEHOW PROSTACYCLIN BREAKDOWN PRODUCT IN THE URINE WAS

1706 20  BEING AFFECTED BY VIOXX.

1706 21  OVER TIME, MANY OTHER ADDITIONAL EXPERIMENTS WERE

1706 22  DONE, WHICH I THINK, PRETTY CLEARLY SHOWED THAT IT'S NOT THE

1706 23  BLOOD VESSEL WHERE THIS IS HAPPENING AND THERE IS SOME OTHER

1706 24  PART OF THE BODY WHERE THIS IS HAPPENING.

1706 25  Q.  WHAT OTHER TYPES OF EXPERIMENTS, JUST BY CATEGORIES, DID

1707 1  THE MERCK SCIENTISTS AND OTHER RESEARCHERS UNDERTAKE TO ANSWER

1707 2  THIS QUESTION OF WHAT'S THE PROSTACYCLIN IMPLICATIONS OF

1707 3  INHIBITING COX-2?

1707 4  A.  WELL, THERE ARE ANIMAL EXPERIMENTS THAT WE CAN GO DO AND

1707 5  DO THIS EXACT SAME EXPERIMENT THAT WAS DONE IN THESE HEALTHY

1707 6  60-TO-80 YEAR-OLDS, DO THAT IN ANIMALS AND ASK DOES THE SAME

1707 7  THING HAPPEN IN ANIMALS.  IT DOES.  IN NORMAL HEALTHY DOGS, YOU

1707 8  CAN SEE THE SAME THING.  AND THEN YOU CAN START TO STUDY THE

1707 9  BIOLOGY IN THOSE ANIMALS?  THERE WERE ADDITIONAL EXPERIMENTS

1707 10  DONE IN PEOPLE.

1707 11  AND THEN THE REAL THING IS IF, YOU KNOW,

1707 12  DR. FITZGERALD'S HYPOTHESIS THAT THIS IS HAPPENING IN BLOOD

1707 13  VESSELS, THEN THIS IMBALANCE MIGHT LEAD TO AN INCREASED RISK OF

1707 14  CARDIOVASCULAR EVENTS.  WE SAID, WELL, WE SHOULD GO LOOK AT OUR

1707 15  PATIENTS WHO HAVE BEEN TREATED WITH VIOXX AND SEE IF WE SEE

1707 16  THAT.  WE WENT OVER SOME OF THAT DATA YESTERDAY AS PART OF THE

1707 17  NDA.

1707 18  Q.  INCIDENTALLY, DID ANY OF THE PATIENTS WHO WERE IN THIS

Objections column:
Re: [1706:15-1706:24]
Pltf Obj 701-702

Rulings column: Overrule