|  |  | Objections | Rulings |
|---|---|---|---|
| 1808 11 | STARTED IN 1998, NO. | | |
| 1808 12 | Q. OKAY. AND AFTER VIGOR, AFTER THE VIGOR RESULTS WERE | | |
| 1808 13 | PUBLISHED, THERE WAS ADDITIONAL DISCUSSION WITHIN THE COMPANY | | |
| 1808 14 | ABOUT WHETHER TO DO A CV OUTCOMES TRIAL; IS THAT RIGHT? | | |
| 1808 15 | A. I'M GENERALLY AWARE OF THAT, YES. I WASN'T INVOLVED IN | | |
| 1808 16 | THOSE DISCUSSIONS, BUT BY THE JOB I HAD, I KNEW THERE WERE | | |
| 1808 17 | DESIGNS BEING CONSIDERED. | | |
| 1808 18 | Q. OKAY. SO THAT WE REMEMBER THE TIME LINE NOW, THE VIGOR | | |
| 1808 19 | RESULTS WERE MADE KNOWN IN MARCH OF 2000; CORRECT? | | |
| 1808 20 | A. THEY BECAME AVAILABLE IN MARCH OF 2000. | | |
| 1808 21 | Q. RIGHT. AND DR. SCOLNICK WAS PRESIDENT OF MERCK RESEARCH | | |
| 1808 22 | LABS AT THE TIME; CORRECT? | | |
| 1808 23 | A. CORRECT. | | |
| 1808 24 | Q. AND YOU WERE FAMILIAR WITH FACT THAT HE INDICATED THAT HE | | |
| 1808 25 | THOUGHT THE CV EVENTS WERE CLEARLY THERE AND IT WAS | | |
| 1809 1 | MECHANISM-BASED AS THE COMPANY HAD WORRIED; CORRECT? | | |
| 1809 2 | A. AGAIN, I'M AWARE OF THOSE STATEMENTS AS PART OF THIS | | |
| 1809 3 | LITIGATION. I WASN'T INVOLVED IN HIS ANALYSIS OF THE DATA AT | | |
| 1809 4 | THE TIME. | | |
| 1809 5 | Q. DID YOU GET INVOLVED LATER IN THE QUESTION OF THE CV | | |
| 1809 6 | OUTCOMES TRIAL? | | |
| 1809 7 | A. NOT IN THE DESIGN OF IT, NO. I WAS THEN MOVED -- I HAD A | | |
| 1809 8 | JOB IN THE OPERATIONS GROUP DOING SOME OF THE -- THE WAY THAT | | |
| 1809 9 | WE COLLECT OUR DATA, AND SO MY GROUP SUPPORTED ALL OF THE | | |
| 1809 10 | TRIALS THAT MERCK DID IN THAT JOB THAT I HAD AT THE TIME. | | |
| 1809 11 | SO I WAS AWARE BECAUSE THERE WOULD BE REQUESTS FROM | | |
| 1809 12 | US FOR THE DATA COLLECTION PART OF THOSE TRIALS, BUT I WASN'T | | |
| 1809 13 | INVOLVED IN THE DESIGN OF THE SCIENCE OF THOSE TRIALS. | | |
| 1809 14 | Q. OKAY. BUT YOU WERE INVOLVED IN TRYING TO HOLD THE COSTS | | |
| 1809 15 | DOWN, WEREN'T YOU? | | |
| 1809 16 | A. AS PART OF THE OPERATIONS GROUP, THAT'S -- THE OPERATIONS | | |
| 1809 17 | GROUP IS GENERALLY ASKED CAN YOU KEEP THE COSTS DOWN. | | |
| 1809 18 | Q. RIGHT. SO WHEN WAS IT THAT -- THE VIGOR RESULTS COME IN | | |
| 1809 19 | MARCH OF 2000. WHEN IS IT THAT MERCK BEGINS DEVELOPING OR | | |
| 1809 20 | GETTING BIDS FROM PEOPLE TO DO THE CV OUTCOMES STUDY? | | |
| 1809 21 | A. I REALLY CAN'T TELL YOU. I CAN'T ANSWER THAT. | | |
| 1809 22 | Q. LET ME SEE IF I CAN HELP YOU. IF YOU'LL LOOK, DOCTOR, AT | | |
| 1809 23 | P7.1026. | | |
| 1809 24 | A. 7.1026. YES, I HAVE IT. | | |
| 1809 25 | Q. DO YOU SEE THAT YOU'RE ONE OF THE AUTHORS OF ONE OF THE | | |
| 1810 1 | E-MAILS ON THIS DOCUMENT? | | |
| 1810 2 | A. YES. | | |
| 1810 3 | Q. AND IS IT A DISCUSSION ABOUT DEVELOPING A CV OUTCOMES | | |
| 1810 4 | TRIAL? | | |
| 1810 5 | A. YES. | | |
| 1810 6 | MR. BLIZZARD: AND YOUR HONOR, WE WOULD OFFER | | |
| 1810 7 | P7.1026. | | |
| 1810 8 | MR. ISMAIL: NO OBJECTION. | | |
| 1810 9 | THE COURT: LET IT BE ADMITTED. | | |
| 1810 10 | BY MR. BLIZZARD: | | |

| | Objections | Rulings |
|---|---|---|

1810 11  Q. DOCTOR, IF WE -- WE'LL SEE IF WE CAN GET THAT ON THE
1810 12  SCREEN. SO IS THIS AN E-MAIL FROM YOU DATED SEPTEMBER OF 2001
1810 13  REGARDING CV OUTCOMES TRIAL?
1810 14  A. YES.
1810 15  Q. AND DOES THAT REFRESH YOUR MEMORY THAT THIS WAS IN THE
1810 16  SEPTEMBER 2001 TIME FRAME?
1810 17  A. YES. SO, AT THIS TIME, I -- AS I SAID, I RAN ONE OF OUR
1810 18  OPERATIONS GROUP OF HOW WE ACTUALLY GET ALL OF THE DATA INTO
1810 19  MERCK, AND SO THEY WERE CONTACTING ME IN THAT REGARD FOR MY
1810 20  SUGGESTIONS ABOUT HOW THEY COULD, I THINK, KEEP THE COSTS DOWN
1810 21  FOR THE -- HOW -- FROM AN OPERATIONAL POINT OF VIEW, RUN THE
1810 22  TRIAL.
1810 23  Q. OKAY.
1810 24  A. NOT FROM THE SCIENTIFIC DESIGN.
1810 25  Q. RATHER THAN GOING THROUGH ALL OF THE E-MAILS, DO YOU
1811  1  RECALL THE INITIAL PROPOSAL TO DO THE CV OUTCOMES TRIAL WAS
1811  2  GOING TO COST $331 MILLION?
1811  3  A. I DON'T RECALL A SPECIFIC NUMBER.
1811  4  Q. DO YOU RECALL THAT AT SOME POINT IN TIME YOU GOT IT DOWN
1811  5  TO 240?
1811  6  A. I DON'T RECALL THAT NUMBER EITHER.
1811  7  Q. DO YOU RECALL THE NUMBER 70 MILLION, WHICH WAS THE
1811  8  ULTIMATE COST?
1811  9  A. I ONLY KNOW THAT I WAS ASKED TO DO EVERYTHING I COULD TO
1811 10  KEEP MY PART OF THE COSTS DOWN.
1811 11  Q. SO THOSE NUMBERS DON'T REFRESH YOUR MEMORY AT ALL?
1811 12  A. NO. I WAS NEVER REALLY AWARE OF THE TOTAL COST, JUST THE
1811 13  OPERATIONAL PIECE THAT I HAD. AND I HAD THAT FOR ALL MERCK
1811 14  STUDIES, AND SO I WAS ASKED ROUTINELY, "CAN YOU FIGURE OUT HOW
1811 15  TO DO YOUR PART OF IT AT A LOWER COST?"
1811 16  Q. LET ME GET THIS IN PERSPECTIVE, THEN, FAIRLY QUICKLY.
1811 17  P1.1104.
1811 18  A. SAY THAT AGAIN. P1. --
1811 19  Q. -- 1104.
1811 20  A. 0114?
1811 21  Q. I'M SORRY. P1.1104. IS THIS A -- THE TOP E-MAIL IS FROM
1811 22  YOU TO A DEBORAH WOLFE; IS THAT RIGHT?
1811 23  A. CORRECT.
1811 24  Q. AND THE E-MAIL PREVIOUSLY IS TO YOU FROM AN ANNE ALTMEYER;
1811 25  CORRECT?
1812  1  A. CORRECT.
1812  2  Q. AND THE SUBJECT OF THE SECOND E-MAIL IS "CV OUTCOME TOTAL
1812  3  COST STILL HIGH"; CORRECT?
1812  4  A. CORRECT.
1812  5  MR. BLIZZARD: NOW, YOUR HONOR, WE'LL NEED TO OFFER,
1812  6  I GUESS, P1.1104 BEFORE I PUT IT UP.
1812  7  MR. ISMAIL: NO OBJECTION.
1812  8  THE COURT: LET IT BE ADMITTED.
1812  9  BY MR. BLIZZARD:
1812 10  Q. DOES THIS DOCUMENT, SPECIFICALLY THE E-MAIL TO YOU FROM

|  |  | Objections | Rulings |
|---|---|---|---|
| 1812 11 | MS. ALTMEYER, REFRESH YOUR MEMORY ABOUT THE COST OF THIS CV | | |
| 1812 12 | OUTCOME TRIAL AS OF OCTOBER 9 OF 2001? IT INDICATES HERE -- | | |
| 1812 13 | A. SURE. | | |
| 1812 14 | Q. -- "TOTAL STUDY COST REMAINS HIGH AT $242 MILLION." | | |
| 1812 15 | A. THAT'S WHAT IT SAYS. | | |
| 1812 16 | Q. AND AGAIN, THE TIME FRAME IS, AGAIN, IN THE FALL OF 2001; | | |
| 1812 17 | RIGHT? | | |
| 1812 18 | A. CORRECT. | | |
| 1812 19 | Q. AND IN DECEMBER OF 2001, A STUDY PROPOSAL FOR A DESIGN OF | | |
| 1812 20 | A. CV OUTCOMES STUDY WAS ACTUALLY SUBMITTED TO MERCK'S BUSINESS | | |
| 1812 21 | GROUP; CORRECT? | | |
| 1812 22 | A. I DON'T KNOW THE ANSWER. | | |
| 1812 23 | Q. OKAY. DO YOU KNOW WHAT THE HHPAC IS? | | |
| 1812 24 | A. YES, I DO. | | |
| 1812 25 | Q. WHAT IS THE HHPAC? | | |
| 1813 1 | A. I FORGET WHAT THE PAC -- "HH" IS HUMAN HEALTH. I ALWAYS | | |
| 1813 2 | FORGET WHAT THE "PAC" PART STANDS FOR. BUT IT'S ESSENTIALLY | | |
| 1813 3 | THE MANAGEMENT OVERSIGHT THAT ALLOCATES RESOURCES TO PROJECTS. | | |
| 1813 4 | Q. THESE ARE THE PEOPLE THAT DECIDE HOW MONEY IS SPENT; | | |
| 1813 5 | CORRECT? | | |
| 1813 6 | A. HOW THE RE -- YEAH, WHERE THE RESOURCES ARE GOING TO GO. | | |
| 1813 7 | WHICH PROJECTS. | | |
| 1813 8 | Q. DOCTOR, IF YOU WILL LOOK AT 7.1033. | | |
| 1813 9 | A. 7.1033? | | |
| 1813 10 | Q. YES. | | |
| 1813 11 | A. THE VERY LAST ONE. HERE IT IS. | | |
| 1813 12 | THE COURT: DO YOU WANT TO GIVE HIM A COPY. | | |
| 1813 13 | MR. BLIZZARD: YES, I DO, YOUR HONOR. | | |
| 1813 14 | BY MR. BLIZZARD: | | |
| 1813 15 | Q. THIS IS JUST AN ENCLOSURE LETTER TALKING ABOUT THE AGENDA | | |
| 1813 16 | FOR THIS MEETING; CORRECT? | | |
| 1813 17 | A. THAT'S CORRECT. | | |
| 1813 18 | Q. AND YOU'RE ON THIS ENCLOSURE LETTER; CORRECT? | | |
| 1813 19 | A. CORRECT. | | |
| 1813 20 | MR. BLIZZARD: YOUR HONOR, WE WOULD OFFER THIS | | |
| 1813 21 | EXHIBIT. | | |
| 1813 22 | THE DEPUTY: MAY I HAVE THE NUMBER AGAIN, PLEASE? | | |
| 1813 23 | MR. BLIZZARD: IT'S P7.1033. | | |
| 1813 24 | THE COURT: LET IT BE ADMITTED. | | |
| 1813 25 | BY MR. BLIZZARD: | | |
| 1814 1 | Q. DOCTOR, THERE WAS A POWERPOINT PRESENTATION THAT WENT | | |
| 1814 2 | ALONG WITH THIS PRESENTATION TO THE HHPAC; CORRECT? | | |
| 1814 3 | A. THERE ARE ATTACHMENTS TO THIS E-MAIL THAT ARE EITHER EXCEL | | |
| 1814 4 | SPREADSHEETS OR DOCUMENTS. I DON'T SEE A POWERPOINT | | |
| 1814 5 | ATTACHMENT. | | |
| 1814 6 | Q. WELL, IF YOU'LL GO OVER TO P1.0090. | | |
| 1814 7 | A. 1.0. | | |
| 1814 8 | Q. 090? | | |
| 1814 9 | A. I HAVE IT. | | |
| 1814 10 | Q. DOES THIS APPEAR TO BE A POWERPOINT PRESENTATION THAT WAS | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1814 11 | MADE TO THE HHPAC? | | |
| 1814 12 | THE COURT: COUNSEL, WHEN WE GET TO A BREAK, WHY | | |
| 1814 13 | DON'T WE JUST TAKE A 10-MINUTE BREAK WHENEVER YOU'RE READY. | | |
| 1814 14 | ARE YOU ALMOST FINISHED? | | |
| 1814 15 | MR. BLIZZARD: I'M CLOSE, YOUR HONOR. | | |
| 1814 16 | THE WITNESS: YES, IT IS. | | |
| 1814 17 | BY MR. BLIZZARD: | | |
| 1814 18 | Q. AND ARE YOU FAMILIAR WITH THIS DOCUMENT? HAVE YOU SEEN IT | | |
| 1814 19 | BEFORE? | | |
| 1814 20 | A. NO, I HAVEN'T. | | |
| 1814 21 | MR. BLIZZARD: I'LL BE TO A BREAKING POINT IN JUST A | | |
| 1814 22 | SECOND, YOUR HONOR. THEN I HAVE ONE MORE SUBJECT. | | |
| 1814 23 | BY MR. BLIZZARD: | | |
| 1814 24 | Q. DO YOU KNOW THAT THIS BUSINESS GROUP IN DECEMBER OF 2001 | | |
| 1814 25 | APPROVED A CV OUTCOMES STUDY? | | |
| 1815 1 | A. I DON'T KNOW THE ANSWER TO THAT. | | |
| 1815 2 | Q. DO YOU KNOW THAT NO CV OUTCOMES STUDY WAS DONE? | | |
| 1815 3 | A. I KNOW THAT WE DID PROTOCOL 203, WHICH WAS THE CV OUTCOMES | | |
| 1815 4 | TRIAL OF COMBINING ALL THE PLACEBO-CONTROLLED TRIALS, THE | | |
| 1815 5 | CANCER PLACEBO-CONTROLLED TRIALS. | | |
| 1815 6 | Q. YOU'RE TALKING ABOUT APPROVE NOW? | | |
| 1815 7 | A. NO, PROTOCOL 203 WAS A COMBINATION OF THE -- AS I RECALL, | | |
| 1815 8 | THREE DIFFERENT PLACEBO-CONTROLLED TRIALS IN VARIOUS FORMS OF | | |
| 1815 9 | CANCER: PROSTATE CANCER, COLON CANCER, AND COLON POLYPS. | | |
| 1815 10 | Q. RIGHT. BUT THOSE STUDIES WERE ONGOING AT THE TIME; | | |
| 1815 11 | CORRECT? | | |
| 1815 12 | A. AT THE TIME THAT 203, I DON'T KNOW IF ALL OF THEM WERE | | |
| 1815 13 | ONGOING, BUT CERTAINLY APPROVE WAS. AND I THINK VICTOR WAS, | | |
| 1815 14 | BUT I'M NOT POSITIVE. | | |
| 1815 15 | Q. A CV OUTCOMES STUDY, AS ORIGINALLY DESCRIBED AND WHERE YOU | | |
| 1815 16 | WERE TRYING TO LOOK AT GETTING QUOTES FOR, THAT WAS NEVER DONE, | | |
| 1815 17 | WAS IT? | | |
| 1815 18 | A. THE SPECIFIC STUDY THAT YOU HAD SHOWED AN E-MAIL ABOUT | | |
| 1815 19 | WHERE THEY WERE ASKING ME TO CHANGE -- SEE IF I COULD BRING THE | | |
| 1815 20 | OPERATIONAL COSTS DOWN? | | |
| 1815 21 | Q. YES. | | |
| 1815 22 | A. I DON'T THINK THAT STUDY WAS DONE. | | |
| 1815 23 | MR. BLIZZARD: YOUR HONOR, I'M AT A BREAKING POINT. | | |
| 1815 24 | THE COURT: ALL RIGHT. LET'S TAKE A QUICK TEN-MINUTE | | |
| 1815 25 | BREAK AT THIS TIME. THE COURT WILL STAND IN RECESS. | | |
| 1816 1 | THE DEPUTY CLERK: EVERYONE RISE. | | |
| 1816 2 | (WHEREUPON, THE COURT TOOK A BRIEF RECESS.) | | |
| 1816 3 | THE DEPUTY CLERK: EVERYONE RISE. | | |
| 1816 4 | THE COURT: BE SEATED, PLEASE. PROCEED, COUNSEL. | | |
| 1816 5 | MR. BLIZZARD: THANK YOU, YOUR HONOR. | | |
| 1816 6 | BY MR. BLIZZARD: | | |
| 1816 7 | Q. DR. MORRISON, BEFORE WE BROKE, WE WERE TALKING ABOUT THE | | |
| 1816 8 | PROPOSED CV OUTCOMES TRIAL, AND YOU INDICATED THAT YOU REALLY | | |
| 1816 9 | WEREN'T THERE FOR THE PRESENTATION TO THE HHPAC AND YOU DON'T | | |
| 1816 10 | REALLY KNOW WHY IT WAS -- THE PARTICULAR DESIGN THAT YOU WERE | | |

|  |  | Objections | Rulings |
|---|---|---|---|

| | | |
|---|---|---|
| 1816 11 | DOING THE COST ANALYSIS ON WAS NOT CONTINUED; CORRECT? | |
| 1816 12 | A. CORRECT. | |
| 1816 13 | Q. BUT IT ACTUALLY DID HAVE A NAME AT THAT TIME, AND IT WAS | |
| 1816 14 | FAR ENOUGH ALONG WHAT THEY CALLED IT VALOR; CORRECT? | |
| 1816 15 | A. I'VE HEARD IT --I'VE HEARD THE TERM VALOR. I'M AWARE THAT | |
| 1816 16 | THERE WAS A PROTOCOL DESIGN AT SOME STAGE, AND I HEARD THE TERM | |
| 1816 17 | VALOR. | |
| 1816 18 | Q. NOW, YOU ARE AWARE OF THE RESULT IN APPROVE, ARE YOU NOT? | |
| 1816 19 | A. YES. | |
| 1816 20 | Q. AND COULD YOU TELL THE JURY WHAT THE APPROVE STUDY WAS? | |
| 1816 21 | A. THE APPROVE STUDY WAS A STUDY TO SEE IF VIOXX COULD | |
| 1816 22 | PREVENT, ESSENTIALLY, THE OCCURRENCE OF COLON CANCER. | |
| 1816 23 | BUT THE WAY IT WAS DONE WAS PATIENTS WHO HAVE A | |
| 1816 24 | COLONOSCOPY, YOU WOULD LOOK INTO THEIR COLON, AND IF THEY HAVE | |
| 1816 25 | A. POLYP, THE POLYP IS TAKEN OUT AND THEN THE PATIENTS ARE | |
| 1817 1 | RANDOMIZED TO VIOXX VERSUS PLACEBO TO SEE IF THOSE POLYPS CAME | |
| 1817 2 | BACK. THE IDEA WAS, AS I SAID EARLIER, THAT VIOXX COULD | |
| 1817 3 | PREVENT THE FORMATION OF THESE POLYPS OR THE RECURRENCE OF | |
| 1817 4 | THESE POLYPS OR THE PROGRESSION OF THESE POLYPS TO ACTUAL COLON | |
| 1817 5 | CANCER. | |
| 1817 6 | Q. AND THE APPROVE STUDY WAS ONE OF THE THREE CANCER STUDIES | |
| 1817 7 | THAT YOU TALKED ABOUT THAT WERE PART OF THIS GROUP TO REPLACE | |
| 1817 8 | THE CV OUTCOMES TRIAL? | |
| 1817 9 | A. IT IS A CV OUTCOMES TRIAL COMPARING VIOXX TO PLACEBO. SO | |
| 1817 10 | THESE THREE CANCER TRIALS ALL HAD 25 MILLIGRAMS OF VIOXX | |
| 1817 11 | COMPARED TO PLACEBO, AND MY UNDERSTANDING IS THAT WAS THE CV | |
| 1817 12 | OUTCOMES TRIAL TO LOOK AT VIOXX VERSUS PLACEBO. | |
| 1817 13 | Q. AND THE NAMES OF THE OTHERS WERE VICTOR AND VIP? | |
| 1817 14 | A. THAT'S CORRECT. | |
| 1817 15 | Q. AND SO DURING THE APPROVE TRIAL, THEY HAD A -- WHAT'S | |
| 1817 16 | CALLED A DSMB OR ACTUALLY IT MAY HAVE BEEN AN ESMB. | |
| 1817 17 | A. DATA SAFETY MONITORING BOARD IS WHAT "DSMB" STANDS FOR. | |
| 1817 18 | Q. AND EXTERNAL SAFETY MONITORING BOARD IS ESMB? | |
| 1817 19 | A. RIGHT. | |
| 1817 20 | Q. AND THOSE ARE PEOPLE WHO WOULD PERIODICALLY LOOK AT THE | |
| 1817 21 | RESULTS OF THE ONGOING DATA TO SEE IF THERE WERE ANY ISSUES | |
| 1817 22 | DEVELOPING; CORRECT? | |
| 1817 23 | A. THAT'S CORRECT. | |
| 1817 24 | Q. AND BEFORE THE APPROVE STUDY COULD BE COMPLETED, THEY | |
| 1817 25 | FOUND AN EXCESS OF CARDIOVASCULAR EVENTS; CORRECT? | |
| 1818 1 | A. MY UNDERSTANDING IS THE DSMB RECOMMENDED STOPPING THE | |
| 1818 2 | STUDY BECAUSE, IN ONE OF THEIR REVIEWS OF THE DATA, THERE WAS | |
| 1818 3 | AN EXCESS OF CARDIOVASCULAR EVENTS. | |
| 1818 4 | Q. OKAY. AND SO A DECISION WAS MADE TO PROTECT THE PATIENTS | |
| 1818 5 | FROM POTENTIAL HARM; CORRECT? | |
| 1818 6 | A. THAT'S THE JOB OF THE DSMB. | |
| 1818 7 | Q. RIGHT. | |
| 1818 8 | A. IF THEY SEE A SAFETY ISSUE, IT'S THEIR JOB TO STOP THE | |
| 1818 9 | STUDY. AND THAT WAS THEIR RECOMMENDATION. | |
| 1818 10 | Q. SO THEY SHUT DOWN APPROVE; CORRECT? | |

| | | Objections | Rulings |
|---|---|---|---|
| 1818 11 | A. CORRECT. | | |
| 1818 12 | Q. AND THEY SHUT DOWN VICTOR AT THE SAME TIME? | | |
| 1818 13 | A. I DON'T KNOW THE ANSWER OF ACTUALLY WHO MADE THE DECISION | | |
| 1818 14 | OF WHEN OR WHETHER VICTOR AND VIP SHOULD ALSO BE STOPPED. I | | |
| 1818 15 | JUST DON'T KNOW THAT. | | |
| 1818 16 | Q. NOW, YOU'RE FAMILIAR WITH THE PUBLICATION OF THE APPROVE | | |
| 1818 17 | RESULTS, ARE YOU NOT? | | |
| 1818 18 | A. I AM. | | |
| 1818 19 | Q. NOW, PUBLICATION OCCURRED IN THE NEW ENGLAND JOURNAL OF | | |
| 1818 20 | MEDICINE? | | |
| 1818 21 | A. THAT'S MY RECOLLECTION. | | |
| 1818 22 | Q. IF YOU'LL LOOK AT P2.0167. | | |
| 1818 23 | A. P2.0167. | | |
| 1818 24 | MR. BLIZZARD: YES, AND YOUR HONOR, I DON'T HAVE AN | | |
| 1818 25 | EXTRA COPY OF THIS, BUT I ASSUME DEFENSE COUNSEL HAVE THE | | |
| 1819 1 | APPROVE STUDY. IF NOT, THEY CAN LOOK AT MINE. | | |
| 1819 2 | MR. ISMAIL: LET ME SEE IF WE HAVE IT. I HAVE IT. | | |
| 1819 3 | GO AHEAD. | | |
| 1819 4 | MR. BLIZZARD: SO COULD WE PUT THIS UP ON THE SCREEN, | | |
| 1819 5 | PLEASE. | | |
| 1819 6 | BY MR. BLIZZARD: | | |
| 1819 7 | Q. SO THE TITLE OF THIS IS "CARDIOVASCULAR EVENTS ASSOCIATED | | |
| 1819 8 | WITH ROFECOXIB IN A COLORECTAL ADENOMA CHEMOPREVENTION TRIAL." | | |
| 1819 9 | IS THAT RIGHT? | | |
| 1819 10 | A. RIGHT. | | |
| 1819 11 | Q. AND THIS IS WHAT YOU DESCRIBED. THIS WAS A TRIAL THAT | | |
| 1819 12 | SORT OF TRIED TO USE VIOXX TO SHRINK PRECANCEROUS POLYPS? | | |
| 1819 13 | A. TO PREVENT THE RECURRENCE OF THEM, AS I RECALL. | | |
| 1819 14 | Q. RIGHT. AND SO IF YOU LOOK AT THE RESULTS SECTION ON | | |
| 1819 15 | PAGE 1, DOES IT INDICATE THAT, IN THE MIDDLE OF THE PARAGRAPH, | | |
| 1819 16 | ACTUALLY -- IT'S ACTUALLY THE FIRST SENTENCE, THE RESULTS OF | | |
| 1819 17 | THE STATISTICAL ANALYSIS THERE IN THE -- AND IS THIS THE | | |
| 1819 18 | ABSTRACT? | | |
| 1819 19 | A. YOU ARE SHOWING THE ABSTRACT, YES. | | |
| 1819 20 | Q. IT SAYS, "A TOTAL OF 46 PATIENTS IN THE ROFECOXIB GROUP | | |
| 1819 21 | HAD A CONFIRMED THROMBOTIC EVENT DURING 3,059 PATIENT YEARS OF | | |
| 1819 22 | FOLLOW-UP, 1.50 EVENTS PER HUNDRED PATIENT YEARS; AS COMPARED | | |
| 1819 23 | WITH 26 PATIENTS IN THE PLACEBO GROUP DURING 3,327 PATIENT | | |
| 1819 24 | YEARS OF FOLLOW-UP, 0.78 EVENT PER HUNDRED PATIENT YEARS. THE | | |
| 1819 25 | CORRESPONDING RELATIVE RISK WAS 1.92, 95 PERCENT CONFIDENCE | | |
| 1820 1 | INTERVAL, AND THEN IT GIVES THE CONFIDENCE INTERVAL; CORRECT? | | |
| 1820 2 | A. YOU READ THAT CORRECT. | | |
| 1820 3 | Q. NOW, IN THE ABSTRACT, THEY DON'T GIVE THE RELATIVE RISK | | |
| 1820 4 | FOR CARDIAC EVENTS, DO THEY? | | |
| 1820 5 | A. THESE ARE FOR CONFIRMED THROMBOTIC EVENTS. | | |
| 1820 6 | Q. SO THIS IS SORT OF A COMBINED ENDPOINT, ISN'T IT? | | |
| 1820 7 | A. I BELIEVE THAT'S CORRECT. | | |
| 1820 8 | Q. SO IT COMBINES, FOR EXAMPLE, STROKE AND HEART ATTACK INTO | | |
| 1820 9 | ONE ANALYSIS; RIGHT? | | |
| 1820 10 | A. THAT'S CORRECT. | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1820 11 | Q. AND THE INCREASED RELATIVE RISK, WHEN YOU COMBINE THEM, IS | | |
| 1820 12 | 1.92; CORRECT? | | |
| 1820 13 | A. THAT'S CORRECT. | | |
| 1820 14 | Q. AND NOW, AGAIN, WERE THERE A NUMBER OF THESE AUTHORS, | | |
| 1820 15 | MERCK AUTHORS, THAT HAD INPUT INTO THE DRAFTING OF THIS | | |
| 1820 16 | MANUSCRIPT? | | |
| 1820 17 | A. THEY HAVE MERCK SCIENTISTS LISTED AS AUTHORS, AND THERE | | |
| 1820 18 | ARE PEOPLE WHO I KNOW WHO ARE NOT MERCK SCIENTISTS ALSO LISTED | | |
| 1820 19 | AS AUTHORS. | | |
| 1820 20 | Q. SURE. AND THE AUTHORS ALSO INDICATE IN THEIR ANALYSIS | | |
| 1820 21 | THAT THIS INCREASED RISK DOESN'T OCCUR UNTIL AFTER 18 MONTHS OF | | |
| 1820 22 | USE OF THE PRODUCT; CORRECT? | | |
| 1820 23 | A. THAT'S CORRECT. AND THEN THEY TALK ABOUT THE RESULTS | | |
| 1820 24 | PRIMARILY REFLECT AN INCREASED NUMBER OF MI'S AND ISCHEMIC | | |
| 1820 25 | CEREBROVASCULAR EVENTS, WHICH ARE STROKES. | | |
| 1821 1 | Q. RIGHT. BUT THE RELATIVE RISK FOR MI EVENTS IS NOT | | |
| 1821 2 | INCLUDED MEDICATION THE ABSTRACT, IS IT? | | |
| 1821 3 | A. NO. THAT SPECIFIC NUMBER IS NOT. THEY MAKE REFERENCE TO | | |
| 1821 4 | THAT SEEMS TO BE THE THING DRIVING THE RESULTS. | | |
| 1821 5 | Q. OKAY. IF YOU LOOK OVER AT TABLE 2. AT PAGE 1096 OF THE | | |
| 1821 6 | PUBLICATION. DOES THAT TABLE THEN INDICATE WHAT THE RELATIVE | | |
| 1821 7 | RISK IS FOR CARDIAC EVENTS? | | |
| 1821 8 | A. YES, IT DOES. | | |
| 1821 9 | Q. AND SO IT WOULD BE THE FIRST LINE, CARDIAC EVENTS. AND | | |
| 1821 10 | THEN OUT TO THE RIGHT-HAND MARGIN, IT SAYS HAZARD RATIO 95 | | |
| 1821 11 | PERCENT CONFIDENCE INTERVAL. AND FOR CARDIAC EVENTS, IT SAYS | | |
| 1821 12 | 2.80; CORRECT? | | |
| 1821 13 | A. THAT'S CORRECT. | | |
| 1821 14 | Q. SO THAT WOULD BE AN INCREASE OF 280 PERCENT OVER PLACEBO; | | |
| 1821 15 | IS THAT RIGHT? | | |
| 1821 16 | A. WELL, THE RELATIVE RISK IS 2.8. | | |
| 1821 17 | Q. RIGHT. IT'S ALMOST THREE TIMES THE RISK; CORRECT? | | |
| 1821 18 | A. FOR THOSE EVENTS IN THAT STUDY. | | |
| 1821 19 | Q. OKAY. NOW, THIS WAS PUBLISHED IN MARCH OF 2005, WASN'T | | |
| 1821 20 | IT? | | |
| 1821 21 | A. MARCH 17, 2005. | | |
| 1821 22 | Q. RIGHT. IN LATE 2005, EARLY 2006, SOME ADDITIONAL DATA | | |
| 1821 23 | FROM THE APPROVE STUDY BECAME AVAILABLE; CORRECT? | | |
| 1821 24 | A. I DON'T KNOW THAT MUCH ABOUT THAT, NO. | | |
| 1821 25 | Q. ARE YOU AT LEAST AWARE THAT THE NEW ENGLAND JOURNAL OF | | |
| 1822 1 | MEDICINE REQUIRED THE AUTHORS TO MAKE A CORRECTION TO THE | | |
| 1822 2 | ORIGINAL PAPER ON THIS 18-MONTH THEORY? | | |
| 1822 3 | A. I'M VAGUELY -- I MEAN, I READ THE NEW ENGLAND JOURNAL, YOU | | |
| 1822 4 | KNOW, AS A SUBSCRIBER, SO I'M VAGUELY AWARE THAT THERE WAS | | |
| 1822 5 | SOMETHING THAT THE NEW ENGLAND JOURNAL PUBLISHED ABOUT THAT. | | |
| 1822 6 | Q. OKAY. WELL, THE AUTHORS PUBLISHED IT, DIDN'T THEY? | | |
| 1822 7 | A. I DON'T KNOW THE ANSWER TO THAT, ACTUALLY. I DON'T KNOW | | |
| 1822 8 | THE DETAILS AROUND THAT. | | |
| 1822 9 | Q. YOU CAN'T TELL THE JURY WHETHER THE AUTHORS OF THE APPROVE | | |
| 1822 10 | PAPER ACTUALLY CORRECTED THEIR ORIGINAL PAPER WITH RESPECT TO | | |

| | | Objections | Rulings |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 1822 | 11 | THIS 18-MONTH -- | |
| 1822 | 12 | A. I DON'T KNOW THE ANSWER TO THAT. I DON'T KNOW IF IT WAS | |
| 1822 | 13 | IN THE NEW ENGLAND JOURNAL OR IF IT WAS THE AUTHORS OR IT WAS | |
| 1822 | 14 | BOTH. I JUST DON'T KNOW. | |

1822:1! -   1847:1( Morrison_B_ 20061108

| | | | |
|---|---|---|---|
| 1822 | 19 | REDIRECT EXAMINATION | |
| 1822 | 20 | BY MR. ISMAIL: | |
| 1822 | 21 | Q. GOOD AFTERNOON, NOW, DR. MORRISON. | |
| 1822 | 22 | A. GOOD AFTERNOON. | |
| 1822 | 23 | Q. DO YOU RECALL SOME DISCUSSION YOU HAD WITH MR. BLIZZARD | |
| 1822 | 24 | ABOUT THE MERCK MANUAL AND SOME REPRESENTATIONS HE MADE ABOUT | |
| 1822 | 25 | WHETHER COX-2, COX-1, PROSTAGLANDINS, ET CETERA, WERE DISCLOSED | |
| 1823 | 1 | OR DISCUSSED IN THE 18TH EDITION? | |
| 1823 | 2 | A. YES. I REMEMBER THAT. | |
| 1823 | 3 | Q. AND ALMOST TRIPPING ON MY WAY TO YOU, I'M GOING TO HAND | |
| 1823 | 4 | YOU A COPY OF THE 18TH EDITION. THERE ARE A COUPLE OF PAGES WE | |
| 1823 | 5 | HAVE TABBED HERE IN THE 18TH EDITION, AND I WOULD LIKE YOU TO | |
| 1823 | 6 | TELL THE LADIES AND GENTLEMEN OF THE JURY WHETHER THAT | |
| 1823 | 7 | REPRESENTATION WITH REGARD TO WHAT WAS INCLUDED IN THE MERCK | |
| 1823 | 8 | MANUAL WAS CORRECT OR NOT? | |
| 1823 | 9 | DO YOU SEE IN THOSE TABBED PAGES DISCUSSIONS OF | |
| 1823 | 10 | COX-1, COX-2, PROSTAGLANDINS, AND THAT TYPE OF INFORMATION? | |
| 1823 | 11 | A. THE FIRST ONE IS A SECTION WHERE THEY ARE TALKING ABOUT | |
| 1823 | 12 | NSAIDS AND TREATMENT OF RHEUMATOID ARTHRITIS, AND THEY TALK | |
| 1823 | 13 | ABOUT COX-1 AND COX-2. | |
| 1823 | 14 | DO YOU WANT ME TO READ THE WHOLE THING? | |
| 1823 | 15 | Q. NO. I JUST WOULD LIKE YOU TO LOOK AT THE TABS AND CONFIRM | |
| 1823 | 16 | WITH US THAT THOSE TOPICS WERE INDEED DISCUSSED IN THAT | |
| 1823 | 17 | REFERENCE MANUAL. | |
| 1823 | 18 | A. YES. AND THEN THERE IS A SECTION, I GUESS, UNDER THE | |
| 1823 | 19 | TREATMENT OF PAIN, WHERE THEY TALK ABOUT NON-OPIOID ANALGESICS | |
| 1823 | 20 | AND THEY AGAIN TALK ABOUT NSAIDS AND THE COX-2 INHIBITORS. | |
| 1823 | 21 | Q. AND IN ADDITION TO THE MERCK MANUAL, ARE THERE OTHER | Re: [1823:21-1824:5] | overruled |
| 1823 | 22 | MEDICAL RESEARCH THAT'S AVAILABLE TO RESEARCHERS -- I'M SORRY, | Pltf Obj 701/702; 602 | |
| 1823 | 23 | TO DOCTORS AS THEY REVIEW AND UNDERSTAND MEDICINES AND RESEARCH | | |
| 1823 | 24 | THAT HAS BEEN DONE ON MEDICINES? | | |
| 1823 | 25 | WE HAVE GONE OVER SEVERAL EXAMPLES OF ADDITIONAL | | |
| 1824 | 1 | RESEARCH; CORRECT? | | |
| 1824 | 2 | A. ARE THERE OTHER SOURCES AND INFORMATION BESIDES THE MERCK | | |
| 1824 | 3 | MANUAL? | | |
| 1824 | 4 | Q. RIGHT. | | |
| 1824 | 5 | A. WELL, SURE. | | |
| 1824 | 6 | Q. AND ONE OF THE ARTICLES THAT -- WITH ADDITIONAL | | |
| 1824 | 7 | INFORMATION WITH REGARD TO VIOXX THAT WAS OUT IN THE MEDICAL | | |
| 1824 | 8 | COMMUNITY WAS THE KONSTAM PAPER WE HAD A DISCUSSION ABOUT? | | |
| 1824 | 9 | A. YES. | | |
| 1824 | 10 | Q. AND THERE WAS SOME E-MAILS WHERE MR. BLIZZARD WALKED YOU | | |
| 1824 | 11 | THROUGH THAT DISCUSSION. DO YOU RECALL THAT? | | |
| 1824 | 12 | A. I DO. | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1824 13 | Q. CAN YOU TELL US HOW IT WAS THAT YOU WERE CALLED UPON TO |  |  |
| 1824 14 | OFFER YOUR INSIGHTS ONTO THAT PAPER WHILE YOU WERE WORKING AT |  |  |
| 1824 15 | MERCK? |  |  |
| 1824 16 | A. RIGHT. THE MERCK -- MERCK HAS AN INTERNAL REVIEW PROCESS. |  |  |
| 1824 17 | ANY SCIENTIST WHO WRITES A PAPER, IF THERE IS A MERCK AUTHOR ON |  |  |
| 1824 18 | IT, HAS TO GO THROUGH OUR INTERNAL REVIEW PROCESS. |  |  |
| 1824 19 | I'M IN THE SYSTEM, IF YOU WILL, AS SOMEBODY WHO KNOWS |  |  |
| 1824 20 | ABOUT THE COX-2 INHIBITORS, AND SO IT WAS SENT TO ME AS -- TO |  |  |
| 1824 21 | BE ONE OF THEIR REVIEWERS. AND SO I REVIEW IT AS IF I WERE |  |  |
| 1824 22 | REVIEWING IT FOR A JOURNAL, AND I GIVE MY COMMENTS TO THE |  |  |
| 1824 23 | AUTHORS. |  |  |
| 1824 24 | Q. IS THAT A PROCEDURE THAT MERCK FOLLOWS WITH RESPECT TO |  |  |
| 1824 25 | MEDICAL RESEARCH AND ARTICLES THAT ARE WRITTEN WITH MERCK |  |  |
| 1825 1 | SCIENTISTS? |  |  |
| 1825 2 | A. IT'S A POLICY THAT EVERY PAPER THAT A MERCK AUTHOR -- |  |  |
| 1825 3 | MERCK SCIENTISTS, AUTHORS MUST GO THROUGH THIS REVIEW PROCESS. |  |  |
| 1825 4 | Q. AND WHAT'S THE PURPOSE OF THAT? |  |  |
| 1825 5 | A. THERE IS TWO PURPOSES. IN ADDITION TO HAVING OTHER |  |  |
| 1825 6 | SCIENTISTS REVIEW IT, THERE ARE OFTEN PATENT LAWYERS WILL |  |  |
| 1825 7 | REVIEW IT, SO IF SOMETHING COMES THROUGH AND THERE IS A FINDING |  |  |
| 1825 8 | IN ONE OF OUR STUDIES THAT IS PATENTABLE, THE PATENT LAWYERS |  |  |
| 1825 9 | WANT TO MAKE SURE THAT WE FILE THOSE PATENTS BEFORE WE PUBLISH |  |  |
| 1825 10 | THE PAPER. AND THERE ARE SOME LEGAL REASONS FOR THAT. |  |  |
| 1825 11 | AND THEN THE OTHER IS IT'S ESSENTIAL SCIENTIFIC PEER |  |  |
| 1825 12 | REVIEW. MERCK WANTS TO MAKE SURE THAT THE QUALITY OF THE |  |  |
| 1825 13 | PAPERS THAT WE'RE SUBMITTING TO JOURNALS ARE HIGH QUALITY, AND |  |  |
| 1825 14 | SO THEY ASK INTERNAL MERCK SCIENTISTS TO DO A PEER REVIEW TO |  |  |
| 1825 15 | MAKE SURE. |  |  |
| 1825 16 | Q. AND MR. BLIZZARD ASKED YOU ABOUT SOME OF THE COMMENTS THAT |  |  |
| 1825 17 | YOU HAD MADE IN AN E-MAIL OFFERING YOUR INSIGHT AS AN INTERNAL |  |  |
| 1825 18 | REVIEWER OF THE PAPER. DO YOU RECALL THAT? |  |  |
| 1825 19 | A. YES. AND THERE ARE THREE -- YOU COULD SAY I HAVE NO |  |  |
| 1825 20 | COMMENTS; YOU COULD SAY I HAVE DISCRETIONARY COMMENTS. YOU CAN |  |  |
| 1825 21 | TAKE THEM OR LEAVE THEM; OR THERE IS A CATEGORY THAT SAYS THESE |  |  |
| 1825 22 | ARE MANDATORY. YOU MUST ADDRESS THESE COMMENTS OR THE PAPER |  |  |
| 1825 23 | CAN'T LEAVE MERCK. |  |  |
| 1825 24 | SO MY COMMENTS WERE IN THE DISCRETIONARY BUCKET. |  |  |
| 1825 25 | I'VE OFFERED THOSE FOR THE AUTHORS TO PICK UP. |  |  |
| 1826 1 | Q. AND YOU WERE WALKING THROUGH YOUR COMMENTS, YOU ASKED |  |  |
| 1826 2 | MR. BLIZZARD TO PROVIDE YOU WITH A COPY OF THE PAPER SO YOU CAN |  |  |
| 1826 3 | EXPLAIN FIGURE 1; RIGHT? |  |  |
| 1826 4 | A. SURE. |  |  |
| 1826 5 | Q. AND I THINK YOU INDICATED THAT WAS SOMETHING YOU-ALL WERE |  |  |
| 1826 6 | GOING TO GET BACK TO, BUT I DON'T BELIEVE YOU HAD A CHANCE TO |  |  |
| 1826 7 | GO THROUGH FIGURE 1; IS THAT CORRECT? |  |  |
| 1826 8 | A. THAT'S CORRECT. |  |  |
| 1826 9 | Q. ALL RIGHT. SO NOW THAT YOU HAVE A COPY OF THE PAPER, DO |  |  |
| 1826 10 | YOU RECOGNIZE THIS AS THE PUBLISHED VERSION OF THE KONSTAM |  |  |
| 1826 11 | STUDY THAT YOU TALKED TO MR. BLIZZARD ABOUT? |  |  |
| 1826 12 | A. YES. |  |  |

|  |  | **Objections** | **Rulings** |
|---|---|---|---|
| 1826 13 | Q. WHERE WAS THIS PAPER PUBLISHED? | | |
| 1826 14 | A. IN CIRCULATION. | | |
| 1826 15 | Q. AND CAN YOU TELL US WHAT CIRCULATION IS AS A MEDICAL | Re: [1826:15-1826:24] | |
| 1826 16 | JOURNAL AND WHERE IT SITS IN SORT OF IMPORTANCE TO | Pltf Obj 701/702; 602 | |
| 1826 17 | CARDIOVASCULAR MEDICINE? | | |
| 1826 18 | A. IT'S A VERY WELL-RESPECTED CARDIOVASCULAR JOURNAL. | | |
| 1826 19 | Q. AND WAS THIS PUBLICATION PEER-REVIEWED? | | |
| 1826 20 | A. YES. | | Overruled |
| 1826 21 | Q. NOW, CAN YOU -- | | |
| 1826 22 | A. I DON'T KNOW IF IT WENT THROUGH CIRCULATION'S PEER REVIEW. | | |
| 1826 23 | I MEAN, WE DID THE PEER REVIEW WITHIN MERCK, BUT THEN | | |
| 1826 24 | CIRCULATION HAS THEIR OWN PEER-REVIEW PROCESS. | | |
| 1826 25 | Q. AND MR. BLIZZARD ASKED YOU ABOUT YOUR INTERNAL COMMENTS TO | | |
| 1827 1 | THE AUTHORS WITH REGARD TO REFERENCE TO FIGURE 1; IS THAT | | |
| 1827 2 | CORRECT? | | |
| 1827 3 | A. CORRECT. | | |
| 1827 4 | Q. HAVE I PUT ON THE SCREEN SO THAT YOU CAN TALK ABOUT IT | | |
| 1827 5 | FIGURE 1 AND THE REFERENCE TO THE COMMENTS YOU MADE? | | |
| 1827 6 | A. YES. | | |
| 1827 7 | Q. AND WHAT IS IT THAT YOU WANTED OR WERE COMMUNICATING TO | | |
| 1827 8 | THE AUTHORS OF THIS PAPER WITH REGARD TO WHAT FIGURE 1 SHOWED? | | |
| 1827 9 | A. OKAY. SO LET ME EXPLAIN HOW THIS FIGURE IS LAID OUT. | | |
| 1827 10 | THERE IS THREE DIFFERENT GROUPS THAT THE AUTHORS LOOKED AT. | | |
| 1827 11 | VIOXX VERSUS PLACEBO -- | | |
| 1827 12 | Q. IS THAT THIS SECTION RIGHT HERE? | | |
| 1827 13 | A. RIGHT. -- VIOXX VERSUS NSAIDS OTHER THAN NAPROXEN, AND | | |
| 1827 14 | VIOXX VERSUS NAPROXEN, AND THESE ARE THE CARDIOVASCULAR EVENTS. | | |
| 1827 15 | SO THE WAY THE CURVE IS DONE, AS YOU CAN SEE, THERE IS THE | | |
| 1827 16 | STRAIGHT LINE ON 1. SO THEY ARE LOOKING AT RELATIVE RISKS. I | | |
| 1827 17 | THINK YOU'VE HEARD ABOUT RELATIVE RISKS. AT LEAST THE TIME | | |
| 1827 18 | I'VE BEEN HERE, YOU'VE HEARD ABOUT THAT. IF THE RELATIVE RISK | | |
| 1827 19 | IS 1, THAT MEANS THE MEDICINE IS THE SAME AS THE THING YOU'RE | | |
| 1827 20 | COMPARING. SO IF THE RELATIVE RISK OF VIOXX AND PLACEBO IS 1, | | |
| 1827 21 | THAT MEANS VIOXX IS THE SAME AS PLACEBO. | | |
| 1827 22 | Q. SO AROUND THE BOTTOM THERE, YOU HAVE RELATIVE RISKS. | | |
| 1827 23 | A. CORRECT. | | |
| 1827 24 | Q. OKAY. | | |
| 1827 25 | A. AND SO THE WAY THEY DRAW THIS, THEY DRAW THE LITTLE | | |
| 1828 1 | TRIANGLE WHERE WE HAVE MEASURED THE RELATIVE RISK, AND THEN | | |
| 1828 2 | THEY HAVE THOSE BLACK BARS TO GIVE YOU -- THEY CALL IT THE | | |
| 1828 3 | CONFIDENCE INTERVAL. | | |
| 1828 4 | Q. SO ARE THE TRIANGLES HERE, ARE THESE RELATIVE RISKS THAT | | |
| 1828 5 | ARE SHOWN HERE, THAT I'VE HIGHLIGHTED, ARE THOSE THE RELATIVE | | |
| 1828 6 | RISKS FOR VIOXX COMPARED TO PLACEBO OR SUGAR PILL, VIOXX | | |
| 1828 7 | COMPARED TO ANTI-INFLAMMATORIES OTHER THAN NAPROXEN, AND THEN | | |
| 1828 8 | DIRECTLY AGAINST NAPROXEN? | | |
| 1828 9 | A. YES. AND SO YOU CAN SEE THE HEADINGS UP AT THE TOP. IF | | |
| 1828 10 | THE ARROW IS ON THE LEFT-HAND SIDE OF 1, THEY GIVE YOU THE CLUE | | |
| 1828 11 | UP ON THE TOP, "DECREASED RISK ON VIOXX." IF THE ARROW IS ON | | |
| 1828 12 | THE RIGHT-HAND SIDE OF 1, THEY GIVE YOU THE CLUE UP ON TOP | | |

| | | Objections | Rulings |
|---|---|---|---|
| 1828 13 | "INCREASED RISK ON VIOXX." | | |
| 1828 14 | SO IF YOU LOOK AT BOTH VIOXX COMPARED TO PLACEBO AND | | |
| 1828 15 | VIOXX COMPARED TO NON-NAPROXEN NSAIDS, THE ARROW IS ON THE | | |
| 1828 16 | LEFT-HAND SIDE, SORT OF, IF ANYTHING, DECREASED RISK ON VIOXX | | |
| 1828 17 | COMPARED TO THOSE. BUT IF YOU LOOK AT THE BLACK BARS, WHICH IS | | |
| 1828 18 | THE 95 PERCENT CONFIDENCE INTERVAL, IT GOES OVER TO THE | | |
| 1828 19 | LEFT-HAND SIDE. | | |
| 1828 20 | SO WHEN I USED THE TERM NO EVIDENCE, I USED THAT ONLY | | |
| 1828 21 | IF THE BLACK BAR IS ALL THE WAY ON THE OTHER SIDE. TO ME, | | |
| 1828 22 | THAT'S NO EVIDENCE. HERE YOU CAN SAY, WELL, BASED UPON THIS | | |
| 1828 23 | SPECIFIC DATA THERE, IS SOME EVIDENCE THAT THERE COULD BE AN | | |
| 1828 24 | INCREASED RISK. THE MAJORITY -- THE POINT ESTIMATE AND THE | | |
| 1828 25 | MAJORITY OF EVIDENCE SAY THERE IS NOT; BUT PURELY SPEAKING FROM | | |
| 1829 1 | A SCIENTIFIC TERMINOLOGY, I USE THE -- SO THE ONE ON THE | | |
| 1829 2 | BOTTOM, WHICH IS THE INCREASED RISK ON ROFECOXIB RELATIVE TO | | |
| 1829 3 | NAPROXEN, THAT ONE YOU COULD SAY THERE WAS NO EVIDENCE THAT IT | | |
| 1829 4 | GOES TO THE OTHER SIDE OF THE LINE. | | |
| 1829 5 | Q. AND IS THIS PUBLICATION, DOES IT INCLUDE ALL THE PATIENTS | | |
| 1829 6 | THAT HAVE BEEN DONE TO DATE ON THE CLINICAL TRIALS UP TO, LIKE, | | |
| 1829 7 | 2001 AT THAT POINT? | | |
| 1829 8 | A. YES, THAT'S CORRECT. THERE IS ONE OTHER FIGURE ON THE | | |
| 1829 9 | OTHER -- THIS IS -- WELL, FIGURE 2 IS ANOTHER ANALYSIS, I | | |
| 1829 10 | THINK, THAT IS RELEVANT TO THIS. THIS IS ALL THE PATIENTS. IF | | |
| 1829 11 | YOU FLIP OVER TO FIGURE 2. IT'S ON THE SAME PAGE, RIGHT. THIS | | |
| 1829 12 | IS FOR STUDIES THAT LASTED MORE THAN SIX MONTHS. SO THE EXACT | | |
| 1829 13 | SAME FIGURES. | | |
| 1829 14 | NOW, IN THE STUDIES THAT LASTED MORE THAN SIX MONTHS, | | |
| 1829 15 | VIOXX VERSUS PLACEBO, THAT TRIANGLE IS CLEARLY ON THE LEFT-HAND | | |
| 1829 16 | SIDE; AND NOW, THE BLACK BAR IS ALMOST ALL THE WAY OVER ON THE | | |
| 1829 17 | THAT SIDE. SO, THAT ONE, YOU'RE GETTING CLOSE TO BE ABLE TO | | |
| 1829 18 | SAY NO EVIDENCE WOULD BE THE TERM I WOULD USE. | | |
| 1829 19 | Q. AND WHAT DOES THIS TABLE SHOW WITH RESPECT TO HOW VIOXX | Re: [1829:19-1829:25] | |
| 1829 20 | COMPARED TO PLACEBO AND NSAIDS OTHER THAN NAPROXEN? | Pltf Obj 701-702 | Overruled |
| 1829 21 | A. THE EVIDENCE IS THAT VIOXX -- THAT THE STRICT | | |
| 1829 22 | INTERPRETATION IS THE POINT ESTIMATE SUGGESTS THAT VIOXX IS | | |
| 1829 23 | PROTECTIVE RELATIVE TO PLACEBO AND NON-NAPROXEN NSAIDS, | | |
| 1829 24 | PROBABLY WOULDN'T SAY THAT, BUT THE DATA IS CONSISTENT WITH | | |
| 1829 25 | THERE NOT BEING AN INCREASED RISK. | | |
| 1830 1 | Q. AND IS THERE ONE OUTLIER, AS YOU USE THAT TERM WITH | Re: [1830:1-1830:5] | |
| 1830 2 | MR. BLIZZARD EARLIER, THAT IS SHOWN BY THIS FIGURE WHEN YOU'RE | Pltf Obj Misstates | |
| 1830 3 | LOOKING AT THE CARDIOVASCULAR SAFETY OF VIOXX? | prior testimony | |
| 1830 4 | A. YEAH. NAPROXEN IS CLEARLY DIFFERENT. NAPROXEN IS ON THE | | |
| 1830 5 | OTHER SIDE. | | |
| 1830 6 | MR. BLIZZARD: YOUR HONOR, I'M GOING TO OBJECT TO THE | | |
| 1830 7 | QUESTION. THE OUTLIER WE WERE TALKING ABOUT WAS THE | | |
| 1830 8 | ALZHEIMER'S DATA, NOT THIS, WHAT HE'S TALKING ABOUT. | | |
| 1830 9 | THE COURT: THAT'S A FAIR OBSERVATION. HE WAS USING | | |
| 1830 10 | THE TERM, ACTUALLY. | | |
| 1830 11 | MR. ISMAIL: YES, I WAS JUST USING THE SAME TERM. | | |
| 1830 12 | BUT I'M HAPPY TO REPHRASE MY QUESTION. | | |

| | | Objections | Rulings |
|---|---|---|---|
| 1830 13 | BY MR. ISMAIL: | | |
| 1830 14 | Q.  WHAT DOES THIS DATA SHOW WITH RESPECT TO THE | | |
| 1830 15 | CARDIOVASCULAR SAFETY OF -- ACTUALLY, I HAVE A DIFFERENT | | |
| 1830 16 | QUESTION. | | |
| 1830 17 | DOES THIS CHART SHOW ANY DIFFERENCE BETWEEN HOW | Re: [1830:17-1831:3] | |
| 1830 18 | NAPROXEN STACKED UP TO VIOXX COMPARED TO A SUGAR PILL OR ANY | Pltf Obj 701-702 | |
| 1830 19 | OTHER ANTI-INFLAMMATORIES? | | |
| 1830 20 | A.  YES. | | |
| 1830 21 | Q.  AND WHAT IS THAT? | | |
| 1830 22 | A.  THAT NAPROXEN -- IF YOU COMPARE NAPROXEN TO ROFECOXIB, THE | | Overruled |
| 1830 23 | TRIANGLE AND THE BARS ALL SAY INCREASED RISK ON ROFECOXIB | | |
| 1830 24 | RELATIVE TO NAPROXEN; BUT FOR PLACEBO AND NON-NAPROXEN, THAT -- | | |
| 1830 25 | YOU DON'T SEE THAT.  AND I THINK THIS IS THE DATA THAT WOULD | | |
| 1831  1 | SUPPORT THE HYPOTHESIS THAT NAPROXEN IS DIFFERENT FROM THE | | |
| 1831  2 | OTHER NSAIDS AND THAT VIOXX IS NOT INCREASING YOUR RISK | | |
| 1831  3 | RELATIVE TO PLACEBO. | | |
| 1831  4 | Q.  THEN THERE WAS SOME DISCUSSION OF A PUBLICATION CALLED THE | | |
| 1831  5 | MEDICAL LETTER.  DO YOU RECALL THAT? | | |
| 1831  6 | A.  I DO. | | |
| 1831  7 | Q.  YOU INDICATED THAT THE MEDICAL LETTER WAS AN INDEPENDENT | | |
| 1831  8 | REVIEW OF CLINICAL TRIAL DATA AND MEDICAL RESEARCH; IS THAT | | |
| 1831  9 | CORRECT? | | |
| 1831 10 | A.  THAT'S CORRECT. | | |
| 1831 11 | Q.  AND WHAT DID THE INDEPENDENT FOLKS AT THE MEDICAL LETTER | | |
| 1831 12 | CONCLUDE WITH REGARD TO WHAT THE KONSTAM DATA SHOWED?  I | | |
| 1831 13 | BELIEVE IT'S OVER HERE ON PAGE 2. | | |
| 1831 14 | A.  RIGHT.  THEIR WORDING IS, "THE SECOND REVIEW OF 23 STUDIES | | |
| 1831 15 | FOUND NO EVIDENCE OF AN EXCESS OF CARDIOVASCULAR EVENTS WITH | | |
| 1831 16 | ROFECOXIB COMPARED TO VARIOUS NSAIDS OR PLACEBO." | | |
| 1831 17 | Q.  AND WHAT DOES THAT MEAN? | | |
| 1831 18 | A.  SAY AGAIN. | | |
| 1831 19 | Q.  WHAT DOES THAT MEAN? | | |
| 1831 20 | A.  WHAT DOES -- | | |
| 1831 21 | Q.  WHAT DOES THAT PHRASE MEAN? | Re: [1831:21-1831:25] | |
| 1831 22 | A.  OH, SO THEY ARE SAYING -- THEIR PHRASING IS, BASED UPON | Pltf Obj Calls for | |
| 1831 23 | THIS OTHER REVIEW, THERE IS NO EVIDENCE THAT VIOXX INCREASES | speculation | |
| 1831 24 | YOUR RISK RELATIVE TO PLACEBO OR RELATIVE TO THESE OTHER NSAIDS | | |
| 1831 25 | OTHER THAN NAPROXEN. | | |
| 1832  1 | Q.  DOES THE MEDICAL LETTER BACK ON PAGE 1 ALSO INCLUDE A | | |
| 1832  2 | DISCUSSION OF THE MUKHERJEE ARTICLE? | | |
| 1832  3 | A.  YES. | | |
| 1832  4 | Q.  AND MR. BLIZZARD ASKED YOU WHETHER YOU WERE AWARE THAT A | | |
| 1832  5 | DR. TOPOL HAD WRITTEN AN ARTICLE IN JAMA IN THE FALL OF 2001. | | |
| 1832  6 | IS THIS ONE IN THE SAME ARTICLE? | | |
| 1832  7 | A.  YES.  THIS -- I THINK, DR. MUKHERJEE WAS THE FIRST AUTHOR; | | |
| 1832  8 | SO WE ABBREVIATE, FIRST AUTHOR, "ET AL," MEANING EVERYBODY | | |
| 1832  9 | ELSE.  SO, HE GETS THE... | | |
| 1832 10 | Q.  AND DO THE FOLKS AT THE MEDICAL LETTER PUT FORTH IN THIS | | |
| 1832 11 | ARTICLE FOR FOLKS TO READ DR. TOPOL'S AND DR. MUKHERJEE'S | | |
| 1832 12 | CONCLUSIONS ABOUT THE CARDIOVASCULAR SAFETY OF VIOXX AS WELL AS | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1832 13 | THEIR REVIEW OF DR. KONSTAM'S ANALYSIS? | | |
| 1832 14 | A. YES. | | |
| 1832 15 | Q. HAD DR. TOPOL, IN HIS ARTICLE, AS REPEATED HERE IN THE | | |
| 1832 16 | MEDICAL LETTER, RAISED HIS CONCERNS WITH REGARD TO THE | | |
| 1832 17 | CARDIOVASCULAR SAFETY OF COX-2 INHIBITORS IN TOTAL? | | |
| 1832 18 | A. YES. | | |
| 1832 19 | Q. NOW, YOU WERE SHOWN AN ARTICLE. I GUESS IT WAS AN | | |
| 1832 20 | EDITORIAL BY DR. FITZGERALD. DO YOU RECALL THAT? THAT CAME | | |
| 1832 21 | OUT AFTER MERCK VOLUNTARILY WITHDREW VIOXX? | | |
| 1832 22 | A. I DO. | | |
| 1832 23 | Q. THERE WAS A PASSAGE HERE THAT YOU WEREN'T DIRECTED TO AND | | |
| 1832 24 | I WOULD ASK THAT YOU READ TO THE JURY. IN THE INTEREST OF | | |
| 1832 25 | TIME, I'LL JUST BLOW IT UP HERE AND ASK THAT YOU READ WHAT I'VE | | |
| 1833 1 | HIGHLIGHTED HERE FOR THE JURY. | | |
| 1833 2 | A. "BEFORE THE RESULTS OF THE APPROVE STUDY WERE RELEASED, | | |
| 1833 3 | THE SCIENTIFIC EVIDENCE OF GASTROINTESTINAL BENEFIT FROM THE | | |
| 1833 4 | COXIBS IN THE VIGOR AND TARGET TRIALS APPEARED TO OUTWEIGH THE | | |
| 1833 5 | EVIDENCE OF CARDIOVASCULAR RISK." | | |
| 1833 6 | Q. WE'LL GET TO THIS WITH OTHER WITNESSES LATER; BUT JUST SO | | |
| 1833 7 | WE'LL ALL CLEAR, WHEN WE SAY "BEFORE THE RESULTS OF THE APPROVE | | |
| 1833 8 | STUDY," ARE WE WAY OUT HERE IN AUGUST OF 2004? | | |
| 1833 9 | A. SEPTEMBER 2004. | | |
| 1833 10 | Q. SEPTEMBER OF 2004. SO WHAT DID DR. FITZGERALD SAY HERE | Re: [1833:10-1833:14] | Overruled |
| 1833 11 | WAS HIS CONCLUSIONS OF THE RISKS AND BENEFITS OF VIOXX FOR THIS | Pltf Obj Hearsay | |
| 1833 12 | ENTIRE PERIOD UP TO 1999? | | |
| 1833 13 | A. HE'S SAYING THAT THE SCIENTIFIC EVIDENCE FOR THE BENEFIT | | |
| 1833 14 | APPEARED TO OUTWEIGH THE EVIDENCE FOR THE RISK. | | |
| 1833 15 | Q. MR. BLIZZARD ASKED YOU WHETHER YOU WERE AWARE THAT | | |
| 1833 16 | DR. FITZGERALD WAS STILL A BELIEVER IN THE FITZGERALD | | |
| 1833 17 | HYPOTHESIS. DO YOU RECALL THAT? | | |
| 1833 18 | A. I DO. | | |
| 1833 19 | Q. YOU SAID THERE WERE SOME WRITINGS OF DR. FITZGERALD WHERE | | |
| 1833 20 | HE ACKNOWLEDGED THAT THE SCIENCE HADN'T ESTABLISHED THE | | |
| 1833 21 | CORRECTNESS OF HIS HYPOTHESIS. DO YOU RECALL THAT? | | |
| 1833 22 | A. THAT'S CORRECT. | | |
| 1833 23 | Q. I'M GOING TO HAND YOU WHAT'S BEEN MARKED FOR | | |
| 1833 24 | IDENTIFICATION AS EXHIBIT 635 AND ASK, DR. MORRISON, IS THIS AN | | |
| 1833 25 | EXAMPLE OF ONE OF THE WRITINGS OF DR. FITZGERALD THAT YOU'RE | | |
| 1834 1 | FAMILIAR WITH AND WERE REFERRING TO EARLIER? | | |
| 1834 2 | A. YES. | | |
| 1834 3 | Q. SO HERE WE HAVE THE TITLE OF THE PUBLICATION AND WE HAVE | | |
| 1834 4 | DR. FITZGERALD. THAT'S THE FITZGERALD WE HAVE BEEN TALKING | | |
| 1834 5 | ABOUT ALL DAY? | | |
| 1834 6 | A. YES. | | |
| 1834 7 | Q. AND I THINK MR. BLIZZARD ASKED YOU ABOUT A DR. PATRONO AS | | |
| 1834 8 | WELL? | | |
| 1834 9 | A. CORRECT. | | |
| 1834 10 | Q. I THINK YOU AND HE AGREED DR. PATRONO WAS A WORLD-CLASS | | |
| 1834 11 | SCIENTIST? | | |
| 1834 12 | A. YES. | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1834 13 | Q. SO IS THIS A PAPER THAT WAS PUBLISHED BY BOTH | | |
| 1834 14 | DR. FITZGERALD AND DR. PATRONO? | | |
| 1834 15 | A. CORRECT. | | |
| 1834 16 | Q. IF WE GO FORWARD TO PAGE 246 -- ACTUALLY, JUST SO I CAN -- | | |
| 1834 17 | THE SECTION ENTITLED, BEGINS ON THE PRIOR PAGE, 245 -- "COXIBS | | |
| 1834 18 | AND CARDIOVASCULAR DISEASE." | | |
| 1834 19 | A. YOU READ THAT CORRECTLY. | | |
| 1834 20 | Q. WHEN WAS THIS PAPER PUBLISHED? | | |
| 1834 21 | A. SEPTEMBER 2004. | | |
| 1834 22 | Q. WAS THAT RIGHT BEFORE THE APPROVE RESULTS BECAME KNOWN OUT | | |
| 1834 23 | HERE IN THE TIME LINE? | | |
| 1834 24 | A. YES. | | |
| 1834 25 | Q. AND IS THIS PAPER WHAT THEY CALL A REVIEW ARTICLE? | | |
| 1835 1 | A. YES. | | |
| 1835 2 | Q. AND WHAT IS A REVIEW ARTICLE? | | |
| 1835 3 | A. THERE ARE ORIGINAL RESEARCH ARTICLES WHERE YOU REPORT THE | | |
| 1835 4 | RESULTS OF AN EXPERIMENT YOU DID, AND A REVIEW ARTICLE IS WHERE | | |
| 1835 5 | YOU SYNTHESIZE EVERYTHING FROM ALL OF THE LITERATURE AND WRITE | | |
| 1835 6 | YOUR GENERAL CONCLUSIONS ABOUT IT. | | |
| 1835 7 | Q. NOW, IF WE CONTINUE IN WHAT DR. PATRONO AND DR. FITZGERALD | | |
| 1835 8 | ACTUALLY WROTE AT THE TIME, CAN YOU READ FOR US WHAT THEY WERE | | |
| 1835 9 | TELLING THE SCIENTIFIC AND MEDICAL COMMUNITY AS LATE AS | | |
| 1835 10 | SEPTEMBER 2004? | | |
| 1835 11 | A. "WHILE THE CAUSE OF THE APPARENT EXCESS RISK OF MI IN THE | | |
| 1835 12 | VIOXX GI OUTCOMES RESEARCH TRIAL" -- THAT'S VIGOR -- "CANNOT BE | | |
| 1835 13 | CONCLUSIVELY ESTABLISHED, A COMBINATION OF SOME | | |
| 1835 14 | CARDIOPROTECTIVE EFFECT OF NAPROXEN AND THE PLAY OF CHANCE DOES | | |
| 1835 15 | SEEM TO OFFER A PLAUSIBLE EXPLANATION FOR THESE UNEXPECTED | | |
| 1835 16 | FINDINGS. WHILE OTHER MECHANISMS CANNOT BE DISCOUNTED, THERE | | |
| 1835 17 | IS CURRENTLY LITTLE EVIDENCE IN HUMANS TO SUPPORT A | | |
| 1835 18 | PROTHROMBOTIC EFFECT FOR COXIBS." | | |
| 1835 19 | Q. AND WHAT DOES THIS LAST SENTENCE HERE MEAN: "AS OF | | |
| 1835 20 | SEPTEMBER OF 2004, WHEN THIS REVIEW PUBLICATION WAS SENT OUT"? | | |
| 1835 21 | MR. BLIZZARD: YOUR HONOR, I DON'T THINK THAT | | |
| 1835 22 | SENTENCE NEEDS INTERPRETATION. | | |
| 1835 23 | THE COURT: WELL, IT SAYS WHAT IT SAYS. | | |
| 1835 24 | THE WITNESS: I DON'T THINK IT DOES NEED MUCH | | |
| 1835 25 | INTERPRETATION. THERE IS VERY LITTLE EVIDENCE THAT THE DRUG | | |
| 1836 1 | IS -- THAT THE COXIBS ARE PROTHROMBOTIC. | | |
| 1836 2 | BY MR. ISMAIL: | | |
| 1836 3 | Q. AS OF SEPTEMBER 2004, DID YOU AGREE WITH THAT SENTENCE? | | |
| 1836 4 | A. I SURE DID. | | |
| 1836 5 | Q. THERE WAS A DISCUSSION ABOUT EXHIBIT P.0105. | | |
| 1836 6 | A. WHICH IS WHAT? | | |
| 1836 7 | Q. THE PHASE III OSTEOARTHRITIS CLINICAL DEVELOPMENT | | |
| 1836 8 | STRATEGY. | | |
| 1836 9 | A. OH, YES. OKAY. I HAVE IT. | | |
| 1836 10 | Q. I THINK YOU WERE DIRECTED TO PAGE 4 OF THIS DOCUMENT, AND | | |
| 1836 11 | LET ME GET IT UP. ARE YOU WITH ME? | | |
| 1836 12 | A. YES. | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1836 13 | Q. AND THEN YOU'RE ON PAGE 4? | | |
| 1836 14 | A. YES. | | |
| 1836 15 | Q. AND YOU WERE ASKED TO READ THIS PARAGRAPH RIGHT HERE. | | |
| 1836 16 | WHAT DOES THIS PARAGRAPH MEAN WITH REGARD TO THE RISK OF NSAID | | |
| 1836 17 | TOXICITY AS IT INCREASES WITH AGE AND PROLONGED USE? WHAT IS | | |
| 1836 18 | BEING DISCUSSED IN THE PARAGRAPH MR. BLIZZARD ASKED YOU TO | | |
| 1836 19 | READ? | | |
| 1836 20 | MR. BLIZZARD: YOUR HONOR, THERE ARE ACTUALLY TWO | | |
| 1836 21 | PARAGRAPHS FROM THIS DOCUMENT HE READ. IF YOU WANT HIM TO JUST | | |
| 1836 22 | GO OVER THE ONE, THAT'S FINE. | | |
| 1836 23 | BY MR. BLIZZARD: | | |
| 1836 24 | Q. I'M GOING TO ASK YOU ABOUT THE PARAGRAPH HE DIDN'T ASK YOU | | |
| 1836 25 | ANY QUESTIONS ABOUT BUT HAD YOU READ. | | |
| 1837 1 | A. ESSENTIALLY, I THINK IT'S DESCRIBING THE RATIONALE FOR WHY | | |
| 1837 2 | THERE IS A NEED FOR MEDICINES BETTER THAN NSAIDS. AS PEOPLE | | |
| 1837 3 | GET OLDER AND THEY TAKE THESE MEDICATIONS FOR LONG PERIOD OF | | |
| 1837 4 | TIME, THEY GET -- THAT INCREASES THEIR RISK OF HAVING ONE OF | | |
| 1837 5 | THESE PERFORATIONS OR ULCERS OR BLEEDS; AND SO THAT'S THE | | |
| 1837 6 | RATIONALE FOR WHY A COX-2 SPECIFIC INHIBITOR WOULD BE | | |
| 1837 7 | POTENTIALLY BETTER. | | |
| 1837 8 | Q. DOES THE FINAL SENTENCE IN THIS PARAGRAPH RELATE IN ANY | | |
| 1837 9 | WAY TO YOUR DISCUSSION YESTERDAY ABOUT THE MEDICAL PROMISE OF | | |
| 1837 10 | COX-2 INHIBITORS? | | |
| 1837 11 | A. YES. I THINK IT SORT OF SUMMARIZES WE BELIEVED THIS WOULD | | |
| 1837 12 | BE AN IMPORTANT BENEFIT -- NEW MEDICINE FOR PATIENTS. | | |
| 1837 13 | Q. AND THEN MR. BLIZZARD ASKED YOU TO READ THE NEXT | | |
| 1837 14 | PARAGRAPH, AND HE ASKED YOU SOME QUESTIONS ABOUT WHETHER MERCK | | |
| 1837 15 | PUT RESOURCES IN TO, I THINK YOU SAID, ACCELERATE THE CLINICAL | | |
| 1837 16 | DEVELOPMENT PROGRAM OF VIOXX. DO YOU RECALL THAT? | | |
| 1837 17 | A. CORRECT. | | |
| 1837 18 | Q. FIRST OF ALL, WHEN WE LOOKED AT THOSE PHASE II MEETINGS | | |
| 1837 19 | WITH THE FDA AND MERCK, DID THE FDA SIGN OFF ON HOW LONG MERCK | | |
| 1837 20 | WAS TAKING AND DEVELOPING VIOXX BEFORE IT WAS FIRST BROUGHT TO | | |
| 1837 21 | THE MARKET? | | |
| 1837 22 | A. THEY DON'T COMMENT ON HOW LONG IT TAKES YOU TO DO THINGS. | | |
| 1837 23 | THEY COMMENT ON YOUR STUDIES: ARE YOUR STUDIES ADEQUATELY | | |
| 1837 24 | DESIGNED TO ANSWER THE QUESTIONS THAT THEY WOULD WANT ANSWERED | | |
| 1837 25 | BEFORE THEY CAN APPROVE THE DRUG. IF IT TAKES YOU TEN YEARS TO | | |
| 1838 1 | DO THEM, THAT'S YOUR PROBLEM. ALL THEY ARE AGREEING ON IS THE | | |
| 1838 2 | SCIENCE AND THE SPECIFIC STUDIES YOU PROPOSED. | | |
| 1838 3 | Q. DID ANY OF THESE EFFORTS TO ACCELERATE THE CLINICAL | Re: [1838:3-1838:7] | Overruled |
| 1838 4 | DEVELOPMENT PROGRAM FOR VIOXX RESULT IN MERCK SHORTENING THE | Pltf Obj Lack of | |
| 1838 5 | STUDIES THAT IT OTHERWISE WOULD DO WITH RESPECT TO PATIENT | personal knowledge | |
| 1838 6 | SAFETY AND OTHER ENDPOINTS? | | |
| 1838 7 | A. NO. PROBABLY NOT. | | |
| 1838 8 | Q. WHAT DID IT RELATE TO? | | |
| 1838 9 | A. IT RELATED TO -- AGAIN, I TRIED TO CLARIFY. IT'S -- IT | | |
| 1838 10 | CAN TAKE YOU TEN YEARS TO DO A STUDY OR IT CAN TAKE YOU | | |
| 1838 11 | TWO YEARS TO DO A STUDY. IT DEPENDS ON HOW MUCH RESOURCE YOU | | |
| 1838 12 | PUT INTO IT. IF YOU GET A LOT OF INVESTIGATORS AND YOU QUICKLY | | |

| | | | Objections | Rulings |
|---|---|---|---|---|
| 1838 | 13 | GET THE STUDIES OPEN AND YOU QUICKLY START ENROLLING PATIENTS, | | |
| 1838 | 14 | YOU CAN GO FASTER. | | |
| 1838 | 15 | SO THOSE ARE THE OPERATIONAL PIECES THAT THE COMPANY | | |
| 1838 | 16 | SAID, "YOU CAN OPEN A LOT OF SITES. GO AHEAD AND OPEN A LOT OF | | |
| 1838 | 17 | SITES AND TRY TO GET THE PATIENTS IN QUICKLY." | | |
| 1838 | 18 | BUT THE SPECIFIC STUDY AND HOW LONG THE STUDY WAS GOING TO | | |
| 1838 | 19 | LAST, THAT WAS THE NEGOTIATION WITH THE FDA. SO ONCE THAT WAS | | |
| 1838 | 20 | AGREED TO, YOU CAN'T -- A ONE-YEAR STUDY IS A ONE-YEAR STUDY. | | |
| 1838 | 21 | YOU CAN'T DO THAT ANY FASTER, BUT YOU CAN GET THE PATIENTS IN | | |
| 1838 | 22 | FASTER. | | |
| 1838 | 23 | Q. THERE WAS SOME DISCUSSION ABOUT DIALOGUE BETWEEN YOU AND | | |
| 1838 | 24 | SOME OF THE SCIENTISTS AT THE UNIVERSITY OF PENNSYLVANIA WITH | | |
| 1838 | 25 | REGARD TO THE URINE STUDY THAT WE SPOKE ABOUT THIS MORNING. | | |
| 1839 | 1 | A. YES. | | |
| 1839 | 2 | Q. AND THERE WAS SOME SUGGESTION IN THE QUESTIONING THAT | | |
| 1839 | 3 | THERE WAS SOME DISAGREEMENT OR ARGUMENT, OR I DON'T REMEMBER | | |
| 1839 | 4 | EXACTLY THE -- IN THE QUESTIONING. HOW WOULD YOU CHARACTERIZE | | |
| 1839 | 5 | THE DISCUSSION YOU WERE HAVING WITH DR. CATELLA-LAWSON AND | | |
| 1839 | 6 | DR. FITZGERALD WITH REGARD TO THE PUBLICATION OF THE | | |
| 1839 | 7 | EXPERIMENT? | | |
| 1839 | 8 | A. I WOULD CHARACTERIZE IT AS HEALTHY SCIENTIFIC DEBATE | | |
| 1839 | 9 | BETWEEN THE AUTHORS. PEOPLE -- THE DATA -- THERE WAS ACTUALLY | | |
| 1839 | 10 | NO DEBATE ABOUT HOW WE WOULD PRESENT THE DATA. THE DEBATE WAS | | |
| 1839 | 11 | HOW WOULD WE INTERPRET THE DATA, AND SCIENTISTS DO HAVE | | |
| 1839 | 12 | DIFFERENCES OF OPINION ABOUT THAT AND WE WORKED THROUGH IT. | | |
| 1839 | 13 | Q. DO YOU RECOGNIZE EXHIBIT 3124? | | |
| 1839 | 14 | A. I DO. | | |
| 1839 | 15 | Q. DO YOU RECOGNIZE IT AS A LETTER FROM DR. CATELLA-LAWSON TO | | |
| 1839 | 16 | YOUR BOSS, DR. BETH SEIDENBERG? | | |
| 1839 | 17 | A. YES. | | |
| 1839 | 18 | MR. ISMAIL: I MOVE THE ADMISSION OF 3124, | | |
| 1839 | 19 | YOUR HONOR. | | |
| 1839 | 20 | MR. BLIZZARD: NO OBJECTION, YOUR HONOR. | | |
| 1839 | 21 | THE COURT: LET IT BE ADMITTED. | | |
| 1839 | 22 | BY MR. ISMAIL: | | |
| 1839 | 23 | Q. AND IS THIS THE DR. CATELLA-LAWSON WHO WAS ONE OF THE PENN | | |
| 1839 | 24 | RESEARCHERS THAT YOU WERE DISCUSSING THE PUBLICATION OF THE | | |
| 1839 | 25 | URINE STUDY WITH? | | |
| 1840 | 1 | A. YES, FRANCESCA WAS THE FIRST AUTHOR. | | |
| 1840 | 2 | Q. AND THIS IS A LETTER SHE WROTE TO YOUR BOSS, | | |
| 1840 | 3 | BETH SEIDENBERG? | | |
| 1840 | 4 | A. CORRECT. | | |
| 1840 | 5 | Q. AND HERE SHE IS DISCUSSING HOW LONG SHE'S KNOWN YOU, AND | | |
| 1840 | 6 | THE WORK THAT SHE'S RELATING HERE WITH DR. FITZGERALD AND | | |
| 1840 | 7 | PROTOCOL 023. WHAT IS THAT EXPERIMENT? | | |
| 1840 | 8 | A. THAT'S THE ONE WE JUST TALKED ABOUT. | | |
| 1840 | 9 | Q. THE URINE EXPERIMENT WE HAVE BEEN TALKING ABOUT ALL DAY? | | |
| 1840 | 10 | A. THE URINE EXPERIMENT, RIGHT. | | |
| 1840 | 11 | Q. AND HOW DOES -- WELL, I'LL READ THEM SO YOU DON'T HAVE TO | Re: [1840:11-1840:22] | |
| 1840 | 12 | READ DR. CATELLA-LAWSON'S COMMENTS. "WORKING WITH BRIGGS HAS | Pltf Obj 401-402, 403 | |

| | Objections | Rulings |
|---|---|---|

```
1840 13   BEEN A VERY PLEASURABLE AND PRODUCTIVE EXPERIENCE.  BRIGGS IS
1840 14   EFFICIENT, INTELLECTUALLY HONEST, AND WELL VERSED IN THE DESIGN
1840 15   AND IMPLEMENTATION OF CLINICAL TRIALS."  DO YOU SEE THAT?
1840 16   A.  I DO.
1840 17   Q.  WOULD YOU AGREE THAT THIS COMPLIMENT PAID BY
1840 18   DR. CATELLA-LAWSON IS INDICATIVE OF THE TONE OF YOUR
1840 19   INTERACTION WITH THE PENN RESEARCHERS?
1840 20   A.  YES.  FRANCESCA WAS KIND ENOUGH TO WRITE A LETTER.  WHEN
1840 21   WE GET PROMOTED, SOMEONE HAS GOT TO WRITE YOU A LETTER OF
1840 22   RECOMMENDATION, SO FRANCESCA WAS KIND ENOUGH TO DO THAT.
1840 23   Q.  NOW, I THINK, GOING FURTHER IN THIS DISCUSSION OF THE
1840 24   PAPER, THERE WAS SOME -- GOING THROUGH THE DRAFTING HISTORY OF
1840 25   THE PAPER, THE PAPER WAS WRITTEN AND REWRITTEN, AND SEVERAL
1841  1   LETTERS WERE MADE ALONG THE WAY.  DO YOU RECALL THAT
1841  2   DISCUSSION?
1841  3   A.  I DO.
1841  4   Q.  ULTIMATELY, THE WAY THAT PAPER WAS PRESENTED IN THE
1841  5   MEDICAL LITERATURE, HAD DR. FITZGERALD SIGNED OFF ON EVERYTHING
1841  6   THAT WAS PRESENTED?
1841  7   A.  YES.  DR. FITZGERALD'S NAME -- HE IS THE LAST AUTHOR;
1841  8   FRANCESCA IS THE FIRST AUTHOR.  THEY ARE NOT GOING TO PUT THEIR
1841  9   NAME ON A PAPER UNLESS THEY AGREE WITH THE WAY IT'S WRITTEN.
1841 10   SO YES, THERE WAS SCIENTIFIC DEBATE ABOUT HOW THEY GET THERE;
1841 11   BUT AT THE END OF THE DAY, WHAT WE PUBLISHED IS WHAT WE ALL
1841 12   AGREED WAS A REASONABLE PRESENTATION AND INTERPRETATION OF THE
1841 13   DATA.
1841 14   Q.  DID THE PAPER GO THROUGH PEER REVIEW?
1841 15   A.  YES, IT DID.  IT ACTUALLY WENT THROUGH INTERNAL MERCK PEER
1841 16   REVIEW, AND IT WENT THROUGH THE JOURNAL'S PEER REVIEW.
1841 17   Q.  AND WITH RESPECT TO THE EXTERNAL PEER REVIEW OF THE
1841 18   MEDICAL JOURNAL, HAD THE PEER REVIEWERS AND THE EDITORS OF THAT
1841 19   JOURNAL SIGNED OFF ON THE PRESENTATION OF THE DATA AND
1841 20   DISCUSSION ABOUT THAT DATA?
1841 21   A.  YES.
1841 22   Q.  AND I THINK THERE WAS A QUESTION, GEE, IF YOU WERE
1841 23   SEARCHING PROSTACYCLIN ONLY IN THE TITLE, WOULD YOU FIND THIS
1841 24   PAPER?  DO YOU RECALL THAT QUESTION?
1841 25   A.  I DO.
1842  1   Q.  WHEN RESEARCHERS RESEARCH PUBLICATIONS, DO THEY ONLY
1842  2   SEARCH THE TITLE OF ARTICLES OR DO THEY ACTUALLY SEARCH THE
1842  3   ABSTRACTS AND DISCUSSIONS?
1842  4   A.  THE ABSTRACT.
1842  5   Q.  AND I THINK YOU WERE TRYING TO POINT OUT TO MR. BLIZZARD
1842  6   THAT -- FIRST OF ALL, WHAT IS AN ABSTRACT?
1842  7   A.  AN ABSTRACT IS SORT OF THE CLIFFSNOTES VERSION.  IT'S THE
1842  8   SUMMARY PART -- SUMMARY OF WHAT THE STUDY WAS ABOUT, AND SOME
1842  9   PEOPLE JUST READ THE ABSTRACT TO TRY TO FIGURE OUT DO I WANT TO
1842 10   READ THE WHOLE THING.  SO IT'S THE BRIEF VERSION.
1842 11   Q.  AND DO YOU AND YOUR OTHER COAUTHORS DISCUSS THIS ENTIRE
1842 12   URINE METABOLITE PROSTACYCLIN ISSUE RIGHT THERE IN THE
```

|  |  | Objections | Rulings |
|---|---|---|---|
| 1842 13 | CLIFFSNOTES VERSION OF THE PAPER? | | |
| 1842 14 | A. YEAH. IT SAYS, "THE URINARY EXCRETION OF THE PROSTACYCLIN | | |
| 1842 15 | METABOLITE," AND I WON'T READ THE SCIENTIFIC TERM, "BUT | | |
| 1842 16 | DECREASED BY MK-966 AND INDOMETHACIN AND WAS UNCHANGED BY | | |
| 1842 17 | PLACEBO. COX-2 MAY PLAY A ROLE IN THE SYSTEMIC BIOSYNTHESIS OF | | |
| 1842 18 | PROSTACYCLIN IN HEALTHY HUMANS." | | |
| 1842 19 | Q. NOW, THIS ENTIRE FITZGERALD HYPOTHESIS AND IMBALANCE | | |
| 1842 20 | ISSUE, IS IT BASED ON WHAT A COX-2 INHIBITOR DOES TO THE COX-2 | | |
| 1842 21 | ENZYME? IS THAT THE HYPOTHESIS, THE BASIS OF THE HYPOTHESIS? | | |
| 1842 22 | A. I'M NOT SURE I UNDERSTAND YOUR QUESTION. | | |
| 1842 23 | Q. ME EITHER. SO I'LL REPHRASE IT. THE EXPERIMENT THAT YOU | | |
| 1842 24 | WERE DOING WITH DR. FITZGERALD AND DR. CATELLA-LAWSON HAD BOTH | | |
| 1842 25 | A. NONSELECTIVE INHIBITOR WHICH WOULD KNOCK OUT BOTH ENZYMES? | | |
| 1843 1 | A. YES. | | |
| 1843 2 | Q. AND THEN A COX-2 INHIBITOR THAT KNOCKED OUT JUST COX-2; | | |
| 1843 3 | CORRECT? | | |
| 1843 4 | A. CORRECT. | | |
| 1843 5 | Q. AND WAS THE IMBALANCE THEORY BASED ON JUST IF YOU INHIBIT | | |
| 1843 6 | COX-2 AND NOT COX-1, YOU CREATE ONE OF THESE IMBALANCE -- | | |
| 1843 7 | A. YES, THE IMBALANCE THEORY WAS THAT THE COX-2 INHIBITORS DO | | |
| 1843 8 | SOMETHING DIFFERENT THAN THE DUAL INHIBITORS. | | |
| 1843 9 | Q. NOW, IS VIOXX A REVERSIBLE INHIBITOR OF COX-2? | Re: [1843:9-1844:6] | Overruled |
| 1843 10 | A. YES. | Pltf Obj 701-702; 403 | |
| 1843 11 | Q. WHAT DOES THAT MEAN? | | |
| 1843 12 | A. THERE ARE REVERSIBLE INHIBITORS AND IRREVERSIBLE | | |
| 1843 13 | INHIBITORS. REVERSIBLE MEANS THAT IT WILL BIND, BUT THEN IT | | |
| 1843 14 | WILL FALL OFF. SO, OVER TIME, IT GOES AWAY. IRREVERSIBLE | | |
| 1843 15 | INHIBITORS WILL BIND AND THEY NEVER COME OFF, AND UNTIL THAT | | |
| 1843 16 | LITTLE FACTORY GETS BROKEN DOWN BY THE BODY, IT WILL ALWAYS | | |
| 1843 17 | INHIBIT IT. | | |
| 1843 18 | Q. AND I THINK YOU MENTIONED THIS MORNING THAT AFTER TWO DAYS | | |
| 1843 19 | OR SO, OR THREE DAYS, VIOXX IS NOT HAVING ANY CLINICAL, | | |
| 1843 20 | MEANINGFUL EFFECT IN THE BODY? | | |
| 1843 21 | A. RIGHT. YOUR BODY HAS BROKEN IT DOWN, SO IT'S NOT IN YOUR | | |
| 1843 22 | BODY ANYMORE; AND BECAUSE IT'S REVERSIBLE, IT'S COME OFF THE | | |
| 1843 23 | ENZYME. SO THE ENZYME CAN START WORKING AGAIN. IT CAN DO WHAT | | |
| 1843 24 | IT NORMALLY DOES. | | |
| 1843 25 | Q. SO IF YOU HAVEN'T TAKEN THE MEDICINE FOR A FEW DAYS, ARE | | |
| 1844 1 | YOU HAVING ANY CLINICAL MEANINGFUL INHIBITION OF COX-2 AT ALL? | | |
| 1844 2 | A. NO. | | |
| 1844 3 | Q. WOULD THAT INCLUDE ANY HYPOTHETICAL DECREASE IN | | |
| 1844 4 | PROSTACYCLIN? | | |
| 1844 5 | A. IF IT'S -- IF IT'S NOT IN YOUR BODY AT ADEQUATE LEVELS TO | | |
| 1844 6 | INHIBIT THE ENZYME, IT DOESN'T DO ANYTHING. | | |
| 1844 7 | Q. LAST DISCUSSION THAT I WANT TO HAVE, DR. MORRISON, WAS | | |
| 1844 8 | MR. BLIZZARD ASKED YOU ABOUT THE APPROVE STUDY. I THINK HE | | |
| 1844 9 | INDICATED TO YOU THAT OR ASKED YOU WHETHER THERE WAS ANY CV | | |
| 1844 10 | OUTCOMES STUDY DONE ON VIOXX, AND YOU MENTIONED A PROTOCOL 203. | | |
| 1844 11 | WAS THAT A CV OUTCOMES STUDY THAT WAS DESIGNED TO BE CARRIED | | |
| 1844 12 | OUT WITH VIOXX? | | |

|  |  | Objections | Rulings |
|---|---|---|---|
| 1844 13 | A. YES. | | |
| 1844 14 | Q. AND THAT WAS UNDERWAY AND GOING ON FOR SOME YEARS -- | | |
| 1844 15 | A. YES. | | |
| 1844 16 | Q. -- AS OF SEPTEMBER 2004? | | |
| 1844 17 | A. YES. | | |
| 1844 18 | Q. AND THEN HE SHOWED YOU A COPY OF THE PAPER. WAS THIS THE | | |
| 1844 19 | PAPER THAT HE SHOWED YOU? | | |
| 1844 20 | A. YES. | | |
| 1844 21 | Q. AND THIS IS THE APPROVE PUBLICATION? | | |
| 1844 22 | A. CORRECT. | | |
| 1844 23 | Q. AND I THINK MR. BLIZZARD ASKED YOU TO READ SOME RELATIVE | | |
| 1844 24 | RISKS IN -- I THINK IT WAS TABLE 2 THAT HE SHOWED YOU HERE. DO | | |
| 1844 25 | YOU RECALL THAT? | | |
| 1845 1 | A. I DO. | | |
| 1845 2 | Q. NOW, ARE THE RESULTS REFLECTING THE EVENTS THAT | | |
| 1845 3 | OCCURRED -- FIRST OF ALL, HOW LONG OF A STUDY WAS THIS? | | |
| 1845 4 | A. ABOUT THREE YEARS. | | |
| 1845 5 | Q. AND WERE THE RESULTS THAT MR. BLIZZARD DIRECTED TO YOU THE | | |
| 1845 6 | RESULTS THAT OCCURRED THROUGHOUT THE THREE YEARS THAT PATIENTS | | |
| 1845 7 | WERE ON MEDICINE? | | |
| 1845 8 | A. YES. THIS IS A CUMULATIVE NUMBER SET BY THE END OF THE | | |
| 1845 9 | STUDY. | | |
| 1845 10 | Q. IS THERE A GRAPH IN THE PAPER THAT LOOKS AT THESE | | |
| 1845 11 | THROMBOTIC EVENTS BASED ON HOW LONG A PATIENT IS ON THE | | |
| 1845 12 | MEDICINE? | | |
| 1845 13 | A. YES, THERE IS. | | |
| 1845 14 | Q. HAVE I SHOWN IN FIGURE 2 ONE SUCH GRAPH? | | |
| 1845 15 | A. YES. THIS IS -- I'M NOT SURE IF YOU -- IF THIS KIND OF A | | |
| 1845 16 | GRAPH HAS BEEN SHOWN BEFORE. SO WHAT IT IS ON THE BOTTOM IS | | |
| 1845 17 | TIME; AND ON THE -- GOING UP IS THE CUMULATIVE NUMBER, AND SO | | |
| 1845 18 | THE LINE'S BASICALLY JUST -- YOU'RE ESSENTIALLY WATCHING EVERY | | |
| 1845 19 | TIME THERE IS AN UPTICK, THAT'S BECAUSE THERE WAS AN EVENT; AND | | |
| 1845 20 | YOU GET THE CUMULATIVE NUMBER OVER TIME. SO THERE IS THE VIOXX | | |
| 1845 21 | ARM AND THERE IS THE PLACEBO ARM. | | |
| 1845 22 | Q. SO IF WE WANTED TO, COULD WE LOOK AT THIS GRAPH TO SEE | | |
| 1845 23 | WHETHER THERE WAS ANY DIFFERENCE -- STATISTICALLY SIGNIFICANT | | |
| 1845 24 | DIFFERENCE BETWEEN VIOXX AND A SUGAR PILL AT PARTICULAR POINTS | | |
| 1845 25 | IN TIME? | | |
| 1846 1 | A. CORRECT. THE OTHER THING YOU SEE THERE ARE THOSE BARS | | |
| 1846 2 | GOING UP OR DOWN. | | |
| 1846 3 | Q. I'M GOING TO TRY -- I'LL HIGHLIGHT TWO OF THEM. HOW DOES | | |
| 1846 4 | THAT SOUND? | | |
| 1846 5 | A. THOSE ARE ESSENTIALLY GIVING THAT 95 PERCENT CONFIDENCE | | |
| 1846 6 | INTERVAL FOR AT THAT TIME. SO AT VARIOUS TIMES THEY PUT THE | | |
| 1846 7 | BARS; AND WHEN THE TWO BARS DON'T TOUCH EACH OTHER, NOW YOU SAY | | |
| 1846 8 | IT'S STATISTICALLY SIGNIFICANT. NOW, THE 95 PERCENT COUNTS | | |
| 1846 9 | DON'T OVERLAP, AND THAT'S STATISTICALLY DIFFERENT. | | |
| 1846 10 | Q. SO IF WE WANTED TO FIND OUT WHETHER A PATIENT WHO TOOK | | |
| 1846 11 | VIOXX FOR 12 MONTHS OR LESS HAD ANY DIFFERENCE BETWEEN THE | | |
| 1846 12 | SUGAR PILL, COULD WE LOOK AT THIS GRAPH TO DO SO? | | |

|  |  |  | Objections | Rulings |
|---|---|---|---|---|
| 1846 | 13 | A. YES. | | |
| 1846 | 14 | Q. AND CAN YOU PLEASE TELL US WHETHER -- LOOKING AT THIS | Re: [1846:14-1846:22] | Overrule |
| 1846 | 15 | GRAPH, WHAT IT SHOWS WITH REGARD TO WHETHER THERE IS ANY | Pltf Obj 701-702 | |
| 1846 | 16 | DIFFERENCE BETWEEN VIOXX AND A SUGAR PILL FOR FOLKS WHO TAKE IT | | |
| 1846 | 17 | UP TO 12 MONTHS? | | |
| 1846 | 18 | A. I THINK THE MEMBERS OF THE JURY CAN LOOK AT THAT PICTURE | | |
| 1846 | 19 | AND SEE THE TWO LINES ARE COMPLETELY OVERLAPPING, AND THE | | |
| 1846 | 20 | TWO BARS ARE COMPLETELY OVERLAPPING. THERE IS NO EVIDENCE IN | | |
| 1846 | 21 | THIS EXPERIMENT THAT AT 12 MONTHS THERE IS ANY DIFFERENCE | | |
| 1846 | 22 | BETWEEN VIOXX AND THE PLACEBO. | | |
| 1846 | 23 | Q. AND CAN YOU TELL, EVEN GOING FURTHER, UP TO 18 MONTHS? | | |
| 1846 | 24 | A. AT 18 MONTHS THE LINES STILL, AGAIN, OVERLAP. | | |
| 1846 | 25 | Q. AND DO YOU SEE A SEPARATION BEGIN AT THE 18-MONTH POINT? | | |
| 1847 | 1 | A. YES. | | |
| 1847 | 2 | Q. AND I'M NOT SURE YOU CAN TELL EXACTLY WHEN THE DATA | | |
| 1847 | 3 | BECOMES STATISTICALLY SIGNIFICANT, BUT IS IT OUT HERE AT SOME | | |
| 1847 | 4 | POINT IN THE 32, 33-MONTH RANGE? | | |
| 1847 | 5 | A. THE ONLY THING YOU CAN TELL FROM THE FIGURE, IT IS AT 36 | | |
| 1847 | 6 | AND IT'S NOT AT 30. | | |
| 1847 | 7 | Q. SOMEWHERE BETWEEN 30 AND 36 MONTHS? | | |
| 1847 | 8 | A. YEAH. | | |
| 1847 | 9 | MR. ISMAIL: THANK YOU, DR. MORRISON. NO FURTHER | | |
| 1847 | 10 | QUESTIONS. | | |