## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **William Everett Allen, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Floyd Gene Adams, individually and on*** | * | |
| ***behalf of Teresa Y. Adams*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:05-cv-04421*** | * | |

*************************************

### <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT. IS ORDERED that the claims of plaintiff Floyd Gene Adams, individually and on

behalf of Teresa Y. Adams, in the above-captioned case be and they hereby are dismissed with

prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>24th</u> day of _____ June _____, 2010.

_____
DISTRICT JUDGE