| | |
|---|---|
| Deloris Ivers, Individually and As Representative of the Estate of Sadie Allen, Deceased, Silvia T. Schoenberger, Individually and As Representative of the Estate of Matias A. Barranada, Deceased, Connie Beach, Individually and As Representative of the Estate of John R. Beach, Deceased, Carolina Chattos, Individually and As Representative of the Estate of Wilma J. Chattos, Deceased, Judy Stevenson, Individually and As Representative of the Estate of Martha C. Chute, Deceased, Joyce Salvagna, Individually and As Representative of the Estate of Juanita F. Dobbins, Deceased, Wayne Jones, Individually and As Representative of the Estate of Mildred Jones, Deceased, James F. McGhee, Individually and As Representative of the Estate of Helen M. McGhee, Deceased, Lorraine Reed, Individually and As Representative of the Estate of William T. Reed, Sr., Deceased, the Estate of Donald L. Riddick, Deceased, Barbara Sanders, Individually and As Representative of the Estate of Brian J. Sanders, Deceased, and Robert White, Individually and As Representative of the Estate of Arlene White, Deceased,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL DOCKET NO. 1657<br><br>MDL CIVIL ACTION # 2:05-cv-02946<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. Rule 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff(s), Robert White, Individually and as Representative of the

V1013

Estate of Arlene White, Deceased,, against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Grant Kaiser
The Kaiser Firm, L.L.P.
8441 Gulf Freeway, Suite 600
Houston, Texas 77017-5001
713-223-0000

Dated: **FEB 2 4 2008**

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 6-23-10

21751 **OH**
1102028

V1013

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of June, 2010.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.