UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION L |
| | JUDGE ELDON E. FALLON |
| **THIS DOCUMENT RELATES TO:** *Robert Hulteen v. Merck & Co., Inc.,* **Case No. 2:06cv0682** | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a) (1), the undersigned counsel hereby stipulate that

all claims of plaintiff Robert Hulteen against defendant Merck & Co., Inc. and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully Submitted by:

Dated: _____ |-2-| _____ , 2008

James P. Frickleton, MO #31178
Bartimus, Frickleton, Robertson & Gorny
11150 Overbrook Drive, Suite 200
Leawood, KS 66211
(913) 266-2300
Fax (913) 266-2366

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 6411
(816)701-1100
Fax (816)531-2372

Grant L. Davis, MO #34799
Shawn Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main Street, Suite 2930

Kansas City, MO 64105
(816) 421-1600
Fax (816) 512-2172

J. Scott Bertram, MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Ste 225
Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
712 Broadway, Suite 100
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza, MO #32475
Brad Honnold, MO #39818
11150 Overbrook Road, Suite 250
Leawood, KS 66211
(913) 451-3433
Fax (913) 261-0087

Attorneys for Plaintiff Robert Hulteen

2

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(Tel): 504-581-3200
(Fax): 504-581-3361

Attorneys for
Merck & Co., Inc.

Dated: 62410

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With

Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 26th day of June, 2010.

> */s/ Stephen G. Strauss*
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone:  314-259-2000
> Fax:      314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.