|  |  |
|---|---|
| MICHAEL BRIDGMAN, et al., ) | IN THE UNITED STATES |
| ) | DISTRICT COURT FOR THE |
| Plaintiffs, ) | EASTERN DISTRICT OF |
| ) | LOUISIANA |
| ) |  |
| v. ) |  |
| ) | Case Code No: 1657 |
| ) | Docket No: 2:05-cv-05141-EEF-DEK |
| MERCK & CO., INC., ) |  |
| ) | STIPULATION OF DISMISSAL |
| Defendant. ) | WITH PREJUDICE |
| ) | AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, **Robert L. Peterson**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

James P. Frickleton, MO #31178
Bartimus, Frickleton, Robertson & Gorny
11150 Overbrook Dr., Ste. 200
Leawood, KS 66211
T: 913-266-2300
F: 913-266-2366

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO#54923
Wagstaff & Cartmell LLP
4740 Grand Ave., Ste. 300
Kansas City, MO 64112
T: 816-701-1100
F: 816-531-2372

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 6-24-10

Grant L. Davis, MO #34799
Shawn Foster, MO #47663
Davis Bethune & Jones, LLC
1100 Main St., Ste. 2930
Kansas City, MO 64105
T: 816-421-1600
F: 816-512-2172

J. Scott Bertram, MO #23715
The Bertram Law Firm, LLC
9229 Ward Parkway, Ste. 225
Kansas City, MO 64114
T: 816-523-2205
F: 816-523-8258

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
712 Broadway, Ste. 100
Kansas City, MO 64105
T: 816-221-2288
F: 816-221-3999

Kirk Goza, MO #32475
Brad Honnold, MO #39818
11150 Overbrook Rd., Ste. 250
Leawood, KS 66211
T: 913-451-3433
F: 913-261-0087

Wayne R. Spivey, Atty. ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
T: 800-568-5868
F: 215-568-7495

Attorneys for Plaintiff

Dated: 11-7-08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of June, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.