IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

SARAH E. NICHOLS, as Personal )
Representative of the Estate of SARAH G. )
NICHOLS, )
)
Plaintiff, ) Case Code No.: 1657
)
v. ) Docket No.: 2:06-cv-01951-EEF-DEK
)
MERCK & CO., ET AL., )
)
Defendants. )

\* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS, G. RANDOLPH SCHRODT, JR., M.D. AND INTEGRATIVE PSYCHIATRY, LLC

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff, Sarah E. Nichols, individually and as the Personal Representative of the Estate of Sarah E. Nichols, against Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Ann B. Oldfather                   Stephen C. Hall
OLDFATHER LAW FIRM                 Seth A. Gladstein
1330 South Third Street            STOLL KEENON OGDEN PLLC
Louisville KY 40208                2000 PNC Plaza
PH: (502) 637-7200                 500 West Jefferson Street
FAX: (502) 637-3999                Louisville KY 40202
*Counsel for Plaintiff*            PH: (502) 333-6000
                                   FAX: (502) 333-6099
                                   *Counsel for Defendants, G. Randolph
                                   Schrodt, Jr., M.D. and Integrative
                                   Psychiatry, LLC*

Dated: June 17, 2010               Dated: June 15, 2010