## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH E. NICHOLS, as Personal Representative of the Estate of SARAH G. NICHOLS, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., ET AL., <br><br> Defendants. | Case Code No.: 1657 <br><br> Docket No.: 2:06-cv-01951-EEF-DEK |

\* \* \* \* \* \*

## AGREED ORDER OF DISMISSAL

Plaintiff, Sarah E. Nichols, as Personal Representative of the Estate of Sarah G. Nichols ("Plaintiff"), and Defendants, G. Randolph Schrodt, Jr., M.D. ("Dr. Schrodt") and Integrative Psychiatry, LLC ("Integrative Psychiatry"), by counsel, have resolved this dispute as between them. They now ask the Court to enter this Order. Having done so, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this case is dismissed as to Dr. Schrodt and Integrative Psychiatry. Plaintiff's claims against Dr. Schrodt and Integrative Psychiatry are hereby dismissed, with prejudice, and each party shall pay its own costs.

This is a final and appealable Order, there being no just cause for delay in its entry.

HON. ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010

Case Code No.: 1657
Docket No.: 2:06-cv-01951-EEF-DEK
<u>Nichols v. Merck & Co., et al.</u>
Agreed Order of Dismissal
Page 2 of 2

RESPECTFULLY SUBMITTED AND AGREED TO:

_____
Ann B. Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville KY 40208
PH: (502) 637-7200
FAX: (502) 637-3999
*Counsel for Plaintiff*

_____
Stephen C. Hall
Seth A. Gladstein
STOLL KEENON OGDEN PLLC
2000 PNC Plaza
500 West Jefferson Street
Louisville KY 40202
PH: (502) 333-6000
FAX: (502) 333-6099
*Counsel for Defendants, G. Randolph Schrodt, Jr., M.D. and Integrative Psychiatry, LLC*

424604.356587/642337.1