## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **James Cotton, et al.** | * | **JUDGE FALLON** |
| ***v.*** | * | |
| ***Merck & Co., Inc.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| ***Only with regard to:*** | * | |
| ***Roy Craig*** | * | |
| | * | |
| | * | |
| ***Docket No. 2:07-cv-02202*** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Roy Craig in the above-captioned case be

and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  28th  day of _____ June _____, 2010.

_____

DISTRICT JUDGE