**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

| | |
|---|---|
| Loretta G. Whyte<br>Clerk | 500 Poydras St., Room C-151<br>New Orleans, LA 70130 |

June 24, 2010

Mr. Charles R. Fulbruge, III, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

APPEAL NO. <u>10-30452</u>

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION     MD 05-1657 L  c/w  05-1089 and 05-4578

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___ 1) Certified copy of the notice of appeal and docket entries.

   ___ 2) Certified copy of notice of a cross-appeal and docket entries.

   ___ 3) The Court of Appeals docket fee ___ WAIVED ___ HAS NOT been paid.

   ___ 4) This case is proceeding <u>in forma pauperis</u>

   ___ 5) Order Appointing Counsel  ___ CJA-20  ___ FPD

   ___ 6) District Judge entering the final judgment is ___

   ___ 7) Court Reporter assigned to the case ___

   ___ 8) If criminal case, number and names of other defendants on appeal ___

   ___ 9) This case was decided without a hearing; there will be no transcript.

   ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   <u>x</u> 1) **Certified** Copies record on appeal consisting of:

       ___ Volume(s) of record     ___ Volume(s) transcript

       ___ Volume(s) of depositions

       ___ Container(s) of exhibits ___ Expansion folder ___ Envelope ___ Box

   ___ 2) Supplemental record including, ___

   ___ 3) SEALED Docs. ___

   ___ 4) Other: ___

Very truly yours,

By___<u>Alicia Phelps</u>___
Deputy Clerk