# EXHIBIT A

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 6, 2010

**<u>Via Facsimile (717-233-3029), Original to Follow by Federal Express</u>**

Gregory M. Feather
Handler, Henning & Rosenberg LLP
1300 Linglestown Road
Harrisburg, PA 17110

      Re:    *Vioxx Plaintiffs Pedro Gonzalez, Edwin Hench, LaDonna King, Marilyn Osiecki, and Gladys Painter*

Dear Mr. Feather:

      Our letter to you of March 10, 2010 (a copy of which has been enclosed herewith) requested that you provide some additional authorizations, documents and/or other information that are required in order to obtain records for several of your clients. We are in receipt of the March 11, 2010 e-mail from Marc Prokopchak of your office, which provided the Death Certificate and Short Certificate for Ms. Painter and contact information regarding Dr. Hartman and Dr. Dahmas for Mr. Gonzalez. We appreciate your prompt response on those matters.

      There are several additional issues that were raised in our March 10 letter that still require a response. Please address the following outstanding issues that were raised in that letter:

| | |
|---|---|
| **Gonzalez, Pedro** | Please have Mr. Gonzales or his representative execute the enclosed four authorizations: (1) Philadelphia VA Medical Center, (2) Lebanon VA Medical Center, (3) Milton S. Hershey Medical Center, and (4) Social Security Administration. |
| **Osiecki, Marilyn** | Please have Ms. Osiecki execute the enclosed two authorizations: (1) Social Security Administration, and (2) Social Security Earnings Information. |
| **Painter, Gladys** | Please provide the authorization forms executed by Ms. Kathy L. Gibson, administratrix of Ms. Painter's estate. |

WILLIAMS & CONNOLLY LLP

Gregory M. Feather
April 6, 2010
Page 2

In addition to the items listed above which were requested by our March 10, 2010 letter, we have discovered the following additional records collection issues involving your clients:

| King, LaDonna | Please have Ms. King execute the enclosed two authorizations: (1) Social Security Administration, and (2) Caremark Pharmacy. |
|---|---|
| Hench, Edwin | We are unable to locate two providers listed on Mr. Hench's Plaintiff Profile Form, Dr. Barnuci and Dr. Brehm. Please provide us with some additional information, including their full names and the facilities where they treated Mr. Hench. |

Please provide the above-listed materials within ten (10) business days.

Sincerely,

Emily Renshaw Pistilli

Enclosures

cc: Ann B. Oldfather
Oldfather Law Firm (w/ enclosures, via Facsimile (502-638-3999), Original to Follow by Federal Express)

LAW OFFICES
## WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 19, 2010

**Via Facsimile (717-233-3029), Original to Follow by Federal Express**

Gregory M. Feather
Handler, Henning & Rosenberg LLP
1300 Linglestown Road
Harrisburg, PA 17110

    Re:    *Vioxx Plaintiff LaDonna King*

Dear Mr. Feather:

    In addition to the items requested in our letters to you of March 10, 2010 and April 6, 2010, we have discovered that the following additional authorization is required to collect records for one of your clients:

| | |
|---|---|
| **King, LaDonna** | Please have Ms. King execute the enclosed authorization form required by Bedford Memorial Hospital. |

    Please provide the executed authorization within ten (10) business days so that we can move forward to collect these records in a timely fashion.

Sincerely,

Emily Renshaw Pistilli

Enclosure

cc:    Ann B. Oldfather
       Oldfather Law Firm (*w/ enclosure, via email, Original to Follow by U.S. Mail*)

LAW OFFICES
# WILLIAMS & CONNOLLY LLP
725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

EMILY RENSHAW PISTILLI
(202) 434-5652
Epistilli@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

June 10, 2010

**<u>Via Facsimile (717-233-3029), Original to Follow by Federal Express</u>**

Gregory M. Feather
Handler, Henning & Rosenberg LLP
1300 Linglestown Road
Harrisburg, PA 17110

    Re:    *Vioxx Plaintiffs Pedro Gonzalez and LaDonna King*

Dear Mr. Feather:

    There are several outstanding records-collection issues concerning Mr. Gonzalez and Ms. King, as listed below. A few of these authorizations were requested previously, and there are some additional authorizations that we recently learned were required.

| **Gonzalez, Pedro** | (1) The Philadelphia VA Medical Center has requested that three additional forms (enclosed) be completed for the release of Mr. Gonzalez's records, one by his attorney.<br><br>(2) For Philhaven Hospital, they will accept the general authorizations, but they require *original signed and notarized copies*. Please have Mr. Gonzales or his representative complete the general authorizations once more (they are enclosed for your convenience), have them notarized, and return the originals to us.<br><br>(3) As I mentioned in my letter to you of March 30, CVS will not accept the general Power of Attorney provided in this case, and requires a *medical* power of attorney appointing June Ellen Whalen-Gonzalez in order to release Mr. Gonzalez's records. Please provide a medical power of attorney, or have Mr. Gonzalez himself complete the general authorizations so that those may be used to collect the records. |
|---|---|

WILLIAMS & CONNOLLY LLP

Gregory M. Feather
June 10, 2010
Page 2

| King, LaDonna | Please have Ms. King execute the enclosed three authorizations: (1) Social Security Administration, (2) Bedford Memorial Hospital and (3) CVS/Caremark. (These were previously requested on April 6 and April 19, 2010.) |
|---|---|

       Please provide the above-listed materials within ten (10) business days so that we may collect these records in a timely manner. Thank you for cooperation.

       Sincerely,

       Emily Renshaw Pistilli

Enclosures

cc:    Ann B. Oldfather *(w/ enclosures, via E-mail, Original to Follow by U.S. Mail)*