# EXHIBIT B

# Pistilli, Emily

| | |
|---|---|
| **From:** | Marc C. Prokopchak [marcp@hhrlaw.com] |
| **Sent:** | Friday, June 11, 2010 2:50 PM |
| **To:** | Pistilli, Emily |
| **Subject:** | Pedro Gonzalez and LaDonna King |

Emily,

For Pedro Gonzalez – we are having our co-counsel review these newest documents from the VA to determine whether or not we will sign them. They are not simple authorizations for release of information – they are letters of protection and therefore we need to determine if we will sign them or not.

For LaDonna King – she is MIA and we cannot find her. All attempts to reach her by phone and mail have been fruitless. You can stop sending the authorization forms – we have 3 copies of them now. We have sent these forms to multiple addresses and made numerous phone calls, and have even involved our private investigator to try to track down Ms. King. However, like I said we have not been able to find her or get her to respond. We are doing everything in our power to make this happen.

**Marc C. Prokopchak**
**Case Manager for Gregory M. Feather, Esq.**

HANDLER HENNING & ROSENBERG, LLP
1300 Linglestown Rd.
Harrisburg, PA  17110
ph: 717.238.2000
fax: 717.233.3029
E-mail: marcp@hhrlaw.com