UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Buddy Batiz, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Stacey Noles, individually and as* | * | |
| *administratrix of the estate of Willie Mae* | * | |
| *Zackery, and Reggie Taylor, Victoria* | * | |
| *Stotts, Phillip Taylor, and Corey Collins,* | * | |
| *individually* | * | |
| | * | |
| | * | |
| *Docket No. 2:07-cv-00901* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Stacey Noles, individually and as adminstratrix of the estate of Willie Mae Zackery, and Reggie Taylor, Victoria Stotts, Phillip Taylor, and Corey Collins, individually, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 28th day of     June    , 2010.

_____
DISTRICT JUDGE