UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L (3)<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:**
**State of Louisiana, ex rel. James D. Caldwell, Attorney General**
**v. Merck & Co., Inc.  05-3700**

J U D G M E N T

Considering the Court's Findings of Fact & Conclusions of Law, entered herein on June 29, 2010, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, State of Louisiana, ex rel. James D. Caldwell, Attorney General, dismissing said plaintiff's redhibition claim with prejudice and costs.

New Orleans, Louisiana, this  29th  day of June, 2010.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**