IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX ) | MDL NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ) | |
| ALL PURCHASE CLAIMS CLASS ) | JURY TRIAL DEMANDED |
| ACTION COMPLAINTS PENDING OR ) | |
| SUBJECT TO TRANSFER TO ) | PURCHASE CLAIMS MASTER |
| MDL 1657 ) | CLASS |
| ) | |
| ) | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional

Pages for Merck's Memorandum in Support of Motion for Judgment on the Pleadings or to Strike

Class Allegations in Purchase Claims Master Complaint,

**IT IS ORDERED** that defendant Merck be and it hereby is granted an additional

sixteen (16) additional pages, for a total of forty-one (41) pages for its Memorandum in Support

of Motion for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims

Master Complaint.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1021841v.1