# EXHIBIT 3



PIKE CIRCUIT COURT
35TH JUDICIAL CIRCUIT
DIVISION II

Case No. 04-CI-01493

JAMES RATLIFF, On Behalf Of Himself                                    **PLAINTIFFS**
and All Others Similarly Situated

V.                              ORDER CERTIFYING CLASS ACTION

MERCK & COMPANY, INC.                                                   **DEFENDANT**

\* \*  \*  \*  \*  \*  \*

The Plaintiff, James Ratliff ("Ratliff"), through counsel, having moved the Court to

certify this action as a Class Action pursuant to Rules 23.01 and 23.02(c) of the Kentucky Rules

of Civil Procedure, and the Court having heard arguments of counsel for Ratliff and counsel for

the Defendant, Merck & Company, Inc. ("Merck"), and being duly and sufficiently advised,

IT IS ORDERED AND ADJUDGED that the Motion of the Plaintiff Ratliff to certify this

action as a Class Action pursuant to Rules 23.01 and 23.02(c) should be, and hereby is, granted;

and

IT IS FURTHER ORDERED AND ADJUDGED that this action is certified as a Class

Action with such Class being comprised of all Kentucky residents who have purchased and taken

VIOXX during the period of May 1999 through September 30, 2004 and who, upon

recommendation and advice of the FDA and Merck have or will contact physicians to seek

advice regarding their VIOXX use; and

M01462575

IT IS FURTHER ORDERED AND ADJUDGED that counsel for the Plaintiff Class shall

prepare and provide to the Court the form of a proposed Notice of Class Certification to be

disseminated to potential members of the Class now certified by the Court.

Done this ___1ST___ day of ___April___, 2010.

STEPHEN D. COMBS, JUDGE
PIKE CIRCUIT COURT


TENDERED BY:


RICHARD A. GETTY
        and
JOE F. CHILDERS
GETTY & CHILDERS, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone:  (859) 259-1900
Facsimile:  (859) 259-1909

COUNSEL FOR PLAINTIFFS
JAMES RATLIFF, ON BEHALF OF
HIMSELF AND ALL OTHERS SIMILARLY
SITUATED

2

M01462575S

## CLERK'S CERTIFICATE OF SERVICE

     A copy of the foregoing Order Certifying Class Action was mailed, postage prepaid, to the following on this the ___7___ day of ___April___, 2010:

Richard A. Getty, Esq.
     and
Joe F. Childers, Esq.
Getty & Childers, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507

Susan J. Pope, Esq.
Frost Brown Todd, LLC
250 West Main Street, Suite 2800
Lexington, Kentucky 40507-1749

                                     CLERK, PIKE CIRCUIT COURT

ragpld3192

M01462575б