# EXHIBIT 8

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION: ATLANTIC COUNTY

| | |
|---|---|
| JEFFREY L. HENDERSON and | ) Abbreviated |
| CRISTAL JUAREZ-HENDERSON, | ) Short Form |
| h/w, | ) Amended Complaint |
|     Plaintiffs, | ) For Vioxx |
|   vs. | ) Litigation |
| MERCK & CO., INC., | ) ATL-L-1564-03-MT |
|     Defendant | ) |

---

DEPOSITION OF PETER SCHLUDERMANN, M.D.

Taken in behalf of the Defendant

November 4, 2004

Portland, Oregon

Job No: 166706

1   the risks were too great?
2       A.  Yes.
3       Q.  Did I understand you to say that your
4   daughter took VIOXX?
5       A.  Yes.
6       Q.  For what?
7       A.  She had knee pain when she did her
8   running at track at school.  And she would take it
9   before she went out and ran.
10      Q.  Did you prescribe it for her?
11      A.  Yes.
12      Q.  You wouldn't have prescribed a drug for
13  your daughter that you didn't think was safe,
14  would you?
15      A.  No.
16          MR. SPIZER:  Object to the form.
17          THE WITNESS:  I still would use it, it
18  is also an excellent medication for pain with
19  periods, dysmenorrhea, all the NSAIDs are, and the
20  once a day feature is a very nice feature for
21  that.
22  BY MR. HETRICK:
23      Q.  You said you would still use it if it
24  was available?
25      A.  Yes, we still have it at home.

7def9a8c-63a6-4715-8a94-8496ffa748fd

M005540836