# EXHIBIT 9

Page 1

```
 1       IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
 2                        AT INDEPENDENCE
 3    MARY PLUBELL, on behalf    )
      of Herself and all other   )
 4    similarly situated,        )
                                 )
 5    TED IVEY, on behalf of     )
      Himself and all other      )
 6    Similarly situated,        )
                                 )
 7              Plaintiffs,      )   Case No. 04-CV-235817
                                 )
 8         vs.                   )
                                 )
 9    MERCK & CO, INC.,          )
                                 )
10              Defendant.       )
11
12
13           DEPOSITION OF BRUCE WILLIAMS, D.O.,
14                      July 19, 2006
15               Stinson Morrison Hecker LLP
16                1201 Walnut - Suite 2900
17                 Kansas City, MO 64106
18
19      Reported by:  Barbara Q. Barrett, RMR, CCR
20
21
22
23
             P.O. Box 16155, Shawnee Mission, KS 66203
24
25   (913) 236.2929              Fax (913)  236.2930
26
```

M0067947 50

```
 1   know.  It would be a sure guess.  Maybe 25.
 2        Q.    25 percent.  And what would be the reason
 3   why you would choose 12 1/2 milligrams over a
 4   different dose?
 5        A.    I would say most typically I would start
 6   at a low dose on any medication and titrate it up,
 7   and those patients I had either just started them on
 8   the medication or they got effect with that dose.
 9        Q.    How often would you prescribe Vioxx, the
10   50-milligram dose, to your patients?
11        A.    It was rare.
12        Q.    And why would you make the decision to
13   prescribe 50-milligram Vioxx as compared to a lesser
14   dose?
15        A.    The patient would tell me generally it
16   helped but it wasn't helping completely but they
17   thought a higher dose might work or I thought we
18   could try a higher dose.
19        Q.    When you would prescribe Vioxx at the
20   50-milligram dose, would you limit the duration for
21   which the patient would take it?
22        A.    Generally, yes.
23        Q.    If Vioxx were still on the market today,
24   would you consider prescribing it for your patients?
25        A.    I've had a number of patients indicate
26
```

1  that they would still take it, yes.  If it were
2  still on the market, knowing everything I know about
3  it, I would be very reluctant to prescribe it, but I
4  know that I would have patients that would ask for
5  it.
6      Q.    And it would be a medication that you
7  would consider in the panoply of medical options
8  available?
9      A.    I would consider it briefly probably.
10     Q.    If Vioxx were on the market today, who
11 are the patients that you might consider to be
12 candidates for Vioxx?
13           MR. HILTON:  Object to form.  Calls
14 for speculation.  You can answer.
15     A.    Pretty much only patients that had no
16 risk factors for heart disease that would
17 specifically ask for it and would specifically tell
18 me that they're aware of all the risks associated
19 with it and still want to take it.  I've had some of
20 those patients.
21     Q.    (By Mr. Choate) Let's switch gears for a
22 second, Dr. Williams, and -- you know what, actually
23 can we take a break for a minute.
24           (A brief recess was taken.)
25     Q.    (By Mr. Choate) Dr. Williams, you
26