# EXHIBIT 10

```
                SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION: ATLANTIC COUNTY
                DOCKET NO. ATL-L-1615-03-MT

EDGAR LEE BOYD,

          Plaintiff,

   vs

MERCK & CO., INC.,

          Defendant.
   _____
```

ORIGINAL

DEPOSITION UNDER ORAL EXAMINATION OF
EDGAR LEE BOYD
DATE: July 7, 2004
REPORTED BY: CHARLENE FRIEDMAN, CSR, RPR, CRR




ESQUIRE DEPOSITION SERVICES
90 Woodbridge Center Drive
Suite 340
Woodbridge, New Jersey 07095
(732) 283-1060 or (800) 247-8366
JOB # 38651

1  different, nothing.  I thought I found the miracle
2  drug, I did, because it was so good.
3      Q    With all the pain that you had been
4  having and all of the things that you hadn't been
5  able to do, given those, and then the relief you
6  felt while you were on Vioxx, if someone told you
7  that there was a chance that you could experience
8  sudden onset of problems, is it your testimony that
9  you would have decided not take Vioxx?
10     A    The only way I know how to answer that
11 question is if I was on Vioxx and it was doing me
12 wonderful and good and if someone would have come
13 up and told me that at that particular time, I
14 probably wouldn't have believed them anyway.  It
15 was a wonder drug.  It was doing great.  I wouldn't
16 have probably believed them, and I wouldn't have
17 gotten off of them anyway.
18     Q    Records that we have from Good Shepherd,
19 the emergency room show that in July of 2000 you
20 went to the emergency room and it was right after
21 the 4th of July, I think, and you had been vomiting
22 and passing out at work?
23     A    Yes.
24     Q    And you also told the doctors you had
25 abdominal pain at that time?