# EXHIBIT 11

```
                                                                    1
 1              SUPERIOR COURT OF NEW JERSEY
                LAW DIVISION: ATLANTIC COUNTY
 2              DOCKET NO. ATL-L-2260-03 MT
 3              VIOXX LITIGATION
                CASE CODE NO. 619
 4
 5
 6   DEBORAH GOBLE and            :
     JOSEPH GOBLE,
 7                                :
              Plaintiffs,            DEPOSITION OF:
 8                                :
        vs.                          JOSEPH GOBLE
 9                                :
     MERCK & CO., INC.,
10                                :
              Defendant.
11   _____X
12
13
14        TRANSCRIPT of testimony as taken by and
15   before SEVA FLICSTEIN, Certified Shorthand Reporter,
16   Registered Merit Reporter, Certified Realtime
17   Reporter, a Notary Public of the State of
18   New Jersey, at the LAW OFFICES OF DECHERT LLP,
19   997 Lenox Drive, Building 3, Lawrenceville,
20   New Jersey, on Tuesday, June 7, 2005, commencing at
21   5:20 in the afternoon.
22
23
24
25
                VERITEXT/SPHERION DEPOSITION SERVICES
                         (212) 490-3430
```

16

```
 1          Q.     Were you still taking Vioxx when you
 2   and your wife filed this lawsuit against Merck?
 3          A.     I'm not positive.
 4          Q.     Do you know when Merck took Vioxx off
 5   the market?
 6          A.     No, I do not.  That's why I don't
 7   remember.
 8          Q.     But you did take Vioxx up until the
 9   point that Merck --
10          A.     Yes, I did.
11          Q.     Were you worried about taking Vioxx in
12   light of your wife's 8/19/01 injury?
13          A.     I must be a lucky person.  Nothing
14   ever seems to befall me like it does other people on
15   medications like that.  I had no examples of any bad
16   with it personally.
17          Q.     So is the answer to my question no,
18   you were not worried about taking Vioxx?
19          A.     No.  It was the only thing that gave
20   me relief.  And I would risk it to get some relief
21   from the pain.
22          Q.     If Vioxx were still on the market
23   today would you take it?
24          A.     I'd say yes.
25          Q.     Do you attend your wife's doctors'
```