SANDRA FEIOCK,               )
                            )       IN THE UNITED STATES
         Plaintiff,         )       DISTRICT COURT FOR THE
                            )       EASTERN DISTRICT OF
                            )            LOUISIANA
v.                          )
                            )       Case Code No: 1657
                            )       Docket No: 2:06-cv-01360-EEF-DEK
                            )
MERCK & CO., INC.,          )
                            )       STIPULATION OF DISMISSAL
         Defendant.         )       WITH PREJUDICE AS TO
                            )           ALL DEFENDANTS
                            )

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Sandra Feiock** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


M. Michael Meyer                        Stephen G. Strauss
O'Quinn Law Firm                        Bryan Cave LLP
440 Louisiana Street, Suite 2300        211 N. Broadway, Suite 3600
Houston, TX 77002                       St. Louis, MO 63102
(713) 223-1000 Tel                      (314) 259-2000 Tel
(713) 222-6903 Fax                      (314) 259-2020 Fax

                                        Phillip A. Wittmann
                                        Dorothy H. Wimberly
                                        Stone Pigman Walther Wittmann LLC
                                        546 Carondelet Street
                                        New Orleans, LA 70130
                                        (504) 581-3200 Tel
                                        (504) 581-3361 Fax

Attorney for Plaintiff                  Attorneys for Merck & Co., Inc.

Dated: ___9-24-09___                    Dated: __62910__

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st  day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.