## IN THE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGINIA BLOOMBERG, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | MDL DOCKET NO. 657<br><br>CASE NO. 2:05cv03578<br><br>JUDGE FALLON<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiffs, Richard Phillips and Rita Phillips, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Andrew S. Goldwasser (#0068397)
Phillip A. Ciano (#0066134)
Ciano & Goldwasser, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, OH  44113

John T. Murray (#0008793)
Charles M. Murray (#0052083)
Murray & Murray Co., L.P.A.
111 East Shoreline Drive
Sandusky, OH  44870

Robert J. DiCello (#0003353)
Mark A. DiCello (#0063924)
Robert J. DiCello Co., L.P.A.
7556 Mentor Avenue
Mentor, OH  44060
    Attorneys for Plaintiff

Dated: _2/22/08_

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: _6-79-10_

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st  day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.