# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**  
**Clerk**

500 Poydras St., Room C-151  
New Orleans, LA 70130

June 25, 2010

Mr. Charles R. Fulbruge, III, Clerk  
U. S. Court of Appeals, Fifth Circuit  
New Orleans, LA 70130

APPEAL NO. <u>10-30215</u>

IN RE: <u>VIOXX PRODUCTS LIABILITY LITIGATION   MD 05-1657 L c/w 09-3611, 09-3613, 05-1089</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ___ 1) Certified copy of the notice of appeal and docket entries.

    ___ 2) Certified copy of notice of a cross-appeal and docket entries.

    ___ 3) The Court of Appeals docket fee ___ WAIVED ___ HAS NOT been paid.

    ___ 4) This case is proceeding <u>in forma pauperis</u>

    ___ 5) Order Appointing Counsel   ___ CJA-20   ___ FPD

    ___ 6) District Judge entering the final judgment is ____

    ___ 7) Court Reporter assigned to the case _____

    ___ 8) If criminal case, number and names of other defendants on appeal _____

    ___ 9) This case was decided without a hearing; there will be no transcript.

    ___ 10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    _x_ 1) **Certified** Copies record on appeal consisting of:

        ___ Volume(s) of record   ___ Volume(s) transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Expansion folder ___ Envelope ___ Box

    ___ 2) Supplemental record including, _____

    ___ 3) SEALED Docs. _____

    ___ 4) Other: _____

Very truly yours,

By ___Alicia Phelps_____  
    Deputy Clerk