UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Ronald Chickadel, et al.* <br> v. <br> *Merck & Co., Inc.* | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Sharon Stevens* | |
| *Docket No. 2:05-cv-05834* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sharon Stevens in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2010.

_____
DISTRICT JUDGE