UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX						:	MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION		:	SECTION: L
								:
								:	JUDGE FALLON
								:	MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO: Scott McHenry, Representative of the Estate of Kelen McHenry**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Scott McHenry. Mr. McHenry has contacted the Court on several occasions since May 2010. Mr. McHenry has been unable to obtain an accounting record of the fees taken from his Vioxx settlement award by the Miller Firm. Specifically, Mr. McHenry seeks more detailed information as to what "common benefit expenses" were taken by the Miller Firm.

On June 16, 2010 this Court ordered that Plaintiff's Liaison Counsel (PLC) look into the matter. On June 22, 2010, Russ Herman, on behalf of the PLC contacted the Miller Firm via letter and requested that the Miller Firm contact Mr. McHenry to address this issue. Further, the PLC directed the Miller Firm to inform either the PLC or the Court of the status of the situation. To date, the Miller Firm has not provided Mr. McHenry, the PLC, or this Court with any explanation of "common benefit expenses" or fees generally.

IT IS ORDERED that the Miller Firm provide the Court and Scott McHenry with a detailed explanation of the litigation expenses associated with this matter WITHIN 10 DAYS or be held in CONTEMPT OF COURT.

IT IS FURTHER ORDERED that the exhibits attached to this letter be FILED UNDER SEAL.

The Clerk is directed to serve the Miller Firm at both addresses listed below by certified mail.

New Orleans, Louisiana, this 2nd day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

The Miller Firm
2 Bala Plaza
Suite 603
Bala Cynwyd, PA 19004

Scott McHenry
4594 Eaglet Lane
Kissimmee, FL 34746

Michael Miller
The Miller Firm
108 Railroad Ave
Orange, VA 22960