Attention: Katie

On **May 20th 2010** I asked for a detailed list of the expenses regarding the **$22,750.50** charge my attorney was charging me **on top of the 32% + costs**. Now **40 days** have elapsed and he has still not provided a list of the expenses, after repeated requests.

I find this to be not just unprofessional or incompetent but I find this to be obvious evasion after 40 days.

At this point I would certainly challenge any bill that they may someday produce. They charged me $22,750.50 but do not have the list of expenses to back up the charge. On top of that I believe the charge to be excessive in the least.

On June 16th Judge Fallon issued an order for this matter to be looked into and reported back to him in 1 week by June 23rd, now 2 weeks after the Judge's order I still have no list of expenses and the charge has still not been removed, nor have I been paid.

I request that Judge Fallon order the extra charge to be removed and that I be paid immediately my funds that they have now had for 2 weeks.

Best Wishes,
Scott McHenry
407-493-4748