UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :    MDL NO. 1657
PRODUCTS LIABILITY LITIGATION  :
                                                     :    SECTION L
                                                     :
THIS DOCUMENT RELATES TO   :    JUDGE FALLON
ALL CASES                                    :    MAG. JUDGE KNOWLES

## MOTION TO TRANSFER AND/OR SET DISCOVERY/TRIAL DATES

Undersigned has seven myocardial infarction/stroke cases as set forth here:

| Name: | Original Jurisdiction: |
|---|---|
| 1) Hess, Denise | D. Tennessee |
| 2) Flewellyn, Neil | E. D. N. Y. |
| 3) Lynch, Judith | D. Conn |
| 4) Perry, Samuel | D. Conn |
| 5) Rodriguez, Marjorie | D. Conn |
| 6) Derose, Gary | D. Conn |
| 7) Donaldson, William | D. Conn |

It is requested that these cases be transferred back to their original jurisdiction or that at the very least, discovery schedules and trial dates (post discovery) be set.

THE PLAINTIFFS,

By _____
MICHAEL A. STRATTON
CT 08166
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## **ORDER**

AND NOW, this _____ day of July, 2010, upon consideration of Plaintiff's Motion to Transfer and/or Set Discovery/Trial Dates, IT IS HEREBY ORDERED that Plaintiff's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of July, 2010.

_____
Michael A. Stratton