UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L |
| THIS DOCUMENT RELATES TO ALL | * | |
| CASES | * | JUDGE FALLON |

## ORDER TO ESTABLISH DEADLINES FOR LIEN RESOLUTION ADMINISTRATORS' RECEIPT OF VIOXX PRIVATE LIEN RESOLUTION PROGRAM DATA

In the interest of concluding the Vioxx Settlement Program,

**IT IS ORDERED** that the Lien Resolution Administrator (LRA) establish and communicate a deadline of July 14th, 2010 for the participating Third Party Payers (TPPs) to submit to the LRA all outstanding audit approvals for claimants participating in the Private Lien Resolution Program.

**IT IS FURTHER ORDERED** that all TPPs that have submitted duplicate claims for the identical claimant(s) to communicate with each other and to submit to the LRA by July 14th, 2010 their collective determination to allow the LRA to finalize the lien(s) and process payment to the appropriate TPP.

New Orleans, Louisiana, this 1st day of July, 2010.

_Eldon E. Fallon_
**UNITED STATES DISTRICT JUDGE**