IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ) | |
| ) | |
| ALL PURCHASE CLAIMS CLASS ) | JURY TRIAL DEMANDED |
| ACTION COMPLAINTS PENDING OR ) | |
| SUBJECT TO TRANSFER TO ) | PURCHASE CLAIMS MASTER |
| MDL 1657 ) | CLASS |
| ) | |
| ) | |

**ORDER IMPLEMENTING THE PARTIES' AGREED SCHEDULE REGARDING MERCK'S MOTION FOR JUDGMENT ON THE PLEADINGS OR TO STRIKE CLASS ALLEGATIONS IN PURCHASE CLAIMS MASTER COMPLAINT**

**IT IS ORDERED** that plaintiffs in the above-referenced cases shall file any opposition to Merck's motion on or before the 23rd day of August, 2010.

**IT IS FURTHER ORDERED** that defendant Merck Sharp & Dohme Corp., shall file any reply to the opposition on or before the 16th day of September, 2010.

**NEW ORLEANS, LOUISIANA**, this  1st  day of        July       , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1021839v.1