IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | JURY TRIAL DEMANDED<br><br>PURCHASE CLAIMS MASTER CLASS |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Merck's Memorandum in Support of Motion for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint,

**IT IS ORDERED** that defendant Merck be and it hereby is granted an additional sixteen (16) additional pages, for a total of forty-one (41) pages for its Memorandum in Support of Motion for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint.

**NEW ORLEANS, LOUISIANA**, this  1st  day of        July       , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1021841v.1