**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## MOTION TO COPY BILLING RECORDS: COMMON BENEFIT HOURS

Undersigned will be examining the billing records submitted by common benefit attorneys at Attorney Herman's office on Thursday July 8, 2010. To make this process more useful, undersigned would like to make copies of any pertinent records located during this process. Attorney Herman has indicated that he will not allow such copying without a court order. As such, we would request that we be able to identify items for copying and have these items either copied by a service or by Attorney Herman's office (at a reasonable per page cost of 10 cents). In either event, we will need these copies sent to our law offices no later than Monday, July 12, 2010 by federal express, our charge number to be provided.

THE OBJECTORS,

By_____

MICHAEL A. STRATTON
OBJECTOR'S LIAISON COUNSEL
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6$^h$ day of July, 2010.

_____
Michael A. Stratton

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison

Counsel's Motion to Copy Billing Records, IT IS HEREBY ORDERED that Objector's

motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.