**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : <br> : | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO<br>ALL CASES | : <br> : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison Counsel's Motion to Copy Billing Records, IT IS HEREBY ORDERED that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.