UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:    ALL CASES**

## ORDER

The Court has received the Motion to Copy Billing Records: Common Benefit Hours (Rec. Doc. 46089) filed by Objector's Liaison Counsel ("OLC") Michael Stratton.  The Court has also received a written response to this Motion from Leonard Davis on behalf of Plaintiffs' Liaison Counsel.  The Court now issues the following Order:

IT IS ORDERED that at the scheduled inspection of billing records pursuant to the Court's Order of June 14, 2010 (Rec. Doc. 44554), Mr. Stratton shall tag any records that he wishes to be copied.  Copies of those records shall be made, either by the PLC or by an outside provider.  If the parties cannot agree on the cost of copying the records, the Court will allot the cost in an appropriate manner.  The copies shall be forwarded to OLC within one week after the original documents have been designated for copying.

IT IS FURTHER ORDERED that, except for good cause shown and until further Orders of this Court, the copies and the information contained therein shall remain confidential and shall be used only for this proceeding.

1

New Orleans, Louisiana, this 6th day of July, 2010.

                                                                    *Eldon E. Fallon*
                                                    _____
                                                    UNITED STATES DISTRICT JUDGE