DORIS MILLER, et al.,                    )
                                         )      IN THE UNITED STATES
                                         )      DISTRICT COURT FOR THE
                                         )      EASTERN DISTRICT OF
                                         )      LOUISIANA
                                         )
              Plaintiffs,                )
                                         )      CASE NO. 2:06-cv-11066-EEF-DEK
v.                                       )
                                         )
MERCK & CO., INC.,                       )      **STIPULATION OF DISMISSAL**
                                         )      **WITH PREJUDICE AS TO**
              Defendant.                 )      **ALL DEFENDANTS**
                                         )

        Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiff, **TALMADGE PORTER**, against defendant Merck &

Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.


_____              _____
Debra Renee Sherrer Baggett            Stephen G. Strauss
Aylstock, Witkin, Kreis & Overholtz    Bryan Cave LLP
803 N. Palafox Street                  211 N. Broadway, Suite 3600
Pensacola, FL 32501                    St. Louis, MO 63102
                                       (314) 259-2000 Tel
                                       (314) 259-2020 Fax

                                       Phillip A. Wittmann
                                       Dorothy H. Wimberly
                                       Stone Pigman Walther
                                       Wittmann LLC
                                       546 Carondelet Street
                                       New Orleans, LA 70130
                                       (504) 581-3200 Tel
                                       (504) 581-3361 Fax

                                       Attorneys for Merck & Co., Inc.

Dated: _11/4/08_

                                       Dated: _7-6-10_

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th  day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.