UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -6  PM 5: 03

LORETTA G. WHYTE
CLERK

IN RE: VIOXX                              :    MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION    :    SECTION: L
                                        :
                                        :    JUDGE FALLON
                                        :    MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: Jeannettea V. Stearns**

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Jeannetta V. Stearns. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Jeannetta Stearns
637 W. Indianapolis Ave
Fresno, CA 93705

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Gianni Petoyan
17383 Sunset Blvd
Suite A200
Pacific Palisades, CA 90272

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

1