UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX® <br> PRODUCTS LIABILITY LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br><br> Estate of Mary Marie Tiller, deceased, <br> PEGGY OWENS, individually and, <br> as Trustee of the Estate of <br> MARY MARIE TILLER; | MDL NO. 1657 <br><br> SECTION "L" <br><br> JUDGE FALLON <br> DOCKET NO. <br> 05-0530 <br><br> Civil Action No.: <br> 2:06-CV-09368 |

### Order

IT IS ORDERED that the attached Claimant's Petition Respecting Distribution of Special Master's Award and the Declaration of Claimant's Counsel be placed UNDER SEAL.

New Orleans, Louisiana, this 7th day of July 2010.

United States District Judge