UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW LOUISIANA

IN RE: VIOXX                                  MDL Docket No.: 1657

PRODUCTS LIABILITY LITIGATION                 SECTION L

-------------------------------------------------

Judge Eldon E. Fallon
Magistrate Judge Knowles

------------------------------------------------------------------------------------------------
THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Pickett v. Merck & Co., | Case No.: 2:10-cv-00043 |
| Agard, et al., v. Merck & Co., [David Agard, James Demoski, and Edward Henderson] | Case No.: 2:05-cv-01089 |
| Aljibory, et al., v. Merck & Co., [Viola Santacrose] | Case No.: 2:05-cv-01090 |
| Cavallo, et al., v. Merck & Co., [Matthew Cavallo] | Case No.: 2:05-cv–1513 |
| Core, et al., v. Merck & Co., [Richard Core] | Case No.: 2:05-cv-02583 |
| Devincentiis, et al., v. Merck & Co., [Arthur Pratt] | Case No.: 2:05-cv-02297 |
| Gates, et al., v. Merck & Co., [Scott Berthel] | Case No.: 2:05-cv-06221 |
| Connolly, et al., v. Merck & Co., [Marjorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No.: 2:06-cv-02708 |
| Kurtz v. Merck & Co., [Mary Kurtz] | Case No.: 2:06-cv-05779 |

------------------------------------------------------------------------------------------------

**PLAINTIFFS' MOTION FOR ISSUANCE
BY THIS COURT OF A SUGGESTION OF
REMAND AND FOR A DECISION ON THE
PLAINTIFF'S PREVIOUS SUGGESTION OF REMAND
AND TO PERMIT THE PICKETT CASE TO PROCEED
TO TRIAL AS SOON AS POSSIBLE OR IN THE
ALTERNATIVE TO ISSUE A SCHEDULING ORDER
PURSUANT TO RULE 16**

Plaintiffs Virginia Pickett, David Agard, James Demoski, Edward Henderson, Viola Santacrose, Matthew Cavallo, Marilyn Core [Richard Core], Arthur Pratt, Scott Berthel, Marjorie Curtis, Kristine Hia, Maurice Hoyt and Mary Kurtz, by and through their counsel, the Law Office of Ronald R. Benjamin, hereby move this

Honorable Court for an order granting the issuance of a Suggestion of Remand of their claims to their respective transferor courts pursuant to 28 U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules of the Judicial Panel on Multidistrict Litigation, and to permit the Pickett case to proceed to trial as soon as possible or in the alternative to issue a scheduling order pursuant to Rule 16, and such other and further relief as is just and proper.

Dated: July 8, 2010
       Binghamton, New York

                                Respectfully submitted,

                                _____
                                RONALD R. BENJAMIN Fed. No. 110131
                                LAW OFFICE OF RONALD R. BENJAMIN
                                126 Riverside Drive, P O. Box 607
                                Binghamton, New York 13902-0607
                                607/772-1442
                                ronbenjaminlaw@stny.rr.com

                                Attorneys for Plaintiffs in Above-Captioned Actions