UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL Docket No.: 1657

SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

**SUGGESTION OF REMAND ORDER**

This document relates to the
cases listed on Attachment A

The Court, having reviewed the records of the cases listed on Attachment A, finds and rules as follows:

(1) Common discovery and other coordinated pretrial proceedings have been completed. All remaining issues are case-specific, and best determined by the transferor court.

(2) These cases will not benefit from further coordinated preceedings as part of MDL 1657, and are ready to be remanded to their respective transferor jurisdictions.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the court issues its Suggestion of Remand Order in the cases listed on Attachment A.

The Clerk is ORDERED to provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the clerks of the transferor district courts.

DATED at New Orleans, Louisiana this ___ day of _____, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## ATTACHMENT A

| | |
|---|---|
| Virginia Pickett | Case No.: 2:10-cv-00043 |
| David Agard | Case No.: 2:05-cv-01089 |
| Viola Santacrose | Case No.: 2:05-cv-01090 |
| Matthew Cavallo | Case No.: 2:05-cv-1513 |
| Richard Core | Case No.: 2:05-cv-02583 |
| Arthur Pratt | Case No.: 2:05-cv-02297 |
| Scott Berthel | Case No.: 2:05-cv-06221 |
| Marjorie Curtis | Case No.: 2:06-cv-02708 |
| Kristine Hia | Case No.: 2:06-cv-02708 |
| Maurice Hoyt | Case No.: 2:06-cv-02708 |
| Mary Kurtz | Case No.: 2:06-cv-05779 |