UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW LOUISIANA

IN RE: VIOXX                                             MDL Docket No.: 1657

PRODUCTS LIABILITY LITIGATION                            SECTION L

Judge Eldon E. Fallon
Magistrate Judge Knowles

THIS DOCUMENT RELATES TO:

| | |
|---|---|
| Pickett v. Merck & Co., | Case No.: 2:10-cv-00043 |
| Agard, et al., v. Merck & Co., [David Agard, James Demoski, and Edward Henderson] | Case No.: 2:05-cv-01089 |
| Aljibory, et al., v. Merck & Co., [Viola Santacrose] | Case No.: 2:05-cv-01090 |
| Cavallo, et al., v. Merck & Co., [Matthew Cavallo] | Case No.: 2:05-cv–1513 |
| Core, et al., v. Merck & Co., [Richard Core] | Case No.: 2:05-cv-02583 |
| Devincentiis, et al., v. Merck & Co., [Arthur Pratt] | Case No.: 2:05-cv-02297 |
| Gates, et al., v. Merck & Co., [Scott Berthel] | Case No.: 2:05-cv-06221 |
| Connolly, et al., v. Merck & Co., [Marjorie Curtis, Kristine Hia, and Maurice Hoyt] | Case No.: 2:06-cv-02708 |
| Kurtz v. Merck & Co., [Mary Kurtz] | Case No.: 2:06-cv-05779 |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2010, the above and foregoing Plaintiff's Motion for Issuance By This Court Of a Suggestion of Remand, Plaintiff's Memorandum of Law and Attorney Affirmation in Support of Their Motion for Suggestion of Remand, and Proposed Suggestion of Remand Order have been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by email, and on Merck & Co., Inc., c/o Williams & Connolly by electronically uploading the same to LexisNexis File& Serve in accordance with Pre-Trial Order No.8B, and that the foregoing was electronically filed with the Clerk of the District Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system.

s/s Ronald R. Benjamin
Ronald R. Benjamin, Fed. No. 110131
LAW OFFICE OF RONALD R. BENJAMIN
126 Riverside Drive, P.O. Box 607
Binghamton, NY 13902-0607
607/772-1442