# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| Larry Mercer, et al. | * | **JUDGE FALLON** |
| v. | * | |
| Merck & Co., Inc. | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Cecil Larry Mercer and Brenda Mercer | * | |
| | * | |
| Docket No. 2:05-cv-05677 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Cecil Larry Mercer, named as Larry Mercer in the complaint, and Brenda Mercer, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE