## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| Product Liability Litigation | |
| | SECTION L |
| This document relates to: | |
| | |
| *Martha Clements, et al.* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc., et al.* | MAGISTRATE JUDGE KNOWLES |
| | |
| *Docket No. 2:05-cv-05031* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Martha Clements and Roger Clements in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  6th   day of _____July_____, 2010.

_____
DISTRICT JUDGE