UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : <br> : <br> : | MDL NO. 1657<br><br>SECTION L |
| THIS DOCUMENT RELATES TO<br>ALL CASES | : <br> : <br> : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION TO OBTAIN GROSS SETTLEMENT NUMBERS FOR EACH FIRM SUBMITTING CASES TO THE MASS SETTLEMENT

In order to assess the common benefit fee request, the Objectors Liaison Counsel requires the gross aggregate payouts per law firm who submitted cases to the mass settlement. Individual settlement amounts are unnecessary - rather the amounts withheld for potential common benefit fees and costs by firm is all that is required. This data should be available from Brown Greer and the Objectors Liaison Counsel requests that this be provided as soon as is practicable.

THE OBJECTORS,

By_____
MICHAEL A. STRATTON
OBJECTOR'S LIAISON COUNSEL
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## **CERTIFICATION OF SERVICE**

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this $8^h$ day of July, 2010.

_____
Michael A. Stratton

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison Counsel's MOTION TO OBTAIN GROSS SETTLEMENT NUMBERS FOR EACH FIRM SUBMITTING CASES TO THE MASS SETTLEMENT, IT IS HEREBY ORDERED that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.