UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this ____ day of July, 2010, upon consideration of Objector's Liaison Counsel's MOTION TO OBTAIN GROSS SETTLEMENT NUMBERS FOR EACH FIRM SUBMITTING CASES TO THE MASS SETTLEMENT, IT IS HEREBY ORDERED that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.