

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

_____
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
            Deputy
New Orleans, Louisiana   JUL 0 6 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 06, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30209   In Re: Vioxx Prod Liability  
        USDC No. 2:05-MD-1657  
        USDC No. 2:06-CV-9803

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Chris P. Descant, Deputy Clerk  
504-310-7704

P.S. to All Counsel: In light of the attached court's order, the joint designation of record is due for filing with the District Court within 14 days from the date of this notice, or, by not later than 7/20/10. Please serve a copy of the joint designation of record upon this court at the time of filing.

Mr. Homer Jones  
Mr. John A. Kenney  
Ms. Loretta Whyte

*Motion Notice - MOT-2*