```
                                                              FILED
                                                         U.S. DISTRICT COURT
                                                      EASTERN DISTRICT OF LOUISIANA
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 44

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Martha M. Gilbert | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| Docket No. 2:07-cv-03994 | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Martha M. Gilbert in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

```
___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep _____
___Doc. No._____
```