FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| Product Liability Litigation | * |
| | * SECTION L |
| This document relates to: | * |
| | * |
| Ralph Pacheco, et al. | * JUDGE FALLON |
| v. | * |
| Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| | * |
| *Only with regard to:* | * |
| *Jose E. Hernandez* | * |
| | * |
| Docket No. 2:06-cv-01147 | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Jose E. Hernandez in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this **23** day of **June**, 2010.

_____
DISTRICT JUDGE

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____