FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7  AM II: 44

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx®                              * | MDL Docket No. 1657 |
| Product Liability Litigation               * | |
|                                            * | SECTION L |
| This document relates to:                  * | |
|                                            * | |
| Juanita Alvarado, et al.                   * | JUDGE FALLON |
| v.                                         * | |
| Merck & Co., Inc., et al.                  * | MAGISTRATE JUDGE KNOWLES |
|                                            * | |
| Only with regard to:                       * | |
| Consuelo Infante                           * | |
|                                            * | |
|                                            * | |
| Docket No. 2:06-cv-01566                   * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Consuelo Infante in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this 23 day of June , 2010.

_____
DISTRICT JUDGE

___Fee _____
___Process_____
_x_Dktd _____
___CtRmDep_____
___Doc. No._____