FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 45

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Lucille Ballard, et al. <br> v. <br> Merck & Co., Inc. | JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |
| Only with regard to: <br> Sherlene J. Gadberry, individually and <br> as representative of the estate of Dolorus <br> Johnson | |
| Docket No. 2:05-cv-04767 | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sherlene J. Gadberry, individually and as representative of the estate of Dolorus Johnson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

DISTRICT JUDGE

___Fee_____
___Process____
_X_ Dktd_____
___CtRmDep___
___Doc. No.___