UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 JUL -7 AM 11:43
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Thelma L. Curtis, et al. v. Merck & Co., Inc. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Ida M. Hanner* | |
| *Docket No. 2:06-cv-06946* | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ida M. Hanner in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

___Fee _____
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____