UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Thelma L. Curtis, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Velica Houcin, individually and as* | * | |
| *representative of the estate of Alfred L.* | * | |
| *Houchin* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-06946* | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Velica Houcin, individually and as representative of the estate of Alfred L. Houchin, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

DISTRICT JUDGE

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____