UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION : | MDL NO. 1657 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO : <br> ALL CASES : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### MOTION TO EXTEND BRIEFING SCHEDULE AND CLARIFY ISSUE TO BE BRIEFED

Objector's liaison counsel met with the accountant Phil Garrett at the offices of Herman, Herman, Katz & Cotlar on July 8, 2010. At that meeting which lasted more than 6 hours, Objector's liaison counsel was provided with the complete accountant's summaries of hours submitted by common benefit counsel. However, the actual time sheets submitted by these lawyers were not available and were located at two different locations in the CBD and Bush, Louisiana. Objector's liaison counsel was able to identify which billing records he will require to complete his job, and Mr. Garrett has indicated that this task will take at least 2-3 weeks.

The current order has Objector's liaison counsel's brief on the reasonableness of the 8 percent fee request due July 31, 2010. We would request until August 21, 2010 to assure that we have the raw data and have a chance to evaluate it. Without this data we do not know what task the hours were submitted for, or whether they were reasonably related to the litigation. Objector's liaison counsel chose a small but comprehensive sampling from the summaries provided.

Furthermore, this court has denied any further discovery on the contract issue until it determines the percentage to be awarded. Objector's liaison counsel would like

clarification that this issue will be briefed at some point after further discovery and not as part of the percentage briefing schedule.

THE OBJECTORS,

By_____
MICHAEL A. STRATTON
OBJECTOR'S LIAISON COUNSEL
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this $9^h$ day of July, 2010.

_____
Michael A. Stratton

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison Counsel's MOTION TO EXTEND BRIEFING SCHEDULE AND CLARIFY ISSUE TO BE BRIEFED, IT IS HEREBY ORDERED that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.