UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7  AM 11:40

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| *Judith Miele* v. *Merck & Co., Inc.* | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-01681 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Judith Miele in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____