UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11:40

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| Product Liability Litigation | |
| | SECTION L |
| This document relates to: | |
| | |
| *Sam Ashcraft, et al.* | JUDGE FALLON |
| v. | |
| *Merck & Co., Inc.* | MAGISTRATE JUDGE KNOWLES |
| | |
| Only with regard to: | |
| *Sandra Phillips-Tuck, individually and on behalf of Raymond Tuck* | |
| | |
| *Docket No. 2:05-cv-04514* | |

************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sandra Phillips-Tuck, individually and on behalf of Raymond Tuck, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

```
__Fee _____
__Process _____
_X_Dktd _____
__CtRmDep_____
__Doc. No._____
```