FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7  AM 11: 40

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | * MDL Docket No. 1657 |
| Product Liability Litigation | * |
| | * SECTION L |
| This document relates to: | * |
| | * |
| Terry L. Bell, et al. | * JUDGE FALLON |
| v. | * |
| Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| | * |
| Only with regard to: | * |
| Jerry Fitzgerald | * |
| | * |
| Docket No. 2:06-cv-00207 | * |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Jerry Fitzgerald in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this **23** day of **June**, 2010.

_____
DISTRICT JUDGE

___Fee _____
___Process _____
_x_ Dktd _____
___CtRmDep ____
___Doc. No._____