FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 40

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®                                      *        MDL Docket No. 1657
Product Liability Litigation                       *
                                                   *        SECTION L
This document relates to:                          *
                                                   *
Stella W. Bennet, et al.                           *
v.                                                 *        JUDGE FALLON
Merck & Co., Inc., et al.                          *
                                                   *        MAGISTRATE JUDGE KNOWLES
                                                   *
Only with regard to:                               *
Stella W. Bennet                                   *
                                                   *
Docket No. 2:05-cv-04442                           *
************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Stella W. Bennet in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this **23** day of **June**, 2010.

_____
DISTRICT JUDGE

___Fee _____
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____