UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 41

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| Anne L. Taylor, et al. <br> v. <br> Merck & Co., Inc. | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:05-cv-01584 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Anne L. Taylor, individually and on behalf of all wrongful death beneficiaries and as representative of the estate of James L. Taylor, and Mark A. Taylor in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____