FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL -7 AM 11: 42

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| This document relates to: | SECTION L |
| Pansy Adams v. Merck & Co., Inc. | JUDGE FALLON |
| *Only with regard to:* Austin M. Scott | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-02968* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Austin M. Scott in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 23 day of June, 2010.

_____
DISTRICT JUDGE

__ Fee _____
__ Process _____
_x_ Dktd _____
__ CtRmDep _____
__ Doc. No. _____