IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.                     :     CIVIL ACTION
        Plaintiffs,        :
                           :     No. 08-1633
    vs.                               :
                           :     SECTION L, MAG. 3
BrownGreer PLC, U.S.                    :
Bancorp, Inc. and John Does             :     HONORABLE ELDON E. FALLON
                           :     HONORABLE DANIEL E. KNOWLES, III
        Defendants.        :
                           :     In relation to: MDL No. 1657
                           :
                           :     In re: Vioxx Products Liability
                           :     Litigation
---------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Rawlings & Associates PLLC, is hereby entering an appearance as counsel of record for Rawlings & Associates PLLC in the above-captioned action.

Dated:   July 12, 2010
           Louisville, Kentucky

                                        Respectfully submitted,

                                        By: s/ Robert C. Griffith
                                              Robert C. Griffith
                                              RAWLINGS & ASSOCIATES PLLC
                                              P. O. Box 49
                                              1 Eden Pkwy.
                                              LaGrange, KY  40031
                                              Tel.: (502) 814-2157
                                              Fax: (502) 584-8580
                                              Email: rg1@rawlingsandassociates.com