UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Lyndell Clemons, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Olive Mayeaux, Tammy M. Ducote,* | * | |
| *Michelle M. Gauthier, and Ralph* | * | |
| *Mayeaux, Jr., individually and on behalf* | * | |
| *of Ralph Mayeaux, Sr.* | * | |
| | * | |
| Docket No. 2:06-cv-04347 | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Olive Mayeaux, Tammy M. Ducote, Michelle M. Gauthier, and Ralph Mayeaux, Jr., individually and on behalf of Ralph Mayeaux, Sr., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE