**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *James D. Schneller  v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-05382 | * | |
| | * | |
| | * | |

*******************************************************************************

## ORDER

The Court conducted a conference on July 1, 2010 to discuss the pending Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 28 (R.Doc. 21961). Leonard Davis (for the Plaintiffs' Liaison Counsel), Dorothy Wimberly (for Defendants' Liaison Counsel), and Robert Johnston (*Pro Se* Curator) participated in person and plaintiff James Schneller participated via telephone. During the conference, the Court explained to Mr. Schneller the requirements of Pre-Trial Order 28, what must be submitted in order to avoid dismissal of his case, and the deadline for submission of these materials. At the conclusion of the conference, the Court entered the following Order:

IT IS ORDERED that plaintiff James Schneller be and he hereby is granted a final, sixty (60) day extension of time until September 1, 2010 in which to fully comply with the requirements of Pre-Trial Order 28. In the event plaintiff fails to fully comply with Pre-Trial Order 43, his case will be dismissed with prejudice.

1022580v.1

**NEW ORLEANS, LOUISIANA**, this __8th__ day of July, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

1022580v.1