UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX                                          * | MDL NO. 1657 |
|      PRODUCTS LIABILITY LITIGATION     * | |
| * | SECTION: L(3) |
| * | |
| * | JUDGE FALLON |
| * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

The next monthly status conference shall be held on Tuesday July 27, 2010, at 9:00 a.m., CST, in the Courtroom of Judge Eldon E. Fallon, Room C-468.

For those persons unable to attend, the Court has established a conference call. **The original conference call number information has changed**. **The instructions for the new conference call information follow:**

1. Dial 877-336-1839;

2. Once you are connected, enter access code 4227405. You may be put on hold until the host (the Court) activates the call;

3. Once the call is activated enter participant security code 72710 followed by the pound (#) key;

4. Finally, you will be given the option to accept or re-enter the participant security code before you are entered into the call.

New Orleans, Louisiana, this 7th day of July, 2010.

*Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE