UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 13th day of May, 2010. At that time, the Court deferred the Motion as to the four plaintiffs on the attached Exhibit A and ordered that they be rescheduled for hearing after the Court ruled on pending Motions to Withdraw as Counsel and after expiration of deadlines in any Orders allowing withdrawal of counsel. The Court subsequently granted the pending Motions to Withdraw as Counsel and the deadlines set forth in the Orders of Withdrawal (attached as Exhibit B, *in globo*, have now expired. Accordingly,

IT IS ORDERED that the plaintiffs on Exhibit A, namely Ken Gray, Mervin Wake, Dimtri Taylor-Beck, and Deborah Collier, show cause on the 27th day of July, 2010, immediately following the monthly status conference that is scheduled for 9:00 a.m., why their cases should not be dismissed with prejudice for failure to comply with Pre-Trial Order 43.

IT IS FURTHER ORDERED that plaintiff file any opposition or response to the motion and serve it on counsel for Merck on or before the 20th day of July, 2010.

1022525v.1

NEW ORLEANS, LOUISIANA, this __8th__ day of _____July_____,
2010.

```
                    [signature: Eldon E. Fallon]
                    _____
                    ELDON E. FALLON
                    UNITED STATES DISTRICT JUDGE
```

1022525v.1

EXHIBIT A
5th PTO 43 Motion to Dismiss to be heard July 27, 2010

|    | Pro Se Claimant Name | Case Caption | Docket Number |
|----|----------------------|--------------|---------------|
| 1. | Gray, Ken | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |
| 2. | Wake, Mervin | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |
| 3. | Taylor-Beck, Dimitri | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |
| 4. | Collier, Deborah | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |

1022530v.1