# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| Louis Andrews, et al. | * | **JUDGE FALLON** |
| v. | * | |
| Merck & Co., Inc., et al. | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| Only with regard to: | * | |
| Joseph Rockwell and Joan P. Rockwell | * | |
| | * | |
| | * | |
| Docket No. 2:06-cv-02218 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Joseph Rockwell and Joan P. Rockwell in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _9th_ day of _____ July _____, 2010.

_____

DISTRICT JUDGE