UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                            MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION           SECTION L

                                        JUDGE FALLON
                                        MAG. JUDGE KNOWLES

### ORDER REFERRING MATTER TO MDL TRANSFEREE JUDGE

The undersigned has received the attached correspondence from Ms. Vivian Ross regarding VIOXX Claim Number 1057715. The Court refers this matter to the MDL Transferee Judge charged with the VIOXX proceedings for his review and the taking of appropriate action.

New Orleans, Louisiana, this 4th day of July, 2010.

*Sarah Vance*
HONORABLE SARAH S. VANCE
CHIEF JUDGE