**Date/Time** 6/17/03 1247   **Pt Name** Ross Luis   **DOB** 8/6/16   **Age** 87   **PCP** CShih

| TRIAGE | MODE OF ARRIVAL | ACCOMPANIED BY | TREATMENT PTA | INFORMANT |
|---|---|---|---|---|
| ☐ Emergent<br>☒ Urgent<br>☐ Non Urgent<br>☐ Maternity | ☐ Ambulance ☐ BLS ___<br>___ ☐ ALS ___<br>☒ Ambulatory ☐ W/C<br>☐ Carried ☐ Other | ☒ Self ☐ Parent ☐ None<br>☐ Family ☐ Friend ☐ See EMS Report<br>☐ Police ___ ☐ Other<br>☐ | ☒ None<br>☐ See EMS Report<br>☐ Other | ☒ Self ☐ Parent ☐ Family ☐ Med Rec ☐ Transfer<br>☐ Other ___<br>**Language** ___ Translated Language ___<br>Translator ___ |

**Chief Complaint / Initial Assessment** Pain 1/10  87 y o ♂ B/I/B wife c̄ c/o SOB x 2 days c̄ incontinent

Hard of Hearing

**Triage Reassessment (if indicated)** Time ___ Re-Assessment ___ Init ___ Time ___ Re-Assessment ___ Init ___

### VITAL SIGNS

T 99(0)  P 91  Resp 24  BP 62/74  O2 Sat 92  HT 5'8"  Wt 176  ☒ Stated ☐ Actual ☐ kg ☒ lb

LMP ___ Pregnant ☐Y ☐N ☐UNK  Weeks ___  G ___ P ___ AB ___ FHTs ___  Prenatal Care ☐ Yes ☐ No

| ALLERGIES ☒ Denies | MED#/OTC/#HERBAL ☐ Denies | DOSE | FREQ | PEDIATRICS ☒ N/A |
|---|---|---|---|---|
| Reactions | Reactions<br>Allegra<br>Norvasc 5mg<br>Zanaflex 12mg<br>Lasix 40mg<br>NTG gr 1/150 | | | Development Level ☐ Normal for age ☐ Other ___<br>Head Circumference ☐ N/A ☐ ___ cm<br>IMMUNIZATIONS ☐ Never ☐ UTD ☐ NOT UTD ☐ UNK ☐ Information provided |

### MEDICAL / SOCIAL HISTORY  ☐ None

**History** MI - 98, 99
☐ Asthma ☐ CVA ☐ GI/GU ☐ Physical Handicaps ☐ Psych
☒ Cardiac ☐ Diabetes ☐ Tobacco ☐ Renal
☐ Cancer ☐ Drugs ☒ HTN ☐ Prosthetic Devices ☐ Seizure
☐ COPD ☐ ETOH ☐ CHF ☐ Other

**Family('s)**  Involved in care ☐Yes ☐No   Expectation of care realistic ☐Yes ☐No
**TETANUS** ☐ N/A ☐ Never  Date ___ ☐ <5 yr ☐ <10 yr  Details ___

Details ___

Spiritual/Cultural Needs ☐ N/A ☐ ___   Social Services Referral ☐Yes ☐No Reason # ___

### NEUROLOGICAL | SKIN SIGNS

**Mental Status**
☒ Oriented x 4 ☐ Unconscious
☒ Alert ☐ Lethargic ☐ Confused
☒ Uncooperative
☐ Violent ☐ Agitated

**Speech**
☒ Appropriate for Pt
☐ Silent
☐ Slurred
☐ Moaning

**Color**
☒ Normal
☐ Pale
☐ Flushed
☐ Jaundiced
☐ Cyanotic
☐ Mottled

**Temp**
☒ Warm
☐ Cool
☐ Hot

**Moisture**
☒ Dry
☐ Moist
☐ Diaphoretic

### PSYCHOSOCIAL | RESIDENTIAL STATUS

☒ Behavior Appropriate to Age  ☐ Quiet  ☐ Hallucinations
☐ Anxious ☐ Restless ☐ Irritable  ☐ Lethargic  ☐ Poor Hygiene
☐ Hostile ☐ Combative ☐ Withdrawn ☐ Flat Affect ☐ ___

☒ Private Home  ☐ None
ECF ___   B & C ___
Other ___

### MECHANISM OF INJURY ☒ N/A | FALL RISK | TB SCREEN | ABUSE/NEGLECT SCREEN

☐ Vehicle Type ___ ☐ Stabbing
Point of Impact ___ ☐ GSW
☐ Driver ☐ Seat Belt ☐ Burn
☐ Passenger ☐ Helmet ☐ Fall ___ Ft
☐ Pedestrian ☐ Mph ☐ Other
☐ Air Bag

☒ None identified
☐ At risk
☐ Initiated Fall Risk Policy
☐ Side Rails ↑↑

☒ No risk identified
☐ TB Precautions Initiated
☐ Current Tx ☐ Tx in past
☐ Family/Friends Tx
Notified ___

☒ No evidence of abuse / neglect
☐ Pt states injuries inflicted by another
☐ Denies injuries caused by another
☐ Meets abuse criteria – Initiate Abuse Policy

**Time To Tx Area** 1315   **Room** 7   **Signature** ___ RN

**TENET**   EMERGENCY DEPARTMENT PATIENT CARE RECORD
TRC1015 (9/02)   Page 1 of 3

WHITE - MEDICAL RECORD   CANARY - EMERGENCY DEPARTMENTAL

000117

ROSS, LOUIS

DEC 11 [97]
WT 190½ lbs
BP 130/80

Flup fine, [?] S/p or SOB
P: 70
lungs - clear
heart - irreg
abd - soft BS(+)
ext - 0
A: HTN, afib.
P: Same meds

[signature]

JAN 29 1998
W 191 lb
BP 130/80

Flup fine, [?] S/p or SOB
P: 68
lungs - clear
heart - irreg
abd - soft BS(+)
ext - 0
A: HTN afib
P: Same meds.

[signature]

000026

FEB 2 6 1996

Wt 190 lbs
BP 130/80

Tylp fine, O s/s or SOB
P = 70
lngs - clear
hrt - reg
abd - soft
wt - p
O UTN. afib
P same

APR 9 1996

Wt = 191 lbs.
BP: 130/80.

Tylp fine, O s/s or SOB
P = 74
lngs - clear
hrt - irreg
abd - soft BS(+)
WT - O
O UTN 9 chol.
a fib.

p: pravachol 20" o H.S.

ROSS, LOUIS

APR 2 1 1998

188 lbs

BP 109/70

pt c/o Dizziness on Sit. ? Lft. eye - ? vision
P: 76
lung - clear
hrt - ↑wnl
abd - soft
ext - ø
Neuro - ok

Ⓐ TIA
pt refused for hospitalization.
signs of CVA explained
P: ⓠ Ecotin GT B→D   ✓ CT ? head.

[signature]

JUN 1 1 1998

187 lbs

BP 130/80

Today feels ⓐ S/P or SOB
P: 68
lung - clear
hrt - ↑wnl
abd - soft
ext - ø

Ⓐ TIA
Rf - ↑

P: same

[signature]

JUN 2 7 1998
sent letter

U00024



**CALVIN YANG, M.D., MEDICAL IMAGING**
320 S. GARFIELD AVE., SUITE 102
ALHAMBRA, CA 91801
(626)281-4487

PATIENT'S NAME: ROSS, LOUIS
FILE NUMBER: A47905-1
REFERRED BY: DR. CHUN SHUN SHIH
DATE OF BIRTH: 10-06-16/M
DATE OF EXAMINATION: 4-21-98

------------------------------------------------------------

**CLINICAL INFORMATION:** R/O CVA.

**CT OF THE BRAIN:** THE EXAMINATION WAS PERFORMED BY 10 mm AXIAL SECTIONS FROM FORAMEN MAGNUM TO THE TOP OF THE BRAIN WITHOUT IV CONTRAST.

**FINDINGS:** BILATERAL LATERAL, 3RD AND 4TH VENTRICLES ARE NORMAL. THE CEREBRAL CORTEX AND MEDULLA ARE WELL PRESERVED. THE PONS AND CEREBELLUM ARE NORMAL. THE PITUITARY IS NORMAL. THE SINUSES ARE CLEAR.

**IMPRESSION:** NO SIGNIFICANT INTRACRANIAL PATHOLOGY. NO EVIDENCE OF INTRACRANIAL HEMATOMA OR HEMORRHAGE.


DICTATED: 4-22-98          CY/pk

_____
CALVIN YANG, M.D.
DIPLOMATE, AMERICAN BOARD OF RADIOLOGY

POSS LOU S

AUG 1 0 1998
186 lbs.
125/70 BP

Felt fine, ⊖ c/p or SOB
p = 70
lungs - clear
ht - 2PR
abd - soft
NT - ⊘
⊙ 72 A
⊙ fib.
p: same meds.

SEP 1 0 1998
186 lbs.
110/70 BP.

Felt fine ⊖ c/p or SOB
p = 68
lungs - clear
ht - irrg
abd - soft
NT - ⊘
⊙ 72 A
⊙ fib.

p: ↓ pravachol 20 Q OD

000023

ROSS, LOUIS
OCT 0 [illegible]
W7 188 lbs
BP 130/80

Tulip fine, going for cataract
surg 1 wk
P: 78
lungs - clear
heart - irreg a fib
ext - ø
A: T2A. a fib.
P: same meds.

[signature]

DEC 0 3 [illegible]
W 189 lbs
BP 137/80

Tulip fine, ø c/o or SOB
P: 74
lungs - clear
heart - a fib.
abd - sgt
ext - ø
A: T2D. a fib.
P: same meds

[signature]

ROSS, LOUIS

JAN 29 1989
Wt 189 lbs
BP 130/70

Tulip for ⊘ TP or SOB
P: 70
lg - clear
lut - ofeb
abd - soft
ext - 0
D: TZA ofeb
P: Same meds.

[signature]

MAR 18 1993
Wt 190 lbs
BP 150/80

fever, cough. ⊘ chill or sputum
P: 76 : wnl
lg - clear
lut - ofs
ext - 0
D: TZA ofs
P: same

[signature]

000021

 **CHIN S. SHIH, M.D.** 
Diplomate American Boards of
Internal Medicine and Cardiology

September 6, 2000

To Whom It May Concern:

This is to certify that Mr. Louis Ross has Atrial Fibrillation, hypertension, old Cerebrovascular Accident, Transient Ischemic Attack, Hypercholesterolemia, Aortic and Mitral Regurgitation, and Left Ventricular Hypertrophy.

Please assist him for the application for Medi-Cal aid. If you should have any further questions, please feel free to contact me.

Sincerely,

Chin S. Shih, M.D.

*[Handwritten note:]*
AIh
~~Fax~~ DCU
ROSS, LOUIS.
Fax 310-827-2251

.t. Garfield Ave., Suite 305, Monterey Park, CA 91754 • (626) 573-1941 • Fax (626) 573-5624

000076

## TREATMENT UNDER YOUR SUPERVISION

DIAGNOSIS (IF THE DIAGNOSIS IS A DISORDER CHARACTERIZED BY LAPSES OF CONSCIOUSNESS, DEMENTIA, OR DIABETES, COMPLETE PAGES 3 OR 4)

Hypertension, Atrial Fibrillation, & Transient Ischemic Attack

DO YOU NEED TO SEE YOUR PATIENT AT REGULAR INTERVALS? IF YES, HOW OFTEN?

☒ Yes ☐ No   Every 1-2 months.

PROGNOSIS

FAIR

IS THE CONDITION

☐ Improving ☒ Stable ☐ Worsening or deteriorating ☐ Subject to change (IF MULTIPLE CONDITIONS, PLEASE DESCRIBE STATUS AND PROGNOSIS IN COMMENTS BELOW)

MANIFESTATIONS: (SYMPTOMS)

N/A

(PRESENT)

N/A

(PAST)

N/A

MAY CONDITION IMPAIR VISION?
☐ Yes ☒ No

HOW LONG HAS THIS PERSON BEEN YOUR PATIENT?

Since February 1995

DATE OF LAST EXAMINATION

August 26, 1999

IS YOUR PATIENT UNDER A CONTROLLED MEDICAL PROGRAM?
☐ Yes ☒ No

HOW LONG HAS CONTROL BEEN MAINTAINED?
N/A

IS THE PATIENT ADHERING TO THE MEDICAL REGIMEN? IF NO, PLEASE EXPLAIN
☒ Yes ☐ No

IS THE PATIENT KNOWLEDGEABLE ABOUT THE MEDICAL CONDITION?
☒ Yes ☐ No

LIST THE MEDICATIONS PRESCRIBED. PLEASE INCLUDE DOSAGE AND FREQUENCY OF USE

Norvasc 5mg 1 tablet daily; Lanoxin 0.125 mg 1 daily; Lasix 80mg 1 daily; Zocor 40 1/2 daily, 10% KCL 20mg 1 daily.

WHEN WAS THE LAST MEDICATION CHANGE MADE?

August 26, 1999

WOULD THE SIDE EFFECTS FROM THE PRESCRIBED MEDICATIONS INTERFERE WITH THE SAFE OPERATION OF A MOTOR VEHICLE?
☐ Yes ☒ No  If yes, please describe:

IN YOUR OPINION, DOES YOUR PATIENT'S MEDICAL CONDITION AFFECT SAFE DRIVING?
☐ Yes ☒ No ☐ Uncertain

HAVE YOU ADVISED AGAINST DRIVING?
☐ Yes ☒ No

DOCTOR'S COMMENTS

## LEVELS OF FUNCTIONAL IMPAIRMENTS

Functional impairments that may affect safe driving ability. Please check where applicable

|  | MILD | MODERATE | SEVERE |
|---|---|---|---|
| Visual neglect ☐ Left side ☐ Right side | ☐ | ☐ | ☒ |
| Loss of upper extremity motor control ☐ Left side ☐ Right side | ☐ | ☐ | ☐ |
| Loss of lower extremity motor control ☐ Left side ☐ Right side | ☐ | ☐ | ☐ |

WOULD ADAPTIVE DEVICES AID YOUR PATIENT IN COMPENSATING FOR HIS/HER DISABILITY?
☐ Yes ☐ No ☐ Uncertain
IF YES, PLEASE DESCRIBE

WOULD YOU RECOMMEND A DRIVING TEST BE GIVEN BY DMV?
☐ Yes ☐ No ☒ Uncertain

## LAPSES OF CONSCIOUSNESS DISORDER

PLEASE IDENTIFY THE LAPSE OF CONSCIOUSNESS DISORDER BEING REPORTED (Type of seizure, nocturnal, isolated, syncope, blackouts, etc.)

| DATE(S) OF EPISODE(S) IN THE PAST THREE YEARS |

DATE OF ONSET, IF KNOWN

DATE AND TIME OF LAST EPISODE

Please indicate the impairments identified below that are presently shown by your patient.

|  | YES | NO | UNCERTAIN |
|---|---|---|---|
| Sporadic loss of conscious awareness | ☐ | ☐ | ☐ |
| Loss of consciousness | ☐ | ☐ | ☐ |
| Impaired motor function | ☐ | ☐ | ☐ |

### EFFECTS AFTER EPISODE

|  | YES | NO | UNCERTAIN |
|---|---|---|---|
| Confusion | ☐ | ☐ | ☐ |
| Diminished concentration | ☐ | ☐ | ☐ |
| Diminished judgment | ☐ | ☐ | ☐ |
| Memory loss | ☐ | ☐ | ☐ |

If medication is taken to control seizures, are the serum levels recorded? ☐ Yes ☐ No
Are serum levels medically acceptable? ☐ Yes ☐ No

## DEMENTIA OR COGNITIVE IMPAIRMENTS

☐ Alzheimer's Disease
☐ Other Dementia (Please described the type of dementia below, e.g. multi-infarct, metabolic, post traumatic.)

HISTORY OF DISEASE, RESULTS OF TESTING, ETC.

_____
_____
_____
_____
_____
_____

Using the definitions below, please rate the severity of the following forms of cognitive impairments in this patient.

**DEFINITIONS:** (Based on DSM(III-R))

- **Mild:** Judgment is relatively intact but work or social activities are significantly impaired. Ability to safely operate a motor vehicle may or may not be impaired.
- **Moderate:** Independent living is hazardous and some degree of supervision is necessary. The individual is unable to cope with the environment and driving would be dangerous.
- **Severe:** Activities of daily living are so impaired that continual supervision is required. This person is incapable of driving a motor vehicle.

|  | NONE | MILD | MODERATE | SEVERE | UNCERTAIN |
|---|---|---|---|---|---|
| Memory Loss | ☒ | ☐ | ☐ | ☐ | ☐ |
| Depression, secondary to dementia | ☐ | ☐ | ☐ | ☐ | ☐ |
| Diminished Judgment | ☐ | ☐ | ☐ | ☐ | ☐ |
| Impaired Attention | ☐ | ☐ | ☐ | ☐ | ☐ |
| Impaired Language Skills | ☐ | ☐ | ☐ | ☐ | ☐ |
| Impaired Visual Spatial Skills | ☐ | ☐ | ☐ | ☐ | ☐ |
| Impulsive Behavior | ☐ | ☐ | ☐ | ☐ | ☐ |
| Problem Solving Deficits | ☐ | ☐ | ☐ | ☐ | ☐ |
| Loss of Awareness of Disability | ☐ | ☐ | ☐ | ☐ | ☐ |
| **OVERALL DEGREE OF IMPAIRMENT** | | ☐ | ☐ | ☐ | |

060185

## DIABETES

**PLEASE INDICATE THE TYPE OF DIABETES THIS PATIENT HAS** | **DATE OF DIAGNOSIS**

☐ Type 1   ☐ Type 2   ☐ Gestational

**WHAT METHOD OF TREATMENT IS REQUIRED?**

☐ Controlled diet   ☐ Oral diabetes medication   ☐ Insulin injections   ☐ Insulin pump   ☐ Other

**HAS THIS PATIENT RECEIVED DIABETES EDUCATION FROM A HEALTH CARE TEAM?**

☐ Yes   ☐ No

**DOES THIS PATIENT COMPLY WITH THE PRESCRIBED TREATMENT PLAN?**

☐ Yes   ☐ No

**IF NO PLEASE EXPLAIN**

**IS THE DIABETES CONTROLLED AT THIS TIME?**

☐ Yes   ☐ No

**IF YES, HOW LONG HAS CONTROL BEEN MAINTAINED?** | **IF NO, PLEASE EXPLAIN**

**WHAT ARE THIS PATIENT'S BLOOD GLUCOSE LEVELS?** | **AFTER HOW MANY HOURS OF FASTING?**

**WITHIN THE LAST THREE YEARS, HAS THIS PATIENT EXPERIENCED** | **REASON FOR EPISODES (e.g., non-compliance w/regimen, change of condition, insulin reaction adverse, illness, etc.)**

☐ Hypoglycemic episodes?   ☐ Hyperglycemic episodes?

Please indicate the complications manifested by the hypoglycemic or hyperglycemic episodes and rate the severity of each.

| | NONE | MILD | MODERATE | SEVERE | UNCERTAIN |
|---|---|---|---|---|---|
| Abdominal pain | ☐ | ☐ | ☐ | ☐ | ☐ |
| Cognitive deficits | ☐ | ☐ | ☐ | ☐ | ☐ |
| Confusion or disorientation | ☐ | ☐ | ☐ | ☐ | ☐ |
| Incoordination | ☐ | ☐ | ☐ | ☐ | ☐ |
| Hypoglycemic unawareness | ☐ | ☐ | ☐ | ☐ | ☐ |
| Lack of stamina | ☐ | ☐ | ☐ | ☐ | ☐ |
| Loss of consciousness | ☐ | ☐ | ☐ | ☐ | ☐ |
| Stupor | ☐ | ☐ | ☐ | ☐ | ☐ |
| Visual changes | ☐ | ☐ | ☐ | ☐ | ☐ |
| Ketoacidosis | ☐ | ☐ | ☐ | ☐ | ☐ |
| Slowed reaction | ☐ | ☐ | ☐ | ☐ | ☐ |
| Seizures | ☐ | ☐ | ☐ | ☐ | ☐ |
| Weakness or fatigue | ☐ | ☐ | ☐ | ☐ | ☐ |
| Other | | | | | |

**DOES THIS PATIENT MANAGE HYPOGLYCEMIC EPISODES WITH OR WITHOUT HELP?**

☐ With   ☐ Without

**HAS THIS PATIENT'S DIABETES CAUSED ANY OF THE FOLLOWING CHRONIC COMPLICATIONS?**

☐ Visual changes   ☐ Kidney disease   ☐ Nervous system disease   ☐ Vascular disease

**PLEASE DESCRIBE THE EXTENT OF THE COMPLICATIONS**

**HAS THIS PATIENT BEEN HOSPITALIZED WITHIN THE LAST THREE YEARS FOR DIABETES COMPLICATIONS?** | **WHAT COMPLICATIONS NECESSITATED HOSPITALIZATIONS**

☐ Yes   ☐ No   If yes, please give dates:

**HAS AMPUTATION BEEN NECESSARY?**

☐ Yes   ☐ No

**IF YES, PLEASE EXPLAIN**

## ADDITIONAL COMMENTS BY DOCTOR

## DRIVER'S ADVISORY STATEMENT

Medical information is required under the authority of Divisions 6 and 7 of the California Vehicle Code. Failure to provide the information is a cause for refusal to issue a license or to withdraw the driving privilege.

All records of the Department, relating to the physical or mental condition of any person are confidential and not open to public inspection (California Vehicle Code Section 1808.5). Information used in determining driving qualifications is available to you and/or your representative with your signed authorization.

The department has sole responsibility for any decision regarding your driving qualifications and licensure. The department will also consider non-medical factors in reaching a decision.

## MEDICAL INFORMATION AUTHORIZATION

DOCTOR, HOSPITAL, OR MEDICAL FACILITY (NAME AND ADDRESS)

**CHIN SHUN SHIH, M.D., INC.**
223 N. Garfield Ave., #305
Monterey Park, CA 91754

| DATE | MEDICAL RECORD/PATIENT FILE NUMBER |
|---|---|
| 8-27-99 | 1820 |

I hereby authorize my doctor or hospital to answer any questions from the Department of Motor Vehicles, or its employees, relating to my physical or mental condition, and/or drug and/or alcoholic use of abuse, and to release any related information or records to the Department of Motor Vehicles or its employees. Any expense involved is to be charged to me and not to the Department of Motor Vehicles.

I hereby authorize the Department of Motor Vehicles to receive any information relating to my physical or mental condition, and/or drug and/or alcohol use or abuse, and to use the same in determining whether I have the ability to operate a motor vehicle.

NOTE: You may wish to make a copy of the completed Driver Medical Evaluation for your records.

| SIGNED X | DATE |
|---|---|
| WITNESS | DATE |

### DOCTOR'S SIGNATURE

| DOCTOR'S SIGNATURE | DOCTOR'S NAME (PRINT) | DATE |
|---|---|---|
| /s/ Shih | Chin S. Shih, M.D. | 8-27-99 |
| CLASSIFICATION OR SPECIALTY | MEDICAL LICENSE NUMBER | TELEPHONE NUMBER |
| Cardiology | A34331 | (626) 573-1941 |

DS 2326 (REV 4/99)        Page 5 of 5

000187

PAGE 3

WBC 8.5 thousand, hemoglobin 13.4, hematocrit 41, platelet count 179 thousand.

Chest x-ray previous showed cardiomegaly, congestive heart failure.

## HOSPITAL COURSE AND TREATMENT

The patient was admitted to DOU and the patient was on oxygen via nasal cannula, on 2-gram sodium diet. Laboratory work-ups were done and the patient's vital signs were monitored. The patient was started on intravenous Lasix 40 mg, Nitro paste every six hours, Nitroglycerin 0.4 mg sublingual for patient's chest pain, Diovan 80 mg orally given, Digoxin 0.125 mg daily, Tylenol 500 mg every six hours, Halcion 0.25 mg, Plavix 75 mg daily.

On the following hospital day, the patient was noted to be feeling better with decreased shortness of breath, blood pressure was in the range of 120 to 150/77. The patient was recommended cardiac catheterization and a consent for the procedure was obtained. The patient subsequently underwent the procedure on 06-20-03. The patient tolerated the procedure very well with no apparent complications. The patient was transferred back to the Direct Observation Unit in satisfactory condition.

Conclusion revealed severe dilatation of the left ventricle, poor left ventricular global function, ejection fraction of about 20 to 25%, moderate mitral regurgitation, mild plaquing of the coronary arteries without significant stenosis, dominant right coronary artery.

A repeat chest x-ray was done which revealed significant decrease in vascular congestion, cardiomegaly with dilated aorta. The patient's current medications were continued and on patient's re-evaluation, the patient's congestive heart failure had improved. There was no chest pain or shortness of breath noted. The patient's vital signs were within normal limits.

The patient's condition remained stable and was subsequently discharged improved on 06-24-03.

## DISCHARGE INSTRUCTION

Activity as tolerated

## DISCHARGE MEDICATION

1. Diovan 160 mg orally daily
2. Continue other medications at home.

**GARFIELD MEDICAL CENTER**      PATIENT NAME:  ROSS, LOUIS

DISCHARGE SUMMARY            MEDICAL RECORD NO.: 0779010

PAGE 4

FOLLOW-UP

Please follow-up at the clinic in one week.

_____
CHIN-SHUN SHIH, M.D.

CS:hhd
D: 07/08/03
T: 07/09/03
Job Number:15633
Doc: JULY\09\ROSSLOUD.1CS

(Dictated by Rosario Salazar)

GARFIELD MEDICAL CENTER        PATIENT NAME:   ROSS, LOUIS

DISCHARGE SUMMARY              MEDICAL RECORD NO.: 0779010

000172

# CALVIN YANG, M.D., A PROF. CORP

| Alhambra Office | MRI Center | City of Industry | Monterey Park Office |
|---|---|---|---|
| 320 S. Garfield Ave., Suite 102<br>Alhambra, CA 91801<br>(626) 281-4487 | 235 S. Garfield Ave<br>Alhambra, CA 91801<br>(626) 943-9985 | 1661 Hanover Rd., #102<br>City of Industry,<br>CA 91748<br>(626) 965-8118 | 312 N. Garfield Ave<br>Monterey Park, CA 91754<br>(626) 572-2889 |

Patient Name:   **ROSS, LOUIS**
File Number:   **A47905**          ( ALHAMBRA OFFICE )
Referred By:   **CHIN SHUN SHIH, MD**
Date of Birth:   **10-06-1916/M**
Date of Examination:   **06-21-2001**

Clinical Information:

REST & STRESS MYOCARDIAL PERFUSION:

TECHNIQUE: Resting myocardial perfusion was performed after IV injection of 4 mCi of Thallium-201. Patient was then infused with 71 mg of Adenosine over 4 minutes, and the post-stress myocardial perfusion and gated SPECT was performed after IV injection of 26 mCi of Tc-99m Myoview.

FINDINGS: There is moderate size fixed perfusion defect in the mid to distal inferior wall. There is, however, no significant reversible defect. The post-stress LVEF is 52%, with hypokinesis in the inferior wall.

IMPRESSION: Moderate size fixed perfusion defect in the distal inferior wall most likely represent scar tissue. There is no significant reversible defect to suggest Adenosine-induced ischemia.


Benjamin Huang, MD

Diplomate, American Board of Radiology
Diplomate, Amercian Board of Nuclear Medicine

Dictated:   06/22/2001       BH/cc

Electronically Signed: Saturday, Jun 23 2001

**Thank you for referring LOUIS ROSS to our office.**

Printed: 07/01/2009 04:34 PM     ROSS, LOUIS     Accession # 86210     Page 1 of 1

From: v999angel@aol.com
To: pstrunk@browngreer.com
Subject: Re: Luis Ross - VCN 1057715
Date: Tue, Jun 22, 2010 12:53 pm

Mr. Strunk:

Page Number 000268 of the Medical records notes an Ejection Fraction of 38%.

Once again, Browngreer failed to account for the most serious Injury Level when assessing the claim.

I will fax you the record.

The Nurse's note record from which Browngreer extracted a previous MI note, clearly states that this information came from the patient who was the Informant and who was Hard of Hearing. It also contains the patient's wrong date of birth. This information should not constitute a "Medical record" since it was based on communication with a deaf patient.

Although you stated that the deadline for appeals has expired, I do not consider this to be an appeal but a Discovery of Omissions and or errors on Browngreer's part in the process of evaluation and administration of the above case.

I would like to speak to you again on Thursday June 24th at 2pm California time, after you have hopefully had time to confer on this matter with the principal partners of Browngreer PLC.

Thanks,


**Vivian Ross**
**Accountant**
**Phone: (310)827-4081**
**Cell: (310)804-3259**
**E-Mail: V999ANGEL@AOL.COM**

IMPRESSION

1. CONGESTIVE HEART FAILURE.
2. SEVERE CARDIOMYOPATHY.
3. CHRONIC ATRIAL FIBRILLATION.
4. RIGHT BUNDLE BRANCH BLOCK.
5. OLD CEREBROVASCULAR ACCIDENT.
6. HYPERTENSION.
7. HYPERCHOLESTEROLEMIA.
8. HISTORY OF HEMATURIA.
9. HEMORRHOID.
10. EJECTION FRACTION, LEFT VENTRICLE, IS 38 PER CENT.
11. MODERATE MITRAL, AORTIC AND TRICUSPID REGURGITATION.

SUGGESTIONS

Suggest IV diuretics. Potassium supplement. Fluid restriction, daily weight, I/O.

Also, will continue the patient on ACE inhibitors and will also a beta-blocker, in addition to current regimen.

The patient also needs to be put on Lovenox or Plavix because of chronic atrial fibrillation and cardiomyopathy.

Monitor the patient in the Definitive Observation Unit.
Continue conservative treatment.

Over all prognosis is guarded.

_____
CHIN SHUN SHIH, M.D.

CS: mlb
D: 12/04/2003      22:04:42
T: 12/5/2003
Job Number: 23006
Last Edited: 12/05/2003 00:06:20

Page 4 of 4

---

GARFIELD MEDICAL CENTER          PATIENT NAME:  ROSS, LOUIS

HISTORY & PHYSICAL               MEDICAL RECORD NO.: 0779010

000268

ViVi
13900 PANAY WAY #SR 302
MARINA DEL REY, CA 90292

RECEIVED
JUL - 2 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
SARAH S. VANCE

CERTIFIED MAIL
7008 3230 0000 0414 7001

RETURN RECEIPT REQUESTED

CHIEF JUDGE SARAH VANCE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C255
NEW ORLEANS, LA 70130


U.S. POSTAGE
MARINA DEL REY, CA
90292
JUN 25 '10
AMOUNT
$6.66
0010082912