DUANE ALLEN CARLSON, et al.,       )
                                   )        IN THE UNITED STATES
          Plaintiffs,              )        DISTRICT COURT FOR THE
                                   )        EASTERN DISTRICT OF
                                   )        LOUISIANA
v.                                 )
                                   )        Case Code No: 1657
                                   )        Docket No: 2:05-cv-06350-EEF-DEK
MERCK & CO., INC., et al.,         )
                                   )        STIPULATION OF DISMISSAL
          Defendants.              )        WITH PREJUDICE
                                   )        AS TO ALL DEFENDANTS

          Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Arthur Kroncke** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.

_____         _____
Will Kemp, Esq.                     Stephen G. Strauss
Harrison, Kemp, Jones and           Bryan Cave LLP
Coulthard, LLC                      211 N. Broadway, Suite 3600
3800 Howard Hughes Parkway, 17th Floor   St. Louis, MO 63102
Las Vegas, NV 89169                 (314) 259-2000 Tel
(702) 385-6000                      (314) 259-2020 Fax

                                    Phillip A. Wittmann
                                    Dorothy H. Wimberly
                                    Stone Pigman Walther
                                    Wittmann LLC
                                    546 Carondelet Street
                                    New Orleans, LA 70130
                                    (504) 581-3200 Tel
                                    (504) 581-3361 Fax

Dated: 11/17/08                     Attorneys for Merck & Co., Inc.

                                    Dated: 7-13-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.