1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3       ********************************************************

4
        IN RE:  VIOXX PRODUCTS
5          LIABILITY LITIGATION

6                               MDL DOCKET NO. 1657
                                NEW ORLEANS, LOUISIANA
08:59AM  7                      MONDAY, DECEMBER 21, 2009, 9:00 A.M.

8       THIS DOCUMENT RELATES TO:

9       *MARTHA ALVARADO, ET AL V.*
        *MERCK & CO. INC.*,
10      CASE NO. 06-5980
        (AS TO LARRY LONG ONLY)
11
        ********************************************************
12

13                      TRANSCRIPT OF PROCEEDINGS
              HEARD BEFORE THE HONORABLE ELDON E. FALLON
14                   UNITED STATES DISTRICT JUDGE

15

16      APPEARANCES:

17

18      FOR THE PLAINTIFFS
        LIAISON COUNSEL:            HERMAN HERMAN KATZ & COTLAR
19                                  BY:  RUSS M. HERMAN, ESQUIRE
                                         LEONARD DAVIS, ESQUIRE
20                                  820 O'KEEFE AVENUE
                                    NEW ORLEANS, LA 70113
21

22

23      VIA TELEPHONE:             BEASLEY ALLEN CROW METHVIN
                                   PORTIS & MILES
24                                 BY:  ANDY D. BIRCHFIELD, JR., ESQUIRE
                                   234 COMMERCE STREET
25                                 POST OFFICE BOX 4160
                                   MONTGOMERY, AL 36103

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR THE DEFENDANT
     VIA TELEPHONE:              WILLIAMS & CONNOLLY
 4                               BY:  DOUGLAS R. MARVIN, ESQUIRE
                                 725 TWELFTH ST., N.W.
 5                               WASHINGTON, DC  20005

 6

 7   FOR OASIS LEGAL
     FINANCE:                    PHELPS DUNBAR
 8                               BY:  ALLEN C. MILLER, ESQUIRE
                                      CANAL PLACE
 9                                    365 CANAL STREET, SUITE 2000
                                      NEW ORLEANS LA  70130
10

11

12   VIA TELEPHONE:              THE MILLER FIRM
                                 BY:  MICHAEL J. MILLER, ESQUIRE
13                                    CHRISTOPHER A. GOMEZ, ESQUIRE
                                      MICHELE A. DIMARTINO, ESQUIRE
14                               108 RAILROAD AVENUE
                                 ORANGE VA  22960
15

16

17   FOR THE CLAIMS
     ADMINISTRATOR
18   VIA TELEPHONE:              BROWN GREER
                                 BY:  ORRAN BROWN, ESQUIRE
19                               115 SOUTH 15TH STREET
                                 SUITE 400
20                               RICHMOND VA  23219

21

22   ALSO PRESENT
     VIA TELEPHONE:              DEBORAH LONG
23                               GARY CHODES, CHIEF EXECUTIVE OFFICER,
                                      OASIS LEGAL FINANCE
24                               JENNIFER CLARK, ESQUIRE,
                                      OASIS LEGAL FINANCE
25
```

1  APPEARANCES CONTINUED:

2

3  OFFICIAL COURT REPORTER:      CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
4                                NEW ORLEANS, LOUISIANA 70130
                                 (504) 589-7779
5

6  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
   PRODUCED BY COMPUTER.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

2          MONDAY, DECEMBER 21, 2009

3          M O R N I N G   S E S S I O N

4              (IN OPEN COURT)

5

6

7          THE DEPUTY CLERK:  Everyone rise.

8          THE COURT:  Be seated, please.  Good morning, ladies and

9  gentlemen.  We're here today on a Rule to Show Cause in

10  connection with the Larry Long and Oasis Legal Finance matter.  I

11  know we have several people on the phone.  Let me hear first from

12  them.  Mrs. Long, are you there?

13          MRS. LONG:  Yes, I am.

14          THE COURT:  And give us your name, please, your full

15  name.

16          MRS. LONG:  Deborah Long.

17          THE COURT:  Speak in the phone, Mrs. Long, because all

18  of this is being recorded.  And for Oasis.  Who is on the phone?

19          MR. CHODES:  This is Gary Chodes.  I'm the CEO of Oasis,

20  and I have Jennifer Clark with me, who is in-house counsel.

21          THE COURT:  And I know we have a representative for

22  Oasis here in the courtroom.  Would you go to the microphone

23  please.

24          MR. ALLEN MILLER:  Allen Miller, Your Honor, on behalf

25  of Oasis Legal Finance.

09:26AM  1          THE COURT:  Mr. Miller.  And also for the PSC, who is

09:26AM  2  there on the phone?

09:27AM  3          MR. BIRCHFIELD:  Andy Birchfield, Your Honor.

09:27AM  4          THE COURT:  Anyone here in the courtroom?

09:27AM  5          MR. HERMAN:  Good morning, Your Honor.  Russ Herman and

09:27AM  6  Leonard Davis for the PSC PNC.

09:27AM  7          THE COURT:  Anyone else from the Plaintiffs' Committee,

09:27AM  8  from MERCK?  Anyone there from MERCK?

09:27AM  9          MR. MARVIN:  Yes, Your Honor.  This is Doug Marvin.

09:27AM 10          THE COURT:  Anyone else on the phone?

09:27AM 11          MR. MICHAEL MILLER:  Yes, Your Honor, from The Miller

09:27AM 12  Firm, Michael Miller, good morning.  I also have with me

09:27AM 13  Chris Gomez from The Miller Firm and Michelle DiMartino from The

09:27AM 14  Miller Firm, Your Honor.

09:27AM 15          THE COURT:  Anyone else on the phone?

09:27AM 16          MR. BROWN:  Yes, good morning, Your Honor.  This is

09:27AM 17  Orran Brown from BrownGreer, the claims administrator.

09:27AM 18          THE COURT:  Is that it?  Anyone else on the phone?

09:27AM 19          Let me put the matter in perspective.  To put this

09:27AM 20  matter in perspective, let me say that on February 16, 2005, the

09:28AM 21  MDL 1657, entitled, *In re: Vioxx Products Liability Litigation*

09:28AM 22  was established.  Shortly thereafter, I appointed the necessary

09:28AM 23  committees and joint discovery proceeded.

09:28AM 24          After some nine million documents were produced,

09:28AM 25  over 1,000 motions were heard and ruled on, and after six trials

09:28AM 1    in the MDL, and twice that many in the various states, I convened

09:28AM 2    a conference here with the interested parties, together with my

09:28AM 3    colleagues from state court, to suggest that perhaps it was

09:28AM 4    appropriate for the parties to think about a global resolution of

09:28AM 5    the matter.

09:28AM 6              After one year of negotiations, and the hard work

09:28AM 7    of the litigating teams and negotiating teams on both sides, a

09:29AM 8    settlement program was agreed upon for all MI and stroke cases.

09:29AM 9    This program was entered into in November of 2007.  Over

09:29AM 10   97 percent of all claimants opted into the program, and at this

09:29AM 11   time, through the hard work of all of the parties, particularly

09:29AM 12   the claims administrator, over three billion dollars have been

09:29AM 13   paid to the litigants.

09:29AM 14             In order to maintain the transparency of these

09:29AM 15   proceedings, I conducted monthly status conferences and, of

09:29AM 16   course, in between met with the various interested parties.  I

09:29AM 17   put all of this on my web site.  I made transcripts of these

09:29AM 18   conferences and posted those on the web site, allowed anyone who

09:30AM 19   was interested to monitor the matter, either in person, in court,

09:30AM 20   or on the phone.

09:30AM 21             At the most recent monthly status conference, which

09:30AM 22   was held on December 3, 2009, it came to the Court's attention

09:30AM 23   that a serious issue was materializing with respect to potential

09:30AM 24   liens being asserted against the settlement funds for various

09:30AM 25   loans.  One affected plaintiff was Mr. Larry Long, an ischemic

stroke claimant who was under extreme financial distress.  He has
been evicted from his home at least three times throughout the
pendency of this litigation.  Mr. Long has been granted hardship
status under the Vioxx Settlement Program, which allowed the
claims administrator to advance his claim to the front of the
line.

On February 27, 2008, Mr. Long entered into his
first loan agreement with Oasis Legal Finance, which Oasis terms
a "purchase agreement," under the terms of which Oasis purported
to purchase an interest in Mr. Long's settlement proceeds for the
initial price of $3,000, which was the amount of the loan.

At the same time, Mr. Long signed a letter of
direction authorizing his attorney to pay Oasis with Mr. Long's
settlement proceeds in accordance with the purchase agreement.
Mr. Long later entered into two more so-called "purchase
agreements" of this nature, one on March 18, 2008, and one on
July 18, 2008.  In total, Oasis provided Mr. Long with loans in
the amount of $9,150.

According to the agreements, Oasis was entitled to
100 percent interest per year on the amount loaned.  The Court
notes that the purchase agreements in question declared that
Georgia law would be the substantive law that would govern any
disputes arising thereunder, but also that it contained a forum
selection clause which called upon Cook County, Illinois, as the
forum of the proceeding.

09:32AM 1          On December 11, 2009, the Court issued an order for

09:33AM 2    Oasis to show cause why their lien should not be dismissed.  All

09:33AM 3    interested parties were notified and given an opportunity to

09:33AM 4    respond in writing.

09:33AM 5          Additionally, on December 17, 2009, the Court

09:33AM 6    received further communication from Mrs. Long, the spouse of

09:33AM 7    Mr. Larry Long, alleging what she felt was some misconduct on the

09:33AM 8    part of her attorneys.  Accordingly, on the same date the Court

09:33AM 9    issued an order directing The Miller Law Firm, her attorneys, to

09:33AM 10   be prepared to respond to these allegations at the show cause

09:33AM 11   hearing.

09:33AM 12         On December 17th, the Court received a letter from

09:33AM 13   Mrs. Long, Mr. Larry Long's wife.  In the correspondence, she

09:34AM 14   reported to the Court that Oasis has been in contact with her and

09:34AM 15   that they now have agreed to waive all interest on the money

09:34AM 16   owed, and that they would like to receive only the amount that

09:34AM 17   they have given to her, namely, the $9,150 that they advanced to

09:34AM 18   her.

09:34AM 19         Mrs. Long felt that she would like to express

09:34AM 20   herself both on that, as well as any complaints that she had had

09:34AM 21   against her attorney.  Because the matter was scheduled, I

09:34AM 22   thought it was appropriate to at least give the parties an

09:34AM 23   opportunity to address the Court.

09:34AM 24         Mrs. Long, you wanted to say something, ma'am.

09:35AM 25         MRS. LONG:  Good morning, Judge Fallon.  We, Larry and

09:35AM 1    Deborah Long, received funding, loans, money.  We had -- we

09:35AM 2    received money.  We paid a fee to use that money, including the

09:35AM 3    brokerage fee.  The funding was about -- the funding was about --

09:35AM 4    the funding, it was for the -- [unintelligible.]

09:35AM 5        THE COURT:  Mrs. Long, you're going to have to speak

09:35AM 6    closer to the phone.  I don't know whether you're on a

09:35AM 7    speakerphone or not, but you're not coming across.

09:35AM 8        MRS. LONG:  Is that better?

09:35AM 9        THE COURT:  Yes, that's a little better.

09:36AM 10       MRS. LONG:  This money was above the social and the

09:36AM 11   legal rate.  It was accepted according to the State of Georgia

09:36AM 12   and federal laws.  And I believe that it was usury at the time of

09:36AM 13   the signing of the contract, the interest rate that they charged.

09:36AM 14   The funds that the -- the money we received and the fees, it was

09:36AM 15   hurtful.  It has caused more debt for us and hardship.

09:36AM 16       At the beginning we had asked Oasis for $5,000, and

09:36AM 17   they were only able to approve 3,000.  Then their broker told me

09:36AM 18   that I could come back later and get more money.  We applied

09:36AM 19   again for the same amount and they said we were only approved for

09:36AM 20   $3,000.

09:36AM 21       This started a very bad cycle for us because we

09:36AM 22   didn't have enough money the first time that we needed so we

09:36AM 23   could move because we had that eviction.  We've been evicted

09:37AM 24   three times, as she stated in our records.  We've had car

09:37AM 25   trouble.  Mr. Long has been in and out of the hospital.  He's on

09:37AM 1  kidney dialysis.  He's experienced a lot of stress.  He's unable

09:37AM 2  to sleep.  We missed the deadline to have the money put in to the

09:37AM 3  Kidney Transplant Foundation to raise funds in order for him to

09:37AM 4  get a kidney.  They were going to match the funds, if we had

09:37AM 5  $3,000 in the Kidney Fund.

09:37AM 6           We would like -- we would like the Court to protect

09:37AM 7  us from these outrageous, excessive interest rate fees.  When we

09:37AM 8  received our advanced interim payment of $27,000, on the interest

09:37AM 9  they charged us, including with the money they gave us,

09:38AM 10  approximately 23,000 is what had to be repaid.

09:38AM 11           We asked our attorney Miller to break the -- I

09:38AM 12  mean, not to break -- we asked our attorney Miller to negotiate a

09:38AM 13  lower fee.  And what they said they could do is only divide and

09:38AM 14  break the payments into two payments.  And then they would

09:38AM 15  collect their money, they would not wait on their money, and then

09:38AM 16  we would have the balance.  We were in a very critical crisis.

09:38AM 17  We were evicted again, and it caused quite a bit of hardship of

09:38AM 18  moving fees.  We had to pay high moving fees just to get someone

09:38AM 19  to help us.

09:38AM 20           I request -- I request that we want the Oasis to

09:38AM 21  defer their payment, and they refused to work out any kind of

09:38AM 22  negotiation, and even after they divided the payment up, we asked

09:39AM 23  our attorney Miller to please help us.  Christopher Gomez had

09:39AM 24  told me previously that he would negotiate a lower price.  We

09:39AM 25  would never have to pay that amount.  And that never happened.

09:39AM 1          I called Mike Miller law firm, left a message with

09:39AM 2 him.  Nobody never responded back with me on that.

09:39AM 3 Michele DiMartino, she didn't -- she was a part of it.  She

09:39AM 4 didn't want to deal with us and we kept getting put off to the

09:39AM 5 paralegal, Jodi (spelled phonetically), each time, whether it was

09:39AM 6 e-mail -- I was asked to speak to one of the attorneys, and I

09:39AM 7 never got positive results or feedback.

09:39AM 8          Then when the hearing came up, I got a call from

09:40AM 9 Ms. Foreman (spelled phonetically), the vice-president, and she

09:40AM 10 said, "What was a good resolution?"  And I asked her, "What did

09:40AM 11 she mean?  What was she thinking about?"  She told me that she

09:40AM 12 could only cancel out the interest on the second payment.  That

09:40AM 13 was the only thing that she could do.  So I waited, I think it

09:40AM 14 was the next day or so, and I called back and talked with

09:40AM 15 Attorney Clark at Oasis, and she said that she would relay my

09:40AM 16 suggestions or my negotiations, and she said she would

09:40AM 17 let Ms. Foreman know.

09:40AM 18          Ms. Foreman called me back, because I said that we

09:40AM 19 could get a -- maybe she could cancel out the other part of that

09:40AM 20 interest rate on the second page of the interest payment rate and

09:41AM 21 refund $2,850 back to us.  That was my negotiation.  And because

09:41AM 22 they forwarded me $12,000, but that was the only thing that I

09:41AM 23 could negotiate.

09:41AM 24          I didn't have any help from my attorney trying to

09:41AM 25 help me, even though they bent on helping me procure the funding,

09:41AM 1    they never called back to say anything, they had gotten a letter

09:41AM 2    or anything.  So I'm in a hardship.  I don't know the law.  I

09:41AM 3    don't know what the right things are to say, and I didn't have

09:41AM 4    any advice.

09:41AM 5            What I'm asking is for the Court to look at the

09:41AM 6    violations that Oasis did according to this MERCK settlement.

09:41AM 7    I'm saying this entire lien should be void and null because they

09:41AM 8    didn't follow the rules of the Court, my attorney didn't follow

09:41AM 9    the rules, and I feel this has been a hurtful thing for

09:42AM 10   Larry Long.

09:42AM 11           I would like to have Oasis penalized.  Whatever

09:42AM 12   federal laws or state laws that they have broken, I would like

09:42AM 13   those to be taken up to help protect other clients that are

09:42AM 14   involved in these funding of loans, monies that have to be paid

09:42AM 15   out where you are charged a fee and expect a fee above the legal

09:42AM 16   amount.

09:42AM 17       THE COURT:  All right.  Mrs. Long, this is the Judge.

09:42AM 18   As I understand, however, Oasis have taken the position that they

09:42AM 19   are willing to waive all of the interest and they are only

09:42AM 20   keeping the amount that they loaned you in the first place.  If

09:42AM 21   that's the situation, then it seems to me that they have done the

09:43AM 22   fair thing.

09:43AM 23           They gave you the money.  They should be entitled

09:43AM 24   to receive that money back.  It seems to me that that's fair from

09:43AM 25   their standpoint.  They are willing to waive all of the interest.

09:43AM 1  The amount of the interest was of great concern to the Court, and

09:43AM 2  that's why I conducted this hearing and set this hearing.  They

09:43AM 3  now indicate that they are waiving all of their interest, and

09:43AM 4  they just want the money that they gave to you.  That seems to me

09:43AM 5  to be a fair position from their standpoint.

09:43AM 6           Now, with regard to the claim that you have or the

09:43AM 7  concern that you have about your attorney, I want to give the

09:43AM 8  attorney an opportunity to express himself on it, but you have to

09:43AM 9  know that, you hire an attorney, if for some reason you are

09:44AM 10 disappointed with the attorney, you can discharge that attorney.

09:44AM 11 That doesn't mean, however, that you're not responsible to pay a

09:44AM 12 fee for what the attorney has done up to that point, but you're

09:44AM 13 not required to stay with an attorney that you do not wish to

09:44AM 14 stay with.  Now, I'm not saying you should change or you should

09:44AM 15 not change, but that's your remedy.

09:44AM 16          First of all, the Oasis representative is standing

09:44AM 17 up.  Do you have any statement?

09:44AM 18          MR. ALLEN MILLER:  Your Honor, I think, I mean, I think

09:44AM 19 the Court has the gist of the transaction.  But I also wanted to

09:44AM 20 say that we have indeed wired the 2850 back to Mrs. Long, and the

09:44AM 21 money that we wired back, Your Honor, also included any fees

09:45AM 22 related to the transaction, not only the interest underneath the

09:45AM 23 purchase agreement.  So...

09:45AM 24          THE COURT:  All right.  Mrs. Long, I'm advised by

09:45AM 25 counsel that they wired you the money, the interest as well as

09:45AM 1  any fees.  Did you receive that wire?

09:45AM 2          MRS. LONG:  I received the $2,850.  I did receive that

09:45AM 3  on Friday.

09:45AM 4          THE COURT:  So the only amount that they are now in

09:45AM 5  possession of is the actual funds that they gave you.  They

09:45AM 6  waived all of their interest and all of their fees.

09:45AM 7          MRS. LONG:  Okay.

09:45AM 8          THE COURT:  So from your standpoint, it seems to me that

09:45AM 9  you have no claim against Oasis at this point.  They've given

09:45AM 10  back the interest and they've waived, and they've given back all

09:46AM 11  of the fees.  They just have the money that they gave to you.

09:46AM 12          MRS. LONG:  Would the contract be void and null if they

09:46AM 13  give me permission from MERCK, though?

09:46AM 14          THE COURT:  I'm sorry, what?

09:46AM 15          MRS. DEBORAH LONG:  Would the contract be void and null

09:46AM 16  if they give me permission from MERCK to --

09:46AM 17          THE COURT:  Yes.

09:46AM 18          MRS. LONG:  -- those funds?

09:46AM 19          THE COURT:  It may true from the standpoint of their

09:46AM 20  contract being void, but there is no question that they gave you

09:46AM 21  the money.  They loaned you the money.  They have a right to get

09:46AM 22  it back.  They didn't give you the money.  They loaned it.  My

09:46AM 23  concern was the amount of the fees and the amount of the cost.

09:46AM 24  They have waived all of that at this point.  It's fair for them

09:46AM 25  to get back what they've given to you.

09:47AM 1          MRS. LONG:  Would I have to take that up with a higher

09:47AM 2    court?

09:47AM 3          THE COURT:  I'm sorry, what?

09:47AM 4          MRS. LONG:  Is that something I have to take up with a

09:47AM 5    higher court, because at the time of the signing of the contract

09:47AM 6    they had set the fees on there?

09:47AM 7          THE COURT:  Well, they've given back the fees, and

09:47AM 8    they've given back their interest.

09:47AM 9          MRS.  LONG:  But does that kind of like rob the bank for

09:47AM 10   them to give the money back?

09:47AM 11         THE COURT:  It just seems to the Court that if they gave

09:47AM 12   you money with the understanding that you would pay it back, plus

09:47AM 13   interest and costs, and they've waived the costs, and they've

09:47AM 14   waived the interest, it's fair for them to get back the money

09:47AM 15   that they gave to you.  It's not fair for you to feel that they

09:47AM 16   gave you the money, and they charged high interest, and they

09:48AM 17   charged fees; therefore, they should not get the money back.  I

09:48AM 18   think that that's not the way it works or should work, but I do

09:48AM 19   agree with you that the interest rate was too high, and the costs

09:48AM 20   perhaps were too high.  I haven't scrutinized that.  That's a

09:48AM 21   moot point now because they've given it back to you.

09:48AM 22              Now, from the standpoint of the attorney, I don't

09:48AM 23   know the full extent of your complaint with the attorney.  What

09:48AM 24   I'm hearing is, is that you've tried to call them, and they

09:48AM 25   haven't communicated with you to your satisfaction and that you

09:48AM 1   also feel that they did not negotiate for a lower charge for you,

09:48AM 2   and you're concerned about that.

09:48AM 3           Now, as I say, the cost of your getting the money

09:49AM 4   has now evaporated.  You're not being charged with anything, but

09:49AM 5   I'll hear from your attorney now.  Mr. Miller, do you have some

09:49AM 6   comment in response to the plaintiff.

09:49AM 7           MR. MICHAEL MILLER:  I do, Your Honor.  Thank you.

09:49AM 8   Michael Miller, again, and I have a note to remind the Court --

09:49AM 9   I'm on the phone with Chris Gomez, who runs my Philadelphia

09:49AM 10  office, and Michele DiMartino, an attorney who worked in the

09:49AM 11  Philadelphia office.

09:49AM 12          Your Honor, we appreciate and are sorry for the

09:49AM 13  Longs for their hardship.  We are very proud -- very proud of the

09:49AM 14  way we represent the Longs.  We have been way more responsive to

09:49AM 15  the Longs' request than I would dare say even the above average

09:49AM 16  attorney in mass tort.  We have done everything we can to

09:49AM 17  represent them and we're very proud of that.  And I would like to

09:49AM 18  turn over the particulars of that to Michele DiMartino, who, on a

09:50AM 19  weekly basis, communicated with the Longs on all of these issues.

09:50AM 20          But first and foremost, it's important that we

09:50AM 21  strongly recommended to the Longs, like all of our clients, do

09:50AM 22  not enter into these kinds of loans while we're attempting to

09:50AM 23  resolve your *Vioxx* case.  And indeed, we're one of those firms

09:50AM 24  that always wanted to try our own *Vioxx* cases.  We really didn't

09:50AM 25  want a Plaintiffs Steering Committee handling them.  We've worked

09:50AM 1   very hard to get our cases up for trial for her.

09:50AM 2           So we worked -- pushed very hard to get the case

09:50AM 3   from our vantage point forward and worked very hard to

09:50AM 4   communicate with Mrs. Long and make sure both she and Mr. Long

09:50AM 5   understood the problems along the way.

09:50AM 6           If I could, I'll turn it over to Michele DiMartino.

09:50AM 7   I'm sure you have a thing or two you want to say.

09:50AM 8           MS. DIMARTINO:  Yes.  Good morning, Your Honor.

09:50AM 9   Michele DiMartino.

09:50AM 10          THE COURT:  Good morning.

09:50AM 11          MS. DIMARTINO:  With regard to Mrs. Long's statements

09:50AM 12  that we don't respond to her, we certainly do respond to her.  I

09:50AM 13  personally have responded to her on numerous occasions.  All of

09:51AM 14  those are documented in our files, through either correspondence

09:51AM 15  to her or our notes to our own system.

09:51AM 16          With regard to her statements that we didn't try to

09:51AM 17  negotiate a lower fee, we did.  I actually wrote a letter to

09:51AM 18  Oasis on October 6th.  I explained that the Longs were

09:51AM 19  experiencing severe hardship, and I requested that they defer

09:51AM 20  their payment or they discount their interest rate or that we

09:51AM 21  enter into some type of compromise.  In response to that letter,

09:51AM 22  Oasis agreed to take some payment from the interim payment, the

09:51AM 23  rest from the final payment, and to freeze the amount of interest

09:51AM 24  that was due.

09:51AM 25          Again, we communicated that with Mrs. Long.  I

09:51AM  1    called her personally.  I also followed it up with a letter.  I

09:51AM  2    indicated that while they were willing to do this option that if

09:51AM  3    she still wasn't happy, perhaps she could call them directly,

09:51AM  4    explain her situation to them directly, and perhaps after hearing

09:52AM  5    from her, they could negotiate something differently.

09:52AM  6                I've spoken with Mrs. Long, Mr. Gomez has spoken

09:52AM  7    with Mrs. Long, and there has been occasions where she's asked

09:52AM  8    for our paralegal, and our paralegal, Jodi, has spoken with

09:52AM  9    Mrs. Long.  There are documents in the file, there are

09:52AM 10    correspondence in the file, every step of the way, from the

09:52AM 11    beginning of this process to where we are now, indicating that

09:52AM 12    Mrs. Long has been, in fact, testimonies and reifies in

09:52AM 13    everything from day one.

09:52AM 14         THE COURT:  Mrs. Long, do you have any comments in

09:52AM 15    response to that?

09:52AM 16         MRS. LONG:  Yes.  Indeed, yes.  She said she tried to

09:52AM 17    negotiate.  She only divided that payment up, 23,000 into two

09:52AM 18    payments.  That fee was $12,000 out of this, advancing the

09:52AM 19    payment, and them getting $10,000 out of the next payment.

09:53AM 20    That's what she negotiated.  And that's what the letter went out.

09:53AM 21    And I wasn't in agreement with that.  The final e-mail that Katie

09:53AM 22    sent, she said, "If you don't want me to mail this check out,

09:53AM 23    please let me know," and I did send her an e-mail.

09:53AM 24                And as far as her saying they were in contact, I've

09:53AM 25    only spoke to Michele DiMartino approximately maybe four, no more

09:53AM 1    than five times.  And I never requested Jodi to help me with the

09:53AM 2    legal matters.  It's that she was the only one that was available

09:53AM 3    to talk to me to assure me that things were taken care of.

09:53AM 4            Now, when Mr. Gomez was in the office -- before he

09:53AM 5    had some type of deal with his family -- he was more in contact

09:53AM 6    with me, you know, before that.  And we had asked the Miller law

09:53AM 7    firm to take their part -- wait on their part, on the second

09:54AM 8    payment, and they said they couldn't wait.

09:54AM 9            Now, if there is anything that they can do today to

09:54AM 10   help us, I would really appreciate it, if they could help to

09:54AM 11   alleviate some of the fears, because out of the 27,000 advanced

09:54AM 12   payment, we only received $4,000 in our pocket.  And I think it

09:54AM 13   was about 10,000 or 11,000 that Miller received.  If there's

09:54AM 14   anything they can do to give us part of that payment back and

09:54AM 15   wait on the other part until the second payment, that would

09:54AM 16   greatly help to relieve Mr. Long.

09:54AM 17           MR. MICHAEL MILLER:  Your Honor, If I could, this is

09:54AM 18   Michael Miller.  If we can, I think we can.  I'm willing to defer

09:54AM 19   payment of the legal fee until the last payment.  I spoke to

09:54AM 20   Mr. Orran Brown about this a few days ago as one Virginia

09:54AM 21   gentleman to the other, and told him we would certainly make

09:54AM 22   every effort and I think we can do that.  I just don't have an

09:54AM 23   answer for sure on whether we could do that, but I can have one,

09:54AM 24   I'm hoping, by tomorrow or the day after.  I'm more than happy to

09:55AM 25   do that.

09:55AM 1    THE COURT:  I appreciate it.  You need to know the Court

09:55AM 2  appreciates that, Mr. Miller.

09:55AM 3         Mrs. Long, I think that your matter has been

09:55AM 4  resolved hopefully to your satisfaction.  It seems to me that the

09:55AM 5  fees have been waived by the finance company.  The interest has

09:55AM 6  been waived by the finance company.  Your attorney is in touch

09:55AM 7  with you, and there is the indication that fees may be deferred

09:55AM 8  in view of your difficulty.  So I think that your matter has been

09:55AM 9  resolved satisfactorily from your standpoint, in any event.

09:55AM 10        Everybody recognizes that you've had a tough go of

09:55AM 11 it, you and Mr. Long, and it's particularly tough when you have

09:56AM 12 to face these problems in this season, so certainly the Court

09:56AM 13 realizes that.  It seems to me that your matter has been resolved

09:56AM 14 at this point.

09:56AM 15        MRS. LONG:  Judge, can I say something?

09:56AM 16        THE COURT:  Yes, sure.

09:56AM 17        MRS. LONG:  Thank you for having this hearing, but I

09:56AM 18 did -- you've helped resolve some of the issues.  Had we not had

09:56AM 19 the hearing, we wouldn't be receiving any type of response, and I

09:56AM 20 am grateful and I am appreciative of Oasis refunding that part

09:56AM 21 back and you listening in and helping with this terrible

09:56AM 22 situation that occurred.  Thank you so much.

09:56AM 23        THE COURT:  You're welcome.

09:56AM 24        Let me address, however, the other matters

09:56AM 25 involving other liens that are resulting.  I understand, hearing

09:56AM 1   from the settlement administrator, that there is a number of

09:57AM 2   other matters.

09:57AM 3          The settlement agreement puts certain

09:57AM 4   responsibilities on the litigants as well as the administrator.

09:57AM 5   And the settlement agreement provides that the administrator

09:57AM 6   should withhold certain funds for liens, provided the lien is

09:57AM 7   recognized by the parties, not only the claimant who ascribes to

09:57AM 8   the lien, but also MERCK has to approve the lien in order for the

09:57AM 9   claims administrator to have the duty and responsibility to

09:58AM 10  withhold a payment of those amounts.

09:58AM 11         And MERCK has not agreed to recognize these liens.

09:58AM 12  So the settlement administrator is under no duty, no

09:58AM 13  responsibility to withhold these funds.

09:58AM 14         Now, that doesn't mean necessarily that the lien

09:58AM 15  may not be valid against a claimant, but it is not valid against

09:58AM 16  the loan administrator, and can't place any duty or

09:58AM 17  responsibility on him to withhold any funds because his law of

09:58AM 18  the case is the settlement agreement.  He gets all of his

09:58AM 19  authority as well as his responsibility from the settlement

09:59AM 20  agreement.  Under the terms of the settlement agreement, his

09:59AM 21  power, his responsibility, and his concomitant duties are

09:59AM 22  prescribed, and the settlement agreement is clear on that part.

09:59AM 23         I would hope that a similar matter would not

09:59AM 24  involve the Court again, but if it comes to my attention, I will

09:59AM 25  step in, and I will have future rules to show cause.

09:59AM   1          Does anyone have any comments?  Counsel?

09:59AM   2          MR. ALLEN MILLER:  Your Honor, Allen Miller.  We

09:59AM   3   definitely agree with the Court's analysis in that Oasis's liens

09:59AM   4   and their purchase agreements, they are with the individual

09:59AM   5   plaintiff lawyers and the plaintiff, and there is no relationship

10:00AM   6   between the administrator and us.

10:00AM   7          Your Honor, we believe that most of these claims

10:00AM   8   are resolved that we have, and we doubt that the issue will come

10:00AM   9   before the Court again.  We saw the administrator's papers, and,

10:00AM  10   you know, to the extent the Court needs it, we would want to make

10:00AM  11   our agreements clear, and particularly the law that we use in

10:00AM  12   fostering those agreements with the plaintiffs and their

10:00AM  13   attorneys, but I don't think that's necessarily before the Court,

10:00AM  14   and I suspect that there won't be any more of these cases that do

10:00AM  15   come before the Court.

10:00AM  16          THE COURT:  All right.  Anything from anyone on the

10:00AM  17   line?

10:00AM  18          MR. ORRAN BROWN:  Good morning, Your Honor, this is

10:00AM  19   Orran Brown, and I appreciate you allowing us to participate by

10:00AM  20   phone.  I think the Court's comments about these 37 other demands

10:00AM  21   that we've gotten from the Oasis group should be sufficient to

10:00AM  22   resolve the matter.  I have been concerned about it, and the

10:00AM  23   reason we filed that report, because I did talk to Ms. Foreman at

10:01AM  24   Oasis directly on December 15th, and at that time her position

10:01AM  25   was that if the claims administrator did not honor all 30 -- at

10:01AM 1   that time 37 -- now 38 of these liens, that she would pursue --

10:01AM 2   Oasis would pursue legal remedies against the claims

10:01AM 3   administrator, MERCK, any other party involved in this process,

10:01AM 4   which I took to mean the escrow agent and perhaps even other

10:01AM 5   people involved in the administration of the settlement.

10:01AM 6          So we felt that we needed to ask the Court for some

10:01AM 7   guidance as to that issue, because we have some concern now that

10:01AM 8   if we do not send funds to Oasis in response to these 37 demands,

10:01AM 9   that they will carry through on that threat relating to legal

10:01AM 10  proceedings against us and the other parties involved in this

10:02AM 11  agreement.

10:02AM 12         THE COURT:  I hope that's clarified then, because it

10:02AM 13  seems to me, as I said before, the claims administrator has

10:02AM 14  certain duties, certain powers, and certain responsibilities, but

10:02AM 15  they are all circumscribed and defined in detail by the

10:02AM 16  settlement agreement.  He can't step outside the settlement

10:02AM 17  agreement.  That's his Constitution.  That's what he has to look

10:02AM 18  to to get his power and get his duties and responsibilities.

10:02AM 19         Under that agreement, the parties, meaning, both

10:02AM 20  the plaintiffs, the claimant, as well as MERCK, have to agree to

10:02AM 21  recognize a lien.  When they agree to recognize a lien, then the

10:02AM 22  claims administrator has to act accordingly and set aside funds

10:03AM 23  for that lien.  If they do not recognize the lien, either one or

10:03AM 24  both, then the claims administrator must discharge his duty by

10:03AM 25  giving the funds free and clear of any lien.

10:03AM 1            Now, let me be clear.  That doesn't mean that the

10:03AM 2   individual attorney or the individual claimant is free from

10:03AM 3   abiding by the agreement, if the agreement is valid.  If it is

10:03AM 4   valid -- when I say *agreement,* I mean the loan agreement.  If it

10:03AM 5   is valid, then they have certain responsibilities under that loan

10:03AM 6   agreement, but that's not the claims administrator's

10:03AM 7   responsibility.  Do you agree with that, Counsel?

10:03AM 8            MR. ALLEN MILLER:  I do, Your Honor.  Allen Miller, I

10:03AM 9   do.

10:03AM 10            THE COURT:  Do you agree with that on behalf of Oasis?

10:03AM 11            MR. ALLEN MILLER:  I would like just for clarification,

10:03AM 12   Your Honor, I do have a representative from Oasis on the line,

10:03AM 13   and I just want to ensure, so there is no ambiguity, that they,

10:04AM 14   too, are in agreement with what the Court has just articulated.

10:04AM 15            THE COURT:  Right.  Is that the understanding of Oasis?

10:04AM 16            MR. CHODES:  This is Gary Chodes.  We appreciate the

10:04AM 17   Court's time today, and it appears to be a reasonable way to

10:04AM 18   resolve the matter and not tie up the Court's time in the future.

10:04AM 19            THE COURT:  Fine.  Then I take that then to mean that

10:04AM 20   Oasis agrees with my comments.

10:04AM 21            MR. CHODES:  Yes, sir.

10:04AM 22            THE COURT:  Anything from Mr. Herman?

10:04AM 23            MR. HERMAN:  May I be recognized briefly, Your Honor?

10:04AM 24            THE COURT:  Yes.

10:04AM 25            MR. HERMAN:  May it please the Court, Russ Herman for

10:04AM 1  the PSC PNC.  I'm not going to comment upon the substance of the

10:04AM 2  agreement between Mrs. Long and Oasis.  I just want to indicate

10:04AM 3  for the record that the settlement agreement itself was

10:04AM 4  negotiated and made public on November 7, 2007.  It's been

10:05AM 5  posted.  Your Honor has referred to it numerous times.

10:05AM 6          As far as I can tell, the first notice of lien for

10:05AM 7  the *Larry Long* case was November 13, 2008, more than a year after

10:05AM 8  the settlement agreement.  And we believe that Orran Brown has

10:05AM 9  done the job that the agreement sets forth for Orran Brown to do,

10:05AM 10  and the administrator should have no responsibility, as

10:05AM 11  Your Honor has so stated.

10:05AM 12          I would like, if Your Honor would indulge us for

10:05AM 13  just a couple more minutes, I would like Mr. Davis to respond for

10:05AM 14  the record as to our attempts to facilitate this resolution.

10:05AM 15          MR. DAVIS:  Your Honor, Leonard Davis.  As the PSC has

10:06AM 16  offered before, we offer again, if there is any matter that we

10:06AM 17  can help assist with, we're happy to do that.

10:06AM 18          Just so the Court is aware and the parties are

10:06AM 19  aware, we got involved with this at the last status conference,

10:06AM 20  as well as involved with communications with BrownGreer.  We

10:06AM 21  reviewed pleadings that BrownGreer filed.  We reviewed various

10:06AM 22  correspondence.  We have liaisoned with the Court, corresponded

10:06AM 23  with The Miller Firm, had correspondence, communications and

10:06AM 24  phone calls with counsel for Oasis, Allen Miller, including

10:06AM 25  reviewing correspondence, e-mails and pleadings.  And if there is

10:06AM 1  anything that we can do to help facilitate any matter with the

10:06AM 2  Longs, the Millers or Oasis, in any matter, we are able and

10:06AM 3  willing, if the Court so requests us to do so, and we don't have

10:07AM 4  an ethical problem.

10:07AM 5          THE COURT:  Thank you very much.  Anyone else on the

10:07AM 6  phone wish to comment?  MERCK, anyone?

10:07AM 7          VOICES:  No, Your Honor.

10:07AM 8          THE COURT:  Thank you very much.  And everyone have a

10:07AM 9  healthy --

10:07AM 10         MRS. ONG:  Excuse me.

10:07AM 11         THE COURT:  Yes, Mrs. Long.

10:07AM 12         MRS. LONG:  Will The Miller Firm contact me before --

10:07AM 13 they said they were going to fax me something tomorrow to make

10:07AM 14 those payments?

10:07AM 15         MR. MICHAEL MILLER:  Yes, ma'am.  This is

10:07AM 16 Michael Miller, and please feel free to call Michele DiMartino

10:07AM 17 late tomorrow afternoon, and we are hoping to have an answer on

10:07AM 18 deferring that $10,000 to you.  We will let you know and let

10:07AM 19 Orran Brown know tomorrow.

10:07AM 20         MRS. LONG:  You will do a money wire transfer?

10:07AM 21         MR. MICHAEL MILLER:  If we can do it, that's exactly --

10:07AM 22 and we'll get it to you as fast as we can, and that would be the

10:07AM 23 fastest way.  Yes, ma'am.

10:07AM 24         MRS. LONG:  Yes.  Well, thank you, sir.

10:07AM 25         MR. MICHAEL MILLER:  And we'll pull back and let the

10:07AM 1    Court know how that goes and we'll keep on battling.

10:07AM 2           THE COURT:  Okay.  Thank you, Mr. Miller.

10:07AM 3           MRS. LONG:  And you said for me to call her.

10:07AM 4           MR. MICHAEL MILLER:  Yes, ma'am.  If you'd call tomorrow

10:08AM 5    afternoon, Ms. DiMartino, about the close of business, and we

10:08AM 6    hope to have some answers then, hard answers, and we'll let

10:08AM 7    Orran Brown know and let the Court know as well.

10:08AM 8           MRS. LONG:  Thank you, sir.

10:08AM 9           MR. MICHAEL MILLER:  I want to thank you for your time,

10:08AM 10   Mrs. Long, and thank you, Your Honor.

10:08AM 11          THE COURT:  Thank you all.  The Court will stand in

10:08AM 12   recess.  Thank you.

10:08AM 13          THE DEPUTY CLERK:  Everyone rise.

14          (WHEREUPON, at 10:08 a.m. the proceedings were

15   concluded.)

16                          *    *    *

17

18                     REPORTER'S CERTIFICATE

19       I, Cathy Pepper, Certified Realtime Reporter, Registered
     Merit Reporter, Registered Professional Reporter, Certified Court
20   Reporter of the State of Louisiana, Official Court Reporter for
     the United States District Court, Eastern District of Louisiana,
21   do hereby certify that the foregoing is a true and correct
     transcript, to the best of my ability and understanding, from the
22   record of the proceedings in the above-entitled and numbered
     matter.

23

24                               _s/Cathy Pepper_____
                                 Cathy Pepper, CRR, RMR, CCR
                                 Official Court Reporter
25                               United States District Court

## $

**$10,000** [2] - 18:19, 26:18
**$12,000** [2] - 11:22, 18:18
**$2,850** [2] - 11:21, 14:2
**$27,000** [1] - 10:8
**$3,000** [3] - 7:11, 9:20, 10:5
**$4,000** [1] - 19:12
**$5,000** [1] - 9:16
**$9,150** [2] - 7:18, 8:17

## 0

**06-5980** [1] - 1:10

## 1

**1,000** [1] - 5:25
**10,000** [1] - 19:13
**100** [1] - 7:20
**108** [1] - 2:14
**10:08** [1] - 27:14
**11** [1] - 8:1
**11,000** [1] - 19:13
**115** [1] - 2:19
**13** [1] - 25:7
**15TH** [1] - 2:19
**15th** [1] - 22:24
**16** [1] - 5:20
**1657** [2] - 1:6, 5:21
**17** [1] - 8:5
**17th** [1] - 8:12
**18** [2] - 7:16, 7:17

## 2

**2000** [1] - 2:9
**20005** [1] - 2:5
**2005** [1] - 5:20
**2007** [2] - 6:9, 25:4
**2008** [4] - 7:7, 7:16, 7:17, 25:7
**2009** [5] - 1:7, 4:2, 6:22, 8:1, 8:5
**21** [2] - 1:7, 4:2
**22960** [1] - 2:14
**23,000** [2] - 10:10, 18:17
**23219** [1] - 2:20
**234** [1] - 1:24
**27** [1] - 7:7
**27,000** [1] - 19:11
**2850** [1] - 13:20

## 3

**3** [1] - 6:22
**3,000** [1] - 9:17
**30** [1] - 22:25
**36103** [1] - 1:25
**365** [1] - 2:9
**37** [3] - 22:20, 23:1, 23:8
**38** [1] - 23:1

## 4

**400** [1] - 2:19
**4160** [1] - 1:25

## 5

**500** [1] - 3:3
**504** [1] - 3:4
**589-7779** [1] - 3:4

## 6

**6th** [1] - 17:18

## 7

**7** [1] - 25:4
**70113** [1] - 1:20
**70130** [2] - 2:9, 3:4
**725** [1] - 2:4

## 8

**820** [1] - 1:20

## 9

**97** [1] - 6:10
**9:00** [1] - 1:7

## A

**a.m** [1] - 27:14
**A.M** [1] - 1:7
**abiding** [1] - 24:3
**ability** [1] - 28:3
**able** [2] - 9:17, 26:2
**above-entitled** [1] - 28:4
**accepted** [1] - 9:11
**accordance** [1] - 7:14
**according** [3] - 7:19,

9:11, 12:6
**accordingly** [2] - 8:8, 23:22
**act** [1] - 23:22
**actual** [1] - 14:5
**additionally** [1] - 8:5
**address** [2] - 8:23, 20:24
**administration** [1] - 23:5
**administrator** [16] - 5:17, 6:12, 7:5, 21:1, 21:4, 21:5, 21:9, 21:12, 21:16, 22:6, 22:25, 23:3, 23:13, 23:22, 23:24, 25:10
**ADMINISTRATOR** [1] - 2:17
**administrator's** [2] - 22:9, 24:6
**advance** [1] - 7:5
**advanced** [3] - 8:17, 10:8, 19:11
**advancing** [1] - 18:18
**advice** [1] - 12:4
**advised** [1] - 13:24
**affected** [1] - 6:25
**afternoon** [2] - 26:17, 27:5
**agent** [1] - 23:4
**ago** [1] - 19:20
**agree** [6] - 15:19, 22:3, 23:20, 23:21, 24:7, 24:10
**agreed** [4] - 6:8, 8:15, 17:22, 21:11
**agreement** [25] - 7:8, 7:9, 7:14, 13:23, 18:21, 21:3, 21:5, 21:18, 21:20, 21:22, 23:11, 23:16, 23:17, 23:19, 24:3, 24:4, 24:6, 24:14, 25:2, 25:3, 25:8, 25:9
**agreements** [6] - 7:16, 7:19, 7:21, 22:4, 22:11, 22:12
**agrees** [1] - 24:20
**AL** [2] - 1:9, 1:25
**allegations** [1] - 8:10
**alleging** [1] - 8:7
**ALLEN** [7] - 1:23, 2:8, 4:24, 13:18, 22:2, 24:8, 24:11
**Allen** [4] - 4:24, 22:2, 24:8, 25:24
**alleviate** [1] - 19:11
**allowed** [2] - 4:16, 18:7
**allowing** [1] - 22:19
**ALSO** [1] - 2:22

**ALVARADO** [1] - 1:9
**ambiguity** [1] - 24:13
**amount** [13] - 7:11, 7:18, 7:20, 8:16, 9:19, 10:25, 12:16, 12:20, 13:1, 14:4, 14:23, 17:23
**amounts** [1] - 21:10
**analysis** [1] - 22:3
**Andy** [1] - 5:3
**ANDY** [1] - 1:24
**answer** [2] - 19:23, 26:17
**answers** [2] - 27:6
**APPEARANCES** [3] - 1:16, 2:1, 3:1
**applied** [1] - 9:18
**appointed** [1] - 5:22
**appreciate** [5] - 16:12, 19:10, 20:1, 22:19, 24:16
**appreciates** [1] - 20:2
**appreciative** [1] - 20:20
**appropriate** [2] - 6:4, 8:22
**approve** [2] - 9:17, 21:8
**approved** [1] - 9:19
**arising** [1] - 7:23
**articulated** [1] - 24:14
**AS** [1] - 1:10
**ascribes** [1] - 21:7
**aside** [1] - 23:22
**asserted** [1] - 6:24
**assist** [1] - 25:17
**assure** [1] - 19:3
**attempting** [1] - 16:22
**attempts** [1] - 25:14
**attention** [2] - 6:22, 21:24
**Attorney** [1] - 11:15
**attorney** [21] - 7:13, 8:21, 10:11, 10:12, 10:23, 11:24, 12:8, 13:7, 13:8, 13:9, 13:10, 13:12, 13:13, 15:22, 15:23, 16:5, 16:10, 16:16, 20:6, 24:2
**attorneys** [4] - 8:8, 8:9, 11:6, 22:13
**authority** [1] - 21:19
**authorizing** [1] - 7:13
**available** [1] - 19:2
**AVENUE** [2] - 1:20, 2:14
**average** [1] - 16:15
**aware** [2] - 25:18, 25:19

**B**

**B406** [1] - 3:3
**bad** [1] - 9:21
**balance** [1] - 10:16
**bank** [1] - 15:9
**basis** [1] - 16:19
**battling** [1] - 27:1
**BEASLEY** [1] - 1:23
**BEFORE** [1] - 1:13
**beginning** [2] - 9:16, 18:11
**behalf** [2] - 4:24, 24:10
**bent** [1] - 11:25
**best** [1] - 28:3
**better** [2] - 9:8, 9:9
**between** [3] - 6:16, 22:6, 25:2
**billion** [1] - 6:12
**Birchfield** [1] - 5:3
**BIRCHFIELD** [2] - 1:24, 5:3
**bit** [1] - 10:17
**BOX** [1] - 1:25
**break** [3] - 10:11, 10:12, 10:14
**briefly** [1] - 24:23
**broken** [1] - 12:12
**broker** [1] - 9:17
**brokerage** [1] - 9:3
**Brown** [7] - 5:17, 19:20, 22:19, 25:8, 25:9, 26:19, 27:7
**BROWN** [4] - 2:18, 2:18, 5:16, 22:18
**BrownGreer** [3] - 5:17, 25:20, 25:21
**business** [1] - 27:5
**BY** [8] - 1:19, 1:24, 2:4, 2:8, 2:12, 2:18, 3:5, 3:6

**C**

**CANAL** [2] - 2:8, 2:9
**cancel** [2] - 11:12, 11:19
**car** [1] - 9:24
**care** [1] - 19:3
**carry** [1] - 23:9
**CASE** [1] - 1:10
**case** [4] - 16:23, 17:2, 21:18, 25:7
**cases** [4] - 6:8, 16:24, 17:1, 22:14
**CATHY** [1] - 3:3
**Cathy** [2] - 27:23, 28:9

caused [2] - 9:15, 10:17
CCR [2] - 3:3, 28:9
CEO [1] - 4:19
certain [6] - 21:3, 21:6, 23:14, 24:5
certainly [3] - 17:12, 19:21, 20:12
CERTIFICATE [1] - 27:21
Certified [2] - 27:23, 27:24
certify [1] - 28:2
change [2] - 13:14, 13:15
charge [1] - 16:1
charged [6] - 9:13, 10:9, 12:15, 15:16, 15:17, 16:4
check [1] - 18:22
CHIEF [1] - 2:23
Chodes [2] - 4:19, 24:16
CHODES [4] - 2:23, 4:19, 24:16, 24:21
Chris [2] - 5:13, 16:9
Christopher [1] - 10:23
CHRISTOPHER [1] - 2:13
circumscribed [1] - 23:15
claim [2] - 7:5, 13:6, 14:9
claimant [5] - 7:1, 21:7, 21:15, 23:20, 24:2
claimants [1] - 6:10
CLAIMS [1] - 2:17
claims [11] - 5:17, 6:12, 7:5, 21:9, 22:7, 22:25, 23:2, 23:13, 23:22, 23:24, 24:6
clarification [1] - 24:11
clarified [1] - 23:12
CLARK [1] - 2:24
Clark [2] - 4:20, 11:15
clause [1] - 7:24
clear [4] - 21:22, 22:11, 23:25, 24:1
CLERK [2] - 4:7, 27:13
clients [2] - 12:13, 16:21
close [1] - 27:5
closer [1] - 9:6
CO [1] - 1:9
colleagues [1] - 6:3
collect [1] - 10:15
coming [1] - 9:7

comment [3] - 16:6, 25:1, 26:6
comments [4] - 18:14, 22:1, 22:20, 24:20
COMMERCE [1] - 1:24
Committee [2] - 5:7, 16:25
committees [1] - 5:23
communicate [1] - 17:4
communicated [3] - 15:25, 16:19, 17:25
communication [1] - 8:6
communications [2] - 25:20, 25:23
company [2] - 20:5, 20:6
complaint [1] - 15:23
complaints [1] - 8:20
compromise [1] - 17:21
COMPUTER [1] - 3:6
concern [4] - 13:1, 13:7, 14:23, 23:7
concerned [2] - 16:2, 22:22
concluded [1] - 27:15
concomitant [1] - 21:21
conducted [2] - 6:15, 13:2
conference [3] - 6:2, 6:21, 25:19
conferences [2] - 6:15, 6:18
connection [1] - 4:10
CONNOLLY [1] - 2:3
Constitution [1] - 23:17
contact [4] - 8:14, 18:24, 19:5, 26:12
contained [1] - 7:23
CONTINUED [2] - 2:1, 3:1
contract [5] - 9:13, 14:12, 14:15, 14:20, 15:5
convened [1] - 6:1
Cook [1] - 7:24
correct [1] - 28:2
corresponded [1] - 25:22
correspondence [6] - 8:13, 17:14, 18:10, 25:22, 25:23, 25:25
cost [2] - 14:23, 16:3
costs [3] - 15:13, 15:19
COTLAR [1] - 1:18

counsel [4] - 4:20, 13:25, 22:1, 25:24
COUNSEL [1] - 1:18
Counsel [1] - 24:7
County [1] - 7:24
couple [1] - 25:13
course [1] - 6:16
COURT [42] - 1:1, 3:3, 4:4, 4:8, 4:14, 4:17, 4:21, 5:1, 5:4, 5:7, 5:10, 5:15, 5:18, 9:5, 9:9, 12:17, 13:24, 14:4, 14:8, 14:14, 14:17, 14:19, 15:3, 15:7, 15:11, 17:10, 18:14, 20:1, 20:16, 20:23, 22:16, 23:12, 24:10, 24:15, 24:19, 24:22, 24:24, 26:5, 26:8, 26:11, 27:2, 27:11
Court [35] - 7:20, 8:1, 8:5, 8:8, 8:12, 8:14, 8:23, 10:6, 12:5, 12:8, 13:1, 13:19, 15:11, 16:8, 20:1, 20:12, 21:24, 22:9, 22:10, 22:13, 22:15, 23:6, 24:14, 24:25, 25:18, 25:22, 26:3, 27:1, 27:7, 27:11, 27:24, 27:25, 28:1, 28:10, 28:11
court [4] - 6:3, 6:19, 15:2, 15:5
Court's [5] - 6:22, 22:3, 22:20, 24:17, 24:18
courtroom [2] - 4:22, 5:4
crisis [1] - 10:16
critical [1] - 10:16
CROW [1] - 1:23
CRR [2] - 3:3, 28:9
cycle [1] - 9:21

## D

dare [1] - 16:15
date [1] - 8:8
DAVIS [2] - 1:19, 25:15
Davis [3] - 5:6, 25:13, 25:15
days [1] - 19:20
DC [1] - 2:5
deadline [1] - 10:2
deal [2] - 11:4, 19:5
DEBORAH [2] - 2:22,

14:15
Deborah [2] - 4:16, 9:1
debt [1] - 9:15
December [5] - 6:22, 8:1, 8:5, 8:12, 22:24
DECEMBER [2] - 1:7, 4:2
declared [1] - 7:21
DEFENDANT [1] - 2:3
defer [3] - 10:21, 17:19, 19:18
deferred [1] - 20:7
deferring [1] - 26:18
defined [1] - 23:15
definitely [1] - 22:3
demands [2] - 22:20, 23:8
DEPUTY [2] - 4:7, 27:13
detail [1] - 23:15
dialysis [1] - 10:1
differently [1] - 18:5
difficulty [1] - 20:8
DIMARTINO [3] - 2:13, 17:8, 17:11
DiMartino [9] - 5:13, 11:3, 16:10, 16:18, 17:6, 17:9, 18:25, 26:16, 27:5
directing [1] - 8:9
direction [1] - 7:13
directly [3] - 18:3, 18:4, 22:24
disappointed [1] - 13:10
discharge [2] - 13:10, 13:24
discount [1] - 17:20
discovery [1] - 5:23
dismissed [1] - 8:2
disputes [1] - 7:23
distress [1] - 7:1
DISTRICT [3] - 1:1, 1:1, 1:14
District [3] - 28:1, 28:11
divide [1] - 10:13
divided [2] - 10:22, 18:17
DOCKET [1] - 1:6
DOCUMENT [1] - 1:8
documented [1] - 17:14
documents [2] - 5:24, 18:9
dollars [1] - 6:12
done [4] - 12:21, 13:12, 16:16, 25:9
doubt [1] - 22:8

Doug [1] - 5:9
DOUGLAS [1] - 2:4
due [1] - 17:24
DUNBAR [1] - 2:7
duties [3] - 21:21, 23:14, 23:18
duty [4] - 21:9, 21:12, 21:16, 23:24

## E

e-mail [3] - 11:6, 18:21, 18:23
e-mails [1] - 25:25
EASTERN [1] - 1:1
Eastern [1] - 28:1
effort [1] - 19:22
either [3] - 6:19, 17:14, 23:23
ELDON [1] - 1:13
ensure [1] - 24:13
enter [2] - 16:22, 17:21
entered [3] - 6:9, 7:7, 7:15
entire [1] - 12:7
entitled [4] - 5:21, 7:19, 12:23, 28:4
escrow [1] - 23:4
ESQUIRE [10] - 1:19, 1:19, 1:24, 2:4, 2:8, 2:12, 2:13, 2:13, 2:18, 2:24
established [1] - 5:22
ET [1] - 1:9
ethical [1] - 26:4
evaporated [1] - 16:4
event [1] - 20:9
evicted [3] - 7:2, 9:23, 10:17
eviction [1] - 9:23
exactly [1] - 26:21
excessive [1] - 10:7
Excuse [1] - 26:10
EXECUTIVE [1] - 2:23
expect [1] - 12:15
experienced [1] - 10:1
experiencing [1] - 17:19
explain [1] - 18:4
explained [1] - 17:18
express [2] - 8:19, 13:8
extent [2] - 15:23, 22:10
extreme [1] - 7:1

## F

**face** [1] - 20:12
**facilitate** [2] - 25:14, 26:1
**fact** [1] - 18:12
**fair** [6] - 12:22, 12:24, 13:5, 14:24, 15:14, 15:15
**FALLON** [1] - 1:13
**Fallon** [1] - 8:25
**family** [1] - 19:5
**far** [2] - 18:24, 25:6
**fast** [1] - 26:22
**fastest** [1] - 26:23
**fax** [1] - 26:13
**fears** [1] - 19:11
**February** [2] - 5:20, 7:7
**federal** [2] - 9:12, 12:12
**fee** [9] - 9:2, 9:3, 10:13, 12:15, 13:12, 17:17, 18:18, 19:19
**feedback** [1] - 11:7
**fees** [14] - 9:14, 10:7, 10:18, 13:21, 14:1, 14:6, 14:11, 14:23, 15:6, 15:7, 15:17, 20:5, 20:7
**felt** [3] - 8:7, 8:19, 23:6
**few** [1] - 19:20
**file** [2] - 18:9, 18:10
**filed** [2] - 22:23, 25:21
**files** [1] - 17:14
**final** [2] - 17:23, 18:21
**FINANCE** [2] - 2:7, 2:23, 2:24
**Finance** [3] - 4:10, 4:25, 7:8
**finance** [2] - 20:5, 20:6
**financial** [1] - 7:1
**fine** [1] - 24:19
**Firm** [6] - 5:12, 5:13, 5:14, 8:9, 25:23, 26:12
**FIRM** [1] - 2:12
**firm** [2] - 11:1, 19:7
**firms** [1] - 16:23
**first** [7] - 4:11, 7:8, 9:22, 12:20, 13:16, 16:20, 25:6
**five** [1] - 19:1
**follow** [1] - 12:8
**followed** [1] - 18:1
**FOR** [4] - 1:18, 2:3, 2:7, 2:17
**foregoing** [1] - 28:2

**Foreman** [2] - 11:9, 11:17
**foreman** [2] - 11:18, 22:23
**foremost** [1] - 16:20
**forth** [1] - 25:9
**forum** [2] - 7:23, 7:25
**forward** [1] - 17:3
**forwarded** [1] - 11:22
**fostering** [1] - 22:12
**Foundation** [1] - 10:3
**four** [1] - 18:25
**free** [3] - 23:25, 24:2, 26:16
**freeze** [1] - 17:23
**Friday** [1] - 14:3
**front** [1] - 7:5
**full** [2] - 4:14, 15:23
**Fund** [1] - 10:5
**funding** [6] - 9:1, 9:3, 9:4, 11:25, 12:14
**funds** [12] - 6:24, 9:14, 10:3, 10:4, 14:5, 14:18, 21:6, 21:13, 21:17, 23:8, 23:22, 23:25
**future** [2] - 21:25, 24:18

## G

**Gary** [2] - 4:19, 24:16
**GARY** [1] - 2:23
**gentleman** [1] - 19:21
**gentlemen** [1] - 4:9
**Georgia** [2] - 7:22, 9:11
**gist** [1] - 13:19
**given** [8] - 8:3, 8:17, 14:9, 14:10, 14:25, 15:7, 15:8, 15:21
**global** [1] - 6:4
**Gomez** [5] - 5:13, 10:23, 16:9, 18:6, 19:4
**GOMEZ** [1] - 2:13
**govern** [1] - 7:22
**granted** [1] - 7:3
**grateful** [1] - 20:20
**great** [1] - 13:1
**greatly** [1] - 19:16
**GREER** [1] - 2:18
**group** [1] - 22:21
**guidance** [1] - 23:7

## H

**handling** [1] - 16:25

**happy** [3] - 18:3, 19:24, 25:17
**hard** [6] - 6:6, 6:11, 17:1, 17:2, 17:3, 27:6
**hardship** [6] - 7:3, 9:15, 10:17, 12:2, 16:13, 17:19
**healthy** [1] - 26:9
**hear** [2] - 4:11, 16:5
**heard** [1] - 5:25
**HEARD** [1] - 1:13
**hearing** [9] - 8:11, 11:8, 13:2, 15:24, 18:4, 20:17, 20:19, 20:25
**held** [1] - 6:22
**help** [11] - 10:19, 10:23, 11:24, 11:25, 12:13, 19:1, 19:10, 19:16, 25:17, 26:1
**helped** [1] - 20:18
**helping** [2] - 11:25, 20:21
**hereby** [1] - 28:2
**HERMAN** [6] - 1:18, 1:19, 5:5, 24:23, 24:25
**Herman** [3] - 5:5, 24:22, 24:25
**herself** [1] - 8:20
**high** [4] - 10:18, 15:16, 15:19, 15:20
**higher** [2] - 15:1, 15:5
**himself** [1] - 13:8
**hire** [1] - 13:9
**home** [1] - 7:2
**honor** [1] - 22:25
**Honor** [25] - 4:24, 5:3, 5:5, 5:9, 5:11, 5:14, 5:16, 13:18, 13:21, 16:7, 16:12, 17:8, 19:17, 22:2, 22:7, 22:18, 24:8, 24:12, 24:23, 25:5, 25:11, 25:12, 25:15, 26:7, 27:10
**HONORABLE** [1] - 1:13
**hope** [2] - 21:23, 23:12, 27:6
**hopefully** [1] - 20:4
**hoping** [2] - 19:24, 26:17
**hospital** [1] - 9:25
**house** [1] - 4:20
**hurtful** [2] - 9:15, 12:9

## I

**Illinois** [1] - 7:24
**important** [1] - 16:20
**IN** [2] - 1:4, 4:4
**in-house** [1] - 4:20
**INC** [1] - 1:9
**included** [1] - 13:21
**including** [3] - 9:2, 10:9, 25:24
**indeed** [2] - 13:20, 16:23, 18:16
**indicate** [2] - 13:3, 25:2
**indicated** [1] - 18:2
**indicating** [1] - 18:11
**indication** [1] - 20:7
**individual** [3] - 22:4, 24:2
**indulge** [1] - 25:12
**initial** [1] - 7:11
**interest** [25] - 7:10, 7:20, 8:15, 9:13, 10:7, 10:8, 11:12, 11:20, 12:19, 12:25, 13:1, 13:3, 13:22, 13:25, 14:6, 14:10, 15:8, 15:13, 15:14, 15:16, 15:19, 17:20, 17:23, 20:5
**interested** [4] - 6:2, 6:16, 6:19, 8:3
**interim** [2] - 10:8, 17:22
**involve** [1] - 21:24
**involved** [6] - 12:14, 23:3, 23:5, 23:10, 25:19, 25:20
**involving** [1] - 20:25
**ischemic** [1] - 6:25
**issue** [3] - 6:23, 22:8, 23:7
**issued** [2] - 8:1, 8:9
**issues** [2] - 16:19, 20:18
**itself** [1] - 25:3

## J

**JENNIFER** [1] - 2:24
**Jennifer** [1] - 4:20
**job** [1] - 25:9
**Jodi** [3] - 11:5, 18:8, 19:1
**joint** [1] - 5:23
**JR** [1] - 1:24
**JUDGE** [1] - 1:14
**Judge** [3] - 8:25,

12:17, 20:15
**July** [1] - 7:17

## K

**Katie** [1] - 18:21
**KATZ** [1] - 1:18
**keep** [1] - 27:1
**keeping** [1] - 12:20
**kept** [1] - 11:4
**kidney** [2] - 10:1, 10:4
**Kidney** [2] - 10:3, 10:5
**kind** [2] - 10:21, 15:9
**kinds** [1] - 16:22

## L

**LA** [2] - 1:20, 2:9
**ladies** [1] - 4:8
**LARRY** [1] - 1:10
**Larry** [7] - 4:10, 6:25, 8:7, 8:13, 8:25, 12:10, 25:7
**last** [2] - 19:19, 25:19
**late** [1] - 26:17
**law** [7] - 7:22, 11:1, 12:2, 19:6, 21:17, 22:11
**Law** [1] - 8:9
**laws** [2] - 9:12, 12:12
**lawyers** [1] - 22:5
**least** [2] - 7:2, 8:22
**left** [1] - 11:1
**LEGAL** [3] - 2:7, 2:23, 2:24
**legal** [6] - 9:11, 12:15, 19:2, 19:19, 23:2, 23:9
**Legal** [3] - 4:10, 4:25, 7:8
**LEONARD** [1] - 1:19
**Leonard** [2] - 5:6, 25:15
**letter** [7] - 7:12, 8:12, 12:1, 17:17, 17:21, 18:1, 18:20
**LIABILITY** [1] - 1:5
**Liability** [1] - 5:21
**LIAISON** [1] - 1:18
**liaisoned** [1] - 25:22
**lien** [12] - 8:2, 12:7, 21:6, 21:8, 21:14, 23:21, 23:23, 23:25, 25:6
**liens** [6] - 6:24, 20:25, 21:6, 21:11, 22:3, 23:1
**line** [3] - 7:6, 22:17,

24:12
**listening** [1] - 20:21
**litigants** [2] - 6:13, 21:4
**litigating** [1] - 6:7
**Litigation** [1] - 5:21
**litigation** [1] - 7:3
**LITIGATION** [1] - 1:5
**loan** [5] - 7:8, 7:11, 21:16, 24:4, 24:5
**loaned** [4] - 7:20, 12:20, 14:21, 14:22
**loans** [5] - 6:25, 7:17, 9:1, 12:14, 16:22
**LONG** [23] - 1:10, 2:22, 4:13, 4:16, 8:25, 9:8, 9:10, 14:2, 14:7, 14:12, 14:15, 14:18, 15:1, 15:4, 15:9, 18:16, 20:15, 20:17, 26:12, 26:20, 26:24, 27:3, 27:8
**Long's** [4] - 7:10, 7:13, 8:13, 17:11
**Longs** [6] - 16:13, 16:14, 16:19, 16:21, 17:18, 26:2
**Longs'** [1] - 16:15
**look** [2] - 12:5, 23:17
**Louisiana** [2] - 27:25, 28:1
**LOUISIANA** [3] - 1:1, 1:6, 3:4
**lower** [4] - 10:13, 10:24, 16:1, 17:17

## M

**ma'am** [4] - 8:24, 26:15, 26:23, 27:4
**mail** [4] - 11:6, 18:21, 18:22, 18:23
**mails** [1] - 25:25
**maintain** [1] - 6:14
**March** [1] - 7:16
**MARTHA** [1] - 1:9
**Marvin** [1] - 5:9
**MARVIN** [2] - 2:4, 5:9
**mass** [1] - 16:16
**match** [1] - 10:4
**materializing** [1] - 6:23
**matter** [16] - 4:10, 5:19, 5:20, 6:5, 6:19, 8:21, 20:3, 20:8, 20:13, 21:23, 22:22, 24:18, 25:16, 26:1, 26:2, 28:5
**matters** [3] - 19:2,

20:24, 21:2
**MDL** [3] - 1:6, 5:21, 6:1
**mean** [9] - 10:12, 11:11, 13:11, 13:18, 21:14, 23:4, 24:1, 24:4, 24:19
**meaning** [1] - 23:19
**MECHANICAL** [1] - 3:5
**MECHANICAL** [1] - 3:5
**MERCK** [11] - 1:9, 5:8, 12:6, 14:13, 14:16, 21:8, 21:11, 23:3, 23:20, 26:6
**Merit** [1] - 27:24
**message** [1] - 11:1
**met** [1] - 6:16
**METHVIN** [1] - 1:23
**MI** [1] - 6:8
**MICHAEL** [9] - 2:12, 5:11, 16:7, 19:17, 26:15, 26:21, 26:25, 27:4, 27:9
**Michael** [4] - 5:12, 16:8, 19:18, 26:16
**Michele** [7] - 11:3, 16:10, 16:18, 17:6, 17:9, 18:25, 26:16
**MICHELE** [1] - 2:13
**Michelle** [1] - 5:13
**microphone** [1] - 4:22
**Mike** [1] - 11:1
**MILES** [1] - 1:23
**Miller** [24] - 4:24, 5:1, 5:11, 5:12, 5:13, 5:14, 8:9, 10:11, 10:12, 10:23, 11:1, 16:5, 16:8, 19:6, 19:13, 19:18, 20:2, 22:2, 24:8, 25:23, 25:24, 26:12, 26:16, 27:2
**MILLER** [16] - 2:8, 2:12, 2:12, 4:24, 5:11, 13:18, 16:7, 19:17, 22:2, 24:8, 24:11, 26:15, 26:21, 26:25, 27:4, 27:9
**Millers** [1] - 26:2
**million** [1] - 5:24
**minutes** [1] - 25:13
**misconduct** [1] - 8:7
**missed** [1] - 10:2
**MONDAY** [2] - 1:7, 4:2
**money** [28] - 8:15, 9:1, 9:2, 9:10, 9:14, 9:18, 9:22, 10:2, 10:9, 10:15, 12:23, 12:24, 13:4, 13:21, 13:25, 14:11, 14:21, 14:22,

15:10, 15:12, 15:14, 15:16, 15:17, 16:3, 26:20
**monies** [1] - 12:14
**monitor** [1] - 6:19
**MONTGOMERY** [1] - 1:25
**monthly** [2] - 6:15, 6:21
**moot** [1] - 15:21
**morning** [8] - 4:8, 5:5, 5:12, 5:16, 8:25, 17:8, 17:10, 22:18
**most** [2] - 6:21, 22:7
**motions** [1] - 5:25
**move** [1] - 9:23
**moving** [1] - 10:18
**MR** [24] - 4:19, 4:24, 5:3, 5:5, 5:9, 5:11, 5:16, 13:18, 16:7, 19:17, 22:2, 22:18, 24:8, 24:11, 24:16, 24:21, 24:23, 24:25, 25:15, 26:15, 26:21, 26:25, 27:4, 27:9
**MRS** [22] - 4:13, 4:16, 8:25, 9:8, 9:10, 14:2, 14:7, 14:12, 14:15, 14:18, 15:1, 15:4, 15:9, 18:16, 20:15, 20:17, 26:10, 26:12, 26:20, 26:24, 27:3, 27:8
**MS** [2] - 17:8, 17:11
**must** [1] - 23:24

## N

**N.W** [1] - 2:4
**name** [2] - 4:14, 4:15
**namely** [1] - 8:17
**nature** [1] - 7:16
**necessarily** [2] - 21:14, 22:13
**necessary** [1] - 5:22
**need** [1] - 20:1
**needed** [2] - 9:22, 23:6
**needs** [1] - 22:10
**negotiate** [7] - 10:12, 10:24, 11:23, 16:1, 17:17, 18:5, 18:17
**negotiated** [2] - 18:20, 25:4
**negotiating** [1] - 6:7
**negotiation** [2] - 10:22, 11:21
**negotiations** [2] - 6:6, 11:16

**never** [6] - 10:25, 11:2, 11:7, 12:1, 19:1
**NEW** [4] - 1:6, 1:20, 2:9, 3:4
**next** [2] - 11:14, 18:19
**nine** [1] - 5:24
**NO** [2] - 1:6, 1:10
**nobody** [1] - 11:2
**note** [1] - 16:8
**notes** [2] - 7:21, 17:15
**notice** [1] - 25:6
**notified** [1] - 8:3
**November** [3] - 6:9, 25:4, 25:7
**null** [3] - 12:7, 14:12, 14:15
**number** [1] - 21:1
**numbered** [1] - 28:4
**numerous** [2] - 17:13, 25:5

## O

**O'KEEFE** [1] - 1:20
**Oasis** [35] - 4:10, 4:18, 4:19, 4:22, 4:25, 7:8, 7:9, 7:13, 7:17, 7:19, 8:2, 8:14, 9:16, 10:20, 11:15, 12:6, 12:11, 12:18, 13:16, 14:9, 17:18, 17:22, 20:20, 22:21, 22:24, 23:2, 23:8, 24:10, 24:12, 24:15, 24:20, 25:2, 25:24, 26:2
**OASIS** [3] - 2:7, 2:23, 2:24
**Oasis's** [1] - 22:3
**occasions** [2] - 17:13, 18:7
**occurred** [1] - 20:22
**October** [1] - 17:18
**OF** [2] - 1:1, 1:13
**offer** [1] - 25:16
**offered** [1] - 25:16
**OFFICE** [1] - 1:25
**office** [3] - 16:10, 16:11, 19:4
**OFFICER** [1] - 2:23
**Official** [2] - 27:25, 28:10
**OFFICIAL** [1] - 3:3
**one** [11] - 6:6, 6:25, 7:16, 11:6, 16:23, 18:13, 19:2, 19:20, 19:23, 23:23
**ONG** [1] - 26:10
**ONLY** [1] - 1:10
**OPEN** [1] - 4:4

**opportunity** [3] - 8:3, 8:22, 13:8
**opted** [1] - 6:10
**option** [1] - 18:2
**ORANGE** [1] - 2:14
**order** [5] - 6:14, 8:1, 8:9, 10:3, 21:8
**ORLEANS** [4] - 1:6, 1:20, 2:9, 3:4
**Orran** [7] - 5:17, 19:20, 22:19, 25:8, 25:9, 26:19, 27:7
**ORRAN** [2] - 2:18, 22:18
**outrageous** [1] - 10:7
**outside** [1] - 23:16
**owed** [1] - 8:16
**own** [2] - 16:24, 17:15

## P

**page** [1] - 11:20
**paid** [3] - 6:13, 9:2, 12:14
**papers** [1] - 22:9
**paralegal** [3] - 11:5, 18:8
**part** [9] - 8:8, 11:3, 11:19, 19:7, 19:14, 19:15, 20:20, 21:22
**participate** [1] - 22:19
**particularly** [3] - 6:11, 20:11, 22:11
**particulars** [1] - 16:18
**parties** [10] - 6:2, 6:4, 6:11, 6:16, 8:3, 8:22, 21:7, 23:10, 23:19, 25:18
**party** [1] - 23:3
**pay** [5] - 7:13, 10:18, 10:25, 13:11, 15:12
**payment** [19] - 10:8, 10:21, 10:22, 11:12, 11:20, 17:20, 17:22, 17:23, 18:17, 18:19, 19:8, 19:12, 19:14, 19:15, 19:19, 21:10
**payments** [4] - 10:14, 18:18, 26:14
**penalized** [1] - 12:11
**pendency** [1] - 7:3
**people** [2] - 4:11, 23:5
**Pepper** [3] - 27:23, 28:8, 28:9
**PEPPER** [1] - 3:3
**per** [1] - 7:20
**percent** [2] - 6:10, 7:20
**perhaps** [5] - 6:3,

15:20, 18:3, 18:4, 23:4
**permission** [2] - 14:13, 14:16
**person** [1] - 6:19
**personally** [2] - 17:13, 18:1
**perspective** [2] - 5:19, 5:20
**PHELPS** [1] - 2:7
**Philadelphia** [2] - 16:9, 16:11
**phone** [13] - 4:11, 4:17, 4:18, 5:2, 5:10, 5:15, 5:18, 6:20, 9:6, 16:9, 22:20, 25:24, 26:6
**phonetically** [2] - 11:5, 11:9
**place** [2] - 12:20, 21:16
**PLACE** [1] - 2:8
**plaintiff** [4] - 6:25, 16:6, 22:5
**PLAINTIFFS** [1] - 1:18
**plaintiffs** [2] - 22:12, 23:20
**Plaintiffs** [1] - 16:25
**Plaintiffs'** [1] - 5:7
**pleadings** [2] - 25:21, 25:25
**plus** [1] - 15:12
**PNC** [2] - 5:6, 25:1
**pocket** [1] - 19:12
**point** [6] - 13:12, 14:9, 14:24, 15:21, 17:3, 20:14
**PORTIS** [1] - 1:23
**position** [3] - 12:18, 13:5, 22:24
**positive** [1] - 11:7
**possession** [1] - 14:5
**POST** [1] - 1:25
**posted** [2] - 6:18, 25:5
**potential** [1] - 6:23
**power** [2] - 21:21, 23:18
**powers** [1] - 23:14
**POYDRAS** [1] - 3:3
**prepared** [1] - 8:10
**prescribed** [1] - 21:22
**PRESENT** [1] - 2:22
**president** [1] - 11:9
**previously** [1] - 10:24
**price** [2] - 7:11, 10:24
**problem** [1] - 26:4
**problems** [2] - 17:5, 20:12
**proceeded** [1] - 5:23
**proceeding** [1] - 7:25

**proceedings** [4] - 6:15, 23:10, 27:14, 28:4
**PROCEEDINGS** [3] - 1:13, 3:5, 4:1
**proceeds** [2] - 7:10, 7:14
**process** [2] - 18:11, 23:3
**procure** [1] - 11:25
**PRODUCED** [1] - 3:6
**produced** [1] - 5:24
**PRODUCTS** [1] - 1:4
**Products** [1] - 5:21
**Professional** [1] - 27:24
**Program** [1] - 7:4
**program** [3] - 6:8, 6:9, 6:10
**protect** [2] - 10:6, 12:13
**proud** [2] - 16:13, 16:17
**provided** [2] - 7:17, 21:6
**provides** [1] - 21:5
**PSC** [4] - 5:1, 5:6, 25:1, 25:15
**public** [1] - 25:4
**pull** [1] - 26:25
**purchase** [7] - 7:9, 7:10, 7:14, 7:15, 7:21, 13:23, 22:4
**purported** [1] - 7:9
**pursue** [2] - 23:1, 23:2
**pushed** [1] - 17:2
**put** [5] - 5:19, 6:17, 10:2, 11:4
**puts** [1] - 21:3

## Q

**quite** [1] - 10:17

## R

**RAILROAD** [1] - 2:14
**raise** [1] - 10:3
**rate** [7] - 9:11, 9:13, 10:7, 11:20, 15:19, 17:20
**re** [1] - 5:21
**RE** [1] - 1:4
**realizes** [1] - 20:13
**really** [2] - 16:24, 19:10
**Realtime** [1] - 27:23
**reason** [2] - 13:9,

22:23
**reasonable** [1] - 24:17
**receive** [4] - 8:16, 12:24, 14:1, 14:2
**received** [9] - 8:6, 8:12, 9:1, 9:2, 9:14, 10:8, 14:2, 19:12, 19:13
**receiving** [1] - 20:19
**recent** [1] - 6:21
**recess** [1] - 27:12
**recognize** [4] - 21:11, 23:21, 23:23
**recognized** [2] - 21:7, 24:23
**recognizes** [1] - 20:10
**recommended** [1] - 16:21
**record** [3] - 25:3, 25:14, 28:4
**RECORDED** [1] - 3:5
**recorded** [1] - 4:18
**records** [1] - 9:24
**referred** [1] - 25:5
**refund** [1] - 11:21
**refunding** [1] - 20:20
**refused** [1] - 10:21
**regard** [3] - 13:6, 17:11, 17:16
**Registered** [2] - 27:23, 27:24
**reifies** [1] - 18:12
**related** [1] - 13:22
**RELATES** [1] - 1:8
**relating** [1] - 23:9
**relationship** [1] - 22:5
**relay** [1] - 11:15
**relieve** [1] - 19:16
**remedies** [1] - 23:2
**remedy** [1] - 13:15
**remind** [1] - 16:8
**repaid** [1] - 10:10
**report** [1] - 22:23
**reported** [1] - 8:14
**Reporter** [6] - 27:23, 27:24, 27:25, 28:10
**REPORTER** [1] - 3:3
**REPORTER'S** [1] - 27:21
**represent** [2] - 16:14, 16:17
**representative** [3] - 4:21, 13:16, 24:12
**request** [3] - 10:20, 16:15
**requested** [2] - 17:19, 19:1
**requests** [1] - 26:3
**required** [1] - 13:13

**resolution** [3] - 6:4, 11:10, 25:14
**resolve** [4] - 8:16, 20:18, 22:22, 24:18
**resolved** [4] - 20:4, 20:9, 20:13, 22:8
**respect** [1] - 6:23
**respond** [5] - 8:4, 8:10, 17:12, 25:13
**responded** [2] - 11:2, 17:13
**response** [5] - 16:6, 17:21, 18:15, 20:19, 23:8
**responsibilities** [4] - 21:4, 23:14, 23:18, 24:5
**responsibility** [7] - 21:9, 21:13, 21:17, 21:19, 21:21, 24:7, 25:10
**responsible** [1] - 13:11
**responsive** [1] - 16:14
**rest** [1] - 17:23
**resulting** [1] - 20:25
**results** [1] - 11:7
**reviewed** [2] - 25:21
**reviewing** [1] - 25:25
**RICHMOND** [1] - 2:20
**rise** [2] - 4:7, 27:13
**RMR** [2] - 3:3, 28:9
**rob** [1] - 15:9
**ROOM** [1] - 3:3
**Rule** [1] - 4:9
**ruled** [1] - 5:25
**rules** [3] - 12:8, 12:9, 21:25
**runs** [1] - 16:9
**RUSS** [1] - 1:19
**Russ** [2] - 5:5, 24:25

## S

**s/Cathy** [1] - 28:8
**satisfaction** [2] - 15:25, 20:4
**satisfactorily** [1] - 20:9
**saw** [1] - 22:9
**scrutinized** [1] - 15:20
**season** [1] - 20:12
**seated** [1] - 4:8
**second** [4] - 11:12, 11:20, 19:7, 19:15
**selection** [1] - 7:24
**send** [2] - 18:23, 23:8
**sent** [1] - 18:22
**serious** [1] - 6:23

**set** [4] - 8:21, 13:2, 15:6, 23:22
**sets** [1] - 25:9
**settlement** [18] - 6:8, 6:24, 7:10, 7:14, 12:6, 21:1, 21:3, 21:5, 21:12, 21:18, 21:19, 21:20, 21:22, 23:5, 23:16, 25:3, 25:8
**Settlement** [1] - 7:4
**several** [1] - 4:11
**severe** [1] - 17:19
**shortly** [1] - 5:22
**Show** [1] - 4:9
**show** [3] - 8:2, 8:10, 21:25
**sides** [1] - 6:7
**signed** [1] - 7:12
**signing** [2] - 9:13, 15:5
**similar** [1] - 21:23
**site** [2] - 6:17, 6:18
**situation** [3] - 12:21, 18:4, 20:22
**six** [1] - 5:25
**sleep** [1] - 10:2
**so-called** [1] - 7:15
**so..** [1] - 13:23
**social** [1] - 9:10
**someone** [1] - 10:18
**sorry** [3] - 14:14, 15:3, 16:12
**SOUTH** [1] - 2:19
**speakerphone** [1] - 9:7
**spelled** [2] - 11:5, 11:9
**spoken** [2] - 18:6, 18:8
**spouse** [1] - 8:6
**ST** [1] - 2:4
**stand** [1] - 27:11
**standing** [1] - 13:16
**standpoint** [6] - 12:25, 13:5, 14:8, 14:19, 15:22, 20:9
**started** [1] - 9:21
**state** [2] - 6:3, 12:12
**State** [2] - 9:11, 27:25
**statement** [1] - 13:17
**statements** [2] - 17:11, 17:16
**States** [2] - 28:1, 28:11
**STATES** [2] - 1:1, 1:14
**states** [1] - 6:1
**status** [4] - 6:15, 6:21, 7:4, 25:19
**stay** [2] - 13:13, 13:14

**Steering** [1] - 16:25
**STENOGRAPHY** [1] - 3:5
**step** [3] - 18:10, 21:25, 23:16
**still** [1] - 18:3
**STREET** [4] - 1:24, 2:9, 2:19, 3:3
**stress** [1] - 10:1
**stroke** [2] - 6:8, 7:1
**strongly** [1] - 16:21
**substance** [1] - 25:1
**substantive** [1] - 7:22
**sufficient** [1] - 22:21
**suggest** [1] - 6:3
**suggestions** [1] - 11:16
**SUITE** [2] - 2:9, 2:19
**suspect** [1] - 22:14
**system** [1] - 17:15

### T

**teams** [2] - 6:7
**TELEPHONE** [5] - 1:23, 2:3, 2:12, 2:18, 2:22
**terms** [3] - 7:8, 7:9, 21:20
**terrible** [1] - 20:21
**testimonies** [1] - 18:12
**THE** [46] - 1:13, 1:18, 2:3, 2:12, 2:17, 4:7, 4:8, 4:14, 4:17, 4:21, 5:1, 5:4, 5:7, 5:10, 5:15, 5:18, 9:5, 9:9, 12:17, 13:24, 14:4, 14:8, 14:14, 14:17, 14:19, 15:3, 15:7, 15:11, 17:10, 18:14, 20:1, 20:16, 20:23, 22:16, 23:12, 24:10, 24:15, 24:19, 24:22, 24:24, 26:5, 26:8, 26:11, 27:2, 27:11, 27:13
**thereafter** [1] - 5:22
**therefore** [1] - 15:17
**thereunder** [1] - 7:23
**they've** [9] - 14:9, 14:10, 14:25, 15:7, 15:8, 15:13, 15:21
**thinking** [1] - 11:11
**THIS** [1] - 1:8
**threat** [1] - 23:9
**three** [3] - 6:12, 7:2, 9:24
**throughout** [1] - 7:2

**tie** [1] - 24:18
**TO** [2] - 1:8, 1:10
**today** [3] - 4:9, 19:9, 24:17
**together** [1] - 6:2
**tomorrow** [5] - 19:24, 26:13, 26:17, 26:19, 27:4
**took** [1] - 23:4
**tort** [1] - 16:16
**total** [1] - 7:17
**touch** [1] - 20:6
**tough** [2] - 20:10, 20:11
**transaction** [2] - 13:19, 13:22
**transcript** [1] - 28:3
**TRANSCRIPT** [2] - 1:13, 3:5
**transcripts** [1] - 6:17
**transfer** [1] - 26:20
**transparency** [1] - 6:14
**Transplant** [1] - 10:3
**trial** [1] - 17:1
**trials** [1] - 5:25
**tried** [2] - 15:24, 18:16
**trouble** [1] - 9:25
**true** [2] - 14:19, 28:2
**try** [2] - 16:24, 17:16
**trying** [1] - 11:24
**turn** [2] - 16:18, 17:6
**TWELFTH** [1] - 2:4
**twice** [1] - 6:1
**two** [4] - 7:15, 10:14, 17:7, 18:17
**type** [3] - 17:21, 19:5, 20:19

### U

**unable** [1] - 10:1
**under** [7] - 7:1, 7:4, 7:9, 21:12, 21:20, 23:19, 24:5
**underneath** [1] - 13:22
**understood** [1] - 17:5
**unintelligible** [1] - 9:4
**UNITED** [2] - 1:1, 1:14
**United** [2] - 28:1, 28:11
**up** [12] - 8:21, 10:22, 11:8, 12:13, 13:12, 13:17, 15:1, 15:4, 17:1, 18:1, 18:17, 24:18
**usury** [1] - 9:12

### V

**VA** [2] - 2:14, 2:20
**valid** [5] - 21:15, 24:3, 24:4, 24:5
**vantage** [1] - 17:3
**various** [4] - 6:1, 6:16, 6:24, 25:21
**VIA** [5] - 1:23, 2:3, 2:12, 2:18, 2:22
**vice** [1] - 11:9
**vice-president** [1] - 11:9
**view** [1] - 20:8
**violations** [1] - 12:6
**Vioxx** [4] - 5:21, 7:4, 16:23, 16:24
**VIOXX** [1] - 1:4
**Virginia** [1] - 19:20
**VOICES** [1] - 26:7
**void** [4] - 12:7, 14:12, 14:15, 14:20

### W

**wait** [4] - 10:15, 19:7, 19:8, 19:15
**waited** [1] - 11:13
**waive** [3] - 8:15, 12:19, 12:25
**waived** [7] - 14:6, 14:10, 14:24, 15:13, 15:14, 20:5, 20:6
**waiving** [1] - 13:3
**WASHINGTON** [1] - 2:5
**web** [2] - 6:17, 6:18
**weekly** [1] - 16:19
**welcome** [1] - 20:23
**WHEREUPON** [1] - 27:14
**wife** [1] - 8:13
**WILLIAMS** [1] - 2:3
**willing** [5] - 12:19, 12:25, 18:2, 19:18, 26:3
**wire** [2] - 14:1, 26:20
**wired** [3] - 13:20, 13:21, 13:25
**wish** [2] - 13:13, 26:6
**withhold** [4] - 21:6, 21:10, 21:13, 21:17
**works** [1] - 15:18
**writing** [1] - 8:4
**wrote** [1] - 17:17

### Y

**year** [3] - 6:6, 7:20, 25:7