DONNA J. TANFERNO and )      IN THE UNITED STATES
JAMES TANFERNO, )      DISTRICT COURT FOR THE
)      EASTERN DISTRICT OF
)      LOUISIANA
)
Plaintiffs, )
)      CASE NO. 2:05-cv-03590-EEF-DEK
)
v. )
)
MERCK & CO., INC., )      **STIPULATION OF DISMISSAL**
)      **WITH PREJUDICE AS TO**
Defendant. )      **ALL DEFENDANTS**
)

        Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiffs, **DONNA J. TANFERNO** and **JAMES TANFERNO**,

against defendant Merck & Co., Inc., also d/b/a Merck, Sharp and Dohme, and d/b/a MSD

Sharp & Dohme GMBH, and all other named defendants be dismissed in their entirety with

prejudice, each party to bear its own costs.

Ryan J. Cavanaugh, Esq.        Stephen G. Strauss       Phillip A. Wittmann
Kelley & Ferraro, LLP          Bryan Cave LLP         Dorothy H. Wimberly
2200 Key Tower, 127 Public Square   211 N. Broadway, Suite 3600   Stone Pigman Walther
Cleveland, Ohio 44114         St. Louis, MO 63102      Wittmann LLC
(216) 575-0777            (314) 259-2000 Tel       546 Carondelet Street
                          (314) 259-2020 Fax      New Orleans, LA 70130
                                        (504) 581-3200 Tel
                                        (504) 581-3361 Fax

                          Attorneys for Merck & Co., Inc.

                          Dated: 7-13-10

Dated: 11/21/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th  day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.