UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Gilberto Cruz Carmona and Carlos Cruz* | * | |
| *Carmona, individually and as* | * | |
| *representatives of Aida Carmona-* | * | |
| *Martinez, Cherryl A. Cruz Canals,* | * | |
| *Gilberto Cruz Canals, Jose Cruz* | * | |
| *Cintron, Carmen Diaz, and Clara* | * | |
| *Carmona* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Gilberto Cruz Carmona and Carlos Cruz Carmona, individually and as representatives of Aida Carmona-Martinez, Cherryl A. Cruz Canals, Gilberto Cruz Canals, Jose Cruz Cintron, Carmen Diaz, and Clara Carmona, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE