UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL No. 1657 |
| Products Liability Litigation | Case No. 2:08-cv-5215-EEF-DEK |
| This Document Relates to: | SECTION L |
| Orange County, New York v. Merck & Co., Inc. | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| On transfer from the United States District Court for the District of New Jersey (Case No. 1:08-cv-05146) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**IT IS STIPULATED AND AGREED** by Plaintiff Orange County, New York, and Defendant Merck & Co., Inc., a.k.a. Merck Sharp & Dohme Corp., through authorized counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action, previously removed to the United States District Court for the District of New Jersey from the Superior Court of New Jersey, Docket Number ATL-L-3037-08, is hereby dismissed by Plaintiff without prejudice and with each party to bear its own costs and attorney fees.

Dated: ~~June~~ July 2, 2010

PLAINTIFF
By authorized counsel:

**LEVY PHILLIPS & KONIGSBERG, LLP**

By: _____
Steven J. Phillips, Esq.
Diane Paolicelli, Esq.
Roxanne DeFrancesco, Esq.
101 Grovers Mill Road
Lawrenceville, NJ 08648
Counsel for *Plaintiff, Orange County, NY*

DEFENDANT
By authorized counsel:

**O'MELVENY & MYERS LLP**

By: Brian Anderson/EMS
Brian Anderson, Esq.
1625 Eye St., N.W.
Washington, D.C. 20006
*Counsel for Defendant, Merck & Co., Inc.*

00193686.WPD