UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　　Erie County, New York v. Merck & Co., Inc.<br><br>On transfer from the United States District Court for<br>the District of New Jersey (Case No. 1:07-cv-5517) | MDL No. 1657<br>Case No. 2:08-cv-01517-EEK-DEK<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE** |

**IT IS STIPULATED AND AGREED** by Plaintiff Erie County, New York, and Defendant Merck & Co., Inc., a.k.a. Merck Sharp & Dohme Corp., through authorized counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action, previously removed to the United States District Court for the District of New Jersey from the Superior Court of New Jersey, Docket Number ATL-L-3498-07, is hereby dismissed by Plaintiff without prejudice and with each party to bear its own costs and attorney fees.

Dated: ~~June~~ July 2, 2010

PLAINTIFF
By authorized counsel:

**LEVY PHILLIPS & KONIGSBERG, LLP**

By: _____
Steven J. Phillips, Esq.
Diane Paolicelli, Esq.
Roxanne DeFrancesco, Esq.
101 Grovers Mill Road
Lawrenceville, NJ 08648
*Counsel for Plaintiff, Erie County, NY*

DEFENDANT
By authorized counsel:

**O'MELVENY & MYERS LLP**

By: _____
Brian Anderson, Esq.
1625 Eye St., N.W.
Washington, D.C. 20006
*Counsel for Defendant, Merck &
Co., Inc.*

00193673.WPD

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of July , 2010.

**LEVY PHILLIPS & KONIGSBERG , LLP**

By: _____/s/ Diane Paolicelli_____
Steven J. Phillips (SP9658)
Diane Paolicelli (DP3067)
Roxanne DeFrancesco (RD5870)
Quakerbridge Executive Center
101 Grovers Mill Road
Lawrenceville, New Jersey 08648
t: (212) 605-6200
f: (212) 605-6290
dpaolicelli@lpklaw.com

00197206.WPD