UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation | MDL No. 1657<br>Case No. 2:08-cv-01642-EEF-DEK |
| This Document Relates to: | SECTION L |
| Chautauqua County, New York v. Merck & Co., Inc. | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| On transfer from the United States District Court for the District of New Jersey (Case No. 1:08-cv-1012) | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**IT IS STIPULATED AND AGREED** by Plaintiff Chautauqua County, New York, and Defendant Merck & Co., Inc., a.k.a. Merck Sharp & Dohme Corp., through authorized counsel below, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action, previously removed to the United States District Court for the District of New Jersey from the Superior Court of New Jersey, Docket Number ATL-L-96-08, is hereby dismissed by Plaintiff without prejudice and with each party to bear its own costs and attorney fees.

Dated: ~~June~~ July 2, 2010

| PLAINTIFF<br>By authorized counsel: | DEFENDANT<br>By authorized counsel: |
|---|---|
| **LEVY PHILLIPS & KONIGSBERG, LLP** | **O'MELVENY & MYERS LLP** |
| By: _/s/ Steven J. Phillips_<br>Steven J. Phillips, Esq.<br>Diane Paolicelli, Esq.<br>Roxanne DeFrancesco, Esq.<br>101 Grovers Mill Road<br>Lawrenceville, NJ 08648<br>*Counsel for Plaintiff, Chautauqua County, NY* | By: _/s/ Brian Anderson_ /EMS<br>Brian Anderson, Esq.<br>1625 Eye St., N.W.<br>Washington, D.C. 20006<br>*Counsel for Defendant, Merck & Co., Inc.* |

00193665.WPD

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **STIPULATION OF DISMISSAL WITHOUT PREJUDICE** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of July , 2010.

**LEVY PHILLIPS & KONIGSBERG , LLP**

By:  /s/ Diane Paolicelli
    Steven J. Phillips (SP9658)
    Diane Paolicelli (DP3067)
    Roxanne DeFrancesco (RD5870)
    Quakerbridge Executive Center
    101 Grovers Mill Road
    Lawrenceville, New Jersey 08648
    t: (212) 605-6200
    f: (212) 605-6290
    dpaolicelli@lpklaw.com