UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | Case No. 2:08-cv-01642-EEF-DEK |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| Chautauqua County, New York v. Merck & Co., Inc. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| On transfer from the United States District Court for the District of New Jersey (Case No. 1:08-cv-1012) | * * | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Chautauqua County, New York in the above-captioned case be and they are hereby dismissed without prejudice with each party to bear his or her own costs.

Dated: July ___, 2010

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE

00197204.WPD