## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION : | MDL NO. 1657 |
| : | SECTION L |
| THIS DOCUMENT RELATES TO :<br>ALL CASES : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### LIAISON COUNSEL'S MOTION FOR CLARIFICATION

The Court indicated in a June 14, 2010 order that briefing is required on any objections to the Common Benefit Fee Request. This order noted that discovery based on "contract" objections to the fee request was premature. The court did not however indicate whether it expected briefs on the "contract" issue before August 1, 2010. We propose that only briefs on the "reasonableness" of the fee be required by August 1, 2010 and that briefs related to the contract objections be set following proper discovery.

THE OBJECTORS,

By _____
MICHAEL A. STRATTON
OBJECTOR'S LIAISON COUNSEL
STRATTON FAXON
59 ELM STREET
NEW HAVEN, CT 06510
TEL: 203-624-9500
FAX: 203-624-9100
mstratton@strattonfaxon.com

## **CERTIFICATION OF SERVICE**

I hereby certify that the above and forgoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15TH day of July, 2010.

_____
Michael A. Stratton

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison Counsel's MOTION FOR CLARIFICATION that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.