**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE FALLON |
| ALL CASES | : | MAG. JUDGE KNOWLES |

## ORDER

AND NOW, this _____ day of July, 2010, upon consideration of Objector's Liaison Counsel's MOTION FOR CLARIFICATION that Objector's motion with respect to the instant matter is GRANTED / DENIED.

BY THE COURT:

_____
Eldon E. Fallon, U.S.D.J.