UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : |  |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**THIS DOCUMENT RELATES TO: ALL CASES**

### ORDER TO ESTABLISH END DATE FOR SUBMITTING OTHER GOVERNMENTAL PAID CLAIMS TO THE LIEN RESOLUTION ADMINSITRATOR AND ORDER TO SHOW CAUSE FOR FAILURE TO COMPLY WITH SUCH END DATE

This Court previously established March 18, 2010 as the end date for notifying the Lien Resolution Administrator of Other Governmental Statutory Obligations such as Veterans Affairs ("VA"), TRICARE, Department of Defense ("DOD"), or Indian Health Services ("IHS").  Various Other Governmental Programs have failed to submit such obligations.  It is vital that all Other Governmental Programs submit all remaining paid claims summaries to the Lien Resolution Administrator ("LRA") for the purpose of identifying and finalizing statutory obligations.

IT IS ORDERED that all Other Governmental Programs submit itemized paid claims histories by Other Governmental Agencies to the LRA by July 19, 2010.  This end date will establish closure and finality for claimants and their counsel, at the same time speeding up payment of final obligations to the agencies which will benefit all parties.

IT IS FURTHER ORDERED that any Other Governmental Program that fails to submit claims by July 19, 2010 appear in the Courtroom of Judge Eldon E. Fallon on July

27, 2010, and SHOW CAUSE why obligations not submitted to the LRA should not be waived, discharged and/or otherwise dismissed.

    IT IS SO ORDERED this __12th__ day of _____July_____, 2010.

*[signature: Eldon E. Fallon]*

Judge Eldon E. Fallon,
Senior United States District Judge