## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Vioxx | * | MDL No. 05-1657 |
| Products Liability Litigation | * | |
| | * | JUDGE FALLON |
| This Document Relates To: | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt* | * | KNOWLES |
| | * | |
| *v.* | * | |
| | * | *No. 06-09757* |
| *Merck & Co., Inc.,* | * | |
| | * | |

## ORDER

Considering the Motion to Set Aside Order of Dismissal and Reinstate Case on Active Docket of the Court (R.Doc. 40718) and the consent of defendant Merck Sharp & Dohme Corp. to the motion,

IT IS ORDERED that Jo Levitt's Motion to Set Aside Order of Dismissal and Reinstate Case on Active Docket of the Court (R.Doc. 40718) is granted.

IT IS FURTHER ORDERED that the case be reinstated on the active docket of this Court.

NEW ORLEANS, LOUISIANA, this  8th  day of _____July_____, 2010.

_____
DISTRICT JUDGE

1022561v.1