UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| This document relates to: | * <br> * | |
| *Evie Doyle, et al.* <br> v. <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Matthew P. Jeanfreau, individually and* <br> *as representative of the estate of Deloris* <br> *Jeanfreau, and Bernadette J. Guillory* <br> *and Albert Jeanfreau* | * <br> * <br> * <br> * <br> * <br> * | |
| Docket No. 2:05-cv-04436 | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Matthew P. Jeanfreau, individually and as representative of the estate of Deloris Jeanfreau, and Bernadette J. Guillory and Albert Jeanfreau, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE