UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**                                    MDL NO. 1657
         **PRODUCTS LIABILITY LITIGATION:**

                                                    SECTION: L


                                                    JUDGE FALLON
............................................................    MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
         **2:06-cv-10108**

### STIPULATION OF DISMISSAL WITH PREJUDICE
### AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned
counsel hereby stipulate that all claims of Plaintiff, Dennis Shafer, against defendant
Merck & Co., Inc. and all other named defendants be dismissed in their entirety with
prejudice, each party to bear its own costs.


_____                _____       _____
Seth Sharrock Webb                     Stephen G. Strauss            Phillip A. Wittmann
Brown & Crouppen, P.C.                 Bryan Cave LLP                Dorothy H. Wimberly
720 Olive St., Ste. 1800               211 N. Broadway, Suite 3600   Stone Pigman Walther
St. Louis, MO  63101                   St. Louis, MO 63102           Wittmann LLC
(314) 421-0216                         (314) 259-2000 Tel            546 Carondelet Street
                                       (314) 259-2020 Fax            New Orleans, LA 70130
                                                                     (504) 581-3200 Tel
                                                                     (504) 581-3361 Fax

Dated: 1/23/09                         Attorneys for Merck & Co., Inc.

                                       Dated: 7-16-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th  day of July, 2010.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.