|  |  |
|---|---|
| EDWARD JACKSON,<br><br>        Plaintiff,<br><br>v.<br><br>MERCK & CO, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2:05-cv-04908-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **EDWARD JACKSON**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____     _____
Brian H. Pollock, Esq.   John Clark, Esq.    Stephen G. Strauss
The Ferraro Law Firm, P.A.                          Bryan Cave LLP
4000 Ponce de Leon Blvd., Ste. 700                  211 N. Broadway, Suite 3600
Coral Gables, FL 33146                              St. Louis, MO 63102
Telephone: 305.375.0111                             (314) 259-2000 Tel
Fax: 305.416.0926                                   (314) 259-2020 Fax
bhp@ferrarolaw.com
jjc@ferrarolaw.com                                  Phillip A. Wittmann
                                                    Dorothy H. Wimberly
                                                    Stone Pigman Walther
                                                    Wittmann LLC
                                                    546 Carondelet Street
                                                    New Orleans, LA 70130
                                                    (504) 581-3200 Tel
                                                    (504) 581-3361 Fax

Dated: 11/7/08

Attorneys for Merck & Co., Inc.

Dated: 7-16-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.