

Jun 29 2010
10:19AM
31880944

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:06-cv-10270-EEF-DEK* | * | |
| | * | |

*****************************************************************************

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff in the above-numbered case show cause on the 27th day of July, 2010, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any oppositions to the Rule on or before the 13th day of July, 2010.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 21st day of July, 2010.

**NEW ORLEANS, LOUISIANA**, this  12th  day of      July     , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1021566v.1