# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | SECTION L |
| **This document relates to:** | |
| | |
| Ronald K. Goodsell | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc.* | MAGISTRATE JUDGE KNOWLES |
| | |
| *Docket No. 2:06-cv-02974* | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ronald K. Goodsell in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of _____July_____, 2010.

_____
DISTRICT JUDGE