UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Boris Buchak, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc., et al. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Theresa A. Logan, individually and as* | * | |
| *trustee of the estate of Raymond A.* | * | |
| *Logan* | * | |
| | * | |
| *Docket No. 2:06-cv-10127* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Theresa A. Logan, individually and as trustee of the estate of Raymond A. Logan, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of _____July_____, 2010.

_____
DISTRICT JUDGE