BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA MOORE and MAX MOORE, her husband, <br> Plaintiffs, <br> vs. <br><br> MERCK & CO., INC., a corporation, <br> Defendant. | No. 06 C 1354 <br> ND, IL <br><br> MDL 1657 |

## NOTICE OF FILING

You are hereby notified that on this 24th day of June, 2010, we filed with the Clerk of the Judicial Panel, United States of America Judicial Panel on Multidistrict Litigation, the attached **PLAINTIFFS' RENEWED MOTION TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS.**

## PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code, the foregoing Motion was served upon the following parties:

  MERCK at registration@hugheshubbard.com;
     at dwimberly@stonepigman.com;
     by Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly,
     Ms. Catherine B. Molony, Stone Pigman Walther Wittmann LLC
     546 Carondelet Street, New Orleans, Louisiana 70130;
  PEC at vioxx@hhkc.com; rherman@hhkc.com;
  Claims Administrator at: claimsadmin@browngreer.com;

  and upon all parties electronically via LexisNexis File & Serve on this 24th day of June, 2010.

_____
Magdalena Dworak

LAW OFFICE OF KENNETH C. CHESSICK, M.D.
Attorney for Plaintiffs
1870 North Roselle Road, Suite 104
Schaumburg, IL 60195
Ph: (847) 843-8044