**ANDREWS & THORNTON**
2 Corporate Park, Suite 110
Irvine, CA  92701
Telephone: (949) 748-1000
Facsimile: (949) 315-3540
Anne Andrews, Esq., SBN 103280
aa@andrewsthornton.com
John C. Thornton, Esq., SBN 84492
jct@andrewsthornton.com
Michael C. Brummel, Esq., SBN 236116
mb@andewsthornton.com

**BISNAR & CHASE, LLP**
One Newport Place
1301 Dove St., Suite 760
Newport Beach, CA 92660
Telephone:  (949) 752-2999
Facsimile:  (949) 752-2777
John P. Bisnar, Esq., SBN 80894
Brian C. Chase, Esq., SBN 164109
Jerry Gans, Esq., SBN 113435

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **COORDINATION PROCEEDING** | DOCKET NO. 05-4256 |
| Special Title [Rule 1550(b)] | MDL NO.   1657 |
| **IN RE VIOXX® CASES** | SECTION:   L MAG 3 |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| WILLIE MCKEE and MARY HELEN DAVIS ON BEHALF OF THE ESTATE OF WILLIE MAE MCKEE | |
| Plaintiffs, | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| MERCK & COMPANY, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedures Section 41, the undersigned Counsel hereby stipulates that all claims of Plaintiffs, Willie McKee and Mary Helen Davis,

1

individually and as representative of Willie Mae McKee, deceased, against Defendant, Merck & Company, Inc., be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
John C. Thornton, Esq., SBN 84492

Dated: 3-11-08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 7-19-70

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.