UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE |
| *Rita B. Barker, et al. v. Merck & Co.,* | * | JUDGE KNOWLES |
| *Inc. et al.;* Docket Number: 2:05-cv- | * | |
| 06535 | * | |
| | * | |
| Plaintiff: Anita Risner | * | |
| | * | |
| * * * * * * * * * * * * * * * * | * | |

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. Proc. 41, the undersigned counsel hereby stipulates that all claims of plaintiff, Anita Risner only, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Kenneth T. Fibich | Stephen G. Strauss | Phillip A. Wittmann |
| State Bar No. 06952600 | Bryan Cave LLP | Dorothy H. Wimberly |
| Sara J. Fendia | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| State Bar No. 06898800 | St. Louis, MO 63102 | Wittmann LLC |
| 1401 McKinney, Suite 1800 | (314) 259-2000 Tel | 546 Carondelet Street |
| Houston, Texas 77010 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (713) 751-0025 Telephone | | (504) 581-3200 Tel |
| (713) 751-0030 Facsimile | | (504) 581-3361 Fax |
| | Attorneys for Merck & Co., Inc. | |
| Dated: 2/21/08 | Dated: 7-19-10 | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of July, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.