UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * <br> * | |
| *Chamitra Adams, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Talia Dolling, individually and as representative of the estate of Melvin Dolling* | * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-06243* | * | |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Talia Dolling, individually and as representative of the estate of Melvin Dolling, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 15th day of July, 2010.

_____
DISTRICT JUDGE