|  |  |
|---|---|
| CHRISTOPHER LEESON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERCK & CO., INC., et al., ) <br> ) <br> Defendants. ) <br> ) | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA <br><br> CASE NO. 2:06-cv-02063-EEF-DEK <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **CHRISTOPHER LEESON**, against defendants Merck & Co., Inc., McKesson Corporation, and Does 1 through 100, be dismissed in their entirety with prejudice, each party to bear its own costs. Pfizer is not a party to this stipulation and any claims against Pfizer are subject to separate jurisdiction of this court.*

*[signature: Lawrence Paikoff and for the Arnold Law firm]*

Lawrence S. Paikoff, Esq.
ARNOLD LAW FIRM
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
(916) 924-1829 fax
Attorney for Plaintiff

*[signature]*

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 7-2010

*Christopher Leeson's separate case against Pfizer (Celebrex) is being withdrawn (dismissed). Mr. Leeson's only lawsuit is against Merck, McKesson and DOES 1-100 for VIOXX injuries.

Dated: 12/20/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.