|  |  |
|---|---|
| JOHNNY KINCAID, et al., | ) |
| Plaintiffs, | ) |
| v. | ) |
| MERCK & CO., INC., | ) |
| Defendant. | ) |

IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 2:06-cv-08418-EEF-DEK

STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
ALL DEFENDANTS

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **SENOBIA SMITH**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Thomas M. Corea. Esq.
Texas State Bar No. 24037906
THE COREA FIRM P.L.L.C.
325 N. St. Paul Street, Suite 4150
Dallas, Texas 75201
Telephone: 214.953.3900
Facsimile: 214.953.3901
Attorney for Plaintiffs

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: November 7, 2008

Dated: 7-20-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of July, 2010.

/s/ Stephen G. Strauss  
Stephen G. Strauss  
BRYAN CAVE LLP  
211 North Broadway, Suite 3600  
St. Louis, Missouri 63102  
Phone:  314-259-2000  
Fax:     314-259-2020  
sgstrauss@bryancave.com

Attorneys for Defendant  
Merck & Co., Inc.