UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                    MDL Docket No. 1657

PRODUCTS LIABILITY LITIGATION      SECTION L

                                                JUDGE FALLON
                                                MAG. JUDGE KNOWLES

**<u>ORDER REFERRING MATTER TO MDL TRANSFEREE JUDGE</u>**

The undersigned has received the attached correspondence from Ms. Vivian Ross regarding VIOXX Claim Number 1057715.  The Court refers this matter to the MDL Transferee Judge charged with the VIOXX proceedings for his review and the taking of appropriate action.

New Orleans, Louisiana, this 16th day of July, 2010.

*Sarah Vance*

HONORABLE SARAH S. VANCE
CHIEF JUDGE