VIA CERTIIED U.S. MAIL

July 11, 2010



Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

Re: Vioxx Case Number VCN 1057715

## PETITION TO THE COURT TO EXAMINE EVIDENCE AND ENTER INTO THE RECORD.

To District Judge Eldon E. Fallon:

On June 28, 2010 I had mailed you and Judge Sarah Vance copies of my letter to Browngreer and Medical records which demonstrated that Browngreer PLC committed errors in the allocation of points in the above case.

I am further including:

1) Notice of Points Award.

2) Note from Nurse in June 2003 noting a previous MI in 98-99 which was based on questions asked my father who was deaf during intake in the Emergency Room and which should not constitute a Medical record. Yet this was used by Browngreer to deduct 55% of total point award.

3) Copy of June 21, 2001 Adenosine Myoview Study attesting "No significant reversible defect" or in other words no damage to heart or Myocardial infarction which should supersede record listed above.

4) Copy of March 23, 2003 Echocardiogram resulting in Ejection Fraction of 55%

5) Copy of December 4, 2003 Medical Record based on Echocardiogram performed noting "Ejection Fraction is 38%.

6) Copy of June 20, 2003 Medical record based on Cardiac catherization Noting Ejection Fraction of about 20 to 25%.

I have had to audit all Medical records which was supposed to be the function of Browngreer PLC as supervised by your Court. These Medical records have been in the possession of Browngreer.

We as the Claimants are supposed to be protected by the provisions contained in the Settlement Agreement to which Browngreer PLC did not abide.

I understand I can submit this evidence to a higher jurisdiction than your Court for Examination if your Court takes no action.

I petition your Court to order Browngreer PLC to correct its errors which resulted in under payment of our claim.

I await response from your Court.

Vivian Ross

Cc: Honorable Sarah S. Vance – Chief Judge
    Mr. Philip Strunk - Browngreer PLC

| V2046B | POST-APPEAL NOTICE OF POINTS AWARD<br>Date of Notice: 9/8/09<br>Deadline for the Submitting Appeal to Special Master: 9/13/09 |
|---|---|

### I. IDENTIFYING INFORMATION

| Claimant Name | Ross, Louis | | Social Security Number | 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 |
|---|---|---|---|---|
| Law Firm | Pro Se | | | |
| VCN Number | 1057715 | Enrollment Status | IP Enrolled | First Confirmed Vioxx Use | 11/19/99 |

### II. TOTAL POINTS CALCULATION

#### A. BASIS POINTS

| | | | | |
|---|---|---|---|---|
| 1. | Qualifying Event/Level | Injury Type: MI | Injury Level: 5 | Date of Event: 6/18/03 |
| 2. | Age at Event | 80 years or older | | |
| 3. | Overall Duration of Vioxx Use | 6-18M | | |
| 4. | Basis Points | | | 81.67 |

#### B. LABEL AND CONSISTENCY ADJUSTMENTS

| | | | | |
|---|---|---|---|---|
| 5. | Label | | 0 % | |
| 6. | Consistency | | +20 % | |
| 7. | Adjustment Total % | | +20 % | |
| 8. | Subtotal Points | (Row 4 x Row 7) | | 98.00 |

#### C. RISK FACTOR ADJUSTMENTS

| | Risk Factors | Finding | Adjustment | Cumulative Points |
|---|---|---|---|---|
| 9. | High Cholesterol | Controlled | - 20 % | 78.40 |
| 10. | Hypertension | Controlled | - 20 % | 62.72 |
| 11. | Prior MI or CABG | MI | - 55 % | 28.23 |
| 12. | **TOTAL POINTS** | | | 28.23 |

### III. POINTS AWARD DETERMINATION

This Post-Appeal Notice of Points Award is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has issued this Post-Appeal Notice of Points Award in response to your appeal under Section 3.2.4 of the Settlement Agreement. After receiving notice of your appeal, the Claims Administrator conducted a *de novo* review of your claim and assessed the Point value above. This determination supersedes that which you previously appealed.

### IV. ACCEPTANCE OF POINTS AWARD

If you wish to accept this Post-Appeal Notice of Points Award, select the "Accept Points Award" button. Acceptance of this determination will end your appeal and place this claim in line for payment (see Section VIII of this Notice), assuming that this claimant satisfies all other requirements to receive an Interim Payment and that the claim is not selected for audit under Article 10 of the Settlement Agreement. The Points Award on any claim selected for audit may go up or down in audit, even if the claimant has accepted the Points Award and has received an Interim Payment.

EXHIBIT 2

# TENET — EMERGENCY DEPARTMENT PATIENT CARE RECORD
Page 1 of 3

**Date/Time:** 6/17/03 12:47
**Pt Name:** Ross Luisa
**DOB:** 8/6/16
**Age:** 87
**PCP:** C Shih

**Triage:** Urgent / Non Urgent
**Mode of Arrival:** Ambulatory
**Accompanied By:** Self, Family
**Treatment PTA:** None
**Informant:** Self

**Chief Complaint / Initial Assessment:** Pain 1/10 — 87 yo ♂ B/B wife c̄ c/o SOB x 2 days c̄ incontinent

**Triage Reassessment:** Hard of Hearing

## VITAL SIGNS
- T: 99 (O)
- P: 91
- Resp: 24
- BP: 162/74
- O2 Sat: 92
- HT: 5'8"
- WT: 176 lb

**Allergies:** Denies

**Meds/OTC/Herbal:**
- Allegra
- Norvasc 5 mg
- Lanoxin 125 mcg
- Lasix (?)
- NTG gr 1/152

## MEDICAL / SOCIAL HISTORY
History: MI -98-99
- Cardiac ✓
- Cancer ✓
- HTN ✓

## NEUROLOGICAL
- Mental Status: Oriented x, Alert, Uncooperative
- Speech: Appropriate for Pt
- Color: Normal
- Temp: Warm
- Moisture: Dry

## PSYCHOSOCIAL
- Behavior Appropriate to Age
- Residential Status: Private Home

## MECHANISM OF INJURY: N/A

**Fall Risk:** None identified
**TB Screen:** No risk identified
**Abuse/Neglect Screen:** No evidence of abuse / neglect

**Time To Tx Area:** 1315
**Room:** 7
**Signature:** M. ___ RN

000779010

000117

EXHIBIT 3

# Calvin Yang, M.D. Medical Imaging

| Alhambra Office | El Monte Office |
|---|---|
| 320 S. Garfield Ave., Suite 102 | 10504 Lower Azusa, Suite 101 |
| Alhambra, CA 91801 | El Monte, CA 91731 |
| (626) 281-4487 | (626) 454-1160 |

Patient Name: **ROSS, LOUIS**
File Number: **A47905**        ( ALHAMBRA OFFICE )
Referred By: **CHIN SHUN SHIH, MD**
Date of Birth: **10-06-1916/M**
Date of Examination: **06-21-2001**

Clinical Information:

REST & STRESS MYOCARDIAL PERFUSION:

TECHNIQUE: Resting myocardial perfusion was performed after IV injection of 4 mCi of Thallium-201. Patient was then infused with 71 mg of Adenosine over 4 minutes, and the post-stress myocardial perfusion and gated SPECT was performed after IV injection of 26 mCi of Tc-99m Myoview.

FINDINGS: There is moderate size fixed perfusion defect in the mid to distal inferior wall. There is, however, no significant reversible defect. The post-stress LVEF is 52%, with hypokinesis in the inferior wall.

IMPRESSION: Moderate size fixed perfusion defect in the distal inferior wall most likely represent scar tissue. There is no significant reversible defect to suggest Adenosine-induced ischemia.

Benjamin Huang, MD

Diplomate, American Board of Radiology
Diplomate, Amercian Board of Nuclear Medicine

Dictated:  06/22/2001     BH/cc

Electronically Signed: Saturday, Jun 23 2001

Thank you for referring LOUIS ROSS to our office.

EXHIBIT 4

**CHIN S. SHIH, M.D**
223 N. Garfield Ave., Suite 305
Monterey Park, CA 91754
(626) 573-1941

PATIENT: ROSS, LOUIS
ID#
AGE/SEX: 86/M
ROOM#
HT:          WT:          lbs   BSA:
EXAM DATE: 3-20-2003

## ECHOCARDIOGRAM

**DIAGNOSIS:** Assess cardiac function.
**PHYSICIAN:** CHIN SHIH, M.D.          TAPE#:

| M-MODE | | | DOPPLER | | |
|---|---|---|---|---|---|
| LVd | 6.98 cm | (3.5-5.7) | PEAK AO FLOW | 1.4 M/sec. | (1.0-1.7) |
| LVs | 5.00 cm | (variable) | PEAK MV FLOW | 1.0 M/sec. | (0.6-1.3) |
| IVS | 1.15 cm | (0.6-1.1) | PEAK PV FLOW | .9 M/sec. | (0.6-0.9) |
| IVS amp. | 1.56 cm | (0.3-0.8) | PEAK TV FLOW | .4 M/sec. | (0.3-0.7) |
| LVPW | 1.15 cm | (0.6-1.1) | REGURGITATION: | | |
| LVPW amp. | 1.56 cm | (0.9-1.4) | | | |
| EF | 53 % | | | | |
| LA | 6.56 cm | (1.9-4.0) | MV PRESSURE ½ TIME: | msec. | |
| AO | 3.75 cm | (2.0-3.7) | MV AREA: | $cm^2$ | |
| AOV | 2.00 cm | (1.5-2.6) | | | |
| RV | 1.56 cm | (0.9-2.6) | | | |
| MV D-E | 1.88 cm | (1.8-3.1) | | | |
| EPSS | .83 cm | (<8) | | | |

**ALL NORMAL VALUES LISTED ARE FOR ADULTS**
  PERICARDIUM: No pericardial effusion.
  MITRAL VALVE: Mild calcification of mitral annulus. Mild to moderate mitral valve regurgitation but no
    stenosis. No prolapse.
  AORTIC VALVE: Mild thickened but no stenosis. Mild to moderate regurgitation. Decreased left
    ventricular compliance.
  PULMONIC VALVE: No stenosis, but mild regurgitation.
  TRICUSPID VALVE: No stenosis, but mild to moderate regurgitation.
  LEFT VENTRICLE: Severe dilatation and concentric left ventricular hypertrophy. Severe enlargement of
    Left, right atrium and both ventricular chamber size. Normal left ventricular wall motion and global
    function with normal ejection fraction. Decreased left ventricular compliance. No mural thrombus.
  DOPPLER STUDY: Mild to moderate mitral, aortic, and tricuspid regurgitation. Mild pulmonic
    regurgitation.

CONCLUSION:
  NO DEFINITE MURAL THROMBUS OR PERICARDIAL EFFUSION.
  MILD TO MODERATE MITRAL, AORTIC, AND TRICUSPID REGURGITATION. MILD PULMONIC
  REGURGITATION. ESTIMATED RVSP 40 MMHG.
  SEVERE PANCARDIOMEGALY.
  NORMAL LEFT VENTRICULAR WALL MOTION AND NORMAL GLOBAL FUNCTION. EJECTIONAL
  FRACTION 55%.
  DECREASED LEFT VENTRICULAR COMPLIANCE.

CHIN S. SHIH, M.D.
Diplomate American Board of Cardiology

000105

EXHIBIT S

**IMPRESSION**

1. CONGESTIVE HEART FAILURE.
2. SEVERE CARDIOMYOPATHY.
3. CHRONIC ATRIAL FIBRILLATION.
4. RIGHT BUNDLE BRANCH BLOCK.
5. OLD CEREBROVASCULAR ACCIDENT.
6. HYPERTENSION.
7. HYPERCHOLESTEROLEMIA.
8. HISTORY OF HEMATURIA.
9. HEMORRHOID.
10. EJECTION FRACTION, LEFT VENTRICLE, IS 38 PER CENT.
11. MODERATE MITRAL, AORTIC AND TRICUSPID REGURGITATION.

**SUGGESTIONS**

Suggest IV diuretics. Potassium supplement. Fluid restriction, daily weight, I/O.

Also, will continue the patient on ACE inhibitors and will also a beta-blocker, in addition to current regimen.

The patient also needs to be put on Lovenox or Plavix because of chronic atrial fibrillation and cardiomyopathy.

Monitor the patient in the Definitive Observation Unit.
Continue conservative treatment.

Over all prognosis is guarded.


CHIN SHUN SHIH, M.D.

CS: mlb
D: 12/04/2003    22:04:42
T: 12/5/2003
Job Number: 23006
Last Edited: 12/05/2003 00:06:20


Page 4 of 4

---

GARFIELD MEDICAL CENTER        PATIENT NAME:   ROSS, LOUIS

HISTORY & PHYSICAL              MEDICAL RECORD NO.: 0779010

000268

EXHIBIT 6

PAGE 3

WBC 8.5 thousand, hemoglobin 13.4, hematocrit 41, platelet count 179 thousand.

Chest x-ray previous showed cardiomegaly, congestive heart failure.

## HOSPITAL COURSE AND TREATMENT

The patient was admitted to DOU and the patient was on oxygen via nasal cannula, on 2-gram sodium diet. Laboratory work-ups were done and the patient's vital signs were monitored. The patient was started on intravenous Lasix 40 mg, Nitro paste every six hours, Nitroglycerin 0.4 mg sublingual for patient's chest pain, Diovan 80 mg orally given, Digoxin 0.125 mg daily, Tylenol 500 mg every six hours, Halcion 0.25 mg, Plavix 75 mg daily.

On the following hospital day, the patient was noted to be feeling better with decreased shortness of breath, blood pressure was in the range of 120 to 150/77. The patient was recommended cardiac catheterization and a consent for the procedure was obtained. The patient subsequently underwent the procedure on 06-20-03. The patient tolerated the procedure very well with no apparent complications. The patient was transferred back to the Direct Observation Unit in satisfactory condition.

Conclusion revealed severe dilatation of the left ventricle, poor left ventricular global function, ejection fraction of about 20 to 25%, moderate mitral regurgitation, mild plaquing of the coronary arteries without significant stenosis, dominant right coronary artery.

A repeat chest x-ray was done which revealed significant decrease in vascular congestion, cardiomegaly with dilated aorta. The patient's current medications were continued and on patient's re-evaluation, the patient's congestive heart failure had improved. There was no chest pain or shortness of breath noted. The patient's vital signs were within normal limits.

The patient's condition remained stable and was subsequently discharged improved on 06-24-03.

## DISCHARGE INSTRUCTION

Activity as tolerated

## DISCHARGE MEDICATION

1. Diovan 160 mg orally daily
2. Continue other medications at home.

GARFIELD MEDICAL CENTER          PATIENT NAME:  ROSS, LOUIS

DISCHARGE SUMMARY                MEDICAL RECORD NO.: 0779010

000171

VIVIAN ROSS
13900 PANAY WAY #SR302
MARINA DEL REY, CA 90292



7009 2820 0004 3262 3044







U.S. P0[ ]
MARINA DEL
90292
JUL 13
AMOUNT
$6.00100

CHIEF JUDGE SARAH VANCE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, ROOM C25
NEW ORLEANS, LA 70130