UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| ALL Personal Injury Actions | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

**************************************************************************

**[PROPOSED] PRETRIAL ORDER NO. [57]**
**(Case Management Order for Remaining Personal Injury Actions )**

This Court has pending before it approximately 215 cases in which plaintiffs have asserted personal injury claims and have submitted the "*Lone Pine*" preliminary case-specific expert reports required by PTO Nos. 28, 29 and 43.

To govern the development of discovery in these cases and thereby advance the preparation of these claims for trial.

**IT IS HEREBY ORDERED:**

**I.    APPLICABILITY OF ORDER**

This Order shall govern all cases subject to PTO Nos. 28, 29 and 43.

**II.    PARTIAL LIFTING OF STAY**

Pretrial Order No. 30 stayed all litigation proceedings pending in this MDL, except as provided for in PTO Nos. 28 and 29. At various times, this stay has been partially lifted in accordance with written orders of this Court. It is hereby **ORDERED** that the stay of litigation proceedings in Pretrial Order No. 30 is hereby lifted for all purposes for the cases in

which the plaintiffs alleged injury occurred on or before *August 31, 2004*.  A list of those cases is set forth on Exhibit A.

IT IS FURTHER ORDERED that, except as set forth above, or in prior orders of this Court, the stay, as set forth in Pretrial Order No. 30 shall remain in effect as to the remaining matters and cases in this MDL.

### III. REMAINING DISCOVERY IN THE MDL

The Court now finds it appropriate and necessary to the completion of MDL proceedings to set deadlines related to discovery to proceed in the MDL and to establish procedures for the selection and preparation of additional bellwether cases for trial.  The Court will also establish a schedule for the litigation of significant motions including *Daubert* motions and dispositive motions.

All remaining generic discovery and case specific factual discovery shall take place in accordance with Pretrial Order Nos. 9 and 13.  All fact and expert discovery will be completed by the parties in the MDL prior to consideration of any motions to remand/transfer.  It is the intention of this Court that any individual cases that are remanded back to transferor courts will be remanded in a "trial ready" posture.

Further proceedings in this MDL in the personal injury actions will proceed based upon the following groupings of cases:  "Group 1" will consist of all DVT, PE and other injury cases, regardless of the date filed.  "Group 2" will consist of all remaining Stroke cases (including ischemic strokes, cerebral vascular accidents, hemorrhagic strokes, strokes of any other origin, and "mini-strokes" or transient ischemic attacks), regardless of the date filed.  "Group 3" will consist of all remaining MI and SCD cases, regardless of the date filed.  "Group

4" will consist of all FES cases – cases that have served a Future Evidence Stipulation pursuant to the Vioxx Resolution Program (*see also* PTO No. 43).

### IV. GROUP 1 DISCOVERY SCHEDULE: DVT/PE/OTHER INJURIES

#### A. PRELIMINARY FACTUAL DISCOVERY & TRIAL SELECTION

1. The parties shall conduct limited factual discovery for the purpose of identifying potential bellwether plaintiffs to be included in a trial selection pool.

2. Cases eligible for preliminary discovery include any case in which a plaintiff alleges an injury that includes Deep Vein Thrombosis (DVT) or Pulmonary Embolism (P.E.) and in which the alleged injury occurred on or before August 31, 2004.

3. Preliminary factual discovery shall include depositions of the Plaintiff and his or her prescribing physician. Either party may also notice up to 2 additional fact witnesses for deposition.

4. Deadline for completing preliminary discovery: **November 19, 2010**.

5. By no later than **December 1, 2010**, each side shall designate five (5) cases to be included in the trial selection pool. The Court will also randomly designate an additional ten (10) cases.

6. Additional discovery will be limited to this pool of twenty (20) cases (the "Representative Cases").

#### B. DISCOVERY IN REPRESENTATIVE CASES

1. Deadline for additional fact discovery – **January 28, 2011**

2. Plaintiffs identify experts and submit reports – **Feb. 1, 2011**

3. Deadline for completion of depositions of plaintiffs' experts – **Mar. 11, 2011**

4. Defendants identify experts and submit reports – **March 18, 2011**

5. Deadline for completion of depositions of defendants' experts – **Apr. 22, 2011**

C. **<u>DAUBERT MOTIONS IN REPRESENTATIVE CASES</u>**

1. *Daubert* motions due – **<u>May 6, 2011</u>**

2. Opposition to *Daubert* motions due – **<u>June 6, 2011</u>**

3. *Daubert* Reply briefs due – **<u>June 20, 2011</u>**

4. *Daubert* hearing – **<u>July 12-14, 2011</u>**

D. **<u>DISPOSITIVE MOTIONS IN REPRESENTATIVE CASES</u>**

1. Dispositive motions due – **<u>May 6, 2011</u>**

2. Opposition to dispositive motions due – **<u>June 6, 2011</u>**

3. Reply briefs due – **<u>June 20, 2011</u>**

4. Hearing on dispositive motions – **<u>July 12-14, 2011</u>**

E. **<u>BELLWETHER TRIALS</u>**

1. From the remaining Representative Cases, the Court will set three (3) cases for trial.

2. If more than ten (10) cases remain in the trial pool, each side will be permitted to strike three cases from the pool. The Court will select three cases from those remaining after each sides' strikes have been exercised to set for trial.

3. If seven (7), eight (8), or nine (9) cases remain in the trial pool, each side will be permitted to strike two cases from the pool. The Court will select three cases from those remaining after each sides' strikes have been exercised to set for trial.

4. If six (6) or less cases remain in the trial pool, each side will be permitted to strike one case from the pool. The Court will select up to three cases from those remaining after each sides' strikes have been exercised to set for trial.

5. Each side will exercise its allocated strikes by no later than **<u>July 29, 2011.</u>**

4

**V.     GROUP 2 DISCOVERY SCHEDULE:  STROKE CASES**

### A. DISCOVERY

1. Deadline for fact discovery – **February 28, 2011**
2. Plaintiffs identify experts and submit reports – **Mar. 11, 2011**
3. Completion of depositions of plaintiffs' experts – **May 6, 2011**
4. Defendants identify experts and submit reports – **May 13, 2011**
5. Completion of depositions of defendants' experts – **June 27, 2011**

### B. DAUBERT MOTIONS

1. *Daubert* motions due – **July 11, 2011**
2. Opposition to *Daubert* motions due – **Aug. 12, 2011**
3. *Daubert* Reply briefs due – **Aug. 26, 2011**
4. *Daubert* hearing – **Sept. 20-22, 2011**

### C. DISPOSITIVE MOTIONS

1. Dispositive motions due – **July 11, 2011**
2. Opposition to dispositive motions due – **Aug. 12, 2011**
3. Reply briefs due – **Aug. 26, 2011**
4. Hearing on dispositive motions – **Sept. 20-22, 2011**

### D. BELLWETHER TRIALS

1. From the cases remaining after the completion of motions practice, the Court will set two (2) cases for trial.

2. If more than ten (10) cases remain in the trial pool, each side will be permitted to strike three cases from the pool. The Court will select two cases from those remaining after each sides' strikes have been exercised to set for trial.

3. If seven (7), eight (8), or nine (9) cases remain in the trial pool, each side will be permitted to strike two cases from the pool. The Court will select two cases from those remaining after each sides' strikes have been exercised to set for trial.

4. If six (6) or less cases remain in the trial pool, each side will be permitted to strike one case from the pool. The Court will select up to two cases from those remaining after each sides' strikes have been exercised to set for trial.

5. Each side will exercise its allocated strikes by no later than **September 30, 2011.**

VI. **GROUP 3 DISCOVERY SCHEDULE: MI & SCD CASES**

   A. **FACT & EXPERT DISCOVERY**

   1. Deadline for fact discovery – **April 15, 2011**

   2. Plaintiffs identify experts and submit reports – **May 2, 2011**

   3. Completion of depositions of plaintiffs' experts – **July 29, 2011**

   4. Defendants identify experts and submit reports – **August 19, 2011**

   5. Completion of depositions of defendants' experts – **October 14, 2011**

   B. **DAUBERT MOTIONS**

   1. *Daubert* motions due – **October 28, 2011**

   2. Opposition to *Daubert* motions due – **November 18, 2011**

   3. *Daubert* Reply briefs due – **Dec. 2, 2011**

   4. *Daubert* hearing – **Dec. 12-16, 2011**

6

### C. **DISPOSITIVE MOTIONS**

1. Dispositive motions due – **October 28, 2011**

2. Opposition to dispositive motions due – **November 18, 2011**

3. Reply briefs due – **Dec. 2, 2011**

4. Hearing on dispositive motions – **Dec. 12-16, 2011**

## VII. **GROUP 4 DISCOVERY SCHEDULE: FES CASES**

### A. **FACT & EXPERT DISCOVERY**

1. Deadline for fact discovery – **January 28, 2011**

2. Plaintiffs identify experts and submit reports – **February 14, 2011**

3. Completion of depositions of plaintiffs' experts – **March 31, 2011**

4. Defendants identify experts and submit reports – **April 11, 2011**

5. Completion of depositions of defendants' experts – **May 31, 2011**

### B. **DAUBERT MOTIONS**

1. *Daubert* motions due – **June 30, 2011**

2. Opposition to *Daubert* motions due – **July 28, 2011**

3. *Daubert* Reply briefs due – **August 12, 2011**

4. *Daubert* hearing – **August 22-25, 2011**

C. **<u>DISPOSITIVE MOTIONS</u>**

1. Dispositive motions due – **<u>June 30, 2011</u>**

2. Opposition to dispositive motions due – **<u>July 28, 2011</u>**

3. Reply briefs due – **<u>August 12, 2011</u>**

4. Hearing on dispositive motions – **<u>August 22-25, 2011</u>**


NEW ORLEANS, LOUISIANA, this _____ day of August, 2010.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE