# EXHIBIT A

## Sixth PTO 43 Motion to Dismiss

|    | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|----|---------------|-------------------|----------------------|--------------|---------------|
| 1. | Griffin, Dorothy | Pro Se | | Griffin, Dorothy A. v. Merck & Co., Inc. | 2:10-cv-00873-EEF-DEK |
| 2. | Lyles, Cathy L | Morris, Steve, Law | | Watts, Wayne v. Merck & Co., Inc. | 2:06-cv-10972-EEF-DEK |
| 3. | Poplawski, Ellen C | Miller Firm, LLC, The (PA) | | Allen, Vanessa v. Merck & Co. Inc. | 2:06-cv-05991-EEF-DEK |

1024569v.1