IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-----------------------------------------x
AvMed, Inc., et al.              :   CIVIL ACTION
        Plaintiffs,              :
                                 :   No. 08-1633
    vs.                          :
                                 :   SECTION L, MAG. 3
BrownGreer PLC, U.S.             :
Bancorp, Inc. and John Does      :   HONORABLE ELDON E. FALLON
                                 :   HONORABLE DANIEL E. KNOWLES, III
        Defendants.              :
                                 :   In relation to:  MDL No. 1657
                                 :
                                 :   In re: Vioxx Products Liability
                                 :   Litigation
-----------------------------------------x
```

**PLAN PLAINTIFFS' MOTION TO STRIKE THE DEFENDANTS LAW FIRMS'
RESPONSE IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION:
(A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE
PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD
FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE
ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE
CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS
PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE
PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A
PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND
<u>PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS</u>**

Notice is hereby given that, in accordance with Local Rule 7.5E, Plan Plaintiffs move the Court for an Order Striking the Proposed Defendants Law Firms' Response in Opposition to Plaintiffs' Corrected Motion (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"),

45 C.F.R. § 160.103; and (D) for a Preliminary Injunction imposing a constructive trust and prohibiting distribution of identified settlement funds ("Corrected Motion").

For the reasons more fully set forth in the enclosed memorandum and supporting Declaration of Peter D. St. Phillip, Jr., Plan Plaintiffs seek an Order from this Court striking the Proposed Defendants Law Firms' opposition to Plan Plaintiffs' Corrected Motion on ground that it was untimely filed in violation of Local Civil Rule 7.5E.

Dated: July 23, 2010

                                            Respectfully submitted,

                                            RAWLINGS & ASSOCIATES, PLLC

                                            By /s/ Robert Griffith
                                            Mark D. Fischer
                                            Jeffrey C. Swann
                                            Robert Griffith
                                            One Eden Parkway
                                            LaGrange, Kentucky 40031
                                            Telephone: (502) 587-1279
                                            Facsimile:   (502) 584-8580

LOWEY DANNENBERG COHEN & HART, P.C.
Richard W. Cohen
Peter D. St. Phillip
Gerald Lawrence
Karen Iannace
White Plains Plaza
Fifth Floor
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile:   (914) 997-0035

***Attorneys for the Plan Plaintiffs***

{1851 / NOT / 00103153.DOC v2}