IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------x
AvMed, Inc., et al.                         :   CIVIL ACTION
            Plaintiffs,                     :
                                            :   No. 08-1633
      vs.                                   :
                                            :   SECTION L, MAG. 3
BrownGreer PLC, U.S.                        :
Bancorp, Inc. and John Does                 :   HONORABLE ELDON E. FALLON
                                            :   HONORABLE DANIEL E. KNOWLES, III
            Defendants.                     :
                                            :   In relation to:  MDL No. 1657
                                            :
                                            :   In re: Vioxx Products Liability
                                            :   Litigation
-------------------------------------------x
```

**DECLARATION OF PETER D. ST. PHILLIP, JR. IN SUPPORT OF PLAN
PLAINTIFFS' MOTION TO STRIKE THE DEFENDANTS LAW FIRMS' RESPONSE
IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION: (A) TO IDENTIFY LAW
FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE
"JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH
BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT
CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF
MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH
INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND
ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY
INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING
<u>DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS</u>**

I, PETER D. ST. PHILLIP, JR., pursuant to 28 U.S.C. § 1746, hereby declare that:

1.      I am a shareholder of the law firm of Lowey Dannenberg Cohen & Hart, P.C, counsel to Plan Plaintiffs in this action. I make this declaration in support of Plan Plaintiffs' Motion to Strike the Proposed Defendants Law Firms' Response in Opposition to Plan Plaintiffs' Corrected Motion (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of

the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103; and (D) for a preliminary injunction imposing a constructive trust and prohibiting distribution of identified settlement funds ("Corrected Motion").

2.  On June 17, 2010, our firm sent to the Court for filing, by overnight mail the motion papers. On June 21, 2010, I sent the e-mail attached as Exhibit "A" hereto to the Proposed Defendants Law Firms which included the motion papers. On June 21, 2010, I received a return message that my e-mail transmission to abirchfield@beasleyallen.com and jpetitte@locklaw.com were not received. I determined that these e-mail addresses were incorrect and resent the motion papers to Andy.Birchfield@beasleyallen.com and jpetitte@lockslaw.com. I received no return message in response to these follow-up e-mails.

3.  As a result of a June 17, 2010 communication received by Rawlings & Associates from Proposed Defendant Law Firm Weitz & Luxenberg P.C., we determined that it was appropriate to remove certain eligible claimants from an exhibit to the motion. We further discovered an error in the manner in which the motion papers referenced the exhibits. As a result, on June 22, 2010, our firm sent to the Court for filing, by overnight mail, the Corrected Motion. I sent the e-mail attached as Exhibit "B" with the Corrected Motion papers. I received no return messages in response to this e-mail.

4.  On June 23, 2010, the Court entered on the docket, by electronic case filing ("ECF"), Plan Plaintiffs' Corrected Motion and set a hearing on the motion for July 27, 2010. [Docket No. 45429]

5.    On July 21, 2010 at 5:12 p.m., I received an e-mail copy of the Proposed Defendants Law Firms Response in Opposition to Plaintiffs' Corrected Motion, attached as Exhibit "C" hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  July 23, 2010
             White Plains, New York

                                        /s/ Peter D. St. Phillip, Jr.
                                        PETER D. ST. PHILLIP, JR.