# Peter St. Phillip

| | |
|---|---|
| **From:** | Peter St. Phillip [PStPhillip@lowey.com] |
| **Sent:** | Monday, June 21, 2010 5:31 PM |
| **To:** | 'Thomas Sobol'; 'Richard W. Cohen'; 'cseeger@seegerweiss.com'; 'abirchfield@beasleyallen.com'; 'eblizzard@blizzardlaw.com'; 'rherman@hhkc.com'; 'Mark D. Fischer'; 'Kristen Johnson Parker'; 'ghorn@lowey.com'; 'Gerald Lawrence'; 'Karen Iannace' |
| **Cc:** | 'gzuckerman@weitzlux.com'; 'rdassow@hovdelaw.com'; 'dratner@morellilaw.com'; 'hroth@cprlaw.com'; 'sweiss@anapolschwartz.com'; 'jpetitte@locklaw.com'; 'Bregenstreich@bnrlegal.com'; 'gpallas@cohenseglias.com'; 'shanin.spector@klinespector.com'; 'mlanier@lanierlawfirm.com'; 'bcrump@parkscrump.com'; 'dmatthews@kasowitz.com' |
| **Subject:** | Vioxx - Motion Papers |
| **Attachments:** | Vioxx- Motion for Preliminary Injunction.pdf |

Counsel,

Attached please find motion papers filed Friday.

Please note that Exhibits A and B to the Declaration of Mark D. Fischer, Esq. contain "Protected Health Information" as defined in the regulations promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103. As such, the attached copy of these exhibits has been partially redacted pending the Court's disposition of the motion to seal.

Peter D. St. Phillip, Jr.
Lowey Dannenberg Cohen & Hart, P.C.
One North Broadway, 5th Floor
White Plains, NY  10601
Tel: 914-997-0500
Fax: 914-997-0035
Cell: 914-316-5526

NOTE: The information contained in and documents accompanying this e-mail transmission are confidential and/or legally privileged materials from the law firm of Lowey Dannenberg Cohen & Hart, PC. The information is intended only for the use of the individual(s) or entity(ies) addressed in this e-mail transmission. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of the information is strictly prohibited and that the e-mail and the documents attached should be discarded immediately.

7/23/2010