# Peter St. Phillip

| | |
|---|---|
| **From:** | Racine, Amber [aracine@anapolschwartz.com] |
| **Sent:** | Wednesday, July 21, 2010 5:12 PM |
| **To:** | pstphillip@lowey.com |
| **Cc:** | Spizer, Gregory S.; Weiss, Sol |
| **Subject:** | Response in Opposition to Plan Plaintiffs' Motion |
| **Attachments:** | Ltr. Serving Response 2010-7-21.pdf; FILED Response to Rawlings_ Motion 2010-7-21 (906941_v2).PDF |

Dear Mr. St. Phillips:

You are hereby served with the Named Law Firms' Motion and Memorandum of Law in Opposition to Plan Plaintiffs' Motion: (A) to identify the law firms representing certain eligible Plaintiffs in place of the "John Doe" Defendants; (B) to add Federal Employee Health Benefits Act ("FEHBA") And Medicare Advantage Reimbursement Claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains protected health information under the Health Insurance Portability And Accountability Act Of 1996 ("HIPAA"); and (D) for a Preliminary Injunction imposing a constructive trust and prohibiting distribution of identified settlement funds.

The instant response is being filed today on behalf of the following eleven (11) law firms: Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.; Branch Law Firm; Cohen Placitella & Roth; Cohen, Segalis, Pallas, Greenhall & Furman, P.C.; Hovde, Dassow & Deets; Kasowitz, Benson, Torres & Friedman; Kline & Specter; Lanier Law Firm; Locks Law Firm; Morelli Ratner; and Weitz & Luxenberg.

The Named Law Firms' response has also been sent to you via certified mail.

Very truly yours,
Amber Racine, Esquire
*Anapol, Schwartz, Weiss, Cohan, Feldman and Smalley, P.C.*
1710 Spruce Street
Philadelphia PA 19103
Direct Dial: (215) 790-4564
Direct Fax: (215) 875-7740

aracine@anapolschwartz.com
www.anapolschwartz.com


AnapolSchwartz
ATTORNEYS AT LAW

CONFIDENTIALITY NOTICE: This e-mail contains information that is or may be privileged and confidential. It is subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, disclosing or otherwise using this information, if you are not the intended recipient (or authorized to receive this for the addressee). If you have received this e-mail in error, please advise the sender immediately by return e-mail (to the address above) and delete this e-mail and all attachments from your system. Thank you.

7/23/2010