IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.            :   CIVIL ACTION
       Plaintiffs,   :
                          :   No. 08-1633
   vs.                         :
                          :   SECTION L, MAG. 3
BrownGreer PLC, U.S.           :
Bancorp, Inc. and John Does    :   HONORABLE ELDON E. FALLON
                          :   HONORABLE DANIEL E. KNOWLES, III
       Defendants.     :
                          :   In relation to: MDL No. 1657
                          :
                          :   In re: Vioxx Products Liability
                          :   Litigation
---------------------------------------------x

**(PROPOSED) ORDER GRANTING PLAN PLAINTIFFS' MOTION TO STRIKE THE DEFENDANTS LAW FIRMS' RESPONSE IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND <u>PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS</u>**

The Court, having considered Plan Plaintiffs' Motion to Strike the Defendants Law Firms' Response in Opposition to Plaintiffs' Corrected Motion (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103; and (D) for a

preliminary injunction imposing a constructive trust and prohibiting distribution of identified settlement funds, and any opposition thereto,

IT IS hereby ORDERED that Plan Plaintiffs' Motion to Strike is GRANTED, as the Proposed Defendants Law Firms' opposition was untimely filed in violation of Local Civil Rule 7.5E.

IT IS hereby FURTHER ORDERED that because Plan Plaintiffs' Corrected Motion was untimely opposed:

1) Plan Plaintiffs may amend their First Amended Complaint to identify certain law firms (the "Defendants Law Firms") named as "John Does";

2) Plan Plaintiffs may amend their First Amended Complaint to add claims for reimbursement as Medicare Advantage Organizations under the Medicare Secondary Payer Act and as contracting plans under the FEHBA;

3) Exhibits "A" and "B" to the Corrected Declaration of Mark D. Fischer, Esq. shall be sealed; and

4) The Defendants Law Firms are enjoined from distributing the amounts identified in Exhibit "A" to the Corrected Declaration of Mark D. Fischer, Esq. *pendente lite*. To the extent that the Defendants Law Firms have already distributed some or all of these amounts to their client Eligible Claimants, the Defendants Law Firms shall make efforts to recover such sums from their clients and hold the recovered monies in their trust accounts *pendente lite*.

New Orleans, Louisiana, this ___ day of _____, 2010.

                                                       _____
                                                      Honorable Eldon E. Fallon
                                                      U.S. District Court Judge