IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.                    :   CIVIL ACTION
        Plaintiffs,          :
                                        :   No. 08-1633
   vs.                               :
                                        :   SECTION L, MAG. 3
BrownGreer PLC, U.S.                   :
Bancorp, Inc. and John Does            :   HONORABLE ELDON E. FALLON
                                        :   HONORABLE DANIEL E. KNOWLES, III
       Defendants.          :
                                        :   In relation to:  MDL No. 1657
                                        :
                                        :   In re: Vioxx Products Liability
                                        :   Litigation
---------------------------------------------x

**PLAN PLAINTIFFS' WITHDRAWAL OF PLAN PLAINTIFFS' MOTION TO STRIKE THE DEFENDANTS LAW FIRMS' RESPONSE IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS**

Based on a conversation with personnel in Judge Eldon E. Fallon's chambers, Plan Plaintiffs now understand that a hearing is not scheduled for Tuesday, July 27, 2010 on Plan Plaintiffs' outstanding Corrected Motion (A) to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; (B) to add the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.*, and Medicare Advantage reimbursement claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains Protected Health Information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103; and (D) for a Preliminary Injunction imposing a

constructive trust and prohibiting distribution of identified settlement funds. As a result, Plan Plaintiffs withdraw their Motion to Strike.

Dated: July 23, 2010

Respectfully submitted,

RAWLINGS & ASSOCIATES, PLLC

By /s/ Robert Griffith
Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky 40031
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

LOWEY DANNENBERG COHEN & HART, P.C.
Richard W. Cohen
Peter D. St. Phillip
Gerald Lawrence
Karen Iannace
White Plains Plaza
Fifth Floor
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

***Attorneys for the Plan Plaintiffs***