## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

1. Plan Plaintiffs' Withdrawal Of Plan Plaintiffs' Motion To Strike The Defendants Law Firms' Response In Opposition To Plaintiffs' Corrected Motion: (A) To Identify Law Firms Representing Certain Eligible Plaintiffs In Place Of The "John Doe" Defendants; (B) To Add Federal Employee Health Benefits Act ("FEHBA") And Medicare Advantage Reimbursement Claims; (C) To Seal That Portion Of The Corrected Declaration Of Mark D. Fischer, Esq. That Contains Protected Health Information Under The Health Insurance Portability And Accountability Act Of 1996 ("HIPAA"); And (D) For A Preliminary Injunction Imposing A Constructive Trust And Prohibiting Distribution Of Identified Settlement Funds

has been served upon all parties by electronically filing with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of July, 2010.

                                                s/ Karen Iannace
                                                KAREN IANNACE