KENNETH GARY GIBBS, Special )
Administrator of the Estate of ROSEBELLE )
B. GIBBS, et al., )
)
      Plaintiffs, )
)
v. )
)
MERCK & CO., INC., )
)
      Defendant. )
)

**IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA**

**Case Code No: 1657**
**Docket No: 2:06-cv-02669-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

      Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs, **Kenneth Gary Gibbs**, individually and as special administrator of

the estate of **Rosebelle B. Gibbs**, and **Anthony Frederick Gibbs**, against defendant Merck

& Co., Inc. and all other named defendants be dismissed in their entirety with prejudice,

each party to bear its own costs.

_____
Elizabeth L. Dudley
Hutton & Hutton
8100 East 22nd Street North
Building 1200
Wichita, KS 67226
T: 316-688-1166
F: 316-686-1077

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Dated: 11/7/08

Attorneys for Merck & Co., Inc.

Dated: 7-23-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th  day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.