UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Martha Alvarado, et al. v. Merck & Co.,*
**Case No. 06-5980 (as to Larry Long only)**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Larry Long and his wife Debra Long. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th of July, 2010.

                                                                                                      */s/ Eldon E. Fallon*
                                                                  UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Larry and Debra Long<br>P.O. Box 259<br>Woodstock, GA 30188 |
| Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Michael Miller<br>The Miller Firm<br>108 Railroad Ave<br>Orange, VA 22960 |