The UPS Store #6023
663 Flat Shoals Road SE
Suite C
Conyers GA 30094
770 922 2039 Tel
770 922 5164 Fax



# Fax Cover

## The UPS Store

To: Judge Fallon   Fax #: 504 589 7545

Date: 5/19/2010   # of Pages (including cover sheet): 3

From: Larry Long   Phone #: 678 542-5347

Subject: Vioxx / Urgent

See sect 16.9 of Vioxx agreem

If you are not the intended recipient, do not disclose, copy, distribute or use this information. If you received this transmission in error, please call immediately to arrange return of the documents at no cost to you.

May 19, 2010

United States District Court

Eastern District of Louisiana

**Section L - Judge Eldon E. Fallon**
500 Poydras Street
Room C456
New Orleans, LA 70130

RE: Larry Long Vioxx

Dear Judge Fallon,

**Disagreement with Attorney Fee: Milller Law Firm**

Larry Long has been in contact with this court regarding the service Miller Law Firm has given us. We are in disagreement with the fees of 32% that they claim they have earned.

1. Miller Law Firm have not given us the service. Debra Long, Larry Long wife has done all of the leg work, faxing, research of medical records from Dr. Dunnaway and other services.
2. We asked Miller Law firms to correct the data that was submitted to the Claim administrators and they did not complete the process. The wrong weight that was nearest to Larry Long stroke date was reported, that gave the wrong BMI, wrong information regarding cardiac history, no evidence test that support the finds of heart attach., duration, length of time, and usage of Vioxx was incorrect.
3. Had the Miller Firm looked at the letter Dr. Dunnaway submitted the correct information would have been given to the Claim Administrator. This error effected the finals points outcome. Miller Law firm did not counsel with what would be the best option for Larry Long Vioxx case.

4. Miller Law Firm did not take the case as a hardship case. Numerous letters have been written to your court and to Miller Law firm pleading for help. Miller Law firm did not acknowledge this case until the hearing was held. Miller Law firm did not follow Merck settlement agreement rules the court had a established for them.

5. A hearing held by Judge Fallon in December was held because of Miller Law firm allowed Oasis to take advantage of Larry Long and charge excessive fees, 266 % rate which were only returned because Debra Long filed a notice to the US District Court Judge Fallon office.

6. Miller Law firm only decide to defer a payment they had collected during the hearing according to Michael Miller. This was done during the telephone conference *hearing*. They did not want to defer this payment earlier when asked.

Larry Long is on life support of hemodialysis and is very depressed and unhappy about how Miller Law firm did not provide a service that most attorney would have been honored to represent Larry Long in the Vioxx Case.

Larry Long has since asked the Claim Adminstrator to remove Miller Law Firm from being legal counsel. The Miller Law firm gave poor representation and failed to follow Merck settlement agreement and not being in the client best interest.

Debra Long has been the greatest role player in assisting with researching and receiving medical records, writing letters to the court request the court to review the problems encountered with Miller Law Firm and Oasis Legal Finance. Debra Long has Provided statements and proof to Miller Law Firm and the US Eastern District court for Larry Long case.

Miller Law firms errors were costly, in this hardship case with numerous errors and not taking actions to correct errors.

Sincerley,

Larry Long

Debra Long

PO BOX 259

WOODSTOCK, GA 30188  678 542-5347

Dlong5383@aol.com

**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 21, 2009**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX | : |
| | : MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : |
| | : SECTION L |
| **THIS DOCUMENT RELATES TO:** | : |
| *Martha Alvarado, et al. v. Merck* | : JUDGE FALLON |
| *& Co.*, Case No. 06-5980 (as to | : MAG. JUDGE KNOWLES |
| Larry Long only) | : |

On this date, a show cause hearing was held in the Courtroom of Judge Eldon E. Fallon regarding the validity of a lien asserted against the settlement proceeds of Vioxx Plaintiff Larry Long by Oasis Legal Finance, Inc. Deborah Long participated on behalf of her husband, Larry Long. Russ Herman, Leonard Davis, and Andy Birchfield participated on behalf of the Plaintiffs' Steering Committee. Michael Miller, Chris Gomez, and Michelle Dimartino participated on behalf of the Miller Law Firm. Alan Miller, Gary Chodes, and Jennifer Clark participated on behalf of Oasis. Doug Marvin participated on behalf of Merck.

At the conference, the Court reported that Oasis has agreed to waive the interest and fees on the $9,150 that they had previously provided to the Longs. All prior payments in excess of $9,150 have already been remitted to the Longs. Accordingly, the issue regarding the validity of the lien is moot. Additionally, the Miller Firm indicated that it was favorably considering the possibility of deferring the Long's legal fees until they receive their final payment in light of the Long's financial hardship. The Miller Firm shall communicate their final decision on this matter

1

JS10(00:40)

to all interested parties on or before Tuesday, December 22, 2009.

Additionally, the Court discussed with the parties the remaining liens asserted by Oasis against other Vioxx claimants. The Court indicated that the duties and responsibilities of the Claims Administrator are exclusively defined by the Vioxx Master Settlement Agreement ("the agreement"). Under the terms of the agreement, the Claims Administrator is not bound to honor any attempted lien that has not been approved by the parties to the agreement. Because Merck has not approved any of Oasis' attempted liens, the Claims Administrator is under no obligation to honor those liens. The Court notes that this does not mean that Oasis' asserted liens are invalid against the claimant. All parties stated on the record that they were in agreement with the Court's position on this issue.

This show cause hearing was transcribed by Ms. Cathy Pepper, Official Court Reporter. Counsel may contact Ms. Pepper at (504)589-7779 to request a copy of the transcript.