UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES..

**THIS DOCUMENT RELATES TO:** Bertha Gayle Kenner and Patricia Smith
(Representatives of the estate of Margaret M. Kenner)

## ORDER

The Court is in receipt of the attached correspondence from Bertha Gayle Kenner and Patricia Smith, representatives of the estate of Margaret M. Kenner. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of July, 2010.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:
    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

Bertha Gayle Kenner
222 Oldbrook Lane
Port Huron, MI 48060

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ranier Gayle
4669 Soutwest Freeway
Suite 880
Houston, TX 77027

BrownGreer, PLC
Claims Administrator
115 S. 15th Street
Richmond, CA 23219