**Bertha Gayle Kenner**
**222 Oldbrook Lane**
**Port Huron MI  48060**



June 21, 2010

Judge Fallon

Dear Your Honor:

Recently our family was awarded finances from the Vioxx case. Your judgment helped us rest assure that the medication given to our mother that caused her death indeed was honorable from your standing, however our family received one lump sum payment from this case and we as a family felt that we should have all received separate individual payments. Had we all (9 children) individually filed the claim, we would have been paid individually, yet the attorney whom represented us did not pay our family in this matter individually, and I am asking for your help in this matter. Our claim in this case is VCN number 1101683, and our level of injury was 1 which to my understanding represented death. Our total points given in our case was 147.20, and each one of us, as her children, should have been paid separately or individually, and we were not. As representative of the family, I am asking your help in determining that the Vioxx Litigation Consortium did indeed pay us incorrectly, and ask that your Honor make the correct decision in making the Consortium return funds to our family as individuals, and not as a group payment. Your help in this matter would help us rest assure that the company that represented does not get away with forfeiting funds that should have been our families. I do thank you for your time in this matter as I know that you are a very busy person.

Sincerely,

*Bertha Gayle Kenner*
Bertha Gayle Kenner
Representative for Margaret M Kenner/deceased


CC: The Vioxx Litigation Consortium

Dear Honorable Judge Fallon,

Your judgement for the case of Margaret M. Kenner, case number VCN #1101683, is appreciated!

We are asking for your help now because, our case was not filed properly, and we were not advised by the attornies properly.

The Kenner family case is valued at number 1, death caused by ingestion of Vioxx medication, was filed as a group and we filed as individuals with each of us filling out individual papers for the case.

Because we lost our Best friend, our mother, we feel that this unjust misrepresentation done by the attornies could/should be corrected.

Will you be able to help us? Thank you!

With Sincere Respect,
Patricia (Kenner) Smith
Co Representative
Case # VCN #1101683