UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: Scott McHenry, Representative of the Estate of Kelen McHenry**

## ORDER

On July 2, 2010 this Court ordered the Miller Firm to provide the Court and Scott McHenry with a detailed explanation of the litigation expenses associated with this matter WITHIN 10 DAYS or be held in CONTEMPT OF COURT.

The Court finds that the Miller Firm has complied with the Court's request (see attached documentation). The Miller Firm has contacted Mr. McHenry and has satisfactorily resolved his concerns.

New Orleans, Louisiana, this 15th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman                    Scott McHenry
Plaintiff's Liaison Counsel        4594 Eaglet Lane
Herman, Herman Katz & Cotlar, LLP  Kissimmee, FL 34746
820 O'Keefe Ave.
New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Michael Miller
The Miller Firm
108 Railroad Ave
Orange, VA 22960

The Miller Firm
2 Bala Plaza
Suite 603
Bala Cynwyd, PA 19004