# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Jeffrey Travers – VA
Preston G. Williams – VA
Kate E. S. Hamilton – VA, DC

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960

Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

Friday, July 09, 2010

**BY FASCIMILE AND FIRST CLASS MAIL**
Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-456
New Orleans, LA 70130

Re:   Vioxx Products Liability Litigation
      MDL No 1657
      Scott McHenry, Representative of the Estate of Kelen McHenry

Dear Judge Fallon:

Pursuant to This Court's July 2, 2010, Order regarding the above captioned matter, I wish to inform the Court that we have been in personal contact with Mr. McHenry to discuss the concerns outlined in his correspondence to the Court. We have provided Mr. McHenry with the information he requested and have satisfactorily resolved his concerns. I have attached a copy of the correspondence sent to Mr. McHenry outlining the resolution of this matter.

We are happy to provide any additional information or a more formal report as this Honorable Court may require.

With every best wish, I remain,

Respectfully yours,

THE MILLER FIRM LLC

Michael J Miller, Esquire

Enclosure

Pennsylvania Office: 2 Bala Plaza, Suite 603, Bala Cynwyd, Pennsylvania 19004 • Telephone: (610) 660-0622 • Facsimile: (610) 660-0628

# The Miller Firm LLC
### TRIAL LAWYERS

Michael J. Miller – VA, MD, DC, PA
Christopher A. Gomez – PA, VA
Bruce D. Burtoff, M.D., J.D. – VA, DC, FL, MS
Peter A. Miller – VA
Michele A. DiMartino – PA, NJ
David C. Andersen – DC, CA
David J. Dickens – VA
Jeffrey Travers – VA
Preston G. Williams – VA
Kate E. S. Hamilton – VA, DC

The Sherman Building
108 Railroad Avenue
Orange, Virginia 22960

Marcia DePalmo Swartz, R.N., MFS
Jennifer Miller, R.N.
Nancy Leftwich, R.N.
Website: doctoratlaw.com
Telephone: (540) 672-4224
(866) 529-3323
Facsimile: (540) 672-3055

*Of Counsel*
Nancy Guy Armstrong – MS

July 08, 2010

**BY EMAIL AND US FIRST CLASS MAIL**

Scott McHenry
4594 Eaglet Lane
Kissimmee, FL 34746

Re: Your Vioxx Claim

Dear Scott:

It was a pleasure speaking with you by phone today. I am sorry that there was a misunderstanding about who from our firm was getting back to you. I am glad that we were able to work out the common benefit issue. As you know, Vioxx has been a long struggle, and unlike firms that sit on the sidelines and simply wait for others to bring a case, The Miller Firm in Vioxx, as in so many other litigations, work very hard to get cases to trial and spent money accordingly.

In any event, we have agreed to compromise The Miller Firm common benefit expenses at $10,000 in lieu of the $22,000 that had been previously apportioned. I will, along with Scott Hambrick from our office, make every effort to see that this matter is resolved as quickly as possible. I look forward to working with you in the future anytime you need our services.

With warmest personal regards, I remain,

Very truly yours,
The Miller Firm LLC

Michael J. Miller, Esquire

cc:   Honorable Eldon E. Fallon
      Russ Herman, Esquire

MJM/snf

---

Pennsylvania Office: 2 Bala Plaza, Suite 603, Bala Cynwyd, Pennsylvania 19004 · Telephone: (610) 660-0622 · Facsimile: (610) 660-0628