UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Brenda Garner*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Brenda

Garner.  IT IS ORDERED that the attached correspondence be entered into the record UNDER

SEAL.  In addition, a copy of the correspondence shall be forwarded to the Claims Administrator

and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 15th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Brenda Garner
108 Main Street
Stamford, NY 12167

1