UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to: Robert Myers**

## ORDER

IT IS ORDERED that the attached documents be filed into the record UNDER SEAL. Mr. Myers is unhappy with the denial of his Extraordinary Injury appeal. Mr. Myers has correctly followed the claims appeal process outlined in the settlement agreement. The Court finds the Special Master's decision sound and fully in compliance with the Extraordinary Injury criteria set out in the Review Criteria Manual. The Court will take no action in this matter.

New Orleans, Louisiana, this 15th day of July, 2010.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Robert Myers
9799 State Route 104
Lucasville, OH 45648

1