UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO: All Cases**

**ORDER**

The Court is in receipt of the attached correspondence from the Branch Law Firm regarding lien resolution in this matter.  IT IS ORDERED that a copy of this correspondence be placed in the record UNDER SEAL.  IT IS FURTHER ORDERED that copies be forwarded to the Lien Resolution Administrator and the Plaintiff's Liaison Counsel so that they may make a recommendation to the Court as to what action, if any, should be taken.

New Orleans, Louisiana, this 19th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

| | |
|---|---|
| Russ Herman | Matt Garretson |
| Plaintiff's Liaison Counsel | Lien Resolution Administrator |
| Herman, Herman Katz & Cotlar, LLP | Garretson Firm Resolution Group |
| 820 O'Keefe Ave. | 7775 Cooper Road |
| New Orleans, LA 70113 | Cincinnati, OH 4524 |

1

Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

Glenn Zuckerman  
Weitz & Luxenberg, PC  
700 Broadway  
New York, NY 10003  

Turner W. Branch  
Branch Law Firm  
2025 Rio Grande Blvd, NW  
Albuquerque, NM 87104  

Mark D. Fischer  
Rawlings & Associates, PLLC  
One Eden Parkway  
LaGrange, KY 40031