UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Ricardo Hernandez*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Recardo Hernandez. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th of July, 2010.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Ricardo Hernandez
7653 West 29 Lane Apt. 102
Hialeah, FL 33018

John Ruiz
5040 N.W. 7 Street, Suite 920
Miami, FL 33126

1