UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                  :   MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION   :
                                      :   SECTION: L
                                      :
                                      :   JUDGE FALLON
..............................................:   MAG. JUDGE KNOWLES..

**THIS DOCUMENT RELATES TO:** *Dorothy Griffin v. Merck & Co., Inc.,* Case No. 10-873

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Dorothy Griffin. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of July, 2010.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dorothy Griffin
452 Stoneridge Drive
Flint, TX 75762

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

BrownGreer, PLC
Claims Administrator
115 S. 15th Street
Richmond, CA 23219

1