UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                             : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION  : SECTION: L
                                       : JUDGE FALLON
                                       : MAG. JUDGE KNOWLES..

**THIS DOCUMENT RELATES TO: Alan L. Porter**

### ORDER

The Court is in receipt of the attached correspondence from Alan L. Porter. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 19th day of July, 2010.

                                                           */s/ Eldon E. Fallon*
                                                 UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Russ Herman                                  Alan L. Porter
Plaintiff's Liaison Counsel               54 Abbey Gate Road
Herman, Herman Katz & Cotlar, LLP   Cotuit, MA 02635
820 O'Keefe Ave.
New Orleans, LA 70113

Phillip Wittmann                        John D. Rowell
Stone Pigman Walter Wittmann, LLC  Cheong, Denove, Rowell & Bennett
546 Carondelet Street                   10100 Santa Monica Blvd.,
New Orleans, LA 70130                  Suite 2460
                                                   Los Angeles, CA 90067

2

BrownGreer, PLC
Claims Administrator
115 S. 15th Street
Richmond, CA 23219

2