```
-------------------------------------------------  )
VIRGINIA and LESTER REXROAT,                       )    IN THE UNITED STATES
et al.                                             )    DISTRICT COURT FOR THE
                                                   )    EASTERN DISTRICT OF
                Plaintiffs,                        )    LOUISIANA
                                                   )
         v.                                        )    CASE NO. 2:06-cv-03880-EEF-DEK
MERCK & CO., INC.,                                 )
                                                   )    STIPULATION OF DISMISSAL
                Defendant.                         )    WITH PREJUDICE AS TO
                                                   )    ALL DEFENDANTS
-------------------------------------------------  )
```

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of Plaintiffs, **RUSSELL FOLLOWELL** and **PAUL FOLLWELL**, individually and as representatives of the Estate of **AVIS FOLLOWELL**, against Defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

LEE C. CHRISTIE - #3993-49
CLINE FARRELL CHRISTIE LEE & CARESS, P.C.
951 North Delaware Street
Indianapolis, Indiana 46202
(317) 488-5500
Fax: (317) 488-5510

A New Jersey Licensed or Admitted Attorney

Dated: 11-10-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for
Merck & Co., Inc.

Dated: 7-26-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.