UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| *Thomas R. Hughes, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| *Docket No. 2:05-cv-03503* | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Thomas R. Hughes and Rosemarie Hughes in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of July, 2010.

*[signature: Eldon E. Fallon]*
DISTRICT JUDGE