# IN THE DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIRGINIA BLOOMBERG, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant. | MDL DOCKET NO. 1657 <br><br> CASE NO. 2:05cv03578 <br><br> JUDGE FALLON <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. Proc. 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiffs, William Mark Smith and Julie Smith, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  _____
Andrew S. Goldwasser (#0068397)   Stephen G. Strauss
Phillip A. Ciano (#0066134)       Bryan Cave LLP
Ciano & Goldwasser, L.L.P.        211 N. Broadway, Suite 3600
MK Ferguson Plaza                 St. Louis, MO 63102
1500 West Third Street, Suite 460 (314) 259-2000 Tel
Cleveland, OH 44113               (314) 259-2020 Fax

John T. Murray (#0008793)         Phillip A. Wittmann
Charles M. Murray (#0052083)      Dorothy H. Wimberly
Murray & Murray Co., L.P.A.       Stone Pigman Walther
111 East Shoreline Drive          Wittmann LLC
Sandusky, OH 44870                546 Carondelet Street
                                  New Orleans, LA 70130
                                  (504) 581-3200 Tel
Robert J. DiCello (#0003353)      (504) 581-3361 Fax
Mark A. DiCello (#0063924)
Robert J. DiCello Co., L.P.A.     Attorneys for Merck & Co., Inc.
7556 Mentor Avenue
Mentor, OH 44060                  Dated: 7-26-10
    Attorneys for Plaintiff

Dated: 2/22/08

V1013

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.