UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | Case No. 2:08-cv-5215-EEF-DEK |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|     Orange County, New York v. Merck & Co., Inc. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| On transfer from the United States District Court for the District of New Jersey (Case No. 1:08-cv-05146) | * | |
| | * | **ORDER OF DISMISSAL** |
| | * | **WITHOUT PREJUDICE** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Orange County, New York in the above-captioned case be and they are hereby dismissed without prejudice with each party to bear his or her own costs.

Dated: July ___, 2010

NEW ORLEANS, LOUISIANA, this  16th  day of _____July_____, 2010.

_____
DISTRICT JUDGE

00197205.WPD