UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX &ast; MDL No. 1657
    Products Liability Litigation &ast; Case No. 2:08-cv-01517-EEF-DEK
&ast;
This Document Relates to: &ast; SECTION L
&ast;
    Erie County, New York v. Merck & Co., Inc. &ast; JUDGE ELDON E. FALLON
&ast;
&ast; MAGISTRATE JUDGE
On transfer from the United States District Court for&ast; KNOWLES
the District of New Jersey (Case No. 1:07-cv-5517) &ast;
&ast; **ORDER OF DISMISSAL**
&ast; **WITHOUT PREJUDICE**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Considering the foregoing Stipulation of Dismissal Without Prejudice,

IT IS ORDERED that the claims of plaintiff Erie County, New York in the above-captioned

case be and they are hereby dismissed without prejudice with each party to bear his or her own costs.


Dated:  July ___, 2010

NEW ORLEANS, LOUISIANA, this _16th_ day of _____July_____, 2010.


_____
DISTRICT JUDGE



00197202.WPD