UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Tarleton Way, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Tarleton Way, individually and as* | * | |
| *administrator of the estate of Hallie O.* | * | |
| *Way, and John Way* | * | |
| | * | |
| *Docket No. 2:06-cv-11263* | * | |
| ************************************ | | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Tarleton Way, individually and as administrator of the estate of Hallie O. Way, and John Way, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of _____July_____, 2010.

_____
DISTRICT JUDGE