**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
Telephone: (973) 639-9100

| | |
|---|---|
| BETTY HERNANDEZ et al, <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | UNITED STATES DISTRICT COURT <br> DISTRICT OF LOUISIANA <br><br> In Re: VIOXX® LITIGATION <br> MDL No. 1657 <br><br> DOCKET NO. 2:06cv08376 <br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br> **AS TO ALL DEFENDANTS** |

      Pursuant to Fed. R. Civ. Proc. 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, Herbert Jasper, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SEEGER WEISS LLP                                    DECHERT LLP

_____                           _____
Christopher A. Seeger, Esq.                         Stephen G. Strauss                Phillip A. Wittmann
David R. Buchanan, Esq.                             Bryan Cave LLP                    Dorothy H. Wimberly
Seeger Weiss LLP                                    211 N. Broadway, Suite 3600       Stone Pigman Walther
550 Broad Street, Suite 920                         St. Louis, MO 63102               Wittmann LLC
Newark, NJ 07102                                    (314) 259-2000 Tel                546 Carondelet Street
973-639-9100                                        (314) 259-2020 Fax                New Orleans, LA 70130
                                                                                      (504) 581-3200 Tel
                                                                                      (504) 581-3361 Fax

Dated: 2/19/08                                      Attorneys for Merck & Co., Inc.

                                                  Dated: 7-28-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of July, 2010.

/s/ Stephen G. Strauss  
Stephen G. Strauss  
BRYAN CAVE LLP  
211 North Broadway, Suite 3600  
St. Louis, Missouri 63102  
Phone: 314-259-2000  
Fax:    314-259-2020  
sgstrauss@bryancave.com

Attorneys for Defendant  
Merck & Co., Inc.