UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Clifton Anderson; Lorina Chavez; Wilma Daily; Beverly Dobias; Patricia Fortin; Ina Fosco; Carol Franklin; Sandra Gonzales; Lucille Gurnsey Ernestine Hodge; Wilma Hoover; Mary Jamison; Samuel Jennings; Joe Maestas; Luvonia McCray; Marie Miranda; Kathy Montoya; Joyce Muilenburg Earl Pace; Rubelia Patterson; Hazel Patterson; John Radosevich; Petrita Segura; Doris Barbarino; Rodney Brown, David Wayne Carroll, Sharon Ann Cook, Sue Cozart, Marjorie Feiden, Ellie Green; Edward Henderson; Maria Hughes; Martha Jennings; Cresencio Jiron; Brenda Kowalski; Ilene McDowell; Martha McNear; Betty Minero, , <br><br>Plaintiff(s), <br><br>v. <br><br>MERCK & CO., INC., <br><br>Defendant(s). | DOCKET NO. 07-3935 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Ilene McDowell, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

|  |  |  |
|---|---|---|
| _____ | _____ | |
| Turner W. Branch | Stephen G. Strauss | Phillip A. Wittmann |
| BRANCH LAW FIRM, L.L.P | Bryan Cave LLP | Dorothy H. Wimberly |
| Attorneys for Plaintiffs | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| 808 Travis, Suite 1553 | St. Louis, MO 63102 | Wittmann LLC |
| Houston, TX 77002 | (314) 259-2000 Tel | 546 Carondelet Street |
| (505) 243-3500 Telephone | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (505) 243-3534 Facsimile | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |

Attorneys for Merck & Co., Inc.

Dated: 3/5/08

Dated: 7-28-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of July, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.