UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : | |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** *Walter Holmes, et al. v. Merck & Co., Inc.*
**Case No. 05-2814**

## ORDER

Considering no opposition has been filed by Defendant Merck,

IT IS ORDERED that Vioxx Plaintiffs' Walter and Shirley Holmes Motion to Extend

Deadline to Provide Case Specific Expert Report and Additional Records is hereby GRANTED.

Plaintiffs' case specific expert report and related additional records are due no later than 30 days

from the date of this order.

New Orleans, Louisiana, this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

1