UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>Plaintiffs<br><br>v.<br><br>MERCK SHARP & DOHME CORP.,<br>Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>Case No. 05-3700 |

### NOTICE OF APPEAL

Notice is hereby given that the STATE OF LOUISIANA, EX REL. JAMES D. CALDWELL, ATTORNEY GENERAL, Plaintiffs in the above-named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment entered in this action on the 29th day of June, 2010 and all other orders entered by the court in this action.

SIGNATURE BLOCK ON NEXT PAGE

Respectfully submitted this 27th day of July, 2010.

>MURRAY LAW FIRM
>
>By: */s/ Stephen B. Murray, Jr.*
>Stephen B. Murray, Jr. (23877)
>Stephen B. Murray, Sr. (9858)
>James R. Dugan, II (24785)
>Douglas R. Plymale (28409)
>650 Poydras Street, Suite 2150
>New Orleans, Louisiana 70130
>T: 504.525.8100
>
>James D. Caldwell, Attorney General
>Trey Phillips
>Bryan McMinn
>L. Christopher Styron
>Assistant Attorneys General
>LOUISIANA DEPARTMENT OF JUSTICE
>885 North Third Street - 6th Floor
>Baton Rouge, Louisiana 70802
>T: 225.326.6020
>
>Francisco H. Perez
>Kim Sullivan
>GENERAL COUNSEL,
>LA DEPT OF HEALTH AND HOSPITALS
>P.O. Box 3836
>Baton Rouge, Louisiana 70821
>T: 225.342.1188
>
>COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Appeal has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 27th day of July, 2010.

> */s/ Stephen B. Murray, Jr.*
> Counsel for Plaintiff