```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                                            :   MDL NO. 1657
IN RE: VIOXX                                :
    PRODUCTS LIABILITY LITIGATION           :   SECTION:  L
                                            :
                                            :   JUDGE FALLON
...........................................:   MAG. JUDGE KNOWLES..
```

**THIS DOCUMENT RELATES TO:** *AvMed, Inc., et al. v. BrownGreer PLC, et al.,*
Case No. 08-1633

## ORDER

IT IS ORDERED that Plan Plaintiff's Motion to Withdraw Plan Plaintiff's Motion to Strike (Rec. Doc. No. 47372) is hereby GRANTED.

New Orleans, Louisiana, this 26th day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

1