UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> Carol S. Allen, et al. <br> v. <br> Merck & Co., Inc. <br><br> *Only with regard to:* <br> *Karen Overstreet, individually and as representative of the estate of Ralph Overstreet* <br><br> *Docket No. 2:06-cv-06437* | * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Karen Overstreet, individually and as representative of the estate of Ralph Overstreet, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE