## IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SARAH E. NICHOLS, as Personal Representative of the Estate of SARAH G. NICHOLS, <br><br> Plaintiff, <br><br> v. <br><br> MERCK & CO., ET AL., <br><br> Defendants. | Case Code No.: 1657 <br><br> Docket No.: 2:06-cv-01951-EEF-DEK |

\* \* \* \* \* \*

## AGREED ORDER OF DISMISSAL

Plaintiff, Sarah E. Nichols, as Personal Representative of the Estate of Sarah G. Nichols ("Plaintiff"), and Defendants, G. Randolph Schrodt, Jr., M.D. ("Dr. Schrodt") and Integrative Psychiatry, LLC ("Integrative Psychiatry"), by counsel, have resolved this dispute as between them. They now ask the Court to enter this Order. Having done so, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that this case is dismissed as to Dr. Schrodt and Integrative Psychiatry. Plaintiff's claims against Dr. Schrodt and Integrative Psychiatry are hereby dismissed, with prejudice, and each party shall pay its own costs.

This is a final and appealable Order, there being no just cause for delay in its entry.

_____
HON. ELDON FALLON, JUDGE
UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS, LOUISIANA, this 28th day of July, 2010

*Case Code No.: 1657*
*Docket No.: 2:06-cv-01951-EEF-DEK*
<u>*Nichols v. Merck & Co., et al.*</u>
*Agreed Order of Dismissal*
*Page 2 of 2*

RESPECTFULLY SUBMITTED AND AGREED TO:

*[signature]*  *[signature]*

Ann B. Oldfather  Stephen C. Hall
OLDFATHER LAW FIRM  Seth A. Gladstein
1330 South Third Street  STOLL KEENON OGDEN PLLC
Louisville KY 40208  2000 PNC Plaza
PH: (502) 637-7200  500 West Jefferson Street
FAX: (502) 637-3999  Louisville KY 40202
*Counsel for Plaintiff*  PH: (502) 333-6000
  FAX: (502) 333-6099
  *Counsel for Defendants, G. Randolph Schrodt,*
  *Jr., M.D. and Integrative Psychiatry, LLC*

424604.356587/642337.1