UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L (3)

JUDGE FALLON  
MAG. JUDGE KNOWLES

**This document relates to:**  
**James Franklin on behalf of the State of Colorado v. Merck & Co., Inc.**  
**Case No. 07-2073**

J U D G M E N T

Considering the Court's Order & Reasons dated July 26, 2010, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, James Franklin on behalf of the State of Colorado, dismissing said plaintiff's claims with prejudice and costs.

New Orleans, Louisiana, this __28th__ day of July, 2010.

**ELDON E. FALLON**  
**UNITED STATES DISTRICT JUDGE**