# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br> <br> This document relates to: <br> <br> Idalia Morales Ortiz, et al. <br> v. <br> Merck & Co., Inc. <br> <br> *Only with regard to:* <br> *Lourdes Mateo Berly, individually and* <br> *on behalf of the estate of Minerva Berly* <br> *Montalvo* <br> <br> *Docket No. 2:05-cv-04591* | MDL Docket No. 1657 <br> <br> SECTION L <br> <br> <br> <br> JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lourdes Mateo Berly, individually and on behalf of the estate of Minerva Berly Montalvo, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE