UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     ALL CASES

## ORDER

The Court will hear oral argument on the Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses (Rec. Doc. 17642) on Tuesday, August 3, 2010, at 2:30 p.m.

New Orleans, Louisiana, this 30th day of July, 2010.

*[Signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1