# EXHIBIT B

## Cases Enrolled in Vioxx Settlement by
## Objectors to 8% Common Benefit Fee Assessment

| Objector to 8% Common Benefit Fee Assessment | # of Vioxx Cases | # of Cases Enrolled in Settlement | % Cases Enrolled in Settlement |
|---|---|---|---|
| Law Offices of Douglas A. Allison & Jack Modesett, III | 48 | 48 | 100% |
| Arnold & Itkin, LLP | 88 | 88 | 100% |
| Barrett Law Office, PA | 107 | 107 | 100% |
| The Becnel Law Firm | 226 | 225 | 99% |
| Berrigan Litchfield Schonekas Mann and Traina, LLC and Arthur J. Lentini | 5 | 5 | 100% |
| Bowersox Law Firm, PC | 68 | 45 | 66% |
| Brown Chiari, LLP | 20 | 20 | 100% |
| Burton Law Firm | 1 | 1 | 100% |
| Cellino & Barnes, PC | 1,911 | 1,826 | 96% |
| Climaco, Lefkowitz, Peca, Wilcox & Garofoli Co. LPA | 17 | 15 | 88% |
| Conway & Londregan, PC | 2 | 2 | 100% |
| Draper Law Firm | 1 | 1 | 100% |
| The Drug Liability Litigation Group, PLLC | 31 | 31 | 100% |
| English, Lucas, Priest & Owsley, LLP | 19 | 19 | 100% |
| Fayard & Honeycutt | 31 | 27 | 87% |
| Fazio, DiSalvo, Cannon, Abers, Podrecca, Fazio & Carroll | 25 | 25 | 100% |
| Fenner & Boles | 55 | 48 | 87% |
| Freese & Goss, PLLC | 492 | 451 | 92% |
| Godosky & Gentile, PC | 27 | 26 | 96% |
| Harrell & Harrell, PA | 31 | 31 | 100% |
| Harrison Davis Steakley | 35 | 35 | 100% |
| Hissey Kientz, LLP | 30 | 30 | 100% |

| Objector to 8% Common Benefit Fee Assessment | # of Vioxx Cases | # of Cases Enrolled in Settlement | % Cases Enrolled in Settlement |
|---|---|---|---|
| Hornbuckle Firm | 4 | 4 | 100% |
| Hossley & Embry, LLP | 81 | 81 | 100% |
| Johnson & Benjamin LLP | N/A | N/A | N/A |
| Jose, Henry, Brantley, MacLean & Alvarado, LLP | 40 | 40 | 100% |
| Keller Rohrback LLP, Williamson & Williams, and Greener Burke Shoemaker PA | 36 | 34 | 94% |
| Kelley & Ferraro, LLP | 50 | 47 | 94% |
| Kentucky Vioxx Working Group | 156 | 155 | 99% |
| Kopelman Law Group | 28 | 28 | 100% |
| The Law Group, Ltd. | 444 | 437 | 98% |
| Ted B. Lyon & Assocs. | 5 | 5 | 100% |
| Mainor Eglet Cottle | 55 | 55 | 100% |
| Margol & Pennington, PA | 1 | 1 | 100% |
| Matthews, Eastmoore, Hardy, Crauwels & Garcia, PA | 2 | 2 | 100% |
| Law Offices of Ian L. Mattoch | 1 | 1 | 100% |
| Mayfield & Ogle, PA | 97 | 95 | 98% |
| Michaels & Michaels PA | 3 | 3 | 100% |
| Milavetz, Gallop & Milavetz, PA | 94 | 94 | 100% |
| Miller, Curtis & Weisbrod | 120 | 120 | 100% |
| The Miller Firm, LLC | 382 | 346 | 91% |
| Miserendino, Seegert & Estoff, PC | N/A | N/A | N/A |
| The Monsour Law Firm | 128 | 123 | 96% |
| Moriarty Leyendecker Erben PC | 1 | 1 | 100% |
| James H. Porn | 1 | 1 | 100% |
| Price Ainsworth, PC | 23 | 23 | 100% |

| Objector to 8% Common Benefit Fee Assessment | # of Vioxx Cases | # of Cases Enrolled in Settlement | % Cases Enrolled in Settlement |
|---|---|---|---|
| Reaud, Morgan & Quinn | 30 | 30 | 100% |
| Law Offices of Reed Schifferman | 1 | 1 | 100% |
| Simon Law Firm | 353 | 351 | 99% |
| Slack & Davis, LLP | 9 | 9 | 100% |
| The Snapka Law Firm | 91 | 87 | 96% |
| Spangenberg, Shibley & Liber, LLP | 30 | 30 | 100% |
| Stratton Faxon | 87 | 79 | 91% |
| Sullivan Papain Block | 141 | 141 | 100% |
| Wayne Sullivan | 1 | 1 | 100% |
| Law Offices of Michael A. Wash | 1 | 1 | 100% |
| Weiner, Carroll & Strauss | 105 | 102 | 97% |
| Zimmerman Law Offices | 45 | 43 | 96% |
| **TOTAL** | **5,916** | **5,677** | **95.96%** |