# EXHIBIT H



**HERMAN, HERMAN, KATZ & COTLAR**
L.L.P.
Attorneys at Law

820 O'KEEFE AVENUE, NEW ORLEANS, LOUISIANA 70113-1116
TELEPHONE: (504) 581-4892  FACSIMILE: (504) 561-6024
HTTP://WWW.HHKC.COM

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†

Stephen J. Herman
Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene‡
John S. Creevy
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans and
Covington, Louisiana

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP (Formerly
Herman, Mathis, Casey, Kitchens & Gerel, LLP)

July 1, 2008

**VIA FEDERAL EXPRESS**

Michael A. Stratton, Esq.
Stratton Faxon
59 Elm Street
New Haven, CT 06510

Re:   *In re: Vioxx Products Liability Litigation*
      MDL 1657
      Request for Trial Package

Dear Mr. Stratton:

   We are in receipt of your Request Pursuant to Pre-Trial Order No. 37 (Terms of Access to the PSC's Trial Package). In accordance with PTO 37, your request, and the Participation Agreement, enclosed is a hard drive containing the PSC's Trial Package. We reiterate that this Trial Package is extremely confidential and cannot be shared, duplicated in any form, or disclosed to others.

   The cost for production of the Trial Package totals $300.00. This includes the cost of the hard drive, reproduction of the trial package materials, handling and shipping costs.

   Please make your check payable to "Vioxx MDL #1657", and send it to the above address at your earliest possible convenience.

   When you review the Trial Package, should you have any questions concerning how best to utilize the contents to prepare yourself and become familiar with the Vioxx litigation, please feel free to contact us. We will be happy to arrange an opportunity for you to speak with a member of the Plaintiffs' Steering Committee or the Trial Package Committee who is familiar with the Trial Package. In addition, we invite and encourage you to visit the depository to review the materials produced during discovery. This includes documents produced by Merck, as well as third parties,

July 1, 2008
Page 2

and depositions taken in the litigation. Should you desire to visit the depository, please feel free to contact me and provide dates in late July, August and September, 2008 when you desire to visit.

Sincerely,

LEONARD A. DAVIS

LAD:lmf
Enclosure

# VIOXX MDL #1657
# TRIAL PACKAGE

Date Produced: **7-1-08**
Serial # **PQM1AZGG**

# STRATTON FAXON
## 59 ELM STREET
## NEW HAVEN, CONNECTICUT 06510
## TEL (203) 624-9500 FAX (203) 624-9100

### FACSIMILE TRANSMITTAL SHEET

**TO:** RUSS HERMAN, ESQ.  
HONORABLE ELDON E. FALLON

**FROM:** MICHAEL A. STRATTON

**COMPANY:**

**DATE:** JUNE 24, 2008

**FAX NUMBER:**  
504-561-6024  
504-589-6966

**TOTAL NO. OF PAGES (INCLUDING COVER):**  
12

**PHONE NUMBER:**

**SENDER'S REFERENCE NUMBER:**

**REGARDING:**  
PSC TRAIL PACKAGE

**YOUR REFERENCE NUMBER:**

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**NOTES/COMMENTS:**

PLEASE CONTACT WESLEY SIMON AT 203-624-9500 IF YOU HAVE ANY QUESTIONS.

THANK YOU.

STAMFORD     NEW HAVEN     BRIDGEPORT

# Stratton Faxon
Connecticut's Firm for Trial Law

June 24, 2008

Russ M. Herman, Plaintiff's Liaison Counsel
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave
New Orleans, LA 70113

VIA FACSIMILE: 504-561-6024

Re: PSC Trial Package

Dear Attorney Herman,

    I have attached my Request Pursuant to PTO No. 37 for access to the PSC Trial Package. The request was mailed to you on May 28, 2008. As of this date we have not received a response from your office.

    Please advise regarding the delay and provide an estimated date on which we can expect to receive the requested trial packages.

Very truly yours,



Michael A. Stratton

Cc: Honorable Eldon E. Fallon
    Via facsimile: 504-589-6966

59 Elm Street, New Haven, CT 06510 · Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 · www.strattonfaxon.com

JUN-24-2008 14:40 203 624 9100 97% P.02