# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** : | |
| : | **SECTION L** |
| : | |
| **This document relates to ALL ACTIONS** : | **JUDGE FALLON** |
| : | **MAG. JUDGE KNOWLES** |

## PLAINTIFFS' LIAISON COUNSEL'S MOTION TO STRIKE THE SUBMISSION OF DAVIS & NORRIS, LLP REGARDING THE COURT'S AUTHORITY TO SET A COMMON BENEFIT FEE

The Plaintiffs' Liaison Counsel Russ Herman hereby moves to Court for an Order striking the Submission of Davis & Norris, LLP Regarding Court's Authority to Set the Common Benefit Fee and Percentage at Which the Court Should Fix the Fee, filed July 29, 2010 (Rec. Doc. No. 48105). Said submission is out of time and in violation of the Court's orders setting forth an orderly procedure for the adjudication of a fair and reasonable common benefit fee.

In support of its Motion, the PLC relies on the accompanying Memorandum.

Date:  July 30, 2010

**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**PLAINTIFFS' LIAISON COUNSEL**