UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**PLAINTIFFS' LIAISON COUNSEL'S MEMORANDUM IN SUPPORT OF
ITS MOTION TO STRIKE THE SUBMISSION OF DAVIS & NORRIS, LLP
REGARDING THE COURT'S AUTHORITY TO SET A COMMON BENEFIT FEE**

The adjudication of a fair and reasonable common benefit fee has been the subject of numerous Court orders and procedures spanning the past 18 months. On January 20, 2009, Plaintiffs' Liaison Counsel filed a Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses ("Common Benefit Fee Petition") (Rec. Doc. 17642). On April 16, 2009, this Court entered an order (Rec. Doc. 18264) allowing interested parties to file on or before May 8, 2009 objections to the Common Benefit Fee Petition. In response to that order, 59 objections were timely filed. Since that time, the Court has held several conferences on this matter, appointed liaison counsel for the objectors, permitted document discovery and depositions to take place, and ordered briefing to be filed on or before August 1, 2010.[1] The Court has scheduled oral argument for Tuesday, August 3, 2010 at 2:30 p.m. to determine a fair and reasonable common benefit fee.

---

[1] *See* Plaintiffs' Liaison Counsel's Brief Regarding the Court's Authority to Set a Common Benefit Fee, filed July 30, 2010, setting forth in detail the procedures established by the Court for an orderly adjudication of a fair and reasonable common benefit fee in this matter.

At the very last minute, on July 29, 2010, Davis & Norris, LLP filed a "submission" opposing the Fee Applicants' common benefit fee request.[2]  This firm failed, however, to timely object to the Common Benefit Fee Petition in accordance with the Court's prior order.  Having sat on the sidelines for 18 months during the orderly process established by the Court to determine a fair and reasonable common benefit fee and having said nothing on this subject prior to this week, the submission of Davis & Norris should be stricken.  It is an insult to this Court to lodge last-minute, out-of-time objections 14 months past the deadline for doing so and less than one week prior to oral argument.

Moreover, the submission contains arguments that have no merit and are contrary to governing law in the Fifth Circuit.  Davis & Norris enrolled 618 of its cases in the Settlement Program, reaped the benefits therefrom, but nevertheless seeks to avoid Article 9 of the Settlement Agreement specifying a maximum 8% common benefit fee.  For all of the reasons stated in the PLC's Brief Regarding the Court's Authority to Set a Common Benefit Fee, the out-of-time Davis & Norris submission should be rejected.

The Plaintiffs' Liaison Counsel's Motion to Strike should be granted.

Date:   July 30, 2010                          **Russ M. Herman (Bar No. 6819)**
                                               Leonard A. Davis (Bar No. 14190)
                                               Stephen J. Herman (Bar No. 23129)
                                               ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                               820 O'Keefe Avenue
                                               New Orleans, Louisiana  70113
                                               Telephone: (504) 581-4892
                                               Facsimile: (504) 561-6024

                                               **PLAINTIFFS' LIAISON COUNSEL**

---

[2] *See* Submission Regarding Court's Authority to Set the Common Benefit Fee and Percentage at Which the Court Should Fix the Fee, filed July 29, 2010, Rec. Doc. No. 48105.

2