UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Fatemeh Ahmad; Ruth Bannister; Gerry Barnes; Myra Barnes; James Blair; Harriet Bowling; Hershel Bowling; Patricia Brown; Sonia G. Burton, individually and for the Estate of Flora Futrell; Charles Butler; Loretta Butler; Hobert Ray Caskey; Sheila Caskey; Linda Cichowski for the Estate of Barbara Osborne; David Coffey; Brenda Colson; Thomas Colson; Gary Compton; Benjamin Crum; Marrieta Crum; Joan Daniels; James Davis; Patricia Doyle; William Evans; Linda Fishwick; Priscilla Fogg; Maelene Franklin; Charles Graves; Agnes Hicks; Dale Hodge; Alvin Hoofner; Ruby Hoofner; Margie Hurst; Ronald Hurst, Sr.; Phyllis Knight; Bonnie Ladegaard, individually and for the Estate of Dean Ladegaard; Barbara Lane; Robert Lane; Saul Ledbetter; Virginia Lovejoy; Robert Maddox; Susan Maher; Margaret McGann; Sharon McManus, individually and for the Estate of John McManus; Sarah Mitchell; Frances Pederson; Henry Richards; Alan Robins; Tammy Robins; Eugene Roby; Susan Roesler; Jim Salesman; Marilyn Salesman; Loretta Marie Snelling; Donald Stanford; Theresa Straughter; Donald Teal; Bennie Temple; Gilbert Thomas; Linda Thomas; Wendie Wagner; Paulette Wasson; Mary Whitehead; and Edzena Wireman,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | DOCKET NO. **2:06-cv-06441-EEF-DEK**<br><br><br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Charles Graves, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Turner W. Branch
Richard Sandoval
BRANCH LAW FIRM, L.L.P
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/27/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc

Dated: 7.30.10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.