STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 391-6850
Facsimile:     (415) 391-6856

Attorney for Plaintiff: SANDRA ELLIOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ELLIOTT,<br><br>            Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC.,<br><br>           Defendants. | Case No. 2:06-cv-10987<br><br>**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO FILE AND SERVE STEVEN A. FABBRO'S MOTION TO BE RELIEVED AS COUNSEL**<br><br>MDL Docket 1657<br><br>Hon. Eldon E. Fallon |

I, Steven A. Fabbro, declare as follows:

1.     I am an attorney at law duly licensed to practice law before the Courts in the State of California, and am counsel of record herein for Claimant Sandra Elliott. I have been chiefly responsible for the prosecution of Plaintiff's claim against the Defendant Merck & Co., Inc. in this case and am familiar with, and am competent to testify concerning all of the facts stated herein.

2.     Plaintiff's Counsel makes this Ex Parte Application For Order Shortening Time To File and Serve Steven A. Fabbro's Motion To Be Relieved As Counsel on the grounds that Plaintiff has engaged new Counsel. Plaintiff's new Counsel, Ann B. Oldfather, Esq., of Oldfather

-1-

1  Law Firm has filed a Notice of Appearance with this Court in compliance with Pre-Trial Order 36

2  § I.E and §II.E **See Exhibit 1.**

3. Counsel and Plaintiff have fundamental disagreement as to what action should be taken in the case. Counsel explained the reasons for seeking to withdraw from the representation of Plaintiff, and Plaintiff consented to the withdraw. Plaintiff signed a Substitution of Attorney. **See Exhibit 2.**

4. Plaintiff's Counsel has served Plaintiff, Sandra Elliott at the last known address 3612 Jordanolo Drive, Ceres, CA 95307, Telephone 209-604-4317 and new Counsel Ann B. Oldfather, Oldfather Law Firm at 1330 South Third Street, Louisville, KY 40208 with copies of this Ex Parte Application For Order shortening Time To File and Serve Steven A. Fabbro's Motion To Be Relieved As Counsel. Plaintiff's counsel has confirmed within the past thirty days that the address is current by telephone. The next hearing in this action is not yet set. Trial in this action is not yet set.

5. Plaintiff's Counsel will file Exhibit C in compliance with Pre Trial Order 36 § II C. **See Exhibit 3.**

I declare under penalty of perjury that the foregoing is true and correct except as to those matters based on information and belief and as to those matters I believe them to be true.

Executed this 23rd day of July, 2010 at San Francisco, California.

_____
STEVEN A. FABBRO

LAW OFFICES OF
# STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, California 94104
Tel: (415) 391-6850
Fax: (415) 391-6856

July 27, 2010

**FEDERAL EXPRESS**
Att: Carolyn Stuart
U.S. District Court, Clerk's Office
500 Poydras Street, Room C-151
New Orleans, LA 70130

    Re:    Vioxx Litigation, MDL Docket 1657
             Sandra Elliott  Case No. 2:06-cv-10987

Dear Carolyn,

Please file the following documents since Sandra Elliot has retained new counsel.

1. Ex Parte Application For Order Shortening Time To File and Serve Steven A. Fabbro's Motion To Be Relieved As Counsel

2. [Proposed] Order

3. Certificate of Service

Please file the original, and provide me with endorsed filed stamped copies in the enclosed stamped nvelope. I have included "Chambers Copy" to be delivered to Judge Fallon. Please mail a copy of the signed Order as soon as it is available in the enclosed a stamped envelope

Thank you.

Very truly yours,

*[signature]*

Alma Calderon
Assistant to Steven A. Fabbro

SAF/s

1  STEVEN A. FABBRO, ESQ. (SBN #107973)
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
3  San Francisco, CA 94104
   Telephone:    (415) 391-6850
4  Facsimile:    (415) 391-6856

5  Attorney for Plaintiff: SANDRA ELLIOTT

6

7                   UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9
                                          ) Case No. 06-cv-02348-FCD-KJM
10                                        )
   SANDRA ELLIOTT,                        )
11                                        )
              Plaintiff,                  )
12                                        ) CERTIFICATE OF SERVICE
13      vs.                               )
                                          )
14 MERCK & COMPANY, INC.,                 )
                                          )
15            Defendants.                 )
16                                        )
                                          )
17                                        )
                                          )
18 _____)

19      I am a resident of the State of California, over the age of eighteen years, and not a party to

20 the within action. My business address is LAW OFFICES OF STEVEN A. FABBRO, 101

21 Montgomery Street, 27th Floor, San Francisco, California 94104. On July 27, 2010, I served the

22 following document(s) by the method indicated below:

23 **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO FILE AND SERVE**
24 **STEVEN A. FABBRO'S MOTION TO BE RELIEVED AS COUNSEL**

25 **[Proposed] ORDER SHORTENING TIME TO FILE AND SERVE STEVEN A.**
   **FABBRO'S MOTION TO BE RELIEVED AS COUNSEL**
26

27

28
                          PROOF OF SERVICE                              - 1 -

1
2
3
4
5

[ ]  by transmitting via facsimile on this date from fax number 415-391-6856 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete without error. The transmission report was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal. R.Ct 2003 (3).

6
7
8
9

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

10
11

[ ]  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

12
13

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

14
15

[ ]  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

16

[ ]  by transmitting via email to the parties at the email addresses listed below:

17
18
19
20

**ATTORNEYS FOR SANDRA ELLIOTT.**
Ann B. Oldfather, Esq.
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

21
22

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on July 26, 2010, at San Francisco, California.

23
24

*Alma Calderon*

25
26
27
28