**EXHIBIT 1**



LEXARIS' FILE & SERVE
30134509
E-SERVICE
Mar 18 2010
3:47PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY
LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Case Number:  2:06cv10987

**Sandra Elliott**

PLAINTIFF

v.

**Merck & Co., Inc.**

DEFENDANTS

\* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

Comes the Plaintiff and hereby notifies the Court and counsel that Ann B. Oldfather and

OLDFATHER LAW FIRM hereby enter their appearance as counsel for the Plaintiff.  Pleadings

related to this matter should be served on Ms. Oldfather and OLDFATHER LAW FIRM at:

OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY  40208
(502) 637-7200

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of March, 2010.

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

**EXHIBIT 2**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
STEVEN A. FABBRO, ESQ., SBN 107973
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
  TELEPHONE NO.: 415/391-6850    FAX NO. (Optional): 415/391-6856
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Sandra Elliott

FOR COURT USE ONLY

MC-050

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE:
  BRANCH NAME:

CASE NAME: In Re: Vioxx

| SUBSTITUTION OF ATTORNEY—CIVIL<br>(Without Court Order) | CASE NUMBER:<br>MDL 1657 |
|---|---|

THE COURT AND ALL PARTIES ARE NOTIFIED THAT (name):

makes the following substitution:

1. Former legal representative ☐ Party represented self ☐ Attorney (name): Steven A. Fabbro, Esq.
2. New legal representative ☑ Party is representing self ☑ Attorney
   a. Name: Sandra Elliott                                    b. State Bar No. (if applicable):
   c. Address (number, street, city, ZIP, and law firm name, if applicable):
      1405 Suzanne Avenue, Modesto, CA 95350

   d. Telephone No. (include area code): 209-604-4317
3. The party making this substitution is a ☑ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☐ other (specify):

---

*NOTICE TO PARTIES APPLYING TO REPRESENT THEMSELVES*

• Guardian          • Personal Representative        • Guardian ad litem
• Conservator       • Probate fiduciary              • Unincorporated
• Trustee           • Corporation                      association

If you are applying as one of the parties on this list, you may NOT act as your own attorney in most cases. Use this form to substitute one attorney for another attorney. SEEK LEGAL ADVICE BEFORE APPLYING TO REPRESENT YOURSELF.

---

NOTICE TO PARTIES WITHOUT ATTORNEYS

A party representing himself or herself may wish to seek legal assistance. Failure to take timely and appropriate action in this case may result in serious legal consequences.

---

4. I consent to this substitution.
   Date: July 31, 2009
   Sandra Elliott
   _____          ▶ _Sandra Elliott_
   (TYPE OR PRINT NAME)                         (SIGNATURE OF PARTY)

5. ☑ I consent to this substitution.
   Date: July 31, 2009
   Steven A. Fabbro, Esq.
   _____          ▶ _Steven A. Fabbro_
   (TYPE OR PRINT NAME)                    (SIGNATURE OF FORMER ATTORNEY)

6. ☑ I consent to this substitution.
   Date: July 31, 2009
   Sandra Elliott (In Pro Per)
   _____          ▶ _Sandra Elliott_
   (TYPE OR PRINT NAME)                    (SIGNATURE OF NEW ATTORNEY)

Form Adopted for Mandatory Use
Judicial Council of California
MC-050 [Rev. January 1, 2009]

[See reverse for proof of service by mail]

SUBSTITUTION OF ATTORNEY—CIVIL
(Without Court Order)

Page 1 of 2

Code of Civil Procedure, §§ 284, 285;
Cal. Rules of Court, rule 376
American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT 3**

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

I hereby certify pursuant to 28 U.S.C. § 1746 and Paragraph II.C of PTO No. 36 as follows:

### A. COUNSEL INFORMATION

| Name | Last<br>Fabbro | | First<br>Steven | Middle<br>A. |
|---|---|---|---|---|

| Name of Law Firm | Law Offices of Steven A. Fabbro |
|---|---|

| Current Address | Street<br>101 Montgomery Street, 27th Floor | | | |
|---|---|---|---|---|
| | City<br>San Francisco | State<br>CA | Zip<br>94104 | Country<br>USA |

| Telephone Number | 415-391-6850 | **Facsimile** | 415-391-6856 | **Email** | fabbrolaw2001@yahoo.com |
|---|---|---|---|---|---|

### B. PLAINTIFF AND LAWSUIT INFORMATION
#### (Provide the last known information as to the Plaintiff)

| Plaintiff Name | Last<br>Elliott | | First<br>Sandra | Middle |
|---|---|---|---|---|

| Plaintiff Address | Street<br>3612 Jordanolo Drive | | | |
|---|---|---|---|---|
| | City<br>Ceres | State<br>CA | Zip<br>95307 | Country<br>USA |

| Telephone Number | 209-604-4317 | **Facsimile** | UNKNOWN | **Email** | UNKNOWN |
|---|---|---|---|---|---|

| Case Caption | Elliott v. Merck |
|---|---|

| Case Number | 2:06cv10987 |
|---|---|

| Court Where Case is Pending | United States Eastern District of Louisiana |
|---|---|

### C. FRIEND OR RELATIVE OF PLAINTIFF AS ALTERNATE CONTACT
☒ Check here if Plaintiff failed to provide an alternative contact.

| Name | Last | | First | Middle |
|---|---|---|---|---|

| Address | Street | | | |
|---|---|---|---|---|
| | City | State | Zip | Country |

| Telephone Number | | **Facsimile** | | **Email** | |
|---|---|---|---|---|---|

| Relationship to Plaintiff | ☐ Friend   ☐ Relative (specify relationship: _____) |
|---|---|

#344082

1

## CERTIFICATION IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL
### (Paragraph II.C of PTO No. 36)

### D. COMPLIANCE WITH PTO NO. 36.

☒   I filed a Motion to Withdraw pursuant to Section II of PTO No. 36 and a Declaration in accordance with Paragraph II.A of PTO No. 36. on <u>07</u> / <u>  </u> / <u>10</u> .
                                              Month   Day    Year

☐   Within five days after filing such Motion to Withdraw, I sent a letter to the Plaintiff by certified mail including:

1.   A copy of PTO No. 36;

2.   A statement that Plaintiff had 30 days from the date of the certified letter to: (a) send a letter to the Court consenting to the Motion; (b) send a letter to the Court opposing the Motion; (c) send a letter to the Court indicating that Plaintiff no longer wished to pursue his or her claim; (d) secure new counsel; or (e) contact the Pro Se Curator, Mr. Robert M. Johnston (Pan American Life Center, 601 Poydras Street, Suite 2490, New Orleans, Louisiana, 70130; telephone 504-561-7799; email rmj@rmj-law.com) to apprise the Curator of the Plaintiff=s intention to proceed with his claim *pro se*, (that is, without representation of counsel);

3.   An explanation of the importance to a Plaintiff wishing to pursue his or her claim to retain a lawyer who is familiar with the law and the procedures in Federal Court to represent him or her; and

4.   A request that the Plaintiff provide the name, address and telephone number of a relative or friend who can be contacted in the event that the plaintiff cannot be located.

### E. SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | <u> 7 </u> / <u>   </u> / <u>10</u><br>(Month/Day/Year) | _____<br>Counsel |
|---|---|---|