STEVEN A. FABBRO, ESQ. (SBN #107973)
LAW OFFICES OF STEVEN A. FABBRO
101 Montgomery Street, 27th Floor
San Francisco, CA 94104
Telephone:    (415) 391-6850
Facsimile:     (415) 391-6856

Attorney for Plaintiff: SANDRA ELLIOTT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA ELLIOTT,<br><br>                    Plaintiff,<br><br>vs.<br><br>MERCK & COMPANY, INC.,<br><br>                    Defendants. | Case No. 2:06cv10987<br><br>**[Proposed] ORDER SHORTENING TIME TO FILE AND SERVE STEVEN A. FABBRO'S MOTION TO BE RELIEVED AS COUNSEL**<br><br>MDL Docket 1657<br><br>Hon. Eldon E. Fallon |

**IT IS HEREBY ORDERED** that pursuant to the Court's Pre Trial Order No. 36 Steven A. Fabbro and the Law Offices of Steven A..Fabbro is relieved as counsel of record for Sandra Elliott effective upon filing the proof of service of this signed Order upon the client and new counsel. The Client's current address and telephone number: 3612 Jordanolo Drive, Ceres, CA 95307, Telephone: 209-604-4317. The Client's new counsel is: Ann B. Oldfather, Esq., Oldfather Law Firm at 1330 South Third Street, Louisville, KY 40208, 502-637-7200.

Dated: July ___, 2010                                                    By:_____
                                                                                            Honorable Eldon E. Fallon

- 1 -