# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

*THIS PORTION REMAINS WITH COURT RECORDS*

09-31202
05-1657-L

No. 05-1657 Short Title Vioxx Date 7-27-10

To: Jeff Wyatt
Name

1440 NY Ave. N.W
Address

Washington DC 20005-6208
City State Zip

Documents Enclosed:
☑ Record Vols. 5
☐ Exhibits ☐ Env. _____
☐ Box: _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return   SEND RECORD OF CASE OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with the documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 27 2010
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records above listed are returned to Clerk
Attorney Name: _____
Date: _____

---

Clerk's Receipt  *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case have been received by Clerk
Name: _____
Date: _____

District: _____

---

Attorney Forwarding Receipt  *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

---

Attorney Receipt  *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

Fee
Process
X Dktd
CtRmDep
Doc. No.

☐ Record Vols. _____
☐ Supp. Record Vols. _____
☐ Exhibits ☐ _____

Records in above case listed received
Judge/Attorney Name: _____
Date: _____

District: _____