## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Josephine Evans, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Leo Ponce, individually and as successor* | * | |
| *in interest of the estate of Edelia Ponce* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-06469* | * | |
| | * | |

*************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Leo Ponce, individually and as successor in interest of the estate of Edelia Ponce, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____

DISTRICT JUDGE