IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | ) | MDL 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE |
| | ) | KNOWLES |

**DAVIS & NORRIS, LLP's REPLY TO PLAINTIFFS' LIAISON COUNSEL'S MOTION TO STRIKE THE SUBMISSION OF DAVIS & NORRIS, LLP REGARDING THE COURT'S AUTHORITY TO SET A COMMON BENEFIT FEE**

The law firm of Davis & Norris, LLP submits this brief reply in response to Plaintiffs' Liaison Counsel's Motion To Strike The Submission of Davis & Norris, LLP Regarding The Court's Authority To Set The Common Benefit Fee.

Davis & Norris, LLP was served with this Court's Order dated June 15, 2010 related to ongoing discovery and the common benefit fee. The Order stated at the top of the page that this document related to "ALL CASES."

The final paragraph on page two of this same order stated "IT IS FURTHER ORDERED that on or before August 1, 2010 all interested parties are invited to submit to the Court briefs regarding the Court's authority to set the Common Benefit Fee, and the reasonable percentage at which the Court should fix the Common Benefit Fee."

1

Counsel did not interpret this Order to be a limiting Order only directed at a few individuals but instead interpreted this Order to be a wide open invitation from the Court for any interested party to submit a brief on the issues by August 1, 2010.  By no means did Davis & Norris, LLP attempt to "insult the court" as Liaison Counsel has suggested in his Motion to Strike.  Davis & Norris, LLP was simply following the guidelines set by the Court in the June 15, 2010 Order.

## CONCLUSION

For the reasons stated above, Counsel respectfully requests this Court deny Plaintiffs' Liaison Counsel's Motion to Strike the Submission of Davis & Norris, LLP Regarding the Court's Authority to Set A Common Benefit Fee.

Respectfully submitted,

/s/*Tyler C. Vail*

OF COUNSEL
DAVIS & NORRIS, LLP
2154 Highland Ave. S
Birmingham, Alabama 35205
(205)930-9900
(205)930-9989
fdavis@davisnorris.com
jnorris@davisnorris.com
tvail@davisnoris.com
wbarnett@davisnorris.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing has been served on Liason Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and email and email upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(b), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of August, 2010.

/s/*Tyler C. Vail*
Of Counsel