UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

**Plaintiffs' Liaison Counsel's Submission Regarding the
Reasonableness of a 7.5% Common Benefit Fee Award That Represents
a Multiple of 1.4576 When Compared to the Fee Applicants' Lodestar**

The Fee Applicants are seeking a common benefit fee award representing 7.5% of the $4.85 billion global Vioxx settlement, or $363,750,000. This common benefit percentage is well-within the range of reasonableness when compared to common benefit awards in other cases, as set forth in Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses (Rec. Doc. 17642), filed January 20, 2009 ("Common Benefit Fee Petition") at 47-48. The Court-appointed auditor has determined that the Fee Applicants' lodestar is valued at $249,546,751.29 based on 562,943.55 hours of common benefit legal services.[1] Thus, the requested fee award would constitute a multiple of 1.4576, and this multiple is far below any of the established benchmarks in super-mega-fund cases.

In many of the mega-fund cases, courts have awarded fees representing substantially higher cross-check multiples than the multiple of **1.4576** proposed herein, even though the cases were

---

[1] *See* Plaintiffs' Liaison Counsel's Brief Regarding the Court's Authority to Set a Common Benefit Fee, filed July 30, 2010, at 4-5. As set forth therein, PLC Russ Herman will file and serve shortly a Supplemental Report and Affidavit of Philip A. Garrett, CPA, which updates the Report he prepared previously.

characterized by less recovery, less complexity, less risk and less work than that presented here. *See In re Linerboard Antitrust Litig.*, 2004 WL 1221350, *16 & n.9 (E.D. Pa. June 2, 2004) (**multiple of 4.08**; antitrust class action, $202 million settlement fund; 51,268 hours expended); *In re Rite Aid Corp. Sec. Litig.*, 362 F. Supp. 2d 587, 589 (E.D. Pa. 2005) & *In re Rite Aid Corp. Sec. Litig.*, 269 F. Supp. 2d 603, 611 n.10 (E.D. Pa. 2003) (**multiple of 6.96**; securities class action; $126 million settlement fund; 12,906 hours expended); *Stop & Shop Supermarket Co. v. SmithKline Beecham Corp.*, 2005 WL 1213926, *12 & *18 (E.D. Pa. May 19, 2005) (**multiple of 15.6**; antitrust class action; $100 million settlement fund; 4,239.8 hours expended). *See also* Stuart J. Logan, Jack Moshman, and Beverly C. Moore, Jr., "Attorney Fee Awards in Common Fund Class Actions," 24 CLASS ACTION REP. 167, 170 (2003) (survey finds that **average lodestar multiplier was 4.5** for percentage-of-recovery-fee awards in cases with common funds of $100 million or more).

In the super-mega-fund cases where the settlement fund reaches 10 figures, the emerging case law establishes a "trending range" for acceptable cross-check multiples that "approximate the 3.5 multiplier in *Visa* and the 4.0 multiplier in *WorldCom* ...." *In re AOL Time Warner, Inc. Sec.*, 2006 WL 3057232, *28 (S.D.N.Y. Oct. 25, 2006) (**3.69 multiple**; $2.65 billion settlement fund), *citing Visa Check /Mastermoney Antitrust Litig.*, 297 F. Supp. 2d 503, 524 (E.D.N.Y. 2003) (**3.5 multiple**; $3.383 billion settlement fund), *aff'd*, *Wal-Mart Stores, Inc. v. Visa, U.S.A., Inc.*, 396 F.3d 96 (2nd Cir.), *cert. denied*, 544 U.S. 1044 (2005) and *In re WorldCom, Inc. Sec. Litig.*, 388 F. Supp. 2d 319, 354 (S.D.N.Y. 2005) (**4.0 multiple**; $6.133 billion settlement fund). *See also In re Enron Corp. Securities, Derivative & ERISA Litig.*, 586 F. Supp. 2d 732 (S.D. Tex. 2008) (**5.2 multiple**; $7.2 billion settlement fund); *DeLoach v. Philip Morris Cos.*, 2003 WL 23094907, *11 (M.D.N.C. Dec. 19, 2003) (**4.45 multiple**; >$1 billion settlement fund); *In re NASDAQ Market-Makers*

2

*Antitrust Litig.*, 187 F.R.D. 465, 489 (S.D.N.Y. 1998) (**3.97 multiple**; $1.027 billion settlement fund; and observing that "multipliers of between 3 and 4.5 have become common"); *In re Tyco Int'l, Ltd.*, 535 F. Supp 2d 249 (D.N.H. 2007) (**2.697 multiple**; $3.3 billion settlement fund); *In re Diet Drugs Products Liability Litig.*, 553 F. Supp. 2d 442 (E.D. Pa. 2008), *aff'd*, 582 F.3d 524 (3rd Cir. 2009) (**2.6 multiple**; $6.44 billion settlement fund); *In re Cendant Corp. PRIDES Litig.*, 243 F.3d 722, 742 (3rd Cir.), *cert. denied*, 534 U.S. 889 (2001) (recognizing that "multiples ranging from one to four are frequently awarded in common fund cases where the lodestar method is applied."); *In re Rite Aid Corp. Sec. Litig.*, 396 F.3d 294, 303-04 (3rd Cir. 2005) (in complex, lengthy, risk-laden actions, it is not an abuse of discretion for district courts to award fees that are at least four times the lodestar value of petitioning counsel's common benefit time).

Therefore, the current request for a fee award representing a lodestar multiple of less than two is far below any of the established benchmarks. Examples of multipliers permitted in large litigations are set forth in the following chart:

| Case | Fund Value | Percentage Award | Lodestar Multiplier |
| --- | --- | --- | --- |
| *In re Enron Corp. Securities, Derivative & ERISA Litig.*, 586 F. Supp. 2d 732 (S.D. Tex. 2008) | $7.2 billion | 9.52% | 5.2 |
| *DeLoach v. Philip Morris Cos.*, 2003 WL 23094907 (M.D.N.C. Dec. 19, 2003) | >$1 billion | 5.9% | 4.45 |
| *In re WorldCom, Inc. Sec. Litig.*, 388 F. Supp. 2d 319 (S.D.N.Y. 2005) | $6.133 billion | 5.5% | 4 |
| *In re NASDAQ Market-Makers Antitrust Litig.*, 187 F.R.D. 465 (S.D.N.Y. 1998) | $1.07 billion | 14% | 3.97 |

| Case | Fund Value | Percentage Award | Lodestar Multiplier |
|---|---|---|---|
| *In re AOL Time Warner, Inc. Sec. & ERISA Litig.*, 2006 WL 3057232 (S.D.N.Y. Oct. 25, 2006) | $2.65 billion | 5.9% | 3.69 |
| *Visa Check/Mastermoney*, 297 F. Supp. 2d 503 (E.D.N.Y. 2003), *aff'd*, Wal-Mart Stores, Inc. v. Visa, U.S.A., Inc., 396 F.3d 96 (2nd Cir. 2005) | $3.383 billion | 6.5% | 3.5 |
| *In re Tyco Int'l, Ltd.*, 535 F. Supp 2d 249 (D.N.H. 2007) | $3.3 billion | 14.5% | 2.697 |
| *In re Diet Drugs Products Liability Litig.*, 553 F. Supp. 2d 442 (E.D. Pa. 2008), *aff'd*, 582 F.3d 524 (3rd Cir. 2009) | $6.44 billion | 6.75% | 2.6 |
| *In re Royal Ahold N.V. Sec. & ERISA Litig.*, 461 F. Supp. 2d 383 (D. Md. 2006) | $1.1 billion | 12% | 2.57 |
| *In re Sulzer Hip Prosthesis and Knee Prosthesis Liability Litig.*, 268 F. Supp. 2d 907 (N.D. Ohio 2003) | $1.045 billion | 4.8% | 2.4 |
| **AVERAGE** | $3.129 billion | 9.125% | 3.5 |

Date:   August 2, 2010            By:      /s/ Russ M. Herman
                                           **Russ M. Herman (Bar No. 6819)**
                                           Leonard A. Davis (Bar No. 14190)
                                           Stephen J. Herman (Bar No. 23129)
                                           ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana  70113
                                           Telephone: (504) 581-4892
                                           Facsimile: (504) 561-6024

                                           **PLAINTIFFS' LIAISON COUNSEL**

4

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com