UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number: 2:06cv10987 |
| **Sandra Elliott** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

## STATEMENT OF NO OBJECTION

\* \* \* \* \* \* \*

Sandra Elliott, through her undersigned counsel, has no objection to the Ex Parte Application and Proposed Order tendered by the Hon. Steven A. Fabbro.

Respectfully submitted,

s/ Ann B. Oldfather
Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com
*Counsel for Sandra Elliott*

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Statement of No Objection has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, and Steven A. Fabbro by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of August, 2010.

                              s/ Ann B. Oldfather
                              Ann B. Oldfather
                              KBA Bar #52553
                              OLDFATHER LAW FIRM
                              1330 S. Third Street
                              Louisville, KY   40208
                              502.637.7200
                              502.637.3999
                              aoldfather@oldfather.com
                              *Counsel for Sandra Elliott*