# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| **Idalia Morales Ortiz, et al.** | * | JUDGE FALLON |
| ***v.*** | * | |
| ***Merck & Co., Inc.*** | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| ***Only with regard to:*** | * | |
| ***Ramonita Feliciano Parrilla,*** | * | |
| ***individually and on behalf of the estate*** | * | |
| ***of Jose Feliciano Vasquez*** | * | |
| | * | |
| ***Docket No. 2:05-cv-04591*** | * | |

*************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ramonita Feliciano Parilla, individually and

on behalf of the estate of Jose Feliciano Vasquez, in the above-captioned case be and they hereby

are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of _____August_____, 2010.

_____
DISTRICT JUDGE