UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | * <br> * | |
| Joye Arnold, et al. <br> v. <br> Merck & Co., Inc. | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *John Gardner, individually and as representative of the estate of Jessie Mae Gardner, and Arthur Garner, Melissa Leonard, Loretta Brown, and Clifford Gardner, individually* | * <br> * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:06-cv-09821* | * | |

***********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs John Gardner, individually and as representative of the estate of Jessie Mae Gardner, and Arthur Gardner, Melissa Leonard, Loretta Brown, and Clifford Gardner, individually, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 2nd day of August, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE