# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| **Edward J. Silverman, et al.** | * | **JUDGE FALLON** |
| **_v._** | * | |
| **_Merck & Co., Inc., et al._** | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| **_Docket No. 2:06-cv-08410_** | * | |

**************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Edward J. Silverman, Maryanne H. Silverman, Meghan Silverman, Veronica Silverman, and Edward J. Silverman, Jr., in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE