MURRAY BIDNER and                  )
FRANCINE BIDNER, et al.,           )          IN THE UNITED STATES
                                   )          DISTRICT COURT FOR THE
            Plaintiffs,            )          EASTERN DISTRICT OF
                                   )               LOUISIANA
v.                                 )
                                   )          Case Code Number: 1657
                                   )          Docket Number: 06-3915
MERCK & CO., INC., et al.,         )
                                   )          STIPULATION OF DISMISSAL
            Defendants.            )               WITH PREJUDICE
                                   )          AS TO ALL DEFENDANTS

         Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiffs **Helen Smith** and **John Smith** against defendant Merck & Co., Inc.

and all other named defendants be dismissed in their entirety with prejudice, each party to

bear its own costs.

Michelle L. Tiger, Esquire                    Stephen G. Strauss
Thomas R. Kline, Esquire                      Bryan Cave LLP
Lee B. Balefsky, Esquire                      211 N. Broadway, Suite 3600
KLINE & SPECTER,                              St. Louis, MO 63102
A Professional Corporation                    (314) 259-2000 Tel
1525 Locust Street                            (314) 259-2020 Fax
The Nineteenth Floor
Philadelphia, PA 19102                        Phillip A. Wittmann
215-772-1000                                  Dorothy H. Wimberly
Attorneys for Plaintiffs                      Stone Pigman Walther
                                              Wittmann LLC
                                              546 Carondelet Street
                                              New Orleans, LA 70130
                                              (504) 581-3200 Tel
                                              (504) 581-3361 Fax

Dated: _____9/18/08_____                  Attorneys for Merck & Co., Inc.

                                              Dated: 8-3-10 _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.