UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   ALL CASES**

## ORDER

IT IS ORDERED that the "motion to identify law firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; to add the Federal Employee Health Benefits Act and Medicare Advantage reimbursement claims" (Rec. Doc. No. 45429) will be heard WITH ORAL ARGUMENT on August 26, 2010 at 9:00 a.m.

New Orleans, Louisiana, this 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

1