IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
AvMed Inc, et al.                : CIVIL ACTION
    Plaintiffs,               : NO. 08-1633
                                 :
vs.                              : SECTION L, MAG. 3
                                 :
BrownGreer PLC, U.S.             : HONORABLE ELDON E. FALLON
Bancorp, Inc. and John Does      : HONORABLE DANIEL E. KNOWLES, III
    Defendants.               :
                                 : In relation to: MDL No. 1657
                                 :
                                 : In re: Vioxx Products Liability Litigation
---------------------------------------------------x

**NAMED LAW FIRMS' RESPONSE IN OPPOSITION TO PLAINTIFFS' CORRECTED MOTION: (A) TO IDENTIFY THE LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND <u>PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS</u>**

In accordance with the Federal Rules of Civil Procedure and the Local Civil Rules of the Eastern District of Louisiana, those Law Firms named in Plan Plaintiffs' June 22, 2010 Motion respectfully file the instant response.[1]

The Plan Plaintiffs seek leave to amend their First Amended Complaint to name the following twelve (12) law firms as defendants: Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C.; Branch Law Firm; Cohen Placitella & Roth; Cohen, Segalis, Pallas, Greenhall & Furman, P.C.; Hovde, Dassow & Deets; Kasowitz, Benson, Torres & Friedman; Kline &

---

[1] As the Named Law Firms vehemently deny that they are rightful parties to this action, the title "Defendants" will not be used in the instant Motion or Memorandum. Further, the instant Motion and Memorandum are only filed on behalf of the undersigned law firms.

Specter; Lanier Law Firm; Locks Law Firm; Morelli Ratner; Parks & Crump; and Weitz & Luxenberg, (hereinafter, "Named Law Firms"). In addition, Plaintiffs also seek leave to add claims for reimbursement as Medicare Advantage Organizations under the Medicare Secondary Payer Act of 1980 ("MSP") and as contracting plans under the Federal Employee Health Benefits Act ("FEHBA"), 5 U.S.C. § 8901 *et seq.* Further, Plaintiffs request permission to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains protected health information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"). Lastly, Plaintiffs seek a preliminary injunction imposing a constructive trust and prohibiting the Named Law Firms from distributing the identified settlement funds.

Plaintiffs allege that the Named Law Firms represent eligible claimants to the Vioxx Settlement Program who have done the following: "(1) settled claims against Merck for medical expenses paid by Plan Plaintiffs; (2) are members of plans under the Employee Retirement Security Act ("ERISA") that include reimbursement language qualifying those plans for equitable relief under *Sereboff v. Mid-Atlantic Medical Services, Inc.*, 547 U.S. 356 (2006); and (3) chosen to forego the Private Lien Resolution Program approved by this Court." *See* Plaintiffs' Corrected Memorandum of Law, p. 1-2.

For the reasons set forth in the foregoing Memorandum of Law, and the supporting Affidavits and Exhibits, Plaintiffs' motion is procedurally and substantively flawed. The relief sought is not supported by this litigation's factual history nor is it endorsed by the precedential case law. As such, the Named Law Firms respectfully request that this Honorable Court deny Plaintiffs' requested relief.

Respectfully submitted,

*/s/ Sol H. Weiss*

Sol H. Weiss, Esquire
Gregory S. Spizer, Esquire
ANAPOL, SCHWARTZ, WEISS, COHAN
FELDMAN & SMALLEY, P.C.
1710 Spruce Street
Philadelphia, PA 19103
Telephone: (215)735-1130
Facsimile: (215) 875-7722

*/s/ Turner W. Branch*

Turner W. Branch, Esquire
Brent M. Ferrel, Esquire
BRANCH LAW FIRM
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
Telephone: (800) 243-3500
Facsimile: (713) 224-1622

*/s/ Harry M. Roth*

Harry M. Roth, Esquire
Christopher Placitella, Esquire
COHEN, PLACITELLA & ROTH, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Telephone: (215) 567-3500
Facsimile: (215) 567-6019

*/s/ Robert T. Dassow*

Robert T. Dassow, Esquire
HOVDE, DASSOW & DEETS, LLC
One Meridian Plaza
10585 North Meridian Street, Suite 205
Indianapolis, IN 46290
Telephone: (317) 818-3100
Facsimile: (317) 818-3111

*Christopher P. Johnson*
Christopher P. Johnson, Esquire
KASOWITZ, BENSON, TORRES
& FRIEDMAN, LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Lee Balefsky*
Lee Balefsky, Esquire
Michelle L. Tiger, Esquire
KLINE & SPECTER
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: (215) 772-0420
Facsimile: (215) 735-0960

*W. Mark Lanier*
W. Mark Lanier, Esquire
Richard D. Meadow, Esquire
THE LANIER LAW FIRM
126 East 56th Street, Tower 56, 6th Floor
New York, NY 10022
Telephone: (212) 421-2800
Facsimile: (212) 421-2878

*James Pettit*
James J. Pettit, Esquire
LOCKS LAW FIRM, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002
Telephone: (856) 663-8200
Facsimile: (856) 661-8400

*David Ratner*
David S. Ratner, Esquire
MORELLI RATNER, PC
95 Third Avenue
New York, NY 10022
Telephone: (212) 751-9800
Facsimile: (212) 751-0046

/s/ Edward Seglias
Edward Seglias, Esquire
Edward T. DeLisle, Esquire
COHEN SEGLIAS PALLAS
GREENHALL & FURMAN, PC
United Plaza, 19th Floor
30 South 17th Street
Philadelphia, PA  19103
Telephone (215) 564-1700
Facsimile: (267) 238-4418

/s/ Glenn Zuckerman
Glenn Zuckerman, Esquire
WEITZ & LUXENBERG, P.C.
210 Lake Drive East, Suite 101
Cherry Hill, NJ 08002
Telephone: (856) 755-1115
Facsimile: (856) 755-1995