**EXHIBIT "B"**

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

**MAY 11 2010**

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Sol Weiss, Esq.
Anapol Schwartz
1040 Kings Hwy N
Cherry Hill, NJ 08034

Dear Mr. Weiss:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| REDACTED | | Anapol Schwartz | | | $450,336.71 | BCBSFL |
| | | Anapol Schwartz | | | $6,308.55 | BCBSNC |
| | | Anapol Schwartz | | | $566.93 | BCBSNC |
| | | Anapol Schwartz | | | $21,760.85 | BCBSNC |
| | | Anapol Schwartz | | | $57,026.62 | BCBSNC |
| | | Anapol Schwartz | | | $61,831.50 | BCBSRI |
| | | Anapol Schwartz | | | $6,288.20 | HCSC |
| | | Anapol Schwartz | | | $128,881.83 | HCSC |
| | | Anapol Schwartz | | | $1,062.53 | HealthNet |
| | | Anapol Schwartz | | | $246,969.41 | HealthNet |
| | | Anapol Schwartz | | | $15,369.87 | HMSA |
| | | Anapol Schwartz | | | $103,327.28 | Humana |
| | | Anapol Schwartz | | | $7,073.20 | Priority Health |
| | | Anapol Schwartz | | | $240,312.57 | United Healthcare |
| | | Anapol Schwartz | | | $220,143.88 | United Healthcare |
| | | Anapol Schwartz | | | $55,502.59 | United Healthcare |

| | Anapol Schwartz | | $756,510.86 | United Healthcare |
|---|---|---|---|---|
| | | | $2,379,273.38 | |



**Anapol Schwartz**
ATTORNEYS AT LAW

Sol H. Weiss, Esquire
1710 Spruce Street
Philadelphia PA 19103
sweiss@anapolschwartz.com

(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

May 21, 2010

Mark D. Fischer, Esquire
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, Kentucky 40031

   **Re: Vioxx**

Dear Mark:

  Kindly accept this letter as a response to yours of May 7, 2010. Your letter does not provide qualified notice of your clients' alleged subrogation interests. See specifically our November 14, 2008 letter in response to your October 2008 form letter which simply contained a list of health insurance companies and a separate list of Vioxx plaintiffs. You did not respond to same.

  Your May 7th letter suffers from the same deficiencies: it is not notice and requires no further response from us. However, without confirming your proposed claim and without waiving any right or position asserted above, we respond as follows:

- Our firm does not represent ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. While we filed the case, we are not the law firm representing this claim in the settlement.

- Both the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, cases were included with your May 7th correspondence. However, both ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ enrolled in the Vioxx Private Lien Resolution Program ("PLRP"). The Lien Administrator determined that both claimants' lien obligations are $0.00.

- The ▇▇▇▇▇▇▇▇ matter, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇ is a "fixed payment", $5,000 case. As private liens are being waived for the fixed payment cases, this should also be removed from your spreadsheet.

- The ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ involves a claimant who essentially died at home. He was found non-responsive in his kitchen. An ambulance was called and he was transported to the hospital, but was pronounced dead on arrival. The bills from the ER visit are *de minimis* and certainly not $240,312.57 as identified in your letter. Moreover, United Healthcare, the plan who is now asserting a lien, did not pay these minor expenses. In addition, ▇▇▇▇▇▇ estate was opened and widely advertised in

Washington County, Pennsylvania following his passing. If United Healthcare did have a lien with respect to ▬▬▬▬ which it did not, the time to act upon that lien was after the estate was opened and advertised. As such, United Healthcare has no assertable lien in this matter.

In closing, our firm is not the constructive trustee of any settlement funds to which you or your clients allege to be lienholders. In the event you claim otherwise in any Complaint or other pleading, we will vigorously defend ourselves and this letter puts you and your clients on notice of our intention to seek the recovery of any and all legal fees and costs which are incurred as a result of any litigation we need to defend.

Please be guided accordingly. Thank you.

Very truly yours,

Sol H. Weiss

SHW:AMR

*VIA FACSIMILE AND REGULAR MAIL*

**Rawlings&Associates** PLLC

Mark D. Fischer, Chairman
Attorney at Law

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

JUN 1 0 2010

Sol Weiss, Esq.
Anapol Schwartz
1040 Kings Hwy N
Cherry Hill, NJ 08034

Dear Mr. Weiss:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer/ecs
Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| | Anapol Schwartz | | | $68,800.58 | BCBS Association |
| | Anapol Schwartz | | | $15,191.78 | BCBS Association |
| | Anapol Schwartz | | | $3,186.54 | BCBS Association |
| | Anapol Schwartz | | | $7,954.89 | BCBS Association |
| | Anapol Schwartz | | | $67,229.13 | BCBS Association |
| | Anapol Schwartz | | | $14,957.08 | BCBS Association |
| | Anapol Schwartz | | | $63,919.48 | BCBS Association |
| | Anapol Schwartz | | | $8,884.75 | BCBS Association |
| | Anapol Schwartz | | | $18,555.27 | BCBS Association |
| | Anapol Schwartz | | | $22,206.38 | BCBS Association |



### Anapol Schwartz
ATTORNEYS AT LAW

Sol H. Weiss, Esquire
1710 Spruce Street
Philadelphia PA 19103
sweiss@anapolschwartz.com

(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

June 16, 2010

**VIA FACSIMILE (502) 584-8580**
Mark D. Fischer, Esquire
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, Kentucky 40031

Re:   Vioxx

Dear Mark:

    Kindly accept this letter as a response to yours of June 8, 2010.

    Your letter does not provide qualified notice of your clients' alleged subrogation interests. See specifically our November 14, 2008 letter in response to your October 2008 form letter which simply contained a list of health insurance companies and a separate list of Vioxx You did not respond to same.

    Your June 8th letter suffers from precisely the same deficiencies: it is not notice and requires no further response from us. However, without confirming your proposed claim and without waiving any right or position asserted above, we respond as follows:

- Our firm does not represent ███████████████████████. While we filed the case, we are not the law firm representing this claim in the settlement.

- Both the ███████████████████████████████████████████ cases were included with your June 8th correspondence. However, both ███████████ ██████ are now working with The Garretson Firm in order to have their liens satisfied under the terms of the Vioxx Private Lien Resolution Program ("PLRP").

In closing, as previously advised, our firm is not the constructive trustee of any settlement funds to which you or your clients allege to be lienholders. In the event you claim otherwise in any Complaint or other pleading, we will vigorously defend ourselves and this letter puts your and your clients on notice of our intention to seek the recovery of any and all legal costs which are incurred as a result of any litigation we need to defend.

Please be guided accordingly. Thank you.

Very truly yours,

Sol H. Weiss

SHW:jac

**Rawlings & Associates** PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

MAY 1 0 2010

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

David P. Matthews, Esq.
Kasowitz, Benson, Torres & Friedman LLP
700 Louisiana St., Ste. 2200
Houston, TX 77002

Dear Mr. Matthews:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| REDACTED | | Kasowitz, Benson, Torres & Fredman | | | $3,145,308.28 | BCBSFL |
| | | Kasowitz, Benson, Torres & Fredman | | | $123,846.98 | BCBSFL |
| | | Kasowitz, Benson, Torres & Fredman | | | $785.71 | BCBSNC |
| | | Kasowitz, Benson, Torres & Fredman | | | $100,082.49 | BCBSNC |
| | | Kasowitz, Benson, Torres & Fredman | | | $284,665.53 | Humana |
| | | Kasowitz, Benson, Torres & Fredman | | | $19,211.84 | United Healthcare |
| | | Kasowitz, Benson, Torres & Fredman | | | $295,827.38 | United Healthcare |

**Rawlings&Associates** PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LAGRANGE, KENTUCKY 40031-0049

One EDEN PARKWAY
LAGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

June 8, 2010

David P. Matthews, Esq.
Kasowitz, Benson, Torres & Friedman LLP
700 Louisiana St., Ste. 2200
Houston, TX 77002

JUN 0 9 2010

KASOWITZ, BENSON...

Dear Mr. Matthews:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

*Mark D. Fischer*
Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| | Kasowitz, Benson, Torres & Fredman | | | $8,882.49 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $9,856.86 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $12,211.27 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $9,390.50 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $73,260.62 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $28,291.85 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $333.26 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $302,652.80 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $6,842.24 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $9,599.88 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $7,573.35 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $14,010.86 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $15,199.58 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| | Kasowitz, Benson, Torres & Fredman | | | $80,312.21 | BCBS Association |
| | Kasowitz, Benson, Torres & Fredman | | | $315.44 | BCBS Association |

## Miriam Benor

**From:** Robert C. Griffith [rg1@rawlingsandassociates.com]
**Sent:** Wednesday, June 23, 2010 11:59 AM
**To:** Miriam Benor
**Cc:** Mark D. Fischer
**Subject:** Vioxx

Dear Ms. Benor,

I will be sending by encrypted e-mail the letter we discussed in our conversation today. It and the other two letters already in your possession list lien amounts for Vioxx claimants that we believe your firm represents or represented.

Mark Fischer and I have discussed your firm's decision to disburse nearly all of your clients' settlement funds. Using the attachments to the three letters, please let us know the names of the Vioxx claimants that (a) Kasowitz represented and (b) received settlement funds from Kasowitz, so that we may pursue reimbursement claims against them rather than Kasowitz.

As to the remaining claimant ▮▮▮▮▮▮▮▮▮▮, we will be assembling the information you requested and forwarding it to you shortly. Just to verify, I believe you requested the relevant lien language from ▮▮ ▮▮▮▮▮▮▮ plan as well as a breakdown of the asserted liens. Please let me know if you need anything else.

Very Truly Yours,

**Rob Griffith**
Rawlings & Associates PLLC
P. O. Box 49
1 Eden Pkwy.
LaGrange, KY  40031

Direct:  (502) 814-2157
Fax:  (502) 584-8580
Email:  rg1@rawlingsandassociates.com

*************************
**IMPORTANT WARNING:** This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.

7/1/2010

Message                                                                Page 1 of 2

## Miriam Benor

**From:** Miriam Benor
**Sent:** Thursday, July 01, 2010 11:41 AM
**To:** 'Robert C. Griffith'
**Cc:** Mark D. Fischer
**Subject:** RE: Vioxx

Mr. Griffith -

I write to follow up on the materials we requested for ▉▉▉▉▉▉. We are still awaiting the itemization of the claimed charges as well as the relevant plan language. Please send these as soon as possible as we are holding this client's settlement money. Also, please send this third letter that you mentioned you had sent to this David Matthews person by pdf attachment so that we do not have to register for a website with which we are not familiar in order to access it.

Thanks for your prompt attention to the above matters,
Miriam Benor

Miriam Benor, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1705
Fax (212) 835-5005
MBenor@kasowitz.com

-----Original Message-----

**From:** Robert C. Griffith [mailto:rg1@rawlingsandassociates.com]
**Sent:** Wednesday, June 23, 2010 11:59 AM
**To:** Miriam Benor
**Cc:** Mark D. Fischer
**Subject:** Vioxx

Dear Ms. Benor,

I will be sending by encrypted e-mail the letter we discussed in our conversation today. It and the other two letters already in your possession list lien amounts for Vioxx claimants that we believe your firm represents or represented.

Mark Fischer and I have discussed your firm's decision to disburse nearly all of your clients' settlement funds. Using the attachments to the three letters, please let us know the names of the Vioxx claimants that (a) Kasowitz represented and (b) received settlement funds from Kasowitz, so that we may pursue reimbursement claims against them rather than Kasowitz.

As to the remaining claimant ▉▉▉▉▉▉, we will be assembling the information you requested and forwarding it to you shortly. Just to verify, I believe you requested the relevant lien language from

7/1/2010

███████████ plan as well as a breakdown of the asserted liens. Please let me know if you need anything else.

Very Truly Yours,

**Rob Griffith**
Rawlings & Associates PLLC
P. O. Box 49
1 Eden Pkwy.
LaGrange, KY 40031

Direct: (502) 814-2157
Fax: (502) 584-8580
Email: rg1@rawlingsandassociates.com

************************
IMPORTANT WARNING: This message is intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this message in error, please notify us immediately and delete the related message.

7/1/2010