# EXHIBIT "C"

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Cellular (502) 387-8524
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

October 30, 2008

Sol Weiss, Esq.
Anapol, Schwartz, Weiss, Cohan,
Feldman & Smalley, P.C.
402 Park Boulevard
Cherry Hill, NJ 08002

Re:  Reimbursement Notice

Dear Mr. Weiss:

Rawlings & Associates PLLC, Lowey Dannenberg Cohen & Hart PC, and Susman Godfrey
LLC, represent the health plans listed on Attachment A to this letter (the "Health Plans").
One or more of our listed Health Plan clients have identified Vioxx pharmacy and/or
medical payments made on behalf of their members listed on Attachment B to this letter.

You are receiving this notice because court records indicate that you or your firm have
appeared as counsel of record on behalf of the named individuals listed on Attachment B.
**You and your firm are on direct notice that the Health Plans' have subrogation and/or
reimbursement claims regarding their members on the attached list, to the extent of
pharmacy or medical benefits paid, and that such subrogation and/or reimbursement
rights will survive any purported release given by any party other than the Health
Plans.  You are on further direct notice not to settle, release, compromise, or in any
other manner impede or impair the Health Plans' subrogation or reimbursement
rights.**

Attached is the "AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS
PURSUANT TO 45 C.F.R. § 164.508 (HIPAA)", required by Pretrial Order 35, MDL
Docket No. 1657, In re: VIOXX PRODUCTS LIABILITY LITIGATION.

Any request from you or your firm for information regarding Health Plan pharmacy
payments, medical payments, contractual policy language, or any other information
regarding heath care coverage information related to the members listed on Attachment B,
must include a fully completed Authorization.  To request such information, please fill out
all sections of the Authorization COMPLETELY, have it signed by your client, and send it
along with your request to:

Rawlings & Associates, PLLC
Attn.  Laurette C. Smith
One Eden Parkway
LaGrange, KY 40031

# Rawlings&Associates PLLC

Due to HIPAA constraints, we will not release any information of any nature to you or your firm or answer any questions specific to the members listed on Attachment B, prior to receiving the required, fully completed, Authorization.

Please note that the individuals listed in Attachment B are not a comprehensive list of those individuals whom you may represent and on behalf of whom our clients may have paid Vioxx-related pharmacy and/or medical benefits. If you are aware of any additional clients represented by you or your firm who are participating in any Vioxx-related settlement and have received health benefits from any of the Health Plans, you are similarly on notice as to those clients of the subrogation/reimbursement rights discussed above.

We are currently litigating the issue of whether we will be entitled to receive complete identifying information for Vioxx settlement participants on behalf of whom our clients may have paid Vioxx-related pharmacy and/or medical benefits.

Sincerely,

RAWLINGS & ASSOCIATES, PLLC

Mark D. Fischer

/lcs
cc:    Brown Greer, PLC.

*ATTACHMENT A*

AETNA, Inc.
Anthem Blue Cross and Blue Shield
 (in the following states: CO, CT, IN, KY, ME, MO, NH, NV, OH, VA, WI)
Anthem Blue Cross Life and Health Insurance Company
Anthem Health Insurance Company of Nevada
Anthem Health Plans of Kentucky, Inc.
Anthem Health Plans of Maine, Inc.
Anthem Health Plans of New Hampshire, Inc.
Anthem Health Plans of Virginia, Inc. f/k/a Trigon Insurance Company, Inc.
Anthem Health Plans, Inc.
Anthem HMO of Nevada
Anthem Insurance Companies, Inc.
Anthem Prescription Management, LLC
Arkansas Blue Cross and Blue Shield
AvMed
BC Life and Health Insurance Company
Blue Cross and Blue Shield Association
Blue Cross and Blue Shield of Florida
Blue Cross and Blue Shield of Georgia, Inc.
Blue Cross and Blue Shield of Kansas, Inc.
Blue Cross and Blue Shield of Massachusetts
Blue Cross and Blue Shield of Mississippi
Blue Cross and Blue Shield of Montana
Blue Cross and Blue Shield of North Carolina
Blue Cross and Blue Shield of Rhode Island
Blue Cross and Blue Shield of Tennessee
Blue Cross and Blue Shield of Vermont
Blue Cross Blue Shield Healthcare Plan of Georgia, Inc.
Blue Cross Blue Shield of Hawaii
Blue Cross Blue Shield of Kansas City
Blue Cross Blue Shield of North Dakota
Blue Cross Blue Shield of Wisconsin
Blue Cross Life & Health Insurance Company
Blue Cross of California
Blue Cross of California Partnership Plan
Blue Shield of California
CareFirst BlueCross BlueShield
CIGNA HealthCare, Inc.
Claims Management Services, Inc.
Community Insurance Company
Compcare Health Services Insurance Corporation
Coventry Health Care
Empire Blue Cross Blue Shield
Empire HealthChoice Assurance, Inc.
Empire HealthChoice HMO, Inc.
Golden Rule Insurance Company
Golden West Health Plan, Inc.
Government Employees Health Association, Inc.
Great-West Life & Annuity Insurance Company
Harvard Pilgrim Health Care
Hawaii Medical Service Association
Health Net, Inc.
HealthKeepers, Inc.
HealthLink HMO
HealthLink, Inc.
HealthPartners, Inc.
Healthy Alliance Life Insurance Company

*ATTACHMENT A*

Highmark West Virginia Inc.
Highmark, Inc.
HMO Colorado, Inc.
HMO Missouri, Inc.
Horizon Blue Cross Blue Shield
Humana Inc.
Inova Health Care Services
Inova Health System Employee Health Benefits Plan
Johns Hopkins HealthCare
KPS Health Plans
Machigonne, Inc.
Matthew Thornton Health Plan, Inc.
Medica Health Plans
Medical Mutual of Ohio
Mid Atlantic Medical Services, LLC
Mountain State Blue Cross Blue Shield
Neridian Mutual Insurance Co.
OneNation Benefit Administrators, Inc.
OneNation Insurance Company
Oxford Health Plans, LLC
PacifiCare Health Systems, LLC
Peninsula Health Care, Inc.
Premera Blue Cross
Priority Health
Priority Health Care, Inc.
QualChoice Select, Inc.
Regence BlueCross BlueShield of Oregon
Regence BlueCross BlueShield of Utah
Regence BlueShield
Regence BlueShield of Idaho
RightCHOICE Insurance Company
RightCHOICE Managed Care, Inc.
Rocky Mountain Health Care Corporation
Rocky Mountain Hospital and Medical Service, Inc.
The Guardian Life Insurance Company of America
Trustmark Insurance Company and Trustmark Life Insurance
Tufts Associated Health Maintenance Organization, Inc.
UniCare
UniCare Health Benefit Services of Texas, Inc.
UniCare Health Insurance Company of Texas
UniCare Health Insurance Company of the Midwest
UniCare Health Plan of Kansas, Inc.
UniCare Health Plan of Oklahoma, Inc.
UniCare Health Plan of South Carolina, Inc.
UniCare Health Plan of West Virginia, Inc.
UniCare Health Plans
UniCare Health Plans of Texas, Inc.
UniCare Health Plans of the Midwest, Inc.
UniCare Life & Health Insurance Company
UniCare of Texas Health Plans, Inc.
United HealthCare Services, Inc.
Verizon Communications, Inc.
Vista Healthplan, Inc.
WellChoice Insurance of New Jersey, Inc.
WellChoice New Jersey
Wellmark Health Plan of Iowa
Wellmark of South Dakota, Inc. d/b/a Wellmark Blue Cross and Blue Shield of South Dakota
Wellmark, Inc. d/b/a Wellmark Blue Cross and Blue Shield of Iowa
WellPoint, Inc.

ATTACHMENT B

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.





40.
41.
42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.
62.
63.
64.
65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.

82.
83.
84.
85.
86.
87.
88.
89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.
113.
114.
115.
116.
117.
118.
119.
120.
121.
122.
123.



124.
125.
126.
127.
128.
129.
130.
131.
132.
133.
134.
135.
136.
137.
138.
139.
140.
141.
142.
143.
144.
145.
146.
147.
148.
149.
150.
151.
152.
153.
154.
155.
156.
157.
158.
159.
160.
161.
162.
163.
164.
165.



166.
167.
168.
169.
170.
171.
172.
173.
174.
175.
176.
177.
178.
179.
180.
181.
182.
183.
184.
185.
186.
187.
188.
189.
190.
191.
192.
193.
194.
195.
196.
197.
198.
199.
200.
201.
202.
203.
204.
205.
206.
207.



208.
209.
210.
211.
212.
213.
214.
215.
216.
217.
218.
219.
220.
221.
222.
223.
224.
225.
226.
227.
228.
229.
230.
231.
232.
233.
234.
235.
236.
237.
238.
239.
240.
241.
242.
243.
244.
245.
246.
247.
248.
249.



250.
251.
252.
253.
254.
255.
256.
257.
258.
259.
260.
261.
262.
263.
264.
265.
266.
267.
268.
269.
270.
271.
272.
273.
274.
275.
276.
277.
278.
279.
280.
281.
282.
283.
284.
285.
286.
287.
288.
289.
290.
291.



292.
293.
294.
295.
296.
297.
298.
299.
300.
301.
302.
303.
304.
305.
306.
307.
308.
309.
310.
311.
312.
313.
314.
315.
316.
317.
318.
319.
320.
321.
322.
323.
324.
325.
326.
327.
328.
329.
330.
331.
332.
333.



334.
335.
336.
337.
338.
339.
340.
341.
342.
343.
344.
345.
346.
347.
348.
349.
350.
351.
352.
353.
354.
355.
356.
357.
358.
359.
360.
361.
362.
363.
364.
365.
366.
367.
368.
369.
370.
371.
372.
373.
374.
375.





**ANAPOL SCHWARTZ**
ATTORNEYS AT LAW

SOL H. WEISS, ESQUIRE
1710 SPRUCE STREET
PHILADELPHIA, PA 19103
SWEISS@ANAPOLSCHWARTZ.COM

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.

DIRECT DIAL (215) 735-2098, FAX (215) 875-7701

November 14, 2008

Mark D. Fischer, Esquire
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, KY 40031-0049

     *Re:*    *Vioxx Reimbursement Notice*

Dear Mark:

Anapol Schwartz does not acknowledge that your October 30, 2008 letter constitutes valid notice of any subrogation and/or reimbursement claim for any Health Plan listed on Attachment A. Further, years ago, our law firm contracted with the Garretson Firm to represent all of our Vioxx clients who may be obligated to satisfy governmental or private liens. We have discussed this letter with them and I understand Garretson has a dialogue with your or your colleagues. Finally, I am surprised that you would send out a letter with so many inaccuracies.

                  Very truly yours,

                  Sol H. Weiss

SHW/pm

cc:   Matt Garretson
      Jason Wolf
      Brown Greer

1710 Spruce Street
Philadelphia, PA 19103

1040 Kings Hwy. North, Suite 304
Cherry Hill, NJ 08034

146 N. 6th Street
Reading, PA 19601

230 N. Monroe Street
Media, PA 19063

209 State Street
Harrisburg, PA 17101

WWW.ANAPOLSCHWARTZ.COM
MAIN TEL. 215-735-1130 or TOLL FREE 866-735-ASWC (2792)