IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
------------------------------------------------x
AvMed Inc, et al.                                :    CIVIL ACTION
            Plaintiffs,                          :    NO. 08-1633
                                                 :
     vs.                                         :    SECTION L, MAG. 3
                                                 :
BrownGreer PLC, U.S.                             :    HONORABLE ELDON E. FALLON
Bancorp, Inc. and John Does                      :    HONORABLE DANIEL E. KNOWLES, III
            Defendants.                          :
                                                 :    In relation to: MDL No. 1657
                                                 :
                                                 :    In re: Vioxx Products Liability Litigation
------------------------------------------------x
```

**PROPOSED ORDER DENYING PLAN PLAINTIFFS' MOTION: (A) TO IDENTIFY THE LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS**

The Court having considered Plaintiffs' Motion: (A) to identify the law firms representing certain eligible Plaintiffs in place of the "John Doe" Defendants; (B) to add Federal Employee Health Benefits Act ("FEHBA") And Medicare Advantage Reimbursement Claims; (C) to seal that portion of the Corrected Declaration of Mark D. Fischer, Esq. that contains protected health information under the Health Insurance Portability And Accountability Act Of 1996 ("HIPAA"); and (D) for a Preliminary Injunction imposing a constructive trust and prohibiting distribution of identified settlement funds; and the Named Law Firms Response in Opposition thereto; it is hereby ORDERED and DECREED that Plan Plaintiffs' Motion is DENIED in its entirety.

New Orleans, Louisiana, this _____ day or _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Court Judge