MINUTE ENTRY
FALLON, J.
JULY 30, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various government action Plaintiffs participated. Ben Barnett argued on behalf of the Defendant.  Randall Fox argued on behalf of the State of New York. At the conference, the parties discussed discovery issues.

For oral reasons given

IT IS ORDERED that Merck produce the 131 custodial files previously produced in the Vioxx personal injury cases to the State of NY.  This production should begin no later than 10 days from the date of this entry, though it need not be completed by that time.  The Court will reserve ruling on whether more files should be produced at a later time.

The conference was transcribed by Ms. Karen Ibos, official court reporter.  Those requesting a copy of the transcript may contact Ms. Ibos at (504)589-7776.

JS10(00:20)