UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Sandra Elliott v. Merck & Co., Inc., et al.*, No. 06-10987

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion for Order Shortening Time to File and Serve Steven A. Fabbro's Motion to be Relieved as Counsel by Plaintiff Sandra Elliot (Rec. Doc. 48300) and Plaintiff's Response (Rec. Doc. No. 48387),

IT IS ORDERED that the motion IS GRANTED. Steven A. Fabbro is to be withdrawn as counsel of record.

New Orleans, Louisiana, this 3rd day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

1