UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | ) | MDL Docket No. 1657 |
| | ) | |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| This document relates to: | ) | JUDGE FALLON |
| | ) | |
| *James Franklin v. Merck & Co., Inc.* | ) | MAG. JUDGE KNOWLES |
| (E.D. La. Case No. 07-2073 | ) | |
| | ) | |
| _____ | ) | |

**ORDER ON MOTION TO WITHDRAW**

Upon due consideration of the Motion by Defendant Merck & Co., Inc. ("Merck")

requesting the withdrawal of one of its attorneys, Carey Taylor-Markel, and for good cause

shown, the Court finds the motion is well-taken, and that the same should be granted.

IT IS THEREFORE ORDERED that Carey Taylor-Markel is allowed to withdraw, and is

hereby deemed to have withdrawn, as counsel of record for Defendant Merck.

New Orleans, Louisiana, this  3rd  day of _____August_____, 2010.

_____

Judge Eldon E. Fallon
United States District Court Judge