UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
------------------------------------------------X

GOLDHABER RESEARCH ASSOCIATES, LLC,

        Plaintiff,

-against-

TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM AND BLIZZARD, MCCARTHY & NABERS, LLP,

        Defendants.

------------------------------------------------X

VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION
MDL NO. 1657

NOTICE OF MOTION FOR SUMMARY JUDGMENT

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE, that a motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure brought by Plaintiff, Goldhaber Research Associates, LLC, in the above-captioned proceeding, will be heard before Honorable Eldon E. Fallon, U.S. District Court Judge, at the U.S. District Court, 500 Poydras Street, New Orleans, Louisiana, on the Day of June, 2010, at 9:30 o'clock in the forenoon.

Dated: New York, New York
      May 19, 2010

ROBERT L. COHEN, ESQ.
Attorney for Plaintiff
1350 Broadway, Ste. 2500
New York, New York 10018
212-736-6800

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------X

GOLDHABER RESEARCH ASSOCIATES, LLC,

           Plaintiff,

-against-

THOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM AND BLIZZARD, MCCARTHY & NABERS, LLP,

           Defendants.

-------------------------------------------------------X

VIOXX PRODUCTS
LIABILITY LITIGATION
MDL NO.1657

MOTION FOR
SUMMARY JUDGMENT

      The Plaintiff, Goldhaber Research Associates, LLC, in the above proceeding, by it's attorney, moves the Court for an Order for Relief for Summary Judgment. In support of it's motion, Plaintiff shows the Court:

      1. On December 1, 2006, Plaintiff filed a complaint in the U.S. District Court, Southern District of New York against the above named defendants seeking to recover the sum of $156,506.22 for services rendered to the defendant law firms as an expert witness in the Vioxx Products Litigation, Exhibit 1.

      2. Both defendants answered the complaint, Exhibits 2 and 3.

      3. The Defendants moved the have the litigation transferred to this court and an order, Exhibit 4, was entered in the above court on April 28, 2007.

      4. Rule 56 of the Federal Rules of Civil Procedure authorizes this court to grant summary judgment where there is no genuine issue as to any material fact. In this case, the Answers of

both defendants contain denials and no affirmative defenses to the causes of action set forth in the complaint.

**THEREFORE,** the Plaintiff respectfully requests that the Court grant Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

Dated: New York, New York
May 19, 2010

ROBERT L. COHEN, ESQ.
Attorney for Plaintiff
1350 Broadway, Ste. 2500
New York, New York 10018
212-736-6800