BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA MOORE and MAX MOORE, her husband, )<br>Plaintiffs, )<br>vs. )<br> )<br>MERCK & CO., INC., a corporation, )<br>Defendant. ) | No. 06 C 1354<br>ND, IL<br><br>MDL 1657 |

### PLAINTIFFS' RENEWED MOTION
#### TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS

Now come plaintiffs, Rebecca Moore and Max More, her husband, by and through their attorneys, the Law Office of Kenneth C. Chessick, M.D., and, states as follows:

1  On December 18, 2009, pursuant to the MDL's Rule 7.6, Plaintiffs moved to remand/transfer back this case to its original venue, the Northern District of Illinois. To date, the Court did not make a ruling on Plaintiffs' motion. Plaintiffs respectfully request that the Court grant their motion so that the case can proceed in Illinois without additional delay.

2.  This case was originally filed in the Circuit Court of Cook County, Law Division, Chicago, Illinois. Upon MERCK's motion, the case was removed to the United Sates District Court for the Northern District of Illinois. The

case was subsequently transferred to the Eastern District of Louisiana for inclusion in MDL 1657 proceedings.

3. On December 1, 2009, the Future Evidence Stipulation submitted on behalf of REBECCA MOORE and MAX MOORE was accepted, terminating the need for this case to remain in Eastern District of Louisiana.

4. Pursuant to the MDL's Rule 7.6, Plaintiffs again request that this case be remanded/transferred back to the Northern District of Illinois for further proceedings.

WHEREFORE, Plaintiffs pray that this Honorable Court remand/transfer back the case to the Northern District of Illinois for further proceedings.

Respectfully submitted:

_____
Magdalena Dworak,
One of Plaintiffs' Attorneys

Date: June 23, 2010

Kenneth C. Chessick
John W. Fisk
Magdalena Dworak
The Law Office of Kenneth C. Chessick, M.D.
1870 North Roselle Rd., Suite 104
Schaumburg, Illinois 60195
847-843-8044

2