

PROTECTING
PATIENTS AND
THEIR LEGAL
RIGHTS

LAW OFFICES OF
# KENNETH C. CHESSICK, M.D.
1870 N. ROSELLE ROAD, SUITE 104
(ENTRANCE ON HILLCREST)
SCHAUMBURG, ILLINOIS 60195-3100
(847) 843-8044
(847) 843-3699 FAX
www.CHESSICK.com

ATTORNEYS AT LAW

KENNETH C. CHESSICK, M.D.
JOHN W. FISK
MAGDALENA DWORAK
JULIE A. FILIMONOV
JASNA KRUPALIJA DAVIS
SABINA BABEL
CATHERINE R. BRUKALO

June 24, 2010

Attention: Vioxx Litigation
US District Court
Eastern District of Louisiana
500 Poydra St.
Room C151
New Orleans, LA 70130

      Re:      *Moore v. Vioxx*
      MDL#    1657
      ND, IL No.  06 C 1354

Dear Clerk:

Enclosed please find an original of the PLAINTIFFS' RENEWED MOTION TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS as filed electronically on June 24, 2010, and a copy to be file-stamped and returned to our office in the enclosed self-addressed, stamped envelope.

If you have any questions or concerns, please do not hesitate to contact our office.

Thank you very much.

                                 Sincerely,

                                 Samantha La Porte
                                 Law Office of Kenneth C. Chessick, MD

Enclosure

BEFORE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL Docket No. 1657

TRANSFERRED FROM
THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

REBECCA MOORE and MAX MOORE, her husband,  )
    Plaintiffs, )
vs. ) No. 06 C 1354
 ) ND, IL
MERCK & CO., INC., a corporation, )
    Defendant. ) MDL 1657

### NOTICE OF FILING

You are hereby notified that on this 24th day of June, 2010, we filed with the Clerk of the Judicial Panel, United States of America Judicial Panel on Multidistrict Litigation, the attached **PLAINTIFFS' RENEWED MOTION TO REMAND THIS CASE TO THE NORTHERN DISTRICT OF ILLINOIS FOR FURTHER PROCEEDINGS.**

### PROOF OF SERVICE

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code, the foregoing Motion was served upon the following parties:

    MERCK at registration@hugheshubbard.com;
        at dwimberly@stonepigman.com;
        by Fax 504-581-3361 and US Mail to Ms. Dorothy H. Wimberly,
        Ms. Catherine B. Molony, Stone Pigman Walther Wittmann LLC
        546 Carondelet Street, New Orleans, Louisiana 70130;
    PEC at vioxx@hhkc.com; rherman@hhkc.com;
    Claims Administrator at: claimsadmin@browngreer.com;

and upon all parties electronically via LexisNexis File & Serve on this 24th day of June, 2010.

                                                          Magdalena Dworak

LAW OFFICE OF KENNETH C. CHESSICK, M.D.
Attorney for Plaintiffs
1870 North Roselle Road, Suite 104
Schaumburg, IL 60195
Ph: (847) 843-8044