MINUTE ENTRY
FALLON, J.
AUGUST 3, 2010

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearance: Russ Herman, Esq. For Plaintiff Liaison Counsel

Motion of Plaintiffs' Liaison Counsel for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement of Expenses (17642)

Argument - TAKEN UNDER SUBMISSION. Exhibits 1 through 6 are admitted.

JS10:　　1:00

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| In Re: Vioxx | | VS. | | | DISTRICT COURT — Eastern District of Louisiana |
| PLAINTIFF'S ATTORNEY Russ Herman | | DEFENDANT'S ATTORNEY | | | DOCKET NUMBER MDL 1657-L |
| | | | | | TRIAL DATE(S) 8-3-10 |
| PRESIDING JUDGE - Eldon E. Fallon | | COURT REPORTER Jodi Simcox | | | COURTROOM DEPUTY Gaylyn Lambert |

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8-3-10 | | ✓ | Court's transcript 11-9-07 |
| 2 | | 8-3-10 | | ✓ | Affidavit of Russ Herman 1-20-09 |
| 3 | | 8-3-10 | | ✓ | Brown, Greer report 7-27-10 |
| 4 | | 8-3-10 | | ✓ | Phil Garrett computation 7-7-10 |
| 5 | | 8-3-10 | | ✓ | Letter 7-28-10 Stratton |
| 6 | | 8-3-10 | | ✓ | Demonstrative Slides, in globo |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages