| | |
|---|---|
| BEN LONGORIA,                    )<br><br>                                 )<br><br>                                 )<br><br>                                 )<br><br>                                 )<br><br>              Plaintiff,        )<br><br>                                 )<br><br>v.                               )<br><br>                                 )<br><br>MERCK & CO., INC., et al.,       )<br><br>                                 )<br><br>              Defendants.        )<br><br>                                 ) | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br><br>CASE NO. 2:07-cv-00918-EEF-DEK<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS** |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **BEN LONGORIA**, against defendants Merck & Co., Inc., AmerisourceBergen Drug Corporation, Raul Garza, M.D., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.


_Jack Modesett III_____
Jack Modesett, III
Law Offices of Jack Modesett, III
500 N. Water St.
South Tower, Suite 1200
Corpus Christi, TX 78471
(361) 887-6449


Dated: _10-22-08_____

_Stephen G. Strauss_____
Stephen G. Strauss              Phillip A. Wittmann
Bryan Cave LLP                  Dorothy H. Wimberly
211 N. Broadway, Suite 3600     Stone Pigman Walther
St. Louis, MO 63102             Wittmann LLC
(314) 259-2000 Tel              546 Carondelet Street
(314) 259-2020 Fax              New Orleans, LA 70130
                                (504) 581-3200 Tel
                                (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _8-4-10_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.