UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Glenda Grimes, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Wayne Thomas, individually and as* | * | |
| *representative of the estate of Naomi* | * | |
| *Thomas, Connie McCoy, Donna* | * | |
| *Johnson, and Tonya Williams* | * | |
| | * | |
| *Docket No. 2:06-cv-09822* | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Wayne Thomas, individually and as representative of the estate of Naomi Thomas, Connie McCoy, Donna Johnson, and Tonya Williams in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this  3rd  day of ____August____, 2010.

*[signature: Eldon E. Fallon]*
_____
DISTRICT JUDGE