UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 AUG -4 AM 7:29
LORETTA G. WHYTE
CLERK

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Robert Lyon v. Merck & Co. Inc.* **Case No. 07-1077**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Robert Lyon. Mr. Lyon requests more time to comply with PTO 43. At the last Vioxx status conference, on July 27, 2010, Merck's Motion to Dismiss against Mr. Lyon was deferred until August 26, 2010. Thus, Mr. Lyon has until that time to comply with PTO 43. IT IS ORDERED that the attached correspondence be entered into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 3rd day of August, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:
    Mr. Russ Herman                                       Robert Lyon
    Plaintiff's Liaison Counsel                       3212 Norstrom Way
    Herman, Herman Katz & Cotlar, LLP       Sacramento, CA 95833
    820 O'Keefe Ave.
    New Orleans, LA 70113

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
Robert Johnston
400 Poydras Street
Suite 2450
New Orleans, LA 70130