UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:** *Homer Jones v. Merck & Co. Inc.* **Case No. 06-9803**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Homer Jones. Mr. Jones has filed a "motion for joint designation." Mr. Jones is seeking to submit further medical documents into evidence. However, Mr. Jones case was dismissed on February 10, 2010. He filed a notice of appeal on February 2, 2010. Thus, any relief Mr. Jones seeks should be addressed to the Fifth Circuit Court of Appeals.

IT IS ORDERED the Mr. Jones Motion and attached documents be filed into the record UNDER SEAL. No action will be taken at this time.

New Orleans, Louisiana, this 3rd day of August, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:
    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

Homer Jones #143946
JHCC, J-Unit, Cell 132-B
P.O. Box 548
Lexington, OK 73051

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

1