1.

June 30/2010

1 OF 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: VIOXX
PRODUCT LIABILITY LITIGATION :

PLAINTIFF,                     HON. JUDGE ELDON E. FALLON

JAMES IRA SMITH                CIVIL ACTION - LAW

Vs.                            MDL DOCKET NO. 1657
                               SECTION L.
DEFENDANT,                     E.I.F. No. 1014244

DAWN BARRIOS

## Motion to Appeal Judge Juneau's Ruling
## Motion for Writ of Recusal against Judge Patrick A. Juneau

Comes now the Plaintiff James Ira Smith asking the Court to appeal Judge Juneau ruling on the Extraordinary Injury Claim for the reasons herein. On march 25.2010 Judge Juneau received an outside **very Bias** letter against me from Attorney Anapol Schwartz. I have attached the letter for the records. Mr. Schwartz does not know me or my case. I believe this letter infected my case severely with Bias so much that I was denied further compensation for the horrors we suffered from the intake of over 340 vioxx pills from Judge Juneau in a letter dated June 7/2010. I have also filed a **Writ of Recusal to Judge Juneau** asking him to please remove himself from my Lien resolution case between Dawn Barrios and myself. I now also beg the Court to remove Judge Juneau from my E. I. F Claim[ 1014244] and allow an in depended Judge to review all of my documents.

2.

Especially the 100 pages that we sent to Brown and Greer and then give me a real chance to respond with a lawyer. Dawn Barrios messed up my case in the beginning by placing me on level 5 with massif injuries claming that I had hypertension and refused to appeal it then fired me for asking for copies of my files and she then sent back to Brown and Greer Over $ 175.000.00 dollars without our knowledge. In Dawns own personal note's we should have been on a level 2 with over 600 points. Dawn Barrios failing to build my case in the beginning made my injuries look much less than they really are to everyone. This is something that could have possibly effected Judge Juneau decision. From the first phone call Philip Strunk told me to be patent and that he believe that I would receive very near the settlement that Dawn Barrios stated to me in a letter for around $ 944.000.00 dollars. I was shocked when Judge Juneau turned us down because we always counted on that being part of my final settlement. I need a real good lawyer your Honor to help sort out all that this mess. I plead with you honor to help me and family recover from the nightmare that Vioxx and Merck has caused us. This case has been anything but ethical and fare your Honor as I wrote you around 1/7/2009 and started telling you about how we were treaded , with my letter titled, *Attorney fires client for asking for a copy of his files*.

Thank you Judge Fallon

James Ira Smith