1.
6/30/2010

1 OF 3

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | : |
|     PRODUCT LIABILITY LITIGATION | : |
| | : |
| | : |
| PLAINTIFF, | HON. JUDGE ELDON E. FALLON |
| JAMES IRA SMITH | CIVIL ACTION - LAW |
| Vs. | MDL DOCKET NO. 1657 |
| | SECTION L. |
| DEFENDANT, | E.I.F Claim 1014244 |
| DAWN BARRIOS | |

## Order

Upon due consideration of the foregoing Plaintiff's Motion for an Appeal of Judge Patrick A Juneau ruling on E.I.F claim and, Writ of Recusal against Judge Juneau the Court Hereby grants the motion to be well taken and same to be granted.

IT IS SO ORDERED.

_____  _____
Date                                                    Judge Eldon Fallon