UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION : | SECTION: L |
| : | |
| : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *James Ira Smith*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff James Ira Smith. Mr. Smith has filed a "motion to appeal Judge Juneau's ruling and a motion for writ of recusal against Judge Patrick A. Juneau." Mr. Smith seeks to appeal Special Master Juneau's denial of his extraordinary injury (EI) claim appeal. He also seeks to have Special Master Juneau recused from reviewing Plaintiff's EI claim as well as reviewing an attorney lien placed on Plaintiff's claim.

IT IS ORDERED that Mr. Smith's motion to appeal his EI claim is hereby DENIED. Mr. Smith entered the Vioxx settlement program and agreed to the terms of the program when he did so. Under the terms of the agreement, an appeal to the Special Master is final. The Court finds no reason to deviate from those terms.

IT IS FURTHER ORDERED that Mr. Smith's motion to recuse Special Master Juneau is hereby DENIED. The Court has reviewed the documents submitted by Mr. Smith and finds no evidence to indicate that Special Master Juneau is unable to act as an impartial arbiter.

IT IS FURTHER ORDERED that the attached correspondence be filed into the record UNDER SEAL.

1

New Orleans, Louisiana, this 3rd day of August, 2010.

                                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113

James Ira Smith  
110 Luther Davis Road  
Picayune, MS 39466

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219

Special Master Patrick Juneau  
PO Box Drawer 51268  
Lafayette, LA 70505

2