UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: Vivian Ross**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Vivian Ross. Ms. Ross requests that the Court audit BrownGreer's calculation of her settlement award. Under the settlement program, a claimant may appeal their award calculation to the Special Master. Ms. Ross did not appeal within the allowable time period.

    Ms. Ross entered the Vioxx settlement program and agreed to the terms of the program. Under the terms of the program, an appeal to the Special Master or failure to appeal to the Special Master is final. The Court finds no reason to deviate from those terms.

    IT IS ORDERED that the attached correspondence be filed into the record UNDER SEAL. No action will be taken at this time.

    New Orleans, Louisiana, this 3rd day of August, 2010.

                                                                               _____
                                                                               UNITED STATES DISTRICT JUDGE

1