IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc., et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>BrownGreer PLC, U.S. Bancorp, Inc., and John Does,<br><br>                Defendants. | CIVIL ACTION<br><br>No. 08-1633<br><br>SECTION L, MAG. 3<br><br>HONORABLE ELDON E. FALLON<br>HONORABLE DANIEL E. KNOWLES, III<br><br>In relation to:     MDL No. 1657<br><br>In re: Vioxx Products Liability Litigation |

**PLAN PLAINTIFFS' NOTICE OF PARTIAL WITHDRAWAL OF THEIR CORRECTED MOTION: (A) TO IDENTIFY LAW FIRMS REPRESENTING CERTAIN ELIGIBLE PLAINTIFFS IN PLACE OF THE "JOHN DOE" DEFENDANTS; (B) TO ADD THE FEDERAL EMPLOYEE HEALTH BENEFITS ACT ("FEHBA") AND MEDICARE ADVANTAGE REIMBURSEMENT CLAIMS; (C) TO SEAL THAT PORTION OF THE CORRECTED DECLARATION OF MARK D. FISCHER, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA"); AND (D) FOR A PRELIMINARY INJUNCTION IMPOSING A CONSTRUCTIVE TRUST AND PROHIBITING DISTRIBUTION OF IDENTIFIED SETTLEMENT FUNDS**

Plan Plaintiffs hereby respectfully give notice of withdrawal of their application for injunctive relief in their pending corrected motion for various relief. (*See* Docket No. 45429.) Plan Plaintiffs continue to prosecute the remainder of the motion, which seeks leave to amend the complaint identify the respondents to the motion as defendants.

Further, because Plan Plaintiffs have reached an agreement with Kasowitz, Benson, Torres & Friedman, LLP, notice is hereby given that we withdraw that portion of the motion that seeks to amend the complaint to identify it as an additional defendant.

Dated:  August 5, 2010

            Respectfully submitted,
            LOWEY DANNENBERG COHEN & HART, P.C.

BY: /s/ Peter D. St. Phillip, Jr.
       Richard W. Cohen
       Peter D. St. Phillip
       Gerald Lawrence
       Karen Iannace
One North Broadway, Suite 509
White Plains, New York  10601
Telephone:     (914) 997-0500
Facsimile:     (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC

Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky  40031
Telephone:     (502) 587-1279
Facsimile:     (502) 584-8580

*Attorneys for the Plan Plaintiffs*