UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Richard G. Sommer*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Richard G. Sommer. Mr. Sommer expresses dissatisfaction with the outcome of the appeal of his points award under the settlement program.

Mr. Sommer entered the Vioxx settlement program and agreed to the terms of the program when he did so, including the process for filing appeals of his points award. The Court finds no reason to deviate from those terms.

IT IS ORDERED that the attached correspondence be filed into the record UNDER SEAL.

New Orleans, Louisiana, this 4th day of August, 2010.

                                                UNITED STATES DISTRICT JUDGE

Clerk to Serve:
    Mr. Russ Herman                                 Hon. Richard G. Sommer
    Plaintiff's Liaison Counsel                 13253 Wedgefield Drive
    Herman, Herman Katz & Cotlar, LLP    Naples, FL 34110
    820 O'Keefe Ave.
    New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Special Master Patrick Juneau
PO Box Drawer 51268
Lafayette, LA 70505