WILLIAM MEUNIER, et al.,

    Plaintiffs,

v.

MERCK & CO., INC.,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

**IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA**

**CASE NO.  2:05-cv-04456-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
ALL DEFENDANTS**

       Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all

claims of plaintiff, **PERNELL PETERS**, against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

---

Ronald J. Favre
Paul D. Hesse
Bryan Pfleeger
Michael Hingle & Associates, LLC
220 Gause Boulevard
Slidell, Louisiana 70459
Telephone: (985) 641-6800
Fax: (985) 646-1471
Attorneys for Plaintiff

---

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-6-10

Dated: 1/12/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.