|  |  |
|---|---|
| JEFF SCOTT, as Special Administrator of the Estate of DONALD SCOTT, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>MERCK & CO., INC., )<br><br>Defendant. ) | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>MDL Docket No. 1657<br>CASE NO. 2:07-CV-02933-EEF-DEK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that

all claims of Plaintiff, **JESSIE TIPTON**, against Defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
John J. Carey, Esq.
Sarah Hale Bauman, Esq.
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314) 725-7700 Telephone

Jeffrey J. Lowe, Esq.
Francis J. "Casey" Flynn, Esq.
THE LOWE LAW FIRM
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314) 678-3400 Telephone

T. Evan Schaeffer, Esq.
Andrea B. Lamere, Esq.
SCHAEFFER & LAMERE, PC
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
(618) 467-8200 Telephone

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-5-70

Evan Buxner, Esq.
WALTHER GLENN LAW OFFICES
Attorneys for Plaintiffs
10 S. Brentwood Blvd., Suite 102
Saint Louis, MO  63105
(314) 725-9595 Telephone

Attorneys for Plaintiff


Dated: _____ 11-17-08 _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.