UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:06-cv-10270-EEF-DEK* | * | |
| | * | |

*************************************************************************

## ORDER

Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute (R.Doc. 45728) came on for hearing on the 27th day of July, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion be and it hereby is granted and all claims of plaintiff LaDonna King be and they hereby are dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this __6th__ day of August, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1026232v.1