MYRTLE LOUISE BELL, et al.,                  )
                                             )        IN THE UNITED STATES
                                             )        DISTRICT COURT FOR THE
                                             )        EASTERN DISTRICT OF
             Plaintiffs,                     )        LOUISIANA
                                             )
v.                                           )
                                             )        Case Code Number: 1657
                                             )        Docket Number: 05-0546
                                             )
MERCK & CO., INC., et al.,                   )
                                             )        STIPULATION OF DISMISSAL
             Defendants.                     )        WITH PREJUDICE
                                             )        AS TO ALL DEFENDANTS


        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Fredericka Nichols** against defendants Merck & Co., Inc., Harvey

Resnick, M.D., R/D Clinical Research, Inc., and all other named defendants be dismissed

in their entirety with prejudice, each party to bear its own costs.


_____          _____
Maura Kolb                                 Stephen G. Strauss
The Lanier Law Firm                        Bryan Cave LLP
6810 FM 1960 W.                            211 N. Broadway, Suite 3600
Houston, Texas 77069                       St. Louis, MO 63102
(713) 659-5200                             (314) 259-2000 Tel
                                           (314) 259-2020 Fax

                                           Phillip A. Wittmann
                                           Dorothy H. Wimberly
                                           Stone Pigman Walther
                                           Wittmann LLC
                                           546 Carondelet Street
                                           New Orleans, LA 70130
                                           (504) 581-3200 Tel
Dated: ___/0-/4-08___                      (504) 581-3361 Fax

                                           Attorneys for Merck & Co., Inc.

                                           Dated: _S 9-10_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.