UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A, B & C* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 27th day of July, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is withdrawn as to all plaintiffs on the attached Exhibit A.

IT IS FURTHER ORDERED that the motion is deferred until August 18, 2010, at 3:30 p.m., as to all plaintiffs on the attached Exhibit B.

IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit C be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

1026226v.1

**NEW ORLEANS, LOUISIANA**, this __6th__ day of August, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1026226v.1

**EXHIBIT A**
**Motion is Withdrawn**

|    | Pro Se Claimant Name | Case Caption | Docket Number |
|----|----------------------|--------------|---------------|
| 1. | Gray, Ken | Hamilton, Myrna v. Merck & Co., Inc. | 2:06-cv-11068-EEF-DEK |

1

# EXHIBIT B
## Deferred Until August 18, 2010

|   | Claimant Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1. | Bilal, Jamaal | Pro Se | Bilal, Jamal A. v. Merck & Co., Inc. | 2:06-cv-02364-EEF-DEK |
| 2. | Collier, Deborah | Pro Se | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 3. | Lyon, Robert | Pro Se | Lyon, Robert v. Merck & Co., Inc. | 2:07-cv-01077-EEF-DEK |
| 4. | Taylor-Beck, Dimitri | Pro Se | Ahl, June v. Merck & Co., Inc. | 2:05-cv-00548-EEF-DEK |

1

1026231v.1

# EXHIBIT C
## Dismissed With Prejudice for Failure to Comply With Pre-Trial Order No. 43

|   | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Beasley, Sherwood | Ron Benjamin | Lisa Beasley | Beasley, Sherwood v. Merck Sharp & Dohme Corp. | 2:09-cv-07790-DEK-EEF |
| 2. | Facenda, Estelle | Weykamp, Paul A., Law Offices of | Leo Facenda | Facenda, Estelle v. Merck & Co., Inc. | 2:05-cv-05102-EEF-DEK |
| 3. | Hudson, Doris | Weykamp, Paul A., Law Offices of | Sharon Lawson | Lawson, Sharon v. Merck & Co., Inc. | 2:05-cv-05116-EEF-DEK |
| 4. | Wake, Mervin | Pro Se |  | Pickard, Steve v. Merck & Co., Inc. | 2:06-cv-01974-EEF-DEK |

1

1026227v.1