## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Marlene Van Camp, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Marlene Van Camp, individually and as* | * | |
| *plaintiff ad litum, administrator/executor* | * | |
| *on behalf of the decedent, Leonard Van* | * | |
| *Camp, and Douglas Van Camp* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-03148* | * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Marlene Van Camp, individually and as

plaintiff ad litum, administrator/executor on behalf of the decedent, Leonard Van Camp, and

Douglas Van Camp in the above-captioned case be and they hereby are dismissed with prejudice

with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>9th</u> day of _____August_____, 2010.

_____
DISTRICT JUDGE