IVORY BUTLER,                          )
                                       )          IN THE UNITED STATES
          Plaintiff,                   )       DISTRICT COURT FOR THE
                                       )          EASTERN DISTRICT OF
                                       )                LOUISIANA
v.                                     )
                                       )       Case Code Number: 1657
                                       )       Docket Number: 06-1982
MERCK & CO., INC.,                     )
                                       )       STIPULATION OF DISMISSAL
          Defendant.                   )              WITH PREJUDICE
                                       )          AS TO ALL DEFENDANTS

          Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Ivory Butler** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


Harry E. Cantrell, Jr.                      Stephen G. Strauss
309 Baronne Street, Suite 30                Bryan Cave LLP
New Orleans, LA 70112                       211 N. Broadway, Suite 3600
(504) 585-7347                              St. Louis, MO 63102
Attorney for Plaintiff                      (314) 259-2000 Tel
                                            (314) 259-2020 Fax

                                            Phillip A. Wittmann
                                            Dorothy H. Wimberly
                                            Stone Pigman Walther
                                            Wittmann LLC
                                            546 Carondelet Street
                                            New Orleans, LA 70130
                                            (504) 581-3200 Tel
                                            (504) 581-3361 Fax

Dated: 12/29/08                             Attorneys for Merck & Co., Inc.

                                            Dated: 8-10-10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of August, 2010.

_/s/ Stephen G. Strauss_____
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.