**ELENA STRUJAN**
<u>Mailing Address</u>:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

April, 12  2010

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130

Re: Case No. 09-31202

Dear Ms. Wimberly

Enclosed, I send you my Brief and Exhibits. Thank for your help with the transcript, and for your diplomatic cooperation.

Sincerely,

Elena  Strujan

PS: Sent by  mail.



NEW YORK NY
APR 12 10
AMOUNT
$2.38
00033823-08
70130
1002
UNITED STATES POSTAL SERVICE

Media

From:
Elena Okuyan
P.O. Box 2663?
New York N.Y.
10021

To:
Dorothy H. Wimberly
Stone Pigman Walther Wittmann L
1809
546 Carondelet Street
New Orleans
Louisiana
70130

# No. 09-31202

IN RE: VIOXX PRODUCT LIABILITY LITIGATION

### IN THE

# UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

### ELENA STRUJAN

Plaintiff- Appellant

V.

### MERCK& CO. Inc.

Defendant -Appellee

*On Appeal from the United States District Court*
*Eastern District of Louisiana*

# *BRIEF FOR PLAINTIFF- APPELLANT*

**ELENA STRUJAN**
**Plaintiff- Appellant Pro Se**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

# CERTIFICATE OF INTERESTED PERSONS
## No. 09-31202

The undersigned Plaintiff Appellant pro Se of record certifies that the following listed and entities as described bin the fourth sentence of Rule 28.2.1 have an interest in outcome of this case. These representations are made in order that the judge of this Court may evaluate possible errs did in inferior court.

## Plaintiff- Appellant

Elena Strujan
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

## Defendant- Appelle

Merck & Co. Inc.

## Counsel for Defendant-Appellee

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

By _____
Plaintiff-Appellant Pro Se

# STATEMENT REGARDING ORAL ARGUMENT

I, Elena Strujan, Plaintiff- Appellant Pro Se, I can not afford to travel from New York to Louisiana for oral argument, being very poor, but I trust in American Justice.

II

# TABLE OF CONTENTS

**Page**

CERTIFICATE OF INTERESTED PERSONS...................................I

STATEMENT REGARDING ORAL ARGUMENT............................II.

TABLE OF AUTHORITY........................................................III.

COUNTERSTATEMENT OF THE ISSUE..................................1

PRELIMINARY STATEMENT..............................................4

COUNTERSTATEMENT OF FACTS.......................................5

PROCEDURAL HISTORY....................................................7

SUMMARRY OF ARGUMENT..............................................10

    A.   Vioxx Claim Administrator killed many case.......................10

    B.   Vioxx Claim Administrator never provided court's orders..........10

    C-D.  Vioxx Claim Administrator hid pharmacy and  doctors records.....10

    E.   I Subpoena Oxford Insurance without success.......................10

    F-   Vioxx Claim Administrator ignore my Future Evidence.............10

    G.   Vioxx Claim Administrator protect the Merck's interests...........10

ARGUMENT..................................................................11

CONCLUSION.....................................................  .........12

# TABLE OF AUTHORITIES

**Page**

## <u>Cases- Research</u>

1.   *Adam Liptak, In Vioxx Settlement*................................9

2.   *Nathan Koppel, "Does Vioxx Settlement Raise Ethical*
     *Issues*..........................................................................9

3.   *Leslie Richter*............................................................10

4.   *Evelyn Pringle*...........................................................11

5.   *Garcia v. Wyeth-Ayerst Labs.*, 385 F.3d 961 (6th Cir. 2004) ..........12

6.   *Cona v. Merck,* ...........................................................12

*IV*

# COUNTERSTATEMENT OF THE ISSUES

1.   Does VIOXX Claims Administrator handled in a fair way my case
with Vioxx  (Vioxx Claim Number (VCN) : 1056336) ?.

a)   **On July 22, 2009**, I received a letter from the Vioxx Claim
Administrator (EXHIBIT Pg. 16, 17, 18), informing me how to appeal my
Vioxx Claim Number (VCN): 1056336.  I had two choices:  To appeal my
claim at the Special master or to file a Future Evidence Stipulation.
I opted to file for "Future Evidence Stipulation".

b)   **On August 5, 2009**, I wrote a letter to the Vioxx Claim Administrator
where I said:

"....I submit new evidence . and I have made a diligent and
good fait attempt to produce the new evidence apart of my
original claims package.

A)   As you know I sue the Pharmacy at Rainbow Ace Hardware
who deleted my Vioxx history for two years.

B)   I Subpoena Oxford Insurance Company and the pretended
pharmacist to provide the evidence for that years. So far
the judge from Supreme Court will decide what will be,
because both of them did not respect the Subpoena power.

C)   I continue to provide the history with my medicine( See
Exhibit 2to 8).

D)   I signed all documents requested by your firm.

E)   I can not afford a report from a medical expert because I
am poor and actually I experience an eviction for unpaid
rent( See Exhibit 9).

**I used Vioxx from 1999 until September 2004. Merck
Company deliberately condemned me at a very poor
health, depression, and a blue poverty.**

Dear Ms. Bates I wish to call your attention to my
Vioxx  matter as a grave importance which has been
insufficiently appreciate.

*I trust in your very good intentions as Coordinator Pro Se, and I hope you will make  Merck Company responsible for their acts who ruined my life. Anticipate and infinite thank you. "*         *PS: Sent by mail with Certificate of Mailing.*
(EXHIBIT Pg. 15).

*( Sorry, but for economical reasons I did not attach the exhibits at this letter).*

Additionally, I informed the Vioxx Claim Administrator that my

cardiologist Dr. Goldberg who did to me the heart surgery closed his office

and is not working anymore.

c)      **On August 11, 2009**, I discovered from the Vioxx Claim Assistant

that the Vioxx Claims Administrator after two years did not have

registered any of my Vioxx pharmacies' history, any doctors' reports with

Vioxx prescriptions?  NOTHING!

d)      **On August 12, 2009**, I wrote a letter complaint to the Vioxx Claim

Administrator where I said:

*" Dear Ms. Bates*
*Yesterday August 11, 2009, I was surprised when your assistant*
*called me and told she can not see any evidence with Vioxx. For*
*this I submit again the old evidence ( partially at Exhibit 1 to 8).*
*You already received the " the future evidence"…..*
*PS: Sent by mail with Certificate of Mailing.*
*(EXHIBIT Pg. 14,  14-1 to 14-8).*

e)      After Ms. Bates called me and told me the file is complete, I do not

need anything.

f).     **On November 14, 2009**, I received the Order signed by Honorable

Judge Eldon E. Fallon, with dismissing my case with prejudice for

not compelling with  the requirements of  Pre Trial Order 43.

g.       **On November  16, 2009** I wrote a letter to Vioxx Claim

Administrator where I complained:

> "...*Saturday, November 16, 2009, I received a Order signed by the Judge Eldon E. Fallon, where said , my case was dismissed with prejudice because I did not comply with Pre Trial Order 43.*
>
> *First, I did not receive any Pre Trial Order.*
> *Second, I did not know about any "Lone Pine Requirements of PTO43."*
> *What is going with my case? Only dismiss, dismiss, dismiss and with prejudice. How is possible something like this?*
>
> *I contacted the Stone Pigman...and they also did not know anything. They suggested me to contact you. ....."*
> ( EXHIBIT Pg. 13).

h)       **On December 23, 2009**, finally, I received a letter from Vioxx Claim

Administrator where wrote:

> "......*You submitted a claim in the Vioxx Resolution Program (Program). That claim was denied. After your claim was denied, you sent us a Future Evidence Stipulation, which permits Claimants with open claims to leave the program and file a lawsuit against Merck.....***(EXHIBIT Pg. 12)**

i).      **On February 10, 2010**, after a non trusted phone discussion with

Vioxx Claim Administrator, I wrote an e-mail where I requested a

copy of  my evidence "pretending to be submitted" to the Settlement

Program.  (EXHIBIT Pg. 4).

J).      **On February 25, 2010**, I received a letter  from the Vioxx Claim

Administrator  , after my case was dismissed  where said:

4

*" Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim dismissing with prejudice, except for a good cause shown".*
*( EXHIBIT Pg. 4-a to Pg.11).*
Who stopped Vioxx Claim Administrator do not take in consideration my objective circumstances as showed on argument **b**, since the Honorable Judge Fallon, considered the Gate Committee as a **" human touch"?**.

2.   Does Vioxx Claim Administrator has the right to ignore some circumstances, as I am very poor( my work income last year was $ 2,824,5 (EXHIBIT Pg. 52), I experienced and a eviction, and I can not afford to pay an Expert Report ?

# PRELIMINARY STATEMENT

Honorable District Judge Eldon E. Fallon give to the plaintiffs in the case against Merck & Co., regarding Vioxx matter, the option to enroll in a settlement with Merck company. My case was conduct by the Vioxx Claim Administrator , 115 South 15th Street, Suite 400, Richmond, Virginia 23219-4209.  I was really glad to enroll in this settlement, because as a Pro Se I considered this Vioxx Claim Administrator as a " lawyer mother".
Later I have to understand , actually the Vioxx Claim Administrator did a totally unfair representation for settlement, fraud and obstruction of justice.
1.   The Vioxx Claim Administrator requested over and over again evidence, falsifying the truth that  they did not receive. Finally, I provided my evidence with Certificate of Mailing (EXHIBIT

Pg. 15, 23).

2. The Vioxx Claim Administrator NEVER provided me any order from the court, only their interpretation and their desired requests.

3. I did not receive any copy of PRETRIAL ORDER # 43. Only a letter dated July 22, 2009 (EXHIBIT Pg. 16, 17, 18).

4. Illegally, abusive, On December 23, 2009, I received a letter saying I am out of Program, even I produced " Future Evidence", only because I can not afford an Expert Report.

## COUNTER STATEMENT OF FACTS

The original complaint in this action alleged :

- Consumer fraud law, regarding Merck drug, pain killer Vioxx

- Negligence contempt,

- Severe heart problems and chest pain,

- Acute and continuous emotional distress.

On September 12, 1997, I had an accident, I failed on the steers. My doctors, Dr. Enrique Ergas, and Dr. Cocioba, prescribed Vioxx and Celebrex, starting with 1999 for decrease the pain ( EXIHIBIT Pg.

28 to 34). At that time nobody from outside of Merck knew the secondary effect of Vioxx.  On September 2004, the pharmacist called me to stop taking Vioxx because is dangerous for body.

During the period 1999 to 2004, I took Vioxx constantly, and my heart problems increased every day. I started to have a lot of chest pain, chronic fatigue, shortness of breath, palpitations, extrasistols, High Blood Pressure(HBP), more anxiety, additional stress disorder, emotional tort.

During this period ( 1999- 2004), I saw 4 (four) cardiologists) , and I arrived at Emergency Room many times with chest pain and HBP

( EXHIBIT Pg. 35 to 50).

Chronologically, I saw the following doctors for heart problems.

1.   Dr. George Brief, M.D. F.A.C.C- Cardiologist, on  2000.

2.   Dr. Serban Cocioba, M.D. on 2002.

3.   Dr. William J. Schwartz, M.D. F. A.C.C- Cardiologist August 2004.

4.   Dr. Emanuel  Godberg- Cardiologist starting with 2004. His

diagnostic was Angina Pectoris, Post Traumatic Stress Disorder,

Cardiac Syndrome X, High Blood Pressure (HBP). He decided to take

and atomic stress test, which I failed. After he recommended

Catheterization, which was done on February 8, 2005, ( EXHIBIT ,
Pg. 39-43).

From  2004 until March 2006, I had from 8AM to 10PM, patch with Nitroglycerine on my skin and medicine for HBP. Now, I have another cardiologist, Dr. Aivazi to treat me for Angina Pectoris, Chest pain,  HBP and Cardiac Sindrome X. I take Atenolol, and Cozzar  every day ( EXHIBIT Pg. 51, and Pg. 14-2,3,4, 5, ).

On 1997, I had a bad accident, when a doctor stuck me with a needle infected from a HIV positive patient. After, I developed Posttraumatic Stress Disorder, and I accused all my heart problems related at that accident, because nobody knew about Vioxx danger which  I took every day, with Antidepressants for my Post Traumatic Stress Disorder after the needle accident.

## PROCEDURAL HISTORY

1.  My Vioxx  case was filed in United States District Court Southern District of New York.

2.  Finally the case arrived in United States District Court Eastern District of Louisiana.

3.  I opted for the Settlement Program  conduct by the Vioxx Claim Administrator , 115 South 15th Street, Suite 400, Richmond, Virginia.

4.  I produced my pharmacy's  evidence with Vioxx from 2000 to 2004.

5.    I produced the doctors' reports which prescribed Vioxx.

6.    I produced medical records regarding the side effect of Vioxx.

7.    I Subpoena Duces Tecum the Insurances Carrier Oxford

(EXHIBIT Pg. 21), and the  pretended "pharmacist" (nobody could

provide a copy of his license). He did not work anymore in that store.

Until today March 27, 2010, the insurances refused to provide

my pharmacy medicine history.

8.    I informed and sent a copy of Subpoena to the Vioxx Claim

Administrator,  informing that abusive, and illegally deleted my    *by the pharmacist*.

history with Vioxx and Celebrex for  the years 2000- 2001, ( **I have**

**instead the doctors' reports**).

9.    At the Gate Committee disposition I submitted  Future Evidence less

Expert Report because I can not afford being very poor.

10.   The Vioxx Claim Administrator never communicate me the Gate

Committee  decision. On <u>February 25, 2010</u>, after my

case was dismissed  by the court,  at my request The Voixx Claim

Administrator sent me a copy  of the   Pretrial Order where

generously the Honorable Judge said:

   *" Pretrial Order 43 states that failure to comply with*

*the terms of the order will result in the claim dismissing with prejudice, <u>except for a good cause shown</u>".*

*( EXHIBIT Pg. 5)*

The Vioxx Claim Administrator "**inhumanly**" ignored my real circumstances, as I am very poor as I mentioned, and I can not afford to pay a Expert Report. I produced evidences to Vioxx Claim Administrator with my objective situation. **It was ignored**. Why*?

11.   Why The Vioxx Claim Administrator did not communicate their decision? The act to hid the decision, the evidence by the Vioxx Claim Administrator is against the law. They were concern only to sign like a "blind" to accept the case to be <u>dismiss with prejudice</u> **.

---

*    Nathan Koppel, "Does Vioxx Settlement Raise Ethical Issues?", WSJ Law Blog (Nov. 12, 2007), http://blogs.wsj.com/law/2007/11/12/does-vioxx-settlement-raises-ethical-issues/.

Settlement.. This provision does give Merck the option of doing its own cherry-picking of the claims tendered to it, however, so a plaintiffs' attorney does face some malpractice risk in failing to comply with the all-or-nothing provision .

http://www.wlf.org/upload/03-21-08frank.pdf

**   Adam Liptak, *In Vioxx Settlement, Testing a Legal Ideal: A Lawyer's Loyalty.,* N.Y. Times (Jan. 22, 2008) http://www.wlf.org/upload/03-21-08frank.pdf

# SUMMARY OF THE ARGUMENT

A.   In conclusion , my case was killed at the Vioxx Claim Administrator in the favor  of the Merck Company.

B.   Pro Se curators never provided  any court order, only their interpretation and inflexible requests at exclusive their desire.

C.   I provided the  pharmacy's Vioxx history ( EXHIBIT Pg. 14-3, 4).

D.   I provided doctors' reports, and progressive reports regarding my ~~heal~~ heart problems  and my general health.

E.   I subpoena the Insurance carrier (EXHIBIT  Pg. 21), who paid for my medicine, inclusive Vioxx for the period 1997-2001.

F.   I had heart surgery, and dally I need Nytroglycerine, Atenolol, Ramipril, Norvasc, Cozzar for my heart.

G.   I do not feel well , and I am a victim of Merck Company. The tame Frame for the Vioxx side effects admitted by Merck company is not in concordance with the researchers study of Vioxx long term effect ***

---

*** "Ironically. Vioxx plaintiff and Michigan resident Leslie Richter, who was extensively used in television advertising against state Republicans in 2006 over the pharmaceutical immunity, and singled out by the pro-trial-lawyer think tank Drum Major Institute as a "tort reform victim," is a plaintiff in New Jersey whose case has not yet been dismissed, and will be eligible for participation in the Vioxx settlement".
        http://www.wlf.org/upload/03-21-08frank.pdf

# ARGUMENT

The Vioxx Claim Administrator breach the contact, the trust, and frivolously hid documents for a correct evaluation of my injury. Full time researcher did not know exactly where stop the effect of Vioxx in the body after long usage. Example the recent study done in an article "Merck litigation strategy - destroy expert witnesses" 7/ 17, 2006 by: Evelyn Pringle, health freedom writer;

> Former Vioxx users could be at risk of developing strokes for years, a prominent scientist said this week after evaluating new data from a 107-page report on patients who were followed for a year after they stopped the drug "It may be that Vioxx is causing permanent damage to the cardiovascular system, accelerating atherosclerosis or a sustained increase in blood pressure," said Dr Curt Furberg, a professor of public health at Wake Forest University, and a member of the FDA Safety and Risk Management Advisory Committee, according to a report by Reuter's news on May 18, 2006.
> During his examination of the report, Dr Furberg determined that within the one-year follow-up of the APPROVE study, 7 Vioxx users had strokes, and 2 others had mini-strokes, compared with no strokes in patients taking a placebo. "These data raise some very important questions because for a while we assumed Vioxx caused temporary problems, and here it is more than that," Dr Furberg told Reuters. "It could be causing permanent damage."
> "In the past we weren't quite sure of the stroke risk," he added. "so stroke is now back on the agenda in a bigger way."

http://www.naturalnews.com/019663.html

Now, I understand by taking Vioxx from 1999 to 2004 every day with antidepressant that was the cause of my cardiovascular problems, angina pectoris, permanent risk at heart attack, fatigue, excessive anxiety, depression, headache. The Vioxx Claim Administrator raise ethical issue?

## CONCLUSION

I consider myself a victim of :

- Consumer fraud law, regarding Merck drug, pain killer Vioxx

- Negligence contempt by Merck Company,

- Severe heart problems and chest pain due Vioxx,

- Acute and continuous supplementary tots and emotional distress.

Relevant is the example of : *Garcia v. Wyeth-Ayerst Labs.*, 385 F.3d

961 (6th Cir. 2004) and Ted Frank, *$4 million fee award for forty-five-dollar*

*"consumer fraud" victory in Cona v. Merck*, Point of Law blog

(June 18, 2007), http://www.pointoflaw.com/archives/004008.php

Additionally consider my claim was totally unprofessional and

unfair representation by the Vioxx Claim Administrator in the process of

settlement my case.

YOUR HONORS, True thanks just can't be put in words it

loses in translation. But hope you know the feeling is one of real

appreciation for your infinite patience with me and all Pro Se (" orphans of

a lawyer" but who must to fight with Merck's lawyers) , who come in

Your Court for justice matter under so Generous, Unique, Protective and

Tremendous Treasury -AMERICAN CONSTITUTION, having the truth as tools, heart problems as a permanent condition due to Vioxx and Merck tendentious and persistent negligence (not exclusive), Cumulative Post Traumatic Stress Disorder , and Hope for a Correct Justice.

   **WHEREFORE, YOUR HONORS ,** I pledge for justice. My appeal should be granted in full with prejudice, and severe punitive damages for the Vioxx Claim Administrator who practice fraud, illegally acts against the court's directions dismissed my case.

   Thank you in advance Your Honor for your kindness and understanding about this very important matter.


*I Elena Strujan - Plaintiff /Appellant Pro Se, being sworn, deposes and affirm under penalty of perjury the above are true and correct.*

            Respectfully submitted,

            _Elena Strujan_

            ELENA STRUJAN - Plaintiff- Appellant Pro Se

                  Mailing Address:
                  P. O. BOX 20632
                  NEW YORK, NY 10021
                  (646) 234-2421

## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff, Pro Se do hereby certify that I have this day served a true and correct copy of the foregoing Brief for Plaintiff/Appellant, in hardcopy, as well as the Record on Appeal for foregoing litigation -by mail, postage prepaid on the following counsel of record:

### Counsel for Defendant-Appellee

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

So certified, this ___12___ day of ___April___ 2010

_Elena Strujan_
Elena Strujan-Plaintiff- Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

# CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limitation of Fed. R. App. P. 32(a)(7)(B)(i) because it contains 9059 words, excluding the parts of the brief exempted by Fed. R. App. P. 32(a)(7)(B)(iii).

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using MS Word in Times New Roman 14-point font. Footnotes are in Times New Roman 12-point font.

Elena Strujan-Plaintiff- Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK. NY 10021
Phone : 646-234-2421

# EXHIBIT

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *    MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *    SECTION L |
| LITIGATION | * |
| | *    JUDGE FALLON |
| This document relates to: | * |
| | *    MAGISTRATE JUDGE |
| *See Attached Exhibits A, B & C* | *    KNOWLES |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Defendant Merck & Co., Inc.'s Third Motion, Rule and Incorporated
Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure
to Comply With the *Lone Pine* Requirements of PTO 43 (R.Doc. 24995) came on for hearing on
the 29th day of October, 2009.  For the reasons orally assigned, the Court hereby enters
judgment as follows:

    **IT IS ORDERED** that the claims of all plaintiffs on the attached Exhibit A be
and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-
Trial Order 43.

    **IT IS FURTHER ORDERED** that the motion be and it hereby is deferred until
December 3, 2009, immediately following the conclusion of the monthly status conference
scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B.

    **IT IS FURTHER ORDERED** that the motion be and it hereby is withdrawn as
to all plaintiffs on the attached Exhibit C.

997054v.1

NEW ORLEANS, LOUISIANA, this 30th day of ___October___, 2009.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

2

997054v.1

| | VCN | Plaintiff Name | Derivative Plaintiffs | Primary Counsel | Case Caption | Docket Number Current |
|---|---|---|---|---|---|---|
| 43. | 1109242 | Richey, Rosa W. | | Morris, Steve, Law | Alldreage, Junior v. Merck & Co., Inc. | 2:06-cv-10971-EEF-DEK |
| 44. | 1088143 | Jordan, Lois | | Murray Law Firm 1 | Jordan, Lois v. Merck & Co., Inc. | 2:05-cv-04439-EEF-DEK |
| 45. | 1088150 | Lyons, John D. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 46. | 1073652 | Shows, William A. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 47. | 1088163 | Thomas, Edrice W. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 48. | 1088122 | Walker, Ollie M. | | Murray Law Firm 1 | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 49. | 1011130 | Valentine, Randy | | Phillips & Associates | Valentine, Randy v. Merck & Co., Inc. | 2:07-cv-00880-EEF-DEK |
| 50. | 1087437 | Ingrisano, Elaine | Ingrisano, Tom | Podlofsky Hill Orange & Modzelweski, LLP | Ingrisano, Elaine v. Merck & Co., Inc. | 2:05-cv-01086-EEF-DEK |
| 51. | 1087438 | Siders, Beverly | | Podlofsky Hill Orange & Modzelweski, LLP | Siders, Beverly v. Merck & Co., Inc. | 2:08-cv-00161-EEF-DEK |
| 52. | 1037599 | Allen, George M. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 53. | 1037611 | Calder, Virginia Baker | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 54. | 1037652 | Holland, Wanda R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 55. | 1056203 | Monroy Jimenez, Salvador | | Pro Se | Monroy, Salvador v. Merck & Co., Inc. | 2:06-cv-06009-EEF-DEK |
| 56. | 1037681 | Moreno, Jesus R. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 57. | 1037702 | Ray, Darrell O. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 58. | 1038567 | Schiller, Myles | Schiller, Carol | Pro Se | Schiller, Myles v. Merck & Co., Inc. | 2:07-cv-02809-EEF-DEK |
| 59. | 1056336 | Strujan, Elena | | Pro Se | Strujan, Elena v. Merck & Co., Inc. | 2:07-cv-00906-EEF-DEK |
| 60. | 1037721 | Thomas, Geraldine D. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 61. | 1037727 | Villarreal, Manuela | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 62. | 1037741 | Wiley, Littie L. | | Pro Se | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 63. | 1012526 | Ainacker, Cynthia | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |
| 64. | 1012531 | Arvie, Shirley | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 65. | 1012548 | Brignac, Carol | | Salim, Robert L. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |
| 66. | 1012578 | Davis, Brenda | | Salim, Robert L. | Cormier, Melvin v. Merck & Co., Inc. | 2:05-cv-04991-EEF-DEK |

997057



**From:** elane23@aol.com
**To:** claimsadmin@browngreer.com
**Subject:** Fraud, Obstruction of Justice
**Date:** Wed, Feb 10, 2010 2:05 pm

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

February 10, 2010

VIOXX CLAIM ADMINISTRATOR
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

Dear Sir/ Madame

I am very disappointed with our today's conversation ( February 10, 2010). Please send me over night a copy of my evidences regarding my case which was submitted to the committee for settlement. I totally disapprove your help.

You have to understand, I must to write my brief. I will accuse you for fraud and obstruction of justice since you keep to hide the way which you use to decline my case. Here is America, not a Third World country. If you do not send me the documents requested and an explanation why your law firm consider to be above the law by forcing people to sign illegal and ant constitutional documents, I will request judicial intervention.

Sincerely,

Elena Strujan

Sent by email today February 10, 2010

Elena Strujan
Scientific Researcher in Zootechny and
Veterinary Medicine (Farm Animals)

PS: Sent by mail.



# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

February 25, 2010

**_By U.S. Mail_**

Elena Strujan
PO Box 20632
New York, NY  10021

Re:   **Status of Your Vioxx Claim**
        **Vioxx Claim Number (VCN):  1056336**

Dear Ms. Strujan:

This letter is to follow up on the recent telephone conversations we have had regarding your requests for information you previously submitted to the Claims Administrator and that you believe you need in order to prepare your appeal of Judge Fallon's Order that dismissed your case with prejudice as a result of your failure to comply with PTO 43.   Most recently, Roma Petkauskas, an attorney in our office, and Diann Bates, the Pro Se Coordinator, called you on February 10, 2010.  Our goal in that call was to try to clarify for you our role as the Claims Administrator both generally and specifically related to your case and to clarify the difference between the Settlement Program and litigation.  Although we believe we have been clear with you throughout the Settlement Program regarding these issues, we provide the following.

BrownGreer PLC has served as the Claims Administrator for the Vioxx Settlement Program since the Vioxx Settlement Agreement went to effect on November 9, 2007.  We did not have any role in the litigation-related processes that occurred before that date and our firm does not handle any of those litigation processes related to lawsuits that may have been pending as of November 9, 2007.  Our job is to fairly administer and manage the Settlement Program, which means taking in claimant Enrollment and Claims Package materials, identifying deficiencies in materials submitted to us and noticing law firms, or in the case of unrepresented claimants, the claimants so that they may have the opportunity to cure those deficiencies within the allowable time periods, and generating the notices that tell claimants or their attorneys the status of their claims at each step through the Settlement Program.  You have received such notices from the Claims Administrator's by way of correspondence sent to you by Diann Bates, the Pro Se Coordinator.  Throughout the process, Ms. Bates' role has been to answer your questions related to the Settlement Process and to help explain the deadlines, forms and Notices that have been required of you or sent to you by the Claims Administrator.  In no way can Ms.



Based role as Pro Se Coordinator or BrownGreer as the Claims Administrator be construed as our being your counsel for your Vioxx claim. Indeed, in order to maintain a neutral role in the Settlement process we cannot provide this type of assistance to any one person or group of people. By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed Robert M. Johnston as Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program. The contact information for Mr. Johnston's office appears on all communications we have had with you and you have always been free to contact his office with questions related to your claim. While the Pro Se Curator was available to answer your questions related to the Settlement Process and your claim, his office also did not serve as your counsel.

When we sent your *Gate Committee Notice of Ineligibility*, you had two options remaining to finish out the Settlement Program. Your choices were to appeal your claim to the Special Master or elect to file a Future Evidence Stipulation ("FES"). If you had chosen to appeal, the Special Master would have reviewed your claim *de novo* to determine if it satisfied the Eligibility Requirements for the Program as set forth in Section 2.2 of the Settlement Agreement. Following the Special Master's review, you would have received a final, binding and Non-Appealable *Special Master Notice of Ineligibility* or *Special Master Notice of Eligibility*. You did not choose the option to appeal, but rather elected to file the Future Evidence Stipulation. By filing the FES, you were saying that you wanted to pursue your case in the court system. The Settlement Agreement places certain requirements on claimants who pursue the FES. Individuals whose claims have failed in the Settlement Program and now wish to continue their claims in the court system, generally, (1) must submit a perfected Future Evidence Stipulation, (2) in accordance with PTO 43, are required to submit an expert report related to their case, and (3) may proceed to litigation with only those documents that were timely submitted in the Settlement Program. The FES process provides a certification process where the documents submitted in the Settlement Program are provided for review and verification that the documents provided are the same documents that were submitted. A copy of PTO 43 was included with the *Gate Committee Notice of Ineligibility* packet you were sent. PTO 43 requires that if you had a pending lawsuit as of November 9, 2007, you must produce within 30 days of serving a Future Evidence Stipulation on the Claims Administrator, an Amended and Supplemental Plaintiff Profile Form pursuant to PTO 18A, B or C, as applicable, and a Rule 26(a)(2) case specific expert report from a medical expert. Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown. Because you did not comply with the requirements of PTO 43, Merck's counsel filed a motion to dismiss your pending lawsuit. Because your lawsuit was dismissed, your FES became moot and was not processed.

You seem to believe that the Claims Administrator filed the motion that resulted in the Court's dismissal of your case. We can assure you that this is not the case. As cases complete the Settlement Program, Merck's counsel has a responsibility to clear the Court docket of closed cases and other issues. The dismissal of your case was part of that remaining litigation process and was not initiated by the Claims Administrator.

The claim you filed in the Vioxx Settlement Program was found ineligible because it did not meet the specific requirements of the Settlement Agreement. The remainder of this letter seeks to provide background on the Settlement Agreement, its requirements, the levels of review your claim received and the due process protections built into the program to ensure that claims



decision was final and binding. So, if the Special Master decided that the claim was not eligible for the Settlement Program, that was the final layer of review.

*2) File a Future Evidence Stipulation*. For claimants who did not want to appeal to the Special Master but wanted to resume a lawsuit against Merck, they were able to do so, if they submitted a Future Evidence Stipulation within 30 days of the *Gate Committee Notice of Ineligibility*. The purpose of the Future Evidence Stipulation was to ensure that claimants were not able to present at trial evidence that the Claims Administrator, the Gate Committee or Merck had not been able to consider in the Claims Process.

Built into the Future Evidence Stipulation Process was one final opportunity for those who failed to produce records to support eligibility. If a claimant or Firm produced records that would have changed the Gate result and showed due diligence in trying to obtain those records earlier, the Claims Administrator could permit those records and reverse the decision of ineligibility. The standard of due diligence was important to ensure that claimants submitted records timely and not wait until the claim had already been reviewed multiple times. If someone had used best efforts to get records and had been unable to because a health care provider was uncooperative, there was one last safety valve to make sure a claimant was not unfairly excluded from the Settlement Program.

Those who filed a Future Evidence Stipulation that was signed and otherwise completed properly within 30 days of the *Gate Committee Notice of Ineligibility* were free to pursue their lawsuit in Court. However, there are time limits on proceeding with that lawsuit. For example, for claims pending in the MDL or with Tolling Agreements, Judge Fallon entered PTO 43, specifying that plaintiffs submit an Expert Report and other discovery within 30 days of submitting the Future Evidence Stipulation to the Claims Administrator.

**5. Conclusion.** More than 51,000 claimants registered and enrolled in the Settlement Program and claimed use of Vioxx and an injury as a result of that use. The Settlement Program was designed to compensate claimants who, based on objective medical evidence could show they had taken Vioxx and as a result suffered a heart attack, ischemic stroke or sudden cardiac death.

In any trial or in any Settlement Program, not everyone will succeed. Claims that do not present evidence meeting the settlement criteria will not receive compensation. While you may be disappointed that your claim was not compensated, you should be assured that your claim was given very careful consideration, was reviewed multiple times by different levels of individuals, and was evaluated according to the same criteria that were applied to all claims.

Your claim has completed all processes in the Vioxx Settlement Program and the Claims Administrator closed your claim when the Court dismissed your lawsuit because you failed to comply with PTO 43. Your claim cannot be reopened. Nothing about this outcome can be changed and for that reason, we will not communicate with you further regarding your case. As you requested, we enclose copies of the medical records and other documents that you submitted to the Vioxx Claims Administrator.

7

were treated consistently and fairly by all who were involved in the process. It is fair to say that each claim was reviewed at least four times by different teams of individuals to ensure that all relevant facts associated with the claim had been carefully considered.

**1. Settlement Agreement Background.** After 18 trials involving 20 plaintiffs who allegedly incurred injuries from the use of Vioxx, representatives of plaintiffs in the Vioxx litigation and representatives from Merck, the manufacturer of Vioxx, negotiated an agreement to establish a program for the resolution of approximately 50,000 claims pending at the time of the settlement. The settlement was negotiated and the Settlement Program was designed to provide a fair and efficient means to compensate claimants who could present objective evidence of Vioxx usage and an associated heart attack, ischemic stroke or sudden cardiac death. This settlement is one of the largest settlements of litigation involving the use of a drug. Judges who were presiding over Vioxx litigation in courts around the country, including The Honorable Eldon E. Fallon of the United States District Court of the Eastern District of Louisiana, Judge Carol E. Higbee of the Superior Court in New Jersey, Judge Victoria G. Chaney of the Superior Court in California, and Judge Randy Wilson in Texas, encouraged the parties to adopt a settlement program as a way to provide compensation to those who suffered heart attacks or strokes while using Vioxx without waiting years and years for cases to be brought to trial and, on November 9, 2007, the Settlement Agreement was signed.

Once announced, the Settlement Agreement received almost unanimous support from lawyers and claimants who had filed lawsuits against Merck. In fact, more than 99.5% of those who were eligible to participate in the Settlement Program joined. To be eligible to participate, a claimant was required to have had a filed lawsuit or a tolled claim before the date the Settlement was announced. In addition, the claimant must have sustained a heart attack or an ischemic stroke in proximity to Vioxx use. In all, 51,036 claimants elected to join the Settlement Program.

You enrolled your claim in the Settlement Program and signed a Release that released Merck from any and all liability associated with Vioxx use. The Release required your original signature, in part to ensure that you had read and understood its terms.

**2. Submission of a Claim to the Settlement Program.** After the submission of an Enrollment Form, including a Release and a Stipulation of Dismissal, enrolling claimants were given the opportunity to gather and send necessary Medical Records and proof of Vioxx use to the Claims Administrator for processing and review.

Guided by the objectives of fairness, efficiency and cost to the claimant, the Settlement Program limited the types and volume of records required for the evaluation of the claim. Unlike many claims processes where claimants are required to submit years of records from all health care providers, the Settlement Program limited the records to those surrounding the injury alleged, as well as proof of Vioxx use. The medical records were called Event Records, and they were usually the records from the hospitalization or care immediately surrounding the alleged heart attack or the stroke. To ensure that only those who actually used Vioxx would be compensated, the Settlement Program also required pharmacy records of Vioxx use or medical records from a doctor showing that he or she prescribed Vioxx or gave samples. In claims alleging death as a result of Vioxx use, more records were required. In addition, each claimant



3

was required to submit a Claims Form, which contained only basic demographic information and required the claimant to specify which type of injury he or she was asserting.

Case 2:05-md-01657-EEF-DEK   Document 49009-1   Filed 08/10/10   Page 32 of 83

By the terms of the Settlement Agreement, Claims Forms and all other records were required to be submitted by July 1, 2008. For many, this was a difficult deadline because of the time required to contact and wait on records from health care providers or pharmacies. Recognizing this, there were automatic extensions built into this deadline, ultimately giving claimants until November 30, 2008 – more than one year from the announcement of the settlement -- to provide the records, as well as a Claims Form giving basic information about the injury being alleged. Out of an abundance of fairness, the Claims Administrator even went beyond the November 30, 2008 deadline for anyone who provided records by December 30, 2008, which the Settlement Agreement mandated be the absolute last date the basic records such as the Claims Form and Proof of Vioxx Use and Event records could be submitted.

Subsequently, claimants were given even more opportunities to submit records in support of their claim. Any claimant failing to qualify was given at least one opportunity to provide records if the ones they had previously submitted were not enough to pass the claim. The Claims Administrator gave reasonable extensions if the 21 days otherwise allowed was not enough time to gather the missing records. The Court and the Parties eventually directed the Claims Administrator on April 1, 2009, to stop granting extensions because years had passed since lawsuits had been originally filed against Merck, records had been collected during those years, and at the very least, the Settlement Agreement had been announced on November 9, 2007, giving people 17 months from that date until April 1, 2009, to get all the records necessary to support the claim. The cessation of extensions did not preclude those found to fail Gates the 21 days to provide any missing records but it did set the stage for claimants to be paid without undue delay.

**3. The Three Gates.** To be eligible for payment in the Settlement Program, the Program required that each claim had to pass three Gates: Injury, Duration, and Proximity.

*a. Injury.* The Settlement Agreement was very specific about the proof necessary to prove a heart attack, sudden cardiac death, or an ischemic stroke. The easiest way to satisfy the Injury Gate was to have a clear diagnosis of the injury documented in the medical records upon discharge from the hospital. When a patient experiences a heart attack, it is almost always documented in the hospital's discharge summary. However, knowing that some physicians record things differently in medical records, the Settlement Agreement allowed other types of objective medical proof that the injury had occurred. The key ingredient of this proof was a record from a cardiologist for heart attack claims, or a neurologist for ischemic stroke claims, reaching the conclusion *at that time that the claimant had sustained an eligible injury*, or that the claimant's signs and symptoms, coupled with other objective medical findings in the records, meant that the claimant had suffered the injury. The process was driven by actual medical records relating to the injury and not documents prepared years later or affidavits from physicians or others years later. This requirement was necessary to treat everyone consistently based on objective proof created at the time and not in contemplation of a lawsuit or submission of a claim in the Settlement Program.

4



**b.   Duration.**  To meet the Duration Gate, a claimant had to prove that he or she had received 30 Vioxx pills within a 60 day period at any time prior to the Event.  In short, evidence that the claimant actually had used Vioxx was a necessary element for any claim.

**c.   Proximity.**  Finally, a claimant had to prove that he or she had received Vioxx in certain quantities at a time close to, or proximate to the Event.  Again, the Settlement Agreement was very specific about the number of pills and the period of time prior to the Event that would satisfy the Proximity Gate.  The basic purpose of this requirement was to link the timing of the use of Vioxx to the timing of the injury.

Your claim did not pass one or more of the three Gates, which is why it is not eligible for Payment.  But, before this determination was finally made, the claim was reviewed multiple times by various teams and claimants were given multiple opportunities to produce evidence to show that the claim met the Gate requirements.

**4.  Layers of Review.**  Your claim went through the following processes before you received the *Gate Committee Notice of Ineligibility* informing you that it was not eligible.

**a.   Claims Administrator Review.**  Each claim was first reviewed by the Claims Administrator.  BrownGreer, the Claims Administrator, is an entirely neutral party whose only allegiance is to fairness and whose only report is ultimately to the Court.  The Claims Administrator was chosen by the parties and, approved by the Court, because of its past experience in administering settlements.  Before any claim was reviewed, the Claims Administrator conducted extensive training of its staff to ensure claims were carefully evaluated.

The Claims Administrator and its staff reviewed the Claims Form and all records submitted for each claim and applied the very specific criteria in the Settlement Agreement to determine whether a claim passed all three Gates.  The Claims Administrator had no discretion to deviate from the objective terms of the Settlement Agreement.  At the Claims Administrator level, each claim received an initial Gate review by a trained reviewer, and then at least one more review by another trained reviewer to ensure all relevant facts were considered accurately.

Following review and denial of at least one of the Gates, you received a *Claims Administrator Notice of Ineligibility*.  This Notice informed you of which Gates were failing and offered the opportunity to submit additional records to satisfy the Gate.

If you submitted additional records, the Claims Administrator reviewed your claim again.  If the records still did not support a passing claim, you were sent a *Claims Administrator Notice of Ineligibility Following Submission of Additional Materials* and were notified that your claim would be forwarded to the Gate Committee for further review.

**b.   The Gate Committee.**  The Gate Committee is comprised of representatives from counsel representing the interests of claimants and counsel from Merck.  When the Gate Committee received a claim that the Claims Administrator had found did not meet the specific, objective criteria set forth in the Settlement Agreement, it reviewed it *anew* to see whether the Claims Administrator had made a mistake in denying the claim, or whether, although the claim did

5

not technically meet the terms of the Settlement Agreement as found by the Claims Administrator, it should nevertheless come into the Settlement Program. The Gate Committee had much broader discretion than the Claims Administrator to allow a claim into the Settlement Program. In fact, Judge Fallon has referred to the Gate Committee as the "human touch" in this process, meaning that its members had the ability to look at the totality of the claim and, despite technical noncompliance with one or more of the Gates, put it into the Settlement Program because it met the spirit of the types of claims intended to be compensated.

Members of the Gate Committee personally reviewed each claim that failed Gates at the Claims Administrator level, and they voted whether to put the claim into the Settlement Program or fail it because it did not pass even their more liberal review. To date, the Gate Committee has placed more than 8,100 claims into the Settlement Program using the discretion it is afforded under the Settlement Agreement.

**c. Merck's Unilateral Push Decision.** If the Gate Committee did not pass the claim, the claim was then sent for yet another review, this time to Merck for consideration of whether it should be included in the Settlement Program. Under the terms of the Settlement Agreement, Merck had the right to review a claim the Gate Committee had failed and decide to put it into the Settlement Program if there was evidence of Vioxx use and evidence of a heart attack, ischemic stroke, or sudden cardiac death. The Settlement Agreement imposed limits on the number of claimants that it could push into the Settlement Program. Although Merck had even greater discretion than the Gate Committee, it was still bound by the Settlement Agreement's directive that there be a minimal showing of Vioxx use and injury as a result of that use. If Merck did not find any evidence warranting inclusion of the claim in the Settlement Program, the Claims Administrator would then issue the *Gate Committee Notice of Ineligibility*.

**d. Options Available to Claimants Failing Gates.** In an effort to provide continued due process to those who were not found eligible for the Settlement Program, the Settlement Agreement provided two options to those receiving the *Gate Committee Notice of Ineligibility*.

    *1) Appeal to the Special Master*. First, the claimant could appeal any *Notice of Ineligibility* to a Special Master, an officer of the Court. Judge Fallon appointed a Special Master and two Deputy Special Masters to review and decide any appeal from a *Gate Committee Notice of Ineligibility*. The Special Master is Patrick A. Juneau, a lawyer who has served as Special Master in numerous other matters and enjoys a well-deserved reputation for fairness and objectivity. The Deputy Special Masters were The Honorable John K. Trotter, a former justice on the California Court of Appeals, and Judge Marina Corodemus, a former state court judge in New Jersey, both of whom have extensive experience in mediation, arbitration, and dispute resolution and who enjoy equally well-deserved reputations for fairness and objectivity. Any appeal filed with the Claims Administrator was assigned randomly to the Special Master and Deputies to ensure fairness. Upon receipt of the appeal, the Special Master reviewed the claim *anew* to see if it met the terms of the Settlement Agreement and should come into the Settlement Program. The Special Master's

10

We hope that this letter has helped explain the process by which your claim was considered.  Thank you.

Sincerely,


Vioxx Claims Administrator

Enclosures

8

**Vioxx Claims Administrator**

Facsimile: (804)521-7299

claimsadmin@browngreer.com

Mailing Address:                          Delivery Address:
P.O. Box 85031                            115 South 15th Street, Suite 400
Richmond, Virginia  23285-5031            Richmond, Virginia  23219-4209

December 23, 2009

**By U.S. Mail**

Elena Strujan
P.O. Box 20632
New York, NY  10021

Re:   **Notice Regarding Your Future Evidence Stipulation and Dismissed Lawsuit**
      **Vioxx Claim Number (VCN):  1056336**

Dear Claimant:

You submitted a claim in the Vioxx Resolution Program ("Program").  That claim was denied.

After your claim was denied, you sent us a Future Evidence Stipulation, which permits Claimants with open claims to leave the Program and file a lawsuit against Merck.  You previously filed a lawsuit against Merck.  Because that lawsuit has been dismissed with prejudice, you no longer have any right to sue Merck or any other party for any Vioxx claims. As a result, we will not process your Future Evidence Stipulation any further, for there is no need to do anything more with it.

If you have any questions, you may contact me at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804)521-7299.  You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at ijr@ahhelaw.com.  By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

Sincerely,

*Diann W. Bates*

Diann W. Bates
Pro Se Coordinator



*MDL Docket No 1657*

**ELENA STRUJAN**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

November 16, 2009

To : Ms. Diane Bates

Dear Ms. Bates

Saturday, November 14, 2009, I received a Order signed by Judge Fallon, where said, my case was dismissed with prejudice because I did not compy with Pre Trial Order 43.

First I did not receive any Pre Trial Order.
Second I did not know about any " Lone Pine Requirements of PTO 43.

What is going with my case ? Only dismiss, dismiss, dismiss and with prejudice.
How is possible something like this?.

I contacted the Stone Pigman....and they also did not know anything. They suggested me to contact you.

Please direct my case in good way and in good hands. Also please tell me what I have to do with the appeal at that order.

I thank you in advance.
Sincerely,

*Elena Strujan*

Elena Strujan

PS: Sent by fax .

*D: Order from 30 October 2009.*

*13*



**ELENA STRUJAN**
Mailing Address:
P.O. Box 20632
New York, New York 10021
Phone: (646)-234-2421

August 12, 2009

**DIANN BATTES**
Pro Se Coordinator

Dear Ms. Bates

Yesterday August 11, 2009, I was very surprised when your assistant called me and told she can not see any evidence with Vioxx. (partialy Exhibit 1 to 2).

For this I submit again the old evidence. You already received the " future evidence".

Thank you for your coordination regarding this matter.

Sincerely,

*Elena Strujan*

Elena Strujan

PS:      Sent by fax mail with certified mail.

UNITED STATES
POSTAL SERVICE

U.S. POSTAGE
PAID
NEW YORK.NY
10021
AUG 13. 09
AMOUNT
$1.15
00030380-10

1000

CERTIFICATE OF MAILING

U.S. POSTAL SERVICE
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE — POSTMASTER

Received From:

Elena Strujan
P.O. Box 20632
New York, NY 10021

One piece of ordinary mail addressed to:

Ms. Diann Bates - Pro Se Relation
P.O. Box 8503/
Richmond VA 23285-508/

**OFFICIAL NEW YORK STATE PRESCRIPTION**

☐ ALBERTO RAMOS -TAPIA MD
LIC. 098317 AT1803483
☐ FARAH E ATALLAH-LAJAM MD
LIC. 178596 BA2313017
☐ WILLIAM J SCHWARTZ MD
LIC. 132607 AS9627590

☐ ZAZA J AIVAZI MD, FACC.
LIC. 220734 BA8161969
☐ DAVID G MACKINNON, MD
LIC. 145002 AM1290701
☐ SERGIO SOKOL MD
LIC. 205875 BS5868798

150 EAST 77TH ST., NEW YORK, NY 10021 (212) 439-6000

PRACTITIONER DEA NUMBER
A T 1 6 3 4 F 3

Patient Name _ELENA STRUJAN_ Date _4/2/08_
Address _P.O. BOX 20632_
City _NYC_ State _NY_ Zip _10031_ Age ___ Sex M ☑F

Rx
VALIUM 5mg No #30.
Si 1 tab bid

Prescriber Signature X _____

REFILLS ☐ None
Refills: ___

MAXIMUM DAILY DOSE (controlled substances only)

PHARMACIST
TEST AREA:

0JG0KS 43

Dispense As Written

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

☐ ALBERTO RAMOS -TAPIA MD
LIC. 098317 AT1803483
☐ FARAH E ATALLAH-LAJAM MD
LIC. 178596 BA2313017
☐ WILLIAM J SCHWARTZ MD
LIC. 132607 AS9627590
☐ CARLOS A CASTRO -PA
LIC. 008855 MC1102502

☐ ZAZA J AIVAZI MD, FACC
LIC. 220734 BA8161969
☐ DAVID G MACKINNON, MD
LIC. 145002 AM1290701
☐ SERGIO SOKOL MD
LIC. 205875 BS5868798

150 EAST 77TH ST., NEW YORK, NY 10021 (212) 439-6000

PRACTITIONER DEA NUMBER

Patient Name _ELENA STRUJAN_ Date ___
Address ___
City ___ State ___ Zip ___ Age ___ Sex M ☐F

Rx
Nonase Sny F100 ud
#30

Prescriber Signature X _____

REFILLS ☐ None
___

MAXIMUM DAILY DOSE (controlled substances only)

PHARMACIST
TEST AREA:

0NZG61 57

Dispense As Written

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

DUSHAN R KOSOVICH MD
333 EAST 46TH STREET
SUITE 1G
NEW YORK, NY 10017
(212) 661-9449
LIC. 120088

PRACTITIONER DEA NUMBER

Patient Name _Elena Chitoiu_ Date _03.17.08_
Address ___
City ___ State ___ Zip ___ Age ___ Se M

Rx
Wellbutrin XL 300mg
q, 1Am

Prescriber Signature X _Kosovich_

REFILLS ☐ None
Refills: _3_

MAXIMUM DAILY D

PHARMACIST
TEST AREA:

0HYMMB 79

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

DUSHAN R KOSOVICH MD
333 EAST 46TH STREET
SUITE 1G
NEW YORK, NY 10017
(212) 661-9449
LIC. 120088

PRACTITIONER DEA NUMBER

Patient Name _Elena Chitoiu_ Date _03.17.08_
Address ___
City ___ State ___ Zip ___ Age ___ Sex M ☐F

Rx
Zmig Spray 20
q, 1-2 d

Prescriber Signature X _Kosovich_

REFILLS ☐ None
Refills: _3_

MAXIMUM DAILY DOS

PHARMACIST

0HYMMB 78

MEDICAL EXPENSES

CHITELI
STEILBERG

1413 YORK AVE APT 4

NEW-YORK                NY  10021

Birz:   03/23/1955

EUGENE RENDON
1467 FIRST AVENUE
NEW YORK                NY  10021
RPh :   WONG, VICTOR
NCPDP#:   3328677

Prescription:                          Date:   09/24/1999   TO  07/05/2005

| LastFill Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|
| 09/24/99 8800818 | DIBUCAINE 1% | 30 | Dr.CIOROIU | | 11.89 | AZ |
| 03/25/02 4412608 | AMBIEN 10MG | 30 | Dr.COCIOBA | OHP | 10.00 | MV |
| 03/25/02 4412612 | VALIUM 10MG | 60 | Dr.COCIOBA | OHP | 10.00 | MV |
| 04/12/02 4699922 | CIPRO 500MG | 30 | Dr.COCIOBA | OHP | 10.00 | ID |
| 04/12/02 4699923 | KETOCONAZOLE 200MG | 10 | Dr.COCIOBA | OHP | 5.00 | ID |
| 04/20/02 4412800 | AMBIEN 10MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ. |
| 04/20/02 6700426 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/12/02 2202223 | RITALIN 10MG | 90 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/12/02 6701819 | MYCELEX 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/12/02 6701820 | CIPRO 500MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/25/02 6702766 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/25/02 6702769 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 06/28/02 6704912 | CELEBREX 200MG | 60 | Dr.ERGAS | CRK | 10.00 | AZ |
| 06/28/02 6702769 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 07/10/02 6705576 | DIFLUCAN 100MG | 30 | Dr.COCIOBA | CRK | 25.00 | MV |
| 07/29/02 6702769 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | MV |
| 07/29/02 4413542 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | MV |
| 08/21/02 6702769 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | JU |
| 08/21/02 4413678 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | JU |
| 08/22/02 6702766 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | GAH |
| 08/26/02 6708178 | CIPRO 500MG | 60 | Dr.ZUBRITSKI | CRK | 10.00 | JU |
| 07/14/03 4410077 | HYDROCO/APAP 7.5-75 | 20 | Dr.SALAMON | | 17.66 | MV |
| 05/28/04 6746685 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 05/28/04 6746689 | KENALOG 40 40MG/ML | 5 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/18/04 6747877 | CIPROFLOXACIN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 06/19/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/21/04 6747981 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | CFL |
| 06/24/04 4418522 | HYDRO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | 0.50 | WWW |
| 06/24/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | WWW |
| 06/24/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | 2.00 | CFL |
| 06/28/04 6747877 | CIPROFLOXACIN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 07/06/04 6748986 | EFFEXOR XR 75MG | 60 | Dr.PEKOVIC | MNY | | HIY |
| 07/08/04 6747877 | CIPROFLOXACIN 500MG | 20 | Dr.ZUBRITSKI | MNY | | CFL |
| 07/08/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | CFL |
| 07/19/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 07/28/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 07/28/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 07/28/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 07/28/04 6750299 | CELEBREX 200MG | 30 | Dr.TAPIA | MNY | | HIY |
| 08/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | CFL |
| 08/21/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | WWW |
| 08/21/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 08/25/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 09/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 09/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | HIY |

14- 3

MEDICAL EXPENSES                                    Page: 2

Patient:    CHITELI                      Pharmacy:  JUAN DE LOS
RespPty:    1413 YORK AVE APT 4                     1467 FIRST AVENUE
                                                    NEW YORK          NY  10021
            NEW YORK          NY  10021   RPh :  WONG, VICTOR
Birth:      03/21/1955                    NCPDP#:  3328677

Prescriptions:                           Date:   09/24/1999   TO  07/05/2005

| Last Fill | Rx # | Drug Name | | Qty Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|---|
| 09/08/04 | 6749120 | CYCLOBENZAPR 10MG | | 30 Dr.COCIOBA | MNY | | HIY |
| 09/21/04 | 6749119 | VIOXX 25MG | | 60 Dr.COCIOBA | MNY | | WWW |
| 09/21/04 | 6748043 | LAMISIL 250MG | | 30 Dr.SALAMON | MNY | | WWW |
| 09/25/04 | 4418522 | HYDROCO/APAP 7.5-75 | | 60 Dr.COCIOBA | MNY | | WWW |
| 09/25/04 | 6748347 | IMITREX 50MG | | 18 Dr.COCIOBA | MNY | | WWW |
| 09/25/04 | 4418523 | AMBIEN 10MG | | 30 Dr.COCIOBA | MNY | | WWW |
| 10/08/04 | 6750918 | TOPAMAX 50MG | | 60 Dr.KOSOVICH | MNY | | WWW |
| 10/08/04 | 4413311 | DIAZEPAM 5MG | | 30 Dr.GOLDBERG | MNY | | WWW |
| 10/08/04 | 6754471 | NABUMETONE 750MG | | 60 Dr.KOSOVICH | MNY | | WWW |
| 10/11/04 | 6754561 | INDERAL LA 60MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 10/20/04 | 6755158 | NITROQUICK 0.4MG4X2 | | 25 Dr.GOLDBERG | MNY | | HIY |
| 10/21/04 | 6755215 | ATENOLOL 50MG | | 30 Dr.GOLDBERG | MNY | | WWW |
| 10/28/04 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | | HIY |
| 11/09/04 | 6756343 | EFFEXOR XR 75MG | | 100 Dr.KOSOVICH | MNY | | BHB |
| 11/09/04 | 4418538 | SONATA 10MG | | 60 Dr.KOSOVICH | MNY | | LKB |
| 11/23/04 | 6755215 | ATENOLOL 50MG | | 30 Dr.GOLDBERG | MNY | | LKB |
| 11/23/04 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | | HIY |
| 11/23/04 | 4419644 | CLONAZEPAM 1MG | | 60 Dr.COCIOBA | MNY | | HIY |
| 12/08/04 | 6750918 | TOPAMAX 50MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 12/16/04 | 6754471 | NABUMETONE 750MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 12/16/04 | 6755215 | ATENOLOL 50MG | | 30 Dr.GOLDBERG | MNY | | HIY |
| 12/29/04 | 6759397 | DESONIDE 0.05% | | 118 Dr.TROCCOLI | MNY | | HIY |
| 01/05/05 | 6756343 | EFFEXOR XR 75MG | | 100 Dr.KOSOVICH | MNY | | HIY |
| 01/05/05 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | | HIY |
| 01/05/05 | 6759397 | DESONIDE 0.05% | | 118 Dr.TROCCOLI | MNY | | HIY |
| 01/11/05 | 6759397 | DESONIDE 0.05% | | 118 Dr.TROCCOLI | MNY | | WWW |
| 01/25/05 | 6754471 | NABUMETONE 750MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 01/25/05 | 6761038 | TRIAMCINOLON 0.1% | | 60 Dr.TROCCOLI | MNY | | HIY |
| 01/26/05 | 6755215 | ATENOLOL 50MG | | 30 Dr.GOLDBERG | MNY | | HIY |
| 02/01/05 | 4420232 | SONATA 10MG | | 90 Dr.KOSOVICH | MNY | | HIY |
| 02/01/05 | 4420232 | SONATA 10MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 02/06/05 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | | CFL |
| 02/06/05 | 6761038 | TRIAMCINOLON 0.1% | | 60 Dr.TROCCOLI | MNY | | CFL |
| 02/09/05 | 5752067 | CARTIA XT 180/24HR | | 30 Dr.GOLDBERG | MNY | | BHB |
| 02/17/05 | 6761038 | TRIAMCINOLON 0.1% | | 60 Dr.TROCCOLI | MNY | | HIY |
| 02/18/05 | 6762647 | WELLBUTRIN XL 300MG | | 30 Dr.TROCCOLI | MNY | | WWW |
| 02/18/05 | 6762645 | NABUMETONE 750MG | | 100 Dr.KOSOVICH | MNY | | WWW |
| 02/22/05 | 6762648 | TRIAMCINOLON 0.1% | | 120 Dr.TROCCOLI | MNY | | WWW |
| 02/23/05 | 6762866 | NITROGLYCER | 0.4MG/ | 30 Dr.GOLDBERG | MNY | | HIY |
| 03/07/05 | 4420232 | SONATA 10MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 03/07/05 | 6761535 | EFFEXOR XR 150MG | | 90 Dr.KOSOVICH | MNY | | HIY |
| 03/07/05 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | | HIY |
| 03/09/05 | 6761038 | TRIAMCINOLON 0.1% | | 60 Dr.TROCCOLI | MNY | | WWW |
| 03/16/05 | 6762647 | WELLBUTRIN XL 300MG | | 30 Dr.TROCCOLI | MNY | | HIY |
| 03/18/05 | 6762648 | TRIAMCINOLON 0.1% | | 120 Dr.TROCCOLI | MNY | | HIY |
| 03/24/05 | 6762866 | NITROGLYCER | 0.4MG/ | 30 Dr.GOLDBERG | MNY | 0.50 | CFL |
| 03/25/05 | 6755641 | IMITREX 100MG | | 9 Dr.KOSOVICH | MNY | 2.00 | HIY |
| 03/25/05 | 6762645 | NABUMETONE 750MG | | 100 Dr.KOSOVICH | MNY | 0.50 | HIY |
| 03/31/05 | 6765215 | CIPROFLOXACIN 500MG | | 40 Dr.ZUBRITSKI | MNY | 0.50 | WWW |
| 04/07/05 | 4420232 | SONATA 10MG | | 60 Dr.KOSOVICH | MNY | | HIY |
| 04/07/05 | 6762646 | TRIAMCINOLON 0.1% | | 120 Dr.TROCCOLI | MNY | 0.50 | CFL |

14-4

## OFFICIAL NEW YORK STATE PRESCRIPTION

☐ ALBERTO RAMOS -TAPIA MD
LIC. 098317  AT1803483
☐ FARAH E ATALLAH-LAJAM MD
LIC. 176596  BA2313017
☐ WILLIAM J SCHWARTZ MD
LIC. 132807  AS9827590
☐ CARLOS A CASTRO -PA
LIC. 009855  MC1102502

☐ REZA J NIVAZI MD, FACC
LIC. 223734  BA8161969
☐ DAVID G MACKINNON MD
LIC. 145002  AM1290701
☐ SERGIO SOKOL MD
LIC. 205675  BS5868758

150 EAST 77TH ST., NEW YORK, NY 10021 (212) 439-6000

PRACTITIONER DEA NUMBER

Patient Name ELENA STRUJAN   Date 3-27-0?

Address

City _____ State _____ Zip _____ Age _____ Sex M/F

Rx  To whom it may concern.
Ms. Strujan is under medical
care in our cardiology
department for chronic
palpitations

Prescriber Signature X

REFILLS ☐ None
Refills: _____

0HZG61 60

Dispense As Written

---

## OFFICIAL NEW YORK STATE PRESCRIPTION

ALBERTO RAMOS -TAPIA MD
150 EAST 77TH ST.,
NEW YORK, NY. 10021
(212) 439-6000
LIC. 098317

PRACTITIONER DEA NUMBER

Patient Name ELENA STRUJAN   Date 3/27/0

Address

City _____ State _____ Zip _____ Age _____ Se M

Rx  To whom it may concern.
Mrs. STRUJAN suffers
from RECURRENT CHEST PAIN SYNDROM
Mrs STRUJAN is disabled at
this time

Prescriber Signature X

REFILLS ☐ None
Refills: _____

01MB6W 51

Dispense As Written

---

## OFFICIAL NEW YORK STATE PRESCRIPTION

☐ ALBERTO RAMOS -TAPIA MD
LIC. 098317  AT1803483
☐ FARAH E ATALLAH-LAJAM MD
LIC. 176596  BA2313017
☐ WILLIAM J SCHWARTZ MD
LIC. 132807  AS9827590
☐ CARLOS A CASTRO -PA
LIC. 009855  MC1102502

☐ REZA J NIVAZI MD, FACC
LIC. 223734  BA8161969
☐ DAVID G MACKINNON MD
LIC. 145002  AM1290701
☐ SERGIO SOKOL MD
LIC. 205675  BS5868758

150 EAST 77TH ST., NEW YORK, NY 10021 (212) 439-6000

PRACTITIONER DEA NUMBER

Patient Name ELENA STRUJAN   Date 3-27-08

Address

City _____ State _____ Zip _____ Age _____ Sex M/F

Rx  NT Patch 0.2mg/hour
daily as directed #30

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

---

## OFFICIAL NEW YORK STATE PRESCRIPTION

☐ ALBERTO RAMOS -TAPIA MD
LIC. 098317  AT1803483
☐ FARAH E ATALLAH-LAJAM MD
LIC. 176596  BA2313017
☐ WILLIAM J SCHWARTZ MD
LIC. 132807  AS9827590
☐ CARLOS A CASTRO -PA
LIC. 009855  MC1102502

☐ REZA J NIVAZI MD, FACC
LIC. 223734  BA8161969
☐ DAVID G MACKINNON MD
LIC. 145002  AM1290701
☐ SERGIO SOKOL MD
LIC. 205675  BS5868758

150 EAST 77TH ST., NEW YORK, NY 10021 (212) 439-6000

PRACTITIONER DEA NUMBER

Patient Name ELENA STRUJAN   Date 3-27

Address

City _____ State _____ Zip _____ Age _____

Rx  Atenolol 12.5 mg
po daily  #30 or 2

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN BOX BELOW

# Enrique Ergas, M.D., P.C.

Patient: _Chitoiu, Elena_

12-27-00

**Elena Chitoiu · 12/27/00 - #20116**
Ms. Chitoiu continues with pain in the right knee and low back. EXAM: The right
knee is tender at the patellofemoral joint. The lumbosacral spine presented with
tenderness over the mid-line and paralumbar muscles with limitation of flexion and
extension motions. Straight leg raising test was 75° at right and 75° at left. She
was instructed to continue physical therapy, Vioxx 25mg OD and Skelaxin 400mg
BID and we will check her again in six weeks. BO:rll

2/7/01 POSTCARD SENT OUT TO PATIENT
TO CALL FOR A NEW APPOINTMENT   D.N.K.A.

-12-01 c/rsh   POSTCARD SENT OUT TO PATIENT
TO CALL FOR A NEW APPOINTMENT

3-26-01 = - Rsch

3

**Elena Chitou - 3/27/01 - #20116**
Ms. Chitou continues with pain in the low back and the right knee. EXAM: The
lumbosacral spine presented with tenderness over the mid-line and paralumbar
muscles with limitation of flexion and extension motions. Straight leg raising test
was 75° at right and 75° at left. The right knee is tender at the patellofemoral joint
and the medial joint line. She was instructed to continue exercises, Celebrex 200mg
BID and we will check her again in six weeks. BO:rll

5-8-01c/wc.

**Elena Chitoiu - 7/17/01 - #20116**
Ms. Chitoiu is progressing better from the low back and the right knee. EXAM: The
lumbosacral spine presented with tenderness over the mid-line and paralumbar
muscles with limitation of flexion and extension motions. Straight leg raising test
was 75°. The right knee was tender at the medial joint line and the patellofemoral
joint area. She was instructed to continue exercises, Vioxx 25mg OD and Skelaxin
400mg BID. We will check her again in six weeks. BO:rll

14-6

004

# Enrique Ergas, M.D., P.C.

Patient: *Chitoiu, Elena*

12-27-00

Elena Chitoiu - 12/27/00 - #20116

Ms. Chitoiu continues with pain in the right knee and low back. EXAM: The right knee is tender at the patellofemoral joint. The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions. Straight leg raising test was 75° at right and 75° at left. She was instructed to continue physical therapy, Vioxx 25mg OD and Skelaxin 400mg BID and we will check her again in six weeks. BO:rll

2/7/01   POSTCARD SENT OUT TO PATIENT
         TO CALL FOR A NEW APPOINTMENT   D.N.K A.

2/27/01   C/RSh   POSTCARD SENT OUT TO PATIENT
                  TO CALL FOR A NEW APPOINTMENT

03-26-01   C - Rsch

3/27/01

147
7

-2-

3.      John/Jane Doe unknown.

4.      The jurisdiction of this court is invocated to 28 U.S.C Paragraph 1332, and 1391.

5.      This is an action seeking court decision against defendants for following accusations:

- Consumer fraud law, regarding theirs drug, painkiller Vioxx.

- Negligence contempt.

- Severe heart problems and chest pain.

- Acute and continuous emotional distress.


On September 12, 1997, I had an accident, I felt on the strers. My doctors, prescribed Vioxx and Celebrex, starting with 1999, for painkiller. At that time, nobody from outside the Merck Co., knew the secondary effect of Vioxx and , that started chest pain, palpitations, and lead to hard attacks.

On September 2004, the Pharmacist called me at home, to stop taking Vioxx, because is dangerous for body, and from that date Vioxx isn't on sale.

During 1999 and 2004, I took Vioxx constantly and my heart problems increased every day; I started to have a lot of chest pain, palpitation, fatigue, and shortness of breath. I saw 4 cardiologists during this period.

- Dr. George Brief, M.D. F.A.C.C.- Internal Medicine Cardiologist, on

**ELENA STRUJAN**
<u>Mailing Address:</u>
P.O. Box 20632
New York, New York 10021
Phone: (646)-234-2421

August 5, 2009

**DIANN BATES**
Pro Se Coordinator

Dear Ms. Bates

Thank you for your correspondence and for your dedication in our cause. I decided for Section V because:

1.        I can submit new evidence and I had made a diligent and good fait attempt to produce the new evidences apart of my original claims package.

A)        As you know I sue the Pharmacy at Rainbow Ace Hardware who deleted my history for Vioxx for two years( See Exhibit 1).
B)        I Subpoena the Oxford Insurance Company and the pretended pharmacist to provide the evidence for that years. So far  the judge from Supreme Court will decide  what will be, because both  of them did not respect the Subpoena power.
C)        I continue to provide the history with my medicine ( See Exhibit 2 to 8).
D)        I signed all documents requested by your firm.
E)        I can not afford a report from a medical expert because I am poor and actually experience a eviction for unpaid rent ( See Exhibit 9).

**I used Vioxx from 1999 until September 2004. Merck Company deliberately condemned me at a very poor health , depression, and a blue poverty.**

Dear Ms. Bates I wish to call your attention to my  Vioxx matter as a grave importance which has been insufficiently appreciate.

I trust in your very good intentions as Coordinator Pro Se, and I hope you will make Merck Company responsible for their acts who ruined my life.

Anticipate and infinite thank you.
Sincerely,

ELENA STRUJAN

*Elena Strujan*

PS : Sent by mail with certified mail.

BrownGreer PLC Claims Administrator
Toll-Free Telephone: (866) 866-1729
Facsimile: (804) 521-7299   *804-521-7299*
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

July 22, 2009

**By U.S. Mail**

Elena Strujan
P.O. Box 20632
New York, NY  10021

Re:     **Gate Committee Notice of Ineligibility**
          **Vioxx Claim Number (VCN): 1056336**

Dear Claimant:

Enclosed you will find a Gate Committee Notice of Ineligibility, which informs you that the Gate Committee has determined that your Primary and/or Secondary Injury fails one or more of the Gates and does not meet the Eligibility Requirements for the Settlement Program. Although the Gate Committee has determined that your claim is not eligible, you can still Appeal your claim to the Special Master or file a Future Evidence Stipulation. This letter will explain these choices in detail.  If you Appeal your claim to the Special Master, you will not be able to submit any records that you have not previously submitted to the Claims Administrator. The Special Master's decision will be binding, final and Non-Appealable.  If you decide to submit a Future Evidence Stipulation and it is timely and complete, the Claims Administrator will return your Release of All Claims and Stipulation of Dismissal to Merck.  You may also choose to do nothing, which will result in the closing of your claim and delivery of your Release of All Claims and Stipulation of Dismissal to Merck. The following paragraphs are provided to help guide you through the enclosed Notice.

1.      Section I of the Notice provides the Claimant Information, which includes the name and VCN for the Vioxx User and the type and date of the Primary and, if claimed, the Secondary Injury.

2.      Section II of the Notice provides the Gate Committee's findings regarding why your Primary and/or Secondary Injury failed Gates.  To be Eligible, an Injury must pass all three Gates (Injury, Duration and Proximity).  A "X" appearing in any box in this section (Line 1, 2 and/or 3) indicates that the Primary and/or Secondary Injury failed the specified Gate.  If you claimed both a Primary and a Secondary Injury, you are receiving this notice because the Gate Committee has determined that neither the Primary nor the Secondary Injury meet the Eligibility Requirements for the Program because they do not pass the identified Gates.

3.      Section III refers to the Claimant's Response to the Notice.  You have two affirmative choices for responding to this Notice.   Your two affirmative choices for continuing your claim are to:



your claim is ineligible, the Claims Administrator will close your claim and deliver your Release and Stipulation to Merck.

5.      Section V refers to the Future Evidence Stipulation.  If you choose the option to submit a Future Evidence Stipulation, you must certify the Claims Package materials you submitted to the Claims Administrator and complete the attached Future Evidence Stipulation. You must sign the Future Evidence Stipulation, have it notarized, and mail it to the Claims Administrator on or before the Deadline to Submit FES date that appears on your Notice.  Upon proper completion and delivery of the Future Evidence Stipulation, your Stipulation of Dismissal with Prejudice and Release will, subject to Section 2.7.3.1 of the Settlement Agreement, be returned to you.

Pursuant to Pretrial Order No. 43, plaintiffs with cases pending in the United States District Court for the Eastern District of Louisiana as of November 9, 2007, must also produce within 30 days of serving a Future Evidence Stipulation on the Claims Administrator: 1) an Amended and Supplemental Plaintiff Profile Form, records requested therein, and executed Authorization for Release of Records pursuant to Pretrial Order 18A, B or C, as applicable; and 2) a Rule 26(a)(2) case specific expert report from a medical expert.  Pretrial Order 43 states that failure to comply with the terms of the order will result in the claim being dismissed with prejudice, except for good cause shown.

If you were the subject of a Tolling Agreement and you choose the Future Evidence Stipulation option, you must 1) within 30 days of serving the Future Evidence Stipulation, produce a case specific expert report from a medical expert, 2) within 60 days of acceptance of your completed FES form, file a law suit, and 3) within 75 days of acceptance of the completed FES form, submit a copy of such lawsuit filing to the Claims Administrator.

**If you do nothing or fail to return the Response to Gate Committee Notice of Ineligibility by the deadlines stated in this letter and on the Notice, your claim will be closed, and the Claims Administrator will deliver your Release and Stipulation of Dismissal to Merck.**

If you have any questions, you may contact the Claims Administrator's Pro Se Coordinator, Diann Bates, at the above mailing address, toll free at (866) 866-1729, by direct dial at (804) 521-7220, by email at dbates@browngreer.com, or by facsimile at (804)521-7299. You may also contact the Pro Se Curator, Robert M. Johnston, at (504) 561-7799 or by email at ijr@ahhelaw.com.  By Order dated February 12, 2008, the Court supervising the Vioxx Settlement Program appointed the Pro Se Curator to provide assistance to Pro Se Claimants in connection with the Settlement Program.

Sincerely,

Diann W. Bates

Diann Bates
Pro Se Coordinator

Enclosures



3

**ELENA STRUJAN**
<u>Mailing Address:</u>
P.O. Box 20632
New York, New York 10021
Home: (212)-861-4565

May 15, 2009

Ms. Dianne Bater

Dear Ms. Bates

I submit more documents for my case. Let me know if it is OK.
Thank you.

Elena Strujan

PS: Sent by fax.

19

ELENA STRUJAN
Mailing Address:
P.O. Box 20632
New York, New York 10021
Home: (212)-861-4565

December 30, 2008

Ms. Diann W. Bates
Pro Se Coordinator
P.O. Box 85031
Richmond, Virginia 23285-5031

Dear Ms. Bates

Thank you for granting my request for extension. So far I still do not have the Rainbow Pharmacy evidences. I subpoena (see Exhibit) the insurance company and I hope they will bring in court new evidences. In mean time, please continue the process with the evidences provided.

I thank you in advance for your help.

Sincerely,

*Elena Strujan*

Elena Strujan

PS: Sent by fax.

20

Case 2:05-md-01657-EEF-DEK   Document 49009-1   Filed 09/10/13   Page 1 of 1
www.blumberg.com

COUNTY OF *NEW YORK*

Index No. *406368/07*

*ELENA STRUJAN*

Plaintiff

Calendar No.

against

*RAINBOW ACE HARDWARE*
*JOHN DOE*

Defendant

**JUDICIAL SUBPOENA**
**DUCES TECUM**

## The People of the State of New York

TO *OXFORD HEALTH PLAN*
*48 MONROE TURNPIKE*
*TRUMBULL, CT 06611*

GREETING:

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before *HONORABLE JUDGE MARILYN SHAFER*
at *SUPREME COURT OF THE STATE OF NEW YORK center 80 Street*
on the *7(even)* day of *JANUARY, 2009* at *9:30* o'clock, in the *278 room*, noon,
and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

*All history of medicines paid by OXFORD HEALTH PLAN*
*during period 1997 to 12/31/2001, under my name*
*ELENA CHITOIU (10-200691701, 533079501, 567272901).*
*Also all evidence regarding Doctors' visits*
*paid by social security 15 0125-82-6592.*

*— All pharmacies records who provided me*
*medicines covered by your insurance during*
*01/1997 to 12/31/2001.*

now in your custody, and all other deeds, evidences and writings, which you have in your custody or
power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable
to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all dam-
ages sustained by reason of your failure to comply.

WITNESS, Honorable                                                      one of the
of said Court, at                               the          day of

A copy of this subpoena must
accompany all papers or other
items delivered to the court.

Attorney(s) for

Office and Post Office Address

*HON. MARILYN SHAFER, JSC*
*SO ORDERED*

RECEIVED
DEC 10 2008
PART 8
NYS SUPREME COURT - CIVIL

**ELENA STRUJAN**
<u>Mailing Address:</u>
P.O. Box 20632
New York, New York 10021
Home: (212)-861-4565

December 12, 2008

Ms. Diann W. Bates
Pro Se Coordinator
P.O. Box 85031
Richmond, Virginia 23285-5031

Dear Ms. Bates

I received your letter dated December 8, 2008, and I totally disagree with your Stipulation
for Dismissal.
I produced all documents which I have, all doctors' reports. I do not have the pharmacy
record for 2000 and 2001, because illegally the pharmacist deleted the Vioxx and
Celebrex history. BUT you have for that period my doctors' reports.
Also you have for the following years( 2003, 2004) the pharmacy's records. I NEVER
REQUESTED A DISMISSAL of my case. I requested an extension until December 31,
2008.
Please do not try to induce me. I fax you my Request for Relief from Deadline. Even I can
not provide the pharmacy record for 2000 and 2001, I still continue the case.
Also in January 7, 2009, the Insurance company had Subpoena Duces Tecum ( See
Exhibit) regarding this matter. I am not responsible for the pharmacist's abuses. **Any
way I will not request my case to be dismiss.**
Thank you for your cooperation herein.
Sincerely,

Elena Strujan

PS: Sent by fax.

Cc: Robert M. Johnston -Johnston, Hoefer; Holwadel & Eldrige

22

**ELENA STRUJAN**
Mailing Address:
P.O. Box 20632
New York, New York 10021
Home: (212)-861-4565

November 15, 2008

Ms. Diann W. Bates
Pro Se Coordinator
P.O. Box 85031
Richmond, Virginia 23285-5031

Dear Ms. Bates

I received your letter and I try to send you the medical reports and pharmacy's record.
The evidence of Vioxx from the Rainbow Ace Hardware Pharmacy( record between 1999
to 2002), it is missing because the pharmacist abusive deleted the history with this Vioxx
and Celebrex. For this I have a case in Supreme Court of New York. Instead you have the
doctors' reports for that period. Let me know if this evidence satisfy your request .
I Thank in advance.

Sincerely,
Elena Strujan
Elena Strujan

PS: Sent by fax.

| U.S. POSTAL SERVICE | **CERTIFICATE OF MAILING** |
|---|---|
| MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE — POSTMASTER | |

Received From:

C   Ms. Elena Chitain
    P.O. Box 20632
    New York, NY 10021

One piece of ordinary mail addressed to:

Ms. Diann Bates
P.O. Box 85031
Richmond, Virginia 23285.

PS Form 3817, Mar. 1989

23

24

| | | | | | |
|---|---|---|---|---|---|
| Patient: | STRILIAN, ELENA   =P | Pharmacy: | DUANE READE #188 | | |
| RespPty: | | | 1487 FIRST AVENUE | | |
| | 1413 YORK AVE APT 4 | | NEW YORK  NY  10021 | | |
| | | | RPh : WONG, VICTOR | | |
| | NEW YORK   NY  10021 | | NCPOP#: 3328877 | | |
| Birth: | 03/23/1955 | | | | |

Prescriptions:             Date:   01/01/1999    TO   08/08/2005

| LastFill Rx # | Drug Name | Qty | Physician Name | T/P | Price | RPh |
|---|---|---|---|---|---|---|
| 08/24/99 2800819 | DIBUCAINE 1% | 30 | Dr.CIORGIU | | 11.89 | AZ |
| 03/25/02 4412808 | AMBIEN 10MG | 30 | Dr.COCIOBA | OHP | 10.00 | MV |
| 03/25/02 4412812 | VALIUM 10MG | 60 | Dr.COCIOBA | OHP | 10.00 | MV |
| 04/12/02 8899922 | CIPRO 500MG | 30 | Dr.COCIOBA | OHP | 10.00 | ID |
| 04/12/02 8990923 | KETOCONAZOLE 200MG | 10 | Dr.COCIOBA | OHP | 5.00 | ID |
| 04/20/02 4412800 | AMBIEN 10MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 04/20/02 6700428 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/12/02 2202223 | RITALIN 10MG | 60 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/12/02 6701818 | MYCELEX 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/12/02 8701820 | CIPRO 500MG | 30 | Dr.COCIOBA | CRK | 10.00 | SE |
| 05/25/02 6702788 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 05/25/02 6702788 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 08/20/02 6704012 | CELEBREX 200MG | 60 | Dr.ERGAS | CRK | 10.00 | AZ |
| 08/20/02 6702788 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | AZ |
| 07/10/02 6705576 | DIFLUCAN 100MG | 30 | Dr.COCIOBA | CRK | 25.00 | MV |
| 07/28/02 6702788 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | MV |
| 07/29/02 4413542 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | MV |
| 08/21/02 6702788 | IMITREX 100MG | 30 | Dr.CARASCA | CRK | 10.00 | JU |
| 08/21/02 4412878 | AMBIEN 10MG | 30 | Dr.COCIOBA | CRK | 10.00 | JU |
| 08/21/02 6702788 | EFFEXOR 25MG | 30 | Dr.CARASCA | CRK | 10.00 | GAH |
| 08/28/02 6708176 | CIPRO 500MG | 60 | Dr.ZUBRITSKI | CRK | 10.00 | JU |
| 07/14/03 4418077 | HYDROCO/APAP 7.5-75 | 20 | Dr.SALAMON | | 17.89 | MV |
| 05/28/04 6748885 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 05/28/04 6748890 | KENALOG-40 40MG/ML | 5 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/10/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 06/10/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | 2.00 | WWW |
| 06/21/04 6747681 | VIOXX 25MG | 30 | Dr.SALAMON | MNY | 2.00 | CFL |
| 08/24/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | 0.50 | WWW |
| 08/24/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | WWW |
| 08/24/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | 2.00 | CFL |
| 08/26/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | 0.50 | HIY |
| 07/08/04 6748988 | EFFEXOR XR 75MG | 60 | Dr.PEKOVIC | MNY | | HIY |
| 07/08/04 6747877 | CIPROFLOXACN 500MG | 20 | Dr.ZUBRITSKI | MNY | | CFL |
| 07/08/04 6748119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | CFL |
| 07/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | CFL |
| 07/19/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | WWW |
| 07/26/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 07/26/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 07/26/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 07/29/04 6750280 | CELEBREX 200MG | 30 | Dr.TAPIA | MNY | | HIY |
| 08/08/04 6749120 | CYCLOBENZAPR 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | CFL |
| 08/21/04 6749119 | VIOXX 25MG | 60 | Dr.COCIOBA | MNY | | WWW |
| 08/25/04 6748043 | LAMISIL 250MG | 30 | Dr.SALAMON | MNY | | HIY |
| 08/25/04 4418522 | HYDROCO/APAP 7.5-75 | 60 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 4418523 | AMBIEN 10MG | 30 | Dr.COCIOBA | MNY | | HIY |
| 08/25/04 6748347 | IMITREX 50MG | 18 | Dr.COCIOBA | MNY | | HIY |
| 08/08/04 6750918 | TOPAMAX 50MG | 60 | Dr.KOSOVICH | MNY | | HIY |
| 08/08/04 6749121 | NEURONTIN 300MG | 90 | Dr.COCIOBA | MNY | | HIY |

25

Patient: SIROJAN, ELENA
RespPty:

1413 YORK AVE APT 4

NEW YORK          NY  10021 3147
Birth:   03/23/1955

Pharmacy:   DUANE READE #188
1467 FIRST AVENUE
NEW YORK          NY  10021
RPh:   WUNG, VICTOR
NCPDP#:   3328677

Prescriptions:                          Dates:   01/01/2004   to   10/02/2006

| Last Fill Written | Rx # Tx # | Drug Name Drug NDC | RPh | DAW Ref/Aut/Rem/# | Qty Days | Price |
|---|---|---|---|---|---|---|
| 05/28/2004 05/28/2004 | 6748865 1315547 | VIOXX 25MG | WWW | TAB 0 0 /0 | 30 30 | 2.00 |
| 05/28/2004 05/28/2004 | 6748869 1315552 | KENALOG-40 40MG/ML | WWW | INJ 0 0 /0 | 5 10 | 2.00 |
| 06/16/2004 06/16/2004 | 6747877 1317984 | CIPROFLOXACN 500MG | HIY | TAB 0 2 /0 | 20 10 | 0.50 |
| 06/19/2004 06/19/2004 | 6748043 1318339 | LAMISIL 250MG | WWW | TAB 0 3 /0 | 30 30 | 2.00 |
| 06/21/2004 06/17/2004 | 6747901 1318501 | VIOXX 25MG | CFL | TAB 0 3 /0 | 30 30 | 2.00 |
| 06/24/2004 06/24/2004 | 4418522 1319081 | HYDROCO/APAP 7.5-75 TAB | WWW | 0 0 /0 | 60 30 | 0.50 |
| 06/24/2004 06/24/2004 | 4418523 1319082 | AMBIEN 10MG | WWW | TAB 0 3 /0 | 30 30 | |
| 06/24/2004 06/24/2004 | 6746347 1319098 | IMITREX 50MG | CFL | TAB 0 3 /0 | 18 6 | 2.00 |
| 06/28/2004 06/16/2004 | 6747877 1319563 | CIPROFLOXACN 500MG | HIY | TAB 0 2 /0 | 20 10 | 0.50 |
| 07/08/2004 07/06/2004 | 6748988 1320638 | EFFEXOR XR 75MG | HIY | CAP 0 1 /0 | 60 30 | |
| 07/08/2004 06/16/2004 | 6747877 1320978 | CIPROFLOXACN 500MG | CFL | TAB 0 2 /0 | 20 10 | |
| 07/08/2004 07/08/2004 | 6749119 1320979 | VIOXX 25MG | CFL | TAB 0 3 /0 | 30 30 | |
| 07/08/2004 07/08/2004 | 6749120 1320982 | CYCLOBENZAPR 10MG | CFL | TAB 0 3 /0 | 30 30 | |
| 07/08/2004 07/08/2004 | 6749121 1320983 | NEURONTIN 300MG | CFL | CAP 0 3 /0 | 90 30 | |
| 07/19/2004 08/19/2004 | 6748043 1322486 | LAMISIL 250MG | WWW | TAB 0 3 /0 | 30 30 | |
| 07/26/2004 06/24/2004 | 4418522 1323237 | HYDROCO/APAP 7.5-75 TAB | HIY | 0 0 /1 | 60 30 | |
| 07/26/2004 06/24/2004 | 4418523 1323238 | AMBIEN 10MG | HIY | TAB 0 3 /0 | 30 30 | |



Patient: CHITELI
STROJAN, ELENA
RespPty:
1413 YORK AVE APT 4
NEW YORK                    NY   10021 3147
Birth:    03/23/1955

Pharmacy:    DUANE READE #188
1467 FIRST AVENUE
NEW YORK                    NY   10021
RPtc    WONG, VICTOR
NCPDP#:    3328677

Dates:    01/01/2004    to    10/02/2006

Prescriptions:

| Last Fill Written | Rx # Tx # | Drug Name Drug NDC | RPh | DAW RefAut Rem/# | Qty Days | Days Physician | Price |
|---|---|---|---|---|---|---|---|
| 07/26/2004 06/24/2004 | 6748347 1322239 | IMITREX 50MG | HIY | TAB 0 3 /0    / 1 | 18 6 | Dr. COCIOBA, SERBAN I. | |
| 07/28/2004 07/28/2004 | 6750299 1323837 | CELEBREX 200MG | HIY | CAP 0 /0    / 0 | 30 30 | Dr. TAPIA, ALBERTO RAMOS | |
| 08/08/2004 07/08/2004 | 6749120 1325176 | CYCLOBENZAPR 10MG | HIY | TAB 0 3 /1    / 1 | 30 30 | Dr. COCIOBA, SERBAN I. | |
| 08/08/2004 07/08/2004 | 6749121 1325177 | NEURONTIN 300MG | HIY | CAP 0 3 /1    / 1 | 90 30 | Dr. COCIOBA, SERBAN I. | |
| 08/08/2004 08/08/2004 | 6750918 1325178 | TOPAMAX 50MG | CFL | TAB 0 3 /0    / 0 | 60 60 | Dr. KOSOVICH, DUSHAN R | |
| 08/21/2004 07/08/2004 | 6749119 1327038 | VIOXX 25MG | WWW | TAB 0 3 /1    / 1 | 60 30 | Dr. COCIOBA, SERBAN I. | |
| 08/21/2004 06/19/2004 | 6748043 1327039 | LAMISIL 250MG | WWW | TAB 0 3 /0    / 2 | 30 30 | Dr. SALAMON, TIBERIU | |
| 08/25/2004 06/24/2004 | 4418522 1327535 | HYDROCO/APAP 7.5-75 TAB | HIY | 0 3 /0    / 2 | 60 30 | Dr. COCIOBA, SERBAN I. | |
| 08/25/2004 06/24/2004 | 4418523 1327536 | AMBIEN 10MG | HIY | TAB 0 3 /0    / 2 | 30 30 | Dr. COCIOBA, SERBAN I. | |
| 08/25/2004 06/24/2004 | 6748347 1327537 | IMITREX 50MG | HIY | TAB 0 3 /0    / 2 | 18 6 | Dr. COCIOBA, SERBAN I. | |
| 09/08/2004 08/08/2004 | 6750918 1328725 | TOPAMAX 50MG | HIY | TAB 0 3 /0    / 1 | 60 60 | Dr. KOSOVICH, DUSHAN R | |
| 09/08/2004 07/08/2004 | 6749121 1328226 | NEURONTIN 300MG | HIY | CAP 0 3 /1    / 2 | 90 30 | Dr. COCIOBA, SERBAN I. | |
| 09/08/2004 07/08/2004 | 6749120 1328227 | CYCLOBENZAPR 10MG | HIY | TAB 0 3 /1    / 2 | 30 30 | Dr. COCIOBA, SERBAN I. | |
| 09/21/2004 07/08/2004 | 6749119 1330817 | VIOXX 25MG | WWW | TAB 0 3 /0    / 2 | 60 30 | Dr. COCIOBA, SERBAN I. | |
| 09/21/2004 06/19/2004 | 6748043 1330818 | LAMISIL 250MG | WWW | TAB 0 3 /0    / 3 | 30 30 | Dr. SALAMON, TIBERIU | |
| 09/25/2004 06/24/2004 | 4418522 1331504 | HYDROCO/APAP 7.5-75 TAB | WWW | 0 3 /0    / 3 | 60 30 | Dr. COCIOBA, SERBAN I. | |
| 09/25/2004 06/24/2004 | 6748347 1331505 | IMITREX 50MG | WWW | TAB 0 3 /0    / 3 | 18 6 | Dr. COCIOBA, SERBAN I. | |

27

# Enrique Ergas, M.D., P.C.

Patient: _Chitoiu, Elena_

12-27-00

**Elena Chitoiu · 12/27/00 · #20116**
Ms. Chitoiu continues with pain in the right knee and low back.  EXAM: The right knee is tender at the patellofemoral joint.  The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 75° at left.  She was instructed to continue physical therapy, Vioxx 25mg OD and Skelaxin 400mg BID and we will check her again in six weeks.  BO:rll

2/7/01  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT  DNKA .

-12/01  c/esh  POSTCARD SENT OUT TO PATIENT TO CALL FOR A NEW APPOINTMENT

3-26-01  ⊃ - Rsch

**Elena Chitou · 3/27/01 · #20116**
Ms. Chitoiu continues with pain in the low back and the right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 75° at left.  The right knee is tender at the patellofemoral joint and the medial joint line.  She was instructed to continue exercises, Celebrex 200mg BID and we will check her again in six weeks.  BO:rll

5-8-01c/wc .

**Elena Chitoiu · 7/17/01 · #20116**
Ms. Chitoiu is progressing better from the low back and the right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75°.  The right knee was tender at the medial joint line and the patellofemoral joint area.  She was instructed to continue exercises, Vioxx 25mg OD and Skelaxin 400mg BID.  We will check her again in six weeks.  BO:rll

28

# Enrique Ergas, M.D., P.C.

Patient: *Chitoiu, Elena*

**Elena Chitoiu - 5/9/00 - #20116**
Ms. Chitoiu continues with pain in the low back and right knee.  Better from the hands.  She complains of pain in the left great toe.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° bilaterally.  The right knee is status post arthroscopic surgery.  There is quadriceps muscle atrophy, and tenderness was noted at the medial and lateral joint lines.  The left great toe was slightly tender at the PIP joint and the MCP joint.  She was instructed to soak the left foot and take Celebrex 200mg po, OD.  To continue physical therapy for the back and knee and we will check her again in six weeks.  BO:rll

**Elena Chitoiu - 6/20/00 - #20116**
Ms. Chitoiu continues with pain in the low back and right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° at right and 75° at left.  The right knee is tender medially and laterally and re is slight swelling and effusion.  She was instructed to continue icing the knee, therapy, Celebrex 200mg po, OD and Skelaxin 400mg po BID.  We will check her again in six weeks.  BO:rll

**Elena Chitiou - 8/1/00 - #20116**
Ms. Chitiou continues with pain in the low back and the right knee.  EXAM: The lumbosacral spine presented with tenderness over the mid-line and paralumbar muscles with limitation of flexion and extension motions.  Straight leg raising test was 75° bilaterally.  The right knee is tender at the patellofemoral joint.  She was instructed to continue physical therapy, exercises, Celebrex 200mg BID, and Skelaxin 400mg BID and we will check her again in six weeks.  BO:rll

9/28/00 (RS)

10 - 5 -00

29

## REPORT FORM

### SERBAN I. COCIOBA M.D.
GENERAL AND INTERNAL MEDICINE

26 EAST 36TH STREET
NEW YORK, NY 10016

TEL: (212) 532-0011
FAX: (212) 532-9899

RE: STRULTAW   ELENA   AGE: _____

DATE: 11.19.04

Dear Dr. TO WHOM IT MAY CONCERN

Thank you for referring your patient. The following is a summary of essential findings.

HISTORY: PATIENT WITH CHRONIC BACK PAIN, LUMBAGO SCIATICA SINCE 1997.

APROXIMATIVE S. 2000 PATIENT

PHYSICAL FINDINGS: WAS STARTED ON VIOXX 25mg BID, THAN 50mg BID. UNTIL SEPTEMBER 2004. WHEN WAS OUT OF MARKET.

DIAGNOSIS: PATIENT DEVELOPED CHEST PAIN, PALPITATION, FATIGUE, DEPRESSION. HAD A STRESS TEST AND MYOCARDIAL

TREATMENT OR DISPOSITION: PERFUSION TEST, SHOWING ISCHEMIC HEART. HER BLOOD PRESSURE IS FLUCTUATING 120/80 - 158/100 POOR CONTROLED MEDICALY.

REMARKS:  ☐ NONE   ☐ MORE COMPLETE LETTER TO FOLLOW

☐
☐ SEE ATTACHED DIAGRAM, X-RAY, ETC.

Signed _____

I BELIEV THAT HER CARDIAC CONDITION MAY BE SECONDARY TO VIOXX. SHE HAD NO PREVIOUS CARDIAC CONDITION. IF NECESSARY CALL OUR CLINIC.

30

DATE                NOTES

CHITOLU   ELENA   02/09/2000

c/o  still has low back pain

R knee pain

ultrasound 1P

electric stimulation 1P

Parametrist blood w/
[illegible] + [illegible]

Flexeril 10 Qh
Vioxx 25 Qd
Tylenol #4 — p.
Motrin 10 Q

Continue medication as they




**A Bright Idea**
When you want high single-agent efficacy... **Prescribe**
Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co.   10/90-C90CA4421T
**SEARLE**   G.D. Searle & Co.
Box 5110, Chicago, IL 60680


**180mg Calan SR** verapamil HCl



CHITOIU ELENA    02/11/2005

c/o still has low back pain

( lumbar area )

— pain ® knee

① ultrasound ↑↑

② electric stimulation ↑↑

[illegible handwritten notes]



**A Bright Idea**
When you want high single-agent efficacy... **Prescribe**

Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990. G D Searle & Co        10/90-C90CA4421T

**SEARLE**   G.D. Searle & Co.
Box 5110, Chicago, IL 60680

**180 mg**
**Calan SR**
(verapamil HCl)



INTERNAL MEDICINE PROGRESS NOTES

Name [illegible] Erma Date of birth

| DATE | NOTES |
| --- | --- |
| 3.8.00 | Back [illegible] |
| | [illegible] |
| | [illegible] |
| | Paravertebral block [illegible] |
| | Marcaine + [illegible] |
| | - Ultrasound |
| | - Electric stimulat[illegible] |
| | [signature] |
| 3.15.00 | Ultrasound 15 |
| | Paravertebral block [illegible] |
| | Marcaine + Decadron |
| | Electric stimula[illegible] 15' |
| | Continue medic- |
| | Flexeril 10 [illegible] |
| | Vioxx 25 [illegible] |
| | Tylenol #3 |
| 3.22.00 | Paravertebral block |
| | US |
| | ES |
| | [illegible] |
| | hot/cold [illegible] |
| | Continue [illegible] [signature] |

A Bright Idea
When you want high single-agent efficacy...Prescribe
Constipation, which is easily managed in most patients, is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990, G.D. Searle & Co 10/90-C90CA4421T
SEARLE G.D. Searle & Co. Box 5110, Chicago, IL 60680
180mg Calan SR (verapamil HCl)
© CliniForms, Inc 1990

23

CHITOCH   SIRNA    Date of birth

| DATE | NOTES |
|------|-------|

2-29-00    Patient back pain
           better

           Continue therapy
               Ultrasound
               Physical therapy
               Ex. ?Treatment

2-5-00    Physical therapy
           Ultrasound
           Electric stim

           Paravertebral site a

               Continue medication

           Continue medication

               Flexeril 10 mg
               Utox 2
               Tylenol #3
               Motrin ES

180

**A Bright Idea**
When you want high single-agent efficacy...**Prescribe**

Constipation, which is easily managed in most patients,
is the most commonly reported side effect of Calan SR.
Please see last pages for complete prescribing information.
© 1990. G.D. Searle & Co.    10/90-C90CA4421Y

**SEARLE**    G.D. Searle & Co.
              Box 5110, Chicago, IL 60680

**180**mg
**Calan SR**
Verapamil HCl

**GEORGE BRIEF, M.D., F.A.C.C.**
176 EAST 77TH STREET
NEW YORK, NY 10021
212-744-1852 • FAX: 212-517-6432
*INTERNAL MEDICINE - CARDIOLOGY*

September 1, 2000

Dr. Serban Cocioba
26 East 36th Street
New York, NY 10016

        Re:   Elena Chitoiu
                Cardiac Evaluation

Dear Serban,

It was very kind of you to refer Mrs.Chitoiu for a cardiac evaluation.

This 45 years old female has a several months history of palpitations.  They occur almost daily and last several minutes.  She feels very anxious.  There are slight headaches.

Denies chest pains, or syncope.

Unbelievably at age 20 she was told of coronary artery disease by a cardiologist in Iasi.  She remains with a cardiac anxiety, since.

Their no significant risk factors.

On physical examination this is a well-developed, well-nourished female, in no acute distress.
BLOOD PRESSURE 124/80; HEART RATE 80 REGULAR; RESPIRATIONS 14.

HEENT:        Normocephalic, EOM's intact, fundis benign.

NECK:        Supple, no venous distensions, carotids equal without bruits, thyroid not enlarged.

CHEST:      Symmetric.

LUNGS:      Clear on percussion and auscultation.

Dr. Serban Cocioba
Re: Elena Chitoiu
September 1, 2000
Page 2


HEART:              PMI 5th intercostal space, mid-clavicular line.
                    S1 S2 physiologically split no murmurs or gallops.

ABDOMEN:            Soft, no masses, no tenderness, and no organomegaly.
                    Bowel sounds were normoactive.

EXTREMITIES:        No clubbing, cyanosis, or edema.
                    Peripheral pulsations were present and equal bilaterally.

A 12 lead electrocardiogram was within normal limits.

24-hour holter monitoring will be performed for better evaluation and detection of
any possible significant arrhythmia.

The patient was reassured.

Definitive therapy depends on the results of the 24-hour holter monitor.

Sincerely yours,


George Brief M.D. F. A. C.C.
GB:mp

36

**BROADWAY CARDIOPULMONARY, P.C.**
William Schwartz, M.D
Farah A. Lajam, M.D.
Alexandra Lansky, M.D.

150 E. 77th Street                    Cardiology                    Tel: (212) 439-6000
New York, NY 10021                                                           Fax: (212) 439-1526

Non-Invasive Cardiac Laboratory

Patient: Strujan, Elena                    Age: 49   Sex: F   Date: 08/24/04

Referring Physician:  Dr. A. Tapia

Clinical Information:

Medication:

**Echocardiogram Report**
**(M-Mode and 2 Dimensional)**

|  | M-Mode Measurements | Patient (CM) | Normal (CM) |
|---|---|---|---|
| Mitral Valve | E-F Slope |  | 7.0 |
|  | Excursion |  | 2.0 |
|  | Internal Diastolic Dimension |  | 3.5 - 5.3 |
|  | Internal Systolic Dimension |  | Variable |
|  | Posterior Wall Thickness |  | 0.6 - 1.1 |
|  | Interventricular Septal (IVS) |  | 0.6 – 1.1 |
|  | Ejection Fraction (E.F.) |  | 50 – 80% |
|  | Pericardial Refusion (P.E.) |  | 0 |
| Right Ventricle |  |  | 0.9 – 2.6 |
| Left Atrium | Dimension | 4.1 | 1.0 – 4.0 |
| Aortic Root | Aortic Dimension |  | 2.0 - 3.7 |
|  | Aortic Cusp Separation |  | 1.5 - 2.6 |

2-D and comments:

Mild LA enlargement.
Normal AV. No AR.
Normal MV. No MR.
Normal LV size and function.
Normal RA/RV size.
No effusion.

Physicians: _____
              William J. Schwartz, M.D.



37

Nov 17 04 06:03p

**HEARTSHEALTH**
205 east 16th street
NYC, NY 10003
Phone 212 529 8686   Fax 212 529 9837

**STRUJAN, ELENA (DOB: 3/23/1955  ID: 1055)**          Nov 16, 2004   Tue 2:18 PM

| | |
|---|---|
| CC | UPPER LEFT CHEST PAINS GOING TO THE NECK AND BACK |
| HPI | 49 YEAR OLD FEMALE REFERRED BY DR. ORIN SEEN ON 9/16/2004 10/15 AND 11/04. SHE COMPLAINS OF SEVERE LEFT UPPER CHEST PAIN RADIATING TO THE NECK AND BACK BROUGHT ON BY EXERTION AND STRESS. THIS HAS BEEN PRESENT SINCE LAST MAY. SHE ALSO CMPLAINS OF EXHAUSTIO AZND 10 LBS WEIGHT LOSS AND NIGHT SWEATS. |
| ROS | WEARS GLASSES HAS HEADACHES BAD TASTE IN MOUTH. CHST PAINS PALPITATIONSSHORTNESS OF BREATH SWELLING OF LEGS. LOS OF APPETI S. NAUSEA AND VOMITING FREQUENT URINATION. MUSCLE PAINS BACK PAINS. MEMK RY LOSS DEPRESSION NERVOUSNESS AND INSOMNIA.SKKN DRIER COLD INTOLERAN CE. |
| PMH | C SECTION |
| | SURGERY RTIGHT KNEE PATELLA. |
| SM | DIVORCED, ONE CHILD AGE 25 |
| | MINIMAL ALCOHOL. NO TOBACCO OR RECREATIONAL DRUGS. |
| FH | FATHER DIED OF HEART DISEASE. MOTHER DIED OF A STROKE. |
| Allergies | NONE |
| Meds | EFFEXOR, |
| | AQMBIENS, |
| | IMETRIEX, |
| | DIAZEPAM, |
| | FOLATE/B12, |
| | ATENOLOL . |
| Vitals | T: 98 F  Wt: 170 Lbs  Ht: 65 in  BP: 120/80  P: 80  RR: 16    BMT: 28.3? |
| PE | ORIENTED X 3 COOPERATIVE.EENT NEG. THYROID NOT ENLARGED NPO CAF OTID BRUIT. LUNGS CLERA TO PBA. HEART RSR NO TH ARRTHMIA. ABDOMEN SOFT NO ORGANOMEGALY.EXTREMETIES NO EDEMA PULSES PALPABLE. NEURO INTA T. NO ADENOPATHY. |
| | |
| A/P | EKG WITHIN NORMAL LIMITS. ECHO SHOWED MILD MR,TR. LEFT ATRIUM WAS DILATED.  ROUTINE LABS WERE UNREMARKABLE. STRES TEST. ECG WITH EXERCISE SHOWED 1-2 MM DOWNWARD DEPRESSION. OF THE ST SEGMENTS. THE NUCLEAR PORPTION SHOWED MODERATE ANTERIOR WALL DEFECT WITH M VIMAL REVERSABILITY. BREAST ATTENUATION COULD NOT BE EXCLUDED. PATIENT HAS DEPRESSION AND ANXIETY AND IS UNDER TREATMENT FOR THIS. BECAUSE OF SEVERLY SEVERE EXERTIONAL SYMPTC KS AND THE STROGLY POSIVE EKG STRESS TEST FURTHER CLARIFICATION OF AN ANGI GRAM IS RECCOMMENDED. |

CONTINUE ON ATENOLOL. ADD 81 MGM ENTERIC COATED ASPIRIN AND SU LINGUAL
NITROGLYCERINE AS INDICATED.

EMANUEL G JOLDBERG, MD
Elect nic Signature

Coded: Not yet coded,
AmazingCharts.com



Bethisrael
Continuum Health Partners Inc.

1 Avenue at 16th Street
New York, NY 10003    ph: (212)420-2806

**Diagnostic Cardiac Catheterization Report**

Chitolu-Strujan, Elena          000002068412
49 year old Female   DOB: 03/23/1955
Date: Feb 8, 2005 9:48 AM    Type of case:

| | |
|---|---|
| Hosp Acct/Case #: 000400214998 | Height 163.36 cm |
| Hosp Room #: | Weight 80 kg |
| Lab room #:  Lab 1 | BSA 1.87 sqm |

| | |
|---|---|
| Cath Attending: | Emanuel Goldberg MD |
| Nurse: | Heather Best-Pilgim RN |
| CVT: | Reynald Dorsainvil CVT |
| Fellow: | Keith Leibowitz MD |
| Referred By: | Emanuel Goldberg MD |

**Indications**
Primary Indications Native Coronary Atherosclerosis

**Procedures**
Entry Site: Right femoral artery
LHC, Coronary Angio, LV Gram

**Condition # 1     Resting**

Pressure and Oxygen Values

| | | | | | dp/dt | HR | Hgb | %Sat. | Cont |
|---|---|---|---|---|---|---|---|---|---|
| LV | (s/ed) | 131 / | 22 / | 55 | 0 | 59 | | | |
| Aorta | (s/d/m) | 123 / | 75 / | 95 | 0 | 57 | | | |
| LV-AO Pullback | (LVs/AOs) | 113 / | 122 / | 0 | 0 | 80 | | | |
| AV (Aortic Valve) | | | | | | | | | |
| AV Peak Gradient | (mmHg) | 6.3 | | | | | | | |

**Complications**
Cath Complications
No complications noted during procedure

**Medication during procedure**
Lidocaine - 2%    9:48:35
Ultravist   110 cc @ 10:15:20

**Conclusion:**
LEFT MAIN OK
LAD WALL IRREGULARITY
CIRCUMFLEX DOMINANT NON OBSTRUCTIVE
RIGHT CORONARY SMALL NON-DOMINANT
LEFT VENTRICLE ESTIMATED EF 55%
NO MITRAL REGURGITATION
NO GRADIENT ON AO PULLBACK
MEDICAL MANAGEMENT

Page: 1            **Diagnostic Cardiac Catheterization Report**        Chitolu-Strujan, Elena
Printed: 02/08/2005 10:3 :09 AM                                          000002068412
electhall.qrp  Dx                    *2021*

MRN: 2068412B  Visit: 400214998  DocType: 749K

Confidential Patient Information - Do Not Redisclose

| BETH ISRAEL HEALTH CARE SYSTEM | BETH ISRAEL HEALTH CARE SYSTEM<br>☐ First Avenue @ 16th Street, New York, NY 10003<br>☐ 10 Union Square East, New York, NY 10003 | 749 |

**ADMITTING INFO**

| ACCOUNT NUMBER | ROOM/BED | ACCOM | ADM TYPE | ADM SOURCE | REF SOURCE | SPEC NEEDS | LANG |
|---|---|---|---|---|---|---|---|
| 400214998 | | | | | OTH | | |

| MEDICAL RECORD NUMBER | ADMIT DATE/TIME | | SCHED OR DATE | REG. AREA/UNIT | ACCD IND |
|---|---|---|---|---|---|
| 300002068412 | 02/08/05  06:00A | | | PAB    PAB2 | I |

| ADMITTING PHYSICIAN/ID | SVC | ADMIT DIAGNOSIS |
|---|---|---|
| GOLDBERG, EMANUEL MD     092262 | MED | ANGINA---/-LEFT HEART CATH |

**PATIENT INFORMATION**

| PATIENT NAME (LAST, FIRST, MI.) | SEX | M/S | RACE | ADVANCE DIRECTIVE | H-NEIGHBOR DATE |
|---|---|---|---|---|---|
| CHITOIU-STRUJAN, ELENA | F | D | W | NDF | |

| PATIENT'S PERMANENT STREET ADDRESS | PHONE: |
|---|---|
| POB 20632              NEW YORK  NY  10021 | 212-861-4565 |

| PATIENT'S TEMPORARY STREET ADDRESS | PHONE: |
|---|---|
| | |

| AGE | DATE OF BIRTH | RELIGION | SS # | MOTHER'S MAIDEN NAME |
|---|---|---|---|---|
| 49 | 03/23/1955 | GR | 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 | |

| PATIENT'S EMPLOYER NAME: |
|---|
| |

| ADDRESS | PHONE: |
|---|---|
| EMERGENCY CONTACT NAME: | RELATION: |

| ADDRESS | PHONE: |
|---|---|
| NEXT OF KIN: | RELATION: |

| ADDRESS | PHONE: |
|---|---|
| SPOUSE NAME: | SS # | DATE OF BIRTH: | EMPLOYED? |

| GUARANTOR NAME: | DATE OF BIRTH: | RELATION: |
|---|---|---|
| CHITOIU, ELENA | 03/23/1955 | OTHER |
| ADDRESS POB 20632    NEW YORK  NY 10021  PHONE: | | 212-861-4565 |

| GUARANTOR EMPLOYER NAME: |
|---|
| |

| ADDRESS | PHONE: |
|---|---|
| | |

**INSURANCE INFORMATION**

| F/C | PLAN # | EFFECTIVE DATES: | AUTH/CERT #: |
|---|---|---|---|
| KKP | | | |

| POLICY # | GROUP # | POLICYHOLDER: | REL: |
|---|---|---|---|
| RY83718U | | ELENA CHITOIU-STRUJAN | SELF |

| INSURANCE NAME: |
|---|
| CAREPLUS PCP |
| ADDRESS PO BOX 759        GARDENDALE AL 35071  PHONE: |

| F/C | PLAN # | EFFECTIVE DATES: | AUTH/CERT #: |
|---|---|---|---|
| NO1 | | | |

| POLICY # | GROUP # | POLICYHOLDER: | REL: |
|---|---|---|---|
| RY83718U | | ELENA CHITOIU-STRUJAN | SELF |

| INSURANCE NAME: |
|---|
| MEDICAID |
| ADDRESS                              PHONE: |

| F/C | PLAN # | EFFECTIVE DATES: | AUTH/CERT #: |
|---|---|---|---|
| SF1 | | | |

| POLICY # | GROUP # | POLICYHOLDER: | REL: |
|---|---|---|---|
| | | CHITOIU-STRUJAN, ELENA | SELF |

| INSURANCE NAME: |
|---|
| SELF PAY |
| ADDRESS                              PHONE: |

| COMMENTS: | REG ID: |
|---|---|
| | 9698BZ |

PATIENT COPY

BIMC 3-1 (11/98)

MRN: 2068412B  Visit: 400214998  DocType: 222                                    Confidential Patient Information - Do Not Rediscloes

BETH ISRAEL MEDICAL CENTER

**NURSING DISCHARGE SUMMARY**



222

```
CHITOIU-STRUJAN, ELENKOF   P
SER  400214998 F   49   KKP
MR 300002068412 DOB 03/23/1955
MED    PAB    PAB2
AHB DATE  02/08/05
GOLDBERG, EMANUEL MD              3L8
```

Patient Condition at Time of Discharge

BP: 103/65  Pulse: 63  Resp: 20  Temp: _____

Review of Systems:*

Neurological  A+A+0X3

Cardiovascular  0 c/o chest pain

Respiratory  Even unlabored

Gastrointestinal  soft non distended

Genitourinary  Voiding freely

Extremities  Moves extremities freely

Skin  Warm to touch

Incision/Wound _____  Type of Drainage _____  ☑ None

*In case of acute change in patient condition from expected discharge condition, notify physician.

Name of physician notified: _____  No acute change _____

Discharge to:

☐ Home

☐ SNF

☐ HRF

☐ TCF

☐ CCF

☐ Other _____

Transportation:

☑ Independent

☐ Ambulance

☐ Ambulette

Accompanied by: X Spouse

Date 2/08/07

Time 1:25

If other than Home,

name of facility:

_____

PRI: ☐ Yes  ☐ Not needed

Transfer Summary: ☐ Yes ☐ Not needed

Mode:

☐ Ambulatory

☐ Wheelchair

☐ Stretcher

Valuables given: ☐ Yes  To _____

☐ no

☐ none

J. Carole RN

Signature of Nurse          Title

BMC 27-313 (1/04)

222

MRN: 2068412B Visit: 400214998 DocType: 229   Confidential Patient Information - Do Not Redisclose

# BETH ISRAEL MEDICAL CENTER

229

## NURSING DISCHARGE INSTRUCTIONS
### Cardiac Catheterization

1. MEDICATIONS_____ None_____

| Drug Name | Dose | How Often | Time Next Dose | Special Instructions |
|---|---|---|---|---|
| | | | | |

Prescriptions given: ☐ Yes ☐ No

2. Diet to be followed: *Resume previous diet*   Instruction given: ☐ Yes ☐ No

Copy of diet: ☐ Yes ☐ No

3. Copy of Food/Drug interaction handout given ☐ Yes, ☐ N/A

4. Follow up Appointment:  DATE_____ TIME_____ p.m./a.m.

☐ None    Where *Call for Follow-up* With whom_____

5. Activity Limitations: *Bed rest tonight/ May go to the Bathroom*

☐ None    *Light activities for 2 days.*

6. Agency referral(s):

### INSTRUCTIONS

1. Notify your doctor or go to the emergency room for any of the following: weakness, dizziness, difficulty breathing, any feeling of tingling sensation in your arms or legs, chest pain or palpitation, or redness, swelling, pain and bleeding at the puncture site. *Apply pressure to right groin, call 911, Go to the nearest Emergency room*

2. NO strenuous activity, heavy lifting, or bending for 3 days.

3. You can take a shower 24 hours after the procedure.

4. Apply pressure to the puncture site when sneezing, coughing or laughing.

5. Apply more weight-bearing on the unaffected leg when climbing stairs.

REST IN BETWEEN

6. If you have any questions, call your doctor.

Patient/Family verbalized/demonstrated understanding ☐ Yes ☐ No

Comments: *May take a shower 24 hrs after the procedure Keep groin dry + clean*

Signature of Patient/Family

BIMC 27-352 (12/95)

Signature of Nurse   Date

WHITE - Chart Copy   YELLOW - Patient Copy

Printed by PMRATH        Page 3        Job # 9157012 at 08/28/06 16:10

Feb 08 05 09:32a                                                    p.3


Emanuel Goldberg, M.D.                    RE: Strujan, Elena
Patient #: 41216                          Procedure Date: 10/15/2004

### EXERCISE STRESS TEST REPORT

**CARDIOVASCULAR MEDICATIONS TAKEN TODAY:**

| | | |
|---|---|---|
| ☐ None | ☐ Calcium antagonist | ☐ Diuretic |
| ☐ Beta blocker | ☐ ACE inhibitor | ☒ Other Effexor |
| ☐ A2 blocker | ☐ Nitrate | ☐ Unknown |

**BASELINE DATA**
ECG: Normal sinus rhythm; normal ECG
Heart Rate (BPM): 67
Blood pressure (mmHg): 120/80

**STRESS DATA**
Stress Protocol: Bruce
Stress Duration (min): 08:14
Maximal Stage: III
Peak Workload (METS): 10.1
Peak Heart Rate (BPM): 128
Peak BP (mmHg): 140/80
ST Changes: Depression, 1 to 2 mm beyond baseline
Arrhythmias: None
Symptoms: Fatigue
Reason for Termination: Fatigue

**CONCLUSIONS**

1. Submaximal stress test to a heart rate of 128 bpm or 74% of predicted maximum for age.
2. Typical anginal symptoms did not occur.
3. The electrocardiographic response was positive for inducible ischemia.
4. The blood pressure response to exercise was appropriate.
5. The patient's functional capacity was decreased.
6. A Persantine protocol was initiated


Thomas Elmquist, M.D., F.A.C.C.            K. Peter Rentrop, M.D.

Technician: Hanifa Saiti

# Lenox Hill Hospital
**EMERGENCY SERVICE**

ER No. 1092434

| DATE 5/19/06 | TIME 10:15 | NAME OF PATIENT STEPH JAN ELENA | EXAMINED BY: Greme | TIME 11:30pm |
|---|---|---|---|---|

**HISTORY**

CHIEF COMPLAINT: Chest pain / 2 hrs     ALLERGIES: NKDA

**HPI:** Location  Quality  Timing  Modifying Factors  Severity  Duration  Context  Associating Signs & Symptoms

51 Y.O. F p/w left chest pain radiating to shoulder patient stated to
have pain while sitting 8/10 severity. No relief with nitro pt took
associated c SOB, diaphoresis, Hx angina nitro patch 2 Tues ...
patient noticed palpitation, lightheadedness, dizziness
? vision during the day. Nausea EMS gave ASA nitrospray pt painfree now
Cardiac: Schwartz

**PMH:** ☐NONE ☐DM ☑HTN ☑CAD ☐CANCER ☐STROKE ☑HYPERCHOLESTEROLEMIA ☐ASTHMA

☐SURGERY                    ☐OTHER Cardiac cath '05, PTSD   LMP:

**FAMILY HX:** ☐NA ☐DM ☐HTN ☐CAD ☐CANCER ☐OTHER

**SOCIAL HX:** SMOKING: ☑NO ☐YES, PACK ___ YRS ☐QUIT ___ YR  ALCOHOL USE: ☑NO ☐YES

DRUG USE: ☑NO ☐YES          ☐REVIEWED ACR  ☐REVIEWED OLD CHART

**REVIEW OF SYSTEMS - (Circle Abnormalities)**

| NEG | | NEG | |
|---|---|---|---|
| ✓ | 1. CONSTITUTIONAL: Fever Chills Wt Loss Pain Sweats | ✓ | 8. MSK: Muscle Pain Joint Pains Trauma Deformity |
| ✓ | 2. EYES  Acuity Changes Glasses Contacts Discharge | ✓ | 9. SKIN  Laceration Rash Lesions Itching Discoloration |
| ✓ | 3. ENT  Hearing Loss Sore Throat Discharge Ear Pain | | 10. NEURO: (HA) (Dizziness) Seizure Focal Weakness |
| | 4. CVS: (Chest Pain) Palpitations | | 11. PSYCH: (Depression) Anxiety Agitation |
| | 5. RESP: (SOB) Cough Sputum Asthma | | 12. ENDO: Polyuria Polydipsia |
| | 6. GI: (Nausea) Vomiting Diarrhea Pain | ✓ | 13. HEMA: Adenopathy Bruising Bleeding Disorder |
| ✓ | 7. GU: Retention Dysuria Frequency Urgency Hematuria | ✓ | 14. OB/GYN: Vag Bleeding Vag Discharge Pelvic Pain |

**PHYSICAL EXAMINATION**

☐ Nursing Assessment Reviewed  BP 104/68 P 62  R 20  T 972  O2 SAT

(detailed exam checkboxes)

MEDICAL RECORD

# Lenox Hill Hospital
EMERGENCY SERVICE

ER No. 1098688

| DATE 14/04 | TIME 1401 | NAME OF PATIENT STENJAN, ELENA. | EXAMINED BY: George | TIME 1450 |

## HISTORY

**CHIEF COMPLAINT:** Neus Bload test bu Rd poisoning     **ALLERGIES:** NKDA

**HPI:** Location   Quality   Timing   Modifying Factors   Severity   Duration   Context   Associating Signs & Symptoms

51 y.o F w/ Hx Depression, HTN had for poison food and headre
Murinelli Smelly vomiting nous - ⊕ Wichy dicahn in smelly (5). Andy eleve
GIBN, w/ dizziness, should flash pain. Believe stove leaky. gas → smell. Denies
any syphial curing except HTN. Her chase chest pain. w/ ⊕ Canchice w/u
in past
neds → Imitrex, Effexor, Nervasc, Ablilly, ASA

**PMH:** ☐ NONE ☐ DM ☑ HTN ☐ CAD ☐ CANCER ☐ STROKE ☐ HYPERCHOLESTEROLEMIA ☐ ASTHMA

☐ SURGERY ___ Depression PTSD migrai ☑ OTHER ___ cardiac CVE - 3 yung   LMP:
2005

**FAMILY HX:** ☐ NA ☐ DM ☐ HTN ☐ CAD ☐ CANCER ☐ OTHER ___

**SOCIAL HX:** SMOKING: ☑ NO ☐ YES   PACK ___ YRS ☐ QUIT ___ YR   ALCOHOL USE: ☑ NO ☐ YES

DRUG USE: ☑ NO ☐ YES ___ (very clen ___  ☐ REVIEWED ACR ☐ REVIEWED OLD CHART

| NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) | NEG | REVIEW OF SYSTEMS - (Circle Abnormalities) |
|---|---|---|---|
| | 1. CONSTITUTIONAL: Fever  Chills  Wt Loss  Pain  Sweats | | 8. MSK: Muscle Pain  Joint Pains  Trauma  Deformity |
| | 2. EYES: Acuity Changes  Glasses  Contacts  Discharge | | 9. SKIN: Laceration  Rash  Lesions  Itching  Discoloration |
| | 3. ENT: Hearing Loss  Sore Throat  Discharge  Ear Pain | | 10. NEURO: (HA)  Dizziness  Seizure  Focal Weakness |
| | 4. CVS: Chest Pain  Palpitations | | 11. PSYCH: (Depression)  Anxiety  Agitation |
| | 5. RESP: SOB  Cough  Sputum  Asthma | | 12. ENDO: Polyuria  Polydipsia |
| | 6. GI: Nausea  Vomiting  Diarrhea  Pain | | 13. HEMA: Adenopathy  Bruising  Bleeding Disorder |
| | 7. GU: Retention  Dysuria  Frequency  Urgency  Hematuria | | 14. OB/GYN: Vag Bleeding  Vag Discharge  Pelvic Pain |

## PHYSICAL EXAMINATION

☐ Nursing Assessment Reviewed   BP 137   P 71   R 20   T 97.7   O2 SAT

**GENERAL**
☑ Alert
☐ NAD
☐ Unresponsive
☐ Lethargic
☐ AOB
☐ NA / ☐ Other ___

**HEENT**
☑ nl
☑ No evidence of Trauma
☐ Scleral Icterus
☐ Tonsillar - Enlargement/Erythema
☐ Tonsillar Exudate
☐ Pharyngeal Erythema
☐ Mass

EAR EXAM
☐ nl   R / L
☐ Abnormal TM   R / L
☐ Otitis Media   R / L
☐ Otitis Externa   R / L
☐ Hemotympanum
☐ NA / ☐ Other ___

**NECK**
☑ nl
☐ Supple
☐ Trachea Midline
☐ No Carotid Bruit
☑ No Mass
☐ Lymphadenopathy
☐ Nuchal Rigidity
☐ Carotid Bruit   R / L
☐ Thyromegaly
☐ NA / ☐ Other ___

**BACK**
☑ No CVA Tenderness
☑ No Tenderness
☐ CVA Tenderness   R / L
☐ Tenderness
☐ NA / ☐ Other ___

**RESPIRATORY**
☑ No Resp. distress
☑ No Retractions
☐ nl Breath Sounds
☐ No Stridor
☐ NA / ☐ Other
☐ Wheezes   R / L
☐ Rales   R / L
☐ Absent   R / L
☐ Stridor

**CVS**
☑ No JVD
☑ Regular Rate
☐ nl Heart Sounds
☐ NA / ☐ Other ___
☐ JVD
☐ Irregular Rate
☐ Tachycardia / Bradycardia
☐ Murmur ___ / 6 Sys / Dias

**ABDOMEN**
☑ nl BS
☑ Soft
☑ Nontender
☑ No Organomegaly
☑ No Masses
☐ NA / ☐ Other ___
☐ Abn BS
☐ Absent / Increase / Decreased
☐ Tenderness
☐ Rebound
☐ Guarding
☐ Pulsatile Mass

**NEURO**
☑ Oriented X 3
☑ nl Cranial Nerves
☑ No Motor Deficits
☑ No Sensory Deficit
☑ nl Cerebellar
☐ nl Reflexes
☐ NA / ☐ Other ___
☐ Disoriented /Confused/Aphasic
☐ Facial Droop
☐ Weakness
☐ R / LUE   ☐ R / LLE
☐ Sensory Loss
☐ Abnormal
☐ Gait  ☐ Romberg Test
☐ Finger / nose

**RECTAL**
☐ Non-Tender
☐ Heme Neg.
☐ No Mass
☐ NA / ☐ Other ___
☐ Tenderness
☐ Heme. Pos.
☐ Mass

**EXTREMITIES**
Area of Injury ___
☑ nl ROM
☑ No Evidence of Trauma
☐ Decrease ROM
☐ Tenderness

☑ Equal Pulses
☑ No Pedal Edema
☐ Unequal Pulses
☐ Pedal Edema
☐ NA / ☐ Other ___

**SKIN**
☐ Color nl
☐ No Rash
☐ Cyanosis / Pallor
☐ Skin Rash
☐ NA / ☐ Other ___

**GU**
☐ nl Inspection
☐ No Tenderness
☐ Discharge / Blood
☐ Tenderness
☐ Mass /Swelling
☐ NA / ☐ Other ___

**PELVIC**
☐ nl Inspection
☐ nl Speculum Exam
☐ nl Bimanual Exam
☐ Vag Bleeding / Discharge
☐ Cerv. Motion Tenderness
☐ Adnexal Tenderness   R / L
☐ Adnexal Mass   R / L
☐ NA / ☐ Other ___

**Lenox Hill Hospital**

## EMERGENCY DEPARTMENT NURSING DOCUMENTATION

**TRIAGE**

Admission Date: 9/19/06   Time: 1015P   ER No. 1092434

Name: STRUJAN ELENA   Age: 51   Gender: ☐M ☒F   DOB: 3/23/55   SS# 125 82 6592

Primary Physician: ____   Primary Language: ____   Interpreter: ____

Mode of Arrival: ☐Walk ☐W/C ☐Carried ☒EMS   Accompanied By: ____

**Presenting Complaint:** ⊙ sided chest pain   Initial ESI 1 ②3 4 5 @ ____ hrs.

**TRIAGE DISPOSITION:** ☐Waiting Room ☐Fast Track ☐Room

Vital Signs: T 97.2 P 61 R 20 BP 109/92 Sat  RA / O2 @ ____ L/Min

Pain Scale: 6 /10   Wt. ____ lbs ____ kgs

HPI: Struml 8 40 PM while sitting ⊙ SOB ⊙ + palta ...

Past Medical Surgical History: Angina, PTSD, HTN,

ALLERGIES/REACTIONS: NKDA

IMMUNIZATIONS

Present Medications: Nitropatch, Norvasc, Tricor, Lunesta, vitamins, ASA

**CNS**
Eyes Open: ☒Spontaneously   Best Motor Response   Best Verbal Response   GCS = ____

1 2 3 4 5 6 7 8 9

Behavior: ☐Cooperative ...

Unit Measure: 1 mcg 2 mg 3 meq 4 mg 5 unit 6 ml 7 mcg/min 8 gtt/min 9 mg/min 10 LPM 11 ml/hr 12 joules 13 mcg/kg/min 14 units/hr 15 Inch

Route: IV IM ETT RECtal IO SQ NEB INHaled SL PO AUTo TRAnsdermal

1810502

## VITALS

| Time | Staff # | Systolic B/P | Diastolic | Pulse | Respiration | SPO2 | CO2 | Blood Sugar | Pain (0-10) | Temperature |
|---|---|---|---|---|---|---|---|---|---|---|
| 2127 | 2 | 160 | 90 | 62 | 20 | | | | 8 | |
| 2145 | 2 | 130 | 80 | 70 | 18 | | | | 5 | |
| 2207 | 1 | 129 | 68 | 62 | 18 | | | | 6 | 97.2 |
| 2202 | 2 | 100 | 80 | | 18 | | | | | |

## FLOW CHART

| Treatment / Medication | Time | Staff # | Treat. Code | Med. Code | Dose | Unit | Route | Attempt | Cond | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| ALS Assessment | | 2 | 110 | | | | | | | |
| O2 via NRB | 2137 | 2 | 116 | | 10 | 10 | INH | | | |
| Cardiac Monitor | 2133 | 2 | 181 | | | | | | | |
| 12 Lead | 2133 | 2 | 121 | | | | | | | |
| NTG Spray | 2134 | 2 | 137 | 341 | 0.4 | 2 | SL | | | |
| ASA | 2135 | 2 | 137 | 208 | 162 | 2 | PO | | | |
| IV Lock | 2134 | 1 | 142 | | 10 | 6 | IV | | | |
| 12 Lead | 2153 | 2 | 181 | | | | | | | |

Narrative History: Key Words: (Onset, Provokes, Quality, Radiates, Severity, Position, Changes En Route, Medications, Other Vital Signs)

Illness / Injury Onset Date: 07/17/06

Medical need (Must be supported in documentation): ☒ Medically Necessary ☐ Bed Confined ☒ Required Stretcher ☐ Unconscious ☒ Severe Pain ☐ Needed Restraining ☐ Visible Bleeding ☐ Non-Ambulatory

PMH: ☐ Asthma ☐ Amputee ☐ Chronic Renal Failure ☐ Chronic Respiratory Failure ☐ Cancer ☒ Cardiac ☐ CVA / Stroke ☐ Diabetes ☐ Dialysis ☐ Emphysema ☐ HIV / AIDS ☒ Hypertension ☐ Psychiatric Problems ☐ Seizure Disorder ☐ Substance Abuse ☐ Tracheostomy ☐ Tuberculosis ☐ Other

Allergies ☒ No — H/o Angina, Cardiac Cath 1/05, C-Section, PTSD,

Medication: NORVASC, NTG SL & PATCH, EFFEXOR, LIDOSTAT, ASA, VITS

## NARRATIVE HISTORY

CALL TYPE - CARDIAC. FDNY CFR-D ENG CO 44 assigned [illegible] found 51 y/o w/f [illegible] pt. [illegible] FDNY [illegible] pt. c/o [illegible] 5-7/10 non-radiating sharp/knife-like [illegible] SOB, [illegible] dizziness, [illegible] onset ≤ 50 min [illegible] NTG [illegible] 1 [illegible] pt. [illegible] TVP [illegible] soft, [illegible] STE PCR, [illegible] ED [illegible]

IMP: ACS R/O ANGINA [illegible] vs. AMI

Moved to Ambulance By: ☒ Chair ☒ Stretcher ☐ Scoop Stretcher ☐ Carried ☐ Walked with Assist ☐ Met at Ambulance

Transport Position: ☐ Supine ☐ Sitting ☐ Shock ☐ Prone ☒ Semi/Full Fowlers ☐ Left Lateral Recumbent

Medication / Treatment Authorization: ☒ Protocol ☐ On-Line ☐ Written Orders ☐ NA ☐ On-Scene

On-Line Physician / On-Line Med. Facility

| Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code | Qty | Supply Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |

ADDITIONAL NOTES AND PROCEDURES

9/20/06 0010. Attend
[illegible]
Recently [illegible] to Dr William Schwartz (cardiol).

Pt reports today's pain [illegible] – worse on inspiration but dropped on expiration.

6:15 am – Pt stable [illegible]
plan: f/u to PMD / Cardiol.

X-RAYS: CXR (2) – neg.

EKG: NSR @ 58 – WNL. 2335
[illegible] 2133 NSR @ 74

| Results | | | | | | |
|---|---|---|---|---|---|---|
| WBC | 9.5 | #1 | CPK | 128 | Urine Icon | |
| HgB | 10.6 | | CPK-MB | 5 | U/A WBC | |
| HCT | 30.6 | | MB% | 4 | RBC | |
| PLT | | | Trop I | 0.0 | BI | |
| | | | | | Leuk esterase | |
| Na | 138 | #2 | CPK | 117 | Nitrate | |
| k | 4.0 | | CPK-MB | 4 | PT | |
| C1 | 106 | | MB% | 3 | INR | |
| Co2 | 24 | | Trop I | 0.0 | PTT | |
| Bun | 15 | | | | Amylase | |
| CR | 0.7 | | | | Lipase | |
| Glu | 92 | ABG | | | | |
| Cal | 9.4 | PH ___ | CO2 ___ | O2 ___ | O2 SAT ___ | |
| Mg | 2.0 | PH ___ | CO2 ___ | O2 ___ | O2 SAT ___ | |

DISCHARGE PLANNING

SOCIAL WORK ☐ NOT INDICATED. REASON:

CASE MANAGER ☐ NOT INDICATED. REASON:

| PMD NOTIFICATION | TIME |
|---|---|
| ☐ PMD NAME & NO. [illegible] | |
| ☐ LEFT MSG / PAGED | |
| ☐ SPOKE TO MD | |

| CONSULTANT | TIME |
|---|---|
| NAME: | |
| SERVICE: | |

☒ I performed a history and physical examination of the patient and discussed his management with the PA / resident.
I reviewed the PA / resident's notes and agree with the documented findings and plan of care.

PA / NP SIGNATURE

ER ATTENDING SIGNATURE [signature]
Clark Haber, M.D.

ENDORSED TO:

DIAGNOSTIC IMPRESSION: Stable Angina.

CONDITION OF PATIENT ON DISCHARGE/TRANSFER: ☒ STABLE ☐ OTHER

☐ DISCHARGE INSTRUCTION FOR ______ WERE REVIEWED WITH PATIENT AND PATIENT UNDERSTANDS

TREATMENT RECOMMENDED/PRESCRIBED:

**REFUSAL OF TREATMENT/LEAVING HOSPITAL AGAINST MEDICAL ADVICE**

I CERTIFY THAT I AM REFUSING MEDICAL TREATMENT ORDERED BY THE PHYSICIANS AND STAFF OF LENOX HILL HOSPITAL AND I AM VOLUNTARILY LEAVING THE HOSPITAL AGAINST THEIR ADVICE AND RECOMMENDATION. I ACKNOWLEDGE THAT THE PHYSICIANS AND STAFF HAVE COMPLETELY INFORMED ME OF THE RISKS AND POSSIBLE MEDICAL CONSEQUENCES OF MY ACTION. I ACCEPT ALL RESPONSIBILITY FOR ANY INJURIES, DAMAGES, OR ADVERSE RESULTS, INCLUDING DETERIORATION OF MY PHYSICAL CONDITION, WHICH I MAY SUFFER BECAUSE OF MY REFUSAL OF TREATMENT.

SIGNATURE OF PATIENT OR OTHER PERSON AUTHORIZED TO SIGN | WITNESS | DATE

**PATIENT SIGNATURE:** I UNDERSTAND THAT I HAVE RECEIVED EMERGENCY TREATMENT ONLY AND THAT OTHER MEDICAL CARE MAY BE NECESSARY. I ACKNOWLEDGE RECEIPT OF THE EMERGENCY SERVICE PATIENT INFORMATION SHEET AND THE SPECIAL CARE INSTRUCTION SHEET NOTED ABOVE.

X [signature]

DISPOSITION

TREATED & RELEASED: REFERRAL ☐ WCC ☐ PHS ☒ PMD ☐ ER FOLLOW-UP ☐ CLINIC Dr Chris [illegible] Schwartz ☐ DATE:

☐ ADMITTED TO: ☐ PMD : TIME NOTIFIED

WALKOUT: ☐ EXAM ☐ NO EXAM

☐ AMA ☐ D.I.E. ☐ M.E. #

☐ TRANSFERRED ACCEPTED BY:

DISCHARGED BY [signature] DATE 9/20/06 TIME 6[illegible]

## BROADWAY CARDIOPULMONARI, P.C.

### William Schwartz, M.D.
### Farah A. Lajam, M.D.
### Zaza Aivazi, M.D.

150 E. 77TH STREET                                    TEL: (212) 439-6000
NEW YORK, NY 10021                                    FAX: (212) 439-1526

### STRESS TEST REPORT

NAME: Strujan, Elena               AGE: 53  SEX: F  DATE  07/17/08

REFERRING PHYSICIAN: Dr. Z. Aivazi        IN-PATIENT___OUT-PATIENT___

REASON FOR TEST:

MEDICATION (S)

PREDICTED AGE ADJUSTED MAX. HEART RATE: 100%     90%     85%

| Stage | MPH: | Gradient | Time (min) | Heart Rate | Blood Pressure |
|-------|------|----------|------------|------------|----------------|
| 1 | 1.7 | 10 | 1-3 | 109 | 160/80 |
| 2 | 2.5 | 12 | 4-6 | | |
| 3 | 3.4 | 14 | 7-9 | | |
| 4 | 4.2 | 16 | 10-12 | | |
| 5 | 5.0 | 18 | 13-15 | | |

### RECOVERY PHASE

TIME (MIN.)    IMMEDIATE      1.  2.        3.       4.      5.      6.      7.
HR

BP

### IMPRESSION:

1. The patient achieved a peak heart rate of 109 which is N/A% of the maximum predicted heart Rate at 3:00 min. of stage 1 of the Bruce protocol, stopping because of chest pain, dyspnea, anxiety.

2. The BP responses were appropriate.
3. The EKG's; No changes.

IMPRESSION:  NON-DIAGNOSTIC STRESS TEST, PATIENT UNABLE TO PERFORM TEST. CONSIDER OTHER DIAGNOSTIC MODALITIES.





BROADWAY CARDIOPULMONARY, P.C.
WILLIAM J. SCHWARTZ, M.D.
FARAH ATALLAH LAJAM, M.D.
Zaza Aivazi, M.D.
David Mackinnon, M.D.
CARDIOLOGY

150 E. 77TH STREET
NEW YORK, NY 10021

TEL: (212) 439-6000
FAX: (212) 439-1526

NON-INVASIVE CARDIAC LABORATORY

PATIENT: Strujan, Elena                AGE: 53  SEX: F    DATE: 07/17/2008

REFERRING PHYSICIAN: Dr. Z. Aivazi

CLINICAL INFORMATION:

Medications:

### ECHOCARDIOGRAM REPORT
### (M-MODE AND 2-DIMENSIONAL)

|  | M-Mode Measurements | Patient (CM) | Normal (CM) |
|---|---|---|---|
| Mitral Valve | E-F Slope |  | 7.0 |
|  | Excursion |  | 2.0 |
|  | Internal Diastolic Dimension | 57 | 3.5-5.3 |
|  | Internal Systolic Dimension |  | Variable |
|  | Posterior Wall Thickness | 0.9 | 0.6-1.1 |
|  | Interventricular Septal (IVS) | 1.0 | 0.6-1.1 |
|  | Ejection Fraction (E.F.) | 60-65% | 50-80% |
|  | Pericardial Effusion (P.E.) |  | 0 |
| Right Ventricle |  |  | 0.9-2.6 |
| Left Atrium | Dimension | 4.5 | 1.0-4.0 |
| Aortic Root | Aortic Dimension | 2.7 | 2.0-3.7 |
|  | Aortic Cusp Separation | 1.9 | 1.5-2.6 |

**2-D and Comments:**
Technically difficult study
1. LA enlargement.
2. Normal LV size and systolic function. Normal segmental wall motion.
3. Normal Aortic valve opening.
4. Mild MR.
5. Mild TR. PA pressure ~30-35mmHg.
6. No pericardial effusion.

Physician: Zaza Aivazi, M.D.





**HEALTH WISE PHARMACY, Inc.**
DEA #
BH 3220186
1494 YORK AVE.    NEW YORK, N.Y. 10021
(212) 472-5600    FREE DELIVERY

STRUIJAN, ELENA    NORVASC    5MG

Follow directions do not stop without Dr approval
cause dizziness
If dizziness occurs, drive with caution
Check with Dr. before taking any other medicine
May cause headache, Consult Dr if severe
Promptly report unusual symptoms/effects to Dr

RX#634...    ...05/06
DR. RAMOS-TAIA, ALBERTO
QTY:100
AM'T DUE:    $1.00

*Elena Faw* (signature)

---

**HEALTH WISE PHARMACY, Inc.**
DEA #
BH 3220186
1494 YORK AVE.    NEW YORK, N.Y. 10021
(212) 472-5600    FREE DELIVERY

STRUIJAN, ELENA    EFFEXOR XR    50MG

Follow directions do not stop without Dr approval
May cause drowsiness
Use caution when driving or operating machinery
May cause dry mouth
Check with Dr before taking any other medicine

RX#631136R    10/05/06
DR. PROGOVICH, OLEKMAN
QTY:100    AM'T DUE:    $0.00

---

**HEALTH WISE PHARMACY, Inc.**
DEA #
BH 3220186
1494 YORK AVE.    NEW YORK, N.Y. 10021
(212) 472-5600    FREE DELIVERY

STRUIJAN, ELENA    ATENOLOL    25MG

Follow any special diet instructions very closely
Do not suddenly stop drug without Dr's instruction
May cause drowsiness/dizziness, Drive with caution
Notify your Dr if you intend to become pregnant
Check with Dr. before taking any other medicine
Promptly report unusual symptoms/effects to Dr
Inform Dr/Dentist prior to any type of surgery.

RX#634131    10/10/06
DR. RAMOS-TAIA, ALBERTO
QTY:60    AM'T DUE:    $1.00

---

**HEALTH WISE PHARMACY, Inc.**
DEA #
BH 3220186
1494 YORK AVE.    NEW YORK, N.Y. 10021
(212) 472-5600    FREE DELIVERY

STRUIJAN, ELENA    LUNESTA    3MG

Do not suddenly stop drug without consulting Doctor
Do not exceed recommended dosage
Follow directions very carefully
To cause drowsiness do not mix with alcohol
May cause drowsiness/dizziness, drive with caution
May cause dry mouth

RX#6314... R
DR. PROGOVICH, OLEKMAN
QTY:100    AM'T DUE:    $0.00

---

**HEALTH WISE PHARMACY, Inc.**
DEA #
BH 3220186
1494 YORK AVE.    NEW YORK, N.Y. 10021
(212) 472-5600    FREE DELIVERY
RX#634130R    10/10/06 11/05/06

STRUIJAN, ELENA
1415 YORK AVE 6A    NEW YORK NEW YORK 1
AS DIRECTED AS NEEDED
UNDER TONGUE

100 NITROGLYCERIN    0.4MG    SUB MM
DR. RAMOS-TAIA,    NO REFILL RPH:DV GLENN

10/27/06
AM'T DUE:    $1.00

---

ISOSORBIDE MONON 30MG

Follow directions do not stop without Dr approval
Take with full glass of water
May cause dizziness, use care and hazardous activity
May cause dizziness, Consult Dr if severe
Promptly report unusual symptoms/effects to Dr

10/2../06
AM'T DUE:    $1.00

STRUIJAN, ELENA

RX#62489451
DR. ROGOVICH,
QTY:30

51

W-2 WAGE AND TAX STATEMENT
DEPT. OF THE TREASURY - IRS  OMB NO. 1545-0008
THIS INFORMATION IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE

| B) EMPLOYER IDENTIFICATION NO. 13-6400434 | 1 WAGES & OTHER COMPENSATION 2824.75 | 2 FEDERAL INCOME TAX WITHHELD |
|---|---|---|
| C) EMPLOYER'S NAME, ADDRESS AND ZIP CODE City of New York One Centre St.,Rm 200N New York, NY 10007 | 3 SOCIAL SECURITY WAGES 2824.75 | 4 SOCIAL SECURITY TAX WITHHELD 175.13 |
| | 5 MEDICARE WAGES 2824.75 | 6 MEDICARE TAX WITHHELD 40.96 |
| D) CONTROL NUMBER 746 0801982 | 9 ADVANCE EIC PAYMENT | 10 DEPENDENT CARE BENEFITS |

E) EMPLOYEE'S FIRST NAME AND INITIAL: ELENA  LAST NAME: STRUJAN  SUFF.

11 NONQUALIFIED PLANS

12 SEE INSTRUCTIONS FOR BOX 12

P.O.BOX 20632
NEW YORK NY 10021-0072

| 12A | |
| 12B | |
| 12C | |
| 12D | |

13 ☐ STATUTORY EMPLOYEE
☒ RETIREMENT PLAN
☐ THIRD-PARTY SICK PAY

14 OTHER

F) EMPLOYEE'S ADDRESS AND ZIP CODE

**2009 TAX YEAR**  COPY B  TO BE FILED WITH EMPLOYEE'S FEDERAL TAX RETURN

| 15 NAME OF STATE NEW YORK | 16 STATE WAGES, ETC. 2824.75 | 17 STATE INCOME TAX 12.11 |
|---|---|---|
| 20A LOCALITY NAME NEW YORK | 18A LOCAL WAGES, ETC. 2824.75 | 19A LOCAL INCOME TAX 10.67 |
| 20B LOCALITY NAME | 18B LOCAL WAGES, ETC. | 19B LOCAL INCOME TAX |

MISCELLANEOUS

---

## The City of New York — EMPLOYEE DIRECT DEPOSIT ADVICE — Payroll Management System

| ITEM # | PAY PERIOD | PAY DATE | | PAYROLL # | WORK UNIT | ADVICE NUMBER | DISTRIBUTION # |
|---|---|---|---|---|---|---|---|
| 297535 | 02/16/10  02/28/10 | 03/16/10 | | 746 | 9999 Z | 29753576 | 0801982 |

| PENSION # | ELECTRONIC FUNDS TRANSFER INFORMATION | FED. EX | STATE EX | REFERENCE # | D.O. | EMPLOYEE NAME |
|---|---|---|---|---|---|---|
| | 21407912 | 1 A 03 | A 03 | 0972929 | 0 | STRUJAN  ELENA |

| TAX INFO | TOTAL EARNINGS | FEDERAL TAX | SOCIAL SECURITY | MEDICARE | STATE TAX | CITY TAX | CITY WAIVER | TOTAL DEDUCTIONS THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| THIS PERIOD | 154.97 | | 9.60 | 2.25 | | | | 16.37 |
| YEAR TO DATE | 464.91 | | 28.82 | 6.74 | | | | NET PAY |

LEAVE BALANCE AS OF:  03/03/10    138.60

| SCHOOL ASSIGND | EARNED PERIOD | DAYS WRK'D | HH:MM | RATE/ADJ TYPE | AMT EARNED FOR PER. | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD | DESCRIPTION | BAL. AVAILABLE HH:MM/DDD |
|---|---|---|---|---|---|---|---|---|---|
| M468 | 02/28/10 | 1 | 0:00 | 154.97 | 154.97 | | | | |

CENSUS IS HERE-FILL OUT FORM-MAIL IT BACK

REVISED 4/09

| DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT | DESCRIPTION | AMOUNT THIS PERIOD | GOAL AMOUNT OR TOTAL INSTALLMENT # | BALANCE DUE OR INSTALLMENT LEFT |
|---|---|---|---|---|---|---|---|
| UFT | 4.52 | | | | | | |

