# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

————————————

No. 09-31202

————————————

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

--------------------------------------------

ELENA STRUJAN,

       Plaintiff - Appellant

v.

MERCK & CO INC,

       Defendant - Appellee

————————————————

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

————————————————

CLERK'S OFFICE:

      Under 5TH CIR. R. 42(b), the appeal is dismissed as of August 02, 2010,
pursuant to the joint motion of the parties.

                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      *Angelique D. Batiste*

                      By: _____
                      Angelique D. Batiste, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

Dismissal Order FRAP 42-DIS4