UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| ELENA STRUJAN, | * | SECTION L |
| | * | |
|          Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|   versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK SHARP & DOHME CORP., | * | |
| | * | |
|          Defendant. | * | |
| | * | |
| Case No. 07-906. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Joint Motion for Relief from Judgment,

**IT IS ORDERED** Court's final judgment entered in the above-captioned case on November 2, 2009 is hereby vacated, and the case is hereby reinstated.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

                                                _____
                                                ELDON E. FALLON
                                                UNITED STATES DISTRICT JUDGE

1026710v.1