UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gretchen Bartee; Frank Barnes, individually and for the Estate of Kathryn Barnes; Jeanette Beaube; Alice Coleman; Bernard Coleman, Allie Cooksey, individually and for the Estate of John Robinson; John Cornog; Terrie Cornog; Merle Couch; Estelle Cox; Gladys Dabney for the Estate of Cora Perry; Cathryn Delee; Sol Delee; Lizzie Dixon; Shawn Dumm for the Estate of Sheldon Dumm; James Elmore; Raymond W. Franks; Niki Gautreaux for the Estate of Janice Gautreaux; Billy Giger; Deborah Giger; Dennis Graham, Patricia Grubbs for the Estate of Robert Cleveland; Robin Hayhurst; Shirley Heath for the Estate of Oliver Thompson; Marie Bernardine Holland; Bertie Jernigan; Kathy Jones, individually and for the Estate of Troy Jones; Lynda Jovanovski for the Estate of Ovaido Rael; Melvin Juniors; Sophie Kittredge for the Estate of Fred Armijo; Billy W. Martin; Ray Long for the Estate of Dorothy Long; Barbara McGuire, individually and for the Estate of Henry Harris; James Miller; Marjorie Miller; Alistair Belinda Mitchell for the Estate of Carrye Dixie Mitchell; Eileen L. Newman for the Estate of Eileen C. Newman; Ruth Ann Parker; Velma Robinson; Margie Roe; Ruth Rohde; Shirley Sam; Winifred Thomas; and James Urioste,<br><br>                Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant(s). | DOCKET NO. 06-6446<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff James Urioste, against defendant

Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  
Turner W. Branch  
Richard A. Sandoval  
BRANCH LAW FIRM  
Attorneys for Plaintiffs  
2025 Rio Grande Blvd. NW  
Albuquerque, NM 87104  
(505) 243-3500 Telephone  
(505) 243-3534 Facsimile  

Dated: Feb 13, 2008

_____  
Stephen G. Strauss  
Bryan Cave LLP  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102  
(314) 259-2000 Tel  
(314) 259-2020 Fax  

Attorneys for Merck & Co., Inc.

Dated: 8/7/10

Phillip A. Wittmann  
Dorothy H. Wimberly  
Stone Pigman Walther  
Wittmann LLC  
546 Carondelet Street  
New Orleans, LA 70130  
(504) 581-3200 Tel  
(504) 581-3361 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.