UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER REFERRING MATTER TO MDL TRANSFEREE JUDGE

The undersigned has received the attached correspondence from Ms. Vivian Ross regarding VIOXX Claim Number 1057715. The Court refers this matter to the MDL Transferee Judge charged with the VIOXX proceedings for his review and the taking of appropriate action.

New Orleans, Louisiana, this 10th day of August, 2010.

_____
HONORABLE SARAH S. VANCE
CHIEF JUDGE

VIA FASCIMILE and U.S. Certified Mail

August 10, 2010

Chief Judge Sarah Vance
United States District Court
Eastern District of Louisiana
500 Poydras Street, Romm C255
New Orleans, LA 70130

**Re: Vioxx Claim Number (VCN): 1057715**

Dear Chief Judge Sarah Vance:

I am in receipt of your letter stating that you would refer this matter to Judge Fallon.

I have not received an answer to my previous correspondence from Judge Fallon who is **the Chief Administrator** in the Vioxx Settlement Program.

I have allowed sufficient time to generate an answer from Judge Fallon.

I will allow another seven days from today before I contact the appropriate Courts and or Federal Agencies for further action regarding this matter.

Sincerely,

*Vivian Ross*
Vivian Ross

RECEIVED AUG 10 2010 CHAMBERS OF U.S. DISTRICT JUDGE SARAH S. VANCE