UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| | * | JUDGE FALLON |
| Opal Easley, et al. | * | |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * | |
| | * | |
| *Only with regard to:* | * | |
| *Eleanor Gray and Algie Gray* | * | |
| | * | |
| | * | |
| Docket No. 2:07-cv-03785 | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Eleanor Gray and Algie Gray in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE