UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| | * | JUDGE FALLON |
| **Stella Gonzalez, et al.** | * | |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| **Merck & Co., Inc., et al.** | * | |
| | * | |
| *Only with regard to:* | * | |
| *Elizabeth Gurule* | * | |
| | * | |
| | * | |
| *Docket No. 2:08-cv-01021* | * | |

**********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Elizabeth Gurule in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE