IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x

AvMed, Inc., et al.      :  CIVIL ACTION
     Plaintiffs, :
          :  No. 08-1633
   vs.      :
          :  SECTION L, MAG. 3
BrownGreer PLC, U.S.    :
Bancorp, Inc. and John Does :  HONORABLE ELDON E. FALLON
          :  HONORABLE DANIEL E. KNOWLES, III
     Defendants. :
          :  In relation to:  MDL No. 1657
          :
          :  In re: Vioxx Products Liability
          :  Litigation

---------------------------------------------x

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that the undersigned, of the law firm of Lowey Dannenberg

Cohen & Hart, P.C., is hereby entering an appearance as counsel of record for the Plan Plaintiffs

in the above-captioned action.

Dated: August 12, 2010
   White Plains, NY

        Respectfully submitted,

        By: s/ Karen Iannace
         Karen Iannace
         LOWEY DANNENBERG COHEN & HART, P.C.
         One North Broadway, Suite 509
         White Plains, NY 10601-2310
         Tel.:  (914) 997-0500
         Fax:  (914) 997-0035
         Email:  kiannace@lowey.com