IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.                  :    CIVIL ACTION
          Plaintiffs,         :
                              :    No. 08-1633
    vs.                             :
                              :    SECTION L, MAG. 3
BrownGreer PLC, U.S.                 :
Bancorp, Inc. and John Does          :    HONORABLE ELDON E. FALLON
                              :    HONORABLE DANIEL E. KNOWLES, III
          Defendants.         :
                              :    In relation to: MDL No. 1657
                              :
                              :    In re: Vioxx Products Liability
                              :    Litigation
---------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, of the law firm of Lowey Dannenberg Cohen & Hart, P.C., is hereby entering an appearance as counsel of record for the Plan Plaintiffs in the above-captioned action.

Dated:  August 12, 2010
        White Plains, NY

                                        Respectfully submitted,

                            By:  <u>s/ Peter D. St. Phillip, Jr.</u>
                                Peter D. St. Phillip, Jr.
                                LOWEY DANNENBERG COHEN & HART, P.C.
                                One North Broadway, Suite 509
                                White Plains, NY 10601-2310
                                Tel.: (914) 997-0500
                                Fax: (914) 997-0035
                                Email: <u>pstphillip@lowey.com</u>