UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Oralia Castillo, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Araceli Ortiz, individually and as a* | * | |
| *representative of the estate of Arabelia* | * | |
| *Elizarraras, incorrectly named as* | * | |
| *Aravelia Elizarraras, and Francisco* | * | |
| *Elizarraras* | * | |
| | * | |
| *Docket No. 2:06-cv-10306* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs **Araceli Ortiz**, individually and as a representative of the estate of **Arabelia Elizarraras**, incorrectly named as **Aravelia Elizarraras**, and **Francisco Elizarraras**, individually, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE