UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    ELENA STRUJAN, | * | SECTION L |
| | * | |
|          Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
|    versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    MERCK SHARP & DOHME CORP., | * | |
| | * | |
|          Defendant. | * | |
| | * | |
|    Case No. 07-906. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion for Relief from Judgment,

**IT IS ORDERED** Court's final judgment entered in the above-captioned case on

November 2, 2009 is hereby vacated, and the case is hereby reinstated.

NEW ORLEANS, LOUISIANA, this 12th day of _____August_____, 2010.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1