UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX <br>     Products Liability Litigation | * <br> * <br> * |
| This Document Relates to: | *   MDL No. 1657 <br> * |
| JAMES FRANKLIN on behalf of the STATE <br> OF COLORADO, | *   SECTION L <br> * <br> *   JUDGE ELDON E. FALLON |
|                    Plaintiff, | * <br> *   MAGISTRATE JUDGE |
| versus | *   KNOWLES <br> * |
| MERCK & CO., INC., | * <br> * |
|                    Defendant. | * <br> * |
| Case No. 06-10485 | * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION REGARDING APPEAL AND COSTS

WHEREAS, this Honorable Court filed its Order and Reasons for granting Defendant's Motion For Order To Show Cause Why Plaintiff's Complaint Should Not Be Dismissed on July 26, 2010, and entered its Order dismissing the case with prejudice on July 28, 2010;

IT IS HEREBY STIPULATED by and between the parties who have appeared in this action through their designated counsel, that:

    i      The Plaintiff shall not file a notice of appeal or otherwise seek appellate review in the above-captioned case; and

    ii     The Defendant shall not seek costs in connection with the Order dismissing the above-captioned case.

Date: _____          _____

1

DOROTHY H. WIMBERLY, ESQ.
STONE PIGMAN WALTHER
WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130

ATTORNEY FOR MERCK SHARP & DOHME CORP.

Date: 8/12/10

*/s/ Stuart A. Kritzer*
STUART A. KRITZER, ESQ.
LAW OFFICES OF STUART A. KRITZER, P.C.
140 East 19th Avenue, 3rd Floor
Denver, CO 80203

Date: 8/12/10

PETER L. KAUFMAN, ESQ.
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 South Baylen Street, Suite 600
Pensacola, FL 32502

ATTORNEYS FOR PLAINTIFF