UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

The Court is in receipt of an unsigned letter expressing a complaint regarding the PSC's pending Motion for Award of Plaintiffs' Common Benefit Counsel Fees and Reimbursement Expenses (Rec. Doc. 17642). The Court has not made any findings regarding the amount of a reasonable Common Benefit Fee. Further, because the letter is unsigned, it will not be entered into the record at this time.

New Orleans, Louisiana, this 12th day of August, 2010.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1