MARTHA S. JOSEPH,                    )
                                     )     **IN THE UNITED STATES**
            Plaintiff,               )     **DISTRICT COURT FOR THE**
                                     )     **EASTERN DISTRICT OF**
                                     )     **LOUISIANA**
v.                                   )
                                     )     **Case Code Number: 1657**
                                     )     **Docket Number: 06-4560**
MERCK & CO., INC.,                   )
                                     )     **STIPULATION OF DISMISSAL**
            Defendant.               )     **WITH PREJUDICE**
                                     )     **AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Martha S. Joseph** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.

Harold J. Lamy                          Attorney for Merck & Co., Inc.
Attorney for Plaintiff                  Stephen G. Strauss          Phillip A. Wittmann
Barker Boudreaux, Lamy & Foley          Bryan Cave LLP              Dorothy H. Wimberly
228 St. Charles Ave., Suite 1110        211 N. Broadway, Suite 3600 Stone Pigman Walther
New Orleans, Louisiana 70130            St. Louis, MO 63102         Wittmann LLC
                                        (314) 259-2000 Tel          546 Carondelet Street
                                        (314) 259-2020 Fax          New Orleans, LA 70130
                                                                    (504) 581-3200 Tel
                                                                    (504) 581-3361 Fax

                                        Attorneys for Merck & Co., Inc.

Dated: 11/24/2008                       Dated: 8-12-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.