UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| | * | JUDGE FALLON |
| Napoleon Alexander, et al. | * | |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | * | |
| | * | |
| | * | |
| Docket No. 2:05-cv-06543 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Napoleon Alexander, individually and on behalf of the wrongful death beneficiaries of Hertasteen Marie Perry, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 13th day of August, 2010.

_____
DISTRICT JUDGE