|  |  |
|---|---|
| JACKIE JENKINS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., )<br>)<br>Defendant. )<br>_____) | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2:05-cv-04416-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **LASHUN SMITH**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Russ M. Herman                              Stephen G. Strauss
Leonard A. Davis                            Bryan Cave LLP
Steve Herman                                211 N. Broadway, Suite 3600
Soren E. Gisleson                           St. Louis, MO 63102
Herman, Herman, Katz &                      (314) 259-2000 Tel
Cotlar, LLP                                 (314) 259-2020 Fax
820 O'Keefe Avenue
New Orleans, Louisiana 70113                Phillip A. Wittmann
(504) 581-4892 Tel                          Dorothy H. Wimberly
(504) 561-6024 Fax                          Stone Pigman Walther Wittmann LLC
                                            546 Carondelet Street
Bob Wright                                  New Orleans, LA 70130
James P. Roy                                (504) 581-3200 Tel
Domengeaux Wright Roy &                     (504) 581-3361 Fax
Edwards
556 Jefferson Street
Lafayette, Louisiana 70502-3668
(337) 233-3033 Tel

Attorneys for Plaintiffs                    Attorneys for Merck & Co., Inc.

Dated: 10/22/09                             Dated: 8-16-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.