# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®                          *        MDL Docket No. 1657
Product Liability Litigation           *
                                       *        SECTION L
This document relates to:              *
                                       *
*Carolyn M. Vint, et al.*              *        JUDGE FALLON
*v.*                                   *
*Merck & Co., Inc.*                    *        MAGISTRATE JUDGE KNOWLES
                                       *
                                       *
*Docket No. 2:06-cv-02338*             *
                                       *
                                       *
*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Carolyn M. Vint and James C. Vint in the

above-captioned case be and they hereby are dismissed with prejudice with each party to bear his

or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


_____
DISTRICT JUDGE