# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Clifton Anderson; Lorina Chavez; Wilma
Daily; Beverly Dobias; Patricia Fortin; Ina
Fosco; Carol Franklin; Sandra Gonzales;
Lucille Gurnsey Ernestine Hodge; Wilma
Hoover; Mary Jamison; Samuel Jennings;
Joe Maestas; Luvonia McCray; Marie
Miranda; Kathy Montoya; Joyce Muilenburg
Earl Pace; Rubelia Patterson; Hazel
Patterson; John Radosevich; Petrita Segura;
Doris Barbarino; Rodney Brown, David
Wayne Carroll, Sharon Ann Cook, Sue
Cozart, Marjorie Feiden, Ellie Green;
Edward Henderson; Maria Hughes;
Martha Jennings; Cresencio Jiron; Brenda
Kowalski; Llene McDowell; Martha
McNear; Betty Minero,

                  Plaintiff(s),

v.

MERCK & CO., INC.,

                  Defendant(s).

DOCKET NO.  07-3935

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Earl Pace,  against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
Richard A. Sandoval
BRANCH LAW FIRM
Attorneys for Plaintiffs
2025 Rio Grande Blvd. NW
Albuquerque, NM  87104
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-9-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-17-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.