# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® Product Liability Litigation | MDL Docket No. 1657 |
| | SECTION L |
| This document relates to: | |
| Gregorio O. Calderon v. Merck & Co., Inc. | JUDGE FALLON |
| | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:05-cv-04535 | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Gregorio O. Calderon in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 16th day of August, 2010.

_____
DISTRICT JUDGE