ORALIA F. ALANIZ, et al.,          )        IN THE UNITED STATES
                                    )        DISTRICT COURT FOR THE
          Plaintiffs,               )        EASTERN DISTRICT OF LOUISIANA
                                    )
v.                                  )        DOCKET NO. 2:06-cv-10281-EEF-DEK
                                    )
MERCK & CO., INC.,                  )
                                    )        STIPULATION OF DISMISSAL
          Defendant.                )        WITH PREJUDICE AS TO
                                    )        ALL DEFENDANTS

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate

that all claims of plaintiff, **FAYE THOMAS**, against defendant Merck & Co., Inc. and all

other named defendants be dismissed in their entirety with prejudice, each party to bear its

own costs.

_____          _____

Thomas M. Corea. Esq.                    Stephen G. Strauss
Texas State Bar No. 24037906             Bryan Cave LLP
THE COREA FIRM P.L.L.C.                  211 N. Broadway, Suite 3600
325 N. St. Paul Street, Suite 4150       St. Louis, MO 63102
Dallas, Texas 75201                      (314) 259-2000 Tel
Telephone: 214.953.3900                  (314) 259-2020 Fax
Facsimile: 214.953.3901
Attorney for Plaintiffs                  Phillip A. Wittmann
                                         Dorothy H. Wimberly
                                         Stone Pigman Walther
                                         Wittmann LLC
                                         546 Carondelet Street
                                         New Orleans, LA 70130
                                         (504) 581-3200 Tel
                                         (504) 581-3361 Fax

                                         Attorneys for Merck & Co., Inc.

Dated: _December 8, 2009_                Dated: _8-17-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.