UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
|     All Pending Government Action Cases | *  SECTION L |
| | * |
| | *  JUDGE ELDON E. FALLON |
| | * |
| | *  MAGISTRATE JUDGE |
| | *  KNOWLES |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**ENTRY OF APPEARANCE**

Richard Josephson, Travis J. Sales, Zachary Hughes, Elizabeth Lewis, and Michael Cancienne of Baker Botts LLP hereby enter their appearance as additional counsel of record for Merck Sharp & Dohme, Corp. ("Merck") in the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with Pre Trial Order 8B.

Andrew Goldman, Tarek Ismail, Ken Baum, Joe Tomaselli, and Brian O'Donoghue of Goldman Ismail Tomaselli Brennan & Baum LLP also hereby enter their appearance as additional counsel of record for Merck in the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with Pre Trial Order 8B.

Christy Jones, Charles C. Harrell, Adam Spicer, and Alyson Bustamante Jones of Butler Snow LLP also hereby enter their appearance as additional counsel of record for Merck in

1027643v.1

the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with Pre Trial Order 8B.

Robb Patryk, James Fitzpatrick, Kevin Braker, and Reuben Borman of Hughes Hubbard & Reed LLP also hereby enter their appearance as additional counsel of record for Merck in the above-referenced cases. The undersigned certifies that this appearance of additional counsel of record will be noted in LexisNexis File & Serve in accordance with Pre Trial Order 8B.

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Carmelite M. Bertaut, 3054
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

And

Richard Josephson
Travis J. Sales
Zachary Hughes
Elizabeth Lewis
Michael Cancienne
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Phone: 713-229-1234
Fax: 713-229-1522

1027643v.1

Andrew Goldman
Tarek Ismail
Ken Baum
Joe Tomaselli
Brian O'Donoghue
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
1 N. Franklin Street, Suite 625
Chicago, Illinois 60606
Phone: 312-591-3000
Fax: 312-629-8107

Christy Jones
Allyson Bustamante Jones
BUTLER SNOW
1020 Highland Colony Parkway
Suite 1400
Ridgeland, MS 39157
Phone: 601-948-5711
Fax: 601-985-4500

Robb Patryk
James Fitzpatrick
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
Phone: 212-837-6000
Fax: 212-422-4726

Attorneys for Merck Sharp & Dohme, Corp.

1027643v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of August, 2010.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1027643v.1