IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| In re: | MDL Docket No.: 1657 |
|---|---|
| | Section L |
| Vioxx Products Liability Litigation | Judge Fallon |
| | Magistrate Judge Knowles |

This document relates to:

*Patterson v. Merck & Co., Inc.*
Case No.: 2006cv08319

**ORDER RE: MOTION TO WITHDRAW AS COUNSEL**

This Court, having considered the Motion to Withdraw as Counsel filed by Robert D. Erben hereby ORDERS that:

The motion to withdraw Robert D. Erben as attorney is GRANTED.

IT IS SO ORDERED.

New Orleans Louisiana

DATED this __18th__ day of _____August_____, 2010.

_____
United States District Judge