MINUTE ENTRY
FALLON, J.
AUGUST 19, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a telephone status conference was held with Judge Eldon E. Fallon.  Counsel for Merck and Counsel for various Government Action Plaintiffs participated. Ben Barnett and John Beisner argued on behalf of the Defendant.  Randall Fox and James Young argued on behalf of the Government Actions Plaintiffs. At the conference, the parties discussed discovery issues.

The State of NY informed that Court that they are unable to open or access the 131 custodial files produced to them by Merck in accordance with this Court's July 30, 2010 minute entry.

For oral reasons given,

IT IS ORDERED that Merck assist the State of NY in accessing and reading these files.

IT IS FURTHER ORDERED that the parties meet and confer following the Court's August 26, 2010 status conference as to production of call notes and customer beliefs.  The parties should make every effort to agree to production of a statistical sample of call notes and

1

JS10(01:00)


customer beliefs.  If agreement cannot be reached as to how to determine a statistical sample, the Court will hear testimony on the matter and make a ruling.  Plaintiff's database discovery requests which extend beyond call notes and customer beliefs are denied at this time.   The Court reserves all parties rights to refile motions on these issues pending the outcome of the ordered discovery.

The conference was transcribed by Ms. Jodi Simcox, official court reporter.  Those requesting a copy of the transcript may contact Ms. Ibos at (504)589-7780.