UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

*************************************************************************

## REPORT OF SPECIAL MASTER

The deposition of James Ira Smith is rescheduled to commence at 10:00 a.m. on August 20, 2010, at the offices of Robert Johnson, 400 Poydras Street, Suite 2450, New Orleans, Louisiana. The deposition of Cynthia Diane Smith is rescheduled to commence immediately after the completion of the deposition of James Ira Smith, at the same location.

Lafayette, Louisiana, this 19th day of August, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2010, I electronically filed the foregoing Report with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Report and the notice of electronic filing to the following:

| | |
|---|---|
| Mr. Bruce S. Kingsdorf | Mr. James I. Smith |
| Ms. Dawn M. Barrios | Ms. Cynthia Diane Smith |
| Barrios, Kingsdorf & Casteix, LLP | Pro Se Claimant |
| 701 Poydras Street, Suite 3650 | 110 Luther Davis Road |
| New Orleans, LA 70139 | Picayune, MS 39466 |
| Fax: (504) 524-3313 | Fax: (601) 889-9786 |

Lafayette, Louisiana, this 19th day of August, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com