MINUTE ENTRY
FALLON, J.
AUGUST 18, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                CIVIL ACTION
       LIABILITY LITIGATION

                                                      NO. 05-MD-1657

                                                      SECTION: L

This document relates to:
**CA 10-873, 06-10972, 06-5991**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: Dorothy Wimberly, Esq. For Merck
                Lenny Davis, Esq. For PSC (previously phoned in his objection)

---

Exparte Sixth Motion of defendant, Merck, for Order to Show Cause Why Cases should Not be Dismissed with Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (47334)

Argument - The Court's Order will follow.


JS10:   :06