UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

## REPORT AND RULING ON REQUEST OF JAMES IRA SMITH FOR A CONTINUANCE OF THE OCTOBER 19, 2010 HEARING DATE

The notice of the October 19, 2010 hearing date was sent to all involved parties on June 14, 2010. If the parties desired to retain counsel to represent them in these proceedings, more than sufficient time was allowed for them to retain counsel. Additionally, there is a period of two months before the scheduled hearing of October 19, 2010.

The request of James Ira Smith for a continuance of the October 19, 2010 hearing is DENIED.

Lafayette, Louisiana, this 19th day of August, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2010, I electronically filed the foregoing Report and Ruling with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Report and Ruling and the notice of electronic filing to the following:

Mr. Bruce S. Kingsdorf
Ms. Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Fax: (504) 524-3313

Mr. James I. Smith
Pro Se Claimant
110 Luther Davis Road
Picayune, MS 39466
Fax: (601) 889-9786

Lafayette, Louisiana, this 19th day of August, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com