UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dorothy Wheeler, Estate of Mary Annie Padilla, William Dalrymple, Miranda Brown, Waldo Valenzuelo, Estate of Bohemia Velasquez, Ralph Usher, Winifred Carpenter, Larry Brachfeld, Bruce Boatman, Douglass Brewer, Estate of Dale Wheeler, Randy Tufts, Don Brewington, Varnita Baker, Carol Clark, Mariann Ceruti, Alfred Thomas Brooks, Bessie Mae Davis, Estate of Mela Vigil, Joan Tisdale, Diane West, Estate of Joe Elevario, Leslie Crutchfield, Estate of Henry Bails, Jessica Brown, James Boozer, Lorraine Blum, Carol Capers, Estate of Elisandro Lujan, Estate of John Donahue, Louise Cleveland,<br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | DOCKET NO. **2:07-cv-05251-EEF-DEK**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Bessie Mae Davis, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____  _____  _____
Turner W. Branch                Stephen G. Strauss              Phillip A. Wittmann
BRANCH LAW FIRM, L.L.P.         Bryan Cave LLP                  Dorothy H. Wimberly
Attorneys for Plaintiffs        211 N. Broadway, Suite 3600     Stone Pigman Walther
808 Travis, Suite 1553          St. Louis, MO 63102             Wittmann LLC
Houston, TX 77002               (314) 259-2000 Tel              546 Carondelet Street
(505) 243-3500 Telephone        (314) 259-2020 Fax              New Orleans, LA 70130
(505) 243-3534 Facsimile                                        (504) 581-3200 Tel
                                                                (504) 581-3361 Fax

                                Attorneys for Merck & Co., Inc.

Dated: 3/7/08                   Dated: 8-20-10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of August, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:      314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.