UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | | SECTION L |
| | : | |
| | | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

---

**THIS DOCUMENT RELATES TO:** Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-CV-4578

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion, Rule and Incorporated Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, Exhibit A to Plaintiff's Motion for Summary Judgment and Exhibit B to Plaintiff's Motion for Summary Judgment, and Plaintiff's Statement of Material Facts, have been served on Liaison Counsel, Phillip Wittman, Esq., and Maria Tejedor, Esq., by ECF and U.S. Mail, on and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Dated: August 20, 2010
Binghamton, New York

_____
MARYA C. YOUNG