UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION : | MDL Docket No.: 1657 SECTION L |
| THIS DOCUMENT RELATES TO : : : | JUDGE FALLON MAG. JUDGE KNOWLES |
| Gene Weeks v. Merck & Co., Inc., : Case No.: 05-cv-4578 : : | Special Master Patrick A. Juneau |
| Attorney Fee Lien Dispute of : Maria D. Tejedor v. Gene Weeks : | **ORDER** |

The Court, having considered the motion of plaintiff Gene Weeks for summary judgment pursuant to Fed.R.Civ.Pr. 56 dismissing the attorney fee lien claim of his former counsel Maria D. Tejedor and her firm arising out of the settlement of the instant litigation between plaintiff and defendant Merck & Co., Inc., and having considered the opposition to the motion of attorney Maria D. Tejedor and her firm, finds and rules as follows:

ORDERED, that the motion of plaintiff Gene Weeks for summary judgment pursuant to Fed.R.Civ.Pr. 56 dismissing the attorney fee lien claim of his former counsel Maria D. Tejedor and her firm arising out of the settlement of the instant litigation between plaintiff and defendant Merck & Co., Inc., be and hereby is GRANTED.

DATED at New Orleans, Louisiana this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITE2D STATES DISTRICT JUDGE