# Exhibit A

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Perry Weitz, Esq.
Weitz & Luxemberg
700 Broadway
New York, NY 10003

Dear Mr. Weitz:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSFL |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |
| | | Weitz & Luxemberg | | | | BCBSNC |

| | | | |
|---|---|---|---|
| ene | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |
| | Weitz & Luxemberg | | BCBSNC |

| | | | | | |
|---|---|---|---|---|---|
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSNC |
| | | Weitz & Luxemberg | | | BCBSRI |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |
| | | Weitz & Luxemberg | | | HCSC |

| | | | | | |
|---|---|---|---|---|---|
| | | Weitz & Luxemberg | | | HealthNet |
| | | Weitz & Luxemberg | | | HealthNet |
| | | Weitz & Luxemberg | | | HealthNet |
| | | Weitz & Luxemberg | | | HealthNet |
| | | Weitz & Luxemberg | | | HealthNet |
| | | Weitz & Luxemberg | | | Highmark |
| | | Weitz & Luxemberg | | | Highmark |
| | | Weitz & Luxemberg | | | Highmark |
| | | Weitz & Luxemberg | | | Highmark |
| | | Weitz & Luxemberg | | | HMSA |
| | | Weitz & Luxemberg | | | HMSA |
| | | Weitz & Luxemberg | | | HMSA |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |
| | | Weitz & Luxemberg | | | Humana |

| | | | | |
|---|---|---|---|---|
| | Weitz & Luxemberg | | | Humana |
| | Weitz & Luxemberg | | | Humana |
| | Weitz & Luxemberg | | | Medical Mutual of Ohio |
| | Weitz & Luxemberg | | | Neighborhood Health Plan |
| | Weitz & Luxemberg | | | Noridian |
| | Weitz & Luxemberg | | | Noridian |
| | Weitz & Luxemberg | | | Priority Health |
| | Weitz & Luxemberg | | | Priority Health |
| | Weitz & Luxemberg | | | Priority Health |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |

| | | | | |
|---|---|---|---|---|
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | United Healthcare |
| | Weitz & Luxemberg | | | Vista |



TOTAL

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Stewart Cohen, Esq.
Cohen Placitella & Roth
127 Maple Avenue
Red Bank, NJ 07701

Dear Mr. Cohen:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSNC |
| | | Cohen Placitella & Roth | | | | BCBSRI |
| | | Cohen Placitella & Roth | | | | HCSC |
| | | Cohen Placitella & Roth | | | | HCSC |
| | | Cohen Placitella & Roth | | | | HealthNet |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | Humana |
| | | Cohen Placitella & Roth | | | | United Healthcare |

| | | | |
|---|---|---|---|
| | Cohen Placitella & Roth | | United Healthcare |
| | Cohen Placitella & Roth | | United Healthcare |
| | Cohen Placitella & Roth | | Vista |

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Sol Weiss, Esq.
Anapol Schwartz
1040 Kings Hwy N
Cherry Hill, NJ 08034

Dear Mr. Weiss:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Anapol Schwartz | | | | BCBSFL |
| | | Anapol Schwartz | | | | BCBSNC |
| | | Anapol Schwartz | | | | BCBSNC |
| | | Anapol Schwartz | | | | BCBSNC |
| | | Anapol Schwartz | | | | BCBSNC |
| | | Anapol Schwartz | | | | BCBSRI |
| | | Anapol Schwartz | | | | HCSC |
| | | Anapol Schwartz | | | | HCSC |
| | | Anapol Schwartz | | | | HealthNet |
| | | Anapol Schwartz | | | | HealthNet |
| | | Anapol Schwartz | | | | HMSA |
| | | Anapol Schwartz | | | | Humana |
| | | Anapol Schwartz | | | | Priority Health |
| | | Anapol Schwartz | | | | United Healthcare |
| | | Anapol Schwartz | | | | United Healthcare |
| | | Anapol Schwartz | | | | United Healthcare |

Anapol Schwartz

United Healthcare

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

George E. Pallas, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman
2 White Horse Pike
Haddon Heights, NJ 08035

Dear Mr. Pallas:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | | | | BCBSNC |
| | | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | | | | BCBSNC |
| | | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | | | | HCSC |

**Rawlings & Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

David P. Matthews, Esq.
Kasowitz, Benson, Torres & Friedman LLP
700 Louisiana St., Ste. 2200
Houston, TX 77002

Dear Mr. Matthews:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Kasowitz, Benson, Torres & Fredman | | | | BCBSFL |
| | | Kasowitz, Benson, Torres & Fredman | | | | BCBSFL |
| | | Kasowitz, Benson, Torres & Fredman | | | | BCBSNC |
| | | Kasowitz, Benson, Torres & Fredman | | | | BCBSNC |
| | | Kasowitz, Benson, Torres & Fredman | | | | Humana |
| | | Kasowitz, Benson, Torres & Fredman | | | | United Healthcare |
| | | Kasowitz, Benson, Torres & Fredman | | | | United Healthcare |

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Shanin Specter, Esq.
Kline & Specter
LibertyView
457 Haddonfield Rd., Suite 540
Cherry Hill, NJ 08002

Dear Mr. Specter:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Kline & Specter | | | | BCBSFL |
| | | Kline & Specter | | | | BCBSFL |
| | | Kline & Specter | | | | BCBSNC |
| | | Kline & Specter | | | | BCBSNC |
| | | Kline & Specter | | | | BCBSNC |
| | | Kline & Specter | | | | BCBSNC |
| | | Kline & Specter | | | | HCSC |
| | | Kline & Specter | | | | HMSA |
| | | Kline & Specter | | | | Humana |
| | | Kline & Specter | | | | Priority Health |
| | | Kline & Specter | | | | United Healthcare |
| | | Kline & Specter | | | | United Healthcare |

Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Mark Lanier, Esq.
The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 77069

Dear Mr. Lanier:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Lanier Law Firm, PC | | | | BCBSFL |
| | | Lanier Law Firm, PC | | | | BCBSFL |
| | | Lanier Law Firm, PC | | | | BCBSFL |
| | | Lanier Law Firm, PC | | | | BCBSFL |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSNC |
| | | Lanier Law Firm, PC | | | | BCBSRI |
| | | Lanier Law Firm, PC | | | | HCSC |
| | | Lanier Law Firm, PC | | | | HCSC |
| | | Lanier Law Firm, PC | | | | Humana |
| | | Lanier Law Firm, PC | | | | United Healthcare |
| | | Lanier Law Firm, PC | | | | United Healthcare |

| | | |
|---|---|---|
| Lanier Law Firm, PC | | United Healthcare |
| Lanier Law Firm, PC | | United Healthcare |

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Gene Locks, Esq.
Locks Law Firm
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106

Dear Mr. Locks:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Locks Law Firm | | | | BCBSFL |
| | | Locks Law Firm | | | | BCBSFL |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | BCBSNC |
| | | Locks Law Firm | | | | HCSC |
| | | Locks Law Firm | | | | HMSA |
| | | Locks Law Firm | | | | United Healthcare |
| | | Locks Law Firm | | | | United Healthcare |
| | | Locks Law Firm | | | | Vista |

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

Dear Mr. Morelli:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Morelli Ratner PC | | | | BCBSFL |
| | | Morelli Ratner PC | | | | BCBSFL |
| | | Morelli Ratner PC | | | | BCBSFL |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | BCBSNC |
| | | Morelli Ratner PC | | | | HCSC |
| | | Morelli Ratner PC | | | | HCSC |
| | | Morelli Ratner PC | | | | HMSA |
| | | Morelli Ratner PC | | | | Humana |
| | | Morelli Ratner PC | | | | Medical Mutual of Ohio |

| | | |
|---|---|---|
| Morelli Ratner PC | | Premera |
| Morelli Ratner PC | | United Healthcare |
| Morelli Ratner PC | | United Healthcare |
| Morelli Ratner PC | | United Healthcare |
| Morelli Ratner PC | | United Healthcare |

Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Benjamin Crump, Esq.
Parks & Crump
240 N. Magnolia Drive
Tallahassee, FL 32301

Dear Mr. Crump:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | Parks & Crump | | | | BCBSFL |
| | | Parks & Crump | | | | BCBSFL |
| | | Parks & Crump | | | | BCBSNC |
| | | Parks & Crump | | | | HMSA |
| | | Parks & Crump | | | | Humana |
| | | Parks & Crump | | | | Humana |
| | | Parks & Crump | | | | Medical Mutual of Ohio |
| | | Parks & Crump | | | | United Healthcare |
| | | Parks & Crump | | | | United Healthcare |
| | | Parks & Crump | | | | United Healthcare |
| | | Parks & Crump | | | | United Healthcare |