# Exhibit C



# ANAPOL SCHWARTZ
ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1710 Spruce Street<br>Philadelphia, PA 19103<br>215-735-1130 | 1040 Kings Hwy. North, Suite 304<br>Cherry Hill, NJ 08034<br>856-482-1600 | 146 N. 6th Street<br>Reading, PA 19601<br>610-375-2750 |
| 230 North Monroe Street<br>Media, PA 19063<br>Local Phone: (610) 565-2211<br>Toll Free: (866) 735-2792 | 252 Boas Street<br>Harrisburg, PA 17102<br>717-901-3500 | 89 12th Street<br>Wheeling, WV 26003<br>Local Phone: (304) 233-4966<br>Toll Free: (866) 735-2792 |

TOLL FREE 866-735-ASWC
WWW.ANAPOLSCHWARTZ.COM

Date: 5/21/2010 12:17:48 PM

## FACSIMILE

| | | | |
|---|---|---|---|
| **To:** | Mark D. Fischer | **From:** | Amber Racine, Esquire |
| **Fax:** | 502-584-8580 | **Fax:** | |
| **Phone:** | | **Phone:** | 215-790-4564 |
| **Pages:** | 2 (not including cover page) | | |
| **Message:** | | | |

CONFIDENTIALITY NOTICE: This fax contains information that is or may be privileged and confidential. It is subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, disclosing or otherwise using this information, if you are not the intended recipient (or authorized to receive this for the addressee). If you have received this fax in error, please advise the sender immediately by return fax (to the address above) and delete this fax and all attachments from your system. Thank you.

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.



**Anapol Schwartz**
ATTORNEYS AT LAW

Sol H. Weiss, Esquire
1710 Spruce Street
Philadelphia PA  19103
sweiss@anapolschwartz.com

(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

May 21, 2010

Mark D. Fischer, Esquire
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, Kentucky 40031

**Re:    Vioxx**

Dear Mark:

     Kindly accept this letter as a response to yours of May 7, 2010. Your letter does not provide qualified notice of your clients' alleged subrogation interests. See specifically our November 14, 2008 letter in response to your October 2008 form letter which simply contained a list of health insurance companies and a separate list of Vioxx plaintiffs. You did not respond to same.

     Your May 7th letter suffers from the same deficiencies: it is not notice and requires no further response from us. However, without confirming your proposed claim and without waiving any right or position asserted above, we respond as follows:

- Our firm does not represent                                  . While we filed the case, we are not the law firm representing this claim in the settlement.

- Both the (                         ) and                                                        cases were included with your May 7th correspondence. However, both                          enrolled in the Vioxx Private Lien Resolution Program ("PLRP"). The Lien Administrator determined that both claimants' lien obligations are $0.00.

- The                                             is a "fixed payment", $5,000 case. As private liens are being waived for the fixed payment cases, this should also be removed from your spreadsheet.

- The                                                   involves a claimant who essentially died at home. He was found non-responsive in his kitchen. An ambulance was called and he was transported to the hospital, but was pronounced dead on arrival. The bills from the ER visit are *de minimis* and certainly not             as identified in your letter. Moreover, United Healthcare, the plan who is now asserting a lien, did not pay these minor expenses. In addition,                          was opened and widely advertised in

Washington County, Pennsylvania following his passing. If United Healthcare did have a lien with respect to _____ which it did not, the time to act upon that lien was after the estate was opened and advertised. As such, United Healthcare has no assertable lien in this matter.

In closing, our firm is not the constructive trustee of any settlement funds to which you or your clients allege to be lienholders. In the event you claim otherwise in any Complaint or other pleading, we will vigorously defend ourselves and this letter puts you and your clients on notice of our intention to seek the recovery of any and all legal fees and costs which are incurred as a result of any litigation we need to defend.

Please be guided accordingly. Thank you.

Very truly yours,

*Sol H. Weiss*

Sol H. Weiss


SHW:AMR

*VIA FACSIMILE AND REGULAR MAIL*



# ANAPOL SCHWARTZ
### ATTORNEYS AT LAW

| 1710 Spruce Street | 1040 Kings Hwy. North, Suite 304 | 146 N. 6th Street |
| Philadelphia, PA 19103 | Cherry Hill, NJ 08034 | Reading, PA 19601 |
| 215-735-1130 | 856-482-1600 | 610-375-2750 |
| 230 North Monroe Street | 252 Boas Street | 89 12th Street |
| Media, PA 19063 | Harrisburg, PA 17102 | Wheeling, WV 26003 |
| Local Phone: (610) 565-2211 | 717-901-3500 | Local Phone: (304) 233-4966 |
| Toll Free: (866) 735-2792 | | Toll Free: (866) 735-2792 |

TOLL FREE 866-735-ASWC
WWW.ANAPOLSCHWARTZ.COM

Date: 6/16/2010 11:14:58 AM

## FACSIMILE

| **To:** | Mark Fischer | **From:** | Amber Racine, Esquire |
| **Fax:** | 502-584-8580 | **Fax:** | |
| **Phone:** | | **Phone:** | 215-790-4564 |
| **Pages:** | 2 (not including cover page) | | |
| **Message:** | | | |

CONFIDENTIALITY NOTICE: This fax contains information that is or may be privileged and confidential. It is subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. You are prohibited from copying, distributing, disclosing or otherwise using this information, if you are not the intended recipient (or authorized to receive this for the addressee). If you have received this fax in error, please advise the sender immediately by return fax (to the address above) and delete this fax and all attachments from your system. Thank you.

ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, P.C.



## ATTORNEYS AT LAW

Sol H. Weiss, Esquire
1710 Spruce Street
Philadelphia PA 19103
sweiss@anapolschwartz.com

(215) 735-2098 Direct Dial
(215) 875-7701 Direct Fax

June 16, 2010

**VIA FACSIMILE (502) 584-8580**
Mark D. Fischer, Esquire
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, Kentucky 40031

**Re:  Vioxx**

Dear Mark:

Kindly accept this letter as a response to yours of June 8, 2010.

Your letter does not provide qualified notice of your clients' alleged subrogation interests. See specifically our November 14, 2008 letter in response to your October 2008 form letter which simply contained a list of health insurance companies and a separate list of Vioxx You did not respond to same.

Your June 8th letter suffers from precisely the same deficiencies: it is not notice and requires no further response from us. However, without confirming your proposed claim and without waiving any right or position asserted above, we respond as follows:

- Our firm does not represent                                   . While we filed the case, we are not the law firm representing this claim in the settlement.

- Both the                                                                        cases were included with your June 8th correspondence. However, both           are now working with The Garretson Firm in order to have their liens satisfied under the terms of the Vioxx Private Lien Resolution Program ("PLRP").

In closing, as previously advised, our firm is not the constructive trustee of any settlement funds to which you or your clients allege to be lienholders. In the event you claim otherwise in any Complaint or other pleading, we will vigorously defend ourselves and this letter puts your and your clients on notice of our intention to seek the recovery of any and all legal costs which are incurred as a result of any litigation we need to defend.

Please be guided accordingly. Thank you.

Very truly yours,

Sol H. Weiss

SHW:jac