# Exhibit E

LAW OFFICES

## COHEN, PLACITELLA & ROTH
A PROFESSIONAL CORPORATION

TWO COMMERCE SQUARE

2001 MARKET STREET, SUITE 2900

PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500
FAX (215) 567-6019

RED BANK, NJ
HARRISBURG, PA
BALA CYNWYD, PA
PITTSBURGH, PA
WASHINGTON, DC

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

Harry M. Roth
hroth@cprlaw.com

June 14, 2010

**VIA FACSIMILE**
Mark D. Fischer, Esquire
Rawlings & Associates, PLLC
P.O. Box 49
LaGrange, KT  40031-0049

Re:   PLRP liens

Dear Mr. Fischer:

I am counsel handling the resolution of the Vioxx cases. Kindly address future correspondence to me in our Philadelphia office. I am writing to provide you an update on some of the claimants listed on your June 8, 2010 letter.

Specifically, _____ should be enrolled in the Private Lien Resolution Program. A copy of the signed offer and acceptance and other information sent to the Garretson last year is attached to this letter.

With regard to _____ she is listed as a client in our firm. Her claim was ruled ineligible. She received no settlement money. I am waiting to hear from other counsel and have asked that co-counsel contact you directly.

_____ is a client of ours. Yours is the first notice of a private lien asserted against him. I would be happy to try to resolve that with you. Please forward documentation supporting the claim that is asserted. We will hold the total amount of the asserted lien in escrow pending the resolution of all negotiations.

Mark D. Fischer, Esquire
June 14, 2010
Page Two

Thank you and I look forward to hearing from you.

Very truly yours,

HARRY M. ROTH

HMR/lmh
Enclosures
cc:   Ronald B. Miller, Jr., R.N. (via email)
      Christopher Luzier, Esquire (via email)

LAW OFFICES

## COHEN, PLACITELLA & ROTH
A PROFESSIONAL CORPORATION

TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 2900
PHILADELPHIA, PENNSYLVANIA 19103

(215) 567-3500
FAX (215) 567-6019

RED BANK, NJ
HARRISBURG, PA
BALA CYNWYD, PA
PITTSBURGH, PA
WASHINGTON, DC

CHRISTOPHER M. PLACITELLA
MANAGING NJ ATTORNEY

Harry M. Roth
hroth@cprlaw.com

June 24, 2010

**VIA FACSIMILE (502)584-8580**
Mark D. Fischer, Esquire
Rawlings & Associates, PLLC
P.O. Box 49
LaGrange, KT 40031-0049

Re:   Walter Anderson
      No. 05361-06

Dear Mr. Fischer:

I am writing in response to your correspondence dated June 8, 2010. This will confirm that I represent [ ] case was dismissed and he did not receive any settlement monies. Accordingly, please remove him from your complaint.

Thank you and should you have any questions or wish to discuss this matter further, please feel free to contact me.

Very truly yours,

HARRY M. ROTH

HMR/lmh
cc:   Courtney Church, Esquire (via email)