# Exhibit F

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky  40031-8100
Phone: 502.587.1279
Fax: 502.584.8580

Offices Also In
Florence, Kentucky
Los Angeles, California

º   Admitted in California
●   Admitted in Illinois
▪   Also admitted in Indiana
▪▪▪ Also admitted in North Carolina & Virginia
❖   Also admitted in Ohio & West Virginia
⊥⊥  Also admitted in West Virginia
*   Also admitted in Ohio

Sarah K. Alcock
Jennifer L. Armstrong
Douglas C. Baird
▪ R. Isaac Beckley III
⊥⊥ Richard A. Beckner
⊥⊥ Kenneth G. Belt
Mary M. Bolander
▪▪▪ Jeffrey C. Borden
▪ Joseph W. Chanda
* William H. Crockett
º Damien A. DeCost
Mark D. Fischer
⊥⊥ Julie C. Foster
Scott C. Gordon
Shannon M. Gordon
● Robert C. Griffith
Carol H. Greissman
Jill M. Guarascio
▪ Barbra K. Harris
❖ Kenneth A. Huddleston
David A. Kelm
George R. Rawlings
❖ J. Steven Rawlings
Jeffrey C. Swann
Patricia G. Tobin

July 12, 2010

Harry M. Roth, Esq.
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA  19103

**VIA OVERNIGHT DELIVERY**

Re: Vioxx

Dear Mr. Roth:

I have received your letters of June 14, June 23, and June 24, as well as letters from Motley Rice and The Moody Law Firm, regarding various Vioxx claimants represented by Cohen Placitella. These letters have helped us clear up a number of questions about the Vioxx cases handled by your firm, and we intend to change our claims to reflect this.

With that said, your firm has yet to address a handful of these cases. The attached chart lists eleven Vioxx claimants whom Cohen Placitella represented in some capacity. Please confirm whether Cohen Placitella served as primary counsel for these claimants, and if not, which firm did. Further, if Cohen Placitella did serve as primary counsel, please let us know whether these claimants received settlement funds from the Master Settlement Agreement and, if they did, whether they participated in the Lien Resolution Program.

Finally, in your letter of June 14, 2010, you requested documentation supporting the lien we have asserted against _____. Please have _____ complete the attached HIPAA release form (or complete it on his behalf in your capacity as his attorney), and we will provide you with the relevant plan language from his insurance contract and data supporting the liens we have asserted.

Thank you in advance for your attention to these matters.

Very Truly Yours,

RAWLINGS & ASSOCIATES PLLC

_____
Robert C. Griffith, Esq.

Enclosures

| Case | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | HCSC |
| | Cohen Placitella & Roth | | | | UHC |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | BCBS Association |
| | Cohen Placitella & Roth | | | | Humana |
| | Cohen Placitella & Roth | | | | BCBSNC |
| | Cohen Placitella & Roth | | | | BCBSRI |
| | Cohen Placitella & Roth | | | | Humana |
| | Cohen Placitella & Roth | | | | UHC |

HIPAA COMPLIANT AUTHORIZATION FORM
PURSUANT TO 45 CFR 184.508

Patient Name: _____

Date of Birth: _____ Social Security Number: _____

Address: _____

I authorize the disclosure of all protected medical information for the purpose of a legal claim and other uses related to that legal claim to the extent permitted by law. I expressly request that any relevant covered entity under HIPAA disclose full and complete protected medical information in their possession spanning the time period of the beginning of my treatment to the present, including the following:

- All medical records, including inpatient, outpatient, and emergency room treatment; and all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes and records received by other physicians.
- All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram, and cardiac catheterization reports.
- All radiology films, mammograms, myelograms, CT Scans, photographs, bone scans, pathology/cytology/ histology/autopsy/immunohistochemistry specimens, cardiac catheterization, videos/ CDs/films/reels, and echocardiogram videos.
- All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.
- All billing/records including all statements, itemized bills, and insurance records.
- Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows:

    ___ Yes, disclose HIV/AIDS information          ___ No, do NOT disclose HIV/AIDS information

    ___ Yes, disclose alcohol/substance abuse        ___ No, do NOT disclose alcohol/substance abuse
            information                                      information

This authorization does not apply to psychotherapy notes or psychiatric/psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires two years from the date below.

Signature: _____ Date: _____
Relationship to the person who is the subject to the records:

Self: _____ Other: _____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)

_____