# Exhibit G

# Hovde Dassow+Deets
### TRIAL LAWYERS

F. BOYD HOVDE
FREDERICK R. HOVDE
ROBERT T. DASSOW
NICHOLAS C. DEETS

May 18, 2010

*Via Facismile Transmission*

Mark D. Fischer
RAWLINGS & ASSOCIATES, PLLC
One Eden Parkway
LaGrange, KY 40031

        RE:    *Vioxx Litigation*

Dear Mr. Fischer:

    I am in receipt of your letter dated May 7, 2010 to Michael Ferrara. This will confirm that we represent the following people as you have listed in the letter to Mr. Ferrara:

- 
- 
- 
- 
- 
- 
- 
- 

    Please provide us with a copy of any notice that was sent to us that purports to put us on notice of any liens as well as the legal basis for such liens for the above clients.

    Thank you for your anticipated cooperation.

                            Yours Very Truly,

                            HOVDE DASSOW & DEETS, LLC

                            Robert T. Dassow

RTD:ane

Hovde Dassow+Deets Positive thinking lawyers.

Hovde Dassow & Deets LLC | 201 W. 103rd Street, Suite 500, Indianapolis, IN 46290
www.hovdelaw.com | Phone 317-818-3100 | Fax 317-818-3111