# Exhibit I

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100
Phone: 502.587.1279
Fax: 502.584.8580

Offices Also In
Florence, Kentucky
Los Angeles, California

- ° Admitted in California
- ● Admitted in Illinois
- ∗ Also admitted in Indiana
- ∗∗∗ Also admitted in North Carolina & Virginia
- ❖ Also admitted in Ohio & West Virginia
- ⊥⊥ Also admitted in West Virginia
- \* Also admitted in Ohio

Sarah K. Alcock
Jennifer L. Armstrong
Douglas C. Baird
∗ R. Isaac Beckley III
⊥⊥ Richard A. Beckner
⊥⊥ Kenneth G. Belt
Mary M. Bolander
∗∗∗ Jeffrey C. Borden
∗ Joseph W. Chanda
\* William H. Crockett
°Damien A. DeCost
Mark D. Fischer
⊥⊥ Julie C. Foster
Scott C. Gordon
Shannon M. Gordon
● Robert C. Griffith
Carol H. Greissman
Jill M. Guarascio
∗ Barbra K. Harris
❖ Kenneth A. Huddleston
David A. Kelm
George R. Rawlings
❖ J. Steven Rawlings
Jeffrey C. Swann
Patricia G. Tobin

July 12, 2010

Miriam Benor, Esq.
Kasowitz, Benson, Torres & Friedman LLP
1633 Broadway
New York, New York 10019

**BY FACSIMILE AND US MAIL**

Dear Ms. Benor:

    I am responding to your e-mail of July 1 requesting copies of a third letter sent by my firm to yours regarding Vioxx liens. I was unaware when we spoke that no such letter exists. I apologize for my mistake.

    As to _____ settlement funds, attached is a HIPAA release form. Upon receipt of this form, completed either by _____ or by a Kasowitz attorney acting in his or her capacity as counsel for _____, Rawlings will forward to you the relevant plan language and data itemizing the claimed charges asserted against _____. Also, please confirm that Kasowitz has paid out all other settlement proceeds owed to the Vioxx claimants listed in the attachments to Mark Fischer's two letters.

    Thank you in advance for your attention to this matter. Please feel free to contact me with any questions.

Very Truly Yours,

RAWLINGS & ASSOCIATES PLLC

Robert C. Griffith, Esq.

Attachment

HIPAA COMPLIANT AUTHORIZATION FORM
PURSUANT TO 45 CFR 184.508

Patient Name: _____

Date of Birth: _____ Social Security Number: _____

Address: _____

I authorize the disclosure of all protected medical information for the purpose of a legal claim and other uses related to that legal claim to the extent permitted by law. I expressly request that any relevant covered entity under HIPAA disclose full and complete protected medical information in their possession spanning the time period of the beginning of my treatment to the present, including the following:

- All medical records, including inpatient, outpatient, and emergency room treatment; and all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes and records received by other physicians.

- All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram, and cardiac catheterization reports.

- All radiology films, mammograms, myelograms, CT Scans, photographs, bone scans, pathology/cytology/ histology/autopsy/immunohistochemistry specimens, cardiac catheterization, videos/ CDs/films/reels, and echocardiogram videos.

- All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

- All billing/records including all statements, itemized bills, and insurance records.

- Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows:

    ___ Yes, disclose HIV/AIDS information        ___ No, do NOT disclose HIV/AIDS information

    ___ Yes, disclose alcohol/substance abuse      ___ No, do NOT disclose alcohol/substance abuse
         information                                    information

This authorization does not apply to psychotherapy notes or psychiatric/psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires two years from the date below.

Signature: _____ Date: _____
Relationship to the person who is the subject to the records:

Self: _____ Other: _____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)