# Exhibit J



**The Lanier Law Firm**

A Professional Corporation

HOUSTON
The Lanier Law Firm, PC
6810 FM 1960 West
Houston, TX 77069
Post Office Box 691448
Houston, TX 77269
(713) 659-5200
Fax (713) 659-2204

LOS ANGELES
The Lanier Law Firm, PC
2029 Century Park East
Suite 1400
Los Angeles, CA 90067
(310) 277-5100
Fax (310) 277-5103

NEW YORK
The Lanier Law Firm, PLLC
Tower 56
126 East 56th Street
6th Floor
New York, NY 10022
(212) 421-2800
Fax (212) 421-2878

PALO ALTO
The Lanier Law Firm, PC
2200 Geng Rd., Suite 200
Palo Alto, CA 94303
(650) 322-9100
Fax (650) 322-9103

lanierlawfirm.com

WRITER'S DIRECT DIAL NO.
(NEW YORK) 212-421-2800 Ext. 174
WRITER'S DIRECT E-MAIL
RDM@LANIERLAWFIRM.COM

June 17, 2010

Rawlings & Associates
Post Office Box 49
LaGrange, Kentucky 40031-0049

Attn: Mark D. Fischer, Esq.

**Re: Vioxx Settlement-Liens**

Dear Mr. Fischer:

I am in receipt of your letters dated May 7, 2010 and June 9, 2010. Those letters do not provide the information and/or notice necessary to perfect any of the alleged subrogation interests. As such, the letters do not require a substantive response on our part and we will not specifically address any individual you have listed in the attachments to your letters.

However, to the extent that you take issue with our law firm's conduct following the aforementioned letters, we urge you to consider the fact that the Lanier Law Firm has totally and completely complied with Judge Fallon's directives regarding the Private Lien Resolution Program (the "PLRP"). As you are aware, participation in the PLPR was completely voluntary.

Additionally, please know that the Lanier Law Firm does not hold funds in constructive trust for most of the claimants listed in the attachments to your letters. Any claimant who was paid as a result of an MI claim received final payment approximately nine months ago. Those claims have long ago been settled and dismissed, and our attorney-client relationship with those claimants has also ceased.

Several of our clients listed on the attachments to your letters have enrolled in the PLRP. One such client has not received any money in the Vioxx settlement, yet you purport to have placed a lien on this client's file.

Should you have adequate information to *perfect* a lien against any client of the Lanier Law Firm, please forward it to my attention. To the extent that the Lanier Law Firm holds any settlement funds for any such clients in constructive trust at that time, we will respond to such assertion. Any actions by or on behalf of your client, short of legal and proper assertion of a subrogation interest, will be met with a defense that will seek any and all legal costs incurred as a result of such actions.

Sincerely,

Richard Meadow, Esq.