# Exhibit M

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100
Phone: 502.587.1279
Fax: 502.584.8580

Offices Also In
Florence, Kentucky
Los Angeles, California

° Admitted in California
• Admitted in Illinois
▪ Also admitted in Indiana
▪▪▪ Also admitted in North Carolina & Virginia
❖ Also admitted in Ohio & West Virginia
⊥⊥ Also admitted in West Virginia
* Also admitted in Ohio

Sarah K. Alcock
Jennifer L. Armstrong
Douglas C. Baird
▪ R. Isaac Beckley III
⊥⊥ Richard A. Beckner
⊥⊥ Kenneth G. Belt
Mary M. Bolander
▪▪▪ Jeffrey C. Borden
▪ Joseph W. Chanda
* William H. Crockett
°Damien A. DeCost
Mark D. Fischer
⊥⊥ Julie C. Foster
Scott C. Gordon
Shannon M. Gordon
• Robert C. Griffith
Carol H. Greissman
Jill M. Guarascio
▪ Barbra K. Harris
❖ Kenneth A. Huddleston
David A. Kelm
George R. Rawlings
❖ J. Steven Rawlings
Jeffrey C. Swann
Patricia G. Tobin

July 12, 2010

James J. Pettit
Locks Law Firm, LLC
457 Haddonfield Road, Suite 500
Cherry Hill, NJ 08002

**VIA OVERNIGHT DELIVERY**

Re: Vioxx

Dear Mr. Pettit:

    I have received your letters dated May 13 and June 25, 2010, which respond to our earlier letters of May 7 and June 18 concerning reimbursement claims asserted against Vioxx claimants represented by your firm. Other than a typographical error and a change in date, your letters are identical and read as follows: "We have reviewed the list enclosed with your letter dated [May 7, 2010/June 18, 2010]. Without waiving any defenses, objections or other legal positions, no plaintiff represented by this firm who received or will receive settlement proceeds related to their usage of Vioxx, are on that list."

    We would appreciate it if you could elaborate. Specifically, for each Vioxx claimant listed in the attachments to our letters of May 7 and June 18, please let us know (a) whether that claimant was in fact represented by Locks; and (b) the reasons why that claimant did not or will not receive settlement proceeds related to their use of Vioxx. This will enable us to reevaluate our claims against Locks and possibly drop them entirely.

In addition, Rawlings sent a third notice letter to you, dated June 8, concerning liens asserted by Blue Cross/Blue Shield Association. We have received no response. I have attached a copy of this letter for your convenience. Please respond to it as soon as practicable.

Please contact me with any questions or concerns, and thank you in advance for addressing this matter promptly.

Very Truly Yours,

RAWLINGS & ASSOCIATES PLLC

Robert C. Griffith, Esq.

Enclosure