# Exhibit N



MORELLI RATNER PC

DAVID S. RATNER

950 Third Avenue
New York, NY 10022

212.751.9800 ph.
212.751.0046 fx.
877.751.9800 tf.

dratner@morellilaw.com
www.morellilaw.com

May 12, 2010

MAY 17 2010

Mark D. Fischer
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, KY 40031-8100

**Re: Vioxx Settlement – Private Liens**

Dear Mr. Fischer:

We are in receipt of your letter, dated May 7, 2010, requesting information about several of our Vioxx clients. Please note that the individuals listed below will not receive any settlement funds:

- 
- 
- 
- 
- 
- 
- 
- 
- 
- 
- 

Please provide us with a copy of any notice that was sent to us that purports to put us on notice of any liens as well as the legal basis for such liens for the following clients: .

Thank you for your anticipated cooperation.

Very Truly Yours,
**MORELLI RATNER PC**

David S. Ratner

DSR/rf



MORELLI RATNER PC

DAVID S. RATNER

950 Third Avenue
New York, NY 10022

212.751.9800 ph.
212.751.0046 fx.
877.751.9800 tf.

dratner@morellilaw.com
www.morellilaw.com

June 14, 2010

Mark D. Fischer
Rawlings & Associates PLLC
One Eden Parkway
LaGrange, KY 40031-8100

**Re: Vioxx Settlement – Private Liens**

Dear Mr. Fischer:

We are in receipt of your letter, dated June 8, 2010, requesting information about several of our Vioxx clients. Please note that the individuals listed below will not receive any settlement funds:

- Charles Allen
- Margaret Bowen
- Annie Brown
- Mary Glover
- Ruth Greene
- Esther Johnson
- William Nixon
- William Reynolds
- Dorothy Richardson
- Bernard Smith
- Christine Smith
- Joyce Thornton
- Helen Turner
- Virginia Williams
- James Wilson



MORELLI RATNER PC

DAVID S. RATNER

950 Third Avenue
New York, NY 10022

212.751.9800 ph.
212.751.0046 fx.
877.751.9800 tf.

dratner@morellilaw.com
www.morellilaw.com

Please provide us with a copy of any notice that was sent to us that purports to put us on notice of any liens as well as the legal basis for such liens for the following clients: Philip Crampton, Helen Hale, Henry Novak, Dawn Smith, James Stevens, Geraldine Warren, Doris Williams and Thomas Woods.

Thank you for your anticipated cooperation.

Very Truly Yours,
**MORELLI RATNER PC**

David S. Ratner

DSR/rf