# Exhibit P

# W E I T Z
## &
# L U X E N B E R G
### A PROFESSIONAL CORPORATION
#### LAW OFFICES

700 BROADWAY • NEW YORK, N.Y. 10003
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

ROBERT J. GORDON ‡†

ANTHONY S. AGATO
DANIEL R. BLOUIN
EDWARD S. BOSCK
AMERI J. BRANDS
ROLAND BRANIFF ‡†
JOHN M. BROADBAND ‡‡
PATTI BURSHTYN †‡
LISA NATHANSON-BUSCH
DAVID A. CHANDLER
THOMAS COMERFORD ‡‡‡
ADAM H. COOPER
TERESA A. CURTIN ‡‡
BENJAMIN DARCHE
ADAM B. DRESSLER
MICHAEL J. PANSINI ‡‡

LEONARD F. FELDMAN ‡
CHARLES M. FERGUSON
LORI A. GARBER †‡
ALAN GOLANSKY ‡
LAWRENCE GOLDHIRSCH **
ROBERT L. GREENWALD **
DANIEL J. HEBNER
DARIEL L. DANIELLE ‡*
ERIC JACOBS
DAVID M. KAUFMAN ‡‡
GARY R. KLEIN ‡‡
DANNY R. KRAFT, JR.
JERRY KRISTAL †‡
DEREK LANDAU

JAMES C. LINN, JR. **
MATTHEW JACONTYRE
CURT D. MARSHALL ‡
HADLEY L. MATARAZZO ‡‡
SAMUEL H. MUROVSKY
FRANS M. OSIZE †‡
MICHAEL E. PEDERSON
PAUL J. PENNOCK †
ELLEN RELKIN ◊ ♦
JOHN E. FOCKRONDT †‡
MICHAEL F. ROBERTS
CHRIS ROLLAND-LI ‡‡
DAVID ROSENBAND

PETER SANDERS †‡
JONATHAN M. SEDGH
A. THOMAS SINDONI †‡
GREG SOUSLIVEN ‡
FRANKLIN M. SOLOMON ◊
LEMUEL M. SROLOVIG
PETER TAMSEN ‡‡
JAMES B. THOMPSON ‡‡
DOUGLAS D. VON OISTE †
WILLIAM WALSH ‡‡
ROSHNELLA A. WEATHERLY †‡
JOSEPH P. WILLIAMS
NICHOLAS WISE ◊◊
ALLAN ZELIKOVIC
GLENN ZUCKERMAN

May 21, 2010

## VIA FACSIMILE & U.S. MAIL

Mark Fischer, Esq.
Rawlings & Associates
One Eden Parkway
LaGrange, KY 40031

Dear Mr. Fischer:

I am in receipt of your May 7, 2010 letter regarding the Weitz & Luxenberg claimants who you claim may be subject to private liens from one of the health plans represented by Rawlings & Associates. We have reviewed the list and have broken it down into several groups. These groups are identified in the attached spreadsheets and further explained below:

### Group 1: Branch Law Firm

The cases marked as Group 1 are clients of The Branch Law Firm. Weitz & Luxenberg acted as local counsel for these claimants by filing complaints on behalf of The Branch Law Firm. The Branch Law Firm is the attorney of record for these cases and has handled the processing of these claims through the Vioxx Settlement Program. We have notified Mr. Turner Branch of The Branch Law Firm and have sent a copy of your letter to him for his review. All future correspondence regarding these cases should go directly to this firm.

### Group 2: Seeger Weiss

The case in Group 2, the Estate of _____, is not a Weitz & Luxenberg case. Our review of the Court docket filings indicates that this case was filed by Seeger Weiss. Please update your files to reflect this information.

215 South Monarch Street, Suite 202 • Aspen, CO 81611 • (970) 925-6101
210 Lake Drive East, Suite 104 • Cherry Hill, NJ 08002 • (856) 755-1115



<u>Group 3: WL Ineligible Cases</u>

The cases in Group 3 are in fact Weitz & Luxenberg cases. However, these cases are not in the Vioxx Settlement Program and will not receive any settlement proceeds related to their usage of Vioxx. Please update your files to reflect this information.

<u>Group 4: WL Case in PLRP Program</u>

The case in Group 4 was in fact enrolled in the Vioxx PLRP Program. Please update your files to reflect this information.

<u>Group 5: WL Cases in the Vioxx Settlement</u>

The remaining cases on your May 7th list are Weitz & Luxenberg cases that have participated in the Vioxx Settlement Program.

Please be advised that we will respond under separate cover to your threat of litigation against Weitz & Luxenberg "as trustee of settlement funds."

Very truly yours,
WEITZ & LUXENBERG, P.C.

By: _____
Glenn Zuckerman, Esq.

GZ/af
Encls.

# WEITZ & LUXENBERG

A PROFESSIONAL CORPORATION

· LAW OFFICES ·

700 BROADWAY • NEW YORK, N.Y. 10003
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

ROBERT J. GORDON ††

| | | | | |
|---|---|---|---|---|
| ANTHONY S. ABATO | LEONARD F. FELDMAN ¶ | JAMES C. LONG, JR. **† | PETER SAMBERG †† | ° Of Counsel |
| DANIEL P. BLOUIN | CHARLES M. FERGUSON | MATTHEW MACINTYRE | JONATHAN M. SEDGH | ‡ Also admitted in CT |
| EDWARD S. BOSEK | LORI A. GARBER ¶ | CURT D. MARSHALL ‡ | F. THOMAS SIDOTI †† | * Also admitted in FL |
| AMBRE J. BRANDIS | ALANI GOLANSKI † | HADLEY L. MATARAZZO †† | SHELDON SILVER ° | †† Also admitted in MA |
| EDWARD BRANIFF †† | LAWRENCE GOLDHIRSCH * | SAMUEL M. MEIROWITZ | FRANKLIN P. SOLOMON ¶ | †† Also admitted in NJ |
| JOHN M. BROADDUS ‡ | ROBIN L. GREENWALD * | FRANK M. ORTIZ †† | LEMUEL M. SROLOVIC | ◊ Also admitted in DC |
| PATTI BURSHTYN †† | DANIEL HORNER | MICHAEL E. PEDERSON | PETER TAMBINI †† | » Also admitted in NJ and CT |
| LISA NATHANSON BUSCH | MARIE L. IANNIELLO †† | PAUL J. PENNOCK ‡ | JAMES S. THOMPSON †† | × Also admitted in NJ and DC |
| DAVID A. CHANDLER | ERIK JACOBS | STUART S. PERRY * | DOUGLAS D. von CISTE ‡ | ◊◊ Also admitted in NJ and MD |
| THOMAS COMERFORD ††§ | DAVID M. KAUFMAN †† | ELLEN RELKIN *‡ | WILLIAM A. WALSH †† | ∆ Also admitted in NJ, VA |
| ADAM R. COOPER | GARY R. KLEIN †† | JOHN E. RICHMOND †† | BERNARD A. WEINTRAUB †† | ※ Also admitted in CO |
| TERESA A. CURTIN ‡‡ | DANNY R. KRAFT, JR. | MICHAEL P. ROBERTS | JOSEPH P. WILLIAMS | ◦ Admitted only in NJ and PA |
| BENJAMIN DARCHE | JERRY KRISTAL *§ | CHRIS ROMANELLI †† | NICHOLAS WISE ▪▪ | § Admitted only in NJ |
| ADAM S. DREKSLER | DEBBI LANDAU | DAVID ROSENBAND | ALLAN ZELKOVIC | ▪ Admitted only in DC, MD, PA and VA |
| MICHAEL FANELLI †† | | | GLENN ZUCKERMAN | ▪▪ Admitted only in CO |
| | | | | □ Admitted only in IL |
| | | | | ※ Certified Atty., NJ Supreme Court |

June 16, 2010

**VIA FASCIMILE & U.S. MAIL**
Mark Fischer, Esq.
Rawlings & Associates
One Eden Parkway
LaGrange, KY 40031

Dear Mr. Fischer:

I am in receipt of your June 8, 2010 letter regarding the Weitz & Luxenberg claimants who you claim may be subject to private liens from one of the health plans represented by Rawlings & Associates. We have reviewed the list and have broken it down into several groups. These groups are identified in the attached spreadsheets and further explained below:

## Group 1: Branch Law Firm

The cases marked as Group 1 are clients of The Branch Law Firm. Weitz & Luxenberg acted as local counsel for these claimants by filing complaints on behalf of The Branch Law Firm. The Branch Law Firm is the attorney of record for these cases and has handled the processing of these claims through the Vioxx Settlement Program. We have notified Mr. Turner Branch of The Branch Law Firm and have sent a copy of your letter to him for his review. All future correspondence regarding these cases should go directly to this firm.

## Group 2: WL Ineligible Cases

The cases in Group 2 are in fact Weitz & Luxenberg cases. However, these cases are not in the Vioxx Settlement Program and will not receive any settlement proceeds related to their usage of Vioxx. Please update your files to reflect this information.



*215 South Monarch Street, Suite 202 • Aspen, CO 81611 • (970) 925-6101*

*210 Lake Drive East, Suite 104 • Cherry Hill, NJ 08002 • (856) 755-1115*



2179-123

Group 3:  WL Case in PLRP Program

The cases in Group 3 were in fact enrolled in the Vioxx PLRP Program.  Please update your files to reflect this information.


Group 4:  WL Cases in the Vioxx Settlement

The remaining cases on your June 8th list are Weitz & Luxenberg cases that have participated in the Vioxx Settlement Program.

Please be advised that we will respond under separate cover to your threat of litigation against Weitz & Luxenberg "as trustee of settlement funds."


                                        Very truly yours,
                                        WEITZ & LUXENBERG, P.C.


                                        By:_____
                                            Glenn Zuckerman, Esq.


GZ/af
Encls.