# Exhibit Q

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100
Phone: 502.587.1279
Fax: 502.584.8580

Offices Also In
Florence, Kentucky
Los Angeles, California

- ° Admitted in California
- ● Admitted in Illinois
- ▪ Also admitted in Indiana
- ▪▪▪ Also admitted in North Carolina & Virginia
- ❖ Also admitted in Ohio & West Virginia
- ⊥⊥ Also admitted in West Virginia
- ✷ Also admitted in Ohio

Sarah K. Alcock
Jennifer L. Armstrong
Douglas C. Baird
▪ R. Isaac Beckley III
⊥⊥ Richard A. Beckner
⊥⊥Kenneth G. Belt
Mary M. Bolander
▪▪▪ Jeffrey C. Borden
▪ Joseph W. Chanda
✷ William H. Crockett
°Damien A. DeCost
Mark D. Fischer
⊥⊥ Julie C. Foster
Scott C. Gordon
Shannon M. Gordon
● Robert C. Griffith
Carol H. Greissman
Jill M. Guarascio
▪ Barbra K. Harris
❖ Kenneth A. Huddleston
David A. Kelm
George R. Rawlings
❖ J. Steven Rawlings
Jeffrey C. Swann
Patricia G. Tobin

July 12, 2010

Glenn Zuckerman, Esq.
Weitz & Luxenberg
700 Broadway
New York, NY 10003

**VIA OVERNIGHT DELIVERY**

Re: Vioxx

Dear Mr. Zuckerman:

    I have received your correspondence dated May 21, June 16, June 17, and June 22, 2010, which was written in response to three letters from my colleague, Mark Fischer, concerning liens against Vioxx claimants represented by your firm. Your responses were thorough and helpful. Our clients do not intend to pursue claims against Weitz associated with Vioxx claimants who (a) Weitz represented solely as local counsel; (b) were ineligible to receive settlement funds under the Vioxx Master Settlement Agreement ("MSA"); (c) participated in the voluntary Lien Resolution Program ("LRP"); or (d) received fixed-payment awards of $5,000. These appear to account for a majority of the claimants referenced in the attachments to Mr. Fischer's letters.

    That leaves only the claimants who were represented by Weitz, received funds from the MSA associated with their use of Vioxx, and did not participate in the LRP. Your letters all indicate that Weitz "will respond under separate cover to your threat of litigation against Weitz & Luxenberg 'as trustee of settlement funds,'" but Rawlings has to date received no correspondence on this matter.

In the interest of settling the present dispute amicably, attached please find a HIPAA release form. Please have Weitz clients falling into this last category complete this form, or complete it on their behalf in your capacity as their attorney. Upon receipt of this release, we will provide Weitz with plan language and other documentation that will show the validity of the liens referenced in our earlier letters.

One minor issue: the attachment to your letter of June 16 appears to be missing at least one page. We would appreciate it if you could send or fax us a complete copy of the letter and attachment.

Thank you in advance for your attention to this matter.

Very Truly Yours,

RAWLINGS & ASSOCIATES PLLC

Robert C. Griffith, Esq.

Attachment

HIPAA COMPLIANT AUTHORIZATION FORM
PURSUANT TO 45 CFR 184.508

Patient Name: _____

Date of Birth: _____ Social Security Number: _____

Address: _____

I authorize the disclosure of all protected medical information for the purpose of a legal claim and other uses related to that legal claim to the extent permitted by law. I expressly request that any relevant covered entity under HIPAA disclose full and complete protected medical information in their possession spanning the time period of the beginning of my treatment to the present, including the following:

- All medical records, including inpatient, outpatient, and emergency room treatment; and all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes and records received by other physicians.

- All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram, and cardiac catheterization reports.

- All radiology films, mammograms, myelograms, CT Scans, photographs, bone scans, pathology/cytology/histology/autopsy/immunohistochemistry specimens, cardiac catheterization, videos/ CDs/films/reels, and echocardiogram videos.

- All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

- All billing/records including all statements, itemized bills, and insurance records.

- Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows:

    ____ Yes, disclose HIV/AIDS information           ____ No, do NOT disclose HIV/AIDS information

    ____ Yes, disclose alcohol/substance abuse        ____ No, do NOT disclose alcohol/substance abuse
              information                                          information

This authorization does not apply to psychotherapy notes or psychiatric/psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires two years from the date below.

Signature: _____ Date: _____
Relationship to the person who is the subject to the records:

Self: _____ Other: _____

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.)