# Exhibit R



**BURRELL REGENSTREICH LLC**

ATTORNEYS & COUNSELORS AT LAW

WALTER P. BURRELL, ESQ.
wburrell@bnrlegal.com

219 EAST BERGEN PLACE
RED BANK, NEW JERSEY 07701
(732) 212-8400 - PHONE
(732) 212-9051 - FAX
www.bnrlegal.com

May 10, 2010

<u>Via Fax (502-584-8580) and Regular Mail</u>
<u>Total Pages:2</u>

Mark D. Fischer, Esq.
Rawlings & Associates, PLLC
PO Bo x49
LaGrange, Kentucky 4031-0049

**Re:   Vioxx - Private Lien Resolution Program**

Dear Mr. Fischer:

Please allow this correspondence to follow-up on our conversation of earlier this morning. As we discussed, our firm has acted as local counsel for two (2) Texas law firms, assisting them in filing pleadings and motions in New Jersey lawsuits where their firms represent plaintiffs relative to their usage of Vioxx. We have had no involvement in the settlement of these actions and have never held settlement funds on behalf of any of the plaintiffs. As a result, any amendment to your complaint in MDL 1657 to name our firm as trustee of settlement funds for these individuals would be without merit and unsupported by the facts. It is my understanding, based upon our conversation, that you will not be seeking to assert any claims against our firm.

In terms of the actions listed on your exhibit, we were able to identify all but one of the actions and I have set-forth the identity of the law firm representing each Plaintiff below.

The Lanier Law Firm
The O'Quinn Law Firm
The Lanier Law Firm

<u>NEW YORK OFFICE</u>
110 WALL STREET
ELEVENTH FLOOR
NEW YORK, NEW YORK 10005
(212) 567-8590 - PHONE
(212) 567-2630 - FAX

> The Lanier Law Firm
> The Lanier Law Firm
> The Lanier Law Firm
> The O'Quinn Law Firm
> CAN NOT IDENTIFY
> The O'Quinn Law Firm
> The O'Quinn Law Firm

If you have any questions concerning this matter, please do not hesitate to contact me.

Very truly yours,

Walter P. Burrell
WPB:ms