# Exhibit S



**MotleyRice**
ATTORNEYS AT LAW

Carmen S. Scott
*Licensed in SC*

South Carolina Office
Direct Dial 843.216.9160
Direct Fax 843.216.9430
cscott@motleyrice.com

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000
f. 843.216.9450

321 South Main St.
Providence, RI 02903
o. 401.457.7700
f. 401.457.7708

One Corporate Center
20 Church St., 17th Floor
Hartford, CT 06103
o. 860.882.1681
f. 860.882.1682

275 Seventh Ave., 2nd Floor
New York, NY 10001
o. 212.577.0040
f. 212.577.0054

320 Chestnut St.
Morgantown, WV 26505
o. 304.413.0456
f. 304.413.0458

www.motleyrice.com


June 24, 2010

**VIA FACSIMILE 502-584-8580**
Mark D. Fischer
Rawlings & Associates PLLC
Post Office Box 49
LaGrange, Kentucky 40031-0039

Re:   **Motley Rice LLC Vioxx Clients**
      **Private Lien Resolution**

Dear Mr. Fischer:

We were again forwarded your letters to Cohen Placitella & Roth in which you identified several clients against whom you now assert liens. While Cohen Placitella & Roth served as our local counsel in this litigation, several of the clients listed in your letter are Motley Rice clients. As such, I will address each of our clients separately below:

| Client | Asserted Lien Amount(s) | Lien Holder(s) | Status of settlement |
|---|---|---|---|
| | | United Healthcare BCBS Association | Funds were disbursed in 2009 |
| | | BCBSNC HCSC | Funds were disbursed in 2009 |
| | | BCBS Association | Funds are being held in trust. Please contact me regarding negotiation. |
| | | Humana | (anti-subrogation state) |
| | | BCBS Association | Funds are being held in trust. Please contact me regarding negotiation. |
| | | BCBS Association | Claim not enrolled in Settlement Program. |
| | | BCBS Association | Funds were disbursed in 2009 |
| | | BCBSNC BCBS Association | Funds are being held in trust. Please contact me regarding negotiation. |
| | | BCBS Association | Funds were disbursed in 2009. |
| | | BCBS Association BCBSNC HealthNet Humana | Funds are being held in trust. Please contact me regarding negotiation. |

| Client | Asserted Lien Amount(s) | Lien Holder(s) | Status of settlement |
|---|---|---|---|
| | | BCBS Association | Claim was found ineligible – No settlement. |
| | | BCBS Association | Funds were disbursed in 2009 |
| | | BCBS Association | Claim was found ineligible – No settlement. |
| | | BCBS Association | Funds are being held in trust. Please contact me regarding negotiation. |

*As was provided in my previous letter to you, _____ had intended to participate in the Private Lien Resolution Program, but returned her paperwork after the deadline. I have attached the paperwork and ask that her claim be added to the program.

I look forward to discussing possible negotiation of those liens for which funds have not already been disbursed. Otherwise, please contact me with any questions you may have.

Very truly yours,

Carmen S. Scott

cc:   Fred Thompson, Esq.
      Harry Roth, Esq.