IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

------------------------------------------------x
| | |
|---|---|
| AvMed, Inc., et al. | : CIVIL ACTION |
|     Plaintiffs, | : |
| | : No. 08-1633 |
| vs. | : |
| | : SECTION L, MAG. 3 |
| BrownGreer PLC, U.S. | : |
| Bancorp, Inc. and John Does | : HONORABLE ELDON E. FALLON |
| | : HONORABLE DANIEL E. KNOWLES, III |
|     Defendants. | : |
| | : In relation to: MDL No. 1657 |
| | : |
| | : In re: Vioxx Products Liability |
| | : Litigation |

------------------------------------------------x

## MOTION TO SEAL THAT PORTION OF EXHIBITS TO THE DECLARATION OF ROBERT C. GRIFFITH, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")

In accordance with Local Rule 5.7.12W and the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), Health Plans respectfully file this Motion to seal that portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that contains "Protected Health Information" as that terms is defined in 45 C.F.R. § 160.103.

For the reasons more fully set forth in the enclosed memorandum and supporting Declaration, the Health Plans seek an Order from this Court directing Exhibits C, E, F, G, I, N, P, R, and S to the Declaration of Robert C. Griffith, Esq. to be sealed because the identity of the Eligible Claimants and the amount of their liens may qualify as "Protected Health Information" as defined in the regulations promulgated pursuant to HIPAA.

Dated: August 20, 2010

Respectfully submitted,

LOWEY DANNENBERG COHEN & HART, P.C.

By: *Peter D. St. Phillip/ki*

Richard W. Cohen
Peter D. St. Phillip
Gerald Lawrence
Karen Iannace
White Plains Plaza
Fifth Floor
One North Broadway
White Plains, New York 10601
Telephone: (914) 997-0500
Facsimile: (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky 40031
Telephone: (502) 587-1279
Facsimile: (502) 584-8580

*Attorneys for Health Plans*

{1851 / MOT / 00103605.DOC v1}