IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AvMed, Inc., et al., <br><br>                    Plaintiffs, <br><br> vs. <br><br> BrownGreer PLC, U.S. Bancorp, Inc., and John Does, <br><br>                    Defendants. | CIVIL ACTION <br><br> No. 08-1633 <br><br> SECTION L, MAG. 3 <br><br> HONORABLE ELDON E. FALLON <br> HONORABLE DANIEL E. KNOWLES, III <br><br> In relation to:     MDL No. 1657 <br><br> In re: Vioxx Products Liability Litigation |

### HEALTH PLANS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION TO SEAL THAT PORTION OF EXHIBITS TO THE DECLARATION OF ROBERT C. GRIFFITH, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER THE HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")

Because the identity of the Eligible Claimants ("ECs") and the amount of their liens may qualify as "Protected Health Information" as defined in the regulations promulgated pursuant to the Health Insurance Portability and Accountability Act of 1996 ("HIPPA"), 45 C.F.R. § 160.103, Health Plans seek to seal Exhibits C, E, F, G, I, N, P, R, and S to the Declaration of Robert C. Griffith, Esq. ("Griffith Decl.") that identify this information.

### ARGUMENT

A.    **Exhibits C, E, F, G, I, N, P, R, and S to the Declaration of Robert C. Griffith, Esq. Should Be Partially Sealed To Protect Against Disclosure of "Private Health Information" Under HIPAA**

Certain limited portions of the Exhibits to the Griffith Decl. contain information concerning the ECs which is protected from disclosure under HIPAA and its implementing

{1851 / MOT / 00103606.DOC v1}

regulations, *see* 45 C.F.R. Parts 160-164. In particular, Exhibits C, E, F, G, I, N, P, R, and S to the Griffith Decl. contain information pertaining to the ECs on whose behalf Health Plans paid health care providers for treatment incident to ECs' Vioxx use. These Exhibits list the amount of liens that Health Plans assert against such ECs, as well as identify ECs by name.

HIPAA penalizes disclosure of "protected health information," defined as

> information that is created or received [by a covered entity, 45 CFR § 160.103] that relates to the past, present, or future physical or mental health or condition of a plan participant; the provision of health care to a plan participant; or the past, present, or future payment for the provision of health care to a participant; and that identifies the plan participant or for which there is a reasonable basis to believe the information can be used to identify the participant.

45 C.F.R. § 164.501. While the public has a common law right to inspect and copy judicial records, *see Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 (1978); *Belo Broadcasting Corp. v. Clark*, 654 F.2d 423, 429 (5th Cir.1981), here Congress has modified that right to protect certain health information of the ECs. Hence, the public's common law right must yield to the statutory protections of HIPAA. This statutory protection overcomes the presumption of access to judicial records with respect to the ECs' "protected health information." As such, the Court should grant Health Plans' motion to seal Exhibits C, E, F, G, I, N, P, R, and S to the Griffith Decl.

## CONCLUSION

The Court should grant the motion for the stated reasons.

Dated: August 20, 2010

Respectfully submitted,

LOWEY DANNENBERG COHEN & HART, P.C.

By: _____*Peter D. St. Phillip /Ki*_____
Richard W. Cohen
Peter D. St. Phillip
Gerald Lawrence
Karen Iannace
One North Broadway, Suite 509
White Plains, New York 10601
Telephone:   (914) 997-0500
Facsimile:   (914) 997-0035

RAWLINGS & ASSOCIATES, PLLC
Mark D. Fischer
Jeffrey C. Swann
Robert Griffith
One Eden Parkway
LaGrange, Kentucky 40031
Telephone:   (502) 587-1279
Facsimile:   (502) 584-8580

*Attorneys for Health Plans*