IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------x
AvMed, Inc., et al.                    :   CIVIL ACTION
       Plaintiffs,            :
                                        :   No. 08-1633
   vs.                                 :
                                        :   SECTION L, MAG. 3
BrownGreer PLC, U.S.                    :
Bancorp, Inc. and John Does             :   HONORABLE ELDON E. FALLON
                                        :   HONORABLE DANIEL E. KNOWLES, III
       Defendants.             :
                                        :   In relation to: MDL No. 1657
                                        :
                                        :   In re: Vioxx Products Liability
                                        :   Litigation
---------------------------------------------x

**(PROPOSED) ORDER GRANTING HEALTH PLANS' MOTION
TO SEAL THAT PORTION OF EXHIBITS TO THE DECLARATION
OF ROBERT C. GRIFFITH, ESQ. THAT CONTAINS PROTECTED
HEALTH INFORMATION UNDER HEALTH INSURANCE
PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")**

The Court having considered Health Plans' Corrected Motion to Seal That Portion of the Amended Complaint that contains protected health information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103, and any opposition thereto, IT IS hereby ORDERED that the Health Plans' Motion is GRANTED, as follows:

Exhibits C, E, F, G, I, N, P, R, and S to the Declaration of Robert C. Griffith, Esq. shall be sealed.

New Orleans, Louisiana, this ___ day of _____, 2010.

                                            _____
                                            Honorable Eldon E. Fallon
                                            U.S. District Court Judge