## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

1.  Motion to Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

2.  Health Plans' Memorandum of Law in Support of their Motion To Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

3.  Health Plans' Reply Memorandum of Law in Support of their Corrected Motion: (A) to Identify Law Firms Representing Certain Eligible Plaintiffs in Place of the "John Doe" Defendants; (B) To Add the Federal Employee Health Benefits Act ("FEHBA") and Medicare Advantage Reimbursement Claims; and (C) to Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. that Contains Protected Health Information Under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

4.  Declaration of Robert C. Griffith, Esq; and

5.  (Proposed) Order Granting Health Plans' Motion to Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability of 1996 ("HIPPA").

have been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of August, 2010.

*Karen Iannace* (signature)
KAREN IANNACE