UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Carmen Robles for the Estate of Daniel Lucero; Sylvia Jordan, individually and for the Estate of George Bruton, Jr.; Julie Bright for the Estate of Lewis Burton; Gilbert Carrington, individually and for the Estate of Elsie Carrington; Katura Bland, individually and for the Estate of Dorothy Cook; Virginia East, individually and for the Estate of John D. East; Anthony Griffin, individually and for the Estate of Willa Griffin; Diane Shaw, individually and for the Estate of Edward Jaskulski; Pearl Sheppard, individually and for the Estate of James Overton, Jr.; Kenneth D. Smith, individually for the Estate of Janie Smith; Susan Elza, individually and for the Estate of Theodore Randles; Elizabeth Blackwell; Gustavo Morales, individually and for the Estate of Sonia E. Morales; Shanna Bock; Estate of Bruce Denton; Dionne Durfur; Max Garcia; Ruth Genona; Arthur Hejny; Edwin Hogue; Doris Howard; Henry Madrid; Bonnie Malchow; Susanna Martinez; Deborah McKenna; Eulogia Meneley; Jim Meunier; Sue Morgan; Viola Oliphant; Melissa Rager; Allen Quillen; Arlene Rector; Ruby Smith; Shirley Sorensen; Nona Sweets; Clarine Trent; James Vance; Eleanor Whately; and Roxana White,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | DOCKET NO. **2:06-cv-06963-EEF-DEK**<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Edwin Hogue, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/18/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: 8-20-10

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.