UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *All cases*

## ORDER

Because of technical difficulties, the Court has changed the specifications for the conference call scheduled in conjunction with the monthly status conference on August 26, 2010, at 9:00 a.m. Counsel and participants are directed to disregard the previous call-in information posted in the Minute Entry from the last monthly status conference, *see* Rec. Doc. No. 48217, and the Court's Vioxx MDL website Calendar page. The new conference call-in information is as follows:

1. Dial 800-260-0712;

2. Enter participant access code 168887.

This information will also be posted on the Court's Vioxx MDL website Calendar page, located at http://vioxx.laed.uscourts.gov/Calendar/Calendar.htm.

New Orleans, Louisiana, this 20th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

1