ABDALLE-HASSAN et al.,

Plaintiff(s),

v.

MERCK & CO., INC., et al.

Defendant(s).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DOCKET NO. 2:06-CV-02202-EEF-DEK

STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby

stipulate that all claims of plaintiff, _____ Rick A. Doty  and Lorrie Doty _____ against   defendant

Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice,

each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, PC
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716)854-2020

Dated:___July 9, 2008_____

_____          _____
Stephen G. Strauss                          Phillip A. Wittmann
Bryan Cave LLP                              Dorothy H. Wimberly
211 N. Broadway, Suite 3600                 Stone Pigman Walther
St. Louis, MO 63102                         Wittmann LLC
(314) 259-2000 Tel                          546 Carondelet Street
(314) 259-2020 Fax                          New Orleans, LA 70130
                                            (504) 581-3200 Tel
                                            (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __8-23-10_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd  day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.