UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX | ) MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) SECTION: L |
| | ) JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) MAGISTRATE JUDGE KNOWLES |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | ) |

**MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR TO STRIKE CLASS ALLEGATIONS IN THE PURCHASE CLAIMS MASTER COMPLAINT**

Plaintiffs, through undersigned counsel, hereby moves the Court for an extension of the page length for their Opposition to Defendants' Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint, a copy of which is attached hereto as Exhibit A.  Plaintiffs request that they be granted twenty (20) additional pages, for a total of forty-five (45) pages for their opposition to address the many complex issues involved over numerous jurisdictions.

On July 1, 2010, the Court entered an Order granting Defendant Merck Sharp & Dohme Corp. ("Merck") additional pages for its Memorandum in Support of Motion for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint (Docket No.

-2-

46085).

Merck has no objection to Plaintiffs' request for the additional pages.

WHEREFORE, Plaintiffs respectfully request that they be granted twenty (20) additional pages, for a total of forty-five (45) pages for their Opposition to Defendants' Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint.

Date:  August 23, 2010                                   Respectfully submitted,

| | |
|---|---|
| /s/ Dawn M Barrios | /s/ Elizabeth J. Cabraser |
| Dawn M. Barrios | Elizabeth J. Cabraser |
| BARRIOS, KINGSDORF & CASTEIX, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 701 Poydras Street, Suite 3650 | 275 Battery Street, 29th Floor |
| New Orleans, LA  70139 | San Francisco, CA  94111-3339 |
| Telephone:  (504) 524-3300 | Telephone:  (415) 956-1000 |
| Facsimile:  (504) 524-3313 | Facsimile:  (415) 956-1008 |
| | |
| | Chair, PSC Purchase Claims Committee |
| | |
| | James R.  Dugan, II |
| | THE DUGAN LAW FIRM |
| | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA  70130 |
| | Telephone:  (504) 648-0180 |
| | Facsimile:  (504) 648-0181 |
| | |
| | Vice Chair, PSC Purchase Claims Committee |

Dennis Johnson
Eben F. Duval
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
Telephone:  (802) 862-0030
Facsimile:   (802) 862-0060

Amy N. L. Hanson
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Facsimile:   (206) 623-3384

Lance A. Harke
Howard M. Bushman
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Avenue
Miami, FL  33138
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone:  (312) 621-2000
Facsimile:   (312) 641-5504

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of

Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of August, 2010.

                                                      /s/ Dawn M. Barrios  
                                                    Dawn M. Barrios