UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) | JUDGE FALLON |
| ) | MAGISTRATE JUDGE KNOWLES |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 ) | |

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Additional Pages for Plaintiffs' Opposition to Defendants' Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint,

IT IS ORDERED that Plaintiffs be and they are hereby granted an additional twenty (20) pages, for a total of forty-five (45) pages for their Opposition to Defendants' Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE