UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHRY STATUS CONFERENCE
AUGUST 26, 2010
SUGGESTED AGENDA

I.   Settlement Agreement

II.  The Vioxx Settlement Program

III. Lien Administrator

IV.  Special Master and Deputy Special Masters

V.   Class Actions

VI.  State/Federal Coordination -- State Liaison Committee

VII. *Pro Se* Claimants

VIII. PSC MDL Trial Package

IX.  Government Actions

X.   Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

XI.     Fee Allocation Committee

XII.    Merck's Motions and Rules on PTOs

XIII.   Other Motions

XIV.    Appeals

XV.     Merck's Motion to Dismiss for Failure to Prosecute

XVI.    Next Status Conference