

New York
White Plains Plaza
One North Broadway
White Plains, NY 10601-2310

914-997-0500 Telephone
914-997-0035 Fax

www.lowey.com

Pennsylvania
Four Tower Bridge
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428-2977

610-941-2760 Telephone
610-862-9777 Fax



August 20, 2010

**VIA FEDERAL EXPRESS**

Ms. Kathryn Wozencroft
Clerk for Judge Eldon E. Fallon
U.S. District Court – Eastern District of Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

    Re:    *AvMed, Inc., et al v. BrownGreer PLC, U.S. Bancorp, Inc. and John Does*
            (In relation to: *In re Vioxx Products Liability Litigation*, MDL No. 1657)

Dear Ms. Wozencroft:

    We, along with Rawlings & Associates PLLC, represent Health Plans in the above-referenced action entitled: *AvMed, Inc., et al v. BrownGreer PLC, U.S. Bancorp, Inc. and John Does* (In relation to: *In re Vioxx Products Liability Litigation,* MDL No. 1657).

    Enclosed for filing please find one (1) original set, plus one (1) set of copies, of the following:

1. Motion to Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

2. Health Plans' Memorandum of Law in Support of their Motion To Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

3. Health Plans' Reply Memorandum of Law in Support of their Corrected Motion: (A) to Identify Law Firms Representing Certain Eligible Plaintiffs in Place of the "John Doe" Defendants; (B) To Add the Federal Employee Health Benefits Act ("FEHBA") and Medicare Advantage Reimbursement Claims; and (C) to Seal that Portion of the Corrected Declaration of Mark D. Fischer, Esq. that Contains Protected Health Information Under the Health Insurance Portability and Accountability Act of 1996 ("HIPPA");

{1851 / LTR / 00103603.DOC v1}



August 20, 2010
Page 2

4. Declaration of Robert C. Griffith, Esq.;

5. (Proposed) Order Granting Health Plans' Motion to Seal that Portion of Exhibits to the Declaration of Robert C. Griffith, Esq. that Contains Protected Health Information Under Health Insurance Portability and Accountability of 1996 ("HIPPA"); and

6. Certificate of Service.

Thank you for your courtesies in this matter. Please call me at 914-733-7220 if you have any questions.

Respectfully submitted,

Karen Iannace

KI:rd
Enclosures

{1851 / LTR / 00103603.DOC v1}