IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

```
-------------------------------------------x
AvMed, Inc., et al.                        :    CIVIL ACTION
                Plaintiffs,                :
                                           :    No. 08-1633
        vs.                                :
                                           :    SECTION L, MAG. 3
BrownGreer PLC, U.S.                       :
Bancorp, Inc. and John Does                :    HONORABLE ELDON E. FALLON
                                           :    HONORABLE DANIEL E. KNOWLES, III
                Defendants.                :
                                           :    In relation to: MDL No. 1657
                                           :
                                           :    In re: Vioxx Products Liability
                                           :    Litigation
-------------------------------------------x
```

### ORDER GRANTING HEALTH PLANS' MOTION TO SEAL THAT PORTION OF EXHIBITS TO THE DECLARATION OF ROBERT C. GRIFFITH, ESQ. THAT CONTAINS PROTECTED HEALTH INFORMATION UNDER HEALTH INSURANCE PORTABILITY AND ACCOUNTABILITY ACT OF 1996 ("HIPAA")

The Court having considered Health Plans' Corrected Motion to Seal That Portion of the Amended Complaint that contains protected health information under the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), 45 C.F.R. § 160.103, and any opposition thereto, IT IS hereby ORDERED that the Health Plans' Motion is GRANTED, as follows:

Exhibits C, E, F, G, I, N, P, R, and S to the Declaration of Robert C. Griffith, Esq. shall be sealed.

New Orleans, Louisiana, this 29th day of August, 2010.

Honorable Eldon E. Fallon
U.S. District Court Judge