# Exhibit A

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Perry Weitz, Esq.
Weitz & Luxemberg
700 Broadway
New York, NY 10003

Dear Mr. Weitz:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|--------|----------|---------|-----------|----------|------------|-------------|
| 10266-06 | 10266-06 8/30/2006 BROWN SR MICHAEL C ET AL VS ME | Weitz & Luxemberg | MICHAEL | BROWN | $240,461.10 | BCBSFL |
| 08084-06 | 08084-06 8/7/2006 Marvin King | Weitz & Luxemberg | MARVIN | KING | $204,321.49 | BCBSFL |
| 01734-06 | 01734-06 3/13/2006 MOORE JR ROBERT F VS MERCK & | Weitz & Luxemberg | ROBERT | MOORE | $364,068.11 | BCBSFL |
| 01477-06 | 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Weitz & Luxemberg | GARY | SMITH | $123,846.98 | BCBSFL |
| 09315-06 | 09315-06 8/21/2006 Donald Smith | Weitz & Luxemberg | DONALD | SMITH | $450,336.71 | BCBSFL |
| 05734-05 | 05734-05 9/21/2005 Thomas Lawrence and Alma | Weitz & Luxemberg | LAWRENCE | THOMAS | $251,676.81 | BCBSFL |
| 02311-06 | 02311-06 2/16/2006 Jody M. Gibson and Robert K. | Weitz & Luxemberg | WILLIAM | WALKER | $171,263.42 | BCBSFL |
| 14213-06 | 14213-06 9/25/2006 WILLIAMS EDWARD VS MERCK & C | Weitz & Luxemberg | EDWARD | WILLIAMS | $189,140.21 | BCBSFL |
| 07950-06 | 07950-06 8/2/2006 Thomas Mitchell Allen | Weitz & Luxemberg | THOMAS | ALLEN | $6,524.34 | BCBSNC |
| 07950-06 | 07950-06 8/2/2006 Thomas Mitchell Allen | Weitz & Luxemberg | THOMAS | ALLEN | $10,938.08 | BCBSNC |
| 07950-06 | 07950-06 8/2/2006 Thomas Mitchell Allen | Weitz & Luxemberg | THOMAS | ALLEN | $22,544.45 | BCBSNC |
| 07950-06 | 07950-06 8/2/2006 Thomas Mitchell Allen | Weitz & Luxemberg | THOMAS | ALLEN | $30,861.48 | BCBSNC |
| 09568-06 | 09568-06 8/23/2006 Bernice Bailey | Weitz & Luxemberg | BERNICE | BAILEY | $6,633.59 | BCBSNC |
| 11493-06 | 11493-06 9/8/2006 BENSON DONALD VS MERCK & CO I | Weitz & Luxemberg | DONALD | BENSON | $41,415.89 | BCBSNC |
| 06811-06 | 06811-06 7/10/2006 BRIGHT RALPH M VS MERCK & CO I | Weitz & Luxemberg | RALPH | BRIGHT | $21,277.17 | BCBSNC |
| 10266-06 | 10266-06 8/30/2006 BROWN SR MICHAEL C ET AL VS ME | Weitz & Luxemberg | MICHAEL | BROWN | $38,377.80 | BCBSNC |
| 12972-06 | 12972-06 9/20/2006 BUCHANAN JAMES ET ALS VS MERC | Weitz & Luxemberg | JAMES | BUCHANAN | $19,190.33 | BCBSNC |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07941-06 | 07941-06 8/2/2006 Alfred Eugene Clark and Elizabeth R. C | Weitz & Luxemberg | ALFRED | CLARK | $37,858.45 | BCBSNC |
| 02312-06 | 02312-06 4/3/2006 ENGLISH WILLIAM VS MERCK & CO I | Weitz & Luxemberg | WILLIAM | ENGLISH | $150,984.71 | BCBSNC |
| 03453-06 | 03453-06 5/10/2006 Patricia Floyd | Weitz & Luxemberg | PATRICIA | FLOYD | $12,047.07 | BCBSNC |
| 03996-06 | 03996-06 5/25/2006 FORD, BILLY & JEWELL | Weitz & Luxemberg | BILLY | FORD | $2,286.52 | BCBSNC |
| 07524-05 | 07524-05 11/14/2005 James Frazier and Catherine Ann  h/w | Weitz & Luxemberg | JAMES | FRAZIER | $3,501.20 | BCBSNC |
| 03439-06 | 03439-06 5/10/2006 James C. Harrell | Weitz & Luxemberg | JAMES | HARRELL | $7,099.30 | BCBSNC |
| 06628-05 | 06628-05 9/29/2005 Betty Howard (Executor, William Howard) | Weitz & Luxemberg | BETTY | HOWARD | $5,964.29 | BCBSNC |
| 05454-05 | 05454-05 9/14/2005 Jackson Patsy | Weitz & Luxemberg | PATSY | JACKSON | $28,759.90 | BCBSNC |
| 07053-05 | 07053-05 10/25/2005 Jackson, Richard and Lisa Frazier h/w | Weitz & Luxemberg | RICHARD | JACKSON | $31,114.13 | BCBSNC |
| 05568-05 | 05568-05 9/19/2005 Jones Martha and John | Weitz & Luxemberg | MARTHA | JONES | $7,309.89 | BCBSNC |
| 15076-06 | 15076-06 9/27/2006 MCDANIEL DOROTHY VS MERCK & | Weitz & Luxemberg | DOROTHY | MCDANIEL | $551.17 | BCBSNC |
| 02081-05 | 02081-05 2/24/2005 McGee, Bonnie (Estate of Michael) | Weitz & Luxemberg | MICHAEL | MCGEE | $17,977.82 | BCBSNC |
| 08424-06 | 08424-06 8/9/2006 MITCHELL NANCY ET ALS VS MERC | Weitz & Luxemberg | NANCY | MITCHELL | $4,068.28 | BCBSNC |
| 01734-06 | 01734-06 3/13/2006 MOORE JR ROBERT F VS MERCK & | Weitz & Luxemberg | ROBERT | MOORE | $2,869.46 | BCBSNC |
| 08042-06 | 08042-06 8/3/2006 MOORE RUTH ET AL VS MERCK & C | Weitz & Luxemberg | RUTH | MOORE | $10,666.53 | BCBSNC |
| 11074-06 | 11074-06 9/5/2006 MURRAY ROBERT J VS MERCK & CO | Weitz & Luxemberg | ROBERT | MURRAY | $2,766.18 | BCBSNC |
| 11074-06 | 11074-06 9/5/2006 MURRAY ROBERT J VS MERCK & CO | Weitz & Luxemberg | ROBERT | MURRAY | $93,315.42 | BCBSNC |
| 12372-06 | 12372-06 9/13/2006 Jesse Parker | Weitz & Luxemberg | JESSE | PARKER | $779.59 | BCBSNC |
| 09265-06 | 09265-06 8/21/2006 William Salter | Weitz & Luxemberg | WILLIAM | SALTER | $3,221.04 | BCBSNC |

| Case No. | Description | First | Last | Amount | Insurer |
|---|---|---|---|---|---|
| 01491-06 | 01491-06 3/1/2006 SIMPSON EARL J VS MERCK & CO IN | EARL | SIMPSON | $3,027.34 | BCBSNC |
| 10178-06 | 10178-06 8/30/2006 SMITH DONALD E ET AL VS MERCK | DONALD | SMITH | $566.93 | BCBSNC |
| 05673-05 | 05673-05 9/21/2005 Smith Carrie | CARRIE | SMITH | $7,046.65 | BCBSNC |
| 03666-04 | 03666-04 11/18/2004 Smith Marie | MARIE | SMITH | $26,323.18 | BCBSNC |
| 15250-06 | 15250-06 9/27/2006 SMITH CARL ALVIN ET AL VS MERCK | CARL | SMITH | $65,559.33 | BCBSNC |
| 01477-06 | 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | GARY | SMITH | $100,082.49 | BCBSNC |
| 05325-05 | 05325-05 9/9/2005 Stanley Robert | ROBERT | STANLEY | $3,702.57 | BCBSNC |
| 07758-06 | 07758-06 7/31/2006 THOMPSON DAVID A ET AL VS MER | DAVID | THOMPSON | $55,329.94 | BCBSNC |
| 02506-06 | 02506-06 4/10/2006 Vause Joe and Joan | JOE | VAUSE | $107,681.77 | BCBSNC |
| 01484-06 | 01484-06 3/1/2006 WEBSTER BARBARA VS MERCK & C | BARBARA | WEBSTER | $127,721.33 | BCBSNC |
| 09563-06 | 09563-06 8/22/2006 WHITE JERRY ET AL VS MERCK & C | JERRY | WHITE | $420.22 | BCBSNC |
| 09766-06 | 09766-06 8/24/2006 WILLIAMS HAROLD ET AL VS MERCK | HAROLD | WILLIAMS | $66,162.49 | BCBSNC |
| 02317-06 | 02317-06 4/3/2006 WILSON RAY EDWARD VS MERCK & | RAY | WILSON | $46,722.13 | BCBSNC |
| 00328-05 | 00328-05 1/10/2005 Rice David | DAVID | RICE | $232,028.56 | BCBSRI |
| 10266-06 | 10266-06 8/30/2006 BROWN SR MICHAEL C ET AL VS ME | MICHAEL | BROWN | $21,863.74 | HCSC |
| 08049-05 | 08049-05 12/12/2005 Dyer Robert | ROBERT | DYER | $273,784.23 | HCSC |
| 03543-05 | 03543-05 6/7/2005 Flores Mary | MARY | FLORES | $4,103.52 | HCSC |
| 03543-05 | 03543-05 6/7/2005 Flores Mary | MARY | FLORES | $48,395.46 | HCSC |
| 03464-06 | 03464-06 5/10/2006 James B. Hill | JAMES | HILL | $1,084,085.86 | HCSC |
| 11659-06 | 11659-06 9/8/2006 HUGHES BARBARA A VS MERCK & C | BARBARA | HUGHES | $50,736.02 | HCSC |
| 10183-06 | 10183-06 8/30/2006 NAYLOR WILLIAM ET ALS VS MERCK | WILLIAM | NAYLOR | $207,131.81 | HCSC |

| Case No. | Description | Firm | First | Last | Amount | Insurer |
|---|---|---|---|---|---|---|
| 13892-06 | 13892-06 9/20/2006 William Scott | Weitz & Luxemberg | WILLIAM | SCOTT | $3,244.02 | HealthNet |
| 03666-04 | 03666-04 11/18/2004 Smith Marie | Weitz & Luxemberg | MARIE | SMITH | $82,034.63 | HealthNet |
| 09315-06 | 09315-06 8/21/2006 Donald Smith | Weitz & Luxemberg | DONALD | SMITH | $246,969.41 | HealthNet |
| 15250-06 | 15250-06 9/27/2006 SMITH CARL ALVIN ET AL VS MERCK | Weitz & Luxemberg | CARL | SMITH | $451,575.28 | HealthNet |
| 02270-05 | 02270-05 3/31/2005 Wheeler Donald | Weitz & Luxemberg | DONALD | WHEELER | $320,454.24 | HealthNet |
| 02174-05 | 02174-05 3/24/2005 Campbell George | Weitz & Luxemberg | GEORGE | CAMPBELL | $360.80 | Highmark |
| 07930-06 | 07930-06 8/2/2006 Frank T. Campbell and Carol Campbell | Weitz & Luxemberg | FRANK | CAMPBELL | $26,297.34 | Highmark |
| 10030-06 | 10030-06 8/28/2006 MOORE HELEN D ET AL VS MERCK | Weitz & Luxemberg | HELEN | MOORE | $4,264.20 | Highmark |
| 10030-06 | 10030-06 8/28/2006 MOORE HELEN D ET AL VS MERCK | Weitz & Luxemberg | HELEN | MOORE | $62,854.35 | Highmark |
| 02321-06 | 02321-06 4/3/2006 EVANS JOHN C VS MERCK & CO INC | Weitz & Luxemberg | JOHN | EVANS | $29,994.76 | HMSA |
| 09696-06 | 09696-06 8/24/2006 LEE MICHAEL VS MERCK & CO INC | Weitz & Luxemberg | MICHAEL | LEE | $103,571.72 | HMSA |
| 03476-06 | 03476-06 5/11/2006 Lopez Joe | Weitz & Luxemberg | JOSEPH | LOPEZ | $160,681.97 | HMSA |
| 12970-06 | 12970-06 9/20/2006 BLACKBURN WILLIAM E ET ALS VS | Weitz & Luxemberg | WILLIAM | BLACKBURN | $77,973.56 | Humana |
| 03120-06 | 03120-06 5/3/2006 Caldwell William and Agnes | Weitz & Luxemberg | WILLIAM | CALDWELL | $228,856.14 | Humana |
| 03543-05 | 03543-05 6/7/2005 Flores Mary | Weitz & Luxemberg | MARY | FLORES | $8,010.01 | Humana |
| 06957-06 | 06957-06 7/13/2006 LOPEZ MARIA VS MERCK & CO INC | Weitz & Luxemberg | MARIA | LOPEZ | $8,317.13 | Humana |
| 12241-06 | 12241-06 9/13/2006 Virginia Miller | Weitz & Luxemberg | VIRGINIA | MILLER | $1,713.70 | Humana |
| 11366-06 | 11366-06 9/6/2006 PAYNE RUTH ET AL VS MERCK & CO | Weitz & Luxemberg | RUTH | PAYNE | $5,516.28 | Humana |
| 03666-04 | 03666-04 11/18/2004 Smith Marie | Weitz & Luxemberg | MARIE | SMITH | $2,217.39 | Humana |
| 09533-06 | 09533-06 8/22/2006 TURNER JOHN VS MERCK & CO INC | Weitz & Luxemberg | JOHN | TURNER | $5,786.26 | Humana |

| Case Number | Caption | Firm | First Name | Last Name | Amount | Insurer |
|---|---|---|---|---|---|---|
| 06858-06 | 06858-06 7/11/2006 WILLIAMS MICHAEL VS MERCK & CO | Weitz & Luxemberg | MICHAEL | WILLIAMS | $11,419.47 | Humana |
| 10312-06 | 10312-06 8/30/2006 YOUNG WILLIE JOE ET ALS VS MER | Weitz & Luxemberg | CLARENCE | YOUNG | $231,533.88 | Humana |
| 03451-06 | 03451-06 5/10/2006 Randall Wilson | Weitz & Luxemberg | RANDALL | WILSON | $210,962.80 | Medical Mutual of Ohio |
| 06957-06 | 06957-06 7/13/2006 LOPEZ MARIA VS MERCK & CO INC | Weitz & Luxemberg | MARIA | LOPEZ | $481,288.22 | Neighborhood Health Plan |
| 02321-06 | 02321-06 4/3/2006 EVANS JOHN C VS MERCK & CO INC | Weitz & Luxemberg | JOHN | EVANS | $452,591.16 | Noridian |
| 08519-06 | 08519-06 8/8/2006 LEE ROSEMARY VS MERCK & CO IN | Weitz & Luxemberg | ROSEMARY | LEE | $9,562.56 | Noridian |
| 07049-06 | 07049-06 7/17/2006 BETHKE RICHARD L ET AL VS MERC | Weitz & Luxemberg | RICHARD | BETHKE | $5,738.42 | Priority Health |
| 02211-06 | 02211-06 3/30/2006 Edlund Robert | Weitz & Luxemberg | ROBERT | EDLUND | $3,368.00 | Priority Health |
| 02211-06 | 02211-06 3/30/2006 Edlund Robert | Weitz & Luxemberg | ROBERT | EDLUND | $22,769.51 | Priority Health |
| 11499-06 | 11499-06 9/8/2006 ANDERSON PEGGY ET ALS VS MER | Weitz & Luxemberg | PEGGY | ANDERSON | $243,489.32 | United Healthcare |
| 09747-06 | 09747-06 8/24/2006 BAKER VINCENT ET AL VS MERCK & | Weitz & Luxemberg | VINCENT | BAKER | $22,414.25 | United Healthcare |
| 07900-06 | 07900-06 8/2/2006 John Black | Weitz & Luxemberg | JOHN | BLACK | $33,074.34 | United Healthcare |
| 11463-06 | 11463-06 9/6/2006 BROWN JEANNE ET AL VS MERCK & | Weitz & Luxemberg | JOANNE | BROWN | $15,109.44 | United Healthcare |
| 05509-05 | 05509-05 9/16/2005 Brown Beverly | Weitz & Luxemberg | BEVERLY | BROWN | $52,873.62 | United Healthcare |
| 05509-05 | 05509-05 9/16/2005 Brown Beverly | Weitz & Luxemberg | BEVERLY | BROWN | $137,990.56 | United Healthcare |
| 11463-06 | 11463-06 9/6/2006 BROWN JEANNE ET AL VS MERCK & | Weitz & Luxemberg | JOANNE | BROWN | $218,622.96 | United Healthcare |
| 12972-06 | 12972-06 9/20/2006 BUCHANAN JAMES ET ALS VS MERC | Weitz & Luxemberg | JAMES | BUCHANAN | $29,554.40 | United Healthcare |
| 08512-06 | 08512-06 8/8/2006 BURKE PATRICIA VS MERCK & CO IN | Weitz & Luxemberg | PATRICIA | BURKE | $244,104.84 | United Healthcare |

| | | | | | |
|---|---|---|---|---|---|
| 01563-05 | 01563-05 2/18/2005 Gross Patricia | Weitz & Luxemberg | GEORGE | GROSS | $452,724.74 | United Healthcare |
| 12968-06 | 12968-06 9/20/2006 HOUSE ROBERT RICHARD ET ALS V | Weitz & Luxemberg | ROBERT | HOUSE | $384,726.67 | United Healthcare |
| 11659-06 | 11659-06 9/8/2006 HUGHES BARBARA A VS MERCK & C | Weitz & Luxemberg | BARBARA | HUGHES | $398,360.88 | United Healthcare |
| 07053-05 | 07053-05 10/25/2005 Jackson, Richard and Lisa Frazier h/w | Weitz & Luxemberg | RICHARD | JACKSON | $25,716.60 | United Healthcare |
| 08096-06 | 08096-06 8/7/2006 Robert King and Doretha King h/w | Weitz & Luxemberg | ROBERT | KING | $359,015.33 | United Healthcare |
| 08519-06 | 08519-06 8/8/2006 LEE ROSEMARY VS MERCK & CO IN | Weitz & Luxemberg | ROSEMARY | LEE | $212,047.86 | United Healthcare |
| 09311-06 | 09311-06 8/21/2006 Donald Oswald | Weitz & Luxemberg | DONALD | OSWALD | $7,255.63 | United Healthcare |
| 10042-06 | 10042-06 8/28/2006 PHILLIPS RONALD VS MERCK & CO I | Weitz & Luxemberg | RONALD | PHILLIPS | $212,652.24 | United Healthcare |
| 12746-06 | 12746-06 9/18/2006 POWERS LAURA ET ALS VS MERCK | Weitz & Luxemberg | JOHN | POWERS | $1,492,705.43 | United Healthcare |
| 11682-06 | 11682-06 9/8/2006 ROGERS BENJAMIN ET ALS VS MER | Weitz & Luxemberg | ETHEL | ROGERS | $375,164.25 | United Healthcare |
| 01477-06 | 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Weitz & Luxemberg | GARY | SMITH | $295,827.38 | United Healthcare |
| 00579-06 | 00579-06 1/26/2006 Wade Pauline | Weitz & Luxemberg | PAULINE | WADE | $35,659.95 | United Healthcare |
| 04207-06 | 04207-06 6/1/2006 WHITE, RUTH & BOOSTER | Weitz & Luxemberg | RUTH | WHITE | $314,365.06 | United Healthcare |
| 09563-06 | 09563-06 8/22/2006 WHITE JERRY ET AL VS MERCK & C | Weitz & Luxemberg | JERRY | WHITE | $716,362.67 | United Healthcare |
| 06918-06 | 06918-06 7/12/2006 WILSON SYLVIA K VS MERCK & CO I | Weitz & Luxemberg | SYLVIA | WILSON | $1,429,272.60 | United Healthcare |
| 05279-05 | 05279-05 9/7/2005 Wolfe Delores | Weitz & Luxemberg | DOLORES | WOLFE | $579,831.20 | United Healthcare |
| 01477-06 | 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Weitz & Luxemberg | GARY | SMITH | $190,350.28 | Vista |

TOTAL $16,887,694.19

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Stewart Cohen, Esq.
Cohen Placitella & Roth
127 Maple Avenue
Red Bank, NJ 07701

Dear Mr. Cohen:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 05612-06 | 05612-06 6/28/2006 COLLINS MARTHA ET AL VS MERCK | Cohen Placitella & Roth | MARTHA | COLLINS | $9,476.72 | BCBSNC |
| 01393-06 | 01393-06 2/28/2006 WILLIAM EVANS | Cohen Placitella & Roth | WILLIAM | EVANS | $5,695.23 | BCBSNC |
| 05185-06 | 05185-06 6/20/2006 HUNT JAMES C ET AL VS MERCK & | Cohen Placitella & Roth | JAMES | HUNT | $3,417.76 | BCBSNC |
| 01575-05 | 01575-05 2/18/2005 ROBINSON, JAMES AND MARILYN R | Cohen Placitella & Roth | JAMES | ROBINSON | $2,442.37 | BCBSNC |
| 09846-06 | 09846-06 8/25/2006 Smith, Marie B. | Cohen Placitella & Roth | MARIE | SMITH | $26,323.18 | BCBSNC |
| 05663-06 | 05663-06 6/29/2006 SMITH DEBORAH ET AL VS MERCK & | Cohen Placitella & Roth | DEBORAH | SMITH | $60,950.19 | BCBSNC |
| 05663-06 | 05663-06 6/29/2006 SMITH DEBORAH ET AL VS MERCK & | Cohen Placitella & Roth | DEBORAH | SMITH | $54,110.69 | BCBSRI |
| 01393-06 | 01393-06 2/28/2006 WILLIAM EVANS | Cohen Placitella & Roth | WILLIAM | EVANS | $188,535.62 | HCSC |
| 06209-06 | 06209-06 6/30/2006 JOHNSON SANDRA VS MERCK & CO | Cohen Placitella & Roth | SANDRA | JOHNSON | $547,116.34 | HCSC |
| 09846-06 | 09846-06 8/25/2006 Smith, Marie B. | Cohen Placitella & Roth | MARIE | SMITH | $82,034.63 | HealthNet |
| 04174-05 | 04174-05 7/12/2005 Foster, John | Cohen Placitella & Roth | JOHN | FOSTER | $16,427.84 | Humana |
| 06559-06 | 06559-06 6/30/2006 GREEN BARBARA ET AL VS MERCK | Cohen Placitella & Roth | BARBARA | GREEN | $297,210.61 | Humana |
| 04515-05 | 04515-05 3/18/2005 HAYS, DONNA | Cohen Placitella & Roth | DONNA | HAYS | $1,003.29 | Humana |
| 14926-06 | 14926-06 9/28/2006 John W. Reilly and Maureen Reilly | Cohen Placitella & Roth | JOHN | REILLY | $126,501.23 | Humana |
| 09846-06 | 09846-06 8/25/2006 Smith, Marie B. | Cohen Placitella & Roth | MARIE | SMITH | $2,217.39 | Humana |
| 05664-06 | 05664-06 6/29/2006 SMITH LORETTA VS MERCK & CO IN | Cohen Placitella & Roth | LORETTA | SMITH | $101,835.85 | Humana |
| 02787-06 | 02787-06 4/21/2006 ADKINS, MARY LOU & JAMES S | Cohen Placitella & Roth | MARY | ADKINS | $166,808.78 | United Healthcare |

| 06209-06 | 06209-06 6/30/2006 JOHNSON SANDRA VS MERCK & CO | Cohen Placitella & Roth | SANDRA | JOHNSON | $326,936.29 | United Healthcare |
| 05664-06 | 05664-06 6/29/2006 SMITH LORETTA VS MERCK & CO IN | Cohen Placitella & Roth | LORETTA | SMITH | $33,173.40 | United Healthcare |
| 04174-05 | 04174-05 7/12/2005 Foster, John | Cohen Placitella & Roth | JOHN | FOSTER | $4,012.32 | Vista |
| | | | | | $2,056,229.73 | |

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

May 7, 2010

Sol Weiss, Esq.
Anapol Schwartz
1040 Kings Hwy N
Cherry Hill, NJ 08034

Dear Mr. Weiss:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|--------|----------|---------|-----------|----------|------------|-------------|
| 02192-06 | 02192-06 3/30/2006 Smith, Donald E. | Anapol Schwartz | DONALD | SMITH | $450,336.71 | BCBSFL |
| 01898-06 | 01898-06 3/21/2006 Parker, John E., Jr. | Anapol Schwartz | JOHN | PARKER | $6,308.55 | BCBSNC |
| 02192-06 | 02192-06 3/30/2006 Smith, Donald E. | Anapol Schwartz | DONALD | SMITH | $566.93 | BCBSNC |
| 04868-06 | 04868-06 6/14/2006 Smith, Gerald and Allene | Anapol Schwartz | GERALD | SMITH | $21,760.85 | BCBSNC |
| 02879-06 | 02879-06 4/25/2006 Wheeler, Bobby L. and Shirley | Anapol Schwartz | BOBBY | WHEELER | $57,026.62 | BCBSNC |
| 04868-06 | 04868-06 6/14/2006 Smith, Gerald and Allene | Anapol Schwartz | GERALD | SMITH | $61,831.50 | BCBSRI |
| 04868-06 | 04868-06 6/14/2006 Smith, Gerald and Allene | Anapol Schwartz | GERALD | SMITH | $6,288.20 | HCSC |
| 04868-06 | 04868-06 6/14/2006 Smith, Gerald and Allene | Anapol Schwartz | GERALD | SMITH | $128,881.83 | HCSC |
| 04502-06 | 04502-06 6/8/2006 DANIELS, MARY E. | Anapol Schwartz | MARY | DANIELS | $1,062.53 | HealthNet |
| 02192-06 | 02192-06 3/30/2006 Smith, Donald E. | Anapol Schwartz | DONALD | SMITH | $246,969.41 | HealthNet |
| 02007-06 | 02007-06 3/24/2006 Young, Mary | Anapol Schwartz | MARY | YOUNG | $15,369.87 | HMSA |
| 03414-06 | 03414-06 5/11/2006 HAY, WILLIS EDWARD & MARY KATH | Anapol Schwartz | WILLIS | HAY | $103,327.28 | Humana |
| 07741-05 | 07741-05 11/29/2005 Raymer, William B. and Louella L | Anapol Schwartz | WILLIAM | RAYMER | $7,073.20 | Priority Health |
| 07519-06 | 07519-06 7/27/2006 Barber, Diana M. for Richard R. Barber, | Anapol Schwartz | RICHARD | BARBER | $240,312.57 | United Healthcare |
| 02548-06 | 02548-06 4/12/2006 McDonald, Robert J. and Leona Joyce | Anapol Schwartz | ROBERT | MCDONALD | $220,143.88 | United Healthcare |
| 03730-06 | 03730-06 5/18/2006 Phillips, Gary L. and Debra S. | Anapol Schwartz | GARY | PHILLIPS | $55,502.59 | United Healthcare |

| 02007-06 | 02007-06 3/24/2006 Young, Mary | Anapol Schwartz | MARY | YOUNG | $756,510.86 | United Healthcare |
|---|---|---|---|---|---|---|
| | | | | | $2,379,273.38 | |

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

May 7, 2010

George E. Pallas, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman
2 White Horse Pike
Haddon Heights, NJ 08035

Dear Mr. Pallas:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|--------|----------|---------|-----------|----------|------------|-------------|
| 05202-05 | 05202-05 9/2/2005 Bowman, William and wife, Nancy Con | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | WILLIAM | BOWMAN | $155,719.87 | BCBSNC |
| 04049-05 | 04049-05 7/5/2005 Smith, Jeffrey N. and wife, Beverly A. S | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | JEFFREY | SMITH | $7,971.48 | BCBSNC |
| 12653-06 | 12653-06 9/8/2006 HILL SR JAMES E ET AL VS MERCK & | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | JAMES | HILL | $1,084,085.86 | HCSC |

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

May 7, 2010

David P. Matthews, Esq.
Kasowitz, Benson, Torres & Friedman LLP
700 Louisiana St., Ste. 2200
Houston, TX 77002

Dear Mr. Matthews:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 04763-06 | 04763-06 6/13/2006 MYERS, JOHN W. & MARGARET M. | Kasowitz, Benson, Torres & Fredman | JOHN | MYERS | $3,145,308.28 | BCBSFL |
| 13138-06 | 13138-06 9/20/2006 Gary John Smith | Kasowitz, Benson, Torres & Fredman | GARY | SMITH | $123,846.98 | BCBSFL |
| 04537-06 | 04537-06 6/8/2006 SIMMONS, RUBY B. | Kasowitz, Benson, Torres & Fredman | RUBY | SIMMONS | $785.71 | BCBSNC |
| 13138-06 | 13138-06 9/20/2006 Gary John Smith | Kasowitz, Benson, Torres & Fredman | GARY | SMITH | $100,082.49 | BCBSNC |
| 04537-06 | 04537-06 6/8/2006 SIMMONS, RUBY B. | Kasowitz, Benson, Torres & Fredman | RUBY | SIMMONS | $284,665.53 | Humana |
| 04111-05 | 04111-05 7/8/2005 Sarah J. Johnson and David L. Johnso | Kasowitz, Benson, Torres & Fredman | SARAH | JOHNSON | $19,211.84 | United Healthcare |
| 13138-06 | 13138-06 9/20/2006 Gary John Smith | Kasowitz, Benson, Torres & Fredman | GARY | SMITH | $295,827.38 | United Healthcare |

**Rawlings & Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

May 7, 2010

Shanin Specter, Esq.
Kline & Specter
LibertyView
457 Haddonfield Rd., Suite 540
Cherry Hill, NJ 08002

Dear Mr. Specter:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| May-25 | Mary Bowman | Kline & Specter | MARY | BOWMAN | $403,557.03 | BCBSFL |
| 03570-06 | 03570-06 5/15/2006 GREEN, JUNE INDIVIDUALLY & AS A | Kline & Specter | ROBERT | GREEN | $1,790,360.63 | BCBSFL |
| May-25 | Mary Bowman | Kline & Specter | MARY | BOWMAN | $21,506.96 | BCBSNC |
| 03700-05 | 03700-05 6/16/2005 Byers, James | Kline & Specter | JAMES | BYERS | $3,848.16 | BCBSNC |
| 07073-06 | 07073-06 7/18/2006 MURPHY WILLIAM L ETALS VS MER | Kline & Specter | WILLIAM | MURPHY | $5,188.29 | BCBSNC |
| 07794-06 | 07794-06 7/31/2006 TUCKER ROGER ET AL VS MERCK & | Kline & Specter | ROGER | TUCKER | $23,659.88 | BCBSNC |
| May-97 | Carol Greene | Kline & Specter | CAROL | GREENE | $82,856.09 | HCSC |
| May-25 | Mary Bowman | Kline & Specter | MARY | BOWMAN | $66,513.99 | HMSA |
| 03570-06 | 03570-06 5/15/2006 GREEN, JUNE INDIVIDUALLY & AS A | Kline & Specter | ROBERT | GREEN | $72,283.29 | Humana |
| 05412-06 | 05412-06 6/16/2006 PAPPAS WILLIAM ET AL VS MERCK | Kline & Specter | WILLIAM | PAPPAS | $61,663.98 | Priority Health |
| May-14 | Leland Lewis | Kline & Specter | LELAND | LEWIS | $1,066,339.81 | United Healthcare |
| 01098-06 | 01098-06 2/15/2006 Voss, Clifford dec'd | Kline & Specter | CATHERINE | VOSS | $725,594.25 | United Healthcare |
|  |  |  |  |  | $4,323,372.36 |  |

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Mark Lanier, Esq.
The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 77069

Dear Mr. Lanier:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 15477-06 | 15477-06 9/26/2006 Frank Hill | Lanier Law Firm, PC | FRANK | HILL | $222,623.27 | BCBSFL |
| 200638460 | KING, EDWARD (IND AND AS PERSONAL REPRES MERCK & CO INC | Lanier Law Firm, PC | EDWARD | KING | $123,111.51 | BCBSFL |
| 02228-06 | 02228-06 4/1/2006 Mary J. Turner et. al. | Lanier Law Firm, PC | MARY | TURNER | $662,046.14 | BCBSFL |
| 200636143 | WRIGHT, ROGER MERCK & CO INC | Lanier Law Firm, PC | ROGER | WRIGHT | $155,465.00 | BCBSFL |
| 02235-06 | 02235-06 4/1/2006 Mary Adamson et. al. | Lanier Law Firm, PC | MARY | ADAMSON | $23,788.84 | BCBSNC |
| 01193-06 | 01193-06 2/15/2006 Nancy Clark | Lanier Law Firm, PC | NANCY | CLARK | $20,927.56 | BCBSNC |
| 200662611 | COTTON, WILLIAM L MERCK & CO INC | Lanier Law Firm, PC | WILLIAM | COTTON | $8,350.54 | BCBSNC |
| 200625055 | EVANS, ARTHUR MERCK & CO INC | Lanier Law Firm, PC | ARTHUR | EVANS | $3,642.04 | BCBSNC |
| 01815-06 | 01815-06 3/15/2006 Ronald Griffin. et. al. | Lanier Law Firm, PC | RONALD | GRIFFIN | $4,711.21 | BCBSNC |
| 10212-06 | 10212-06 8/30/2006 Proctor James Noble | Lanier Law Firm, PC | SHIRLEY | JONES | $777.23 | BCBSNC |
| 10227-06 | 10227-06 8/30/2006 Robert Sayre | Lanier Law Firm, PC | PATRICIA | LOGAN | $67,911.21 | BCBSNC |
| 10240-06 | 10240-06 8/30/2006 Clark Taylor | Lanier Law Firm, PC | CLARK | TAYLOR | $8,463.67 | BCBSNC |
| 02228-06 | 02228-06 4/1/2006 Mary J. Turner et. al. | Lanier Law Firm, PC | MARY | TURNER | $9,036.69 | BCBSNC |
| 10227-06 | 10227-06 8/30/2006 Robert Sayre | Lanier Law Firm, PC | PATRICIA | LOGAN | $51,570.30 | BCBSRI |
| 01833-06 | 01833-06 3/15/2006 Patricia Hunter et. al. | Lanier Law Firm, PC | PATRICIA | HUNTER | $287,273.40 | HCSC |
| 10212-06 | 10212-06 8/30/2006 Proctor James Noble | Lanier Law Firm, PC | SHIRLEY | JONES | $158,402.42 | HCSC |
| 200643975 | MANN, ROBERT (INDIVIDUALLY AND AS PERSON MERCK & CO INC | Lanier Law Firm, PC | ROBERT | MANN | $11,672.10 | Humana |
| 200655860 | DAVIS, ETHEL N MERCK & CO INC | Lanier Law Firm, PC | ETHEL | DAVIS | $502,204.16 | United Healthcare |
| 08979-06 | 08979-06 8/15/2006 Margaret Graham | Lanier Law Firm, PC | MARGARET | GRAHAM | $368,029.20 | United Healthcare |

| 01170-06 | 01170-06 2/15/2006 Sharon Thompson | Lanier Law Firm, PC | SHARON | THOMPSON | $231,559.92 | United Healthcare |
| 01804-06 | 01804-06 3/15/2006 Lois Jean White | Lanier Law Firm, PC | LOIS | WHITE | $1,168,116.66 | United Healthcare |
| | | | | | $4,089,683.07 | |

# Rawlings&Associates PLLC

POST OFFICE BOX 49
LAGRANGE, KENTUCKY 40031-0049

ONE EDEN PARKWAY
LAGRANGE, KENTUCKY 40031-8100

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

TELEPHONE (502) 814-2139
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

May 7, 2010

Gene Locks, Esq.
Locks Law Firm
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106

Dear Mr. Locks:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 14130-06 | 14130-06 9/25/2006 BROWN DAVID VS MERCK & CO INC | Locks Law Firm | DAVID | BROWN | $209,772.36 | BCBSFL |
| 14103-06 | 14103-06 9/25/2006 MORRIS MARY ETAL VS MERCK & C | Locks Law Firm | MARY | MORRIS | $312,533.58 | BCBSFL |
| 14954-06 | 14954-06 10/2/2006 HAYES WILLIAM ET ALS VS MERCK | Locks Law Firm | WILLIAM | HAYES | $90,224.58 | BCBSNC |
| 05918-06 | 05918-06 6/29/2006 JOHNSTON LOUISE ET AL VS MERC | Locks Law Firm | LOUISE | JOHNSON | $2,133.17 | BCBSNC |
| 16191-06 | 16191-06 10/2/2006 MITCHELL FRANCES ET ALS VS MER | Locks Law Firm | RICHARD | MITCHELL | $15,384.80 | BCBSNC |
| 16153-06 | 16153-06 10/2/2006 SIMPSON CATHERINE MARY ET ALS | Locks Law Firm | BARBARA | SIMPSON | $6,347.54 | BCBSNC |
| 05897-06 | 05897-06 6/29/2006 TERRY MICHAEL J ET AL VS MERCK | Locks Law Firm | MICHAEL | TERRY | $39,044.56 | BCBSNC |
| 05456-06 | 05456-06 6/27/2006 WRIGHT MARY VS MERCK & CO INC | Locks Law Firm | MARY | WRIGHT | $43,920.80 | BCBSNC |
| 05456-06 | 05456-06 6/27/2006 WRIGHT MARY VS MERCK & CO INC | Locks Law Firm | MARY | WRIGHT | $9,356.68 | HCSC |
| 05831-06 | 05831-06 6/29/2006 YOUNG MARY VS MERCK & CO INC | Locks Law Firm | MARY | YOUNG | $15,369.87 | HMSA |
| 07547-05 | 07547-05 11/14/2005 LLOYD, WILLIAM JAMES & ROBIN ANDRENE LLOYD | Locks Law Firm | WILLIAM | LLOYD | $80,501.70 | United Healthcare |
| 05831-06 | 05831-06 6/29/2006 YOUNG MARY VS MERCK & CO INC | Locks Law Firm | MARY | YOUNG | $756,510.86 | United Healthcare |
| 05456-06 | 05456-06 6/27/2006 WRIGHT MARY VS MERCK & CO INC | Locks Law Firm | MARY | WRIGHT | $189,732.63 | Vista |

$1,770,833.13

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

May 7, 2010

Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

Dear Mr. Morelli:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 02146-06 | 02146-06 3/29/2006 Charles Ivan Allen and Shirley Allen | Morelli Ratner PC | CHARLES | ALLEN | $150,257.11 | BCBSFL |
| 02478-06 | 02478-06 4/10/2006 James R. Stevens and Darletta Steven | Morelli Ratner PC | JAMES | STEVENS | $221,965.56 | BCBSFL |
| 02598-06 | 02598-06 4/10/2006 Joyce Thornton and Walter Thornton | Morelli Ratner PC | JOYCE | THORNTON | $470,626.50 | BCBSFL |
| 02604-06 | 02604-06 4/12/2006 Shirley Davis and Lawrence M. Davis | Morelli Ratner PC | SHIRLEY | DAVIS | $24,448.90 | BCBSNC |
| 03408-06 | 03408-06 5/11/2006 HORTON, JAMES & LORRAINE | Morelli Ratner PC | JAMES | HORTON | $3,571.10 | BCBSNC |
| 07539-06 | 07539-06 7/28/2006 JACKSON SHARON D VS MERCK & C | Morelli Ratner PC | SHARON | JACKSON | $37,060.97 | BCBSNC |
| 07323-06 | 07323-06 7/24/2006 JORDAN JANET VS MERCK & CO INC | Morelli Ratner PC | JANET | JORDAN | $6,251.20 | BCBSNC |
| 05205-06 | 05205-06 6/22/2006 SMITH PAMELA VS MERCK & CO INC | Morelli Ratner PC | PAMELA | SMITH | $4,459.16 | BCBSNC |
| 02683-06 | 02683-06 4/18/2006 WILLIAMS, VIRGINIA & REVAIN | Morelli Ratner PC | VIRGINIA | WILLIAMS | $49,294.32 | BCBSNC |
| 02613-06 | 02613-06 4/12/2006 Doris Williams | Morelli Ratner PC | DORIS | WILLIAMS | $83,062.29 | BCBSNC |
| 14756-06 | 14756-06 9/27/2006 WILLIS JOHN VS MERCK & CO INC | Morelli Ratner PC | JOHN | WILLIS | $6,983.50 | BCBSNC |
| 05248-06 | 05248-06 6/22/2006 WILSON JAMES ET AL VS MERCK & | Morelli Ratner PC | JAMES | WILSON | $32,475.36 | BCBSNC |
| 02604-06 | 02604-06 4/12/2006 Shirley Davis and Lawrence M. Davis | Morelli Ratner PC | SHIRLEY | DAVIS | $43,906.36 | HCSC |
| 14756-06 | 14756-06 9/27/2006 WILLIS JOHN VS MERCK & CO INC | Morelli Ratner PC | JOHN | WILLIS | $464,938.92 | HCSC |
| 03425-06 | 03425-06 5/11/2006 LOW, JAMES | Morelli Ratner PC | JAMES | LOW | $23,840.42 | HMSA |
| 05248-06 | 05248-06 6/22/2006 WILSON JAMES ET AL VS MERCK & | Morelli Ratner PC | JAMES | WILSON | $307,832.65 | Humana |
| 05248-06 | 05248-06 6/22/2006 WILSON JAMES ET AL VS MERCK & | Morelli Ratner PC | JAMES | WILSON | $27,856.38 | Medical Mutual of Ohio |

| | | | | | |
|---|---|---|---|---|---|
| 00458-06 | 00458-06 2/8/2006 Laurie Smith as Adm. of the Est. of Mar | Morelli Ratner PC | LAURIE | SMITH | $71,381.75 | Premera |
| 03394-06 | 03394-06 5/11/2006 GIBBS, BEVERLY | Morelli Ratner PC | BEVERLY | GIBBS | $615,864.68 | United Healthcare |
| 03424-06 | 03424-06 5/11/2006 LOPEZ, ANTONIO | Morelli Ratner PC | ANTONIO | LOPEZ | $270,825.24 | United Healthcare |
| 07671-06 | 07671-06 7/31/2006 PETERSEN RICHARD ET AL VS MER | Morelli Ratner PC | RICHARD | PETERSEN | $399,435.76 | United Healthcare |
| 02558-06 | 02558-06 4/12/2006 William D. Reynolds and Vilmal Reynol | Morelli Ratner PC | WILLIAM | REYNOLDS | $5,521.54 | United Healthcare |

$3,321,859.67

**Rawlings & Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

May 7, 2010

Benjamin Crump, Esq.
Parks & Crump
240 N. Magnolia Drive
Tallahassee, FL 32301

Dear Mr. Crump:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the plans listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm have never represented one or more of the plaintiffs listed on the attached exhibit please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs you do not represent and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or has represented on the attached exhibit have not received and will not receive any settlement proceeds related to their usage of Vioxx, please contact me by noon Eastern Time on May 23rd, and provide me with information indicating which plaintiffs will not receive settlement proceeds and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified which we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseNo | CaseName | LawFirm | FirstName | LastName | LeinAmount | Health Plan |
|---|---|---|---|---|---|---|
| 07291-06 | 07291-06 7/19/2006 BROWN EDNA VS MERCK & CO INC | Parks & Crump | EDNA | BROWN | $251,760.76 | BCBSFL |
| 04736-06 | 04736-06 6/13/2006 CONRAD, RICHARD & MYRA | Parks & Crump | RICHARD | CONRAD | $123,434.12 | BCBSFL |
| 07857-05 | 07857-05 11/23/2005 Minnie Williams (individually & as personal rep of estate of Farris Williams) | Parks & Crump | MINNIE | WILLIAMS | $2,705.22 | BCBSNC |
| 09575-06 | 09575-06 8/22/2006 THOMPSON SHIRLEY ET AL VS MER | Parks & Crump | SHIRLEY | THOMPSON | $78,756.42 | HMSA |
| 04736-06 | 04736-06 6/13/2006 CONRAD, RICHARD & MYRA | Parks & Crump | RICHARD | CONRAD | $390,898.66 | Humana |
| 04742-06 | 04742-06 6/13/2006 JACKSON, WILLIE | Parks & Crump | WILLIE | JACKSON | $6,415.12 | Humana |
| 14752-06 | 14752-06 9/27/2006 GUY JAMES VS MERCK & CO INC | Parks & Crump | JAMES | GUY | $34,343.39 | Medical Mutual of Ohio |
| 07291-06 | 07291-06 7/19/2006 BROWN EDNA VS MERCK & CO INC | Parks & Crump | EDNA | BROWN | $464,618.96 | United Healthcare |
| 08813-06 | 08813-06 8/11/2006 COLE FRANCES VS MERCK & CO IN | Parks & Crump | FRANCES | COLE | $831,959.48 | United Healthcare |
| 04742-06 | 04742-06 6/13/2006 JACKSON, WILLIE | Parks & Crump | WILLIE | JACKSON | $5,036,186.56 | United Healthcare |
| 12606-06 | 12606-06 9/19/2006 JOHNSON RUTH VS MERCK & CO I | Parks & Crump | RUTH | JOHNSON | $390,139.00 | United Healthcare |