# Exhibit B

# Rawlings & Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

June 8, 2010

Perry Weitz, Esq.
Weitz & Luxemberg
700 Broadway
New York, NY 10003

Dear Mr. Weitz:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 01718-06 3/13/2006 ADAMS RONALD VS MERCK & CO IN | Weitz & Luxemberg | RONALD | ADAMS | $52,396.18 | BCBS Association |
| 13901-06 9/20/2006 ALLEN PHYLLIS VS MERCK & CO INC | Weitz & Luxemberg | PHYLLIS | ALLEN | $8,833.14 | BCBS Association |
| 12401-06 9/14/2006 ALLEN SHIRLEY VS MERCK & CO IN | Weitz & Luxemberg | SHIRLEY | ALLEN | $8,965.30 | BCBS Association |
| 08997-06 8/16/2006 Willie Baker | Weitz & Luxemberg | WILLIE | BAKER | $4,466.45 | BCBS Association |
| 05679-05 9/21/2005 Barnes Ethel | Weitz & Luxemberg | ETHEL | BARNES | $14,484.85 | BCBS Association |
| 07900-06 8/2/2006 John Black | Weitz & Luxemberg | JOHN | BLACK | $5,615.97 | BCBS Association |
| 12970-06 9/20/2006 BLACKBURN WILLIAM E ET ALS | Weitz & Luxemberg | WILLIAM | BLACKBURN | $4,853.85 | BCBS Association |
| 11238-06 9/7/2006 BRADY MARY VS MERCK & CO INC VS | Weitz & Luxemberg | MARY | BRADY | $2,315.41 | BCBS Association |
| 08712-06 8/11/2006 James Brotherton and Margaret L. Brot | Weitz & Luxemberg | JAMES | BROTHERTON | $109,646.19 | BCBS Association |
| 05509-05 9/16/2005 Brown Beverly | Weitz & Luxemberg | BEVERLY | BROWN | $13,529.80 | BCBS Association |
| 01124-06 2/16/2006 BROWN SR HAROLD E VS | Weitz & Luxemberg | HAROLD | BROWN | $3,847.15 | BCBS Association |
| 11463-06 9/6/2006 BROWN JEANNE ET AL VS MERCK & | Weitz & Luxemberg | JOANNE | BROWN | $71,650.36 | BCBS Association |
| 12972-06 9/20/2006 BUCHANAN JAMES ET ALS VS MERC | Weitz & Luxemberg | JAMES | BUCHANAN | $1,635.84 | BCBS Association |
| 08165-06 8/7/2006 BURTON BEVERLY ET ALS VS MERC | Weitz & Luxemberg | BEVERLY | BURTON | $19,042.52 | BCBS Association |
| 08772-06 8/14/2006 BURTON DOROTHY VS MERCK & CO | Weitz & Luxemberg | DOROTHY | BURTON | $7,666.16 | BCBS Association |
| 08720-06 8/11/2006 Clarence Cameron and Shirley Camero | Weitz & Luxemberg | CLARENCE | CAMERON | $3,709.43 | BCBS Association |
| 03142-05 5/10/2005 Campbell David | Weitz & Luxemberg | DAVID | CAMPBELL | $16,048.12 | BCBS Association |
| 10839-06 9/5/2006 COREY WILLIAM ET AL VS MERCK & | Weitz & Luxemberg | WILLIAM | CAREY | $2,319.60 | BCBS Association |
| 00840-06 2/7/2006 Carroll Mary | Weitz & Luxemberg | MARY | CARROLL | $40,423.38 | BCBS Association |

| Case Name | Law Firm | FirstName | LastName | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 00484-06 1/23/2006 Champagne Joseph | Weitz & Luxemberg | JOSEPH | CHAMPAGNE | $18,729.43 | BCBS Association |
| 12244-06 9/13/2006 Doris T. Cooper | Weitz & Luxemberg | DORIS | COOPER | $51,333.17 | BCBS Association |
| 08454-06 8/8/2006 Mary N. Crawford | Weitz & Luxemberg | MARY | CRAWFORD | $64,980.78 | BCBS Association |
| 08104-05 12/15/2005 Darling Charles | Weitz & Luxemberg | CHARLES | DARLING | $12,328.04 | BCBS Association |
| 04797-06 6/14/2006 DAVIS CHARLES ET AL VS MERCK & | Weitz & Luxemberg | CHARLES | DAVIS | $6,915.09 | BCBS Association |
| 08828-06 8/14/2006 DUNCAN JAMES VS MERCK & CO IN | Weitz & Luxemberg | JAMES | DUNCAN | $5,553.85 | BCBS Association |
| 08049-05 12/12/2005 Dyer Robert | Weitz & Luxemberg | ROBERT | DYER | $10,313.60 | BCBS Association |
| 08032-06 8/4/2006 ROBERTS BILLIE RUTH ET ALS VS M | Weitz & Luxemberg | MARGARET | EDWARDS | $2,465.74 | BCBS Association |
| 08815-06 8/14/2006 EVANS JACK T ET ALS VS MERCK & | Weitz & Luxemberg | JACK | EVANS | $4,175.63 | BCBS Association |
| 08418-06 8/9/2006 FULLER WILLIAM J VS MERCK & CO | Weitz & Luxemberg | WILLIAM | FULLER | $18,698.21 | BCBS Association |
| 05764-05 9/23/2005 Flynn Thomas | Weitz & Luxemberg | THOMAS | FLYNN | $23,405.96 | BCBS Association |
| 03453-06 5/10/2006 Patricia Floyd | Weitz & Luxemberg | PATRICIA | FLOYD | $7,088.66 | BCBS Association |
| 02321-06 4/3/2006 EVANS JOHN C VS MERCK & CO INC | Weitz & Luxemberg | JOHN | EVANS | $7,010.58 | BCBS Association |
| 07810-06 7/31/2006 GRIMMETT JAMES VS MERCK & CO I | Weitz & Luxemberg | JAMES | GRIMMETT | $2,736.87 | BCBS Association |
| 03464-06 5/10/2006 James B. Hill | Weitz & Luxemberg | JAMES | HILL | $12,490.83 | BCBS Association |
| 10642-06 8/31/2006 Juanita Virginia Hill | Weitz & Luxemberg | JUANITA | HILL | $979.65 | BCBS Association |
| 12488-06 9/15/2006 HINES DOROTHY L VS MERCK & CO | Weitz & Luxemberg | DOROTHY | HINES | $5,143.67 | BCBS Association |
| 12968-06 9/20/2006 HOUSE ROBERT RICHARD ET ALS V | Weitz & Luxemberg | ROBERT | HOUSE | $17,668.79 | BCBS Association |
| 07053-05 10/25/2005 Jackson, Richard and Lisa Frazier h/w | Weitz & Luxemberg | RICHARD | JACKSON | $73,127.39 | BCBS Association |
| 05475-05 9/16/2005 James Dorothy | Weitz & Luxemberg | DOROTHY | JAMES | $14,299.70 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Their Amount | Health Plan |
|---|---|---|---|---|---|
| 05511-05 9/16/2005 Johnson Lydia | Weitz & Luxemberg | LYDIA | JOHNSON | $6,443.27 | BCBS Association |
| 06914-06 7/12/2006 JONES BEULAH VS MERCK & CO INC | Weitz & Luxemberg | BEULAH | JONES | $76,877.68 | BCBS Association |
| 09266-06 8/21/2006 Larry Jones | Weitz & Luxemberg | LARRY | JONES | $17,484.95 | BCBS Association |
| 05568-05 9/19/2005 Jones Martha and John | Weitz & Luxemberg | MARTHA | JONES | $47,564.27 | BCBS Association |
| 13923-06 9/22/2006 KING PEARL ET AL VS MERCK & CO I | Weitz & Luxemberg | PEARL | KING | $4,862.17 | BCBS Association |
| 08096-06 8/7/2006 Robert King and Doretha King h/w | Weitz & Luxemberg | ROBERT | KING | $9,994.05 | BCBS Association |
| 11901-06 9/8/2006 KOZAK WILLIAM P VS MERCK & CO I | Weitz & Luxemberg | WILLIAM | KOZAK | $10,145.50 | BCBS Association |
| 08642-06 8/11/2006 LAMBERT ROBERT VS MERCK & CO | Weitz & Luxemberg | ROBERT | LAMBERT | $51,620.89 | BCBS Association |
| 08085-06 8/7/2006 Richard Lloyd and Margy L. Loyd h/w | Weitz & Luxemberg | RICHARD | LLOYD | $16,776.80 | BCBS Association |
| 13939-06 9/20/2006 MASON JACQUELINE ET ALS VS | Weitz & Luxemberg | JACQUELINE | MASON | $5,118.94 | BCBS Association |
| 06847-06 7/11/2006 McCarthy, Mary Grace ME | Weitz & Luxemberg | MARY GRACE | MCCARTHY | $14,585.12 | BCBS Association |
| 02410-05 4/5/2005 Miller Vernon | Weitz & Luxemberg | VERNON | MILLER | $2,522.92 | BCBS Association |
| 04937-06 6/15/2006 MITCHELL MICHAEL ET AL VS MERC | Weitz & Luxemberg | MICHAEL | MITCHELL | $16,521.70 | BCBS Association |
| 10030-06 8/28/2006 MOORE HELEN D ET ALS VS MERCK | Weitz & Luxemberg | HELEN | MOORE | $5,270.82 | BCBS Association |
| 01734-06 3/13/2006 MOORE JR ROBERT F VS MERCK & | Weitz & Luxemberg | ROBERT | MOORE | $10,913.82 | BCBS Association |
| 08042-06 8/3/2006 MOORE RUTH ET AL VS MERCK & C | Weitz & Luxemberg | RUTH | MOORE | $16,183.97 | BCBS Association |
| 08830-06 8/14/2006 MORRIS ELLEN D VS MERCK & CO I | Weitz & Luxemberg | ELLEN | MORRIS | $15,651.14 | BCBS Association |
| 02417-06 4/5/2006 MURPHY CHARLES VS MERCK & CO | Weitz & Luxemberg | CHARLES | MURPHY | $45,100.91 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plans |
|---|---|---|---|---|---|
| 11074-06 9/5/2006 MURRAY ROBERT J VS MERCK & CO | Weitz & Luxemberg | ROBERT | MURRAY | $7,487.39 | BCBS Association |
| 08565-06 8/10/2006 MURRAY WILLIAM ET AL VS MERC | Weitz & Luxemberg | WILLIAM | MURRAY | $4,389.60 | BCBS Association |
| 04248-06 6/2/2006 NELSON, RALPH & DIANE | Weitz & Luxemberg | RALPH | NELSON | $29,526.46 | BCBS Association |
| 00345-06 1/17/2006 Norris James | Weitz & Luxemberg | JAMES | NORRIS | $10,912.40 | BCBS Association |
| 11198-06 9/5/2006 PARKER SARAH VS MERCK & CO IN | Weitz & Luxemberg | SARAH | PARKER | $5,948.43 | BCBS Association |
| 11366-06 9/6/2006 PAYNE RUTH ET AL VS MERCK & CO | Weitz & Luxemberg | RUTH | PAYNE | $14,055.01 | BCBS Association |
| 04696-06 6/13/2006 PETERSEN, MARILYN | Weitz & Luxemberg | MARILYN | PETERSON | $3,593.74 | BCBS Association |
| 12746-06 9/18/2006 POWERS LAURA ET ALS VS MERCK | Weitz & Luxemberg | JOHN | POWERS | $7,655.85 | BCBS Association |
| 14339-06 9/26/2006 POWERS JOYCE VS MERCK & CO IN | Weitz & Luxemberg | JOYCE | POWERS | $5,615.80 | BCBS Association |
| 07885-06 8/2/2006 RAMEY SHIRLEY VS MERCK & CO IN | Weitz & Luxemberg | SHIRLEY | RAMEY | $25,418.94 | BCBS Association |
| 03045-06 5/1/2006 Roberts Pauline | Weitz & Luxemberg | PAULINE | ROBERTS | $18,842.30 | BCBS Association |
| 14206-06 9/25/2006 ROBERTSON MARY VS MERCK & CO | Weitz & Luxemberg | MARY | ROBERTSON | $5,708.46 | BCBS Association |
| 03281-06 5/9/2006 ROSE MARY LOU VS MERCK & CO IN | Weitz & Luxemberg | MARY | ROSE | $10,076.48 | BCBS Association |
| 13892-06 9/20/2006 William Scott | Weitz & Luxemberg | WILLIAM | SCOTT | $5,653.48 | BCBS Association |
| 03000-06 4/28/2006 Sherman Gary | Weitz & Luxemberg | CAROLYN | SHERMAN | $4,907.76 | BCBS Association |
| 05673-05 9/21/2005 Smith Carrie | Weitz & Luxemberg | CARRIE | SMITH | $6,106.96 | BCBS Association |
| 09315-06 8/21/2006 Donald Smith | Weitz & Luxemberg | DONALD | SMITH | $8,884.75 | BCBS Association |
| 07537-05 11/14/2005 Gloria Smith | Weitz & Luxemberg | GLORIA | SMITH | $44,447.87 | BCBS Association |
| 03666-04 11/18/2004 Smith Marie | Weitz & Luxemberg | MARIE | SMITH | $38,432.34 | BCBS Association |
| 05674-05 9/21/2005 Spears Rebecca | Weitz & Luxemberg | REBECCA | SPEARS | $1,749.43 | BCBS Association |
| 10570-06 8/31/2006 STERNBERG ROBERT ET AL VS MER | Weitz & Luxemberg | ROBERT | STEINBERG | $16,145.80 | BCBS Association |
| 08235-06 8/7/2006 Clara Taylor | Weitz & Luxemberg | CLARA | TAYLOR | $5,836.51 | BCBS Association |

| Case Name | | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|---|
| 08822-06 8/14/2006 TERRELL JOHN VS MERCK & CO INC | | Weitz & Luxemberg | JOHN | TERRELL | $6,310.47 | BCBS Association |
| 10459-06 8/31/2006 Sylvia L. Thomas | | Weitz & Luxemberg | SYLVIA | THOMAS | $4,223.94 | BCBS Association |
| 02311-06 2/16/2006 Jody M. Gibson and Robert K. | | Weitz & Luxemberg | WILLIAM | WALKER | $36,942.24 | BCBS Association |
| 09997-06 8/28/2006 Dorothy Wallace | | Weitz & Luxemberg | DOROTHY | WALLACE | $29,788.45 | BCBS Association |
| 04208-06 6/1/2006 WARNER, ROBERT & RACHEL | | Weitz & Luxemberg | ROBERT | WARNER | $7,581.89 | BCBS Association |
| 09768-06 8/24/2006 WHITE CHARLES ET AL VS MERCK & | | Weitz & Luxemberg | CHARLES | WHITE | $20,187.11 | BCBS Association |
| 15075-06 9/27/2006 WHITE MILDRED D VS MERCK & CO I | | Weitz & Luxemberg | MILDRED | WHITE | $3,504.38 | BCBS Association |
| 14213-06 9/25/2006 WILLIAMS EDWARD VS MERCK | | Weitz & Luxemberg | EDWARD | WILLIAMS | $50,081.75 | BCBS Association |
| 09766-06 8/24/2006 WILLIAMS HAROLD ET AL VS MERCK | | Weitz & Luxemberg | HAROLD | WILLIAMS | $8,995.90 | BCBS Association |
| 11243-06 9/7/2006 Williams, Margie | | Weitz & Luxemberg | MARGIE | WILLIAMS | $8,547.75 | BCBS Association |
| 02324-06 4/3/2006 WILSON CLAUDE D VS MERCK & CO | | Weitz & Luxemberg | CLAUDE | WILSON | $14,540.00 | BCBS Association |
| 08159-06 8/7/2006 WILSON GLORIA ET ALS VS MERCK | | Weitz & Luxemberg | GLORIA | WILSON | $8,701.49 | BCBS Association |
| 07183-06 7/21/2006 WOOD DORIS I ET AL VS MERCK & C | | Weitz & Luxemberg | DORIS | WOOD | $18,102.92 | BCBS Association |
| 11053-06 9/6/2006 WIGHT DONALD ET ALS VS MERCK | | Weitz & Luxemberg | DONALD | WRIGHT | $2,465.93 | BCBS Association |
| 03350-06 5/10/2006 Raymond Wright | | Weitz & Luxemberg | RAYMOND | WRIGHT | $12,009.68 | BCBS Association |
| 06813-05 10/13/2005 Young Hazel | | Weitz & Luxemberg | HAZEL | YOUNG | $4,445.22 | BCBS Association |
| 08637-06 8/11/2006 YOUNG SR PAUL VS MERCK & CO IN | | Weitz & Luxemberg | PAUL | YOUNG | $34,472.06 | BCBS Association |

**Rawlings&Associates** PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LAGRANGE, KENTUCKY 40031-0049

One EDEN PARKWAY
LAGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

June 8, 2010

Stewart Cohen, Esq.
Cohen Placitella & Roth
127 Maple Avenue
Red Bank, NJ 07701

Dear Mr. Cohen:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP,
represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached
exhibit. You are receiving this notice because information we have indicates that you or your firm
represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien
Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL
1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached
exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating
which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the
plaintiffs you or your firm represents or have represented on the attached exhibit have not received and
will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern
Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement
proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx
plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer /ps

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Tier Amount | Health Plan |
|---|---|---|---|---|---|
| 02787-06 4/21/2006 ADKINS, MARY LOU & JAMES S | Cohen Placitella & Roth | MARY | ADKINS | $5,266.81 | BCBS Association |
| 05361-06 6/23/2006 ANDERSON WALTER J ET AL VS ME | Cohen Placitella & Roth | WALTER | ANDERSON | $6,680.28 | BCBS Association |
| 06707-06 6/30/2006 BELL BERTHA M ET ALS VS MERCK | Cohen Placitella & Roth | ARTHUR | BELL | $10,307.10 | BCBS Association |
| 02330-06 4/3/2006 Elizabeth Butler | Cohen Placitella & Roth | ELIZABETH | BUTLER | $24,541.76 | BCBS Association |
| 05612-06 6/28/2006 COLLINS MARTHA ET AL VS MERCK | Cohen Placitella & Roth | MARTHA | COLLINS | $7,198.93 | BCBS Association |
| 14907-06 9/28/2006 FREEMAN GWENDOLYN VS MERCK | Cohen Placitella & Roth | GWENDOLYN | FREEMAN | $3,097.32 | BCBS Association |
| 06343-06 6/30/2006 ROSS JEANETTE ET ALS VS MERCK | Cohen Placitella & Roth | SHIRLEY | GREENE | $14,640.31 | BCBS Association |
| 02499-06 4/10/2006 HILL, LINDA & JOHN P. | Cohen Placitella & Roth | LINDA | HILL | $29,904.58 | BCBS Association |
| 06609-06 6/30/2006 HINES JAMES ET AL VS MERCK & C | Cohen Placitella & Roth | JAMES | HINES | $35,166.35 | BCBS Association |
| 06209-06 6/30/2006 JOHNSON SANDRA VS MERCK & CO | Cohen Placitella & Roth | SANDRA | JOHNSON | $115,595.82 | BCBS Association |
| 14578-06 9/27/2006 Johnson, Walter | Cohen Placitella & Roth | WALTER | JOHNSON | $23,867.90 | BCBS Association |
| 05368-06 6/23/2006 Jordan, Ruth M., et al v. Merck | Cohen Placitella & Roth | RUTH | JORDAN | $12,059.59 | BCBS Association |
| 06583-06 6/30/2006 McGee, Mary v. Merck | Cohen Placitella & Roth | MARY | MCGEE | $3,469.73 | BCBS Association |
| 03673-05 6/14/2005 MILLER, MATTIE | Cohen Placitella & Roth | MATTIE | MILLER | $11,162.32 | BCBS Association |
| 07333-05 7/24/2007 Pennington, John v. Merck | Cohen Placitella & Roth | JOHN | PENNINGTON | $6,848.10 | BCBS Association |
| 06710-06 6/30/2006 JONES DONNA ET ALS VS MERCK & | Cohen Placitella & Roth | WILLIAM | PICKETT | $10,668.70 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 00599-06 1/27/2006 Carlos Ramirez | Cohen Placitella & Roth | CARLOS | RAMIREZ | $926.76 | BCBS Association |
| 01575-05 2/18/2005 ROBINSON, JAMES AND MARILYN R | Cohen Placitella & Roth | JAMES | ROBINSON | $5,716.14 | BCBS Association |
| 14490-06 9/27/2006 Russell, Susan | Cohen Placitella & Roth | WALTER | RUSSELL | $7,540.74 | BCBS Association |
| 09846-06 8/25/2006 Smith, Marie B. | Cohen Placitella & Roth | MARIE | SMITH | $38,432.34 | BCBS Association |
| 00797-05 2/14/2005 Raymond Taylor | Cohen Placitella & Roth | RAYMOND | TAYLOR | $5,818.15 | BCBS Association |
| 14493-06 9/27/2006 Thomas, Sarah F. | Cohen Placitella & Roth | SARAH | THOMAS | $8,940.38 | BCBS Association |
| 14534-06 9/27/2006 Turner, David | Cohen Placitella & Roth | DAVID | TURNER | $100,169.33 | BCBS Association |
| 14496-06 9/27/2006 Walker, Edward Eugene | Cohen Placitella & Roth | EDWARD | WALKER | $9,456.85 | BCBS Association |
| 09848-06 8/25/2006 Yates, Robert G. | Cohen Placitella & Roth | ROBERT | YATES | $380,471.80 | BCBS Association |

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

June 8, 2010

Sol Weiss, Esq.
Anapol Schwartz
1040 Kings Hwy N
Cherry Hill, NJ 08034

Dear Mr. Weiss:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer /es

Mark D. Fischer

Enclosure

| CaseNames | LawFirm | FirstName | LastName | Lein Amount | HealthPlan |
|---|---|---|---|---|---|
| 02878-06 4/25/2006 Beal, William and Marcia | Anapol Schwartz | WILLIAM | BEAL | $68,800.58 | BCBS Association |
| 01779-06 3/13/2006 Bennett, Thelma | Anapol Schwartz | THELMA | BENNETT | $15,191.78 | BCBS Association |
| 09530-06 8/21/2006 Brandt, Walter | Anapol Schwartz | WALTER | BRANDT | $3,186.54 | BCBS Association |
| 04502-06 6/8/2006 DANIELS, MARY E. | Anapol Schwartz | MARY | DANIELS | $7,954.89 | BCBS Association |
| 07218-05 10/31/2005 Davis, Susan | Anapol Schwartz | SUSAN | DAVIS | $67,229.13 | BCBS Association |
| 01898-06 3/21/2006 Parker, John T. and Harry J. Jr. | Anapol Schwartz | JOHN | PARKER | $14,957.08 | BCBS Association |
| 05526-05 9/16/2005 Pritchard, E., Jr. | Anapol Schwartz | CAROL | PRITCHARD | $63,919.48 | BCBS Association |
| 02192-06 3/30/2006 Smith, Carol J. and Benjamin | Anapol Schwartz | DONALD | SMITH | $8,884.75 | BCBS Association |
| 04868-06 6/14/2006 Smith, Gerald and Allene | Anapol Schwartz | GERALD | SMITH | $18,555.27 | BCBS Association |
| 02007-06 3/24/2006 Young, Mary | Anapol Schwartz | MARY | YOUNG | $22,206.38 | BCBS Association |

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

Mark D. Fischer, Chairman
Attorney at Law

June 8, 2010

George E. Pallas, Esq.
Cohen, Seglias, Pallas, Greenhall & Furman
2 White Horse Pike
Haddon Heights, NJ 08035

Dear Mr. Pallas:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 05202-05 9/2/2005 Bowman, William and wife, Nancy Con | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | WILLIAM | BOWMAN | $3,144.69 | BCBS Association |
| 12653-06 9/8/2006 HILL SR JAMES E ET AL VS MERCK & | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | JAMES | HILL | $12,490.83 | BCBS Association |
| 08721-06 8/11/2006 MOORE JR GEORGE P ET AL VS ME | Cohen, Seglias, Pallas, Greenhall & Furman, P.C. | GEORGE | MOORE | $8,557.14 | BCBS Association |

**Rawlings & Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

David P. Matthews, Esq.
Kasowitz, Benson, Torres & Friedman LLP
700 Louisiana St., Ste. 2200
Houston, TX 77002

Dear Mr. Matthews:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 00415-06 1/20/2006 Joseph Arnold | Kasowitz, Benson, Torres & Fredman | JOSEPH | ARNOLD | $8,882.49 | BCBS Association |
| 07585-06 7/28/2006 Jerry T. Cooper and Bailey H. Cooper | Kasowitz, Benson, Torres & Fredman | JERRY | COOPER | $9,856.86 | BCBS Association |
| 15433-06 9/28/2006 Thomas O. Cox | Kasowitz, Benson, Torres & Fredman | THOMAS | COX | $12,211.27 | BCBS Association |
| 12227-06 9/15/2006 Marie H. Davis | Kasowitz, Benson, Torres & Fredman | MARIE | DAVIS | $9,390.50 | BCBS Association |
| 07586-06 7/28/2006 George Freitas | Kasowitz, Benson, Torres & Fredman | GEORGE | FREITAS | $73,260.62 | BCBS Association |
| 04531-06 6/8/2006 GROSS, CHERYL A. & TURHAN P. | Kasowitz, Benson, Torres & Fredman | CHERYL | GROSS | $28,291.85 | BCBS Association |
| 04111-05 7/8/2005 Sarah J. Johnson and David L. Johnso | Kasowitz, Benson, Torres & Fredman | SARAH | JOHNSON | $333.26 | BCBS Association |
| 04763-06 6/13/2006 MYERS, JOHN W. & MARGARET M. | Kasowitz, Benson, Torres & Fredman | JOHN | MYERS | $302,652.80 | BCBS Association |
| 03825-05 6/24/2005 Gloria N. Rivera | Kasowitz, Benson, Torres & Fredman | GLORIA | RIVERA | $6,842.24 | BCBS Association |
| 04536-06 6/8/2006 SCHAEFER, WILLIAM & MARGARET | Kasowitz, Benson, Torres & Fredman | WILLIAM | SCHAEFER | $9,599.88 | BCBS Association |
| 04537-06 6/8/2006 SIMMONS, RUBY B. | Kasowitz, Benson, Torres & Fredman | RUBY | SIMMONS | $7,573.35 | BCBS Association |
| 05189-05 9/2/2005 Thomas H.V. Sylvester and Judith Sylv | Kasowitz, Benson, Torres & Fredman | THOMAS | SYLVESTER | $14,010.86 | BCBS Association |
| 03994-05 7/1/2005 Patricia Ann West | Kasowitz, Benson, Torres & Fredman | PATRICIA | WEST | $15,199.58 | BCBS Association |

| CaseName | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 01684-05 3/1/2005 Charles S. Wright and Coral A. Wright | Kasowitz, Benson, Torres & Fredman | CHARLES | WRIGHT | $80,312.21 | BCBS Association |
| 02975-06 4/28/2006 YOUNG, CHARLOTTE G. | Kasowitz, Benson, Torres & Fredman | CHARLOTTE | YOUNG | $315.44 | BCBS Association |

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGRANGE, KENTUCKY 40031-0049

One EDEN PARKWAY
LaGRANGE, KENTUCKY 40031-8100

TELEPHONE (502) 814-2139
TELECOPIER (502) 584-8580

OFFICES ALSO IN:
FLORENCE, KENTUCKY
LOS ANGELES, CALIFORNIA

June 8, 2010

Shanin Specter, Esq.
Kline & Specter
LibertyView
457 Haddonfield Rd., Suite 540
Cherry Hill, NJ 08002

Dear Mr. Specter:

    My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

    If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

    Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

    If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 07010-05 10/24/2005 Andrews, Dorothy A. | Kline & Specter | DOROTHY | ANDREWS | $3,177.94 | BCBS Association |
| 02388-05 4/18/2005 Bradford, Mary Bowman | Kline & Specter | MARY | BOWMAN | $14,920.17 | BCBS Association |
| 03570-06 5/15/2006 GREEN, Leon | Kline & Specter | LEON | BRADFORD | $35,336.38 | BCBS Association |
| 05523-05 9/16/2005 Green, JUNE INDIVIDUALLY & AS A | Kline & Specter | ROBERT | GREEN | $4,558.58 | BCBS Association |
| 03104-05 5/11/2005 Griffith, Colleen | Kline & Specter | ROBERT | GREEN | $4,558.58 | BCBS Association |
| 01238-06 2/22/2006 Herndon, Daniel | Kline & Specter | DANIEL | GRIFFIN | $15,457.23 | BCBS Association |
| 09650-06 8/23/2006 LEWIS JACK William Floyd | Kline & Specter | MARY | HERNDON | $3,946.79 | BCBS Association |
| 07077-06 7/18/2006 MCKENZIE D ET ALS VS MERCK & | Kline & Specter | JACK | LEWIS | $1,492.42 | BCBS Association |
| 07073-06 7/18/2006 MURPHY ROBERT R ETALS VS ME | Kline & Specter | ROBERT | MCKENZIE | $4,132.91 | BCBS Association |
| 07053-06 7/18/2006 RAMSEY WILLIAM L ETALS VS MER | Kline & Specter | WILLIAM | MURPHY | $7,753.50 | BCBS Association |
| HILDA VS MERCK & CO INC | Kline & Specter | HILDA | RAMSEY | $26,790.24 | BCBS Association |

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

Mark Lanier, Esq.
The Lanier Law Firm PC
6810 FM 1960 West
Houston, TX 77069

Dear Mr. Lanier:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the health plans listed on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 04550-05 8/1/2005 Sylvia Alexander | Lanier Law Firm, PC | SYLVIA | ALEXANDER | $26,336.11 | Humana |
| 04550-05 8/1/2005 Sylvia Alexander | Lanier Law Firm, PC | SYLVIA | ALEXANDER | $6,807.59 | MMOH |
| 07124-05 11/1/2005 Deborah Allen and Jimmie | Lanier Law Firm, PC | DEBORAH | ALLEN | $25,743.24 | BCBSNC |
| 07124-05 11/1/2005 Deborah Allen and Jimmie | Lanier Law Firm, PC | DEBORAH | ALLEN | $33,744.28 | BCBS Association |
| 01202-06 2/15/2006 Harold T. Anderson et. al. | Lanier Law Firm, PC | HAROLD | ANDERSON | $1,772.08 | Highmark |
| 01202-06 2/15/2006 Harold T. Anderson et. al. | Lanier Law Firm, PC | HAROLD | ANDERSON | $46,746.67 | UHC |
| 04600-05 8/1/2005 Johnny Brown | Lanier Law Firm, PC | JOHNNY | BROWN | $17,641.04 | BCBS Association |
| 01193-06 2/15/2006 Nancy Clark | Lanier Law Firm, PC | NANCY | CLARK | $43,823.41 | BCBS Association |
| 06570-05 9/30/2005 Frances Cunningham and Calvin | Lanier Law Firm, PC | FRANCES | CUNNINGHAM | $11,872.87 | BCBS Association |
| DAVIS, ETHEL N MERCK & CO INC | Lanier Law Firm, PC | ETHEL | DAVIS | $9,810.26 | BCBS Association |
| 00354-05 1/11/2005 Virginia Fox | Lanier Law Firm, PC | VIRGINIA | FOX | $10,868.18 | BCBS Association |
| 00718-06 2/1/2006 Mary Garrett et al | Lanier Law Firm, PC | MARY | GARRETT | $20,600.15 | BCBS Association |
| 04554-05 8/1/2005 David Green | Lanier Law Firm, PC | DAVID | GREEN | $5,083.75 | BCBS Association |
| 08935-06 8/15/2006 Doris Harmon | Lanier Law Firm, PC | ROBERT | HARMON | $28,204.11 | BCBS Association |
| 03621-06 5/15/2006 Mary Henderson et. al. | Lanier Law Firm, PC | MARY | HENDERSON | $88,647.51 | BCBS Association |
| HOLLOWAY, JAMES MERCK & CO INC | Lanier Law Firm, PC | JAMES | HOLLOWAY | $41,581.11 | BCBS Association |
| 01198-06 2/15/2006 Clifford Hughes et. al. | Lanier Law Firm, PC | CLIFFORD | HUGHES | $5,422.46 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Levy Amount | Health Plan |
|---|---|---|---|---|---|
| 01800-06 3/15/2006 Hurst, Dorothy | Lanier Law Firm, PC | DOROTHY | HURST | $63,406.12 | BCBS Association |
| 05134-05 9/1/2005 William Jennings | Lanier Law Firm, PC | WILLIAM | JENNINGS | $1,666.07 | BCBS Association |
| 10212-06 8/30/2006 Proctor James Noble | Lanier Law Firm, PC | SHIRLEY | JONES | $4,514.64 | BCBS Association |
| 10227-06 8/30/2006 Robert Sayre | Lanier Law Firm, PC | PATRICIA | LOGAN | $8,583.22 | BCBS Association |
| 07131-05 11/1/2005 Paul Mefford | Lanier Law Firm, PC | PAUL | MEFFORD | $1,885.54 | BCBS Association |
| 07791-05 12/1/2005 Barbara Patterson | Lanier Law Firm, PC | BARBARA | PATTERSON | $29,798.24 | Humana |
| 03607-06 5/15/2006 James Redd | Lanier Law Firm, PC | JAMES | REDD | $3,660.81 | BCBS Association |
| 02253-05 3/30/2005 SMITH CATHY VS MERCK & CO INC | Lanier Law Firm, PC | CATHY | SMITH | $23,655.70 | BCBS Association |
| 02228-06 4/1/2006 Mary J. Turner et. al. | Lanier Law Firm, PC | MARY | TURNER | $2,213.51 | BCBS Association |
| 04597-05 8/1/2005 Daniel Walker | Lanier Law Firm, PC | DANIEL | WALKER | $67,933.04 | BCBSRI |
| 01820-06 3/15/2006 James V. Wallace et. al. | Lanier Law Firm, PC | JAMES | WALLACE | $7,720.58 | BCBS Association |
| 11180-06 9/6/2006 Albert Williams | Lanier Law Firm, PC | NORMA | WILLIAMS | $14,674.60 | BCBS Association |

**Rawlings&Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

Gene Locks, Esq.
Locks Law Firm
The Curtis Center
601 Walnut Street, Suite 720 East
Philadelphia, PA 19106

Dear Mr. Locks:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Claim Amount | Health Plan |
|---|---|---|---|---|---|
| 16373-06 10/2/2006 ANDERSON JEANETTE ET ALS VS M | Locks Law Firm | HARRY | ANDERSON | $14,743.96 | BCBS Association |
| 16379-06 10/2/2006 BLACK VALMA MARGARET ET ALS V | Locks Law Firm | ALAN | BLACK | $19,576.20 | BCBS Association |
| 16364-06 10/2/2006 EDWARDS COLLEEN ET ALS VS ME | Locks Law Firm | JOHN | EDWARDS | $13,574.90 | BCBS Association |
| 05848-06 6/29/2006 SCOTT LYDIA ET ALS VS MERCK & C | Locks Law Firm | MARY | ENGLISH | $9,699.38 | BCBS Association |
| 14922-06 9/28/2006 GARDNER RICK ET AL VS MERCK & | Locks Law Firm | DOROTHY | GARDNER | $171,733.09 | BCBS Association |
| 15466-06 9/28/2006 GREEN MARIE ET AL VS MERCK & C | Locks Law Firm | MARIE | GREEN | $12,947.59 | BCBS Association |
| 05917-06 6/29/2006 HASTINGS JAMES ET ALS VS MERCK | Locks Law Firm | JAMES | HASTINGS | $6,349.87 | BCBS Association |
| 14954-06 10/2/2006 HAYES WILLIAM ET ALS VS MERCK | Locks Law Firm | WILLIAM | HAYES | $7,303.97 | BCBS Association |
| 14152-06 9/25/2006 JENKINS ROY ETAL VS MERCK & CO | Locks Law Firm | ROY | JENKINS | $2,978.40 | BCBS Association |
| 05918-06 6/29/2006 JOHNSTON LOUISE ET AL VS MERC | Locks Law Firm | LOUISE | JOHNSON | $22,730.09 | BCBS Association |
| 16328-06 10/2/2006 KELLY JEANETTE M ET ALS VS MER | Locks Law Firm | THOMAS | KELLY | $4,715.67 | BCBS Association |
| 16444-06 10/2/2006 KIRKWOOD ELIZABETH MAY ET ALS | Locks Law Firm | WILLIAM | KIRKWOOD | $11,475.92 | BCBS Association |
| 16292-06 10/2/2006 MARTIN SUSAN ET ALS VS MERCK & | Locks Law Firm | AGNES | MARTIN | $7,137.79 | BCBS Association |
| 16264-06 10/2/2006 MASON ROBERT ET AL VS MERCK & | Locks Law Firm | ROBERT | MASON | $11,691.85 | BCBS Association |
| 16191-06 10/2/2006 MITCHELL FRANCES ET ALS VS MER | Locks Law Firm | RICHARD | MITCHELL | $9,528.17 | BCBS Association |
| 14103-06 9/25/2006 MORRIS MARY ETAL VS MERCK & C | Locks Law Firm | MARY | MORRIS | $17,170.64 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 02676-06 4/17/2006 SMITH, LEE | Locks Law Firm | LEE | SMITH | $28,267.01 | BCBS Association |
| 16353-06 10/2/2006 WILSON GEORGE ET AL VS MERCK | Locks Law Firm | GEORGE | WILSON | $18,775.85 | BCBS Association |
| 05456-06 6/27/2006 WRIGHT MARY VS MERCK & CO INC | Locks Law Firm | MARY | WRIGHT | $9,109.10 | BCBS Association |
| 05866-06 6/29/2006 YODER PATRICIA ET AL VS MERCK | Locks Law Firm | PATRICIA | YODER | $5,084.05 | BCBS Association |
| 05831-06 6/29/2006 YOUNG MARY VS MERCK & CO INC | Locks Law Firm | MARY | YOUNG | $22,206.38 | BCBS Association |

# Rawlings&Associates PLLC

MARK D. FISCHER, CHAIRMAN
ATTORNEY AT LAW

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

Benedict P. Morelli, Esq.
Morelli Ratner PC
950 Third Avenue
New York, NY 10022

Dear Mr. Morelli:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP,
represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached
exhibit. You are receiving this notice because information we have indicates that you or your firm
represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien
Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL
1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached
exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating
which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the
plaintiffs you or your firm represents or have represented on the attached exhibit have not received and
will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern
Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement
proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx
plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| CaseName | LawFirm | First Name | LastName | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 02146-06 3/29/2006 Charles Ivan Allen and Shirley Allen | Morelli Ratner PC | CHARLES | ALLEN | $12,567.44 | BCBS Association |
| 02895-06 4/26/2006 BOWEN, MARGARET E. | Morelli Ratner PC | MARGARET | BOWEN | $9,208.20 | BCBS Association |
| 16126-06 9/28/2005 BROWN ANNIE M ET ALS VS MERCK | Morelli Ratner PC | ANNIE | BROWN | $16,294.27 | BCBS Association |
| 00565-06 2/16/2006 Philip Crampton | Morelli Ratner PC | PHILIP | CRAMPTON | $4,378.45 | BCBS Association |
| 02556-06 4/12/2006 GLOVER, MARY (estate of Julia Mae Howard) | Morelli Ratner PC | MARY | GLOVER | $6,594.17 | BCBS Association |
| 04345-06 6/2/2006 GREENE, RUTH | Morelli Ratner PC | RUTH | GREENE | $2,963.60 | BCBS Association |
| 01104-06 3/7/2006 Helen L. Hale | Morelli Ratner PC | HELEN | HALE | $44,895.79 | BCBS Association |
| 09924-06 8/23/2006 JOHNSON ESTHER Y VS MERCK & C | Morelli Ratner PC | ESTHER | JOHNSON | $52,946.21 | BCBS Association |
| 14866-06 9/27/2006 NIXON WILLIAM VS MERCK & CO IN | Morelli Ratner PC | WILLIAM | NIXON | $5,418.07 | BCBS Association |
| 03094-06 5/3/2006 NOVAK, HENRY | Morelli Ratner PC | HENRY | NOVAK | $6,109.47 | BCBS Association |
| 02558-06 4/12/2006 William D. Reynolds and Vilmal Reynol | Morelli Ratner PC | WILLIAM | REYNOLDS | $137,587.61 | BCBS Association |
| 01691-06 3/7/2006 Dorothy Richardson | Morelli Ratner PC | DOROTHY | RICHARDSON | $12,071.35 | BCBS Association |
| 03386-06 5/11/2006 SMITH, BERNARD SHAW | Morelli Ratner PC | BERNARD | SMITH | $16,542.02 | BCBS Association |
| 08340-06 8/4/2006 SMITH CHRISTINE VS MERCK & CO I | Morelli Ratner PC | CHRISTINE | SMITH | $5,425.12 | BCBS Association |
| 12832-06 9/19/2006 SMITH DAWN JUANITA ET AL VS ME | Morelli Ratner PC | DAWN | SMITH | $7,058.16 | BCBS Association |
| 02478-06 4/10/2006 James R. Stevens and Darletta Steven | Morelli Ratner PC | JAMES | STEVENS | $16,979.04 | BCBS Association |

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 02598-06 4/10/2006 Joyce Thornton and Walter Thornton | Morelli Ratner PC | JOYCE | THORNTON | $27,982.46 | BCBS Association |
| 06630-05 9/29/2005 Helen Smalley-Turner | Morelli Ratner PC | HELEN | TURNER | $4,906.31 | BCBS Association |
| 02154-06 3/29/2006 Geraldine Warren | Morelli Ratner PC | GERALDINE | WARREN | $6,044.85 | BCBS Association |
| 02613-06 4/12/2006 Doris Williams | Morelli Ratner PC | DORIS | WILLIAMS | $5,600.91 | BCBS Association |
| 02683-06 4/18/2006 WILLIAMS, VIRGINIA & REVAIN | Morelli Ratner PC | VIRGINIA | WILLIAMS | $36,495.49 | BCBS Association |
| 05248-06 6/22/2006 WILSON, JAMES ET AL VS MERCK & | Morelli Ratner PC | JAMES | WILSON | $120,693.41 | BCBS Association |
| 14777-06 9/27/2006 WOODS, THOMAS L VS MERCK & CO | Morelli Ratner PC | THOMAS | WOODS | $10,213.63 | BCBS Association |

# Rawlings&Associates PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

Benjamin Crump, Esq.
Parks & Crump
240 N. Magnolia Drive
Tallahassee, FL 32301

Dear Mr. Crump:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the Blue Cross Blue Shield Association as listed in the "Health Plan" column on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. As mentioned in our letter of May 7, 2010, we are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lein Amount | Health Plan |
|---|---|---|---|---|---|
| 07291-06 7/19/2006 BROWN EDNA VS MERCK & CO INC | Parks & Crump | EDNA | BROWN | $6,252.06 | BCBS Association |
| 08813-06 8/11/2006 COLE FRANCES VS MERCK & CO IN | Parks & Crump | FRANCES | COLE | $8,878.46 | BCBS Association |
| 04747-06 6/13/2006 GLOVER, MARY | Parks & Crump | MARY | GLOVER | $6,594.17 | BCBS Association |
| 04745-06 6/13/2006 HICKS, MARY | Parks & Crump | MARY | HICKS | $13,602.81 | BCBS Association |
| 04744-06 6/13/2006 HORTON, MARY LEE | Parks & Crump | MARY | HORTON | $2,058.13 | BCBS Association |
| 12606-06 9/19/2006 JOHNSON RUTH VS MERCK & CO I | Parks & Crump | RUTH | JOHNSON | $87,849.16 | BCBS Association |
| 14303-06 9/26/2006 WATKINS RUTH VS MERCK & CO IN | Parks & Crump | RUTH | WATKINS | $972.02 | BCBS Association |

**Rawlings & Associates** PLLC

Post Office Box 49
LaGrange, Kentucky 40031-0049

One Eden Parkway
LaGrange, Kentucky 40031-8100

Mark D. Fischer, Chairman
Attorney at Law

Telephone (502) 814-2139
Telecopier (502) 584-8580

Offices Also In:
Florence, Kentucky
Los Angeles, California

June 8, 2010

Turner Branch
Branch Law Firm
2025 Rio Grande Boulevard NW
Albuquerque, New Mexico 87104

Dear Mr. Branch:

My firm, Lowey Dannenberg Cohen & Hart, P.C., and Hagens Berman Sobol Shapiro LLP, represent the health plans listed on the attached exhibit. You are receiving this notice because information we have indicates that you or your firm represent the Vioxx plaintiffs listed in the attached exhibit who did not participate in the Private Lien Resolution Program. We are amending our complaint in MDL 1657 to assert claims against your firm as trustee of settlement funds for these individuals.

If you or your firm has never represented one or more of the plaintiffs listed on the attached exhibit, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs you do not represent, and I will remove them from the complaint. Likewise, if any of the plaintiffs you or your firm represents or have represented on the attached exhibit have not received and will not receive any settlement proceeds related to their use of Vioxx, please contact me by noon Eastern Time on June 16 and provide me with information indicating which plaintiffs will not receive settlement proceeds, and I will remove them from our complaint.

Please be aware that this is not the final list liens our clients may assert. As additional Vioxx plaintiffs are identified that we believe you or your firm represents, we will notify you.

If you have any questions, please contact me at your convenience.

Sincerely,

RAWLINGS & ASSOCIATES PLLC

Mark D. Fischer

Enclosure

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 07950-06 8/2/2006 Thomas Mitchell Allen | Branch Law Firm | THOMAS | ALLEN | 1/28/1952 | BCBSNC |
| 09568-06 8/23/2006 Bernice Bailey | Branch Law Firm | BERNICE | BAILEY | 7/15/1940 | BCBSNC |
| 07900-06 8/2/2006 John Black | Branch Law Firm | JOHN | BLACK | 1/12/1958 | UHC |
| 12970-06 9/20/2006 BLACKBURN WILLIAM E ET ALS VS | Branch Law Firm | WILLIAM | BLACKBURN | 1/24/1939 | Humana |
| 12972-06 9/20/2006 BUCHANAN JAMES ET ALS VS MERC | Branch Law Firm | JAMES | BUCHANAN | 11/9/1937 | BCBSNC |
| 12972-06 9/20/2006 BUCHANAN JAMES ET ALS VS MERC | Branch Law Firm | CAROLYN | BUCHANAN | 6/7/1929 | UHC |
| 12115-06 9/13/2006 Carolyn Campbell | Branch Law Firm | CAROLYN | CAMPBELL | $100,920.22 | BCBS Association |
| 07930-06 8/2/2006 Frank T. Campbell and Carol Campbell | Branch Law Firm | FRANK | CAMPBELL | 2/9/1916 | Highmark |
| David Chavez | Branch Law Firm | DAVID | CHAVEZ | $2,857.82 | BCBS Association |
| 07941-06 8/2/2006 Alfred Eugene Clark and Elizabeth R. C | Branch Law Firm | ALFRED | CLARK | 3/26/1950 | BCBSNC |
| 02089-06 3/28/2006 DAVIS BESSIE M VS MERCK & CO IN | Branch Law Firm | BESSIE | DAVIS | $41,913.40 | BCBS Association |
| 02312-06 4/3/2006 ENGLISH WILLIAM VS MERCK & CO I | Branch Law Firm | WILLIAM | ENGLISH | 10/20/1937 | BCBSNC |
| 02321-06 4/3/2006 EVANS JOHN C VS MERCK & CO INC | Branch Law Firm | JOHN | EVANS | 8/15/1917 | HMSA |
| 02321-06 4/3/2006 EVANS JOHN C VS MERCK & CO INC | Branch Law Firm | JOHN | EVANS | 9/12/1961 | Noridian |
| 03453-06 5/10/2006 Patricia Floyd | Branch Law Firm | PATRICIA | FLOYD | 7/25/1944 | BCBSNC |

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 0752-05 11/14/2005 James Frazier and Catherine Ann h/w | Branch Law Firm | JAMES | FRAZIER | 6/16/1930 | BCBS |
| 03439-06 5/10/2006 James C. Harrell | Branch Law Firm | JAMES | HARRELL | 1/18/1925 | BCBSNC |
| 12137-06 9/13/2006 Betty Henderson | Branch Law Firm | BETTY | HENDERSON | $96,955.28 | BCBS Association |
| 03464-06 5/10/2006 James B. Hill | Branch Law Firm | JAMES | HILL | 9/26/1932 | HCSC |
| 12968-06 9/20/2006 HOUSE ROBERT RICHARD ET ALS V | Branch Law Firm | ROBERT | HOUSE | 4/27/1929 | UHC |
| 11121-06 9/6/2006 Mark Johnson | Branch Law Firm | MARK | JOHNSON | $10,592.56 | BCBS Association |
| 08084-06 8/7/2006 Marvin King | Branch Law Firm | MARVIN | KING | 4/20/1965 | BCBSFL |
| 08096-06 8/7/2006 Robert King and Doretha King h/w | Branch Law Firm | ROBERT | KING | 7/24/1923 | UHC |
| 11095-06 9/6/2006 Emma Louise Martin | Branch Law Firm | EMMA | MARTIN | $64,069.89 | BCBS Association |
| 12241-06 9/13/2006 Virginia Miller | Branch Law Firm | VIRGINIA | MILLER | 2/28/1930 | Humana |
| 01734-06 3/13/2006 MOORE JR ROBERT F VS MERCK & | Branch Law Firm | ROBERT | MOORE | 7/5/1924 | BCBSFL |
| 01734-06 3/13/2006 MOORE JR ROBERT F VS MERCK & | Branch Law Firm | ROBERT | MOORE | 8/23/1933 | BCBSNC |
| 09311-06 8/21/2006 Donald Oswald | Branch Law Firm | DONALD | OSWALD | 6/21/1935 | UHC |
| 12372-06 9/13/2006 Jesse Parker | Branch Law Firm | JESSE | PARKER | 12/27/1937 | BCBSNC |
| 09265-06 8/21/2006 William Salter | Branch Law Firm | WILLIAM | SALTER | 12/14/1932 | BCBSNC |
| 01491-06 3/1/2006 SIMPSON EARL J VS MERCK & CO IN | Branch Law Firm | EARL | SIMPSON | 10/15/1936 | BCBSNC |

| Case Name | Law Firm | First Name | Last Name | Lien Amount | Health Plan |
|---|---|---|---|---|---|
| 0931S-06 8/21/2006 Donald Smith | Branch Law Firm | DONALD | SMITH | 9/6/1939 | BCBSFL |
| 10178-06 8/30/2006 SMITH DONALD E ET AL VS MERCK | Branch Law Firm | DONALD | SMITH | 8/23/1937 | BCBSNC |
| 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Branch Law Firm | GARY | SMITH | 3/23/1960 | BCBSFL |
| 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Branch Law Firm | GARY | SMITH | 7/15/1958 | BCBSNC |
| 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Branch Law Firm | GARY | SMITH | 12/12/1938 | UHC |
| 01477-06 3/1/2006 SMITH GARY L VS MERCK & CO INC | Branch Law Firm | GARY | SMITH | 7/18/1946 | Vista |
| 02311-06 2/16/2006 Jody M. Gibson and Robert K. | Branch Law Firm | WILLIAM | WALKER | 2/14/1943 | BCBSFL |
| 02087-06 3/28/2006 DAVIS WARREN JOYCE VS MERCK & | Branch Law Firm | JOYCE | WARREN | $1,289.96 | BCBS Association |
| 0484-06 3/1/2006 WEBSTER BARBARA VS MERCK & C | Branch Law Firm | BARBARA | WEBSTER | 10/1/1941 | BCBSNC |
| 11114-06 9/6/2006 Joyce Williams | Branch Law Firm | JOYCE | WILLIAMS | $44,328.30 | BCBS Association |
| 06858-06 7/11/2006 WILLIAMS MICHAEL VS MERCK & CO | Branch Law Firm | MICHAEL | WILLIAMS | 7/26/1942 | Humana |
| 03451-06 5/10/2006 Randall Wilson | Branch Law Firm | RANDALL | WILSON | 8/28/1953 | MMOH |
| 02317-06 4/3/2006 WILSON RAY EDWARD VS MERCK & | Branch Law Firm | RAY | WILSON | 8/9/1952 | BCBSNC |