# Exhibit L



**LOCKS LAW FIRM, LLC**

457 Haddonfield Road, Suite 500
Cherry Hill, New Jersey 08002
T 856.663.8200
T 866.LOCKSLAW
F 856.661.8400
www.lockslaw.com

Gene Locks
James J. Pettit"
Michael A. Galpern"
Karl Friedrichs

Steven P. Knowlton
Michael B. Leh
Jonathan W. Miller
Jerry A. Lindheim

Jennifer E. Troast
Pamela A. Lee
Andrew J. Dupont
Stefanie G. Ebert
Mary H. Grabish

*Of Counsel:*
Lee S. Goldsmith, M.D., LLB[‡]
Goldsmith Ctorides & Rodriguez, LLP[‡]
www.goldsmithlegal.com

"CERTIFIED BY THE SUPREME COURT OF NJ AS A CIVIL TRIAL ATTORNEY

Direct Dial:

May 13, 2010

Mark Fischer, Esquire
RAWLINGS & ASSOCIATES
P.O. Box 49
La Grange, Kentucky 40031-0049

RE:   **Locks Law Firm Vioxx Clients**

Dear Mr. Fischer:

    We have reviewed the list enclosed with your letter dated May 7, 2010. Without waiving any defenses, objections or other legal positions, no plaintiff represented by this firm who received or will receive settlement proceeds related to their usage of Vioxx, are no that list.

    Thank you for your attention to this matter.

Very truly yours,

LOCKS LAW FIRM, LLC

James J. Pettit

JJP/gpd