UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OLGA CHAVEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES<br><br>DOCKET NO. 06-7104<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff, Olga Chavez against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____　　_____
ROBERT A. SCHWARTZ　　　　　　　　　　Stephen G. Strauss
State Bar No. 17869670　　　　　　　　　　　Bryan Cave LLP
Federal Id # 4287　　　　　　　　　　　　　　211 N. Broadway, Suite 3600
Bailey & Galyen　　　　　　　　　　　　　　St. Louis, MO 63102
18333 Egret Bay Blvd., Ste. 120　　　　　　　(314) 259-2000 Tel
Houston, TX 77058　　　　　　　　　　　　(314) 259-2020 Fax
Tel: (281) 335-7744
Fax: (281) 335-5871　　　　　　　　　　　　Phillip A. Wittmann
　　　　　　　　　　　　　　　　　　　　　Dorothy H. Wimberly
ATTORNEY FOR PLAINTIFF　　　　　　　Stone Pigman Walther
　　　　　　　　　　　　　　　　　　　　　Wittmann LLC
Dated: __02/28/08__　　　　　　　　　　　　546 Carondelet Street
　　　　　　　　　　　　　　　　　　　　　New Orleans, LA 70130
　　　　　　　　　　　　　　　　　　　　　(504) 581-3200 Tel
　　　　　　　　　　　　　　　　　　　　　(504) 581-3361 Fax

　　　　　　　　　　　　　　　　　　　　　Attorneys for Merck & Co., Inc.

　　　　　　　　　　　　　　　　　　　　　Dated: __8·26·10__

V1013

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of August, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.