MINUTE ENTRY
FALLON, J.
AUGUST 26, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                         CIVIL ACTION
      LIABILITY LITIGATION

                                             NO.  05-MDL-1657

                                             SECTION: L

**This document relates to: ALL CASES**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances: Rob Griffith, Esq. For the health plans
           Rick Meadow, Esq. For the Lanier Law Firm
           Sol Weis, Esq.

Corrected Motion of Plan Plaintiffs to Identify Law Firms representing certain eligible plaintiffs in place of the "John Doe" Defendants; to add the Federal Employee Health Benefits Act and Medicare Advantage Reimbursement Claims, etc. (45429)

Argument - TAKEN UNDER SUBMISSION. Movants are allowed seven (7) days to file a supplemental brief on the limited issue of the Court's jurisdiction; respondent law firms are allowed seven (7) days thereafter to reply.


JS10:   :15