# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 27, 2010

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
FILED  AUG 2 7 2010
LORETTA G. WHYTE
CLERK

Ms. Loretta Whyte  
U. S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 09-30446,  In Re: Vioxx Prod Liability,
            USDC No. 2:05-MD-1657
            USDC No. 2:05-CV-1088
            USDC No. 2:05-CV-1089
            USDC No. 2:05-CV-1090
            USDC No. 2:05-CV-1091
            USDC No. 2:05-CV-1513
            USDC No. 2:05-CV-2297
            USDC No. 2:05-CV-6221
            USDC No. 2:06-CV-2238
            USDC No. 2:06-CV-2708
            USDC No. 2:08-CV-3221
            USDC No. 2:08-CV-3222
            USDC No. 2:08-CV-4166
            USDC No. 2:08-CV-4167
            USDC No. 2:08-CV-4168
            USDC No. 2:08-CV-4169
            USDC No. 2:08-CV-4170
            USDC No. 2:08-CV-4171
            USDC No. 2:08-CV-4172
            USDC No. 2:08-CV-4173

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

   ( 2 ) Volumes

The electronic copy of the record has been recycled.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _Misty Fontenot_
                        Misty L. Fontenot, Deputy Clerk
                        504-310-7716

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

cc: (letter only)  
    Honorable Eldon E. Fallon  
    Mr. John H. Beisner  
    Mr. Ronald Ralph Benjamin  
    Ms. Dorothy Hudson Wimberly  
    Mr. Phillip A. Wittmann  

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.