# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 22, 2009

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 09-30446    In Re: Vioxx Prod Liability, et al
     USDC No. 2:05-MD-1657
     USDC No. 2:05-CV-1088
     USDC No. 2:05-CV-1089
     USDC No. 2:05-CV-1090
     USDC No. 2:05-CV-1091
     USDC No. 2:05-CV-1513
     USDC No. 2:05-CV-2297
     USDC No. 2:05-CV-6221
     USDC No. 2:06-CV-2238
     USDC No. 2:06-CV-2708
     USDC No. 2:08-CV-3221
     USDC No. 2:08-CV-3222
     USDC No. 2:08-CV-4166
     USDC No. 2:08-CV-4167
     USDC No. 2:08-CV-4168
     USDC No. 2:08-CV-4169
     USDC No. 2:08-CV-4170
     USDC No. 2:08-CV-4171
     USDC No. 2:08-CV-4172
     USDC No. 2:08-CV-4173
```

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  AUG 2 7 2010
LORETTA G. WHYTE
CLERK

The court has granted the unopposed motion to supplement the record on appeal with four additional items (Identified in Exhibits A-D) in this case.

CHARLES R. FULBRUGE III, Clerk

By: *Misty Fontenot*
Misty L. Fontenot, Deputy Clerk
504-310-7716

Mr. Ronald R Benjamin
Mr. Theodore V H Mayer
Ms. Dorothy Hudson Wimberly
Ms. Marya Cordelia Young

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

No. 09-30446

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION | In the Court Below: United States District Court for the Eastern District Of Louisiana |
| This document relates to: | MDL NO. 1657 |
| Glenn L. Dier et al., | HON. ELDON E. FALLON |
| *Appellants,* | |
| v. | |
| Merck & Co., Inc., | |
| *Appellee.* | |

U.S. COURT OF APPEALS
FILED
OCT 21 2009
CHARLES R. FULBRUGE III
CLERK

**UNOPPOSED MOTION TO SUPPLEMENT RECORD**

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
E-mail:  pwittmann@stonepigman.com

Douglas Marvin
WILLIAMS & CONNOLLY LLP
Washington, D.C.  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
E-mail:  dmarvin@wc.com

John H. Beisner
Jessica D. Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C.  20005
Telephone:  (202) 371-7000
Facsimile:  (202) 393-5760
E-mail:  john.beisner@skadden.com

*Attorneys for Merck & Co., Inc.*

i

996071v.1

Case No.: 09-30446

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

GLENN L. DIER,

        Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

RODNEY DARROW; RONALD R. O'CONNOR,

        Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

ADNAN ALJIBORY; ROSANNA ROBINSON,

        Plaintiffs-Appellants

v.

    MERCK AND COMPANY INC,

        Defendant-Appellee

---

996071v.1

ROSEMARY HOLOBOSKY; ET AL,

        Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

ALPHONSE DEROSA; ET AL,

        Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

CARLO DEVINCENTIIS; ET AL,

        Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

ROBERT D. GATES; ET AL,

        Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

        Defendant-Appellee

---

KATHLEEN HOFFNER; ET AL,

    Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

------------------------------------------------------------------------

MARJORIE CONNOLLY; ET AL,

    Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

------------------------------------------------------------------------

GERALDINE M. ALAPECK,

    Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

------------------------------------------------------------------------

MARY J. MAHAR,

    Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

------------------------------------------------------------------------

996071v.1

MARIANNE RAFTIS,

    Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

---

SAMUELLA CADWELL, ET AL,

    Plaintiffs-Appellants

v.

MERCK AND COMPANY INC,

    Defendant

---

DEAN SANTACROSE,

    Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

---

MARGARET STEINHOFF,

    Plaintiff-Appellant

v.

MERCK AND COMPANY INC,

    Defendant-Appellee

---

996071v.1

GLENN L. DIER, et al.,
        Plaintiffs-Appellants

v.                                                                                                  No.: 09-30446

MERCK AND COMPANY INC.,
        Defendant-Appellee.

996071v.1

Appellee Merck & Co., Inc. ("Merck") hereby moves the Court, pursuant to Federal Rule of Appellate Procedure 10(e)(2), for modification of the record on appeal in this matter. Specifically, Merck seeks to designate four additional items for inclusion in the appellate record.

1. As the Court knows, this appeal arises from extensive proceedings in the Multidistrict Litigation ("MDL") proceeding below, and the district court's order dismissing Appellants' cases with prejudice for failing to comply with discovery orders.

2. In light of the voluminous record below, the Court requested on June 15, 2009 that the parties jointly designate the appellate record.

3. After the parties submitted the agreed record, the Court granted Appellants' unopposed motion to supplement the original record on August 18, 2009.

4. Appellants' opening brief raised an issue not contemplated by Merck at the time the record was designated, and Merck believes that inclusion in the record of the four additional items identified in Exhibits A-D would aid the Court in understanding the matters on appeal.

5. Appellants have indicated that they do not oppose Merck's request.

WHEREFORE, Merck requests that the Court designate the four additional items identified in Exhibits A-D as part of the record on appeal in this matter.

996071v.1

Respectfully submitted,

*[signature: Dorothy H. Wimberly]*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
E-mail: pwittmann@stonepigman.com

John H. Beisner
Jessica D. Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 371-7008
Facsimile: (202) 393-5760
E-mail: john.beisner@skadden.com

Douglas Marvin
WILLIAMS & CONNOLLY LLP
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: dmarvin@wc.com

*Attorneys for Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I certify that the Motion of Appellee Merck & Co., Inc. To Supplement Appellate Record, was filed with the Court, on October 21, 2009, and copies were served on all counsel of record by Fed Ex on the same date.

*Dorothy H. Wimberly*
Dorothy H. Wimberly

3

996071v.1

## INDEX OF EXHIBITS

| Exhibit | Case No. | Docket No. | Docket Text |
|---------|----------|------------|-------------|
| A | 2:05-md-1657 | 13,099-2 | EXPARTE Emergency MOTION to Amend/Correct 12965 Pretrial Order *31, Registration of Claims, and,* Emergency MOTION for Declaratory Judgment *that Certain Provisions of Settlement Agreement are Unenforceable* by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Exhibit 1# 3 Exhibit 2# 4 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) Modified on 12/17/2007 (cms, ). (Entered: 12/14/2007) |
| B | 2:05-md-1657 | 13,140 | MOTION to Withdraw Document by Plaintiff. (Attachments: # 1 Memorandum in Support # 2 Proposed Order)(Reference: 05-1657)(Kaiser, D. Grant) (Entered: 12/22/2007) |
| C | 2:05-md-1657 | 13,159 | ORDER granting 13140 Motion to Withdraw 13099 Emergency MOTION to Amend/Correct 12965 Pretrial Order 31. Signed by Judge Eldon E. Fallon on 1/2/08. (Reference: all cases)(ala, ) (Entered: 01/04/2008) |
| D | 2:05-md-1657 | 13,264 | Minute Entry for proceedings held before Judge Eldon E. Fallon : Monthly Status Conference held on 1/18/2008. The next Status Conference set for 2/21/2008 09:00 AM before Judge Eldon E. Fallon. (Reference: ALL CASES)(cms, ) (Entered: 01/18/2008) |

996071v.1