# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® | § | MDL Docket No. 1657 |
| | § | |
| PRODUCTS LIABILITY LITIGATION | § | SECTION L |
| | § | |
| This Document Relates To All Cases | § | JUDGE FALLON |
| | § | |
| | § | MAGISTRATE JUDGE KNOWLES |

### ORDER

Considering Unopposed Motion to Withdraw Certain Plaintiffs' and Their Counsels' Emergency Motion for (1) Clarification and/or Modification of Pretrial Order 31 (Registration of Claims) and (2) Declaratory Judgment that Certain Provisions of the Settlement Agreement are Unenforceable and incorporated Memorandum;

IT IS ORDERED BY THE COURT that the Motion be and is hereby withdrawn without prejudice to re-filing.

NEW ORLEANS, Louisiana, this 2nd day of January, 2008.

Eldon E. Fallon
United States District Judge