UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                   :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION        :    SECTION: L
                                                       : 
                                                       :    JUDGE FALLON
                                                       :    MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *Robert Lyon*

### ORDER

The Court is in receipt of the attached correspondence/documents from Robert Lyon. IT IS ORDERED that the attached documents be filed into the record UNDER SEAL.

New Orleans, Louisiana, this 26th day of August, 2010.

                                                                   UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Robert Lyon<br>3212 Norstrom Way<br>Sacramento, CA 95833 |
| Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219