UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> *Samuel Bartley, et al.* <br> v. <br> *Merck & Co., Inc., et al.* <br><br> *Only with regard to:* <br> *Glenn McBride and Linda McBride* <br><br> Docket No. 2:06-cv-02196 | MDL Docket No. 1657 <br><br> SECTION L <br><br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Glenn McBride and Linda McBride in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE