UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | MDL Docket No. 1657 |
| **Product Liability Litigation** | |
| | SECTION L |
| This document relates to: | |
| | |
| *Myrtle Louise Bell, et al.* | JUDGE FALLON |
| *v.* | |
| *Merck & Co., Inc., et al.* | MAGISTRATE JUDGE KNOWLES |
| | |
| *Only with regard to:* | |
| *Phyllis Woodall* | |
| | |
| Docket No. 2:05-cv-00546 | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Phyllis Woodall in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE