UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> *Robert Daigle, et al.* <br> *v.* <br> *Merck & Co., Inc.* <br><br> *Only with regard to:* <br> *Evelyn Liggett, incorrectly identified as Evelyn Gliggett, individually and as representative of the estate of Helen Gorman* <br><br> Docket No. 2:05-cv-06275 | * * * * * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br><br> SECTION L <br><br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**********************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Evelyn Liggett, incorrectly identified as Evelyn Gliggett, individually and as representative of the estate of Helen Gorman, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of August, 2010.

_____
DISTRICT JUDGE