# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | **MDL Docket No. 1657** |
| | **SECTION L** |
| **This document relates to:** | |
| *Mildred Abate, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Mary McDonald* | |
| *Docket No. 2:06-cv-02209* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary McDonald in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 30th day of _____August_____, 2010.

_____

DISTRICT JUDGE