UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** *Arnold Block*

## ORDER

The Court is in receipt of the attached correspondence and documents from Arnold Block. IT IS ORDERED that the attached documents be filed into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
  Mr. Russ Herman
  Plaintiff's Liaison Counsel
  Herman, Herman Katz & Cotlar, LLP
  820 O'Keefe Ave.
  New Orleans, LA 70113

  Mr. Phillip Wittmann
  Stone Pigman Walter Wittmann, LLC
  546 Carondelet Street
  New Orleans, LA 70130

  Arnold Block
  5756 Island Reach Ln.
  Boynton Beach, FL 33437

  Claims Administrator
  BrownGreer PLC
  115 S. 15th St.
  Suite 400
  Richmond, VA 23219