UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Lloyd Bell*

## ORDER

The Court is in receipt of the attached correspondence and documents from Lloyd Bell. IT IS ORDERED that the attached documents be filed into the record UNDER SEAL. From the correspondence, it is unclear to the Court whether any action is required in this case. Thus, the Court will not order that any action be taken at this time.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

P.O. Box 152861
San Diego, CA 92195

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1