UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**   *Homer Jones*

## ORDER

The Court is in receipt of the attached correspondence and documents from Homer Jones. IT IS ORDERED that the attached documents be filed into the record UNDER SEAL. In addition, a copy of the correspondence and documents shall be forwarded to the Claims Administrator, the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 1st day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Homer Jones
JHCC; J Unit
P.O. Box 548
Lexington, OK 73051

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219