# LAW OFFICES OF STUART A. KRITZER, P.C.

Stuart A. Kritzer, Esquire
stuart@kritzer.com

Admitted to Practice
Colorado and New York

August 19, 2010

**VIA FACSIMILE:**
(504) 589-7697

Clerk of Court
United States District Court – Eastern District of Louisiana
500 Poydras, Room C151
New Orleans, Louisiana 70130

    Re:   *In Re Vioxx Products Liability Litigation, MDL No. 1657*
            *James Franklin v. Merck, Case No. 07-2073*

Dear Clerk:

    Our office represented James Franklin on behalf of the State of Colorado v. Merck in Case No. 07-2073. On July 26, 2010, Judge Fallon entered an Order dismissing the matter. On August 17, 2010, a Stipulation Regarding Appeal and Costs was filed with the Court by the parties. Because we are no longer involved in this individual case nor the Vioxx MDL, this letter is to request that our name be removed from the ECF notification list.

    Please let me know if you have any questions. Thank you for your prompt attention to this matter.

Very truly yours,

Stuart A. Kritzer

SAK:mjk
cc:  Mr. James Franklin
      Dorothy H. Wimberly, Esquire
      Peter L. Kaufman, Esquire

# LAW OFFICES OF STUART A. KRITZER, P.C.

140 East Nineteenth Avenue, Third Floor
Denver, Colorado 80203-1035
**(303) 393-1111**
Facsimile: (303) 394-2719
Nationwide: (800) 338-4564

## FACSIMILE TRANSMITTAL COVER SHEET
### FOR IMMEDIATE DELIVERY

TO: Clerk of Court

COMPANY: United States District Court – Eastern District of Louisiana

FAX #: 504-589-~~7955~~ 7697

DATE: August 19, 2010

FROM: Melanie J. King

LENGTH: 2 pages including this cover sheet

RE: Franklin v. Merck – 07-2073/MDL No. 1657

MESSAGE:

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. THE INFORMATION IS CONFIDENTIAL AND MAY BE ATTORNEY CLIENT PRIVILEGED. IF THE READER OF THE MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL TO US AT THE ABOVE ADDRESS VIA THE U.S. MAIL. THANK YOU.

One Sherman Place  140 East Nineteenth Ave.  Third Floor  Denver, CO 80203-1013
Tel: 303-393-1111  Fax: 303-394-2719  Web: www.kritzer.com  E-mail: info@kritzer.com