## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing:

**THE HEALTH PLANS' MEMORANDUM REGARDING JURISDICTION**

has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of September, 2010.

_____
KAREN IANNACE

{1851 / SERV / 00103823.DOC v1}