UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br> <br> SECTION L |
| **This document relates to:** | * <br> * | |
| *Ethel Harvey* <br> v. <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * <br> * | JUDGE FALLON <br> <br> MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:08-cv-00279* | * <br> * <br> * <br> * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ethel Harvey in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE