## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Bill Black, et al. v. Merck & Co., Inc., No. 05-04452* **(only** | * | KNOWLES |
| **as to plaintiff Deborah Collier)** | * | |

*****************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 26th day of August, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that all claims of plaintiff Deborah Collier be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this  1st  day of  September , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1028786v.1