UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Glenda Meysami, et al. v. Merck & Co., Inc.,* No. 05-5353 | * | KNOWLES |
| (only as to plaintiff Mark Hendrichs) | * | |
| | * | |
| | * | |

*******************************************************************************

## ORDER

The Court conducted a conference on July 1, 2010 to discuss the pending Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 43 (R.Doc. 27190). Leonard Davis (for the Plaintiffs' Liaison Counsel), Dorothy Wimberly (for Defendants' Liaison Counsel), and Robert Johnston (*Pro Se* Curator) participated in person and plaintiff Mark Hendrichs participated via telephone. During the conference, the Court explained to Mr. Hendrichs the requirements of Pre-Trial Order 43, what must submitted in order to avoid dismissal of his case, and the deadline for submission of these materials. At the conclusion of the conference, the Court granted plaintiff Mark Hendrichs a final, thirty (30) day extension of time until August 1, 2010 in which to fully comply with the requirements of Pre-Trial Order 43, failing which his case would be dismissed with prejudice. *See* R.Doc. 46616. That deadline has passed. Accordingly,

IT IS ORDERED that Merck's Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 43 (R.Doc. 27190) the claims of plaintiff Mark Hendrichs is rescheduled for hearing on September 21, 2010, at 3:30 p.m.

1028787v.1

**NEW ORLEANS, LOUISIANA**, this __1st__ day of __September__, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1028787v.1