## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Dorothy A. Griffin v. Merck & Co., Inc., No. 10-00873;* | * | KNOWLES |
| | * | |
| *Wayne Watts, et al. v. Merck & Co., Inc., No. 06-10972* | * | |
| **(only as to plaintiff Cathy L. Lyles);** | * | |
| | * | |
| and | * | |
| | * | |
| *Vanessa Allen, et al. v. Merck & Co., Inc., No. 06-05991* | * | |
| **(only as to plaintiff Ellen Poplawski)** | * | |

*******************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Sixth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 47334) came on for hearing on the 18th day of August, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is deferred until September 21, 2010, at 3:30 p.m. as to plaintiff Dorothy Griffin.

IT IS FURTHER ORDERED that the motion is granted as to plaintiffs Cathy L. Lyles and Ellen Poplawski and that all claims of Cathy L. Lyles and Ellen Poplawski be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

1028777v.1

**NEW ORLEANS, LOUISIANA**, this __1st__ day of __September__, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1028777v.1