UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|    PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Gene Weeks v. Merck & Co., Inc., 05-cv-4578*

## ORDER

The Court has pending before it Plaintiff Gene Weeks' Motion, Rule and Incorporated Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment Dismissing the Attorney Fee Lien Claim of Maria D. Tejedor Arising Out of the Settlement Between Merck and Plaintiff Gene Weeks (Rec. Doc. 49974). Pursuant to PTO 47A and this Court's March 18, 2010 Order authorizing Special Master Pat Juneau to evaluate all disputed liens for attorneys' fees and expenses relating to Vioxx Settlement Payments (Rec. Doc. 37739),

IT IS ORDERED that the Motion for Summary Judgment (Rec. Doc. 49974) is referred to Special Master Pat Juneau, who shall take all appropriate steps to address the disputed lien and issue a report and recommendation to the Court.

New Orleans, Louisiana, this 3rd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

1