UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| ***Bill Black, et al. v. Merck & Co., Inc., No. 05-04452* (only** | * | KNOWLES |
| **as to plaintiff Deborah Collier);** | * | |
| | * | |
| ***Jamal A. Bilal v. Merck & Co., Inc., No. 06-02364;*** | * | |
| | * | |
| ***Robert Lyon v. Merck & Co., Inc., No. 01077;* and,** | * | |
| | * | |
| ***June Ahl, et al. v. Merck & Co., Inc., No. 05-00548* (only** | * | |
| **as to plaintiff Dimitri Taylor-Beck).** | * | |

****************************************************************************

### ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 18th day of August, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion is deferred until August 26th, 2010, at 3:30 p.m. as to plaintiff Deborah Collier.

IT IS FURTHER ORDERED that the motion is deferred until September 21, 2010, at 3:30 p.m., as to plaintiffs Jamal A. Bilal, Robert Lyon, and Dimitri Taylor-Beck.

1028782v.1

**NEW ORLEANS, LOUISIANA**, this __1st__ day of _____September_____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE