UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *05-cv-4416, as to Rebecca Hart-Sherman ONLY*

## ORDER

It has come to the Court's attention that there is a dispute in this matter with regards to final resolution of Claimant Rebecca Hart-Sherman's participation in the Vioxx Settlement Program. Ms. Hart-Sherman's counsel are directed to deposit the disputed settlement award in the registry of the Court until further Order. The Court will address this matter at a later date.

New Orleans, Louisiana, this 3rd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

1