JANIE ALSTON, et al.,                     )
                                          )          **IN THE UNITED STATES**
                    Plaintiff,            )          **DISTRICT COURT FOR THE**
                                          )          **EASTERN DISTRICT OF**
                                          )          **LOUISIANA**
v.                                        )
                                          )          **Case Code Number: 1657**
                                          )          **Docket Number: 06-2217**
                                          )
MERCK & CO., INC., et al.,                )
                                          )          **STIPULATION OF DISMISSAL**
                    Defendants.           )          **WITH PREJUDICE**
                                          )          **AS TO ALL DEFENDANTS**


Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Constance McCombs** against defendants Merck & Co., Inc., Merck

Frosst Canada, Ltd., Does 1 to 100, and all other named defendants be dismissed in their

entirety with prejudice, each party to bear its own costs.


Brian A. Goldstein, Esq.                  Stephen G. Strauss
Cellino & Barnes, PC                      Bryan Cave LLP
17 Court Street, 7th Floor                211 N. Broadway, Suite 3600
Buffalo, NY 14202-3290                    St. Louis, MO 63102
(716) 854-2020                            (314) 259-2000 Tel
                                          (314) 259-2020 Fax

                                          Phillip A. Wittmann
                                          Dorothy H. Wimberly
                                          Stone Pigman Walther
                                          Wittmann LLC
                                          546 Carondelet Street
                                          New Orleans, LA 70130
                                          (504) 581-3200 Tel
Dated: _____10/16/2008_____           (504) 581-3361 Fax

                                          Attorneys for Merck & Co., Inc.

                                          Dated: __9-1-10__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.