# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®  <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * <br> * | |
| *William Cross, et al.* | * <br> * | JUDGE FALLON |
| *v.* <br> *Merck & Co., Inc., et al.* | * <br> * <br> * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* <br> *Carol A. Kendzierski* | * <br> * <br> * | |
| *Docket No. 2:06-cv-10624* | * <br> * | |

**************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Carol A. Kendzierski in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.


_____
DISTRICT JUDGE