# EXHIBIT A

## Derivative Plaintiffs - PTO 29

|  | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Rockell, Maureen A | Rockell, David (dismissed 2/2/2009) | Cellino & Barnes | Rockell, David v. Merck & Co., Inc. | 2:08-cv-00136-EEF-DEK |
| 2. | Barnes, Donna Lee; Bowers, Allen Paul; Bowers, Robert Gail; Bowers, Susan Lee; Gremillion, Tammy Lee | Bowers, Allen Jr. (dismissed 4/9/09) | Ballay, Braud & Colon, PLC | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK |
| 3. | Barnes, James C. | Barnes, Anna L. (dismissed 2/11/09) | Trepanier & MacGillis P.A. | Barnes, Anna L v. Merck & Co., Inc. | 2:08-cv-00137-EEF-DEK |
| 4. | Brown, Marianne | Brown, James N. (dismissed 10/30/09) | Trepanier & MacGillis P.A. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 5. | Johnson, Greville | Johnson, Esther (dismissed 10/30/09) | Trepanier & MacGillis P.A. | Adams, Mary E v. Merck & Co., Inc. | 2:06-cv-02200EEF-DEK |
| 6. | Godfrey, Deborah | Parks El, Reginald (dismissed 5/21/09) | Weitz & Luxenberg, PC | Parks El, Reginald v. Merck & Co., Inc. | 2:07-cv-09804-EEF-DEK |
| 7. | Alimena, Maryann | Alimena, Louis (dismissed 6/11/09) | Mayfield & Ogle, P.A. | Alimena, Louis v. Merck & Co., Inc. | 2:08-cv-05212-EEF-DEK |
| 8. | Peirce, Robert | Peirce, Val (dismissed 6/11/09) | Pearson, Randall and Schumacher, P.A. | Peirce, Val v. Merck & Co., Inc. | 2:08-cv-04149-EEF-DEK |