**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *See Attached Exhibit A* | * | **KNOWLES** |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant Merck Sharpe & Dohme Corp.'s

Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 29 Regarding

Derivative Plaintiffs, will be brought on for hearing on the 21st day of September, 2010, at 3:30

p.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District

of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  September 7, 2010

1029565v.1

- 2 -

Respectfully submitted,


By: */s/ Dorothy H. Wimberly*
     Phillip A. Wittmann, 13625
     Dorothy H. Wimberly, 18509
     STONE PIGMAN WALTHER
     WITTMANN L.L.C.
     546 Carondelet Street
     New Orleans, Louisiana 70130
     Phone: 504-581-3200
     Fax:   504-581-3361

     Defendants' Liaison Counsel

     —and—

     Douglas R. Marvin
     Eva Petko Esber
     M. Elaine Horn
     WILLIAMS & CONNOLLY LLP
     725 Twelfth Street, N.W.
     Washington, D.C. 20005
     Phone: 202-434-5000
     Fax:   202-434-5029

     Attorneys for Merck Sharp & Dohme Corp.

- 2 -

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Heaing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1029565v.1