UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                             :    MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :    SECTION: L
                                      :
                                      :    JUDGE FALLON
                                      :    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *James D. Schneller v. Merck & Co., Inc.*, No. 05-5382

### ORDER

The Court is in receipt of the attached correspondence from James Schneller in response to the Court's Order of July 8, 2010 granting Mr. Schneller a final, sixty (60) day extension of time until September 1, 2010 in which to fully comply with this Court's Pre-Trial Orders. (Rec. Doc. 46632). IT IS ORDERED that the correspondence be filed into the record. In addition, a copy of the correspondence and documents shall be forwarded to the Claims Administrator, the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 3rd day of September, 2010.

                                              UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                          James Schneller
    Plaintiff's Liaison Counsel           500 E. Lancaster Avenue #111d
    Herman, Herman Katz & Cotlar, LLP   Radnor, PA 19087
    820 O'Keefe Ave.
    New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219