# Fax

Name: Jim Schneller
Company:
Voice Number: 610-688-9471
Fax Number: 610-688-9471
500 E. Lancaster Avenue
Radnor, PA 19087

---

Date: Wednesday, September 01, 2010
Total Pages: 3
Subject: No. 05-5382   James Schneller et al v. Merck & Co. Inc.

Name: Honorable Eldon E. Fallon
Company: United States District Court, E.D. Louis
Voice Number:
Fax Number: (504) 589 6966



RECEIVED
SEP - 2 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

Note:
To:
Honorable Eldon E. Fallon
United States District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

From: James D. Schneller,  pltf
500 E. Lancaster Avenue #111d
Radnor, PA 19087 se
610-688-9471


enc:  Letter

# Jim Schneller

August 31, 2010

FAX & USPS 1st CLASS MAIL

Honorable Eldon E. Fallon
United States District Court,
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

Re:  MDL 1657 Vioxx Products Liability Litigation
     No. 05-5382   James Schneller et al v. Merck & Co. Inc.

To Judge Fallon:

I apologize for taking the liberty to write the Court and to fax, and this on the day of a deadline.

The order dated July 1, 2010 allows me a sixty day extension of time in which to, for all practical purposes, attain an expert's report.

If I may explain a few issues, some redundant:

a) I have stated that experiences with prior experts have caused me trepidation. These have at times also sent an unmistakable message that I ought not tamper with a legal system in which I am not welcome. The worst of these experiences, which involved the expert's claim that he had reviewed the case in full and wasn't going to 'get involved,' in a case involving intentional deprivations to a care dependent person, was an interaction with an expert in cardiology, who reneged on his promise to provide at least a summary of the issues and errors perceived by him. I would be holding a report satisfactory for the Court if this individual had not reneged, without refund, on the expected outcome of his services

b) I have contacted even more experts, and physicians, in the past 60 days, some of whom I am acquainted with, who I asked for their suggestions as to experts, to no avail.

**500 E. Lancaster Avenue # 111d   Radnor, PA 19087   610-688-9471**

# Jim Schneller

c) I request that the 'with prejudice' be omitted from any order deciding this case. My only error has been an inability to find an expert who will participate, and this I have claimed is beyond my control. It is also likely to be conspiratorial, or obstructive at least. Because of the circumstances of my apparently being blacklisted or even under a theoretical inability by fate, to locate an expert, must I lose my right to access to justice for all of these reasons, none of them my doing ?

Thank you for your efforts in scheduling this case and allowing conferences.

Respectfully,

James D. Schneller
pro se

cc: Dorothy A. Wimberly Esquire, Joshua Schiller Esquire, Russ Herman Esquire, Robert M. Johnston Esquire, Ann Oldfather Esquire; Clerk, Civil Section

500 E. Lancaster Avenue # 111d   Radnor, PA 19087   610-688-9471