UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| JUNE AHL, ET AL. v. MERCK SHARP & | * | MAGISTRATE JUDGE |
|     DOHME CORP., (only as to plaintiff | * | KNOWLES |
|     Dimitri Taylor-Beck) | * | |
| | * | |
| Case No. 05-00548. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND EXHIBITS UNDER SEAL**

    Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Supplemental Memorandum in Support of Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order No. 43 under seal.  Merck seeks to file these documents under seal because they include confidential information relating to plaintiff.

Dated:  September 7, 2010                                      Respectfully submitted,

                                                                 */s/ Dorothy H. Wimberly*
                                                                 Phillip A. Wittmann, 13625
                                                                 Dorothy H. Wimberly, 18509
                                                                 STONE PIGMAN WALTHER
                                                                 WITTMANN L.L.C.
                                                                 546 Carondelet Street
                                                                 New Orleans, Louisiana  70130
                                                                 Phone:  504-581-3200
                                                                 Fax:     504-581-3361

1029440v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Supplemental Motion and Exhibits Under Seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1029440v.1