UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**This document relates to:**  *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson.  IT IS ORDERED that the attached correspondence be filed into the record UNDER SEAL due to personal information contained therein.  The Court has reviewed the correspondence and has received frequent telephone calls from Mr. Denson.  The Court finds no grounds for the relief Mr. Denson seeks.  The Court does not order that any action be taken at this time.

New Orleans, Louisiana, this 3rd day of September, 2010.

                                                        *[signature]*
                                          UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                              Antonio Denson
    Plaintiff's Liaison Counsel              327 Citrus Avenue
    Herman, Herman Katz & Cotlar, LLP   Arcadia, FL 34266
    820 O'Keefe Ave.
    New Orleans, LA 70113

2

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130