UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**  *Safdar Neil Lilak*

## ORDER

The Court is in receipt of the attached correspondence from Safdar Neil Lilak. IT IS ORDERED that the attached documents be filed into the record.

New Orleans, Louisiana, this 3rd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Safdar Neil Lilak
1033 S. Kittredge Way
Aurora, CO 80017

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1