UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Safdar Neil Lilak*

## ORDER

The Court is in receipt of the attached correspondence and documents from Vioxx Claimant Safdar Neil Lilak. IT IS ORDERED that the attached documents be filed into the record. Due to the nature of some of the materials, IT IS FURTHER ORDERED that the document entitled "Disability Benefits & Social Security" be filed UNDER SEAL. Mr. Lilak's correspondence is styled as a "Motion for Relief of Claims." The Court has reviewed the submissions and has found no substantive grounds for relief. Accordingly, the motion is DENIED. A copy of the correspondence and documents shall be forwarded to the the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 3rd day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | Safdar Neil Lilak<br>1033 S. Kittredge Way<br>Aurora, CO 80017 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |