UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br><br><br><br>JAMAL BILAL v. MERCK SHARP &<br>　　DOHME CORP.,<br><br>Case No. 06-02364. | *<br>*<br>*<br>*   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   KNOWLES<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND EXHIBITS UNDER SEAL**

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned liaison counsel, hereby moves the Court for leave to file its Supplemental Memorandum in Support of Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order No. 43 under seal. Merck seeks to file these documents under seal because they include confidential information relating to plaintiff.

Dated: September 7, 2010

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361

1029439v.1

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Ex Parte Motion and Order for Leave to File Supplemental Motion and Exhibits Under Seal has been served on Liaison Counsel by U.S. Mail and e-mail or by hand delivery and e-mail, upon counsel for Plaintiff, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of September, 2010.

                /s/ Dorothy H. Wimberly
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:     504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel