UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| JAMAL BILAL v. MERCK SHARP & | * | MAGISTRATE JUDGE |
|     DOHME CORP., | * | KNOWLES |
| | * | |
| Case No. 06-02364. | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Supplemental Memorandum and Exhibits Under Seal,

IT IS ORDERED that Defendant Merck Sharp & Dohme Corp. be and it hereby is granted leave to file its Supplemental Memorandum in Support of Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order No. 43 under seal.

NEW ORLEANS, LOUISIANA, this ___ day of September, 2010.

_____
DISTRICT JUDGE

1029443v.1