CAFFIE AARON, et al.,                )
                                     )        **IN THE UNITED STATES**
            Plaintiffs,              )        **DISTRICT COURT FOR THE**
                                     )        **EASTERN DISTRICT OF**
                                     )        **LOUISIANA**
v.                                   )
                                     )        **Case Code No: 1657**
                                     )        **Docket No: 2:07-cv-08076-EEF-DEK**
MERCK & CO., INC.,                   )
                                     )        **STIPULATION OF DISMISSAL**
            Defendant.               )        **WITH PREJUDICE AS TO**
                                     )        **ALL DEFENDANTS**
                                     )

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Terrie Hall** against defendant Merck & Co., Inc. and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.


Mitchell H. Tyner, Sr.                Stephen G. Strauss
Tyner Law Firm, P.A.                  Bryan Cave LLP
5750 I-55 North                       211 N. Broadway, Suite 3600
Jackson, MS 39211                     St. Louis, MO 63102
(601) 957-1113                        (314) 259-2000 Tel
                                      (314) 259-2020 Fax

                                      Phillip A. Wittmann
                                      Dorothy H. Wimberly
                                      Stone Pigman Walther Wittmann LLC
                                      546 Carondelet Street
                                      New Orleans, LA 70130
                                      (504) 581-3200 Tel
                                      (504) 581-3361 Fax

Attorneys for Plaintiff               Attorneys for Merck & Co., Inc.

Dated: _8.28.09_                      Dated: _9-2-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th  day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.