**Exhibit A**
**Supplemental Dismissals No. 1 – PTO 28**

|  | Derivative Plaintiffs | Primary Plaintiff | Plaintiffs' Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | **Trimble, Robert** | Trimble, Sardinia (dismissed 9/25/2009) | Barrett Law Office | Thompson, Mary v. Merck & Co., Inc | 2:06-cv-00433-EEF-DEK |
| 2. | **McDaniels, Violet** | McDaniels, Asa J (dismissed 12/17/2009) | Cellino & Barnes PC | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 3. | **Scherf, Deborah** | Scherf, Frank (dismissed 10/30/2009) | Cellino & Barnes PC | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | **Albright, Raymond E.** | Albright, Ann (dismissed 3/4/10) | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 5. | **Steerman, Clinton** | Steerman, Gladys (dismissed 3/4/10) | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 6. | **Blankenship, Debbie** | Blankenship, Donald (dismissed 3/4/10) | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 7. | **Burkey, Tina M.** | Burkey, Robert (dismissed 3/4/10) | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 8. | **Brown, Marianne** | Brown, James (dismissed 10/30/09) | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 9. | **Melton, Daniel** | Melton, Roberta (dismissed 3/4/10) | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 10. | **Negron, Juan** | Negron, Myriam (dismissed 3/4/10) | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 11. | **Webb, Michael L.** | Webb, Carol (dismissed 3/4/10) | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 12. | **Johnson, Greville** | Johnson, Esther M. (dismissed 10/30/09) | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |

|  | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 13. | **Kwiek, Harry E** | Kwiek, Mary (dismissed 1/21/2010) | Cellino & Barnes, PC | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 14. | **Alcantara, Martin** | Alcantara, Cornelia (dismissed (3/13/2009) | Douglas & London PC | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| 15. | **Patterson, Melvin Wade** | Patterson, Phyllis (dismissed 03/13/2009) | Douglas & London PC | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |
| 16. | **Degraw, Patricia** | Degraw, William (dismissed 02/11/2009) | Doulgas & London, PC | Degraw, William v. Merck & Co., Inc. | 2:08:cv-00308-EEF-DEK |
| 17. | **Mott, Mable** | Mott, Donald (dismissed 2/11/2009) | Doulgas & London, PC | Mott, Donald v. Merck & Co., Inc. | 2:07:cv-01398-EEF-DEK |
| 18. | **Thompson, Larry** | Thompson, Catherine Joan (dismissed 2/11/2009) | Doulgas & London, PC | Mott, Donald v. Merck & Co., Inc. | 2:07:cv-01398-EEF-DEK |
| 19. | **Gallegos , Margarita; Salinas, Diana R.; Gallegos Reyes, David; Gallegos, Dagoberto; Gallegos, Alan D.; Gallegos, Dario** | Gallegos , David (dismissed 9/19/2008) | Gallagher Law Firm (TX) | Gallagos, Margarita v. Merck & Co., Inc. | 2:06-cv-03193-EEF-DEK |
| 20. | **Hablitzel, Anne R.** | Hablitzel, Kenneth (dismissed 3/13/09) | Kelley & Ferraro, LLP | Hablitzel, Kenneth v. Merck & Co., Inc. | 2:06-cv-10203-EEF-DEK |
| 21. | **Washington, Janie** | Washington, Henry (dismissed 3/13/09) | Kelly & Ferraro, LLP | Washington, Henry v. Merck & Co., Inc. | 2:05-cv-03572-EEF-DEK |
| 22. | **Echevarria, Noel; Echevarria, Tilahia** | Arroyo-Acosta, Miguelina (dismissed 10/16/2008) | Lamb Firm, LLC, The | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | **Nobile, Matthew** | Nobile, Lucretia (2/2/10-dismissed?) | Law Office of Ronald R Benjamin | Nobile, Lucretia v. Merck & Co., Inc. | 2:09-cv-03611-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 2

1029719v.1

|     | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|-----|---------------------------|-----------------------|-------------------------|------------------|-------------------|
| 24. | **Singer, Bruce**         | Singer, Cheryl (2/2/10-dismissed?) | Law Office of Ronald R Benjamin | Singer, Cheryl v. Merck & Co., Inc. | 2:09-cv-03613-EEF-DEK |
| 25. | **Oakley, Jennifer**      | Oakley, James S. (dismissed 10/21/2008) | Lieff Cabraser, Heimann & Bernstein, LLP | Oakley, Jennifer v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| 26. | **Frontauria, Barbara**   | Frontauria, Eugene G. (dismissed 10/16/08) | Lieff, Cabraser, Heimann & Bernstein, LLP | Frontauria, Eugene v. Merck & Co., Inc. | 2:05-cv-05679-EEF-DEK |
| 27. | **Holbrook, Sue**         | Holbrook, Elmer (dismissed 10/16/08) | Lieff, Cabraser, Heimann & Bernstein, LLP | Holbrook, Elmer v. Merck & Co., Inc. | 2:05-cv-05756-EEF-DEK |
| 28. | **Adkins, Patricia**      | Adkins, Johnny A. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 29. | **Akers, Patricia**       | Ackers, William J. (Dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 30. | **Baldwin, Patsy**        | Baldwin, Manuel (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 31. | **Ballard, Michael J.**   | Ballard, Eliza G. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 32. | **Barker, Pamela L.**     | Barker, Kenneth (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 33. | **Canada, Patricia**      | Canada, Samuel R. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 34. | **Chandler, Judith**      | Chandler, John H. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

|     | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|-----|---------------------------|------------------------|--------------------------|-------------------|--------------------|
| 35. | **Conn, Hazel** | Conn, Joseph (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 36. | **Donnellan, James** | Donnellan, Sandra W. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 37. | **Farley, Lawrence E.** | Farley, Kathleen (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 38. | **Gollihue, Maude S.** | Gollihue, Larry F. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 39. | **Harless, Connie Sue** | Harless, Avon F. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 40. | **Jones, Jerry L.** | Jones, Beverly A. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 41. | **Jones, David T. Sr.** | Jones, Lydia E. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 42. | **Keyser, Moses G.** | Keyser, Garnett L. (Dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 43. | **Kinser, Linda J.** | Kinser, Charles (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 44. | **Kirk, William E.** | Kirk, Junie (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 45. | **Marcum, Danny G.** | Marcum, Cassandra (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 46. | **McBride, William E.** | McBride, Evelyn G. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

|     | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|-----|---------------------------|------------------------|--------------------------|-------------------|---------------------|
| 47. | **Miller, Kathy S.** | Miller, James (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 48. | **Monk, Sally Jo** | Monk, Dale E. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 49. | **Mynes, Sharon** | Mynes, Larry A. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 50. | **Pauley, Betty L.** | Pauley, Dennis A. (Dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 51. | **Plybon, Barbara** | Plybon, Calvin R. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 52. | **Pritt, Mary** | Pritt, John (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 53. | **Quesenberry, Judy** | Quesenberry, Harry (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 54. | **Ratcliff, Allen E.** | Ratcliff, Donna (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 55. | **Rutherford, Carol** | Rutherford, Charles (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 56. | **Stewart, Deborah S.** | Stewart, Ronald G. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 57. | **Stumbo, Nancy** | Stumbo, Danny (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 58. | **Thornsbury, Mary Ann** | Thornsbury, Ed (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

|     | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 59. | **Vint, Donna** | Vint, Michael (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 60. | **Williams, Geraldine** | Williams, Donald R. (dismissed 10/16/08) | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 61. | **Johnson, Doyle** | Johnson, Sandra K. (dismissed 10/08/2008) | Mithoff Law Firm | Johnson, Doyle v. Merck & Co., Inc. | 2:05-cv-06591-EEF-DEK |
| 62. | **Beal, Janice** | Beal, George T. (dismissed 10/16/08) | Mithoff Law Firm | Beal, Janice v. Merck & Co., Inc. | 2:05-cv-06833-EEF-DEK |
| 63. | **Danek, Carl** | Danek, Constance C. (dismissed 9/25/2009) | Phillips & Associates | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK |
| 64. | **McQuery, Patrick** | Cardinal McQuery, Jean Dismissed 9/25/2009 | Phillips & Associates | Cardinal McQuery, Jean v. Merck & Co., Inc | 2:07-cv-00861-EEF-DEK |
| 65. | **Kaptain, Daniel** | Richland, Margo (dismissed 10/16/2008) | Phillips & Associates | Kaptain, Daniel v. Merck & Co., Inc | 2:07-cv-07503-EEF-DEK |
| 66. | **Rivera, Luis** | Rivera, Soccoro (dismissed 3/13/09) | Podlofsky Hill Orange & Modzelweski, LLP | Rivera, Soccoro v. Merck & Co., Inc. | 2:08-cv-00163-EEF-DEK |
| 67. | **Kinsman, Rekah** | Kinsman, Dan (dismissed 8/4/2009) | Pro Se | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 68. | **Kuehner, Edward; Kuehner, James** | Kuehner, Lillian (dismissed 8/4/2009) | Pro Se | Houston, Donna v. Merck & Co., Inc. | 2:05-cv-01458-EEF-DEK |
| 69. | **Pena Diaz, Iris** | Pena, Ana (dismissed 8/4/2009) | Pro Se | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| 70. | **Reed, Walterine; Reed, Micha Reed, Remel Reed, Lakeya** | Reed, Joseph (dismissed 8/4/2009) | Pro Se | Reed, Walterine v. Merck & Co., Inc. | 2:05-cv-06247-EEF-DEK |

|  | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 71. | **Allen, Delilah** | Allen, Richard W. Sr. (dismissed 6/11/09) | Pro Se | Allen, Richard W. Jr. v. Merck & Co., Inc. | 2:06-cv-01920 |
| 72. | **Rakes, Sharon Faye** | Rakes, Delbert (dismissed 6/11/09) | Pro Se | Rakes, Delbert v. Merck & Co., Inc. | 2:06-cv-00782-EEF-DEK |
| 73. | **Carver, Roger** | Carver, Gail F. (dismissed 10/16/08) | Reich and Binstock | Carver, Roger v. Merck & Co., Inc. | 2:05-cv-04981-EEF-DEK |
| 74. | **Babcock, Maria** | Babcock, Michael (dismissed 10/16/08) | Seeger Weiss LLP | Aus, Dorothy v. Merck & Co., Inc. | 2:06-cv-10167-EEF-DEK |
| 75. | **Trainum, Melissa** | Trainum, Chad (dismissed 10/16/08) | Seeger Weiss LLP | Martin, Beulah v. Merck * Co., Inc. | 2:06-cv-10170-EEF-DEK |
| 76. | **Baluch, Geraldine** | Dramis, Eleanor (dismissed 10/16/2008) | Smith, Michael, Attorney at Law | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK |
| 77. | **Smetana, Pamela** | Kongstvedt, Robert (dismissed 10/16/2008) | Smith, Michael, Attorney at Law | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK |
| 78. | **Ivey, William** | Ivey, Mary (dismissed 2/2/09) | The Barnes Firm, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 79. | **Martin, Mary Jo** | Martin, William J. (dismissed 2/2/09) | The Barnes Firm, P.C. | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| 80. | **Wittcop, Lewis J.** | Wittcop, Jean A. (dismissed 2/2/09) | The Barnes Firm, P.C. | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| 81. | **Ricks, Allen** | Ricks, Elizabeth (dismissed 2/17/09) | The Barnes Firm, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 82. | **Broussard, Monica; Broussard, Alex Michael** | Broussard, Bart (dismissed 8/16/08) | The Brown Law Firm | Brousard, Bart v. Merck | 05-cv-02158-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 7

1029719v.1

|  | **Derivative Plaintiffs** | **Primary Plaintiff** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 83. | **Lopez, Luciano Mendez** | Lopez-Caro, Gladys (dismissed 10/16/08) | The Lamb Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 84. | **Triana, Jasper; Triana, Robert** | Triana, Lucille (dismissed 3/13/09) | The Young Firm | Triana, Lucille v. Merck & Co., Inc. | 2:06-cv-00012-EEF-DEK |
| 85. | **Steen, Susan** | Barnett, Hilda R. (dismissed 10/16/08) | They Young Firm | Barnett, Hilda v. Merck & Co., Inc. | 2:05-cv-04282-EEF-DEK |
| 86. | **Lasalle Malave, Jose; Ayala Sansotta, Pedro P.; Ayala Sansotta, Martiza L.** | Sansotta Navarro, Herminia (dismissed 10/16/2008) | Weitz & Luxenberg, P.C. | Sansotta Navarro, Herminia v. Merck & Co., Inc. | 2:05-cv-06403-EEF-DEK |
| 87. | **Pagan-Falcon, Francisco Javier; Pagan-Falcon, Ivette; Pagan-Falcon, Jaime; Pagan-Falcon, Jose Rafael ; Pagan-Falcon, Raul; Pagan-Garcia, Francisco Confesor** | Falcon-Matos, Teresita (dismissed 10/16/08) | Weitz & Luxenberg, P.C. | Falcon-Matos, Teresita v. Merck & Co., Inc. | 2:05-cv-06413-EEF-DEK |
| 88. | **Rosa, Karen** | Keown, Addine L. (dismissed 10/16/2008) | Young Firm, The | Keown, Addine L. v. Merck & Co., Inc. | 2:06-06423-EEF-DEK |
| 89. | **Lahmann, Wilda; Lahmann, Alissa;** | Lahmann, Randall L. (dismissed 10/16/2008) | Young Firm, The | Lahmann, Wilda v. Merck & Co., Inc. | 2:06-cv-06432-EEF-DEK |