# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *See Attached Exhibit A* | * | **KNOWLES** |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT MERCK SHARP & DOHME'S
## MOTION AND INCORPORATED MEMORANDUM TO SUPPLEMENT ORDER
## OF DISMISSAL FOR FAILURE TO COMPLY WITH THE RESOLUTION PROGRAM
## ENROLLMENT REQUIREMENTS WITH DERIVATIVE PLAINTIFFS

1. This Court previously dismissed each of the plaintiffs listed on Exhibit A, on the date indicated, for failure to comply with the resolution program enrollment requirements.

2. Some of the Orders of Dismissal, however, did not separately identify the derivative plaintiffs associated with each of the plaintiff's respective cases. As a result, the Court's docket continues to show the derivative plaintiffs as pending.

3. Accordingly, defendant Merck, Sharp & Dohme ("Merck") hereby moves this Court to supplement its previous Orders of Dismissal as to each of these plaintiffs to reflect that the claims of the derivative plaintiffs listed on Exhibit A are likewise dismissed with prejudice.

3474691

2

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
     Phillip A. Wittmann, 13625
     Dorothy H. Wimberly, 18509
     STONE PIGMAN WALTHER
     WITTMANN L.L.C.
     546 Carondelet Street
     New Orleans, Louisiana 70130
     Phone: 504-581-3200
     Fax:    504-581-3361

     Defendants' Liaison Counsel

       —and—

     Douglas R. Marvin
     Eva Petko Esber
     M. Elaine Horn
     WILLIAMS & CONNOLLY LLP
     725 Twelfth Street, N.W.
     Washington, D.C. 20005
     Phone: 202-434-5000
     Fax:    202-434-5029

     Attorneys for Merck Sharp & Dohme Corp.

1029831v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of September, 2010.

                                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel