# Exhibit A

## Derivative Plaintiffs – Failure to Comply With Resolution Program Requirements

|    | VCN | Plaintiff Name & Date of Dismissal | Derivative Plaintiff(s) | Primary Counsel | Case Caption | Docket Number |
|----|-----|-----|-----|-----|-----|-----|
| 1. | 1082123 | Murray, Elizabeth (dismissed 4/17/09) | Murray, Joseph | Ainsworth, Price, P.C. | Murray, Joseph v. Merck & Co., Inc. | 2:05-cv-05431-EEF-DEK |
| 2. | 1024728 | Dunham, Elsie J. (dismissed 4/17/09) | Mosley, Todd | Myler, Brad & Associates | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 3. | 1011154 | Bell, Adella (dismissed 4/17/09) | Bell, Lloyd | Pro Se | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 4. | 1067249 | Golden, Deloris (dismissed 4/17/09) | Golden, Andrew | Pro Se | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 5. | 1056337 | Williams, Oscar (dismissed 4/17/09) | Williams, Nadine | Pro Se | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 6. | 1109218 | Lutz, Peggy D. (dismissed 4/17/09) | Jobe, Cynthia | Rotts & Gibbs, LLC | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 7. | 1061740 | Solomon Evelyn (dismissed 4/17/09) | Simon, Shirley | Schmidt, Douglas M., APLC | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 8. | 1093474 | Boyer, Alfred (dismissed 4/17/09) | Boyer, Julia | Wilner Block, P.A. | Boyer, Julia v. Merck & Co., Inc. | 2:07-cv-09752-EEF-DEK |
| 9. | 1078727 | Mueller, Eike (dismissed 4/17/09) | Mueller, Ling | Young Firm, The | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 10. | 1015285 | McDonald, Barbara (dismissed 4/17/09) | Campbell, Jamie; Smith, Pebbles; Hauk, Jacqueline; Brodell, Beverly; Ranch, Lora; McDonald, Kelley | Blizzard, McCarthy & Nabers LLP | Hauk, Jacqueline v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 11. | 1103151 | Walker, Billy (dismissed 4/17/09) | Walker, Kathleen | Ranier, Gayle & Elliot, L.L.C. | Walker, Kathleen v. Merck & Co., Inc. | 2:05-cv-04124-EEF-DEK |

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. | 1024279 | McDuffie, Edna (dismissed 4/17/09) | McDuffie, James | Sanders Viener Grossman, LLP | McDuffie, James v. Merck & Co., Inc. | 2:06-cv-07031-EEF-DEK |
| 13. | 1024461 | Murphy, Patricia (dismissed 4/17/09) | Murphy, Eileen | Sanders Viener Grossman, LLP | Murphy, Eileen v. Merck & Co., Inc. | 2:07-cv-05851-EEF-DEK |
| 14. | 1069953 | Buchholz, Diane (dismissed 4/30/09) | Matheny, Nick | Simon Passanante PC | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 15. | 1113747 | Keenan, Nancy (dismissed 4/30/09) | Sims, Eleanor | Stamps & Stamps | Sims, Eleanor v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 16. | 1091344 | Viswanathan, Tanjore (dismissed 4/30/09) | Viswanathan, Josepha | Hawkins, Terence, S. P.C. | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK |
| 17. | 1051039 | Orama-Rovira, Juan (dismissed 5/29/09) | Carrasquillo, Yeico Santiago; Carrasquillo, Joel Santiago | Lamb Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |