**Exhibit A**
**Supplemental Dismissals No. 2 – PTO 28**

|    | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|----|---|---|---|---|---|
| 1. | **Burr, Phenizie** | Burr, Virginia (dismissed 2/2/2009) | Beasly, Allen, Crow, Methvin, Portis & Miles P.C. | Burr, Virginia R v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| 2. | **Maas, Alexander ; MassAustin, Chris –** | Maas, Peter (dismissed 5/21/2009) | Bennett & Albright, P.A. | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 3. | **Dickerman, Gary** | Dickerman, Brenda (dismissed 6/11/09) | Cellino & Barnes, P.C. | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 4. | **Rickard, Curtis** | Rickard, Amanda (dismissed 6/11/09) | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 5. | **Martinez, Laura** | Martinez, Joseph (dismissed 5/21/2009) | Dougherty, Hildre & Haklar | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 6. | **Pereira, Yvette** | Torres, Olga (dismissed 5/21/2009) | Frank J. D'Amico, Jr., APLC | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 7. | **Grant, James; Grant, Carolene M.; Grant, Jr., Collins** | Grant, Collins E. (dismissed 5/21/2009) | Law Offices of Peter G. Angelos, P.C. | Grant, James M. v. Merck & Co., Inc. | 2:06-cv-00994-EEF-DEK |
| 8. | **Jividen, Joel** | Jividen, Jane (dismissed 5/21/09) | Masters Law Firm, LC | Allen, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 9. | **Fusilier, Emma ; Shello, Jr., Wilson J** | Bonnet, Naomi (dismissed 5/21/09) | Pro Se | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |

1029886v.1

| | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 10. | **Butz, Melissa** | Butz, Douglas (dismissed 03/13/2009) | Pro Se | Butz, Douglas v. Merck & Co., Inc. | 2:06-cv-05917-EEF-DEK |
| 11. | **Drabble, Harry** | Drabell, Carol (dismissed 03/13/2009) | Pro Se | Drabble, Carol v. Merck & Co., Inc. | 2:05-cv-06497-EEF-DEK |
| 12. | **Grant, James M.; Grant, Carolene M.; Grant, Jr., Collins E.** | Grant, Collins (dismissed 5/21/09) | Pro Se | Grant, James M. v. Merck & Co., Inc | 2:06-cv-00994-EEF-DEK |
| 13. | **Martinez, Patricia** | Williams, Cynthia A. (dismissed 03/13/2009) | Pro Se | Martinez, Patricia v. Merck & Co., Inc. | 2:07-cv-00864-EEF-DEK |
| 14. | **Montiegel, James** | Montiegel, Judy | Pro Se | Montiegel, Judy v. Merck & Co., Inc. | 2:05-cv-05240-EEF-DEK |
| 15. | **Stalter, Karl** | Stalter, Shirley (dismissed 03/13/2009) | Pro Se | Stalter, Shirley v. Merck & Co., Inc. | 2:05-cv-03536-EEF-DEK |
| 16. | **Smith, Charlotte ; McDade, Margie ; Bolding, Vanessa** | Calloway, Earl (dismissed 5/21/2009) | Provost Umphrey Law Firm; Williams Baily Law Firm; The Watts Law Firm; The Kaiser Firm LLP | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 17. | **Shello Jr., Wilson; Fusilier, Emma** Both | Naomi, Bonnet (dismissed 5/21/2009) | Robert L. Salim; Ronald Corken; Kenneth T. Fibich | Black, Bill v. Merck & Co., Inc | 2:05-cv-04452-EEF-DEK |
| 18. | **Curry, Lannie** | Curry, James (dismissed 2/2/2009) | The Barnes Firm, P.C. | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |

2

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

|  | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 19. | **Adams, William L.** | Adams, Mary Ellen (dismissed 1/11/2010) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 20. | **Cooper, Peter** | Cooper, Cassaundra (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 21. | **Garofolo, Frank** | Garofolo, Rachele (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 22. | **DiSalvo, Vince** | DiSalvo, Lorraine (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 23. | **Harris, Ramel** | Harris, Pamela (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 24. | **Repeta, Jason** | Repeta, Elizabeth (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 25. | **Salabia, Olysesan** | Salabia, Oluhola (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 26. | **Brooks, Cedric –** | Bivens-Brooks, Sharion (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 27. | **Brichacek, Richard –** | Brichacek, Debora (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 28. | **Frederick, Marvin** | Frederick, Nancy (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |

|     | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|-----|----------------------|----------------|-------------------|--------------|---------------|
| 29. | Lesher, James | Lesher, Patsy (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |
| 30. | Terhesh, George | Terhesh, Judith (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |
| 31. | Domanico, Alexander | Domanico, Emily (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 32. | Walters, Vincent | Walters, Mildred (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 33. | Pratt, Linwood | Pratt, Jessie (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 34. | Friedel, Laura – | Friedel, William (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 35. | Dzierwa, Sara | Dzierwa, Edward (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 36. | Grant, Francine | Grant, Johnny (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 37. | Green, Shatris | Green, Marcus (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

4

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

|     | **Derivative Plaintiffs** | **Plaintiff Name** | **Plaintiff Counsel** | **Case Caption** | **Docket Number** |
|-----|---------------------------|--------------------|-----------------------|-----------------|------------------|
| 38. | **Henderson, Tammala** | Henderson, Stanley (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 39. | **Miller, Wendy** | Miller, James (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 40. | **Moore, Darlene** | Moore, Ernest (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 41. | **Mosier, Joanne** | Mosier, Richard (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 42. | **Murphy, Rae** | Murphy, Robert (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 43. | **Pennington, Susan** | Pennington, Roger (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 44. | **Reif, Susan** | Reif, James (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 45. | **Roberts, Laura** | Roberts, Glen (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 46. | **Smith, Theresa** | Smith, William (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

| | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 47. | Vaudin, Darlene | Vaudrin, Jeffrey (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 48. | Walker, Yolanda | Walker, Frederick (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 49. | Battle, Fran | Battle, Wade (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 50. | Johnson, Jeannette | Johnson, Everett (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 51. | Leone, Eunice | Leone, Lewis (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 52. | Palabay, Meredith | Palabay, Celestino (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 53. | Hawkins, Barbara | Hawkins, Preston (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

| | **Derivative Plaintiffs** | **Plaintiff Name** | **Plaintiff Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 54. | **DiGiacoma, Bonnie** | DiGiacoma, John (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 55. | **Kobinski, Veronica** | Kobinski, Michael (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 56. | **Kobar, Annmarie** | Kobar, Gary (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 57. | **LaBrake, Julie** | LaBrake, Richard (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 58. | **Lazatin, Cynthia** | Lazatin, Jose (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 59. | **Ramjit, Meenachie –** | Ramjit, Persuram (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 60. | **Valdes, Thelma** | Valdes, Ariel (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

|  | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 61. | Griggs, Emmett | Griggs, Cassandra (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 62. | Kelley, Gerald | Kelley, Dianna (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 63. | Rodriguez, Wilberto – | Rodriguez, Mariam (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 64. | Tillapaugh, Frederick – | Tillapaugh, Kathleen (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 65. | Visconte, Michael | Visconte, Frances (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 66. | Davis, Julia | Davis, Willie (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Blodgett, Don. v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

|  | **Derivative Plaintiffs** | **Plaintiff Name** | **Plaintiff Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|---|
| 67. | **Reid, James** | Reid, Bonda (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 68. | **Knochenmus, Greg –** | Knochenmus, Alice (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 69. | **Lester, Willie** | Lester, Goldie (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK |
| 70. | **Brown, Peggy** | Millsaps, Rosella (dismissed 2/2/2009) | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 71. | **Butterfield, William** | Butterfield, Myrtle (dismissed 4/7/2010) | Trepanier & MacGillis, P.A. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 72. | **McMurray, Claudia** | McMurray, Scott (dismissed 10/16/2008) | Trepanier & MacGillis, P.A. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 73. | **Carter, Dawn G.** | Carter, James A (dismissed 10/16/2008) | Trepanier & MacGillis, P.A. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |

9

Exhibit A
PTO 28-Supplemental No. 2

1029886v.1

|  | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 74. | **D'Angelo, Mary** | Amiss, Louise (dismissed 4/7/2010) | Trepanier & MacGillis, P.A. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |