|  |  |
|---|---|
| GRANT and JOYCE McCUNE<br><br>Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL No. 1657<br><br>DOCKET NO. 05-2349<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, Grant and Joyce McCune, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  _____  _____
John R. Climaco                  Stephen G. Strauss               Phillip A. Wittmann
Climaco, Lefkowitz, Peca, Wilcox & Bryan Cave LLP                 Dorothy H. Wimberly
Garofoli Co., LPA                211 N. Broadway, Suite 3600      Stone Pigman Walther
55 Public Square, Suite 1950     St. Louis, MO 63102              Wittmann LLC
Cleveland, OH 44113              (314) 259-2000 Tel               546 Carondelet Street
216-621-8484                     (314) 259-2020 Fax               New Orleans, LA 70130
                                                                  (504) 581-3200 Tel
Dated: 2/27/08                                                    (504) 581-3361 Fax

                                 Attorneys for Merck & Co., Inc.

                                 Dated: 9-9-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.