**Exhibit A**

| PLAINTIFF | DISMISSED CASE | DATE OF DISMISSAL | BASIS OF DISMISSAL | ORDER OF DISMISSAL | DUPLICATE CASE REQUIRING DISMISSAL |
|---|---|---|---|---|---|
| Amendoeira, Antonio | 2:08-cv-04173 (Adelberg) | April 28, 2009 (appeal denied July 16, 2010) | PTO 29 | R.Doc. 18527 | 2:09-cv-03609 |
| Simmons, Stasia | 2:08-cv-04172 (Bilik) | April 28, 2009 (appeal denied July 16, 2010) | PTO 29 | R.Doc. 18527 | 2:09-cv-03614 |
| Artis, Dennis C. | 2:06-cv-03162 | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:05-cv-04457 (Acosta) |
| Irving, Doretha | 2:05-cv-04434 (Abrams) | October 30, 2009 | PTO 43 | R.Doc. 26346 | 2:05-cv-05204 (Abrams) |
| Martin, Hervie E. | 2:05-cv-03421 (Guess) | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:06-cv-10272 |
| Wince, Burse | 2:07-cv-07512 (Blanks) | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:08-cv-00241 |

1029970v.1