UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosaria, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Miguel Ortiz and Benjamin Ortiz,* | * | |
| *individually and on behalf of Lydia Ortiz* | * | |
| *Aponte, Elizabeth Ortiz Ortiz, Maria* | * | |
| *Ortiz, Luz C. Ortiz, and Wanda Ortiz* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |
| | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Miguel Ortiz and Benjamin Ortiz, individually and on behalf of Lydia Ortiz Aponte, incorrectly named in the complaint as Lydia Ortiz Aponnte, Elizabeth Ortiz Ortiz, Maria Ortiz, Luz C. Ortiz, and Wanda Ortiz in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE