Via Certified U.S. Mail and Fascimile

August 19, 2010

Eldon E. Fallon
United States District Judge
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA  70130

Re:  Vioxx Case Number VCN 1057715

To District Judge Eldon E. Fallon:

I am in receipt of your Order dated August 3rd, 2010.

I originally wrote to you regarding the handling of this case in April 2009, followed by several letters throughout the next few months.

You might recall that after having had our case transferred to Girardi & Keese by your Court without our express permission, Girardi & Keese repeatedly acted in bad faith and finally after more than two years of waiting to supposedly have Browngreer examine the medical records, tried to coerce us into signing Future Evidence Stipulations after informing us that our case had been found ineligible.

We then appealed to the Special Master at which time Girardi & Keese retracted and wrote to us that they no longer wished to represent us.

I then contacted Ms. Diane Bates at Browngreer LLC and the case moved forward.

When we received the first Notice of Points Award from Browngreer they had the incorrect number of months of Vioxx intake even though the Pharmacy records had been provided with the prices paid each time. These prices were indicative of 6 month supplies.

I then had to appeal again and obtain Pharmaceutical records in the short period of time that they had allowed for the information to be provided which I believe was a few days.

Your Honor, as you can clearly see we had, by this time been forced to go through two appeals.

You are very familiar with the numerous obstacles and difficulties that my mother and I have been made to endure in order to get our claim fairly settled.

How many appeals did a Claimant have to go through to get your Court and Browngreer to appropriately review and administer a claim?

Did Browngreer not get paid millions of dollars to perform such job? And why would it be so difficult to properly and justly examine a claim and award the correct number of points?

**Girardi & Keese ( a member of the NPC) acted in bad faith.**
**Their numerous correspondence to us substantiate and evidence their misconduct.**

**Browngreer failed to properly examine medical records and reduced our points award based on their own prejudiced judgment, for example choosing a Nurse's note that was based on her communication with a deaf patient over the attending Physicians' diagnosis, notes and an Adenosine Myoview Study and furthermore did not answer my questions at the time when I asked about the reason for the 55% point reduction.**

**Your Court has failed to properly supervise the administration of our claim.**

**Although your Court was assigned to oversee the Vioxx Settlement program, I believe your Court is subject to a higher jurisdiction.**

**I will attempt to contact said jurisdictions as it appears that this claim was improperly handled from the beginning.**

Sincerely,

*[signature]*
Vivian Ross


Cc:  Honorable Sarah S. Vance – Chief Judge
     Mr. Philip Strunk – Browngreer PLC