UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : MDL NO. 1657<br>:<br>: SECTION: L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE KNOWLES |

**This document relates to:** *Michael Heavrin, et al. v. Merck & Co., Inc.*, No. 05-00458 (only as to Janice Baum)

### ORDER

The Court is in receipt of the attached correspondence sent on behalf of Janice Baum in response to the Court's Order of July 8, 2010 granting Ms. Baum a final, sixty (60) day extension of time until September 1, 2010 in which to fully comply with this Court's Pre-Trial Orders. (Rec. Doc. 46620). IT IS ORDERED that the attached documents be filed into the record UNDER SEAL. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator, the pro se curator, and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 10th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
   Mr. Russ Herman
   Plaintiff's Liaison Counsel
   Herman, Herman Katz & Cotlar, LLP
   820 O'Keefe Ave.
   New Orleans, LA 70113

   Janice Baum
   5538 Quail Ridge Lane
   Fort Wayne, IN 46804

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130