Sept. 7th

Clerks Office
United States District Court
Eastern District of Louisiana
New Orleans, LA. 70130

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  SEP - 9 2010  wp
LORETTA G. WHYTE
CLERK

Change of Address

OLD Address: 2321 N Street apt. #1
Sacramento, CA. 95816

New Address: 308 Anderson Street
New Boston, TX. 75570

Thank you          05-1657 L(3)
Dorothy A. Giffin
MDL #1657
Case #10-873

TENDERED FOR FILING

SEP - 9 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee ___
___ Process ___
X   Dktd ___
X   CtRmDep ___
___ Doc. No. ___





Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA, 70130

Dorothy H. Griffin
308 Anderson Street
New Boston, TX, 75570