UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *   MDL No. 1657 |
| | * |
| HOMER JONES, | *   SECTION L |
| | * |
|                 Plaintiff, | *   JUDGE ELDON E. FALLON |
| | * |
|   versus | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| MERCK & CO., INC., | * |
| | * |
|                 Defendant. | * |
| | * |
| Case No. 2:06-cv-09803, | * |
| Court of Appeals No. 10-30209. | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DESIGNATION OF RECORD ON APPEAL

Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submits this Designation of Record on Appeal for the following cases:[1]

Case Nos: 2:06-cv-09803 (E.D. La.);
2:05-md-1657 (E.D. La.).

Merck requests that the following items be included in the record for this appeal:

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:06-cv- | 1 | Case transferred in from Eastern District of Oklahoma; Case |

---

[1] Mr. Homer Jones is presently incarcerated. Although Mr. Jones is the appealing party in this case, Merck does not believe Mr. Jones has attempted to contact it regarding the designation of the record in this case. This designation reflects Merck's effort to predict the issues Mr. Jones may raise in his appeal and is made without any prejudice intended to Mr. Jones's right to supplement the record to the extent he believes necessary.

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 09803 (E.D. La.) | | Number 06-374-FHS. Electronic file certified copy of transfer order and docket sheet received filed by Homer Jones. (Attachments: # 1 PTO #14, # 2 CMP - USDC, EDOK (Muskogee), # 3 DKT SHT - USDC, EDOK (Muskogee))(rll, ). (Entered: 11/24/2006) |
| 2:05-md-1657 (E.D. La.) | 9621 | MOTION to Appoint Counsel by Plaintiff. (Reference: 06-9803)(dmg, ) (Entered: 01/09/2007) |
| 2:05-md-1657 (E.D. La.) | 9843 | ORDER denying 9621 Motion to Appoint Counsel. Signed by Judge Eldon E. Fallon on 1/26/07. (Reference: 06-9803)(dmg, ) (Entered: 01/30/2007) |
| 2:05-md-1657 (E.D. La.) | 18308 | EXPARTE Supplemental MOTION for Order to Show Cause *Why Resolution Program Enrollment Requirements Have Not been Met* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Proposed Order)(Reference: See Exhibits)(Wimberly, Dorothy) Modified on 4/22/2009 (cms, ). (Entered: 04/21/2009) |
| 2:05-md-1657 (E.D. La.) | 18394 | ORDER TO SHOW CAUSE as to Plaintiffs in the cases listed in the attached Exhibits A, B, C, D, E & F; Show Cause Hearing set for 5/8/2009 09:00 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that plaintiffs on the attached Exhibits A, B, C, D, E & F have until 6:00 p.m. Eastern time, May 4, 2009 to provide non-deficient enrollment materials. IT IS FURTHER ORDERED that all plaintiffs and their counsel identified in the attached Exhibits A, B, C, D, E & F must appear in person in New Orleans at the show cause hearing. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 4/22/2009.(Reference: Exhibits A, B, C, D, E, & F)(cms, ) (Entered: 04/24/2009) |
| 2:05-md-1657 (E.D. La.) | 18759 | ORDERED that 18308 Motion for Order to Show Cause is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 2A. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit 2B be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED the claims of all claimants listed as tolling claimants on the attached Exhibit 2B be and they hereby are extinguished, and the Tolling Agreement is hereby voided as to those claimants. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 2C until May 29, 2009, immediately following the monthly status conference scheduled for 9:00 a.m. IT IS FURTHER ORDERED that the claims of all derivative plaintiffs on the attached Exhibit 2D be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED that as to all plaintiffs on |

1030294v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| | | the attached Exhibit 2E, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes. IT IS FURTHER ORDERED that Counsel for the plaintiff on the attached Exhibit 2F must provide a non-deficient Certification of Counsel as required by 6:00 p.m. Eastern time, May 26, 2009. Signed by Judge Eldon E. Fallon on 5/13/2009. (Reference: 2A, 2B, 2C, 2D, 2E, and 2F)(cms, ) (Entered: 05/18/2009) |
| 2:05-md-1657 (E.D. La.) | 18974 | ORDER re 18049 First MOTION for Order to Show Cause, 18051 Second MOTION for Order to Show Cause, 18052 Third MOTION for Order to Show Cause, 18053 Fourth MOTION for Order to Show Cause, 18054 Fifth MOTION for Order to Show Cause, 18058 Sixth MOTION for Order to Show Cause, 18307 Supplemental MOTION for Order to Show Cause, and 18308 Supplemental MOTION for Order to Show Cause - IT IS ORDERED that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 1. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit 2 be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED that as to the plaintiffs on the attached Exhibit 3, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs and tolling claimants on the attached Exhibit 4 until June 10, 2009 at 9:00 a.m.. Deadlines stated herein. Signed by Judge Eldon E. Fallon on 5/29/2009.(Reference: Exhibits 1, 2, 3, & 4)(cms, ) (Entered: 06/02/2009) |
| 2:05-md-1657 (E.D. La.) | 20399 | PRETRIAL ORDER #43 - Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program. Signed by Judge Eldon E. Fallon on 7/2/2009.(Reference: ALL CASES)(cms, ) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 8/18/2009: # 1 Exhibit A, # 2 Exhibit B) (cms, ). (Entered: 07/06/2009) |
| 2:05-md-1657 (E.D. La.) | 21398 | The Court is in receipt of the attached correspondence from Vioxx Plaintiff Homer Jones. IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to liaison counsel. Signed by Judge Eldon E. Fallon on 7/16/2009. (NEF Russ Herman, Vioxx Pro Se Curator; cc; Homer Jones) (Attachments: # 1 Letter)(Reference: 06-9803)(cms, ) (Entered: 07/28/2009) |

3

1030294v.1

| Case Number | Docket Number | Docket Text |
|---|---|---|
| 2:05-md-1657 (E.D. La.) | 26375 | ORDER - The Court is in receipt of the attached correspondence from Vioxx Plaintiff Homer Jones. IS ORDERED that the correspondence be entered into the record. Signed by Judge Eldon E. Fallon on 10/30/2009. (NEF: Russ Herman; cc: Homer Jones) (Attachments: # 1 Letter)(Reference: 06-9803)(cms, ) (Entered: 11/03/2009) |
| 2:05-md-1657 (E.D. La.) | 33914 | STIPULATION of Dismissal With Prejudice *of the claims of Homer Jones* by Defendant, Plaintiff (Attachments: # 1 Proposed Order)(Reference: 06-9803)(Strauss, Stephen) (Entered: 02/09/2010) |
| 2:05-md-1657 (E.D. La.) | 34219 | ORDER granting 33914 Stipulation of Dismissal with prejudice as to Homer Jones filed by Plaintiff, Defendant. Signed by Judge Eldon E. Fallon on 2/10/2010.(Reference: 06-9803)(cms, ) (Entered: 02/11/2010) |
| 2:05-md-1657 (E.D. La.) | 35120 | NOTICE OF APPEAL by Plaintiff Homer Jones as to 34219 Order. (Reference: 06-9803)(cms, ) (Entered: 02/23/2010) |
| 2:05-md-1657 (E.D. La.) | 37736 | MOTION to Withdraw From the Vioxx Group Panel by Plaintiff Homer Jones. (Attachments: # 1 Exhibit)(Reference: 06-9803)(cms, ) (Entered: 03/22/2010) |

WHEREFORE, PREMISES CONSIDERED, Merck respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1030294v.1

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1030294v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th of September, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel