UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation | *<br>*<br>* |
| This Document Relates to: | *　MDL No. 1657<br>*<br>*　SECTION L<br>*<br>*　JUDGE ELDON E. FALLON<br>* |
| JUNE AHL, ET AL. v. MERCK SHARP &<br>　DOHME CORP., (only as to plaintiff<br>　Dimitri Taylor-Beck) | *　MAGISTRATE JUDGE<br>*　KNOWLES<br>*<br>* |
| Case No. 05-00548. | *<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion and Incorporated Memorandum for Entry of Order Granting Leave to File Supplemental Memorandum and Exhibits Under Seal,

IT IS ORDERED that Defendant Merck Sharp & Dohme Corp. be and it hereby is granted leave to file its Supplemental Memorandum in Support of Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order No. 43 under seal.

NEW ORLEANS, LOUISIANA, this 10th day of September, 2010.

_____
DISTRICT JUDGE

1029444v.1