UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 SEP 13 PM 4:44

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION : | MDL Docket No. 1657<br><br>SECTION L |
| Jackie Jenkins v. Merck & Co., Inc. :<br>E.D. La. Docket No. 2:05-cv-04416 as to :<br>Claimant Rebecca Hart-Sherman ONLY : | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION TO DEPOSIT FUNDS INTO
## THE REGISTRY OF THE COURT

On September 3, 2010, the Court issued an Order [Rec. Doc. 50997] directing counsel for claimant, Rebecca Hart-Sherman, to deposit the disputed settlement award in the registry of the Court until further Order. Claimant Hart-Sherman was awarded $26,198.14 through the Settlement Program in this matter. Pursuant to the Settlement Program and Order issued by this Court, the Claims Administrator, BrownGreer, has withheld from the award the sums of $190.33 for Federal Medicare Liens, $2,095.85 in Common Benefit Fees and $261.98 in Common Benefit Costs. Undersigned counsel for claimant, Hart-Sherman, has received the balance of the award in the amount of $23,649.98. Counsel has not deducted any amount from this award, including any attorney fees or case expenses that may be due under the Attorney-Client Contract executed by the claimant, Hart-Sherman's representative, Ms. Pamela Hart.

Fee _____
Process _____
x/Dktd _____
✓ CtRmDep _____
Doc. No. _____

Counsel hereby respectfully requests this Court to accept the deposit of the settlement funds disputed herein in the amount of $23,649.98 into the registry of the Court pursuant to this Court's Order dated September 3, 2010.

Respectfully submitted,

Date:   September 13, 2010          By:  /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

COUNSEL FOR CLAIMANT,
REBECCA HART-SHERMAN

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of September, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com