UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *Jackie Jenkins v. Merck & Co., Inc.* | : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY | : | |

## O R D E R

Considering the Motion to Deposit Funds Into the Registry of the Court filed by claimant's, Rebecca Hart-Sherman's, counsel;

IT IS ORDERED BY THE COURT that the settlement funds disputed herein in the amount of $23,649.98 is to be deposited into the registry of the Court, until further Order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

Eldon E. Fallon
United States District Court Judge

Fee _____
Process _____
x Dktd _____
✓ CtRmDep _____
Doc. No. _____