# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br> **SECTION L** |
| **This document relates to:** | * <br> * | |
| *Gladys Amadis Rosaria, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Miguel Ortiz and Benjamin Ortiz,* <br> *individually and on behalf of Lydia Ortiz* <br> *Aponte, Elizabeth Ortiz Ortiz, Maria* <br> *Ortiz, Luz C. Ortiz, and Wanda Ortiz* | * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-06234* | * <br> * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Miguel Ortiz and Benjamin Ortiz, individually and on behalf of Lydia Ortiz Aponte, incorrectly named in the complaint as Lydia Ortiz Aponnte, Elizabeth Ortiz Ortiz, Maria Ortiz, Luz C. Ortiz, and Wanda Ortiz in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 14th day of September, 2010.

_____
DISTRICT JUDGE