UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® *<br>Product Liability Litigation * | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: * | * | |
| | * | |
| *Jose Acostas, et al.* * | * | JUDGE FALLON |
| *v.* * | * | |
| *Merck & Co., Inc., et al.* * | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: * | * | |
| Benjamin Collura, Jr. and Carolann * | * | |
| Collura * | * | |
| | * | |
| Docket No. 2:06-cv-02203 * | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Benjamin Collura, Jr. and Carolann Collura in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE