# EXHIBIT A

## Derivative Plaintiffs - PTO 31

|   | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1 | **Hall, Mary L** | Hall, Garnest (dismissed 4/9/09) | Pro Se | Hall, Mary L. v. Merck & Co., Inc. | 2:05-cv-03501-EEF-DEK |
| 2 | **Lerma, Jose; Saldivar, Roberto; Villarreal, Pedro; Villarreal, Jose Guadalupe** | Solis, Santa Anita Mares (dismissed 4/9/09) | Pro Se | Lejia, San Juanita Mares v. Merck & Co., Inc. | 2:07-cv-02109-EEF-DEK |
| 3 | **Davis, Wilma Jean** | Davis, Francis W (dismissed 3/4/10) | Zimmerman Reed LLP | Baudry, Allen v. Merck & Co., Inc. | 2:05-cv-04420-EEF-DEK |
| 4 | **Figueroa, Pedro Gomez** | Gomez, Maria (dismissed 3/4/10) | Quetglas Law Offices, Lamb Firm LLC, Wood Law Firm | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 5 | **Asher, Barbara** | Brummett, Kathleen (dismissed 9/25/09) | Donald G. Smith Law Offices, PLLC | Asher, Barbara v. Merck & Co., Inc | 2:05-cv-06516-EEF-DEK |
| 6 | **Janke, Sherry; Creel, Randy; Fagundef, Patricia** | Creel, Carlene (dismissed 9/25/09) | Vandermay Law Firm | Janke, Sherry v. Merck & Co., Inc. | 2:05-cv-01245-EEF-DEK |
| 7 | **Phalen, Terry; Phalen, Tracy** | Phalen, Kathleen (dismissed 9/24/09) | Provost Umphrey Law Firm; Williams Bailey Law Firm; The Watts Law Firm, LLP; Ranier, Gayle & Elliot, LLC. | Hitch, Tina R. v. Merck & Co., Inc. | 2:06-cv-01058-EEF-DEK |
| 8 | **Wilson, Beverly; Wilson Savanah; Hutchins, Dawn; Wilson, Hanna** | Wilson, Freddie G. (dismissed 9/25/09) | Pujol & Pryor | Wilson, Beverly v. Merck & Co., Inc. | 2:05-cv-06161-EEF-DEK |
| 9 | **Arnold, James B.; Arnold, Michael D.** | Arnold, Charles (dismissed 9/19/08) | Cave Law Firm | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK |
| 10 | **Meehan, Jana** | Bibbs, Carl A. (dismissed 9/19/08) | Bartley Goffstein, LLC and Carlson & Carlson, PC | Meehan, Jana v. Merck & Co., Inc. | 2:05 cv-06534-EEF-DEK |

1030579v.1

|    | Derivative Plaintiffs | Plaintiff Name | Plaintiff Counsel | Case Caption | Docket Number |
|----|---|---|---|---|---|
| 11 | **Broussard, Rachael; Broussard, Jason** | Broussard, Norma (dismissed 9/19/08) | The Parker Law Firm | Broussard, Norma v. Merck & Co., Inc. | 2:06-cv-01043-EEF-DEK |
| 12 | **Jacobs, Mistianne D.** | Byrd, Anne S. (dismissed 9/19/08) | Williams Bailey Law Firm, LLP | Byrd, Jerry W. Jr. v. Merck & Co., Inc. | 2:06-cv-10778-EEF-DEK |
| 13 | **Garcia, Marisol** | Garcia, Aurelio (dismissed 9/19/08) | Cruse, Scott, Henderson & Allen LLP | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 14 | **Williams, Shea Michael; Williams, Tearsa Marie** | Coleman, Lori Ann Viltz (dismissed 9/19/08) | Glenda M. August & Associates | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 15 | **Erickson, R. Dee** | Erickson, France (Fran) (dismissed 9/19/08) | Robinson & Sheen, LLC | Erickson, R. D. v. Merck & Co., Inc. | 2:05-cv-01166-EEF-DEK |
| 16 | **Harrell, Ruth** | Harrell, H Raymond (dismissed 9/19/08) | Law Offices of J. Ransdell Keene | Harrell, H.R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK |
| 17 | **Battaglia, Debbie;** | Battaglia, Gary J. (dismissed 9/24/09) | Pro Se | Rasco, Loma E. v. Merck & Co., Inc. | 2:05-cv-01152-EEF-DEK |
| 18 | **Dooley, Ronald** | Dooley, Julia D. (dismissed 9/24/09) | Pro Se | Dooley, Ronald v. Merck & Co., Inc. | 2:06-cv-11047-EEF-DEK |
| 19 | **Kilgore, Michael** | Kilgore, Delphia M. (dismissed 9/24/09) | Pro Se | Kilgore, Janice v. Merck & Co., Inc. | 2:05-cv-06821-EEF-DEK |
| 20 | **Burks, Ella; Burks, Oscar; Pierce, Nicole; Platt, Zandra; Ross, Christopher; Ross, Phillip** | Ross, Katherine (dismissed 9/24/09) | Pro Se | Burks, Ella v. Merck & Co., Inc. | 2:05-cv-02364-EEF-DEK |
| 21 | **Rogers, Sonja** | Rogers, Harry E. (dismissed 9/18/208) | Law Offices of J. Ransdell Keene | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-1020-EEF-DEK |
| 22 | **Lyons, Wendy** | Lyons, Michael (dismissed 9/19/08) | The Andry Law Firm, LLC | Doyle, Evie et al v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 23 | **Mauricio, Sara** | Mauricio, Jose (dismissed 9/19/08) | Elizabeth Burkhardt, Esq. | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |

1014235v.1
1030579v.1

|    | **Derivative Plaintiffs** | **Plaintiff Name** | **Plaintiff Counsel** | **Case Caption** | **Docket Number** |
|----|---------------------------|--------------------|------------------------|------------------|-------------------|
| 24 | **Meglio, Luca** | Meglio, Sylvia (dismissed 9/19/08) | Napoli, Bern Ripka, LLP | Meglio, Luca P., Individually and as Representative of the Estate of Sylvia Meglio, deceased v. Merck & Co., Inc. | 2:05-cv-04143-EEF-DEK |
| 25 | **Ellen Melancon** | Melancon, Bernadine Fontenot (dismissed 9/19/08) | Law Offices of William Melancon | Melancon, William Lee Sr. et al. v. Merck & Co., Inc. | 2:05-cv-06727-EEF-DEK |
| 26 | **Menard, Garnett; Menard, Scott; Menard, Mark; Menard, Stacey** | Menard, Norman (dismissed 9/19/08) | Law Offices of Roy Amedee; Cunard Law Firm | Campisi, Alura et al. v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK |
| 27 | **Miller, Billy** | Miller, Donna S. (dismissed 9/19/08) | The Masters Law Firm LC | Adkins, Johnny A. et al. v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 28 | **Perez, Teodoro** | Perez, Maria (dismissed 9/19/08) | Elizabeth Burkhardt, Esq. | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |
| 29 | **Pritt, Mary** | Pritt, John (dismissed 9/18/08) | The Masters Law Firm LC | Adkins, Johnny A. et al. v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 30 | **Kuhnke, Elaine** | Seegmiller, Robert (dismissed 9/19/08) | Hersh & Hersh | Kuhnke, Elaine v. Merck & Co., Inc. | 2:06-cv-05882-EEF-DEK |
| 31 | **Tellez, Rosa Elia; Tellez, Cipriano** | Tellez, Agustin (dismissed 9/18/08) | Elizabeth Burkhardt | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |
| 32 | **Trevino, Sofia** | Trevino, Enrique (dismissed 9/18/08) | Elizabeth Burkhardt | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |

1014235v.1
1030579v.1