UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
        Product Liability Litigation

MDL NO. 1657

Gene Weeks,

SECTION: L

        Plaintiff,

Case No. 2:05-cv-04578-EEF-DEK

v.

Judge Fallon

MERCK & CO., INC.,

Special Master Patrick A. Juneau

        Defendant.

_____/

### PLAINTIFF'S COUNSEL, MARIA TEJEDOR'S, MOTION TO STRIKE PLEADINGS OF RONALD BENJAMIN AND DENY MR. BENJAMIN'S REQUEST FOR ATTORNEY'S FEES AND COSTS

COMES NOW, Plaintiff's Counsel, Maria Tejedor and moves to strike the pleadings of Ronald Benjamin, and as good grounds would state as follows:

1.      On June 14, 2010, Patrick A. Juneau, Special Master appointed by the Honorable Judge Eldon Fallon provided an order of deadlines to be enforced by the Court pertaining to the above-referenced matter.

2.      As part of the order, all parties were ordered to appear for an in-person meeting to try to amicably resolve this dispute.   Therefore, pursuant to the Court's order, Plaintiff's counsel attempted to schedule the same.   Due to Mr. Benjamin being uncooperative, Plaintiff's scheduling efforts were unsuccessful and Special Master Juneau ordered that the in-person meeting was to be held on September 13, 2010, in New Orleans, Louisiana, at 10:00 a.m.

3.      As such, Plaintiff's counsel appeared in-person in New Orleans, Louisiana at 10:00 a.m. on September 13, 2010, as ordered for this Court.   Plaintiff's counsel arrived at 9:30 .am. and waited for Mr. Benjamin and he never arrived to the Court-ordered meeting.   Plaintiff's

counsel then got on a later flight and flew back to Orlando.  Plaintiff's counsel incurred the costs of travel, including airfare and Mr. Benjamin failed to show.  Mr. Benjamin willingly and knowingly ignored this Court's order.

WHEREFORE, Plaintiff's counsel, Maria Tejedor, respectfully requests that this Court strike all of Mr. Benajmin's pleadings and specifically strike his request for attorney's fees and costs in this matter for failure to obey the Court's order and participate in the litigation on this case.

### Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Ronald R. Benjamin, Esq., 26 Riverside Dr., PO BOX 607, Binghamton, NY 13902-0607 by United States Mail on this ____ day of September, 2010.

Maria D. Tejedor
Florida Bar No.: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P:  407-705-2880
F:  888-611-7879