UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:   VIOXX
         Product Liability Litigation

                                         MDL NO. 1657

Gene Weeks,                              SECTION:  L

                Plaintiff,              Case No. 2:05–cv–04578–EEF–
                                        DEK
v.
                                        Judge Fallon
MERCK & CO., INC.,
                                        Special Master Patrick A. Juneau
                Defendant.

_____
/

## PROPOSED ORDER ON PLAINTIFF'S COUNSEL, MARIA TEJEDOR'S, MOTION TO STRIKE PLEADINGS OF RONALD BENJAMIN AND DENY MR. BENJAMIN'S REQUEST FOR ATTORNEY'S FEES AND COSTS

THIS CAUSE having come before this Honorable Court on Plaintiff's counsel, Maria Tejedor's Motion to Strike Pleadings of Ronald Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs, and the Court after being fully advised of the premises therein:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.      Plaintiff's counsel Maria Tejedor's Motion to Strike Pleadings of Ronald Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs is hereby GRANTED.

2.      The pleadings of Mr. Ronald Benjamin are hereby stricken.

3.      The request by Mr. Ronald Benjamin for costs and fees in this matter is stricken.

DONE AND ORDERED in Chambers, in New Orleans, Louisiana, this _____ day of September, 2010.


_____
Honorable Eldon E. Fallon