UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| *Jackie Jenkins v. Merck & Co., Inc.* : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY : | |

### ORDER

Considering the Motion to Deposit Funds Into the Registry of the Court filed by claimant's, Rebecca Hart-Sherman's, counsel;

IT IS ORDERED BY THE COURT that the settlement funds disputed herein in the amount of $23,649.98 is to be deposited into the registry of the Court, until further Order of the Court.

New Orleans, Louisiana, this 16th day of September, 2010.

Eldon E. Fallon
United States District Court Judge

Fee _____
Process _____
x  Dktd _____
✓ CtRmDep _____
Doc. No. _____