UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* | * | |
| *Sara Matos Gomez, individually and as representative of Cruz Matos-Gomez, Felix Matos Villegas, Rafaela Matos Villegas, Feliciano Matos Villegas, Raul Matos Villegas, Eduardo Matos Villegas, Luis Matos Villegas, and Pedro Matos Villegas* | * * * * * * * | |
| *Docket No. 2:05-cv-06234* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sara Matos Gomez, individually and as representative of Cruz Matos-Gomez, Felix Matos Villegas, Rafaela Matos Villegas, Feliciano Matos Villegas, Raul Matos Villegas, Eduardo Matos Villegas, Luis Matos Villegas, and Pedro Matos Villegas in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE