IRMA LESHINSKI and              )        IN THE UNITED STATES
ROBERT LESHINSKI,               )        DISTRICT COURT FOR THE
                                )        EASTERN DISTRICT OF
                                )        LOUISIANA
                                )
          Plaintiffs,           )
                                )        CASE NO.: 2:05-cv-6548-EEF-DEK
v.                              )
                                )
MERCK & CO., INC.,              )        **STIPULATION OF DISMISSAL**
                                )        **WITH PREJUDICE AS TO**
          Defendant.            )        **ALL DEFENDANTS**
                                )

          Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiffs, **IRMA LESHINSKI** and **ROBERT W.**

**LESHINSKI**, against defendant Merck & Co., Inc. and all other named defendants be

dismissed in their entirety with prejudice, each party to bear its own costs.

Paul M. Perlstein, Esq.
P.O. Box 834
Doylestown, PA 18901-0834
Tel: 215-348-3700

Dated: __6/3/08__

Stephen G. Strauss            Phillip A. Wittmann
Bryan Cave LLP                Dorothy H. Wimberly
211 N. Broadway, Suite 3600   Stone Pigman Walther
St. Louis, MO 63102           Wittmann LLC
(314) 259-2000 Tel            546 Carondelet Street
(314) 259-2020 Fax            New Orleans, LA 70130
                              (504) 581-3200 Tel
                              (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __9-17-10__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th  day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.