AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Commonwealth of Pennsylvania | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   MDL No. 1657 |
| Merck Sharp & Dohme Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Pennsylvania

Date:   09/16/2010

*Attorney's signature*

Christopher M. Placitella, Esquire #5715 (NJ)
*Printed name and bar number*

Cohen, Placitella & Roth, P.C.
127 Maple Avenue
Red Bank, NJ  07701

*Address*

cplacitella@cprlaw.com
*E-mail address*

(732) 747-9003
*Telephone number*

(732) 747-9004
*FAX number*