UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Hattie Louise Cutts, et al. v. Merck & Co., Inc. | * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:05-cv-01573 | * * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Hattie Louise Cutts and Terry W. Cutts in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 17th day of September, 2010.

_____
DISTRICT JUDGE