AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Commonwealth of Pennsylvania | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No.   MDL No. 1657 |
| Merck Sharp & Dohme Corp. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Pennsylvania

Date:   09/16/2010

*Attorney's signature*

Michael Coren, Esquire #31037 (PA)
*Printed name and bar number*

Cohen, Placitella & Roth, P.C.
2001 Market Street, Suite 2900
Philadelphia, PA  19103

*Address*

mcoren@cprlaw.com
*E-mail address*

(215) 567-3500
*Telephone number*

(215) 567-6019
*FAX number*