UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

This document relates to:   *Dorothy Griffin*

### ORDER

The Court is in receipt of the attached correspondence from Dorothy Griffin.  IT IS ORDERED that the attached correspondence be filed into the record.

New Orleans, Louisiana, this 20th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Dorothy Griffin
308 Anderson Street
New Boston, TX 75570

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

___Fee_____
___Process_____
_x_Dktd_____
___CtRmDep_____
___Doc. No._____

1