




You are always in my Prayers.

To: Judge E. Fallon

...me!

From: Dorothy A. Griffin

Jehovah God Will take Care of you for Me!... "you he Will ... In Jesus Christ Holy Name; A-men.

