# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * | |
| Marie Nobles, et al. v. Merck & Co., Inc., et al. | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Only with regard to: Rosiland Shanklin | * | |
| Docket No. 2:06-cv-02102 | * | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rosiland Shanklin, incorrectly named Roselyn Shanklin, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of September, 2010.

_____
DISTRICT JUDGE