

## DIEZ ~ ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*
Roy L. Wolgamuth
Christopher J. Bilecki

505 North Mills Ave.
Orlando, FL 32803
T: (407) 705 2880
*Please reply to Orlando office*

*Board Certified Civil Trial Attorneys
www.theorlandolawyers.com
Toll Free (888) 888 3773

Corporate Center One
2202 N. West Shore Blvd.
Suite 200
Tampa, FL 33607
T: (813) 639 7590

August 2, 2010

**VIA FACSIMILE AND US MAIL**
Special Master Patrick Juneau
The Harding Center, Suite 202
1018 Harding Street
P.O. Drawer 51268
Lafayette, LA 70505-1268

RE: *Gene Weeks v. Merck & Co.*
*Case No. 2:05-cv-04578-EEF-DEK*

Dear Special Master Juneau:

Pursuant to your requirement for an in-person meeting in which to make a good faith effort to resolve this matter, we would like to provide an update. Please be advised that we have made numerous attempts to schedule this in person meeting with Mr. Benjamin, to no avail. We have provided multiple dates of our availability to meet in Louisiana, as we have not been able to agree on a location for the meeting otherwise. Additionally, we have also offered the idea of including a mediator for the in-person meeting for a neutral party to help resolve the matter, however this offer was denied by Mr. Benjamin. Please be advised that we wanted to update you as to the status of this matter and advise that despite our numerous attempts to schedule the required, in person meeting prior to September 13, 2010, we have been unable to do so due to Mr. Benjamin being non-responsive.

We are advising you of the matter to provide a status and otherwise request direction on how to proceed. Should you have any questions or require anything additional, please do not hesitate to contact me directly.  Thank you for your attention with this matter.

Respectfully submitted,

Marla D. Tejedor

MDT/jb
Enclosure
cc:    Ronald Benjamin, Esq. (via Facsimile only)
        Gene Weeks (via US Mail only)