# LAW OFFICE OF RONALD R. BENJAMIN
## ATTORNEYS AT LAW

Ronald R. Benjamin*
Marya C. Young*

126 Riverside Drive
P.O. Box 607
Binghamton, NY 13902

*Also Admitted in the District of Columbia

Phone: (607) 772-1442  Fax (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

September 3, 2010

*By Facsimile and Certified Mail*
(337) 269-0061
Special Master Patrick A. Juneau
MDL 1657
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268

Re:   Gene Weeks v. Merck & Co.,
      Case No.: 2:05-cv-04578

Dear Special Master Juneau:

Please let this letter serve as a request to adjourn if not dispense with the mandatory meeting currently scheduled for September 13, 2010, at least until the summary judgment motion which is pending has been decided.

In your September 2, 2010 letter you make reference to difficulties in scheduling the mandatory in-person meeting. I have been unable to get through to Ms. Tejedor by telephone so it is difficult to discern the purpose of the mandatory meeting since it is obvious she has no intent to discuss settlement but is simply going through the motions for reasons known only to her.

I have no qualms about discussing settlement or to having any meaningful attempt to settle the matter, but under the current circumstances the mandatory in-person meeting is purely punitive.

In view of the same I respectfully request that the matter be adjourned until after the summary judgment motion is decided, with leave to move to dispense with the requirement or develop a mechanism that would make any settlement discussions meaningful rather than a waste of time and expense.

Thank you for your reconsideration regarding the above.

Very truly yours,

Ronald R. Benjamin

RRB/dw

cc:    Maria D. Tejedor, Esq.
       Diez-Arguelles & Tejedor
       505 North Mills Avenue
       Orlando, FL 32803
       *By Facsimile (888)-611-7879 and*
       *Regular Mail*