## LAW OFFICE OF RONALD R. BENJAMIN
### ATTORNEYS AT LAW

Ronald R. Benjamin*  
Marya C. Young*

126 Riverside Drive  
P.O. Box 607  
Binghamton, NY 13902

*Also Admitted in the District of Columbia*

Phone: (607) 772-1442  
Fax (607) 772-1678

Email: ronbenjaminlaw@stny.rr.com

September 10, 2010

**By Facsimile - 888-611-7879**  
Diez-Arguelles & Tejedor  
505 North Mills Avenue  
Orlando, FL 32803

Re:   In Person Meeting

Dear Ms. Tejedor:

As you must be aware, I will not be attending the "In Person" meeting scheduled for Monday, September 13, 2010 at 10 am.

The purpose of this fax is to avoid any unnecessary expense and travel time on your part.

Very truly yours,

Ronald R. Benjamin

RRB/mc

```
***********************
***   TX REPORT    ***
***********************
```

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4572 |
| RECIPIENT ADDRESS | 18886117879p00999 |
| DESTINATION ID | |
| ST. TIME | 09/10 10:07 |
| TIME USE | 01'19 |
| PAGES SENT | 2 |
| RESULT | OK |

# *FAX COVER SHEET*

# *LAW OFFICES OF RONALD R. BENJAMIN*

If there is a problem with transmission or if all pages are not received, please call (607) 772-1442 for retransmission.

**TO:** Maria Tejedor, Esq.                    **FAX #:** 888-611-7879

**COMPANY:** Diez-Arguelles & Tejedor

**FROM:** Megan Clark                          **DATE:** 9/10/10

**RE:** In Person Meeting

Number of pages including this cover page: 2

---

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us by mail without making a copy. Thank you.