UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

In Re:  VIOXX
      Products Liability Litigation

THIS DOCUMENT RELATES TO :

Gene Weeks v. Merck & Co., Inc.,
Case No.: 05-cv-4578

Attorney Fee Lien Dispute of
Maria D. Tejedor v. Gene Weeks

MDL Docket No.: 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

Special Master Patrick A. Juneau

---

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Opposition of Plaintiff's Counsel Ronald R. Benjamin to the Motion of Plaintiff's Former Counsel Maria Tejedor to Strike Pleadings of Ronald R. Benjamin and Deny Mr. Benjamin's Request for Attorney's Fees and Costs, with Exhibits A-G, have been served on Liaison Counsel, Phillip Wittmann, Esq., by ECF and upon Maria Tejedor, Esq., by U.S. Mail, and upon Special Master Patrick A. Juneau by Certified Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Dated: September 22, 2010
      Binghamton, New York

_____
MARYA C. YOUNG