UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> *Margaret Bucher, et al.* <br> *v.* <br> *Merck & Co., Inc.* <br><br> *Only with regard to:* <br> *Margaret Bucher* <br><br> *Docket No. 2:06-cv-05985* | * * * * * * * * * * * * * * * | MDL Docket No. 1657 <br><br> SECTION L <br><br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Margaret Bucher in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of September, 2010.

_____
DISTRICT JUDGE