UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Sara Matos Gomez, individually and as* | * | |
| *representative of Cruz Matos-Gomez,* | * | |
| *Felix Matos Villegas, Rafaela Matos* | * | |
| *Villegas, Feliciano Matos Villegas, Raul* | * | |
| *Matos Villegas, Eduardo Matos Villegas,* | * | |
| *Luis Matos Villegas, and Pedro Matos* | * | |
| *Villegas* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sara Matos Gomez, individually and as representative of Cruz Matos-Gomez, Felix Matos Villegas, Rafaela Matos Villegas, Feliciano Matos Villegas, Raul Matos Villegas, Eduardo Matos Villegas, Luis Matos Villegas, and Pedro Matos Villegas in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of September, 2010.

_Eldon E. Fallon_
DISTRICT JUDGE