IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | JURY TRIAL DEMANDED PURCHASE CLAIMS MASTER CLASS |

## ORDER

Considering the foregoing unopposed motion,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s Motion For Leave To File Its Reply In Support Of Its Motion For Judgment On The Pleadings Or To Strike Class Allegations In Purchase Claims Master Complaint In Excess Of Page Limits is hereby **GRANTED**, and Merck is allowed a total of twenty-three (23) pages for its reply brief.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1031599v.1