# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *LaDonna King v. Merck & Co., Inc.,* | * | KNOWLES |
| *2:06-cv-10270-EEF-DEK* | * | |
| | * | |

**********************************************************************

## ORDER

By Order entered August 9, 2010 (R.Doc.48815), this Court granted Defendant Merck & Co., Inc.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute (R.Doc. 45728) and dismissed with prejudice the claims of plaintiff LaDonna King. At a hearing on August 18, 2010, the parties advised the Court that this dismissal was entered in error in as much as the parties had agreed to defer the motion until a later date. Based upon the foregoing, the parties requested that the Court vacate the dismissal and reinstate the case to the docket of this Court. The Court agrees that the dismissal should be vacated and, for the reasons orally assigned, hereby enters judgment as follows:

**IT IS ORDERED** that the Order of Dismissal, R.Doc.48815, be and it hereby is vacated and is ordered restored to the docket of this Court.

**NEW ORLEANS, LOUISIANA**, this 22nd day of September, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1026232v.2