UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Dorothy A. Griffin v. Merck & Co., Inc., No. 10-00873* | * | KNOWLES |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Sixth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 47334) came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that all claims of plaintiff Dorothy Griffin be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**NEW ORLEANS, LOUISIANA**, this 23rd day of September, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE