# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Michael Heavrin, et al. v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-00458 (only as to plaintiff Janice Baum); | * | |
| | * | |
| | * | |

*******************************************************************************

## ORDER

The Court conducted a conference on July 1, 2010 to discuss the pending Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 43 (R.Docs. 22492 and 24995). Leonard Davis (for the Plaintiffs' Liaison Counsel), Dorothy Wimberly (for Defendants' Liaison Counsel), and Robert Johnston (*Pro Se* Curator) participated in person and plaintiff Janice Baum participated via telephone. During the conference, the Court explained to Ms. Baum the requirements of Pre-Trial Order 43, what must be submitted in order to avoid dismissal of her case, and the deadline for submission of these materials. At the conclusion of the conference, the Court granted plaintiff Janice Baum a final, sixty (60) day extension of time until September 1, 2010 in which to fully comply with the requirements of Pre-Trial Order 43. Merck advises that Ms. Baum has timely complied. Accordingly, the Court enters judgment as follows:

**IT IS ORDERED** that Merck's Motions to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 43 (R.Docs. 22492 and 24995) be and they hereby are withdrawn as moot as to plaintiff Janice Baum.

**NEW ORLEANS, LOUISIANA**, this  23rd  day of  September ,
2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE