UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *James D. Schneller v. Merck & Co., Inc.,* | * | KNOWLES |
| No. 05-05382 | * | |
| | * | |
| | * | |

******************************************************************************

## ORDER

The Court conducted a conference on July 1, 2010 to discuss the pending Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 28 (R.Doc. 21961). Leonard Davis (for the Plaintiffs' Liaison Counsel), Dorothy Wimberly (for Defendants' Liaison Counsel), and Robert Johnston (*Pro Se* Curator) participated in person and plaintiff James Schneller participated via telephone. During the conference, the Court explained to Mr. Schneller the requirements of Pre-Trial Order 28, what must be submitted in order to avoid dismissal of his case, and the deadline for submission of these materials. At the conclusion of the conference, the Court entered an Order granting Mr. Schneller a final, sixty (60) day extension of time until September 1, 2010 in which to fully comply with the requirements of Pre-Trial Order 28.

Mr. Schneller failed to comply with the requirements of Pre-Trial Order No. 28 within the allotted time. Instead, on September 1, 2010, he wrote to the Court and counsel recognizing his failure to comply and requesting that any order of dismissal be without prejudice. Mr. Schneller's cases has been pending since 2005. He has had more than enough time to

develop his case and to comply with Pre-Trial Order No. 28.  Accordingly, the Court declines Mr. Schneller's request and hereby enters judgment as follows:

        **IT IS ORDERED** that Motion to Dismiss With Prejudice for Failure to Comply With Pre-Trial Order 28 (R.Doc. 21961) is granted and that all claims of plaintiff James Schneller be and they hereby are dismissed with prejudice.

        **NEW ORLEANS, LOUISIANA**, this  23rd  day of ____September____, 2010.

        _____
        ELDON E. FALLON
        UNITED STATES DISTRICT JUDGE