UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |

*************************************************************************

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 29 Regarding Derivative Plaintiffs (R.Doc. 51159), came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that derivative plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 29.

**NEW ORLEANS, LOUISIANA,** this 23rd day of September, 2010.

_____
DISTRICT JUDGE

EXHIBIT A

Derivative Plaintiffs - PTO 29

|  | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1. | Rockell, Maureen A | Cellino & Barnes | Rockell, David v. Merck & Co., Inc. | 2:08-cv-00136-EEF-DEK |
| 2. | Barnes, Donna Lee; Bowers, Allen Paul; Bowers, Robert Gail; Bowers, Susan Lee; Gremillion, Tammy Lee | Ballay, Braud & Colon, PLC | Bowers, Sylvia Watson v. Merck & Co., Inc. | 2:08-cv-00346-EEF-DEK |
| 3. | Barnes, James C. | Trepanier & MacGillis P.A. | Barnes, Anna L v. Merck & Co., Inc. | 2:08-cv-00137-EEF-DEK |
| 4. | Brown, Marianne | Trepanier & MacGillis P.A. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 5. | Johnson, Greville | Trepanier & MacGillis P.A. | Adams, Mary E v. Merck & Co., Inc. | 2:06-cv-02200EEF-DEK |
| 6. | Godfrey, Deborah | Weitz & Luxenberg, PC | Parks El, Reginald v. Merck & Co., Inc. | 2:07-cv-09804-EEF-DEK |
| 7. | Alimena, Maryann | Mayfield & Ogle, P.A. | Alimena, Louis v. Merck & Co., Inc. | 2:08-cv-05212-EEF-DEK |
| 8. | Peirce, Robert | Pearson, Randall and Schumacher, P.A. | Peirce, Val v. Merck & Co., Inc. | 2:08-cv-04149-EEF-DEK |

1

1031397v.1