UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s Motion to Dismiss Certain Cases With Prejudice on the Grounds of *Res Judicata* (R.Doc. 51546), came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court enters judgment as follows:

**IT IS ORDERED** that the duplicate cases of plaintiffs appearing on the attached Exhibit A, namely Civil Action Nos. 2:09-cv-03609 (plaintiff Antonio Amendoeira), 2:09-cv-03614 (plaintiff Stasia Simmons), 2:05-cv-04457 (plaintiff Dennis C. Artis), 2:05-cv-05204 (plaintiff Doretha Irving), 2:06-cv-10272 (plaintiff Hervie E. Martin), and 2:08-cv-00241 (plaintiff Burse Wince), be and they hereby are dismissed with prejudice on the grounds of *res judicata*.

**NEW ORLEANS, LOUISIANA,** this 23rd day of September, 2010.

_____
DISTRICT JUDGE

**Exhibit A**

| PLAINTIFF | DISMISSED CASE | DATE OF DISMISSAL | BASIS OF DISMISSAL | ORDER OF DISMISSAL | DUPLICATE CASE REQUIRING DISMISSAL |
|---|---|---|---|---|---|
| Amendoeira, Antonio | 2:08-cv-04173 (Adelberg) | April 28, 2009 (appeal denied July 16, 2010) | PTO 29 | R.Doc. 18527 | 2:09-cv-03609 |
| Simmons, Stasia | 2:08-cv-04172 (Bilik) | April 28, 2009 (appeal denied July 16, 2010) | PTO 29 | R.Doc. 18527 | 2:09-cv-03614 |
| Artis, Dennis C. | 2:06-cv-03162 | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:05-cv-04457 (Acosta) |
| Irving, Doretha | 2:05-cv-04434 (Abrams) | October 30, 2009 | PTO 43 | R.Doc. 26346 | 2:05-cv-05204 (Abrams) |
| Martin, Hervie E. | 2:05-cv-03421 (Guess) | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:06-cv-10272 |
| Wince, Burse | 2:07-cv-07512 (Blanks) | September 24, 2009 | PTO 43 | R.Doc. 24224 | 2:08-cv-00241 |

1031382v.1