UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s First Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 28 Regarding Derivative Plaintiffs (R.Doc. 51230), came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that derivative plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 28.

**NEW ORLEANS, LOUISIANA,** this 23rd day of September, 2010.

_____
DISTRICT JUDGE

JS10(00:15)

**Exhibit A**
**Supplemental Dismissals No. 1 – PTO 28**

|  | Derivative Plaintiffs | Plaintiffs' Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1. | Trimble, Robert | Barrett Law Office | Thompson, Mary v. Merck & Co., Inc | 2:06-cv-00433-EEF-DEK |
| 2. | McDaniels, Violet | Cellino & Barnes PC | Blodgett, Don v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |
| 3. | Scherf, Deborah | Cellino & Barnes PC | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 4. | Albright, Raymond E. | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 5. | Steerman, Clinton | Cellino & Barnes, P.C. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK |
| 6. | Blankenship, Debbie | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 7. | Burkey, Tina M. | Cellino & Barnes, P.C. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 8. | Brown, Marianne | Cellino & Barnes, P.C. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 9. | Melton, Daniel | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 10. | Negron, Juan | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 11. | Webb, Michael L. | Cellino & Barnes, P.C. | Banks, Mary v. Merck & Co., Inc. | 2:06-02214-EEF-DEK |
| 12. | Johnson, Greville | Cellino & Barnes, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |

1031387v.1

|  | **Derivative Plaintiffs** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 13. | **Kwiek, Harry E** | Cellino & Barnes, PC | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 14. | **Alcantara, Martin** | Douglas & London PC | Kahan, Samuel v. Merck & Co., Inc. | 2:07-cv-03632-EEF-DEK |
| 15. | **Patterson, Melvin Wade** | Douglas & London PC | Patterson, Phyllis v. Merck & Co., Inc. | 2:07-cv-01399-EEF-DEK |
| 16. | **Degraw, Patricia** | Doulgas & London, PC | Degraw, William v. Merck & Co., Inc. | 2:08:cv-00308-EEF-DEK |
| 17. | **Mott, Mable** | Doulgas & London, PC | Mott, Donald v. Merck & Co., Inc. | 2:07:cv-01398-EEF-DEK |
| 18. | **Thompson, Larry** | Doulgas & London, PC | Mott, Donald v. Merck & Co., Inc. | 2:07:cv-01398-EEF-DEK |
| 19. | **Gallegos, Margarita; Salinas, Diana R.; Gallegos Reyes, David; Gallegos, Dagoberto; Gallegos, Alan D.; Gallegos, Dario** | Gallagher Law Firm (TX) | Gallagos, Margarita v. Merck & Co., Inc. | 2:06-cv-03193-EEF-DEK |
| 20. | **Hablitzel, Anne R.** | Kelley & Ferraro, LLP | Hablitzel, Kenneth v. Merck & Co., Inc. | 2:06-cv-10203-EEF-DEK |
| 21. | **Washington, Janie** | Kelly & Ferraro, LLP | Washington, Henry v. Merck & Co., Inc. | 2:05-cv-03572-EEF-DEK |
| 22. | **Echevarria, Noel; Echevarria, Tilahia** | Lamb Firm, LLC, The | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 23. | **Nobile, Matthew** | Law Office of Ronald R Benjamin | Nobile, Lucretia v. Merck & Co., Inc. | 2:09-cv-03611-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 2

1031387v.1

|     | **Derivative Plaintiffs** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|-----|---------------------------|--------------------------|------------------|-------------------|
| 24. | **Singer, Bruce** | Law Office of Ronald R Benjamin | Singer, Cheryl v. Merck & Co., Inc. | 2:09-cv-03613-EEF-DEK |
| 25. | **Oakley, Jennifer** | Lieff Cabraser, Heimann & Bernstein, LLP | Oakley, Jennifer v. Merck & Co., Inc. | 2:05-cv-05912-EEF-DEK |
| 26. | **Frontauria, Barbara** | Lieff, Cabraser, Heimann & Bernstein, LLP | Frontauria, Eugene v. Merck & Co., Inc. | 2:05-cv-05679-EEF-DEK |
| 27. | **Holbrook, Sue** | Lieff, Cabraser, Heimann & Bernstein, LLP | Holbrook, Elmer v. Merck & Co., Inc. | 2:05-cv-05756-EEF-DEK |
| 28. | **Adkins, Patricia** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 29. | **Akers, Patricia** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 30. | **Baldwin, Patsy** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 31. | **Ballard, Michael J.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 32. | **Barker, Pamela L.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 33. | **Canada, Patricia** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 34. | **Chandler, Judith** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 3

|  | **Derivative Plaintiffs** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 35. | **Conn, Hazel** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 36. | **Donnellan, James** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 37. | **Farley, Lawrence E.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 38. | **Gollihue, Maude S.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 39. | **Harless, Connie Sue** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 40. | **Jones, Jerry L.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 41. | **Jones, David T. Sr.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 42. | **Keyser, Moses G.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 43. | **Kinser, Linda J.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 44. | **Kirk, William E.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 45. | **Marcum, Danny G.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 46. | **McBride, William E.** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 4

1031387v.1

|  | Derivative Plaintiffs | Plaintiffs' Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 47. | Miller, Kathy S. | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 48. | Monk, Sally Jo | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 49. | Mynes, Sharon | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 50. | Pauley, Betty L. | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 51. | Plybon, Barbara | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 52. | Pritt, Mary | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 53. | Quesenberry, Judy | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 54. | Ratcliff, Allen E. | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 55. | Rutherford, Carol | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 56. | Stewart, Deborah S. | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 57. | Stumbo, Nancy | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 58. | Thornsbury, Mary Ann | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 5

1031387v.1

|  | **Derivative Plaintiffs** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 59. | **Vint, Donna** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 60. | **Williams, Geraldine** | Masters Law Firm, LC | Adkins, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 61. | **Johnson, Doyle** | Mithoff Law Firm | Johnson, Doyle v. Merck & Co., Inc. | 2:05-cv-06591-EEF-DEK |
| 62. | **Beal, Janice** | Mithoff Law Firm | Beal, Janice v. Merck & Co., Inc. | 2:05-cv-06833-EEF-DEK |
| 63. | **Danek, Carl** | Phillips & Associates | Danek, Carl v. Merck & Co., Inc. | 2:07-cv-00819-EEF-DEK |
| 64. | **McQuery, Patrick** | Phillips & Associates | Cardinal McQuery, Jean v. Merck & Co., Inc | 2:07-cv-00861-EEF-DEK |
| 65. | **Kaptain, Daniel** | Phillips & Associates | Kaptain, Daniel v. Merck & Co., Inc | 2:07-cv-07503-EEF-DEK |
| 66. | **Rivera, Luis** | Podlofsky Hill Orange & Modzelweski, LLP | Rivera, Soccoro v. Merck & Co., Inc. | 2:08-cv-00163-EEF-DEK |
| 67. | **Kinsman, Rekah** | Pro Se | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 68. | **Kuehner, Edward; Kuehner, James** | Pro Se | Houston, Donna v. Merck & Co., Inc. | 2:05-cv-01458-EEF-DEK |
| 69. | **Pena Diaz, Iris** | Pro Se | Ebong, Basil v. Merck & Co., Inc. | 2:06-cv-01508-EEF-DEK |
| 70. | **Reed, Walterine; Reed, Micha Reed, Remel Reed, Lakeya** | Pro Se | Reed, Walterine v. Merck & Co., Inc. | 2:05-cv-06247-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 6

1031387v.1

|  | **Derivative Plaintiffs** | **Plaintiffs' Counsel** | **Case Caption** | **Docket Number** |
|---|---|---|---|---|
| 71. | **Allen, Delilah** | Pro Se | Allen, Richard W. Jr. v. Merck & Co., Inc. | 2:06-cv-01920 |
| 72. | **Rakes, Sharon Faye** | Pro Se | Rakes, Delbert v. Merck & Co., Inc. | 2:06-cv-00782-EEF-DEK |
| 73. | **Carver, Roger** | Reich and Binstock | Carver, Roger v. Merck & Co., Inc. | 2:05-cv-04981-EEF-DEK |
| 74. | **Babcock, Maria** | Seeger Weiss LLP | Aus, Dorothy v. Merck & Co., Inc. | 2:06-cv-10167-EEF-DEK |
| 75. | **Trainum, Melissa** | Seeger Weiss LLP | Martin, Beulah v. Merck * Co., Inc. | 2:06-cv-10170-EEF-DEK |
| 76. | **Baluch, Geraldine** | Smith, Michael, Attorney at Law | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK |
| 77. | **Smetana, Pamela** | Smith, Michael, Attorney at Law | Davenport, Laura v. Merck & Co., Inc. | 2:06-cv-00096-EEF-DEK |
| 78. | **Ivey, William** | The Barnes Firm, P.C. | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 79. | **Martin, Mary Jo** | The Barnes Firm, P.C. | Astrella, Michael v. Merck & Co., Inc. | 2:06-cv-01173-EEF-DEK |
| 80. | **Wittcop, Lewis J.** | The Barnes Firm, P.C. | Chase, Marilyn J. v. Merck & Co., Inc. | 2:06-cv-01177-EEF-DEK |
| 81. | **Ricks, Allen** | The Barnes Firm, P.C. | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 82. | **Broussard, Monica; Broussard, Alex Michael** | The Brown Law Firm | Brousard, Bart v. Merck | 05-cv-02158-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 1
Page 7

1031387v.1

| | Derivative Plaintiffs | Plaintiffs' Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 83. | Lopez, Luciano Mendez | The Lamb Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 84. | Triana, Jasper; Triana, Robert | The Young Firm | Triana, Lucille v. Merck & Co., Inc. | 2:06-cv-00012-EEF-DEK |
| 85. | Steen, Susan | They Young Firm | Barnett, Hilda v. Merck & Co., Inc. | 2:05-cv-04282-EEF-DEK |
| 86. | Lasalle Malave, Jose; Ayala Sansotta, Pedro P.; Ayala Sansotta, Martiza L. | Weitz & Luxenberg, P.C. | Sansotta Navarro, Herminia v. Merck & Co., Inc. | 2:05-cv-06403-EEF-DEK |
| 87. | Pagan-Falcon, Francisco Javier; Pagan-Falcon, Ivette; Pagan-Falcon, Jaime; Pagan-Falcon, Jose Rafael ; Pagan-Falcon, Raul; Pagan-Garcia, Francisco Confesor | Weitz & Luxenberg, P.C. | Falcon-Matos, Teresita v. Merck & Co., Inc. | 2:05-cv-06413-EEF-DEK |
| 88. | Rosa, Karen | Young Firm, The | Keown, Addine L. v. Merck & Co., Inc. | 2:06-06423-EEF-DEK |
| 89. | Lahmann, Wilda; Lahmann, Alissa; | Young Firm, The | Lahmann, Wilda v. Merck & Co., Inc. | 2:06-cv-06432-EEF-DEK |