# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |

*************************************************************************

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s First Motion to Supplement Orders of Dismissal for Failure to Comply With Resolution Program's Enrollment Requirements With Derivative Plaintiffs (R.Doc. 51313), came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all derivative plaintiffs listed on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the resolution program enrollment requirements.

**NEW ORLEANS, LOUISIANA,** this 23rd day of September, 2010.

_____
United States District Judge

# Exhibit A

**Derivative Plaintiffs – Failure to Comply With Resolution Program Requirements**

|  | VCN | Derivative Plaintiff(s) | Primary Counsel | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | 1082123 | Murray, Joseph | Ainsworth, Price, P.C. | Murray, Joseph v. Merck & Co., Inc. | 2:05-cv-05431-EEF-DEK |
| 2. | 1024728 | Mosley, Todd | Myler, Brad & Associates | Evans, Josephine, v. Merck & Co., Inc. | 2:06-cv-06469-EEF-DEK |
| 3. | 1011154 | Bell, Lloyd | Pro Se | Bell, Lloyd v. Merck & Co., Inc. | 2:07-cv-02070-EEF-DEK |
| 4. | 1067249 | Golden, Andrew | Pro Se | Golden, Andrew v. Merck & Co., Inc. | 2:05-cv-06568-EEF-DEK |
| 5. | 1056337 | Williams, Nadine | Pro Se | Williams, Oscar v. Merck & Co., Inc. | 2:05-cv-03550-EEF-DEK |
| 6. | 1109218 | Jobe, Cynthia | Rotts & Gibbs, LLC | Jobe, Cynthia v. Merck & Co., Inc. | 2:07-cv-01251-EEF-DEK |
| 7. | 1061740 | Simon, Shirley | Schmidt, Douglas M., APLC | Simon, Shirley v. Merck & Co., Inc. | 2:07-cv-01678-EEF-DEK |
| 8. | 1093474 | Boyer, Julia | Wilner Block, P.A. | Boyer, Julia v. Merck & Co., Inc. | 2:07-cv-09752-EEF-DEK |
| 9. | 1078727 | Mueller, Ling | Young Firm, The | Mueller, Eike J.W. v. Merck & Co., Inc. | 2:06-cv-06750-EEF-DEK |
| 10. | 1015285 | Campbell, Jamie; Smith, Pebbles; Hauk, Jacqueline; Brodell, Beverly; Ranch, Lora; McDonald, Kelley | Blizzard, McCarthy & Nabers LLP | Hauk, Jacqueline v. Merck & Co., Inc. | 2:06-cv-06906-EEF-DEK |
| 11. | 1103151 | Walker, Kathleen | Ranier, Gayle & Elliot, L.L.C. | Walker, Kathleen v. Merck & Co., Inc. | 2:05-cv-04124-EEF-DEK |

| | | | | | |
|---|---|---|---|---|---|
| 12. | 1024279 | McDuffie, James | Sanders Viener Grossman, LLP | McDuffie, James v. Merck & Co., Inc. | 2:06-cv-07031-EEF-DEK |
| 13. | 1024461 | Murphy, Eileen | Sanders Viener Grossman, LLP | Murphy, Eileen v. Merck & Co., Inc. | 2:07-cv-05851-EEF-DEK |
| 14. | 1069953 | Matheny, Nick | Simon Passanante PC | Bodimer, Dennis v. Merck & Co., Inc. | 2:05-cv-01040-EEF-DEK |
| 15. | 1113747 | Sims, Eleanor | Stamps & Stamps | Sims, Eleanor v. Merck & Co., Inc. | 2:08-cv-00144-EEF-DEK |
| 16. | 1091344 | Viswanathan, Josepha | Hawkins, Terence, S. P.C. | Viswanathan, Josepha v. Merck & Co., Inc. | 2:05-cv-04673-EEF-DEK |
| 17. | 1051039 | Carrasquillo, Yeico Santiago; Carrasquillo, Joel Santiago | Lamb Firm, LLC | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |