UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |

******************************************************************

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s Second Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 28 Regarding Derivative Plaintiffs (R.Doc. 51428), came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that derivative plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 28.

NEW ORLEANS, LOUISIANA, this 23rd day of September, 2010.

_____
DISTRICT JUDGE

Exhibit A
Supplemental Dismissals No. 2 – PTO 28

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1. | Burr, Phenizie | Beasly, Allen, Crow, Methvin, Portis & Miles P.C. | Burr, Virginia R v. Merck & Co., Inc. | 2:06-cv-09721-EEF-DEK |
| 2. | Maas, Alexander ; MassAustin, Chris – | Bennett & Albright, P.A. | Golder, Sandra v. Merck & Co., Inc. | 2:07-cv-06434-EEF-DEK |
| 3. | Dickerman, Gary | Cellino & Barnes, P.C. | Adkins, Isabelle v. Merck & Co., Inc. | 2:06-cv-02199-EEF-DEK |
| 4. | Rickard, Curtis | Cellino & Barnes, P.C. | Anderson, Delanese v. Merck & Co., Inc. | 2:06-cv-01170-EEF-DEK |
| 5. | Martinez, Laura | Dougherty, Hildre & Haklar | Martinez, Laura v. Merck & Co., Inc. | 2:05-cv-05279-EEF-DEK |
| 6. | Pereira, Yvette | Frank J. D'Amico, Jr., APLC | Anderson, Harold v. Merck & Co., Inc. | 2:05-cv-04428-EEF-DEK |
| 7. | Grant, James; Grant, Carolene M.; Grant, Jr., Collins | Law Offices of Peter G. Angelos, P.C. | Grant, James M. v. Merck & Co., Inc. | 2:06-cv-00994-EEF-DEK |
| 8. | Jividen, Joel | Masters Law Firm, LC | Allen, Johnny Allen v. Merck & Co., Inc. | 2:06-cv-06999-EEF-DEK |
| 9. | Fusilier, Emma ; Shello, Jr., Wilson J | Pro Se | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK |

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 10. | Butz, Melissa | Pro Se | Butz, Douglas v. Merck & Co., Inc. | 2:06-cv-05917-EEF-DEK |
| 11. | Drabble, Harry | Pro Se | Drabble, Carol v. Merck & Co., Inc. | 2:05-cv-06497-EEF-DEK |
| 12. | Grant, James M.; Grant, Carolene M.; Grant, Jr., Collins E. | Pro Se | Grant, James M. v. Merck & Co., Inc | 2:06-cv-00994-EEF-DEK |
| 13. | Martinez, Patricia | Pro Se | Martinez, Patricia v. Merck & Co., Inc. | 2:07-cv-00864-EEF-DEK |
| 14. | Montiegel, James | Pro Se | Montiegel, Judy v. Merck & Co., Inc. | 2:05-cv-05240-EEF-DEK |
| 15. | Stalter, Karl | Pro Se | Stalter, Shirley v. Merck & Co., Inc. | 2:05-cv-03536-EEF-DEK |
| 16. | Smith, Charlotte ; McDade, Margie ; Bolding, Vanessa | Provost Umphrey Law Firm; Williams Baily Law Firm; The Watts Law Firm; The Kaiser Firm LLP | Calloway, Joyce v. Merck & Co., Inc. | 2:06-cv-09335-EEF-DEK |
| 17. | Shello Jr., Wilson; Fusilier, Emma Both | Robert L. Salim; Ronald Corken; Kenneth T. Fibich | Black, Bill v. Merck & Co., Inc | 2:05-cv-04452-EEF-DEK |
| 18. | Curry, Lannie | The Barnes Firm, P.C. | Anderson, Paul v. Merck & Co., Inc. | 2:06-cv-01193-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

|  | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 19. | Adams, William L. | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 20. | Cooper, Peter | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 21. | Garofolo, Frank | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 22. | DiSalvo, Vince | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 23. | Harris, Ramel | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 24. | Repeta, Jason | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 25. | Salabia, Olysesan | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 26. | Brooks, Cedric – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 27. | Brichacek, Richard – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK |
| 28. | Frederick, Marvin | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |

3

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 29. | Lesher, James | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |
| 30. | Terhesh, George | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Albright, Ann M. G. v. Merck & Co., Inc | 2:06-cv-02204-EEF-DEK |
| 31. | Domanico, Alexander | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 32. | Walters, Vincent | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 33. | Pratt, Linwood | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 34. | Friedel, Laura – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 35. | Dzierwa, Sara | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 36. | Grant, Francine | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 37. | Green, Shatris | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

4

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 38. | Henderson, Tammala | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 39. | Miller, Wendy | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 40. | Moore, Darlene | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 41. | Mosier, Joanne | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 42. | Murphy, Rae | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 43. | Pennington, Susan | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 44. | Reif, Susan | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 45. | Roberts, Laura | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 46. | Smith, Theresa | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |

5

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 47. | Vaudin, Darlene | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 48. | Walker, Yolanda | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 49. | Battle, Fran | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 50. | Johnson, Jeannette | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 51. | Leone, Eunice | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 52. | Palabay, Meredith | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |
| 53. | Hawkins, Barbara | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

|  | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 54. | DiGiacoma, Bonnie | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 55. | Kobinski, Veronica | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 56. | Kobar, Annmarie | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 57. | LaBrake, Julie | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 58. | Lazatin, Cynthia | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 59. | Ramjit, Meenachie – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |
| 60. | Valdes, Thelma | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK |

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 61. | Griggs, Emmett | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 62. | Kelley, Gerald | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 63. | Rodriguez, Wilberto – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 64. | Tillapaugh, Frederick – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 65. | Visconte, Michael | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK |
| 66. | Davis, Julia | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Blodgett, Don. v. Merck & Co., Inc. | 2:06-cv-02210-EEF-DEK |

8

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 67. | Reid, James | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Bryant, Isabelle C. v. Merck & Co., Inc. | 2:06-cv-01203-EEF-DEK |
| 68. | Knochenmus, Greg – | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Carrigan, Joanne A. v. Merck & Co., Inc. | 2:06-cv-09752-EEF-DEK |
| 69. | Lester, Willie | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Corey, Marian v. Merck & Co., Inc. | 2:06-cv-01196-EEF-DEK |
| 70. | Brown, Peggy | The Barnes Firm, P.C.; Trepanier and MacGillis, PA | Masiuk, Elaine v. Merck & Co., Inc. | 2:06-cv-10625-EEF-DEK |
| 71. | Butterfield, William | Trepanier & MacGillis, P.A. | Allen, Marie v. Merck & Co., Inc. | 2:06-cv-02220-EEF-DEK |
| 72. | McMurray, Claudia | Trepanier & MacGillis, P.A. | Allen, Ronnie v. Merck & Co., Inc. | 2:06-cv-02212-EEF-DEK |
| 73. | Carter, Dawn G. | Trepanier & MacGillis, P.A. | Amie, Vernon v. Merck & Co., Inc. | 2:06-cv-02219-EEF-DEK |

9

Exhibit A
PTO 28-Supplemental No. 2

1031385v.1

| | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 74. | D'Angelo, Mary | Trepanier & MacGillis, P.A. | D'Angelo, Mary v. Merck & Co., Inc. | 2:06-cv-09755-EEF-DEK |

Exhibit A
PTO 28-Supplemental No. 2

10

1031385v.1