UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Jamal A. Bilal v. Merck & Co., Inc., No. 06-02364;* | * | KNOWLES |
| | * | |
| *Robert Lyon v. Merck & Co., Inc., No. 01077; and,* | * | |
| | * | |
| *June Ahl, et al. v. Merck & Co., Inc., No. 05-00548* **(only** | * | |
| **as to plaintiff Dimitri Taylor-Beck).** | * | |
| | * | |
| | * | |
| | * | |

***************************************************************************

## ORDER

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 21st day of September, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the motion is deferred until October 7, 2010, following the monthly status conference that commences at 9:00 a.m., as to plaintiff Jamal Bilal. Because of problems delivering mail to Mr. Bilal, the Court will enter special Order to facilitate delivery of the pleadings relating to the motion to dismiss Mr. Bilal's claims.

**IT IS FURTHER ORDERED** that all claims of plaintiff Dimitri Taylor-Beck be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 43.

**IT IS FURTHER ORDERED** that the motion is withdrawn as to plaintiff Robert Lyon. Mr. Lyon failed to perfect his Future Evidence Stipulation, resulting in the delivery by the Claims Administrator of his Stipulation of Dismissal to Merck, which Stipulation Merck is hereby authorized to file with the Court.

**NEW ORLEANS, LOUISIANA**, this 23rd day of September, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE