ORIGINAL - COURT'S & CHAMBER'S COPY(S)
[After Order of Sept. 03-2010, Received by Plaintiff on 09-17-2010]
MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Safdar N. Lilak (Pro Se) | Hearing Date:  TBD, 2010. |
| 1033 S. Kittredge way, | Time:  OPEN. |
| Aurora, Colorado 80017. | Judge: "ELDON E. FALLON" |
| Telephone: 303-755-1505 | Objection Date: 10 Day [TBD]- -2010. |
| E-mail: slilak43@msn.com | |

## **PROPOSED ORDER FOR THE COURT**

**THIS MATTER** having come before the Court on the Plaintiff Motion for Summary judgment for the Wage Loss & El-claims against MERCK Defendants'/CA-BROWNGREER refusal of El-Claims of July 07, 2010, refusal and this Court having considered all submissions made in support and in opposition to the Motion, finds as follow:

1. The Plaintiffs' (Lilak) Motion is granted for relief of his Wage Loss [Past, Present & Future] & El-Claims. Therefore, Plaintiff (Lilak) objection to refusal of CA-BROWNGREER is valid. The Plaintiff's "Motion for summary judgment" is granted for relief for Wage Loss & El-Claims.

2. Pursuant to Rule 56 and F.R.C.P. rule 60 (b) and Rule 56 relief is granted for summary judgment order for Plaintiff/Claimant (Lilak). The Claimant's (Lilak) case and claim is remanded for "Settlement with summary judgment for Litigation of VIOXX" Settlement. In case of resistence by defense for summary judgment, the Plaintiff, is requesting and praying for "Punitive Damages" for Bad Faith Wonton and Dishonest Services for court order settlement by using malicious rules and procedures in Bad faith and Fraud.

   **FURTHERMORE,**
   <u>Upon considering</u>, the plaintiff (Lilak) objection/amended objections Motion for summary judgment, He has a legitimate claim and legal grounds & Standing for relief of Claims. Therefore, relief for Claims for Plaintiff Mr. Lilak is granted with summary judgment.

21

ORIGINAL - COURT'S & CHAMBER'S COPY(S)
*[After Order of Sept. 03-2010, Received by Plaintiff on 09-17-2010]*
MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| *Safdar N. Lilak (Pro Se)* | Hearing Date:   TBD, 2010. |
| *1033 S. Kittredge way,* | Time:   OPEN. |
| *Aurora, Colorado 80017.* | Judge: "ELDON E. FALLON" |
| *Telephone: 303-755-1505* | Objection Date: 10 Day [TBD]- -2010. |
| *E-mail: slilak43@msn.com* | |

**It is ORDERED** that the Defendants "MERCK/CA BROWNGREER" Settle the Case with Plaintiff (Lilak) in sprit of "Settlement Statue" with fairness to avoid protracted litigation or future litigation.

Date:     September _____, 2010.

_____
**HON. FALLON E. ELDON**
United States Judge  MDL 1657-VIOXX. Case No. 06-cv-08318


Entered on Docket:    /    / 2010.

**WE ASK FOR THIS**:
/s/ Safdar Neil Lilak
1033 S. Kittredge Way,
Aurora, Colorado 80017.
Ph: 303-755-1505, E-Mail: slilak43@msn.com

22