## SPECIAL MASTER'S RULING
## ON EXTRAORDINARY INJURY APPEAL

Re: # 1113035 – Lilak, Safdar

Claimant sustained a qualifying IS on June 19, 2004. This claim was assigned to IS Injury Level 5. Claimant now seeks additional compensation pursuant to the criteria for Extraordinary Injury ("EI") Payment set out in the Review Criteria Manual.

The scope of Special Master's (SM's") review of EI appeals is set out in Section VII(C) of the Review Criteria Manual. Specifically, SM's review consists of determining whether the Claims Administrator ("CA") "abused its discretion in the application of the EI Review Criteria." [Section VII(C)(5)(a)] It is not SM's role to apply his own criteria nor to review the criteria already established by CA, but rather, his role is to determine whether the criteria have been reasonably applied to the specific claim on appeal. [See e.g., Section VII(C)(4)].

Regarding the claim for Past Medical Expenses, CA determined that the past economic damages, both medicals and earnings, did not meet the $250,000 threshold established in the Review Criteria Manual. Various medical expenses were denied largely because Claimant failed to provide sufficient documentation and/or information to enable CA to identify what individual specific expenses were being claimed and to determine whether those expenses met the necessary criteria, including causation and actual payment by the Claimant. SM finds that CA's determinations in this regard were correct and in accord with the standards set out in the Review Criteria Manual.

Claimant also appeals both the Start Date and the End Date for assessment of the Past Lost Wage / Income ("Past LWI") claim. CA used the date of Claimant's qualifying

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia 23285-5031 | Richmond, Virginia 23219-4209 |

March 31, 2010

**By U.S. Mail**

Safdar Lilak
1033 Kittredge Way
Aurora, CO 80017

Re: **Notice of Extraordinary Injury Assessment
Vioxx Claim Number (VCN): 1113035**

Dear Claimant:

You submitted an Extraordinary Injury Claim Form and/or other materials asserting a claim in the Vioxx Extraordinary Injury ('EI') program. We have reviewed the materials you submitted. The enclosed Notice of EI Assessment tells you the results of our review. For each type of EI Claim asserted, the Notice provides details on which claims were or were not allowed for payment and any documents missing that affected the review. We have also included a copy of our EI Review Criteria Manual to help you interpret the Notice and understand the determinations we made on the basis of what you claimed and what you submitted.

If you disagree with any aspects of this Notice of EI Assessment, you can request us to do a Second Review of your EI Claim by mailing to us, *postmarked on or before the Response Deadline set out in the enclosed Notice*, a written Second Review Request. In that request, you must specify which parts of the Notice you disagree with and why. You must also send to us, on or before the Response Deadline set out in the enclosed Notice, any additional documentation that you want us to consider in a Second Review. **WARNING:** If you do not submit a written Second Review Request postmarked on or before the Response Deadline, the EI assessment described in the Notice will be deemed accepted and will become your Final EI Assessment, with no further chance of review or appeal.

## VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

**WARNING:  DATED MATERIAL REQUIRING ACTION**

April 26, 2010

**By U.S. Mail**

Safdar N. Lilak
1033 Kittredge Way
Aurora, CO  80017

Re:   **Notice of Second Review EI Assessment**
      **Vioxx Claim Number (VCN):  1113035**

Dear Claimant:

      You submitted a Request for Second Review of your Extraordinary Injury Claim in response to your Notice of EI Assessment. We have reviewed the materials you submitted and the enclosed Notice of Second Review EI Assessment tells you the results of our Second Review.  For each type of EI Claim asserted, this Notice provides details on which claims were or were not allowed for payment and any documents missing that affected the review. Additionally, the Details of Request for Second Review (V4202) report shows your comments from the Request for Second Review and explains our findings on each issue.

      Use the enclosed Response to Extraordinary Injury Claim Notice of Second Review EI Assessment for Unrepresented Claimants to tell us how you wish to proceed with your EI Claim. If you agree with the Notice of Second Review EI Assessment, select the option "I Accept the Notice of Second Review EI Assessment" in Section IV(A). When you choose this option, the Notice of Second Review EI Assessment will become your Final EI Assessment.  If you disagree with any parts of this Notice, you can appeal your assessment to the Special Master. Select "I Do Not Accept the Notice of Second Review EI Assessment and Request Appeal to the Special Master" in Section IV(A) to submit a Notice of EI Appeal.  If you do not submit a response by the Response Deadline, your Notice of Second Review EI Assessment will be deemed accepted, final and binding and shall become your Final EI Assessment.

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

Mailing Address:
P.O. Box 85031
Richmond, Virginia 23285-5031

Delivery Address:
115 South 15th Street, Suite 400
Richmond, Virginia 23219-4209

June 7, 2010

**By U.S. Mail**

Safdar Lilak
1033 Kittredge Way
Aurora, CO 80017

Re: **Notice of EI Appeal Assessment**
**Vioxx Claim Number (VCN): 1113035**

Dear Mr. Lilak:

    In response to your Notice of Second Review EI Assessment, you submitted a timely EI Appeal to the Special Master and the required $700 Appeal Fee, which is non-refundable and non-transferrable. The Special Master has reviewed the materials submitted in support of your EI Appeal and the enclosed Notice of EI Appeal Assessment tells you the results of that review, as described in Section VII of the Review Criteria Manual for the Vioxx Extraordinary Injury Program. For each type of EI Claim asserted, this Notice provides details on which claims were or were not allowed for payment and any documents missing that affected the review. Additionally, the Details of Request for Second Review (V4202) report shows your comments, our findings, and the Special Master's findings on each issue you appealed. The attached document titled "Special Master's Ruling on Extraordinary Injury Appeal" provides additional details explaining the Special Master's determination on your appeal.

    Pursuant to the terms of the Review Criteria Manual for the Vioxx Extraordinary Injury Program, this Notice of EI Appeal Assessment is the Final EI Assessment for this claim. This EI Assessment is not subject to further appeal, no further documentation may be submitted in support of your EI Claim, and no response to this Notice is required or necessary.

# VIOXX Claims Administrator
Toll-Free Telephone: (866) 866-1729
Facsimile: (804)521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia 23285-5031 | Richmond, Virginia 23219-4209 |

July 7, 2010

**_By U.S. and Electronic Mail_**

Safdar Lilak
1033 Kittredge Way
Aurora, CO 80017

      Re:    **Status of Your Vioxx Claim**
              **Vioxx Claim Number (VCN): 1113035**

Dear Mr. Lilak,

      This letter is in response to your email to the Vioxx Claims Administrator and Diann Bates on July 2, 2010. In that communication, and other recent communications you have had with Diann Bates, you asked for information about your Extraordinary Injury Claim, which has been denied by the Claims Administrator and the Special Master. The purpose of this letter is to explain the reasons why your claim was denied and the procedural steps taken in evaluating that claim.

      The distribution of all Extraordinary Injury Benefits is controlled by Section 4.2 of the Settlement Agreement. Section 4.2.7 instructs the Claims Administrator to make all determinations regarding a claimant's eligibility for Extraordinary Injury Benefits. To clarify the rules of the Extraordinary Injury Program, the Claims Administrator created the Review Criteria Manual, a document which lays out in great detail the requirements associated with each type of Extraordinary Injury claim. Both the Settlement Agreement and the Review Criteria Manual are available on the Vioxx Settlement website, at: http://www.browngreer.com/vioxxsettlement.

      You frequently have cited the Federal Rules of Civil Procedure in your communications regarding the handling of your claim. These rules apply to litigation and do not apply to the Settlement Program, which is guided and bound by the Court-approved Vioxx Settlement Agreement. By signing and submitting a Release of All Claims, you agreed to pursue your Vioxx claim in the Vioxx Settlement Program, and not to pursue your case through litigation in the Court System.

      You submitted an Extraordinary Injury Claim Form on 9/1/09 requesting compensation for Past Out-of-Pocket Medical Expenses, Past Lost Wages/Income, Special Medical Injury, and Additional Extraordinary Damages. The Claims Administrator's evaluation of these claims was