GERLENE STACY,

    Plaintiff,

v.

MERCK & CO., INC., et al.,

    Defendants.

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

**CASE NO. 2:06-cv-00730-EEF-DEK**

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **GERLENE STACY**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Teresa C. Toriseva, Esq.
Wexler Toriseva Wallace LLP Toriseva Law
1446 National Road
Wheeling, WV 26003
Telephone: (304) 238-0066
Facsimile: (304) 238-0149

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 9-20-P

Dated: 11/7/08

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With

Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip

Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 27th  day of September, 2010.

> */s/ Stephen G. Strauss*
> Stephen G. Strauss
> BRYAN CAVE LLP
> 211 North Broadway, Suite 3600
> St. Louis, Missouri 63102
> Phone:  314-259-2000
> Fax:     314-259-2020
> sgstrauss@bryancave.com
>
> Attorneys for Defendant
> Merck & Co., Inc.