## THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Frances Abeyta; Anthony Abeyta; Romie Abeyta; | § | |
| Miguel Abeyta; Sylvia Allwein; Harry Allwein; | § | |
| Doris Anderson; Jessie Anderson; John Baca; | §**DOCKET NO. 2:07-cv-03786-EEF-DEK** | |
| Gloria Baca; Ida Baca;  Richard Baca; | § | |
|  Julia Banaszek; Michael Banaszek; | § | |
| Frank Bashore; Carla Bashore; Anna | § | |
| Bencomo; Joe Bencomo; Aaron, Sr. Bernal; | § | ***In Re Vioxx Litigation*** |
| Beatrice Bernal; Estella Berni, individually and | § | |
| for the Estate of Frank Berni; Geraldine Birdsbill, | § | |
| individually and for the Estate of Lawrence | § | |
| Lawrence Birdsbill; Forrest Bishop; | § | |
| Rhonda Bishop; William Biss; Lillian | § | |
| Biss; Freida Boliver; Calvin Boliver; Anita | § | |
| Bookout; Charles Bookout; Terrylyn Loren Bouck | § | |
| Charles Brownlee; Christine Fay Brownlee; | § | |
| Brenda Burns; Jackie Burns; Patrick Burress; Debra | § | **STIPULATION OF DISMISSAL** |
| Burress; Roxanne Butts; William Butts; Bill | § | **WITH PREJUDICE AS TO ALL** |
| Cannedy; Dolores Cannedy; Ed Cardenas; Pamela | § | **DEFENDANTS** |
| Baca; Mary Carl; Joseph Carl; Imogene Case; | § | |
| Edward Case; Leticia Castillo; Jose Castillo; Jerry | § | |
| Chappell; Louisa Chappell; Pascual Chavez; | § | |
| Margaret Chavez; John Cleveland; Bonne | § | |
| Cleveland; Mary Catherine Coleman; Linwood | § | |
| Coleman; Elizabeth Coon; Eugene Coon; Richard | § | |
| Dahl; Heather Dahl; David Deuel; Paula Deuel: | § | |
| Judy Dewey; Charles Dewey; Timothy Dugger; | § | |
| Kimberly Dugger; Jeanette Dunagen; Phil Dunagan; | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | |
| Merck & Co., Inc., | § | |
| | § | |
| Defendant. | § | |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned

counsel hereby stipulate that all claims of Plaintiffs Sylvia Allwein and Harry Allwein, wife and

husband, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in

their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
Richard A. Sandoval
BRANCH LAW FIRM
Attorneys for Plaintiffs
2025 Rio Grande Blvd. NW
Albuquerque, NM  87104
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2-9-08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: 9-20-10

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th  day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.
