| | |
|---|---|
| JOYCE FRANKLIN-SPATES, Individually and on behalf of MARY LEE WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA <br><br> DOCKET NO. 2:06-cv-02662-EEF-DEK <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **SALLY SMITH**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Reshonda L. Bradford                Stephen G. Strauss
Singleton Law Firm                  Bryan Cave LLP
4050 Linwood Ave.                   211 N. Broadway, Suite 3600
Shreveport, LA 91108                St. Louis, MO 63102
318-631-5200                        (314) 259-2000 Tel
                                    (314) 259-2020 Fax

                                    Phillip A. Wittmann
                                    Dorothy H. Wimberly
                                    Stone Pigman Walther
                                    Wittmann LLC
                                    546 Carondelet Street
                                    New Orleans, LA 70130
                                    (504) 581-3200 Tel
Dated: Dec. 12, 2008                (504) 581-3361 Fax

                                    Attorneys for Merck & Co., Inc.

                                    Dated: 9-20-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.