| | |
|---|---|
| LEONARD GARRETT<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>NEW ORLEANS DIVISION<br><br>MDL 1657<br><br>CIVIL ACTION NO.: 05-6275<br><br>SECTION L, MAG 3 |

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to FRCvP 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, LEONARD GARRETT, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____      _____
Attorney for Plaintiff                          Stephen G. Strauss       Phillip A. Wittmann
                                                      Bryan Cave LLP          Dorothy H. Wimberly

Allan Berger and Associates            211 N. Broadway, Suite 3600    Stone Pigman Walther
4173 Canal Street                           St. Louis, MO 63102             Wittmann LLC
New Orleans, Louisiana 70119       (314) 259-2000 Tel              546 Carondelet Street
(504) 486-9481                               (314) 259-2020 Fax             New Orleans, LA 70130
                                                                                             (504) 581-3200 Tel
                                                                                             (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: February 18, 2008                   Dated: 9-21-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of September, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.