**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 28, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

      On this date, a telephone status conference was held with Judge Eldon E. Fallon. Counsel for Merck and Counsel for various Government Action Plaintiffs participated.  Brian Anderson John Beisner argued on behalf of the Defendant.  Randall Fox and James Young argued on behalf of the Government Action Plaintiffs. At the conference, the parties discussed discovery issues.

      With regard to Merck core employees, the Attorneys General from states other than Pennsylvania are to examine Pennsylvania's list of designated Merck witnesses, with a view to using those same core employees to satisfy their discovery requests from Merck.

      With regard to state core employees other than those from Florida, the parties seem to be satisfied by the witness lists provided by New York and Pennsylvania.  With regard to Florida, Florida is to select no more than ten core government witnesses, which will be representative.

      With regard to state case-specific witnesses, the parties are to meet and confer to discuss Merck's organizational structure in each state, to designate, for a sample of Merck's regional

1

JS10(00:45)

units, the doctor who prescribed the most amount of Vioxx and the doctor who prescribed the least amount of Vioxx, and to designate a representative sample of the pharmaceutical representatives who serviced the region.

The parties should be prepared to discuss their progress with regard to these matters at the Monthly Status Conference on October 7, 2010.

The conference was transcribed by Ms. Toni Tusa, official court reporter.  Those requesting a copy of the transcript may contact Ms. Tusa at (504)589-7778.

