# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX: ) | |
| Products Liability Litigation ) | |
| ) | MDL 1657 |
| THE STATE OF OKLAHOME, *ex rel* ) | |
| OKLAHOMA HEALTHCARE ) | |
| AUTHORITY, ) | |
|     Plaintiff, ) | SECTION L |
| vs. ) | |
| ) | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., ) | |
| ) | MAGISTRATE JUDGE KNOWLES |
|     Defendant. ) | |

## ORDER

Upon motion of Plaintiff, whose government action claims were declared to be in "Group 1" under PTO 39A, (having the most aggressive discovery and remand schedule), this Honorable Court hereby amends PTO 39A to place the State of Oklahoma, *ex rel.* Oklahoma Healthcare Authority, into "Group 2". IT IS HEREBY ORDERED that PTO 39A is hereby amended such that:

1. Oklahoma has been removed from "Group 1" and is now a part of "Group 2";
2. Oklahoma and Merck & Co., Inc., shall now be subject to all deadlines under PTO 39A applicable for "Group 2";

.

SIGNED this the  28th  day of  September , 2010.

_____
JUDGE