UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

## NOTICE

A hearing on the Joint Motion of Barry Hill, Sol H. Weiss on behalf of Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, PC, D. Andrew List on behalf of Clark, Perdue & List LPA, and James C. Peterson on behalf of Hill, Peterson, Carper, Bee & Deitzler, PLLC for the Special Master to Issue or Recommend an Order Requiring Attorney Avrum Levicoff Show Cause is set for 1:00 p.m. on October 27, 2010 at the United States District Courthouse, 500 Poydras Street, Room C-468, New Orleans, Louisiana.

Lafayette, Louisiana, this 29th day of September, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

| | |
|---|---|
| Mr. Avrum Levicoff<br>Levicoff, Silko & Deemer, P.C.<br>650 Smithfield Street, Suite 1900<br>Pittsburgh, PA 15222<br>(412) 434-5203 | Mr. D. Andrew List<br>Clark, Perdue & List, LPA<br>471 East Broad Street, Suite 1550<br>Columbus, OH 43215<br>(614) 469-1117 |
| Mr. James C. Peterson<br>Hill, Peterson, Carper, Bee & Deitzler, PLLC<br>NorthGate Business Park<br>500 Tracy Way<br>Charleston, WV 25311<br>(304) 345-1519 | Mr. Sol H. Weiss<br>Anapol, Schwartz, Weiss, Cohan,<br>        Feldman & Smalley, P.C.<br>1710 Spruce Street<br>Philadelphia, PA 19103<br>(215) 875-7701 |

Mr. Barry Hill
Anapol, Schwartz, Weiss, Cohan,
        Feldman & Smalley, P.C.
89 12th Street
Wheeling, WV 26003
(304) 233-4969

Lafayette, Louisiana, this 29th day of September, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com