UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION ) ) ) ) | CIVIL ACTION NO.: 2:08-CV-09425 MDL No. 1657 (2:05-MD-01657) |
| **************************** ) ) | ********************************** |
| BARBARA LEWIS,    Plaintiff, ) ) ) | CIVIL ACTION NO.: 1:08-cv-22726 |
| v. ) ) | |
| MERCK & CO. INC.,    Defendant. ) ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** the Law Offices of Robert J. Fenstersheib & Associates, P.A., and presents its Motion to Withdraw as Counsel for the Plaintiff, Barbara Lewis, and as grounds therefore would state:

1. That irreconcilable differences have arisen between the undersigned attorney and the Plaintiff towards the handling of this matter and therefore counsel seeks leave of Court to withdraw as counsel of record.

2. That at the present time, there are no hearings or trials presently set in this matter in the near future. As a consequence, Plaintiff will have sufficient time to retain new counsel and no prejudice would result to any party.

3. Counsel has communicated with the Plaintiff and explained to the Plaintiff the reasons for seeking to withdraw from the representation of the Plaintiff. Plaintiff has given verbal consent for said withdrawal. (Declaration attached hereto as Exhibit A)

4. The Law Offices of Robert J. Fenstersheib & Associates shall retain a lien for reasonable attorney's fees and costs.

5. That the Plaintiff has been, or will be, advised of the filing of this Motion by Certified Mail Receipt Number **7009 2820 0001 5653 0932** at her last known address of 2601 N.W. 115th Street, Unit # B-405, Miami, FL 33167.

**WHEREFORE**, Plaintiff's counsel respectfully requests an Order allowing Plaintiff's counsel to withdraw as counsel herein, together with such other, further or different relief as may be appropriate herein.

I HEREBY CERTIFY that a true copy has been mailed to all parties of record this September 28, 2010.

Respectfully submitted,

**LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**
Attorneys for Plaintiff
520 West Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone:  (954) 456-2488 Broward
            (305) 945-3630 Dade
Fax:        (954) 456-2588

By: _____
Robert J. Fenstersheib, Esquire
Florida Bar No. 307300

Copies furnished to:

Barbara Lewis
Robert J. Fenstersheib, Esquire
Phillip A. Wittman, Esquire
Carmelite M. Bertaut, Esquire
Dorothy Hudson Wimberly, Esquire