UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION NO.: 2:08-CV-09425 MDL No. 1657 (2:05-MD-01657) |
| ************************ | ) ) ) | ********************************* |
| BARBARA LEWIS, Plaintiff, | ) ) ) | CIVIL ACTION NO.: 1:08-cv-22726 |
| v. | ) ) ) | |
| MERCK & CO. INC., Defendant. | ) ) | |

## DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW** Robert J. Fenstersheib, Counsel for the Plaintiff in the above-captioned action, and in support of the Motion to Withdraw as Counsel of Record, states as follows:

1. I have communicated with the Plaintiff on numerous occasions;

2. I have explained to the Plaintiff the reasons for seeking to withdraw from her representation; and

3. Plaintiff has given verbal consent to said withdrawal.

Dated this September 28, 2010.          Respectfully submitted,

**LAW OFFICES OF ROBERT J. FENSTERSHEIB & ASSOCIATES, P.A.**
520 West Hallandale Beach Blvd.
Hallandale, Florida 33009
Telephone:   (954) 456-2488 Broward
                    (305) 945-3630 Dade
Fax:            (954) 456-2588

By: _____
Robert J. Fenstersheib, Esquire
Florida Bar No. 307300