UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: VIOXX PRODUCTS ) | CIVIL ACTION NO.: |
| LIABILITY LITIGATION ) | 2:08-CV-09425 |
| ) | MDL No. 1657 (2:05-MD-01657) |
| ************************* ) | ********************************* |
| BARBARA LEWIS, ) | CIVIL ACTION NO.: |
|     Plaintiff, ) | 1:08-cv-22726 |
| v. ) | |
| MERCK & CO. INC., ) | |
|     Defendant. ) | |

### ORDER ON MOTION TO WITHDRAW

**THIS CAUSE** having come on to be heard on Plaintiff's Counsel's Motion to Withdraw and the Court being fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1. That Plaintiff's Counsel's Motion to Withdraw is **GRANTED** and counsel for Plaintiff is hereby permitted to withdraw as attorney for Plaintiff forthwith.

2. Within thirty (30) days of the signing this Order, Plaintiff shall either retain a new attorney and have that attorney file a written appearance, or file a written notification with Clerk advising the Court of the intentions to be self-represented.

3. Until new counsel appears, Plaintiff may be noticed at their residence at 2601 N.W. 115th Street, Unit # B-405, Miami, FL 33167.

4. The Law Offices of Robert J. Fenstersheib & Associates shall retain a lien for reasonable attorney's fees and costs.

**DONE and ORDERED** in Chambers on this _____ day of _____, 2010.

_____
JUDGE, FEDERAL COURT

Copies furnished to:

Barbara Lewis
Robert J. Fenstersheib, Esquire
Phillip A. Wittman, Esquire
Carmelite M. Bertaut, Esquire
Dorothy Hudson Wimberly, Esquire

**UNITED STATES DISTRICT COURT**