UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jennifer E. Oakley, as Administrator of the Estate of* | * | KNOWLES |
| *James S. Oakley (formerly James S. Oakley) v. Merck &* | * | |
| *Co., Inc., 2:05-cv-05912-EEF-DEK* | * | |

*****************************************************************************

### ORDER

By Order entered September 23, 2010 (R.Doc.52746), this Court granted Defendant Merck & Co., Inc.'s First Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 28 Regarding Derivative Plaintiffs and dismissed with prejudice the claims of plaintiff Jennifer E. Oakley.  Ms. Oakley was included in the motion in error.  Ms. Oakley is not a derivative plaintiff.  Rather, Ms. Oakley, as administrator of the estate of plaintiff James S. Oakley, deceased, was substituted in his stead has a party plaintiff and subsequently complied with Pre-Trial Order No. 28.  Based upon the foregoing, the parties request that the Court vacate the dismissal and reinstate the case to the docket of this Court.  The Court agrees that the dismissal should be vacated and, for the reasons orally assigned, hereby enters judgment as follows:

**IT IS ORDERED** that the Order of Dismissal, R.Doc.52746, be and it hereby is vacated solely as it relates to the dismissal of Jennifer E. Oakley, and the case of Jennifer E. Oakley, as Administrator of the Estate of James S. Oakley, is ordered restored to the docket of this Court.

1032121v.1

**NEW ORLEANS, LOUISIANA**, this  28th  day of       September       , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

823840v.1
1032121v.1