**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                         500 Poydras St., Room C-151
Clerk                                                    New Orleans, LA 70130

September 27, 2010

Mr. Lyle W. Cayce, Clerk                                 APPEAL NO. <u>10-30209</u>
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE: <u>VIOXX PRODUCTS LIABILITY LITIGATION      MD 05-1657 L c/w 06-9803</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___    1) Certified copy of the notice of appeal and docket entries.

   ___    2) Certified copy of notice of a cross-appeal and docket entries.

   ___    3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___    4) This case is proceeding <u>in forma pauperis</u>

   ___    5) Order Appointing Counsel     ___ CJA-20      ___ FPD

   ___    6) District Judge entering the final judgment is _____

   ___    7) Court Reporter assigned to the case _____

   ___    8) If criminal case, number and names of other defendants on appeal ___

   ___    9) This case was decided without a hearing; there will be no transcript.

   ___   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   <u>x</u>    1)**Certified** Copies record on appeal consisting of:

        ___ Volume(s) of record    ___ Volume(s) transcripts

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

   ___    2) Supplemental record including,___

   ___    3) SEALED Docs. _____

   ___    4) Other:_____

                                              Very truly yours,

                                              By <u>  Alicia Phelps  </u>
                                                   Deputy Clerk