**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation**<br><br>**This document relates to:**<br><br>***Janie Alston, et al.***<br>***v.***<br>***Merck & Co., Inc., et al.***<br><br><br>***Only with regard to:***<br>***Marcheel Felding-Wells***<br><br>***Docket No. 2:06-cv-02217*** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Marcheel Felding-Wells in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 28th day of September, 2010.

Eldon E. Fallon

DISTRICT JUDGE