# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx®** | **MDL Docket No. 1657** |
| **Product Liability Litigation** | |
| | **SECTION L** |
| **This document relates to:** | |
| | |
| *Gary T. Bielak, et al.* | **JUDGE FALLON** |
| *v.* | |
| *Merck & Co., Inc., et al.* | **MAGISTRATE JUDGE KNOWLES** |
| | |
| *Only with regard to:* | |
| *Robert Nesbitt, Jr.* | |
| | |
| *Docket No. 2:06-cv-01205* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Robert Nesbitt, Jr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 28th day of _____September_____, 2010.

_____
DISTRICT JUDGE