UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE
### AS CO-COUNSEL FOR PLAINTIFF

\*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, Commonwealth of Kentucky, by counsel, and submits this Entry of Appearance of WILLIAM R. GARMER, Esq., (Kentucky Bar No. 24370), and JEROME P. PRATHER, Esq., (Kentucky Bar No. 91397) of GARMER & PRATHER, LLP, 141 North Broadway, Lexington, Kentucky 40507; Telephone: (859) 254-9351; and SCOTT A. POWELL, Esq. (ASB-7523-L60S) , DON P. MCKENNA, Esq. (ASB-6494-C66D), and MATTHEW C. MINNER, Esq.( ASB-5123-N57M), of HARE, WYNN, NEWELL AND NEWTON, 2025 3rd Avenue North; Suite 800, Birmingham, Alabama 35203, Telephone: 205/328-5330; to serve as Co-Counsel in the case known as <u>Commonwealth of Kentucky v. Merck & Co.</u>, Inc., United States District Court, Eastern District of Kentucky, Case No. 3:09-cv-00054-DCR.  Counsel requests that the docket and the ECF Service List be updated to reflect this Entry of Appearance of Co-Counsel.

Respectfully Submitted,

ATTORNEYS FOR PLAINTIFF
COMMONWEALTH OF KENTUCKY


BY:     /s/ William R. Garmer
        William R. Garmer
        Kentucky Bar No. 24370
        Jerome P. Prather
        Kentucky Bar No. 91397
        Garmer & Prather, PLLC
        141 North Broadway
        Lexington, KY 40507
        Telephone:  (859) 254-9351
        Facsimile:   (859) 233-9769
        Email:  bgarmer@garmerprather.com
        Email:  jprather@garmerprather.com

        Scott A. Powell
        ASB-7523-L60S
        Don P. McKenna
        ASB-6494-C66D
        Matthew C. Minner
        ASB-5123-N57M
        Hare, Wynn, Newell and Newton
        2025 3rd Avenue North, Suite 800
        Birmingham, AL 35203
        Telephone:  (205) 328-5330
        Facsimile:  (205) 324-2165
        Email:  scott@hwnn.com
        Email:  don@hwnn.com
        Email:  matt@hwnn.com

## **CERTIFICATE OF SERVICE**

      This is to certify that the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF System on this 30 day of September, 2010, which will send a notice of electronic filing to all CM/ECF participants.

        /s/ William R. Garmer
      ATTORNEY FOR PLAINTIFF
      COMMONWEALTH OF KENTUCKY