UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Martha Baker, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * * | MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Mary R. Roach* | * * * | |
| *Docket No. 2:05-cv-03127* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary R. Roach (brought by Elizabeth Durdin, individually and on her behalf) in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of September, 2010.

_____
DISTRICT JUDGE