## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Vioxx®** | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| Verda Williams | * | **JUDGE FALLON** |
| v. | * | |
| Merck & Co., Inc. | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| *Docket No. 2:07-cv-04088* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Verda Williams in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 29th day of September, 2010.

_____
DISTRICT JUDGE