UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| This Document Relates To: | SECTION L |
| STATE OF LOUISIANA, *ex rel.*, JAMES D. CALDWELL, JR., Attorney General,<br>Plaintiffs<br>v.<br>MERCK SHARP & DOHME CORP.,<br>Defendants | JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br><br><br>Case No. 05-3700 |

JOINT DESIGNATION OF THE RECORD ON APPEAL

Plaintiffs and Defendant in the above-captioned matter hereby submit the Joint Designation of the Record on Appeal, attached hereto as Exhibit A.

Respectfully submitted, this 1st day of October, 2010.

>  */s/ Stephen B. Murray, Jr.*
> James R. Dugan, II (La. Bar No. 24785)
> Douglas R. Plymale. (La. Bar No. 28409)
> Stephen B. Murray, Jr. (La. Bar No. 23877)
> Stephen B. Murray, Sr. (La. Bar No. 9858)
> MURRAY LAW FIRM
> 650 Poydras Street, Suite 2150
> New Orleans, LA 70130
> T: 504.525.8100
> Email: smurrayjr@murray-lawfirm.com
>
> **COUNSEL FOR PLAINTIFFS**

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA  70130
T: (504) 581-3200
dwimberly@stonepigman.com

**COUNSEL FOR DEFENDANT**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing JOINT DESIGNATION OF THE RECORD ON APPEAL has this day been served on Liaison Counsel, Phillip A. Wittmann and Russ M. Herman, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced, in accordance to Pretrial Order No. 8B, on this the 1st day of October, 2010.

/s/ Stephen B. Murray, Jr.
Counsel for Plaintiffs