UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 1657 |
| IN RE: VIOXX | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**************************************************************************

## REPORT, FINDING AND RECOMMENDATION OF SPECIAL MASTER

There are two issues that are presented to the Special Master for a Report and Recommendation. The first issue is a Motion of James Ira Smith to "dismiss" or, as I understand the intent of the Motion, to preclude the parties from utilizing at the hearing set for October 19, 2010 the depositions that were taken in this matter. Under Rule 32 of the Federal Rules of Civil Procedure depositions may be used at a trial or hearing.

Accordingly, any depositions offered into evidence will be permitted as allowed by Rule 32 of the Federal Rules of Civil Procedure.

The second issue which is raised by the parties is whether or not the attorney-client privilege has been waived by James Ira Smith in contesting the fee and services of Dawn Barrios. It is the finding and report of the Special Master that by affirmatively setting forth such issues, the attorney-client privilege is waived. To allow the privilege to protect against disclosure of relevant information would be manifestly unfair to an opposing party. In re: The Matter of Central Gulf Lines, 2001 WL 30675 (E.D.La.).

Lafayette, Louisiana, this 1st day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the foregoing Report and Ruling with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Report and Ruling and the notice of electronic filing to the following:

Mr. Bruce S. Kingsdorf
Ms. Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Fax: (504) 524-3313

Mr. James I. Smith
Pro Se Claimant
110 Luther Davis Road
Picayune, MS 39466
Fax: (601) 889-9786

Lafayette, Louisiana, this 1st day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com