WILLIAM BALL, et al.,

        Plaintiffs,

v.

MERCK & CO., INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

**IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA**

**MDL Docket No. 1657
CASE NO. 2:05-CV-04131-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of Plaintiff, **WILLIAM BALL**, against Defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

John J. Carey, Esq.
Sarah Hale Bauman, Esq.
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314) 725-7700 Telephone
(314) 721-0905 Facsimile

Jeffrey J. Lowe, Esq.
Francis J. "Casey" Flynn, Esq.
8235 Forsyth Boulevard, Suite 1100
Saint Louis, MO 63105
(314) 678-3400 Telephone
(314) 678-3401 Facsimile

T. Evan Schaeffer, Esq.
Andrea B. Lamere, Esq.
SCHAEFFER & LAMERE, PC
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
(618) 467-8200 Telephone

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for
Merck & Co., Inc.

Dated: 9-22-10

Evan Buxner, Esq.
WALTHER GLENN LAW OFFICES
10 S. Brentwood Blvd., Suite 102
Saint Louis, MO  63105
(314) 725-9595 Telephone

Attorneys for Plaintiff

Dated: _____ 11-77-08 _____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.