| | |
|---|---|
| LAWRENCE BAPTISTE, HUSBAND OF/AND ELOUISE BAPTISTE<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br>NEW ORLEANS DIVISION<br><br>MDL 1657<br><br>CIVIL ACTION NO.: 05-6274<br><br>SECTION L, MAG 3<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to FRCvP 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, LAWRENCE BAPTISTE, HUSBAND OF/AND ELOUISE BAPTISTE, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____       _____   _____
Attorney for Plaintiff                                    Stephen G. Strauss                    Phillip A. Wittmann
                                                          Bryan Cave LLP                       Dorothy H. Wimberly
                                                          211 N. Broadway, Suite 3600          Stone Pigman Walther
Allan Berger and Associates                               St. Louis, MO 63102                  Wittmann LLC
4173 Canal Street                                         (314) 259-2000 Tel                   546 Carondelet Street
New Orleans, Louisiana 70119                              (314) 259-2020 Fax                   New Orleans, LA 70130
(504) 486-9481                                                                                 (504) 581-3200 Tel
                                                                                               (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: February 18, 2008                                  Dated: 9-25-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of October, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.