CARLTON BURK, et al.,                     )
                                          )          IN THE UNITED STATES
              Plaintiffs,                 )          DISTRICT COURT FOR THE
                                          )          EASTERN DISTRICT OF
                                          )          LOUISIANA
v.                                        )
                                          )          Case Code Number: 1657
                                          )          Docket Number: 07-0715
MERCK & CO., INC.,                        )
                                          )          STIPULATION OF DISMISSAL
              Defendant.                  )             WITH PREJUDICE
                                          )          AS TO ALL DEFENDANTS


        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff **Ursula Batz** against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own

costs.


_____          _____      _____
Daniel Monty Delluomo                     Stephen G. Strauss                   Phillip A. Wittmann
Delluomo & Crow                           Bryan Cave LLP                       Dorothy H. Wimberly
2601 NW Expressway, Suite 100W            211 N. Broadway, Suite 3600          Stone Pigman Walther
Oklahoma City, OK 73112                   St. Louis, MO 63102                  Wittmann LLC
Ph: (405) 843-0400                        (314) 259-2000 Tel                   546 Carondelet Street
                                          (314) 259-2020 Fax                   New Orleans, LA 70130
                                                                               (504) 581-3200 Tel
                                                                               (504) 581-3361 Fax

                                          Attorneys for Merck & Co., Inc.

                                          Dated: _9-25-70_____


Dated: _12-4-08_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.