UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**************************************************************************

## NOTICE

A hearing on the Joint Motion of Barry Hill; Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, PC; Clark, Perdue & List LPA; and Hill, Peterson, Carper, Bee & Deitzler, PLLC, to Impose a Monetary Sanction Against Counsel for Toriseva for Failure to Comply With the Special Master's June 18, 2010, Letter Order Requiring Submissions to be Received by September 27, 2010, is set for 1:00 p.m. on October 27, 2010 at the United States District Courthouse, 500 Poydras Street, Room C-468, New Orleans, Louisiana.

Lafayette, Louisiana, this 5th day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

Mr. Avrum Levicoff
Levicoff, Silko & Deemer, P.C.
650 Smithfield Street, Suite 1900
Pittsburgh, PA 15222
(412) 434-5203

Mr. D. Andrew List
Clark, Perdue & List, LPA
471 East Broad Street, Suite 1550
Columbus, OH 43215
(614) 469-1117

Mr. James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
(304) 345-1519

Mr. Sol H. Weiss
Anapol, Schwartz, Weiss, Cohan,
    Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 875-7701

Mr. Barry Hill
Anapol, Schwartz, Weiss, Cohan,
    Feldman & Smalley, P.C.
89 12th Street
Wheeling, WV 26003
(304) 233-4969

Lafayette, Louisiana, this 5th day of September, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com