UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *James Nestor v. Merck & Co., Inc.*, No. 09-7648; | * | |
| | * | |
| *Jimmy and Dolena Lockhart v. Merck & Co., Inc.*, No. 08-0876; and, | * | |
| | * | |
| *Peter and Barbara Donnelly v. Merck & Co., Inc.*, No. 09-6864. | * | |

**************************************************************************

## ORDER

Matters deferred from Defendant Merck & Co., Inc.'s Eighth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with Pre-Trial Order No. 29 (R.Doc. 35757) came on for hearing on the 29th day of April, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

IT IS ORDERED that the motion be and it hereby is withdrawn as moot as to plaintiffs James Nestor, Jimmy Lockhart, and Dolena Lockhart who have complied with Pre-Trial Order No. 29.

1032594v.1

IT IS FURTHER ORDERED that the motion is granted as to plaintiffs Peter and Barbara Donnelly and all claims of plaintiffs Peter and Barbara Donnelly be and they hereby are dismissed with prejudice for failure to comply with Pre-Trial Order No. 29.

NEW ORLEANS, LOUISIANA, this 4th day of October, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1032594v.1