UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
OCTOBER 7, 2010
<u>SUGGESTED AGENDA</u>

I.  The Settlement Program

II.  Lien Administrator

III.  Special Master and Deputy Special Masters

IV.  Class Actions

V.  State/Federal Coordination -- State Liaison Committee

VI.  *Pro Se* Claimants

VII.  Government Actions

VIII.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

- 1 -

IX.   Fee Allocation Committee

X.    Merck's Motions and Rules on PTOs

XI.   Other Motions

XII.  Appeals

XIII. Next Status Conference

1000543v.1
1014848v.1
1033192v.1