UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | * * | |
| Lev Klachkavsky v. Merck & Co., Inc., et al. | * * * | JUDGE FALLON |
| | | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-11028 | * * * * * * * * | |

*********************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lev Klachkavsky in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE