UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------X   MDL DOCKET NO. 1657

IN RE VIOXX PRODUCTS
LIABIILITY LITIGATION                                              JUDGE FALLON

THIS DOCUMENT RELATES TO:                                          MAG. JUDGE KNOWLES

Barbara Pecoraro v. Merck & Co., Inc.
MDL Docket No.: 06-CV-11083
(E.D.N.Y. Docket No.: 06-CV-4796)
------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Procedure 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, Barbara Pecoraro, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____           _____           _____
Michael A. London, Esq.              Stephen G. Strauss                  Phillip A. Wittmann
DOUGLAS & LONDON, P.C.               Bryan Cave LLP                      Dorothy H. Wimberly
111 John Street, Suite 1400          211 N. Broadway, Suite 3600         Stone Pigman Walther
New York, New York 10038             St. Louis, MO 63102                 Wittmann LLC
                                     (314) 259-2000 Tel                  546 Carondelet Street
Dated: February 25, 2008             (314) 259-2020 Fax                  New Orleans, LA 70130
                                                                         (504) 581-3200 Tel
                                                                         (504) 581-3361 Fax
                                     Attorneys for Merck & Co., Inc.

                                     Dated: 9-25-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of October, 2010.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.