UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the following cases: | * | |
| (ED LA Index No. 05-860, 05-953, 05-2110, | * | |
| 05-3360, 05-4454, 05-5204, 06-100) | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes defendant, N.O.B. Pharmacy, Inc. d/b/a PennMill Pharmacy ("N.O.B."), who upon suggesting to this Honorable Court that Catherine M. Williams (La. Bar No. 24706) is no longer associated with the firm McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch, LLC, respectfully requests that the court remove Catherine Williams as counsel of record, and substitute Lynda A. Tafaro (La. Bar No. 25891) as additional counsel of record in the above numbered and entitled cause.

Respectfully submitted,
/s/Thomas P. Anzelmo
THOMAS P. ANZELMO (#2533)
LYNDA A. TAFARO (#25891)
MCCRANIE, SISTRUNK, ANZELMO, HARDY,
  MCDANIEL & WELCH
3445 North Causeway Boulevard, Suite 800
Metairie, Louisiana 70002
T. (504) 831-0946;  F. (504) 831-2492
e-mail: tanzelmo@mcsalaw.com
email: ltafaro@mcsalaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Substitute Counsel of Record has been served on Liason Counsel, Russ Herman and Phillip Whittmann, by US Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to LexisNexis File and Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 6th day of October, 2010.

                */s/Thomas P. Anzelmo*
                THOMAS P. ANZELMO T.A. (LA No. 2533)
                McCRANIE, SISTRUNK, ANZELMO,
                HARDY, McDANIEL & WELCH
                3445 N. Causeway Blvd., Suite 800
                Metairie, Louisiana 70002
                Telephone: (504) 831-0946
                Facsimile: (504) 831-2492