UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX® | * | MDL No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to the following cases: | * | |
| (ED LA Index No. 05-860, 05-953, 05-2110, | * | |
| 05-3360, 05-4454, 05-5204, 06-100) | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

Considering the above and foregoing Motion;

IT IS ORDERED that Catherine M. Williams be removed as counsel of record and that Lynda A. Tafaro of the firm McCranie, Sistrunk, Anzelmo, Hardy, McDaniel & Welch be enrolled as additional counsel of record for defendant, N.O.B. Pharmacy LLC d/b/a Penn-Mill Pharmacy, in the above entitled cause.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE