UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY<br>LITIGATION | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION<br>COMPLAINTS PENDING OR SUBJECT TO<br>TRANSFER TO MDL 1657 | |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

895881.1

Class Plaintiffs in Plaintiffs' Purchase Claims Master Class Action Complaint respectfully submit this Notice of Supplemental Authority in further support of their opposition to Defendant Merck's Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint.

Last week, in *Lee v. Carter-Reed Co., L.L.C., et al.*, 2010 N.J. LEXIS 951 (N.J. Sept. 30, 2010), the New Jersey Supreme Court reversed the lower court's denial of class certification in a case raising claims under the New Jersey Consumer Fraud Act ("NJCFA"), and alleging that the defendant made a variety of false and misleading claims about the efficacy of its product, a dietary supplement called Relacore. The plaintiff sought refund for herself and a state-wide consumer class of the purchase price of Relacore, which she alleged "offers none of the benefits advertised by [defendant] Carter Reed, that no sound scientific evidence supports Carter Reed's representations about Relacore, and that Carter Reed's entire marketing scheme is nothing more than a web of lies." *Id.* at *43.

After emphasizing that because the NJCFA, a consumer protection statute, is "remedial legislation" that must be "construe[d] liberally to accomplish its broad purpose of safeguarding the public," *Id.* at *42 (internal citation and quotation omitted), the Court wrote that "causation under the CFA is not the equivalent of reliance," and that "to establish causation, a consumer merely needs to demonstrate that he or she suffered an ascertainable loss as a result of the unlawful practice." *Id.* at 41. Further, the Court found its decision in *Lee*, a state-wide class of individual consumers like Class Plaintiffs here, distinguishable from its decision in *Int'l Union of Operating Engineers Local No. 68 Welfare Fund v. Merck & Co.,* 192 N.J. 372 (2007) on the basis that, *inter alia*, "[t]he putative class members [in *Int'l Union*] were 'well-organized institutional entities with considerable resources," likely to "pursue an individual action" to

recover individually their "relatively large sum of damages" when the *Int'l Union* Court decertified the class. *Id.* at *58.

For these reasons, Class Plaintiffs respectfully submit that the *Lee* decision provides further support for its opposition, and Plaintiffs annex a copy of the decision as Exhibit A.

Dated: October 6, 2010                                  Respectfully Submitted,

| | |
|---|---|
| /s/ Dawn M Barrios | /s/ Elizabeth J. Cabraser |
| Dawn M. Barrios | Elizabeth J. Cabraser |
| BARRIOS, KINGSDORF & CASTEIX, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 701 Poydras Street, Suite 3650 | 275 Battery Street, 29th Floor |
| New Orleans, LA  70139 | San Francisco, CA  94111-3339 |
| Telephone:  (504) 524-3300 | Telephone:  (415) 956-1000 |
| Facsimile:   (504) 524-3313 | Facsimile:   (415) 956-1008 |
| | |
| | Chair, PSC Purchase Claims Committee |
| | |
| | James R.  Dugan, II |
| | THE DUGAN LAW FIRM |
| | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA  70130 |
| | Telephone:  (504) 648-0180 |
| | Facsimile:   (504) 648-0181 |
| | |
| | Vice Chair, PSC Purchase Claims Committee |
| | |
| | Dennis Johnson |
| | Eben F. Duval |
| | JOHNSON & PERKINSON |
| | P.O. Box 2305 |
| | 1690 Williston Road |
| | South Burlington, VT  05403 |
| | Telephone:  (802) 862-0030 |
| | Facsimile:   (802) 862-0060 |

Amy N. L. Hanson
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA  98101-3052
Telephone:  (206) 623-1900
Facsimile:   (206) 623-3384

Lance A. Harke, P.A.
Howard M. Bushman, Esq.
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Avenue
Miami, FL  33138
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone:  (312) 621-2000
Facsimile:   (312) 641-5504

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Notice of Supplemental Authority has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of October, 2010.

/s/ Dawn M. Barrios