UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

In Re:       VIOXX                              :
       Products Liability Litigation            :
                                                :
                                                :    MDL Docket No.: 1657
THIS DOCUMENT RELATES TO :                      :    SECTION L
                                                :    JUDGE FALLON
Gene Weeks v. Merck & Co., Inc.,                :    MAG. JUDGE KNOWLES
Case No.: 05-cv-4578                            :
                                                :    Special Master Patrick A. Juneau
Attorney Fee Lien Dispute of                    :
Maria D. Tejedor v. Gene Weeks                  :

---

### ORDER TO SHOW CAUSE WHY THE SPECIAL MASTER'S JUNE 14, 2010 SCHEDULING ORDER SHOULD NOT BE AMENDED AND IMMEDIATELY STAYED OR ADJOURNED

**IT IS ORDERED** that plaintiff's former attorney Maria Tejedor ("Tejedor") show cause on the _____ day of _____, 2010, at _____ o'clock, at the United States District Court, Eastern District of Louisiana, why the Rule should not be granted and the June 14, 2010 scheduling order of Special Master Patrick Juneau be amended and stayed or adjourned, and a schedule set for briefing and hearing of plaintiff's attorney Ronald R. Benjamin's motion for summary judgment to occur prior to a hearing on Ms. Tejedor's attorney lien claim.

**IT IS FURTHER ORDERED** that plaintiff's former attorney Maria Tejedor file and serve upon plaintiff's attorney Ronald R. Benjamin any opposition to the Rule on or

before the _____ day of _____, 2010.

**IT IS FURTHER ORDERED** that plaintiff's attorney Ronald R. Benjamin file and serve upon attorney Maria Tejedor any reply to the oposition on or before the _____ day of _____, 2010.

**IT IS FURTHER ORDERED** that the Special Master's June 14, 2010 scheduling order is immediately stayed pending the determination of the instant motion.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**