**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
Telephone: (337) 269-0052     Facsimile: (337) 269-0061

August 17, 2010

**Via Facsimile and U.S. Mail**

| | |
|---|---|
| Ms. Maria D. Tejedor | Mr. Ronald R. Benjamin |
| Diez-Arguelles & Tejedor | Law Office of Ronald R. Benjamin |
| 505 North Mills Avenue | Post Office Box 607 |
| Orlando, FL 32803 | Binghamton, NY 13902 |
| (888) 611-7879 | (607) 772-1678 |

    Re:    Vioxx Products Liability Litigation
            MDL No. 1657
            **Attorney Fee Lien Dispute of**
            **Maria D. Tejedor v. Gene A. Weeks**

Dear Ms. Tejedor & Mr. Benjamin:

    I am in receipt of correspondence from Ms. Tejedor dated August 2, 2010 and correspondence from Mr. Benjamin dated August 10, 2010, copies of which are attached. I note that there has been difficulties in scheduling an in-person meeting. As previously stated in my correspondence to you of June 14, 2010, an in-person meeting on or before September 13, 2010 is mandatory. If you cannot reach an agreement on an amicable date and location for the in-person meeting, please advise and I will select the date and schedule the meeting to take place in New Orleans.

                                        Sincerely,

                                        PATRICK A. JUNEAU
                                        Special Master

Enclosures



RECEIVED
AUG 20 2010
By_____