SPECIAL MASTER OF
IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
MDL NO. 1657
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
Telephone: (337) 269-0052     Facsimile: (337) 269-0061

September 2, 2010

**Via Facsimile and U.S. Mail by**
**Certified Mail**
**Return Receipt Requested**

Ms. Maria D. Tejedor
Diez-Arguelles & Tejedor
505 North Mills Avenue
Orlando, FL 32803
(888) 611-7879
        [No. 7008 0150 0000 1701 3302]

Mr. Ronald R. Benjamin
Law Office of Ronald R. Benjamin
Post Office Box 607
Binghamton, NY 13902
(607) 772-1678
        [No. 7008 0150 0000 1701 3319]

Re:    Vioxx Products Liability Litigation
       MDL No. 1657
       **Attorney Fee Lien Dispute of**
       **Maria D. Tejedor v. Gene A. Weeks**

Dear Ms. Tejedor & Mr. Benjamin:

I received the attached August 27, 2010 letter from Ms. Tejedor. In view of the continued difficulties in scheduling the mandatory in-person meeting, please be advised that I am hereby scheduling the meeting to take place at **10:00 a.m.** on **Monday, September 13, 2010** in New Orleans. The meeting will be held at the Hilton Hotel which is located in the New Orleans International Airport, 901 Airline Drive, Kenner, LA 70062. The telephone number for the Hilton Hotel is (504) 469-5000. Recall that this is a mandatory meeting, and all involved parties must attend the meeting in person.

Sincerely,

PATRICK A. JUNEAU
Special Master

Enclosure



# DIEZ · ARGUELLES | TEJEDOR

Carlos R. Diez-Arguelles*
Maria D. Tejedor*
Roy L. Wolgemuth
Christopher J. Bilecki

505 North Mills Ave.
Orlando, FL 32803
T: (407) 705 2880
Please reply to Orlando office

*Board Certified Civil Trial Attorneys
www.theorlandolawyers.com
Toll Free (888) 888 3773

Corporate Center One
2202 N. West Shore Blvd.
Suite 200
Tampa, FL 33607
T: (813) 639 7590

3132 Ponce de Leon Blvd.
Miami, FL 33134
T: (888) 888-3773

August 27, 2010

**VIA FACSIMILE AND US MAIL**
Special Master Patrick Juneau
The Harding Center, Suite 202
1018 Harding Street
P.O. Drawer 51268
Lafayette, LA 70505-1268

> RE: *Gene Weeks v. Merck & Co.*
> *Case No. 2:05-cv-04578-EEF-DEK*

Dear Special Master Juneau:

As you are aware, your most recent correspondence has required that the parties in this matter hold an in-person meeting prior to September 13, 2010. Please be advised that after receipt of your cooraespondence reenforcing this requirement, our office forwarded a letter to Mr. Benjamin. Within the same we advised that we were available on September 3rd, 7th and 13th for the meeting in New Orleans, LA, and also provided two acceptable locations for the meeting, at a court reporter's office and a hotel within the New Orleans International Airport.

To date, Mr. Benjamin has failed to respond to this letter in whole. As such, we are requesting that you please provide direction for the scheduling of this meeting. We will make ourselves available to appear in New Orleans, LA, for the same, on any of the above-referenced

dates, or on a date that you feel is acceptable.  We will also offer to take the lead in making any scheduling arrangements for the location of your choosing, if necessary.

We look forward to receiving further information from you so we may comply.  Should you have any questions or require anything additional, please do not hesitate to contact me directly.  Thank you for your attention with this matter.

Respectfully submitted,

Marla D. Tejedor

MDT/jb
Enclosure
cc:     Ronald Benjamin, Esq. (via Facsimile only)
        Gene Weeks (via US Mail only)

## SPECIAL MASTER OF
## IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
### MDL NO. 1657
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
Telephone: (337) 269-0052     Facsimile: (337) 269-0061

## FACSIMILE TRANSMISSION

PAGE _1_ OF _4_

DATE:        September 2, 2010

TO:          **Ms. Maria D. Tejedor**            **(888) 611-7879**
             **Mr. Ronald R. Benjamin**          **(607) 772-1678**

FROM:        Patrick A. Juneau / fg

RE:          Vioxx Products Liability Litigation
             MDL No. 1657
             **Attorney Fee Lien Dispute of**
             **Maria D. Tejedor v. Gene A. Weeks**

Original(s) to follow by U.S. Mail: _X_ Yes     __ No

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Please contact **Felicia Guidry** immediately if you do not receive
the correct number of pages transmitted.