UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| In Re:      VIOXX | : | |
|        Products Liability Litigation | : | |
| | : | |
| | : | MDL Docket No.: 1657 |
| THIS DOCUMENT RELATES TO : | : | SECTION L |
| | : | JUDGE FALLON |
| Gene Weeks v. Merck & Co., Inc., | : | MAG. JUDGE KNOWLES |
| Case No.: 05-cv-4578 | : | |
| | : | Special Master Patrick A. Juneau |
| **Attorney Fee Lien Dispute of** | : | |
| **Maria D. Tejedor v. Gene Weeks** | : | |

---

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2010 the above and foregoing Order to Show Cause Why the Special Master's June 14, 2010 Scheduling Order Should not be Amended and Immediately Stayed or Adjourned, Plaintiff's Attorney Ronald R. Benjamin's Rule and Incorporated Memorandum of Law with Exhibits A-E with Certificate of Service have been served on Liaison Counsel, Phillip Wittmann, Esq., by ECF and upon Maria Tejedor, Esq., by U.S. Mail, and that on October 7, 2010 the same was served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on October 6, 2010, by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Dated:   October 7, 2010
         Binghamton, New York

                                             /s/ Marya C. Young
                                        MARYA C. YOUNG