UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### ORDER

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Notice of Supplemental Authority is GRANTED. Plaintiffs' Notice of Supplemental Authority will be filed into the record.

NEW ORLEANS, LOUISIANA, this the  7th  day of October, 2010

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE