MINUTE ENTRY
FALLON, J.
OCTOBER 7, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO. 05-MD-1657 |
| This document relates to: All Purchase Claims<br>Class Action Complaints Pending or Subject<br>To Transfer to MDL 1657 | SECTION: L |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Jodi Simcox

Appearances:   Elizabeth Cabrasser, Esq. For plaintiffs
                       John Beisner, Esq. For Merck

---

Motion of defendant, Merck, Sharp & Dohme Corp., for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint (46086)

Argument - TAKEN UNDER SUBMISSION.


JS10: :41