UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                            :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION        :   SECTION: L
                                                        :
                                                        :   JUDGE FALLON
                                                        :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *John Stafisz*, 06-7115

## ORDER

The Court is in receipt of the attached correspondence from John Stafisz.  IT IS ORDERED that the attached documents be filed into the record.  The Court does not order that any action be taken at this time.

New Orleans, Louisiana, this 7th day of October, 2010.

                                          UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman                                         John Stafisz
Plaintiff's Liaison Counsel                             331 Fountainview Cr.
Herman, Herman Katz & Cotlar, LLP                       Oldsmar, FL 34677
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann                                    Vioxx Pro Se Curator
Stone Pigman Walter Wittmann, LLC                       400 Poydras Street
546 Carondelet Street                                   Suite 2450
New Orleans, LA 70130                                   New Orleans, LA 70130