

# Fax Transmission

**TO:** Mr. Joe Escandon - Law Clerk for Judge Fallon

**FAX NUMBER:** 1-504-589-6966

**SENDER'S PHONE:** 813-475-5772   **FAX:** The same as Phone No. 813-475-5772

**FROM:** John J. Statizc   **DATE:** 10-6-10   **# OF PAGES:** 16

INCLUDES COVER SHEET

Please Forward The following Documents To Judge Fallon, I have been Lead to believe, My case will be dismissed - By Judge Fallon Because of Lack of prosecution. Also Note I have Received Via Fax Lists of Attorneys within only 5 days before status conference Oct 7, 2010, at 9:00AM. Please help me Mr. Escandon.

God bless you and your Family

Truly yours

John J. Staffig

Date 10-6-10

Att. Mellinda Kenny 10-5-2010
2:10 PM 3 Page Fax
From John Stafisz
Urgent

## ATTORNEYS AT LAW
## JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

611 RIVER HIGHLANDS BOULEVARD, SUITE B
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 871-9983
FACSIMILE (985) 893-0875

## FACSIMILE COVER SHEET

DATE: 10-4-10

FILE NO.: 600-005

FILE NAME: VIOXX

TO: JOHN STAFISZ

FAX#: 813-475-5772  Also Home No.

FROM: JEANNETTE McCURNIN

Re:

# OF PAGES: 3 (including cover sheet)

MESSAGE:

The information contained in this facsimile message is PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copying of this communication is prohibited.

If you have received this communication in error, please notify us immediately by telephone (504) 581-2606, and return the original message to us by mail at the address indicated above.

# MORGAN & MORGAN®

## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-6402

October 6, 2010

Mr. John J. Stafisz (873448)
331 Fountainview Circle
Oldsmar, FL 34677
VIA FAX 813-475-5772
And US Mail

RE: Potential Vioxx case regarding John Stafisz

Dear Mr. Stafisz:

Thank you for contacting Morgan & Morgan, P.A. in regard to your potential vioxx claim. As discussed with Melinda, my paralegal, I am unable to represent you in this matter as my office was only contacted yesterday, October 5, 2010 and there is no way that I can possible review of even consider taking your case in such a small amount of time.

Thank you for giving us the opportunity to consider this matter for representation. Although I cannot handle this claim, I hope that you will again consider this firm if you should need representation on any bodily injury damage claim in the future.

Sincerely,

Russell E. Artille, Esquire
Signed in absence to prevent delay

REA/mk

www.forthepeople.com

JACKSON, MS (601) 949-3388 • DAVIE (954) 318-0268 • ST. PETERSBURG (727) 490-2001 • TAVARES (352) 253-2700 • FT. MYERS (239) 433-6880 • ORLANDO (407) 420-1414 • KISSIMMEE (407) 452-6990 • TAMPA (813) 223-5505 • ATLANTA (404) 965-8811 • JACKSONVILLE (904) 398-2722 • MEMPHIS (901) 217-7000

ATTORNEYS AT LAW
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

611 RIVER HIGHLANDS BOULEVARD, SUITE B
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 871-9983
FACSIMILE (985) 893-0875

Sender's e-mail:
jmc@ahhelaw.com

October 4, 2010

*Via Facsimile*

Mr John Stafisz
331 Fountainview Circle
Oldsmar, FL 34677

RE: Vioxx Products Liability Litigation
MDL 1657

Dear Mr. Stafisz:

Pursuant to our telephone conversation of October 4, 2010, please find enclosed herewith a list of personal injury attorneys in the Tampa, Florida area. As I have explained to you in the past, this list was provided to the Pro Se Curator by the Plaintiffs' Liaison Committee.

As per your request, I am confirming that this office sent you on December 10, 2009, via Federal Express and again on December 22, 2009, via Federal Express, a letter with a list of Tampa area attorneys. According to you, your mail is not always delivered to your house promptly and sometimes not at all. You only brought this fact, and the fact that you did not receive either of the aforementioned letters, to our attention on September 30, 2010.

Sincerely yours,

Jeannette McCurnin
Paralegal

/jmc
cc: Robert M. Johnston
Ira Rosenzweig

## PERSONAL INJURY ATTORNEYS IN TAMPA, FLORIDA

John Newcomer
James, Hoyer, Newcomer & Smiljanich, P.A.
One Urban Centre, Ste. 550
4839 West Kennedy Blvd.
Tampa, FLA 33609
**TOLL FREE: (800) 651-2502, (800) 634-0877**
(813) 286-4174 [F]

Don Greiwe
Alley, Clark, & Greiwe
Post Office Box 3127
Tampa, FL 33601
**TOLL FREE: (800) 840-0977**
(813) 224-0373 [F]

Russell E. Artille
Morgan and Morgan, PA
One Tampa City Center
201 N. Franklin St., 7th Floor
Tampa, FL 33602
**TOLL FREE: (877) 667-4265**

*[handwritten: 813-223-5505 Kenna / Para Mallinde + Kenna / Fax 813-223-5402]*

portions of a corrected declaration of Mark D. Fishcher, and for a preliminary injunction imposing a constructive trust and prohibiting distribution of identified settlement funds. The law firms identified in the motion filed an opposition to the corrected motion. The matter was heard by the Court immediately following the monthly status conference on August 26, 2010. The motion has been taken under advisement by the Court.

XIV. APPEALS

Certain appeals from dismissals with prejudice for noncompliance with PTOs 28 and 29 are pending before the United States Court of Appeals for the Fifth Circuit, including the *Dier* and *Nobile* cases. A motion to consolidate those appeals was denied by the court. The court has advised that oral argument in the *Dier* case is tentatively scheduled for the week of June 7, 2010. On July 16, 2010, the Court issued a *per curiam* decision affirming the district court's ruling dismissing claims with prejudice for failure to comply with Pre-Trial Order No. 28. On August 19, 2010, the Court denied appellants' petition for rehearing and/or rehearing en banc.

XVII. MERCK'S MOTION TO DISMISS FOR FAILURE TO PROSECUTE

On June 29, 2010, Merck filed a Motion, Rule and Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute in the *LaDonna King* matter. A separate order addressing this matter will follow.

XXII. NEXT STATUS CONFERENCE

The next monthly status conference will be held on Thursday, October 7, 2010, at 9:00 a.m., central time. This conference will be held in the courtroom of Judge Eldon E. Fallon, Room C-468. Any interested persons unable to attend in person may listen in via telephone by dialing (800) 707-9573. The participant access code is 169981.

providing updated plaintiff profile forms, medical records, and a case-specific expert report, until June 3, 2010. If plaintiff fails to fully comply with Pre-Trial Order No. 43 by June 3, 2010, her case will be dismissed with prejudice without further notice. In the interim, the Court intends to hold a conference with liaison counsel, the pro se curator, and certain pro se plaintiffs, including Ms. Baum, during which the Court will emphasis the requirements and deadlines of Pre-Trial Order No. 43.

IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to plaintiff John Stafisz who has complied with Pre-Trial Order No. 43.

NEW ORLEANS, LOUISIANA, this 20th day of May, 2010.

*Note*

Sec. to Judge Fallon
1-504-589-7545
Same day
8-31-10 12:01
Jennette McCurin
1-504-561-2793

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1-877-336-1839
4227405

participate
security
code

72710#
Tuesday July 27
10:00 AM

2

Fax

Jennart McCurnin No.
/504-561-7299
Att Robert

# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ATTORNEYS AT LAW

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

| 400 POYDRAS STREET, SUITE 2450 | 611 RIVER HIGHLANDS BOULEVARD, SUITE B |
| NEW ORLEANS, LOUISIANA 70130 | COVINGTON, LOUISIANA 70433 |
| TELEPHONE (504) 561-7759 | TELEPHONE (985) 871-9983 |
| FACSIMILE (504) 525-1488 | FACSIMILE (985) 893-0875 |

## FACSIMILE COVER SHEET

DATE: 9-30-10            FILE NO.: 600-005

FILE NAME: VIOXX

TO: JOHN STAFISZ

FAX#: 813-475-5772

FROM: JEANNETTE McCURNIN

Re: _____

# OF PAGES: 9 (including cover sheet)

MESSAGE:

The information contained in this facsimile message is PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named as recipient. If the reader is not the intended recipient, be hereby notified that any dissemination, distribution or copying of this communication is prohibited.

If you have received this communication in error, please notify us immediately by telephone (504) 581-2606, and return the original message to us by mail at the address indicated above.

ATTORNEYS AT LAW
# JOHNSTON, HOEFER, HOLWADEL & ELDRIDGE

ADAMS, HOEFER, HOLWADEL & ELDRIDGE, L.L.C.
ROBERT M. JOHNSTON, OF COUNSEL

400 POYDRAS STREET, SUITE 2450
NEW ORLEANS, LOUISIANA 70130
TELEPHONE (504) 561-7799
FACSIMILE (504) 525-1488

611 RIVER HIGHLANDS BOULEVARD, SUITE B
COVINGTON, LOUISIANA 70433
TELEPHONE (985) 871-9983
FACSIMILE (985) 893-0875

Sender's e-mail:
jmc@ahhelaw.com

September 30, 2010

**Via Facsimile**

Mr John Stafisz
331 Fountainview Circle
Oldsmar, FL 34677

    RE:    Vioxx Products Liability Litigation
             MDL 1657

Dear Mr. Stafisz:

    Pursuant to our telephone conversation of September 24, 2010, please find enclosed herewith a list of personal injury attorneys in the New Orleans, Louisiana area. As I have explained to you in the past, this list was provided to the Pro Se Curator by the Plaintiffs' Liaison Committee.

    As per your request, I am confirming that this office sent you on December 10, 2009 a letter with a list of Tampa area attorneys. According to you, your mail is not always delivered to your house promptly and sometimes not at all.

*[handwritten: Please note →]*

Sincerely yours,

Jeannette McCurnin
Paralegal

/jmc
cc: Robert M. Johnston
     Ira Rosenzweig

# NEW ORLEANS AREA
# PERSONAL INJURY ATTORNEYS

1. Frank J. D'Amico, Jr., APLC
622 Baronne St.
New Orleans, LA 70113
(504) 525-9522 (fax)
(504) 525-9561 (phone)

Harrell & Nowak, L.L.C.
650 Poydras St., Ste. 2107
New Orleans, LA 70130
(504) 528-3131 (fax)
(504) 522-7885 (phone)

Law Offices of H. Edward Sherman
1010 Common Street, Suite 1750
New Orleans, LA 70112
(504) 587-7100

Connick & Connick LLC
2557 Metairie Road
Metairie, LA 70001
(504) 838-8777

Kanner & Whitley
701 Camp Street
New Orleans, LA 70130
(504) 524-5763 (fax)
(504) 524-5777 (phone)

Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 561-6024 (fax)
(504) 581-4892 (phone)

Murray Law Firm
909 Poydras St., Ste. 2550
New Orleans, LA 70112
(504) 584-6249 (fax)
(504) 525-8100 (phone)

Liska, Exnicios & Nungesser
6485 Jefferson Highway #B
New Orleans, LA 70123
(504) 737-3727 (phone)

Jones, Swanson, Huddleson & Garrison, LLC
601 Poydras St., Ste. 2655
New Orleans, LA 70130
(800) 998-6942 (toll free)
(504) 523-2500 (phone)
(504) 523-2508 (fax)

Gertler Gertler Vincent & Plotkin
129 Carondelet St.
New Orleans, LA 70130
(504) 581-6411 (phone)
(877) 581-6411 (toll free)
(504) 581-6568 (fax)

Gainsburgh, Benjamin, David, Meunier & Warshauer
1100 Poydras Street, Suite 2800
New Orleans, LA 70163
(504) 522-2304

Jim S Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70002
(504) 832-1799 (fax)
(504) 832-3000 (phone)

Irpino Law Firm
365 Canal St., 22nd floor
New Orleans, LA 70130
(504) 525-1501 (fax)
(504) 525-1500 (phone)

Smith Stag, L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9601 (fax)
(504) 593-9600 (phone)

Kahn Gauthier Swick
650 Poydras St., Ste. 2150
New Orleans, LA 70130
(504) 455-1498 (fax)
(504) 455-1400 (phone)

Gaudin and Longoria
858 Camp Street
New Orleans, LA 70130
(504) 529-8941 (fax)
(504) 524-7727 (phone)

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA 70130
(504) 529-7664 (fax)
(504) 529-7662 (phone)

Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113
(800) 966-1335 (toll free)

Leger & Shaw
600 Carondelet St. 9th floor
New Orleans, LA 70130
(800) 523-5887 (toll free)
(504) 588-9980 (fax)
(504) 588-9043 (phone)

Vernon Thomas Law Firm
1524 N. Claiborne Ave
New Orleans, LA 70116
(504) 945-6910 (fax)
(504) 944-9703 (phone)

Simon, Peragine, Smith & Redfearn
1100 Poydras St., 30th floor
New Orleans, LA 70163
(504) 569-2999 (fax)
(504) 569-2030 (phone)

Dugan & Browne
650 Poydras St., Ste. 2150
New Orleans, LA 70130
(504) 648-0181 (fax)
(504) 648-0180 (phone)

Barker, Boudreaux, Lamy & Foley
210 Baronne St., Ste. 1122
New Orleans, LA 70112
(504) 586-9410 (fax)
(504) 586-9395 (phone)

Law Office of J.W. Harang
3500 N. Hullen St.
Metairie, LA 70002
(504) 456-6841 (fax)
(504) 456-8658 (phone)

Frank Dudenhefer Jr. LLC
416 Gravier Street
New Orleans, LA 70130
(504) 586-0000

Martzell & Bickford A.P.C.
338 Lafayette St.
New Orleans, LA 70130
(504) 581-7635 (fax)
(504) 581-9065 (phone)

Bencomo & Associates
Entergy Corp. Bldg.
639 Loyola Ave. Suite 2110
New Orleans, LA 70113
(504) 529-2018 (fax)
(504) 529-2929 (phone)

The Andry Law Firm, L.L.C.
610 Baronne St.
New Orleans, LA 70113
(504) 586-8933 (fax)
(504) 586-8899 (phone)

Allan Berger and Associates
4173 Canal Street
New Orleans, LA 70119
(504) 483-8130 (fax)
(504) 486-9481 (phone)

Deborah M. Sulzer LLC
650 Poydras St., Ste. 2635
New Orleans, LA 70130
(504) 410-9937 (fax)
(504) 299-3380 (phone)

Gauthier, Houghtaling & Williams
3500 North Hullen Street
New Orleans, LA 70002
(504) 456-8624 (fax)
(504) 456-8600 (phone)

Sutton Law Firm
610 Baronne St.
New Orleans, LA 70113
(504) 585-1789

Barrios, Kingsdorf & Casteix
701 Poydras Street, Suite 3650
New Orleans, LA 70130
(504) 524-3313
(504) 524-3300

Charles E. Lavis Jr. APLC
700 Camp St #435
New Orleans, LA 70130
(504) 558-9151

Jeffrey T. Greenberg, APLC
421 Frenchmen Street
New Orleans, LA 70116
(504) 944-8855

Law Office of Wayne W. Yuspeh
300 West Esplanade Ave., Ste. 301
Metairie, LA 70002
(504) 831-9474 (fax)
(504) 833-2166 (phone)

Law Offices of Roy F. Amedee
228 St. Charles Ave., Ste. 801
New Orleans, LA 70130
(504) 592-3222

Willis & Buckley
3723 Canal St.
New Orleans, LA 70119
(504) 488-6301 (phone)
(504) 488-6302 (fax)

Law Office of Peter D. Derbes
3914 Canal Street
New Orleans, LA 70119
(504) 486-5006

Godwin & Manning
10001 Lake Forest Blvd.
Suite 900
New Orleans, LA 70127
(504) 245-3911

Archie Tatford
228 St. Charles Ave., Ste. 1100
New Orleans, LA 70130
(504) 581-7137

Silvestri & Massicot
3914 Canal Street
New Orleans, LA 70119
(504) 482-3400

Hebbler & Giordano, LLC
3636 S. I-10 Service Road West, Ste. 300
Metairie, LA 70001
(504) 833-8007 (phone)
(504) 833-2866 (fax)

Law Offices of J. Ronald Denman
P.O. Box 6123
New Orleans, LA 70174
(504) 392-7279
(504) 394-4122

Usry, Weeks & Matthews
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(504) 592-4600

Capitelli & Wicker
1100 Poydras St., Ste. 2950
New Orleans, LA 70163
(504) 582-2422
(504) 582-2425

Bonnie L. Zakotnik
4501 Canal Street
New Orleans, LA 70119
(504) 486-6015 (phone)

47 Attorneys

Last Update: August 3, 2010