UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Dorothy Griffin*

## ORDER

The Court is in receipt of the attached correspondence from Dorothy Griffin. IT IS ORDERED that the attached correspondence be filed into the record.

New Orleans, Louisiana, this 7th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman  
Plaintiff's Liaison Counsel  
Herman, Herman Katz & Cotlar, LLP  
820 O'Keefe Ave.  
New Orleans, LA 70113  

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

Dorothy Griffin  
308 Anderson Street  
New Boston, TX 75570  

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130  

1