Case 2:05-md-01657-EEF-DEK   Document 53489-1   Filed 10/07/10   Page 1 of 4

OCT - 1 2010

Sept. 28th
2010

Dear Judge Fallon,

Just a few lines to thank you once again for all your help. I would like to know if its anything that can be done to make Celadon Trucking Co. & Captial Metro Transit pay me for my injuries & Lost wadges? I sure do hate that Merk was able to get away with all this, I'll got to live with this for the rest of my life. Isaiah Chapter 10, Verse 1-3. "Woe to those who are enacting harful regulations" and those who, constantly writting have written out sheer trouble, 2 in Order to push away the lowly ones from a legal case and to wrest away Justice from the afficted ones of my people, for the widows to become their spoil, and that they may plunder even the fatherless boys. 3 And what will you men do at day of being given attention' and at the ruin, when it comes from far away? Toward whom will you flee for assistance, and where will you leave your glory! This is referring to me asking Jehovah God "What Went Wrong with my legal case and "Why this happen to me? This was the answer he gave me by flipping the pages until God told me to stop & read. It's nothing referring to you Judge Fallon, you are a very good Man & Judge. I know that you are from Jehovah God up above. Thank you

Case # 10-873 - MDL # 1657          Dorothy A. Griffin.

P.S. I did not have a doctor or an attorney to help me.

RECEIVED
OCT - 1 2010
U.S. [stamp]

Eldon E. Fallon
U.S. District Judge
500 Poydras Street
New Orleans, LA. 70130

August 24th 2010

(This is the letter that I wrote before I got the letter from you saying my case was closed.)

I am writing this letter in regards to Merk answer to my Law Suit. I know & Merk knows that their medication Vioxx messed me up for life... So I won't comment on all those bad remarks on their answer... The way I see it, I wouldn't hurt no one in this whole wide world... I love every one, even Merk too, they must be talking about themselves. "Please", don't let them dismiss my claim without paying. I'll try to get an attorney over & over again... every time they talk to Miss Diann Bates... Well they wouldn't help me. I don't know what else to do. Judge Fallon I know that you are not like them. you are more than a U.S. District Judge, you are one of Jehovah God chosen ones... I really do believe that. you are also Higher up than they are. I know you will do the right thing. I also know that you have lot's of other cases besides mine, you only can do so much. I want to thank you very very much for every thing, and Judge Knowles, III, the pro-sec, and the Liaison Counsel too from the bottom of my heart. Here is a copy of Merk answer.

Thank you
Dorothy A. Griffin
Case # 10-0873
MDL # 1657

P.S. Merk also sent their answer months later, I had to call before I heard from them. They also has my address too, but they sent it to my old address in TX, It was forward to me. It's one thing that I do agree on is the jobs I worked on, they are part responsable too, so they should be made to pay also.



I could never thank you enough for all you have done to help me... All I can do is try. You can only do so much. May Jehovah God be with you and bless you all the days of your life.

To: Eldon E. Fallon
U.S. District Judge

...and the smile that you put on my face.

Thanks

From: Dorothy A. Griffin
Case # 10-873
MDL # 1657

