# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® | *    MDL Docket No. 1657 |
| **Product Liability Litigation** | * |
| | *    **SECTION L** |
| This document relates to: | * |
| | * |
| *Euges Adams, et al.* | *    **JUDGE FALLON** |
| *v.* | * |
| *Merck & Co., Inc.* | *    **MAGISTRATE JUDGE KNOWLES** |
| | * |
| *Only with regard to:* | * |
| *Randolph Burzelleri, Jr. and Kay* | * |
| *Burzelleri* | * |
| | * |
| | * |
| *Docket No. 2:05-cv-06274* | * |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Randolph Burzelleri, Jr. and Kay Burzelleri in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of ___October___, 2010.

_(signature)_

DISTRICT JUDGE