UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Albertha Lampe, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:06-cv-00039* | * * | |

**************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Albertha Lampe, individually and on behalf of her deceased husband, Juan Lampe, Sr., Juan Lampe, Jr., Louisa Lampe, Fernando Lampe, Beverly Berkel, Carlos Philip, Jacqueline Richmond, Melville Philip, Oliver Philip, Juliet Gendricks, Cassandra Tumblin, Janos Lampe, and Nataskia Lampe, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE