**MINUTE ENTRY**
**FALLON, J.**
**OCTOBER 7, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held with Judge Eldon E. Fallon. Counsel for Merck and Counsel for various Government Action Plaintiffs participated. At the conference, the parties discussed the progress of discovery.

1

JS10(00:25)