UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PRE-TRIAL ORDER NO. 23(C)**
*(Re-dating of authorizations by Merck's Records Vendor)*

To avoid the administrative costs and related burdens incurred by the parties in seeking new Authorizations for the release of medical and other records ("Authorizations"),

**IT IS HEREBY ORDERED:**

1. Hereafter, all Authorizations that are provided by Plaintiffs to Merck shall be left undated. For those Authorizations that have been provided prior to the date of this Order or are provided hereafter to Merck and are undated, Merck's records vendor(s) is hereby authorized to date those Authorizations to the date they are being sent to the healthcare providers and other entities that require Authorizations, so long at the date affixed is not later than March 31, 2011.

2. With respect to Authorizations that have been provided prior to the date of this Order or are provided hereafter by Plaintiffs to Merck and are dated, Merck's record vendor(s) is hereby authorized to re-date those Authorizations to the date they are being sent to the healthcare providers and other entities that require an Authorization, so long as the date affixed is not later than March 31, 2011. Merck's record vendor(s) shall be permitted to "white-out" the date and re-date.

NEW ORLEANS, LOUISIANA, this 12th day of October, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE