|  |  |
|---|---|
| ROBERT DAIGLE and EFFIE DAIGLE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>Case Code No: 1657<br>Docket No: 2:05-cv-06275-EEF-DEK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff, **Natalie Forcia**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Allan Berger
Allan Berger and Associates
4173 Canal St.
New Orleans, LA 70119
504-486-9481
Attorney for Plaintiff

Dated: 11/11/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 9-26-10

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.