# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| *All Plaintiffs on Attached Exhibit A* | * | MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Defendant Merck Sharpe & Dohme Corp.'s Motion to Supplement Orders of Dismissal Pursuant to Pre-Trial Order No. 31 Regarding Derivative Plaintiffs (R.Doc. 51981), came on for hearing on the 7th day of October, 2010. For the reasons orally assigned, the Court hereby enters judgment as follows:

**IT IS ORDERED** that the claims of all derivative plaintiffs listed on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order No. 31.

**NEW ORLEANS, LOUISIANA,** this __8th__ day of October, 2010.

_____
DISTRICT JUDGE

# EXHIBIT A

## Derivative Plaintiffs - PTO 31

## Dismissed With Prejudice

|   | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 1 | Hall, Mary L | Pro Se | Hall, Mary L. v. Merck & Co., Inc. | 2:05-cv-03501-EEF-DEK |
| 2 | Lerma, Jose; Saldivar, Roberto; Villarreal, Pedro; Villarreal, Jose Guadalupe | Pro Se | Lejia, San Juanita Mares v. Merck & Co., Inc. | 2:07-cv-02109-EEF-DEK |
| 3 | Davis, Wilma Jean | Zimmerman Reed LLP | Baudry, Allen v. Merck & Co., Inc. | 2:05-cv-04420-EEF-DEK |
| 4 | Figueroa, Pedro Gomez | Quetglas Law Offices, Lamb Firm LLC, Wood Law Firm | Amadis-Rosario, Gladys v. Merck & Co., Inc. | 2:05-cv-06234-EEF-DEK |
| 5 | Asher, Barbara | Donald G. Smith Law Offices, PLLC | Asher, Barbara v. Merck & Co., Inc | 2:05-cv-06516-EEF-DEK |
| 6 | Janke, Sherry; Creel, Randy; Fagundef, Patricia | Vandermay Law Firm | Janke, Sherry v. Merck & Co., Inc. | 2:05-cv-01245-EEF-DEK |
| 7 | Phalen, Terry; Phalen, Tracy | Provost Umphrey Law Firm; Williams Bailey Law Firm; The Watts Law Firm, LLP; Ranier, Gayle & Elliot, LLC. | Hitch, Tina R. v. Merck & Co., Inc. | 2:06-cv-01058-EEF-DEK |
| 8 | Wilson, Beverly; Wilson Savanah; Hutchins, Dawn; Wilson, Hanna | Pujol & Pryor | Wilson, Beverly v. Merck & Co., Inc. | 2:05-cv-06161-EEF-DEK |
| 9 | Arnold, James B.; Arnold, Michael D. | Cave Law Firm | Arnold, James B. v. Merck & Co., Inc. | 2:05-cv-05342-EEF-DEK |
| 10 | Meehan, Jana | Bartley Goffstein, LLC and Carlson & Carlson, PC | Meehan, Jana v. Merck & Co., Inc. | 2:05 cv-06534-EEF-DEK |

1033481v.1

|    | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|----|----|----|----|----|
| 11 | **Broussard, Rachael; Broussard, Jason** | The Parker Law Firm | Broussard, Norma v. Merck & Co., Inc. | 2:06-cv-01043-EEF-DEK |
| 12 | **Jacobs, Mistianne D.** | Williams Bailey Law Firm, LLP | Byrd, Jerry W. Jr. v. Merck & Co., Inc. | 2:06-cv-10778-EEF-DEK |
| 13 | **Garcia, Marisol** | Cruse, Scott, Henderson & Allen LLP | Schmerber, Frank v. Merck & Co., Inc. | 2:06-cv-11339-EEF-DEK |
| 14 | **Williams, Shea Michael; Williams, Tearsa Marie** | Glenda M. August & Associates | Boyd, Joseph v. Merck & Co., Inc. | 2:05-cv-06042-EEF-DEK |
| 15 | **Erickson, R. Dee** | Robinson & Sheen, LLC | Erickson, R. D. v. Merck & Co., Inc. | 2:05-cv-01166-EEF-DEK |
| 16 | **Harrell, Ruth** | Law Offices of J. Ransdell Keene | Harrell, H.R. v. Merck & Co., Inc. | 2:05-cv-01020-EEF-DEK |
| 17 | **Battaglia, Debbie;** | Pro Se | Rasco, Loma E. v. Merck & Co., Inc. | 2:05-cv-01152-EEF-DEK |
| 18 | **Dooley, Ronald** | Pro Se | Dooley, Ronald v. Merck & Co., Inc. | 2:06-cv-11047-EEF-DEK |
| 19 | **Kilgore, Michael** | Pro Se | Kilgore, Janice v. Merck & Co., Inc. | 2:05-cv-06821-EEF-DEK |
| 20 | **Burks, Ella; Burks, Oscar; Pierce, Nicole; Platt, Zandra; Ross, Christopher; Ross, Phillip** | Pro Se | Burks, Ella v. Merck & Co., Inc. | 2:05-cv-02364-EEF-DEK |
| 21 | **Rogers, Sonja** | Law Offices of J. Ransdell Keene | Harrell, H. R. v. Merck & Co., Inc. | 2:05-cv-1020-EEF-DEK |
| 22 | **Lyons, Wendy** | The Andry Law Firm, LLC | Doyle, Evie et al v. Merck & Co., Inc. | 2:05-cv-04436-EEF-DEK |
| 23 | **Mauricio, Sara** | Elizabeth Burkhardt, Esq. | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |
| 24 | **Meglio, Luca** | Napoli, Bern Ripka, LLP | Meglio, Luca P., Individually and as Representative of the Estate of Sylvia Meglio, deceased v. Merck & Co., Inc. | 2:05-cv-04143-EEF-DEK |
| 25 | **Ellen Melancon** | Law Offices of William Melancon | Melancon, William Lee Sr. et al. v. Merck & Co., Inc. | 2:05-cv-06727-EEF-DEK |

1033481v.1

|  | Derivative Plaintiffs | Plaintiff Counsel | Case Caption | Docket Number |
|---|---|---|---|---|
| 26 | **Menard, Garnett; Menard, Scott; Menard, Mark; Menard, Stacey** | Law Offices of Roy Amedee; Cunard Law Firm | Campisi, Alura et al. v. Merck & Co., Inc. | 2:05-cv-04424-EEF-DEK |
| 27 | **Miller, Billy** | The Masters Law Firm LC | Adkins, Johnny A. et al. v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 28 | **Perez, Teodoro** | Elizabeth Burkhardt, Esq. | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |
| 29 | **Pritt, Mary** | The Masters Law Firm LC | Adkins, Johnny A. et al. v. Merck & Co., Inc. | 2:06-cv-06601-EEF-DEK |
| 30 | **Kuhnke, Elaine** | Hersh & Hersh | Kuhnke, Elaine v. Merck & Co., Inc. | 2:06-cv-05882-EEF-DEK |
| 31 | **Tellez, Rosa Elia; Tellez, Cipriano** | Elizabeth Burkhardt | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |
| 32 | **Trevino, Sofia** | Elizabeth Burkhardt | Schmerber, Frank et al. v. Merck & Co., Inc. et al. | 2:06-cv-11339-EEF-DEK |

1033481v.1