UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibit A* | * | KNOWLES |
| | * | |

*************************************************************************

### ORDER

Defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 13th day of May, 2010.  At that time, the Court deferred the Motion as to the five plaintiffs on the attached Exhibit A and ordered that they be rescheduled for hearing after the Court ruled on pending Motions to Withdraw as Counsel and after expiration of deadlines in any Orders allowing withdrawal of counsel.  The Court subsequently granted the pending Motions to Withdraw as Counsel and the deadlines set forth in the Orders of Withdrawal (attached as Exhibit B, *in globo*, have now expired.  Accordingly,

**IT IS ORDERED** that the plaintiffs on Exhibit A, namely Daisey Grice, Suzie B. Hall, Bill Johnson, Veronica Mayo, and Essie Meadows, show cause on the 18th day of November, 2010, at 9:00 a.m., why their cases should not be dismissed with prejudice for failure to comply with Pre-Trial Order 43.

**IT IS FURTHER ORDERED** that plaintiff file any opposition or response to the motion and serve it on counsel for Merck on or before the 11th day of November, 2010.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of October , 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

|    | *Pro se* Plaintiff Name | Case Caption | Docket Number |
|----|---|---|---|
| 1. | Mayo, Veronica | Bell, Myrtle L. v. Merck & Co., Inc. | 2:05-cv-00546-EEF-DEK |
| 2. | Grice, Daisey | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 3. | Hall, Suzie | Ruffino, Marilyn v. Merck & Co., Inc. | 2:05-cv-05443-EEF-DEK |
| 4. | Johnson, Bill | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |
| 5. | Meadows, Essie | Allen, William E. v. Merck & Co., Inc. | 2:05-cv-04421-EEF-DEK |

1033499v.1



Aug 20 2010
10:45AM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                              :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION    :
                                          :   SECTION: L
                                          :
                                          :   JUDGE FALLON
                                          :   MAG. JUDGE KNOWLES
-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- :

**THIS DOCUMENT RELATES TO:**  *Myrtle L. Bell v. Merck & Co., Inc., et al.*,
No. 05-0546 (as to Veronica Mayo only)

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 41160),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Veronica Mayo.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

EXHIBIT
B
In Globo

M03EA02433



Aug 19 2010
3:47PM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *William Everett Allen, et al. v. Merck & Co., Inc., et al.*, No. 05-4421 (as to Daisey Grice only)

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 41832),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Daisey Grice.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 18th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

M03EA02409

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Marilyn Ruffino, et al. v. Merck & Co., Inc., et al.,*
No. 05-5443 (as to Suzie B. Hall only)

## ORDER GRANTING MOTION TO WITHDRAW
## AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 42754),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Suzie B. Hall.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 20th day of August, 2010.

                                                                          */s/ Eldon E. Fallon*
                                                            UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

THIS DOCUMENT RELATES TO:   *William Everett Allen, et al. v. Merck & Co., Inc., et al.*, No. 05-4421 (as to Essie Bee Meadows and Bill Johnson only)

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD

Considering the foregoing Motion to Withdraw as Counsel of Record (Rec. Doc. 42755),

IT IS ORDERED that the motion IS GRANTED, and all counsel of record are permitted to withdraw from representation of Essie Bee Meadows and Bill Johnson.

IT IS FURTHER ORDERED that counsel shall send notification of this withdrawal to the Plaintiff's last known address, with further instructions that the Plaintiff must either obtain new counsel or contact the Pro Se Curator's Office within 30 days if the Plaintiff wishes to proceed with this suit, or else the case may be dismissed with prejudice. The Pro Se Curator's Office may be contacted by calling (504) 561-7799, or by writing to Robert M. Johnston, VIOXX Pro Se Curator, 400 Poydras St., Suite 2450, New Orleans, LA 70130.

New Orleans, Louisiana, this 20th day of August, 2010.

                                                  */s/ Eldon E. Fallon*
                                                UNITED STATES DISTRICT JUDGE

2

M03F100160