UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * * | |
| *Lydia Martinez, et al.* v. *Merck & Co., Inc.* | * * * * | **JUDGE FALLON** **MAGISTRATE JUDGE KNOWLES** |
| **Only with regard to:** *Seymour Morse and Marian Kanatick* | * * * * | |
| *Docket No. 2:07-cv-04157* | * * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Seymour Morse and Marian Kanatick in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE