UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Kim Young, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Docket No. 2:06-cv-00752 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Kim Young and Michael Young in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE