U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   OCT 1 3 2010
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30248

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

STANLEY BETHEA,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:05-MD-1657

---

Before DAVIS, WIENER, and DENNIS, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). In this products liability case, the plaintiff filed a notice of appeal from an order of the district court denying his motion to amend the complaint.

    Federal appellate courts have jurisdiction over appeals only from: (1) final orders, 28 U.S.C. § 1291; (2) orders that are deemed final due to

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

10-30248

jurisprudential exception or which can be properly certified as final pursuant to Federal Rule of Civil Procedure 54(b); and (3) interlocutory orders that fall into specific classes, 28 U.S.C. § 1292(a), or which can be properly certified for appeal by the district court, 28 U.S.C. § 1292(b). *See Dardar v. Lafourche Realty Co.*, 849 F.2d 955, 957 (5th Cir. 1988); *Save the Bay, Inc. v. U.S. Army*, 639 F.2d 1100, 1102 (5th Cir. 1981) (per curiam). The order denying leave to amend the complaint is not a final judgment or otherwise appealable order. *See Wallace v. County of Comal*, 400 F.3d 284, 291 (5th Cir. 2005). Consequently, the appeal must be dismissed for lack of jurisdiction.

IT IS SO ORDERED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana   06 OCT 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

October 06, 2010

Ms. Loretta Whyte  
U. S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 10-30248, In Re: Vioxx Prod Liability  
        USDC No. 2:05-MD-1657  
        USDC No. 2:05-CV-6775

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _/s/ Dawn D. Victoriano_  
        Dawn D. Victoriano, Deputy Clerk  
        504-310-7717

cc w/encl:  
    Ms. A Elizabeth Balakhani  
    Mr. Stanley Bethea