# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® **Product Liability Litigation** | *  MDL Docket No. 1657 |
| | *  SECTION L |
| This document relates to: | |
| *Margie Patton, et al.* v. *Merck & Co., Inc.* | *  JUDGE FALLON |
| | *  MAGISTRATE JUDGE KNOWLES |
| Only with regard to: *Cheryl Washington* | |
| Docket No. 2:05-cv-06276 | |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Cheryl Washington in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of October, 2010.

_____
DISTRICT JUDGE