IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § § § § § | MDL Docket NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>SPECIAL MASTER JUNEAU |

**MOTION TO ABSTAIN FROM CONSIDERATION OF ATTORNEY FEE LIEN CLAIM, OR IN THE ALTERNATIVE, TO DISMISS OR ABATE THE ATTORNEY FEE LIEN CLAIM**

DAVID MCQUADE LEIBOWITZ, and DAVID MCQUADE LEIBOWITZ, P.C., (hereinafter collectively "Leibowitz") present this Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim presented in this case to Claims Administrator by COUNSEL FINANCIAL SERVICES, L.L.C ("CFS"). As grounds therefore, Leibowitz shows as follows:

1.0.   This is a dispute between Leibowitz, an attorney who represents some plaintiffs in the VIOXX MDL, and CFS, a creditor of Liebowitz who has sent the Claims Administrator a "claim" (the "Attorney Fee Lien Claim"), asserting a right to Leibowitz's attorney fees in the VIOXX MDL. CFS's entitlement to collect *any* money from Leibowitz is currently the subject of the case *Maria Alma Anzaldua, Plaintiff, v. Kmart Corporation, Defendant;* Cause No. C-856-06-G, in the 370th Judicial District Court of Hidalgo County, Texas, which is located in Edinburg, Texas. (the "Texas State Court Case").

2.0.    Leibowitz requests that pursuant to *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800, 817, 96 S. Ct. 1236, 47 L. Ed. 2d 483 (1976) this Court abstain from exercising jurisdiction over CFS's Attorney Fee Lien Claim.

3.0.    If the Court does not abstain, in the alternative, Leibowitz requests that CFS's purported "claim" be treated for what it is, a motion to intervene in the case pursuant to Rule 24 of the Federal Rules of Civil Procedure.  Leibowitz requests that CFS's claims be dismissed as CFS lacks sufficient interest in the subject matter of the suit to intervene.

4.0.    Leibowitz requests that if the Court does not abstain from hearing, or dismiss CFS's Attorney Fee Lien Claim, that the Court abate the case until such time as the Texas State Court Case is resolved.

5.0.    Lastly, DAVID MCQUADE LEIBOWITZ and DAVID MCQUADE LEIBOWITZ, P.C. requests any other relief to which they may show themselves entitled.

>  Respectfully Submitted,
>
>  Law Office of Peter J. Stanton
>  Peter J. Stanton
>  Riverview Towers, Suite. 1350
>  111 Soledad
>  San Antonio, Texas 78205
>
>  By: */S/ PETER J. STANTON*
>  Peter J. Stanton
>  SBN: 19054500
>  Attorney for David McQuade Leibowitz
>  and David McQuade Leibowitz, P.C.

## CERTIFICATE OF SERVICE

I certify that on October 14th, 2010 a true and correct copy of the foregoing was sent by certified mail return receipt to:

Elliott S. Cappuccio
Pullman, Cappuccio, Pullen
& Benson, LLP
2161 NW Military Hwy., Ste. 400
San Antonio, Texas 78216

Special Master, Patrick A. Juneau
Juneau, David, APLC
1018 Harding Street, Ste. 202
Lafayette, Louisiana 70503

                                                */S/ PETER J. STANTON*
                                                PETER J. STANTON