IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL Docket NO. 1657 |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | SPECIAL MASTER JUNEAU |

**NOTICE OF HEARING ON
MOTION TO ABSTAIN FROM CONSIDERATION OF ATTORNEY FEE
LIEN CLAIM, OR IN THE ALTERNATIVE, TO DISMISS OR ABATE THE
ATTORNEY FEE LIEN CLAIM**

Please be advised that the Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim filed in this case will be heard on November 3, 2010 in the Courtroom of the Hon. Judge Eldon E. Fallon at 500 Poydras Street, Room C456, New Orleans, Louisiana at 9:00 O'clock, a.m.

Respectfully Submitted,

Law Office of Peter J. Stanton
Peter J. Stanton
Riverview Towers, Suite. 1350
111 Soledad
San Antonio, Texas 78205

By: */S/*
Peter J. Stanton
SBN: 19054500
Attorney for David McQuade Leibowitz
and David McQuade Leibowitz, P.C.

## CERTIFICATE OF SERVICE

I certify that on October 13th, 2010 a true and correct copy of the foregoing was sent by certified mail return receipt to:

Elliott S. Cappuccio
Pullman, Cappuccio, Pullen
& Benson, LLP
2161 NW Military Hwy., Ste. 400
San Antonio, Texas 78216

Special Master, Patrick A. Juneau
Juneau, David, APLC
1018 Harding Street, Ste. 202
Lafayette, Louisiana 70503


PETER J. STANTON