UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:   *Dorothy Griffin*

## ORDER

The Court is in receipt of the attached correspondence from Dorothy Griffin. IT IS ORDERED that the attached correspondence be filed into the record.

New Orleans, Louisiana, this 13th day of October, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to serve:
  Mr. Russ Herman
  Plaintiff's Liaison Counsel
  Herman, Herman Katz & Cotlar, LLP
  820 O'Keefe Ave.
  New Orleans, LA 70113

  Mr. Phillip Wittmann
  Stone Pigman Walter Wittmann, LLC
  546 Carondelet Street
  New Orleans, LA 70130

  Dorothy Griffin
  308 Anderson Street
  New Boston, TX 75570

  Vioxx Pro Se Curator
  400 Poydras Street
  Suite 2450
  New Orleans, LA 70130

1