

you are still
one of the most
evil, wicked
men on Earth.
But even after
Jesus Christ
you will
always be in
my prayers as long
as the days of
my life. you
are not a judge
you are more
just a Lord
you are one of
been ones of
God that you
are not like them
so glad that
My Jehovah God
is with you always
In Jesus Name -
Amen.

To: Judge E. Fallon

EVEN THOUGH
YOU DIDN'T HAVE TO DO IT,
YOU DID IT ANYWAY.
AND IT WAS
MUCH APPRECIATED.

Thank you

Dorothy A. Griffin

RECEIVED
OCT - 7 2010
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

