UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Gene Weeks v. Merck & Co., Inc., 05-cv-4578*

## ORDER

The Court has received Plaintiff's Attorney Ronald R. Benjamin's Order to Show Cause Why the Special Master's June 14, 2010 Scheduling Order Should Not Be Amended and Immediately Stayed or Adjourned (Rec. Doc. 53477). Mr. Benjamin requests that the Court stay a scheduled October 19, 2010 hearing in this attorney lien dispute and amend Special Master Patrick Juneau's scheduling order to set a briefing schedule on Mr. Benjamin's motion for summary judgment (Rec. Doc. 49974).

The Court previously issued Pretrial Order 47A concerning disputed attorney fee liens and appointed Special Master Juneau to evaluate those disputed liens and issue a report and recommendation to the Court (Rec. Doc. 49974). Pursuant to that appointment the Court referred Mr. Benjamin's motion for summary judgment to the Special Master with the instruction that he "take all appropriate steps to address the disputed lien." (Rec. Doc. 50995). The Court finds no reason to interfere with the Special Master's handling of this attorney lien dispute. Accordingly, Mr. Benjamin's Order is DENIED. To the extent that the Special Master has not already considered Maria Tejedor's Motion to Strike Pleadings (Rec. Doc. 52083), IT IS ORDERED that said Motion is also referred to the Special Master, who shall take all appropriate

1

steps to address the disputed lien and issue a report and recommendation to the Court.

New Orleans, Louisiana, this 14th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE