UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657<br>SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Marie Allen, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * * | Civil Action No. 06-02220 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to:*<br>*Joan Carmen and Weskey Carmen* | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff Joan Carmen and Plaintiff Weskey Carmen against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| LAW OFFICES OF<br>CELLINO & BARNES, P.C.<br><br>By: _____<br>Brian A. Goldstein<br>2500 Main Place Tower<br>350 Main Street<br>Buffalo, New York 14202<br><br>Phone: 716-854-2020<br><br>*Counsel for Plaintiffs Listed in Caption Above*<br><br>Dated: 10/14/10 | STONE PIGMAN WALTHER<br>WITTMANN, L.L.C.<br><br>By: _____<br>Phillip A. Wittmann, 13625<br>Dorothy H. Wimberly, 18509<br>Stone Pigman Walther Wittmann, L.L.C.<br>546 Carondelet St.<br>New Orleans, LA 70130<br>Phone: 504-581-3200<br><br>*Counsel for Defendant Merck & Co., Inc.*<br><br>Dated: 10/15/10 |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of October, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel