# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX®** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **SECTION L** |
| | * | |
| **This document relates to** | * | **JUDGE FALLON** |
| | * | |
| **Marie Allen, et al.** | * | **MAGISTRATE JUDGE** |
| | * | **KNOWLES** |
| Plaintiffs, | * | |
| **v.** | * | **Civil Action No. 06-02220** |
| | * | |
| **MERCK & CO., INC., et al.,** | * | |
| | * | |
| Defendants. | * | |
| | * | |
| *Only with regard to:* | * | |
| *Joan Carmen and Weskey Carmen* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Joan Carmen and Plaintiff

Weskey Carmen listed above against Defendant Merck & Co., Inc. and all other named

defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party

to bear its own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____

DISTRICT JUDGE