# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Marie Allen, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * * | Civil Action No. 06-02220 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to:* *Ella Francis Kingsley and John J. Kingsley* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Ella Francis Kingsley and Plaintiff John J. Kingsley listed above against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISANA, this _____ day of _____, 2010.

_____
DISTRICT JUDGE