# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Arthur W. Ballantyne, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, | * | |
| v. | * * | Civil Action No. 06-02195 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to:* *Michael Mayeu and Debra Mayeu* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of Plaintiff Michael Mayeu and Plaintiff Debra Mayeu listed above against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISANA, this _____ day of _____, 2010.

                                                                                                   _____

                                                                                                     DISTRICT JUDGE