UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| **This document relates to:** | * <br> * | |
| *Beth M. Barilleaux* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:05-cv-05976* | * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Beth M. Barilleaux in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of October, 2010.

_____
DISTRICT JUDGE