UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|                                         |   |                        |
|-----------------------------------------|---|------------------------|
|                                         | : | MDL NO. 1657           |
| IN RE: VIOXX                            | : |                        |
|     PRODUCTS LIABILITY LITIGATION       | : | SECTION: L             |
|                                         | : |                        |
|                                         | : | JUDGE FALLON           |
|                                         | : | MAG. JUDGE KNOWLES     |

**************************************************************************

## NOTICE

A hearing on the Second Motion of Barry Hill; Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, PC; Clark, Perdue & List LPA; and Hill, Peterson, Carper, Bee & Deitzler, PLLC, for Special Master to Issue or Recommend an Order Requiring Attorney Avrum Levicoff to Show Cause, is set for 1:00 p.m. on October 27, 2010 at the United States District Courthouse, 500 Poydras Street, Room C-468, New Orleans, Louisiana.

Lafayette, Louisiana, this 18th day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2010, I electronically filed the foregoing Notice with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants. I further certify that I mailed and faxed the foregoing Notice and the notice of electronic filing to the following:

Mr. Avrum Levicoff
Levicoff, Silko & Deemer, P.C.
650 Smithfield Street, Suite 1900
Pittsburgh, PA 15222
(412) 434-5203

Mr. D. Andrew List
Clark, Perdue & List, LPA
471 East Broad Street, Suite 1550
Columbus, OH 43215
(614) 469-1117

Mr. James C. Peterson
Hill, Peterson, Carper, Bee & Deitzler, PLLC
NorthGate Business Park
500 Tracy Way
Charleston, WV 25311
(304) 345-1519

Mr. Sol H. Weiss
Anapol, Schwartz, Weiss, Cohan,
     Feldman & Smalley, P.C.
1710 Spruce Street
Philadelphia, PA 19103
(215) 875-7701

Mr. Barry Hill
Anapol, Schwartz, Weiss, Cohan,
     Feldman & Smalley, P.C.
89 12th Street
Wheeling, WV 26003
(304) 233-4969

Lafayette, Louisiana, this 18th day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com