# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *Claudel Jean Pierre, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-05911* | * | |
| | * | |
| | * | |

**************************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Claudel Jean Pierre and Martha Ramirez in

the above-captioned case be and they hereby are dismissed with prejudice with each party to bear

his or her own costs.

NEW ORLEANS, LOUISIANA, this 18th day of _____October_____, 2010.

_____
DISTRICT JUDGE