# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| ***Jamal A. Bilal v. Merck & Co., Inc., No. 06-02364;*** | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

Matters deferred from defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (R. Doc. 40199) came on for hearing on the 7th day of October, 2010.  Upon notification that Mr. Bilal was not timely served with the applicable pleadings and Order, the parties agreed to defer this matter until the next available hearing date.  Accordingly,

**IT IS ORDERED** that plaintiff Jamal A. Bilal show cause on the 18th day of November, 2010, at 9:00 a.m., why defendant Merck & Co., Inc.'s Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 should not be granted and his case dismissed with prejudice.

1033480v.1

**NEW ORLEANS, LOUISIANA**, this <u>19th</u> day of <u>   October   </u>, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1033480v.1