UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION : SECTION: L
 :
 : JUDGE FALLON
 : MAG. JUDGE KNOWLES

**This document relates to:** *Jamaal Ali Bilal*, 06-2364 & 10-2755

## ORDER

The Court is in receipt of correspondence from Jamaal Ali Bilal. IT IS ORDERED that the attached correspondence be filed into the record as a response to Merck's Fifth Motion, Rule and Incorporated Memorandum to Show Cause Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 (Rec. Doc. 40199), currently noticed for hearing on November 18, 2010 at 9:00 a.m. (Rec. Doc. 54042).

New Orleans, Louisiana, this 20th day of October, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Jamaal Ali Bilal
Desoto County Jail
208 E. Cypress St.
Arcadia, FL 34266

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____