UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Marie Allen, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, v. | * * * | Civil Action No. 06-02220 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to:* *Joan Carmen and Weskey Carmen* | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Joan Carmen and Plaintiff Weskey Carmen listed above against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISANA, this  20th  day of  October , 2010.

_____
DISTRICT JUDGE