UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| Marie Allen, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, v. | * * * | Civil Action No. 06-02220 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to: Ella Francis Kingsley and John J. Kingsley* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL *WITH* PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED, that all claims of the Plaintiff Ella Francis Kingsley and Plaintiff John J. Kingsley listed above against Defendant Merck & Co., Inc. and all other named defendants in the above-styled lawsuit are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISANA, this __20th__ day of __October__, 2010.

_____
DISTRICT JUDGE