UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Rec. Doc. 53883*

## ORDER

The Court has received David McQuade Leibowitz's Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim (Rec. Doc. 53883). The Motion is noticed for hearing on November 3, 2010, which is after an upcoming hearing before the Special Master.

IT IS ORDERED that any hearing before the Special Master related to this dispute is STAYED until further Order of the Court.

New Orleans, Louisiana, this 21st day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

1