UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **IN RE: VIOXX** | : | **MDL NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | **SECTION: L** |
|  | : |  |
|  | : | **JUDGE FALLON** |
|  | : | **MAG. JUDGE KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING ATTORNEY FEES AND EXPENSES DISPUTE OF TEJEDOR-WEEKS/BENJAMIN

Pursuant to PTO 47A and Honorable Eldon E. Fallon's Order of March 18, 2010, Special Master, Patrick A. Juneau, was appointed to evaluate all disputed liens for attorney fees and expenses relating to the Vioxx Settlement Payment. Maria D. Tejedor filed such a claim and the claim was disputed by Gene Weeks and Ronald R. Benjamin. The dispute was referred to Special Master, Patrick A. Juneau.

On June 14, 2010 the Special Master issued a scheduling order (SM 4) and set a hearing for October 19, 2010. The scheduling order provided in part a deadline for the parties to have an in-person meeting to try to amicably resolve the dispute. The Special Master was subsequently advised that the parties were not able to have such a meeting. On September 2, 2010 the Special Master notified Tejedor and Benjamin that the meeting was to take place at 10:00 a.m. on Monday, September 13, 2010 in New Orleans (SM 5). The Special Master was subsequently advised and confirmed that Maria Tejedor appeared for the scheduled meeting, but Ronald R. Benjamin did not. Tejedor spent 8 hours and incurred $495.15 in expenses in appearing for the scheduled meeting.

The scheduling order further provided in part that all parties were to provide the Special Master, no later than September 20, 2010, a binder to include a memorandum, a reply memorandum (if appropriate), all exhibits, condensed transcripts of depositions, contractual agreements,

certification by parties of their in-person meeting and a notarized Affidavit of the attorneys. Maria Tejedor complied and there was no submission by Ronald Benjamin.

The failure of Benjamin to follow the clear requirements of the scheduling order were flagrant abuse of the judicial process and warrant the imposition of sanctions under Rule 11 of the Federal Rules of Civil Procedure.

Benjamin and Tejedor both filed Motions for Summary Judgment. Tejedor also filed a Motion to Strike. These motions were referred to the Special Master for a Report and Recommendation.

On April 22, 2010, Mr. Benjamin filed a Motion to Rescind and Vacate Mr. Weeks' enrollment in the Settlement Program. In a detailed Order and Reasons (SM 3), Judge Fallon denied the plaintiff's Motion to Rescind and Vacate the plaintiff's enrollment in the Settlement Program. Judge Fallon further ordered that the portion of Mr. Week's settlement award to which was entitled should be disbursed to him. This attempt to rescind and vacate had nothing to do with the obtaining of the monetary award.

The hearing was held at the scheduled date and time in New Orleans. Maria Tejedor appeared, testified and introduced evidence into the record. Ronald Benjamin did not appear.

At the hearing, the following exhibits were introduced and accepted into evidence:

    1)    Order of Judge Fallon dated September 3, 2010 (SM 1);

    2)    Order of Judge Fallon dated October 14, 2010 (SM 2);

    3)    Order and Reasons of Judge Fallon dated February 18, 2010 (SM 3);

    4)    Scheduling Order of Special Master dated June 14, 2010 (SM 4);

    5)    Notification letter of Special Master to parties dated September 2, 2010 re:

hearing (SM 5);

6)     Filings of Tejedor pursuant to order re: memorandum, exhibits, affidavit, etc. (Maria 1); and

7)     Letter of Tejedor to Weeks dated January 22, 2010 (Maria 2).

The record and testimony confirms that on March 4, 2005 Gene Weeks entered into a written representation agreement with Maria Tejedor and the law firm of Martinez, Mangland, Diez-Arguelles and Tejedor, P.A. Maria Tejedor continued to represent Mr. Weeks thereafter throughout the Multi-District Litigation process. During the course of that representation, Mr. Weeks elected on November 22, 2007 to participate in the Vioxx Settlement Program and submitted an executed release, along with a stipulation of dismissal. Tejedor continued to work on this matter for Mr. Weeks, at his request, including gathering medical records, retaining experts to review those records, submitting the profile form, contesting awards and filing an appeal. All of these efforts of Tejedor through May of 2009 resulted in a substantial award for Mr. Weeks who has in fact received and accepted the award. There is no evidence whatsoever that any involvement or effort by Ronald Benjamin assisted in the obtaining of the award for Mr. Weeks. The efforts of Maria Tejedor resulted in a monetary award of $286,834.00 to Mr. Weeks.

Accordingly, it is the Report and Recommendation of the Special Master that:

1)     The Motions for Summary Judgment of Tejedor and Benjamin should be denied and referred to the merits;

2)     The Motion to Strike of Tejedor should be denied and referred to the merits;

3)     Ronald Benjamin be sanctioned for his flagrant abuse and disregard of the judicial process as follows:

a)      Pay Maria Tejedor $2,000.00 (8 hours at $250.00 per hour) plus expenses of $495.15, for not appearing at the in-person meeting set for September 13, 2010; and

b)      Pay to Clerk, United States District Court the sum of $5,000.00 in sanctions for his flagrant abuse and disregard of the judicial process.

4)      Maria Tejedor should be awarded attorney fees of $67,556.63 and litigation expenses of $2,945.74.

Lafayette, Louisiana, this 26th day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2010, I electronically filed the foregoing Report and Recommendation with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I mailed and faxed the foregoing Report and Recommendation and the notice of electronic filing to the following:

Ms. Maria D. Tejedor
Diez-Arguelles & Tejedor
505 North Mills Avenue
Orlando, FL 32803
(888) 611-7879

Mr. Ronald R. Benjamin
Law Office of Ronald R. Benjamin
Post Office Box 607
Binghamton, NY 13902
(607) 772-1678

Lafayette, Louisiana, this 26th day of October, 2010.

/s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU, Bar # 07594
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com