UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE VIOXX®** | * | **MDL Docket 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **Section "L"** |
| **THIS DOCUMENT RELATES TO:** | * | **Hon. Eldon E. Fallon** |
| *D. L. Akers, Alvin Crawford, Wayne A. Foret,* | * | |
| *Almus J. Foret, Jr. And Mary Foret Cox,* | * | **Magistrate 3** |
| *Individually and on behalf of Decedent Emma* | * | **Hon. Daniel E. Knowles, III** |
| *Par Foret, Michael Gennusa, M.L. George,* | * | |
| *Emmet Guderian and Gwendolyn Bourg* | * | |
| *Guderian, Thomas Dudley Hixson, Evelyn* | * | |
| *O. McDaniel, Nolan D. Ougel, and Betty* | * | |
| *Weinmunson* | * | |
| *v.* | * | |
| *Merck and Co., Inc.* | * | |
| **Civil Action No. 04-3517** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a), undersigned counsel hereby stipulates

that all claims of plaintiffs, D. L. AKERS, against defendant Merck & Co., Inc. and all other named

. . .

. . .

. . .

defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.


_____
Attorneys for Plaintiff
GERALD E. MEUNIER
Gainsburgh, Benjamin, David, Meunier,
    & Warshauer, L.L.C.
1100 Poydras Street
2800 Energy Centre
New Orleans, LA  70163
504/522-2304

Dated: ____3/26/08____


_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: ____10-4-10____

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th  day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.