LOUISE BROWN,                          )      IN THE UNITED STATES
                                       )      DISTRICT COURT FOR THE
                                       )      EASTERN DISTRICT OF
                      Plaintiff,       )      LOUISIANA
                                       )
                                       )
v.                                     )      CASE NO. 2:06-cv-05569-EEF-DEK
                                       )
                                       )
MERCK & CO., INC.,                     )      STIPULATION OF DISMISSAL
                                       )      WITH PREJUDICE AS TO
                      Defendant.       )      ALL DEFENDANTS
                                       )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that

all claims of plaintiff, **LOUISE BROWN**, against defendant Merck & Co., Inc., also d/b/a

Merck, Sharp and Dohme and d/b/a MSD Sharp & Dohme GMBH, and all other named

defendants be dismissed in their entirety with prejudice, each party to bear its own costs.


_____
Chad M. Tuschman
Williams DeClark Tuschman Co., L.P.A.
500 Toledo Legal Building
416 N. Erie St.
Toledo, OH 43604-6301
(419) 241-7700




Dated: __11/19/08__

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __10-4-10__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th  day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.