Case 2:05-md-01657-EEF-DEK   Document 54278-5   Filed 10/26/10   Page 1 of 1



2 of 3 DOCUMENTS

**DAVID MCQUADE LEIBOWITZ AND DAVID MCQUADE LEIBOWITZ P.C. v. COUNSEL FINANCIAL SERVICES L.L.C.**

10-0358

SUPREME COURT OF TEXAS

*2010 Tex. LEXIS 588*

August 20, 2010, Order Pronounced

**NOTICE:** DECISION WITHOUT PUBLISHED OPINION

**PRIOR HISTORY:** [*1]
From Bexar County; 4th district (*04-09-00079-CV & 04-09-00080-CV, 311 SW3d 45, 02-10-10*).
Counsel Fin. Servs., L.L.C. v. David McQuade Leibowitz, P.C., 311 S.W.3d 45, 2010 Tex. App. LEXIS 922 (Tex. App. San Antonio, 2010)

**OPINION**

PETITION FOR REVIEW DENIED.