

1 of 3 DOCUMENTS

DAVID MCQUADE LEIBOWITZ AND DAVID MCQUADE LEIBOWITZ P.C. v.
COUNSEL FINANCIAL SERVICES L.L.C.

10-0358

SUPREME COURT OF TEXAS

*2010 Tex. LEXIS 778*

October 15, 2010, Order Pronounced

**NOTICE:** DECISION WITHOUT PUBLISHED OPINION

**PRIOR HISTORY:** [*1]
From Bexar County; 4th district (*04-09-00079-CV& 04-09-00080-CV, 311 S.W.3d 45, 02-10-10*).
*Counsel Fin. Servs., L.L.C. v. David McQuade Leibowitz, P.C., 311 S.W.3d 45, 2010 Tex. App. LEXIS 922 (Tex. App. San Antonio, 2010)*

**OPINION**

MOTION FOR REHEARING OF PETITION FOR REVIEW DENIED.