## Page 1

C-856-06-G March 19, 2010 370th

                                                                 1

 1                    REPORTER'S RECORD
                  VOLUME 001 OF 004 VOLUMES
 2
              TRIAL COURT CAUSE NO. C-856-06-G
 3
   MARIA ALMA ANZALDUA          |   IN THE DISTRICT COURT OF
 4                              |
   VS                           |   HIDALGO COUNTY, T E X A S
 5                              |
   KMART CORPORATION            |   370TH JUDICIAL DISTRICT
 6
 7  * * * * * * * * * * * * * * * * * * * * * * * * *
 8              MASTER INDEX OF PROCEEDINGS
 9                   March 19, A.D., 2010
10  * * * * * * * * * * * * * * * * * * * * * * * * *
11
12        On the 19th day of March, A.D., 2010, the foregoing
13  Proceedings came on to be heard outside the presence of a Jury,
14  in the above-entitled and -enumerated cause; and the following
15  proceedings were had before the Honorable Noe Gonzalez, Judge
16  Presiding, held in Edinburg, Hidalgo County, Texas, USA:
17
18        Proceedings reported by COMPUTERIZED INTEGRATED
19  COURTROOM REALTIME, STENOTYPE MACHINE; Reporter's Record
20  produced BY COMPUTER-ASSISTED TRANSCRIPTION.
21
22
                  JESSIE C. SALAZAR, Texas CSR #4286
23       Official Court Reporter - 139th Judicial District Court
                        Hidalgo County Courthouse
24                   100 North Closner, Second Floor
                        Edinburg, Texas  78539 USA
25                           956.318.2260

              JESSIE C. SALAZAR, Texas CSR #4286
      139th Judicial District Court § Hidalgo County, T E X A S

Page 1

## Page 2

C-856-06-G March 19, 2010 370th
                                                                 2

 1                    A P P E A R A N C E S:
 2   HON. PETER J. STANTON
     SBOT NO. 19054500
 3   LAW OFFICES OF PETER J. STANTON
     111 Soledad, Suite 1350
 4   San Antonio, Texas  78205
     Telephone:  210.472.0500
 5   Facsimile:  210.472.0515
 6   HON. DAVID MCQUADE LEIBOWITZ
     SBOT NO. 12179800
 7   LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, P.C.
     6243 IH 10 West, Suite 1000
 8   San Antonio, Texas  78201
     Telephone:  210.225.8787
 9   Facsimile:  210.225.2567
10   HON. FERNANDO G. MANCIAS
     SBOT NO. 12891300
11   LAW OFFICE OF FERNANDO G. MANCIAS, PLLC
     4955 S. Jackson Road
12   Edinburg, Texas  78539
     Telephone:  956.686.0385
13   Facsimile:  956.686.0707
14
          ATTORNEYS FOR DAVID MCQUADE LEIBOWITZ, and
15             DAVID MCQUADE LEIBOWITZ, P.C.
16   HON. LES KATONA, JR.
     SBOT NO. 11106680
17   PLUNKETT & GIBSON, INC.
     70 N.E. Loop 410
18   San Antonio, Texas  78216
     Telephone:  210.734.7092
19   Facsimile:  210.734.0379
20         ATTORNEY FOR KMART CORPORATION
21   HON. LANCE H. "LUKE" BESHARA
     SBOT NO. 24045492
22   PULMAN, CAPPUCCIO, PULLEN & BENSON, LLP
     2161 NW Military Highway, Suite 400
23   San Antonio, Texas  78213
     Telephone:  210.222.9494
24   Facsimile:  210.892.1610
25      ATTORNEY FOR COUNSEL FINANCIAL SERVICES, LLC

              JESSIE C. SALAZAR, Texas CSR #4286
      139th Judicial District Court § Hidalgo County, T E X A S

                                                                 3

 1   A P P E A R A N C E S (Continued)
 2
     HON. LECIA LYNNE CHANEY
 3   SBOT NO. 00785757
Page 2

## Page 3

C-856-06-G March 19, 2010 370th

 4   COLVIN, CHANEY, SAENZ & RODRIGUEZ, LLC
     1201 E. Van Buren Street
 5   Brownsville, Texas  78522
     Telephone:  956.542.7441
 6   Facsimile:  956.
 7     ATTORNEY FOR COUNSEL FINANCIAL SERVICES, LLC
 8   HON. SIDNEY R. MEADOWS
     SBOT NO. 13885800
 9   LAW OFFICE OF SIDNEY R. MEADOWS
     820 Nolana Suite Building C
10   McAllen, Texas  78504-3027
     Telephone:  956.631.5476
11   Facsimile:  956.618.5535
12       ATTORNEY FOR DEFENDANT MARIA ALMA ANZALDUA
13
14
15
16
17
18
19
20
21
22
23
24
25
              JESSIE C. SALAZAR, Texas CSR #4286
      139th Judicial District Court § Hidalgo County, T E X A S

                                                                 4

 1   MARCH 19, 2010
 2   MORNING SESSION
 3              P R O C E E D I N G S
 4        THE COURT:  You may be seated.  Court is going to
 5   call C-856-06-G, ask that you announce for the record who you
Page 3

## Page 4

C-856-06-G March 19, 2010 370th
 6   are and who you represent.  And if you have a business card,
 7   please walk up and hand it to the court reporter.
 8        MR. STANTON:  My name is Peter Stanton, Your
 9   Honor.  I'm here for David Leibowitz.
10        MR. LEIBOWITZ:  David Leibowitz here, Your Honor,
11   for David Leibowitz P.C.  And Fernando Mancias is representing
12   both David Leibowitz and David McQuade Leibowitz P.C.
13        MR. KATONA:  Les Katona present for Kmart
14   Corporation.
15        MS. CHANEY:  Lecia Chaney here for Counsel
16   Financial Services.
17        MR. BESHARA:  Luke Beshara here for Counsel
18   Financial Services as well.
19        MR. MEADOWS:  Your Honor, Sidney Meadows on
20   behalf of Maria Alma Anzaldua.  I have with me a notice of
21   appearance that I filed with me this morning.
22        THE COURT:  Okay.  My understanding from talking
23   to all the parties off the record is that as far as Mr. Katona,
24   you represent Kmart and you're here to -- to, essentially, or
25   hopefully, walk out of here without any problems, just deposit

              JESSIE C. SALAZAR, Texas CSR #4286
      139th Judicial District Court § Hidalgo County, T E X A S
                                                                 5

 1   the money into the registry of the court, or you already have?
 2        MR. KATONA:  No, I have not yet deposited.  I
 3   filed an interpleader, Your Honor, and I'm here today with an
 4   order on that interpleader and $200,000 check interpleader and
 5   order -- interpleader requests that the order provides for the
 6   District Clerk to receive that money into the registry of the
 7   Court and to hold it until further order of the court and
 8   releases Kmart and also severs the claims and causes of action
Page 4

```
         C-856-06-G March 19, 2010 370th
 3  Your Honor. I didn't even think about this. This truncated
 4  hearing. Sure I didn't want to go forward with it today. But
 5  there's been no evidence submitted or tendered of any imminent
 6  harm to come. Mr. Stanton is speculating that we're going to be
 7  intervening in other lawsuits or doing other things in the next
 8  few days. There's no evidence of that. Mr. Leibowitz has
 9  settled a number of cases in the last few weeks that we haven't
10  intervened. I can't make any representation to the Court
11  because I haven't spoken to the client, but I think Mr.
12  Leibowitz can tell you if he'd like that we haven't intervened
13  in every suit that he's been pursuing.
14              He's got some significant money out of it. They
15  haven't shown imminent harm. They slept on their rights. They
16  certainly haven't shown a likelihood of success.
17              We are entitled to collect on our security
18  agreement. We're entitled to contact account debtors, people
19  who owe Leibowitz or Leibowitz firm money. It's permitted as a
20  matter of law pursuant to the UCC.
21              THE COURT: It's my understanding is that you are
22  allowed to do it, but you're allowed to do it with account
23  debtors.
24              MR. BESHARA: Okay.
25              THE COURT: So there's limitations there. The
             JESSIE C. SALAZAR, Texas CSR #4286
         139th Judicial District Court § Hidalgo County, T E X A S
                                                               180

 1  question is whether some of these letters went to people that
 2  weren't account debtors.
 3              MR. BESHARA: Well, we don't have any evidence of
 4  that.
                         Page 165
```

```
         C-856-06-G March 19, 2010 370th
 8  me right now.
 9              THE COURT: Can you get it to me?
10              MR. STANTON: I will be glad to, Your Honor.
11              THE COURT: Can you fax it over to our office as
12  soon as possible?
13              MR. STANTON: I would be glad to.
14              THE COURT: Anything else, folks?
15              MR. BESHARA: Your Honor, one last thing. I do
16  not believe, and we haven't had any testimony on this, but we're
17  talking about temporary relief. A bond has to be set. There's
18  evidence before the Fourth Court of Appeals reverse and render a
19  five million dollar judgment. If he wants to prevent me from
20  enforcing it, albeit he says I can do it here in Hidalgo County,
21  it's still a restraint on -- on my enforcement of the judgment,
22  I'd ask for a five million dollar bond be set in the event the
23  court is inclined to grant injunctive relief.
24              MR. LEIBOWITZ: My response, Your Honor, is
25  there's four hundred and some odd thousand dollars in the Vioxx
             JESSIE C. SALAZAR, Texas CSR #4286
         139th Judicial District Court § Hidalgo County, T E X A S
                                                               182

 1  settlement. There was 500 here in the registry of the Court
 2  that we just released. And what we're asking for is -- is the
 3  relative to the -- to the amount of the judgment that -- that we
 4  feel that minimal bond would be more -- would be more
 5  appropriate and more fitting under the circumstances, we
 6  believe.
 7              THE COURT: What are you asking for in a bond?
 8              MR. BESHARA: The full amount of the judgment
 9  that he's restrained me from collecting except in Hidalgo
                         Page 167
```

```
         C-856-06-G March 19, 2010 370th
 5              MR. LEIBOWITZ: Yes, you do.
 6              MR. BESHARA: We don't know who owes the money
 7  and if a party is represented it's the principle agent
 8  relationship we're entitled to contact the attorney. So I don't
 9  see any issue there. I still don't see the likelihood of
10  success, Your Honor, and it's -- it's fallen apart completely
11  here.
12              We don't have any of this. It's not a likelihood
13  of success, no imminent harm, there's no testimony anything is
14  going to be happening soon or anything of the sort. They slept
15  on their rights. They are not entitled to injunctive relief.
16              MR. STANTON: Your Honor, the testimony from Mr.
17  Leibowitz was he contacted the people in the Ephedra litigation
18  that we don't even owe any money to and they contacted the
19  people on the homeowner's association, a case where there wasn't
20  any money. There were no attorneys fees. They didn't owe Mr.
21  Leibowitz any money; Leibowitz didn't owe them any money.
22              THE COURT: What was all that about?
23              MR. BESHARA: Your Honor, I don't know.
24  Apparently, it was a mistake, but you know, I don't know what --
25  Mr. Leibowitz, there's a five million dollar debt owing to my
             JESSIE C. SALAZAR, Texas CSR #4286
         139th Judicial District Court § Hidalgo County, T E X A S
                                                               181

 1  client that Tom Newton who I know Mr. Leibowitz knows that he
 2  received a letter from us in mistake, you know. That's I don't
 3  even see any damages there. I'm sure it was clarified that this
 4  was a mistake.
 5              MR. STANTON: The -- the other issue, Your Honor,
 6  is declaratory relief is available to declare an offset. I have
 7  a Supreme Court case that I have read, but I don't have it with
                         Page 166
```

```
         C-856-06-G March 19, 2010 370th
10  County. We have a reverse and render judgment from the Fourth
11  Court of Appeals. He doesn't want me to pursue it.
12              MR. STANTON: We have prepared an order, Your
13  Honor, that -- that recites that the $350,000 in the Vioxx
14  litigation would remain in the Vioxx litigation until further
15  orders of this Court, which we believe would -- would serve as
16  adequate security for temporary injunction.
17              THE COURT: Where is that in litigation?
18              MR. STANTON: That's pending in the -- in the MDL
19  litigation for the eastern district of Louisiana.
20              MR. LEIBOWITZ: There's, approximately, $425,000
21  in there, Your Honor.
22              MR. BESHARA: All would need to be here in this
23  court.
24              MR. STANTON: That's under the control of this
25  court, Judge. The only reason that it's still in the registry
             JESSIE C. SALAZAR, Texas CSR #4286
         139th Judicial District Court § Hidalgo County, T E X A S
                                                               183

 1  of that court is that CFS insisted it. If they wanted it over
 2  here, they could get it over here.
 3              MR. LEIBOWITZ: There would have been five
 4  hundred thousand additional dollars but for their conveying to
 5  us that they wouldn't discuss trying to resolve this matter
 6  until we release those funds and nonsuit that case and we
 7  release them and they have those $500,000 which would have been
 8  $900,000, Judge.
 9              MR. BESHARA: The fact remains there's a judgment
10  reverse and render from the Fourth Court of Appeals. If he
11  wants some credit for it, that's fine. A bond must be posted
12  and I would suggest it needs to be an amount equal to the
                         Page 168
```

```
           C-856-06-G March 19, 2010 370th
13  unsatisfied portion of the judgment. They are banding about
14  some numbers. I don't know what they are offhand. But, Your
15  Honor, I only say that in the alternative because we didn't
16  bring up the bond amount. I don't think they are entitled to
17  injunctive relief.
18          If they want to come back and try this thing
19  again in a week or two when Elliott Capuccio is here and I can
20  bring down my witnesses, give it another crack, let's give it a
21  whirl, but today the evidence they put on doesn't support it.
22          MR. LEIBOWITZ: We believe it does, Your Honor.
23  We believe that the bond should be nominal given the potential
24  offsets and credits that we'll be able to establish on trial on
25  the merits.
           JESSIE C. SALAZAR, Texas CSR #4286
       139th Judicial District Court § Hidalgo County, T E X A S
                                                              184

1           THE COURT: I will give you about an hour, about
2  an hour to get to me any other case law you may want me to look
3  at. Fax it to me at 318-2285. 956.318.2285.
4           MR. STANTON: Do you have an E-mail, Judge, where
5  we could send it as well?
6           THE COURT: You could E-mail it to
7  GNZ3@hotmail.com.
8           MR. BESHARA: The number three?
9           THE COURT: GNC3.
10          MR. STANTON: Your Honor, we have prepared a
11  proposed order. Can I tender it to the Court now?
12          THE COURT: You can give it to my staff.
13          MR. STANTON: Okay, Your Honor.
14          THE COURT: And as soon as I can get everything
                           Page 169
```

```
           C-856-06-G March 19, 2010 370th
18  Thank you for your patience. I know it was hard.
19          (off-the-record unrelated discussion was had.)
20          (Proceedings concluded.)
21
22
23
24
25
           JESSIE C. SALAZAR, Texas CSR #4286
       139th Judicial District Court § Hidalgo County, T E X A S
                                                              186

1  THE STATE OF TEXAS     §
2  COUNTY OF HIDALGO      §
3           I, JESSIE C. SALAZAR, official Court Reporter in
4  and for the 139th Judicial District Court, Hidalgo County, State
5  of Texas, do hereby certify that the above and foregoing
6  contains a true and correct transcription of all portions of
7  evidence and other proceedings requested in writing by counsel
8  for the parties to be included in this volume of the Reporter's
9  Record, in the above-styled and numbered cause, all of which
10  occurred in open court or in chambers and were reported by me.
11          I further certify that this Reporter's Record of
12  the proceedings truly and correctly reflects the exhibits, if
13  any, offered by the respective parties.
14          I further certify that the total cost for
15  preparation of this Reporter's Record is $1,110.00 and was paid
16  by LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, P.C.
17          WITNESS MY OFFICIAL HAND this 29th day
18  of March, A.D., 2010.
19
                           Page 171
```

```
           C-856-06-G March 19, 2010 370th
15  and look through all this, I will do it no later than Monday
16  morning. I guess it's Friday already.
17          MR. LEIBOWITZ: Judge, was that 318-2285, sir?
18          THE COURT: 318-2285.
19          MR. LEIBOWITZ: Thank you, Your Honor.
20          THE COURT: E-mail is GNZ3@hotmail.com. I don't
21  have a problem. I will do it no later than Monday morning. I
22  -- I know of no courts, even in New York, that are going to be
23  working tomorrow or Sunday so.
24          MS. CHANEY: "Porque?" Why? You said you know
25  of or you don't know of?
           JESSIE C. SALAZAR, Texas CSR #4286
       139th Judicial District Court § Hidalgo County, T E X A S
                                                              185

1           THE COURT: I don't know of.
2           MS. CHANEY: I thought you said you know of.
3           MR. STANTON: They don't have much to do in
4  Buffalo, Your Honor.
5           THE COURT: Well, got a lot of shoveling to do
6  right now.
7           MR. LEIBOWITZ: Yeah.
8           MR. STANTON: That's true.
9           THE COURT: No, I will do it no later than Monday
10  morning.
11          MR. BESHARA: Your Honor, could I get a copy of
12  your form, your proposed form?
13          MR. STANTON: I will give you one, sure.
14          MR. BESHARA: And Your Honor, I will -- I will
15  E-mail you a form of our motion. I didn't bring an order today.
16          THE COURT: Okay.
17          MR. BESHARA: Your Honor, pleasure to meet you.
                           Page 170
```

```
           C-856-06-G March 19, 2010 370th
20
21
22          JESSIE C. SALAZAR, C.S.R.
            Texas C.S.R. #4286
23          Official Court Reporter, 139th J.D.C.
            Hidalgo County Courthouse
24          Edinburg, Texas, U.S.A.  78539
            Telephone:  956.318.2260
25          C.S.R. Certification No. 4286
            Expires:  December 31, A.D., 2011
           JESSIE C. SALAZAR, Texas CSR #4286
       139th Judicial District Court § Hidalgo County, T E X A S
                           Page 172
```