

## NUMBER 13-10-00200-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| COUNSEL FINANCIAL SERVICES, L.L.C., | Appellant, |
| v. | |
| DAVID MCQUADE LEIBOWITZ, | Appellee. |

On appeal from the 370th District Court
of Hidalgo County, Texas.

## ORDER

### Before Chief Justice Valdez and Justices Benavides and Vela
### Order Per Curiam

On May 10, 2010, appellant herein, Counsel Financial Services, L.L.C., filed a "Motion for Emergency Temporary Relief." The Court, having examined and fully considered the "Motion for Emergency Temporary Relief," is of the opinion that the motion should be granted in part and denied in part. The motion, insofar as it asks for a stay of the March 22, 2010 temporary injunction "in its entirety" is DENIED. The motion, insofar as it asks for a partial stay of this order, is GRANTED and the March 22, 2010 temporary

injunction is STAYED IN PART so that relator can "appear, answer, defend, and protect its rights in the HEB Interpleader Action and any other subsequent actions (whether by interpleader or otherwise) that may arise." This stay, as specified herein, is imposed pending further order of this Court, or until the case is finally decided.

    IT IS SO ORDERED.

                                      PER CURIAM

Delivered and filed the
10th day of May, 2010.

**Exhibit "I," Page 2 of 2**