| | |
|---|---|
| COUNSEL FINANCIAL SERVICES, LLC | * DOCKET NO: 10-8699 L-06 |
| VERSUS | * CIVIL DISTRICT COURT |
| DAVID MCQUADE LEIBOWITZ, P.C., A TEXAS PROFESSIONAL CORP | * ORLEANS PARISH, LOUISIANA |

### JUDGMENT

Considering the foregoing Petition and attachments,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Judgment of the Supreme Court of the State of New York, County of Erie, Index No. I2008-010002, in favor of Counsel Financial Services, LLC and against David McQuade Leibowitz, P.C., a Texas Professional Corporation, a copy of this judgment authenticated by an act of congress and by the State of New York, Erie County, Supreme Court, in accordance with La. R.S. 13:4242 and which is attached to the foregoing Petition, be and it hereby is made EXECUTORY in this Court.

(Sgd.) Kern A. Reese
ORLEANS CIVIL DISTRICT JUDGE

AUG 2 5 2010

A TRUE COPY
[signature]
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS

**Exhibit "K," Page 1 of 9**

## EXEMPLIFIED COPY
State of New York, County of Erie
SUPREME Court

United States of America }
State of New York } ss
County of Erie }

I, Kathleen C. Hochul, Clerk of the County of Erie, and also Clerk of the Supreme Court and County Courts in and for said County, (the said County being Courts of Record) do hereby certify that the above and foregoing is a true and complete certified copy of a judgment in an action entitled:

**PLAINTIFF**

COUNSEL FINANCIAL SERVICES LLC

**VS**
**DEFENDANT**
DAVID MCQUADE LEIBOWITZ PC (A TEXAS CORPORATION
LEIBOWITZ DAVID MCQUADE

Note: Names are shown Last name First name

Erie County Index No   2008010002     or Lower Court Case        on file as   Q     201    4469
and remaining of record in the County Clerk's Office of Erie County.

IN WITNESS WHEREOF, I hereunto set my hand and affixed the seal of said County and Courts, at Buffalo, this 29-July-2010

_____
ERIE COUNTY CLERK

United States of America }
State of New York } ss
County of Erie }

a Justice of the Supreme Court in and for the Eighth Judicial District of the State of New York, and the Presiding Magistrate at a Special Term of Supreme of the Supreme Court, held in and for the County of Erie, in said District, hereby certifies that the above attestation is in due form and by the proper officer.

IN TESTIMONY WHEREOF, I hereunto subscribed my name, at Buffalo, this 4th day of August 2010

_____
JUSTICE OF THE SUPREME COURT

United States of America }
State of New York } ss
County of Erie }

I, Kathleen C. Hochul, Clerk of the said County, and also Clerk of the Supreme Court and County Courts in and for said County, (the said County being Courts of Record) do hereby certify that

**PAULA L. FEROLETO, J.S.C.**

whose name is subscribed to the annexed an foregoing Certificate, was at the time of the signing thereof, and now is a Justice of the Supreme Court of the State of New York, duly elected, commissioned and qualified, and that the signature of the said Justice is genuine; and further that said Justice was the Presiding Magistrate at the Special Tem of the Supreme Court on the date aforesaid.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of the said County and Courts, in Buffalo, this 10th day of August 2010

_____
ERIE COUNTY CLERK




EXHIBIT A

Exhibit "K" Page 2 of 9

COVER SHEET REV 02-14-06



## ERIE COUNTY CLERKS OFFICE
### County Clerk's Recording Page
Return To:

I 2008010002

Party 1:
DAVID MCQUADE LEIBOWITZ PC

Party 2:

Recording Fees:

Book: 201     Page: 4469
Page Count: 6
Doc Type: JUDGMENT ROLL
Rec Date: 11/25/2008
Rec Time: 11:44:51 AM
Control #: 2008238056
User ID: dak
Trans Num: 627212
DEED SEQ:
MTG SEQ:
UCC:
SCAR:
INDEX:

| | |
|---|---|
| Consideration Amount: | $5,506,800.96 |
| BASIC | $0.00 |
| SONYMA | $0.00 |
| ADDL | $0.00 |
| NFTA MT | $0.00 |
| TRANSFER | $0.00 |
| NFTA TT | $0.00 |

Total:     $0.00

STATE OF NEW YORK
ERIE COUNTY CLERK'S OFFICE

WARNING - THIS SHEET CONSTITUTES THE CLERK'S ENDORSEMENT, REQUIRED BY SECTIONS 319&316-a (5) OF THE REAL PROPERTY LAW OF THE STATE OF NEW YORK. DO NOT DETACH. THIS IS NOT A BILL.

Kathleen C. Hochul
County Clerk

At a Special Term of the Supreme Court, held in and for the County of Erie, at the Courthouse at 92 Franklin Street, Buffalo, New York on November 20, 2008

PRESENT: HON. JOHN M. CURRAN, J.S.C.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ERIE

---

COUNSEL FINANCIAL SERVICES, LLC
6400 Main Street
Williamsville, New York 14221,

                    Plaintiff,

vs.

DAVID MCQUADE LEIBOWITZ, P.C.,
a Texas Professional Corporation
2000 Riverview Towers
111 Soledad
San Antonio, Texas 78205,

DAVID MCQUADE LEIBOWITZ
2000 Riverview Towers
111 Soledad
San Antonio, Texas 78205,

                    Defendants.

**ORDER AND JUDGMENT**

Index No.: I2008-010002

---

The Plaintiff, COUNSEL FINANCIAL SERVICES, LLC, having moved by and through its attorneys, for an Order pursuant to CPLR 3213 granting the entry of judgment against the Defendants, DAVID MCQUADE LEIBOWITZ, P.C. and DAVID MCQUADE LEIBOWITZ, ESQ., and for such other, further and different relief as to the Court may be deemed just and proper; and said motion having first come on to be heard before this Court at a Special Term held in and for the County of Erie on November 6, 2008, with Philip B. Abramowitz, Esq. appearing

1

8054
104 — 5 -DK

for the Plaintiff and David McQuade Leibowitz, Esq. appearing by telephone for the defendants, and this Court having granted David McQuade Leibowitz's request for a two week adjournment until November 20, 2008 so that the defendants could submit opposition papers in addition to their unverified "Advisory to the Court" dated November 5, 2008, upon the Court's specific condition that any and all additional opposition papers were required to be filed by November 13, 2008; and the defendants having failed to file any additional opposition papers by the November 13, 2008 due date; and Bruce S. Zeftel, Esq., having been retained by defendants on November 14, 2008; and

This matter having come before the Court on November 20, 2008, with Philip B. Abramowitz, Esq. appearing for Plaintiff and Bruces S. Zeftel, Esq. appearing for defendants.

NOW, upon:

1. Plaintiff's Summons and Notice of Motion for Summary Judgment in Lieu of Complaint dated August 29, 2008, and

2. Affidavits of Philip B. Abramowitz, Esq. and Michael P. Callahan, in support of Plaintiff's Motion for Summary Judgment dated August 29, 2008 with attached exhibits, and

3. Unverified Advisory to the Court dated November 5, 2008, and

4. Statement for Judgment verified by Philip B. Abramowitz, Esq. on November 20, 2008 showing costs and disbursements; it is hereby

ORDERED and ADJUDGED, that Plaintiff's Motion for Summary Judgment in the amount of $5,506,180.96, including interest through November 20, 2008 of $432,255.92 and late fees and returned funds fees of $68,079.59, plus costs allowed by statue of $200, fee for index number of $210, fee for RJI of $95, plus expense for service of summons with notice of $115,

2

totaling $620, for a total sum of $5,506.800.96, against each Defendant, <u>DAVID MCQUADE LEIBOWITZ, P.C.</u> and <u>DAVID MCQUADE LEIBOWITZ, ESQ.</u>, be and hereby is in all respects GRANTED;

AND, IT IS ORDERED, that Judgment in the amount of $5,506.800.96 be entered by the Clerk of the Court in favor of COUNSEL FINANCIAL SERVICES, LLC as against each Defendant DAVID MCQUADE LEIBOWITZ, P.C. and DAVID MCQUADE LEIBOWITZ, ESQ.,

AND, that the Plaintiff, COUNSEL FINANCIAL SERVICES, LLC, have execution therefore.

SO ORDERED:

_____
Hon. John M. Curran, J.S.C.

**GRANTED**

NOV 24 2008

BY _Patricia A. Aiello_
PATRICIA A. AIELLO
COURT CLERK

Judgement Signed and Filed this 25TH Day of NOVEMBER 2008
_Kathleen C. Hochul_ COUNTY CLERK

3

SUPREME COUNT OF THE STATE OF NEW YORK
COUNTY OF ERIE

---

COUNSEL FINANCIAL SERVICES, LLC
6400 Main Street
Williamsville, New York 14221,

       Plaintiff,

vs.

DAVID MCQUADE LEIBOWITZ, P.C.,
a Texas Professional Corporation
2000 Riverview Towers
111 Soledad
San Antonio, Texas 78205,

DAVID MCQUADE LEIBOWITZ
2000 Riverview Towers
111 Soledad
San Antonio, Texas 78205,

       Defendants.

VERIFICATION OF STATEMENT FOR JUDGMENT

An action against a natural person and a corporation based upon non-payment of a contractual obligation.

Index No.: I2008-010002

---

## COSTS AND DISBURSEMENTS

| | |
|---|---:|
| Amount claimed in Summons with Notice | $5,005,845.45 |
| Interest through November 20, 2008 | $ 432,255.92 |
| Late fees and returned funds fees | $ 68,079.59 |
| | $5,506,180.96 |

| | |
|---|---:|
| Costs allowed by Statute | $ 200.00 |
| Service of Summons with Notice | $ 115.00 |
| Fee for Index Number | $ 210.00 |
| Fee for RJI | $ 95.00 |

| | |
|---|---:|
| Taxing Costs | $ 620.00 |
| Total | $5,506,800.96 |

ATTORNEY'S VERIFICATION

STATE OF NEW YORK   )
COUNTY OF ERIE   ) ss.:

The undersigned, an attorney, being duly sworn, deposes and says:
I am admitted to practice in the courts of this state.
That I am General Counsel with COUNSEL FINANCIAL SERVICES, LLC, the attorney of record for the Plaintiff in the above-entitled action; that the foregoing disbursements have been incurred in this action and are reasonable in amount and that copies of documents or papers as charged herein were actually and necessarily obtained for use.

Date:   November 20, 2008

PHILIP B. ABRAMOWITZ

Subscribed to and sworn to before me this 20th day of November, 2008.

Notary Public

SUSAN E. CALVERLEY
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 06/20/20___

Rev. 3/06

# CLERK OF CIVIL DISTRICT COURT COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judges of Civil District Court en banc is authorized for use by the Clerk of Court for the purpose of initiating the civil docket sheet. The plaintiff filing the suit must fill out this form.

**PLAINTIFFS** (Name of first plaintiff listed): Counsel Financial Services, LLC

**DEFENDANTS** (Name of first defendant listed): David McQuade Leibowitz, P.C., A Texas Professional Corporation

**PARISH OF RESIDENCE OF FIRST LISTED PLAINTIFF**: Erie County, New York

**PARISH OF RESIDENCE OF FIRST LISTED DEFENDANT**: Bexar County, Texas

**ATTORNEYS** (Firm Name, Address, & Telephone No.): Lauren P. Davis, Colvin Law Firm, 900 Market Street, Suite 300, Shreveport, LA 71101

**TO BE FILLED IN BY CLERK'S OFFICE**
- CASE NO. _____
- DIVISION _____
- JURY DEMAND _____ (yes or no)

| PROBATE | CONTRACT | SPECIAL PROCEEDING | TORTS-PERSONAL INJURY | STATUS & DOMESTIC |
|---|---|---|---|---|
| 110 Simple Possession (No will) | 210 Open Account | 310 Injunction | 410 Motor Vehicle | 510 Separation |
| 115 Petition to Probate Will (with administration) | 215 Breach of Contract | 315 Declaratory Judgment | 415 Motor Vehicle-Product Liability | 515 Divorce |
| 120 Petition to Probate Will (without administration) | 220 Suit on Note | 320 Judicial Review Zoning | 420 Product Liability-Other | 520 Annulment |
| 125 Petition to Search for Will | 225 Suit on Note with Foreclosure of Chattel Mortgage | 325 Mandamus (non-real estate) | 425 Medical Malpractice | 525 Custody (not filed with separation or divorce) |
| 130 Other | 230 Suit for Earned Wages | 330 Election Suit | 430 Premises (liability for condition) | 530 Disavowment of Paternity |
| | 235 Suit for Accounting | 335 Minor's Settlement | 435 Marine | 535 Suit to Establish Paternity |
| | 240 Other | 340 Concursus | 440 Intentional Tort | 536 Child Support |
| | 245 Hurricane Litigation | 345 Petition for Discovery | 445 Defamation | 540 Name Change |
| | | ✓ 350 Petition for Writ for Sequestration | 450 Other | 545 Emancipation |
| LABOR | IMMOVABLE PROPERTY | ✓ 355 Petition to Make Judgment Executory | 455 Asbestos | 550 Interdiction |
| 610 Joint Petition for Workmen's Compensation | 710 Suit on Note with Foreclosure of Mortgage | 360 Tax Suit | 460 Class Action | 555 Commitment |
| 615 Judicial Review | 720 Suit to Rescind Sale or for Refund of Purchase Price | 365 Petition to Become Notary | | 560 Petition to Appoint Curator |
| 620 Workmen's Compensation | 725 Suit for Specific Performance | 370 Other | | 565 Partition of Community (separate action) |
| 625 Other | 730 Declaratory Judgment | | | 570 Marital Agreement |
| | 735 Rent and/or Eviction | | | 575 Pet. to make Judgment Executory (Domestic) |
| | 740 Expropriation | | | 580 Other |
| | 745 Mandamus to Cancel Mortgage | | | |
| | 750 Other | | | |

Check/Fill in if demanded in complaint:

| Check if this is a CLASS ACTION under _____ | Demand $ |
|---|---|
| RELATED CASE(S) IF ANY | Other |

JUDGE _____
CASE NO. _____

CIVIL CASES ARE DEEMED RELATED IF PENDING CASE INVOLVES:
1. Property included in an earlier numbered pending suit
2. Same issue of fact or grows out of the same transaction

**Exhibit "K," Page 9 of 9**