**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Thursday, July 22, 2010 8:06 AM
**To:** Luke Beshara
**Subject:** RE: Leobowitz

Here are the claim numbers and amounts for the Leibowitz claimants.

**From:** Luke Beshara [mailto:LBeshara@pulmanlaw.com]
**Sent:** Monday, July 12, 2010 4:35 PM
**To:** Jennifer Goodwin
**Subject:** Leobowitz

Luke Beshara
Pulman, Cappuccio, Pullen & Benson, LLP
2161 Northwest Military Highway, Suite 400
San Antonio, Texas 78213
Telephone (210) 892-0428
Facsimile (210) 892-1610

This e-mail and any files or documents accompanying it are intended solely for the identified recipient. This e-mail may contain information that is: (1) subject to the attorney-client privilege; (2) attorney work-product privilege; and/or (3) strictly confidential. If you are not the intended recipient or have received this transmission in error you are requested to: (1) notify the sender to arrange for its immediate return; and (2) delete from your system this e-mail and any files or documents accompanying it. Any disclosure, copying, printing or other dissemination of this e-mail (including any files or documents attached to it) is strictly prohibited

Exhibit A

| Row | VCN | Fee Lien Amount Withheld or to be Withheld |
|---|---|---|
| Summary of Fee Lien Withholdings for Payable Vioxx Claims Submitted by the Law Offices of David McQuade Leibowitz (As of July 21, 2010) | | |
| 1. | 1097854 | $23,700.55 |
| 2. | 1097855 | $1,200.00 |
| 3. | 1097858 | $1,200.00 |
| 4. | 1097859 | $1,600.00 |
| 5. | 1097873 | $26,633.01 |
| 6. | 1097875 | $23,396.18 |
| 7. | 1097876 | $39,478.53 |
| 8. | 1097881 | $14,299.90 |
| 9. | 1097884 | $24,547.42 |
| 10. | 1097887 | $112,795.80 |
| 11. | 1097892 | $16,953.08 |
| 12. | 1097895 | $25,634.19 |
| 13. | 1097899 | $58,626.96 |
| 14. | 1097900 | $27,684.21 |
| 15. | 1097903 | $6,313.95 |
| 16. | 1097904 | $25,862.47 |
| 17. | 1097908 | $20,011.05 |
| 18. | Total | $449,937.30 |