
## Counsel Financial
Loans to Litigators...Just Ask™

May 13, 2009

**VIA OVERNIGHT MAIL and FACSIMILE**

Scott Monroe, Esq.
Senior Counsel
BrownGreer PLC
Vioxx Claims Administrator
P.O. Box 85031
Richmond, Virginia 23285-5031

Re: Counsel Financial Services v. Leibowitz, et al.

Dear Scott,

   This will confirm our conversation of May 13, 2009 that you will honor the lien that Counsel Financial Services has asserted against the attorney fees due to David McQuade Leibowitz, Esq. and/or David McQuaid Leibowitz, P.C. You have advised that you will withhold 32% of all awards to the Leibowitz clients as that percentage represents the maximum legal fees that the Court has stated it would approve.

                                            Very truly yours,

                                            Counsel Financial Services, LLC

                                            Philip B. Abramowitz, Esq.
                                            General Counsel

cc:   Peter J. Stanton, Esq.                VIA OVERNIGHT MAIL
      Law Offices of Peter J. Stanton
      Suite 1350, Riverview Towers
      111 Soledad
      San Antonio, Texas 78205

Counsel Financial Services, LLC · 6400 Main Street, Suite 120 · Williamsville, NY 14221 · (716) 568-0070 · Toll-Free 1-800-820-4430 · Fax (716) 568-0266 · www.counselfin.com