FILED/COPY
AT_____O'CLOCK_____M

CAUSE NO. C-856-06-G

OCT 07 2009

| | | |
|---|---|---|
| MARIA ALMA ANZALDUA | § § § § | IN THE DISTRICT COURT CLERK<br>District Courts, Hidalgo County<br>By_____ (Deputy #34) |
| v. | § § § | 370TH JUDICIAL DISTRICT |
| K-MART CORPORATION | § § | HIDALGO COUNTY, TEXAS |

### ANSWER TO COUNSEL FINANCIAL SERVICES L.L.C.'S PLEA IN INTERVENTION, REQUEST FOR INJUNCTIVE AND DECLARATORY RELIEF, AND ORIGINAL COUNTER-CLAIM FOR DAMAGES

TO THE HONORABLE JUDGE OF SAID COURT:

DAVID MCQUADE LEIBOWITZ and the LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, P.C., (hereinafter collectively, "Leibowitz") file this their Answer to Counsel Financial Services, L.L.C.'s Plea in Intervention, Request for Injunctive and Declaratory Relief and Original Counter-Claim for Damages, by way of response to Counsel Financial Services, L.L.C.'s Plea in Intervention ("the Plea") filed by COUNSEL FINANCIAL SERVICES, L.L.C. ("CFS"). As grounds therefore, Leibowitz shows as follows:

**1.0. INTRODUCTION.**

1.1. Leibowitz is the attorney for the Plaintiff in this case. Leibowitz borrowed case development expenses from CFS. CFS now claims that it is entitled to Leibowitz's share of the settlement reached with K-Mart based either on a foreign default judgment which is not now enforceable under Texas Law, or a Security