UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | October 27, 2010 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE ON BEHALF OF ERIC H. WEINBERG

Now appears Robert E. Arceneaux and Pascal J. Calogero, Jr., who hereby give notice of their appearance in this proceeding on behalf of plaintiffs' attorney Eric H. Weinberg, in connection with Weinberg's claims for common benefit fees pursuant to Paragraph 9.2.4 of the Master Settlement Agreement and the Orders of this Court implementing and enforcing same, including Pre-trial Orders 6C, 6D, 6E, 32 and 49.

_/s/ Robert E. Arceneaux_
_____

| | |
|---|---|
| Robert E. Arceneaux, La Bar No. 01199 | Pascal F. Calogero, Jr., La. Bar No. 03802 |
| ROBERT E. ARCENEAUX LLC | AJUBITA, LEFTWICH & SALZER, L.L.C. |
| 47 Beverly Garden Drive | 1100 Poydras Street |
| Metairie, LA 70001 | New Orleans LA 70163-1950 |
| (504) 833-7533 office | (504) 582-2300 office |
| (504) 833-7612 fax | (504) 582-2310 fax |
| rea7001@cox.net | pcalogero@alsfirm.com |

Attorneys for Eric H. Weinberg

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Ex Parte Motion to Enroll Counsel has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27 day of October, 2010.

*Robert E. Arceneaux*

_____