UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | October 27, 2010 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ERIC WEINBERG, CHRIS PLACITELLA AND COHEN, PLACITELLA AND ROTH'S JOINT MOTION FOR ACCESS TO CERTAIN DOCUMENTS AND THINGS

Now into Court comes Eric H. Weinberg, Esq., and Chris Placitella, Esq., and the firm of Cohen, Placitella and Roth, who hereby request access to the following things, subject to any confidentiality or protective order that the court deems appropriate:

(1) an index of the MDL trial package;

(2) pre-trial orders from each case that was tried as part of the MDL, including a list of all witnesses that testified and the exhibits introduced at trial;

(3) a list of all depositions that the PSC has identified as "common benefit" depositions;

(4) access to all fee submissions made by any attorneys or firms who submitted requests for common benefit fees, including any documentation or exhibits submitted in connection therewith;

(5) access to all time records submitted by attorneys or firms who submitted requests for common benefit fees;

(6) access to all costs records submitted by attorneys or firms who submitted requests for common benefit fees.

(7) transcripts of all of the common benefit fee hearings held before the Fee Allocation committee panels across the country.

In support of this request, movers submit the attached memorandum in support, which is incorporated herein.

Respectfully submitted,

*Robert E. Arceneaux*

_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Access has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27th day of October, 2010.

*Robert E. Arceneaux*

_____