UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | October 27, 2010 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ERIC WEINBERG, CHRIS PLACITELLA AND COHEN, PLACITELLA AND ROTH'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ACCESS TO CERTAIN DOCUMENTS AND THINGS

MAY IT PLEASE THE COURT:

Eric H. Weinberg, Esq., Chris Placitella, Esq., and the firm of Cohen, Placitella and Roth, have filed a request to be granted access to the following things, subject to any confidentiality or protective order that the court deems appropriate:

(1) an index of the MDL trial package;

(2) pre-trial orders from each case that was tried as part of the MDL, including a list of all witnesses that testified and the exhibits introduced at trial;

(3) a list of all depositions that the PSC has identified as "common benefit" depositions;

(4) access to all fee submissions made by any attorneys or firms who submitted requests for common benefit fees, including any documentation or exhibits submitted in connection therewith;

(5) access to all time records submitted by attorneys or firms who submitted requests for common benefit fees;

(6) access to all costs records submitted by attorneys or firms who submitted requests for common benefit fees.

(7) transcripts to all of the common benefit fee hearings held before the Fee Allocation committee panels across the country.

This request was necessitated because these things are not available to them, their being the subject of either confidentiality protection, or are sealed by previous orders of this Court. However, it is believed that the purpose of these orders was not to make things unavailable during the allocation of common benefit fees to their various claimants. Movers seek access to these items strictly for the purpose of analyzing their relative contribution to the common benefit, in order to determine what should be their share of the common benefit fees to be distributed. Indeed, without these items, movers have no way to conduct any such analysis.

Access to these items is ripe. This Court's order fixing the final assessment at 6.5% has now fixed the amount of the fund to be distributed, so it is possible to make a comparative analysis. The movers request is not premature because it is made prior to the Fee Committee's proposed allocation. Regardless of what the Fee Committee recommends, movers are going to ask for, and should be entitled to receive, access to the requested items so that they can determine whether they agree with the Fee Committee recommendation. Without these items, they would be forced to decide, in a vacuum without any useful comparative information, whether they will contest the Fee Committee's proposal. Granting access to these materials now, so that movers and their counsel can familiarize themselves with the information and digest it, does not provide them with anything they will not seek or be entitled to later.  Granting access sooner, rather than later, has the benefit of speeding up the fee allocation process by allowing them to make an informed decision about the forthcoming proposed allocation in a more timely fashion; in fact, it may even help to avoid future litigation about the allocation by allowing the kind of informed discussion that may make the proposed allocation acceptable to all.

Respectfully submitted,

*/s/ Robert E. Arceneaux*

_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Access has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27 day of October, 2010.

*/s/ Robert E. Arceneaux*

_____

- 3 -