U. S. DISTRICT COURT
Eastern District of Louisiana
FILED OCT 25 2010
LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL DOCKET NO. 1657 |
| Products Liability Litigation | : | |
| This Document Relates to: | : | JUDGE FALLON |
| | | MAG. JUDGE KNOWLES |
| 05 - cv - 5382 | : | |

### NOTICE OF APPEAL

Notice is hereby given that James D. Schneller hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order entered in this action on the 24th day of September, 2010.

*James D. Schneller* pro se
500 E. Lancaster Avenue # 111d
Radnor, PA 19087    610-688-9471

Date: October 21, 2010

TENDERED FOR FILING

OCT 25 2010

U.S DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| James D. Schneller; | : |
| plaintiff | CIVIL ACTION |
| v. | : |
| WCAU Channel 10 | No. 10 - 5081. |
| defendant | : |

NOTICE OF FILING

To: Mrs. Dorothy Wimberly, Joshua G. Schiller Esquire, Russ Herman Esquire

Please take notice that on October 25, 2010, James D. Schneller filed his notice of appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Order in this action ordered on the 24th day of September, 2010.

_/s/ James D. Schneller_
James D. Schneller

Date: October 21, 2010

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | | |
| James D. Schneller, Trustee ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller, et al  plaintiffs | : : : | Civil Action No. 05 - 5382 |
| v. | | |
| Merck & Company, Inc.,    defendant | : | |

## CERTIFICATE OF SERVICE

I, James D. Schneller, hereby certify that I served a true and correct copy of the within Notice of Appeal upon the following, by electronic mail, and by USPS first class mail where indicated, as follows:

Joshua G. Schiller Esquire                                              USPS 1st Class Mail
Dechert LLP
1717 Arch Street   Ste. 4000
Philadelphia, PA 19103
Joshua.schiller@dechert.com

Phillip Wittmann Esquire                                               USPS 1st Class Mail
Mrs. Dorothy Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70130
dwimberly@stonepigman.com

Ann B. Oldfather Esquire
Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208
aoldfather@oldfather.com

John Poulos Esquire

Hughes Hubbard & Reed LLP
101 Hudson Street, Suite 3601
Jersey City, New Jersey 07302
poulos@hugheshubbard.com
M. Elaine Horn, Esquire
Williams & Connolly, LLP
725 Twelfth St., NW
Washington, DC 20005
ehorn@wc.com

Russ Herman Esquire
Mrs. Regina Valenti
Herman, Herman, Katz & Cotlar, LLP
201 St. Charles Avenue, Suite 4310
New Orleans, LA 70170
rherman@hhkc.com
rvalenti@hhkc.com

Paul C Troy Esquire
Kane Pugh Knoell Troy & Kramer
510 Swede Street
Norristown, Pa 19401 4886
ptroy@kanepugh.com

Mrs. Susan Giamportone Esquire
Womble Carlyle Sandridge & Rice PLLC
2530 Meridian Parkway, Suite 400 (Durham), 27713, P.O. Box 13069
Research Triangle Park, North Carolina 27709
sgiamportone@wcsr.com

Arnold Levin
Levin, Fishbein, Sedrad & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3875
alevin@lfsblaw.com

Thomas R. Kline
Kline & Specter, PC
1525 Locust St., Suite 1900
Philadelphia, PA 19102
tom.kline@klinespecter.com


Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
Post Office Box 4160

Montgomery, AL 36103
andy.birchfield@beasleyallen.com

Richard J. Arsenault
Neblett Beard & Arsenault
2220 Bonaventure Court
Alexandria, LA 71309-1190
rarsenault@nbalawfirm.com

Goforth & Lewis, LLP
1111 Bagby, Suite 2200
Houston, TX 77002
Shellysanford@goforthlewis.com

Troy A. Rafferty
Levin, Papantonio
P.O. Box 12308
Pensacola, FL 32591
trafferty@levinlaw.com

Mark P. Robinson, Jr.
Robinson, Calcagnie & Robinson
620 Newport Center Dr., 7th Floor
Newport Beach, CA 92660
mrobinson@rcrlaw.net

Christopher A. Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
cseeger@seegerweiss.com

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery St., 30th Floor
San Francisco, CA 94111
ecabraser@lchb.com


Gerald E. Meunier
Gainsburgh, Benjamin, Davis, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163
gmeunier@gainsben.com

Drew Ranier
Ranier Gayle & Elliot
1419 Ryan St.
Lake Charles, LA 70601
dranier@rgelaw.com

Christopher V. Tisi
Ashcraft & Gerel, LLP
2000 L St. NW, Suite 400
Washington, DC 20036
Cvtisi@aol.com

John H. Beisner
O'Melveny & Meyers LLP
1625 Eye St.
Washington, DC 20006
jbeisner@omm.com

Richard C. Stanley
Stanley, Flanagan & Reuter, LLC
909 Poydras St., Suite 2500
New Orleans, LA 70112
rcs@sfr-lawfirm.com

_____        Date:   October 22, 2010
James D. Schneller

CLOSED, STANDARD, STAYED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CIVIL DOCKET FOR CASE #: 2:05-cv-03785-BMS

SCHNELLER et al v. MERCK & COMPANY, INC.
Assigned to: HONORABLE BERLE M. SCHILLER
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/22/2005
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**JAMES D. SCHNELLER**

represented by **JAMES D. SCHNELLER**
500 EAST LANCASTER AVE.
# 111 d
RADNOR, PA 19087
PRO SE

**Plaintiff**

**JAMES D. SCHNELLER**
*TRUSTEE AD LITEM FOR THE INDIVIDUALS ENTITLED TO RELIEF DUE TO THE WRONGFUL DEATH OF MARJORIE C. SCHNELLER*

represented by **JAMES D. SCHNELLER**
(See above for address)
PRO SE

**Plaintiff**

**JAMES D. SCHNELLER**
*TRUSTEE AD LITEM FOR THE EXECUTRIX OF THE ESTATE OF MARJORIE SCHNELLER*

represented by **JAMES D. SCHNELLER**
(See above for address)
PRO SE

V.

**Defendant**

**MERCK & COMPANY, INC.**

represented by **JOSHUA G. SCHILLER**
DECHERT LLP
2929 ARCH STREET
CIRA CENTRE
PHILADELPHIA, PA 19104
215-994-2748
Email: joshua.schiller@dechert.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/21/2005 | 1 | MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND STATEMENT IN SUPPORT FILED BY JAMES D. SCHNELLER, JAMES D. SCHNELLER(TRUSTEE AD LITEM FOR THE INDIVIDUALS ENTITLED TO RELIEF DUE TO THE WRONGFUL DEATH OF MARJORIE C. SCHNELLER), JAMES D. SCHNELLER(TRUSTEE AD LITEM FOR THE EXECUTRIX OF THE ESTATE OF MARJORIE SCHNELLER).(cw, ) (Entered: 07/21/2005) |
| 07/22/2005 | 2 | ORDER THAT PLFF'S MOTION TO PROCEED IN FORMA PAUPERIS IS GRANTED. THE U.S. MARSHAL FOR THE E.D. OF PA SHALL SERVE THE COMPLAINT & SUMMONS ON ALL DEFTS. SIGNED BY JUDGE BERLE M. |

| | | |
|---|---|---|
| | | SCHILLER ON 7/22/05.7/22/05 ENTERED AND COPIES MAILED. (kw, ) (Entered: 07/22/2005) |
| 07/22/2005 | 3 | COMPLAINT against MERCK & COMPANY, INC. (IFP Status), filed by JAMES D. SCHNELLER, JAMES D. SCHNELLER(TRUSTEE AD LITEM FOR THE INDIVIDUALS ENTITLED TO RELIEF DUE TO THE WRONGFUL DEATH OF MARJORIE C. SCHNELLER), JAMES D. SCHNELLER(TRUSTEE AD LITEM FOR THE EXECUTRIX OF THE ESTATE OF MARJORIE SCHNELLER).(kw, ) (Entered: 07/22/2005) |
| 07/22/2005 | | Summons Issued as to MERCK & COMPANY, INC. Forwarded To: U.S. Marshal on 7/22/05. (kw, ) (Entered: 07/22/2005) |
| 07/22/2005 | | DEMAND for Trial by Jury by JAMES D. SCHNELLER. (kw, ) (Entered: 09/22/2005) |
| 09/16/2005 | 4 | SUMMONS Returned Executed by U.S. Marshall, re: served Summons and Complaint upon MERCK & COMPANY, INC. on 9/6/2005, answer due 9/26/2005. (kw, ) (Entered: 09/16/2005) |
| 09/21/2005 | 5 | PETITION by JAMES D. SCHNELLER for appointment of plff as trustee ad litem who sues in the name of the executrix of the estate of Marjorie C. Schneller, Certificate of Service. (kw, ) (Entered: 09/22/2005) |
| 09/21/2005 | 6 | CERTIFICATE OF Notification, re: Notified heirs and beneficiaries of the Estate of Marjorie C. Schneller of any benefits proceeding in this action, Certificate of Service, filed by JAMES D. SCHNELLER. (kw, ) (Entered: 09/22/2005) |
| 09/26/2005 | 7 | ANSWER to Complaint with Jury Demand and Certificate of Service by MERCK & COMPANY, INC..(SCHILLER, JOSHUA) (Entered: 09/26/2005) |
| 09/26/2005 | 8 | Statement *Rule 7.1 Statement* by MERCK & COMPANY, INC.. (SCHILLER, JOSHUA) (Entered: 09/26/2005) |
| 10/04/2005 | 9 | MOTION to Stay filed by MERCK & COMPANY, INC..Memorandum and Certificate of Service. (Attachments: # 1 Text of Proposed Order # 2 Memorandum of Law# 3 Exhibit Exhibits A-F)(SCHILLER, JOSHUA) (Entered: 10/04/2005) |
| 10/04/2005 | 10 | PETITION by PLFF JAMES D. SCHNELLER for stay pending outcome of concurrent proceedings, Certificate of Service. (kw, ) (Entered: 10/05/2005) |
| 10/04/2005 | 11 | CERTIFICATE OF SERVICE by JAMES D. SCHNELLER, re: Served a true and correct copy of petition for appointment of plff as trustee ad litem upon Fred T. Magaziner, Esq. (kw, ) (Entered: 10/05/2005) |
| 10/04/2005 | 12 | CERTIFICATE OF SERVICE by JAMES D. SCHNELLER, re: Served a true and correct copy of the certification of notice of wrongful death action upon Fred T. Magaziner, Esq. (kw, ) (Entered: 10/05/2005) |
| 10/12/2005 | 13 | ORDER THAT DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS PENDING TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION IS GRANTED AND ALL PRETRIAL PROCEEDINGS ARE STAYED. SIGNED BY JUDGE BERLE M. SCHILLER ON 10/11/05.10/12/05 ENTERED AND COPIES MAILED.(le, ) (Entered: 10/12/2005) |
| 12/08/2005 | 14 | Certified Copy of Conditional Transfer Order (CTO-26) from the Judicial Panel on Multidistrict Litigation that this action is transferred to the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings assigned to the Honorable Eldon E. Fallon. (sc, ) (Entered: 12/09/2005) |
| 12/09/2005 | | Certified copy of complaint together with certified copy of docket entries forwarded to the Eastern District of Louisiana, (New Orleans). (sc, ) Modified on 12/9/2005 (sc, ). |

|  |  |  |
|---|---|---|
|  |  | (Entered: 12/09/2005) |
| 01/09/2006 |  | Receipt of certified copy of complaint together with certified copy of docket entries received from the Eastern District of Louisiana (New Orleans). (sc, ) (Entered: 01/09/2006) |
| 04/18/2006 | 15 | Certificate of Notification, Certificate of Service, filed by PLFF JAMES D. SCHNELLER. (kw, ) (Entered: 04/19/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/26/2006 10:31:16 | | | |
| **PACER Login:** | js3461 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:05-cv-03785-BMS |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

