In the Eastern District Court
Eastern District of Louisiana
-------------------------------------------------------x
Patricia M. Gilley,

       Plaintiff(s),

vs.

MERCK & CO., INC., a foreign corporation

       Defendant(s)
-------------------------------------------------------x

MUTIDISTRICT LITIGATION
No.: 1657, Section L

Docket No.: 06-6927

STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS

Pursuant to Rule 41, Fed.R.Civ.P, the undersigned counsel herby stipulate that all claims of
plaintiff, PATRICIA GILLEY, individually against defendant MERCK & CO., Inc., and all
other named defendants to be dismissed in their entirety with prejudice, each party to bear its
own costs.

Dated: October 16, 2008

_____
GACOVINO, LAKE & ASSOCIATES, P.C.
Attorneys at Law
270 West Main Street
Sayville, NY  11782
(631)543-5400
(631) 543-5450 – Fax

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

_____
Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 10-4-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.