UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>   STATE OF OKLAHOMA, *ex rel*<br>     OKLAHOMA HEALTHCARE<br>     AUTHORITY,<br><br>                          Plaintiff,<br><br>   versus<br><br>MERCK & CO., INC.,<br><br>                          Defendant.<br><br>Case No. 2:09-cv-07218-EEF-DEK | *<br>*<br>*<br>*<br>*  MDL No. 1657<br>*<br>*  SECTION L<br>*<br>*  JUDGE ELDON E. FALLON<br>*<br>*  MAGISTRATE JUDGE<br>*  KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER ON DEFENDANT'S MOTION FOR LEAVE TO FILE ITS MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS IN EXCESS OF PAGE LIMITS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Merck is allowed a total of thirty (30) pages for its Memorandum Of Law.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE