UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|   OKLAHOMA HEALTHCARE | * | |
|   AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|           Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|           Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for judgment on the pleadings on all of plaintiff Oklahoma Healthcare Authority's claims against it. Merck's support for this motion is set forth in the accompanying Memorandum Of Law In Support Of Motion For Judgment On The Pleadings.

WHEREFORE, Merck respectfully requests that the Court enter judgment on the pleadings in favor of Merck.

Dated:  October 27, 2010                              Respectfully submitted,


                                                      /s/ Dorothy H. Wimberly
                                                      Phillip A. Wittmann, 13625
                                                      Dorothy H. Wimberly, 18509
                                                      STONE PIGMAN WALTHER
                                                      WITTMANN L.L.C.
                                                      546 Carondelet Street
                                                      New Orleans, LA 70130

                                                      Douglas R. Marvin
                                                      WILLIAMS & CONNOLLY LLP
                                                      725 Twelfth St., N.W.
                                                      Washington, DC 20005

                                                      John H. Beisner
                                                      Jessica Davidson Miller
                                                      Nina H. Rose
                                                      SKADDEN, ARPS, SLATE, MEAGHER &
                                                      FLOM LLP
                                                      1440 New York Avenue, N.W.
                                                      Washington, DC 20005

                                                      ATTORNEYS FOR MERCK SHARP &
                                                      DOHME CORP.

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant's Motion for Judgment on the Pleadings* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th of October, 2010.

*/s/ Dorothy H. Wimberly*

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel