UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>    Products Liability Litigation<br><br>This Document Relates to:<br><br>    STATE OF OKLAHOMA, *ex rel*<br>      OKLAHOMA HEALTHCARE<br>      AUTHORITY,<br><br>                    Plaintiff,<br><br>    versus<br><br>    MERCK & CO., INC.,<br><br>                    Defendant.<br><br>Case No. 2:09-cv-07218-EEF-DEK | *<br>*<br>*<br>*   MDL No. 1657<br>*<br>*   SECTION L<br>*<br>*   JUDGE ELDON E. FALLON<br>*<br>*   MAGISTRATE JUDGE<br>*   KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER ON MERCK'S MOTION FOR JUDGMENT ON THE PLEADINGS

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s Motion For Judgment On The Pleadings is hereby **GRANTED**, and the claims in the above-captioned case are hereby **DISMISSED WITH PREJUDICE**.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE