UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

IN **RE: VIOXX**         MDL NO. 1657
   **PRODUCTS LIABILITY LITIGATION:**

               SECTION: L


               JUDGE FALLON
…………………………………………………..  MAG. JUDGE KNOWLES


**THIS DOCUMENT RELATES TO:**
  **2:06-cv-3138**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel

hereby stipulate that all claims of Plaintiff, Linda Parratt, against defendant Merck & Co.,

Inc. and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.


_____   _____

John J. Driscoll        Stephen G. Strauss    Phillip A. Wittmann
Brown & Crouppen, P.C.    Bryan Cave LLP     Dorothy H. Wimberly
720 Olive St., Ste. 1800    211 N. Broadway, Suite 3600  Stone Pigman Walther
St. Louis, MO 65101     St. Louis, MO 63102   Wittmann LLC
(314) 421-0216      (314) 259-2000 Tel    546 Carondelet Street
          (314) 259-2020 Fax    New Orleans, LA 70130
                     (504) 581-3200 Tel
Dated:  2-1-08             (504) 581-3361 Fax

         Attorneys for Merck & Co., Inc.

         Dated:  10-4-10

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th  day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.