**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation**<br><br>**This document relates to:**<br><br>***Marie Williams***<br>***v.***<br>***Merck & Co., Inc.***<br><br><br><br>***Docket No. 2:08-cv-01830*** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Marie Williams in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of ________________, 2010.

________________________
DISTRICT JUDGE