| | |
|---|---|
| Robert Culp and Mary M. Culp,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | United States District Court<br>Eastern District of Louisiana<br><br>MDL - 1657<br><br>DOCKET NO. 2:08cv00152<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to F.R.C.P. Rule 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, Robert Culp and Mary M. Culp against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Robert J. Burford
Attorney for Plaintiff
Robert J. Burford & Associates
311 Kinsey Street
Raleigh, NC 27603
(919) 971-6951

Dated: October 25, 2008

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Attorneys for Merck & Co., Inc.

Dated: 10-5-70

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

V1013

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of October, 2010.

                                                    /s/ Stephen G. Strauss
                                                    Stephen G. Strauss
                                                    BRYAN CAVE LLP
                                                    211 North Broadway, Suite 3600
                                                    St. Louis, Missouri 63102
                                                    Phone:  314-259-2000
                                                    Fax:    314-259-2020
                                                    sgstrauss@bryancave.com

                                                    Attorneys for Defendant
                                                    Merck & Co., Inc.