UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br> **SECTION L** |
| This document relates to: | * <br> * | |
| *Gladys Amadis Rosario, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Rosa Ortiz, individually and as* <br> *representative for Jesus Ramos Rivera,* <br> *Francisco Ramos Ortiz, Jesus Ramos* <br> *Ortiz, and Yamil Ramos Ortiz* | * <br> * <br> * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-06234* | * <br> * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Rosa Ortiz, individually and as representative for Jesus Ramos Rivera, Francisco Ramos Ortiz, Jesus Ramos Ortiz, and Yamil Ramos Ortiz, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 27th day of October, 2010.

_____
DISTRICT JUDGE