UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Eva May Johnson, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Cassandra Green, Pamela Chriss,* | * | |
| *Tammy Selmon, Kevin Jones, Darrence* | * | |
| *Jones, and Rene Chriss, individually and* | * | |
| *as the surviving children of Victoria* | * | |
| *Selmon* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-05720* | * | |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Cassandra Green, Pamela Chriss, Tammy Selmon, Kevin Jones, Darrence Jones, and Rene Chriss, individually and as the surviving children of Victoria Selmon, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 27th day of October, 2010.

_____
DISTRICT JUDGE