UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be filed into the record. The Court has reviewed the correspondence and continues to receive frequent telephone calls from Mr. Denson. Mr. Denson evidently asks the Court to award him $47,500,000 for his alleged Vioxx-related injuries, the same amount awarded to a plaintiff whose case was tried to verdict in state court in New Jersey. Mr. Denson voluntarily participated in the Vioxx Settlement Program and agreed to the terms of the program when he did so. The Court finds no reason to deviate from those terms, especially in the manner which Mr. Denson requests.

New Orleans, Louisiana, this 28th day of October, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to serve:
Mr. Russ Herman  Antonio Denson
Plaintiff's Liaison Counsel  327 Citrus Avenue
Herman, Herman Katz & Cotlar, LLP  Arcadia, FL 34266
820 O'Keefe Ave.
New Orleans, LA 70113

1

2

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Chris Seeger
Seeiger Weiss, LLP
550 Broad St., Suite 920
Newark, NJ 07102