

Antonio Denson
327 Citrus Ave
Arcadia, Florida 34266

October 25, 2010

Ref: Vioxx Products Liability Litigation

Honorable Judge Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St. Room C456
New Orleans, Louisiana 70130

Dear Judge Fallon,

Please refer to your order dated September 3, 2010, relating to Antonio Denson, as you know the Vioxx ligitation has been on going for better than six years and I have not gotten any relief from my attorney concerning this matter. Sir my case was heard by the honorable judge Carol E. Higbee and a financial release was awarded to my attorney in the Superior Court of New Jersey Law Division : Atlantic County; In Re: Vioxx Litigation Case Code No. 619; Docket No. ATL-L10471-06MT and signed by Merck Attorney Stephen Strauss on 10/22/09. My case was one of two cases to be heard by Judge Higbee in state court. Sir I have suffer numerous surgeries, my health is on a steady decline and I am unable to work as a result of the Vioxx I had taken. The releif that I seek is the same relief awared to Mr. Fredrick Mike Humeston awarded in the case of Humeston vs Merck & Co, Inc. ordered on June 8th, 2005; Case No. 619; ATL-L-2272-03, judgment award of $47,500,000. Both Mr. Humeston and my cases were litigated by Seeger Weiss, LLP and specifically by Mr. Christopher Seeger. On Friday October 14, 2010 during the announcement on the federal court house steps on Poydras St. Mr. Russ Herman, Plantiff Liaison Counsel , of Herman, Herman Katz & Cotlar, LLP was made lead co-counsel of the drywall litigation along with Mr. Christopher Seeger. Sir once again this Mr. Seeger was in your court and I hope that you were able to speak with him about the relief I seek in this matter. I spoke with Mr. Seeger on the steps of the fereral court on October 14, 2010 and he reassured me that he would revisit what ever compliants I had. However, as of this date Mr. Seeger has not returned any of the calls which I have made to his office. Sir I pray that with this letter and your help I will be able to get the relief that is due me for the injuries I suffered as a result of taking Vioxx. I am enclosing documents relating to this matter. I would appreciate your urgent attention to this matter. Thanking you in advance.

Sincerely,

Antonio Denson

CC: US Attorney Jim Letten
    Chief Judge Honorable Sarah S. Vance
    Supreme Court of New Jersey, District Ethics Committee

| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division – Civil Part pleadings (not motions) under Rule 4:5-1. **Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or if attorney's signature is not affixed.** | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
|  | PAYMENT TYPE:  CK  CG  CA |
| | CHG/CK NO. |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY/PRO SE NAME | TELEPHONE NUMBER | COUNTY OF VENUE |
|---|---|---|
| Christoper A. Seeger, David R. Buchanan | (973) 639-9100 | Atlantic County |
| **FIRM NAME** (If applicable) | | **DOCKET NUMBER** (When available) |
| Seeger Weiss L.L.P. | | ATL-L-10471-06 |
| **OFFICE ADDRESS** | | **DOCUMENT TYPE** |
| 550 Broad Street, Suite 920 Newark, NJ 07102 | | Abbreviated Short Form Complaint |
| | | **JURY DEMAND**  ✔ YES  ☐ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff) | CAPTION |
|---|---|
| ANTONIO DENSON, Plaintiff(s) | ANTONIO DENSON, Plaintiff(s) v. Merck & Co., Inc. Defendant |

| CASE TYPE NUMBER (See reverse side for listing)  619 | IS THIS A PROFESSIONAL MALPRACTICE CASE?  ☐ YES  ✔ NO IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|
| **RELATED CASES PENDING?**  ✔ YES  ☐ NO | **IF YES, LIST DOCKET NUMBERS**  Vioxx Mass Tort Litigation |
| **DO YOU ANTICIPATE ADDING ANY PARTIES** (arising out of same transaction or occurrence)?  ☐ YES  ✔ NO | **NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY, IF KNOWN**  ☐ NONE  ✔ UNKNOWN |

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.**

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| A. DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?  ☐ YES  ✔ NO | IF YES, IS THAT RELATIONSHIP  ☐ EMPLOYER-EMPLOYEE  ☐ FRIEND/NEIGHBOR  ☐ OTHER (explain) _____  ☐ FAMILIAL  ☐ BUSINESS |
|---|---|
| B. DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY?  ☐ YES  ✔ NO | |

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

RECEIVED and FILED
AUG 3 0 2006
ATLANTIC COUNTY LAW DIVISION

| ♿ | DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?  ☐ YES  ✔ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: _____ |
|---|---|---|
| | WILL AN INTERPRETER BE NEEDED?  ☐ YES  ✔ NO | IF YES, FOR WHAT LANGUAGE: _____ |

ATTORNEY SIGNATURE: *[signature]*

Revised effective 4/1/05

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, New Jersey 07102
(973) 639-9100

**FILED**
JUN 08 2005
CAROL E. HIGBEE, J.S.C.

**Attorneys for Plaintiffs**

---------------------------------------------------------- x
                                                          :
In Re: VIOXX LITIGATION                                   : SUPERIOR COURT OF NEW JERSEY
                                                          : LAW DIVISION: ATLANTIC COUNTY
                                                          :
                                                          : CASE CODE 619
                                                          :
                                                          : CIVIL ACTION
                                                          :
                                                          : **ORDER**
                                                          :
---------------------------------------------------------- x
                                                          :
HUMESTON V. MERCK & CO., INC.                             : ATL-L-2272-03
                                                          :
                                                          :
---------------------------------------------------------- x

**THIS MATTER** having come before the Court on June 3, 2005 and counsel for plaintiffs and counsel for defendant having been present and for good cause shown,

IT IS on this 8th day of June, 2005,

**ORDERED** as follows:

In the case of *Humeston v. Merck & Co., Inc.*, ATL-L-2272-03, the pre-trial schedule is as follows:

1. **Jury Selection**: September 12, 2005

2. **Dispositive Motions**

    a. July 22, 2005: Filing of summary judgment motions (other than N.J. R. Evid. 702 motions)

    b. August 8, 2005: Oppositions to summary judgment motions (other than N.J. R. Evid. 702 motions)

3. **N.J. R. Evid. 702 Motions**

    a. August 1, 2005: Filing of N.J. R. Evid. 702 motions

    b. August 15, 2005: Opposition to N.J. R. Evid. 702 motions

    c. August 19, 2005: Reply to N.J. R. Evid. 702 motions

4. **In Limine Motions**

    a. August 12, 2005: Filing of motions in limine

    b. August 22, 2005: Opposition to motions in limine

    c. August 25, 2005: Reply to motions in limine

5. **Designation of Deposition Testimony**

    a. July 29, 2005: Designations of deposition testimony

    b. August 12, 2005: Objections to designations of deposition testimony and counter-designations

    c. August 19, 2005: Objections to counter-designations

6. **Witness Lists, Exhibit Lists, and Proposed Jury Questionnaires**

Parties will exchange witness lists, exhibit lists, and proposed jury questionnaires on August 1, 2005.

_____
Honorable Carol E. Higbee, J.S.C



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *Antonio Denson*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

Due to the personal information listed in the attached correspondence, IT IS FURTHER ORDERED that the correspondence by filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of April, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Antonio Denson
327 Citrus Ave
Arcadia, FL 34266

Fee ____
Process ____
x/ Dktd ____
  CtRmDep ____
  Doc. No. ____

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                :   MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
                                            :
                                            :   JUDGE FALLON
                                            :   MAG. JUDGE KNOWLES
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:** *Antonio Denson*

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Antonio Denson. IT IS ORDERED that the attached correspondence be filed into the record UNDER SEAL due to personal information contained therein. The Court has reviewed the correspondence and has received frequent telephone calls from Mr. Denson. The Court finds no grounds for the relief Mr. Denson seeks. The Court does not order that any action be taken at this time.

New Orleans, Louisiana, this 3rd day of September, 2010.

                                                                UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                              Antonio Denson
    Plaintiff's Liaison Counsel              327 Citrus Avenue
    Herman, Herman Katz & Cotlar, LLP   Arcadia, FL 34266
    820 O'Keefe Ave.
    New Orleans, LA 70113

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

## CERTIFICATION OF NOTICE

Pursuant to N.J.S.A., 56:8-20, Plaintiff is mailing a copy of this Complaint and Jury Demand to the Office of Attorney General, Cn-006, Trenton, New Jersey, within (10) days of the filing of this Complaint and Jury Demand.

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated: August 29, 2006

**OF COUNSEL:**
Jerrold S. Parker, Esquire
Herbert L. Waichman, Esquire
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, New York 11021
516.466.6500
516.466.6665 (fax)

| | |
|---|---|
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |