UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *The Estate of Maria Maldonado* *v.* *Merck & Co., Inc.* | * * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:05-cv-00365* | * * * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Leticia Navarro-Maldonado, individually and as personal representative of the estate of Maria Maldonado, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE