UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| William Green; George Hood; Susan Hobert; Wilson M. Hoyle; Margaret Huffman ; James Jines; Edith Joy Kasmer; Ruth Klapat; Maurice Lacewell; Conrado Levario; Francis Donald McDonough; Margaret Brock Metts; Mary L. Pappas; Robert Wayne Plymale; Robert Price; Linda Reitz; Patricia Robichaux; Marco Rodriguez; Pete Romero; Samuel Hester; Freda R. Single; Rose Stamps;Dannie Stanton; Ernestina Taddy; Garrett Thompson; Jeanette Murray for the Estate of Darlene Landry; Richard Lewis for the Estate of Katherine Lewis; Robin Schwartz for the Estate of Elizabeth Loeffler; Marie M. Brown for the Estate Of Daniel Montgomery; Richard Dernberger for the Estate of Darla Dernberger; Karl Barron Goss, Jr. For the Estate of Wanda Goss; Vicky S. Waterman For the Estate of Wilma McClellan; Glenda James For the Estate of Freddie Jo James; Tony Hollifield For the Estate of Lois M. Hollfield; Eddie Reed for Estate of Beatrice Reed; <br><br> , <br><br> Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br> Defendant(s). | DOCKET NO. 07-5252 <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Garrett Thompson, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505) 243-3534 Facsimile

Dated: 2/25/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 10-6-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.