UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE:  VIOXX**
**PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION:  L

……………………………………………..

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
**Willis Fuller, et. al.  v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK**
**(previously  USDC SDIL 3:06cv00063-MJR-PMF)**
**Plaintiff Eleanor Taylor**

## MOTION TO HAVE SETTLEMENT FUNDS PLACED INTO COURTS REGISTRY

Seth S. Webb and the firm of Brown and Crouppen move the Court for an Order allowing them to have settlement funds received on behalf of Eleanor Taylor placed into the court's registry, for the reason that Brown and Crouppen no longer represents Plaintiff due to the attorney-client relationship being irretrievably broken, the details of which are within the confines of the attorney-client privileges. Plaintiff gave her express written consent to Seth S. Webb and the firm of Brown and Crouppen's Motion to Withdraw.  Seth S. Webb and the firm of Brown and Crouppen were withdrawn from Plaintiff's case on August 18, 2010 upon the Order of the Court.

On October 10, 2004 the law office of Brown & Crouppen signed Eleanor Taylor up as a client to pursue any alleged injuries she may have had regarding a Vioxx claim.  After nearly six years the Plaintiff was offered a settlement.

Plaintiff had complied with the settlement agreement and signed the Election to Participate on December 8, 2007.

On March 3, 2010 Plaintiff was offered her final settlement as a result of her alleged injuries for ingesting Vioxx. Plaintiff was sent her settlement summary to sign and return to our office for disbursement of her funds. Plaintiff never signed these documents.

On May 11, 2010 the law firm of Brown & Crouppen received correspondence from the Plaintiff which stated she wished for us to withdraw from her case.

On May 26, 2010 the law firm of Brown & Crouppen filed Motion to Withdraw.

On August 18, 2010 the Motion to Withdraw was granted.

The law firm of Brown & Crouppen would like to request Plaintiff's funds be placed in the court's registry until Plaintiff settles her claim. However, after nearly six years on the Plaintiff's case, the law firm of Brown & Crouppen would like to ask the court to acknowledge their attorney's lien, attached hereto as Exhibit A, and to enforce it in the event that Plaintiff collects a settlement.

Dated: October 29, 2010                        RESPECTFULLY SUBMITTED,

                                               BROWN AND CROUPPEN

                                               /s/ Seth S. Webb
                                               Seth S. Webb, MO #505666
                                               Brown & Crouppen, P.C.
                                               211 North Broadway, Suite 1600
                                               St. Louis, MO 63102
                                               (314) 421-0216
                                               (314) 421-0359 fax
                                               sethw@getbc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Whittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was filed electronically with the Clerk of Court, Eastern District of Louisiana on this 29th day of October, 2010.

By:   /s/ Seth S. Webb
        Seth S. Webb, MO #505666