UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**  
**PRODUCTS LIABILITY LITIGATION:**

MDL NO. 1657

SECTION: L

………………………………………………..

JUDGE FALLON  
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**  
**Willis Fuller, et. al. v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK**  
**(previously USDC SDIL 3:06cv00063-MJR-PMF)**  
**Plaintiff Eleanor Taylor**

### AFFIDAVIT OF BROWN AND CROUPPEN, P.C., FOR ATTORNEY FEES AND COST

I, Seth S. Webb, of Brown and Crouppen, P.C., and being first duly sworn upon my oath, declare and state the following substantiate my belief that the work of my firm and I bestowed in common benefit upon these proceedings.

**Attorney Time: *200/hr.**

| Date | Description | Hours |
|---|---|---|
| 11/30/05 | prepared petition/filed case in St. Clair | 2.00 |
| 12/02/05 | reviewed PFS | .40 |
| 01/25/06 | prepared pleadings-case transferred to SDIL | .30 |
| 01/27/06 | prepared pleadings-pltfs reply to affirm. Defenses | 1.30 |
| 02/02/06 | prepared pleadings-pltfs resp. to opp to MTS | 2.30 |
| 02/10/06 | prepared pleadings-pltfs Mtn to Remand/memo | 3.30 |
| 06/14/06 | prepared pleadings-case transferred to MDL | .10 |
| 08/22/06 | prepared pleadings-respond def. notice | .50 |
| 03/02/10 | phone conference with client | .30 |
| 03/15/10 | phone conference with client | .30 |
| 03/15/10 | phone conference with client | .20 |
| 03/17/10 | phone conference with client | .30 |
| 03/23/10 | phone conference with client | .20 |
| 03/30/10 | phone conference with client | .40 |
| 04/12/10 | phone conference with client | .30 |
| 05/26/10 | prepared pleadings-mtn to withdraw | .50 |
| 06/07/10 | prepared pleadings-certification | .50 |

**Total Time: 13 hrs./20 min * $200/hr = $2,640**

**Paralegal Time: *75/hr.**

| Date | Description | Hours |
|---|---|---|
| 10/10/04 | Signed client up/sent out packet | .15 |
| 01/24/05 | phone conference with client | .15 |
| 02/10/05 | ordered medical records | .40 |
| 02/11/05 | phone conference with client | .10 |
| 03/07/05 | phone conference with client | .10 |
| 04/05/05 | ltr to client re auths | .15 |
| 04/19/05 | received records/reviewed usage | .50 |
| 05/17/05 | phone conference with client | .10 |
| 07/18/05 | phone conference with client (PFS) | .20 |
| 08/10/05 | received/reviewed PFS/records from client | .40 |
| 08/18/05 | phone conference with client | .10 |
| 09/07/05 | phone conference with client/order medical | .40 |
| 09/19/05 | phone conference with client/medical | .10 |
| 09/20/05 | phone conference with client/medical | .10 |
| 10/11/05 | received/reviewed medical/Mary Hospital | .50 |
| 11/16/05 | ltr to client-MDL | .15 |
| 11/22/05 | phone conference with client | .10 |
| 11/30/05 | received/reviewed medical info/medicare | .20 |
| 12/01/05 | prepared PFS | 1.50 |
| 12/22/05 | ltr to client re auths | .15 |
| 01/16/06 | phone conference with client | .10 |
| 02/09/06 | phone conference with client-pfs with client | .40 |
| 05/02/06 | ltr to judge cueto | .15 |
| 06/08/07 | phone conference with client-surgery | .10 |
| 09/12/07 | phone conference with client-update | .10 |
| 11/09/07 | phone conference with client-strokes | .10 |
| 11/26/07 | phone conference with client-surgery | .10 |
| 01/25/06 | prepared pleadings-case transferred to SDIL | .10 |
| 02/15/08 | review medicare/Medicaid issues | .40 |
| 03/27/08 | phone conference with client | .10 |
| 04/07/08 | ordered medical records | .10 |
| 08/14/08 | ltr to client-DL/SS info needed | .15 |
| 09/09/08 | phone conference with client | .20 |
| 02/03/09 | verified expenses-prepared expense report | .30 |
| 02/06/09 | phone conference-ltr of eligibility | .20 |
| 03/31/09 | phone conference with client-update | .10 |
| 04/07/09 | ordered/reviewed EI records | 2.00 |
| 08/19/09 | reviewed EI records | 1.00 |
| 08/20/09 | phone conference with dr's office re records | .10 |
| 08/28/09 | ltr to client-no EI claim | .15 |
| 08/28/09 | prepared medical summary | 2.50 |
| 10/06/09 | phone conference with client-notice of points | .20 |
| 10/19/09 | ltr to client-NOP | .15 |
| 10/19/09 | email regarding liens | .10 |
| 10/21/09 | phone conference with client-liens | .30 |

| Date | Description | Hours |
|---|---|---|
| 11/18/09 | phone conference with client-nop | .20 |
| 12/01/09 | phone conference with client | .20 |
| 12/07/09 | ltr to medicare/Medicaid | .10 |
| 02/23/10 | email regarding liens | .10 |
| 03/03/10 | ltr to client-federal express interium payment | .15 |
| 04/26/10 | phone conference with ms. Williams | .40 |
| 05/05/10 | ltr to client-merck/withdraw | .15 |
| 05/24/10 | phone conference with Marilyn Taylor | .30 |
| 08/18/10 | review status case online | .20 |
| 09/03/10 | phone conference with judge fallon chambers | .15 |
| 09/15/10 | phone conference with judge fallon chambers | .15 |

**Total Time:  16.85 hrs. * $75/hr = $1263.75**

**Expenses:**

| Date | Description | Amount |
|---|---|---|
| 11/02/05 | Medical Records-Mediconnect | 92.95 |
| 11/09/05 | Medical Records-Mediconnect | 118.93 |
| 08/15/06 | Medical Records-Complex Litigation Support | 6.32 |
| 02/13/07 | Investigations-Lexis Nexis File & Serve | 15.00 |
| 03/31/08 | Medical Records Brainerd Medical Center | 27.03 |
| 07/18/08 | Medical Records Sunt Wana | 42.07 |
| 08/28/09 | Federal Express Charges/EI release | 33.98 |
| 11/11/09 | Federal Express Charges/Pts Ltr | 18.18 |
| 04/09/10 | Federal Express Charges | 19.19 |
| 04/16/10 | Federal Express Charges | 19.19 |
| 06/03/10 | Federal Express Charges | 19.10 |
| 07/13/10 | Federal Express Charges | 17.15 |
| 07/13/10 | Federal Express Charges | 19.37 |

**Total Expenses:**  448.46
**Total Fees**  3903.75
**Total:**  $ 4,352.21

FURTHER AFFIANT SAYETH NAUGHT.

_Seth S. Webb_

Subscribed and sworn before me this 29th day of October , 2010.

_Christina Gibbons_
Notary Public

CHRISTINA GIBBONS
Notary Public-Notary Seal
State of Missouri, Lincoln County
Commission # 10400775
My Commission Expires Jan 26, 2014