UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION: | MDL NO. 1657<br><br>SECTION:  L |
| …………………………………………………….. | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**
Willis Fuller, et. al.  v. Merck & Co., Inc., No. 2:06-cv-3138 EEK-DEK
(previously  USDC SDIL 3:06cv00063-MJR-PMF)
**Plaintiff Eleanor Taylor**

## ORDER

Upon due consideration of Plaintiff's Counsel's Motion to Have Settlement Funds Placed Into Court's Registry for Plaintiff Eleanor Taylor, and for good cause shown, the Court finds the motion to be well taken, and that same should be granted.

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff Eleanor Taylor's settlement funds be placed into the court's registry and Seth S. Webb and the law firm of Brown and Crouppen shall receive the lien amount the court deems just and proper.

IT IS SO ORDERED.

DATED: _____, 2010.

_____
Honorable Eldon E. Fallon/Judge
United States District Court Judge
Eastern District of Louisiana