UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 1657 |
| | * | |
| This document relates to: | * | SECTION L |
| | * | |
| *Danny Bell v. Merck & Co., Inc.*, | * | JUDGE ELDON E. FALLON |
| **2:05-cv-01243-EEF-DEK** | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |
| | * | |
| | * | |

### MERCK & CO., INC.'S MOTION AND
### INCORPORATED MEMORANDUM FOR LEAVE TO FILE SURREPLY

Defendant Merck & Co., Inc. ("Merck"), through undersigned counsel, hereby moves the Court for entry of an order granting it leave to file the attached Sur-Reply in Opposition to Plaintiff's Motion For Relief from Judgment, to address briefly new arguments contained in plaintiff's reply brief.

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, LA  70130
Defendants' Liaison Counsel

1

987747v.2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of October, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel