UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Danny Bell v. Merck & Co., Inc.*, | * | **KNOWLES** |
| **2:05-cv-01243-EEF-DEK** | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
_____/

## ORDER

Considering the foregoing Motion and Incorporated Memorandum for Leave to file Surreply,

**IT IS ORDERED** that Defendant Merck and Co., Inc. is hereby granted Leave to file Defendant Merck & Co., Inc.'s Surreply in Opposition to Plaintiff Danny Bell's Motion for Relief from Judgment,

New Orleans, Louisiana, this \_\_\_ day of October, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1035923v.1