**EXHIBIT A**

**PTO 29 Motion to Dismiss**

|  | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Stephens, Dariel L | Pro se |  | Stephens, Dariel L. v. Merck & Co., Inc. | 2:09-cv-07475-EEF-DEK |