|  |  |
|---|---|
| ELVUS J. FARROW and<br>CONNIE FARROW,<br><br>             Plaintiffs,<br><br>v.<br><br><br>MERCK & CO., INC.,<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br>Case Code Number: 1657<br>Docket Number: 06-9393<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

      Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs **Elvus J. Farrow** and **Connie Farrow** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____       _____
Gary A. Eaton, OBA #2598                     Stephen G. Strauss
Eaton & Sparks Attorneys at Law         Bryan Cave LLP
1717 East 15th Street                           211 N. Broadway, Suite 3600
Tulsa, OK 74104                                St. Louis, MO 63102
Telephone: 918-743-8781                (314) 259-2000 Tel
Facsimile: 918-744-0383                 (314) 259-2020 Fax

                                               Phillip A. Wittmann
                                               Dorothy H. Wimberly
                                               Stone Pigman Walther
                                               Wittmann LLC
                                               546 Carondelet Street
                                               New Orleans, LA 70130
                                               (504) 581-3200 Tel
Dated: Nov 19 2008                         (504) 581-3361 Fax

                                               Attorneys for Merck & Co., Inc.

                                               Dated: 10-7-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.