UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------X  MDL DOCKET NO. 1657

IN RE VIOXX PRODUCTS
LIABIILITY LITIGATION                                               JUDGE FALLON

THIS DOCUMENT RELATES TO:                                           MAG. JUDGE KNOWLES

Samuel Kahan and Barbara Kahan v. Merck & Co., Inc.
MDL Docket No.: 07-CV-03632
(E.D.N.Y. Docket No.: 07-CV-2153)

------------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Procedure 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiffs, Sam Kahan and Barbara Kahan, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
Michael A. London, Esq.                     Stephen G. Strauss
DOUGLAS & LONDON, P.C.                      Bryan Cave LLP
111 John Street, Suite 1400                 211 N. Broadway, Suite 3600
New York, New York 10038                    St. Louis, MO 63102
                                            (314) 259-2000 Tel
Dated: February 25, 2008                    (314) 259-2020 Fax

                                            Phillip A. Wittmann
                                            Dorothy H. Wimberly
                                            Stone Pigman Walther
                                            Wittmann LLC
                                            546 Carondelet Street
                                            New Orleans, LA 70130
                                            (504) 581-3200 Tel
                                            (504) 581-3361 Fax

                                            Attorneys for Merck & Co., Inc.

                                            Dated: 10-25-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.