# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx®<br>**Product Liability Litigation**<br><br>**This document relates to:**<br><br>*Irene Ahouse, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.*<br><br>*Only with regard to:*<br>*Theresa Klepp*<br><br>*Docket No. 2:06-cv-02216* | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Theresa Klepp in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 1st day of ____November____, 2010.


_____
DISTRICT JUDGE