## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| *Idalia Morales Ortiz, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Elvira Diaz Gonzalez, individually and* | * | |
| *on behalf of the estate of Matilde* | * | |
| *Gonzalez Maldonado* | * | |
| | * | |
| | * | |
| *Docket No. 2:05-cv-04591* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Elvira Diaz Gonzalez, individually and on

behalf of the estate of Matilde Gonzalez Maldonado, incorrectly named in the complaint as

Matilda Gonzalez Maldonado, in the above-captioned case be and they hereby are dismissed

with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 1st day of November , 2010.

_____
DISTRICT JUDGE