UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Pedro Gonzales, Jr., et al. v. Merck & Co.* | * | KNOWLES |
| *Inc.*, 2:06-cv-09815-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

### SUGGESTION OF DEATH

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, hereby submits this suggestion of death with respect to plaintiff Pedro Gonzales. In connection with its attempts to collect medical records for Mr. Gonzales, Merck has learned that Mr. Gonzales may have passed away on or around April 26, 2010.

Respectfully submitted,

 /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

1036272v.1

- 2 -

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

        Attorneys for Merck Sharp & Dohme Corp.

1036272v.1

**CERTIFICATE OF SERVICE**

The foregoing Suggestion of Death has been served on Plaintiffs' Counsel Ann Oldfather and Gregory Feather by e-mail, on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of November, 2010.

                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel