IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMIE COLLINS, INDIVIDUALLY AND JIMMIE COLLINS, AS PERSONAL REPRESENTATIVE ON BEHALF OF THE ESTATE OF DECEDENT LAURA ENDICOTT. | MDL 1657 -- Vioxx |
| Plaintiff, | Section L |
| v. | Cause No: 2:06cv798 |
| MERCK & COMPANY, INC., NORTHPORT HEALTH SERVICES OF MISSOURI L.L.C., D/B/A/ WEBB CITY HEATH AND REHABILITATION CENTER, JOHN BURCHFIELD, KEITH BENTON, DEBBIE ELMORE, NHS MANAGEMENT, L.L.C., UNIDENTIFIED ADMINISTRATOR OF WEBB CITY HEATH & REHABILITATION CENTER, UNIDENTIFIED DIRECTOR OF NURSING OF WEBB CITY HEALTH & REHABILITATION CENTER, RAJENDRAKUMAR I. PATEL, M.D., MEDCO HEALTH SOLUTIONS, INC., MEDCO HEATH L.L.C., AND MEDCO HEALTH SOLUTIONS OF LAS VEGAS, INC. | |
| Defendants. | |

## STIPULATION FOR DISMISSAL

COMES NOW Plaintiff, Jimmie Collins, by and through his undersigned counsel, and hereby dismisses this cause of action with prejudice against Defendants Northport Health Services of Missouri, L.L.C., d/b/a Webb City Health and Rehabilitation Center, John Burchfield, Keith Benton, Debbie Elmore, NHS

Management, L.L.C., Unidentified Administrator of Webb City Health & Rehabilitation Center, and Unidentified Director of Nursing of Webb City Health & Rehabilitation Center. Each party to bear its own costs.

BARTIMUS FRICKLETON ROBERTSON & GORNY

/s/ James P. Frickleton
JAMES P. FRICKLETON     #31178
EDWARD D. ROBERTSON III #58801
11150 Overbrook Road, Suite 200
Leawood, Kansas 66211
(913) 266-2300
(913) 266-2366        (facsimile)

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was sent by U.S. Mail, postage prepaid, this 2nd day of November, 2010 to the following counsel of record:

Stephen M. Strum, #37133
Timothy P. Dugan, #48752
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313


/s/ James P. Frickleton
James P. Frickleton
Attorney for Plaintiff

2