UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *Jackie Jenkins v. Merck & Co., Inc.* | : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY | : | |
| | : | |

## MOTION TO DISBURSE FUNDS
## HELD IN THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes the law firm of Herman, Herman, Katz & Cotlar, LLP, who moves this Court as follows:

1.

On September 13, 2010, undersigned counsel for claimant, Rebecca Hart-Sherman, filed a Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 51760], pursuant to the Order issued by the Court on September 3, 2010 [Rec. Doc. 50997].

2.

On September 16, 2010, the Court signed an Order granting counsel's Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 52084] and ordered that the disputed settlement funds in the amount of $23,649.98 be deposited into the registry of the Court.

3.

Undersigned counsel has received communications from the children of Rebecca Hart-Sherman, some of which desire to conclude this matter and have the funds in the registry of the court disbursed.

4.

Attached hereto as Exhibit "A" is correspondence received from four (4) of the five children of Rebecca Hart-Sherman, namely: Todd M. Sherman, Gaila F. Sherman, Yolanda Sherman, and Andrea P. Sherman. These four (4) individuals request that the Court dispense evenly to the five (5) siblings the amount in the registry of the Court. To date, a directive from the fifth child, Pamela V. Hart, has not been received by undersigned counsel.

5.

The most current contact information for each of the five children is as follows:

1. Pamela V. Hart
   2420 Paige Janette Drive
   Harvey, LA 70058

2. Todd M. Sherman
   1781-A Country Road 808
   Ripley, MS 38663

3. Andrea P. Sherman
   1817 General Taylor Street
   New Orleans, LA 70115

4. Gaila F. Sherman
   1790 Harriot Street
   Beaumont, TX 77705

5. Yolanda Sherman
   12151 Interstate 35
   Apt. 313
   Austin, TX 78753

6.

Undersigned counsel submits hereto as Exhibit "B" (being filed under seal) confidentially a settlement statement identifying disbursement of the amounts in the registry of the Court. This includes a breakdown of liens, expenses, and attorney's fees, as well as suggests that disbursement be made to the individuals following estate/succession proceedings.

7.

Undersigned counsel requests that the Court set this matter for hearing at the next status conference on January 6, 2011, at 9:00 o'clock a.m., and that the Clerk of Court be requested to notify all of the children of claimant, Rebecca Hart-Sherman, so that they will have notice of the hearing and an opportunity to be present and express any comments with respect to the disbursement of funds presently on deposit in the registry of the Court.

WHEREFORE, undersigned counsel requests that the Court issue an Order notifying all children of Rebecca Hart-Sherman, namely Todd M. Sherman, Gaila Sherman, Yolanda Sherman, Andrea Sherman and Pamela Hart, of the request and that the Court provide further instructions with respect to the funds in the registry of the Court and with respect to disbursement of such funds.

Respectfully submitted,

Date:  November 3, 2010         By:  /s/ Leonard A. Davis
                                                   **Russ M. Herman (Bar No. 6819)**
                                                   Leonard A. Davis (Bar No. 14190)
                                                   Stephen J. Herman (Bar No. 23129)
                                                   ***Herman, Herman, Katz & Cotlar, L.L.P.***
                                                   820 O'Keefe Avenue
                                                   New Orleans, Louisiana  70113
                                                   Telephone: (504) 581-4892
                                                   Facsimile: (504) 561-6024

                                                   **COUNSEL FOR CLAIMANT,**
                                                   **REBECCA HART-SHERMAN**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of November, 2010.

      /s/ Leonard A. Davis
      Leonard A. Davis (Bar No. 14190)
      ***Herman, Herman, Katz & Cotlar, LLP***
      820 O'Keefe Avenue
      New Orleans, LA  70113
      PH:   (504) 581-4892
      FAX:  (504) 561-6024
      ldavis@hhkc.com