# EXHIBIT "A"

Todd M. Sherman
1781-A County Rd 808
Home Phone# (662)993-8840
Cell # (662) 587-5963
Work # (662) 988- 2416
Ripley MS 38663

Herman, Herman, Katz, Cotoar
Attn: Attorney Leonard Davis
820 O'Keefe Ave
New Orleans LA 70113

To Whom it May Concern:

In the Case of Rebecca Hart Sherman dealing with wrongful death by way of Viaox. We the sibling of Rebecca Hart Sherman have talk among ourselves and 4 out of 5 have agreed to have said case resolved in the following matter. Concerning the settlement we would like to have it dispensed evenly across the final settlement amount with the five sibling: Pamela Hart, Todd M. Sherman, Gaila Sherman, Yolonda Sherman, and Andrea Sherman. We would also like to have each sibling receive his/her own check.

Please consider we are without a mother and we miss her dearly. We believe in your righteousness and trust you will allow the Lord to lead you in your decision to settle this case. Here are the signature of the four out of five who agree with this arrangement.

Sincerely, your

Todd M. Sherman  *Todd M. Sherman*
Gaila Sherman  *Gaila Sherman*
Yolonda Sherman  *Yolonda Sherman*
Andrea Sherman  *Andrea Sherman*