UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *Jackie Jenkins v. Merck & Co., Inc.* | : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY | : | |
| | : | |

**O R D E R**

Considering the Motion to Disburse Funds Held in the Registry of the Court filed by Herman, Herman, Katz & Cotlar, LLP,;

IT IS ORDERED BY THE COURT that the Motion to Disburse Funds Held in the Registry of the Court is hereby set for hearing following the monthly status conference on January 6, 2011, at 9:00 a.m.

IT IS FURTHER ORDERED BY THE COURT that the Clerk of Court is to notify all five children of claimant, Rebecca Hart-Sherman, listed below, of the hearing date so that each of them will have notice of the hearing and an opportunity to be present and express any comments with respect to the disbursement of funds presently on deposit in the registry of the Court.

1. Pamela V. Hart
   2420 Paige Janette Drive
   Harvey, LA 70058

2. Todd M. Sherman
   1781-A Country Road 808
   Ripley, MS 38663

3. Andrea P. Sherman
   1817 General Taylor Street
   New Orleans, LA 70115

4. Gaila F. Sherman
   1790 Harriot Street
   Beaumont, TX 77705

5. Yolanda Sherman
   12151 Interstate 35
   Apt. 313
   Austin, TX 78753

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
Eldon E. Fallon
United States District Court Judge