UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *Jackie Jenkins v. Merck & Co., Inc.* | : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY | : | |
| | : | |

## NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:00 o'clock a.m., following the monthly status conference on the 6th day of January, 2011, or as soon thereafter as counsel can be heard, for an order on Motion to Disburse Funds Held in the Registry of the Court, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Date:  November 3, 2010     By:  /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**COUNSEL FOR CLAIMANT,
REBECCA HART-SHERMAN**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of November, 2010.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:     (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhkc.com