UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *Jackie Jenkins v. Merck & Co., Inc.* | : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY | : | |
| | : | |

## MOTION FOR LEAVE TO FILE
## EXHIBIT UNDER SEAL

On motion of Herman, Herman, Katz & Cotlar, LLP, counsel for claimant, Rebecca Hart-Sherman, who upon suggesting to the Court that it has filed a Motion to Disburse Funds Held in the Registry of the Court.  Undesigned counsel desires and requests leave of court to file Exhibit B to the Motion under seal as this exhibit contains confidential settlement award information which should remain confidential.

Respectfully submitted,

Date:  November 3, 2010         By:  /s/ Leonard A. Davis
                                **Russ M. Herman (Bar No. 6819)**
                                Leonard A. Davis (Bar No. 14190)
                                Stephen J. Herman (Bar No. 23129)
                                *Herman, Herman, Katz & Cotlar, L.L.P.*
                                820 O'Keefe Avenue
                                New Orleans, Louisiana  70113
                                Telephone: (504) 581-4892
                                Facsimile: (504) 561-6024

                                **COUNSEL FOR CLAIMANT,**
                                **REBECCA HART-SHERMAN**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of November, 2010.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman, Katz & Cotlar, LLP***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:     (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhkc.com