**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Ann M.G. Albright, et al. v. Merck & Co., Inc. et al.,* No. | * | KNOWLES |
| 2:06-cv-02204-EEF-DEK | * | |
| | * | |
| **Only with regard to:** | * | |
| **Catherine Holt** | * | |
| | * | |

**********************************************************************

**DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED**
**MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE**
**DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)**

According to pleadings filed by plaintiff's counsel in the above-referenced case on

January 5, 2010, plaintiff Catherine Holt has died.  However, no motion for substitution has been

filed, nor has any other indication been provided suggesting that any proper party wants to

pursue these claims.  Accordingly, Defendant Merck & Co., Inc. ("Merck"), through its

undersigned counsel, moves the Court for entry of an order requiring plaintiff to show cause why

these claims should not be dismissed with prejudice under Federal Rule of Civil Procedure Rule

25(a)(1).

**ARGUMENT**

In the above-referenced case, there has been a suggestion of death on the record through

pleadings filed on January 5, 2010 in connection with plaintiff's counsel's motion to withdraw

from this matter.  Under Rule 25(a), the Court may order substitution of a proper party within 90

1036423v.1

days of a suggestion of death being made.  However, if no proper motion for substitution is made

within 90 days, the case must be dismissed.  Specifically, the Rule states:

> If a party dies and the claim is not extinguished, the court may
> order substitution of the proper party.  A motion for substitution
> may be made by any party or by the decedent's successor or
> representative.  **If the motion is not made within 90 days after
> service of a statement noting the death, the action by or against
> the decedent must be dismissed.**  (Emphasis added.)

*See* Fed. R. Civ. P. 25(a)(1).

As of the filing of this motion, no motion for substitution has been served, and ***over ten***

***months*** (more than 300 days) have passed since the death of Ms. Holt was suggested on the

record.  Accordingly, Merck requests that plaintiff (or a proper representative) be instructed to

appear and show cause at a hearing on January 6, 2011 why this case should not be dismissed

with prejudice.  A proposed order is attached.

## CONCLUSION

For the foregoing reasons, Merck respectfully asks the Court to enter an order to show

cause why this plaintiff's claims should not be dismissed with prejudice under Rule 25(a)(1).

Dated:  November 3, 2010

Respectfully submitted,


 */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

1036423v.1

3

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

3

1036423v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Rule to Show Cause has been served on plaintiff's counsel Brian Goldstein by e-mail, Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

4

1036423v.1