UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO QUASH SUBPOENA
OR ENLARGE THE TIME FOR COMPLIANCE**

\*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, the Commonwealth of Kentucky, by counsel, pursuant to Fed. R. Civ. P. 45(c)(3), and hereby moves the Court to enter an order quashing the subpoena in this case served upon the University of Kentucky College of Pharmacy on behalf of the Defendant, Merck Sharp & Dohme Corp. In the alternative, Plaintiffs ask that the Court enlarge the time for compliance by the College.

As grounds for this Motion, Plaintiff states that the Court should quash the subpoena because it fails to allow reasonable time to comply, it requires the University of Kentucky College of Pharmacy to travel more than 100 miles in order to comply with the subpoena, and it requires the disclosure of privileged or other protected information, although a sufficient protective order is not yet in place, and subjects the College of Pharmacy to an undue burden in

complying with the subpoena. In addition, this Court may quash the subpoena because it requires disclosure of confidential research, development, or commercial information.

A memorandum in support of this Motion is filed herewith.

        Respectfully submitted,

        ATTORNEYS FOR PLAINTIFF

BY: /s/ William R. Garmer
    William R. Garmer
    Kentucky Bar No. 24370
    Jerome P. Prather
    Kentucky Bar No. 91397
    Garmer & Prather, PLLC
    141 North Broadway
    Lexington, KY 40507
    Telephone: (859) 254-9351
    Facsimile: (859) 233-9769
    Email: bgarmer@garmerprather.com
    Email: jprather@garmerprather.com

    Scott A. Powell
    Don P. McKenna
    Matthew C. Minner
    Hare, Wynn, Newell & Newton
    2025 3rd Avenue North, Suite 800
    Birmingham, AL 35203
    Telephone: (205) 328-5330
    Facsimile: (205) 324-2165
    Email: scott@hwnn.com
    Email: don@hwnn.com
    Email: matt@hwnn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in this matter.

BY: /s/ William R. Garmer
    ATTORNEY FOR PLAINTIFF