UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO QUASH SUBPOENA

\*\*\* \*\*\* \*\*\* \*\*\*

This matter, having come before this Court on motion of the Plaintiff, the Commonwealth of Kentucky, to quash the subpoena in this case served upon the University of Kentucky College of Pharmacy on behalf of the Defendant, Merck Sharp & Dohme Corp.; and the Court having reviewed the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's motion is hereby granted.