UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| *Jackie Jenkins v. Merck & Co., Inc.* : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY : | |
| : | |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by Herman, Herman, Katz & Cotlar, LLP,;

IT IS ORDERED BY THE COURT that Herman, Herman, Katz & Cotlar, LLP, counsel for claimant Rebecca Hart-Sherman, is granted leave of court to file Exhibit B to the Motion to Disburse Funds Held in the Registry of the Court, under seal and that such exhibit remain confidential subject to further orders of this Court.

New Orleans, Louisiana, this  3rd  day of _____November_____, 2010.

_____
Eldon E. Fallon
United States District Court Judge