CONSOL, VIOXX

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:06-cv-02204-EEF-DEK

Albright et al v. Mark et al
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court: District of Minnesota (DMN), 06-
          00917-ADM-JSM
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/26/2006
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**Ann M.G. Albright**
*TERMINATED: 03/04/2010*

represented by **Ann M.G. Albright**
4 Cooper Drive
Hilton, NY 14468
PRO SE

**Brian A. Goldstein**
Barnes Firm, PC
17 Court St.
7th Floor
Buffalo, NY 14202-3290
716-566-2269
Email: brian.goldstein@thebarnesfirm.com
*TERMINATED: 05/17/2010*
*LEAD ATTORNEY*

**Craig W. Trepanier**
Trepanier & MacGillis PA
310 4th Ave. S
Ste. 8000
Minneapolis, MN 55415
612-455-0500
*TERMINATED: 05/17/2010*

**James C. MacGillis**
Trepanier & MacGillis PA
310 4th Ave. S
Ste. 8000
Minneapolis, MN 55415
612-455-0500
Email: jmacgillis@trepanierlaw.com
*TERMINATED: 05/17/2010*

|  |  |  |
|---|---|---|
|  |  | *ATTORNEY TO BE NOTICED* |
|  |  | **Craig W. Trepanier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James C. MacGillis**<br>(See above for address) |
| **Plaintiff**<br>**Marvin Frederick**<br>*TERMINATED: 09/23/2010* | represented by | **Brian A. Goldstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Craig W. Trepanier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James C. MacGillis**<br>(See above for address) |
| **Plaintiff**<br>**Ann M. Goodman**<br>*TERMINATED: 02/03/2009* | represented by | **Brian A. Goldstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Craig W. Trepanier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James C. MacGillis**<br>(See above for address) |
| **Plaintiff**<br>**Judith Greeley**<br>*TERMINATED: 02/02/2010* | represented by | **Brian A. Goldstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Craig W. Trepanier**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|  |  | **James C. MacGillis**<br>(See above for address) |
| **Plaintiff**<br>**Catherine Holt** | represented by | **Brian A. Goldstein** |

                                                         (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Craig W. Trepanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **James C. MacGillis**
(See above for address)

### Plaintiff

**Josephine Jones**  represented by  **Brian A. Goldstein**
*TERMINATED: 10/09/2008*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Craig W. Trepanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **James C. MacGillis**
(See above for address)

### Plaintiff

**Ulysses Jones**  represented by  **Brian A. Goldstein**
*TERMINATED: 10/09/2008*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Craig W. Trepanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **James C. MacGillis**
(See above for address)

### Plaintiff

**Joyce Judkins**  represented by  **Brian A. Goldstein**
*TERMINATED: 02/03/2009*                                (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                         **Craig W. Trepanier**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                         **James C. MacGillis**
(See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 04/26/2006 | 1 | Case transferred in from District of Minnesota (DMN); Case Number 06-917-ADM-JSM. Electronic file with document numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 pretrial order #14)(ala,) Additional attachment(s) added on 5/15/2006 (ala, ). (Entered: 05/15/2006) |

| PACER Service Center |||||
|---|---|---|---|---|
| Transaction Receipt |||||
| 11/04/2010 08:24:15 |||||
| PACER Login: | cb1788 | Client Code: | Mass Tort, Vioxx Catherine Holt ||
| Description: | Docket Report | Search Criteria: | 2:06-cv-02204-EEF-DEK ||
| Billable Pages: | 24 | Cost: | 1.92 ||