CONSOL, VIOXX

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:06-cv-11098-EEF-DEK

Watson v. Merck & Co Inc et al
Assigned to: Judge Eldon E. Fallon
Referred to: Magistrate Judge Daniel E. Knowles, III
Lead case: 2:05-md-01657-EEF-DEK
Member case: (View Member Case)
Case in other court: USDC, WDNY (Rochester), 06-06551-DGL
Cause: 28:1332 Diversity-Product Liability

Date Filed: 01/12/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

## Plaintiff

**Laverne Watson**
*Individually and as Administratrix of the Estate of Catherine Holt, Deceased*
*TERMINATED: 10/09/2008*

represented by **Laverne Watson**
2660 Chilie Avenue
Bldg 26, Apt 2
Rochester, NY 14624
PRO SE

**Brian A. Goldstein**
Barnes Firm, PC
17 Court St.
7th Floor
Buffalo, NY 14202-3290
716-566-2269
Email: brian.goldstein@thebarnesfirm.com
*TERMINATED: 05/17/2010*
*LEAD ATTORNEY*

V.

## Defendant

**Merck & Co Inc**

represented by **Vilia B. Hayes**
Hughes, Hubbard & Reed, LLP (New York)
One Battery Park Plaza
New York, NY 10004-6000
212-837-6839
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cindy Kaplan Bennes**
Phillips Lytle, LLP (Buffalo)
3400 HSBC Center

Buffalo, NY 14203-2887
716-847-8400

**Peter D. Braun**
Phillips Lytle, LLP (Buffalo)
3400 HSBC Center
Buffalo, NY 14203-2887
716-847-5436
*ATTORNEY TO BE NOTICED*

**Tamar P. Halpern**
Phillips Lytle, LLP (Buffalo)
3400 HSBC Center
Buffalo, NY 14203-2887
716-847-8400

**Theodore V.H. Mayer**
Hughes, Hubbard & Reed, LLP (New York)
One Battery Park Plaza
New York, NY 10004-6000
212-837-6000

| | | |
|---|---|---|
| **Defendant** | | |
| **William G. Bowen** *Ph.D.* | represented by | **Vilia B. Hayes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **William N. Kelley** *M.D.* | represented by | **Vilia B. Hayes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Lawrence A. Bossidy** | represented by | **Vilia B. Hayes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Samuel O. Thier** *M.D.* | represented by | **Vilia B. Hayes** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Johnetta B. Cole** *Ph.D.* | represented by | **Vilia B. Hayes** (See above for address) |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Raymond V. Gilmartin**
*M.B.A.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William B. Harrison, Jr.**

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anne M. Tatlock**
*M.A.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Heidi G. Miller**
*Ph.D.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Thomas E. Shenk**
*Ph.D.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**William M. Daley**
*J.D.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Peter C. Wendell**
*M.B.A.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Wendell P. Weeks**
*M.B.A.*

represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**Shelly Lazarus** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Edward M. Scolnick**

**Defendant**

**H. Brewster Atwater, Jr.** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis Weatherstone** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Charles E. Exley, Jr.** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Erskine B. Bowles** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rosemary Soluri** represented by **Vilia B. Hayes**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Unidentified Parties**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/12/2007 | 1 | Case transferred in from Western District of New York (Rochester); Case Number 06-6551-DGL. Electronic file certified copy of transfer order and |

|  |  | docket sheet received. Filing fee paid in other District. filed by Laverne Watson. (Attachments: # 1 PTO #14, # 2 NTCREM - USDC, WDNY (Rochester), # 3 State court cmp pt 1, # 4 State court cmp pt 2, # 5 State court cmp pt 3, # 6 State court cmp pt 4, # 7 DKT SHT - USDC, WDNY (Rochester))(rll, ). (Entered: 01/22/2007) |
|---|---|---|

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 11/04/2010 08:14:57 ||||
| PACER Login: | cb1788 | Client Code: | Mass Tort, Vioxx Catherine Holt |
| Description: | Docket Report | Search Criteria: | 2:06-cv-11098-EEF-DEK |
| Billable Pages: | 4 | Cost: | 0.32 |