**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK & CO., INC'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE UNDER RULE 25 (a)(1) has been served on Defendants' Liaison Counsel Dorothy H. Wimberly by e-mail, Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2010.

_____
Brian A. Goldstein, Esq.
CELLINO & BARNES, PC
350 Main Street, 25th Floor
2500 Main Place Tower
Buffalo, NY 14202
Phone: (716) 854-2020
Fax: (716) 854-6291