# EXHIBIT A

## PTO 43 Motion to Dismiss

| | Claimant Name | Plaintiff Counsel | Derivative Plaintiffs | Case Caption | Docket Number |
|---|---|---|---|---|---|
| 1. | Holmes, Walter | Sherman, H. Edward, APLC | Shirley Holmes | Holmes, Walter v. Merck & Co., Inc. | 2:05-cv-02814-EEF-DEK |

1