UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS LIABILITY<br>              LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION<br>COMPLAINTS PENDING OR SUBJECT TO<br>TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY**

Purchase Claims Plaintiffs in the above-referenced action, through undersigned counsel, hereby move this Court for leave to file a Notice of Additional Supplemental Authority, annexed hereto as Exhibit 1.

After Plaintiffs filed their opposition to Defendant Merck's Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint and after oral argument, Judge James I. Cohn of the Southern District of Florida issued an order granting class certification in *Nelson v. Mean Johnson Nutrition Co.,* --- F.R.D. ---, 2010 WL 4282106 (S.D.FL. Nov. 1, 2010), a Florida Deceptive and Unfair Trade Pracices Act case involving claims made by the plaintiffs that the defendant made false representations about its.  Plaintiffs here believe this case supports their opposition and will be useful for this Court.

Therefore, Plaintiffs seek leave to file a Notice of Additional Supplemental Authority, attached to which is a copy of the the district Court's decision.

-1-

Dated: November 4, 2010                                   Respectfully Submitted,

/s/ Dawn M Barrios                                        /s/ Elizabeth J. Cabraser
Dawn M. Barrios                                           Elizabeth J. Cabraser
BARRIOS, KINGSDORF & CASTEIX, LLP                         LIEFF CABRASER HEIMANN &
701 Poydras Street, Suite 3650                            BERNSTEIN, LLP
New Orleans, LA  70139                                    275 Battery Street, 29th Floor
Telephone:  (504) 524-3300                                San Francisco, CA  94111-3339
Facsimile:   (504) 524-3313                               Telephone:  (415) 956-1000
                                                          Facsimile:   (415) 956-1008

                                                          Chair, PSC Purchase Claims Committee

                                                          James R.  Dugan, II
                                                          THE DUGAN LAW FIRM
                                                          650 Poydras Street, Suite 2150
                                                          New Orleans, LA  70130
                                                          Telephone:  (504) 648-0180
                                                          Facsimile:   (504) 648-0181

                                                          Vice Chair, PSC Purchase Claims Committee

                                                          Dennis Johnson
                                                          Eben F. Duval
                                                          JOHNSON & PERKINSON
                                                          P.O. Box 2305
                                                          1690 Williston Road
                                                          South Burlington, VT  05403
                                                          Telephone:  (802) 862-0030
                                                          Facsimile:   (802) 862-0060


                                                          Amy N. L. Hanson
                                                          KELLER ROHRBACK L.L.P.
                                                          1201 Third Avenue, Suite 3200
                                                          Seattle, WA  98101-3052
                                                          Telephone:  (206) 623-1900
                                                          Facsimile:   (206) 623-3384

Lance A. Harke, P.A.
Howard M. Bushman, Esq.
HARKE CLASBY & BUSHMAN LLP
9699 NE Second Avenue
Miami, FL  33138
Telephone:  (305) 536-8220
Facsimile:   (305) 536-8229

Ben Barnow
BARNOW AND ASSOCIATES, P.C.
One North LaSalle Street, Suite 4600
Chicago, IL  60602
Telephone:  (312) 621-2000
Facsimile:   (312) 641-5504

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Motion for Leave to File Notice of Additional Supplemental Authority has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of November, 2010.

/s/ Dawn M. Barrios