UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Jamaal Ali Bilal*, 06-2364 & 10-2755

## ORDER

The Court is in receipt of correspondence from Jamaal Ali Bilal. Mr. Bilal, who is presently incarcerated in the Desoto County Jail in Arcadia, Florida, moves the Court for a writ of habeaus corpus ad testificandum so that he may attend the November 18, 2010 hearing at which Merck's motion to dismiss his case will be heard. Mr. Bilal argues that he has no one to speak at the hearing on his behalf and that his live testimony is necessary to explain to the Court why he has not complied with Pretrial Order 43. The Court has received Mr. Bilal's opposition to Merck's motion and a member of the Plaintiffs' Steering Committee will be present at the hearing to represent Mr. Bilal's interests and to speak on his behalf. The motion is DENIED.

New Orleans, Louisiana, this 5th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Jamaal Ali Bilal
Desoto County Jail
208 E. Cypress St.
Arcadia, FL 34266

1

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130