IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL Docket NO. 1657 |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | SPECIAL MASTER JUNEAU |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN OPPOSITION TO COUNSEL FINANCIAL SERVICES LLC'S MEMORANDUM IN OPPOSITION TO LEIBOWITZ PARTIES' MOTION TO ABSTAIN FROM CONSIDERATION OF ATTORNEY FEE LIEN CLAIM, OR IN THE ALTERNATIVE, TO DISMISS OR ABATE THE ATTORNEY FEE LIEN CLAIM** (Document No. 54278)

DAVID MCQUADE LEIBOWITZ, and DAVID MCQUADE LEIBOWITZ, P.C., (hereinafter collectively "Leibowitz") present this Motion for Leave to File Reply Memorandum in Opposition to Counsel Financial Services LIC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim (Document No. 54278). As grounds therefore, Leibowitz shows as follows:

1.0.   On October 14, 2010 Leibowitz filed their Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim (Document No. 53883) and Memorandum in Support thereof ("the Moving Papers"). In the Moving Papers Leibowitz set forth the reasons compelling *Colorado River* abstention in ths case.

2.0.   On October 26, COUNSEL FINANCIAL SERVICES, L.L.C ("CFS") filed

its Counsel Financial Services LIC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim (Document No. 54278) ("the Responsive Papers"). In the Responsive Papers, CFS argues that the parties are contractually bound to participate in an alternative dispute resolution procedure, and therefore abstention is not warranted.

3.0. Leibowitz seeks leave of court to file a Reply Memorandum to address the argument that made in the Responsive Papers that Leibowitz is contractually bound to an alternative dispute resolution proceeding. A copy of the Reply Memorandum in Opposition to Counsel Financial Services LIC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim is attached hereto as Exhibit "1". The five page Reply will aid the court in its resolution of the arguments made by the parties in the Moving Papers and the Responsive Papers.

4.0. DAVID MCQUADE LEIBOWITZ and DAVID MCQUADE LEIBOWITZ, P.C. requests that the Court grant them leave to file the attached Reply, and any other relief to which they may show themselves entitled.

Respectfully Submitted,

Law Office of Peter J. Stanton
Peter J. Stanton
Riverview Towers, Suite. 1350
111 Soledad
San Antonio, Texas 78205

By: __**/S/**__
Peter J. Stanton
SBN: 19054500
Attorney for David McQuade Leibowitz
and David McQuade Leibowitz, P.C.

## CERTIFICATE OF SERVICE

I certify that on November 8th, 2010 a true and correct copy of the foregoing was sent by certified mail return receipt to:

Elliott S. Cappuccio
Pullman, Cappuccio, Pullen
& Benson, LLP
2161 NW Military Hwy., Ste. 400
San Antonio, Texas 78216

Special Master, Patrick A. Juneau
Juneau, David, APLC
1018 Harding Street, Ste. 202
Lafayette, Louisiana 70503

__/S/__
PETER J. STANTON