IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | § § § § § | MDL Docket NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>SPECIAL MASTER JUNEAU |

ORDER GRANTING MOTION FOR
LEAVE TO FILE REPLY MEMORANDUM

On this day came to be heard the Motion for Leave to File Reply Memorandum in Opposition to Counsel Financial Services, LLC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative to Dismiss or Abate the Attorney Fee Lien Claim (Document No. 54278) filed by DAVID MCQUADE LEIBOWITZ and DAVID MCQUADE LEIBOWITZ, P.C. ("the Motion"). After reviewing the pleadings, and the applicable law, the court concludes that the Motion should be and hereby is in all things GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED, that the Memorandum in Opposition to Counsel Financial Services, LLC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative to Dismiss or Abate the Attorney Fee Lien Claim (Document No. 54278) attached as Exhibit "1" to the Motion, should be and hereby is deemed filed.

IT IS SO ORDERED AS AFORESAID.

Signed the \_\_\_\_ day of November, 2010.

_____
Presiding Judge
United States District Judge