UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                              :     MDL Docket No. 1657
PRODUCTS LIABILITY LITIGATION             :
                                          :     SECTION L
                                          :
This document relates to ALL ACTIONS      :     JUDGE FALLON
                                          :     MAG. JUDGE KNOWLES
                                          :

PLAINTIFF'S STEERING COMMITTEE'S RESPONSE TO ERIC WEINBERG,
CHRIS PLACITELLA AND COHEN, PLACITELLA AND ROTH'S
JOINT MOTION FOR ACCESS TO CERTAIN DOCUMENTS AND THINGS

   The Plaintiff's Steering Committee hereby submits this response in opposition to the joint motion for access to certain documents and things filed by Eric Weinberg, Chris Placitella and Cohen, Placitella and Roth. Movants are plaintiff's counsel that participated in the Vioxx Litigation, primarily in New Jersey, and the Joint Fee Petition filed in this Court. Lead counsel have moved for discovery related to the fee allocation determination of the Fee Allocation Committee ("FAC"), even though the FAC has not yet announced its proposed findings. Movants have simply jumped the gun. Because the movants' motion is premature, the relief sought should be denied without prejudice.

   For there to be a justiciable issue, this Article III Court requires an actual case or controversy to be present. The instant motion seeks relief despite the presence of an actual case or controversy. As yet, the FAC has not yet reached any conclusions regarding the allocation of attorneys' fees from this Court's October 19, 2010 Orders and Reasons. Not until such an allocation is made by the FAC is there even a potential for a case or controversy to arise. Indeed, movants may actually accept the prospective allocation of the FAC, in which case there would not be any objection, and the effort

of production of the requested material would amount to a waste of legal and judicial resources. For this reason, the relief sought is inappropriate.

In addition to the absence of a justiciable controversy, the relief sought by movants is inappropriate. For example, movants seek "pre-trial orders from each case that was tried as part of the MDL, including a list of all witnesses that testified and the exhibits introduced at trial." In the Affidavit of Russ M. Herman in Support of the Plaintiff Liaison Counsel's Memorandum in Support of the Motion for Award of Plaintiffs' Common Benefit Fees, Common Benefit Counsel Fees and Reimbursement of Expenses [Document 17642-8], Exhibit E, Mr. Herman identified all of the pretrial orders in this MDL by date and document number. The Court's docket is electronically accessible to movants. This information is as equally and easily ascertainable by them through the ECF system as by compulsion of the PSC. The PSC submits that they should not therefore be burdened by a request borne by the luck of movants' diligence. Movants' other requests implicate the reproduction of voluminous documents that would involve a significant burden if production was required. However, since those documents are all subject to confidentiality and are privileged, production should not be ordered.

For these reasons, the PSC respectfully requests that the Motion be denied without prejudice.

Respectfully submitted,

Date:  November 8, 2010                    By:    /s/ Leonard A. Davis
                                                            **Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL**

Andy D. Birchfield, Jr., Esquire
Leigh O'Dell, Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)
**Co-Lead Counsel**

Richard J. Arsenault, Esquire
NEBLETT, BEARD & ARSENAULT
2220 Bonaventure Court, P.O. Box 1190
Alexandria, LA  71301-1190
(318) 487-9874 (telephone)
(318) 561-2591 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)
**Co-Lead Counsel**

Gerald E. Meunier, Esquire
GAINSBURGH, BENJAMIN, DAVID,
 MEUNIER & WARSHAUER, L.L.C.
Energy Centre
1100 Poydras Street, Ste. 2800
New Orleans, LA 70163
(504) 522-2304 (telephone)
(504) 528-9973 (fax)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL  32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER, HEIMANN &
 BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111
(415) 956-1000 (telephone)
(415) 956-1008  (telecopier)

Thomas R. Kline, Esquire
Shanin Specter, Esquire
David J. Caputo, Esquire
Lisa S. Dagostino, Esquire
KLINE & SPECTER, P.C.
1525 Locust Street, 19th Floor
Philadelphia, PA  19102
(215) 772-1000 (telephone)
(215) 772-1371 (telecopier)

Christopher V. Tisi, Esquire
ASHCRAFT & GEREL
2000 L Street, N.W., Suite 400
Washington, DC  20036-4914
(202) 783-6400 (telephone)
(307) 733-0028  (telecopier)

Arnold Levin, Esquire **(on brief)**
Fred S. Longer, Esquire **(on brief)**
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500 (telephone)
(215) 592-4663  (telecopier)

Shelly A. Sanford, Esquire
Sanford Pinedo LLP
2016 Bissonnet Street
Houston, Texas 77005
(713) 524-6677 (telephone)
(713) 524-6611 (telecopier)

4

| | |
|---|---|
| Drew Ranier, Esquire | Mark Robinson, Esquire |
| RANIER, GAYLE & ELLIOT, L.L.C. | ROBINSON, CALCAGNIE & ROBINSON |
| 1419 Ryan Street | 620 Newport Center Drive |
| Lake Charles, LA  70601 | 7th Floor |
| (337)494-7171 (telephone) | Newport Beach, CA  92660 |
| (337) 494-7218 (telecopier) | (949) 720-1288 (telephone) |
| | (949) 720-1292 (telecopier) |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of November, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com