U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   NOV 05, 2010

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30379

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
-----------------------------------------------------------------

WILLIAM H. JONES, JR.,

    Plaintiff - Appellant

v.

MERCK AND COMPANY INC,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:05-MD-1657

Before JONES, Chief Judge, and JOLLY, and GARZA, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this products liability action, the district court entered an order establishing a qualified settlement fund and appointing an administrator on February 11, 2009. Therefore, the final day for filing a

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

10-30379

timely notice of appeal was March 13, 2009. The appellant's pro se notice of appeal was filed on April 1, 2010. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 212-13 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

   IT IS SO ORDERED.

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By_____
Deputy
New Orleans, Louisiana

NOV 0 4 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 04, 2010

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 10-30379,  In Re:  Vioxx Prod Liability  
    USDC No. 2:05-MD-1657

Sincerely,

LYLE W. CAYCE, Clerk

By: _Sabrina Hains_  
Sabrina M. Hains, Deputy Clerk

cc w/encl:  
Ms. Rachel R. Gilmer  
Mr. William H. Jones, Jr.

MDT-1