U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV - 5 2010
LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30217

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

JESSICA C. ADAMS,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana
USDC No. 2:05-MD 1657/2:06-CV-9157

---

Before JONES, Chief Judge, and JOLLY, and GARZA, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. If a timely motion for reconsideration is filed, the notice of appeal must be filed within thirty days after entry of the order disposing of



Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

04 NOV 2010
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana Deputy

Case 2:05-md-01657-EEF-DEK Document 55163 Filed 11/05/10 Page 2 of 3
Case: 10-30217 Document: 00511284492 Page: 2 Date Filed: 11/04/2010

10-30217

the motion. FED. R. APP. P. 4(a)(4)(A)(iv). In this product liability action, the district court entered judgment dismissing the claim on September 17, 2009. At that time, a motion for reconsideration had to be filed within ten days of the entry of judgment. FED. R. CIV. P. 59(e). Therefore, the final day for filing a timely motion was October 1, 2009. The plaintiff filed her motion on October 28, 2009. Because the motion did not suspend the time for filing a notice of appeal, the notice had to have been filed by October 19, 2009, because the thirtieth day was a Saturday. The notice of appeal was not filed until February 5, 2010. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 212-13 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 04, 2010

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 10-30217, In re: Vioxx Prod Liability  
        USDC No. 2:05-MD-1657  
        USDC No. 2:06-CV-9157

Enclosed is a copy of the judgment issued as the mandate.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Dantrell L. Johnson, Deputy Clerk  
        504-310-7689

cc w/encl:  
    Ms. Jessica C. Adams

MDT-1