UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| This document relates to: | * |
| | *   MAGISTRATE JUDGE |
| *Ann M.G. Albright, et al. v. Merck & Co., Inc. et al.,* No. 2:06-cv-02204-EEF-DEK | *   KNOWLES |
| | * |
| | * |
| **Only with regard to: Catherine Holt** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**AMENDED ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiff Catherine Holt or her representative in the above-numbered case show cause on the 18th day of November, 2010, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 10th day of November, 2010.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 15th day of November, 2010.

NEW ORLEANS, LOUISIANA, this _____ day of November, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1036806v.1