UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF WITHDRAWAL OF MOTION TO QUASH**

\*\*\* \*\*\* \*\*\* \*\*\*

COMES the Commonwealth of Kentucky, by counsel, and hereby gives Notice that it withdraws its Motion to Quash Subpoena or Enlarge the Time for Compliance, filed November 3, 2010 (D.E. 54998).  Plaintiff states that the parties have reached an agreement, and there is no need for the Court to consider the Motion.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF


BY:___/s/ William R. Garmer_____
     William R. Garmer
     Kentucky Bar No. 24370
     Jerome P. Prather
     Kentucky Bar No. 91397
     Garmer & Prather, PLLC
     141 North Broadway
     Lexington, KY 40507
     Telephone:  (859) 254-9351
     Facsimile:  (859) 233-9769
     Email:  bgarmer@garmerprather.com
     Email:  jprather@garmerprather.com


     Scott A. Powell
     Don P. McKenna
     Matthew C. Minner
     Hare, Wynn, Newell & Newton
     2025 3rd Avenue North, Suite 800
     Birmingham, AL 35203
     Telephone:  (205) 328-5330
     Facsimile:  (205) 324-2165
     Email:  scott@hwnn.com
     Email:  don@hwnn.com
     Email:  matt@hwnn.com


## CERTIFICATE OF SERVICE

    I hereby certify that on November 8, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in this matter.

             BY:___/s/ William R. Garmer_____
               ATTORNEY FOR PLAINTIFF