UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

**ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Notice of Additional Supplemental Authority is GRANTED. Plaintiffs' Notice of Additional Supplemental Authority will be filed into the record.

NEW ORLEANS, LOUISIANA, this ___5th___ day of November, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE