IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | ) | JURY TRIAL DEMANDED PURCHASE CLAIMS MASTER CLASS |

## ORDER

Considering the foregoing Defendant's Motion and Incorporated Memorandum for Leave to Submit Response to Plaintiffs' Notice of Additional Supplemental Authority,

**IT IS ORDERED** that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Response to Plaintiffs' Notice of Additional Supplemental Authority.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2010.

_____
DISTRICT JUDGE

1036993v.1