**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: VIOXX** | : | **MDL 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | | **SECTION L** |
| | : | |
| | | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

-------------------------------------------------------------------------------------------------

**THIS DOCUMENT RELATES TO**: **Gene Weeks v. Merck & Co., Inc.,**
**Case No.: 05-CV-4578**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objections of Plaintiff's Counsel Ronald R. Benjamin to the October 26, 2010 Report and Recommendation of the Special Master Regarding Attorney Fees and Expenses Dispute of Tejedor-Weeks/Benjamin and Memorandum of Law of Plaintiff's Counsel Ronald R. Benjamin in Support of His Objections to the October 26, 2010 Report and Recommendation of the Special Master Regarding Attorney Fees and Expenses Dispute of Tejedor-Weeks/Benjamin, have been served on Liaison Counsel, Phillip Wittmann, Esq., by ECF and on the Honorable Eldon E. Fallon and Special Master Patrick A. Juneau and Maria Tejedor, Esq., by first-class U.S. Mail, on and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Dated: November 9, 2010
    Binghamton, New York

_MARYA C. YOUNG_