UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW MOTION TO QUASH

\*\*\* \*\*\* \*\*\* \*\*\*

COMES the Commonwealth of Kentucky, by counsel, and hereby moves the court to withdraw its Motion to Quash Subpoena or Enlarge the Time for Compliance, filed November 3, 2010 (D.E. 54998). Plaintiff states that the parties have reached an agreement, and there is no need for the Court to consider the Motion.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY:   /s/ William R. Garmer
William R. Garmer
Kentucky Bar No. 24370
Jerome P. Prather
Kentucky Bar No. 91397
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
Telephone:  (859) 254-9351
Facsimile:  (859) 233-9769
Email:  bgarmer@garmerprather.com
Email:  jprather@garmerprather.com

Scott A. Powell
Don P. McKenna
Matthew C. Minner
Hare, Wynn, Newell & Newton
2025 3rd Avenue North, Suite 800
Birmingham, AL 35203
Telephone:  (205) 328-5330
Facsimile:  (205) 324-2165
Email:  scott@hwnn.com
Email:  don@hwnn.com
Email:  matt@hwnn.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in this matter.

BY:   /s/ William R. Garmer
ATTORNEY FOR PLAINTIFF