UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER WITHDRAWING MOTION TO QUASH

\*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, having filed a Motion to Withdraw its Motion to Quash; and the Court having reviewed the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion is hereby withdrawn.

So ordered this ____ day of _____, 2010.