UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| This Document Relates to: | *  MDL No. 1657 |
| | * |
| DISTRICT OF COLUMBIA, *ex rel* | *  SECTION L |
|     KENNETH WALKER, | * |
| | *  JUDGE ELDON E. FALLON |
|             Plaintiff, | * |
| | *  MAGISTRATE JUDGE |
| versus | *  KNOWLES |
| | * |
| MERCK SHARP & DOHME CORP., | * |
| | * |
|             Defendant. | * |
| | * |
| Case No. 2:08-cv-4148 | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT'S MOTION FOR ORDER TO
SHOW CAUSE WHY RELATOR'S FALSE
CLAIMS ACT CLAIM SHOULD NOT BE DISMISSED**

    Defendant Merck Sharp & Dohme Corp. respectfully requests that the Court enter an order to show cause why Relator's claim under the D.C. False Claims Act, D.C. Code § 2-308.14 et seq., should not be dismissed.

Dated: November 10, 2010

                                                  Respectfully submitted,

                                                  */s/ Dorothy H. Wimberly*
                                                  Phillip A. Wittmann, 13625
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER
                                                  WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, LA 70130

2

        Douglas R. Marvin
        WILLIAMS & CONNOLLY LLP
        725 Twelfth St., N.W.
        Washington, DC 20005

        John H. Beisner
        Jessica Davidson Miller
        SKADDEN, ARPS, SLATE, MEAGHER &
        FLOM LLP
        1440 New York Avenue, N.W.
        Washington, DC 20005

        ATTORNEYS FOR MERCK SHARP &
        DOHME CORP.

1037262v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of November, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1037262v.1