UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>　　Products Liability Litigation<br><br>This Document Relates to:<br><br>　DISTRICT OF COLUMBIA, *ex rel*<br>　　KENNETH WALKER,<br><br>　　　　　　　Plaintiff,<br><br>　versus<br><br>MERCK SHARP & DOHME CORP.,<br><br>　　　　　　　Defendant.<br><br>Case No. 2:08-cv-4148 | MDL No. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ON DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE WHY RELATOR'S FALSE CLAIMS ACT CLAIM SHOULD NOT BE DISMISSED

**IT IS ORDERED** that plaintiff show cause on the 21st day of December, 2010, at 9:00 o'clock a.m., at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why plaintiff's False Claims Act claim should not be dismissed.

**IT IS FURTHER ORDERED** that plaintiff in the above-referenced case file and serve upon Liaison Counsel any opposition to the Rule on or before the 10th day of December, 2010.

**IT IS FURTHER ORDERED** that defendant Merck Sharp & Dohme Corp., file and serve upon plaintiff's counsel in the above-referenced case any reply to the opposition on or before the 17 day of December, 2010.

1037264v.1

2

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1037264v.1