UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: 06-3138,** *as to Eleanor Taylor ONLY*

### ORDER

The Court has received the motion of Seth S. Webb and the firm of Brown and Crouppen to have Settlement Funds Placed Into Court's Registry (Rec. Doc. 54589). The Court will receive the settlement funds held by Brown and Crouppen on behalf of Eleanor Taylor and place those funds into the registry of the Court.

The motion also requests that the Court acknowledge an attorney's lien on those funds. At a later time, upon notice and an opportunity for an appropriate hearing, the Court will consider a motion for disbursement of fees and costs from the settlement funds held in the registry of the Court.

New Orleans, Louisiana, this 10th day of November, 2010.

                                                         UNITED STATES DISTRICT JUDGE

1