Complaint

RECEIVED
NOV -9 2010
U.S. DISTRICT JUDGE
ELDON E. FALLON

Dear Judges

On case MDL 06-1657 I was not allowed to goto teleconference and the corporate disclosure was mail fraud I got no paper work and appointment of counsel was never given I like an investigation I have no books of law(s) to compell court.

Signed,
Edward Joseph Thomas

Leland Earl Thomas
208 n. Harrison
Saginaw, MI. 48602

Judge Fallon
500 Poydras St.
New Orleans LA
70130

7013031656

FROM INMATE AT THE
SAGINAW COUNTY JAIL