UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  NOV 1 0 2010
LORETTA G. WHYTE
CLERK*

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: 
: SECTION: L
: 
: JUDGE FALLON
: MAG. JUDGE KNOWLES

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**This document relates to:**   *Felida Zambrana Torres*

### ORDER

The Court is in receipt of correspondence from Matias Santiago related to the Vioxx claim of Felida Zambrana Torres. IT IS ORDERED that the attached correspondence be filed into the record. In addition, a copy of the correspondence shall be forwarded to the Lien Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 10th day of November, 2010.

                                                       UNITED STATES DISTRICT JUDGE

Clerk to serve:

    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Mr. Phillip Wittmann
    Stone Pigman Walter Wittmann, LLC
    546 Carondelet Street
    New Orleans, LA 70130

Matias Santiago
P.O. Box 71
Shady Side, MD 20764

Vioxx Lien Administrator
7775 Cooper Road
Cincinnati, OH 45242

1