28 October 2010

Stanley Sanders
100 Herricks Road
Mineola, NY 11501

Reference: Felida Zambrana Torres (25 March 1929) Vioxx Case (MDL-1657 Vioxx Product Liability Litigation (Judge Eldon E. Fallon, US District Court Eastern District of Louisiana).

Mr. Sanders,

Since April 2010 I have called your office at least once every other week to get an update on my mother's settlement from the Vioxx case. I have left numerous messages and nobody has return my calls. I have spoken to at least 4 different employees of the firm, they all referred me to another person and then I got their voice mail. I was told that you are waiting for the Vioxx Private Lien Resolution Program (PLRP) to be completed. How long is the PLRP process? It is my understanding that some liens have been paid and that the settlement does not require the PLRP to be completed before the last payment is made (Plaintiff Liaison Counsel - Russ M. Herman office).

Please provide me: 1. A list of the liens that have been paid to date and 2. A date as to when the final payment will be made to me and my brother - **no later than 10 November 2010**.

Sincerely,

Matias I Santiago
POBOX 71
Shady Side MD 20764
iimatias@gmail.com
703 727-8622 (C)
703 681-1227 (O)

CF: Honorable Eldon E. Fallon
    500 Poydras Street Room C-456
    New Orleans, LA  70130

M. Santoso Zaulorana
PO Box 71
20764

7010 1670 0000 2359 5787

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

Hon. Eldon E. Fallon
500 Poydras St. Room C-452
N.O. LA 70130

U.S. POSTAGE PAID
FALLS CHURCH, VA
OCT 28, 10
AMOUNT $5.54
00099820-17