UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX                          :    MDL NO. 1657
       PRODUCTS LIABILITY LITIGATION  :
                                      :    SECTION: L
                                      :
                                      :    JUDGE FALLON
                                      :    MAG. JUDGE KNOWLES
                                      :
```

**THIS DOCUMENT RELATES TO:** *Richard G. Sommer*

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Richard G. Sommer. IT IS ORDERED that the attached correspondence be filed into the record.

New Orleans, Louisiana, this 9th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Special Master Patrick Juneau
PO Box Drawer 51268
Lafayette, LA 70505

Hon. Richard G. Sommer
13253 Wedgefield Drive
Naples, FL 34110

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

1