October 28, 2010



NOV - 1 2010

Hon. Eldon E. Fallon, USDC
500 Poydras, Room C-456
New Orleans, LA  70130
FAX (504) 589-6966

Re:  Vioxx - Resolution

Your Honor,

Sir, no doubt this is the last you will hear from me in regard to the above reference inasmuch in my efforts to get justice and honest resolution of this matter has caused me great distress: three heart attacks, two hospitalizations, and four stints in the seven arteries (yes, you can have seven) by-pass surgery I had in 1992.  Having started the Vioxx claim when I was 75, in March, 2005, and I am now reaching 82, I am unable to try and get justice for all of the Vioxx patients that elected to go via Administrators.

Yes, your Honor, I did enter the Vioxx settlement program and agreed to the terms of the program in good faith and assuming it would be conducted in the same manner as the Courts would have conducted this case as they would any Tort.  As I have understood over my working years you can not release a Tort which you may occur sometime in the future contrary to what the Evaluators have done.  You mentioned in your ORDER the process for filing appeals, etc.  As I mentioned in my Appeal to you the POST - APPEAL NOTICE OF POINTS AWARD, was dated 2/10/10, with a deadline for the submitting of appeals to the Special Master was 2/15/10.  The decision was received by my Attorney, Eric Terry, who in turned communicated such decision to me telephonically, which left two days for me to collect, study, and consult with the medical profession to ascertain that indeed the Administrators and Special Master were not only medically incorrect (as indicated in my medical physician's report); and, as you know, in most legal cases this would be an impossibility in time to file an appeal.  I live in Naples, Florida, and the Special Master of course is in Louisiana.

In my subsequent investigation of this Administrators process I came across some distressing information.  Does Your Honor, or any Administrator, know what medical background the Evaluators had?  Were they MDs and qualified as specialist in cardiac disease?  I have asked BrownGreer PLC several times to identify the Evaluators and their professional standing in the medical world to no avail.  I received information that they were not any higher than that "may be of a qualified RN".  I also encountered information that "the fox was in the henhouse" and I sure would like to have a conversation with one Mr. Brown who disappeared from BrownGreer.  Sir, all of this reminds me of the terrible days "Of Huey Long's reign",  God Forbid.  My problem is distance to the sources and the fact that they will not sign an Affidavit or Attest to what they know in fear of restitution in the field they work, or could work, if they were identified by name.

Furthermore, in this so-called process we were asked to sign Releases for whatever the Evaluators thought a stroke was worth.  I have heard that the amount of money set

aside by the Defendant was close to depletion after disposing of the Death Cases, and Cardiac Failures leaving a residue to be distributed in evaluation of the stroke cases. Need I remind you I was originally assigned 65.63 BASIS POINTS and ended up with exactly 10.44 BASIS POINTS.  Your Honor, as I pointed out in my Appeal everything listed in SECTION C of EXIBIT A is erroneous.  Signing Releases for something that may occur in the future is disallowed in most court cases and should have been in all cases wherein the Evaluators were not qualified and I signed in <u>good faith</u> assuming the Disposition of this matter would be done so in the same manner and in accordance with the laws pertaining to such cases as would appear before a court of law.  I also felt I was signing to be included in the Vioxx Settlement Program under some duress by the Defendant.  Wherein, I was told if I became a sole plaintiff it would cost me thousands of dollars and Merck would see to it that every case whether positive or negative would end up as hight as the Supreme Court.  The Defendant knew exactly what they were doing in agreeing to the Administrators' type of resolution.  God help the BP claimants.

As your Honor saw fit to publish my Appeal to a generous amount of people and subsequently most of the individuals involved in anyway in the Vioxx Product Liability Litigation saw my Appeal before you put it under Seal; therefore, I am publishing this letter before you put it under Seal.

The above information and conclusions are solely of my own beliefs.  I have not been coerced by any individual, nor have I been compensated or expect any compensation. This letter was prompted solely by my conscious and the desire to help others.

Respectfully,

*Richard Sommer*

Hon. Richard Sommer
(Fed. Retired)
13253 Wedgefield Drive, Naples, FL  34110


Cc:  Herman, Herman Katz & Coltlar, LLP
     Stone Pigman Walter Whittmann, LLC
     Brown/Greer, PLC
     Special Master Patrick Juneau
     James Sokolove, LLC
     SimmonsCooper, LLC
     Attorney Eric M. Terry
     Simmons Browder Gianaris Angelides & Barnerd, LLC
     T/H TorHoerman Law, LLC
     ABC - CBS - NBC - CNN
     Larry King Live
     60 Minutes
     Harpo Productions

Ⓢ

Mr. Richard G. Sommer
13253 Wedgefield Dr
Naples, FL 34110-1061

HON. ELDON E. FALLON, USDC
500 POYDRAS, ROOM C-456
NEW ORLEANS, LA.
70130

NOV - 1 2010

7013 0870 3