UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
|---|---|---|
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Judith Schwartz, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-05915* | * | |
| | * | |
| | * | |

******************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Judith Schwartz and Harvey Friedman in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE