| | |
|---|---|
| ROBYN WAGNER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MERCK & CO., INC., et al., <br><br> Defendants. | ) <br> ) IN THE UNITED STATES <br> ) DISTRICT COURT FOR THE <br> ) EASTERN DISTRICT OF <br> ) LOUISIANA <br> ) <br> ) <br> ) Case Code No: 1657 <br> ) Docket No: 2:05-cv-03138-EEF-DEK <br> ) <br> ) STIPULATION OF DISMISSAL <br> ) WITH PREJUDICE AS TO <br> ) ALL DEFENDANTS <br> ) |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Cleo Cravens** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| Jeffrey J. Lowe <br> Francis J. "Casey" Flynn <br> The Lowe Law Firm <br> 8235 Forsyth Boulevard, Suite 1100 <br> St. Louis, Missouri 63105 <br> (314) 678-3400 <br> (314) 678-3401 Fax <br><br> John J. Carey <br> Joseph P. Danis <br> David Bauman <br> Sarah Hale Bauman <br> Carey & Danis, LLC <br> 8235 Forsyth Boulevard, Suite 1100 <br> St. Louis, Missouri 63105 <br> (314) 725-7700 <br> (314) 721-0905 Fax | Stephen G. Strauss <br> Bryan Cave LLP <br> 211 N. Broadway, Suite 3600 <br> St. Louis, MO 63102 <br> (314) 259-2000 Tel <br> (314) 259-2020 Fax <br><br> Phillip A. Wittmann <br> Dorothy H. Wimberly <br> Stone Pigman Walther Wittmann LLC <br> 546 Carondelet Street <br> New Orleans, LA 70130 <br> (504) 581-3200 Tel <br> (504) 581-3361 Fax <br><br> Attorneys for Merck & Co., Inc. <br><br> Dated: 11-5-10 |

Charles Lampin
Kell Lampin LLC
4700 Mexican Road
St. Peters, MO 63376
(636) 498-4000

T. Evan Schaeffer
Andrea B. Lamere
Schaeffer & Lamere, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035
(618) 467-8200

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
(314) 725-9595
(314) 725-9597 Fax

Attorneys for Plaintiff

Dated: 9/3/09

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.