# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  VIOXX** ) | **MDL NO. 1657** |
| ) | |
| **PRODUCTS LIABILITY LITIGATION** ) | **SECTION: L** |
| ) | |
| ) | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| ) | |
| **ALL PURCHASE CLAIMS CLASS** ) | **JURY TRIAL DEMANDED** |
| **ACTION COMPLAINTS PENDING OR** ) | |
| **SUBJECT TO TRANSFER TO** ) | **PURCHASE CLAIMS MASTER** |
| **MDL 1657** ) | **CLASS** |
| ) | |
| ) | |

## ORDER

Considering the foregoing Defendant's Motion and Incorporated Memorandum for Leave to Submit Response to Plaintiffs' Notice of Additional Supplemental Authority,

**IT IS ORDERED** that defendant Merck & Co., Inc. be and it hereby is granted leave to file its Response to Plaintiffs' Notice of Additional Supplemental Authority.

**NEW ORLEANS, LOUISIANA**, this 10th day of ___November___, 2010.

_____
DISTRICT JUDGE

1036993v.1