## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| | * | |
| *B.J. Baxter, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Crysta Ann Curt, individually and for the* | * | |
| *estate of Rita Curd* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-06440* | * | |

*************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Crysta Ann Curt, individually and for the

estate of Rita Curd, in the above-captioned case be and they hereby are dismissed with prejudice

with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of ___November___, 2010.

_____
DISTRICT JUDGE