UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | MDL Docket No. 1657<br>SECTION L |
| This document relates to: | * | |
| *Clarence Abrams, et al.*<br>v.<br>*Merck & Co., Inc., et al.* | * * * | JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:*<br>*Tina Pohlmeyer* | * * | |
| *Docket No. 2:05-cv-04434* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Tina Pohlmeyer in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of November, 2010.

_____
DISTRICT JUDGE