U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV 1 2 2010

LORETTA G. WHYTE
CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30215

MDO5-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

LUCRETIA NOBILE,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

-----------------------------------------------------------------

CHERYL SINGER,

    Plaintiff - Appellant

v.

MERCK & COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM:

IT IS ORDERED that appellee's motion for summary affirmance is *GRANTED*

IT IS FURTHER ORDERED that appellee's motion to place its reply in support of its motion for summary affirmance and accompanying exhibits under seal is *GRANTED*

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By Lina R. Martin, Deputy
New Orleans, Louisiana    12 NOV 2010

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 12, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30215   In Re: Vioxx Prod Liability
    USDC No. 2:05-MD-1657
    USDC No. 2:09-CV-3611
    USDC No. 2:09-CV-3613

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Gina Randazzo Martin, Deputy Clerk
                              504-310-7687

Mr. John H. Beisner
Mr. Ronald Ralph Benjamin
Ms. Vilia B Hayes
Ms. Loretta Whyte
Ms. Dorothy Hudson Wimberly

MOT-2