UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER WITHDRAWING MOTION TO QUASH

\*\*\* \*\*\* \*\*\* \*\*\*

The Plaintiff, having filed a Motion to Withdraw its Motion to Quash; and the Court having reviewed the record and being otherwise sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion is hereby withdrawn.

New Orleans, Louisiana, this 12th day of November, 2010.

_____
United States District Judge