| | |
|---|---|
| Leroy F. Gunn,<br><br>      Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>      Defendant(s). | United States District Court<br>Eastern District of Louisiana<br><br>MDL DOCKET NO. 1657<br><br>Case No. 2:05cv564<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Leroy F. Gunn, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____    _____    _____
Mitchel T. Rice                                             Stephen G. Strauss                              Phillip A. Wittmann
Morgan, Minnock, Rice & James, L.C.         Bryan Cave LLP                                  Dorothy H. Wimberly
Kearns Building, Eighth Floor, 136 South    211 N. Broadway, Suite 3600            Stone Pigman Walther
Main Street                                                 St. Louis, MO 63102                         Wittmann LLC
Salt Lake City, UT 84101                             (314) 259-2000 Tel                             546 Carondelet Street
801-531-7888                                               (314) 259-2020 Fax                           New Orleans, LA 70130
                                                                                                                                  (504) 581-3200 Tel
                                                                                                                                  (504) 581-3361 Fax
Dated: March 31, 2008                                Attorneys for Merck & Co., Inc.

                                                                  Dated: 11-4-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.