## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | **MDL Docket No. 1657** |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| *Roberta Sterling, et al.* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Only with regard to:* | * | |
| *Beverly Roeber, individually and for* | * | |
| *decedent Amos Roeber* | * | |
| | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-00791* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Beverly Roeber, individually and for

decedent Amos Roeber, in the above-captioned case be and they hereby are dismissed with

prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 15th day of _____November_____, 2010.

DISTRICT JUDGE