

**SAGINAW COUNTY
SHERIFF'S OFFICE**

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

NOV 15 2010

**SHERIFF
WILLIAM L. FEDERSPIEL**

**UNDERSHERIFF
ROBERT X. KARL**

## GRIEVANCE FORM

DATE: _____     OFFICER(S) NAME: _____

TIME: _____     SHIFT COMMANDER(S) NAME: _____

GRIEVANCE: _____

Complaint

Dear Judges (MDL)

Wking to compell under section 3d(a) 412 ,(1998) fed. crim. U.S.C. on corporate disclosure and mail fraud under MCL, 709.01, 2d, 41 02 (1995), fed cr. Pr. 906.7, 2d, 76 22 (a) 6, (2). I am indigent litigant losing my physical liberty if he loses the litigation. See Lassiter V Dep t of Soul Servs. 452 U.S. 18, 25 (1981)

Signed,
Edward Earl Thomas

Rev. 09/22/05     FROM: _____



**SAGINAW COUNTY
SHERIFF'S OFFICE**

618 CASS STREET
SAGINAW, MICHIGAN 48602
(989) 790-5456
FAX (989) 790-5429

**SHERIFF
WILLIAM L. FEDERSPIEL**

**UNDERSHERIFF
ROBERT X. KARL**

### GRIEVANCE FORM

DATE:_____     OFFICER(S) NAME:_____

TIME:_____     SHIFT COMMANDER(S) NAME:_____

GRIEVANCE:

*Writing to Request to Reopen / Reinstate*

*Case MCL 06-1657*

*Dear Judge Eldon E. Fallon*

*Asking to compell under section 3d (a) 412, (1998)
fed crim. L.S.C. on corporate disclosure and
mail fraud under MCL. 709.01, 2d, 41, 07 (1995)
fed cr Pr. 906.7, 2d, 76 2d(a)6, (2).*

Rev. 09/22/05

FROM:_____

*"Working Together To Make Saginaw County A Safer Place To Live"*

THE
SAGINAW VALLEY



Edward Ralf Thomas
208 S. Hamilton
Saginaw MI 48602

Judge Fallon
500 Poydras
New Orleans LA
70130

70130#1656

SAGINAW MI 485
09 NOV 2010 PM 1