UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**This document relates to:    06-1493, Thomas v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl Thomas. IT IS ORDERED that the correspondence be entered into the record only for the purpose of maintaining a record of receipt. Pursuant to the Court's Order of October 7, 2009 (Rec. Doc. 25252), Mr. Thomas is prohibited from filing any documents in this case without prior Court approval. Accordingly, the Court will construe the attached correspondence as a motion for leave to file. IT IS ORDERED that the motion for leave to file is DENIED. The correspondence constitutes the same type of frivolous filing that this Plaintiff has previously been prohibited from submitting without prior Court approval.

New Orleans, Louisiana, this 16th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130