UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  : SECTION: L
   :
   : JUDGE FALLON
   : MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO: 06-5980,** *as to Larry Long ONLY*

## ORDER

The Court has received the Special Master's report and recommendation regarding the attorney lien dispute between Vioxx claimant Larry Long and the Miller Law Firm (Rec. Doc. 55584). The Court is also informed by Larry and Debra Long that they have been evicted from their homes and are currently homeless and in need of any funds due them under the Special Master's recommendations. In light of these emergency circumstances, the Court hereby adopts the Special Master's report and recommendation in its entirety as the Court's findings of fact and conclusions of law, reserving the right of all parties to subsequently file an objection or motion to adopt or modify the Special Master's report and recommendation.

New Orleans, Louisiana, this 16th day of November, 2010.

                                                  UNITED STATES DISTRICT JUDGE

1