UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Ronnie Allen, et al. v. Merck & Co., Inc., et al.*, | *   KNOWLES |
| 2:06-cv-02212-EEF-DEK | * |
| | * |
| **Only with regard to:** | |
| **John Carroll** | |

*************************************************************************

### ORDER TO SHOW CAUSE WHY CASE
### SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff John Carroll in the above-numbered case show cause on the 6th day of January, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 23rd day of December, 2010.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 30th day of December, 2010.

**NEW ORLEANS, LOUISIANA**, this __15th__ day of November, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1037557v.1