UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All plaintiffs on attached Exhibits A, B-1, B-2, C, D, E, F,* | * | KNOWLES |
| *and G* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO REINSTATE CLAIM AND/OR FOR RELIEF
FROM DEADLINES OF SETTLEMENT PROGRAM DUE TO
EXCUSABLE NEGLECT AND NO FAULT OF CLAIMANT OR HER
CURRENT ATTORNEY AND INCORPORATED MEMORANDUM**

On Motion of Maureen Welch, claimant, who respectfully requests this Court to reinstate Ms. Welch into the settlement program.

Undersigned counsel and her staff have tried multiple times to resolve this matter with the Administrator, to no avail. Ms. Welch (from NY) contacted attorney Ginger DeForest back in 2008 and requested that she help her out because a deadline was ostensibly impending. Attorney DeForest in the spirit of helping an out-of-state woman who said she had been rejected from a class action. Ms. DeForest agreed to evaluate to determine if she could be assistance until she could secure counsel, if necessary and possible. Ms. DeForest did not have any file material at the time but was hoping to preserve her rights.

When Ms. DeForest compiled a file, she learned that the prior counsel had missed three (3) deadlines before she ever enrolled. Ms. DeForest and her staff has spent countless days and hours attempting to comply with additional deadlines; were locked out of the settlement portal and called everyone she could find a name for to learn how to redress the situation, to no avail. Ms. DeForest sent numerous correspondence and made countless phone calls to multiple contacts (which often changed), attempting to reinstate Ms. Welch's enrollment in the program. Ms. DeForest even spoke to the Court's staff, who gave her names to contact, which Ms. DeForest did, to no avail.

Some of the individuals that Ms. DeForest has written or telephoned include: Scott Monroe at Brown Greer; Claudia Santoya (I believe who worked for McGlinchey) who once was played a liaison role in this matter; the Garreston Firm Resolution Group; and other individuals as I requested more names of who could help undersigned gain access to the portal and to comply with deadlines. At one point, early on, Ms. DeForest forwarded a packet of her efforts to reinstate Ms. Welch's claim, and discovered she was still locked out of the portal.

Although the program has been pending for years, it is undersigned's understanding that no settlements have been paid. Therefore it would be no prejudice to allow Ms. Welch to reactive her membership in the settlement program. It would be understandable if the Court ordered that Ms. Welch complete all outstanding forms within a 30 day period. (Again, she tried numerous times to submit documents and she was listed as "case closed.")

After numerous attempts and being told concisely by Dorothy Wimberly at Stone Pigman "nothing can be done to revive the suit," Ms. DeForest wrote to Ms. Welch, advising her of same, and thereafter Ms. Welch contacted this office and indicated the Judge said to file a Motion to Reinstate the Suit. This Motion followed.

Therefore, due to excusable neglect and no fault of Ms. Welch, claimant respectfully prays that the Court Order the Administrator to allow her to re-enroll under reasonable conditions. Ms. Welch never gave her former counsel, or undersigned, permission to withdraw her from the program. Although undersigned has tried repeatedly to learn how to reinstate the claim, if any of the fault lies with her (in addition to the three deadlines missed <u>before</u> Ms. DeForest ever talked to Ms. Welch), Ms. Welch should not be punished and prejudiced.

    Respectfully submitted:

    s/Ginger K. DeForest
    **Ginger K. DeForest #25945 (T.A.)**
    501 Clearview Parkway
    Metairie, Louisiana 70001
    Phone No: (504) 247-9086; Fax: 888-762-5152

## **CERTIFICATE OF SERVICE**

I hereby certify that on <u>November 16, 2010</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

**Jeanine R. Bermel**
jeanine.bermel@huschblackwell.com

**Orran L. Brown**
obrown@browngreer.com,kcopeland@browngreer.com,tblankenship@browngreer.com

**Leonard A. Davis**
ldavis@hhkc.com,hlaborde@hhkc.com,lflemming@hhkc.com

**Russ M. Herman**
rwestenfeld@hhkc.com

**Robert Murray Johnston**
rmj@ahhelaw.com,gwh@ahhelaw.com

**Patrick A. Juneau**
paj@juneaudavid.com,propulsid@bellsouth.net

**Ann B. Oldfather**
aoldfather@oldfather.com,mas@oldfather.com

**Chris M Placitella**
cplacitella@cprlaw.com

**Vioxx Litigation Consortium**
gkaiser@thekaiserfirm.com,bsteffey@williamsbailey.com

**Phillip A. Wittmann**
pwittmann@stonepigman.com,pblackman@stonepigman.com,btigchelaar@stonepigman.com,cmolony@stonepigman.com

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: N/A.

    Respectfully submitted:

    s/Ginger K. DeForest
    **Ginger K. DeForest #25945 (T.A.)**
    501 Clearview Parkway
    Metairie, Louisiana 70001
    Phone No: (504) 247-9086; Fax: 888-762-5152