UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657* |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | *                            * | |
| | | MAGISTRATE JUDGE |
| All plaintiffs on attached Exhibits A, B-1, B-2, C, D, E, F, *
 *and G* | | KNOWLES |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Based on the foregoing Maureen Welch is **GRANTED** to leave to reinstate her suit and the Administrator is directed to give Ms. Welch and her counsel a reasonable time period to comply with missed deadlines and the information needed to gain entry to the portal.

Signed this_____ day of_____, 2010.

_____
United States District Judge

Respectfully submitted:

s/Ginger K. DeForest_____
**Ginger K. DeForest #25945**
501 Clearview Parkway
Metairie, Louisiana 70001
Phone No: (504) 247-9086; Fax: 888-762-5152