UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *All plaintiffs on attached Exhibits A, B-1, B-2, C, D, E, F and G* | * | |
| | * | |

*******************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the foregoing Notice of Hearing before Judge Eldon E. Fallon on the 6th day of January, 2011 at 10:00 o'clock a.m. in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Section "L," New Orleans, Louisiana.

Respectfully submitted:

s/ Ginger K. DeForest

**Ginger K. DeForest #25945 (T.A.)**
501 Clearview Parkway
Metairie, Louisiana 70001
Phone No: (504) 247-9086; Fax: 888-762-5152

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 19, 2010, I emailed for filing the foregoing on order of Ms. Carolyn Stewart, in lieu of e-filing, and emailed the filing to the following: Jeanine R. Bermel jeanine.bermel@huschblackwell.com, Orran L. Brown obrown@browngreer.com, kcopeland@browngreer.com, tblankenship@browngreer.com, Leonard A. Davis ldavis@hhkc.com, hlaborde@hhkc.com, lflemming@hhkc.com, Russ M. Herman rwestenfeld@hhkc.com, Robert Murray Johnston rmj@ahhelaw.com, gwh@ahhelaw.com, Patrick A. Juneau paj@juneaudavid.com, propulsid@bellsouth.net, Ann B. Oldfather aoldfather@oldfather.com, mas@oldfather.com, Chris M. Placitella cplacitella@cprlaw.com, Vioxx Litigtation Consortium gkaiser@thekaiserfirm.com, bsteffey@williamsbailey.com, Phillip A. Wittmann pwittmann@stonepigman.com, pblackman@stonepigman.com,

btigchelaar@stonepigman.com, cmolony@stonepigman.com