UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * * | MDL No. 1657<br>SECTION L<br>JUDGE ELDON E. FALLON<br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

**THIS DOCUMENT RELATES TO:** *Ruth Jenkins, et al v. Merck & Co., Inc.,* **No. 05-4054**

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41(a) (1), the undersigned counsel hereby stipulate that all claims of plaintiff, **James Alexander**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Respectfully Submitted by:

Dated: _____, 2008         _____
                                   James P. Frickleton, MO #31178
                                   Bartimus, Frickleton, Robertson & Gorny
                                   One Hallbrook Place
                                   11150 Overbrook Drive
                                   Leawood, KS 66211
                                   (913) 266-2300
                                   Fax (913) 266-2360

                                   Grant L. Davis, MO #34799
                                   Shawn Foster, MO #47663
                                   Davis Bethune & Jones, LLC
                                   1100 Main Street, P.O. Box 482355
                                   Kansas City, MO 64148-2355
                                   (816) 421-1600
                                   Fax (816) 472-5972

                                   J. Scott Bertram, MO Bar #23715
                                   The Bertram Law Firm, LLC
                                   9229 Ward Parkway, Ste 107

Kansas City, MO 64114
(816) 523-2205
Fax (816) 523-8258

Thomas P. Cartmell, MO #45366
Brian J. Madden, MO #40637
Thomas J. Preuss, MO #54923
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 6411
(816)701-1100
Fax (816)531-2372

Wm. Dirk Vandever, MO #24463
The Popham Law Firm, P.C.
323 W. 8th St., Ste. 200
Kansas City, MO 64105
(816) 221-2288
Fax (816) 221-3999

Kirk Goza, MO #32475
Brad Honnold, MO #39818
Goza & Honnold, LLC
2630 City Center Square
1100 Main Street, P.O. Box 482355
Kansas City, MO 64148-2355
(816) 512-2171
Fax (816) 512-2172

Wayne R. Spivey, Atty. ID #31017
Shrager, Spivey & Sachs
Two Commerce Square, 32nd Floor
Philadelphia, PA 19103
(800) 568-5868
Fax (215) 568-7495

Attorneys for Plaintiff **James Alexander**

*[signature]*

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(Tel): 504-581-3200
(Fax): 504-581-3361

Attorneys for
Merck & Co., Inc.

Dated: 11-4-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.