TERRY COOK and )
REBECCA COOK, et al., )
)
           Plaintiffs, )
)
v. )
)
)
MERCK & CO., INC., )
)
           Defendant. )
)

**IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA**

**Case Code No: 1657**
**Docket No: 2:06-cv-06643-EEF-DEK**

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Alice Faye Anderson** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Christopher John Paris
Austin Lee Van Stean
Van Stean & Paris
397 N. Sam Houston Parkway East
Suite 420
Houston, TX 77060
(281) 272-9434 Telephone
(281) 272-9496 Facsimile
Attorneys for Plaintiff

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _1 - 15 - 2009_

Dated: _11-4-10_

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th  day of November, 2010.

        */s/ Stephen G. Strauss*
        Stephen G. Strauss
        BRYAN CAVE LLP
        211 North Broadway, Suite 3600
        St. Louis, Missouri 63102
        Phone:  314-259-2000
        Fax:     314-259-2020
        sgstrauss@bryancave.com

        Attorneys for Defendant
        Merck & Co., Inc.