IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX:<br>Products Liability Litigation<br><br>THE STATE OF OKLAHOME, *ex rel*<br>OKLAHOMA HEALTHCARE<br>AUTHORITY,<br>　　Plaintiff,<br>vs.<br><br>MERCK & CO., INC.,<br><br>　　Defendant. | )<br>)<br>)   MDL 1657<br>)<br>)<br>)<br>)<br>)   SECTION L<br>)<br>)   JUDGE ELDON E. FALLON<br>)<br>)   MAGISTRATE JUDGE KNOWLES<br>)<br>) |

## PLAINTIFF'S UNOPPOSED MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

COMES NOW the Plaintiff, THE STATE OF OKLAHOMA, *ex rel* OKLAHOMA HEALTHCARE AUTHORITY, and respectfully requests leave pursuant to Federal Rules of Civil Procedure 15(a) to file the proposed Second Amended Complaint attached hereto as Exhibit A. In support of this motion, Plaintiffs state the following:

1. The State of Oklahoma, *ex rel* Oklahoma Healthcare Authority ("OHCA"), was one of the last states in the present settlement group to file pleadings in this matter, having done so in U.S. District Court in Oklahoma on or about the 16th of September, 2009. The case was subsequently transferred to this Honorable Court.

2. OHCA then filed an amended petition adding several causes of action in May of this year. Having failed to file for leave of this Court to file such amended pleadings, Defendant does not consider such filing to be the live pleading. Plaintiff concedes that leave to file was inadvertently not requested at that time.

3. On or about October 21, 2010, Defendant filed a Motion for Judgment on the Pleadings addressing the Original Complaint filed in Oklahoma and subsequently transferred to this Honorable Court. The parties have agreed to suspend that Motion and allow Plaintiff to file a new, Second Amended Complaint. Defendant will thereafter file a new Motion for Judgment on the Pleadings.

4. Such a motion to amend can be "freely given when justice so requires" subject to Federal Rules of Civil Procedure 15(a). Granting leave will not prejudice Defendant who has reviewed the amended complaint and agreed to allow Plaintiffs to file this Second Amended Complaint at this time and Defendant concedes that Plaintiff's filing of its amended complaint at this time causes no undo burden nor delay in the litigation.

WHEREFORE, OHCA prays this Honorable Court grant leave to file their Second Amended Complaint.

                                              Respectfully submitted,

                                              **SHELLY A. SANFORD PLLC**

                                              /s/ Shelly A. Sanford

                                              SHELLY A. SANFORD
                                              FBN: 784904
                                              ANTHONY C. COVENY
                                              SBN: 24059616
                                              1500 McGowen Street, Ste. 250
                                              Houston, Texas 77004
                                              713/524-6677 Telephone
                                              713/524-6611 Facsimile
                                              ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF CONFERENCE

A conference has been held on the merits of this Motion. Opposing counsel has agreed or is unopposed to Movant's request under this Motion.

                                              /s/ Shelly A. Sanford

                                              SHELLY A. SANFORD

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, via U.S. Mail, email, hand delivery or electronically by LexisNexis File & Serve, on this the 17th day of November, 2010.

                                              /s/ Shelly A. Sanford

                                              Shelly A. Sanford