IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX:<br>Products Liability Litigation | )<br>)<br>) MDL 1657 |
| THE STATE OF OKLAHOME, *ex rel*<br>OKLAHOMA HEALTHCARE<br>AUTHORITY,<br>    Plaintiff,<br>vs.<br>MERCK & CO., INC.,<br>    Defendant. | )<br>)<br>)<br>) SECTION L<br>)<br>) JUDGE ELDON E. FALLON<br>)<br>) MAGISTRATE JUDGE KNOWLES<br>) |

### ORDER

Plaintiff submitted an unopposed motion to file a second amended complaint on November 17, 2010. As a result, and for the reasons stated in Plaintiff's motion,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave by this Honorable Court to file a second amended complaint. Plaintiff's second amended complaint is deemed filed as of this date.

SIGNED this the _____ day of _____, 2010.

_____
JUDGE