Richard S. Castaldo, M.D., P.C.
533 Niagara Street
Tonawanda, New York  14150
Phone (716) 743-5450
Fax (716) 743-5455

May 19, 2009

```
WCSR
MAY 2 2 2009
RECEIVED
```

| | |
|---|---|
| **Patient Name:** | James Nelson |
| **Gender:** | Male |
| **DOB:** | 6/13/1963 |
| **Records Reviewed:** | New York Presbyterian Hospital |
| | Copy of Vioxx prescription label from Harlem Health Center Pharmacy (dated 6/29/2004) |
| | Copy of Vioxx prescription label from Family Pharmacy and Surgical, Inc. (dated 2/25/2004) |
| **Past Medical History:** | Some sleep disturbance, cocaine and marijuana abuse, history of bronchitis, history of gastric ulcer, pneumonia, fractured elbow |
| **Past Surgical History:** | None. |
| **Social History:** | Marijuana and cocaine abuse.  Father died of extensive heart attack. |
| **Height and Weight:** | 69", 170 lbs. |
| **Employment History:** | Works in a hotel lifting heavy objects. |
| **Allergies:** | None. |
| **Current Medications:** | None at the time of event. |

**Assessment:**   This preliminary report is based upon the materials listed above and is provided subject to revision if and when additional materials become available.  This report is generated due to the time constraints I was advised that exist in the Vioxx litigation.  I reserve the right to supplement and amend this report if and when additional information and records become available.  The opinions offered herein are offered to a reasonable degree of medical certainty and if such opinions require modification or supplementation based upon new or additional materials which become available subsequent to this report, an additional report will be prepared which must be attached to and became a part of this preliminary report.

Mr. Nelson was 42 years old when he presented to the New York Presbyterian Hospital on August 28, 2005.  According to the history, he was playing basketball before noon and experienced chest pain radiating to his neck and left shoulder with nausea and shortness of breath.  He presented to the emergency department that afternoon.  He was diagnosed with an evolving myocardial infarction and was transferred for catheterization.  He underwent angiography and stent placement.  No medications are noted at the time of that admission.  He was noted to have some slightly elevated creatinine.  He gave a history of cocaine abuse (although the toxicology was negative at this admission) as well as marijuana abuse.  He denied cigarette smoking. Alcohol use was unclear.

Even if he were to receive Vioxx up to the time of the recall, this would take us only until October or November of 2004, at least nine months prior to his cardiac event.

RE: James Nelson
May 19, 2009
Page 2

**Opinion:**

1. I was asked to perform an independent medical record review of this patient on behalf of the law firm of Cellino & Barnes, P.C.

2. My current Curriculum Vitae, including my credentials and publications for the past 10 years, is attached.

3. A list of those matters in which I have testified as an expert within the last four years is attached.

4. I received $200.00 for my review of the records and the preparation of this report.

5. I understand there may be additional records and/or information unavailable to me at this time.

6. The opinions herein are given to a reasonable degree of medical certainty based upon my education, experience, training, clinical work for various pharmaceutical companies including participation in a Phase III Vioxx study and a Phase IV Vioxx study for Merck.

7. I cannot conclude that this patient's use of Vioxx caused or contributed to any injury.

8. I reserve the right to supplement these opinions upon request of additional information.

The above analysis is based upon the available information at this time, including the information contained in the available medical records and available pharmacy records. It is assumed that the information provided to me is correct. If more information becomes available at a later date, an additional report should be requested. Such information may or may not change the opinions rendered in this evaluation.

Any comments are provided as guidance and not as medical advice. The opinions expressed do not constitute a recommendation to the patient nor establish a patient/physician relationship.

I, Richard S. Castaldo, M.D., am a physician duly licensed in the State of New York and affirm and declare under penalty of perjury that the information contained in this report is true and correct to the best of my knowledge and belief, except as to information that I have received from others. As to that information, I affirm and declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted in this report, represents information that I believe to be true.

*[signature]*
Richard S. Castaldo, M.D.
RSC/dms

# Richard S. Castaldo, M.D.
## 533 S. Niagara Street
## Tonawanda, New York 14150
## 716-743-5450

**Education:**

State University College of New York at Brockport.
Bachelors of Science in Biology, Magna Cum Laude
May 1981.

University of Rome Medical School, Rome, Italy
Degree of Medicine and Surgery, October 1987.



**Practical Experience:**

Niagara Falls Memorial Hospital, 1/2003 - 3/2003.

ECMC, Medical Director, Internal Medicine Primary Care floor, 4/1999 - 10/2002.

Niagara University, Primary Care On-site Instructor, 1999-2000

Daemen College, Primary Care On-site Instructor,
Nurse Practitioner Program, 1998-1999

DeGraff Hospital Staff Member, 1998-2000.

University at Buffalo, Primary Care On-site Instructor, Nurse Practitioner Program, 1998-1999

Niagra University, Medical Doctor for 17 Division I sports teams (1996-present).

University at Buffalo Medical School, Preceptor First, Second and Third Year Medical Students, 1995-present.

Clinical Adjunct Faculty Appointment, D'Youville College, Nurse Practitioner Program, 1994-1999

Associate Attending, Millard Fillmore Hospital, Buffalo, NY 6/1992-3/2000.

Bry-Lin Hospital Staff, June 1992-2000.

Millard Fillmore Hospital, Buffalo, NY, Internal Medicine: PGY II PGY III, 6/1992-3/2001.

State University of New York at Buffalo, Internal Medicine Program: PGY 11/1988-6/1990.

Externship: Family Practice, Niagara Falls Memorial Hospital, Niagara Falls, NY, 1988.

Post-doctorate fellowship in tumor biology, V.P. Terranova, University of Buffalo, 2/88-7/88.

Externship: Pediatrics/Social Service Physicals, County Jail, George Muscato, M.D., Lockport, NY 1985 - 1987.

**Research Experience:**

Phase IV Acute Exacerbation of Chronic Bronchitis, Aventis (Keytek), 2004-2005.

Phase III APC-11, Acute Pharyngitis, Advancis Pharmaceutic Corp, 2004-2005.

Phase IV Acute Back Pain Trial (Flexeril 5 mg), McNeil, 2004.

Phase IV PROFeSS Stroke Prevention Trial (Aggrenox), BI, 2004-2008.

Phase IV BPH-registry, (Uroxatrol), Sanofi, 2004.

Phase III Jupiter Trial (Crestor), Astra-Zeneca, 2004.

Phase IV Stress Urinary Incontinece (SUI) (Doloxetine), Desire Trial, Lily, 2004.

Phase IV Arterial dilation vs. Arterial Velocity (Avandia), Glaxo Smith Klein, 2004.

Phase IV Chronic Bronchitis Trial (Zithromax), Pfizer, 2003-2004. (publication pending).

Phase IV G.O.T. Trial (Lantus), 2/2003-2/2004.
Phase IV Herpes Awareness Trial (Valtrex), Glaxo. 2003-2004. (publication pending)

Phase IV ACCOMPLISH Trial (Lotrel), Novartis. 2003-2008.

Phase III Chemo-Prevention Trial, V.I.P. Study (Vioxx), Merck. 2003-2004.

Phase IV P.L.A.C.E. Trial (Cardizem LA). 2/2003.

Phase III, Allergic Rhinitis Trial (Nasonex), Shering Plough, 2003.

Phase III Asthma Long Term Safety Trial, (Fomoterol), Novartis, 2003.

Phase III Asthma Trial, Fomoterol, (Sepracor), 2003.

Phase III Allergic Rhinitis Asthma Trial, (Advair), Glaxo Smith Klein, 2002.

Phase III Diabetic Peripheral Neuopathy Trial, protein kinase inhibitor, Eli Lilly, 2002.

Phase IV Diabetic Trial, (Lantus), Aventis, 2002.

Phase III Hypertension Diabetes Trial G.E.M.I.N.I. Trial, (Coreg), Glaxo Smith Klein, 2002-2004.

Phase III Severe Asthma Trials (Short and Long Term) (Ciclesonide), Aventis, 2002

Phase IV Asthma Trial (Foradil), Novartis, 2002

Phase IV Biaxin XL vs. Zithromax Program, Abbott, 2002 (CHEST presentation and publication, 2003).

Phase IV Celebrex vs. Vioxx Outcome Program: A retrospective analysis of Cycloooxygenase-II inhibitor response patterns, Merck, 2003.

Lescol XL Outcome Program, Reliant, 2002.

Phase IIB AECB Trial, (Quinolone) Abbott, 2002

Pravachol vs. Lipitor HDL Outcome Study, Bristol Myers Squibb, 2001

Phase IV AECB Trial, Dynabac vs. Zithromax Single Blind, Randomized, Parallel-Group, MURO, 2001 (Publication in Clinical Therapeutics, 2/03)

WelChol Outcome Program, Sankyo, 2001

Phase IV AVALON Trial, Lipitor & Norvasc, Pfizer, 2001-2004.

Phase III URI Study, Telithromycin, (Ketolide) (Ketek), Aventis, 2001

Phase III Mild to Moderate Asthma Trials, Fexofenadine (Allegra), HMR, 2001.

Phase III Erectile Dysfunction Trial and Extension Trial (Uprima), TAP Pharmaceuticals, 2001-2002.

Phase III Diabetes in Seniors Trial (Starlix), Novartis, 2001.

Phase III Stress Urinary Incontinence Study, (Duloxetine), Lilly, 2001-2004.

Phase III Chronic Bronchitis Trial, Telithromycin, (Ketolide) (Ketek), HMR, 2001.

Phase III Diabetes Trial (Amaryl), Aventis, 2000.

Phase III Asthma Trials, (Serevent) & (Flovent), Glaxo Wellcome, 2000.

Phase III OCTAVE Trial (Omipatrilat), Bristol Meyers Squibb, 2000.

Zyrtec Study Program, Pfizer, 2000-2001.

Phase IV T-REX 0931/VAL R-75 Post Herpetic Neuralgia Study (Publication Pending), (Valtrex), Glaxo Wellcome, 2000-2002. ()ublication pending).

Phase IV Phase III Pneumonia Study, Telithromycin (Ketolide) (Ketek), HMR, 2000.

Phase IV Relenza Outcome Study, Effect of Patient Education and Zanamivir on Morbidity of Influenza in a Private Practice, Glaxo Wellcome, 1999-2000. (Publication, CHEST, 2002).

Phase IV PAINLESS Arthritis Outcome Study, Celecoxib (Celebrex), Pfizer, 1999 Publication Pending. (Value in Health, Volume 2002, Issue 2).

Phase III Chronic Bronchitis Trial, Gemofloxacin (Factive), SKB, 1998.

Phase IV Baycol Outcome Study, Bayer, 1999.

Plavix Outcome Study, Sanofi, 1999-2000.

Phase III Erectile Dysfunction Trial & Extension Study (Uprima), TAP, 1999-2000.

Phase III Chronic Bronchitis, Gatifloxacin (Tequin), Bristol Meyers Squibb, 1999.

Phase III Valdecoxib Arthritis Trial & Extension, Searle, 1999-2000.

Phase III Bronchitis/Sinusitis Trials, Moxifloxacin (Avelox), Bayer 1999.

Phase IIIB Claudication Study, Cilostazol (Pletal), Otsuka, 1999.

Phase III Endothelial Dysfunction Trial, (Diovan), Novartis, 1999.

Phase III Chronic Bronchitis Trial, Gemafloxacin (Factive), SmithKline Beecham, 1999.

Phase IV Protocol #981-952-R001 "Comparison of the Efficacy of Fluvastatin to Atorvastatin in Patients with Hypercholesterolemia", Parke-Davis, 1998.

Phase IV Protocol #906-952419-0 "Retrospective Study of Quinipril and/or Exogenous Nitroglycerine Patch for Symptomatic Relief of Peripheral Vascular Disease", Parke-Davis 1998.

Clinical Outpatient Vascular Study, Exogenous Use of Nitrous Oxide in PVD, with Dr. Syde Taheri, 1998.

Clinical Outpatient Vascular Study, Monocyte Receptor Expression of Fibrinogen Receptors and Clotting Cascade with Dr. Syde Taheri, 1998.

Tricor Outcome Study, Abbott, 1998.

Phase III Pneumonia Trial, Ketolide (Ketek), Hoechst Marion Roussel, 1998.

Candesartan Outcome Study, Astra Merck, 1998.

Trovan Acute Sinusitis / Bronchitis Outcome Study, Pfizer, 1998.

Celexa Efficacy and Outcome Studies, Parke Davis/Forest Pharmaceuticals, 1998.

Phase IV Hypertension/Diabetic Trial, Valsartan (Diovan), Novartis, 1998.

Niaspan Outcome Studies, KOS, 1998.

Phase IV Niaspan Trial, KOS, 1998.

Avapro Outcome Study, Bristol Myers Squibb, 1998.

RIMS Analysis, Bronchitis and Sinusitis Outcome Study, Synergy Health Care, Inc., Abbott, March, 1998.

Phase III ALIVE Trial, Azimilide, Proctor and Gamble, March 1998.

Phase III NIDDM Trial, Starlix, Novartis, February, 1998.

Phase III Arthritis and Extension Trial, Celecoxib (Celebrex), Searle, February, 1998.

Phase IIIB VALUE, Valsartan (Diovan), Antihypertensive Trial, Novartis, February, 1998.-2004.

Phase IV Type II Diabetes Study, (Rezulin), Parke-Davis, February, 1998.

Phase III Sinusitis Trial, Parke Davis, (Omnicef), January, 1998.

Phase IV Type I Diabetes Trial, (Lispro), Lilly, January, 1998.

Phase IV Chronic Bronchitis Trial, Grepafloxacin (RAXAR), Glaxo Wellcome, January, 1998.

Phase III Hyperlipidemia Study, Cerivastatin (Baycol), SmithKline Beecham, January, 1998.

Hypertension Outcome Study, Tiazac, Forest Pharmaceuticals, 1997-1998.

Pravachol Outcome Study, Bristol Myers Squibb, 1997-1998.

Outcome Study, Astra-Merck, Prevacid vs. Prilosec Failures, 1997-1998.

Phase III Posicor Hypertension Study, Roche, September, 1997.

Outcome Study, Plendil vs. Norvasc, Astra-Merck, 1997.

Phase IIIB Trovafloxacin (Trovan), Diabetic Foot Study, Pfizer, June, 1997.

Phase IV Accept Trial, Accolade, Zeneca, April, 1997.

Plendil Hypertension Outcome Study, Astra Merck, April, 1997.

Sporonox Onychomycosis Outcome Study, Janssen, March, 1997.

Phase IV Lexxel Leger Study, Astra Merck, February, 1997.

Phase IV 3C Ciprofloxacin Study, Bayer, February, 1997.

Phase III Troglitazone (Rezulin) Study, Parke Davis, November, 1996.

Phase IV CONVINCE Hypertension Trial, (Covera HS) Searle, November, 1996-1999.

Phase IV ALLHAT Hypertension Trial, Pfizer, November, 1996-2002.

Phase III Alzheimer's Study, Pfizer, November, 1996.

Phase IV PROTECT Trial, Diabetes Study, (Precose), Bayer, April, 1996.

Phase IV Metformin Study (Glucophage), Bristol Meyers Squibb, March, 1996.

Phase IV Tacrine (Cognex) Study, Parke Davis, January, 1996.

Phase IIIB Chronic Bronchitis Study, Sparfloxacin (Zagam), Rhone Poulenc Rorer, 1996.

Phase IIIB Depression Study, (Paxil), SmithKline Beecham, 1993.

Chronic Fatigue Syndrome research project under Dr David S. Bell, Lyndonville, NY, EBV/Infectious Mononucleosis, 1985.

Transfected and Immortalized Periodontal Ligament Cell, March 1988  03/88-05/88.

## Advisory Boards:

Glaxo National Advisory Board (Advair COPD), 2002.

Merck Regional Advisory Board (VIOXX), 1999-2001.

Pfizer Regional Advisory Board (Celebrex), 1998-1999.

Novartis National Advisory Board (Lotrel), 1997.

## Lectures:

Sankyo Pharmaceuticals
Bioval Pharmaceuticals
Abbott Pharmaceuticals
Reliant Pharmaceuticals
Searle Pharmaceuticals
Parke Davis
Pfizer, Inc.
SmithKline Beecham
Glaxo Smith Klein
Forest Pharmaceuticals

**Employment:**

Medical Director, Primary Care, Erie County Medical Center, Buffalo, NY 03/98-10/02.

American Home Patient, Director of IV Therapy, 1999-2000.

Respiratory Director NMC Homecare, Cheektowaga, NY 1996-1997.

Assistant Medical Director - Buffalo Oxygen, Orchard Park, NY 1994-1995.

State University of New York at Buffalo

Postdoctoral Research Fellow, Department of Oral Biology/Tumor Biology and Connective Tissue Research, Transfected and Immortalized Periodontal Ligament Cell, August, 1988 - November 1988.

Medical Technologist: Equifax, Buffalo, NY 1988.

Norcliff Mayer, Tuchakoe, New York, Summer Research, 1978-1980.

**Societies:**

Erie County Medical Society
New York State Medical Society
Associate Member of the American College of Physicians

**Publications and Presentations and Honors:**

Richard S. Castaldo M.D., Mary A. Cifaldi, R.Ph, M.S.H.A., Ph.D., Alan F. Kaul, Pharm.D., M.Sc,., M.B.A., FCCP, Anthony Mato, M.D.: Treatment of Acute Exacerbations of Chronic Bronchitis in Patients with Chronic Obstructive Pulmonary Disease: A Retrospective, Cohort Analysis of Clarithromycin Extended Release vs Azithromycin. CHEST, 2003. (presented at national meeting, 2003)

A comparison of 5 day course of Drithromycin vs Azithromycin in the treatment of acute exascerbations of COPD. Clinical Therapeutica, 2/03.

Retrospective analysis of cyclooxygenase II inhibitor response patterns, Journal of Pharmaco-Technology, Nov-Dec, 2002.

"Teacher of The Year", Department of Family Practice, University at Buffalo, School of Medicine, 2002.

Relenza Poster Presentation, Effect of Patient Education and Zammamivir on Morbidity of Influenza in a Private Practice, CHEST Conference, San Francisco, September 2000.

Effect of Patient Education and Zanamivir on Morbidity of Influenza in a Private Practice, CHEST 2000 Abstract Journal.

Celebrex Poster Presentation, Reduced utilization of antiulcerant drugs with Celecoxib: Findings of the PAINLESS Trial, International Society for Pharmacoeconomics and Outcomes Research Meeting, Maryland, May 2000

Reduced utilization of antiulcerant drugs with Celecoxib: Findings of the painless trial. Castaldo RS, Luke DR, Grisanti MW. Value in Health, Volume 2000, Issue 3

Diagnosis of deep venous thrombosis by use of soluble necrosis factor receptor, Taheri SA, Castaldo R. Angiology, Volume 49, November 7, July, 1988

Immortalization of Periodontal Ligament Cells by Transfection with C-myc. Castaldo R and Terranova VP (Dept. Oral Biol, Lab Tum Biol and Conn Tiss Res, SUNY, Buffalo, NY 14214.)

Further Studies on a PDL Cell Autocrine Motility Factor. Green C, Castaldo R, and Terranova VP (Dept. Oral Biol, Lab Tum Biol and Conn Tiss Res, SUNY, Buffalo, NY 14214).

**Acknowledgements :**

Outcomes in hypertensive patients at high cardiovascular risk treated with regimes based on valsartan or amlodipine: the value randomized trial. Lancet, June, 2004.

Randomized Comparison of the Efficacy and Safety of Cerivastatin and Pravastatin in 1030 Hypercholesterolemic patients. Mayo Clinic Procedings, Volume 75, November, 2000.

A Comparison of Gemifloxacin and Clarithromycin in Acute Exasercbation of Chronic Bronchitis and Long Term Clinical Outcomes. Clinical Therapeutics, Vol 24, Number 4, 2002.

Medical Outcomes in High Risk Hypertensive Patients Randomized to Angiotensen Enzyme Inhibitor or Calcium Channel Blocker vs Diuretic (ALLHAT), JAMA Express, 2002.

**Hospital Affiliations:**

Niagara Falls Memorial Hospital, 2003-3/2003.

Erie County Medical Center, 4/1999-10/2002.

Millard Fillmore Hospital, 6/1992-3/2001.

Bry-Lin Hospital, 1992-1999.

**Medical Appointments:**

ECMC Medical Director, Internal Medicine, Primary Care Floor, 4/99-10/02.

Community Blue Antibiotic Subcommittee, 1999-Present.

American Home Patient, Director of IV Therapy, 1999-2000.

Independent Health Antibiotic Subcommittee, 1998-1999.

Choice Care Pharmacy & Therapeutics Committee, 1998 - 2001.

Independent Health Pharmacy and Therapeutics Committee, 1997-1999.

Niagara University, Physician for 17 division 1 sports teams (1996-present).

Infectious Control and Antibiotic/Pharmacy and Therapy Committee Millard Fillmore Hospital, 1995-1996.

Physician Association of Western New York, IPA, 1995-Present.