UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO: ALL ATTORNEY LIEN DISPUTES**

**ORDER**

IT IS ORDERED that the exhibits to the Special Master's reports and recommendations regarding attorney fee disputes shall be placed UNDER SEAL due to confidential information contained therein.

New Orleans, Louisiana, this 17th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

1