UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>Products Liability Litigation<br><br>This Document Relates to:<br><br>*New York State & New York City v. Merck & Co., Inc.* (No. 08-960) | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## NOTICE OF APPEARANCE

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the following attorneys hereby enter their appearance and associate as counsel of record for plaintiffs The People of the State of New York and New York City:

> STEVE W. BERMAN
> CRAIG R. SPIEGEL
> Hagens Berman Sobol Shapiro LLP
> 1918 Eighth Ave., Suite 3300
> Seattle, WA 98101
> (206) 623-7292
> steve@hbsslaw.com
> craig@hbsslaw.com
>
> KRISTEN JOHNSON PARKER
> Hagens Berman Sobol Shapiro LLP
> 55 Cambridge Parkway, Suite 301
> Cambridge, MA 02142
> (617) 482-3700
> kristenj@hbsslaw.com

- 1 -

November 17, 2010

_____
STEVE W. BERMAN
CRAIG R. SPIEGEL
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave., Suite 3300
Seattle, WA 98101
(206) 623-7292

KRISTEN JOHNSON PARKER
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA 02142
(617) 482-3700

- 2 -

010214-11 408354 v1

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of November, 2010.

/s/ Dawn M. Barrios