# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

William Green; George Hood; Susan
Hobert; Wilson M. Hoyle; Margaret
Huffman ; James Jines; Edith Joy Kasmer;
Ruth Klapat; Maurice Lacewell; Conrado
Levario; Francis Donald McDonough;
Margaret Brock Metts; Mary L. Pappas;
Robert Wayne Plymale; Robert Price; Linda
Reitz; Patricia Robichaux; Marco
Rodriguez; Pete Romero; Samuel Hester;
Freda R. Single; Rose Stamps;Dannie
Stanton; Ernestina Taddy; Garrett
Thompson; Jeanette Murray for the Estate of
Darlene Landry; Richard Lewis for the
Estate of Katherine Lewis; Robin Schwartz
for the Estate of Elizabeth Loeffler; Marie
M. Brown for the Estate Of Daniel
Montgomery; Richard Dernberger for the
Estate of Darla Dernberger; Karl Barron
Goss, Jr. For the Estate of Wanda Goss;
Vicky S. Waterman For the Estate of Wilma
McClellan; Glenda James For the Estate of
Freddie Jo James; Tony Hollifield For the
Estate of Lois M. Hollfield; Eddie Reed for
Estate of Beatrice Reed;

,

         Plaintiff(s),

v.

MERCK & CO., INC.,

         Defendant(s).

DOCKET NO.  07-5252

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the

undersigned counsel hereby stipulate that all claims of Plaintiff Richard Lewis, individually and

as representative of the Estate of  Katherine Lewis , against defendant Merck & Co., Inc., and all

other named defendants, be dismissed in their entirety with prejudice, with each party to bear its

own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile


Dated: _2-14-08_____

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _11610_____

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.