# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

Opal Easley, individually and for the Estate
of Ray Easley; Merle Elliott; Julia Elliott;
Flora Evans, individually and for the Estate
of Curtis Evans; Barbara Farmer; Charles
Farmer; Christine Fay; Charles Brownlee;
Pressie Fentress, Individually and for the
Estate of Anna Fentress; Nilda Fernandez;
Adalbeeto Fernandez; Bettie Fulton; Richard
Fulton; Darreth Funk; Daniel Funk; Gloria
Garcia; Lorenzo Garcia; Phyllis Gerhartz;
Marvin Gerhartz; Salvatore Giammo; Dawn
Giammo; John Gibson, individually and for
the Estate of Mary Gibson; Margaret
Gonzales; Adenago Gonzales; Kathryn
Grantham; Griff Grantham; William Gray;
Gretchen Gray; Eleanor Gray; Algie Gray;
Eugene Graybeal; Delores Graybeal; John
Grega; Burnette Grega; Antonio Griego;
Ernestine Griego; Bertha Guerrero; Neftaly
Guerrero; Clarence Edward Haines; Bettie
Haines; Oliver Carine Hale; Karen Hale;
Anna Halla; Myron Halla; Arthur Hatfield;
Vickie Hatfield; Charles Hayes, individually
and For the Estate of Betty Jane Haynes;
Sharon Hendershot; Robert Hendershot;
Mike Hendrick; Jennifer Hendrick; Glenda
Hendrix; Richard Hendrix; Steven Bradley
Herman Sr.; Grace Herman; Cora
Hernandez; Mike Hernandez,

,

       Plaintiff(s),

v.

MERCK & CO., INC.,

       Defendant(s).

DOCKET NO.  07-3785

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiffs Julia Elliott and Merle Elliott, husband and wife, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile

Dated: _2-14-08_

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _11-9-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.