**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re: Vioxx®**<br>**Product Liability Litigation** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| **This document relates to:** | * | |
| *Ann M.G. Albright, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Wanda Lozier* | * | |
| *Docket No. 2:06-cv-02204* | * | |

************************************

**ORDER OF DISMISSAL WITH PREJUDICE**

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Wanda Lozier in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 19th day of November, 2010.

Eldon E. Fallon

DISTRICT JUDGE