IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX: ) | |
| Products Liability Litigation ) | |
| ) | MDL 1657 |
| THE STATE OF OKLAHOME, *ex rel* ) | |
| OKLAHOMA HEALTHCARE ) | |
| AUTHORITY, ) | |
|     Plaintiff, ) | SECTION L |
| vs. ) | |
| ) | JUDGE ELDON E. FALLON |
| MERCK & CO., INC., ) | |
| ) | MAGISTRATE JUDGE KNOWLES |
|     Defendant. ) | |

### ORDER

Plaintiff submitted an unopposed motion to file a second amended complaint on November 17, 2010. As a result, and for the reasons stated in Plaintiff's motion,

**IT IS HEREBY ORDERED** that Plaintiff is granted leave by this Honorable Court to file a second amended complaint. Plaintiff's second amended complaint is deemed filed as of this date.

New Orleans, Louisiana,
SIGNED this the 19th day of November, 2010.

_____
JUDGE

1