**MINUTE ENTRY**
**FALLON, J.**
**NOVEMBER 22, 2010**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

On this date, a status conference was held with Judge Eldon E. Fallon. Counsel for Merck and Counsel for various Government Action Plaintiffs participated. At the conference, the parties discussed the status of the case. After hearing from the parties, the Court ordered a temporary stay of these actions for the purposes of global resolution discussions. Accordingly,

IT IS ORDERED that all discovery in the government action cases is stayed for thirty days. The parties are directed to supply the Court with the name of a representative of the Department of Justice who can meaningfully participate in these discussions. Further discussions will convene under the Court's supervision, to be supervised by Special Master Patrick A. Juneau.

1

JS10(00:29)