IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANNA

| | | |
|---|---|---|
| In re: VIOXX | § | MDL Docket NO. 1657 |
| | § | SECTION L |
| | § | |
| | § | JUDGE FALLON |
| | § | SPECIAL MASTER JUNEAU |

**AMENDED CERTIFICATE OF SERVICE FOR
DOCUMENT NUMBER 51558**

Due to clerical error, Document No. 51558 was not served on November 8, 2010 as set forth in the certificate of service.  The Motion for Leave to File Reply Memorandum in Opposition to Counsel Financial Services LLC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim with the attached Reply Memorandum in Opposition to Counsel Financial Services LLC's Memorandum in Opposition to Leibowitz Parties' Motion to Abstain from Consideration of Attorney Fee Lien Claim, or in the Alternative, to Dismiss or Abate the Attorney Fee Lien Claim, and Proposed Order, were served on the following counsel as soon as this error was discovered, on November 23, 2010,  by facsimile transmission and first class mail.

> Elliott S. Cappuccio
> Pullman, Cappuccio, Pullen & Benson, LLP
> 2161 NW Military Hwy., Ste. 400
> San Antonio, Texas 78216
>
> Special Master, Patrick A. Juneau
> Juneau, David, APLC
> 1018 Harding Street, Ste. 202
> Lafayette, Louisiana 70503

Respectfully Submitted,

Law Office of Peter J. Stanton
Peter J. Stanton
Riverview Towers, Suite. 1350
111 Soledad
San Antonio, Texas 78205

By: _____/S/_____
Peter J. Stanton
SBN: 19054500
Attorney for David McQuade Leibowitz
and David McQuade Leibowitz, P.C.

## CERTIFICATE OF SERVICE

I certify that on November 23, 2010 a true and correct copy of the foregoing was sent by facsimile transmission and first class mail to:

Elliott S. Cappuccio
Pullman, Cappuccio, Pullen
& Benson, LLP
2161 NW Military Hwy., Ste. 400
San Antonio, Texas 78216

Special Master, Patrick A. Juneau
Juneau, David, APLC
1018 Harding Street, Ste. 202
Lafayette, Louisiana 70503

_____/S/_____
PETER J. STANTON