U. S. DISTRICT COURT
Eastern District of Louisiana

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED NOV 2 2 2010

LORETTA G. WHYTE
Clerk

JAMES SCHNELLER ET AL
_____
Plaintiff
v.
MERCHAND CO. INC.
_____
Defendant

Civil Action No. 05-5382 L(3)

Appeal No. 10-31097, 5th CIR.

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested, *including on appeal.*

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____n/a_____.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

*Unemployed since 2003.*

My gross pay or wages are: $ __n/a__, and my take-home pay or wages are: $ __n/a__ per
*(specify pay period)* _____.

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment     ☐ Yes     ☒ No
(b) Rent payments, interest, or dividends              ☐ Yes     ☒ No
(c) Pension, annuity, or life insurance payments       ☐ Yes     ☒ No
(d) Disability, or worker's compensation payments      ☐ Yes     ☒ No
(e) Gifts, or inheritances                             ☐ Yes     ☒ No
(f) Any other sources                                  ☒ Yes     ☐ No

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Trust pays rent, electric, phone, and pays me $140.00 cash weekly.
Pennsylvania Dept. Public Welfare pays $190.00 monthly in food stamps.

TENDERED FOR FILING
NOV 22 2010
U.S. DISTRICT COURT
Eastern District of Louisiana

Fee _____
Process _____
X Dktd _____
X CtRmDep _____
Doc. No. _____

AO 240 (Rev. 06/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 38.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

Public Transportation  $100.00
Postage, Printing,     $300.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Public Transportation  $100.00          Capital One  $1,178.00
Postage, Printing,     $300.00          Judgment
                                        Del Co 05-50674  $24,324.00
DEBTS
Progressive Ins.  $552.00
Chase VISA        $28,000.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 11/18/2010

James D. Schneller
Applicant's signature

JAMES D. SCHNELLER
Printed name

Jim Schneller

November 19, 2010

Mr. Dantrell L. Johnson
Fifth Circuit United States Court of Appeals
600 S. Maestri Place
New Orleans, LA 70130

Office of the Clerk, Pro Se Desk
U.S. Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL 1657 Vioxx Products Liability Litigation : U.S.C.A. 5th Ct. Appeal No. 10 - 31097
from No. 05-5382, James Schneller et al v. Merck & Co. Inc.

L (3)

Dear Offices of the Clerks of the Courts:

  Please find enclosed for filing (with service for the circuit court) appellant's motion to proceed in forma pauperis:

  I respectfully ask that I not be required to file the transcript purchase order until the forma pauperis application has been decided.

  Thank you. Please contact me if I can be of assistance.

Sincerely,

*/s/ Jane D. Schneller*

James D. Schneller
pro se

TENDERED FOR FILING

NOV 22 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

500 E. Lancaster Avenue # 111d     Radnor, PA 19087     610-688-9471



Jim Schneller
500 E. Lancaster #111 D
Radnor, PA 19087

CERTIFIED MAIL
7010 0290 0002 2200 6177

U.S. POSTAGE PAID
WAYNE, PA 19087
NOV 19, 10
AMOUNT $3.24
00050043-10

Office of the Clerk, Pro Se Desk
U.S. Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130