| | |
|---|---|
| WILMA S. and ROBERT DUCLOS, Husband and Wife,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　　Defendant. | LA US District Court Eastern District<br><br>In Re: VIOXX Products Liability Litigation MDL No. 1657<br><br>DOCKET NO. : 2:05-CV-03134-EEF-DEK<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

　　　　Pursuant to Fed R. Civ.P 41 the undersigned counsel hereby stipulate that all claims of plaintiffs, WILMA S. AND ROBERT DUCLOS against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Craig K. Vernon
James, Vernon & Weeks, P.A.
1626 Lincoln Way
Coeur d'Alene, Idaho 83814
208 667 0683

Dated: 3/13/08

_____　　Phillip A. Wittmann
Stephen G. Strauss　　　　　　Dorothy H. Wimberly
Bryan Cave LLP　　　　　　　Stone Pigman Walther
211 N. Broadway, Suite 3600　Wittmann LLC
St. Louis, MO 63102　　　　　546 Carondelet Street
(314) 259-2000 Tel　　　　　　New Orleans, LA 70130
(314) 259-2020 Fax　　　　　　(504) 581-3200 Tel
　　　　　　　　　　　　　　　(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 11-9-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of November, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.