UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Concepcion A. Cintron, her sons Francis* | * | |
| *Lizardi Ayala and Luis Lizardi Ayala,* | * | |
| *and her sister, Juanita Ayala* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |
| ****************************************** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Concepcion A. Cintron, her sons Francis Lizardi Ayala and Luis Lizardi Ayala, and her sister, Juanita Ayala, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

_____
DISTRICT JUDGE