Motion to Request Prior Approval and Reconsideration

MDL 1657
and 06-1493

Dear Judge Fallon

I have told you coercion and mail fraud, then the jail would not let me go to "teleconference" you did not "investigate" what of the "corporate disclosure statement" I am unaware and have no "books". I ask this court to appoint counsel many, many times without getting one.

A "lawsuit" is being filed on jail and the "teleconference" I need this court to send my report as to way I could not be there. I ask you to check case on ask for counsel I know I asked for counsel. The Chief Justice / Judge wrote complaints on these issues now the U.S. Court of federal Claims Judge Breyer MDL 05-1699 I ask for counsel many times never got a lawyer

Signed
Edward Earl Thomas
11-18-2010

this is pertinent information.

Complaint

Dear Chief Justice / Judge

Many motion did I ask for Judges to appoint counsel on case MDL 05-1699 Judge Charles R. Breyer he said I did not he needs to recheck case even at hearing I had no counsel.

Judge Eldon E. Fallon case MDL 06-1657 refuse to appoint counsel and many motions was wrote to appoint counsel I ask for and investigation and a hearing there has been U.S. mail fraud.

It seems this case (s) has to go to the — U.S. Court of federal Claims in Washington DC, the jail refused myself the "teleconference".

phone (202) 502-2800

fax (202) 502-2888 asking permission for prior approval to fax original.

Signed,
Edward Earl Thomas
11-18-2010



Edward Earl Thomas 081693
208 E. Harrison
Saginaw Michigan 48602

Judge Fallon
500 Poydras St
New Orleans LA
70130