UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 1 2010

LORETTA G. WHYTE
CLERK

|   |   |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:**   **06-1493, Thomas v. Merck & Co., Inc.**

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Edward Earl Thomas, styled a "Motion to Request Prior Approval and Reconsideration." IT IS ORDERED that the correspondence be entered into the record. The correspondence apparently requests appointment of counsel to assist Mr. Thomas in a lawsuit against the facility in which he is incarcerated, or in relation to a separate multi-district litigation. The Court has previously denied Mr. Thomas's requests for appointment of counsel. For the same reasons, the motion is DENIED.

New Orleans, Louisiana, this 30th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Motion to Request Prior Approval and Reconsideration

MDL 1657
and 06-1493

Dear Judge Fallon

I have told you coercion and mail fraud, then the jail would not let me go to "teleconference" you did not "investigate" what of the "corporate disclosure statement" I am unaware and have no "books", I ask this court to appoint counsel many, many times without getting one.

A "lawsuit" is being filed on jail and the "teleconference" I need this court to send my report as to way I could not be there. I ask you to check case on ask for counsel I know I asked for counsel. The Chief Justice / Judge wrote complaints on these issues now the U.S. Court of Federal Claims Judge Breyer MDL 05-1699 I ask for counsel many times never got a lawyer

Signed
Edward Earl Thomas
11-18-2010

This is pertinent information.

Complaint

Dear Chief Justice / Judge

Many motion did I ask for Judges to appoint counsel on case MDL 05-1699 Judge Charles R. Breyer he said I did not he needs to recheck case even at hearing I had no counsel.

Judge Eldon E. Fallon case MDL 06-1657 refuse to appoint counsel and many motions was wrote to appoint counsel I ask for and investigation and a hearing there has been U.S. mail fraud. It seems this case (s) has to go to the — U.S. Court of federal Claims in Washington DC, the jail refused myself the "teleconference".
phone (202) 502-2800
fax (202) 502-2888  asking permission for prior approval to fax original.

Signed,
Edward Earl Thomas
11-18-2010

