Jim Schneller

November 22, 2010

Office of the Clerk
U.S. Court for the Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

Re: MDL 1657 Vioxx Products Liability Litigation  : Appeal No. 10 - 31097 re:
    No. 05-5382   James Schneller et al v. Merck & Co. Inc.

Dear Clerk of the Court:

I am writing to request that the docket in this case reflect all parties, by way of re-adding parties, namely :

" Trustee ad Litem for the Executrix of the Estate of Marjorie Schneller "

Apparently when "on behalf of the Estate of George H. Schneller" was added, the above was deleted.

Secondly, you have not entered the other party plaintiff "James D. Schneller, Trustee ad Litem for the Individuals Entitled to Relief Due to the Wrongful Death of Marjorie C. Schneller."

Thus there should be four plaintiffs docketed. A copy of yesterday's letter regarding forma pauperis and transcript is attached. Please contact me if I can be of assistance.

Sincerely,

James D. Schneller
pro se

cc: Clerk, 5th Circuit Court of Appeals, Joshua Schiller Esquire, Regina L. Valenti, Dorothy Wimberly

500 E. Lancaster Avenue # 111d   Radnor, PA 19087   610-688-9471