UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|      OKLAHOMA HEALTHCARE | * | |
|      AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|            Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|            Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**

    Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to dismiss plaintiff Oklahoma Healthcare Authority's Second Amended Complaint against it. Merck's support for this motion is set forth in the accompanying Memorandum Of Law In Support Of Motion To Dismiss Plaintiff's Second Amended Complaint.

    WHEREFORE, Merck respectfully requests that the Court dismiss plaintiff's Second Amended Complaint.

1039429v.1

Dated:  December 3, 2010

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
Nina H. Rose
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1039429v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by Fed Ex upon plaintiff James Nelson, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of December, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1039429v.1