UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|   Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|   STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|     OKLAHOMA HEALTHCARE | * | |
|     AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|               Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|   versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|               Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION AND INCORPORATED MEMORANDUM FOR ADDITIONAL PAGES

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court for permission to exceed the page limit for its Memorandum Of Law In Support Of Motion To Dismiss Plaintiff's Second Amended Complaint by 15 pages (for a total of 40 pages).  The number of causes of action at issue in plaintiff's Second Amended Complaint warrant an extension of the page limit.

For these reasons, Merck requests leave to exceed the applicable page limit for its Memorandum Of Law In Support Of Motion To Dismiss Plaintiff's Second Amended Complaint.

Dated:  December 3, 2010                                       Respectfully submitted,


                                                               */s/ Dorothy H. Wimberly*
                                                               Phillip A. Wittmann, 13625
                                                               Dorothy H. Wimberly, 18509
                                                               STONE PIGMAN WALTHER
                                                               WITTMANN L.L.C.
                                                               546 Carondelet Street
                                                               New Orleans, LA 70130

                                                               Douglas R. Marvin
                                                               WILLIAMS & CONNOLLY LLP
                                                               725 Twelfth St., N.W.
                                                               Washington, DC 20005

                                                               John H. Beisner
                                                               Jessica Davidson Miller
                                                               Nina H. Rose
                                                               SKADDEN, ARPS, SLATE, MEAGHER &
                                                               FLOM LLP
                                                               1440 New York Avenue, N.W.
                                                               Washington, DC 20005

                                                               ATTORNEYS FOR MERCK SHARP &
                                                               DOHME CORP.

1039432v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by Fed Ex upon plaintiff James Nelson, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of December, 2010.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1039432v.1