UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|   Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|   STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|     OKLAHOMA HEALTHCARE | * | |
|     AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|                 Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|    versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|                 Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER ON DEFENDANT'S MOTION FOR ADDITIONAL PAGES**

Considering the foregoing Defendant's Motion and Incorporated Memorandum for Additional Pages,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it hereby is **GRANTED**, and Merck is allowed a total of forty (40) pages for its Memorandum Of Law.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.

                                                                     _____
                                                                     ELDON E. FALLON
                                                                     UNITED STATES DISTRICT JUDGE

1039434v.1