ROBERT RADKE,

           Plaintiff,

v.

MERCK & CO., INC.,

           Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF
LOUISIANA

CASE NO. 2:05-cv-01171-EEF-DEK

**STIPULATION OF DISMISSAL
WITH PREJUDICE AS TO
ALL DEFENDANTS**

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby stipulate that all claims of plaintiff, **ROBERT RADKE**, against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Edward W. McBride, Jr. (8236)
EDWARD MCBRIDE, JR., P.C.
10 West Broadway, Suite 850
Salt Lake City, Utah 84101
Telephone: (801) 531-1030
Facsimile: (801) 531-1224

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _10/10/08_

Dated: _11-4-10_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of December, 2010.

                                        /s/ Stephen G. Strauss
                                        Stephen G. Strauss
                                        BRYAN CAVE LLP
                                        211 North Broadway, Suite 3600
                                        St. Louis, Missouri 63102
                                        Phone:  314-259-2000
                                        Fax:     314-259-2020
                                        sgstrauss@bryancave.com

                                        Attorneys for Defendant
                                        Merck & Co., Inc.