# COURT RECORD LOAN FORM
(Please Print)

U.S. District Court

*THIS PORTION REMAINS WITH COURT RECORDS*

No. **MD05-1657-L** Short Title **Vioxx** Date **11-30-10**

To: Name **Kathrine Popper (Vioxx)**
Address **Scadden, ARPS**
**1440 New York Ave N.W.**
City **Washington** State **DC** Zip **20005**

Documents Enclosed:
☑ Record Vols: **6**
*☐ Exhibits ☐ Env. _____
☐ Box: _____ ☐ _____
☐ Supp. Record Vols. _____
☐ Second Supp. Record Vols. _____
☐ Third Supp. Record Vols. _____

*KEEP EXHIBITS IN ORIGINAL BOXES/ENVELOPES

Attorney Return — SEND RECORD WITH BRIEF OF APPELLEE TO 5th Circuit. Complete the shaded area below and return this form to the 5th Circuit along with documents.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV 30 2010
LORETTA G. WHYTE
CLERK

To: Clerk, 5th Circuit

☐ Record Vols _____
☐ Supp. Record Vols _____
☐ Exhibits ☐ _____

Records above listed are returned to Clerk.
Attorney Name: _____
Date: _____

---

Clerk's Receipt — *To be completed by 5th Circuit Clerk's office and forwarded to person in previous section.*

No. _____ Short Title _____

☐ Record Vols _____
☐ Supp. Record Vols _____
*☐ Exhibits ☐ _____

Records in above case have been received by Clerk.
Name: _____
Date: _____

District: _____

---

Attorney Forwarding Receipt — *If documents are forwarded to another person, complete this shaded section below, detach this portion and return it to the District Court Clerk's office.*

No. _____ Short Title _____

To: Clerk, U.S. District Court

☐ Record Vols _____
☐ Supp. Record Vols _____
*☐ Exhibits ☐ _____

Records in above case forwarded to:
Attorney Name: _____
Address: _____
City, State, Zip: _____
Signed: _____ Date: _____

District: _____

---

Attorney Receipt — *The shaded area below is to be completed by original recipient. Please detach this portion and forward it to the District Court Clerk's office upon receipt of documents.*

No. _____ Short Title _____ ___ Fee
___ Process _____
To: Clerk, U.S. District Court  X Dktd _____
___ CtRmDep _____
District: _____ ___ Doc. No. _____

☐ Record Vols _____
☐ Supp. Record Vols _____
*☐ Exhibits ☐ _____

Records in above case listed received.
Judge/Attorney Name: _____
Date: _____