IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| ALL PURCHASE CLAIMS CLASS ) ACTION COMPLAINTS PENDING OR ) SUBJECT TO TRANSFER TO ) MDL 1657 ) | JURY TRIAL DEMANDED PURCHASE CLAIMS MASTER CLASS |

**DEFENDANT'S MOTION AND INCORPORATED MEMORANDUM
FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests leave to submit the recently decided case of *In re Light Cigarettes Marketing & Sales Practices Litigation*, No. 1:09-md-02068-JAW, 2010 U.S. Dist. LEXIS 124774 (D. Me. Nov. 24, 2010), as supplemental authority supporting Merck's Motion For Judgment On The Pleadings Or To Strike Class Allegations In Purchase Claims Master Complaint, Dkt. No. 45869.

Dated:  December 7, 2010                    Respectfully submitted,


                                            */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, LA 70130


                                            Douglas R. Marvin

WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
Nina Ramos Rose
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of December, 2010.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel