UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657** <br> **SECTION L** |
| This document relates to: | * <br> * | |
| *Janie Alston, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | **JUDGE FALLON** <br> **MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:* <br> *Linda L. Taylor* | * <br> * <br> * | |
| *Docket No. 2:06-cv-02217* | * <br> * <br> * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Linda L. Taylor in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 6th day of December, 2010.

_____
DISTRICT JUDGE