| | |
|---|---|
| PEARLIE M. CLARK, individually and on behalf of Percy Clark, deceased<br><br>Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2:07cv01419<br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41(a), the undersigned counsel hereby stipulate that all claims of plaintiff, Pearlie M. Clark, [individually and as representative of Percy Clark,] against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  _____
Donald Alan Windham          Stephen G. Strauss         Phillip A. Wittmann
Balch & Bingham, LLP         Bryan Cave LLP             Dorothy H. Wimberly
401 E. Capitol Street, Ste 200  211 N. Broadway, Suite 3600  Stone Pigman Walther
Jackson, MS 39201            St. Louis, MO 63102        Wittmann LLC
601-961-9900                 (314) 259-2000 Tel         546 Carondelet Street
                             (314) 259-2020 Fax         New Orleans, LA 70130
                                                        (504) 581-3200 Tel
Dated: 5/1/08                                           (504) 581-3361 Fax

                             Attorneys for Merck & Co., Inc.

                             Dated: 11-13-10

G:\Vioxx Claimants\Clark, Percy\Stipulation of Dismissal.doc

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.