UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | December 8, 2010 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC WEINBERG, CHRIS PLACITELLA AND
COHEN, PLACITELLA AND ROTH'S SUPPLEMENTAL  JOINT
<u>MOTION FOR ACCESS TO CERTAIN DOCUMENTS AND THINGS</u>**

Now into Court comes Eric H. Weinberg, Esq., and Chris Placitella, Esq., and the firm of Cohen, Placitella and Roth, who hereby request access to the following things, subject to any confidentiality or protective order that the court deems appropriate:

(1) a copy of the recommendation of the Fee Allocation Committee that shows the amount of the recommendation made by it for each claimant for common benefit fees;

(2) any supplemental paperwork such as work papers, minutes of meetings, spreadsheets, memoranda, or other documents which reflect or pertain to how the recommendation was made, calculated, and approved;

(3)  a written explanation of any formula or point system that was used in the calculation of the recommendation, and the right to depose a member of the Fee Allocation Committee with regard to this system and how it was derived, agreed upon and applied;

Movers further ask the Court to order all claimants for common benefit fees to disclose, by a date determined by the Court, any and all fee sharing agreements, settlements, or side agreements between themselves and any other persons that impact upon the ultimate amount of common benefit fees each claimant may receive despite the amount awarded by this Court.

In support of these requests, movers submit the attached memorandum in support, which is incorporated herein.

Respectfully submitted,

*/s/ Robert E. Arceneaux*
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Supplemental Motion for Access has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 7th day of December, 2010.

*/s/ Robert E. Arceneaux*
_____

- 2 -