UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANAJanu

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | December 8, 2010 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC WEINBERG, CHRIS PLACITELLA AND COHEN, PLACITELLA AND ROTH'S
<u>NOTICE OF HEARING</u>**

TO:   Russ Herman
      Herman, Herman, Katz and Cotlar
      820 O'Keefe Avenue
      New Orleans LA 70113

      Phil Wittman
      Stone, Pigman, Walther and Wittman
      546 Carondelet Street
      New Orleans, LA 70130

PLEASE TAKE NOTICE that movers, Eric Weinberg, Chris Placitella and Cohen, Placitella and Roth, will bring their Joint Supplemental Motion for Access to Certain Documents and Things on for hearing before the Honorable Eldon Fallon at 9:00 a.m. on January 6, 2010, at 500 Camp Street, New Orleans, Louisiana, without oral argument.

_/s/ Robert E. Arceneaux_
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Access has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 7th day of October, 2010.

*Robert E. Arceneaux*

_____