| | | |
|---|---|---|
| CAMELLIA FAYE HUDSON | * | UNITED STATES DISTRICT COURT |
| | * | EASTERN DISTRICT OF LOUISIANA |
| Plaintiffs | * | CASE NO. 06-6976 |
| | * | |
| v. | * | |
| | * | IN RE: VIOXX PRODUCTS |
| MERCK & CO, INC.  A Foreign | * | LIABILITY LITIGATION |
| Corporation, | * | |
| Defendant. | * | |

### STIPULATION OF DISMISSAL WITH
### PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned counsel hereby

stipulate that all claims of plaintiff, Camellia Faye Hudson, against defendant Merck & Co., Inc.

and all other named defendants be dismissed in their entirety with prejudice, each party to bear

its own costs.

_____
William H. Liston
LISTON/LANCASTER, PLLC
P. O. Box 645
Winona, MS 38967
(662) 283-2132 - phone
(662) 283-3742 - fax

Dated: ___2/28/08___

DRUG LITIGATION LIABILITY GROUP, PLLC
Comprised of:

Liston/Lancaster, PLLC
126 North Quitman Avenue
Post Office Box 645
Winona, MS 38967

David H. Nutt & Associates, P.C
605 Crescent Blvd., Suite 200
Ridgeland, MS 39157

Pittman, Germany, Roberts & Welsh, L.L.P.
Post Office Box 22985
Jackson, MS 39225-2985

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: __11-3-10__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th  day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.