# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx® <br> Product Liability Litigation <br><br> This document relates to: <br><br> *Mary D'Angelo, et al.* <br> v. <br> *Merck & Co., Inc., et al.* <br><br> Only with regard to: <br> Billy F. Russell, individually and as <br> trustee of the estate of Julia Brown <br> Russell <br><br> *Docket No. 2:06-cv-09755* | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Billy F. Russell, individually and as trustee of the estate of Julia Brown Russell, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 7th day of December, 2010.

_____
DISTRICT JUDGE