| | |
|---|---|
| BEVERLY PENNINGTON,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　Defendant(s). | UNITED STATES DISTRCIT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2:05-CV-05766<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Beverly Pennington against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____    _____    
M. Gail Wilson                               Stephen G. Strauss           Phillip A. Wittmann
Bertram & Wilson                         Bryan Cave LLP               Dorothy H. Wimberly
                                                    211 N. Broadway, Suite 3600  Stone Pigman Walther
P. O. Box 25                                St. Louis, MO 63102          Wittmann LLC
                                                    (314) 259-2000 Tel            546 Carondelet Street
Jamestown, Kentucky 42629     (314) 259-2020 Fax          New Orleans, LA 70130
                                                                                                  (504) 581-3200 Tel
                                                                                                  (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 06/02/08                             Dated: 11-13-10

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.