UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | December 9, 2010 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ERIC WEINBERG, CHRIS PLACITELLA
AND COHEN, PLACITELLA AND ROTH'S MOTION TO
SUSPEND THE 14 DAY DEADLINE FOR OBJECTION TO THE FEE
ALLOCATION COMMITTEE'S DECEMBER 2, 2010 RECOMMENDATION**

Now into Court comes Eric H. Weinberg, Esq., and Chris Placitella, Esq., and the firm of Cohen, Placitella and Roth, who hereby request that the 14 day deadline for objecting to the Fee Allocation Committee's December 2, 2010 recommendation be suspended pending further orders of this Court, sufficient to allow time for completion of collection and review of necessary information in order to evaluate the recommendation.

Respectfully submitted,

*/s/ Robert E. Arceneaux*
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion To Suspend has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 9th day of  December, 2010.

*Robert E. Arceneaux*
_____