UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | December 9, 2010 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

Upon the foregoing Motion for Expedited Hearing , said motion is _____, and Eric Weinberg, Chris Placitella And Cohen, Placitella And Roth's Motion To Suspend The 14 Day Deadline For Objection To The Fee Allocation Committee's December 2, 2010 Recommendation will be heard on the _____ day of _____, 201_, at ___ o'clock __.m.  Oral argument is _____.

This ___ day of _____, 201____, at New Orleans, Louisiana.

_____
DISTRICT JUDGE

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Proposed Order has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 7th day of December, 2010.

*Robert E. Arceneaux*
_____