IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE JUDGE KNOWLES |
| *District of Columbia ex rel. Kenneth Walker v. Merck & Company*; Case No. 08-4148 | |

**ORDER**

Upon consideration of Defendant's Motion to For Order to Show Cause Why Relator's False Claims Act Claim Should Not Be Dismissed and Relator's Opposition thereto, it is, hereby ORDERED:

That said motion is DENIED.

NEW ORLEANS, LOUISIANA, this __ day of December, 2010

ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE