UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## NOTICE OF APPEARANCE OF COUNSEL
## AND REQUEST FOR SERVICE OF NOTICES AND FILINGS

PLEASE TAKE NOTICE that Jack E. Urquhart of Clark, Thomas & Winters, P.C hereby enters an appearance as counsel of record for Kathryn Snapka in this matter. Mr. Urquhart requests that copies of all notices and filings be sent to the following address:

> Jack E. Urquhart
> Texas Bar No. 20415600
> **Clark, Thomas & Winters**
> A Profession Corporation
> 3000 Weslayan, Suite 350
> Houston, Texas 77027
> 713-621-0200 (telephone)
> 713-621-0204 (facsimile)
> jeu@ctw.com

Respectfully submitted,

/s/ *Kathryn Snapka*
Kathryn Snapka
State Bar No. 18781200
Federal ID No. 1617
THE SNAPKA LAW FIRM
606 N. Carancahua, Suite 1511 (78401-0688)
P.O. Drawer 23017
Corpus Christi, Texas 78403

1

Telephone: 361-888-7676
Facsimile: 361-884-8545
Email: ksnapka@snapkalaw.com

**Attorney for Kathryn Snapka:**
Jack E. Urquhart
Texas Bar No. 20415600
Federal ID No. 2082
Clark, Thomas & Winters, P.C.
3000 Weslayan, Suite 350
Houston, Texas 77027
Telephone: 713-621-0200
Facsimile: 713-621-0204
Email: jeu@ctw.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel and Request for Service of Notices and Filings has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657 on this 9th day of December 2010.

/s/ Kathryn Snapka