IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

GENETTA HEARNS

    Plaintiff,

v.

MERCK & CO., INC., a/k/a and
Sometimes d/b/a MERCK SHARP
& DOHME (I.A.) CORP., a New
Jersey corporation

    Defendant.

_____/

Case No.:05-5074
(MDL1657)

## STIPULATION OF DISMISSAL

GENETTA HEARNS, Plaintiff, through counsel and MERCK & CO, INC, by and through their undersigned counsel and pursuant to Rule 41 (a), Fed. R. Civ. Pro. and Local Rule 16.2, USDC North. Dist Fla., stipulate to the dismissal with prejudice of the above entitled action, originally brought in the Northern District of Florida, Tallahassee Division, case number 05-CV-178-RS-AK

This 30th day of April , 2008.


THOMAS R. THOMPSON, ESQ.
Post Office Box 15158
Tallahassee, FL 32317
(850) 386-5777
(850) 386-8507 – Facsimile
FLORIDA BAR NO. 890596
ATTORNEY FOR PLAINTIFF

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 11-1570

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.