UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    STATE OF OKLAHOMA, *ex rel* | * | SECTION L |
|    OKLAHOMA HEALTHCARE | * | |
|    AUTHORITY, | * | JUDGE ELDON E. FALLON |
| | * | |
|                Plaintiff, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
|      versus | * | |
| | * | |
| MERCK & CO., INC., | * | |
| | * | |
|              Defendant. | * | |
| | * | |
| Case No. 2:09-cv-07218-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER ON DEFENDANT'S MOTION FOR ADDITIONAL PAGES

Considering the foregoing Defendant's Motion and Incorporated Memorandum for

Additional Pages,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp.'s motion be and it

hereby is **GRANTED**, and Merck is allowed a total of forty (40) pages for its Memorandum Of

Law.

NEW ORLEANS, LOUISIANA, this 7th day of _____December_____, 2010.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1039434v.1