| | |
|---|---|
| ROBIN PHILP,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant. | ) <br> ) **IN THE UNITED STATES** <br> ) **DISTRICT COURT FOR THE** <br> ) **EASTERN DISTRICT OF** <br> ) **LOUISIANA** <br> ) <br> ) **Case Code No: 1657** <br> ) **Docket No: 2:06-cv-05565-EEF-DEK** <br> ) <br> ) **STIPULATION OF DISMISSAL** <br> ) **WITH PREJUDICE** <br> ) **AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Robin Philp** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.



_____
Donald W. O'Brien, Jr., Esq.
Woods Oviatt Gilman LLP
2 State Street
700 Crossroads Building
Rochester, NY 14614
Attorney for Plaintiff

Dated: November 10, 2008

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 11-15-10

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of December, 2010.

                                                        /s/ Stephen G. Strauss
                                                        Stephen G. Strauss
                                                        BRYAN CAVE LLP
                                                        211 North Broadway, Suite 3600
                                                        St. Louis, Missouri 63102
                                                        Phone:  314-259-2000
                                                        Fax:     314-259-2020
                                                        sgstrauss@bryancave.com

                                                        Attorneys for Defendant
                                                        Merck & Co., Inc.