UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| *Elaine Bossell, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Juanita Dillon, Peggy Feris, Patsy* | * | |
| *Goucher, and Charles Dillon,* | * | |
| *individually and as successors-in-interest* | * | |
| *of the estate of Forrest Dillon* | * | |
| | * | |
| *Docket No. 2:05-cv-04132* | * | |
| ************************************ | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Juanita Dillon, Peggy Feris, Patsy Goucher, and Charles Dillon, individually and as successors-in-interest of the estate of Forrest Dillon, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this __9th__ day of ___December___, 2010.

_____
DISTRICT JUDGE