Supple to 06 Correspondence
06 no 00                                                   letter

Motion to Request Permission for Prior Approval
/Permission to Appeal /Hearing - Rehearing En Banc /
Reconsideration

                                    Case MDL 06-1657
                                    and 06-1493

Dear Judge(s)

I wrote many times asking Judge Fallon to appoint counsel now a complaint has gone to the Judicial Conference mail fraud someone is checking my mail at jail and post office as here at jail I was refused the "teleconference" Judge Fallon did not investigate a lawsuit was filed by mail and it seem another lawsuit has to be filed in the U.S. Court of federal Claims Judge Charles L. Breyer refuse to appoint counsel too the liaison was to find me counsel but never did use FRAP 3(a)(1)(2), FRAP 4(a)(2)(4)(A)(ii)(B)(i)(ii)(6)(A)(B)(b)(3)(c)(1) the teleconference a lawsuit was mail to Detroit Michigan.

                                    Signed,
                                    Edward Earl Thomas

RECEIVED
DEC 02 2010
CHAMBERS OF
U.S. DISTRICT JUDGE

Edward Earl Thomas 081023
208 s. Harrison
Saginaw Michigan 48602

Judge Aldon E. Fallon
500 Poydras st.
New Orleans LA 70130

SAGINAW MI
29 NOV 2010 PM 1

RECEIVED
DEC 02 2010