FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 DEC -8 PM 1: 12

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

This document relates to:   06-1493, Thomas v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the latest attached correspondence from Vioxx Plaintiff Edward Earl Thomas. To the extent that this correspondence can be interpreted as a motion, the motion is DENIED.

New Orleans, Louisiana, this 6th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

___Fee _____
___Process _____
_x_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____