UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**MOTION ON BEHALF OF COURT APPOINTED
FEE ALLOCATION COMMITTEE FOR ORDER
REQUIRING RECIPIENTS OF LISTED
MATERIALS TO MAINTAIN CONFIDENTIALITY**

NOW INTO COURT, comes **RUSS M. HERMAN**, Chair of the Fee Allocation Committee, and advises the Court that various Common Benefit Fee Applicants have requested the following documents:

1. An index of the MDL trial package;
2. Pre-trial orders form each case that was tried as part of the MDL, including a list of all witnesses that testified and the exhibits introduced at trial;
3. A list of all depositions that the PSC has identified as "common benefit" depositions;
4. Access to all fee submissions made by any attorneys or firms who submitted requests for common benefit fees, including any documentation or exhibits submitted in connection therewith;
5. Access to all time records submitted by attorneys or firms who submitted requests for common benefit fees;
6. Access to all costs records submitted by attorneys or firms who submitted requests for common benefit fees; and
7. Transcripts of all of the common benefit fee hearings held before the Fee Allocation Committee panels across the country.

In addition, the Fee Allocation Committee is producing:

1. The Vioxx Allocation Process;
2. The Point System Guide and Chart;
3. Pre-Trial Order No. 51;
4. Affidavit of Russ M. Herman in Support of Motion for Award of Common Benefit Counsel Fees and Attachments;
5. Summary of time totals for firms, sortable from January 2000 through 2010;

6. Cumulative summary through August 2010; and
7. Chairs Binder on Fee Allocation Meeting of November 2, 2010.

All of the materials have been copied on two (2) CDs and two (2) DVDs at a cost of $50.00 per requestor.

WHEREFORE, mover prays that an Order be issued in compliance with Pre-Trial Order No. 6, Pre-Trial Order No. 6(D) and the Order of November 29, 2010, that the requested documents and any copies received by each requestor shall remain confidential and shall be used only for these proceedings.

Respectfully submitted,

Date: December 10, 2010          By:   /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman, Katz & Cotlar, L.L.P.***
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
**PLAINTIFFS' LIAISON COUNSEL AND CHAIR OF THE FEE ALLOCATION COMMITTEE**

Russ M. Herman, Esq.
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 581-4892 (telephone)
(504) 561-6024 (telecopier)

Andy D. Birchfield, Jr., Esquire
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P.O. Box 4160
234 Commerce Street
Montgomery, AL 36103-4160
(800) 898-2034 (telephone)
(334) 954-7555 (telecopier)

Christopher A. Seeger, Esquire
SEEGER WEISS
One William Street
New York, NY 10004
(212) 584-0700 (telephone)
(212) 584-0799 (telecopier)

Troy Rafferty, Esquire
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
ECHSNER & PROCTOR, PA
316 S. Baylen Street, Suite 400
Pensacola, FL 32502
(850) 435-7000 (telephone)
(850) 497-7059 (telecopier)

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
(215) 592-1500 (telephone)
(215) 592-4663 (telecopier)

Thomas V. Girardi, Esq.
GIRARDI & KEESE
1126 Wilshire Blvd.
Los Angeles, CA 90017-1904
(213) 977-0211 (telephone)

Mark Lanier, Esq.
LANIER LAW FIRM, PC
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200 (telephone)
(713) 659-2204 (telecopier)

Edward F. Blizzard, Esq.
BLIZZARD, MCCARTHY & NABERS, LLP
Lyric Centre, 440 Louisiana
Suite 1710
Houston, TX 77002-1689
(713) 844-3750 (telephone)
(713) 844-3755 (telecopier)

Perry Weitz, Esq.
WEITZ & LUXENBERG
180 Maiden Lane
New York, NY 10038
(212) 558-5500 (telephone)
(212) 344-5461 (telecopier)

**FEE ALLOCATION COMMITTEE**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of December, 2010.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhkc.com