UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Purchase Claims Plaintiffs in the above-referenced action, through undersigned counsel, hereby move this Court for leave to file a Third Notice of Supplemental Authority, annexed hereto as Exhibit 1.

After Plaintiffs filed their opposition to Defendant Merck's Motion for Judgment on the Pleadings or to Strike Class Allegations in the Purchase Claims Master Complaint, after oral argument, and after Plaintiffs filed two Notices of Supplemental Authority, Defendant Merck submitted a November 24, 2010, decision denying class certification in *In re Light Cigarettes Marketing & Sales Practices Litigation*, No. 1:09-md-02068-JAW, 2010 U.S. Dist. LEXIS 124774 (D. Me. Nov. 24, 2010) (D. 58657). Merck failed to submit as supplemental authority a November 22, 2010, order granting class certification on the same claims involving the same product under New Hampshire's Consumer Protection Act.

Plaintiffs here believe the *Lawrence* case and four others recently decided not only support their opposition but more importantly will be useful for this Court. Therefore, Plaintiffs

1

seek leave to file a Third Notice of Supplemental Authority, attached to which are copies of the

the Courts' decisions.

Dated: December 10, 2010                          Respectfully Submitted,

| | |
|---|---|
| /s/ Dawn M Barrios | /s/ Elizabeth J. Cabraser |
| Dawn M. Barrios | Elizabeth J. Cabraser |
| BARRIOS, KINGSDORF & CASTEIX, LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 701 Poydras Street, Suite 3650 | 275 Battery Street, 29th Floor |
| New Orleans, LA  70139 | San Francisco, CA  94111-3339 |
| Telephone:  (504) 524-3300 | Telephone:  (415) 956-1000 |
| Facsimile:  (504) 524-3313 | Facsimile:  (415) 956-1008 |

Chair, PSC Purchase Claims Committee

James R. Dugan, II
THE DUGAN LAW FIRM
650 Poydras Street, Suite 2150
New Orleans, LA  70130
Telephone:  (504) 648-0180
Facsimile:  (504) 648-0181

Vice Chair, PSC Purchase Claims Committee

Dennis Johnson
Eben F. Duval
JOHNSON & PERKINSON
P.O. Box 2305
1690 Williston Road
South Burlington, VT  05403
Telephone:  (802) 862-0030
Facsimile:  (802) 862-0060

        Amy N. L. Hanson
        KELLER ROHRBACK L.L.P.
        1201 Third Avenue, Suite 3200
        Seattle, WA  98101-3052
        Telephone:  (206) 623-1900
        Facsimile:   (206) 623-3384

        Lance A. Harke, P.A.
        Howard M. Bushman, Esq.
        HARKE CLASBY & BUSHMAN LLP
        9699 NE Second Avenue
        Miami, FL  33138
        Telephone:  (305) 536-8220
        Facsimile:   (305) 536-8229

        Ben Barnow
        BARNOW AND ASSOCIATES, P.C.
        One North LaSalle Street, Suite 4600
        Chicago, IL  60602
        Telephone:  (312) 621-2000
        Facsimile:   (312) 641-5504

## CERTIFICATE OF SERVICE

I herby certify that the above and foregoing Motion for Leave to File Third Notice of Supplemental Authority has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of December, 2010.

        /s/ Dawn M. Barrios