UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX PRODUCTS LIABILITY<br>          LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL PURCHASE CLAIMS CLASS ACTION<br>COMPLAINTS PENDING OR SUBJECT TO<br>TRANSFER TO MDL 1657 | MDL No. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## **ORDER**

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Third Notice of Supplemental Authority is GRANTED. Plaintiffs' Third Notice of Supplemental Authority will be filed into the record.

NEW ORLEANS, LOUISIANA, this _____ day of December, 2010.


_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE