UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

**O R D E R**

Considering the **Motion on Behalf of Court Appointed Fee Allocation Committee for Order Requiring Recipients of Listed Materials to Maintain Confidentiality**;

IT IS ORDERED BY THE COURT that all materials and any copies thereof requested from the Fee Allocation Committee and received by any requestor is to remain confidential and is to be used only for these proceedings.

IT IS FURTHER ORDERED BY THE COURT that all recipients of the materials are to reimburse Plaintiffs' Liaison Counsel for costs incurred in duplicating the materials estimated at $50.00 per requestor.

New Orleans, Louisiana, this  10th  day of      December      , 2010.

_____
Eldon E. Fallon
United States District Court Judge