UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL CASES

## ORDER

The Court has pending before it two motions related to the Fee Allocation Committee's preparations to recommend an allocation of common benefit attorneys' fees. Two attorneys who have applied for an award of common benefit fees have filed a "Motion to Suspend the 14 Day Deadline for Objection to the Fee Allocation Committee's December 2, 2010 Recommendation" (Rec. Doc. 57426) and a Motion to Expedite Hearing on that motion (Rec. Doc. 57427).

The motions are prompted by a letter received by fee applicants containing a preliminary recommended fee award as well as a fourteen-day deadline to accept or object to that recommendation. The movants are concerned that the deadline will expire before they have had a full and fair opportunity to conduct discovery and that they will be prejudiced if they are forced to act without that information.

Pre-Trial Order 6D requires the Fee Allocation Committee to "provide to each participating attorney notice of the Committee's Recommendation as it pertains to the participating attorney." Further, PTO 6D states that "[i]n the event a participating attorney objects to the Committee's Recommendation, a written objection setting forth the basis of the objection shall be submitted to the Allocation Committee within 14 days for consideration by the

1

full Allocation Committee." The purpose and intent of this procedure is to elicit feedback from fee applicants and to ensure a prompt response so that the Committee can consider input and revise any preliminary allocations before submitting a final recommendation to the Court.

The Fee Allocation Committee has not submitted a formal recommended allocation to the Court; indeed, it cannot do so until it has allowed each fee applicant fourteen days to comment on any preliminary recommendation. When the Committee submits its formal recommendation to the Court, it will be published on the Court's website. The Committee's recommendation will be just that: a recommendation. At that point, any attorney may make an objection, comment, or suggestion, regardless of whether they accepted or objected to any preliminary recommendation conveyed to them by the Committee. The Court will take all of these materials into account and conduct a thorough and independent review before entering the Court's final allocation of fees.

Neither the movants nor any other fee applicant will be prejudiced by any action they take or do not take in response to the fourteen-day deadline of the Committee. All parties will have a full and fair opportunity to seek discovery and, if they choose, to object to the Committee's formal recommendation when that recommendation is submitted to the Court. Because the fourteen-day deadline cannot prejudice the movants, the Court need not stay it or expedite hearing on the motion to stay. Accordingly,

IT IS ORDERED that the motions are DENIED.

New Orleans, Louisiana, this 10th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE