UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *James D. Schneller v. Merck & Co., Inc.,* **No. 05-5382**

## ORDER

The Court is in receipt of James Schneller's request to appeal dismissal of his suit *in forma pauperis*. (Rec. Doc. 56527). The Court has discretion to grant or deny a request to proceed *in forma pauperis*. *Williams v. Estelle*, 681 F.2d 946, 947 (5th Cir. 1982). "To proceed on appeal *in forma pauperis*, a litigant must be economically eligible, and his appeal must not be frivolous." *Jackson v. Dallas Police Dep't*, 811 F.2d 260, 261 (5th Cir. 1986) (citing 28 U.S.C. 1915(a)). "Probable success on the merits need not be shown. The court only examines whether the appeal involves legal points arguable on their merits (and therefore not frivolous)." *Id.* (quotation omitted).

The Court dismissed Mr. Schneller's suit after allowing him repeated opportunities to comply with Pre-Trial Order 28 and speaking with him personally to impress upon him the consequences of non-compliance. (Rec. Doc. 52672). The Fifth Circuit has affirmed this Court's authority to issue Pre-Trial Order 28 and to dismiss actions for non-compliance with that Order, under indistinguishable circumstances. *In re Vioxx Prods. Liab. Litig.*, No. 09-30466, 2010 WL 2802352, at *5-6 (5th Cir. July 16, 2010). Accordingly, an appeal of the dismissal of Mr. Schneller's case appears to the Court to be frivolous and not in good faith. The motion for

1

leave to proceed on appeal *in forma pauperis* is DENIED.  Mr. Schneller may pursue review of this finding at the appellate level.  Fed. R. App. P. 24(a)(5).

New Orleans, Louisiana, this 10th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:

| | |
|---|---|
| Mr. Russ Herman<br>Plaintiff's Liaison Counsel<br>Herman, Herman Katz & Cotlar, LLP<br>820 O'Keefe Ave.<br>New Orleans, LA 70113 | James Schneller<br>500 E. Lancaster Avenue #111D<br>Radnor, PA 19087 |
| Mr. Phillip Wittmann<br>Stone Pigman Walter Wittmann, LLC<br>546 Carondelet Street<br>New Orleans, LA 70130 | Vioxx Pro Se Curator<br>400 Poydras Street<br>Suite 2450<br>New Orleans, LA 70130 |