UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| ALL PURCHASE CLAIMS CLASS ACTION COMPLAINTS PENDING OR SUBJECT TO TRANSFER TO MDL 1657 | MAGISTRATE JUDGE KNOWLES |

## ORDER

It is hereby ORDERED that Plaintiffs' Motion for Leave to file Third Notice of Supplemental Authority is GRANTED. Plaintiffs' Third Notice of Supplemental Authority will be filed into the record.

NEW ORLEANS, LOUISIANA, this __13th__ day of December, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE