12/10/2010

Judge Fallon
500 Poydras
New Orleans, LA

Re: LARRY LONG VIOXX
Special Master Hearing
Oct 28, 2010

We disagree with Juneau findings

1. Special Masters did not including Larry Long binder information.

2. Did not consider Miller Law Firm violated Merck agreement ATO Third Party

3. No consideration work Debra Long did

4. Unfair judgement toward Larry Long

5. Miller is not entitled to fee for VIOXX case.

12/10/2010

Please return our $19,000 lien money + all of attorney fees.

Please make note address Change - PO Box 259
Woodstock GA
30188

404 484 7744
dlong5383@aol.com

Debra Long
Larry Long