Motion to Request Prior Approval / Permission to Appeal En Banc / Reconsideration / Corporate Disclosure

Case MDL 06-1657
and 06-1493

Dear Judge Eldon E. Fallon

Lot of important mail I did not get one Judge Victoria A. Roberts 08-11543 a order for "permission to appeal" and order from Judge Fallon denied order for appointment of counsel until today 12-6-2010 I am asking for counsel again cause I am indigent litigant losing my physical liberty if he/she loses the litigation. See Lassiter v. Dep't of Social Servs., 452 U.S. 18, 25 (1981); Rand v. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997), reh'g en banc on other grounds 154 F.3d 952 Judge Breyer MDL 05-1699 give me this law after my daughter Chevettee Kamble was shot saying he never got mail about me asking for appointment of counsel. What of the "teleconference" the Jail refused me I filed a lawsuit Chief Judge Rosen 10-51302 no investigation from this court now also complaint to the Judicial Conference Committee.

Signed,
Edward Earl Thomas    12-06-2010

this is pertinent information

phone (573) 564-7000
fax (573) 564-7096
Signed,
Edward Earl Thomas
12-02-2010

Complaint

Case MDL 06-1657
and 06-1493

Dear Judicial Conference Committee

This letter is to amend first complaints I am asking this Committee to appoint counsel on case MDL 05-1699 and 06-11714 Judge Charles R. Breyer I wrote ask Judge Breyer many times to appoint counsel then I wrote Chairman John G. Heyburn II I was given a "liaison" when in fact I should of been given a liaison before hand case MDL 06-1657 and 06-1493 Judge Eldon E. Fallon same the liaison was supposed to find me counsel as Mr Desi can tell you on the Judge Breyer case Judge Fallon did not even investigate when jail refused to let me go to the "teleconference" I have other lawsuit and mail fraud mail would not get to Judges — and mail would not get to me I am refused copies and notarys etc.,
I am asking for prior approval to fax.

Signed,
Edward Earl Thomas
12-01-2010

This is pertinent information.

Supplemental Brief
Appeal De no vo
Emergency - Universal

Correspondence letter

I pledge allegiance to the flag of the United States of America and to the republic for which it stands, one nation under "God" indivisible with liberty and justice for all.

Motion to Request to Expedite for Stay / Poll / Vote / Default / Entry / Redaction / All Records / Averments / Aggrieved / Encompassed / Non Investigation / Lie Detector Test / FBI Complaints / DNA Test / Reinstate / Reopen / Reconsideration / Notice Of Appeal

Case MDL 06-1657
and 06-1493

Dear Judge

use FRAP 1(a)(b)(c); 2; 3(a)(3)(4)(b)(1)(2)(c)(d) - FRAP 3.1 - 6 Cir. R. 3.1 4(a)(1)(c)(2)(3)(b)(7)(c)(1)(2)(3)(d); 5(a)(b)(c)(d) - FRAP 5.1 - 6 Cir. R. 5.1; 6(a)(b); 7; 8(a)(b)(c); 9(a)(b)(c); 10(a)(b)(c)(d)(e); 11(a)(b)(c)(d)(e)(f)(g); 12(a)(b)(c); 13(a)(b)(c)(d); 14; 15(a)(b)(c)(d)(e) - FRAP 15.1; 16(a)(b); 18(a); 20; 21(a)(b)(c)(d); 22(a)(b); 23(a)(b)(c)(d); 24(a)(b)(c); 25(a)(1)(2)(b)(c)(4) - 6 Cir. R. 25(g)(h)(i)(j)(k); 26(a)(1) - 6 Cir. R. 26(c) - FRAP 26.1(a)(b)(c) - 6 Cir. R. 26.1(a)(b)(c); 27(a)(1)(2)(A)(B)(iii)(3)(B)(4)(b)(c)(d)(e); 6 Cir. R. 27(f) 28(a)(1)(b)(c)(d)(e)(f)(g)(h)(i)(g) - 6 Cir. R. 28(a)(1)(2)(3) - FRAP 28.1(a)(b)(c)(1)(2)(3)(4)(5)(d)(e); 29(a)(b)(c)(d)(e)(f); 30(a)(b)(c); 32(a)(b)(c)(d)(e) - FRAP 32.1(a)(b); 33; 34(a)(b)(c)(d)(e)(f)(g) - 6 Cir. R. 34(a)(d)(e)(h)(4)(5)(i)(j); 35(a)(b)(c)(d)(e)(f); 36(a)(b); 37(a)(b); 38; 39(a)(b)(c)(d)(e); 40(a)(b); 41(a)(b)(c)(d); 42(a)(b); 43(a)(b)(c); 44(a)(b); 45(a)(b)(c)(d) - 6 Cir. R. 45(a)(b); 46(a)(b)(c); 47(a)(b); 48(a)(b); 100; 101; 102(d); 103; 104; 105; 201; 202; 203; 204; 205; 206 and the table of contents 1-14 now 42 cross-petitions on state waiver form and 4 cross-appeals.

Signed,
Edward Earl Thomas
12-6-2010

Signed,

Supplemental Brief
Appeal De novo
Emergency

Correspondence
letter

## Last Will And Testiment

Case MDL 06-1657
and 06-1493

Dear Judge's

I leave mother Ailenda Thomas 30% of my total assets.

I leave my children over 30 children 35% my total assets up to four generation in U.S. bonds.

I leave my father (dad), sister, brother, aunts, uncles, grandmothers, grandfathers, greataunts, and greatuncles 3%.

I leave 17% for spaced out housing, hotels/motels (Alantis), small under-ground housing, bullet and lazer proof automobiles etc, hospitals and science labs (operations and medicines) then U.S. secret service and U.S. marshall protection on or off duty two colored woman, one white woman, and one man, for four generation in U.S. bonds.

I leave 15% to be burried in a glass chamber of water "forever" cold-warm and oxygenated with chromosomes regeneration, use to cherokee and white woman as mediators for life. Signed,

Signed,
Edward Carl Thomas

Edward Carl Thomas



Edward Bell Thomas 081083
208 N. Warren
Saginaw Michigan 48602

Judge Fallon
500 Poydras
New Orleans LA 70130

RECEIVED
FROM INMATE AT THE
SAGINAW COUNTY JAIL 3 2010

7013 0477 303