UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** 06-1493, Thomas v. Merck & Co., Inc.

## ORDER

The Court is in receipt of the latest attached correspondence from Vioxx Plaintiff Edward Earl Thomas. To the extent that this correspondence can be interpreted as a motion, the motion is DENIED.

New Orleans, Louisiana, this 15th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1