UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX <br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This document relates to:** *Shardaben Shah*

## ORDER

The Court is in receipt of the attached correspondence from Paresh Shah regarding Vioxx claimant Shardaben Shah. IT IS ORDERED that the attached correspondence be filed into the record. In addition, a copy of the correspondence and documents shall be forwarded to the Claims Administrator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 15th day of December, 2010.

                                                        UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                               Shardaben Shah
    Plaintiff's Liaison Counsel              18216 2nd Pl. W. # B
    Herman, Herman Katz & Cotlar, LLP    Bothell, WA 98012
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Mr. Phillip Wittmann                  Claims Administrator
    Stone Pigman Walter Wittmann, LLC   BrownGreer PLC
    546 Carondelet Street                  115 S. 15th St.
    New Orleans, LA 70130                Suite 400
                                                          Richmond, VA 23219

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130