

**For:** Hon. Eldon E. Fallon

United State Dist. Court

**Fax number:** 504 589 6966

**From:** Shardaben Shah / PARESH SHAH

**Fax number:**

**Date:** 12/2/2010

**Regarding:** Vioxx Settlement for Stroke injury

**Number of pages:** 2

**Comments:** Dissatisfied with settlement.

**Shardaben P. Shah**
18216 2nd PL W # B
Bothell, WA 98012
425 778 2506

Date. 12/1/2010



Hon. Eldon E. Fallon
United State District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA 70130

Ref. S.S. No. 533 43 6149 and VCN No. 1038050

Dear Sir,

I am writing this letter on behalf of my mom Shardaben P. Shah and on her request, about Vioxx settlement for her stroke injury. I would like to thank you on behalf of my mom for taking your valuable time to work on to settle the claim with fare and honest assessment.

My mom and I are totally dissatisfied with the Voixx settlement, because We feels her settlement is one sided or they missed lot of main point to determine her injury level, and here's why, the principles Orran Brown and Lynn Greer gave her " 5 level " **injury which is lowest level**, which My mom and I think is totally opposite to the reality, look like they may be did not have real information or may be missed the true information about her condition. I like to bring to your attention some of the point.

Dr. office did fill out disability form before her stroke but that disability was different from the post stroke disability and here's why. The first disability was due to the pain, she was not able to do certain work while post stroke disability, she is fully disable because of the stoke, certain part of her body (left hand, leg, memory, some speech eye sight, foot and hand fingers) is dead or slow movement and due to that she is totally depend on others.

About medical record we didn't know what type of notes doctor office was keeping in their record and due to that they did not provide complete information.

I know they (Principles) mention about my mom went to India and yes, she did went to India because of her disability, I was not able to take care of her because of my wife and my work and other family priorities.

I like to request to you please reopen the case and why not request to re evaluate about her disability or injury level by some independent doctor.

We do trust in our court because our justice system will try to bring justice not only interpreting laws. I hope our trust in court system is right. If you need any further information feel free to contact me.

Thank you,

*[signature]*

Paresh Shah