DEC 08 2010

1796 Piedmont Lake Rd

Pine Mountain, GA 31822

November 30, 2010

Mr. Glenn Zuckerman

180 Maiden Lane

New York, NY 10038-4925

RE: WL# 127399

Dear Mr. Zuckerman:

Every morning when I put my foot brace on, I realize how wrong Joe Condon was in not submitting my claim for Extraordinary Injury in my behalf. He told me to look at the web site and I did and they were taking any kind of claim. He should have looked at the site! He told me that I did not fit the profile. He was wrong! He should have submitted it and let the Claims Administrator be the judge and jury and not himself. Since the Claims Administrator makes the rules up as they go along, you need to use your influence and get my file submitted now.

I first noticed my drop foot during physical therapy walking on a tread mill just after my stroke. The therapist did not note it and called it lazy foot. It was during my office visit with Dr. Sidhpura, Neurologist, that he properly diagnosed it as drop foot and prescribed the foot brace. It has continued to cause walking and stranding problems even today. When I walk without my brace, my foot makes a

flapping sound and when standing with or without the brace, I am very unstable and have to hold on to something to keep from falling. I am still working and it affects my work by making customers uncomfortable because they fear that I will fall. I have had a few minor falls while walking around a landscape work site.

Therefore, I need for you to get it submitted and approved by the Claim Administrator as soon as possible.

Sincerely Yours,

Joe Powell


cc Claims Administrator

cc Judge Fallon

**JOE POWELL**
**1796 PIEDMONT LAKE RD**
**PINE MOUNTAIN, GA 31822**

MACON, GA 310
01 DEC 2010 PM 5 T

**JUDGE ELDON FALLON**
**25 ALLARD BLVD**
**NEW ORLEANS, LA 70119**



USA FIRST-CLASS FOREVER