UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This document relates to:** *Leonard Posnack*, **06-3644**

## ORDER

The Court is in receipt of the attached correspondence and documents from Vioxx claimant Leonard Posnack. IT IS ORDERED that the attached letter be filed into the record and the attached medical records be filed UNDER SEAL. In addition, a copy of the correspondence and documents shall be forwarded to the Claims Administrator, to liaison counsel, and to pro se curator's office to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 15th day of December, 2010.

                                        UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                          Leonard Posnack
    Plaintiff's Liaison Counsel            802 Horseshoe Circle
    Herman, Herman Katz & Cotlar, LLP    Wauconda, IL 60084
    820 O'Keefe Ave.
    New Orleans, LA 70113

1

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130