DEC 0 8 2010

December 2, 2010

Leonard Posnack
802 Horseshoe Circle
Wauconda, IL 60084
1-847-487-1467
lenpaz@juno.com

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
501 Poydras Street
New Orleans, LA 70130

Your Honor Judge Fallon:

        Vioxx Plaintiff       : Leonard Posnack
        Vioxx Claim Number : 1089511

On December 5, 2010 I will turn 78. Just a little perspective that might make this letter believable - vis a vis - truth is stranger than fiction.

This letter has been many months in the writing... countless ways of telling and retelling a very old but true accounting of my Vioxx experience. No...as I sit here under a pledge to my wife - I will Keep It Simple Stupid (of course, the reference "Stupid" is me). My pledge is to be brief and on target.

A quick check of my file number will reveal several facts of my case... the facts as told by Kline and Specter - my Vioxx attorneys in Philadelphia. I write today to expose my very own stupidity... in a make it/break it effort.

I had a contentious relationship with Kline and Specter - and I don't care much to relive that experience. Brevity: their work - be it told - lacked merit and/or skill. For this reason I withheld my final signature... until now. And it is only that my wife and I are broke - that I yield.

The Kline & Specter lack of legal skill permeates my case. My own stupidity also permeated my case. Woe is me... woe is me... can I still salvage, at least in part - that which should have been mine... deemed so... a few years ago.

Keeping to my pledge of brevity : Kline & Specter missed several key points. Here and now I will fight for just one of these issues... the number of Vioxx pills I took, over what period of time.

Over a period measured by years - I provided Kline & Specter with copious details of my Vioxx use. My fear has always been that Kline & Specter didn't understand it before - how would they understand it - if retold in the same way - over again. Consequently, I added a new wrinkle. I provide (herein) testimony of a high ranking VA-MD Administrator at my North Chicago VA Hospital.

My mission seemed endless. But I did succeed (attached). If you are so inclined - please put it to the test.

If I can win this point alone - my endeavor would have been worth the toll on our lives.

In closing I bring you back to an initial point - we are broke - and we are badly in need of this victory - a victory deserved.

With sincere appreciation,


Leonard Posnack

*[signature]*

Typing: Anne T. Anderson (Mrs. Anne T. Posnack)

Timing: Critical

Note 1: The VA letter identifies 36 months on Vioxx. During my period of reconstruction - I believe my time on Vioxx was 46 months - uninterrupted, so be it. I remember being on Vioxx uninterrupted. But for speed, I will not challenge the 36 months.

Note 2: All other data - is submitted as accurate. However, no change will be challenged. Your change(s) will be final.