UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx®<br>**Product Liability Litigation** | * <br> * <br> * | **MDL Docket No. 1657**<br><br>**SECTION L** |
| **This document relates to:** | * <br> * | |
| *Sharon Lindsay, et al.*<br>*v.*<br>*Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | **JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |
| *Only with regard to:*<br>*Ina Gower* | * <br> * <br> * <br> * | |
| *Docket No. 2:05-cv-01049* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Ina Gower in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 15th day of December, 2010.

*/s/ Eldon E. Fallon*
DISTRICT JUDGE