| | |
|---|---|
| Leslie Spurlock and Barbara Spurlock,<br><br>            Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>            Defendant. | U.S.D.C. E. D. La.<br><br>MDL 1657<br><br>DOCKET NO. CV05-4130<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiffs, Leslie Spurlock and Barbara Spurlock, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  _____  _____
Mark P. Robinson, Jr.  Stephen G. Strauss  Phillip A. Wittmann
**ROBINSON, CALCAGNIE & ROBINSON**  Bryan Cave LLP  Dorothy H. Wimberly
620 Newport Center Drive, 7th Floor  211 N. Broadway, Suite 3600  Stone Pigman Walther
Newport Beach, CA 92660  St. Louis, MO 63102  Wittmann LLC
Dated: February 8, 2008  (314) 259-2000 Tel  546 Carondelet Street
   (314) 259-2020 Fax  New Orleans, LA 70130
      (504) 581-3200 Tel
      (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 11-24-10

VE102 1/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.