## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX PRODUCTS  
LIABILITY LITIGATION  
MDL No. 1657  
)  
)  
)  
)  
)

This document relates to:  )  

DOUGLAS E. ELLZEY, and  
MARY ELLZEY,  
)  
)  
)

Plaintiff(s),  )  
v.  )  
)  
MERCK & CO., INC.,  )  
)  
Defendant(s).  )

SECTION L  
JUDGE ELDON E. FALLON

CASE NO.   06-6788

STIPULATION OF DISMISSAL  
WITH PREJUDICE AS TO ALL  
DEFENDANTS

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate

that all claims of Plaintiff(s), Douglas E. Ellzey and Mary Ellzey, against defendant

Merck & Co., Inc. and all other named defendants be dismissed in their entirety with

prejudice, each party to bear its own costs.

Leila H. Watson  
Attorney for Plaintiff(s)  
Cory, Watson Crowder & DeGaris, P.C.  
2131 Magnolia Avenue  
Birmingham, Alabama  35205  
(205) 328-2200

Dated: 2/21/08

Stephen G. Strauss  
Bryan Cave LLP  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102  
(314) 259-2000 Tel  
(314) 259-2020 Fax

Phillip A. Wittmann  
Dorothy H. Wimberly  
Stone Pigman Walther  
Wittmann LLC  
546 Carondelet Street  
New Orleans, LA 70130  
(504) 581-3200 Tel  
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 11-2570

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th  day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.