UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | **SECTION L** |
| This document relates to: | * | |
| | * | |
| *Betty J. Edwards* | * | **JUDGE FALLON** |
| *v.* | * | |
| *Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| | * | |
| *Docket No. 2:07-cv-02859* | * | |

*************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Betty J. Edwards in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2010.


_____
DISTRICT JUDGE