UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jon Guthmiller, et al. v. Merck & Co., Inc., et al.,* | * | KNOWLES |
| 2:06-cv-05552-EEF-DEK | * | |
| | * | |
| Only with regard to: | * | |
| Maureen Welch | * | |

*************************************************************************

**EX PARTE MOTION AND INCORPORATED MEMORANDUM FOR ENTRY OF ORDER GRANTING LEAVE TO FILE DEFENDANT MERCK & CO., INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO REINSTATE CLAIM AND/OR FOR RELIEF FROM DEADLINES OF THE SETTLEMENT PROGRAM DUE TO EXCUSABLE NEGLECT AND NO FAULT OF CLAIMANT OR HER CURRENT ATTORNEY AND ACCOMPANYING EXHIBITS UNDER SEAL**

Defendant Merck & Co., Inc. ("Merck"), through its undersigned counsel, hereby moves for leave to file its Opposition to Plaintiff Maureen Welch's Motion to Reinstate Claim and/or for Relief from Deadlines of the Settlement Program Due to Excusable Neglect and No Fault of Claimant or Her Current Attorney and accompanying exhibits under seal. Merck seeks to file these documents under seal because they refer to plaintiffs' alleged medical conditions and other personal information, and because the parties have treated the accompanying exhibits and the information contained therein as confidential.

WHEREFORE, defendant Merck respectfully requests that it be granted leave to file its Opposition to Plaintiff Maureen Welch's Motion to Reinstate Claim and/or for Relief from Deadlines of the Settlement Program Due to Excusable Neglect and No Fault of Claimant or Her Current Attorney and accompanying exhibits under seal.

1

Respectfully submitted,

 /s/ *Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

1041064v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Plaintiff's counsel Ginger K. DeForest by U.S. Mail at:

> 501 Clearview Parkway
> Metairie, LA 70001

I also hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of December, 2010.

>  /s/ Dorothy H. Wimberly
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
>
> Defendants' Liaison Counsel

1041064v.1