# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

Lonnie Allen, Jr.; Glen Bailey; Henry Bennett; Jimmie Birden; Richard Bloom; Barbara Burdette, individually and for the Estate of Bill Burdette; Jay Busch; Darrell Camp; Yvette Cid, individually and for the Estate of Louis Cid; John Cunningham; Jacqueline Daniels; Dwane Evans; Elizabeth Fitzgerald; Richard Freeman; James R. Gibson, Jr.; Judith Lynne Gibson; Caroline Holmes; Donna Holsten; Paul Hunt individually and for the Estate of Allie R. Hunt; Estate of Barbara Huskey; Cleve Jackson; Paul Kangas; Mabel Ruth Kutscher; Karen Lishman for the Estate of Rosalind Whetsel; Bessie Payne Mallow for the Estate of Gary K. Payne; Bonnie McAlpin; Dolores Milligan for the Estate of Lois E. Comstock; Janice Norwood for the Estate of Stanley Robinson; Magdalen Nunn for the Estate of Geneva Hobson; Billy Overall; Della Parker; Kathleen Price; Phyllis M. Samuels; Walter Saunders; Daniel Sliger, individually and for the Estate of Marie Sliger; Dorris Spittler; Albert Stadalski; Velma Treece; Rena Turner for the Estate of Clarice Nobles; Josephine Wells; Marion Wendlar, individually and for the Estate of Herman F. Wendler; and Annie Wilson,

Plaintiff(s),

v.

MERCK & CO., INC.,

Defendant(s).

**DOCKET NO. 2:06-cv-6633-EEF-DEK**

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to *Rule 41(a)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Magdelen Nunn as representative of the Estate of Geneva Hobson, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

Turner W. Branch
BRANCH LAW FIRM, L.L.P.
Attorneys for Plaintiffs
808 Travis, Suite 1553
Houston, TX 77002
(505) 243-3500 Telephone
(505)243-3534 Facsimile

Dated: 4/13/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12-3-10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.