MINUTE ENTRY
FALLON, J.
DECEMBER 21, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                        CIVIL ACTION
       LIABILITY LITIGATION

                                                                        NO. 05-MDL-1657

                                                                         SECTION: L

**This document relates to: District of Columbia, ex rel**
                              **Kenneth Walker v. Merck Sharp & Dohme Corp**
                              **08-4148**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Susan Zielie

Appearances: Vincent McKnight, Esq. For Kenneth Walker
                    Geoffrey Wyatt, Esq. & John Beiner, Esq. For Merck

Motion of defendant, Merck Sharp & Dohme Corp, for Order to Show Cause Why Relator's False Claims Act Claim Should Not be Dismissed    (55437)

Argument - TAKEN UNDER SUBMISSION.


JS10:   :25