UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * * * | MDL Docket No. 1657 <br> SECTION L |
| This document relates to: | * * | |
| *Curtis E. Williams, Jr.* <br> *v.* <br> *Merck & Co., Inc.* | * * * * * * | JUDGE FALLON <br> MAGISTRATE JUDGE KNOWLES |
| *Docket No. 2:07-cv-05482* | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Curtis E. Williams, Jr. in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of December, 2010.

_____
DISTRICT JUDGE