AMELIA VILLARREAL,
INDIVIDUALLY, AS PERSONAL
REPRESENTATIVE OF THE ESTATE OF
RAMIRO VILLARREAL, DECEASED,
AND AS SURVIVING SPOUSE OF
RAMIRO VILLARREAL, DECEASED;

DANIEL VILLARREAL,
INDIVIDUALLY, AS HEIR OF THE
ESTATE OF RAMIRO VILLARREAL
AND AS SURVIVING SON OF RAMIRO
VILLARREAL, DECEASED;

RACHEL VILLARREAL,
INDIVIDUALLY, AS HEIR OF THE
ESTATE OF RAMIRO VILLARREAL
AND AS SURVIVING DAUGHTER OF
RAMIRO VILLARREAL, DECEASED;

SYLVIA DELEON, INDIVIDUALLY, AS
HEIR OF THE ESTATE OF RAMIRO
VILLARREAL AND AS SURVIVING
DAUGHTER OF RAMIRO
VILLARREAL, DECEASED; AND

PATRICIA VALENTINE,
INDIVIDUALLY, AS HEIR OF THE
ESTATE OF RAMIRO VILLARREAL
AND AS SURVIVING DAUGHTER OF
RAMIRO VILLARREAL, DECEASED;

        Plaintiffs,

v.

MERCK & CO., INC.

        Defendant.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

MDL Docket No. 1657

Case DOCKET NO. 2:05cv5681

**STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS**

      Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs AMELIA VILLARREAL, INDIVIDUALLY, AS PERSONAL

VE102 1/13/08

REPRESENTATIVE OF THE ESTATE OF RAMIRO VILLARREAL, DECEASED, AND AS SURVIVING SPOUSE OF RAMIRO VILLARREAL, DECEASED; DANIEL VILLARREAL, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RAMIRO VILLARREAL AND AS SURVIVING SON OF RAMIRO VILLARREAL, DECEASED; RACHEL VILLARREAL, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RAMIRO VILLARREAL AND AS SURVIVING DAUGHTER OF RAMIRO VILLARREAL, DECEASED; SYLVIA DELEON, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RAMIRO VILLARREAL AND AS SURVIVING DAUGHTER OF RAMIRO VILLARREAL, DECEASED; AND PATRICIA VALENTINE, INDIVIDUALLY, AS HEIR OF THE ESTATE OF RAMIRO VILLARREAL AND AS SURVIVING DAUGHTER OF RAMIRO VILLARREAL, DECEASED, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| Kathryn Snapka<br>The Snapka Law Firm<br>606 N. Carancahua, Suite 1511 (78476)<br>P.O. Drawer 23017 (78403)<br>Corpus Christi, Texas<br>361-888-7676<br><br>Dated: 02/28/08 | Stephen G. Strauss<br>Bryan Cave LLP<br>211 N. Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000 Tel<br>(314) 259-2020 Fax<br><br>Attorneys for Merck & Co., Inc.<br><br>Dated: 12-27-10 | Phillip A. Wittmann<br>Dorothy H. Wimberly<br>Stone Pigman Walther<br>Wittmann LLC<br>546 Carondelet Street<br>New Orleans, LA 70130<br>(504) 581-3200 Tel<br>(504) 581-3361 Fax |

VE102 1/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December, 2010.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.