UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  :  MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION  :  SECTION: L
   :  JUDGE FALLON
   :  MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  ALL PENDING GOVERNMENT ACTION CASES

### ORDER

On November 22, 2010, the Court issued a minute entry staying discovery in all pending government action cases to facilitate global resolution discussions. The Court is informed that those discussions are ongoing. Accordingly,

IT IS ORDERED that all discovery in the government action cases remain stayed through January 6, 2011, the date of the next Monthly Status Conference.

New Orleans, Louisiana, this 21st day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE

1