UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:**  *Leonard Posnack*, 06-3644

## ORDER

The Court is in receipt of the attached correspondence and documents from Vioxx claimant Leonard Posnack. IT IS ORDERED that the attached letter be filed into the record and the attached financial documents be filed into the record UNDER SEAL. In addition, a copy of the correspondence and documents shall be forwarded to the Claims Administrator, to liaison counsel, and to the pro se curator's office to take whatever action, if any, they deem necessary or appropriate.

New Orleans, Louisiana, this 23rd day of December, 2010.

                                                                UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman                                           Leonard Posnack
    Plaintiff's Liaison Counsel                       802 Horseshoe Circle
    Herman, Herman Katz & Cotlar, LLP           Wauconda, IL 60084
    820 O'Keefe Ave.
    New Orleans, LA 70113

Mr. Phillip Wittmann  
Stone Pigman Walter Wittmann, LLC  
546 Carondelet Street  
New Orleans, LA 70130  

Claims Administrator  
BrownGreer PLC  
115 S. 15th St.  
Suite 400  
Richmond, VA 23219  

Vioxx Pro Se Curator  
400 Poydras Street  
Suite 2450  
New Orleans, LA 70130