Dear Chief Clerk Wyhte

RECEIVED
DEC 20 2010
U.S. DISTRICT JUDGE
ELDON E. FALLON

Please send me your fax number and the 10mg of Bextra in case file "Emergency".

Signed,
Edward Earl Thomas
12-16-2010

supplement to: correspondence
Appeal De no cio letter

RECEIVED
DEC 20 2010

phone (504) 589-7600
fax

Motion to Request for Review / Leave to Appeal / Prior Approval / Permission to Appeal / Amend / Correct / Cross-Application / Default / En Banc / Stay / Certiorari / forward the Record / Entry / Leave to file Out of Time / Unaware / Prior Approval to fax / Reconsideration

Case MDL 06-1657
and 06-1493

Dear Judge

No attorney has been given and it seems I been held to the standards of a lawyer, now the jail refused to let me go to the "teleconference", no investigation was done by U.S. Marshall. See Hall V. Bellmon, 935 F. 2d 1106, 19 fed. R. Serv. 3d 1217 (10th Cir. 1991); American Inmate Paralegal Assoc. V. Cline, 859 F. 2d 59 (8th. Cir. 1988). And teleconference it seem is a "Default" the "late documents" may have been mail fraud or I just was unaware this case needs to be "Reopen" under FRAP4(a)(2)(4)(A)(B)(6)(A)(B)(C)(b)(3)(C)(1), FRAP 25(c)(4), FRAP 45(a) 6 Cir. R. 45(a)(1)(5)(7)(8)(b), FRAP 100 (a) 6 Cir. R. 100(a) then FRAP 47(a)(1)(2)(b). I am indigent litigant losing my physical liberty if he/she loses the litigation. See Lassiter V. Dep't of Social Servs., 452 U.S. 18, 25 (1981), Rand V. Rowland, 113 F. 3d 1520, 1525 (9th. Cir. 1997) reh'g en banc on other grounds 154 F. 3d 952 (9th. Cir. 1998).

Signed,
Edward Earl Thomas
12-16-2010

This is pertinent information.

Supplemental Brief
Appeal De no vo
Phone (504) 589-7600
for

correspondence letter
Signed, Edward Earl Thomas
12-15-2010

Motion to Request for Review / Leave to Appeal / Expedite Prior Approval / Permission to Appeal / Amend / Prohibition Correct / Cross-Application / Default / En Banc / Service Stay / Certiorari / forward the Record / Entry / Mail fraud Reconsideration / Prior Approval to fax / Leave to file Out of Time / Unaware

Case MDL 06-1657
and 06-1493

Dear Judge Eldon E. Fallon

I wrote Judges many, many times asking for appointment of counsel I have yet to get counsel the issue(s) are with the Judical Conference Committee the liaison did not find counsel either that under seal. I am indigent litigant losing my physical liberty if he/I loses the litigation. See Lassiter V. Dept of Social Servs., 452 U.S. 18, 25 (1981), Rand V. Rowland, 113 F. 3d 1520, 1525 (9th. Cir. 1997) reh'g en banc on other grounds 154 F. 3d 952 (9th. Cir 1998) Medical—Wright V. Dee, 54 F Supp 2d 199 (S.D.N.Y. 1999) Mental—Helling V. McKinney 509 U.S. 25, 113 S. Ct 2475, 125 L. Ed. 29 (1993). I was refused a "teleconference" at jail Judge Fallon MDL 06-1657 did no investigation I filed a lawsuit Chief Judge Rosen 10-51302 hearing—Hall V. Bellmon, 935 F. 2d 1106, 19 Fed. R. Serv. 3d 1217 (10th. Cir. 1991). American Inmate Paralegal Assoc. V. Cline, 859 F. 2d 59 (8th. Cir 1988).



Edward Earl Thomas 081023
208 S. Harrison
Saginaw Michigan 48602

Judge Eldon E. Fallon
500 Poydras
New Orleans LA 70130

U.S. MARSHALS

FROM INMATE AT THE
SAGINAW COUNTY JAIL

RECEIVED
DEC 20 2010