

COMMONWEALTH OF KENTUCKY
27th Judicial Circuit
Knox District Court
Probate Division No. 10-P-00059

IN RE: THE ESTATE OF LAWRENCE KING BUTCHER, DECEASED

ORDER PROBATING WILL AND APPOINTING
JENNIFER LYNN BUTCHER EXECUTRIX OF
THE ESTATE OF LAWRENCE KING BUTCHER, DECEASED

* * * * *

CAME Jennifer Lynn Butcher, P.O. Box 285, Flat Lick, Kentucky, 40935, and produced a writing for probate purporting to be the Last Will and Testament of Lawrence King Butcher, with her verified application for appointment as Executrix, and the Court being sufficiently advised, FINDS AND ADJUDGES as follows:

1. Lawrence King Butcher died testate on March 4, 2010, a citizen and resident of Knox County, Kentucky.

2. That the testator, Lawrence King Butcher, subscribed his name to said writing on August 24, 1995, declaring it to be his Last Will and Testament. The writing complies with the requirements of KRS 394.225 and is a self-proven will.

WHEREFORE, it is adjudged that said writing be probated as the Last Will and Testament of Lawrence King Butcher. Jennifer Lynn Butcher is hereby appointed as Executrix of the Estate of Lawrence King Butcher, and her

bond is set at $10,000.00, without surety under the direction of the Will. Whereupon the Executrix, after first being duly sworn, entered upon the discharge of her duties.

Dated this 11 day of March, 2010.

_____
Judge, Knox District Court

Distribution:

Hon. Gerald L. Greene
Greene & Lewis, P.L.L.C.
P.O. Box 6
Pineville, Kentucky  40977

(_____)
Check Mark

(Greg Helton 3-11-10)
Clerk's Initials & Date

I hereby certify the foregoing to be a true copy as filed in the office of Knox Co. Circuit Clerk witness my hand and seal this 11th day of March, 2010.
Clerk, Knox Circuit and District Court
By: Veronica Patterson D.C.