UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Willard Allanson, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Robert Freeman and Beverly Freeman* | * | |
| | * | |
| *Docket No. 2:06-cv-02213* | * | |
| | * | |
| | * | |

************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Robert Freeman and Beverly Freeman in

the above-captioned case be and they hereby are dismissed with prejudice with each party to bear

his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of _____December_____, 2010.

_____
DISTRICT JUDGE