# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx®** | *  **MDL Docket No. 1657** |
| **Product Liability Litigation** | * |
| | *  **SECTION L** |
| **This document relates to:** | * |
| | * |
| *Frank Ackenback, et al.* | *  **JUDGE FALLON** |
| *v.* | * |
| *Merck & Co., Inc.* | *  **MAGISTRATE JUDGE KNOWLES** |
| | * |
| *Only with regard to:* | * |
| *Sharon M. Parrish-Andrews* | * |
| | * |
| *Docket No. 2:06-cv-06943* | * |
| | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Sharon M. Parrish-Andrews, named as Sharon Andrews, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 22nd day of _____December_____, 2010.

_____
DISTRICT JUDGE