UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 1657 SECTION L |
| This Document Relates To: *County of Santa Clara v. Merck & Co., Inc.*, Docket No. 06-09382 | ) ) ) ) ) ) | JUDGE ELDON E. FALLON MAG. JUDGE KNOWLES |

NOTICE OF APPEARANCE OF CHRISTOPHER COLLINS

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

Please enter the appearance as counsel for Plaintiff County of Santa Clara in this consolidated action:

> Christopher Collins
> ChrisC@rgrdlaw.com
> Robbins Geller Rudman & Dowd LLP
> 655 West Broadway, Suite 1900
> San Diego, CA  92101-3301
> Telephone:  619/231-1058
> 619/231-7423 (fax)

The above-listed attorney was counsel of record for Plaintiff County of Santa Clara in the transferor district court, the United States District Court for the Northern District of California, and is admitted to practice in that court.  Pursuant to Rule 2.1 of the Judicial Panel on Multidistrict Litigation, attorneys of record in any action transferred under §1407 may continue to represent his or her client in any district court of the United States to which such action is transferred.

DATED:  December 28, 2010                LOCKS LAW FIRM, LLC
                                         GENE LOCKS
                                         JAMES PETTIT
                                         MICHAEL GALPERN
                                         SETH R. LESSER


                                                  s/ SETH R. LESSER
                                                  SETH R. LESSER

                                         457 Haddonfield Road, Suite 500
                                         Cherry Hill, NJ  08002
                                         Telephone:  856/663-8200
                                         856/661-8400 (fax)

                                         ROBBINS GELLER RUDMAN
                                            & DOWD LLP
                                         FRANK J. JANECEK, JR.
                                         CHRISTOPHER COLLINS
                                         655 West Broadway, Suite 1900
                                         San Diego, CA  92101
                                         Telephone:  619/231-1058
                                         619/231-7423 (fax)

- 1 -

- 2 -

HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: 206/623-7292
206/623-0594 (fax)

HAGENS BERMAN SOBOL SHAPIRO LLP
ELAINE T. BYSZEWSKI
700 S. Flower St., Suite 2940
Los Angeles, CA 90017-4101
Telephone: 213/330-7150
213/330-7152 (fax)

OFFICE OF SANTA CLARA COUNTY
  COUNSEL
ANN MILLER RAVEL
70 West Heading Street
9th Floor East Wing
San Jose, CA 95111
Telephone: 408/299-5900
408/292-7240 (fax)

Attorneys for County of Santa Clara