Name: Larry B. Moore
I.D. #: J16151
Address: 8503, C5-128 Low
Pleasant Valley State Prison
Coalinga, CA 93210

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED DEC 30 2010
LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

Ruby Lois Moore Estate, et al,
(Plaintiff/Petitioner)

v.

Merck & Co., Inc., et al
(Defendant(s)/Respondent)

Case Number: 2:07-cv-00668 L(3)
MDL No.: 1657
NOTICE OF CHANGE OF ADDRESS; AFFIDAVIT IN SUPPORT; AND ORDER

PLEASE TAKE NOTICE THAT (print name) LARRY B. MOORE

hereby submits a notice of change of address in the above – entitled case as follows:

OLD ADDRESS: North Kern State Prison, 2737 West Cecil Ave., POB 5000, Delano, CA 93216-5000

NEW ADDRESS: Pleasant Valley State Prison, POB 8503, C5-128 Low, Coalinga, CA 93210
Affidavit attached, hereto.

DATED: Dec. 26, 2010

/s/ Larry B. Moore
Signature of Plaintiff/Petitioner

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS FORM IN EACH OF YOUR OPEN CASES**

TENDERED FOR FILING
DEC 30 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

8

Fee_____
Process_____
X  Dktd
X  CtRmDep_____
Doc. No._____

AFFIDAVIT IN SUPPORT OF NOTICE OF CHANGE OF ADDRESS:

I, LARRY B. MOORE, being first duly sworn, deposes and says:

1. That he is the Pro Se Prisoner Plaintiff, proceeding individually in his own behalf and as personal representative of the Estate of RUBY LOIS MOORE, in the above-cause of action. Currently located at the new prison, listed above.

2. Plaintiff was moved/transferred on September 27, 2010 from the old location, mention above.

3. This notice is presented to correct the records of the District Court, in case there be further orders in the very near future. Since the Plaintiff has been told by the Vioxx Claims Administrator, that $10,000.00 plus dollars has been held, that is to be decided by the District Judge on attorney fees, etc. Plaintiff would like to add to the District Judge's attention, that the document sent in which Your Honor, stated was a Discovery document, is ordered transferred to Defendants counsel. Well Your Honor, is very well aware, Plaintiff moving hereto, stated in his original claim, the civil complaint. That Defendant's drug Vioxx cause strokes, heart-attacks and death, and had not been tested to see if it was compatible with persons with diabetes, including Ruby Lois Moore.

4. Within say four to six weeks after, that documents was ordered transferred by Your Honor, to counsels for Defendant. That Defendant came and presented a Settlement Award of $4.85 Billion Dollars, and admitting Worldwide on TV, that their drug Vioxx did cause strokes, heart-attacks and death, which they otherwise denied. Could it quit well be possible that Defendants considered Plaintiffs contentions, above to present the settlement. In that case, just as a "Whistle Blower", I may be entitled to an award in that case, other then what I received, for causing the Defendants to change their marketing and testing, including changes with FDA. In any event, Plaintiff submit for consideration, and seek an Stamped file of the U.S. District Court of recent Order of December 15, 2010.

I certify under penalty of perjury, that the above facts and statements are true and correct. Executed this 26th day of December, 2010, at Coalinga, California.

*Larry B. Moore*
LARRY B. MOORE/AFFIANT PRO SE

2.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Ruby Lois Moore Estate, et al,
        Plaintiffs,

v.

Merck & Co., Inc., et al

Case Number: 2:07-cv-00668
MDL No.: 1657

PROOF OF SERVICE

I hereby certify that on December 26, 2010, I served a copy of the attached NOTICE OF CHANGE OF ADDRESS; AFFIDAVIT IN SUPPORT AND ORDER, by placing a copy in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the United States Mail at Coalinga, California:

(List Name and Address of Each Defendant or Attorney Served)

Clerk's Office
United States District Court
Eastern District of Louisiana

Gary Yunchian Chen
Reed Smith, LLP (Los Angeles)
355 S. Grand Ave., Suite 2900
Los Angeles, CA 90071

I declare under penalty of perjury that the foregoing is true and correct.

*Larry B. Moore*

(Signature of Person Completing Service)

7

Larry B. Moore
#J16151, PVSP
P.O. Box 8503, C5-128 Low
Coalinga, CA 93210

THIS MAIL WAS
GENERATED FROM
PLEASANT VALLEY
STATE PRISON

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

70130/3333