|  |  |
|---|---|
| BAMFORD et al.,<br><br>            Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>            Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2006-cv-01168-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of plaintiff, _____Anna M. Pellitteri and Paul Pellitteri_____ against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, PC
17 Court Street, 7th Floor
Buffalo, NY  14202-3290
(716)854-2020


Dated:___July 9, 2008_____

_____   _____
Stephen G. Strauss                                  Phillip A. Wittmann
Bryan Cave LLP                                      Dorothy H. Wimberly
211 N. Broadway, Suite 3600              Stone Pigman Walther
St. Louis, MO 63102                              Wittmann LLC
(314) 259-2000 Tel                                546 Carondelet Street
(314) 259-2020 Fax                               New Orleans, LA 70130
                                                                 (504) 581-3200 Tel
                                                                 (504) 581-3361 Fax
Attorneys for Merck & Co., Inc.

Dated: 12-6-10

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of January, 2011.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.