UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
JANUARY 6, 2011
<u>SUGGESTED AGENDA</u>

I.  The Settlement Program

II.  Lien Administrator

III.  Special Master and Deputy Special Masters

IV.  Class Actions

V.  State/Federal Coordination -- State Liaison Committee

VI.  *Pro Se* Claimants

VII.  Government Actions

VIII.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IX.    Fee Allocation Committee

X.     Merck's Motions

XI.    Other Motions

XII.   Appeals

XIII.  Next Status Conference