# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * | MDL Docket No. 1657 |
| | * | |
| This document relates to: | * | SECTION L |
| | * | |
| *Buddy Batiz, et al.* | * | JUDGE FALLON |
| v. | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: | * | |
| *Beverly Phillips, individually and as administratrix of Willie Ray Phillips, and Amberlynn Phillips and Jason Phillips, individually and as heirs of the estate of Willie Ray Phillips* | * | |
| | * | |
| *Docket No. 2:07-cv-00901* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Beverly Phillips, individually and as administratrix of Willie Ray Phillips, and Amberlynn Phillips and Jason Phillips, individually and as heirs of the estate of Willie Ray Phillips, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 3rd day of January, 2011.

_____
DISTRICT JUDGE