# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Marline Lane, et al.* v. *Merck & Co., Inc., et al.* | * * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:05-cv-06605 | * * * * * | |

****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Marline Lane and Richard Lane in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of January, 2011.

_____
DISTRICT JUDGE