MATTHEW CARRASCO,                  )        IN THE UNITED STATES
                                   )        DISTRICT COURT FOR THE
                                   )        EASTERN DISTRICT OF
                                   )        LOUISIANA
                                   )
            Plaintiff,             )        DOCKET NO. 1657
                                   )        CASE NO. 2:05-cv-03432-EEF-DEK
v.                                 )
                                   )
MERCK & CO., INC., et al.,         )        **STIPULATION OF DISMISSAL**
                                   )        **WITH PREJUDICE AS TO**
            Defendants.            )        **ALL DEFENDANTS**
                                   )

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiffs, **MATTHEW CARRASCO** and **SUSAN**

**CARRASCO**, against defendant Merck & Co., Inc. and all other named defendants be

dismissed in their entirety with prejudice, each party to bear its own costs.

_____        _____

Turner W. Branch                        Stephen G. Strauss          Phillip A. Wittmann
BRANCH LAW FIRM, L.L.P.                 Bryan Cave LLP              Dorothy H. Wimberly
808 Travis, Suite 1553                  211 N. Broadway, Suite 3600 Stone Pigman Walther
Houston, TX 77002                       St. Louis, MO 63102         Wittmann LLC
(505) 243-3500 Telephone                (314) 259-2000 Tel          546 Carondelet Street
(505) 243-3534 Facsimile                (314) 259-2020 Fax          New Orleans, LA 70130
Attorney for Plaintiffs                                             (504) 581-3200 Tel
                                                                    (504) 581-3361 Fax

                                        Attorneys for Merck & Co., Inc.

Dated:    __January 2, 2009__           Dated:  __11-30-10__

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.