UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| *Jackie Jenkins v. Merck & Co., Inc.* : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY : | |
| : | |

## MOTION TO DEPOSIT ADDITIONAL FUNDS INTO
## THE REGISTRY OF THE COURT

On September 3, 2010, the Court issued an Order [Rec. Doc. 50997] directing counsel for claimant, Rebecca Hart-Sherman, to deposit the disputed settlement award in the registry of the Court until further Order. Claimant Hart-Sherman was awarded $26,198.14 through the Settlement Program in this matter. Pursuant to the Settlement Program and Order issued by this Court, the Claims Administrator, BrownGreer, has withheld from the award the sums of $190.33 for Federal Medicare Liens, $2,095.85 in Common Benefit Fees and $261.98 in Common Benefit Costs. On September 13, 2010, undersigned counsel for claimant, Hart-Sherman, deposited into the registry of the Court, the balance of the award in the amount of $23,649.98. Since that date, undersigned counsel has received additional funds in the amount of $392.97 from Brown Greer representing reimbursement of common benefit fees in this matter.

Counsel hereby respectfully requests this Court to accept an additional deposit of the settlement funds disputed herein in the amount of $392.97 into the registry of the Court pursuant to

this Court's Order dated September 3, 2010.

                Respectfully submitted,

Date: January 7, 2011      By: /s/ Leonard A. Davis
                **Russ M. Herman (Bar No. 6819)**
                Leonard A. Davis (Bar No. 14190)
                Stephen J. Herman (Bar No. 23129)
                ***Herman, Herman, Katz & Cotlar, L.L.P.***
                820 O'Keefe Avenue
                New Orleans, Louisiana 70113
                Telephone: (504) 581-4892
                Facsimile: (504) 561-6024

                **COUNSEL FOR CLAIMANT,**
                **REBECCA HART-SHERMAN**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of January, 2011.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com

3