UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| *Jackie Jenkins v. Merck & Co., Inc.* : | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to : | MAG. JUDGE KNOWLES |
| Claimant Rebecca Hart-Sherman ONLY : | |

## O R D E R

Considering the Motion to Deposit Additional Funds Into the Registry of the Court filed by claimant's, Rebecca Hart-Sherman's, counsel;

IT IS ORDERED BY THE COURT that the additional settlement funds disputed herein in the amount of $392.97 is to be deposited into the registry of the Court, until further Order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge