UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>SECTION L |
| Jackie Jenkins v. Merck & Co., Inc.<br>E.D. La. Docket No. 2:05-cv-04416 as to<br>Claimant Rebecca Hart-Sherman ONLY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

Considering the Motion to Deposit Additional Funds Into the Registry of the Court filed by claimant's, Rebecca Hart-Sherman's, counsel;

IT IS ORDERED BY THE COURT that the additional settlement funds disputed herein in the amount of $392.97 is to be deposited into the registry of the Court, until further Order of the Court.

New Orleans, Louisiana, this 7th day of January, 2011.

Eldon E. Fallon
United States District Court Judge