supplemental Brief
Appeal Be no 88

Correspondence letter

Motion to Request for Investigation On Teleconference / Mail fraud / Prior Approval / Permission to Appeal / Leave to Appeal / Leave to file Out Of Time / Prior Approval to fax / Amend the Complaint / Correct / Default / Entry / forward the Record / Local Rules / On Going Injuries / Rehearing / Rehearing En Banc / Stay / Certiorari / Reconsideration

Case MDL 06-1657
and 06-1493

Dear Judge Eldon E. Fallon

This is a product liability case 600.2946(a) Michigan. I asked for appointment of counsel many times as Chief Judge Kaczmarek now Judge Boes lets official jump and beat me refusing pro per counsel. I filed a complaint Judge Alice M. Batchelder 06-10-90125 social security is over it.
  A complaint on this case MDL 06-1657 and 06-1493 and Judge Breyer MDL 05-1699 and 06-11714 on why I was not appointed counsel on Judge Breyers case liaison Mr. Desi said he use computer to find lawyer I never received a lawyer and liaison Russ Herman said it was being worked on, both liaison's was under seal. No one investigated the issue of U.S. mail fraud no U.S. Marshall was sent now "Therapist's" Jean L. Konitz Huron Valley Prison and Holly Harris (jail) helps. Signed Edward Earl Thomas
12-26-2010

Supplemental Brief
Appeal de novo

Correspondence letter

Motion to Request for Prior Approval / Permission to Appeal / Leave to Appeal / Leave to file Out of Time / Prior Approval to for / Amend the Complaint / Correct / Default / Forward the Record / Entry / Rehearing / Rehearing En Banc / Review / Stay / Certiorari / Local Rules / Reconsideration / Judical Conference Committee / Mail fraud / On Going Injuries

Case MDL 06-1657
and 06-1493

Dear

I am asking Court to appoint counsel - I am indigent litigant losing my physical liberty of he/I loses the litigation. See Lassiter V. Dep't of Social Servs., 452 U.S. 18, 25 (1981), Rand V. Rowland, 113 F.3d 1520, 1525 (9th Cir. 1997) reh'g en banc on other grounds 154 F.3d 952 (9th Cir. 1998); Medical - Wright V. Dee, 54 F. Supp 2d 199 (S.D.N.Y. 1999); Mental Health - Helling V. Mckinney 509 U.S. 25, 113 S. ct. 2475, 125 L. Ed. 29 (1993); Judge Ellen E. Fallon MDL 06-1657 jail refused me "teleconference" judge did no investigation I filed a lawsuit to Chief Judge Gerald E. Rosen 10-5130z Michigan - Hall V. Bellmon, 935 F.2d 1106, 19 Fed. R. Serv. 3d 1217 (10th Cir. 1991); American Inmate Paralegal Assoc. V. Cline, 859 F.2d 59 (8th Cir. 1988), judges did not appoint counsel and liaison did not find counsel liaison under seal now in Judical Conference Committee with therapists Jean L. Konitz and Holly Harris (Courts).

Yost and sent to hospital cause Dean hit me and I was bleeding. Sgt Austin and Sheldon with Werner would pull hair put me in a restraint chair beating me into the chair as Sgt Weber and Sgt Rasco with hagolo and then Roth.

Officer change names on there uniform or change each other uniform as Palaski to Wickmott as Kinbolt to Keinbold and Kick and Nolle switch uniforms and our food, milk, and drink had the biochemicals in them. My phone was cut-off when I call the FBI which refuses to investigate in Bay City Michigan I am refuses me copies and notarys then to send money home refused law library now in about 3½ only three (3) times, no TV or recreation cause of tickets and no bedrole in segegation or the mental health cells but other inmates had bedrole.

Sgt Weber filed charges on me but refuse to let me file charges on inmates for throwing urine or threats, Sgt Anderson, Sgt Rasco, Sgt Austin, Sgt Irvine refuse charges when Derick Thompson was taking my money from National City Bank with Dominke Ranold or when my daughter Chevette Gamble was shot by Bradon Smith and then other complaints filed with city police and sharff department.

Signed,
Edward Earl Thomas
12-26-2010

Signed,
Edward Earl Thomas
12-25-2010

Edward Earl Thomas
208 S. Harrison
Saginaw Michigan
48602

Judge Allon E. Fallon
500 Poydras St.
New Orleans LA
70130

U.S. MARSHALS

RECEIVED
SAGINAW MI
DEC 30 2010 PM

FROM INMATE AT THE
SAGINAW COUNTY JAIL

70130/2313