UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | : MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : SECTION: L |
| | : |
| | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |

This document relates to:   06-1493, Thomas v. Merck & Co., Inc.

### ORDER

The Court is in receipt of the latest attached correspondence from Vioxx Plaintiff Edward Earl Thomas. To the extent that this correspondence can be interpreted as a motion that relates to the Vioxx MDL, the motion is DENIED.

New Orleans, Louisiana, this 7th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Edward Earl Thomas
208 S. Harrison
Saginaw, MI 48602

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1