# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> Product Liability Litigation | * <br> * <br> * | MDL Docket No. 1657 |
| This document relates to: | * <br> * | SECTION L |
| *Tyrone Dawson, et al.* <br> v. <br> *Merck & Co., Inc., et al.* | * <br> * <br> * <br> * | JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |
| Only with regard to: <br> *Raegena Nowlin* | * <br> * <br> * | |
| Docket No. 2:06-cv-00788 | * <br> * <br> * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Raegena Nowlin in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 5th day of January, 2010.

*/s/ Eldon E. Fallon*
_____
DISTRICT JUDGE