| | |
|---|---|
| TAIWO SAPARA,        )<br>                            )<br>        Plaintiff,    )<br>                            )<br>                            )<br>v.                          )<br>                            )<br>                            )<br>MERCK & CO., INC.,    )<br>                            )<br>        Defendant.    )<br>_____)    | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br>Case Code Number: 1657<br>Docket Number: 05-3863<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff **Taiwo Sapara** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____    _____    _____
Raphael Weitzman                      Stephen G. Strauss                      Phillip A. Wittmann
Weitzman Law Offices, L.L.C.    Bryan Cave LLP                         Dorothy H. Wimberly
110 Wall Street, 11th Floor         211 N. Broadway, Suite 3600    Stone Pigman Walther
New York, NY 10005-3817         St. Louis, MO 63102                  Wittmann LLC
(212) 248-5200                          (314) 259-2000 Tel                    546 Carondelet Street
                                                (314) 259-2020 Fax                   New Orleans, LA 70130
                                                                                                 (504) 581-3200 Tel
                                                                                                 (504) 581-3361 Fax

                                                Attorneys for Merck & Co., Inc.

Dated: 1/29/09            Dated: 11-30-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.