**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 6, 2011**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| **THIS DOCUMENT RELATES TO:** : | |
| ALL PENDING GOVERNMENT ACTION : | JUDGE FALLON |
| CASES : | MAG. JUDGE KNOWLES |
| : | |

    On this date, a status conference was held with Judge Eldon E. Fallon. Counsel for Merck and Counsel for various Government Action Plaintiffs participated. At the conference, the parties discussed the status of the case. After hearing from the parties, the Court ordered that the stay of these actions for the purposes of global resolution discussions be extended for thirty days, with the understanding that Merck will provide information to assist the Attorneys General in evaluating their non-Medicaid claims for the purpose of resolution discussions, as discussed at the conference. Accordingly,

    IT IS ORDERED that the stay of discovery in the government action cases is extended for thirty days, subject to the above-described understanding.

1

JS10(00:17)