| | |
|---|---|
| SHELIA BROWN, as Personal Representative of the Estate of LOUISE MONROE, deceased<br>　　　　Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　Defendant(s). | Eastern District of Louisiana<br><br>DOCKET NO. 2:05-cv-3103<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

　　　　Pursuant to FRCP 41 (a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff, Shelia Brown, individually and on behalf of Louise Monroe, deceased, individually against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____    _____
Rachael Gilmer                                        Stephen G. Strauss            Phillip A. Wittmann
Levin Papantonio Thomas Mitchell        Bryan Cave LLP                 Dorothy H. Wimberly
Eschner & Proctor, PA                            211 N. Broadway, Suite 3600   Stone Pigman Walther
316 S. Baylen St. Suite 600                    St. Louis, MO 63102          Wittmann LLC
Pensacola, FL 32502                              (314) 259-2000 Tel           546 Carondelet Street
                                                             (314) 259-2020 Fax           New Orleans, LA 70130
Dated: 5/1/08                                                                                          (504) 581-3200 Tel
                                                                                                              (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12-1-10

V1013

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of January, 2011.

                   /s/ Stephen G. Strauss
                   Stephen G. Strauss
                   BRYAN CAVE LLP
                   211 North Broadway, Suite 3600
                   St. Louis, Missouri 63102
                   Phone: 314-259-2000
                   Fax:  314-259-2020
                   sgstrauss@bryancave.com

                   Attorneys for Defendant
                   Merck & Co., Inc.