|  |  |
|---|---|
| CHERYL RICE, et al., ) | IN THE UNITED STATES |
| ) | DISTRICT COURT FOR THE |
| Plaintiffs, ) | EASTERN DISTRICT OF LOUISIANA |
| ) | |
| v. ) | DOCKET NO. 2:05-cv-06393-EEF-DEK |
| ) | |
| MERCK & CO., INC., et al., ) | |
| ) | STIPULATION OF DISMISSAL |
| Defendants. ) | WITH PREJUDICE AS TO |
| ) | ALL DEFENDANTS |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **KAREN SUE MULLANIX**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____          _____
CAREY & DANIS, LLC                 Stephen G. Strauss
John J. Carey                      Bryan Cave LLP
Sarah Hale Bauman                  211 N. Broadway, Suite 3600
8235 Forsyth Boulevard, Suite 1100 St. Louis, MO 63102
St. Louis, MO 63105                (314) 259-2000 Tel
Telephone: 314-725-7700            (314) 259-2020 Fax
Facsimile: 314-721-0905

Jeffery J. Lowe                    Phillip A. Wittmann
Francis J. "Casey" Flynn            Dorothy H. Wimberly
Attorney for Plaintiffs            Stone Pigman Walther
8235 Forsyth, Suite 1100           Wittmann LLC
St Louis, Missouri 63105           546 Carondelet Street
(314) 678-3400                     New Orleans, LA 70130
Fax: (314) 678-3401                (504) 581-3200 Tel
                                   (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 12-1-10

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595


Dated: 10-21-08

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.