# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Vioxx® | * |
| **Product Liability Litigation** | * |
| | * |
| **This document relates to:** | * |
| | * |
| *Mary Miles, et al.* | * |
| *v.* | * |
| *Merck & Co., Inc., et al.* | * |
| | * |
| *Only with regard to:* | * |
| *Dan Hawkins* | * |
| | * |
| *Docket No. 2:05-cv-03810* | * |
| | * |
| | * |

**MDL Docket No. 1657**

**SECTION L**

**JUDGE FALLON**

**MAGISTRATE JUDGE KNOWLES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Daniel Hawkins in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.


_____

DISTRICT JUDGE