| | |
|---|---|
| FRED A. TODD,<br><br>          Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>          Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO.  05-5081<br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AS TO ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41 the undersigned counsel hereby stipulate that all claims of plaintiffs, Fred A. Todd, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____     _____
Anthony J. Nemo                                          Stephen G. Strauss
Meshbesher and Spence, Ltd.                    Bryan Cave LLP
1616 Park Avenue                                       211 N. Broadway, Suite 3600
Minneapolis, MN 55404                             St. Louis, MO 63102
1-612-339-9121                                           (314) 259-2000 Tel
                                                                      (314) 259-2020 Fax

                                                                      Phillip A. Wittmann
Dated:  2-22-08                                          Dorothy H. Wimberly
                                                                      Stone Pigman Walther
                                                                      Wittmann LLC
                                                                      546 Carondelet Street
                                                                      New Orleans, LA 70130
                                                                      (504) 581-3200 Tel
                                                                      (504) 581-3361 Fax

                                                                      Attorneys for Merck & Co., Inc.

                                                                      Dated: 12-1-10

V1013

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.