UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
Product Liability Litigation

MDL NO. 1657

Gene Weeks,

SECTION: L

        Plaintiff,

Case No. 2:05-cv-04578-EEF-DEK

v.

Judge Fallon

MERCK & CO., INC.,

Special Master Patrick A. Juneau

        Defendant.

_____/

## PLAINTIFF'S COUNSEL, MARIA TEJEDOR'S, MOTION TO OBTAIN 1.5% FEE REIMBURSEMENT TO DIEZ-ARGUELLES & TEJEDOR

COMES NOW, Plaintiff's Counsel, Maria Tejedor, Esq. and files this Motion to Obtain 1.5% Fee Reimbursement to Diez-Arguelles & Tejedor, P.A. and as good grounds would state as follows:

1. The Claims Administrator negligently and wrongfully issued the 1.5% fee reimbursement check in the above-styled case in the amount of $4,222.29 to Ronald Benjamin. Mr. Benjamin is not the attorney of record in this case.

2. Moreover, the Court has also ruled that all fees in this matter shall be paid to the Diez-Arguelles & Tejedor law firm. Therefore, the 1.5 % reimbursement should be made payable to Diez-Arguelles & Tejedor. Plaintiff's counsel is requesting that Brown Greer immediately reissue the 1.5% fee reimbursement to Diez-Arguelles & Tejedor, P.A.

WHEREFORE, Plaintiff's Counsel, Maria Tejedor, Esq., respectfully requests that this Honorable Court enter an order requiring that the Claims Administrator, Brown Greer, immediately issue payment to Diez-Arguelles & Tejedor, P.A. in the amount of $4,222.29 for the 1.5% fee reimbursement rightfully due this firm.

## Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Ronald R. Benjamin, Esq., 126 Riverside Dr., PO BOX 607, Binghamton, NY 13902-0607 by United States Mail on this _____ day of January, 2011.

Maria D. Tejedor
Florida Bar No.: 95834
Diez-Arguelles & Tejedor, P.A.
505 N. Mills Ave.
Orlando, FL 32803
P: 407-705-2880
F: 888-611-7879