| | |
|---|---|
| EVA MARIE SHORE,<br><br>                Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant. | UNITED STATES DISTRICT COURT<br>EASTERN DIVISION OF LOUISIANA<br><br>DOCKET NO.  2:06CV2654<br><br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Federal Civil Rule 41(A), the undersigned counsel hereby stipulate

that all claims of plaintiff, Eva Marie Shore, individually, against defendant Merck & Co., Inc.

and all other named defendants be dismissed in their entirety with prejudice, each party to bear

its own costs.

Gerald S. Leeseberg  (0000928)
Leeseberg & Valentine
175 South Third Street, PH-1
Columbus, OH  43215
614-221-2223


Dated: ___5/1/08___

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: ___12-2-10___

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th  day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.