# United States Court of Appeals
#### FIFTH CIRCUIT
#### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 10, 2011

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130



     No. 10-30452, In Re: Vioxx Products
     USDC No. 2:05-MD-1657
     USDC No. 2:05-CV-4578

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate, and a copy of the court's opinion.

The electronic copy of the record has been recycled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: /s/ Sabrina Hains
                              Sabrina M. Hains, Deputy Clerk

cc: (letter only)
    Mr. Ronald Ralph Benjamin
    Ms. Carmelite M. Bertaut
    Honorable Eldon E. Fallon
    Mr. Richard C Stanley
    Ms. Dorothy Hudson Wimberly
    Mr. Phillip A. Wittmann

P.S. to Judge Fallon:  A copy of the opinion was sent to your office via email the day it was filed.

MDT1