THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Gary Burcham for the Estate of Otha White; Melissa Bush for the Estate of Virginia Ilene Peyton; Janette Cordero, individually and for the Estate of Jose Luis Cordero, Jr.; Barry N. Gaddie for the Estate of Ina Dowell Gaddie; Joan Graybill, individually and for the Estate of Casper B. Graybill; Beverly C. Hall, individually and for the Estate of Evelyn Collins; Teresa Harrington, individually and for the Estate of Harvey Harrington; Marie Herrera for the Estate of Janet Hill; Lisa Johnson for the Estate of Boyd Parrish; Alexander McPhaul, individually and for the Estate of Mary McPhaul; Jeffrey Middlemiss for the Estate of Keith Middlemiss; Karen Overstreet, individually and for the Estate of Ralph Overstreet; Priscilla Stone Parrish; John Phillips, individually and for the Estate of Rebecca Phillips; Tina Pouncil for the Estate of Willie S. Clay; Sarita Rivera for the Estate of Diana Hidalgo; Toby Rothberger, individually and for the Estate of Ellen Rothberger; Jeanne Scribner, individually and for the Estate of Charles Scribner; Allan Slade for the Estate of Bernice Oxner; Murdis Small for the Estate of Emma Lou Rhymes; Sharon Watts, individually for the Estate of Charles Watts; John White, individually and for the Estate of Marguerite White; Regina Knight Williams, individually and for the Estate of Revenell Williams; and Sherry Wood for the Estate of Jacqueline Matiyosus;<br><br>Plaintiffs,<br><br>v.<br><br>Merck & Co., Inc.,<br><br>Defendants. | DOCKET NO. 2:06-cv-06437-EEF-DEK<br><br>*In Re Vioxx Litigation*<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiff Teresa Harrington, individually and as representative of the Estate of Harvey Harrington, against defendant Merck & Co., Inc., and all

other named defendants, be dismissed in their entirety with prejudice, with each party to bear its own costs.

| | | |
|---|---|---|
| Turner W. Branch | Stephen G. Strauss | Phillip A. Wittmann |
| Richard A. Sandoval | Bryan Cave LLP | Dorothy H. Wimberly |
| BRANCH LAW FIRM | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| Attorneys for Plaintiffs | St. Louis, MO 63102 | Wittmann LLC |
| 2025 Rio Grande Blvd. NW | (314) 259-2000 Tel | 546 Carondelet Street |
| Albuquerque, NM 87104 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| (505) 243-3500 Telephone | | (504) 581-3200 Tel |
| (505) 243-3534 Facsimile | | (504) 581-3361 Fax |
| | Attorneys for Merck & Co., Inc. | |

Dated: 2-9-08

Dated: 12-3-10

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.