## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®                            *        MDL Docket No. 1657
Product Liability Litigation              *
                                          *        SECTION L
This document relates to:                 *
                                          *
*Lydia Martinez, et al.*                    *        JUDGE FALLON
*v.*                                        *
*Merck & Co., Inc.*                         *        MAGISTRATE JUDGE KNOWLES
                                          *
*Only with regard to:*                      *
*Lois Schumate*                             *
                                          *
*Docket No. 2:07-cv-04157*                  *
                                          *
                                          *
************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Lois Schumate in the above-captioned case

be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 10th day of _____January_____, 2011.

_____
DISTRICT JUDGE