# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

In re: Vioxx®                         *      MDL Docket No. 1657
**Product Liability Litigation**      *
                                      *      SECTION L
**This document relates to:**         *
                                      *
*Shirley Adams, et al.*               *      JUDGE FALLON
*v.*                                  *
*Merck & Co., Inc., et al.*           *      MAGISTRATE JUDGE KNOWLES
                                      *
*Only with regard to:*                *
*Elizabeth Smoleski*                  *
                                      *
*Docket No. 2:06-cv-02101*            *
                                      *
                                      *
************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Elizabeth Smoleski in the above-captioned

case be and they hereby are dismissed with prejudice with each party to bear his or her own

costs.

NEW ORLEANS, LOUISIANA, this 10th day of _____ January _____, 2011.

_____
DISTRICT JUDGE