United States District Court
Eastern District of Louisiana

05-
MDL No 1657
Section L

In RE. Vioxx
Products Liability Litigation

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 12 2011 wl
LORETTA G. WHYTE
CLERK

1/12/2011

Antonio Denson
863-244-2868

Please Appeal This Court Ordere in This matter I would Appreciate your urgent Attention To This Matter

Thanking you in Advance,

Antonio Denson
Antonio Denson

804 Lyons St
New, Orleans, LA 70115

Certificate of Service

I hereby certify that I have served a copy of document on all counsel of record either in person or by mailing it postage prepaid on this 12 day of JAN 2011

AD

___ Fee ___
___ Process ___
X Dktd ___
X CtRmDep ___
___ Doc. No. ___