IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | Section L |
| *This document relates to* | |
| State of Oklahoma, ex rel, Oklahoma Health Care Authority v. Merck & Co., Inc., | Judge Fallon |
| 2:09-cv-07218 | Magistrate Judge Knowles |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for the State of Oklahoma. I am appearing for the State of Oklahoma pursuant to 74 Ok. Stat. § 18b, 56 Ok. Stat. § 1003.

I am admitted to practice and am in good standing with the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, the United States District Courts for the Eastern, Northern, and Western Districts of Oklahoma. By virtue of Pretrial Order No. 1, ¶ 11, I am permitted to participate in this case absent association of local counsel. I further certify that I am registered in this Court's Electronic Case Filing System.

Respectfully submitted,

/s Gregory Thomas Metcalfe
Gregory Thomas Metcalfe, OBA # 19526
Assistant Attorney General
Director of Patient Abuse and Medicaid Fraud Control Unit
Office of Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105
Tele: (405) 521-3921 Fax: (405) 522-4875
Greg.Metcalfe@oag.ok.gov
Attorney for the State of Oklahoma

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance has been served on Liaison Counsel,

>Russ M. Herman
>Herman, Herman, Katz & Cotlar, LLP
>820 O'Keefe Ave., Suite 100
>New Orleans, LA 70113
>phone: 504-581-4892
>fax: 504-561-6024
>email: rherman@hhkc.com
>
>   -and-
>
>Phillip A. Wittmann
>Stone Pigman Walther Wittmann, LLC
>546 Carondelet St.
>New Orleans, LA 70130
>phone: 504-581-3200
>fax: 504-581-3361
>email: pwittmann@stonepigman.com

by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 1657, on this 13th day of January, 2011.

>/s Gregory Thomas Metcalfe
>Gregory Thomas Metcalfe