UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No.: 1657 |
| | SECTION: L |
| This document relates to: | Civil Action No. 2:06-cv-5773 |
| JACK RICE, | |
| Plaintiff(s), | |
| vs. | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| MERCK & CO., INC, | |
| Defendant(s). | |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Rule 41, Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiff, JACK RICE, against Defendant Merck & Co., Inc. and all other named Defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| BRENDA S. FULMER, Esq. | Stephen G. Strauss | Phillip A. Wittmann |
| Alley, Clark, Greiwe & Fulmer | Bryan Cave LLP | Dorothy H. Wimberly |
| 701 E. Washington St. | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| Tampa, FL 33602 | St. Louis, MO 63102 | Wittmann LLC |
| (813) 222-0977 | (314) 259-2000 Tel | 546 Carondelet Street |
| Fax: (813) 224-0373 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| Attorney for Plaintiff(s) | | (504) 581-3200 Tel |
| Dated: 01/14/08 | Attorneys for Merck & Co., Inc. | (504) 581-3361 Fax |
| | Dated: 1-7-11 | |

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.