Case 2:05-md-01657-EEF-DEK   Document 59907   Filed 01/13/11   Page 1 of 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx®<br>**Product Liability Litigation** | * * * | **MDL Docket No. 1657**<br>**SECTION L** |
| This document relates to: | * * | |
| *Pat Hensley*<br>*v.*<br>*Merck & Co., Inc.* | * * * * * | **JUDGE FALLON**<br>**MAGISTRATE JUDGE KNOWLES** |
| *Docket No. 2:05-cv-03220* | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Pat Hensley in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 12th day of January, 2011.

_____
DISTRICT JUDGE