IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE ELLEN STEWART, | ) | IN RE VIOXX MARKETING, SALES |
| | ) | PRACTICES AND PRODUCT |
| | ) | LIABILITY LITIGATION – MDL 1657 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| MERCK & COMPANY, INC., | ) | 2:06-cv-9699 |
| | ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY**

COMES NOW Elisabeth French and moves this Court for permission to withdraw as counsel of record in the above-styled action.

As ground thereto, counsel states that she is no longer employed by the Pittman, Dutton & Hellums law firm, and that Tom Dutton will continue to represent the Plaintiff.

s/Elisabeth French
Elisabeth French (asb-3527-t81e)
The French Firm PC
P.O. Box 43651
Birmingham, AL 35243
205 789 2540 (telephone)
205 977 8995 (fax)
lizfrench@bellsouth.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 14th day of January, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered CM/ECF counsel.

      I further certify that I have mailed by United States Postal Service, the document to the following non-CM/ECF participants: None.

                                    s/Elisabeth French
                                      Elisabeth French (asb-3527-t81e)
                                      The French Firm PC
                                      P.O. Box 43651
                                      Birmingham, AL 35243
                                      205 789 2540 (telephone)
                                      205 977 8995 (fax)
                                      lizfrench@bellsouth.net