# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROSE ELLEN STEWART, | ) | IN RE VIOXX MARKETING, SALES |
| | ) | PRACTICES AND PRODUCT |
| | ) | LIABILITY LITIGATION – MDL 1657 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| MERCK & COMPANY, INC., | ) | 2:06-cv-9699 |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER ON ELISABETH FRENCH'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINITFF, ROSE ELLEN STEWART

On this date came on for consideration Elisabeth French's Motion to Withdraw, (the "Motion"), as Counsel of record for Plaintiff, Rose Ellen Stewart. Having considered the Motion, the Court is of the opinion that the Motion should be, and it is hereby GRANTED.

SIGNED this _____ day of January, 2011.

_____
United States District Judge