UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| **This document relates to:** | * | |
| | * | |
| *Mary A. Payne, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| *Docket No. 2:05-cv-01527* | * | |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Mary A. Payne, individually and as personal representative for the estate of Raymond W. Payne, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.


_____
DISTRICT JUDGE