UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** <br><br> This document relates to: <br><br> *Alauddin Ahmed, et al.* <br> *v.* <br> *Merck & Co., Inc., et al.* <br><br> *Only with regard to:* <br> *Sheikh Q. Alam and Tasneem Alam* <br><br> *Docket No. 2:06-cv-03639* | * * * * * * * * * * * * * | MDL Docket No. 1657 <br><br> SECTION L <br><br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE KNOWLES |

**************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Sheikh Q. Alam and Tasneem Alam in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
DISTRICT JUDGE