| | |
|---|---|
| Dora Fletcher,<br><br>        Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC.,<br><br>        Defendant(s). | In the U.S District Court for the Eastern District of Louisiana.<br><br>DOCKET NO. 2:05-cv-3036<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to FRCP 41, the undersigned counsel hereby stipulate that all claims of plaintiff, Dora Fletcher, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  _____  _____
Shari Wright                Stephen G. Strauss          Phillip A. Wittmann
Reich & Binstock, LLP       Bryan Cave LLP              Dorothy H. Wimberly
4265 San Felipe St., Suite 1000   211 N. Broadway, Suite 3600   Stone Pigman Walther
Houston, TX  77027          St. Louis, MO 63102         Wittmann LLC
Telephone: 713-622-7271     (314) 259-2000 Tel          546 Carondelet Street
                            (314) 259-2020 Fax          New Orleans, LA 70130
                                                        (504) 581-3200 Tel
Dated: 2/12/08                                          (504) 581-3361 Fax

                            Attorneys for Merck & Co., Inc.

                            Dated: 1-7-11

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.