|  |  |
|---|---|
| EDWARD ADCOCK, Individually and as Executor of the Estate of VIRGINIA ADCOCK, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>　　　　　　Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2:05-cv-05753-EEF-DEK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate that all claims of plaintiff, **JANICE CARPENTER**, individually and as executrix of the estate of **CHARLES CARPENTER**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| Alissa J. Magenheim #0077563<br>O'Connor, Acciani & Levy<br>1014 Vine Street<br>Suite 2200<br>Cincinnati, OH 45202<br>(513) 241-7111<br>(513) 241-7197 Fax<br>ajm@oal-law.com | Stephen G. Strauss　　　　Phillip A. Wittmann<br>Bryan Cave LLP　　　　　Dorothy H. Wimberly<br>211 N. Broadway, Suite 3600　Stone Pigman Walther<br>St. Louis, MO 63102　　　Wittmann LLC<br>(314) 259-2000 Tel　　　　546 Carondelet Street<br>(314) 259-2020 Fax　　　　New Orleans, LA 70130<br>　　　　　　　　　　　　(504) 581-3200 Tel<br>　　　　　　　　　　　　(504) 581-3361 Fax<br>Attorneys for Merck & Co., Inc. |

Dated: 10/29/08　　　　　　　Dated: 1-7-11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.