UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                                       :     MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION     :     SECTION: L
                                                                           :
                                                                           :     JUDGE FALLON
                                                                           :     MAG. JUDGE KNOWLES
................................................................... :
THIS DOCUMENT RELATES TO:     ALL CASES

## ORDER

Nearly all of the litigants who qualified under the Vioxx Settlement Program have received their funds.[1] It is now appropriate to focus on common benefit fees for the attorneys who performed common benefit work in this MDL and in the coordinated state litigation. The common benefit fee has been set by the Court at 6.5%. This fee is to come out of the 32% attorney's fee which the Court has set and not as an additional fee for the claimants. It is now necessary to allocate this fee.

The Court has previously detailed the procedure it intends to follow with respect to allocating common benefit attorney's fees in Pretrial Order 6D as well as orally at the Monthly Status Conference held on January 6, 2011. To capsulize, the procedure is as follows:

From an early stage in this litigation, the Court indicated that any plaintiff attorney wishing to do common benefit work would have that opportunity whether or not they were on the Plaintiff's Steering Committee. They were required, however, to work under the direction of the PSC and to report their time and expenses to the Court-appointed CPA. Over 100 attorneys

---

[1] There are approximately seven claimants whose funds have not been distributed due to estate issues and other matters.

report that they have done common benefit work and have filed a fee application. The Court appointed a Fee Allocation Committee ("FAC") to receive and analyze applications for common benefit fees. The Court set forth procedures for the FAC to take evidence from common benefit fee applicants regarding their efforts in the Vioxx litigation, and guidelines for assessing the relative contribution of each fee applicant.

Using these procedures and guidelines the FAC was directed to prepare a preliminary allocation of common benefit fees and present that allocation to each applicant for input. If the individual applicant was dissatisfied with a suggested allocation, he or she could present the reasons for that dissatisfaction to the FAC to consider and possibly amend before presenting the Court with a final recommended allocation. This was done and the FAC now submits its final recommendation.

In accordance with the Court's previous statements, the Court now publishes the recommendation and associated materials for all to see. Anyone having any objection to this proposed distribution shall file with the Court an objection setting forth the reasons for their objection and describing the amount they feel they should be entitled to and why. Anyone who did not object to the FAC's preliminary allocation may object now. Anyone who did object to the FAC's preliminary allocation may object again, and should file with the Court the materials they submitted to the FAC in connection with their prior objection, as well as any additional materials they may wish to provide. Objections shall be due on February 4, 2011.

After the time for objection has expired, the Court will convene a meeting of all objectors, if any. The Court will require the objectors to elect a lead and liaison counsel, and the FAC will elect a lead and liaison counsel. The Court will confer with those counsel to set a schedule for discovery, briefing, and if necessary a hearing, to be supervised by the Court's

Special Master, Patrick Juneau. At the conclusion of this process, the Special Master will prepare an independent recommended allocation based on all the materials provided by the objectors and the FAC. With the benefit of the FAC's recommendation, the Special Master's recommendation, and all materials submitted by the FAC and any objectors, the Court will then allocate the common benefit fund.

New Orleans, Louisiana, this 20th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE