## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® <br>     PRODUCTS LIABILITY CASES | § § § § § | |
| THIS DOCUMENT RELATES TO: | § § | DOCKET NO. CA 05-1587 |
| ROXANE S. HEINATZ, on behalf of herself and as guardian of her minor children, A. L. HEINATZ, and S. K. HEINATZ, Individually and as Representatives of THE ESTATE OF CLIFTON K. HEINATZ, DECEASED, CRYSTAL J. NELSON, MAIDA R. HEINATZ and LARRY K. HEINATZ | § § § § § § § § § § § | MDL NO. 1657 <br><br> SECTION: L/3 <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |
| *Plaintiffs,* | § § § | |
| VS. | § § § | |
| MERCK & CO., INC. | § § § | |
| *Defendant.* | § § § § § § § | |

# STIPULATION OF DISMISSAL
# WITH PREJUDICE
# AS TO ALL DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that all claims of plaintiffs, ROXANE S. HEINATZ, on behalf of herself and as guardian of her minor children, A. L. HEINATZ, and S. K. HEINATZ, Individually and as Representatives of THE ESTATE OF CLIFTON K. HEINATZ, DECEASED, CRYSTAL J. NELSON, MAIDA R. HEINATZ and LARRY K. HEINATZ against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
RICHARD WARREN MITHOFF
State Bar No. 14228500
S.D. Tex. Bar No. 2101
JOSEPH R. ALEXANDER, JR.
Attorney-In-Charge
State Bar No. 00995150
S.D. Tex. Bar No. 1368
Penthouse, One Allen Center
500 Dallas, Suite 3450
Houston, Texas 77002
(713) 654-1122
(713) 739-8085 (Fax)

ATTORNEYS FOR PLAINTIFFS

Dated: 2/22/08

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 1-7-11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.