UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  : MDL NO. 1657
   PRODUCTS LIABILITY LITIGATION : SECTION: L
  : JUDGE FALLON
  : MAG. JUDGE KNOWLES

This document relates to:   *Elizabeth Alexander*, 07-3147; *Johen Manuel Rodriquez*, 07-3150

### ORDER

The Court is in receipt of the attached correspondence from an attorney on behalf of two of his clients who were Vioxx claimants. The attorney indicates that he attempted to enroll his clients in the Vioxx Settlement Program and to comply with the terms of the Settlement Agreement. The attorney indicates that he was led to believe by the Claims Administrator that his clients' claims were being processed, when in fact they were not.

IT IS ORDERED that the correspondence be entered into the record. In addition, a copy of the correspondence shall be forwarded to Plaintiff's Liaison Counsel, to Defendant's Liaison Counsel, and to the Claims Administrator to take appropriate action on the matter.

New Orleans, Louisiana, this 19th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Defendant's Liaison Counsel
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Michael D'Agostino
880 Third Avenue
New York, NY 10022

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

2