

**Becker & D'Agostino, PC**
Attorneys at Law

880 THIRD AVENUE
NEW YORK, NY 10022

(212) 752-3380
EMAIL: MDAG.ESQ@VERIZON.NET
FAX: (212) 593-3807

December 10, 2010

Hon. Eldon E. Fallon
United States District Court
500 Poydras Street
New Orleans, LA 70130

        Re:   Claim of Johan Manuel Rodriguez
               Claim of Elizabeth Alexander
               MDL no. 1657

Honorable Sir;

      This office represents the two above-named persons in claims against Merck & Co., Inc. arising out of the use of the drug Vioxx.

      This is to follow up on our letter to the court of September 1, 2010 (copy annexed) in which we requested relief from a decision of the Vioxx Claims Administrator to deny these two claims.

      We respectfully request a telephone conference with the Court and the Claims Administrator to discuss the available remedies against the decision of the Claims Administrator.

      Thank you for considering this request.

                              Respectfully,

                              Michael D'Agostino

cc    BrownGreer LLC
       Claim nos. VCN 110 8827 and VCN 1108828

# BECKER & D'AGOSTINO, P.C.

ATTORNEYS AT LAW

880 THIRD AVENUE
NEW YORK, NEW YORK 10022
(212) 752-3380
FAX (212) 593-3807

ROBERT D. BECKER
MICHAEL D'AGOSTINO*

*MEMBER NEW YORK & NEW JERSEY BARS

OF COUNSEL
DEBORAH S. BALL
ALLAN W. SOLOW

RECEIVED
DEC 14 2010

September 1, 2010

Hon. Eldon E. Fallon
United States District Court
500 Poydras Street
New Orleans, LA 70130

Re: Claim of Johan Manuel Rodriguez
Claim of Elizabeth Alexander
MDL Docket no 1657

Honorable Sir

This office represents the two above-named persons in claims against Merck & Co., Inc. arising out of use of the drug Vioxx. I write to request relief against a decision of the Vioxx Claims Administrator to deny these two claims.

We commenced the claims with the Claims Administrator by forwarding Enrollment forms by letter dated May 21, 2008.

We provided various documentation as to the claims as time progressed; but when a review of the claims Website showed a marking of "closed" as to said claims, I called and spoke the office of the Claims Administrator on August 14, 2009. I was advised that the Administrator required actual copies of the medical records, not just authorizations for the records on both matters. The records were assembled, copied and forwarded to the Claims Administrator by letter of August 21, 2009, via overnight mail.

We followed this up with a review of the Claims Event History on the Website on August 31, 2009 which now had the markings of "Claims Material Received - In Process." With this new marking, we believed that the claim was indeed "in process" and that the deficiency was removed.

Earlier this year, we received payment on one of the other Vioxx claims we handled in this office, so we inquired as to the status of the above claims. We were advised that they were "closed" for non-compliance.

We stated our objections to the Claims Administrator by letter dated June 21, 2010 and received a response in July, indicating, in essence that we did not avail ourselves of available reviews of the decision to "close" the claims.

My argument to this Court is that once the Claims Administrator affirmatively changed the marking to "Claims Material Received - In Process" we reasonably believed that this marking was correct and true and that there was not reason to review any process or decision by the Administrator.

We respectfully request a telephone conference with the Court and the Claims Administrator where we wish to discuss the available remedies as to these claims, including motions to compel payments thereof.

Thank you for considering this request.

Respectfully,

Michael D'Agostino

Via FedEx
cc: BrownGreer PLC
    Claim nos. VCN 110 8827 and VCN 110 8828