United State District Court
Eastern District Louisiana

05-MD-1657 L (3)
05-4500

December 29, 2010

## Motion To Continue

**Ms. Joyce Naules**
Independent Administratrix of Ethel Williams Estate
P.O. Box 488 Hammond La, 70404
**Sharley Watkins**
Spokesman for **Watkins** and **Harris** Family

**Reference Vioxx-** Ethel Williams
**Case #** VCN1082409

Be it known that on this twenty-ninth day of December two thousandth and ten, we hereby enter a motion to request more time, as to seek an attorney to represent our family in this suit file against Vioxx Litigation. On December twenty-ninth two thousandth and nine a settlement was presented to our family in which we turned down for the following reason: As a family we were not in agreement that the settlement was legal. We hired Attorney's Gordon W. Matheny and Mr. Jack W. Harrang to represent our family in this matter. We had appointed Vedora Parker power of attorney over our family: in which Vedora Parker was to keep the family informed about the status of the case.

    During the process of the case, Mr. Gordon W. Matheny took Vedora Parker to the Tangipahoa Parish courthouse: before the Honorable Joey Waguespack and was then appointed Administratrix over Ethel Williams Estate without the family's permission.

    After, this was then done our family then hired another attorney to take Vedora Parker to court.

    The Judge then removed Vedora Parker as Administratrix and honored the family's request to place the eldest daughter Joyce Naules as independent Administratrix.

    Meanwhile we have reported this kind of conduct to The Louisiana Attorney Disciplinary Board. They are currently holding an investigation against both attorney's and Vedora Parker, about this kind of behavior. Being that the investigation is still ongoing and we have been advised to

TENDERED FOR FILING
DEC 29 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

seek legal council to take over our case before the deadline which is December twenty-ninth two thousandth and ten. We pray to the court that it will allow us ample amount of time to seek another attorney to represent this family. Thank you for allowing us the time to request that the court will consider granting our family a motion to continue.

Sincerely,
Joyce Naules

*Joyce Naules*
P.O Box 488
Hammond, La 70404
1-985-662-0640

Please serve copies to the following attorney's:

Mr. Gordon W. Matheny
P.O. Box 2128
Hammond, La 70404

Mr. Jack W. Harrang
228 St. Charles Avenue
Suite 501
New Orleans, La 70130

Vedora Parker
13844 Darylyn Drive
Baton Rouge, La 70816

| | |
|---|---|
| SUCCESSION OF | NUMBER 2009-0030016, DIV. "H" |
| ETHEL A. WILLIAMS | 21ST JUDICIAL DISTRICT COURT |
| | PARISH OF TANGIPAHOA |
| | STATE OF LOUISIANA |

Filed _____        _____ Dy Clk

## MOTION TO REMOVE INDEPENDENT ADMINISTRATRIX

NOW INTO COURT, through undersigned counsel, comes JOYCE H. NAULES, of the full age of majority, residing and domiciled in Tangipahoa Parish, Louisiana, who respectfully represents what follows.

1.

JOYCE H. NAULES is a successor to the estate of Ethel A. Williams

2.

The appointment of Vedora Parker as an Independent Administrator exceeds the authority given Ethel A. Williams and, if not, such authority is revoked.

3.

The sole asset of this estate is a litigious right and information and decisions are not being handled efficiently regarding that asset, and these are substantial.

WHEREFORE, JOYCE H. NAULES, MOVES that a rule nisi issue, directed towards Vedora Parker, ordering her to chow cause, if any she can, at a time and place to be fixed by this Honorable Court, why this estate should not be handled by regular administration, and the succession representative be removed, or otherwise modified to resolve such difficulties as are shown to exist at the hearing on this matter, or letters of independent administration be withdrawn and the succession thereafter be administered under the procedures set forth elsewhere in Book VI, and for all such other relief to which mover is entitled in law and equity.

Respectfully submitted,

/s/ Daniel K. Willis
Daniel K. Willis
Attorney at Law
#14500
12788 U. S. Highway 61
St. Francisville, LA 70775
(225) 635-2000

PLEASE SERVE:
Vedora Parker
by serving her attorney
Gordon W. Matheny
P. O. Box 2128, Hammond, LA 70404

| | |
|---|---|
| SUCCESSION OF | NUMBER 2009-0030016, DIV. "H" |
| ETHEL A. WILLIAMS | 21ST JUDICIAL DISTRICT COURT |
| | PARISH OF TANGIPAHOA |
| | STATE OF LOUISIANA |

Filed August 31, 2010          _____ Dy Clk

## JUDGMENT

This matter came on for hearing pursuant to regular assignment on May 24, 2010.

PRESENT IN COURT: DANIEL K. WILLIS, TOGETHER WITH HIS CLIENT JOYCE NAULS AND
GORDON W. MATHENY, TOGETHER WITH HIS CLIENT, VEDORA PARKER

ALSO PRESENT: Charlot (Phon) Watkins, Rosa Warren, Charles Watkins, Russell Watkins, Lonnie Harris.

When after considering the law and the evidence and the stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the judgment appointing Vedora Parker as administratrix be and here by is decreed an absolute nullity and all actions taken by her are null and void.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Vedora Parker be and she is held harmless for all actions taken by all heirs present, and indemnified by all heirs present against any and all claims by heirs not present, for any and all actions taken or not taken by heirs not present in accordance with the stipulations of the heirs as stated in open court.

IT IS ADDITIONALLY ORDERED, ADJUDGED AND DECREED that Joyce Nauls in appointed administratrix of the Succession of Ethel Williams pursuant to the stipulation of the parties.

JUDGMENT RENDERED in Open Court on May 14, 2010.

JUDGMENT READ AND SIGNED in _Chambers_ this 30th day of August, 2010.

_____