UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
      PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *05-4500*, as to the estate of Ethel Williams ONLY

### ORDER

The Court is in receipt of the attached "Motion to Continue" from Ms. Joyce Naules. Ms. Naules states that there is a dispute regarding the administration of the estate of her mother, Ethel Williams, a Vioxx claimant. Ms. Naules requests additional time to seek another attorney to represent her family in this dispute.

The estate of Ms. Williams participated in the Vioxx Settlement Program through representatives. Pursuant to the Program, the Court has dismissed Ms. Williams' claim and the claim of her representatives with prejudice (Rec. Doc. 57241). Ms. Naules was not named in that lawsuit suit as a representative of Ms. Williams' estate, nor has she previously sought to appear on behalf of the estate. Even if Ms. Naules had standing to file a motion in the case filed on behalf of Ms. Williams' estate (which the Court does not decide), that case has been dismissed and there is nothing to continue. Accordingly, the motion is DENIED AS MOOT.

New Orleans, Louisiana, this 19th day of January, 2011.

                                                    UNITED STATES DISTRICT JUDGE

1

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219

Mr. Jack W. Harang
228 St. Charles Ave.
Suite 501
New Orleans, LA 70130

Joyce Naules
P.O. Box 488
Hammond, LA 70404

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

Vedora Parker
13844 Darylyn Drive
Baton Rouge, LA 70816
New Orleans, LA 70130

Mr. Gordon W. Matheny
P.O. Box 2128
Hammond, LA 70404

2