UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Antonio Denson*

### ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

[X] the motion is GRANTED; the party is entitled to proceed in forma pauperis.

[ ] the motion is DENIED; the party has sufficient funds to pay the filing fee.

[ ] the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons: _____

New Orleans, Louisiana, this 19th day of January, 2011.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

Clerk to serve:
  Antonio Denson
  Citrus Avenue
  Arcadia, FL 34266

1