UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® Product Liability Litigation | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| Johnny Anderson, et al. v. Merck & Co., Inc., et al. | * * * * * | JUDGE FALLON MAGISTRATE JUDGE KNOWLES |
| Docket No. 2:06-cv-02072 | * | |

*****************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Johnny Anderson, individually and as personal representative of the estate of Loretta Anderson, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 20th day of January, 2011.

_____
DISTRICT JUDGE