UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | January 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ERIC WEINBERG, CHRIS PLACITELLA
AND COHEN, PLACITELLA AND ROTH'S JOINT MOTION
TO PRODUCE COMPLETED GRID AND RELATED PAPERS**

Now into Court come movers, who request that this Court order the immediate production of

the completed and filled-in copy of the document attached the accompanying motion as Exhibit A at

pages 3-5, and any and all work papers in connection therewith.  A copy of this document was

requested from Liaison Counsel when it was omitted from the previous document production and it

was learned that it had been given to the Court, *see* exhibit B, but no copy has been produced to date.

1

_Robert E. Arceneaux_

_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion has been served on Liaison Counsel,

Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre

Trial Order No.8, on this 21st day of  January, 2011.

*Robert E. Arceneaux*

_____