UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL NO. 1657 |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | January 21, 2011 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF**
**ERIC WEINBERG, CHRIS PLACITELLA**
**AND COHEN, PLACITELLA AND ROTH'S JOINT MOTION**
**TO PRODUCE GRID AND RELATED PAPERS**

MAY IT PLEASE THE COURT:

In *In re High Sulfur Content Gasoline Products Liability Litigation*, 517 F. 3d 220 (5th Cir. 2008), Judge Jones noted that one of the purposes of requiring transparency in matters of fee allocation is to allow those involved the chance to conduct a comparative analysis:

> **Appellants could not compare their awards to those of other attorneys. They were not** furnished with the hours and rates that other attorneys submitted or **informed of the Fee Committee's process, yet such information was essential to enable them to challenge how the Fee Committee valued their work.** *See In re Vitamins Antitrust Litig*., 398 F.Supp.2d 209, 234 (D.D.C.2005) (lead counsel responsible for fee allocation must "apply a universally fair standard of allocation to all participants, including itself"). **One cannot even compare apples to oranges without knowing what the oranges are. ***** After all, **"[a]llocation means proportion; how does the share [one] counsel is taking compare to the shares others are getting?"** *In re Vitamins Antitrust Litig.*, 398 F.Supp.2d at 234.

*Id.*, at 232 (emphasis added).

Despite this Court's earlier ruling implementing *In re High Sulfur Content*, and the Fee Allocation Committee's statement in Court at the January 6, 2011 status conference that it was in compliance with this Court's directive of full transparency, the FAC has not released critical

documents. The Fee Allocation Committee has presented this Court with a recommended allocation that purports to represent the product of a category system, which system is reflected in the attached as Exhibit A thereto. Further attached thereto, for the Court's benefit only, is a grid sheet reflecting how many points were afforded each applicant, which grid is obviously the key to analyzing the final recommended allocation. Without the grid, there is no way for any applicant to know how many points he or she was awarded in each category, or how many points any other applicant was awarded in order to conduct a comparative analysis. Movers have asked for a copy of this completed grid, but their request has been ignored. *See* Exhibit B.

On the face of it, the allocation provided to Movers contains startling anomalies for which they have been given no explanation. Analysis of the recommended allocation shows that, ignoring the firms that received zero, the multipler applied to the average hourly rate of $443.29 approved by this Court ranged from a low of 0.040 to a high of 4.974. A disparity this great (more than 100 to 1) has never before been sanctioned by any known MDL court (in *Murphy Oil* the ratio was 5:1), and is not likely to pass muster either here or on appeal.

In an effort to parse the allocation, undersigned counsel created their own grid, into which they reintroduced data notably omitted from the FAC's spreadsheet: the hours submitted by each firm. Movers would have expected the hours submitted to be reflected roughly at least in the allocation, given that this Court has already accepted that those hours were legitimately contributed to the common benefit. But this was not the case at all. For example, the Gainsberg and Gallagher firms submitted nearly identical hours of 1220 and 1219.5. The former firm, however, was allocated $2,690,000 (or $2,204/hr.), while the latter would receive $40,000 (or $32/hr.). *See* Exhibit C.

This is not to suggest that Movers are preoccupied with hours reported. They are aware that this Court expressed its view that every hour is not necessarily the same. But, the FAC stated in its

recommendation that it used hours as a "cross check." The disparities reflected on Exhibit C strongly belie this assertion, especially given that there is no place for hours on the grid at all. Moreover, there is something inherently wrong with the FAC claiming hours in order to secure its "common benefit" share of the pie, then denying that those hours should inure to the benefit of the attorney who performed the work by reallocating the compensation awarded by the Court for those hours to itself. Finally, despite whatever unreliability there may be with statistics such as hours and lodestars, ultimately in matters of allocation, they are the yardstick that is universally used, and have never been so thoroughly ignored as the FAC appears to have done here through its point and grid system.

What emerges from this admittedly incomplete analysis as the single most significant factor in the allocation is membership on the FAC itself. The firms represented on the FAC, 9 out of the total of 109 for which allocations have been recommended, accounted for $230,000,000 of the $311,870,030 in total fees distributed, or nearly 3/4, notwithstanding that their hours amounted to only 43% of the total.

Obviously Movers are missing an important element of the equation, and that element must be the points awarded under the FAC's grid. Without the immediate production of this grid, and any other work papers related to it or the allocation process, movers and other potential objectors cannot fairly analyze the recommended allocation for the purpose of objecting to or accepting it. They cannot determine whether the points were fairly distributed or even whether they were accurately distributed along the FAC's grid. They cannot make any comparison of their work to anyone else's and cannot analyze the FAC's overall point system under the guidlines established by this Court and by the extensive jurisprudence. In sum, they cannot perform the comparative analysis dictated by *High Sulfur*, nor submit thoughtful objections in accordance with this Court's January 20, 2011

order. Because the point grid has been completed and submitted to the Court, there is no conceivable justification for withholding it from everyone else.

Respectfully submitted,

Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Establishment has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 21day of January, 2011.

Robert E. Arceneaux

______________________________

# POINT SYSTEM GUIDE

**Key Leadership – 125 maximum points**

- High level positions and responsibilities in overall litigation
- 125 points – MDL PEC (Co-leads and Liaison)
- 75 points – exemplary leadership of key coordinated venue; key guidance to PEC
- 50 points – substantial leadership and advancement of litigation in key coordinated venue
- 25 points – PEC member; key leadership position in key coordinated venue
- 15 points – co-leadership role in Texas coordinated litigation
- 10 points – MDL-Texas coordination

**Trials – 150 maximum points**

- 150 points – 5 trials; 3 trials with exceptional results
- 120 points – 2 trials, one with good plaintiff verdict
- 80 points – 2 trials; one trial with excellent result at trial level and appellate level
- 60 points – 1 bellwether trial with excellent result
- 40 points – one trial
- 5-10 points – local counsel or similar role

**Settlement Negotiations – 100 maximum points**

- 100 points – highest level of contribution
- 95 points – very high level of contribution
- 90 points – high level of contribution
- 85 points – substantial contribution

**Law and Briefing – 100 maximum points**

- 100 points – highest level of overall contribution
- 90 points – very high level of contribution on most significant issues
- 75 points – high level of contribution on significant issues at trial and appellate levels
- 70 points and less – weighted based on significance of issues and time expended

EXHIBIT A

**Settlement Implementation and Post-Settlement Issues – 100 maximum points**

- 100 points – highest level of contribution
- 90 points – very high level of contribution
- 85 points – high level of contribution
- 80 points and less – weighted based on significance of issues and time expended

**Discovery, Science and Experts – 50 maximum points**

- 50 points – highest level of contribution
- 40 points – very high level of contribution (substantial and significant work relating to discovery, scientific issues and/or experts)
- 35 points – high level of contribution (substantial time and resources expended doing discovery and advancing the docket)
- 30 points and less – substantial contribution (weighted based on significance of issue and amount of time expended)

**Committee Leadership and Participation - 50 maximum points**

- 50 points – highest level of contribution
- 40 points – very high level of contribution (Chairs of key committees) *Restaino is split between Lopez Hodes and Burg Simpson.
- 35 points and less – high level of contribution (weighted by significance of committee; degree of leadership and participation; amount of time expended)

**Funding – 75 maximum points (PSC assessment and case contributions)**

- Up to 75 points for Case Contribution
- 25 points for PSC Assessment
- Points added for exceptional trial costs borne by firm

**Case Management – 25 maximum points**

- Attending Status Conferences, hearings, meetings, etc.
- Reviewing email, pleadings, etc.
- Case administration

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Alley, Clark, Greiwe & Fulmer | | | | | | | | | | | | | |
| Alvarez Law Firm | | | | | | | | | | | | | |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | | | | | | | | | | | | | |
| Anastopoulo & Clore, LLC | | | | | | | | | | | | | |
| Andrews & Thornton | | | | | | | | | | | | | |
| Ashcraft & Gerel LLP | | | | | | | | | | | | | |
| Audet & Partners, LLP | | | | | | | | | | | | | |
| Aylstock, Witkin, Kreis & Overholtz, LLC | | | | | | | | | | | | | |
| Balkin & Eisbrouch | | | | | | | | | | | | | |
| Balser, Brian K., Co., LPA | | | | | | | | | | | | | |
| Barnow | | | | | | | | | | | | | |
| Barrios, Kingsdorf & Casteix, LLP | | | | | | | | | | | | | |
| Bartimus, Frickleton, Robertson & Gorny | | | | | | | | | | | | | |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | | | | | | | | | | | | | |
| Becnel Law Firm, LLC | | | | | | | | | | | | | |
| Bencomo | | | | | | | | | | | | | |
| Blizzard, McCarthy & Nabers, LLP | | | | | | | | | | | | | |
| Bossier & Associates, PLLC | | | | | | | | | | | | | |
| Branch Law Firm | | | | | | | | | | | | | |
| Brandi Law Firm | | | | | | | | | | | | | |
| Brown & Crouppen, PC | | | | | | | | | | | | | |
| Bruce C. Dean | | | | | | | | | | | | | |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | | | | | | | | | | | | | |
| Cafferty Faucher | | | | | | | | | | | | | |
| Capshaw Goss | | | | | | | | | | | | | |
| Carey & Danis, LLC | | | | | | | | | | | | | |
| Charfoos | | | | | | | | | | | | | |
| Childers, Buck & Schlueter | | | | | | | | | | | | | |
| Cohen Milstein | | | | | | | | | | | | | |
| Cohen, Placitella & Roth, PC | | | | | | | | | | | | | |
| Cunard Law Firm | | | | | | | | | | | | | |
| Cuneo, Gilbert & LaDuca LLP | | | | | | | | | | | | | |
| Davis, Champ & Associates, Inc. | | | | | | | | | | | | | |
| Dugan & Browne | | | | | | | | | | | | | |

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Matthews & Associates | | | | | | | | | | | | | |
| Mithoff Law Firm | | | | | | | | | | | | | |
| Morelli Ratner PC | | | | | | | | | | | | | |
| Motley, Rice LLC | | | | | | | | | | | | | |
| Murray Law Firm 1 | | | | | | | | | | | | | |
| Neblett, Beard & Arsenault | | | | | | | | | | | | | |
| Panish & Shea | | | | | | | | | | | | | |
| Price Waicukauski & Riley, LLC | | | | | | | | | | | | | |
| Richardson, Patrick, Westbrook & Brickman | | | | | | | | | | | | | |
| Robert J. DeBry | | | | | | | | | | | | | |
| Robert M. Becnel | | | | | | | | | | | | | |
| Robins, Kaplan, Miller & Ciresi L.L.P. | | | | | | | | | | | | | |
| Robinson, Calcagnie & Robinson | | | | | | | | | | | | | |
| Roda Nast, P.C. | | | | | | | | | | | | | |
| Sanders Viener Grossman, LLP | | | | | | | | | | | | | |
| Sanford, Shelly A., PLLC | | | | | | | | | | | | | |
| Seeger Weiss LLP | | | | | | | | | | | | | |
| Sheller, P.C. | | | | | | | | | | | | | |
| Silverman & Fodera | | | | | | | | | | | | | |
| Singleton Law Firm | | | | | | | | | | | | | |
| Snapka, Turman & Waterhouse, L.L.P | | | | | | | | | | | | | |
| Ted Kanner | | | | | | | | | | | | | |
| Texas Consortium (Ranier, Gayle & Elliot, L.L.C.; Williams Kherkher; Provost Umphrey; Watts Law Firm; Grant Kaiser) | | | | | | | | | | | | | |
| The Holman Law Firm | | | | | | | | | | | | | |
| Ury & Moskow LLC | | | | | | | | | | | | | |
| Weinberg, Eric H., Law Firm of | | | | | | | | | | | | | |
| Weitz & Luxenberg, P.C. | | | | | | | | | | | | | |
| White Meany & Wetherall | | | | | | | | | | | | | |
| Whitehead Law Firm | | | | | | | | | | | | | |
| Williamson & Williams | | | | | | | | | | | | | |
| Wold | | | | | | | | | | | | | |
| Zimmerman, Reed PLLP | | | | | | | | | | | | | |
| Zink, Diane K. | | | | | | | | | | | | | |

| Firm | Key Leadership Roles (125) | Trials (150) | Settle-ment (100) | Law & Briefing (100) | Settlement Implemen-tation / Post Settlement Matters (100) | Discovery / Science (50) | Committee Leadership and Participation (50) | Funding (75) | Case Manage-ment (25) | Net Points | Factor for Johnson and PTO 6D criteria (.01-1.25) | Total Points | Allocation based on Points Calculation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Engstrom, Lipscomb & Lack | | | | | | | | | | | | | |
| Escobedo Tippet | | | | | | | | | | | | | |
| Fayard & Honeycutt | | | | | | | | | | | | | |
| Fibich, Hampton & Leebron, LLP | | | | | | | | | | | | | |
| Freese & Goss, PLLC | | | | | | | | | | | | | |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | | | | | | | | | | | | | |
| Gallagher Law Firm (TX) | | | | | | | | | | | | | |
| Gancedo & Nieves LLP | | | | | | | | | | | | | |
| Gianni-Petoyan, Attorneys at Law | | | | | | | | | | | | | |
| Girardi & Keese | | | | | | | | | | | | | |
| Goldenberg Heller | | | | | | | | | | | | | |
| Hagens Berman | | | | | | | | | | | | | |
| Heninger Garrison Davis, LLC | | | | | | | | | | | | | |
| Herman, Herman, Katz & Cotler, LLP | | | | | | | | | | | | | |
| Hovde Dassow & Deets, LLC | | | | | | | | | | | | | |
| Irpino | | | | | | | | | | | | | |
| Jacobs Burns | | | | | | | | | | | | | |
| John Hornbeck | | | | | | | | | | | | | |
| Johnson & Perkinson | | | | | | | | | | | | | |
| Jones Verras | | | | | | | | | | | | | |
| Kasowitz, Benson, Torres & Friedman LLP | | | | | | | | | | | | | |
| Kline & Specter, PC | | | | | | | | | | | | | |
| Labaton Sucharow | | | | | | | | | | | | | |
| Lanier Law Firm, PC | | | | | | | | | | | | | |
| Levin Fishbein Sedran & Berman | | | | | | | | | | | | | |
| Levin Simes Kaiser & Gornick, LLP | | | | | | | | | | | | | |
| Levin, Papantonio, Thomas, Mitchell, Eshner & Proctor P.A. | | | | | | | | | | | | | |
| Lewis & Roberts, PLLC | | | | | | | | | | | | | |
| Lieff, Cabraser, Heimann & Bernstein, LLP | | | | | | | | | | | | | |
| Lockridge, Grindal, Nauen PLLP | | | | | | | | | | | | | |
| Locks Law Firm, LLC | | | | | | | | | | | | | |
| Lopez, Hodes, Restaino, Milman & Skikos | | | | | | | | | | | | | |
| Lundy & Davis | | | | | | | | | | | | | |
| Martin & Jones | | | | | | | | | | | | | |

Robert E. Arceneaux
47 Beverly Garden Drive
Metairie, La 70001
(504) 833-7533 Office
(504) 833-7612 Fax
rea7001@cox.net

January 10, 2011

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70133

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104

Re: MDL 1586 – In re Vioxx

Gentleman:

We were surprised to learn at the status conference that Judge Fallon has been provided with a "penciled in" preliminary allocation that you are apparently using for negotiating purposes. As long as the court had not received the document, we were of the view that we might not be entitled to see this document. However, since Judge Fallon has been supplied with a copy, we are clearly entitled to receive it under the transparency required by *In re High Sulphur I*. Accordingly, we hereby request that you send us a copy of this document, as well as the "penciled in" grid and work paper which produced it.

Furthermore, we have received time record summaries prepared by the CPA, but they were only provided in PDF form. We are sure that these were prepared in Microsoft Excel, and we request copies of the documents in their native excel format, so that we may be able to reformat them to enable our analysis.

I am going out of town Wednesday until next week, and would like these documents and files before I leave so that I may work with them while on the road.

Very truly yours,

Robert E. Arceneaux

Robert E. Arceneaux

EXHIBIT B

| Firm | Allocation | Hours | Hourly Rate | Multipler of Ave. Rate |
|---|---|---|---|---|
| Alley, Clark, Greiwe & Fulmer | $365,000.00 | 1,611.25 | $226.53 | 0.511 |
| Alvarez Law Firm | $15,000.00 | 30.00 | $500.00 | 1.128 |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | $3,400,000.00 | 8,430.00 | $403.32 | 0.910 |
| Anastopoulo & Clore LLC | $15,000.00 | 607.75 | $24.68 | 0.056 |
| Andrews & Thornton | $600,000.00 | 2,005.00 | $299.25 | 0.675 |
| Ashcraft & Gerel LLP | $9,000,000.00 | 6,791.50 | $1,325.19 | 2.989 |
| Audet & Partners LLP | $1,165,000.00 | 7,666.00 | $151.97 | 0.343 |
| Aylstock, Witkin, Kreis & Overholtz LLC | $225,000.00 | 841.50 | $267.38 | 0.603 |
| Balkin & Eisbrouch | $15,000.00 | 25.75 | $582.52 | 1.314 |
| Balser, Brian K . Co ., LPA | $130,000.00 | 592.25 | $219.50 | 0.495 |
| Barnow | $15,000.00 | 67.25 | $223.05 | 0.503 |
| Barrios. Kingsdorf & Casteix, LLP | $1,700,000.00 | 3,439.25 | $494.29 | 1.115 |
| Bartimus, Frickleton. Robertson & Gorny | $15,000.00 | 30.00 | $500.00 | 1.128 |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | $40,900,000.00 | 36,747.75 | $1,112.99 | 2.511 |
| Becnel Law Firm, LLC | $455,000.00 | 13,038.25 | $34.90 | 0.079 |
| Bencomo | $327,500.00 | 1,513.50 | $216.39 | 0.488 |
| Blizzard. McCarthy & Nabers, LLP | $11,600,000.00 | 9,173.25 | $1,264.55 | 2.853 |
| Bossier & Associates. PLLC | $20,000.00 | 102.50 | $195.12 | 0.440 |
| Branch Law Firm | $0.00 | 7,087.50 | $0.00 | 0.000 |
| Brandi Law Firm | $970,000.00 | 5,214.95 | $186.00 | 0.420 |
| Brown & Crouppen, PC | $73,000.00 | 783.75 | $93.14 | 0.210 |
| Bruce E. Dean | $0.00 | 10.50 | $0.00 | 0.000 |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | $500,000.00 | 2,599.75 | $192.33 | 0.434 |
| Cafferty Faucher | $30,000.00 | 207.50 | $144.58 | 0.326 |
| Capshaw Goss | $0.00 | 152.50 | $0.00 | 0.000 |
| Carey & Danis, LLC | $0.00 | 5,518.25 | $0.00 | 0.000 |
| Charfoos | $0.00 | 396.75 | $0.00 | 0.000 |
| Childers, Buck & Schlueter | $0.00 | | | 0.000 |
| Cohen Milstein | $750,000.00 | 2,003.75 | $374.30 | 0.844 |
| Cohen, Placitella & Roth. PC | $500,000.00 | 4,964.00 | $100.73 | 0.227 |
| Cunard law Firm | $100.00 | 2,790.75 | $0.04 | 0.000 |
| Cuneo, Gilbert & LaDuca LLP | $0.00 | 1,321.00 | $0.00 | 0.000 |
| Dugan & Browne | $0.00 | 114.25 | $0.00 | 0.000 |

exhibit C

| | | | | |
|---|---|---|---|---|
| Engstrom, Lipscomb & Lack | $390,000.00 | 6,866.95 | $56.79 | 0.128 |
| Escobedo Tippet | $0.00 | 14,886.75 | $0.00 | 0.000 |
| Fayard and Honeycutt | $15,000.00 | 416.00 | $36.06 | 0.081 |
| Fibich, Hampton & Leebron, LLP | $610,000.00 | 2,021.25 | $301.79 | 0.681 |
| Freese & Goss, PLLC | $0.00 | 794.00 | $0.00 | 0.000 |
| Friedman Law Offices | $6,500.00 | 20.50 | $317.07 | 0.715 |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | $2,690,000.00 | 1,220.00 | $2,204.92 | 4.974 |
| Gallagher law Firm (TX) | $40,000.00 | 1,219.50 | $32.80 | 0.074 |
| Gancedo & Nieves LLP | $600,000.00 | 3,649.25 | $164.42 | 0.371 |
| Gianni-Petoyan, Attorneys at Law | $30,000.00 | 314.75 | $95.31 | 0.215 |
| Girardi & Keese | $20,100,000.00 | 20,469.50 | $981.95 | 2.215 |
| Goldenberg Heller | $0.00 | | | 0.000 |
| Hagens Berman | $0.00 | 236.00 | $0.00 | 0.000 |
| Heins Mills | $4,000.00 | 12.50 | $320.00 | 0.722 |
| Heninger Garrison Davis, llC | $1,000,000.00 | 5,044.00 | $198.26 | 0.447 |
| Herman, Herman, Katz & Cotler, LLP | $32,500,000.00 | 29,483.50 | $1,102.31 | 2.487 |
| Hovde Dassow & Deets, LLC | $1,165,000.00 | 8,546.50 | $136.31 | 0.308 |
| Irpino | $877,000.00 | 2,920.00 | $300.34 | 0.678 |
| Jacobs Burns | $0.00 | | | 0.000 |
| John Hornbeck | $300,000.00 | 1,390.00 | $215.83 | 0.487 |
| Johnson & Perkinson | $15,000.00 | 847.00 | $17.71 | 0.040 |
| Jones Verras | $30,000.00 | 841.00 | $35.67 | 0.080 |
| Kasowitz, Benson, Torres & Friedman llP | $1,100,000.00 | 4,395.40 | $250.26 | 0.565 |
| Keller Rohrback | $0.00 | 323.00 | $0.00 | 0.000 |
| Kerpsack | $10,000.00 | 54.50 | $183.49 | 0.414 |
| Kline & Specter, PC | $4,000,000.00 | 25,391.25 | $157.53 | 0.355 |
| labaton Sucharow | $0.00 | 389.00 | $0.00 | 0.000 |
| langston l aw Firm | $0.00 | 597.50 | $0.00 | 0.000 |
| Lanier law Firm, PC | $27,000,000.00 | 33,574.50 | $804.18 | 1.814 |
| Levin Fishbein Sedran & Berman | $21,400,000.00 | 27,282.75 | $784.38 | 1.769 |
| levin Simes Kaiser & Gornick, llP | $15,000.00 | 90.00 | $166.67 | 0.376 |
| Levin, Papantonio. Thomas, Mitchell. Eshner & Proctor P.A. | $15,600,000.00 | 8,191.75 | $1,904.35 | 4.296 |
| Lewis & Roberts, PLLC | $0.00 | 3,208.00 | $0.00 | 0.000 |
| Lieff, Cab raser, Heimann & Bernstein, LLP | $6,000,000.00 | 24,391.00 | $245.99 | 0.555 |

| | | | | |
|---|---|---|---|---|
| Lockridge, Grindal, Nauen PLLP | $350,000.00 | 4,712.50 | $74.27 | 0.168 |
| Locks law Firm, LLC | $585,000.00 | 8,881.50 | $65.87 | 0.149 |
| Lopez, Hodes, Restaino, Milman & Skikos | $1,500,000.00 | 5,104.25 | $293.87 | 0.663 |
| Lundy & Davis | $100,000.00 | 550.00 | $181.82 | 0.410 |
| Martin & Jones | $0.00 | 1,943.00 | $0.00 | 0.000 |
| Matthews & Associates | $1,400,000.00 | 10,668.50 | $131.23 | 0.296 |
| Mithoff Law Firm | $15,000.00 | 16.00 | $937.50 | 2.115 |
| Morelli Ratner PC | $750,000.00 | 1,833.50 | $409.05 | 0.923 |
| Motley, Rice LLC | $195,000.00 | 3,289.50 | $59.28 | 0.134 |
| Murray Law Firm | $162,000.00 | 2,203.50 | $73.52 | 0.166 |
| Neblett, Beard & Arsenault | $1,450,000.00 | 7,396.50 | $196.04 | 0.442 |
| Panish & Shea | $1,640,000.00 | 3,975.75 | $412.50 | 0.931 |
| Price Waicukauski & Riley, LLCC | $15,000.00 | 756.00 | $19.84 | 0.045 |
| Richardson, Patrick, Westbrook & Brickman | $15,000.00 | 111.50 | $134.53 | 0.303 |
| Robert J. DeBry | $15,000.00 | 31.00 | $483.87 | 1.092 |
| Robert M. Becnel | $30,000.00 | 924.25 | $32.46 | 0.073 |
| Robins, Kaplan, Miller & Ciresi LLP | $850,000.00 | 2,400.75 | $354.06 | 0.799 |
| Robinson, Catcagnie & Robinson | $6,000,000.00 | 21,840.25 | $274.72 | 0.620 |
| Roda Nast, P.C. | $45,000.00 | 1,267.75 | $35.50 | 0.080 |
| Sanders Viener Grossman, LLP | $15,000.00 | 112.50 | $133.33 | 0.301 |
| Sanford, Shelly A., PLLC (predecessor was PSC member until 6/8/06) | $6,800,000.00 | 13,946.00 | $487.60 | 1.100 |
| Seeger Weiss LLP | $40,900,000.00 | 57,693.50 | $708.92 | 1.599 |
| Sheller, P.C. | $65,000.00 | 1,824.25 | $35.63 | 0.080 |
| Silverman & Fodera | $73,000.00 | 327.00 | $223.24 | 0.504 |
| Singleton Law Firm | $180,000.00 | 2,388.75 | $75.35 | 0.170 |
| Shapka, Turman & Waterhouse, LLP | $75,000.00 | 2,926.50 | $25.63 | 0.058 |
| Ted Kanner | $1,350.00 | 6.75 | $200.00 | 0.451 |
| Texas Consortium | $20,095,000.00 | 21,002.25 | $956.80 | 2.158 |
| Ranier, Gayle & Elliot, LLC | | 5,576.50 | | |
| Williams Kherkher | | 9,032.00 | | |
| Provost Umphrey | | 274.25 | | |
| Watts Law Firm | | 3,530.50 | | |
| Grant Kaiser | | 2,589.00 | | |
| The Holman law Firm | $0.00 | 212.50 | $0.00 | 0.000 |

| | | | | |
|---|---|---|---|---|
| Ury & Moskow LLC | $0.00 | 3.00 | $0.00 | 0.000 |
| Weinberg, Eric H., law Firm of | $220,000.00 | 10,361.75 | $21.23 | 0.048 |
| Weitz & Luxenberg, P.C. | $20,000,000.00 | 17,402.75 | $1,149.24 | 2.593 |
| White Meany & Wetherall | $0.00 | 1,412.75 | $0.00 | 0.000 |
| Whitehead law Firm | $45,000.00 | 504.75 | $89.15 | 0.201 |
| Williamson & Williams | $15,000.00 | 84.25 | $178.04 | 0.402 |
| Wold | $580.00 | 4.25 | $136.47 | 0.308 |
| Zimmerman, Reed PLLP | $0.00 | 204.75 | $0.00 | 0.000 |
| Zink, Diane K. | $0.00 | | | 0.000 |
| | | | | |
| **TOTALS** | **$311,885,030.00** | **563,289.80** | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **members of FAC (9 of 109 firms)** | **$230,000,000.00** | **240,019.25** | **$958.26** | **2.162** |
| | | | | |
| | | | | |
| red indicates FAC committee membership | | | | |
| yellow indicates PSC committee membership | | | | |
| oranges indicates both committee memberships | | | | |