UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE |
| KNOWLES | | |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | January 21, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR EXPEDITED HEARING OF ERIC WEINBERG, CHRIS PLACITELLA
AND COHEN, PLACITELLA AND ROTH'S
JOINT MOTION TO PRODUCE COMPLETED GRID AND RELATED PAPERS**

Now into court comes Eric Weinberg, Chris Placitella and Cohen, Placitella and Roth, who hereby move for expedited hearing of their Joint Motion To Produce Completed Grid And Related Papers.

Respectfully submitted,

*/s/ Robert E. Arceneaux*
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Motion for Expedited Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 21st day of  January, 2011.

*Robert E. Arceneaux*
_____