UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | January 21, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF JOINT MOTION FOR
EXPEDITED HEARING OF ERIC WEINBERG, CHRIS PLACITELLA
AND COHEN, PLACITELLA AND ROTH'S
<u>JOINT MOTION TO PRODUCE COMPLETED GRID AND RELATED PAPERS</u>**

MAY IT PLEASE THE COURT:

Movers request that their Joint Motion To Produce Completed Grid And Related Papers be heard on an expedited, emergency, basis. As things presently stand, movers are obliged to file an objection to the January 20, 2011 by February 2, 2011, 2010, if they have such objection.  However, movers have yet to receive information that this Court has found "essential" to their ability to evaluate the recommendation.  This request is the subject of a hearing set for February 16, 2011.  Accordingly, unless Movers' Joint Motion to Produce is heard as expeditiously as possible, they will be prejudiced as the deadline will pass before this Court resolves the issues before it with regard to the recommendation. Movers' counsel is available to appear before this Court in person, or by telephone, for a status conference or hearing, whenever this Court ordains.

Respectfully submitted,

*Robert E. Arceneaux*
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Joint Motion for Expedited Hearing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this ___ day of  January, 2011.


_____