UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE |
| KNOWLES | | |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | January 24, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

Upon the foregoing Motion for Expedited Hearing , said motion is _____, and Eric Weinberg, Chris Placitella And Cohen, Placitella And Roth's Joint Motion To Produce Completed Grid and Related Papers will be heard on the _____ day of \_\_\_\_\_, 201\_, at \_\_\_ o'clock \_\_.m.  Oral argument is _____.

This \_\_\_ day of _____, 201\_\_\_\_, at New Orleans, Louisiana.


_____
DISTRICT JUDGE