Jamaal Ali Bilal 770144
DJCCC, 13619 S.E. Hwy 70
Arcadia, FL 34266

Note: address change

Clerk's Office
United States District Court
Eastern District of Louisiana
New Orleans, LA 70130

Legal Mail

---

1-20-11

Dear Clerk:

In regards to In Re: Vioxx Litigation Jamaal Ali Bilal v. Merck & Co., 06-02364 MDL Docket # 1657. Please provide me a copy of the latest order pertaining to my case.

Thank you.

Very truly yours,
Jamaal Ali Bilal