IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: VIOXX LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN 21 2011

LORETTA G. WHYTE
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-MD-1657

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest
Clerk, U.S. Court of Appeals, Fifth Circuit
By
Deputy
New Orleans, Louisiana     JAN 20 2011

Fee
Process
Dktd
CtRmDep
Doc. No.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 20, 2011

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 10-31097   In Re: Vioxx Prods. Liability  
      USDC No. 2:05-MD-1657  
      USDC No. 2:05-CV-5382

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Michael R. Brown  
Michael R. Brown, Deputy Clerk  
504-310-7692

Mr. Joshua G. Schiller  
Mr. James D. Schneller  
Ms. Loretta Whyte

P.S. to Counsel: Please forward a copy of the joint designation of record to our Court once it has been filed with the District Court.

*Motion Notice - MOT-2*