UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® **Product Liability Litigation** | * * * | MDL Docket No. 1657 |
| | * | SECTION L |
| This document relates to: | * * | |
| *Sweetie Davis, et al.* v. *Merck & Co., Inc., et al.* | * * * * | JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |
| *Only with regard to:* *Barakah Rice-Mitchell and Carl Mitchell* | * * * * | |
| *Docket No. 2:06-cv-01200* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Barakah Rice-Mitchell and Carl Mitchell in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this 21st day of January, 2011.

_____
DISTRICT JUDGE