UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Lopez v. Merck & Co., Inc., et al.*, 2:09-cv- | * | KNOWLES |
| 02397-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

## SUGGESTION OF DEATH

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, hereby submits this suggestion of death with respect to plaintiff Osvaldo Lopez. It is understood that Mr. Lopez may have passed away on or around April 5, 2008.

Dated: January 25, 2011

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
　　Phillip A. Wittmann, 13625
　　Dorothy H. Wimberly, 18509
　　STONE PIGMAN WALTHER
　　WITTMANN L.L.C.
　　546 Carondelet Street
　　New Orleans, Louisiana 70130
　　Phone: 504-581-3200
　　Fax:　 504-581-3361

Defendants' Liaison Counsel

—and—

- 2 -

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

- 3 -

**CERTIFICATE OF SERVICE**

The foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of January, 2011.

                                                */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel