UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Banton v. Merck & Co., Inc.*, 2:08-cv-04914-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUGGESTION OF DEATH

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel and pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, hereby submits this suggestion of death with respect to plaintiff Violet Banton. It is understood that Ms. Banton may have passed away on or around April 14, 2008.

Dated: January 25, 2011

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

Defendants' Liaison Counsel

—and—

- 2 -

      Douglas R. Marvin
      Eva Petko Esber
      M. Elaine Horn
      WILLIAMS & CONNOLLY LLP
      725 Twelfth Street, N.W.
      Washington, D.C. 20005
      Phone: 202-434-5000
      Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

- 3 -

**CERTIFICATE OF SERVICE**

The foregoing Suggestion of Death has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of January, 2011.

                                           */s/ Dorothy H. Wimberly*
                                           Dorothy H. Wimberly, 18509
                                           STONE PIGMAN WALTHER WITTMANN L.L.C.
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130
                                           Phone:  504-581-3200
                                           Fax:     504-581-3361
                                           dwimberly@stonepigman.com

                                           Defendants' Liaison Counsel