UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :
**THIS DOCUMENT RELATES TO:     ALL CASES**

**ORDER**

The Court has pending before it two motions related to the Fee Allocation Committee's recommended allocation of common benefit attorneys' fees.  Two attorneys who have applied for an award of common benefit fees have filed a "Motion to Produce Completed Grid and Related Documents" (Rec. Doc. 60582) and a Motion to Expedite Hearing on that motion (Rec. Doc. 60583).

The movants seek production of a points grid used by the Fee Allocation Committee during their preparation of the recently-submitted recommended allocation of common benefit attorneys' fees.  The movants also ask the Court to expedite ruling on the motion so that the discovery may be completed before February 4, 2011, the deadline the Court has set for objections to the recommended allocation.

The motions are premature.  The Court set forth the procedure it will follow to allocate common benefit attorney's fees at the January 6, 2011 monthly status conference and in the Court's January 20, 2011 Order publishing the recommended allocation.  As was stated, all common benefit fee applicants now have an opportunity to state their objections to the recommended allocation and to articulate the amount they believe they are entitled to and why. After the objection deadline has passed and the number of objectors is known, the Court will

meet with the objectors and require them to elect lead and liaison counsel. The lead and liaison counsel for the Objectors and their counterparts from the Fee Allocation Committee will meet in an attempt to prepare a scheduling order which will govern the future course in these proceedings. The Court has appointed Patrick Juneau to serve as Special Master to coordinate and manage this aspect of this matter. After full opportunity for discovery and presentation by each objector, the Special Master will make a report and recommendation to the Court. The Court will then take all of this into consideration together with the recommendations of the Fee Allocation Committee and their supporting material. This material together with the knowledge and information the Court has acquired over the years it has presided over this litigation will form the basis of the Court's decision.

The Court set this procedure to balance every fee applicant's interest in having full discovery and an opportunity to present his or her claim to the Court with the Court's need to manage the fee allocation process and to avoid inefficient, piecemeal discovery. The Court will continue to follow the Fifth Circuit's guidance with respect to fair and transparent allocation of attorney's fees. The Court makes no finding that the movants, should they object, will or will not be entitled to the requested materials at the appropriate time. But granting that discovery now would undermine the Court's procedure, encourage a plethora of similar motions, and bring about chaos and inefficiency. Accordingly,

IT IS ORDERED that the motions are DENIED as premature.

New Orleans, Louisiana, this 25th day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE