# EXHIBIT A

**PELLA CORP., ET AL.**
v.
**SALTZMAN, LEONARD E., ET AL.**
**No. 10-355**
**U.S. Supreme Court**
**JANUARY 18, 2011**

    The petition for a writ of Certiorari is Denied.

