# EXHIBIT A

**PELLA CORP., ET AL.**
v.
**SALTZMAN, LEONARD E., ET AL.**
No. 10-355
U.S. Supreme Court
JANUARY 18, 2011

The petition for a writ of Certiorari is Denied.

