UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL No. 1657 |
| | SECTION: L |
| "This Document Relates to All Cases" | Judge Fallon |
| | Mag. Judge Knowles |

**NOTICE OF MANUAL ATTACHMENT**

EXHIBIT C TO SUPPLEMENTAL OBJECTION OF DANIEL E. BECNEL, JR.
TO PLAINTIFFS' COMMON BENEFIT AWARD

Exhibit C are 4 CD's supplied to Daniel E. Becnel, Jr. by Russ Herman in reference to the Fee Applications and are on file with the Clerk's Office

EXHIBIT C