# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW

NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
KRISTIE D. HOLM
MARISHA H. FRAAZA
*Of Counsel:*
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
  *Office Administrator*
Susan B. Williams
  *Nurse*

December 6, 2010

**VIA FACSIMILE NO. (504) 561-6024**

Mr. Russ M. Herman
HERMAN, HERMAN, KATZ & COTLAR
820 O'Keefe Avenue
New Orleans, LA 70113

    Re:    MDL 1657 - Vioxx

Dear Russ:

    Please allow this correspondence to confirm my objection to my fee allocation in the above-referenced matter in the amount of $97,076.50. The purpose of this objection was fully stated in my testimony before the Fee Committee which was transcribed by the PSC's court reporter. I never received a copy of the transcript and I would like that a copy be forwarded to me at once so it may be attached and marked as "Exhibit C" to my objection. In addition, it is my intention to appeal to the Court as specified by Judge Fallon in his various orders and statements during the discussion of fee allocation. In addition, I am enclosing my Fee Application which was submitted as called for by both the Fee Committee and the Court, as per Pre-Trial Order No. 6(D), marked "Exhibit A," as well as an Affidavit of the Becnel Law Firm, as called for under Pre-Trial Order No. 6(D), and marked "Exhibit B."

    As you know, I personally argued before the MDL Panel and attended many meetings in an effort to get a consensus of what judge and district should get the MDL. Nearly everyone other than myself wanted the case to go to a different district. I was the lone hold out. My argument proved to be successful and the Honorable Eldon Fallon was appointed the MDL Judge.

    The majority of my firm's time involved reviewing documents under the direction of Andy Birchfield's office (Beasley Allen in Montgomery, Alabama) for both state and federal trials. The lawyers from my office traveled to Alabama in my vehicle on a weekly basis, to review documents under my direction as supervised by the Beasley Allen firm under Andy Birchfield's directive.

    Also, during a mock trial, I was asked by all concerned to be the presiding judge. The trial lasted two days and had multiple jury panels listening to the evidence. Over 300 lawyers from across the country watched this mock trial. Approximately 30 lawyers participated in the mock trial from both state and federal courts in order to rate lawyers, as well as trial teams, for the upcoming trials. I extensively de-briefed the various jurors and evaluated the lawyers. This was done at the request of all the lawyers participating in this MDL, under the direction of AAJ and the PSC in both State and Federal Court.



EXHIBIT D

I organized and paid for the initial organizational meeting and nominated Andy Birchfiled and Chris Seeger to be Lead Counsel. I supported Jerry Meunier as Liaison Counsel and I am sure my support for Jerry has a great deal to do with my fee allocation.

Our office had one of the largest inventory of cases from various referral counsel from across the country. However, most of the cases were pulled from my firm once I was not appointed to the PSC.

I hired numerous experts from major universities and disciplines and continually asked the Honorable Eldon Fallon to allow me to try one of my cases. The only successful trial in federal court was handled by Mark Robinson, with the assistance of Rebecca Todd (a ten year lawyer, ten year paralegal, as well as a judicial law clerk for the Third Circuit, State of Louisiana) from my office. Rebecca spent weeks in California with Mark having him look through documents which she considered "hot documents." She was one of the lawyers who worked 3162.50 hours on this case for the common benefit. In addition, she managed the plaintiff and helped prepare the witnesses under Mark Robinson's direction. In addition, the Honorable Judge Ruche Marino (retired) worked for my office in Montgomery on a weekly basis. Judge Marino spent approximately ten years practicing law and more than 20 years on the bench. He is also a Marine (ret.) and still receives ad hoc appointments by the Louisiana Supreme Court. He has been involved in numerous MDL's over the years for me since his retirement, including Bausch & Lomb, Heparin, and FEMA Trailer. Judge Marino spent 724.20 hours working for the common benefit on documents.

If you divide my fee allocation of $97,076.50 by the number of hours my firm submitted, it equals approximately $6.00 per hour. To me this allocation is a total miscarriage of justice considering that there is a self-interest involved in the Fee Allocation Committee attempting to preserve the $315 million common benefit fee for itself.

Very cordially yours,

Daniel E. Becnel, Jr.
Attorney at Law

DEBJr/ks
Enclosure
cc:   Andy Birchfield, Esq.

| COMMON BENEFIT FEES AWARD FORM |
|---|
| **A. INSTRUCTIONS** |

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

Russ M. Herman
Chair of the Fee Allocation Committee
820 O'Keefe Avenue
New Orleans, LA 70113
rherman@hhkc.com

Andy Birchfield
Secretary of the Fee Allocation Committee
218 Commerce Street
Montgomery, AL 36104
andy.birchfield@beasleyallen.com

**B. RECOMMENDED AWARD AND RESPONSE**

| Recommended Award: | $97,076.50 |
|---|---|

Response to Recommended Award: Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☑ I object to the Recommended Award and request this amount as my award: $4,041,875.00

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

**C. SIGNATURE**

| Signature | [signed] | Date | 12 / 6 / 10 (month)(day)(year) |
|---|---|---|---|
| Printed Name | First: Daniel    MI: E    Last: Becnel (Jr.) | | |
| Firm Name | Becnel Law Firm, LLC | | |

#379620