IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN L. GEIGER** | § | **IN RE:  VIOXX** |
| | § | **PRODUCTS LIABILITY LITIGATION** |
| **Plaintiff,** | § | |
| | § | **MDL DOCKET NO. 1657** |
| | § | **SECTION "L"** |
| | § | |
| | § | **JUDGE FALLON** |
| | § | **MAGISTRATE JUDGE KNOWLES** |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 2:06-CV-06530** |
| | § | |
| | § | |
| **MERCK & CO., INC.,** | § | **STIPULATION OF DISMISSAL** |
| | § | **WITH PREJUDICE** |
| **Defendants.** | § | **AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiff, John L. Geiger, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| /BUFFY K. MARTINES | Stephen G. Strauss | Phillip A. Wittmann |
| Texas Bar No. 24030311 | Bryan Cave LLP | Dorothy H. Wimberly |
| **LAMINACK, PIRTLE & MARTINES** | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| 440 Louisiana, Suite 1250 | St. Louis, MO 63102 | Wittmann LLC |
| Houston, Texas  77002 | (314) 259-2000 Tel | 546 Carondelet Street |
| Telephone:    713-292-2750 | (314) 259-2020 Fax | New Orleans, LA 70130 |
| Facsimile:    713-292-2755 | | (504) 581-3200 Tel |
| | | (504) 581-3361 Fax |
| Attorney for Plaintiff | Attorneys for Merck & Co., Inc. | |
| | | |
| Dated: _2 - 29 - 08_ | Dated: __1-7-11__ | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th  day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.