UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| Handerson W. Bennah, et al. | * | JUDGE FALLON |
| v. | * | |
| Merck & Co., Inc. | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Only with regard to: | * | |
| Handerson W. Bennah, individually and | * | |
| as representative of the estate of Henry | * | |
| Bah Bennah, Sr., Annie W. Bennah, | * | |
| Henry B. Bennah, Jr., Priscilla Manyon, | * | |
| Morma Bennah, Kamah Bennah, Weada | * | |
| Nolen, and Janet Johnson | * | |
| | * | |
| | * | |
| Docket No. 2:05-cv-04545 | * | |
| ****************************************** | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Handerson W. Bennah, individually and as representative of the estate of Henry Bah Bennah, Sr., Annie W. Bennah, Henry B. Bennah, Jr., Priscilla Manyon, Morma Bennah, Kamah Bennah, Weada Nolen, and Janet Johnson in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____
DISTRICT JUDGE