UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
CASE NO. 2:05-MD-01657-EEF

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *Commonwealth of Kentucky* | * | |
| *v. Merck Sharp & Dohme Corp.* | * | MAG. JUDGE KNOWLES |
| *(No. 2:10-cv-01115-EEF)* | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE
## AS CO-COUNSEL FOR PLAINTIFF

\*\*\* \*\*\* \*\*\* \*\*\*

Comes the Plaintiff, Commonwealth of Kentucky, by counsel, and submits this Entry of Appearance of WILLIAM R. GARMER, Esq. ) (Kentucky Bar No. 24370), and JEROME P. PRATHER, Esq. (Kentucky Bar No. 91397) of GARMER & PRATHER, PLLC, 141 N. Broadway, Lexington, Kentucky 40507; Telephone:  (859) 254-9351; and BRIAN VINES (ASB-4419-r77v), of HARE, WYNN, NEWELL AND NEWTON, 2025 3rd Avenue North, Suite 800, Birmingham, Alabama 35203; Telephone:  (205) 328-5330; to serve as Co-Counsel in the case known as Commonwealth of Kentucky v. Merck & Co., Inc., United States District Court, Eastern District of Kentucky, Case No. 3:09-cv-00054-DCR.  Counsel requests that the docket and the ECF Service List be updated to reflect this Entry of Appearance.

Respectfully submitted,

ATTORNEYS FOR PLAINTIFF

BY: /s/ William R. Garmer
William R. Garmer
Kentucky Bar No. 24370
Jerome P. Prather
Kentucky Bar No. 91397
Garmer & Prather, PLLC
141 North Broadway
Lexington, KY 40507
Telephone: (859) 254-9351
Facsimile: (859) 233-9769
Email: bgarmer@garmerprather.com
Email: jprather@garmerprather.com

Scott A. Powell
Don P. McKenna
Matthew C. Minner
Hare, Wynn, Newell & Newton
2025 3rd Avenue North, Suite 800
Birmingham, AL 35203
Telephone: (205) 328-5330
Facsimile: (205) 324-2165
Email: scott@hwnn.com
Email: don@hwnn.com
Email: matt@hwnn.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record in this matter.

BY: /s/ William R. Garmer
ATTORNEY FOR PLAINTIFF