| | |
|---|---|
| JEANA and MELVIN BURROWS<br><br>Plaintiffs<br><br>v.<br><br>MERCK & CO., INC.,<br><br>Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>MDL No. 1657<br><br>DOCKET NO. 05-4249<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS** |

Pursuant to Fed.R.Civ.P 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, Jeana and Melvin Burrows, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____   _____   _____
John R. Climaco                                      Stephen G. Strauss                        Phillip A. Wittmann
Climaco, Lefkowitz, Peca, Wilcox &      Bryan Cave LLP                             Dorothy H. Wimberly
Garofoli Co., LPA                                    211 N. Broadway, Suite 3600      Stone Pigman Walther
55 Public Square, Suite 1950               St. Louis, MO 63102                       Wittmann LLC
Cleveland, OH 44113                           (314) 259-2000 Tel                          546 Carondelet Street
216-621-8484                                         (314) 259-2020 Fax                        New Orleans, LA 70130
                                                                                                                            (504) 581-3200 Tel
Dated: 2/27/08                                                                                                (504) 581-3361 Fax

                                                                   Attorneys for Merck & Co., Inc.

                                                                   Dated: 1-7-11

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.