UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**                                        MDL NO. 1657
**PRODUCTS LIABILITY LITIGATION:**

                                                        SECTION: L

                                                        JUDGE FALLON
...........................................................                MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**
    **2:05-cv-05835**

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned

counsel hereby stipulate that all claims of Plaintiff, Beverly Coleman, against defendant

Merck & Co., Inc. and all other named defendants be dismissed in their entirety with

prejudice, each party to bear its own costs.

Seth Sharrock Webb
Brown & Crouppen, P.C.
720 Olive St., Ste. 1800
St. Louis, MO 63101
(314) 421-0216

Dated: _9/11/01_

Stephen G. Strauss              Phillip A. Wittmann
Bryan Cave LLP                  Dorothy H. Wimberly
211 N. Broadway, Suite 3600     Stone Pigman Walther
St. Louis, MO 63102             Wittmann LLC
(314) 259-2000 Tel              546 Carondelet Street
(314) 259-2020 Fax              New Orleans, LA 70130
                                (504) 581-3200 Tel
                                (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _1-7-11_

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of January, 2011.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.