UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Vincent Schaefer; Sheila Scutt; Debra Ann Striggles; Carna Stuart; Margaret Swinburne; June Vermillion; Muriel Wahl; Larry Wallace; Era Mae Beach; Edna Bealefeld; Ray Chavez; Marquentia Collier; Colleen Cummings; Katherine Dilling; Jacqueline Evert; Henrietta C. Jallah; Glenn Konrady; Dorothy Lanham; Ray Norton; Peter Pash; Bertha Politi; Evelyne R. Roche; James Rodriguez; Samuel Smith; Addie Rudolph; Rosauria Sarellano; , Plaintiff(s), v. MERCK & CO., INC., Defendant(s). | DOCKET NO. 07-4042  STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |

Pursuant to *Rule 41(a)(1)(ii)* of the *Federal Rules of Civil Procedure*, the undersigned counsel hereby stipulate that all claims of Plaintiffs James Rodriguez and Lenora Rodriguez, husband and wife, against defendant Merck & Co., Inc., and all other named defendants, be dismissed in their entirety with prejudice, each party to bear its own costs.

_____  
Turner W. Branch  
BRANCH LAW FIRM  
Attorneys for Plaintiffs  
2025 Rio Grande Blvd. NW  
Albuquerque, NM 87104  
(505) 243-3500 Telephone  
(505) 243-3534 Facsimile  

Dated: 2-9-08

_____  
Stephen G. Strauss  
Bryan Cave LLP  
211 N. Broadway, Suite 3600  
St. Louis, MO 63102  
(314) 259-2000 Tel  
(314) 259-2020 Fax  

Phillip A. Wittmann  
Dorothy H. Wimberly  
Stone Pigman Walther  
Wittmann LLC  
546 Carondelet Street  
New Orleans, LA 70130  
(504) 581-3200 Tel  
(504) 581-3361 Fax  

Attorneys for Merck & Co., Inc.

Dated: 1-7-11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of January, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.