UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX® PRODUCTS | ) | MDL NO. 1657 |
|     LIABILITY LITIGATION | ) | |
| | ) | Section:  L |
| | ) | |
| _____ | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| THIS RELATES TO: | ) | |
| | ) | |
|   Attorney Fee Lien Dispute of | ) | |
|   Gary L. Eubanks v. Johnie Stephens, Deceased | ) | |
|   (See Rec. Doc. No. 35096) | ) | |

**MOTION FOR ENTRY OF ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF SPECIAL MASTER JUNEAU REGARDING ATTORNEY
FEES AND EXPENSES DISPUTE OF GARY L. EUBANKS AND BOB STEPHENS**

Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. (hereinafter "the Firm")

hereby moves for entry of an Order adopting the Report and Recommendation of the Special Master

Juneau regarding the attorney fees and expenses dispute of Gary L. Eubanks and Bob Stephens.

(Rec. Doc. Do. 55586), and states:

1.      The Firm filed its Notice of Attorney's Lien with this Court on March 26, 2009.

(Rec. Doc. No. 18082).  The following day, the Firm filed its Motion to Enforce Attorney's Lien,

along with supporting documents.  (Rec. Doc. No. 18105, inclusive).

2.      On December 17, 2009, the Court entered Pretrial Order No. 47A, which modified

the procedure for handling and resolving attempted liens for attorneys' fees and expenses previously

set forth in Pretrial Order No. 47.  (Rec. Doc. No. 30190).   One significant modification was that

the Vioxx® Claims Administrator was required to perform an assessment of the procedural

sufficiency of all asserted fee liens.   *Id.*   The other major change was a "resolution" provision

providing that a lien claimant could submit to this Court a request for resolution under Section 8.1.2 and Section 8.1.3 of the Settlement Agreement if the fee could not be resolved by agreement.  *See id.*

3.      On February 22, 2010, pursuant to PTO 47A, the Firm filed a Motion for Resolution of Fee Lien.  (Rec. Doc. No. 35096, inclusive).

4.      On March 19, 2010, this Court entered an Order authorizing Special Master Patrick A. Juneau to evaluate the attorneys' fees and expenses lien dispute between the Firm and Stephens and to issue a report and recommendation to the Court.  (Rec. Doc. No. 37739).

5.      On June 18, 2010, the Special Master issued a scheduling order requiring submission of memorandum, affidavits and exhibits.  This scheduling order also set a hearing on this matter for October 27, 2010.   On November 12, 2010, Special Master Juneau issued his Report and Recommendation, which found that the Firm was entitled to an attorney's fee of 32% of the amount awarded to Bob Stephens, plus incurred expenses of $834.93, less a deduction for the Common Benefit fee as awarded by the Court.  (Rec. Doc. No. 55586).

6.      The matter of the Firm's attorney's fee and expenses are ripe for resolution by this Court.

7.      The Firm respectfully requests that the Court enter an Order adopting Special Master Juneau's findings that the Firm is entitled to an attorney fee of 32% of the amount awarded to Bob Stephens, plus incurred expenses of $834.93, less a deduction for the Common Benefit fee as awarded by the Court.  The Firm further asks that the Court enter an Order authorizing the Claims Administrator and the Escrow Agent to disburse and distribute the Withheld Amount to the Firm.

8.      A proposed Order is attached to this Motion as Exhibit 1 for the Court's consideration

and, if acceptable, entry.

**WHEREFORE**, the Gary Holt & Associates, P.A. f/k/a Gary Eubanks & Associates, P.A. firm prays that the Court enter an Order adopting the Special Master's Report and Recommendations in its entirety and authorizing the disbursement of the Withheld Amount.

Respectfully submitted,

GARY HOLT & ASSOCIATES, P.A.
f/k/a Gary Eubanks & Associates, P.A.
P.O. Box 3887
Little Rock, Arkansas 72203-3887
Phone:  (501) 372-0266
Facsimile:  (501) 372-2249
Email 1:  holtg@garyholtlaw.com
Email 2:  walasb@garyholtlaw.com

BY:      _/s/  Breean Walas_____
William Gary Holt, Ark. #81090
Breean Walas, Ark. # 2006077

3

## CERTIFICATE OF SERVICE

I, Breean Walas, hereby certify that on this 31st day of January, 2011, the above Motion for Entry of Order Adopting the Report and Recommendation of Special Master Juneau Regarding Attorney Fees and Expenses Dispute of Gary L. Eubanks and Bob Stephens was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accordance with the procedure established in MDL No. 1657.

I further certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, and Bob Stephens' counsel, Glenn Thames, Jr.,  by U.S. Mail and email, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8.

A copy of this pleading has also been forwarded to Vioxx® Claims Administrator, Jennifer Goodwin, by email at jgoodwin@browngreer.com, and upon Special Master Patrick A. Juneau by U.S. Mail.


_/s/ Breean Walas_
Breean Walas