UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |
| ……………………………………………… | : | |

This document relates to:   *Gene Weeks v. Merck & Co., Inc.*, Case No. 05-4578

### RESPONSE BY THE CLAIMS ADMINISTRATOR
### TO MARIA TEJEDOR'S MOTION TO OBTAIN 1.5% FEE REIMBURSEMENT TO
### DIEZ-ARGUELLES & TEJEDOR

BrownGreer, PLC, the Vioxx Claims Administrator under the Settlement Agreement between Merck & Co., Inc. and Negotiating Plaintiffs' Counsel, files this Response to Maria Tejedor's Motion to Obtain 1.5% Fee Reimbursement to Diez-Arguelles & Tejedor:

1.  The Claims Administrator has acted appropriately in all matters concerning the Vioxx claim of Gene Weeks (VCN 1080867), including this attorneys' fee dispute between the Diez-Arguelles & Tejedor firm ("Tejedor") and Ronald R. Benjamin, Esquire ("Benjamin").

2.  Tejedor submitted a MI claim to the Vioxx Claims Administrator on behalf of Mr. Weeks.  Mr. Weeks' claim qualified for payment under the terms of the Settlement Agreement and Tejedor received a Post-Appeal Notice of Points Award on May 28, 2009, for 150.93 points, which resulted in a gross settlement amount of $281,485.96 on the claim.  On June 1, 2009, the Claims Administrator sent Tejedor the 40% MI Interim Payment of $115,612.38 on Mr. Weeks' claim.  On October 8, 2009, the Claims Administrator disbursed the remaining Vioxx settlement funds of $140,432.22 to Tejedor for Mr. Weeks' MI claim, as a Final Payment, after deductions

for the 8% MDL Common Benefit Fees, 1% MDL Common Benefit Costs, and $116.62 for a federal Medicare reimbursement payment. The Claims Administrator issued all benefit payments on Mr. Weeks' claim to Tejedor, for at that time she and her firm were Primary Counsel for Mr. Weeks in the Vioxx settlement program. Tejedor received aggregate payments of $256,035.60 for the Weeks Vioxx claim, of which $67,556.63 constituted attorneys' fees (24% of the gross settlement of $281,485.96).

3. At some point, Tejedor and Benjamin became embroiled in a dispute over who represented Mr. Weeks on his claim. The Claims Administrator received a copy of the Court's Order and Reasons entered on February 18, 2010, that resolved several pending motions and cross-motions between Tejedor and Benjamin. Based on the statements in the Court's Order that Mr. Weeks had been represented by Benjamin since at least May 14, 2009, the Claims Administrator updated its Vioxx program database on February 22, 2010, to reflect Benjamin as the Primary Counsel of record for Mr. Weeks. This change occurred after the Claims Administrator had issued the MI Final Payment to Tejedor on October 8, 2009.

4. Tejedor and Benjamin also are quarreling over their division of attorneys' fees for representing Mr. Weeks. Tejedor filed two conflicting pleadings with the Court as follows: (i) on March 4, 2010, she filed a Notice indicating that she had "amicably" resolved her attorneys' fees and costs dispute with Benjamin; and (ii) on March 15, 2010, she filed an "Attorney Fees and Costs Lien" against Benjamin. The Claims Administrator was not named in either of these pleadings with the Court. The Claims Administrator has never received any direct notice from Tejedor that she was asserting or attempting to assert a lien or any kind of claim against Mr. Weeks' Vioxx settlement proceeds or that she expected the Claims Administrator to withhold any funds at issue in this dispute with Benjamin. In addition, by the time Tejedor field these conflicting motions and the Claims Administrator saw them in the Court's records, the Claims

Administrator already had distributed all the Vioxx payments that Mr. Weeks was to receive on his MI claim to Tejedor on October 8, 2009, and had withheld only the 8% MDL Common Benefit Fees, 1% MDL Common Benefit Costs, and $116.62 for a federal Medicare reimbursement payment.  The Claims Administrator did not recognize any third party claims to those Common Benefit Fees or Costs.

     5.     Special Master Patrick A. Juneau received briefing and conducted a hearing on the fee dispute between Tejedor and Benjamin under the provisions of PTO 47A and by separate order entered by the Court on March 18, 2010.  Special Master Juneau entered his Recommendation regarding the attorneys' fee dispute on October 26, 2010, suggesting the resolution of the dispute in favor of Tejedor.  Benjamin filed an Objection and Memorandum of Law on November 9, 2010, in response to the Special Master's Recommendation.  The Court has not yet ruled on this fee dispute.

     6.     By Order entered on October 19, 2010, the Court reduced the 8% MDL Common Benefit Counsel Fees to 6.5%, which triggered a 1.5% refund to all counsel of record from amounts the Claims Administrator had withheld from claims payments.  The Order became final on November 19, 2010.  The Claims Administrator disbursed the 1.5% refund payments to all Primary Counsel on December 2, 2010.  At that time Benjamin was counsel of record in the Vioxx database for Weeks.  Accordingly, the Claims Administrator sent a check for $4,222.29 to Benjamin as the 1.5% refund from the Common Benefit Fees related to the representation of Mr. Weeks.

     7.     Tejedor contacted the Claims Administrator on December 28, 2010, complaining about the issuance of the $4,222.29 payment to Benjamin and demanding that the same amount be paid to Tejedor instead.  In a telephone conversation with the Claims Administrator on January 13, 2011, Benjamin indicated that he is holding the $4,222.29 in his firm's trust account until the

attorneys' fee dispute is resolved by the Court and said that he had so notified Tejedor in writing. At the same time, Tejedor has told the Claims Administrator that she is holding the other $67,556.63 in fees in escrow at her firm until the Court rules on the fee dispute.

8.  Thus all the funds at stake in the fee dispute are being held in escrow by the parties to that fee dispute. Tejedor herself is holding $67,556.63 in fees, and yet has filed the present motion seeking the funds currently held by Benjamin in escrow. The $4,222.29 is not at risk any more so than the $67,556.63 held by Tejedor. Tejedor's groundless Motion against the Claims Administrator, an innocent bystander in this fee dispute, has caused the Claims Administrator to devote time and resources to responding to Tejedor's repeated demands and in preparing and filing this Response to her Motion. Tejedor's Motion should be denied.

If any further certainty is required beyond the representations of Tejedor and Benjamin that the disputed fees are being held in escrow at each firm, the Court could order both firms to return all funds to the Claims Administrator to hold in escrow pending the Court's resolution of the fee dispute, by requiring Tejedor to send the $67,556.63 to the Claims Administrator and that Benjamin do the same with the $4,222.29. The Claims Administrator would be happy to be of service to the Court in that capacity.

Respectfully submitted,

BROWNGREER PLC

By: **s/ Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

4

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I have served a copy of the forgoing on the following, by electronic mail:

>Maria Tejedor, Esquire (Maria@theorlandolawyers.com)
>Diez-Arguelles & Tejedor
>505 North Mills Avenue
>Orlando, FL  32803
>
>Ronald R. Benjamin, Esquire (ronbenjaminlaw@stny.rr.com)
>Law Office of Ronald Benjamin
>Post Office Box 607
>Binghamton, NY  13902
>
>Patrick A. Juneau, Esquire (paj@juneaudavid.com)
>Special Master
>1018 Harding Street, Suite 202
>Lafayette, LA  70503

>               s/ Orran L. Brown
>Orran L. Brown
>Virginia State Bar No. 25832
>BrownGreer PLC
>115 South 15th Street, Suite 400
>Richmond, Virginia  23219
>Telephone:  (804) 521-7201
>Facsimile:  (804) 521-7299
>Email:  obrown@browngreer.com