UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |

………………………………………………:
This document relates to:   *Gene Weeks v. Merck & Co., Inc., Case No. 05-4578*

## ORDER DENYING THE MOTION BY MARIA TEJEDOR MOTION TO OBTAIN 1.5% FEE REIMBURSEMENT TO DIEZ-ARGUELLES & TEJEDOR

The Court hereby denies the Motion filed by Maria Tejedor to obtain a 1.5% fee reimbursement to Diez-Arguelles & Tejedor and orders that Ronald R. Benjamin, Esquire hold the $4,222.29 in disputed funds in escrow pending the Court's final resolution of the attorneys' fee dispute between Diez-Arguelles & Tejedor and Ronald R. Benjamin, Esquire.

SO ENTERED this _____ day of _____, 2011.

_____
United States District Judge