# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| **Product Liability Litigation** | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Livinus U. Nwampka, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc., et al.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Livinus U. Nwankpa and Gayle* | * | |
| *Nwankpa* | * | |
| | * | |
| *Docket No. 2:05-cv-02334* | * | |
| | * | |

***********************************

## <u>ORDER OF DISMISSAL WITH PREJUDICE</u>

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Livinus U. Nwankpa, incorrectly named in the complaint as Livinus U.  Nwampka and Gayle Nwankpa, incorrectly named in the complaint as Gayle Nwampka, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this <u>1st</u> day of <u>February</u>, 2011.

_____

DISTRICT JUDGE