UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Pedro Gonzales, Jr. v. Merck and Co., Inc.* | * | **KNOWLES** |
| *et al.* | * | |
| | * | |
| **2:06-cv-09815** | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck & Co., Inc.'s Motion to Dismiss with Prejudice under Rule 25(a)(1) will be heard on February 24, 2011, immediately following the monthly status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  February 3, 2011                              Respectfully submitted,

                                                                                        By:*/s/ Dorothy H. Wimberly*
                                                                                          Phillip A. Wittmann, 13625
                                                                                          Dorothy H. Wimberly, 18509
                                                                                         STONE PIGMAN WALTHER
                                                                                          WITTMANN L.L.C.
                                                                                          546 Carondelet Street
                                                                                          New Orleans, Louisiana 70130
                                                                                          Phone: 504-581-3200
                                                                                          Fax:   504-581-3361

                                                                                          Defendants' Liaison Counsel

1045554v.1

2

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Stephen G. Strauss
Stefan A. Mallen
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone:  (314) 259-2000
Facsimile:  (314) 259-2020

Attorneys for Merck & Co., Inc.

1045554v.1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of February 2011.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel

1045554v.1