UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Meysami, Glenda, et al. v. Merck & Co., Inc., et al.,* | * | KNOWLES |
| 2:05-cv-05353-EEF-DEK | * | |
| | * | |

**Only with regard to:
Mark Henrichs**

*****************************************************************************

**DEFENDANT MERCK & CO., INC.'S MOTION, RULE AND INCORPORATED
MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE
<u>DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)</u>**

According to correspondence received from plaintiff's counsel in the above-referenced case on September 7, 2010, plaintiff Mark Henrichs died on August 9, 2010. In response, Defendant Merck & Co., Inc. ("Merck") filed a Suggestion of Death regarding Mr. Henrichs, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, on September 28, 2010. Since that time, no motion for substitution has been filed, nor has any other indication been provided suggesting that any proper party wants to pursue these claims. Accordingly, Merck, through its undersigned counsel, moves the Court for entry of an order requiring plaintiff (or a proper representative) to show cause why these claims should not be dismissed with prejudice under Federal Rule of Civil Procedure Rule 25(a)(1).

<u>ARGUMENT</u>

In the above-referenced case, there has been a suggestion of death on the record since September 28, 2010. Under Rule 25(a), the Court may order substitution of a proper party

1045416v.1

within 90 days of a suggestion of death being made.  However, if no motion for substitution is made within 90 days, the case must be dismissed.  Specifically, the Rule states:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party.  A motion for substitution may be made by any party or by the decedent's successor or representative.  **If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.**  (Emphasis added.)

*See* Fed. R. Civ. P. 25(a)(1).

As of the filing of this motion, no motion for substitution has been served, and over 90 days have passed since the death of Mr. Henrichs was suggested on the record.  Accordingly, Merck requests that plaintiff, or a proper representative for plaintiff, be instructed to appear and show cause at a hearing on _____, 2011 why this case should not be dismissed with prejudice.  A proposed order is attached.

## CONCLUSION

For the foregoing reasons, Merck respectfully asks the Court to enter an order to show cause why this plaintiff's claims should not be dismissed with prejudice under Rule 25(a)(1).

Dated:  February 3, 2011

                Respectfully submitted,

                : */s/ Dorothy H. Wimberly*
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax:     504-581-3361

                Defendants' Liaison Counsel

            —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck & Co., Inc.

3

1045416v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion and Rule to Show Cause has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of February, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1045416v.1