UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® PRODUCTS LIABILITY LITIGATION | * * * * | MDL Docket No. 1657 SECTION L |
| This document relates to | * * | JUDGE FALLON |
| RONNIE ALLEN, et al. | * * | MAGISTRATE JUDGE KNOWLES |
| Plaintiffs, v. | * * * | Civil Action No. 06-02212 |
| MERCK & CO., INC., et al., | * * | |
| Defendants. | * * | |
| *Only with regard to: Plaintiff William DeSouza* | * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Fed R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of Plaintiff William DeSouza against Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| OLDFATHER LAW FIRM | STONE PIGMAN WALTHER WITTMANN, L.L.C. |
| By: /s/ Ann B. Oldfather | By: /s/ Dorothy H. Wimberly |
| Ann B. Oldfather | Phillip A. Wittmann, 13625 |
| 1330 South Third Street | Dorothy H. Wimberly, 18509 |
| Louisville, KY 40208 | Stone Pigman Walther Wittmann, L.L.C. |
| | 546 Carondelet St. |
| | New Orleans, LA 70130 |
| Phone: 502-637-7200 | Phone: 504-581-3200 |
| *Counsel for Plaintiff Listed in Caption Above* | *Counsel for Defendant Merck & Co., Inc.* |
| Dated: 2/3/11 | Dated: 2/3/11 |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of February, 2011.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

984790v.1