KEVIN L. CHANEY,                        )
                                       )     IN THE UNITED STATES
        Plaintiff,                     )     DISTRICT COURT FOR THE
                                       )     EASTERN DISTRICT OF LOUISIANA
v.                                     )
                                       )     DOCKET NO: 2:07-cv-03332-EEF-DEK
MERCK & CO., INC., et al.,             )     MDL NO: 1657
                                       )
        Defendants.                    )     STIPULATION OF DISMISSAL
                                       )     WITH PREJUDICE AS TO
                                       )     ALL DEFENDANTS

        Pursuant to Rule 41, Fed.R.Civ.P., the undersigned counsel hereby stipulate

that all claims of plaintiff, **KEVIN L. CHANEY**, against defendant Merck & Co., Inc. and

all other named defendants be dismissed in their entirety with prejudice, each party to bear

its own costs.


Marjan Pejuhesh                          Stephen G. Strauss
HACKARD & HOLT                           Bryan Cave LLP
11335 Gold Express Drive, Suite 105      211 N. Broadway, Suite 3600
Gold River, CA 95670                     St. Louis, MO 63102
916.853.3000                             (314) 259-2000 Tel
                                         (314) 259-2020 Fax

                                         Phillip A. Wittmann
                                         Dorothy H. Wimberly
                                         Stone Pigman Walther
                                         Wittmann LLC
                                         546 Carondelet Street
                                         New Orleans, LA 70130
                                         (504) 581-3200 Tel
                                         (504) 581-3361 Fax

                                         Attorneys for Merck & Co., Inc.


Dated: 10/16/08                          Dated: 1-20-11

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th  day of February, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.