**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB -4  AM 11: 19

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILLIE MCCALMAN**, Individually and as Personal Representative of the Estate of BYRD MCCALMAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.**,<br><br>Defendant. | Case No.: 3:06-cv-04651-MLC-TJB<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**MOTION FOR LEAVE TO FILE PETITION UNDER SEAL** |

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff Billie McCalman respectfully requests this Court to file Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, Exhibits A through L, and Proposed Order Granting Distribution of Wrongful Death Proceeds under seal as these documents contain confidential information, and/or information in which the Plaintiff, Billie McCalman, Individually and as Personal Representative of the Estate of Byrd McCalman, Deceased, have an expectation of privacy.

**PLEASE TAKE FURTHER NOTICE** that Plaintiff's Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger, Esq. in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, accompanying

___Fee_____
___Process_____
_x_/Dktd_____
_✓_CtRmDep____
___Doc. No.____

exhibits, and a Proposed Order Granting Distribution of Wrongful Death Proceeds accompanies this Motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is attached herewith.

>Respectfully submitted,
>
>SEEGER WEISS LLP
>
>BY: _____
>CHRISTOPHER A. SEEGER, ESQUIRE
>DAVID R BUCHANAN, ESQUIRE
>SINDHU S. DANIEL, ESQUIRE
>SEEGER WEISS LLP
>550 BROAD STREET, SUITE 920
>NEWARK, NJ 07102
>(973) 639-9100 Telephone
>(973) 639-9393 Fax
>*Attorneys for Plaintiffs*

Date:   January 26, 2011

**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BILLIE MCCALMAN,** Individually and as Personal Representative of the Estate of BYRD MCCALMAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | Case No.: 3:06-cv-04651-MLC-TJB<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that the Motion for Leave to File Notice of Petition to Approve Wrongful Death Settlement Under Seal and Proposed Order was today mailed via Federal Express to the Clerk of the Court for filing in the United States District Court for the Eastern District of Louisiana. Courtesy copies of Motion papers have been provided for The Honorable Eldon E. Fallon.

True and correct copies of the Motion for Leave to File Notice of Petition to Approve Wrongful Death Settlement with exhibits have been sent this day to the following via regular mail:

Ms. Billie McCalman
P.O. Box 734
Bradley, AR 71826

Ms. Debra Stack
P.O. Box 560
Bradley, AR 71826

Mr. Robert David McCalman
5003 North East 28th Street
Fort Worth, TX 76117

Mr. Byron McCalman, Jr.
P.O. Box 734
Bradley, AR 71826

Ms. Joni Lynn Gauthier
5309 Dove Creek
Keller, TX 76244

      Counsel certifies that the foregoing statements made are true.  I am aware that if any of the foregoing statements made are willfully false, I am subject to punishment.

                              Respectfully submitted,

By:_____
     Christopher A. Seeger, Esq
     David R. Buchanan, Esq.
     Sindhu S. Daniel, Esq.
     Seeger Weiss LLP
     550 Broad Street, Suite 920
     Newark, NJ 07102
     *Attorneys for Plaintiff*

Dated:  January 26, 2011