**SEEGER WEISS LLP**
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100
*Attorneys for Plaintiff*



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 FEB -4 AM 11: 19

LORETTA G. WHYTE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BILLIE MCCALMAN**, Individually and as Personal Representative of the Estate of BYRD MCCALMAN, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>**MERCK & CO., INC.,**<br><br>Defendant. | Case No.: 3:06-cv-04651-MLC-TJB<br><br>IN RE VIOXX PRODUCTS LIABILITY LITIGATION MDL No. 1657<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE PETITION UNDER SEAL** |

THIS MATTER, having been opened to the Court by Seeger Weiss LLP, attorneys for Plaintiff Billie McCalman for an Order granting Leave to File Notice of Petition to Approve Wrongful Death Settlement, Certification of Christopher A. Seeger in Support of Plaintiff's Petition to Approve Wrongful Death Settlement, Exhibits A through L, and Proposed Order Granting Distribution of Wrongful Death Proceeds under seal; and for good cause shown;

IT IS on this 4th day of February 2011, ORDERED that the Plaintiff's Motion for Leave to File Petition under seal is hereby GRANTED and that the following documents will be submitted under seal:

1) Plaintiff's Notice of Petition to Approve Wrongful Death Settlement,

2) Certification of Christopher A. Seeger, Esq. in Support of Plaintiff's Petition to Approve Wrongful Death Settlement,

___ Fee _____
___ Process _____
x _ Dktd _____
✓ _ CtRmDep _____
___ Doc. No. _____

3) Exhibits A through L,

4) Proposed Order Granting Distribution of Wrongful Death Proceeds.

BY THE COURT:

_____
The Honorable Eldon E. Fallon

( ) opposed

( ) unopposed