UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION  L |
| | JUDGE FALLON |
| This documents relates to All Cases | MAGISTRATE JUDGE KNOWLES |

## OBJECTION TO PROPOSED COMMON BENEFIT FEE ALLOCATION FOR CUNARD LAW FIRM

**MAY IT PLEASE THE COURT:**

Cunard Law Firm respectfully objects, for the following non-exclusive reasons, to the proposed common benefit fee allocation recommended by the Fee Allocation Committee (FAC):

- Rebecca A. Cunard served as a member of the Discovery Committee, the Science Committee, the Sales and Marketing Sub-Committee, the Theme Grid Sub-Committee, the Timeline Sub-Committee, and the FDA Defense Sub-Committee.

- Cunard Law Firm devoted 2,790.75 hours to common benefit activities through four attorneys, Rebecca A. Cunard, Christine Reitano, Etta Kay Hearn, and Sonya Ryland.  Principal among the work performed was the coding of the massive volume of documents.  In order to qualify to perform such tasks, attorneys had to submit their qualifications and be approved based upon experience to undertake such activities.

- The coding of documents which formed the Plaintiffs' Committee database was a serious and important effort in order that trial counsel could search for and retrieve needed relevant documentation.  Qualified and experienced personnel were necessary requisites demanded by the leadership to obtain depository admittance.

- These efforts contributed to the overall ability of the committee and particularly trial counsel to manage the prosecution of the litigation.

We recognize that leadership deserves compensation which we believe is evident from the proposed allocations, however support personnel likewise are entitled to at least adequate compensation. The FAC has proposed an allocation of $100,000.00 for Cunard Law Firm – a sum equivalent to $35.71 per hour – which amount does not cover the cost of providing such services and associated attorney overhead expense, much less any return on the time invested.

Significantly, in setting the overall fee, the Court utilized a compilation of hours and billing rates of all common benefit work to cross-check its fee allocation[1]. While we have been unable to obtain a copy of this compilation[2], we believe it will show Cunard Law Firm's contribution substantially as follows:

| | | | |
|---|---|---|---|
| Rebecca A Cunard | 658 | hours @ $300 | = $197,400 |
| Etta Kay Hearn | 212.50 | hours @ $200 | = $ 42,500 |
| Christine Reitano | 468 | hours @ $250 | = $117,000 |
| Sonya Ryland | 1462.25 | hours @ $100 | = $145,225 |
| | 2790.75 hours | | = $502,125 |

Simply stated, it is grossly unfair to pay less than $36.00 per hour[3] for the common benefit work of four (4) attorneys with a combined experience of 99 years practicing law.

In fact, Cunard Law Firm is being compelled to subsidize the fee award proposed for others to its detriment.

---

[1] See Order and Reasons [docket no. 54040] dated October 19, 2010 at pages 33-35.

[2] Cunard Law Firm specifically requested this information from Heather Wood, liaison for Vioxx inquiries at Wegmann Dazet & Company who advised she was not permitted to release such information.

[3] The FAC's original suggestion was an allocation of $43,600 to Cunard Law Firm which has now more than doubled, $35.71 per hour versus $16.00 per hour.

-2-

Cunard Law Firm respectfully suggests a fair common benefit fee allocation in the amount of Four Hundred Thirty Five Thousand Dollars ($435,000.00) for its efforts, a sum which will fairly compensate its efforts while continuing to support the largess allocated to leadership.

> RESPECTFULLY SUBMITTED:
>
> BY:   /s/ Rebecca A. Cunard
>       REBECCA A. CUNARD
>       LA. BAR ROLL No.: 20154
>       9214 INTERLINE AVENUE
>       BATON ROUGE, LOUISIANA 70809-1907
>       TELEPHONE:  (225) 925-2978
>       FACSIMILE:  (225) 925-8192

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via electronic mail and U.S. Mail, postage prepaid, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Comm. | Sec. of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA  70113 | Montgomery, AL  36104 |
| rherman@hhke.com | andy.birchfield@beasleyallen.com |

Baton Rouge, Louisiana, this 4th day of February, 2011.

> /s/ Rebecca A. Cunard
> REBECCA A. CUNARD