UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX Products Liability Litigation                          MDL No. 1657

                                                                      Section: L
"This Document Relates to All Cases"

                                                                      Judge Fallon
                                                                      Mag. Judge Knowles

**SECOND SUPPLEMENTAL OBJECTION OF DANIEL E. BECNEL, JR.
<u>TO PLAINTIFFS'S COMMON BENEFIT FEE AWARD</u>**

NOW COMES Daniel E. Becnel, Jr., Attorney at Law, who files this Second Supplemental Objection to the Plaintiffs' Common Benefit Fee Award to join in the Objections by Plainitff re 60391 Order, to the Vioxx Fee Allocation Committee's Common Benefit Fee Recommendation (R. Doc 61351). Additionally, the undersigned counsel joins in the Objection by Chris M. Placitella, Eric H. Weinberg as to the Jan. 20, 2011 Recommendation of the Fee Allocation Committee (R. Doc. 61202) with the exception of the jurisdictional issues discussed therein which the undersigned does not join.

                                            Respectfully Submitted,

                                            __/s/ Daniel E. Becnel, Jr._____
                                            DANIEL E. BECNEL, JR. (#2926)
                                            BECNEL LAW FIRM, LLC
                                            P.O. Drawer H
                                            Reserve, LA 70084
                                            Telephone (985) 536-1186
                                            Facsimile (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental Objection of Daniel E. Becnel, Jr. to Plaintiffs' Common Benefit Fee Award has been served on all parties by ECF and by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 4th day of February, 2011.

                                            __/s/ Daniel E. Becnel, Jr._____

                                                DANIEL E. BECNEL, JR.