# JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
## ATTORNEYS AT LAW

Lynn E. Swanson
lswanson@jonesswanson.com
ADMITTED IN LOUISIANA

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504-523-2500
Telecopier 504-523-2508
www.jonesswanson.com

December 15, 2010

Mr. Russ Herman
Chair of the Fee Allocation Committee
Vioxx Products Liability Litigation
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Mr. Andy Birchfield
Secretary of the Fee Allocation Committee
Vioxx Products Liability Litigation
218 Commerce Street
Montgomery, Alabama 36104

    Re:    Vioxx Products Liability Litigation
              Jones, Swanson, Huddell & Garrison's Objection to the
              Fee Allocation Committee's Recommended Common Benefit Fees Award

Dear Russ and Andy:

    Attached please find Jones, Swanson, Huddell & Garrison's Objection to the Fee Allocation Committee's Recommended Common Benefit Fees Award.

    Please let me know if you have any questions or need anything further.

                                      Very cordially yours,

                                      Lynn E. Swanson

Enclosures

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | * | MDL NO. 1657 |
| LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION L, JUDGE FALLON |
| This Pleading Relates to All Cases: | * | |
| | * | |
| | * | DIVISION 3, MAG. JUDGE KNOWLES |
| ************************************** | | |

## OBJECTION TO COMMON BENEFIT FEES AWARD

**NOW INTO COURT** come plaintiffs' counsel Jones, Swanson, Huddell & Garrison, LLC, which respectfully objects to the Fee Allocation Committee's Recommended Common Benefit Fees Award ("Recommended Award") as follows.

On or about December 2, 2010, Brown Greer e-mailed Jones, Swanson, Huddell & Garrison, LLC ("Jones Swanson") the Fee Allocation Committee's recommendations for Common Benefit Fees. Included in the recommendations was a form, attached hereto as Exhibit "A," which was to be completed and returned no later than December 16, 2010, and on which Jones Swanson was to accept or object to the Recommended Award as set forth therein. The Fee Allocation Committee's Recommended Award to Jones Swanson is $29,122.95.

In background, on November 7, 2010, Eberhard Garrison, a partner in Jones Swanson, requested that Daniel Gerhold from the Court-appointed accounting firm of Wegmann Dazet & Company send an email "confirming the total number of my firm's common benefit hours." *See* Exhibit "B," attached hereto. On November 10, 2008, Mr. Gerhold responded to Mr. Garrison's request in an email, attached hereto as Exhibit "C." In that email, Mr. Gerhold stated "I have updated all of your Vioxx submissions. **We have a total of 841.5 hours accepted....**"

Taking as true that the Court-appointed accounting firm had accepted 841.5 of Jones Swanson's hours, the Recommended Award of the Fee Allocation Committee comes out to $34.61 per hour for every hour approved. However, based on the firm's current rates of $475 for partners, $390 for associates and $125 for paralegals, Jones Swanson's fee submission for those 841.5 approved hours actually totals $389,850.00, which does not take into account any lodestar adjustment often applied by the Court in matters similar to the Vioxx litigation. At a minimum, Jones Swanson objects to the Recommended Award of $29,122.95 and asks the Fee Allocation Committee to reconsider its award. With no further information as to adjustments to the award based on the law applicable to awards of common benefit fees in this Vioxx Products Liability Litigation, Jones Swanson requests to be paid at least its current rates for the 841.5 approved hours, or a total of $389,850.00.

     WHEREFORE, undersigned counsel respectfully objects to and requests a reconsideration of the Fee Allocation Committee's Recommended Common Benefit Fees Award to Jones Swanson.

Respectfully submitted,

*/s/ Lynn E. Swanson*

GLADSTONE N. JONES, III (# 22221), T.A.
LYNN E. SWANSON (#22650)
EBERHARD D. GARRISON (#22058)
JONES, SWANSON, HUDDELL &
GARRISON, L.L.C.
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130
Telephone: (504) 523-2500
Facsimile: (504) 523-2508

## COMMON BENEFIT FEES AWARD FORM

### A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 16, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email; **and** (2) mail or overnight delivery no later than **December 16, 2010**, to:

| | |
|---|---|
| Russ M. Herman<br>Chair of the Fee Allocation Committee<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br>rherman@hhkc.com | Andy Birchfield<br>Secretary of the Fee Allocation Committee<br>218 Commerce Street<br>Montgomery, AL 36104<br>andy.birchfield@beasleyallen.com |

### B. RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $29,122.95 |
|---|---|

Response to Recommended Award: Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☑ I object to the Recommended Award and request this amount as my award:  $ **389,850.00**

(NOTE: You must attach an Objection stating in detail the basis of the objection and for the award requested.)

### C. SIGNATURE

| Signature | *[signature: Lynn Swanson]* | Date | 12 / 15 / 10 (month) (day) (year) |
|---|---|---|---|
| **Printed Name** | First: Lynn | MI: E. | Last: Swanson |
| **Firm Name** | Jones Verras | | |

#379620

## RE: IN RE: VIOXX: MDL 1657
## COMMON BENEFIT FEE RECOMMENDATIONS
## BY ALLOCATION COMMITTEE

(1) Brown Greer on December 2, 2010, e-mailed Applicants for Common Benefit Fees to the Fee Allocation Committee's, recommendations and a form to be completed and returned no later that December 16, 2010 in accord with the attached form.

(2) The form must be signed, and on it you must indicate whether you accept the recommendation or object to it. If you object, you will need to state the basis for your objection and also indicate the specific amount of common benefit to which you believe you are entitled.

(3) Under the terms of the Settlement Agreement, the Fee Allocation Committee's recommendation will be carefully considered by Judge Fallon, but he is the one who will make the final decision.

(4) If the overwhelming majority of attorneys accept the Committee's recommendation, we will request that Judge Fallon authorize a significant common benefit fee payment before year end.

(5) The Fee Allocation Committee does not guarantee the payment of amounts recommended by it or the timing of payments which are subject to further Orders of Judge Fallon.

(6) All Fee Committee members have agreed to all recommendations.

(7) Under the terms of PTO 6D, the Committee's recommendations to individual lawyers are being disclosed to that lawyer only at this time. These recommendations are not being made public or disclosed to other lawyers.

(8) Judge Fallon may at a later time, make the awards to all lawyers public. However, at this time, the recommendations are only being made to the individual lawyers.

(9) If there are objections to the recommendations, Judge Fallon will likely appoint a Special Master to conduct discovery regarding common benefit submission and the amount you claim you should be awarded. The cost of such discovery may be deducted from the objecting attorney's award if the objection is not sustained. Also, after the discovery is completed, the award may go up or down. {See: Turner v Murphy Oil USA, 442 F. Supp. 2d 676; 582 F. Supp. 2d 757).

Common Benefit Fee Recommendations
By Allocation Committee
December 6, 2010

(10) Judge Fallon will review any recommendations of the Special Master, the Fee Allocation Committee's Recommendations, Objections and materials supporting allocation recommendations or objections. Judge Fallon will then issue the Court's Order on Fee Allocation.

(11) Pursuant to Judge Fallon's Order of November 29, 2010, the following materials are available for inspection and copying at requester's expense during regular hour on **Friday, December 10, 2010 at 820 O'Keefe Avenue, New Orleans, Louisiana.**

  (A) Located at undersigned attorney's office;
  (B) In the MDL 1657 Clerk's office or the Court's website as to Pre-trial Orders. Witnesses and exhibits are also detailed in Court Record or in Trial Package Index at undersigned counsel's office;
  (C) Listed in trial package at undersigned counsel's office;
  (D) At undersigned counsel's office;
  (E) Synopsis to August 10, 2010 in undersigned counsel's office and at the office of Phil Garrett, CPA, 117 Fairgrounds Blvd., Bush, La. 70431;
  (F) At undersigned counsel's office and at the office of Phil Garrett, CPA, 117 Fairgrounds Blvd., Bush, La. 70431;
  (G) At the undersigned counsel's office.

Please advise Russ Herman, in writing, before **5:00 P.M. CST, Thursday, December 9, 2010** the name and contact number of the individual requesting review and/or copying of documents.

Respectfully submitted,

RUSS M. HERMAN
CHAIRMAN, VIOXX MDL 1657
FEE ALLOCATION COMMITTEE

RMH/jsr

# COMMON BENEFIT FEES AWARD FORM

## A. INSTRUCTIONS

1. The Fee Allocation Committee has completed its review of your application for common benefit fees under the terms of the Vioxx Settlement Agreement.
2. The Committee will recommend to Judge Fallon that you be awarded the common benefit fee indicated in this Form (the "Recommended Award").
3. Pursuant to Pretrial Order 6D, you must respond to accept or object to the Recommended Award within 14 days. Accordingly, you must return this completed Form no later than **December 15, 2010**.
4. If you accept the Recommended Award, indicate your acceptance by checking in the appropriate box in Section B below.
5. If you object to the Recommended Award, indicate your objection by checking the appropriate box in Section B below, fill in specific amount of common benefit award to which you believe you are entitled and attach to this From an Objection to Recommended Award stating in detail the basis of your objection and for the award requested.
6. Sign this Form in the appropriate space in Section C below.
7. Return this completed Form (and attachment, if there is an Objection) by (1) email and (2) mail or overnight delivery no later than **December 15, 2010**, to:

| | |
|---|---|
| Russ M. Herman | Andy Birchfield |
| Chair of the Fee Allocation Committee | Secretary of the Fee Allocation Committee |
| 820 O'Keefe Avenue | 218 Commerce Street |
| New Orleans, LA 70113 | Montgomery, AL 36104 |
| rherman@hhkc.com | andy.birchfield@beasleyallen.com |

## B. RESPONSE TO RECOMMENDED AWARD AND RESPONSE

| Recommended Award: | $ |
|---|---|

Response to Recommended Award: Check only one of the following:

☐ I accept the Recommended Award as my award of common benefit fees.

☐ I object to the Recommended Award and request this amount as my award: $ _____

(NOTE: You must attach an Objection stating in detail the basis for the objection and the award requested.)

## SIGNATURE

| Signature | | Date | ___/___/___ (month) (day) (year) |
|---|---|---|---|
| **Printed Name** | First | MI | Last |
| **ꞏm Name** | | | |

#379620

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     ALL CASES

## ORDER

The Court has pending before it a Motion for Access to Certain Documents and Things (Rec. Doc. 54315). The movants seek access to various materials pertaining to common benefit work done in the MDL to assist in analyzing the eventual proposed allocation of common benefit fees by the Court-appointed Fee Allocation Committee. The Plaintiffs' Steering Committee has responded to the motion and suggests that the motion is not ripe and should be denied without prejudice, pending submission of the FAC's actual proposal.

The movants are entitled to the requested discovery. "[T]he hours and rates that other attorneys submitted" will be "essential to enable [movants] to challenge how the Fee Committee valued their work." *In re High Sulfur Content Gasoline Prods. Liab. Litig.*, 517 F.3d 220, 231 (5th Cir. 2008). Accordingly,

IT IS ORDERED that the motion is GRANTED. Movants shall have reasonable access to the requested materials, to be examined and copied at their expense.

IT IS FURTHER ORDERED that, except for good cause shown and until further Orders of this Court, the requested documents and any copies made shall remain confidential and shall be used only for this proceeding.

1

New Orleans, Louisiana, this 29th day of November, 2010.

*[signature]*
UNITED STATES DISTRICT JUDGE

# VIOXX ALLOCATION PROCESS

| | | |
|---|---|---|
| Pre-Trial Order No. 6 | 4/8/2005 | Court appoints Plaintiffs' Steering Committee, outlines duties and responsibilities, and sets out procedures for submission of common benefit time and expenses. |
| Master Settlement Agreement | 11/7/2009 | Article 9 dictates that the common benefit fee percentage under Settlement Agreement shall be established by the MDL Court but shall not exceed 8%. [99.9% of eligible claimants accept terms of the agreement and enroll in Settlement Program. |
| Pre-Trial Order No. 32 | 11/20/2007 | Court appoints Fee Allocation Committee. No objections filed. |
| Pre-Trial Order No. 6C | 4/10/2008 | MDL Court supplements Pre-Trial Order 6 setting forth procedure for submission of time and expense records for Negotiating Plaintiffs' Counsel and for plaintiffs' counsel in state Vioxx litigation matters. No. Objections filed |
| Pre-Trial Order 6D | 9/15/2008 | Court: 1) establishes guidelines for Fee Allocation Committee's consideration of common benefit work; 2) invites the submission of affidavits from firms seeking common benefit fees outlining the firm's common benefit contributions by October 3, 2008; and 3) orders the Fee Allocation Committee to conduct hearings where attorneys seeking common benefit fees may present the grounds for their entitlement. No objections filed. |
| Deadline for submission of Common Benefit Fee Affidavits | 10/31/2008 | Common Benefit Fee Affidavits received by Plaintiffs' Liaison Counsel. |
| Fee Allocation Committee Hearings | 12/1/2008 through 12/5/2008 | Hearings held by the Fee Allocation Committee in Atlantic City, NJ; New Orleans, LA; Houston, TX; and Los Angeles, CA. |
| Common Benefit Fee Petition | 1/20/2009 | Plaintiffs' Liaison Counsel files petition seeking 8% in common benefit. |
| Deadline for Objections to Fee Petition | 5/8/2009 | Court sets deadline for objections to Common Benefit Petition. Court grants leave for discovery, discovery takes place and briefs submitted. |
| Plaintiffs' Liaison Counsel Amends Petition | 7/27/2010 | Plaintiffs' Liaison Counsel amends Common Benefit Fee Percentage sought to 7.5%. Objections withdrawn. |
| Hearing on Common Benefit Fee Petition | 8/3/2010 | Plaintiffs' Liaison Counsel presents argument seeking common benefit fee percentage of 7.5%. No opposition. |
| Order Establishing Common Benefit Fee | 10/19/2010 | Court sets common benefit fee percentage at 6.5%. |
| Notice of Fee Allocation Committee's Recommended Common Benefit Fee | 12/2/2010 | Fee Allocation Committee informs each Common Benefit applicant of the Committee's recommendation as to the amount of common benefit fee. |
| Deadline for Objection to Recommendation | 12/16/2010 | Applicant has 14 days to object to the Fee Allocation Committee's recommendation, outline the bases for the objection, and state the amount the applicant contends is an appropriate common benefit fee. |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | October 27, 2010 |

*****************************************************

### ERIC WEINBERG, CHRIS PLACITELLA AND COHEN, PLACITELLA AND ROTH'S MEMORANDUM IN SUPPORT OF JOINT MOTION FOR ACCESS TO CERTAIN DOCUMENTS AND THINGS

MAY IT PLEASE THE COURT:

Eric H. Weinberg, Esq., Chris Placitella, Esq., and the firm of Cohen, Placitella and Roth, have filed a request to be granted access to the following things, subject to any confidentiality or protective order that the court deems appropriate:

(1) an index of the MDL trial package;

(2) pre-trial orders from each case that was tried as part of the MDL, including a list of all witnesses that testified and the exhibits introduced at trial;

(3) a list of all depositions that the PSC has identified as "common benefit" depositions;

(4) access to all fee submissions made by any attorneys or firms who submitted requests for common benefit fees, including any documentation or exhibits submitted in connection therewith;

(5) access to all time records submitted by attorneys or firms who submitted requests for common benefit fees;

(6) access to all costs records submitted by attorneys or firms who submitted requests for common benefit fees.

(7) transcripts to all of the common benefit fee hearings held before the Fee Allocation committee panels across the country.

This request was necessitated because these things are not available to them, their being the subject of either confidentiality protection, or are sealed by previous orders of this Court. However, it is believed that the purpose of these orders was not to make things unavailable during the allocation of common benefit fees to their various claimants. Movers seek access to these items strictly for the purpose of analyzing their relative contribution to the common benefit, in order to determine what should be their share of the common benefit fees to be distributed. Indeed, without these items, movers have no way to conduct any such analysis.

Access to these items is ripe. This Court's order fixing the final assessment at 6.5% has now fixed the amount of the fund to be distributed, so it is possible to make a comparative analysis. The movers request is not premature because it is made prior to the Fee Committee's proposed allocation. Regardless of what the Fee Committee recommends, movers are going to ask for, and should be entitled to receive, access to the requested items so that they can determine whether they agree with the Fee Committee recommendation. Without these items, they would be forced to decide, in a vacuum without any useful comparative information, whether they will contest the Fee Committee's proposal. Granting access to these materials now, so that movers and their counsel can familiarize themselves with the information and digest it, does not provide them with anything they will not seek or be entitled to later. Granting access sooner, rather than later, has the benefit of speeding up the fee allocation process by allowing them to make an informed decision about the forthcoming proposed allocation in a more timely fashion; in fact, it may even help to avoid future litigation about the allocation by allowing the kind of informed discussion that may make the proposed allocation acceptable to all.

Respectfully submitted,

*/s/ Robert E. Arceneaux/*

Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Eric H. Weinberg, Chris Placitella, and Cohen, Placitella and Roth

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion for Access has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27 day of October, 2010.

*/s/ Robert E. Arceneaux/*

-3-