Time & Held Accepted

# JONES, VERRAS & FREIBERG, L.L.C.

## — ATTORNEYS AT LAW —

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

November 16, 2005

*Via Facsimile*                                           File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
       *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit cost submissions for Jones, Verras & Freiberg.
This is a hard copy follow up to an email that I sent yesterday.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
C:\A-egarrison\My Docs\hermann.russ.crs.001.wpd

Florida          Louisiana          New York          Texas

EXHIBIT
2

11/16/2005  13:25    5045232586                    JONES VERRAS FREIBERG                    PAGE 02/15

Attachment "C"

**Reporting Period:**

**From:**        **6/01/05**

**To:**          **6/30/05**          **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM:                 THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | 136.41 |
| Telephone - long distance (actual charges only) | 4.43 |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 140.84 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_Peter N Freiberg_                    _11/15/05_
Signature                                     Date

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:  Our File No. 8998
                 Vioxx MDL v. Merck & Co., Inc.
                 Vioxx MDL 1657

Invoice # 3538
          Additional Charges :

|  | Amount |
|---|---|
| 6/16/2005 Telephone charges - ITC Delta | 4.43 |
| Due 7/13/05 | |
| Total costs | $4.43 |
| Balance due | $4.43 |

Case 2:05-md-01657-EEF-DEK Document 61425-2 Filed 02/06/11 Page 4 of 51

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2855

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

Additional Charges :

|  | Amount |
|---|---|
| 6/30/2005 LexisNexis research charges for the month of June | 136.41 |
| Inv. 0506141707 |  |
| Total costs | $136.41 |
| Balance due | $136.41 |

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

November 16, 2005

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
      *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg. This is a hard copy follow up to an email that I sent yesterday.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
C:\A-egarrison\My Docs\hermann.russ.crs.001.wpd

Florida          Louisiana          New York          Texas

**MDL 1857**

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From ___08/01/05___
To ___08/30/2005___

Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (LL), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | _X_ A _ P _ L _ _ | 21.00 | | 3.50 | | | 24.50 | |
| Lynn Swanson | _X_ A _ P _ L _ O | | | 6.75 | | | 6.75 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | **31.25** Hrs. | |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1857.

Signature: _____   Date: ___6/15/05___

C:\...agentlace\My Docs\MDL Time 06-05.wpd

11/16/2005 19:01   5045262586                JONES VERRAS FREIBER               PAGE 04/41

**JONES, VERRAS & FREIBERG, LLC**
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

### Professional Services

| | Hours |
|---|---|
| 6/3/2005 EDG   Confer with Lynn Swanson; review of e-mail; draft e-mail | 0.50 |
| 6/8/2005 EDG   Confer with Lynn Swanson; review of e-mail and attachment; draft o-mail | 0.50 |
| 6/9/2005 EDG   Confer with Lynn Swanson; review of e-mail and Confidential Agreement | 0.50 |
| 6/10/2005 EDG   Participate in Conference Call; confer with Lynn Swanson | 1.00 |
| 6/13/2005 EDG   Review of e-mails containing journal articles; review of articles; research on Medline regarding publications; review of abstracts | 1.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.50 | $962.50 |
| Balance due | | $962.50 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 3.50 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

### Professional Services

|  |  | Hours |
|---|---|---|
| 6/7/2005 EDG | Conference call; review of Florentinus abstract; draft e-mail; review of agenda and notes | 1.50 |
| 6/8/2005 EDG | Confer with Lynn Swanson; review of e-mails and attachment; draft e-mail | 0.50 |
| 6/9/2005 EDG | Conference call; review of e-mail and Confidentiality Agreement; review of Medline articles; review of e-mails with article attachments | 3.00 |
| 6/10/2005 EDG | Participate in Committee Conference Call; review of agenda; review of 5th Circuit Daubert Authority; confer with Lynn Swanson | 1.50 |
| 6/13/2005 EDG | Review of e-mails containing journal articles; review of articles | 1.25 |
| 6/15/2005 EDG | Review of articles regarding NSAIDS; review of e-mails | 1.50 |
| 6/20/2005 EDG | Review of published study | 1.00 |
| 6/24/2005 EDG | Conference with Lynn E. Swanson; participate in comm conference call; review of studies | 1.25 |
| EDG | Confer with Lynn Swanson; participate in conference call | 1.00 |
| 6/27/2005 EDG | Review of emails; review of articles | 1.50 |

Vioxx MDL Science Subcommittee

Page 2

| | | | Hours |
|---|---|---|---|
| 6/28/2005 | EDG | Review of emails; review of studies | 1.00 |
| 6/29/2005 | EDG | Review of emails; review of science articles | 1.50 |
| 6/30/2005 | EDG | Review of emails and science articles; research regarding Fallon and EDLA Daubert opinions; research regarding relative risks; review of case law; draft emails | 2.50 |
| | EDG | Review of e-mails from EC; review of class complaint; confer with Lynn Swanson | 2.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 21.00 | $5,775.00 |
| Balance due | | $5,775.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 21.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3538

         Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 6/8/2005 LES | Receipt and review e-mail regarding invitation to participate in Marketing Committee and related e-mails | 0.25 | |
| 6/9/2005 LES | Review e-mails; fax Confidentiality Agreement to Mark Robinson's office | 0.25 | |
| 6/10/2005 LES | attend Marketing Committee conference call | 0.75 | |
| 6/15/2005 LES | Review memo regarding depository opening | 0.25 | |
|  |  |  | Amount |
| For professional services rendered | | 1.50 | $412.50 |
| Balance due | | | $412.50 |


                            Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.50 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:  Our File No. 8999
                  Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

### Professional Services

| | | | Hours |
|---|---|---|---|
| 6/3/2005 | LES | Review article and e-mails regarding litigation support products | 0.50 |
| 6/6/2005 | LES | Review restructuring memos and subcommittee memberships | 0.50 |
| 6/7/2005 | LES | Review article: "The Trade-Off Between Cardiovascular and Gastrointestinal Effects of Rofecoxib" | 0.25 |
| 6/8/2005 | LES | Review e-mails regarding Science Subcommittee Membership and conference call; review Lucchesi expert report | 0.50 |
| 6/9/2005 | LES | Review e-mails | 0.50 |
| 6/10/2005 | LES | Attend Science Committee conference call | 1.00 |
| 6/13/2005 | LES | Review Kostantinopoulas paper | 0.25 |
| 6/15/2005 | LES | E-mails regarding willingness to work at depository for the committee | 0.25 |
| 6/17/2005 | LES | Review article Relative Thromboembolic Risks Associated with Cox-2 Inhibitors and accompanying e-mails; conference with Eberhard Garrison | 1.00 |
| 6/29/2005 | LES | Receive and review artilce titled "MEta-analysis; Upper Gastrointestinal tolerability of valdecoxib, or cyclooxygenase-2 specific inhibitor, compared with nonspecific nonsteroidal anti-inflammatory drugs among patients with osteoarthritis and rheumatoid arthritis | 0.50 |

Vioxx MDL Science Subcommittee                                                    Page      2

|                                      | Hours | Amount     |
|--------------------------------------|-------|------------|
| For professional services rendered   | 5.25  | $1,443.75  |
| Balance due                          |       | $1,443.75  |

### Attorney Summary

| Name            | Hours | Rate   |
|-----------------|-------|--------|
| Lynn E. Swanson | 5.25  | 275.00 |

Time & Held Accepted

# JONES, VERRAS & FREIBERG, L.L.C.

## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

November 16, 2005

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      **Re:** *In re Vioxx Products Liability Litigation*
          *Common Benefit Time and Expense Submission*

Dear Russ:

      Enclosed, please find common benefit cost submissions for Jones, Verras & Freiberg. This is a hard copy follow up to an email that I sent yesterday.

      Please call if you have any questions.

                Sincerely,

                Eberhard D. Garrison

enclosures
C:\A-egarrison\My Docs\hermann.russ.crs.001.wpd

| Florida | Louisiana | New York | Texas |
|---------|-----------|----------|-------|

Attachment "C"

**Reporting Period:**

**From:** 7/01/05

**To:** 7/31/05          **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:          THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | 5.94 |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 5.94 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_Peter A. Freiberg_                    _8/15/05_
Signature                                Date

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3538
            Additional Charges :

|  | Amount |
|---|---|
| 7/11/2005 Telephone charges - ITC Delta | 5.94 |
| 7/16/05 |  |
| Total costs | $5.94 |
| Balance due | $5.94 |

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

November 16, 2005

*Via Facsimile*                                            File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

           **Re:**   *In re Vioxx Products Liability Litigation*
                 *Common Benefit Time and Expense Submission*

Dear Russ:

       Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg. This is a hard copy follow up to an email that I sent yesterday.

       Please call if you have any questions.

                         Sincerely,

                         Eberhard D. Garrison

enclosures
C:\A-egarrison\My Docs\hermann.russ.crs.001.wpd

---

Florida           Louisiana           New York           Texas

**MDL 1657**

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From 07/01/05
To 07/31/05
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | X A _ P _ L _ O | 7.50 | | 7.00 | | | 14.50 | |
| Lynn Swanson | X A _ P _ L _ O | | | 1.25 | | | 1.25 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 15.75   hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: 8/15/05

C:\A-apps\awk\My Docs\MDL Time 07-01.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 16, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

      Professional Services

| | | Hours |
|---|---|---|
| 7/1/2005 EDG | Conference call; review of e-mails | 2.00 |
| 7/14/2005 EDG | Conference call; confer with Lynn Swanson; draft e-mail | 1.50 |
| 7/15/2005 EDG | Conference call | 1.00 |
| 7/22/2005 EDG | Conference call; review of e-mails | 1.00 |
| 7/29/2005 EDG | Participate in Conference call; confer with Lynn Swanson; review e-mail | 1.50 |

| | | Amount |
|---|---|---|
| For professional services rendered | 7.00 | $1,925.00 |

Balance due                 $1,925.00


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 7.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

### Professional Services

|  |  | Hours |
|---|---|---|
| 7/1/2005 EDG | Review e-mails; review of science articles and memo | 2.00 |
| 7/4/2005 EDG | Review of e-mails and memo | 1.50 |
| 7/6/2005 EDG | Review of e-mail and public study; review of Schnitzer study | 1.00 |
| 7/11/2005 EDG | Review of e-mails and articles | 1.00 |
| 7/13/2005 EDG | Review of e-mails and studies | 1.50 |
| 7/19/2005 EDG | Review of e-mail; draft e-mail | 0.50 |

|  | Amount |
|---|---|
| For professional services rendered | 7.50 $2,062.50 |
| Balance due | $2,062.50 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 7.50 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

         Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 7/20/2005 LES | Review article | 0.25 | |
| 7/29/2005 LES | Participate in Conference Call | 0.75 | |
|  |  |  | **Amount** |
|  | For professional services rendered | 1.00 | $275.00 |
|  | Balance due |  | $275.00 |

                         Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

          Professional Services

|  |  | Hours |
|---|---|---|
| 7/20/2005 LES   Review subpoena |  | 0.25 |

|  |  | Hours | Amount |
|---|---|---|---|
| For professional services rendered |  | 0.25 | $88.75 |
| Balance due |  |  | $88.75 |


                        Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 0.25 | 275.00 |

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

November 16, 2005

*Via Facsimile*                                    File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

   Re:   *In re Vioxx Products Liability Litigation*
         *Common Benefit Time and Expense Submission*

Dear Russ:

       Enclosed, please find common benefit cost submissions for Jones, Verras & Freiberg.
This is a hard copy follow up to an email that I sent yesterday.

       Please call if you have any questions.

                                          Sincerely,

                                          Eberhard D. Garrison

enclosures
C:\A-egarrison\My Docs\hermann.russ.crs.001.wpd

Florida          Louisiana          New York          Texas

Attachment "C"

**Reporting Period:**

**From:**       **8/01/05**

**To:**         **8/31/05**          **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION<br>COMMON HELD COSTS AND EXPENSES<br>FROM:            THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | 5.68 |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 5.68 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_Peter M Freiberg_                          _6/15/05_
Signature                                    Date

Case 2:05-md-01657-EEF-DEK Document 61425-2 Filed 02/06/11 Page 24 of 51

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2855

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3538
         Additional Charges :

| | | Amount |
|---|---|---|
| 8/16/2005 Telephone charges - ITC Deltacom | | 5.68 |
| Total costs | | $5.68 |
| Balance due | | $5.68 |

**MDL 1657**

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From   08/01/05
To     08/31/05
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _P _L _O | 12.75 | | 28.00 | | | 40.75 | |
| Lynn Swanson | x A _P _L _O | | | 30.00 | | | 30.00 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| **Total Firm Time** | | | | | | | | 70.75   Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: _11/15/05_

C:\Legentium\My Docs\MDL Time 08-05.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

Professional Services

|  |  | Hours |
|---|---|---|
| 8/4/2005 EDG | Draft e-mail; confer with Lynn Swanson; review of e-mails | 0.50 |
| 8/5/2005 EDG | Conference call; review of e-mail; draft e-mail to Penny Herman | 1.00 |
| 8/8/2005 EDG | Review of documents; review procedures and drug development history memo | 2.50 |
| 8/11/2005 EDG | Meeting with Penny Herman; review of documents at document depository; Discovery Committee Conference Call | 4.50 |
| 8/17/2005 EDG | Review of documents at depository; review of sales and marketing documents and e-mail | 7.00 |
| 8/18/2005 EDG | Review documents at document depository | 3.00 |
| 8/22/2005 EDG | Review of documents at document depository | 4.50 |
| 8/24/2005 EDG | Meeting at document depository regarding update on review criteria | 0.75 |
| 8/26/2005 EDG | Review of documents at depository | 4.25 |

|  | Amount |
|---|---|
| For professional services rendered | 28.00   $7,700.00 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

| | Amount |
|---|---|
| Balance due | $7,700.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 28.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


November 16, 2005
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

Invoice # 3538


        Professional Services

|  | | Hours |
|---|---|---:|
| 8/19/2005 EDG | Science Committee Conference call; review of Circulation Journal regarding symposeums and studies for Publication Meeting Subcommittee; review of e-mail from John Restaino; review of attachment, Autopsy Report and Death Certificate; confer with Lynn Swanson | 4.25 |
| 8/22/2005 EDG | Review of e-mails from Committee Chairs | 0.50 |
| 8/23/2005 EDG | Review of e-mail from Tina Nieves; review of Circulation Journal; review of e-mail from Nan Parfitt with attachment MDL expert summaries | 1.25 |
| 8/24/2005 EDG | Conference call regarding Daubert/Expert Subcommittee; review of CV's and expert summaries; review of e-mails | 3.75 |
| 8/25/2005 EDG | Vioxx Publication Sub-Committee; review of Cardiology Journal; review of cardiology seminar programs; draft e-mail to sub-committee chairs; review of memo regarding Vioxx MDL Generic Expert Witness | 1.75 |
| 8/26/2005 EDG | Publication/Science; conference call; review of seminar programs; draft correspondence | 1.25 |

|  |  | Amount |
|---|---:|---:|
| For professional services rendered | 12.75 | $3,506.25 |

Vioxx MDL Science Subcommittee

Page    2

Amount

Balance due                                                        $3,506.25

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Eberhard D. Garrison | 12.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

          Professional Services

|  |  | Hours |
|---|---|---|
| 8/2/2005 LES | Review documents at depository | 4.25 |
| 8/3/2005 LES | Review documents at the depository | 3.75 |
| 8/4/2005 LES | Review documents at the depository | 5.00 |
| 8/5/2005 LES | Review documents at the depository | 4.50 |
| 8/10/2005 LES | Confer with Celestine Mason about Time Line Software; review e-mails regarding software, download trial versions to my computer and test | 1.00 |
| 8/11/2005 LES | Attend Committee Conference Call | 1.00 |
| 8/19/2005 LES | Review privilege log fax from Anthony Irpino; review cast of characters; participate in S&M conference call | 1.50 |
| 8/22/2005 LES | Review fax from Anthony Irpino in preparation for conference call; participate in conference call with members of Privilege Log Committee | 1.50 |
| 8/23/2005 LES | Organize and review Committee materials and e-mails | 1.00 |
| 8/24/2005 LES | Attend discovery seminar at depository | 1.00 |

Vioxx MDL Discovery Committee USDC, EDLA                                    Page      2

|  |  | Hours |
|---|---|---|
| 8/26/2005 LES | Conversation with anthony Irpino regarding Privilege Log Committee and assignment | 0.50 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 25.00 | $6,875.00 |
| Balance due |  | $6,875.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 25.00 | 275.00 |

**MDL 1657**

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From   09/01/05
To     09/30/05
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | 19.50 | | 3.50 | | | 23.00 | |
| Lynn Swanson | x A _ P _ L _ O | | | 8.75 | | | 8.75 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 31.75   Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: _11/15/05_

CVA-agentassely DocsMDL Time 09-05.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 16, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

        Professional Services

| | Hours |
|---|---|
| 9/16/2005 EDG  Travel to Las Vegas for Sales & Marketing meeting; review of e-mails; review of discovery materials | 3.50 |
| 9/17/2005 EDG  Attend Sales & Marketing meeting; review of meeting materials; confer with Sub-Committee Members; travel from Las Vegas to Houston | 9.50 |
| 9/20/2005 EDG  Review of Sales and Marketing materials regarding Merck sales representatives | 5.25 |
| 9/29/2005 EDG  Review and summary of Dunn deposition for privilege log sub-committee | 1.50 |
| 9/30/2005 EDG  Review of summary of Dunn deposition for privilege log sub-committee | 2.00 |

| | | Amount |
|---|---|---|
| For professional services rendered | 21.75 | $5,981.25 |
| Balance due | | $5,981.25 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

| Name | Attorney Summary | Hours | Rate |
|------|------------------|-------|------|
| Eberhard D. Garrison | | 21.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


November 16, 2005
In Reference To:  Our File No. 8999
                 Vioxx MDL v Merck & Co., Inc.
Invoice # 3538


     Professional Services

|  | | Hours |
|---|---|---|
| 9/30/2005 EDG | Review of e-mails and articles; Science Committee Conference Call | 1.25 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.25 | $343.75 |

| Balance due | $343.75 |
|---|---|


                         Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 1.25 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

        Professional Services

| | | Hours |
|---|---|---|
| 9/23/2005 LES | Review e-mails regarding privilege log committee | 0.75 |
| 9/26/2005 LES | Review information regarding meeting with defendants concerning privilege log issues and agenda for conference call | 0.75 |
| 9/28/2005 LES | Revie e-mail from Mike Hugo regarding privilege log | 0.25 |
| 9/29/2005 LES | Review e-mails; receive depositions of James Dunn to summarize; begin summary | 1.00 |
| 9/30/2005 LES | Summarize depositions of James R. Dunn | 6.00 |

| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 8.75 | $2,406.25 |
| | Balance due | | $2,406.25 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

|                            | Attorney Summary |       |        |
| -------------------------- | ---------------- | ----- | ------ |
| Name                       |                  | Hours | Rate   |
| Lynn E. Swanson            |                  | 8.75  | 275.00 |

Amended Attachment "C"

**Reporting Period:**

**From:**     **9/01/05**

**To:**        **9/31/05**       **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:      THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | 788.75 |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 788.75 |

\*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____
Signature

11/7/08
_____
Date

Oct 05 2005 6:23PM    KRAMER                    2077346690              p.3

Prepared For
GLADSTONE N JONES II

Account Number
XXXX-XXXXX7-41002

Page 4 of 10

New Activity Continued                                                  575.1

| 09/15/05 | SOUTHWEST AIRLINES  DALLAS   TX | | | |
| | From: | To: | Carrier: | Class: |
| | HOUSTON TX | LAS VEGAS NV | WN | Y |
| | | HOUSTON TX | WN | Q |
| | Ticket Number: 5262761050088 | | Date of Departure: 09/15 | |
| | Passenger Name: GARRISON/EBERHARD | | | |
| | Document Type: PASSENGER TICKET | | | |

ATLANTA

8998



**LAS VEGAS CONV CENTER**
**3275 PARADISE RD**
**LAS VEGAS, NV 89109**
**702-791-3600**

GUEST FOLIO

Thank you for selecting Courtyard by Marriott. We trust that your
experience with us has included warm and gracious service, and the
type of accommodations expected.

We look forward to serving you again on future trips. For additional
reservations, call our toll-free reservation number, (800) 321 2211.

LAS VEGAS CONV CENTER Courtyard Staff

| GUEST NAME | EBERHARD GARRISON | ROOM | 307 | COVA |
|---|---|---|---|---|
| | 920 POEYFARRE APT 142 | ROOM TYPE | GENR | REDCROS |
| | NEW ORLEANS LA 70130 | NO. OF GUESTS | 1 | |
| | HURRICANE KATRINA | RATE | HAB | |
| | | CLERK | | |
| ARRIVE | 16Sep05   TIME   05:11p   DEPART   17Sep05   TIME   10:24a   FOLIO | | 16-25989T | |

| DATE | REFERENCE NUMBER | DESCRIPTION | CHARGES | CREDITS |
|---|---|---|---|---|
| 17Sep05 | DS10:24AM | DISCOVER | | 85.95- |

```
************************************************
*   CARD #: DSXXXXXXXXXXXXX8722               *
*   Amount:       85.95    Auth: 017518       *
*          ** Signature on File  **           *
************************************************
```

       **  BALANCE  **      .00

The undersigned agrees to make immediate payment upon receipt of statement.  In the event such payment is not made
within 30 days after receipt of the original statement it is agreed that the hotel may impose a late payment charge
at a rate of 1 1/2% per month [annual rate of 18%] or the maximum allowed by law, on the unpaid balance, and the
reasonable cost of collection, including attorney's fees.

GUEST SIGNATURE

COURTYARD RESERVATIONS (800) 321 2211

www.ashospitality.com 6-2784 rev. 6/03

Driver # _____  Cab # _____

T.A. Permit # _____

Fare from  *Airport*

To  *Marriott*

Date _____  $ *30⁰⁰*

X _____

**PRINT** Client's Name

---

**WHITTLESEA / HENDERSON TAXI**
**RECEIPT FOR TAXI FARE**

FROM: _____

TO: _____

FARE: *20⁰⁰*  TIP: _____

SIGNATURE: _____

---

**WHITTLESEA / HENDERSON TAXI**
**RECEIPT FOR TAXI FARE**

FROM: *Marriott*

TO: *Airport*

FARE: _____  TIP: _____

SIGNATURE: *30⁰⁰*

---

**WHITTLESEA / HENDERSON TAXI**
**RECEIPT FOR TAXI FARE**

FROM: _____

TO: _____

FARE: _____  TIP: _____

SIGNATURE: *25⁰⁰*

---

**YELLOW-CHECKER-STAR**
"THE" CAB COMPANIES
**Las Vegas, Nevada**
**873-2227**
COMPUTER RADIO DISPATCHED

DRIVER#_____ DATE_____
(CHARGE THE ACCT. OF)
(RECEIVED OF)_____

FOR TAXI FARE FROM_____

TO_____ $ *14⁰⁰*

(X) DRIVER NAME_____

(X) PASSENGER SIGNATURE_____

Courtyard by Marriott
Las Vegas Convention Center
3275 Paradise Rd
Las Vegas, NV  89109
Phone:(702)791-3600
Fax:(702)796-7981

11 Nelson C

Tbl 1/5      Chk 3921      Gst 1
Sep.17'05 10:36AM

## Restaurant
1 Bfst Buff Adult          9.95

Subtotal                   9.95
Sales Tax                  0.75
10:36 Total          10.70

Gratuity:_____

Total:_____

Room #_____

Print Name_____

Signature_____
Thank you for joining us at
Courtyard by Marriott!

Reporting Period:
From _10/01/05_
To _10/31/05_
Firm Name: Jones, Verras & Freiberg

**MDL 1857**
**Vioxx Products Liability Litigation Report of Member Firm Time**

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | 24.50 | | 23.00 | | | 47.50 | |
| Kevin Huddell | x A _ P _ L _ O | | | 3.00 | | | 3.00 | |
| Lynn Swanson | x A _ P _ L _ O | | | 63.50 | | | 63.50 | |
| Paul Villalobos | x A _ P _ L _ O | | | 29.50 | | | 29.50 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 143.50   Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: _11/15/05_

C:\A-ignition\Wp Docs\MDL Time 10-05.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To:   Our File No. 8998
Vioxx MDL v. Merck & Co., Inc.
Vioxx MDL 1657

Invoice # 3538

Professional Services

| | Hours |
|---|---|
| **10/3/2005 EDG**  Review and summary of James Dunn deposition; confer with Lynn Swanson; telephone conference with Anthony Irpino; revise and edit memo; draft and review of e-mails regarding assignments | 7.00 |
| **10/4/2005 EDG**  Finalize and edit deposition summary of James Dunn; meeting with Carlene Lewis and Shelly Sanford; review of e-mail regarding sales and marketing committee assignments; review of sales and marketing meeting materials | 4.50 |
| **10/5/2005 EDG**  Review of Merck privilege log for privilege log sub-committee; confer with Lynn Swanson; review of privilege log memo | 2.00 |
| **10/6/2005 EDG**  Confer with Lynn Swanson regarding communication with former Merck sales representatives; review of sales and marketing materials and documents from Las Vegas meeting regarding Merck sales representatives; draft memo regarding notes from meeting; review of privilege log regarding privilege log committee work | 2.75 |
| **10/7/2005 EDG**  Review of sales and marketing team e-mails; draft e-mail; review of sales and marketing team materials and documents; review of privilege log and memo;  review of sales and marketing binders presented at seminar; review of hot documents regarding Merck sales representatives | 5.00 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

|  |  |  | Hours |
|---|---|---|---|
| 10/14/2005 EDG | Review of e-mail; draft e-mail to Steven Murray; review of ethics opinion regarding contact with former Merck sales representatives in Louisiana; telephone conference with S. Murray, Jr. | | 1.25 |
| 10/15/2005 EDG | Research regarding former Merck sales representatives; attempt contact | | 4.75 |
| 10/17/2005 EDG | Research regarding former Merck sales representatives; attempt contact | | 2.75 |
| 10/20/2005 EDG | Review of privilege log for privilege log sub-committee; review of privilege log sub-committee from Anthony Irpino; confer with Lynn Swanson | | 4.25 |
| 10/21/2005 EDG | Review and coding of privilege log for privilege log sub-committee; review of memo from Anthony Irpino | | 5.25 |
| 10/25/2005 EDG | Research regarding former Merck employee sales representatives; attempt contact | | 1.25 |
| EDG | Review of sales and marketing documents and materials; research regarding former sales representatives | | 1.00 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 41.75 | $11,481.25 |
| Balance due | | $11,481.25 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 41.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 16, 2005
In Reference To: Our File No. 8999
Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

Professional Services

|  |  | Hours |
|---|---|---|
| 10/14/2005 EDG | Conference call regarding expert witness sub-committee; review of agenda; review of cardio seminar materials for publication/society subcommittee; draft correspondence | 2.75 |
| 10/17/2005 EDG | Review of e-mail from T. Nieves regarding publications/society sub-committee; draft e-mail; review of ASA study abstract | 0.75 |
| 10/18/2005 EDG | Review of e-mail from T. Nieves; review of Pharmaceutical Regulatory and Compliance Congress Seminar materials; research regarding speakers | 1.00 |
| 10/19/2005 EDG | Draft e-mail to T. Nieves regarding Pharma Congress Seminar; research regarding seminar and seminar materials; review of e-mail | 1.25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 5.75 | $1,581.25 |
| Balance due |  | $1,581.25 |

Vioxx MDL Science Subcommittee

Page    2

| Name | Attorney Summary | Hours | Rate |
|------|------------------|-------|------|
| Eberhard D. Garrison | | 5.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

### Professional Services

|  |  | Hours |
|---|---|---|
| 10/3/2005 LES | Draft e-mails to Science Committee regarding relocation and availability of firm to work in Houston; draft and review e-mails to/from Jennifer Thompson regarding Timeline Committee work | 1.00 |
| 10/4/2005 LES | Review e-mails from committee members sent during September | 1.00 |
| 10/14/2005 LES | Review agenda for Science Committee conference call; attend conference call | 2.00 |
| 10/18/2005 LES | Review e-mails regarding expert reports and regarding *Hummeston* jury questions | 0.50 |
| 10/21/2005 LES | Review e-mails regarding Full Participation Agreement, print, review, sign and fax to Penny Herman | 0.50 |
| 10/24/2005 LES | Review e-mail and scientific article | 0.25 |
| 10/25/2005 LES | Review e-mails and scientific articles | 0.50 |

|  |  | | Amount |
|---|---|---|---|
| For professional services rendered | | 5.75 | $1,581.25 |
| Balance due | | | $1,581.25 |

Vioxx MDL Science Subcommittee

## Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 5.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katz & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3538

        Professional Services

|  |  | Hours |
|---|---|---|
| 10/2/2005 LES | Complete summary of James Richard Dunn deposition | 2.00 |
| 10/3/2005 LES | Format and e-mail summary of deposition of James Dunn to Troy Rafferty and Anthony Irpino; review e-mails regarding privilege log issues and Motion to Compel; participate in Privilege Log Committee Conference call; craft e-mails to Discovery Committee regarding relocation and availability to work in Houston; draft and review e-mails to/from Mark Robinson, Carlene Lewis and Shelly Sanford regarding interviews of Houston-based Merck sales representatives | 4.00 |
| 10/4/2005 LES | Review e-mails from committee members sent during September; review e-mails regarding privilege log issues and Motion to Compel; meet with Carlene Lewis and Shelly Sanford regarding interviews of Houston-based Merk sales representatives; e-mails to/from Matt Lundy regarding interviews of sales representatives; begin to review privilege log of Robert Silverman | 3.00 |
| 10/5/2005 LES | Draft/review e-mails to/from Carlene Lewis/Shelly Sanford regarding interviews of Houston based Merck sales representatives; review/draft e-mails to privilege log committee regarding Motion to Compel; review privilege log search results memo from Anthony Irpino; review Goldmann privilege log; review Silverman log; confer with Anthony Irpino regarding assignment | 6.50 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

| Date | | Description | Hours |
|---|---|---|---|
| 10/13/2005 | LES | E-mails to and from Carlene Lewis, Shelly Sanford, and Matt Lundy regarding interviewing sales representatives and upcoming conference call | 0.50 |
| 10/14/2005 | LES | Review material regarding the interview of Merck representatives; attend conference call regarding contacting Houston based sales representatives; e-mails to Matt Lundy regarding this project; review e-mail from Shelly Sanford containing the Houston representatives' names and contact information; search internet for any updated contact information; attempt to make contact | 2.00 |
| 10/17/2005 | LES | Review e-mails regarding Privilege Log Subcommittee; attend conference call | 1.00 |
| 10/18/2005 | LES | Review memorandum from Discovery Committee chair of Privilege Log Committee; review binder of information provided at Las Vegas Seminar | 8.00 |
| 10/19/2005 | LES | Attempt contact with Merck sales representatives; confer with Matt Lundy regarding materials he will need to contact sales representatives; e-mail regarding failed contact | 0.75 |
| 10/20/2005 | LES | Review interrogatories and Merck's responses; confer with Anthony Irpino; review Bold deposition; review RFP's and Merck's responses; draft memos | 6.50 |
| 10/21/2005 | LES | Confer with Eberhard Garrison regarding privilege log assignment to review Braunstein's log; review two depositions of Dr. Thomas Bold to determine whether responses to RFP's #90 and #94 are sufficient | 6.00 |
| 10/23/2005 | LES | Review Braunstein privilege log for invalid entries | 4.00 |
| 10/24/2005 | LES | Review defendant's Opposition to Plaintiffs' Motion to Compel; review e-mails regarding opposition from Mike Hugo and review e-mails regarding analysis of Merck's answers to Interrogatories and Requests for Production from Gary Wilson and Mike Hugo; review deposition of Thomas Bold in reference to Merck's RFP responses and interrogatory answers; review agenda for conference with conference call; participate in conference call; review Braunstein's privilege log for invalid entries; revise RFP analysis memo; e-mail to Anthony Irpino | 9.00 |
| 10/27/2005 | LES | Review and analyze privilege log for Peter Honig; attend privilege log hearing | 4.50 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 57.75 | $15,881.25 |
| Balance due | | $15,881.25 |