Vioxx MDL Discovery Committee USDC, EDLA

## Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 57.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
801 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

        Professional Services

| | Hours |
|---|---|
| 10/5/2005 PHV  Meet and confer with Lynn Swanson regarding privilege log; receipt and review memo from Anthony Irpino; meet and confer with Kevin Huddell, Lynn Swanson, and Eberhard Garrison regarding privilege logs; receipt of privilege logs and review for deficiencies | 3.50 |
| 10/6/2005 PHV  Review privilege logs for deficiencies; editing of deficiencies to privilege log in database | 8.00 |
| 10/7/2005 PHV  Review deficiencies in privilege log and editing of deficiencies into database | 8.00 |
| 10/10/2005 PHV  Review deficiencies in privilege log and edit deficiencies into database | 6.00 |
| 10/12/2005 PHV  Sent e-mails to Lynn Swanson regarding privilege log | 0.50 |
| 10/27/2005 PHV  Attend Privilege Log hearing; meet and confer with Lynn Swanson and Anthony Irpinio | 3.50 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 29.50 | $8,112.50 |
| Balance due | | $8,112.50 |

Vioxx MDL Discovery Committee USDC, EDLA

Page     2

| Name | Hours | Rate |
|------|-------|------|
| Paul H. Villalobos | 29.50 | 275.00 |

**Attorney Summary**

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

           Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 10/5/2005 KEH | Review privilege logs for deficiencies and meeting with co-counsel regarding same | 1.75 | |
| 10/6/2005 KEH | Review privilege logs for deficiencies and meeting with co-counsel regarding database for same | 1.25 | |
|  |  |  | Amount |
| | For professional services rendered | 3.00 | $825.00 |
| | Balance due | | $825.00 |


                        Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin Huddell | 3.00 | 275.00 |

Attachment "C"

**Reporting Period:**

**From:**   10/01/05

**To:**   10/31/05   **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:      THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
|  |  |
| Telefax charges | 1.50 |
| Postage, shipping, courier, certified mail | 29.36 |
| Printing and photocopying (in-house) | 44.50 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 75.36 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_Peter N Freiberg_
Signature

_11/15/05_
Date

**JONES, VERRAS & FREIBERG, LLC**
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


November 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3538
          Additional Charges :

| | Amount |
|---|---|
| 10/31/2005 Internal copying charges for the month of October, 2005. | 39.00 |
| Total costs | $39.00 |
| Balance due | $39.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

November 15, 2005
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

        Additional Charges :

|  |  | Amount |
|---|---|---|
| 10/14/2005 Federal Express charges, tracking number 853442464553 |  | 29.36 |
| 853442464553 |  |  |
| 10/31/2005 Internal copying charges for the month of October, 2005. |  | 5.50 |
| Telefax charges for the month of October, 2005 |  | 1.50 |
| Total costs |  | $36.36 |
| Balance due |  | $36.36 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

### Telephone:  (504) 523-2500
### Facsimile:  (504) 523-2508

**DATE:**  December 15, 2005

**TO:**  Russ Herman
713-871-9750

**FROM:**  Eberhard D. Garrison

**RE:**  *Vioxx MDL No. 1657*

**FILE NO.:**  9000

**Comments:**  Please see attached.

**Number of pages including cover sheet:**  20

**Original to follow:**   Yes                    No     X

**If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

December 15, 2005

*Via Facsimile*                                                    File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re:  *In re Vioxx Products Liability Litigation*
> *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and expense submissions for Jones, Verras & Freiberg for November, 2005.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.002.wpd

Florida                Louisiana                New York                Texas

2/15/2005   17:43   5045232506   JONES VERRAS FREIBEG   PAGE 03/20

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  11/01/05
To  11/30/05
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _P _L _O | 5.75 | 24.75 | 56.50 | | | 87.00 | |
| Kevin Huddell | x A _P _L _O | | 19.00 | 22.25 | | | 41.25 | |
| Lynn Swanson | x A _P _L _O | 2.25 | 26.50 | 46.00 | | | 74.75 | |
| Paul Villalobos | x A _P _L _O | | 26.50 | 17.75 | | | 43.25 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| **Total Firm Time** | | | | | | | | 248.25  Hrs. |

I certify that the time documented above is accurate and correct, and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____  Date: 12/15/05

G:\VF Files\00000\SecTimeMDL Time 11-05.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
801 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


December 15, 2005
In Reference To:    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3539

            Professional Services

| | | Hours |
|---|---|---|
| 11/2/2005 EDG | Discovery; document production; review of e-mail regarding privilege log committee work; draft e-mail; draft e-mail to Anthony Irpino | 0.75 |
| 11/4/2005 EDG | Pretrial pleadings; review of e-mail from Anthony Irpino; legal research regarding waiver and prejudice resulting from insufficient privilege log response | 1.75 |
| 11/5/2005 EDG | Pretrial pleadings; meeting with Lynn Swanson, Paul Villalobos, and Kevin Huddell regarding research and draft of Motion to Admit previously excluded document; research; review of case law; review of documents and pleadings from New Jersey actions | 3.50 |
| 11/6/2005 EDG | Pretrial pleadings; review of documents and pleadings from New Jersey action regarding CMI document; research; review of case law | 5.25 |
| 11/7/2005 EDG | Pretrial pleadings; draft Opposition to Merck Motion in Limine for privilege log committee; research; review of law; review of e-mails | 6.00 |
| 11/8/2005 EDG | Pretrial pleadings; revise and edit Opposition to Motion in Limine for privilege log committee; review of case law; privilege log sub-committee conference call | 3.50 |

Vioxx MDL Discovery Committee USDC, EDLA

Page     2

Hours

| Date | | Description | Hours |
|---|---|---|---|
| 11/9/2005 | EDG | Pretrial pleadings; revise and edit Memo in Opposition to Motion in L mine; conference call with privilege log committee; confer with co-counsel; research | 4.75 |
| 11/10/2005 | EDG | Discovery; document production; review of revised privilege log for information regarding patents, Reicin and Scolnik and studies; review of e-mail | 4.75 |
| 11/11/2005 | EDG | Discovery; document production; review of revised privilege log for privilege log sub-committee; draft memo regarding privileged information regarding patents, Reicin and Scolnik; review of e-mails from Anthony Irpino with CV study entries attached | 5.25 |
| 11/13/2005 | EDG | Discovery; document production; review of privilege log; review of e-mail; draft memo regarding review | 3.75 |
| 11/14/2005 | EDG | Discovery; document production; privilege log team - review of privilege log; draft memo regarding poorly described claims of privilege regarding patents, studies; telephone conference with Anthony Irpino; review of privilege log; review of e-mail from Anthony Irpino regarding privilege log subcommittee; review of other sub-committee member exemplars | 4.75 |
| 11/16/2005 | EDG | Case assessment; fact investigation; sales and Marketing conference call; review of e-mails from L. Moen, S. Herman and T. Rafferty; review of correspondence from Anthony Irpino regarding Merck's privilege log insufficiencies for privilege log committee | 2.00 |
| 11/22/2005 | EDG | Discovery; document production; review of memo from Anthony Irpino regarding privilege log sub-committee assignments; review of revised privilege log | 1.25 |
| 11/25/2005 | EDG | Discovery; document production; review of deprivileged documents for privilege log committee; confer with Lynn Swanson and Kevin Huddell | 6.00 |
| 11/26/2005 | EDG | Discovery; document production; review of deprivileged documents for privilege log sub-committee | 6.75 |
| 11/27/2005 | EDG | Discovery; document production; review of deprivileged documents for privilege log sub-committee | 8.00 |
| 11/28/2005 | EDG | Discovery; document production; review of deprivileged documents for privilege log sub-committee; conference call with privilege log sub-committee | 6.50 |
| 11/29/2005 | EDG | Discovery; document production; review of deprivileged documents for the privilege log sub-committee; review of revised privilege log | 4.25 |
| 11/30/2005 | EDG | Discovery; document production; review of deprivileged documents for privilege log sub-committee; review of e-mails | 4.50 |

Case 2:05-md-01657-EEF-DEK Document 61425-3 Filed 02/06/11 Page 13 of 50

Vioxx MDL Discovery Committee USDC, EDLA

Page 3

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 83.25 | $22,893.75 |
| Balance due | | $22,893.75 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 83.25 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

December 15, 2005
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

Invoice # 3539

        Professional Services

|  |  | Hours |
|---|---|---|
| 11/2/2005 EDG | Case assessment; experts; review of e-mails from Science Committee; Science Committee conference call | 1.50 |
| 11/11/2005 EDG | Case assessment; experts; Science Committee conference call; review of agenda; review of e-mails from committee members with documents regarding CV risks attached; review of e-mails from T. Neves | 2.25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 3.75 | $1,031.25 |
| Balance due |  | $1,031.25 |

|  | Attorney Summary |  |  |
|---|---|---|---|
| Name |  | Hours | Rate |
| Eberhard D. Garrison |  | 3.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


December 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3539

### Professional Services

| | Hours |
|---|---|
| **11/4/2005 KEH**  Pretrial pleadings; legal research regarding waiver of privilege; meeting with Eberhard Garrison and Paul Villalobos regarding Motion to Admit Document regarding patent | 4.25 |
| **11/6/2005 KEH**  Pretrial pleadings; legal research regarding privilege, waiver, and confidential documents; meeting with Eberhard Garrison and Paul Villalobos regarding Motion to Admit Confidential Document | 3.50 |
| **11/7/2005 KEH**  Pretrial pleadings; legal research regarding privilege and Opposition to Motion in Limine; review Motion in Limine; review and revise Opposition to Motion in Limine; attend conference call with privilege log committee | 6.00 |
| **11/8/2005 KEH**  Pretrial pleadings; legal research regarding choice of law for privilege issues; review and revise Opposition to Motion in Limine regarding confidential document; meeting with Paul Villalobos, Eberhard Garrison, and Lynn Swanson regarding Opposition to Motion in Limine | 5.25 |
| **11/9/2005 KEH**  Discovery; document production; attend Privilege Log Committee conference call; telephone conference with Anthony Irpino regarding strategy for analyzing privilege log; legal research regarding sufficiency of privilege log | 2.75 |
| **11/10/2005 KEH**  Discovery; document production; review revised privilege log and meeting with Eberhard Garrison regarding same | 2.50 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

| | | Hours |
|---|---|---|
| 11/22/2005 KEH | Discovery; document production; meeting with Anthony Irpino regarding deprivileged documents; review deprivileged document | 3.25 |
| 11/23/2005 KEH | Discovery; document production; review deprivileged documents; MRK-ABO series | 2.25 |
| 11/28/2005 KEH | Discovery; document production; review correspondence from Anthony Irpino requesting documents regarding APPROVE study; review deprivileged documents, MRK-ABS series | 2.00 |
| 11/29/2005 KEH | Discovery; document production; review deprivileged documents, MRK-ABS series; telephone conference with Anthony Irpino regarding hot documents and forward him same | 2.75 |
| 11/30/2005 KEH | Discovery; document production; review deprivileged documents, MRK-ABP series; draft and reply to numerous e-mails to Anthony Irpino, Paul Villalobos, and Lynn Swanson attaching suspected hot documents | 6.75 |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | | 41.25 | $11,343.75 |
| Balance due | | | $11,343.75 |

#### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin Huddell | 41.25 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LP
820 O'Keefe Avenue
New Orleans LA 70113


December 15, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3539

          Professional Services

|  |  | Hours |
|---|---|---|
| 11/5/2005 LES | Pre-trial pleading; review materials from privilege log committee in preparation for drafting Motion to Admit document contradicting Scolnick's testimony regarding Merck's worry about the prostaglandin/thromboxane imbalance | 5.00 |
| 11/6/2005 LES | Pre-trial pleading; review materials provided by privilege log committee; perform research; begin to draft Motion to Admit Document (regarding prostaglandin/thromboxane imbalance knowledge by Merck) | 10.00 |
| 11/7/2005 LES | Pre-trial pleading; continue drafting Motion to Admit; review Motion In Limine; change focus to drafting Opposition to Motion; participate in conference call regarding revised privilege log; review revised privilege log | 8.00 |
| 11/8/2005 LES | Pretrial pleadings; continue working to draft Opposition to Motion in Limine No. 14 | 3.50 |
| LES | Discovery; document production; attend conference call; review revised privilege log | 4.00 |
| 11/15/2005 LES | Discovery; document production; eview patent and Vioxx study issues as set forth on Merck's revised privilege log; telephone conference with Anthony Irpino | 4.00 |

Vioxx MDL Discovery Committee USDC, EDLA                                     Page      2

| | | Hours |
|---|---|---|
| 11/16/2005 LES | Case assessment; fact investigation; participate in Sales and Marketing conference call; review credentials summaries and e-mail regarding facts database | 1.50 |
| 11/18/2005 LES | Discovery; document production; review e-mails regarding "deprivileged" documents; confer with Anthony Irpino regarding same | 1.00 |
| 11/21/2005 LES | Discovery; document production; review Agenda in preparation for Privilege Log Subcommittee conference call; participate in conference call; confer with Eberhard Garrison, Kevin Huddell, and Paul Villalobos regarding upcoming assignment and call; review and edit follow-up letter to Judge Fallon regarding newly produced privilege log; review e-mails regarding FACTS database | 3.50 |
| 11/22/2005 LES | Discovery; document production; review "deprivileged" document review assignment from Privilege Log Subcommittee head; discuss assignment with Eberhard Garrison | 0.50 |
| 11/23/2005 LES | Discovery; document production; download "deprivileged" documents off of portable hard drive onto laptop and server; meeting with Kevin Huddell and Anthony Irpino regarding review of "deprivileged" documents for privilege log subcommittee; review e-mail regarding time records | 2.50 |
| 11/25/2005 LES | Discovery; document production; review "deprivileged" documents for the Privilege Log Subcommittee of the Discovery Committee | 6.00 |
| 11/26/2005 LES | Discovery; document production; review "deprivileged" documents for the Privilege Log Subcommittee of the Discovery Committee | 5.00 |
| 11/27/2005 LES | Discovery; document production; review "deprivileged" documents for Privilege Log Subcommittee of the Vioxx Discovery Committee | 2.00 |
| 11/28/2005 LES | Discovery; document production; review "deprivileged" documents for Privilege Log Subcommittee of Discovery Committee; confer with Kevin Huddell and Paul Villalobos and Anthony Irpino regarding same; create CD for Andy Childers and Federal Express; participate in subcommittee conference call | 6.50 |
| 11/29/2005 LES | Discovery; document production; review "deprivileged" documents for Privilege Log Subcommittee of Discovery Committee; confer with Kevin Huddell; e-mails to subcommittee members regarding hot documents | 6.00 |
| 11/30/2005 LES | Discovery; document production; review "deprivileged" documents for Privilege Log Subcommittee of the Vioxx Discovery Committee; confer with Kevin Huddell; route hot documents to co-committee members | 5.00 |

|  | Amount |
|---|---|
| For professional services rendered | 74.00  $20,350.00 |

\ioxx MDL Discovery Committee USDC, EDLA

Page 3

Amount

$20,350.00

Balance due

| | Attorney Summary | Hours | Rate |
|---|---|---|---|
| Name | | 74.00 | 275.00 |
| Lynn E. Swanson | | | |

**JONES, VERRAS & FREIBERG, LLC**
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

December 15, 2005
In Reference To:  Our File No. 8999
               Vioxx MDL v Merck & Co., Inc.

Invoice #3539

Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 11/2/2005 LES | Case assessment; experts; review e-mails regarding withdrawal of expert, Dr. Gaziano | 0.25 | |
| 11/23/2005 LES | Case assessment; experts; review Conflicts of Interest article and article titled "The Cardiovascular Pharmacology of Cox-2 Inhibitors" | 0.50 | |
|  |  |  | Amount |
| | For professional services rendered | 0.75 | $206.25 |
| | Balance due | | $206.25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 0.75 | 275.00 |

2/15/2005  17:43   5845232508                        JONES VERRAS FREIBEG                        PAGE  24/28

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


December 07, 2005
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3538

> Professional Services

|  | Hours |
|---|---|
| 11/4/2005 PHV   Research LEXIS regarding privilege log/waiver; receipt and review e-mails from Lynn Swanson, Eberhard Garrison, and Anthony Irpino; meet and confer with Lynn Swanson regarding conference call and privilege log (Pre-Trial) | 3.00 |
| 11/5/2005 PHV   Phone call from Lynn Swanson; meet and confer with Lynn Swanson, Eberhard Garrison, and Kevin Huddell; receipt and review New Jersey court documents, pleadings and exhibits; receipt and review e-mails from Lynn Swanson (Pre-Trial) | 6.00 |
| 11/6/2005 PHV   Review New Jersey documents, pleadings, and exhibits; meet and confer with Lynn Swanson, Kevin Huddell, and Eberhard Garrison; research LEXIS regarding privilege exceptions and waiver; phone call from Eberhard Garrison (Pre-Trial) | 5.00 |
| 11/7/2005 PHV   Research LEXIS regarding privilege; meet and confer with Lynn Swanson, Kevin Huddell, and Eberhard Garrison; drafting of Opposition to Motion in Limine; receipt and review e-mails from Lynn Swanson and Anthony Irpino; receipt and review Motion in Limine from Merck (Pre-Trial)) | 4.50 |
| 11/8/2005 PHV   Receipt and review e-mail and case from Kevin Huddell; review of Vioxx revised privilege log; meet and confer with Lynn Swanson regarding Opposition to Motion in Limine; drafting of Opposition to Motion in Limine; | 4.00 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

|  |  | Hours |
|---|---|---|
|  | receipt and review e-mails from Lynn Swanson regarding conference call (Pre-Trial) |  |
| 11/9/2005 PHV | Research LEXIS regarding privilege; drafting of Opposition to Merck Motion; review draft of Opposition (Pre-Trial) | 3.00 |
| 11/14/2005 PHV | Receipt and forward e-mails to Anthony Irpino and attachments [Discovery] | 2.50 |
| 11/21/2005 PHV | Receipt and review e-mails regarding conference calls (Discovery) | 1.00 |
| 11/23/2005 PHV | Receipt and review e-mail from Lynn Swanson regarding Sanctions (Discovery) | 0.25 |
| 11/28/2005 PHV | Receipt and review e-mail from Lynn Swanson; review of Merck's recently unprivileged documents (Discovery) | 3.50 |
| 11/29/2005 PHV | Review of Merck recently unprivileged documents (Discovery) | 2.00 |
| 11/30/2005 PHV | Review Merck's recently unprivileged documents; receipt and review e-mails and attached documents from Lynn Swanson and Kevin Huddell (Discovery) | 8.50 |

|  | Amount |
|---|---|
| For professional services rendered | 43.25 $11,893.75 |
| Balance due | $11,893.75 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Paul H. Villalobos | 43.25 | 275.00 |

# VIOXX MDL 1657
# REVIEW NOTES

CHECKER: _____

REVIEWER: _Heather_ _____

SUBMISSION: _Jones Verras_ _____

PERIOD COVERED: _____ 11/30/05 _____

TIME - HOURS SUBMITTED: _____

COSTS - HELD COSTS _281.25_ _____

ACCEPTED TIME: _____

ACCEPTED COSTS: _____

NOTES: _Entered in QB for 10/31/05_ _____    Changed date

Attachment "C"

**Reporting Period:**

From:  11/01/05

To:  11/30/05

Firm Name: **JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | 2.25 |
| Postage, shipping, courier, certified mail | 46.50 |
| Printing and photocopying (in-house) | 232.50 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 281.25 |

\*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

Signature

Date  12/15/05

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


December 07, 2005
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

Invoice # 3538

        Additional Charges :

|  | Amount |
|---|---|
| 11/7/2005 Federal Express charges 10/14/05 (853442464553) | 29.36 |
| Total costs | $29.36 |
| Balance due | $29.36 |

12/15/2005
4:2& PM

**JONES, VERRAS & FREIBERG, LLC**
Pre-bill Worksheet

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---|---|---|---|---|---|
| 11/28/2005 82629 | Mary Kay Gogreve $FedEx Federal Express charges tracking number 841534093300 Custom Text: Inv. 3-217-55834 | 17.14 | 1.000 | 17.14 | Billable Client Hold |
| 11/30/2005 82317 | Celestine Mason $Copying Internal copying charges for the month of November, 2005 | 0.25 | 930.000 | 232.50 | Billable Client Hold |
| 11/30/2005 82322 | Celestine Mason $Fax Telefax charges for the month of November, 2005 | 0.25 | 9.000 | 2.25 | Billable Client Hold |

| TOTAL | Billable Costs | | | | $0.00 |

---

**Calculation of Fees and Costs**

| | | Amount | Total |
|---|---|---|---|

Total Costs: Client Hold applied                                          $251.89

- Fuel Surcharge - FedEx has applied a fuel surcharge of 15.50% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

| | | | |
|---|---|---|---|
| Tracking ID | 853442464553 | **Sender** | **Recipient** |
| Service Type | FedEx Standard Overnight | EBERHARD GARRIS | TINA NIEVES |
| Package Type | FedEx Pak | JONES, VERRAS, AND FREIBERG | GARCEDS & NIEVES |
| Zone | 8 | 500 DALLAS ST STE P15 | 141 WEST COLORADO BLVD |
| | | HOUSTON TX 77002-4802 US | PASADENA CA 91105 US |

| | | | | |
|---|---|---|---|---|
| Packages | 1 | | | |
| Rated Weight | 2.0 lbs, 0.9 kgs | | | |
| Delivered | Oct 17, 2005  12:56 | Transportation Charge | | 28.25 |
| Svc Area | A2 | Discount | | -2.83 |
| Signed By | D.FRANCE | Fuel Surcharge | | 3.94 |
| FedEx Use | 028713296/0000013/_ | Total Charge | USD | $29.36 |

2/15/2005   17:43   5045232509          JONES VERRAS FREIBEG        PAGE   20/20

FedEx  Track

United States Home                                    Information Center | Customer Support | Site Map

**FedEx**®

[ Search ]

Office / Print Services | Freight Services | Expedited Services

Ship | | Manage My Account | International Tools

Track Shipments
**Detailed Results**                    Printable Version     Quick Help

| | | Wrong Address? |
|---|---|---|
| Tracking number | 841534093300 | Reference | | 8998 VIOXX PRIV LOG | Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | B.RENTZ | | | CNTR | |
| Ship date | Nov 28, 2005 | Destination | ATL | Shipping Freight? |
| Delivery date | Nov 29, 2005 9:54 AM | Delivered to | Receptionist/Front Desk | FedEx has LTL, air freight, |
| | | Service type | Priority Envelope | surface and air expedited freight, |
| Status | Delivered | | | multi piece package deliveries, and ocean freight. |

$17.40

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 29, 2005 | 9:54 AM | Delivered | ATL | |
| | 9:54 AM | On FedEx vehicle for delivery | ATLANTA, GA | |
| | 8:02 AM | On FedEx vehicle for delivery | ATLANTA, GA | |
| | 7:08 AM | At local FedEx facility | ATLANTA, GA | |
| | 5:13 AM | At dest sort facility | HAPEVILLE, GA | |
| | 4:05 AM | Departed FedEx location | MEMPHIS, TN | |
| Nov 28, 2005 | 9:29 PM | Left origin | HARAHAN, LA | |
| | 7:09 PM | Picked up | HARAHAN, LA | |

Need to track a
FedEx SmartPost
shipment?

Subscribe to tracking updates (optional)

Your Name: [                ]          Your Email Address: [                ]

| Email address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |
| [        ] | English | ☒ | ☐ |

Select format:  ⦿ HTML  ○ Text  ○ Wireless

Add personal message:
Not available for Wireless or
non-English characters.

http://www.fedex.com/Tracking

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

**Telephone: (504) 523-2500**
**Facsimile: (504) 523-2508**

**DATE:**      **January 16, 2006**

**TO:**        **Russ Herman**
              **561-6024**

**FROM:**      **Eberhard D. Garrison**

**RE:**        *Vioxx MDL No. 1657*

**FILE NO.:**  **9000**

**Comments:   Please see attached.**

**Number of pages including cover sheet:**   23

**Original to follow:   Yes**            **No   X**

If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

January 16, 2006

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:     *In re Vioxx Products Liability Litigation*
        *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and expense submissions for Jones, Verras & Freiberg for December, 2005.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.003.wpd

Florida          Louisiana          New York          Texas

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  12/01/05
To  12/31/05
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | 7.25 | | 30.75 | | | 38.00 | |
| Kevin Huddell | x A _ P _ L _ O | | | 5.00 | | | 5.00 | |
| Lynn Swanson | x A _ P _ L _ O | 1.25 | | 48.25 | | | 49.50 | |
| Paul Villalobos | x A _ P _ L _ O | | | 36.25 | | | 36.25 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 128.75 Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

G:\VVF Files\90000\Misc\Time\MDL Time 12-05.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LP
820 O'Keefe Avenue
New Orleans LA 70113

January 16, 2006
In Reference To:  Our File No. 8998
                  Vioxx MDL v. Merck & Co., Inc.
                  Vioxx MDL 1657

Invoice #3545

Professional Services

|  |  | | Hours |
|---|---|---|---|
| 12/1/2005 EDG | (Discovery) Review of deprivileged documents for the privilege log subcommittee; review of e-mails from Lynn Swanson and Kevin Huddell with Hot Document attachments | | 4.75 |
| 12/2/2005 EDG | (Discovery) Review of deprivileged documents for the privilege log subcommittee | | 4.50 |
| 12/5/2005 EDG | (Discovery) Conference call with privilege log subcommittee; review of de-privileged documents | | 4.25 |
| 12/6/2005 EDG | (Discovery) Review of deprivileged document | | 2.00 |
| 12/9/2005 EDG | (Discovery) Participate in Sales and Marketing Sub-Committee conference call; review of e-mails from S. Herman and Mark Robinson | | 0.75 |
| 12/12/2005 EDG | (Discovery) Review of deprivileged documents for privilege log sub-committee; participate in privilege log sub-committee conference call | | 2.25 |
| 12/13/2005 EDG | (Discovery) Review of e-mail from Ted Wacker and T. Neves regarding Science Committee fraudulent research; research regarding study and fraud | | 1.75 |
| EDG | (Discovery) Review of e-mail from Anthony Irpino regarding additional assignment regarding review of deprivileged documents; review of deprivileged documents with a focus on those regarding VIGOR and APPROVE | | 2.25 |

Vioxx MDL Discovery Committee USDC, EDLA

Page    2

Hours

| 2/14/2005 EDG | (Discovery) Telephone conference with Anthony Irpino regarding deprivileged documents VIGOR and APPROVE; review of deprivileged documents; draft memo regarding deprivileged documents, VIGOR and APPROVE | 2.75 |

| 2/16/2005 EDG | (Case assessment; analysis/strategy) Review of e-mail from M. Robinson with attachment regarding obstacles and sales representatives | 0.50 |

| 2/19/2005 EDG | (Discovery) Document production; review of deprivileged documents for privilege log sub-committee work on memo regarding documents regarding VIGOR and APPROVE; conference call with privilege log sub-committee; confer with Lynn Swanson; draft correspondence to M. Hugo | 2.75 |

| 12/20/2005 EDG | (Discovery) Document production; review of deprivileged documents for privilege log sub-committee; work on memo regarding VIGOR and APPROVE related to deprivileged documents | 2.75 |

Amount

For professional services rendered       31.25   $8,593.75

Balance due                                      $8,593.75

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Eberhard D. Garrison | 31.25 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


January 16, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice #3545

### Professional Services

| | | Hours |
|---|---|---|
| 12/9/2005 EDG | (Case assessment/analysis/strategy); participate in Science Committee conference call; review of conference call agenda | 1.25 |
| 12/15/2005 EDG | (Case assessment/analysis/strategy); meeting with PSC members and Louisiana attorneys regarding case selection; draft memorandum | 3.75 |
| 12/19/2005 EDG | (Case assessment/analysis); review of notes from meeting with R. Herman, J. Meuner, et al. regarding trial plaintiff selection; draft memorandum | 1.75 |

| | | Amount |
|---|---|---|
| For professional services rendered | 6.75 | $1,856.25 |
| | | |
| Balance due | | $1,856.25 |


### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 6.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

January 16, 2006
In Reference To: Our File No. 8998
Vioxx MDL v. Merck & Co., Inc.
Vioxx MDL 1657

Invoice #3545

Professional Services

| | Hours |
|---|---|
| 12/1/2005 KEH (Discovery) Review de-privileged documents, MRK-ABS series; Discovery/Privilege Log Committee draft and review numerous e-mails regarding potential Hot Documents; telephone conference with An'hony Irpino regarding potential Hot Documents | 5.00 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 5.00 | $1,375.00 |
| Balance due | | $1,375.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Kevin Huddell | 5.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

January 16, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3545

        Professional Services

|  |  | Hours |
|---|---|---|
| 12/1/2005 LES | Discovery - Review/forward e-mail regarding status conference and privilege log issues; review "de-privileged" documents; review e-mails regarding "de-privileged" documents; forward Hot Documents to committee members; e-mail to J. Restaino regarding Wayne document | 7.25 |
| 12/2/2005 LES | Discovery - Review "de-privileged" documents; forward Hot Documents to committee members; review e-mails | 8.00 |
| 12/5/2005 LES | Discovery - Review "de-privileged documents for the privilege log sub-committee of the Discovery committee; review agenda and participate in conference call of the Privilege Log Sub-Committee | 8.00 |
| 12/6/2005 LES | Discovery - Review de-privileged documents for Privilege Sub-Committee of the Discovery Committee | 3.00 |
| 12/7/2005 LES | Discovery - Review "de-privileged" documents and e-mails referencing same | 3.00 |
| 12/8/2005 LES | Discovery - Review e-mails from Sales and Marketing Sub-committee members; review e-mails regarding the NEJM story of lacking data; review news articles regarding same; review "de-privileged" documents | 2.75 |
| 12/12/2005 LES | (Discovery) Review agenda for conference call; review "de-privileged" documents for APPROVE and VIGOR mention; participate in sub-committee conference call; review news articles regarding mistrial; confer with Gladstone Jones; confer with Eberhard Garrison and Paul | 4.75 |

V xxx MDL Discovery Committee USDC, EDLA

Page      2

Hours

Villalobos regarding privilege log assignment; draft chart to fill in when
reviewing documents for APPROVE and VIGOR

| | | | Hours |
|---|---|---|---|
| 2/13/2005 | LES | Discovery - Review de-privileged documents for privilege log sub-committee | 3.00 |
| 2/14/2005 | LES | Discovery - Review e-mails regarding privileged documents; review de-privileged documents | 5.00 |
| 2/15/2005 | LES | Discovery - Review de-privileged documents | 2.50 |
| 2/19/2005 | LES | Discovery - E-mail chart we're using to review de-privileged documents to Privilege Log Sub-Committee; review agenda; participate in conference call of Privilege Log Sub-Committee | 1.00 |

Amount

For professional services rendered                          48.25  $13,268.75

Balance due                                                      $13,268.75

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 48.25 | 275.00 |

01/16/2006  17:25   9045232586          JONES VERRAS FREIBEG                    PAGE  10/23

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


January 16, 2006
In Reference To:  Our File No. 8999
                 Vioxx MDL v Merck & Co., Inc.

Invoice #3545


Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 12/8/2005 LES | (Case assessment/analysis/strategy); review e-mail from Science Committee regarding upcoming telephone conference | 0.25 |  |
| 12/13/2005 LES | (Case assessment/analysis/strategy); review e-mails regarding criminal investigation of Merck | 0.50 |  |
| 12/23/2005 LES | (Case assessment/analysis/strategy); review e-mails regarding conference call and experts | 0.50 |  |
|  |  |  | Amount |
|  | For professional services rendered | 1.25 | $343.75 |
|  | Balance due |  | $343.75 |


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.25 | 275.00 |

31/16/2006   17:29   5045232508                    JONES VERRAS FREIBEG                    PAGE 11/23

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


January 16, 2006
In Reference To:  Our File No. 8998
                 Vioxx MDL v. Merck & Co., Inc.
                 Vioxx MDL 1657

Invoice #3545

         Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 12/1/2005 PHV | Receipt and review e-mails and attached documents from Lynn Swanson and Kevin Huddell; review of Merck recently unprivileged documents (Discovery) | 6.50 | |
| 12/2/2005 PHV | Review Merck's recently unprivileged documents (Discovery) | 5.00 | |
| 12/5/2005 PHV | Receipt and review agenda for conference call; review Merck's recently unprivileged documents (Discovery) | 3.25 | |
| 12/12/2005 PHV | Receipt and review Conference Call Agenda; review of Merck recently unprivileged documents (Discovery) | 4.00 | |
| 12/13/2005 PHV | Receipt and review e-mail from Lynn Swanson; review of Merck recently unprivileged documents (Discovery) | 8.00 | |
| 12/16/2005 PHV | Review of Merck recently unprivileged documents (Discovery) | 2.50 | |
| 12/19/2005 PHV | Review of Merck recently unprivileged documents (Discovery) | 7.00 | |
|  |  |  | Amount |
| | For professional services rendered | 36.25 | $9,968.75 |
| | Balance due | | $9,968.75 |

Page 2

V oxx MDL Discovery Committee USDC, EDLA

| Attorney Summary | Hours | Rate |
|---|---|---|
| Name | | |
| Paul H. Villalobos | 36.25 | 275.00 |

Attachment "C"

**Reporting Period:**

**From:**     **12/01/05**

**To:**        **12/31/05**          Firm Name: JONES, VERRAS & FREIBERG

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:          THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| Telefax charges | |
| Postage, shipping, courier, certified mail | 59.12 |
| Printing and photocopying (in-house) | 1.50 |
| Computerized research - Lexis/Westlaw | 211.96 |
| Telephone - long distance (actual charges only) | 22.42 |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 295.00 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

Signature _____        Date  1/16/06 _____

1 16/2006                    **JONES, VERRAS & FREIBERG, LLC**                    Page      1
1 :37 AM                          Pre-bill Worksheet

---

### Selection Criteria

C ient (hand select)   Include: 8998; 8999
S ip.Date              12/1/2005 - 12/31/2005
A ttorney (hand sele   Include: Celestine Mason; Mary Kay Gogreve

Nickname        8998 | Vioxx MDL
Full Name       Vioxx MDL Discovery Committee USDC, EDLA
Address         Russ M. Herman, Plaintiffs' Liaison Counsel
                c/o Herman, Herman, Katy & Cotlar, LLP
                820 O'Keefe Avenue
                New Orleans LA 70113

Phone 1                         Phone 2
Phone 3                         Phone 4
n Ref To        Our File No. 8998
                Vioxx MDL v. Merck & Co., Inc.
                Vioxx MDL 1657
Fees Arrg.      By billing value on each slip
Expense Arrg.   By billing value on each slip
Tax Profile     Exempt
Last bill
Last charge     12/19/2005
Last payment                    Amount     $0.00

Total of billable time slips                                               $0.00

| Date ID | Attorney Expense | Price Markup % | Quantity | Amount | Total |
|---------|------------------|----------------|----------|--------|-------|
| 12/2/2005 | Mary Kay Gogreve | 56.40 | 1.000 | 56.40 | Billable |
| 82261 | $Westlaw Res. | | | | |
| | LexisNexis research charges for the month of October 2005 | | | | |
| 12/2/2005 | Mary Kay Gogreve | 7.38 | 1.000 | 7.38 | Billable |
| 82279 | $Long distance | | | | |
| | Telephone charges - ITC Deltacom | | | | |
| 12/9/2005 | Mary Kay Gogreve | 28.62 | 1.000 | 28.62 | Billable |
| 83073 | $FedEx | | | | |
| | Federal Express charges, tracking # 851191171738 | | | | |
| | Custom Text: Inv. 3-242-38564 | | | | |
| 12/16/2005 | Mary Kay Gogreve | 15.04 | 1.000 | 15.04 | Billable |
| 83084 | $Long distance | | | | |
| | Telephone charges, ITC Deltacom | | | | |

Case 2:05-md-01657-EEF-DEK   Document 61425-3   Filed 02/06/11   Page 43 of 50

1 16/2006                        JONES, VERRAS & FREIBERG, LLC                    Page     2
11:37 AM                              Pre-bill Worksheet

8 998:Vioxx MDL Discovery Committee USDC, EDLA (continued)

| Date<br>ID | Attorney<br>Expense | Price<br>Markup % | Quantity | Amount | Total<br>Billable |
|---|---|---|---|---|---|
| | | 30.50 | 1.000 | 30.50 | |
| 12/19/2005 | Mary Kay Gogreve | | | | |
| 83065 | $FedEx | | | | |
| | Federal Express charges, tracking # 851191171830 | | | | |
| | Custom Text: Inv. 3-255-70855 | | | | |

TOTAL      Billable Costs                                                        $137.94

---

### Calculation of Fees and Costs

|  | Amount | Total |
|---|---|---|
| | | $0.00 |
| Total Fees: Client Hold applied | | |
| Costs Bill Arrangement: Slips<br>By billing value on each slip. | | |
| Total of billable expense slips | $137.94 | $137.94 |
| Total of Costs (Expense Charges) | | |
| Total new charges | | $137.94 |
| New Balance<br>Current | $137.94 | |
| Total New Balance | | $137.94 |

1/16/2006                        JONES, VERRAS & FREIBERG, LLC                     Page      3
11:37 AM                              Pre-bill Worksheet

Nickname              8999 | Vioxx MDL Scien
Full Name             Vioxx MDL Science Subcommittee
Address               Vioxx MDL, EDLA Case No. 1657
                      Russ M. Herman, Plaintiffs' Liaison Counsel
                      820 O'Keefe Avenue
                      New Orleans LA 70113

Phone 1                                  Phone 2
Phone 3                                  Phone 4
In Ref To             Our File No. 8999
                      Vioxx MDL v Merck & Co., Inc.

Fees Arng.            By billing value on each slip
Expense Arng.         By billing value on each slip
Tax Profile           Exempt
Last bill
Last charge           12/31/2005
Last payment                             Amount        $0.00

                                                                                        $0.00

Total of billable time slips

| Date | Attorney | Price | Quantity | Amount | Total |
|------|----------|-------|----------|--------|-------|
| D | Expense | Markup % | | | Billable |
| 12/30/2005 | Celestine Mason | 0.25 | 6.000 | 1.50 | |
| 83150 | $Copying | | | | |
| | Internal copying charges for the month of December, 2005 | | | | |
| 12/31/2005 | Mary Kay Gogreve | 155.56 | 1.000 | 155.56 | Billable |
| 83378 | $Westlaw Res. | | | | |
| | LexisNexis research charges for the month of December 2005 | | | | |
| | Custom Text: Inv 0512135540 | | | | |

TOTAL        Billable Costs                                                            $157.06

───────────────────────────────────────────────────────────────────────

                                Calculation of Fees and Costs

                                                            Amount         Total

                                                                           $0.00

Total Fees: Client Hold applied

Costs Bill Arrangement: Slips
By billing value on each slip.

Total of billable expense slips                           $157.06
Total of Costs (Expense Charges)                                          $157.06

                                                                          $157.06

Total new charges

11/16/2006  17:29    5845232508          JONES VERRAS FREIBERG          PAGE  07/23

JONES, VERRAS & FREIBERG, LLC
Pre-bill Worksheet

1/16/2006
11:37 AM

Page    4

8199:Vioxx MDL Science Subcommittee (continued)

| | Amount | Total |
|---|---|---|
| New Balance | | |
| Current | $157.06 | |
| | | $157.06 |
| Total New Balance | | |

Case 2:05-md-01657-EEF-DEK Document 61425-3 Filed 02/06/11 Page 46 of 50

$56.40

$0.00

$56.40

$0.00

$0.00

$56.40

($908.10)

$964.50

ACCOUNT NUMBER

Case 2:05-md-01657-EEF-DEK   Document 61425-3   Filed 02/06/11   Page 47 of 50

8998                          10        71.4        6.96


8998                           4         4.4         .42
                                                    $7.38

01/16/2006  17:23  5045232508  JONES VERRAS FREIBERG  PAGE 20/23



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 1-242-38564 | Dec 16, 2005 | 2443-7450-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

• Fuel Surcharge - FedEx has applied a fuel surcharge of 20.00% to this shipment.
• Distance Based Pricing, Zone 5
• FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

**Sender**
LYNN SWANSON
JONES, VERRAS, AND FREIBERG
601 POYDRAS STE 2655
NEW ORLEANS LA 70130-6004 US

**Recipient**
BRIAN BALSER
6311 MEADOW LANE COURT
ELYRIA OH 44035 US

| | | |
|---|---|---|
| US AB | | |
| Tracking ID | 851191171736 | |
| Service Type | FedEx Priority Overnight | |
| Package Type | FedEx Box | |
| Zone | 5 | |
| Packages | 1 | |
| Rated Weight | 1.0 lbs, 0.5 kgs | |
| Delivered | Dec 12, 2005  09:26 | |
| Svc Area | A2 | |
| Signed By | T.LOESCN | |
| FedEx Use | 034318617/0001552/__ | |

| | | |
|---|---|---|
| Transportation Charge | | 28.50 |
| Discount | | -2.65 |
| Fuel Surcharge | | 4.77 |
| Total Charge | USD | $28.62 |

**Shipper Subtotal**   **USD**       **$28.62**

Case 2:05-md-01657-EEF-DEK   Document 61425-3   Filed 02/06/11   Page 49 of 50

NS 001
8998

4        158.4        16.04

TJ

- Fuel Surcharge - FedEx has applied a fuel surcharge of 20.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 8
- Package sent from: 70139 zip code
- 1st attempt Dec 20, 2005 at 02:01 PM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.

USA:
Tracking ID        851191171830
Service Type       FedEx Standard Overnight
Package Type       FedEx Box
Zone               8
Packages           1
Rated Weight       2.0 lbs, 0.9 kgs
Delivered          Dec 21, 2005  11:04
Svc Area           A1
Shipped By         L.DESIMONE
FedEx Use          035318638/0001371/_

Sender
EBERHARD GARRISON
JONES, VERRAS, AND FREIBERG
601 POYDRAS ST STE 2655
NEW ORLEANS LA 70130-6004 US

Recipient
MIKE HUGO
LOPEZ HODES RESTAINO MILMAN &
98 COMMERCIAL WHARF
BOSTON MA 02110 US

Transportation Charge                                    28.25
Fuel Surcharge                                            5.08
Discount                                                 -2.83
Total Charge                          USD               $30.50

DST V26  2 (12/04)