Case 2:05-md-01657-EEF-DEK  Document 61425-4  Filed 02/06/11  Page 1 of 52

$155.56

$155.56

$155.56

($1,576.94)

$1,732.50

# JONES, VERRAS & FREIBERG, L.L.C.
Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

## Telephone:  (504) 523-2500
## Facsimile:  (504) 523-2508

**DATE:**     February 15, 2006

**TO:**       Russ Herman
              561-6024

**FROM:**     Eberhard D. Garrison

**RE:**       *Vioxx MDL No. 1657*

**FILE NO.:**  9000

**Comments:**   Please see attached.

**Number of pages including cover sheet:**   13

**Original to follow:   Yes**             **No    X**

If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
### ——— ATTORNEYS AT LAW ———

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

February 15, 2006

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:    *In re Vioxx Products Liability Litigation*
       *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and expense submissions for Jones, Verras & Freiberg for January, 2006.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.004.wpd

Florida          Louisiana          New York          Texas

Reporting Period:
From 1/01/06
To 1/31/06
Firm Name: Jones, Verras & Freiberg

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | 3.25 | | 4.00 | | | | 7.25 |
| Kevin Huddell | x A _ P _ L _ O | 0 | | 0 | | | | 0 |
| Lynn Swanson | x A _ P _ L _ O | 2.75 | | 32.75 | | | | 35.50 |
| Paul Villalobos | x A _ P _ L _ O | | | 2.75 | | | - | 2.75 |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 45.5 Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____  Date: 2/15/06

G:\VF Files\0000\Misc\Time\MDL Time 01-06.wpd

Case 2:05-md-01657-EEF-DEK Document 61425-4 Filed 02/06/11 Page 5 of 52

Attachment "C"

**Reporting Period:**

**From:** 1/01/06

**To:** 1/31/06      **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM: THROUGH: | |
| --- | --- |
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | 1.75 |
| Computerized research - Lexis/Westlaw | 29.36 |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | 31.11 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

Signature

Date 2/19/06

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

February 15, 2006
In Reference To:  Our File No. 8998
                 Vioxx MDL v. Merck & Co., Inc.
                 Vioxx MDL 1657

Invoice #3550

Professional Services

|  |  | Hours |
|---|---|---|
| 1/9/2006 LES | (Discovery) Review agenda for and participate in Privilege Log Committee conference call; confer with Anthony Irpino regarding de-privileged document review | 1.00 |
| 1/10/2006 LES | (Discovery) Review e-mails and Hot Documents from Anthony Irpino of the Privilege Log Subcommittee | 0.75 |
| 1/16/2006 LES | (Discovery) Review agenda for conference call; attend and participate in conference call; review de-privileged documents | 2.00 |
| 1/17/2006 LES | (Discovery) Review e-mails from head of Privilege Log Sub-Committee; respond | 0.50 |
| 1/18/2006 LES | (Discovery) Review de-privileged documents and forward same with summary of the document to Anthony Irpino; confer with Eberhard Garrison, Kevin Huddell and Paul Villalobos; review e-mails from Penny Herman regarding deposition dates | 3.00 |
| 1/22/2006 LES | (Discovery) Review e-mails from Penny Herman regarding depositions scheduled | 0.25 |
| 1/23/2006 LES | (Discovery) Review agenda and prepare for privilege log subcommittee conference call; participate in conference call; review e-mails from Penny Herman regarding depositions | 0.50 |

Vioxx MDL Discovery Committee USDC, EDLA

Page 2

| Date | | Description | Hours |
|------|---|-------------|-------|
| 1/24/2006 | LES | Review e-mails from Penny Herman regarding deposition schedules; review agenda for and participate in Privilege Log Sub-Committe conference call; review e-mails regarding deprivilege documents (Discovery) | 2.00 |
| 1/25/2006 | LES | (Discovery) Download documents to XVand from hard drive; e-mails to Eberhard Garrison, Paul Villalobos and Kevin Huddell regarding review assignments; review deprivileged documents; summarize and distribute Hot Documents to Privilege Log Subcommittee | 8.50 |
| 1/26/2006 | LES | (Discovery) Review deprivileged documents; summarize and e-mail Hot Documents to Privilege Log distribution | 2.50 |
| 1/27/2006 | LES | (Discovery) Review deprivileged documents; summarize and send Hot Documents to distribution; review e-mails regarding deposition dates ad stating conference and deprivileged documents | 3.50 |
| 1/30/2006 | LES | (Discovery) Review deprivileged documents; conference call with Anthony Irpino; e-mail to discovery team regarding call; review letter to Court regarding de-privileged documents | 4.00 |
| 1/31/2006 | LES | (Discovery) Review e-mail regarding deposition of Dr. Brown; review deprivileged documents fro Hot Documents | 4.25 |

|  |  | Amount |
|--|--|--------|
| For professional services rendered | 32.75 | $9,006.25 |
| Balance due |  | $9,006.25 |

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 32.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

February 15, 2006
In Reference To:  Our File No. 8999
                 Vioxx MDL v Merck & Co., Inc.

Invoice #3550

Professional Services

| | | Hours | |
|---|---|---|---|
| 1/11/2006 LES | (Case assessment; analysis strategy) Review Caughey article | 0.50 | |
| 1/20/2006 LES | (Case assessment; analysis strategy) Review Nielson article; review Science Committee conference call agenda; participate in conference call | 2.00 | |
| 1/23/2006 LES | (Case assessment; analysis strategy) Review Mitchell article | 0.25 | |
| | | | Amount |
| | For professional services rendered | 2.75 | $756.25 |
| | Balance due | | $756.25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 2.75 | 275.00 |

02/15/2006  16:43     5045232966        JONES VERRAS FREIBEG                    PAGE  08/13

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

February 15, 2006
In Reference To:  Our File No. 8999
                  Vioxx MDL v Merck & Co., Inc.

Invoice #3550

Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 1/17/2006 EDG | (Case assessment; analysis strategy) Review of e-mails from Science Committee | 0.50 |  |
| 1/19/2006 EDG | (Case assessment; analysis strategy) Review of e-mails from Science Committee; review of ingredient studies | 1.25 |  |
| 1/20/2006 EDG | (Case assessment; analysis strategy) Conference call; review of agenda; review of notes | 1.50 |  |
|  |  |  | Amount |
|  | For professional services rendered | 3.25 | $893.75 |
|  | Balance due |  | $893.75 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 3.25 | 275.00 |

02/15/2006  16:43   5045232566          JONES VERRAS FREIBEG          PAGE 09/13

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

February 15, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice #3550

Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 1/17/2006 EDG | (Discovery) Review of deprivileged documents; draft memoranda | 2.75 |  |
| 1/19/2006 EDG | (Discovery) Review of e-mails; review of notes regarding deprivileged document review | 1.25 |  |
|  |  | | Amount |
| | For professional services rendered | 4.00 | $1,100.00 |
| | Balance due | | $1,100.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 4.00 | 275.00 |

02/15/2006  13:43  5045232599            JONES VERRAS FREIBEG            PAGE  10/13

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


February 03, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3545

> Professional Services

|  |  | Hours |
|---|---|---|
| 1/9/2006 PHV | Receipt and review e-mail from Lynn Swanson and agenda for conference call (Discovery) | 0.25 |
| 1/19/2006 PHV | Meet and confer with Anthony Irpino (Discovery) | 1.00 |
| 1/24/2006 PHV | Receipt and review e-mails from Lynn Swanson re:  deprivileged documents (Discovery) | 0.50 |
| 1/30/2006 PHV | Receipt and review e-mails from Lynn Swanson and Anthony Irpino and letter to Judge Fallon from R. Herman (Discovery) | 1.00 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 2.75 | $756.25 |
| Balance due |  | $756.25 |


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Paul H. Villalobos | 2.75 | 275.00 |

2/15/2006                    **JONES, VERRAS & FREIBERG, LLC**                          Page     1
3:46 PM                              Pre-bill Worksheet

---

                                      Selection Criteria

---

Client (hand select)   Include: 8998
Slip.Date              1/1/2006 - 1/31/2006
Activity (hand selec   Include: $Copying; $Westlaw Res.; Copy

Nickname               8998 | Vioxx MDL
Full Name              Vioxx MDL Discovery Committee USDC, EDLA
Address                Russ M. Herman, Plaintiffs' Liaison Counsel
                       c/o Herman, Herman, Katy & Cotlar, LLP
                       820 O'Keefe Avenue
                       New Orleans LA 70113
Phone 1                                Phone 2
Phone 3                                Phone 4
In Ref To              Our File No. 8998
                       Vioxx MDL v. Merck & Co., Inc.
                       Vioxx MDL 1657
Fees Arrg.             By billing value on each slip
Expense Arrg.          By billing value on each slip
Tax Profile            Exempt
Last bill
Last charge            1/31/2006
Last payment                           Amount      $0.00

Total of billable time slips                                              $0.00

| Date | Attorney | Price | Quantity | Amount | Total |
|------|----------|-------|----------|--------|-------|
| ID | Expense | Markup % | | | |
| 1/5/2006 | Mary Kay Gogreve | 29.36 | 1.000 | 29.36 | Billable |
| 84314 | $Westlaw Res. | | | | Client Hold |
| | PACER service center charges for the 4th quarter of 2005 | | | | |
| 1/31/2006 | Celestine Mason | 0.25 | 7.000 | 1.75 | Billable |
| 84103 | $Copying | | | | Client Hold |
| | Internal copying charges for the month of January, 2006. | | | | |

| | | | | |
|--|--|--|--|--|
| TOTAL | Billable Costs | | | $0.00 |

|                                          | Amount | Total |
|------------------------------------------|--------|-------|
| Total of Fees (Time Charges)             |        | $0.00 |
| Total Costs: Client Hold applied         |        | $31.11 |
| Total new charges                        |        | $0.00 |

Case 2:05-md-01657-EEF-DEK   Document 61425-4   Filed 02/06/11   Page 13 of 52

2/15/2008                          JONES, VERRAS & FREIBERG, LLC                    Page    2
3:46 PM                                 Pre-bill Worksheet

8996:Vioxx MDL Discovery Committee USDC, EDLA (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance | | $0.00 |

```
CLIENT CODE: 8998
  11/06/2005  LAEDC              12:30:30                              1        0.08
              LAST NAME: MERCK TYPE: PTY                  SEARCH
  11/06/2005  LAEDC              12:30:41                              2        0.16
              LAST NAME: MERCK TYPE: PTY                  SEARCH
  11/06/2005  LAEDC              12:30:49                              7        0.56
              LAST NAME: MERCK TYPE: PTY                  SEARCH
  11/06/2005  LAEDC              12:31:50                             27        2.16
              2:05-MD-01657-EEF-DEK 25_0-1              HISTORY/DOCUMENTS
  11/06/2005  LAEDC              12:32:23                             27        2.16
              2:05-MD-01657-EEF-DEK DOCUMENT 1172-0    IMAGE1172-0
  11/06/2005  LAEDC              12:33:24                              1        0.08
              2:05-MD-01657-EEF-DEK SHOWDKTTXT_1-0-258 HISTORY/DOCUMENTS
  11/06/2005  LAEDC              12:33:56                             17        1.36
              2:05-MD-01657-EEF-DEK DOCUMENT 1144-0    IMAGE1144-0
  11/06/2005  LAEDC              12:41:02                             27        2.16
              2:05-MD-01657-EEF-DEK 25_0-1              HISTORY/DOCUMENTS
  11/06/2005  LAEDC              13:26:40                             30        2.40
              2:05-MD-01657-EEF-DEK 25_0-1              HISTORY/DOCUMENTS
  11/07/2005  LAEDC              14:56:49                             11        0.88
              2:05-MD-01657-EEF-DEK START DATE: 11/1/2 DOCKET REPORT
  12/14/2005  LAEDC              15:16:11                             29        2.32
              2:05-CV-04206-EEF-JCW                     DOCKET REPORT
  12/14/2005  LAEDC              15:17:34                             29        2.32
              2:05-CV-04206-EEF-JCW START DATE: 1/11/2 DOCKET REPORT
  12/14/2005  LAEDC              15:26:56                             11        0.88
              2:05-CV-04206-EEF-JCW DOCUMENT 40-0      IMAGE4 )-0
  12/15/2005  LAEDC              09:24:04                              7        0.56
              FILED FROM: 12/1/2005 FILED TO: 12/15/20 SEARCH
  12/15/2005  LAEDC              09:24:48                             26        2.08
              2:05-CV-04206-EEF-JCW START DATE: 12/1/2 DOCKET REPORT
  12/15/2005  LAEDC              09:24:59                             29        2.32
              2:05-CV-04206-EEF-JCW                     DOCKET REPORT


  CUSTOMER NUMBER: JV0148
  DATE RANGE:     10/01/2005 - 12/31/2005              PAGE:        17
```

| DATE | COURT | TIME IN | TIME OUT | TIME/PAGES | AMOUNT |
|------|-------|---------|----------|------------|--------|
|      | SEARCH CRITERIA |  |  | DESCRIPTION |  |

```
-----------------------------------------------------------------------
  12/15/2005  LAEDC              18:00:50                             27        2.16
              2:05-CV-04206-EEF-JCW START DATE: 12/1/2 DOCKET REPORT
  12/15/2005  LAEDC              18:00:58                             29        2.32
              2:05-CV-04206-EEF-JCW                     DOCKET REPORT
  12/19/2005  LAEDC              14:30:58                             27        2.16
              2:05-CV-04206-EEF-JCW START DATE: 12/1/2 DOCKET REPORT
  12/24/2005  LAEDC              10:02:55                              3        0.24
              2:01-CV-00138-SSV START DATE: 1/1/2001 E DOCKET REPORT
  PACER-NET SUBTOTAL FOR  8998                          367       29.36

                                                              ==============
  SUBTOTAL FOR CLIENT CODE: 8998                                   29.36


  CLIENT CODE: 9000
  11/15/2005  LAEDC              14:17:21                             30        2.40
              2:05-MD-01657-EEF-DEK 25_0-1              HISTORY/DOCUMENTS
  11/15/2005  LAEDC              14:17:59                              1        0.08
```

**MDL 1657**

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From __2/01/06__
To __2/28/06__
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _P _L _O | 2.75 | | | | | 2.75 | |
| Kevin Huddell | x A _P _L _ | | | | | | 0 | |
| Lynn Swanson | x A _P _L _O | | | 7.50 | | | 7.50 | |
| Paul Villalobos | x A _P _L _O | | | | | | 0 | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| | _A _P _L _O | | | | | | | |
| **Total Firm Time** | | | | | | | | **10.25** Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: __4/17/06__

G:\V\FileN000\Misc\TimeMDL.7.ian 02-06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

March 22, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3556

Professional Services

|  |  | Hours |
|---|---|---|
| 2/2/2006 LES | (Discovery) Review Deposition Notice for Greg Geba; review Science Committee agenda for conference call | 0.50 |
| 2/3/2006 LES | (Discovery) Review Valentgas article; review meeting reminder; review memo regarding pathologist Fishbein | 0.50 |
| 2/17/2006 LES | (Discovery) Review agenda for conference call and 4/05 FDA memo and responses thereto and Mitchell article | 0.75 |
| 2/22/2006 LES | (Discovery) Review e-mails regarding NEJM article | 0.50 |

|  | Amount |
|---|---|
| For professional services rendered | 2.25   $618.75 |
| Balance due | $618.75 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 2.25 | 275.00 |

**JONES, VERRAS & FREIBERG, LLC**
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

March 06, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice #3550

Professional Services

|  |  | Hours |
|---|---|---|
| 2/3/2006 EDG | Participate in Science Committee conference call; review of conference call agenda; review of e-mails from Science Committee members | 1.50 |
| 2/27/2006 EDG | Review of e-mails from Science Committee; review of studies | 1.25 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 2.75 | $756.25 |
| Balance due |  | $756.25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 2.75 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

March 22, 2006
In Reference To:   Our File No. 8998
Vioxx MDL v. Merck & Co., Inc.
Vioxx MDL 1657

Invoice # 3556

Professional Services

|  |  | Hours |
|---|---|---|
| 2/1/2006 LES | (Discovery) Review e-mails regarding upcoming depositions and regarding Merck ordering medical records | 0.25 |
| 2/6/2006 LES | (Discovery) Review agenda for conference call with Privilege Log Subcommittee; participate in conference call; review Plunkett Order regarding Daubert motions; review Deposition Notices | 0.50 |
| 2/7/2006 LES | (Discovery) Review e-mail regarding Deposition Notice and e-mails regarding privilege log categories and procedures for review | 0.50 |
| 2/8/2006 LES | (Discovery) Review e-mail regarding Deposition Notice | 0.25 |
| 2/13/2006 LES | (Discovery) Review e-mail regarding Deposition Notices of Demopoulos; review Privilege Log Subcommittee letter; confer with Anthony Irpino | 0.50 |
| 2/14/2006 LES | (Discovery) Review deposition cancellation | 0.25 |
| 2/15/2006 LES | (Discovery) Review Deposition Notice to Marilyn Frahe and DDB Needham Worldwide; review electronic filings | 0.25 |
| 2/16/2006 LES | (Discovery) Review e-mails regarding service | 0.25 |
| 2/17/2006 LES | (Discovery) Review Deposition Notices of McLean and Shepherd and Demopoulos; review service notifications | 0.25 |

Vioxx MDL Discovery Committee USDC, EDLA                                  Page    2

|  |  | Hours |  |
|---|---|---|---|
| 2/20/2006 LES | (Discovery) Review e-mails and participate in telephone conference | 1.00 |  |
| 2/21/2006 LES | (Discovery) Review e-mails regarding Deposition Notices and service notifications | 0.50 |  |
| 2/22/2006 LES | (Discovery) Review e-mail regarding service | 0.25 |  |
| 2/24/2006 LES | (Discovery) Review e-mails regarding served documents | 0.25 |  |
| 2/27/2006 LES | (Discovery) Review e-mails regarding upcoming depositions and NEJM article | 0.25 |  |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 5.25 | $1,443.75 |
| Balance due |  | $1,443.75 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 5.25 | 275.00 |

**JONES, VERRAS & FREIBERG, L.L.C.**
Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

**Telephone: (504) 523-2500**
**Facsimile: (504) 523-2508**

**DATE:**       April 17, 2006

**TO:**         Russ Herman
               561-6024

**FROM:**       Eberhard D. Garrison

**RE:**         *Vioxx MDL No. 1657*
               *Common Benefit Time Submission*

**FILE NO.:**   9000

**Comments:**   Please see attached.

Number of pages including cover sheet: | |

Original to follow:   Yes            No   X

If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential*
*information belonging to the sender which is protected by the attorney-client privilege.  The*
*information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ——— ATTORNEYS AT LAW ———

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

April 17, 2006

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re: *In re Vioxx Products Liability Litigation*
*Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for February and March, 2006. There were no common benefit expenses for said months.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\herrmann.russ.crs.005.wpd

| Florida | Louisiana | New York | Texas |

Reporting Period:
From 3/01/06
To 3/31/06
Firm Name: Jones, Verras & Freiberg

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify If Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | X A _ P _ L _ O | | | | | | 0 | |
| Kevin Huddell | X A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | X A _ P _ L _ O | | | 4.75 | | | 4.75 | |
| Paul Villalobos | X A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 4.75 Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____  Date: 4/17/06

C:\VVF Files\0000Misc\Time\MDL_Time 03-06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


April 11, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3564

### Professional Services

| | | | Hours |
|---|---|---|---|
| 3/2/2006 LES | Discovery: Review deposition notice and e-mails regarding experts | | 0.25 |
| 3/3/2006 LES | Discovery: Review e-mail regarding experts and regarding deposition of Isaacs | | 0.25 |
| 3/6/2006 LES | Discovery: Review e-mail regarding upcoming conference call | | 0.25 |
| 3/22/2006 LES | Discovery: Review time submission | | 0.25 |
| | | | **Amount** |
| | For professional services rendered | 1.00 | $275.00 |
| | Balance due | | $275.00 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.00 | 275.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

April 11, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657

Invoice # 3564

      Professional Services

|  |  | Hours |
|---|---|---|
| 3/3/2006 LES | Discovery:  Review Caldwell article | 0.25 |
| 3/6/2006 LES | Discovery:  Review deposition notices of Hui Quan, Molly Bacholz, Mike Abernathy, and Jan Cooper; review e-mail regarding depository space; review e-mail regarding confidentiality designations for Cooper deposition | 0.25 |
| 3/7/2006 LES | Discovery:  Review notices of deposition from LEXIS/Nexis and e-mails regarding depository space | 0.25 |
| 3/9/2006 LES | Discovery:  Review deposition notice | 0.25 |
| 3/10/2006 LES | Discovery:  Review Notice of Deposition of Merck | 0.25 |
| 3/14/2006 LES | Discovery:  Review deposition reminder and deposition cancellation | 0.25 |
| 3/15/2006 LES | Discovery:  Review deposition cancellation and re-notice and other notifications of service | 0.50 |
| 3/16/2006 LES | Discovery:  Review e-mails regarding Privilege Log Committee | 0.25 |
| 3/20/2006 LES | Discovery:  Review e-mails regarding upcoming depositions; review agenda for Privilege Log Conference Call | 0.75 |

Vioxx MDL Discovery Committee USDC, EDLA

Page   2

| Date | | Description | Hours | |
|---|---|---|---|---|
| 3/21/2006 | LES | Discovery: Review deposition reminders; review e-mail from T. Rafferty regarding discovery meeting in Miami | 0.25 | |
| 3/22/2006 | LES | Discovery: Review time submission; review e-mail regarding FDA documents from Privilege Log Committee | 0.50 | |
| | | | | Amount |
| | | For professional services rendered | 3.75 | $1,031.25 |
| | | Balance due | | $1,031.25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 3.75 | 275.00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

## Telephone:  (504) 523-2500
## Facsimile:  (504) 523-2508

**DATE:**   June 15, 2006

**TO:**   Russ Herman
561-6024

**FROM:**   Eberhard D. Garrison

**RE:**   *Vioxx MDL No. 1657*
*Common Benefit Time Submission*

**FILE NO.:**   9000

Comments:   Please see attached.

Number of pages including cover sheet:   13

Original to follow:   Yes          No   X

If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential
information belonging to the sender which is protected by the attorney-client privilege. The
information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

June 15, 2006

*Via Facsimile*                                   File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

        Re:    *In re Vioxx Products Liability Litigation*
               *Common Benefit Time and Expense Submission*

Dear Russ:

        Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for April and May, 2006.

        Please call if you have any questions.

                                        Sincerely,

                                        Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\hermann russ.crs 006.wpd

| Florida | Louisiana | New York | Texas |
|---------|-----------|----------|-------|

**MDL 1657**

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period
From  4/01/06
To    4/30/06
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | | | 0 | |
| Kevin Huddell | x A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 8.25 | | | 8.25 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 8.25  Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature _____   Date  5/15/06

G:\VF Files\9000\MassTime\MDL_Time 04-06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M  Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


May 16, 2006
In Reference To·    Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Invoice # 3568

            Professional Services

|  | | Hours |
|---|---|---|
| 4/3/2006 LES | Discovery·  Review Notice to committee of deposition cancellation; review e-mail regarding privilege log subcommittee conference call | 0 50 |
| 4/5/2006 LES | Discovery:  Review e-mails regarding release of documents Merck had alleged as privileged; review deposition notices; conference with Privilege Log Subcommittee head | 0 75 |
| 4/10/2006 LES | Discovery   Review Deposition Notice; review e-mail regarding and attend privilege log subcommittee conference call | 1.00 |
| 4/11/2006 LES | Discovery. Review pleadings filed regarding privilege log issues | 0.50 |
| 4/12/2006 LES | Discovery   Review e-mails | 0 25 |
| 4/13/2006 LES | Discovery   Review Notices of Deposition and Notice of Status Conference, review e-mails regarding privileged documents | 0.50 |
| 4/14/2006 LES | Discovery   Review Notices of Deposition | 0 50 |
| 4/17/2006 LES | Discovery:  Review e-mail regarding expert Colin Funk and Notices of deposition; review e-mail regarding Privilege Log Committee | 0.50 |
| 4/18/2006 LES | Discovery.  Review Notices of Deposition | 0.25 |

Vioxx MDL Discovery Committee USDC, EDLA                                    Page    2

| | | Hours |
|---|---|---|
| 4/19/2006 LES | Discovery   Review Notices of Deposition; review e-mails regarding deprivileged documents and hearing | 0 75 |
| 4/21/2006 LES | Discovery·  Review Notice of deposition of Latrell Fowler, Epstein, Reese, Harper, and Miller | 0.50 |
| 4/24/2006 LES | Discovery·  Attend Privilege Log Committee conference call; review e-mails, confer with Anthony Irpino | 1 50 |
| 4/25/2006 LES | Discovery:  Review deposition notices | 0.25 |
| 4/28/2006 LES | Discovery.  Review subpoenas of Kaiser Permanente and its medical group | 0 25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 8.00 | $2,200 00 |
| Balance due | | $2,200.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E  Swanson | 8.00 | 275 00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to.
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


May 16, 2006
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc

Invoice # 3568


        Professional Services

|  | Hours |  |
|---|---|---|
| 4/14/2006 LES   Discovery·  Review e-mail regarding conference call | 0.25 | |
| | | Amount |
| For professional services rendered | 0 25 | $68.75 |
| Balance due | | $68.75 |


                        Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E  Swanson | 0 25 | 275 00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

### Telephone:  (504) 523-2500
### Facsimile:  (504) 523-2508

**DATE:**      June 15, 2006

**TO:**          **Russ Herman**
                **561-6024**

**FROM:**      **Eberhard D. Garrison**

**RE:**          *Vioxx MDL No. 1657*
                *Common Benefit Time Submission*

**FILE NO.:**   9000

**Comments:**   Please see attached.

**Number of pages including cover sheet:**   13

**Original to follow:   Yes**              **No    X**

If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential
information belonging to the sender which is protected by the attorney-client privilege.  The
information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

June 15, 2006

*Via Facsimile*                                    File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:** *In re Vioxx Products Liability Litigation*
> *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for April and May, 2006.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

enclosures
G:\JVF Files\9000\Crs\hermann russ.crs 006.wpd

| Florida | Louisiana | New York | Texas |
|---------|-----------|----------|-------|

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  5/01/06
To    5/31/06
Firm Name Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | X A _ P _ L _ O | | | 7 00 | | | 7.00 | |
| Kevin Huddell | X A _ P _ L _ | | | 0 | | | 0 | |
| Lynn Swanson | X A _ P _ L _ O | | | 6 75 | | | 6 75 | |
| Paul Villalobos | X A _ P _ L _ O | | | 3 00 | | | 3 00 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 16.75  Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657

Signature _____   Date  6/01/06

G:\VVF File\9000\MaxVTax\MDL Time 05-06.wpd

**JONES, VERRAS & FREIBERG, LLC**
Federal I.D Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to·
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No  1657
Russ M  Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

June 05, 2006
In Reference To·   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Invoice # 3573

Professional Services

| | Hours |
|---|---|
| 5/4/2006 EDG   Discovery.  Review of e-mail, review of journal articles; regarding term of use | 0.75 |
| 5/5/2006 EDG   Discovery·  Review of e-mails from Restaino and Black with article attachments for Science Committee | 1 75 |
| 5/12/2006 EDG   Discovery:  Review of e-mails with attachments from Science Committee members Bert Black and Sigelman | 1 25 |
| 5/22/2006 EDG   Discovery   Review of e-mails from Ted Wacker and John Testaeno including exhibits; draft e-mail | 0.75 |
| 5/26/2006 EDG   Discovery:  Participate in Science Committee Conference call; review of e-mails and attached articles | 1.75 |

| | | Amount |
|---|---|---|
| For professional services rendered | 6.25 | $1,718 75 |
| Balance due | | $1,718.75 |

06/15/2006  19:28    5045232508              JONES VERRAS FREIBEG                    PAGE  05/13

Vioxx MDL Science Subcommittee                                                    Page      2

|      | Attorney Summary | | |
|------|------------------|-------|-------|
| Name |                  | Hours | Rate  |
| Eberhard D. Garrison |        | 6 25  | 275.00 |

Case 2:05-md-01657-EEF-DEK Document 61425-4 Filed 02/06/11 Page 37 of 52

JONES, VERRAS & FREIBERG, LLC
Federal I D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to·
Vioxx MDL Discovery Committee USDC, EDLA
Russ M Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

June 05, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v Merck & Co , Inc.
                   Vioxx MDL 1657

Invoice # 3573

Professional Services

| | | Hours |
|---|---|---|
| 5/30/2006 EDG | Discovery:  Review of 5th Circuit Opinion regarding privilege log; confer with Lynn Swanson | 0.75 |

| | | Hours | Amount |
|---|---|---|---|
| | For professional services rendered | 0.75 | $206.25 |
| | Balance due | | $206.25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D Garrison | 0.75 | 275 00 |

JONES, VERRAS & FREIBERG, LLC
Federal I D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113

June 06, 2006
In Reference To. Our File No 8998
Vioxx MDL v Merck & Co , Inc.
Vioxx MDL 1657

Invoice # 3573

Professional Services

| | | Hours |
|---|---|---|
| 5/1/2006 LES | Discovery.  Review e-mails regarding privilege log subcommittee conference call and appeal to 5th Circuit | 0 25 |
| 5/2/2006 LES | Discovery.  Review e-mail regarding deposition; confer with Anthony Irpino regarding privilege log subcommittee | 0 25 |
| 5/3/2006 LES | Discovery·  Review Notices of Deposition, review e-mail regarding Canadian study and the actual study, forward same to Gladstone Jones, Eberhard Garrison, Paul Villalobos, Andrew Kramer, Stuart Smith, Michael Stag, and Lloyd Jolibois | 0 50 |
| 5/8/2006 LES | Discovery   Review e-mail regarding VIGOR study; review e-mails regarding depositions, review e-mail regarding privilege log subcommittee conference call, review 16 pages of FDA discovery that was de-privileged by Judge | 0 75 |
| 5/9/2006 LES | Discovery   Review deposition calendar | 0 25 |
| 5/10/2006 LES | Discovery   Review deposition notices and deposition cancellations | 0.25 |
| 5/11/2006 LES | Discovery·  Telephone conference with Anthony Irpino regarding privilege log subcommittee, review e-mails regarding 5th Circuit argument; review deposition notices | 0 50 |

Vioxx MDL Discovery Committee USDC, EDLA                                    Page    2

| | | Hours |
|---|---|---|
| 5/12/2006 LES | Discovery· Review Notification of discovery efforts in the MDL | 0.25 |
| 5/15/2006 LES | Discovery· Conference with Anthony Irpino; review e-mail regarding 5th Circuit and privilege log subcommittee; review discovery requests | 0 50 |
| 5/16/2006 LES | Discovery  Review e-mails regarding discovery | 0.25 |
| 5/17/2006 LES | Discovery  Review e-mails regarding discovery efforts in MDL | 0 25 |
| 5/18/2006 LES | Discovery. Review deposition notice and David Graham deposition and exhibits and e-mails regarding same | 0 25 |
| 5/22/2006 LES | Discovery  Review deposition notices of Reicin, Morrison, Plunkett, Pecchmann and cancellation of 30(b)(c) deposition of Merck, participate in Privilege Log Subcommittee telephone conference, review e-mails regarding cancelled depositions, telephone conference with Anthony Irpino | 0 75 |
| 5/23/2006 LES | Discovery  Review deposition cancellations | 0 25 |
| 5/25/2006 LES | Discovery. Review of e-mails regarding discovery | 0 25 |
| 5/29/2006 LES | Discovery  Review e-mails regarding deposition of Epstein and deposition cancellations of Flowers and Bailey | 0.25 |
| 5/30/2006 LES | Discovery: Review Notices of Deposition for depositions of Keep, Bryan, Moye, Grefer, Courtade, Cleland, Popma and Zipes, review 5th Circuit Opinion regarding privileged documents, confer with Kevin Huddell | 1 00 |

|  | | Amount |
|---|---|---|
| For professional services rendered | 6 75 | $1,856 25 |
| Balance due | | $1,856 25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E  Swanson | 6.75 | 275 00 |

JONES, VERRAS & FREIBERG, LLC
Federal I D Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


June 07, 2006
In Reference To.   Our File No  8998
                   Vioxx MDL v  Merck & Co , Inc.
                   Vioxx MDL 1657

Invoice # 3573

          Professional Services


|  |  | Hours |  |
|---|---|---|---|
|  |  | Hours |  |
| 5/17/2006 PHV | Discovery   Phone call with Lynn Swanson; attend meeting with Judge Fallon, meet and confer with Eberhard Garrison regarding meeting | 3 00 |  |
|  |  |  | Amount |
| | For professional services rendered | 3 00 | $825.00 |
| | Balance due | | $825 00 |


### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Paul H Villalobos | 3.00 | 275 00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508

## "REVISED SUBMISSION"

DATE:       July 20, 2006

TO:         Russ Herman
            561-6024

FROM:       Eberhard D. Garrison

RE:         *Vioxx MDL No. 1657*
            *Common Benefit Time Submission*

FILE NO.:   9000

Comments:   Please see attached.

Number of pages including cover sheet:   7

Original to follow:   Yes _____   No   X

If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

Case 2:05-md-01657-EEF-DEK  Document 61425-4  Filed 02/06/11  Page 42 of 52

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

July 20, 2006

*Via Facsimile*                                               File No.  9000

### "REVISED SUBMISSION"

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

      Re:    *In re Vioxx Products Liability Litigation*
              *Common Benefit Time and Expense Submission*

Dear Russ,

      Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for June, 2006.  There were no common benefit expenses for said month.

      Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ2 crs 62006.wpd

| Florida | Louisiana | New York | Texas |
|---|---|---|---|

JUL-20-2006 18:12    5045232508    97%    P.03

Reporting Period
From __6/01/06__
To __6/30/06__
Firm Name __Jones, Verras & Freiberg__

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | _x_ A _P_ _L_ _O_ | | | 1.50 | | | 1.50 | |
| Kevin Huddell | _x_ A _P_ _L_ _O_ | | | | | | 0 | |
| Lynn Swanson | _x_ A _P_ _L_ _O_ | | | 9.75 | | | 9.75 | |
| Paul Villalobos | _x_ A _P_ _L_ _O_ | | | .25 | | | .25 | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| | _A_ _P_ _L_ _O_ | | | | | | | |
| Total Firm Time | | | | | | | 11.5 Hrs. | |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657
Signature: _____     Date: _____

C:\VVF File\0000\MiscTime\MDL Time Revised 06 66 wpd

JONES, VERRAS & FREIBERG, LLC
Federal I D Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No 1657
Russ M Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


July 20, 2006
In Reference To    Our File No 8999
                   Vioxx MDL v Merck & Co , Inc.


Professional Services

|  |  | Hours |
|---|---|---|
| 6/12/2006 EDG | Discovery· Review of cardiovascular risks with short term use, review of e-mail from Lynn Swanson and J Restaino | 0 75 |
| 6/23/2006 EDG | Discovery   Review of Science Committee e-mails from Yelfimenko and Hoffman with attachments | 0.75 |

| | | | Amount |
|---|---|---|---|
| For professional services rendered | | 1 50 | $412 50 |
| Balance due | | | $412 50 |


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garnson | 1 50 | 275 00 |

JONES, VERRAS & FREIBERG, LLC
Federal I D  Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to
Vioxx MDL Discovery Committee USDC, EDLA
Russ M  Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


July 20, 2006
In Reference To      Our File No  8998
                     Vioxx MDL v  Merck & Co , Inc
                     Vioxx MDL 1657


Professional Services

| | | Hours | |
|---|---|---|---|
| 6/6/2006 PHV   Discovery   Receipt and review letter from P  Wittman to Judge Fallon | | 0 25 | |
| | | | Amount |
| For professional services rendered | | 0 25 | $68 75 |
| Balance due | | | $68 75 |


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Paul H  Villalobos | 0 25 | 275 00 |

JONES, VERRAS & FREIBERG, LLC
Federal I D  Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to
Vioxx MDL Discovery Committee USDC, EDLA
Russ M  Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


July 20, 2006
In Reference To     Our File No  8998
                    Vioxx MDL v. Merck & Co , Inc
                    Vioxx MDL 1657


        Professional Services

| | | | Hours |
|---|---|---|---|
| 6/1/2006 LES | Discovery | Review Notices of Deposition and service of documents filed in the MDL | 0 25 |
| 6/2/2006 LES | Discovery· | Review expert reports and deposition notices | 0 50 |
| 6/5/2006 LES | Discovery. | Review e-mails regarding Privilege Log Subcommittee and attend subcommittee conference call, review deposition notices, review letter from Phil Wittman regarding privileged documents | 0 75 |
| 6/6/2006 LES | Discovery. | Review deposition notices | 0 50 |
| 6/7/2006 LES | Discovery | Review deposition notices | 0 50 |
| 6/9/2006 LES | Discovery. | Review deposition notices | 0 50 |
| 6/12/2006 LES | Discovery | Review privilege log team assignment, prepare for subcommittee conference call, review deposition notices and other notifications of documents filed | 1 25 |
| 6/13/2006 LES | Discovery· | Review deposition notices | 0 25 |
| 6/14/2006 LES | Discovery. | Review deposition notices, review Patrono article and e-mails regarding same; review documents served | 1 00 |

07/20/2006  18:00   5045232508          JONES VERRAS FREIBEG                    PAGE  07/07

Vioxx MDL Discovery Committee USDC, EDLA                                    Page      2

|  |  |  | Hours |
|---|---|---|---|
| 6/15/2006 LES | Discovery | Review Notices of Deposition and privilege log subcommittee e-mails | 0 50 |
| 6/19/2006 LES | Discovery. | Prepare for and participate in privilege log subcommittee conference call, review deposition notices | 0 50 |
| 6/20/2006 LES | Discovery | Review deposition notices | 0 25 |
| 6/21/2006 LES | Discovery | Review e-mails regarding MDL discovery efforts, review Merck letter to Fallon regarding privilege log issues | 0 50 |
| 6/22/2006 LES | Discovery | Review e-mails regarding MDL discovery | 0 25 |
| 6/23/2006 LES | Discovery | Review discovery information in e-mails | 0 25 |
| 6/26/2006 LES | Discovery: | Review discovery requests in MDL litigation; review e-mails regarding privilege log subcommittee meeting | 0 25 |
| 6/27/2006 LES | Discovery | Review e-mails regarding discovery submitted in MDL matter | 0 25 |
| 6/28/2006 LES | Discovery | Review e-mails regarding discovery in MDL matter | 1 00 |
| 6/29/2006 LES | Discovery. | Review e-mails regarding discovery in MDL matter | 0.25 |
| 6/30/2006 LES | Discovery | Review e-mails regarding MDL discovery | 0 25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 9.75 | $2,681 25 |
| Balance due |  | $2,681 25 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E  Swanson | 9.75 | 275 00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

**Telephone: (504) 523-2500**
**Facsimile: (504) 523-2508**

DATE:     August 15, 2006

TO:       Russ Herman
          561-6024

FROM:     Eberhard D. Garrison

RE:       *Vioxx MDL No. 1657*
          *Common Benefit Time Submission*

FILE NO.: 9000

Comments:   Please see attached.

Number of pages including cover sheet:   6

Original to follow:   Yes          No     X

If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ── ATTORNEYS AT LAW ──

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

August 15, 2006

*Via Facsimile*                                          File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
      *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for July, 2006.  There were no common benefit expenses for said month.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.81506.wpd

Florida            Louisiana            New York            Texas

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From __7/1/06__
To __7/31/06__
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _P _L_ O | 1.75 | | | | | 1.75 | |
| Kevin Huddell | x A _P _L_ | | | | | | 0 | |
| Lynn Swanson | x A _P _L_ O | | | 4.25 | | | 4.25 | |
| Paul Villalobos | x A _P _L_ O | | | | | | 0 | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| | _A _P _L_ O | | | | | | | |
| **Total Firm Time** | | | | | | | | __6.0__ Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: _____

G:\VV Files\9000\Misc\TT.ref\MDL Time Revised.07-06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA 70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefa Avenue
New Orleans LA 70113

August 15, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Professional Services

|  |  | Hours |
|---|---|---|
| 7/3/2006 EDG | Case Assessment/Experts, Review of e-mail from Bert Black with attached study by Vonberman, et al. | 0.50 |
| 7/5/2006 EDG | Case Assessment/Experts, Review of e-mail from Fred Longer with attached article by Ander Sohn, et al. | 1.25 |

|  | Hours | Amount |
|---|---|---|
| For professional services rendered | 1.75 | $393.75 |
| Balance due |  | $393.75 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 1.75 | 225.00 |

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

July 2, 2007

*Via U.S. Mail*

File No. 9000

Anita M. Zimmer, CPA, ABV
Wegmann-Dazet & Company
111 Veterans Memorial Blvd.
Suite 800
Metairie, LA 70005

Re:     *In re Vioxx Products Liability Litigation*
        *Common Benefit Time and Expense Submission*

Dear Ms. Zimmer:

Enclosed please find the Time submission for July, 2006 of Lynn E. Swanson.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosure

G:\JVF Files\9000\Crs\Wegmann Dazet and Co-Anita Zimmer encl Lynn July 2006 Time Submission.7207.wpd

Florida          Louisiana          New York          Texas