JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


July 02, 2007
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


         Professional Services

|  |  | Hours |
|---|---|---|
| 7/5/2006 LES | Discovery:  Review documents filed in MDL matter and notifications of depositions scheduled and Oral Argument in Barnett case; review article regarding pre-existing risk factors | 0.50 |
| 7/7/2006 LES | Discovery:  Discuss case with attorneys in attorney meeting | 0.25 |
| 7/11/2006 LES | Discovery:  Review e-mails regarding discovery in MDL and Privilege Log Team Subcommittee | 0.25 |
| 7/14/2006 LES | Discovery:  Review e-mails regarding discovery matters | 0.25 |
| 7/15/2006 LES | Discovery:  Review deposition notices and other notifications from the MDL | 0.25 |
| 7/18/2006 LES | Discovery;  Review discovery requests in MDL | 0.25 |
| 7/19/2006 LES | Discovery:  Review Minute Entry | 0.25 |
| 7/21/2006 LES | Discovery:  Review e-mails regarding MDL discovery | 0.25 |
| 7/23/2006 LES | Discovery:  Review e-mails regarding MDL discovery | 0.25 |
| 7/24/2006 LES | Discovery:  Review e-mails regarding MDL discovery and other matters; review privilege log committee e-mail | 0.50 |

Vioxx MDL Discovery Committee USDC, EDLA                                    Page      2

|  |  |  |  | Hours |
|---|---|---|---|---|
| 7/25/2006 LES | Discovery: | Review e-mails regarding MDL discovery | | 0.25 |
| 7/26/2006 LES | Discovery: | Review e-mails regarding MDL discovery | | 0.25 |
| 7/27/2006 LES | Discovery: | Review e-mails regarding MDL discovery | | 0.25 |
| 7/28/2006 LES | Discovery: | Review e-mails regarding MDL discovery | | 0.25 |
| 7/31/2006 LES | Discovery: | Review e-mails regarding discovery in MDL | | 0.25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 4.25 | $1,062.50 |
| Balance due | | $1,062.50 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 4.25 | 250.00 |

## JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

Telephone:  (504) 523-2500
Facsimile:  (504) 523-2508

DATE:       September 15, 2006

TO:         Russ Herman
            561-6024

FROM:       Eberhard D. Garrison

RE:         *Vioxx MDL No. 1657*
            *Common Benefit Time Submission* ✓

FILE NO.:   9000

Comments:   Please see attached.

Number of pages including cover sheet:   5

Original to follow:   Yes            No    X

If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ════ ATTORNEYS AT LAW ════

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

September 15, 2006

*Via Facsimile*                                    File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re:   *In re Vioxx Products Liability Litigation*
>        *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for August, 2006.  There were no common benefit expenses for said month.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.91506.wpd

| Florida | Louisiana | New York | Texas |
|---------|-----------|----------|-------|

SEP-15-2006  14:33      S04523250B      96%      P.03

# MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From __8/1/06__
To __8/31/06__
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | | | 0 | |
| Kevin Huddell | x A _ P _ L _ O | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 4 | | | 4 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time: | | | | | | | | 4.0   Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: __9/15/06__

G:\VF\ File\0000MdmGnTime\MDL_Time Revised 08.06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


September 15, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


### Professional Services

|            |     |                                                                                              | Hours |
|------------|-----|----------------------------------------------------------------------------------------------|-------|
| 8/10/2006  | LES | Discovery:  Review e-mails regarding MDL discovery                                            | 0.25  |
| 8/11/2006  | LES | Discovery:  Review e-mail regarding MDL discovery                                             | 0.25  |
| 8/14/2006  | LES | Discovery:  Review e-mail regarding privilege log team conference call and e-mails regarding MDL discovery | 0.25  |
| 8/15/2006  | LES | Discovery:  Review e-mails regarding MDL discovery                                            | 0.25  |
| 8/16/2006  | LES | Discovery:  Review discovery notices in MDL action                                           | 0.25  |
| 8/17/2006  | LES | Discovery:  Review MDL discovery                                                             | 0.25  |
| 8/18/2006  | LES | Discovery:  Review MDL discovery e-mails                                                      | 0.25  |
| 8/21/2006  | LES | Discovery:  Review discovery e-mails in MDL litigation                                        | 0.25  |
| 8/22/2006  | LES | Discovery:  Review MDL discovery e-mails                                                      | 0.25  |
| 8/23/2006  | LES | Discovery:  Review discovery filed in the MDL                                                 | 0.25  |
| 8/24/2006  | LES | Discovery:  Review MDL discovery                                                             | 0.25  |

Vioxx MDL Discovery Committee USDC, EDLA                                            Page      2

| | | Hours |
|---|---|---|
| 8/25/2006 LES | Discovery: Review discovery filed in the MDL and Minutes from Status Conference | 0.50 |
| 8/28/2006 LES | Discovery:  Review MDL discovery | 0.25 |
| 8/29/2006 LES | Discovery:  Review discovery filed in MDL | 0.25 |
| 8/30/2006 LES | Discovery:  Review MDL discovery | 0.25 |

| | Amount |
|---|---|
| For professional services rendered | 4.00  $1,000.00 |
| Balance due | $1,000.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 4.00 | 250.00 |

10/18/2006  09:50   5045232508                JONES VERRAS FREIBEG                    PAGE  01/06    006234

## JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

**Telephone:  (504) 523-2500**
**Facsimile:  (504) 523-2508**

DATE:        October 18, 2006 ✓

TO:          **Russ Herman**
             **561-6024**

FROM:        **Eberhard D. Garrison**

RE:          *Vioxx MDL No. 1657*
             *Common Benefit Time Submission*

FILE NO.:    9000

Comments:   Please see attached.

Number of pages including cover sheet:   6

Original to follow:   Yes            No    X

**If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

10/18/2006  09:50   5045232508          JONES VERRAS FREIBEG          PAGE  02/06          006235

# JONES, VERRAS & FREIBERG, L.L.C.
## ———— ATTORNEYS AT LAW ————

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

October 18, 2006

*Via Facsimile*

File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
      *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for September, 2006. There were no common benefit expenses for said month.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.101805.wpd

Florida          Louisiana          New York          Texas

Reporting Period:
From  9/1/06
To  9/30/06
Firm Name: Jones, Verras & Freiberg

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | X A __ P __ L __ O | | | 1 | | | 1 | |
| Kevin Huddell | X A __ P __ L __ O | | | | | | 0 | |
| Lynn Swanson | X A __ P __ L __ O | | | 3 | | | 3 | |
| Paul Villalobos | X A __ F __ L __ O | | | | | | 0 | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| **Total Firm Time** | | | | | | | | **4.0** Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _(signature)_          Date:  10/18/06

G:\IV\F Files\98000\Main\TimeMDL Time Revised.09-06.wpd

10/18/2006  09:50    5045232508          JONES VERRAS FREIBEG           PAGE  04/06   006237

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

October 18, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Professional Services

|  |  | Hours |  |
|---|---|---|---|
|  |  | Hours |  |
| 9/1/2006 EDG | Discovery:  Participate in Science Committee conference call; review of e-mail and attached agenda | 1.00 |  |
|  |  |  | Amount |
|  | For professional services rendered | 1.00 | $225.00 |
|  | Balance due |  | $225.00 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 1.00 | 225.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


October 18, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


Professional Services

| | Hours |
|---|---|
| 9/11/2006 LES   Discovery:  Review e-mails regarding MDL Discovery and PLT conference call | 0.25 |
| 9/12/2006 LES   Discovery:  Review Minute Entry regarding Merck Press Conferences; confer with Anthony Irpino regarding MDL trial and privilege log team | 0.50 |
| 9/13/2006 LES   Discovery:  Review e-mails regarding MDL discovery | 0.25 |
| 9/14/2006 LES   Discovery:  Review e-mails regarding MDL discovery | 0.25 |
| 9/15/2006 LES   Discovery:  Review e-mails regarding MDL discovery | 0.25 |
| 9/21/2006 LES   Discovery:  Review discovery filed in MDL | 0.25 |
| 9/25/2006 LES   Discovery:  Review discovery served in MDL; review e-mail regarding privilege log subcommittee | 0.25 |
| 9/26/2006 LES   Discovery:  Review discovery filed in MDL | 0.25 |
| 9/27/2006 LES   Discovery:  Review discovery in the MDL | 0.25 |
| 9/28/2006 LES   Discovery:  Review e-mails regarding MDL discovery | 0.25 |

10/18/2006  09:50    5045232508              JONES VERRAS FREIBEG              . PAGE  06/06        006239

Vioxx MDL Discovery Committee USDC, EDLA

Page      2

Hours

9/29/2006 LES   Discovery:  Review e-mails regarding MDL discovery

0.25

Amount

For professional services rendered

3.00    $750.00

Balance due

$750.00

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 3.00 | 250.00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA 70130

## Telephone: (504) 523-2500
## Facsimile: (504) 523-2508

DATE:        December 20, 2006

TO:          **Russ Herman**
             **561-6024**

FROM:        **Eberhard D. Garrison**

RE:          *Vioxx MDL No. 1657*
             *Common Benefit Time Submission*

FILE NO.:    9000

Comments:    Please see attached.

**Number of pages including cover sheet:   12**

**Original to follow:   Yes                No    X**

**If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523.2508
www.lawjvf.com

December 19, 2006

*Via Facsimile*                                                     File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> Re:    *In re Vioxx Products Liability Litigation*
>        *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and cost submissions for Jones, Verras & Freiberg for October and November, 2006.  There were no common benefit expenses for November.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.121906.wpd

---

Florida              Louisiana              New York              Texas

12/20/2006  13:30    5045232508              JONES VERRAS FREIBEG                    PAGE  03/12

**MDL 1657**

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  10/1/06
To  10/31/06

Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A __ P __ I __ __ O | | | 0 | | | 0 | |
| Kevin Huddell | x A __ P __ I __ __ | | | | | | 0 | |
| Lynn Swanson | x A __ P __ I __ O | | | 3.75 | | | 3.75 | |
| Paul Villalobos | x A __ P __ I __ O | | | | | | 0 | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ I __ O | | | | | | | |
| | __ A __ P __ I __ O | | | | | | | |
| | __ A __ F __ I __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 3.75  Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.

Signature: _____   Date: 12/16/06

G:\VF\Vlexxx\Object\Time\MDL Time Revised 10-06.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


December 18, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


        Professional Services

|  |  | Hours |
|---|---|---|
| 10/6/2006 LES | Discovery:  Review service notice | 0.25 |
| 10/9/2006 LES | Discovery:  Review discovery served in MDL; review e-mail regarding privilege log subcommittee | 0.25 |
| 10/11/2006 LES | Discovery:  Review documents filed in MDL | 0.25 |
| 10/12/2006 LES | Discovery:  Review e-mails regarding notice of depositions and service | 0.50 |
| 10/13/2006 LES | Discovery:  Review e-mail notifications | 0.25 |
| 10/18/2006 LES | Discovery:  Review e-mail notifications | 0.25 |
| 10/19/2006 LES | Discovery:  Review e-mailed Notices | 0.25 |
| 10/23/2006 LES | Discovery:  Review e-mail regarding Privilege Log Subcommittee meeting | 0.25 |
| 10/24/2006 LES | Discovery: Review event notifications | 0.25 |
| 10/25/2006 LES | Discovery: Review MDL notifications | 0.25 |
| 10/26/2006 LES | Discovery:  Review documents filed in MDL | 0.25 |

Vioxx MDL Discovery Committee USDC, EDLA                                                    Page        2

|  |  | Hours |  |
|---|---|---|---|
| 10/27/2006 LES | Discovery:  Review documents filed in MDL | 0.25 |  |
| 10/30/2006 LES | Discovery:  Review documents filed in MDL and Notices of Deposition | 0.25 |  |
| 10/31/2006 LES | Discovery:  Review discovery notifications in MDL | 0.25 |  |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 3.75 | $937.50 |
| Balance due | . | $937.50 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 3.75 | 250.00 |

12/20/2006  13:30   5045232508                    JONES VERRAS FREIBEG                      PAGE  09/12

Vioxx MDL Science Subcommittee                                                  Page      2

                                                                                    Amount

          Balance due                                                              $5,850.00

                                Attorney Summary
Name                                                            Hours      Rate
Eberhard D. Garrison                                            26.00      225.00

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

**Telephone:  (504) 523-2500**
**Facsimile:  (504) 523-2508**

**DATE:**         December 20, 2006

**TO:**           Russ Herman
                561-6024

**FROM:**         Eberhard D. Garrison

**RE:**           *Vioxx MDL No. 1657*
                *Common Benefit Time Submission*

**FILE NO.:**     9000

**Comments:**     Please see attached.

**Number of pages including cover sheet:**   12

**Original to follow:  Yes**                 **No      X**

If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential*
*information belonging to the sender which is protected by the attorney-client privilege.  The*
*information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

December 19, 2006

*Via Facsimile*                                      File No. 9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
      *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and cost submissions for Jones, Verras & Freiberg for October and November, 2006.  There were no common benefit expenses for November.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.121906.wpd

Florida        Louisiana        New York        Texas

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From 11/1/06
To 11/30/06
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify as Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | 26 | | 26 | |
| Kevin Huddell | x A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 4.5 | | | 4.5 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 30.50  Hrs. |

I certify the hours presented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: 12/12/06

G:\VVF.Files\0000\Misc\TimeMDL Time Revised 11.06.wpd

Attachment "C"

**Reporting Period:**

**From:**      11/01/06

**To:**        11/30/06          **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:            THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | $15.00 |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $15.00 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

Signature _____          Date  12/16/06

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

December 18, 2006
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Professional Services

|  |  | Hours |
|---|---|---|
| 11/17/2006 EDG | Trial Preparation: Review of Science Committee e-mail; from John Restaino; draft reply; review of other committee member e-mails | 0.25 |
| 11/21/2006 EDG | Trial Preparation:  Science Committee project with approval by Shelly Sanford; review study articles for science database project; conference call with Science Committee members | 2.75 |
| 11/22/2006 EDG | Trial Preparation:  Science database project; review and coding of studies as per instruction from Science Committee | 6.50 |
| 11/25/2006 EDG | Trial Preparation:  Science Committee database project; review of and coding of studies as per instruction from Science Committee | 3.50 |
| 11/28/2006 EDG | Trial Preparation:  Review of science articles for Science Committee project; study coding; draft e-mails to Chris Taylor | 5.75 |
| 11/29/2006 EDG | Trial Preparation:  Review and coding of science articles for the Science Committee; draft e-mails to Chris Taylor | 3.25 |
| 11/30/2006 EDG | Trial Preparation:  Review and coding of science articles for the Science Committee; draft e-mails to Chris Taylor | 4.00 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 26.00 | $5,850.00 |

Vioxx MDL Science Subcommittee                                    Page    2

                                                                 _____Amount

            Balance due                                          $5,850.00

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Eberhard D. Garrison | 26.00 | 225.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


December 18, 2006
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


Professional Services

|  |  | Hours |
|---|---|---|
| 11/1/2006 LES | Discovery:  Review notifications of filings in MDL and discovery notices | 0.25 |
| 11/2/2006 LES | Discovery:  Review MDL discovery | 0.25 |
| 11/6/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/7/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/8/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/9/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/10/2006 LES | Discovery:  Review MDL notices and lists of jurors; forward lists to others for review | 0.75 |
| 11/11/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/12/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/16/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/19/2006 LES | Discovery:  Review e-mails regarding MDL notices | 0.25 |

Vioxx MDL Discovery Committee USDC, EDLA                                    Page       2

|  |  | Hours |
|---|---|---|
| 11/20/2006 LES | Discovery:  Review e-mails regarding MDL discovery/notices | 0.25 |
| 11/21/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/22/2006 LES | Discovery:  Review e-mails regarding MDL notices/discovery | 0.25 |
| 11/28/2006 LES | Discovery:  Review MDL notices | 0.25 |
| 11/30/2006 LES | Discovery:  Review MDL notices | 0.25 |

|  |  | Amount |
|---|---|---|
| For professional services rendered | 4.50 | $1,125.00 |
| Balance due |  | $1,125.00 |

## Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 4.50 | 250.00 |

12/20/2006  13:30    5045232508              JONES VERRAS FREIBEG              PAGE  12/12

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

December 15, 2006
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

        Additional Charges :

|  |  | Amount |
|---|---|---|
| 11/30/2006 Internal copying charges for the month of November, 2006 |  | 15.00 |
| | Total costs | $15.00 |
| | Balance due | $15.00 |

**MDL 1657**

**Vioxx Products Liability Litigation Report of Member Firm Time**

Reporting Period:
From __12/1/06__
To __12/31/06__
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify if Attorney (A), Paralegal(P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | 17.25 | | 17.25 | |
| Kevin Huddell | x A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 1 | | | 1 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | __18.25__ Hrs. |

I certify that the time documented above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____   Date: __11/7/06__

G:\VF Files\9000\Misc\Time\MDL Time 12-06.wpd

11/7/2008                            JONES, SWANSON, HUDDELL & GARRISON, LLC
8:50 AM                                          Pre-bill Worksheet                                    Page      1

Nickname          8999 | Vioxx MDL Scien
Full Name         Vioxx MDL Science Subcommittee
Address           Vioxx MDL, EDLA Case No. 1657
                  Russ M. Herman, Plaintiffs' Liaison Counsel
                  820 O'Keefe Avenue
                  New Orleans LA 70113

Phone 1                                     Phone 2
Phone 3                                     Phone 4
In Ref To         Our File No. 8999
                  Vioxx MDL v Merck & Co., Inc.

Last bill
Last charge       12/7/2006
Last payment                          Amount       $0.00

| Date | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|------|------|------|------|------|------|
| 12/4/2006 | Eb Garrison<br>Review<br>Trial Preparation: Review of science articles; coding of same articles | 225.00 | 4.25 | 956.25 | Billable |
| 12/5/2006 | Eb Garrison<br>Review<br>Trial Preparation:  Review and summarize science articles for the Science<br>Committee | 225.00 | 4.50 | 1,012.50 | Billable |
| 12/6/2006 | Eb Garrison<br>Review<br>Trial Preparation:  Review of science articles for the Science Committee;<br>draft e-mails | 225.00 | 3.25 | 731.25 | Billable |
| 12/7/2006 | Eb Garrison<br>Review<br>Trial Preparation:  review and summarize articles for Science Committee | 225.00 | 5.25 | 1,181.25 | Billable |

| TOTAL | Billable Fees | | 17.25 | | $3,881.25 |
|------|------|------|------|------|------|

Total of billable expense slips                                                                $0.00

|  |  | Amount | Total |
|------|------|------|------|
| Total of Fees (Time Charges) | | | $3,881.25 |
| Total of Costs (Expense Charges) | | | $0.00 |
| Total new charges | | | $3,881.25 |

11/7/2008                          JONES, SWANSON, HUDDELL & GARRISON, LLC
8:50 AM                                      Pre-bill Worksheet                                    Page      2

8999:Vioxx MDL Science Subcommittee (continued)

|  | Amount | Total |
|---|---|---|
| Total New Balance | | $3,881.25 |

| Attorney Summary | | | | | |
|---|---|---|---|---|---|
| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
| EDG | 225.00 | 17.25 | $3,881.25 | $3,881.25 | 0.00 |

11/7/2008             JONES, SWANSON, HUDDELL & GARRISON, LLC
8:49 AM                      Pre-bill Worksheet                            Page    1

| | |
|---|---|
| Nickname | 8998 | Vioxx MDL |
| Full Name | Vioxx MDL Discovery Committee USDC, EDLA |
| Address | Russ M. Herman, Plaintiffs' Liaison Counsel |
| | c/o Herman, Herman, Katy & Cotlar, LLP |
| | 820 O'Keefe Avenue |
| | New Orleans LA 70113 |

Phone 1                             Phone 2
Phone 3                             Phone 4
In Ref To          Our File No. 8998
                    Vioxx MDL v. Merck & Co., Inc.
                    Vioxx MDL 1657

Last bill
Last charge      12/20/2006
Last payment                      Amount       $0.00

| Date | Attorney<br>Task | Rate<br>Markup % | Hours<br>DNB Time | Amount<br>DNB Amt | Total |
|---|---|---|---|---|---|
| 12/1/2006 | Lynn E. Swanson<br>Review<br>Discovery:  Review MDL notices | 250.00 | 0.25 | 62.50 | Billable |
| 12/11/2006 | Lynn E. Swanson<br>Review<br>Discovery: Review MDL notices | 250.00 | 0.25 | 62.50 | Billable |
| 12/20/2006 | Lynn E. Swanson<br>Review<br>Discovery:  Review MDL service e-mails | 250.00 | 0.50 | 125.00 | Billable |
| TOTAL | Billable Fees | | 1.00 | | $250.00 |

Total of billable expense slips                                      $0.00

| | Amount | Total |
|---|---|---|
| Total of Fees (Time Charges) | | $250.00 |
| Total of Costs (Expense Charges) | | $0.00 |
| Total new charges | | $250.00 |
| Total New Balance | | $250.00 |

11/7/2008                          JONES, SWANSON, HUDDELL & GARRISON, LLC
8:49 AM                                      Pre-bill Worksheet                              Page      2

8998:Vioxx MDL Discovery Committee USDC, EDLA (continued)

| Attorney Summary | | | | | |
|---|---|---|---|---|---|
| Attorney | Rate | Hours | Charges | Slip Value | Adjustment |
| LES | 250.00 | 1.00 | $250.00 | $250.00 | 0.00 |

001070  02/15/2007  13:17   5045232508          JONES VERRAS FREIBEG                    PAGE  01/06

## JONES, VERRAS & FREIBERG, L.L.C.
### Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

### Telephone:  (504) 523-2500
### Facsimile:  (504) 523-2508


**DATE:**      February 15, 2007

**TO:**         **Russ Herman**
              **561-6024**

**FROM:**      Eberhard D. Garrison

**RE:**         *Vioxx MDL No. 1657*
              *Common Benefit Time Submission*

**FILE NO.:**   9000

**Comments:**   Please see attached.

Number of pages including cover sheet:   6

Original to follow:   Yes          No    X

**If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential
information belonging to the sender which is protected by the attorney-client privilege. The
information is intended solely for the use of the individual or entity named above.*

02/15/2007  13:17   5045232506          JONES VERRAS FREIBEG          PAGE 02/06
                                                                      001071

# JONES, VERRAS & FREIBERG, L.L.C.
## ━━ ATTORNEYS AT LAW ━━

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

February 15, 2007

*__Via Facsimile__*                                    File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

> **Re:**  *In re Vioxx Products Liability Litigation*
> *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time and cost submissions for Jones, Verras & Freiberg for January, 2007.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.21507 wpd

---

Florida          Louisiana          New York          Texas

FEB-15-2007  13:36          5045232508          98%          P.02

FEB-15-2007 13:35          5045232508          92%          P.03

Reporting Period:
From __1/1/07__
To __1/31/07__
Firm Name: Jones, Verras & Freiberg

# MDL 1657
# Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | | | 0 | |
| Kevin Huddell | x A _ P _ L _ O | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 1 | | | 1.25 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| **Total Firm Time** | | | | | | | | 1.25   Hrs. |

I certify that the time submitted above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____          Date: __2/15/07__

G:\IVF Files\0000\MiscTime\MDL Time 1-07.wpd

·02/15/2007  13:17    5045232508              JONES VERRAS FREIBEG                    PAGE  04/06
                                                                                            001073

Attachment "C"

**Reporting Period:**

**From:**      1/01/07

**To:**        1/31/07          **Firm Name: JONES, VERRAS & FREIBERG**

| MDL 1657 - VIOXX PRODUCTS LIABILITY LITIGATION COMMON HELD COSTS AND EXPENSES FROM:                THROUGH: | |
|---|---|
| **CLIENT COSTS/EXPENSES** | **TOTAL** |
| | |
| Telefax charges | |
| Postage, shipping, courier, certified mail | |
| Printing and photocopying (in-house) | |
| Computerized research - Lexis/Westlaw | |
| Telephone - long distance (actual charges only) | $.20 |
| Travel | |
| Secretarial and clerical overtime | |
| **TOTAL COSTS** | $.20 |

*Please attach documentation for each expense reported

I certify that these expenses are properly documented, complete and accurate and have been incurred for the common benefit.

_____            ___2/15/07_____
Signature                            Date

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517800
601 Poydras Street
New Orleans, LA 70130
Suite 2655


Invoice submitted to:
Vioxx MDL Discovery Committee USDC, EDLA
Russ M. Herman, Plaintiffs' Liaison
Counsel
c/o Herman, Herman, Katy & Cotlar,
LLP
820 O'Keefe Avenue
New Orleans LA 70113


February 15, 2007
In Reference To:   Our File No. 8998
                   Vioxx MDL v. Merck & Co., Inc.
                   Vioxx MDL 1657


        Professional Services

| | Hours | |
|---|---|---|
| | 1.25 | |
| 1/25/2007 LES   Discovery:  Review articles and e-mails from Restaino, Sanford, Abney, Garrison and Jolibois | | |
| | | Amount |
| For professional services rendered | 1.25 | $312.50 |
| Balance due | | $312.50 |


Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.25 | 250.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

February 15, 2007
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.


Additional Charges :

|  | Amount |
|---|---|
| 1/8/2007 Long distance charges, Deltacom | 0.20 |
| | $0.20 |
| Total costs | |
| | $0.20 |
| Balance due | $0.20 |

006113 03/15/2007  16:08    5045232508              JONES VERRAS FREIBEG              PAGE  01/06

# JONES, VERRAS & FREIBERG, L.L.C.
### Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

### Telephone: (504) 523-2500
### Facsimile: (504) 523-2508

DATE:        March 15, 2007

TO:          **Russ Herman**
             **561-6024**

FROM:        Eberhard D. Garrison

RE:          *Vioxx MDL No. 1657*
             *Common Benefit Time Submission*

FILE NO.:    9000

Comments:    Please see attached.

Number of pages including cover sheet:   6

Original to follow:   Yes              No    **X**

**If there are any problems with receipt of this transmission, please call Celestine Mason at (504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended solely for the use of the individual or entity named above.*

006114 03/15/2007  16:08    5045232508          JONES VERRAS FREIBEG              PAGE  02/06

# JONES, VERRAS & FREIBERG, L.L.C.
## ━ ATTORNEYS AT LAW ━

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

March 15, 2007

*Via Facsimile*                                         File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
      *Common Benefit Time and Expense Submission*

Dear Russ:

   Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for
February, 2007.

   Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.31507.wpd

Florida            Louisiana            New York            Texas

MAR-15-2007 17:12     5045232508     97%     P.03

Reporting Period:
From __2/1/07__
To __2/28/07__
Firm Name: Jones, Verras & Freiberg

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O _ | 3.50 | | | | | 3.50 | |
| Kevin Huddell | x A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 1.75 | | | 1.75 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 5.25 Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____     Date: 3/15/07

G:\VF File\9000\MiscTime\MDL Time 2-07.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

March 15, 2007
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

### Professional Services

| | | | Hours |
|---|---|---|---|
| 2/16/2007 EDG | Case Assessment: | Review of e-mail and attachment from John Restaino | 0.50 |
| 2/19/2007 EDG | Case Assessment: | Review of e-mails from John Restaino and attached studies | 0.75 |
| 2/21/2007 EDG | Case Assessment: | Review of e-mail from Bert Black and attached article | 0.50 |
| 2/26/2007 EDG | Case Assessment: | Review of e-mails and attached studies from John Restaino | 1.75 |

| | Hours | Amount |
|---|---|---|
| For professional services rendered | 3.50 | $787.50 |
| Balance due | | $787.50 |

### Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Eberhard D. Garrison | 3.50 | 225.00 |

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

March 15, 2007
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.

Professional Services

| | | Hours |
|---|---|---|
| 2/16/2007 LES | Discovery:  Review study sent by John Restaino and e-mails pertaining thereto | 0.50 |
| 2/21/2007 LES | Discovery:  Review e-mails regarding scientific article from Restaino and Black and review article | 0.50 |
| 2/24/2007 LES | Discovery:  Review Article: "The Effects of Cox-2 Selective and Non-Selective NSAIDs on the Initiation and Progression of Atherosclerosis in ApoE(-/-) mice" and e-mails regarding | 0.50 |
| 2/25/2007 LES | Discovery:  Review e-mails from Restaino and Black regarding scientific article | 0.25 |

| | | | Amount |
|---|---|---|---|
| | For professional services rendered | 1.75 | $437.50 |
| | Balance due | | $437.50 |

006118 03/15/2007  16:08    5045232508                JONES VERRAS FREIBEG                    PAGE  05/06

Vioxx MDL Science Subcommittee                                                               Page    2

Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 1.75 | 250.00 |

## JONES, VERRAS & FREIBERG, L.L.C.
### Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

**Telephone:  (504) 523-2500**
**Facsimile:  (504) 523-2508**

DATE:      April 26, 2007

TO:        Russ Herman
           561-6024

FROM:      Eberhard D. Garrison

RE:        *Vioxx MDL No. 1657*
           *Common Benefit Time Submission*

FILE NO.:  9000

Comments:  Please see attached.

Number of pages including cover sheet:   5

Original to follow:  Yes              No   X

If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.

*This facsimile transmission (and/or the documents accompanying it) may contain confidential*
*information belonging to the sender which is protected by the attorney-client privilege.  The*
*information is intended solely for the use of the individual or entity named above.*

04/26/2007  16:48    5045232508           JONES VERRAS FREIBEG              PAGE  02/05

# JONES, VERRAS & FREIBERG, L.L.C.
### ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

April 26, 2007

*Via Facsimile*                                                      File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

            Re:    *In re Vioxx Products Liability Litigation*
                   *Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for March, 2007.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.42607.wpd

Florida           Louisiana          New York          Texas

APR-26-2007  16:53           5045232508            97%                    P.02

MDL 1657

## Vioxx Products Liability Litigation Report of Member Firm Time

Reporting Period:
From  3/1/07
To   3/31/07
Firm Name: Jones, Verras & Freiberg

| Name of Individual | Identify If Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A __ P __ L __ O __ | | | | | | | |
| Kevin Huddell | x A __ P __ L __ O __ | | | | | | 0 | |
| Lynn Swanson | x A __ P __ L __ O __ | | | 1.75 | | | 1.75 | |
| Paul Villalobos | x A __ P __ L __ O __ | | | | | | 0 | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| | __ A __ P __ L __ O | | | | | | | |
| Total Firm Time | | | | | | | | 1.75  Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____  Date:  4/23/07

G:\VVF Files\9000\Misc\Time\MDL Time 3-07.wpd

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655


Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113


April 26, 2007
In Reference To:   Our File No. 8999
                   Vioxx MDL v Merck & Co., Inc.


Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 3/7/2007 LES | Discovery:  Review article and e-mails from Restaino and Abney Tisl | 0.50 |  |
| 3/8/2007 LES | Discovery:  Review e-mail from Abney regarding article titled "The Efiects of Cox-2 Selective and Non-Selective NSAIDs on the Initiation and Progression of Atherosclerosis in Apo #(-/-) Mice" | 0.25 |  |
| 3/16/2007 LES | Discovery:  Review article from Restaino and e-mails regarding "GI Complications with Cox-2 Inhibitors" | 0.25 |  |
| 3/27/2007 LES | Discovery: Review article "Use of Anti-Inflammatory Drugs" and e-mails from members of Science Subcommittee | 0.50 |  |
| 3/31/2007 LES | Discovery:  Review article "Long Term Risk of Ischemic Stroke Associated with Rofecoxib" and associated e-mails | 0.25 |  |
|  |  |  | Amount |
|  | For professional services rendered | 1.75 | $437.50 |
|  | Balance due |  | $437.50 |

Vioxx MDL Science Subcommittee                                                      Page      2

                                        Attorney Summary

| Name | Hours | Rate |
|------|-------|------|
| Lynn E. Swanson | 1.75 | 250.00 |

# JONES, VERRAS & FREIBERG, L.L.C.

Attorneys at Law
Pan-American Life Center
601 Poydras Street
Suite 2655
New Orleans, LA  70130

### Telephone:  (504) 523-2500
### Facsimile:  (504) 523-2508

DATE:      May 15, 2007

TO:        **Russ Herman**
           **561-6024**

FROM:      **Eberhard D. Garrison**

RE:        *Vioxx MDL No. 1657*
           *Common Benefit Time Submission*

FILE NO.:  **9000**

Comments:  Please see attached.

Number of pages including cover sheet:  **4**

Original to follow:  Yes          No    X

**If there are any problems with receipt of this transmission, please call Celestine Mason at
(504) 523-2500.**

*This facsimile transmission (and/or the documents accompanying it) may contain confidential
information belonging to the sender which is protected by the attorney-client privilege.  The
information is intended solely for the use of the individual or entity named above.*

# JONES, VERRAS & FREIBERG, L.L.C.
## ATTORNEYS AT LAW

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504.523.2500
Telecopier 504.523-2508
www.lawjvf.com

May 15, 2007

*Via Facsimile*                                    File No.  9000

Russ M. Herman
Plaintiffs' Liaison Counsel
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *In re Vioxx Products Liability Litigation*
*Common Benefit Time and Expense Submission*

Dear Russ:

Enclosed, please find common benefit time submissions for Jones, Verras & Freiberg for April, 2007.

Please call if you have any questions.

Sincerely,

Eberhard D. Garrison

EDG/cm

Enclosures
G:\JVF Files\9000\Crs\hermann.russ.crs.42607.wpd

Florida            Louisiana            New York            Texas

Reporting Period:
From  4/1/07
To    4/30/07
Firm Name: Jones, Verras & Freiberg

## MDL 1657
## Vioxx Products Liability Litigation Report of Member Firm Time

| Name of Individual | Identify if Attorney (A), Paralegal (P), Law Clerk (L), or Other (O) | Case Assessment, Development, and Administration (insert number of hours) | Pre-Trial Pleadings and Motions (insert number of hours) | Discovery (insert number of hours) | Trial Preparation and Trial (insert number of hours) | Appeal (insert number of hours) | Total Hours by Individual | Summary Total Hours of All Firm Personnel |
|---|---|---|---|---|---|---|---|---|
| Eberhard Garrison | x A _ P _ L _ O | | | | | | | |
| Kevin Huddell | x A _ P _ L _ | | | | | | 0 | |
| Lynn Swanson | x A _ P _ L _ O | | | 1.75 | | | 1.75 | |
| Paul Villalobos | x A _ P _ L _ O | | | | | | 0 | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| | _ A _ P _ L _ C | | | | | | | |
| | _ A _ P _ L _ O | | | | | | | |
| Total Firm Time | | | | | | | | 1.75   Hrs. |

I certify that the time reported above is accurate and correct and was incurred for the common benefit of claimants in MDL 1657.
Signature: _____    Date: 5/15/07

G:\VF Files\0000\MiscTime\MDL_Time_3-07.wpd

05/15/2007  16:36    5045232508              JONES VERRAS FREIBEG                 PAGE  04/04

JONES, VERRAS & FREIBERG, LLC
Federal I.D. Number 72-1517600
601 Poydras Street
New Orleans, LA  70130
Suite 2655

Invoice submitted to:
Vioxx MDL Science Subcommittee
Vioxx MDL, EDLA Case No. 1657
Russ M. Herman, Plaintiffs' Liaison
Counsel
820 O'Keefe Avenue
New Orleans LA 70113

May 15, 2007
In Reference To:    Our File No. 8999
                    Vioxx MDL v Merck & Co., Inc.

Professional Services

|  |  | Hours |  |
|---|---|---|---|
| 4/1/2007 LES | Discovery:  Review scientific article and associated e-mails | 0.25 | |
| 4/4/2007 LES | Discovery:  Review article from Restaino regarding CV events after 'Vioxx discontinuation | 0.25 | |
| 4/6/2007 LES | Discovery:  Review scientific presentation from Dechert and e-mails regarding same | 0.50 | |
| 4/11/2007 LES | Discovery:  Review e-mails regarding FDA review of Etoricoxib | 0.25 | |
| 4/25/2007 LES | Discovery:  Review original article and Furburg article | 0.50 | |
|  |  |  | Amount |
| | For professional services rendered | 1.75 | $437.50 |
| | Balance due | | $437.50 |

Attorney Summary

| Name | Hours | Rate |
|---|---|---|
| Lynn E. Swanson | 1.75 | 250.00 |