## JONES, SWANSON, HUDDELL & GARRISON, L.L.C.
### ATTORNEYS AT LAW

Eberhard D. Garrison
egarrison@jonesswanson.com

Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, Louisiana 70130-6004
Telephone 504-523-2500
Telecopier 504-523-2508
www.jonesswanson.com

November 7, 2008

*Via Email*

File No. 9000

Daniel Gerhold
Wegmann Dazet & Company
111 Veterans Boulevard
Suite 800
Metairie, Louisiana 70005

    Re: *In re Vioxx Products Liability Litigation*
         Common Benefit Time and Expense Supplement

Dear Dan:

    Thank you for the call and the information that you provided. Pursuant to our call, I am submitting this letter providing the information we talked about regarding time submissions for February 2006 and December 2006 in addition to an amended cost submission for September 2005.

February 2006

    I received notice from your firm that in our February 2006 time submission, "Lynn Swanson's time on the summary form doesn't match the detailed time." I believe that the time does match but one has to look at two detailed time reports that we submitted or which we intended to submit. As I said, we kept common benefit hours under two case numbers depending whether the work was for the Science Committee or the Discovery Committee. I have attached these two detailed time reports for your records and you will see the total time for Ms. Swanson for February 2006 totals 7.50 hours (2.25 + 5.25) as was previously reported in our MDL time report.

December 2006

    After reviewing an email to me from Anita Zimmer, it appears that your firm did not receive my firm's common benefit time for December 2006. Accordingly, I hereby submit an MDL Report and corresponding firm detail reports evidencing 18.25 hours of work for December 2006.

EXHIBIT 3

September 2005

I received notice from your firm that I had not submitted all receipts for travel expenses for our September 2005 common benefit cost submission. Accordingly, I hereby submit an amended cost itemization with attached receipts that total $788.75. Previously, we had reported $850.37. However, I can not locate some of the meal receipts and the airport travel charges most likely due to the fact that at that time we had relocated our office to Houston in response to Hurricane Katrina. Thus, I hereby submit the amended common benefit cost amount of $788.75 for September 2005.

Also, can you send me an email confirming the total amount of my firm's common benefit hours that we submitted? Thank you for your attention to this matter and if you have any questions, please give me a call.

Sincerely,

Eberhard D. Garrison

enclosures

G:\JVF Files\9000\Crs\gerholds.crs submitting REVISED Submission Form for Februry 2006.110708wpd.wpd