## Eberhard Garrison

**From:** Daniel Gerhold [dgerhold@wdco.biz]
**Sent:** Monday, November 10, 2008 1:12 PM
**To:** Eberhard Garrison
**Subject:** RE: In re Vioxx - Common Benefit Supplement

Mr. Garrison,

I have updated all of your Vioxx submissions. We have a total of 841.5 hours accepted, and a total of $1,639.13 of accepted expenses.

Thanks,

Daniel Gerhold

---

**From:** Eberhard Garrison [mailto:EGarrison@jonesswanson.com]
**Sent:** Friday, November 07, 2008 4:39 PM
**To:** Daniel Gerhold
**Subject:** In re Vioxx - Common Benefit Supplement

Dan,

As a follow up to our telephone conversation today, please see the attached correspondence and attachments. Thanks for you help and time.

Please confirm your receipt of this email and if you could, let me know the total of my firm's common benefit hours. Keep in mind that Jones, Verras & Freiberg is the former name of my firm and we are now called Jones, Swanson, Huddell & Garrison.

Sincerely,

Eberhard D. Garrison
JONES, SWANSON, HUDDELL & GARRISON, LLC
601 Poydras Street
Suite 2655
New Orleans, Louisiana 70130
Tel: 504-523-2500
Fax: 504-523-2508



EXHIBIT 4

2/4/2011