UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:**    **Vioxx claimant Vanessa Reese**

## ORDER

The Court is in receipt of the attached correspondence sent by attorney Charles M. Morgan, Jr., on behalf of Vioxx claimant Vanessa Reese. IT IS ORDERED that the attached correspondence be entered into the record. Mr. Morgan indicates that Ms. Reese believes that funds were incorrectly withheld from the settlement amount she received for liens on her claim that she believes did not exist. Mr. Morgan has requested an accounting from the attorney who represented Ms. Reese in the Vioxx matter to determine whether but has not received a response.

This matter is referred to Plaintiff's Liaison Counsel, Mr. Russ Herman, who is directed to contact Ms. Reese's Vioxx attorney, ascertain that attorney's position on the matter, and report to the Court. If Plaintiff's Liaison Counsel has difficulty contacting Ms. Reese's Vioxx attorney or is unable to obtain that attorney's position on the matter, he shall report that to the Court and the Court will set an appropriate Rule to Show Cause to resolve the matter.

New Orleans, Louisiana, this 4th day of February, 2011.

                                      UNITED STATES DISTRICT JUDGE

\_\_Fee _____
\_\_Process _____
X\_\_Dktd _____
\_\_CtRmDep _____
\_\_Doc. No._____

Clerk to serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Charles M. Morgan, Jr.
11510 Buckeye Road
Cleveland, OH 44104

Claims Administrator
BrownGreer PLC
115 S. 15th St.
Suite 400
Richmond, VA 23219