# CHARLES M. MORGAN, JR.
Attorney At Law

RECEIVED

JAN 2 8 2011

11510 Buckeye Road
Cleveland, Ohio 44104
Phone: (216) 721-7700
Fax: (216) 721-5261

January 15, 2011

Judge Eldon E. Fallon
500 Camp Street, Room C-456
New Orleans, LA  70130

      Re:    Vioxx Settlement
                Vanessa Resse

Dear Judge Fallon:

I am an attorney from Cleveland, Ohio who has represented Ms. Vanessa Reese on several matters over the years.  I did not represent her in the Vioxx matter.

Ms. Reese came to me because of problems with her "settlement" in the above matter.  After confirming with her, I sent a letter to her counsel; Morelli & Ratner, requesting an accounting of her receipts and disbursements for her claim.  A certified letter went out on November 13, 2010 and a faxed letter was sent on December 2, 2010. Copies are attached.

To date, no response to the request for an accounting has been received.

My client is of the opinion that she should have received a larger settlement as their existed no medical liens on her claim.

I have spoken to Regina Valentine regarding this matter.  She works in the complaint department and suggested a letter be addressed to you.

Judge Eldon Fallon
January 15, 2011
Page Two


      As such, your help is requested to obtain a response from Morelli & Ratner in this matter.

      Thank you, in advance, for any help you can provide.

      Very truly yours,

Charles M. Morgan, Jr.

CMM/vdm

Enclosures

November 13, 2010

**VIA CERTIFIED MAIL**

Victoria J. Maniatis, Esq.
Morelli & Ratnor
950 Third Avenue
New York, New York  10022

      Re:    Reese v. Merck
              Your File Number:  VX944

Dear Attorney Maniatis:

Please be advised that the undersigned represents Ms. Reese regarding some collateral issues with her insurance provider regarding payments for treatment which may have been provided for out of the Vioxx matter.

It is requested that you forward to the undersigned copies of all checks disbursed on behalf of Ms. Reese out of the above matter.  Please include all checks regardless of who the payee is.

A reply within one week would be appreciated as we are on a time constraint.

Thank you for your anticipated cooperation.

                      Very truly yours,

                      Charles M .Morgan, Jr.

CMM/vm

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Charles M. Morgan Jr.
atty. at law
11510 Buckeye Road
Cleveland Ohio 44104

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Morelli & Ratnor
950 Third Avenue
New York, New York
10022

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X D English   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D English                        11/18/10

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7009 3410 0000 4819 5304

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-154

# CHARLES M. MORGAN, JR.
Attorney At Law

11510 Buckeye Road
Cleveland, Ohio 44104
Phone: (216) 721-7700
Fax: (216) 721-5261

December 1, 2010

David S. Ratner, Esquire
Morelli Ratner PC
950 Third Avenue
New York, New York  10022

Re: Reese v. Merck
Your File No: VX944

via fax  212-751-0046

Dear Mr. Ratner:

I am in receipt of your letter dated November 30, 2010 wherein you claim that "we called several times." I am aware of Mr. Morelli's secretary calling one time. I did return the call on November 29, 2010 and spoke to Molly. I provided her with my cell phone number to have Mr. Morelli return my call.

Ms. Reese is looking for copies of all checks disbursed regarding her above claim. That should include, but not limited to, all checks to medical providers, insurance companies, attorney fees, and any other obligation paid on her behalf. In short, a complete accounting of all receipts and disbursements associated to the above claim.

A release executed by Ms. Reese is also included herein.

Hopefully this answers your questions.

Very truly yours,

Charles M. Morgan, Jr.

CMM/rb

## RELEASE

I, VANESSA REESE, hereby consent to Morelli Ratner PC releasing any and all

information regarding my claim captioned REESE V. MERCK, Morelli Ratner file

number VX944 to Attorney Charles M. Morgan, Jr.

12/01/10
Date

VANESSA REESE

```
*************** -COMM. JOURNAL- ****************** DATE DEC-02-2010 ***** TIME 11:23 ********

MODE =    MEMORY TRANSMISSION              START=DEC-02 11:22    END=DEC-02 11:23

      FILE No.=643

STN   COMM.   KEY NAME        STATION NAME/EMAIL ADDRESS/TELEPHONE NO.  PAGES      DURATION
No.

001    OK     a               12127510046                              003/003    00:00:30


                                                     -BUCKEYE LAW            -

***** DP-8035 v3 ****************** -       - ***** -              - ********
```

**CHARLES M. MORGAN, JR.**
*Attorney at Law*
11510 Buckeye Road
Cleveland, Ohio 44104
Telephone (216) 721-7700
FAX (216) 721-5261

DATE:      December 2, 2010
TO:        David S. Ratner, Esquire
COMPANY: Morelli Ratner PC
FAX NUMBER 212-751-0046  OFFICE:
TOTAL NUMBER OF PAGES (Including this cover sheet): 3

| | | | |
|---|---|---|---|
| _____ | Reply Immediately | _____ | For Your Information |
| _____ | Please Confirm | _____ | Per Our Conversation |
| _____ | For Your Comments | _____ | Per Your Request |
| _____ | Please Phone Me | _____ | Rough Draft |

COMMENTS:

Thank you

*Charles M. Morgan, Jr.*

The documents accompanying this fax transmission contain confidential information belonging to the sender, which is legally privileged. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this faxed information is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone.