UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>JUDGE: ELDON E. FALLON |

**OBJECTION BY LOCKS LAW FIRM LLC TO THE FEE ALLOCATION COMMITTEE'S JANUARY 20, 2010 RECOMMENDATION**

James J. Pettit, Esquire
Locks Law Firm LLC
457 Haddonfield Rd. Suite 500
Cherry Hill, NJ 08002

I. INTRODUCTION

Claimant, Locks Law Firm, LLC, objects to the allocation of common benefit attorney's fees recommended by the Fee Allocation Committee (FAC) on January 20, 2011. The work done by Locks Law Firm was a clear and obvious contribution to the successful resolution of the Vioxx litigation and the common benefit conferred is not reflected in the FAC's recommendation.

II. OBJECTIONS

There are fatal laws in the methodology and in the outcome of the process employed by the FAC. Locks Law Firm, LLC, with the permission of Mr. Chris Placitella and Mr. Eric Weinberg, hereby adopts the Objections filed by them with this court and incorporates by reference those papers as if set forth fully herein, and attaches a copy hereto as Exhibit "A". The only exclusion from that adoption is, of course, the specific dollar amounts asserted by those attorneys as appropriate to be awarded to them and the facts specific to those attorneys, which are issues to be decided ultimately by the court. Locks Law Firm LLC previously submitted its time sheets as required and will re-submit them should this Court so request. Locks Law Firm LLC made its oral and written presentation to the FAC in Atlantic City at one of its formal opportunities for such presentation and attaches hereto the thirteen (13) paragraph Submission provided to the FAC at that time as Exhibit "B". Locks Law Firm LLC objected to the initial FAC Recommendation on December 16, 2010, a copy of which is attached hereto as Exhibit "C". Locks Law Firm LLC incorporates by reference as if set forth fully herein the sixteen (16) objections set forth in its December 16, 2010 submission to the FAC (Exhibit "C"). Locks Law Firm LLC incorporates by reference as if set forth fully herein the thirteen (13) paragraphs summarizing the work by Locks Law Firm and the benefit conferred by that work (Exhibit "B").

### III. AWARD SOUGHT

Locks Law Firm LLC respectfully requests an award of at least $6,518,226.50. This numerical value is calculated by using 7,678 attorney hours and attorney rates, and 1,059 paralegal hours and paralegal rates, which is a lodestar of $4,345, 483.75. Locks Law Firm LLC respectfully requests at least a multiplier of 1.5, which equals $6,518,226.50. Should this Court determine that the multiplier should be higher in light of its decisions regarding other objectors, Locks Law Firm LLC respectfully requests that higher multiplier. Again, if the Court requests that we re-submit the bases and time sheets previously submitted Locks Law Firm LLC will do so immediately.

### IV. CONCLUSION

Again, Locks Law Firm LLC incorporates the Conclusion of Mr. Placitella and Mr. Weinberg and in addition requests that the above-stated relief be granted.

LOCKS LAW FIRM, LLC
Attorneys for Plaintiff

By: _____
James J. Pettit

Dated: February 3, 2011

3