UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® <br> **Product Liability Litigation** | * * * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| This document relates to: | * * | |
| *Baron Reid, et al.* <br> *v.* <br> *Merck & Co., Inc.* | * * * * | **JUDGE FALLON** <br><br> **MAGISTRATE JUDGE KNOWLES** |
| | * | |
| *Docket No. 2:05-cv-05594* | * * * | |

******************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Baron Reid and Sybil Reid in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011,

_____
DISTRICT JUDGE