UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2011 JAN 19 PM 12:37

LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>Jackie Jenkins v. Merck & Co., Inc.<br>E.D. La. Docket No. 2:05-cv-04416 as to<br>Claimant Rebecca Hart-Sherman ONLY | MDL Docket No. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## MOTION TO DISBURSE FUNDS
## HELD IN THE REGISTRY OF THE COURT

NOW INTO COURT, through undersigned counsel, comes the law firm of Herman, Herman, Katz & Cotlar, LLP, who moves this Court as follows:

1.

On September 13, 2010, undersigned counsel for claimant, Rebecca Hart-Sherman, filed a Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 51760], pursuant to the Order issued by the Court on September 3, 2010 [Rec. Doc. 50997].

2.

On September 16, 2010, the Court signed an Order granting counsel's Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 52084] and ordered that the disputed settlement funds in the amount of $23,649.98 be deposited into the registry of the Court.

3.

On January 7, 2011, undersigned counsel for claimant, Rebecca Hart-Sherman, filed a Motion to Deposit Additional Funds Into the Registry of the Court [Rec. Doc. 59222].

___Fee_____
___Process_____
_x_/Dktd_____
_✓_CtRmDep____
___Doc. No.____

4.

On January 7, 2011, the Court signed an Order granting counsel's Motion to Deposit Additional Funds Into the Registry of the Court and ordered that additional settlement funds disputed in the amount of $392.97 be deposited into the registry of the Court.

5.

Undersigned counsel has received communications from five (5) of the children of Rebecca Hart-Sherman, namely: Todd Sherman, Gail Sherman, Yolanda Sherman, Andrea Sherman and Pamela Hart. These five (5) individuals agree to accept one-fifth (1/5) of the net amount of the funds remaining deposited in the registry of the Court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorney's fees, costs and liens have been disbursed. See attached Exhibit 1.

6.

Pursuant to Local Rule 67.3, copy of this motion has been submitted to the Financial Deputy Clerk for certification of the principal amount of the funds held in the registry in this case prior to the motion being presented to the judge.

7.

The principal sum deposited with the registry of the Court $24,042.95, which is to be disbursed to Herman, Herman, Katz & Cotlar, LLP, Attn: Leonard Davis, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, together with any interest accrued thereon.

8.

Upon receipt of the funds contained in the registry of the Court, Herman, Herman, Katz & Cotlar, will disburse the funds in accordance with the confidentially filed under seal Settlement

Statement submitted as Exhibit "B" to the Motion to Disburse Funds Held in the Registry of the Court [Rec. Doc. 54957] taking into consideration the additional funds deposited into the registry pursuant to the Motion to Deposit Additional Funds [Rec. Doc. 59222], and following estate/succession proceedings.

WHEREFORE, undersigned counsel requests that the Court issue an Order in the form attached hereto as Exhibit "A" and allowing disbursement of the funds held in the registry of the Court.

Respectfully submitted,

Date:   January 19, 2011                    By: _____
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman, Katz & Cotlar, L.L.P.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024

**COUNSEL FOR CLAIMANT,
REBECCA HART-SHERMAN**

I, the Financial Deputy of the Clerk of Court for the Eastern District of Louisiana, hereby certify that the principal amount of funds in the registry in this case is $24,042.95.

Dated: 2-4-11                               _____
Financial Deputy
Clerk of Court

3

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of January, 2011.

                                                      _____
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH:    (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhkc.com