# EXHIBIT "1"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION " L " |
| | * | |
| *Jackie Jenkins v. Merck & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | * | |
| Claimant Rebecca Hart-Sherman ONLY | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## AGREEMENT

I, the undersigned, hereby agree to accept one-fifth of the net amount of the funds remaining deposited in the registry of court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorneys' fees, costs and liens have been disbursed.

*[signature: Todd Sherman]*
Todd Sherman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION " L " |
| | * | |
| *Jackie Jenkins v. Merck & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | * | |
| Claimant Rebecca Hart-Sherman ONLY | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## AGREEMENT

I, the undersigned, hereby agree to accept one-fifth of the net amount of the funds remaining deposited in the registry of court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorneys' fees, costs and liens have been disbursed.

*/s/ Pamela Hart*
Pamela Hart

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| *Jackie Jenkins v. Merck & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | * | |
| Claimant Rebecca Hart-Sherman ONLY | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## AGREEMENT

I, the undersigned, hereby agree to accept one-fifth of the net amount of the funds remaining deposited in the registry of court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorneys' fees, costs and liens have been disbursed.

*/s/ Gaila Sherman*
Gaila Sherman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| *Jackie Jenkins v. Merck & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | * | |
| Claimant Rebecca Hart-Sherman ONLY | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREEMENT

I, the undersigned, hereby agree to accept one-fifth of the net amount of the funds remaining deposited in the registry of court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorneys' fees, costs and liens have been disbursed.

*/s/ Yolanda Sherman*
Yolanda Sherman

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| *Jackie Jenkins v. Merck & Co., Inc.* | * | JUDGE FALLON |
| E.D. La. Docket No. 2:05-cv-04416 as to | * | |
| Claimant Rebecca Hart-Sherman ONLY | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## AGREEMENT

I, the undersigned, hereby agree to accept one-fifth of the net amount of the funds remaining deposited in the registry of court, which is the settlement award in the claim of Rebecca Hart-Sherman, after attorneys' fees, costs and liens have been disbursed.

*/s/ Andrea Sherman*
Andrea Sherman