"Certification of Funds in the Registry"

PRINCIPAL. $ 24042.95

Financial Deputy: K Paye  Date 2-4-11

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2011 FEB -7 AM 10: 28
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>SECTION L |
| Jackie Jenkins v. Merck & Co., Inc.<br>E.D. La. Docket No. 2:05-cv-04416 as to<br>Claimant Rebecca Hart-Sherman ONLY | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

# ORDER

Considering the Motion to Disburse Funds Held in the Registry of the Court filed by Herman, Herman, Katz & Cotlar, LLP;

IT IS ORDERED BY THE COURT that the Motion to Disburse Funds Held in the Registry of the Court is hereby granted.

IT IS FURTHER ORDERED THAT the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $24,042.95, plus all interest earned less the assessment fee for the administration of the funds, payable to Herman, Herman, Katz & Cotlar, LLP, Attn: Leonard Davis, 820 O'Keefe Avenue, New Orleans, LA 70113.

New Orleans, Louisiana, this 7 day of February, 2011.

Eldon E. Fallon
United States District Court Judge

___ Fee ___
___ Process ___
_x_ Dktd ___
_✓_ CtRmDep ___
___ Doc. No. ___