# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT LOUISIANA

James Belknap,

                    Plaintiff,

v.                                                    DOCKET NO.  2:05-cv-03420

MERCK & CO., INC.,

                    Defendant(s).                     **STIPULATION OF DISMISSAL**
                                                      **WITH PREJUDICE**
                                                      **AS TO ALL DEFENDANTS**

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate

that all claims of plaintiff James Belknap against defendant Merck & Co., Inc. and all other

named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

CAREY & DANIS, LLC

By: _____         _____

John J. Carey                                 Stephen G. Strauss
Sarah Hale Bauman                             Bryan Cave LLP
8235 Forsyth Boulevard, Suite 1100            211 N. Broadway, Suite 3600
St. Louis MO 63105                            St. Louis, MO 63102
Telephone: 314-725-7700                       (314) 259-2000 Tel
Facsimile: 314-721-0905                       (314) 259-2020 Fax

Jeffrey J. Lowe                               Phillip A. Wittmann
Francis J. "Casey" Flynn                      Dorothy H. Wimberly
Attorney for Plaintiffs                       Stone Pigman Walther
8235 Forsyth, Suite 1100                      Wittmann LLC
St. Louis, Missouri 63105                     546 Carondelet Street
(314) 678-3400                                New Orleans, LA 70130
Fax: (314) 678-3401                           (504) 581-3200 Tel
                                              (504) 581-3361 Fax

                                              Attorneys for Merck & Co., Inc.

                                              Dated: 1-20-11

V1013

T. Evan Schaeffer
Andrea B. Lamere
SCHAEFFER & LAMERE, P.C.
5512 Godfrey Road
Highway 67, Suite B
Godfrey, IL 62035

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595


Dated: 2/27/08

V1013

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th  day of February, 2011.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.