BRYAN B. GOEBLE and ) IN THE UNITED STATES
PATRICIA GOEBLE, ) DISTRICT COURT FOR THE
) EASTERN DISTRICT OF
) LOUISIANA
)
Plaintiffs, )
) CASE NO. 2:05-cv-02320-EEF-DEK
v. )
)
MERCK & CO., INC., et al., ) **STIPULATION OF DISMISSAL**
) **WITH PREJUDICE AS TO**
Defendants. ) **ALL DEFENDANTS**
)

Pursuant to Rule 41, Fed. R. Civ. P., the undersigned counsel hereby

stipulate that all claims of plaintiffs, **BRYAN B. GOEBLE** and **PATRICIA GOEBLE**,

against defendant Merck & Co., Inc., also d/b/a Merck, Sharpe and Dohme, and d/b/a MSD

Sharp & Dohme, GmbH, and all other named defendants be dismissed in their entirety with

prejudice, each party to bear its own costs.

John R. Climaco
Climaco, Lefkowitz, Peca, Wilcox
& Garofoli Co., LPA
55 Public Square, Suite 1950
Cleveland, OH 44113
216-621-8484

Stephen G. Strauss          Phillip A. Wittmann
Bryan Cave LLP              Dorothy H. Wimberly
211 N. Broadway, Suite 3600  Stone Pigman Walther
St. Louis, MO 63102         Wittmann LLC
(314) 259-2000 Tel          546 Carondelet Street
(314) 259-2020 Fax          New Orleans, LA 70130
                            (504) 581-3200 Tel
                            (504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: _Nov 13, 2008_          Dated: _1-20-11_

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of February, 2011.

*/s/ Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax: 314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.