# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to: | * |
| | * MAGISTRATE JUDGE |
| *Meysami, Glenda, et al. v. Merck & Co., Inc., et al.,* | * KNOWLES |
| 2:05-cv-05353-EEF-DEK | * |
| | * |

**Only with regard to:**
**Mark Henrichs**

*************************************************************************

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff Mark Henrichs in the above-numbered case show cause on the 24th day of February, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed with prejudice pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 14th day of February, 2011.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 17th day of February, 2011.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of February, 2011.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**