UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:       ALL COMMON BENEFIT FEE APPLICANTS**

**<u>ORDER</u>**

In response to the Court's Order of January 20, 2011 publishing the Fee Allocation

Committee (FAC)'s recommended allocation of common benefit attorney's fees, the Court has

received objections from the following fee applicants:

• Anapol, Schwartz, Weiss, Cohan, Feldman and Smalley, P.C.
• Daniel E. Becnel, Jr.
• The Branch Law Firm
• Bruno & Bruno, LLP
• Cohen, Placitella and Roth
• Cunard Law Firm
• Escobedo, Tippit & Cardenas, L.L.C.
• Jones, Swanson, Huddell & Garrison, LLC
• Kline & Specter, P.C.
• Lockridge Grindal Nauen P.L.L.P.
• Locks Law Firm LLC
• Morelli Ratner PC
• Motley Rice
• Murray Law Firm
• RodaNast, P.C.
• Kathryn Snapka
• Eric H. Weinberg

To put structure into the process of discovery, briefing, and hearing of these objections,

the Objectors shall meet and confer to attempt to select two attorneys to serve as Objector's Lead

Counsel and Objector's Liaison Counsel.  Additionally, the members of the FAC shall select a

Lead Counsel and a Liaison Counsel to participate in the objection process.  These selections

shall be made before February 17, 2011.  The roles of Lead and Liaison Counsel for this aspect of the case shall be the same as those set forth in Pretrial Orders 2, 4, 6, and 7.

A meeting will be held in Chambers on February 17, 2011, at 3:30 p.m. CST.  Lead and Liaison Counsel for the Objectors and for the FAC shall attend to discuss further procedures with the Court and with Special Master Patrick A. Juneau.

New Orleans, Louisiana, this 8th day of February, 2011.

UNITED STATES DISTRICT JUDGE