IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re VIOXX® <br><br> Products Liability Litigation <br><br>――――――――――――――― <br><br> Diana Ward, <br><br>　　　　Plaintiff(s), <br><br> v. <br><br> MERCK & CO., INC., <br><br>　　　　Defendant(s). | MDL Docket No. 1657 <br><br> Case No. 2:05cv1172 <br><br><br> **STIPULATION OF DISMISSAL** <br> **WITH PREJUDICE** <br> **AS TO ALL DEFENDANTS** |

　　　　Pursuant to FRCP 41(a)(1), the undersigned counsel hereby stipulate that all claims of plaintiff(s), Diana Ward, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | |
|---|---|
| /s/ Richard Salkow <br> Richard Salkow, Esq. <br> Sherman & Salkow <br> A Professional Corporation <br> 11620 Wilshire Boulevard <br> Suite 870 <br> Los Angeles, CA 90025 <br> Tel: (310) 914-8484 <br> Fax: (310) 914-0079 <br><br> Attorney for Plaintiff(s) <br><br> Dated: 2/13/08 | /s/ Stephen G. Strauss <br> Stephen G. Strauss 　　　Phillip A. Wittmann <br> Bryan Cave LLP 　　　　　Dorothy H. Wimberly <br> 211 N. Broadway, Suite 3600　Stone Pigman Walther <br> St. Louis, MO 63102 　　　Wittmann LLC <br> (314) 259-2000 Tel 　　　　546 Carondelet Street <br> (314) 259-2020 Fax 　　　　New Orleans, LA 70130 <br>　　　　　　　　　　　　　(504) 581-3200 Tel <br>　　　　　　　　　　　　　(504) 581-3361 Fax <br><br> Attorneys for Merck & Co., Inc. <br><br> Dated: 1-20-11 |

VE102 1/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of February, 2011.

/s/ *Stephen G. Strauss*
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.