

LEXISNEXIS FILE & SERVE
35870477
E-SERVICE
Feb 10 2011
11:07AM

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------x
                           :      MDL NO. 1657
                           :
                           :

In Re: Vioxx Products Liability   :
Litigation                     :      SECTION L
                           :
                           :      JUDGE FALLON

FILER :                    :      MAG. JUDGE KNOWLES
Henry A. King/Rebecca Dietz   :
                           :      February 10, 2011
                           :
                           :
---------------------------------------------------x

### NOTICE OF APPEARANCE OF COUNSEL FOR KLINE & SPECTER, P.C.

Now appears, Henry A. King and Rebecca H. Dietz, of the law firm of King, Krebs & Jurgens, P.L.L.C., who hereby give notice of their appearance in this proceeding on behalf of the firm of Kline & Specter, P.C., in connection with their claims for all matters in connection with this Court's order of January 20, 2011.

Respectfully submitted,


/s/ Henry A. King
HENRY A. KING (#7393)
REBECCA H. DIETZ (#28842)
KING, KREBS & JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana   70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
hking@kingkrebs.com
rdietz@kingkrebs.com

*Attorneys for Kline & Specter, P.C.*


{N0436568 -}

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on

Liaison Counsel, Russ Herman and Phillip Wittman, by U.S. Mail and e-mail, and upon all

parties by electronically uploading the same to LexisNexis File & Serve Advance in accordance

with Pre-Trial Order No. 8, on this date, February 10, 2011.


/s/ Henry A. King_____

{N0436568 -}