UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *Dennis R. Harrison v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:07-cv-00905-EEF-DEK | * | |
| | * | |

**************************************************************************

**ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that plaintiff Dennis Harrison in the above-numbered case show cause on the 24th day of February, 2011, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed with prejudice pursuant to PTO 28 and Federal Rules of Civil Procedure 16(f), 37(b)(2)(c), and 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 17th day of February, 2011.

**IT IS FURTHER ORDERED** that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before the 22nd day of February, 2011.

**NEW ORLEANS, LOUISIANA**, this _____ day of February, 2011.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1046179v.1