UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX Products Liability Litigation                    MDL No. 1657

                                                                Section: L

"This Document Relates to All Cases"

                                                                Judge Fallon
                                                                Mag. Judge Knowles

## MOTION TO AMEND COURT ORDER OF FEBRUARY 9, 2011 (R. Doc. 61616)

NOW COMES Daniel E. Becnel, Jr., Attorney at Law, who files this Motion to Amend Court Order of February 9, 2011 (R. Doc. 61616).  It has come to the attention of undersigned counsel that the among the numerous firms who are listed as objecting in the above described Order many are attorneys with only state court cases and many have only federal court cases.  In the interest if brevity and clarity and given the short time period in which for these numerous parties to meet and bring one person up to speed, it is the urging of this counsel that co-lead be directed to be selected, one by and to cover state court case fee issues and one to cover federal court case fee issues.  Accordingly, Daniel E. Becnel, Jr. hereby proposes that the above described order be amended to provide for two lead counsel (one as to state cases and one as to federal cases) and a single Liaison counsel.

Respectfully Submitted,

__/s/ Daniel E. Becnel, Jr._____
DANIEL E. BECNEL, JR. (#2926)
BECNEL LAW FIRM, LLC
P.O. Drawer H
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Supplemental Objection of Daniel E. Becnel, Jr. to Plaintiffs' Common Benefit Fee Award has been served on all parties by ECF and by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8, on this 4th day of February, 2011.

                                                   __/s/ Daniel E. Becnel, Jr._____
                                                   DANIEL E. BECNEL, JR.