UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   VIOXX Products Liability Litigation                          MDL No. 1657

                                                                                                           Section: L

This Document Relates to:

                                                                                                            Judge Fallon

All Common Fee Benefit Applicants                                          Mag. Judge Knowles

**ORDER**

      Considering the foregoing Motion To Amend Court Order of February 9, 2011, That Order is GRANTED and, accordingly,

      The second and third paragraphs of this Court's Order of February 9, 2011 (Doc. # 61616) are hereby amended to read as follows:

      "To put structure into the process of discovery, briefing and hearing of these objections, the Objectors shall meet and confer to attempt to select three attorneys, two to serve as Objector's Co-Lead Counsel (one to cover state court case fee issues and one to cover federal court case fee issues) and one to serve as Objector's Liaison Counsel. Additionally, the members of the FAC shall select two Co-Lead Counsel (one to cover state court case fee issues and one to cover federal court case fee issues) and a Liaison Counsel to participate in the objection process. These selections shall be made before February 17, 2011. The roles of Co-Lead and Liaison Counsel for this aspect of the case shall be the same as those set forth in Pretrial Orders 2, 4, 6, and 7.

      "A meeting will be held in Chambers on February 17, 2011, at 3:30 p.m. CST. Co-Lead and Liaison Counsel for the Objectors and for the FAC shall attend to discuss further procedures with the Court and with Special Master Patrick A. Juneau".

      New Orleans, Louisiana, this _____ day of February, 2011.

                                                      _____
                                                    UNITED STATES DISTRICT COURT JUDGE