| | |
|---|---|
| **MILDRED PHILLIPS, an Individual,** | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
| Plaintiff, | |
| vs. | |
| **MERCK & CO., INC., a foreign corporation,** | Case Code Number: 1657 |
| | CASE NO.: 05-2008 |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., the undersigned counsel hereby stipulates that all claims of Plaintiff, **MILDRED PHILLIPS**, an Individual, against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

| | | |
|---|---|---|
| Andy D. Birchfield | Stephen G. Strauss | Phillip A. Wittmann |
| Benjamin L. Locklar | Bryan Cave LLP | Dorothy H. Wimberly |
| W. Roger Smith, III | 211 N. Broadway, Suite 3600 | Stone Pigman Walther |
| **BEASLEY, ALLEN, CROW,** | St. Louis, MO 63102 | Wittmann LLC |
| **METHVIN, PORTIS & MILES, P.C.** | (314) 259-2000 Tel | 546 Carondelet Street |
| 234 Commerce Street | (314) 259-2020 Fax | New Orleans, LA 70130 |
| Montgomery, Alabama  36104 | | (504) 581-3200 Tel |
| (334) 269-2343 | | (504) 581-3361 Fax |
| | Attorneys for Merck & Co., Inc. | |
| Dated: 1-16-08 | Dated: 1-20-11 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of February, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.