| | |
|---|---|
| ALICIA E. RAMOS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NICASIO G. RAMOS, DECEASED AND AS SURVIVING SPOUSE OF NICASIO G. RAMOS, DECEASED; | |
| NICASIO RAMOS, JR., INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; | |
| ERNESTO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUSIANA |
| FELIPE L. RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; | MDL Docket No. 1657<br><br>Case DOCKET NO. 2:06cv8423 |
| ROLANDO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| PATRICIO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; | |
| ARMANDO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; AND | |
| ELMIRA RAMOS VALDEZ | |

VE102 1/13/08

| |
|---|
| INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING DAUGHTER OF NICASIO G. RAMOS, DECEASED; |
| Plaintiffs, |
| v. |
| MERCK & CO., INC., |
| Defendant. |

Pursuant to Fed.R.Civ.P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs, ALICIA E. RAMOS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NICASIO G. RAMOS, DECEASED AND AS SURVIVING SPOUSE OF NICASIO G. RAMOS, DECEASED; NICASIO RAMOS, JR., INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; ERNESTO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; FELIPE L. RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; ROLANDO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; PATRICIO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; ARMANDO RAMOS, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND

AS SURVIVING SON OF NICASIO G. RAMOS, DECEASED; AND ELMIRA RAMOS VALDEZ, INDIVIDUALLY, AS HEIR OF THE ESTATE OF NICASIO G. RAMOS, DECEASED, AND AS SURVIVING DAUGHTER OF NICASIO G. RAMOS, DECEASED, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Kathryn Snapka
The Snapka Law Firm
606 N. Carancahua, Suite 1511 (78476)
P.O. Drawer 23017 (78403)
Corpus Christi, Texas
361-888-7676

Dated: 02/28/08

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther
Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 1-2011

VE102 1/13/08

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of February, 2011.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone: 314-259-2000
Fax:    314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.