# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  Vioxx®  
**Product Liability Litigation**

This document relates to:

*Wanda Houtz, et al.*  
*v.*  
*Merck & Co., Inc.*

*Only with regard to:*  
*Ethel Kehoe and Joe Kehoe*

*Docket No. 2:06-cv-10164*

\* MDL Docket No. 1657

\* **SECTION L**

\* **JUDGE FALLON**

\* **MAGISTRATE JUDGE KNOWLES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Ethel Kehoe and Joe Kehoe in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2011.

_____  
DISTRICT JUDGE