UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | February 14, 2011 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT
OF MOTION FOR APPOINTMENT AS
<u>OBJECTORS' CO-LEAD AND LIAISON COUNSEL</u>**

MAY IT PLEASE THE COURT:

This memorandum is respectfully submitted on behalf of Pascal F. Calogero, Jr., Robert E. Arceneaux, and Margaret Woodward.

Pursuant to this Court's Order of February 8, 2011, a majority of the Objectors listed in that Order participated in telephone conferences conducted on February 10th and 11th. By majority vote of the objectors listed in this Court's order, Pascal F. Calogero, Jr. was selected as Liaison Counsel, and Robert E. Arceneaux and Margaret E. Woodward were selected as Co-Lead Counsel. The only objection to their appointments were raised by a small minority of Objectors on the ground of disputed compensation. This issue will be brought to the Court at a later time if necessary, as was discussed at the conferences held by the Objectors.

The substantial majority of the firms and individuals listed as Objectors in this Court's order of February 8, 2011 support the appointment of Calogero, Arceneaux and Woodward, and agreements with those firms or individuals have been reached as to how counsel will be

-1-

-2-

compensated. For their part, Calogero, Arceneaux and Woodward hereby inform the Court of their willingness to serve. Finally, while the Court's order directs Objectors to select *one* attorney to serve as lead and *one* to serve as liaison, Objectors respectfully request that this Court appoint Woodward and Arceneaux as Co-leads, as they are already working together in this matter under joint representation[1] and will be sharing the responsibility of leading the litigation effort on behalf of the Objectors.

Respectfully submitted,

/s/ Robert E. Arceneaux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Margaret E. Woodward, La. Bar No. 13677
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

---

[1] Arceneaux and Woodward are each sole practitioners. They combine as a team on pieces of major litigation such as the instant representation.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion To Appointment, and Memorandum in Support, has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 14, 2011.

*Robert E. Arceneaux*