UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION         ` | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | February 14, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Upon the foregoing Motion to Appoint, Pascal F. Calogero is hereby appointed Liaison Counsel, and Robert E. Arceneaux and Margaret E. Woodward are hereby appointed as Co-lead Counsel, for those firms or individuals listed as objectors in this Court's order of Feb 8, 2011.

New Orleans, Louisiana, this ___ day of February, 2011.

_____
Hon. Eldon Fallon, District Judge