UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| | * | JUDGE FALLON |
| *Thomas H. Whitfield, et al.* | * | |
| v. | * | MAGISTRATE JUDGE KNOWLES |
| *Merck & Co., Inc., et al.* | * | |
| | * | |
| | * | |
| *Docket No. 2:06-cv-08404* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiffs Thomas H. Whitfield and Fay R. Whitfield in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.

                                                                                          _____
                                                                                                 DISTRICT JUDGE