UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL COMMON BENEFIT FEE APPLICANTS

## ORDER

On February 9, 2011, the Court issued an Order requiring objectors to the Fee Allocation Committee's recommended allocation of common benefit attorney's fees to meet and confer to select a lead and liaison counsel. The Court has received two motions related to that Order. First, from one objector requests that the Court modify its Order to provide for selection of co-lead counsel, one as to Vioxx cases brought in state courts and one as to Vioxx cases in the MDL. (Rec. Doc. 61684). Second, three attorneys retained by two objectors request that they be appointed in the roles of Liaison and Co-Lead counsel for the objectors. (Rec. Doc. 61871).

The movants for appointment state that the objectors have met and conferred and that a substantial majority of them support the appointment of Pascal F. Calogero, Jr. as Liaison Counsel for the objectors and Robert E. Arceneaux and Margaret E. Woodward as Co-Lead Counsel for the objectors. The Court has also received the attached correspondence from Mr. Arceneaux stating that the request for appointment of Co-Lead counsel for objectors who participated in state court litigation and objectors who participated in federal court litigation was fully vetted in the objectors' conference, and that it is the confirmed vote of the objectors to appoint Mr. Calogero, Mr. Arceneaux, and Ms. Woodward. The Court has received no opposition to their appointment.

Furthermore, the Court has received correspondence from Russ M. Herman, Plaintiff's Liaison Counsel and Chairman of the Fee Allocation Committee (FAC), indicating that the FAC has met and unanimously selected Mr. Herman as Liaison Counsel and Andy Birchfield and Chris Seeger as Co-Lead Counsel representing the FAC and non-objectors. Accordingly,

IT IS ORDERED that Pascal F. Calogero is appointed as Liaison Counsel for common benefit fee objectors, and Robert E. Arceneaux and Margaret E. Woodward are appointed as Co-Lead Counsel for common benefit fee objectors, without distinction to whether those objectors litigated in state or federal court.

IT IS FURTHER ORDERED that Russ M. Herman is appointed as Liaison Counsel for the FAC and common benefit fee non-objectors, and Andy Birchfield and Chris Seeger are appointed as Co-Lead Counsel for the FAC and common benefit fee non-objectors.

New Orleans, Louisiana, this 16th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE