Robert E. Arceneaux, Esq.
**Robert E. Arceneaux LLC**
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

February 14, 2011



**VIA FAX (504) 589-6966 and U. S. Mail**

Hon. Eldon E. Fallon
Section L
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

    Re:    MDL 1657 – *In re Vioxx Products Liability Litigation*

Dear Judge Fallon:

    This morning I filed a Motion to Appoint Liaison and Co-Lead Counsel for the objectors identified in your order of Feb. 8, 2010. I am obliged to inform the Court of the following developments which might impact upon that Motion.

    I have received a copy of a motion filed by Daniel Becnel asking that your Honor appoint two co-lead counsel, one an objector participating in state court litigation, and another objector participating in federal court litigation. I cannot respond to this motion on behalf of the objectors as a group, because I do not represent them at this time. Moreover, it appears that the Motion was never served through the court mandated File and Serve process, and so I am not in a position to file a reply to the Motion on behalf of my clients, Eric Weinberg and Cohen, Placitella and Roth. But, I should inform the Court that Mr. Becnel sent his motion to most, if not all objectors via email on February 10, 2011, and raised the issue in our telephone conference. The issue was fully vetted during our discussions, and the selections of lead and liaison counsel reflected in my Motion were the result.

    Thereafter, an issue was raised as to whether my Motion accurately reflected the decision of all those objectors who participated in the phone conferences, or who registered their wishes by e-mail. Accordingly, I re-polled the objectors, and report to you that a substantial majority of the firms have reaffirmed their vote, and indicated to me in e-mail or by phone that my motion accurately reflects what transpired at the conferences, and still represents their wishes.

Hon. Eldon Fallon
January 24, 2011
Page 2

Thanking you for your consideration in this matter, I am,

Respectfully,

Robert E. Arceneaux

cc (via e-mail): Daniel Becnel