MINUTE ENTRY
FALLON, J.
FEBRUARY 17, 2011

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 05-MDL-1657 |
| | SECTION: L |

**This document relates to: All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Cathy Pepper

Appearances: Russ Herman, Esq., Andy Birchfield, Esq. & Chris Seegher, for plaintiffs
  Pascal Calogero, Esq., Margaret Woodward, Esq. & Robert Arceneaux, Esq.
    For Objectors
  Patrick Juneau, Esq., Special Master

Allocation of Attorneys Fees Conference:

The participants discussed the procedures for discovery, briefing and hearing of fee objections before the Special Master.

Exhibits admitted (see attached list).

Court adjourned @ 4:10 pm.

JS10:  :40