# EXHIBIT AND WITNESS LIST

| | |
|---|---|
| IN Re: Vioxx ~~vs.~~ | **DISTRICT COURT** Eastern District of Louisiana |

| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | DOCKET NUMBER |
|---|---|---|
| Russ Herman<br>Andy Birchfield | Robert Arceneaux<br>Margaret Woodward | MDL-1657<br>TRIAL DATE(S) 2-17-11 |

| PRESIDING JUDGE - Eldon E. Fallon | COURT REPORTER Cathy Pepper | COURTROOM DEPUTY Gaylyn Lambert |
|---|---|---|

| PLT. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 2-17-11 | | | Allocation of Attorneys Fees |
| 1 | | 2-17-11 | | ✓ | Fee Materials on C.D. |
| 2 | | 2-17-11 | | ✓ | Fee Petitions Presentations on CD |
| 3 | | 2-17-11 | | ✓ | Fee Allocation Grids on C.D. |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages