UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 18, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF HEARING**

Please take notice that the Motion and Incorporated Memorandum to Shorten Response Time and to Compel Production of Full Responses to First Interrogatories and Requests for Production by Objectors' Lead Counsel to Fee Allocation Committee, will be heard before the Honorable Eldon Fallon, on March 16, 2011, at 9:00 am, unless he defers this matter to Special Master Patrick Juneau, in which time it be heard at a time and place to be announced by Special Master Juneau.

/s/ Robert E. Arceneaux                            /s/ Margaret E. Woodward
_____        _____
Robert E. Arceneaux, La Bar No. 01199        Margaret E. Woodward, La. Bar No. #13677
ROBERT E. ARCENEAUX LLC                    3701 Canal Street, Suite C
47 Beverly Garden Drive                              New Orleans, Louisiana  70119
Metairie, LA 70001                                       (504) 301-4333 office
(504) 833-7533 office                                   (504) 301-4365 fax
(504) 833-7612 fax                                      mewno@aol.com
rea7001@cox.net

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Compel has been served on co-lead counsel Russ Herman and Christopher Seeger, and Liaison Counsel, Andy Birchfield, as well as Defendant's Liaison Counsel Phillip Wittmann, by e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 18, 2011.

/S/ Robert E. Arceneaux

_____