UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 18, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR EXPEDITED HEARING OF
MOTION TO SHORTEN TIME AND TO COMPEL**

On the above and foregoing motion,

**IT IS ORDERED** that the Motion for Expedited hearing be, and the same is hereby set for hearing at 1:00 p.m. on the 24th day of February before Special Master Pat Juneau in Section L.

New Orleans, Louisiana, this _____ day of February, 2011.

_____