| | |
|---|---|
| MORDAKHAY ELNATANOV and MAYYA ELNATANOV,<br><br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC., et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA

Case Code No: 1657
Docket No: 2:06-cv-10878-EEF-DEK

STIPULATION OF DISMISSAL
WITH PREJUDICE
AS TO ALL DEFENDANTS

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs **Mordakhay Elnatanov** and **Mayya Elnatanov** against defendants Merck & Co., Inc., John Does I to X, and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_/s/ Peter Shenyey_
Peter F. Shenyey
Reserve Square Suite 3G
1701 E. 12 Street
Cleveland, OH 44114
216.522.1555 Tel
216.522.1558 Fax
shenyey@yahoo.com

Dated: November 10, 2008

_/s/_
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
(314) 259-2000 Tel
(314) 259-2020 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 2-17-11

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of February, 2011.

      /s/ Stephen G. Strauss
      Stephen G. Strauss
      BRYAN CAVE LLP
      211 North Broadway, Suite 3600
      St. Louis, Missouri 63102
      Phone: 314-259-2000
      Fax:    314-259-2020
      sgstrauss@bryancave.com

      Attorneys for Defendant
      Merck & Co., Inc.