UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx® | * | MDL Docket No. 1657 |
| Product Liability Litigation | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | |
| *Gladys Amadis Rosario, et al.* | * | JUDGE FALLON |
| *v.* | * | |
| *Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| *Only with regard to:* | * | |
| *Antonio Morales-Gonzalez, represented* | * | |
| *by his son, Eluid Morales Carrasquillo,* | * | |
| *also claiming on his own behalf, and his* | * | |
| *sons Richard Morales Carrasquillo and* | * | |
| *Oscar Morales Carrasquillo, and his* | * | |
| *daughter Neymi Morales Carrasquillo* | * | |
| | * | |
| *Docket No. 2:05-cv-06234* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice,

IT IS ORDERED that the claims of plaintiff Antonio Morales Gonzalez, represented by his son, Eluid Morales Carrasquillo, also claiming on his own behalf, and his sons Richard Morales Carrasquillo and Oscar Morales Carrasquillo, and his daughter Neymi Morales Carrasquillo, in the above-captioned case be and they hereby are dismissed with prejudice with each party to bear his or her own costs.

NEW ORLEANS, LOUISIANA, this ____ day of _____, 2011.

_____
DISTRICT JUDGE