|  |  |  |
|---|---|---|
| ROBBIE TALLAS and DANIELLE TALLAS, | ) ) ) ) | **IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY** |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **CASE NO. 05-cv-002851** |
| MERCK & CO., INC., et al., | ) ) ) | **STIPULATION OF DISMISSAL** |
| Defendants. | ) ) ) | **WITH PREJUDICE AS TO ALL DEFENDANTS** |

Pursuant to Pa.R.C.P. No. 229, the undersigned counsel hereby stipulate that all claims of plaintiffs, **ROBBIE TALLAS and DANIELLE TALLAS**, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Richard M. Golomb, Esquire
Golomb & Honik
1515 Market Street, Suite 1100
Philadelphia, PA 19102
215-985-9177

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Fred T. Magaziner
Joseph K. Hetrick
Elizabeth Balakhani
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Tel: 215-994-4000
Fax: 215-994-2222

Attorneys for
Merck & Co., Inc.

Dated: 11|14|09

Dated: 2-22-11