UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
FEBRUARY 24, 2011
<u>SUGGESTED AGENDA</u>

I.  The Settlement Program

II.  Lien Administrator

III.  Special Master and Deputy Special Masters

IV.  Class Actions

V.  State/Federal Coordination -- State Liaison Committee

VI.  *Pro Se* Claimants

VII.  Government Actions

VIII.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IX.  Fee Allocation Committee

X.  Merck's Motions

XI.  Appeals

XII.  Next Status Conference

1

1046902v.1