UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

### ORDER

Considering the Fee Allocation Committee's Motion to Quash Subpoena Duces Tecum and for Protective Order;

IT IS ORDERED BY THE COURT that the subpoena duces tecum issued by Objectors to BrownGreer is hereby quashed.

IT IS FURTHER ORDERED BY THE COURT that a Protective Order be issued herein preventing the issuance of future discovery from the Objectors to BrownGreer.

New Orleans, Louisiana, this _____ day of _____, 2011.

_____
Eldon E. Fallon
United States District Court Judge