UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 24, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR PARTIAL SUMMARY JUDGMENT OR ALTERNATIVELY, TO STRIKE ALLOCATION RECOMMENDATIONS OF THE FAC

NOW COME Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, and move for a partial summary judgment rejecting, or alternatively the striking of the point system, grid, and resulting allocation recommended by the Fee Allocation Committee as fundamentally unlawful, as more fully set forth in the accompanying memorandum.

/s/ Robert E. Arceneux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

_____
Margaret E. Woodward, La. Bar No. #13677
3701 Canal Street, Suite C
New Orleans, Louisiana 70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

CO-LEAD COUNSEL FOR OBJECTORS
IDENTIFIED IN FEB. 8, 2011 ORDER
/s/ Margaret E. Woodward

-1-

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

LIAISON COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Partial Summary Judgment has been served on co-lead counsel Russ Herman and Christopher Seeger, and Liaison Counsel, Andy Birchfield, as well as Defendant's Liaison Counsel Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 24, 2011.

/S/ Robert E. Arceneaux
_____