UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 24, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On the above and foregoing motion,

**IT IS ORDERED** that in accordance with Pre-Trial Order No. 6(D), each claimant to the

common benefit fund shall receive compensation at an appropriate lodestar rate for all hours

audited by Wegmann-Dazet, subject to a multiplier in accordance with the factors set forth in

*Johnson v. Ga. Highway Express, Inc.*, 488 F.2d 714, 717-19 (5th Cir.1974).

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE