UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 24, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF MATERIAL UNDISPUTED FACTS**

NOW COME Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, and offer the following statement of material undisputed facts in support of their motion for partial summary judgment:

1. On November 9, 2007 Merck and the court-appointed Plaintiffs' Negotiating Committee entered into a settlement of the captioned action. The Master Settlement Agreement provided as follows with respect to the allocation of attorneys' fees for common benefit work:

> 9.2.4. The Honorable Eldon E. Fallon will be asked to appoint a committee of eight plaintiffs' counsel which shall include all members of the NPC and two additional plaintiffs' attorneys to be responsible for recommending to the Honorable Eldon E. Fallon the allocation of awards of attorneys' fees from the Settlement Fee and Cost Account. In making its recommendation the "Allocation Committee" is to review the contemporaneous time records, or properly reconstructed time records and expense reports of all plaintiffs' counsel that request compensation for common benefit work, as audited by the CPA firm of Wegman Dazett. The Allocation Committee shall take into consideration the common benefit work of counsel in the MDL, and the work of counsel in the state litigations in Texas, California and New Jersey. The Allocation Committee shall be guided by these objective measures of common benefit counsel's contributions, in addition to their Subjective understanding of the relative contributions of counsel towards generating the Settlement Fund in accordance with established fee jurisprudence and subject to the approval of the Honorable Eldon E. Fallon in consultation with the Honorable Victoria G. Chaney, the Honorable Carol E. Higbee, and the Honorable

      Randy Wilson.

2. On November 20, 2007, the Court issued Pretrial Order No. 32, appointing members of the Fee Allocation Committee ("FAC").

3. On September 15, 2008, the Court issued Pretrial Order 6(D) establishing the following fee allocation guidelines:

> Substantively, the committee should look to general fee jurisprudence to identify the factors that should be applied in making appropriate allocations. The *Johnson* factors are applicable to this litigation and should be considered in addition to other matters considered by the courts to evaluate fee allocations. (Citation omitted).

4. At some unknown time, the FAC adopted the Point System Guide attached hereto as Exhibit A.

5. On December 1, 2010, the FAC purportedly promulgated a fee allocation grid attached hereto as Exhibit B.

6. On January 13, 2011, the FAC purportedly promulgated another fee allocation grid, attached hereto as Exhibit C, containing its recommended allocation of fees to certain claimants.

7. The grids demonstrate the allocation of points from the Point System Guide to specific claimants, and further demonstrate whether, and if so, what "Johnson factor" multiplier was applied to a claimant's points. The fee allocation grids were not released to claimants prior to the court-established deadline for filing objections to the allocations.

8. Attached as Exhibit D is a chart reflecting the hourly yielded by the recommended allocations when compared to the hours audited by Wegmann Dazet.

9. Attached as Exhibit E is a chart reflecting the reduction in recommended allocations for certain claimants between Allocation Grid B and Allocation Grid C.


      /s/ Robert E. Arceneux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive

Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net


/s/ Margaret E. Woodward
_____
Margaret E. Woodward, La. Bar No. #13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com


CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

LIAISON COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER