# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 22, 2011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Glenn L. Dier, et al.
   v. Merck & Company, Inc.
   No. 10-666
   (Your No. 09-30446)
   MD 05-1657-L

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 23, 2011

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

    No. 09-30446,  In Re: Vioxx Prod Liability, et al  
        USDC No. 2:05-MD-1657  
        USDC No. 2:05-CV-1088  
        USDC No. 2:05-CV-1089  
        USDC No. 2:05-CV-1090  
        USDC No. 2:05-CV-1091  
        USDC No. 2:05-CV-1513  
        USDC No. 2:05-CV-2297  
        USDC No. 2:05-CV-6221  
        USDC No. 2:06-CV-2238  
        USDC No. 2:06-CV-2708  
        USDC No. 2:08-CV-3221  
        USDC No. 2:08-CV-3222  
        USDC No. 2:08-CV-4166  
        USDC No. 2:08-CV-4167  
        USDC No. 2:08-CV-4168  
        USDC No. 2:08-CV-4169  
        USDC No. 2:08-CV-4170  
        USDC No. 2:08-CV-4171  
        USDC No. 2:08-CV-4172  
        USDC No. 2:08-CV-4173

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charlene A. Vogelaar*  
Charlene A. Vogelaar, Deputy Clerk  
504-310-7648