UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 25, 2011 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO FILE MEMORANDIN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT OR ALTERNATIVELY, TO STRIKE ALLOCATION RECOMMENDATIONS OF THE FAC**

NOW COME Robert E. Arceneaux and Margaret E. Woodward, co-Lead Counsel for Objectors, and move for leave to file a memorandum in support of their Motion for Partial Summary Judgment or Alternatively to Strike the Allocation Recommendations of the FAC in excess of te 25 page limit imposed by Court rule..

| | |
|---|---|
| /s/ Robert E. Arceneux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | Margaret E. Woodward, La. Bar No. #13677 |
| ROBERT E. ARCENEAUX LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana  70119 |
| Metairie, LA 70001 | (504) 301-4333 office |
| (504) 833-7533 office | (504) 301-4365 fax |
| (504) 833-7612 fax | mewno@aol.com |
| rea7001@cox.net | |

CO-LEAD  COUNSEL  FOR  OBJECTORS
IDENTIFIED IN FEB. 8, 2011 ORDER

-1-

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Motion for Leave has been filed served on co-lead counsel Russ Herman and Christopher Seeger, and Liaison Counsel, Andy Birchfield, as well as Defendant's Liaison Counsel Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 25, 2011.

/S/ Robert E. Arceneaux
_____