UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 25, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

Upon the foregoing, Robert E. Arceneaux and Margaret Woodward are given leave to file a memorandum in support of their Motion for Partial Summary Judgment and Alternative Motion to Strike in excess of the 25 page limit imposed by court rule.

New Orleans, Louisiana, this ___ day of February, 2011.

_____
DISTRICT JUDGE