MINUTE ENTRY
FALLON, J.
FEBRUARY 24, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : | |
| ALL PENDING GOVERNMENT ACTION | : | JUDGE FALLON |
| CASES | : | MAG. JUDGE KNOWLES |
| | : | |

    On this date, a status conference was held with Judge Eldon E. Fallon. Counsel for Merck and Counsel for various Government Action Plaintiffs participated, as well as Susan Winkler on behalf of the Department of Justice and Robert Patten on behalf of NAMFCU. At the conference, the parties discussed the status of the case. The parties agreed that the stay of discovery should be extended for an additional thirty days. Counsel for the Commonwealth of Kentucky expressed concern over a continued stay of discovery related to governmental claims not related to Medicaid. The Court deferred ruling on that concern but instructed the Commonwealth of Kentucky and Merck confer with Merck regarding the nature of the non-Medicaid discovery at issue without jeopardizing the present opportunity for global resolution. The Court expects the parties to continue negotiations towards an appropriate global resolution with the assistance of Special Master Pat Juneau. The parties shall submit a written status report to the Court within two weeks.

1

JS10(00:30)