UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION ` | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CO-LEAD COUNSEL'S MOTION FOR ADDITIONAL DISCOVERY PURSUING SIDE DEALS RELATED TO THE FUND AWARDED BY THIS COURT'S ORDER OF OCTOBER 19, 2010

**NOW INTO COURT COME** Co-lead counsel for the Objectors identified in this Court's Order of February 8, 2011, who move for the following:

(1) that within 7 days the PSC and FAC be ordered to comply with the discovery requests contained within the Motion for Supplemental Information filed in this action and bearing Document Number 57345, including the following:

> Movers further ask the Court to order all claimants for common benefit fees to disclose, by a date determined by the Court, any and all fee sharing agreements, settlements, or side agreements between themselves and any other persons that impact upon the ultimate amount of common benefit fees each claimant may receive despite the amount awarded by this Court.

(2) that within 7 days, the PSC and FAC be ordered to respond to Requests for Production 4 and 5 and Interrogatories 4 and 5 served on them on February 18, 2011;

(3) that within 7 days Phillip Garrett CPA be ordered to have a conference with the undersigned wherein he is instructed to answer all questions relative to the compilation of the

-1-

statistics presented to this Court in his affidavit dated January 19, 2009, and to provide all work papers and spreadsheets used by him in tabulating, analyzing or calculating any cost or fee information in this matter;

(4) that within 7 days Brown Greer PLC comply with the Subpoena Duces Tecum served upon it on February 21, 2011;

(5) that "confidentiality" cannot be asserted as a defense to any of the discovery ordered herein, subject to Objectors' compliance with this Court's orders of confidentiality entered herein under document numbers 56731 and 57606;

(6) that following the production of written discovery requested herein, Objectors be permitted to present to this Court for its approval a proposed schedule of oral depositions to be taken in connection with the matters raised in the accompanying Memorandum in Support of this Motion.

Respectfully submitted:

/s/ Robert E. Arceneaux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

/s/ Margaret E. Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion To Suspend has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 28, 2011.

/s/ Robert Arceneaux
_____