UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: VIOXX | * | | MDL NO. 1657 |
| | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION          ` | | * | SECTION  L |
| | * | | |
| THIS DOCUMENT RELATES | * | | JUDGE FALLON |
| TO ALL CASES | * | | MAG. JUDGE KNOWLES |
| | * | | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | | February 28, 2011 |
| | * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On the above and foregoing Motion,

**IT IS ORDERED** that within seven (7) days the PSC and FAC respond to the discovery requests contained within the Motion for Supplemental Information bearing Document Number 57345, and to Objectors' Requests for Production 4 and 5 and Interrogatories 4 and 5;

**IT IS FURTHER ORDERED** that within seven (7) days Phillip Garrett CPA confer with Lead counsel for the Objectors, answer all questions relative to the compilation of the statistics presented to this Court in his affidavit dated January 19, 2009, and provide all work papers and spreadsheets used by him in tabulating, analyzing or calculating any cost or fee information in this matter;

**IT IS FURTHER ORDERED** that within seven (7) days Brown Greer PLC comply with the Subpoena Duces Tecum served upon it on February 21, 2011;

**IT IS FURTHER ORDERED** that the discovery ordered herein is subject to this Court's orders of confidentiality entered herein under document numbers 56731 and 57606, and any further

confidentiality orders the Court may enter in these regards;

**IT IS FURTHER ORDERED** that following the production of written discovery ordered herein, Objectors present to this Court for its approval a proposed schedule of oral depositions to be taken in connection with the "Stratton" matter.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE