```
1                   UNITED STATES DISTRICT COURT

2                   EASTERN DISTRICT OF LOUISIANA

3

4

5
   IN RE:  VIOXX PRODUCTS              *   Docket 05-MD-1657-L
6          LIABILITY LITIGATION        *
                                       *   July 27, 2010
7                                      *
   This Document Relates to All Cases  *   1:00 p.m.
8  * * * * * * * * * * * * * * * * * *

9

10
                PRIVATE PROCEEDINGS BETWEEN COUNSEL
11                HELD IN THE CONFERENCE ROOM OF
                   THE HONORABLE ELDON E. FALLON
12                  UNITED STATES DISTRICT JUDGE

13

14 Appearances:

15
   For the Plaintiffs:        Herman Herman Katz & Cotlar
16                            BY:  RUSS M. HERMAN, ESQ.
                              820 O'Keefe Avenue
17                            New Orleans, Louisiana 70113

18
   For the Plaintiffs:        Beasley Allen
19                            BY:  ANDY D. BIRCHFIELD JR., ESQ.
                              218 Commerce Street
20                            Montgomery, Alabama 36104

21
   For the Plaintiffs:        Seeger Weiss
22                            BY:  CHRISTOPHER A. SEEGER, ESQ.
                              One William Street
23                            New York, New York 10004

24

25

                                        EXHIBIT A
```

```
1   Appearances:
2
    For the Objectors:           Stratton Faxon
3                                BY:  MICHAEL STRATTON, ESQ.
                                 59 Elm Street
4                                New Haven, Connecticut 06510
5
    Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
6                                500 Poydras Street, Room B-406
                                 New Orleans, Louisiana 70130
7                                (504) 589-7778
8
9
10
    Proceedings recorded by mechanical stenography; transcript
11  produced by computer.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | **PROCEEDINGS** |
| 2 | (July 27, 2010) |
| 3 | (WHEREUPON the following proceedings were held in |
| 4 | chambers outside the presence of the Court.) |
| 5 | **MR. BIRCHFIELD:** Here in the conference room we have |
| 6 | Michael Stratton, who serves as the liaison for the objectors; |
| 7 | Russ Herman, who is plaintiff liaison counsel; co-lead counsel |
| 8 | Chris Seeger and Andy Birchfield. This is in MDL Docket 1657. |
| 9 | We have entered into a private agreement where |
| 10 | Mr. Stratton is speaking on behalf of all of the objectors to |
| 11 | the plaintiff liaison counsel's petition for assessment and |
| 12 | Russ Herman is speaking on behalf of the NPC. |
| 13 | The parties have agreed that each side will |
| 14 | recommend to the Court that there be a global assessment in the |
| 15 | amount of 7.5 percent. For each of the objectors who timely |
| 16 | filed an objection to the plaintiff liaison counsel's petition, |
| 17 | they will pay a total of a 4 percent assessment, and the |
| 18 | difference will be disbursed from the account that's held in |
| 19 | escrow now by BrownGreer. |
| 20 | The aggregate amount for that list of objectors |
| 21 | is $18,539,236.85. That amount will be transferred to the |
| 22 | trust account at Stratton Faxon to be disbursed to the |
| 23 | objectors by Mr. Stratton. Any common benefit fees or costs |
| 24 | will be a matter of agreement between Mr. Stratton and the |
| 25 | individual objectors. |

1            The parties will prepare a list of objectors
2     that will be submitted to BrownGreer for the amount of the
3     funds to be released for each of those individual accounts.
4     Again, the aggregate, that total sum, will be wired to the
5     trust account of Stratton Faxon.
6            **MR. SEEGER:**  I would just like, for the record, for
7     Mike to acknowledge the reasonableness of the 7.5 percent.
8            **MR. STRATTON:**  Yes.  As the liaison counsel for the
9     objectors, we have gotten well through discovery.  We have
10    spoken to experts.  We have taken depositions, had depositions
11    taken of us, and done the research.  At the end of the day, on
12    behalf of all the objectors, I can say that we all feel
13    7.5 percent is a reasonable fee for the common benefit
14    attorneys in this case.
15           I would also add that any future cases that
16    result in some sort of recovery brought by anybody who was a
17    timely objector to this fee petition will be treated at the
18    4 percent level.
19           Further, it's our understanding that BrownGreer
20    will be instructed as soon as possible to make this
21    disbursement to the objectors via the Stratton Faxon trustee
22    account.
23           **MR. BIRCHFIELD:**  I will transmit a list to you of the
24    objectors and the amount for you to verify that each of the
25    objectors is listed and the amount is correct.  Once you give

1  that to us, then we will act promptly to instruct BrownGreer to
2  release the funds.
3           **MR. STRATTON:** Liaison counsel for the objectors,
4  being me, on behalf of all of the objectors in this case to the
5  fee petition, withdraw all of those objections. We no longer
6  have any objection to the fee petition filed by the NPC to the
7  extent that our recommendation is that it ought to be reduced
8  to 7.5 percent. We'll be putting that on the record.
9           **MR. HERMAN:** One other issue. We all recognize that
10 Judge Fallon, as the MDL judge in this matter, has the
11 authority and power to reduce the 7.5 percent that we have
12 recommended but will not increase the fund beyond 7.5 percent.
13          **MR. SEEGER:** Correct.
14          **MR. STRATTON:** Correct. It's also understood by
15 everybody here, Mr. Herman, I'm assuming, that in no case will
16 any of the objectors ever pay more than 4 percent of their
17 aggregate settlements for the fees of common benefit lawyers in
18 this case. I just want to make that crystal clear. That's
19 true? 4 percent is it. That's what they are paying into the
20 quantum.
21          **MR. HERMAN:** Correct.
22                            * * *
23
24
25

**CERTIFICATE**

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of the proceedings in the above-entitled and numbered matter.

                                s/ Toni Doyle Tusa
                                Toni Doyle Tusa, CCR, FCRR
                                Official Court Reporter



## Stratton Faxon
Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

July 28, 2010

VIA FACSIMILE

Honorable Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130
(504) 589-6966

    Re:    **MDL No. 1657**
                **Section L**
                **In Re Vioxx Products Liability Litigation**

                **Common Benefit Fees**

Dear Judge Fallon:

    As you know, the objectors through undersigned examined 500,000 hours submitted by common benefit lawyers, took depositions, briefed several issues, and consulted with mass tort/class action fee experts in academia. The 7.5 percent joint recommendation made yesterday is well supported by our investigation, precedent, and the academic writings in this field. Moreover, our experts agreed that 7.5 percent was a fair fee award for the common benefit lawyers given precedent and the work done in this case.

    Thank you for allowing us to clarify the basis for our asking for a reduction of the fee to 7.5 percent.

                                                      Very truly yours,

                                                      Michael A. Stratton

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500 Fax: 203.624.9100 Toll-free: 866.351.9500 • www.strattonfaxon.com

32                EXHIBIT B1



# Stratton Faxon
Connecticut's Firm for Trial Law

Michael A. Stratton
mstratton@strattonfaxon.com

Jul 28 2010
3:59PM

July 28, 2010

VIA FACSIMILE

Honorable Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130
(504) 589-6966

 Re: MDL No. 1657
   Section L
   In Re Vioxx Products Liability Litigation

   **Common Benefit Fees**

Dear Judge Fallon:

  As you know, the objectors through undersigned examined 500,000 hours submitted by common benefit lawyers, took depositions, briefed several issues, and consulted with mass tort/class action fee experts in academia. The 7.5 percent joint recommendation made yesterday is well supported by our investigation, precedent, and the academic writings in this field. Moreover, our experts agreed that 7.5 percent was a fair fee award for the common benefit lawyers given precedent and the work done in this case.

  Thank you for allowing us to clarify the basis for our asking for a reduction of the fee to 7.5 percent.

           Very truly yours,

           Michael A. Stratton

59 Elm Street, New Haven, CT 06510 • Telephone: 203.624.9500  Fax: 203.624.9100  Toll-free: 866.351.9500 • www.strattonfaxon.com

33         EXHIBIT B2

| Firm | OBJ | First Grid 12-10-10 | Second Grid 1-13-11 | Difference | Percentage increase or decrease |
|---|---|---|---|---|---|
| Alley, Clark, Greiwe & Fulmer | | $364,037.00 | $365,000.00 | 963.00 | 0.26% |
| Alvarez Law Firm | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Anapol, Schwartz, Weiss, Cohan, Feldman & Smalley, P.C. | x | $3,349,139.00 | $3,400,000.00 | 50,861.00 | 1.52% |
| Anastopoulo & Clore LLC | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Andrews & Thornton | | $291,229.00 | $600,000.00 | 308,771.00 | 106.02% |
| Ashcraft & Gerel LLP | | $8,979,576.00 | $9,000,000.00 | 20,424.00 | 0.23% |
| Aylstock, Witkin, Kreis & Overholtz  LLC | | $1,164,918.00 | $1,165,000.00 | 82.00 | 0.01% |
| Audet & Partners LLP | x | $94,650.00 | $225,000.00 | 130,350.00 | 137.72% |
| Balkin & Eisbrouch | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Balser, Brian K . Co., LPA | | $29,123.00 | $130,000.00 | 100,877.00 | 346.38% |
| Barnow | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Barrios, Kingsdorf & Casteix, LLP | | $1,698,839.00 | $1,700,000.00 | 1,161.00 | 0.07% |
| Bartimus, Frickleton, Robertson & Gorny | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. | x | $40,954,148.00 | $40,900,000.00 | (54,148.00) | -0.13% |
| Becnel Law Firm, LLC | | $97,067.00 | $455,000.00 | 357,933.00 | 368.75% |
| Beencomo | | $58,246.00 | $327,500.00 | 269,254.00 | 462.27% |
| Blizzard, McCarthy & Nabers, LLP | | $11,649,180.00 | $11,600,000.00 | (49,180.00) | -0.42% |
| Bossier & Associates. PLLC | x | $14,561.00 | $20,000.00 | 5,439.00 | 37.35% |
| Branch Law Firm | | $281,229.00 | $0.00 | (281,229.00) | -100.00% |
| Brandi Law Firm | | $970,765.00 | $970,000.00 | (765.00) | -0.08% |
| Brown & Crouppen, PC | | $72,807.00 | $73,000.00 | 193.00 | 0.27% |
| Bruce E. Dean | | $0.00 | $0.00 | 0.00 | 0.00% |
| Burg, Simpson, Eldredge, Hersh & Jardine, PC | | $218,422.00 | $500,000.00 | 281,578.00 | 128.91% |
| Cafferty Faucher | | $29,123.00 | $30,000.00 | 877.00 | 3.01% |
| Capshaw Goss | | $14,561.00 | $0.00 | (14,561.00) | -100.00% |
| Carey & Danis, LLC | x | $60,673.00 | $0.00 | (60,673.00) | -100.00% |
| Charfoos | | $0.00 | $0.00 | 0.00 | 0.00% |
| Childers, Buck & Schlueter | | $0.00 | $0.00 | 0.00 | 0.00% |
| Cohen Milstein | | $364,037.00 | $750,000.00 | 385,963.00 | 106.02% |
| Cohen, Placitella & Roth. PC | x | $388,306.00 | $390,000.00 | 1,694.00 | 0.44% |
| Cunard law Firm | x | $533,921.00 | $500,000.00 | (33,921.00) | -6.35% |
| Escobedo Tippet | x | $1,164,918.00 | $0.00 | (1,164,918.00) | -100.00% |
| Bayard and Honeycutt | | $43,684.00 | $100,000.00 | 56,316.00 | 128.92% |
| Cuneo, Gilbert & LaDuca LLP | x | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Dugan & Browne | | $0.00 | $0.00 | 0.00 | 0.00% |
| Engstrom, Lipscomb & Lack | | $0.00 | $0.00 | 0.00 | 0.00% |
| Fibich, Hampton & Leebron, LLP | | $606,728.00 | $610,000.00 | 3,272.00 | 0.54% |
| Freese & Goss, PLLC | x | $14,561.00 | $0.00 | (14,561.00) | -100.00% |
| Friedman Law Offices | | | $6,500.00 | 6,500.00 | 0.00% |
| Gainsburgh, Benjamin, Davis, Meunier & Warshauer, LLC | | $2,038,606.00 | $2,690,000.00 | 651,394.00 | 31.95% |
| Gallagher law Firm (TX) | | $38,831.00 | $40,000.00 | 1,169.00 | 3.01% |
| Gancedo & Nieves LLP | x | $364,037.00 | $600,000.00 | 235,963.00 | 64.82% |
| Gianni-Petoyan, Attorneys at Law | | $29,123.00 | $30,000.00 | 877.00 | 3.01% |
| Girardi & Keese | | $20,094,835.00 | $20,100,000.00 | 5,165.00 | 0.03% |
| Goldenberg Heller | | $0.00 | $0.00 | 0.00 | 0.00% |
| Grant Kaiser | | | | 0.00 | 0.00% |

34

EXHIBIT C

| Firm | | Amount 1 | Amount 2 | Amount 3 | Percent |
|---|---|---|---|---|---|
| Hagens Berman | | $0.00 | $0.00 | 0.00 | 0.00% |
| Heins Mills | | | $4,000.00 | 4,000.00 | 0.00% |
| Heninger, Garrison, Davis LLC | x | $1,092,111.00 | $1,000,000.00 | (92,111.00) | -8.43% |
| Herman, Herman, Katz & Cotler, LLP | | $32,537,615.00 | $32,500,000.00 | (37,615.00) | -0.12% |
| Hovde Dassow & Deets, LLC | x | $1,164,918.00 | $1,165,000.00 | 82.00 | 0.01% |
| Irpino | | $776,612.00 | $877,000.00 | 100,388.00 | 12.93% |
| Jacobs Burns | | $0.00 | $0.00 | 0.00 | 0.00% |
| John Hornbeck | | $194,153.00 | $300,000.00 | 105,847.00 | 54.52% |
| Johnson & Perkinson | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Jones Verras | | $29,123.00 | $30,000.00 | 877.00 | 3.01% |
| Kasowitz, Benson, Torres & Friedman llP | | $728,074.00 | $1,100,000.00 | 371,926.00 | 51.08% |
| Keller Rohrback | | $0.00 | $0.00 | 0.00 | 0.00% |
| Kerpsack | | | $10,000.00 | 10,000.00 | 0.00% |
| Kline & Specter, PC | x | $4,514,057.00 | $4,000,000.00 | (514,057.00) | -11.39% |
| Labaton Sucharow | | $0.00 | $0.00 | 0.00 | 0.00% |
| Langston Law Firm | | | $0.00 | 0.00 | 0.00% |
| Lanier law Firm, PC | | $27,062,015.00 | $27,000,000.00 | (62,015.00) | -0.23% |
| Levin Fishbein Sedran & Berman | | $21,473,321.00 | $21,400,000.00 | (73,321.00) | -0.34% |
| Levin, Papantonio. Thomas, Mitchell, Eshner & Proctor P.A. | | $15,629,316.00 | $15,600,000.00 | (29,316.00) | -0.19% |
| Levin, Simes, Kaiser & Gornick, LLP | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Lewis & Roberts, PLLC | x | $194,153.00 | $0.00 | (194,153.00) | -100.00% |
| Lieff, Cabraser, Heimann & Bernstein, LLP | | $4,926,362.00 | $6,000,000.00 | 1,073,638.00 | 21.79% |
| Lockridge, Grindal, Nauen PLLP | x | $364,037.00 | $350,000.00 | (14,037.00) | -3.86% |
| Locks Law Firm, LLC | x | $582,459.00 | $585,000.00 | 2,541.00 | 0.44% |
| Lopez, Hodes, Restaino, Milman & Skikos | | $1,201,322.00 | $1,500,000.00 | 298,678.00 | 24.86% |
| Lundy & Davis | | $72,807.00 | $100,000.00 | 27,193.00 | 37.35% |
| Martin & Jones | x | $94,650.00 | $0.00 | (94,650.00) | -100.00% |
| Matthews & Associates | x | $1,456,147.00 | $1,400,000.00 | (56,147.00) | -3.86% |
| Mithoff Law Firm | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Morelli Ratner PC | x | $1,274,129.00 | $750,000.00 | (524,129.00) | -41.14% |
| Motley Rice LLC | x | $194,153.00 | $195,000.00 | 847.00 | 0.44% |
| Murray Law Firm | x | $72,807.00 | $162,000.00 | 89,193.00 | 122.51% |
| Neblett, Beard & Arsenault | | $728,074.00 | $1,450,000.00 | 721,926.00 | 99.16% |
| Panish & Shea | | $1,638,166.00 | $1,640,000.00 | 1,834.00 | 0.11% |
| Price, Waicukauski & Riley, LLCC | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Richardson, Patrick, Westbrook & Brickman | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Robert J. DeBry | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Robert M. Becnel | | $29,123.00 | $30,000.00 | 877.00 | 3.01% |
| Robins, Kaplan, Miller & Ciresi LLP | | $606,728.00 | $850,000.00 | 243,272.00 | 40.10% |
| Robinson, Catcagnie & Robinson | | $4,926,632.00 | $6,000,000.00 | 1,073,368.00 | 21.79% |
| Roda Nast, P.C. | x | $43,685.00 | $45,000.00 | 1,315.00 | 3.01% |
| Sanders, Viener, Grossman, LLP | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Sanford, Shelly A., PLLC (predecessor was PSC member until 6/8/06) | | $6,795,355.00 | $6,800,000.00 | 4,645.00 | 0.07% |
| Seeger-Weiss LLP | | $40,954,148.00 | $40,900,000.00 | (54,148.00) | -0.13% |
| Sheller, P.C. | | $43,684.00 | $65,000.00 | 21,316.00 | 48.80% |
| Silverman & Fodera | x | $72,807.00 | $73,000.00 | 193.00 | 0.27% |
| Singleton Law Firm | | $157,749.00 | $180,000.00 | 22,251.00 | 14.11% |

35

| Firm/Name | | | | | |
|---|---|---|---|---|---|
| Snapka, Turman & Waterhouse, LLP | x | $582,459.00 | $75,000.00 | (507,459.00) | -87.12% |
| Ted Kanner | | $0.00 | $1,350.00 | 1,350.00 | 0.00% |
| Texas Consortium | | $20,094,835.00 | $20,095,000.00 | 165.00 | 0.00% |
| Watts Law Firm | | | | 0.00 | 0.00% |
| Williams Kherkher | | | | 0.00 | 0.00% |
| Provost Umphrey | | | | 0.00 | 0.00% |
| Ranier, Gayle & Elliot, LLC | | | | 0.00 | 0.00% |
| The Holman law Firm | | $0.00 | $0.00 | 0.00 | 0.00% |
| Uiry & Moskow LLC | | $0.00 | $0.00 | 0.00 | 0.00% |
| Weinberg, Eric H., law Firm of | x | $220,849.00 | $220,000.00 | (849.00) | -0.38% |
| Weitz & Luxenberg, P.C. | | $20,022,028.00 | $20,000,000.00 | (22,028.00) | -0.11% |
| White, Meany & Wetherall | x | $157,749.00 | $0.00 | (157,749.00) | -100.00% |
| Whitehead law Firm | | $43,684.00 | $45,000.00 | 1,316.00 | 3.01% |
| Williamson & Williams | | $14,561.00 | $15,000.00 | 439.00 | 3.01% |
| Wold | | $0.00 | $580.00 | 580.00 | 0.00% |
| Zimmerman, Reed PLLP | | $0.00 | $0.00 | 0.00 | 0.00% |
| Zink, Diane K. | | $0.00 | $0.00 | 0.00 | 0.00% |
| **TOTALS** | | **$309,029,830.00** | **$311,984,930.00** | | |

Oranges indicates both committee memberships
Yellow indicates PSC committee membership
Red indicates FAC committee membership