UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO: Russ Herman, Esq.
    Andy Birchfield, Esq.
    Chris Seeger, Esq.


**PLEASE TAKE NOTICE** that Robert E. Arceneaux and Margaret E. Woodward, co-Lead

Counsel for Objectors, will bring a Motion for Additional Discovery on for hearing before the

Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, March 16, 2011 at 500 Camp Street,

New Orleans.


/s/ Robert E. Arceneux                          /s/ Margaret E. Woodward
_____                 _____
Robert E. Arceneaux, La Bar No. 01199           Margaret E. Woodward, La. Bar No. #13677
ROBERT E. ARCENEAUX LLC                          3701 Canal Street, Suite C
47 Beverly Garden Drive                          New Orleans, Louisiana  70119
Metairie, LA 70001                               (504) 301-4333 office
(504) 833-7533 office                            (504) 301-4365 fax
(504) 833-7612 fax                               mewno@aol.com
rea7001@cox.net


CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8, 2011 ORDER