# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Loretta G. Whyte**
**Clerk**

500 Poydras St., Room C-151
New Orleans, LA 70130

February 22, 2011

Mr. Lyle W. Cayce, Clerk
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

APPEAL NO. <u>10-31097</u>

IN RE<u>:  VIOXX PRODUCTS LIABILITY LITIGATION</u>      <u>CA 05-1657 L c/w 05-5382</u>

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

    ____    1) Certified copy of the notice of appeal and docket entries.

    ____    2) Certified copy of notice of a cross-appeal and docket entries.

    ____    3) The Court of Appeals docket fee ____ HAS ____ HAS NOT been paid.

    ____    4) This case is proceeding <u>in forma pauperis</u>

    ____    5) Order Appointing Counsel   ____ CJA-20   ____ FPD

    ____    6) District Judge entering the final judgment is _____

    ____    7) Court Reporter assigned to the case _____

    ____    8) If criminal case, number and names of other defendants on appeal ___

    ____    9) This case was decided without a hearing; there will be no transcript.

    ____   10) Spears hearing held.

In connection with this record, the following documents are transmitted.

    <u>x</u>    1)**Certified** Copies record on appeal consisting of:

        ____ Volume(s) of record    ____ Volume(s) transcripts

        ____ Volume(s) of depositions

        ____ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

    ____    2) supplemental record including,_____

    ____    3) SEALED Docs____

    ____    4) Other:_____

Very truly yours,

By____Alicia Phelps_____
Deputy Clerk