UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

| | |
|---|---|
| **Loretta G. Whyte** | 500 Poydras St., Room C-151 |
| **Clerk** | New Orleans, LA 70130 |

February 25, 2011

Mr. Lyle W. Cayce, ClerkAPPEAL NO. 10-30762
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA  70130

IN RE:  VIOXX PRODUCTS LIABILITY LITIGATIONMD 05-1657 L   c/w  05-3700

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

___1) Certified copy of the notice of appeal and docket entries.

___2) Certified copy of notice of a cross-appeal and docket entries.

___3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

___4) This case is proceeding <u>in forma pauperis</u>

___5) Order Appointing Counsel    ___ CJA-20    ___ FPD

___6) District Judge entering the final judgment is _____

___7) Court Reporter assigned to the case _____

___8) If criminal case, number and names of other defendants on appeal ___

___9) This case was decided without a hearing; there will be no transcript.

___10) Spears hearing held.

In connection with this record, the following documents are transmitted.

__x__1) **certified** Copies record on appeal consisting of:

___ Volume(s) of record     ___ Volume(s) transcripts

___ Volume(s) of depositions

___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Boxes

___2) supplemental record including,_____

___3) SEALED Docs____

___4) Other:_____

Very truly yours,

By___Alicia Phelps_____
Deputy Clerk