UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION ` | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | February 28, 2011 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CO-LEAD COUNSEL'S *EX PARTE* MOTION FOR CONFIDENTIALITY ORDER

**NOW INTO COURT COME** Co-lead counsel for the Objectors identified in this Court's Order of February 8, 2011, who move for the issuance of an order safeguarding the confidentiality of materials produced to Objectors by Phil Garrett, Wegmann-Dazet, or Brown Greer, PLC, upon showing that:

(1) On February 24, 2011, undersigned counsel met with Special Master Juneau and Lead and Liaison Counsel for the FAC to discuss, among other issues, Objectors' outstanding discovery requests. In that meeting, undersigned counsel tendered to the Special Master a confidentiality order that would encompass their requests to Phil Garrett, Brown Greer, Wegmann-Dazet, and Brown Greer; they drafted the order because Brown Greer and Mr. Herman had attempted to shield requested documents from production on the ground that they were confidential;

(2) Mr. Herman stated that he had no objection to the proposed order (except that it mentioned Brown Greer), but said that he considered it superfluous, considering that confidentiality orders previously entered by the Court, safeguarded confidentiality;

(3) Mr. Herman has apparently reconsidered that position and today objected by email to a meeting scheduled among undersigned counsel and Mr. Garrett (pursuant to the Special Master's directive) on the ground that the meeting is not covered by an order of confidentiality; within minutes of receiving Mr. Herman's emailed objection, undersigned counsel received a call from Mr. Garrett saying that he could not attend the meeting he had just scheduled with undersigned counsel without a confidentiality order in place.

WHEREFORE, undersigned counsel request the issuance of the attached order, which will encompass, Mr. Garrett, Brown Greer, Wegmann-Dazet, and anyone else from whom Objectors secure confidential materials.

Respectfully submitted:

/s/ Robert E. Arceneaux  /s/ Margaret E. Woodward

Robert E. Arceneaux, La Bar No. 01199  
ROBERT E. ARCENEAUX LLC  
47 Beverly Garden Drive  
Metairie, LA 70001  
(504) 833-7533 office  
(504) 833-7612 fax  
rea7001@cox.net

MARGARET E. WOODWARD, La. Bar No.13677  
3701 Canal Street, Suite C  
New Orleans, Louisiana  70119  
(504) 301-4333 office  
(504) 301-4365 fax  
mewno@aol.com

**CO-LEAD COUNSEL FOR OBJECTORS IDENTIFIED IN FEB. 8 ORDER**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Joint Motion To Suspend has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this date, February 28, 2011.

/s/ Robert Arceneaux
_____