UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| THIS DOCUMENT RELATES TO ALL CASES | * | JUDGE ELDON E. FALLON<br>MAG. JUDGE KNOWLES |
| FILER: Robert E. Arceneaux/Pascal Calogero, Jr. | * | February 28, 2011 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **ORDER**

On the above and foregoing motion,

**IT IS ORDERED** that any material produced to Objectors, or their agents, by any person, including Wegmann Dazet, Phil Garrett, or Brown Greer PLC, will be subject to the confidentiality protection ordered by this Court in its Order of December 10, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE