UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:   ALL COMMON BENEFIT FEE APPLICANTS**

**ORDER**

The Court has a number of discovery motions and disputes related to the Court's process of allocating common benefit fees. Lead counsel for the common benefit objectors seek discovery related to the Fee Allocation Committee (FAC)'s work in preparing its recommended allocation and to side deals between the Plaintiff's Steering Committee and the percentage-fee objectors. (Rec. Docs. 57345, 62187, 62188, 62567). In addition, the objectors' lead counsel have served a subpoena duces tecum on Brown Greer, which the Fee Allocation Committee has moved to quash (Rec. Docs. 62411, 62579).

As the Court stated in its Order and Reasons of October 19, 2010, and in its Order Appointing Special Master of February 28, 2011, the Court has appointed Special Master Juneau to oversee discovery related to common benefit fee applicants, the FAC's recommended allocation, and objections to the recommendation. These motions and issues are within the purview of the Special Master's appointment. Accordingly,

IT IS ORDERED that the aforementioned motions are referred to the Special Master.

New Orleans, Louisiana, this 2nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE