UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL COMMON BENEFIT FEE APPLICANTS

**ORDER**

On November 29, 2010, the Court granted a motion for discovery which encompassed "access to all time records submitted by attorneys or firms who submitted requests for common benefit fees." (Rec. Docs. 54315, 56731). The Court further ordered that "except for good cause shown and until further Orders of this Court, the requested documents and any copies made shall remain confidential and shall be used only for this proceeding." (Rec. Doc. 56731). The Court elaborated on that confidentiality requirement on December 10, 2010, ordering that "all materials and any copies thereof requested from the Fee Allocation Committee and received by any requestor is to remain confidential and is to be used only for these proceedings." (Rec. Doc. 57642).

Despite these Orders, it has been brought to the Court's attention that the confidentiality of certain attorney time submissions and other materials is a concern regarding discovery in connection with the Court's process of allocating common benefit attorney's fees. Accordingly, the Court will issue this third confidentiality order.

IT IS ORDERED that Co-Lead Counsel for common benefit fee objectors and for the Fee Allocation Committee will maintain the confidentiality of any records, data, workpapers, or other material used, relied on, or maintained by Phillip Garrett, CPA, as well as any Wegmann-

Dazet records that were used or relied upon by Mr. Garrett. Those materials and any copies, as well as the information contained therein, shall remain confidential and shall not be used for any purposes other than this proceeding.

New Orleans, Louisiana, this 2nd day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE